PNAS PLUS

EARTH, ATMOSPHERIC, AND PLANETARY SCIENCES



**Fig. 5.** Area covered by temperature anomalies in the categories defined as hot (> 0.43σ), very hot (>2σ), and extremely hot (>3σ), with analogous divisions for cold anomalies. Anomalies are relative to 1951–1980 base period, with σ also from 1951–1980 data. Lowest row is Southern Hemisphere summer.

hemispheres. Winter trends in units of standard deviations are comparable to those in summer but tend to be smaller. Another factor making it difficult for the public to recognize global warming in winter, in addition to the large natural variability in winter (Fig. 2), is a tendency of the public to equate heavy snowfall with harsh winter conditions, even if temperatures are not extremely low. Observations (14, 15) confirm expectations that a warmer atmosphere holds more water vapor, and thus warming may cause snowfall to increase in places that remain cool enough for snow.

The increase, by more than a factor 10, of area covered by extreme hot summer anomalies (> + 3σ) reflects the shift of the anomaly distribution in the past 30 y of global warming, as shown succinctly in Fig. 4. One implication of this shift is that the extreme summer climate anomalies in Texas in 2011, in Moscow in 2010, and in France in 2003 almost certainly would not have occurred in the absence of global warming with its resulting shift of the anomaly distribution. In other words, we can say with high confidence that such extreme anomalies would not have occurred in the absence of global warming.



**Fig. 6.** June–July–August surface temperature anomalies over Northern Hemisphere land in 1955, 1965, 1975, and 2006–2011 relative to 1951–1980 base period in units of the local 1951–1980 standard deviation. Numbers above each map are percent of surface area covered by each category in the color bar.

How will loading of the climate dice continue to change in the future? Fig. 4 provides a clear, sobering, indication. The temperature anomaly distribution shifts to the right and broadens with global warming, the broadening presumably the expected effect of global warming on the water cycle, as discussed below. The hot tail of the temperature anomaly distribution shifted by more than $+1\sigma$ in response to the global warming of about $0.5\,°C$ over the past three decades. Additional global warming in the next 50 y, if business-as-usual fossil fuel emissions continue, is expected to be at least $1\,°C$ (4). In that case, the further shifting of the anomaly distribution will make $+3\sigma$ anomalies the norm and $+5\sigma$ anomalies will be common.

**Regional Temperature Anomalies.** We used global data for the purpose of having enough data points to show clearly temporal change of the temperature anomaly distribution (Fig. 4). Global or hemispheric anomaly distributions provide an approximate indication of the likelihood of temperature anomalies in all regions because anomalies are becoming more positive all over the planet, as shown in Fig. 1. However, regional variations are expected because of greater climate "noise" (unforced variability) on small scales, possible regional climate forcings, and known mechanisms that affect the large scale spatial variation of global warming.

Summer data for 1900–present are shown in Fig. 7 for the land area in each hemisphere and for the United States. Temperature anomalies are "noisy" for the United States because of the small area of the contiguous 48 states (less than 1.6% of the globe), yet we can discern that the long-term trend toward hot summers is not as pronounced in the United States as it is for hemispheric land as a whole. Indeed, the extreme summer heat of the 1930s, especially 1934 and 1936, is comparable to the United States temperature in the most extreme recent years.

The large 1930s and 1940s anomalies in the United States do not obviate the conclusion that recent global warming, with high probability, is responsible for recent extreme anomalies. Our *SI Text* shows maps of temperature anomalies for 6 y with the greatest "hot" area (1931, 1934, 1936, 1941, 1947, 1953) in that early warm period. Those years were warmer (globally and in the United States) than the 1951–1980 mean, so it is not surprising that the area with $3\sigma$ anomalies was greater than in the 1951–1980 climatology. The year with the largest area of $3\sigma$ anomalies was 1941, when it reached 2.7% of Northern Hemisphere land area. This compares with recent values as great as 20% and a recent average of about 10%.

Year-to-year variability is so large for an area the size of the United States that it is not essential to find an external mechanism for the deviation from the hemispheric mean. However, interpretation of the weak warming trend in the United States matters because, if it is a statistical fluke, the United States may have in store a rapid trend toward more extreme anomalies.

Some researchers suggest that high summer temperatures and drought in the United States in the 1930s can be accounted for by natural variability of sea surface temperature patterns (16, 17). Other researchers (18–20) have presented evidence that agricultural changes (plowing of the Great Plains) and crop failure in the

1930s contributed to changed surface albedo, aerosol (dust) production, high temperatures, and drying conditions. Empirical evidence and simulations (20, 21) show that agricultural irrigation, which is now more common, has a significant regional cooling effect. Such regionally varying effects may partly account for differences between observed regional global temperature trends, and such effects must be understood to achieve accurate knowledge of how the climate dice are now loaded in specific regions.

Summer and winter temperature anomalies for additional small regions are shown in Fig. 8, with the area in China being the part with most of its population. This figure reveals that even for such small regions (maximum size about 1.5% of globe) a systematic warming tendency is apparent, especially in the summer. However, seasonal mean temperatures cooler than the 1951–1980 average still occur occasionally, especially in the winter.

## Discussion

**Principal Findings.** Seasonal-mean temperature anomalies have changed dramatically in the past three decades, especially in summer. The probability distribution for temperature anomalies has shifted more than one standard deviation toward higher values. In addition, the distribution has broadened, the shift being greater at the high temperature tail of the distribution.

The climate dice are now loaded to a degree that a perceptive person old enough to remember the climate of 1951–1980 should recognize the existence of climate change, especially in summer. Summers with mean temperature in the category defined as cold in 1951–1980 climatology (mean temperature below $-0.43\sigma$), which occurred about one-third of the time in 1951–1980, now occur about 10% of the time, while those in the hot category have increased from about 33% to about 75% (Fig. 7).

The most important change of the climate dice is the appearance of a new category of extremely hot summer anomalies, with mean temperature at least three standard deviations greater than climatology. These extreme temperatures were practically absent in the period of climatology, covering only a few tenths of one percent of the land area, but they are occurring over about 10% of global land area in recent years. The increase of these extreme anomalies, by more than an order of magnitude, implies that we can say with a high degree of confidence that events such as the extreme summer heat in the Moscow region in 2010 and Texas in 2011 were a consequence of global warming. Rahmstorf and Coumou (22), using a more elegant mathematical analysis, reached a similar conclusion for the Moscow anomaly.

It is not uncommon for meteorologists to reject global warming as a cause of these extreme events, offering instead a meteorological explanation. For example, it is said that the Moscow heat wave was caused by an extreme atmospheric "blocking" situation, or the Texas heat wave was caused by La Niña ocean temperature patterns. Certainly the locations of extreme anomalies in any given case depend on specific weather patterns. However, blocking patterns and La Niñas have always been common, yet the large areas of extreme warming have come into existence only with large global warming. Today's extreme anomalies occur as



**Fig. 7.** Percent area covered by temperature anomalies in categories defined as hot (>0.43σ), very hot (>2σ), and extremely hot (>3σ). Anomalies are relative to 1951–1980 base period; σ is from 1951–1980 data.



**Fig. 8.**    June–July–August and December–January–February temperature anomalies (°C) relative to 1951–1980 base period for areas shown on the right. Number above each map is the colored region's percent of global area.

a result of simultaneous contributions of specific weather patterns and global warming.

**Reference Period.** Although we had multiple reasons for choosing 1951–1980 as a base period to define temperature anomalies, as discussed under *Materials and Methods*, we must ask: Do our conclusions depend on the chosen base period? Could we just redefine climatology based on the most recent decades, perhaps leading to a conclusion that the only climate change has been a small shift of mean temperature that may be insignificant?

The effect of alternative base periods on the temperature anomaly distribution is shown in Fig. 9. Use of a recent base period alters the appearance of the distribution. Climate variability increased in recent decades, and thus the standard deviation increased. Therefore, if we use the most recent decades as base period, we "divide out" the increased variability. Thus the distribution function using 1981–2010 as the base period (Fig. 9, *Right*) does not expose the change that has occurred toward increased climate variability.

The World Meteorological Organization uses the most recent three decades to define climatology (23). This is a useful procedure when the objective is to define anomalies relative to a recent period whose climate most people will be familiar with. However,

this practice tends to hide the fact that climate variability itself is changing on decadal time scales. Thus, at least for research purposes, we recommend use of a fixed base period.

The question then becomes, what is the most appropriate base period. Our initial choice, 1951–1980, seems to be nearly optimum. It was a period of relatively stable global temperature and the earliest base period with good global coverage of meteorological stations, including Antarctica. The temperature in 1951–1980 was also more representative of the Holocene (24) than any later period would be, which is important because it is desirable to have a base period with climate zones that plant and animal life on the planet are adapted. Hansen and Sato (7) argue that the climate of the most recent few decades is probably warmer than prior Holocene levels, based on the fact that the major ice sheets in both hemispheres are presently losing mass rapidly (9) and global sea level is rising at a rate of more than 3 m/millennium (25), which is much greater than the slow rate of sea level change (less than 1 m/millennium) in the latter half of the Holocene (26).

The 30-y period 1951–1980 with relatively stable climate is sufficiently long to define a climatological temperature distribution, which is near normal (Fig. 9, *Left*), yet short enough that we can readily see how the distribution is changing in subsequent decades. This exposes the fact that the distribution is becoming

PNAS PLUS

EARTH, ATMOSPHERIC, AND PLANETARY SCIENCES



**Fig. 9.** Frequency of occurrence (*y* axis) of local temperature anomalies divided by local standard deviation (*x* axis) obtained by counting gridboxes with anomalies in each 0.05 standard deviation interval. Area under each curve is unity. Standard deviations are for the indicated base periods.

broader and that there is a disproportionate increase of extreme hot outliers. In contrast the 60-y base period, 1951–2010, and the 1981–2010 base period, which include the years of rapidly changing climate within the base period, make it more difficult to discern the changes that are taking place.

**Broader Implications.** Changes of global temperature are likely to have their greatest practical impact via effects on the water cycle. Indeed climate changes occurring with global warming involve intimate interactions of the energy and water cycles, and we suggest that the change in the shape of the temperature anomaly distribution is a product of these interactions. The $+3\sigma$ summer anomalies, for example, are usually in places experiencing an extended period of high atmospheric pressure. With the temperature amplified by global warming and ubiquitous surface heating from elevated greenhouse gas amounts, extreme drought conditions can develop.

The other extreme of the water cycle, unusually heavy rainfall and floods, is also amplified by global warming. A warmer world is expected to have more extreme rainfall occurrences because the amount of water vapor that the atmosphere holds increases rapidly with temperature, a tendency confirmed by observations. Indeed, rainfall data reveal significant increases of heavy precipitation over much of Northern Hemisphere land and in the tropics (27) and attribution studies link this intensification of rainfall and floods to human-made global warming (28–30).

Extreme heat waves and record floods receive public attention, yet we wonder if there are not more pervasive impacts of warming. Natural ecosystems are adapted to the Holocene climate. Although climate fluctuations are normal, the rapid global warming in the past three decades, from an already warm level, is highly unusual. Warmer winters have led to an epidemic of pine bark beetles and widespread destruction of forests in Canada and the western United States (28). Global warming is already affecting the geographical and seasonal range of animals, birds, and insects (31) to a degree that is sometimes noticeable to the public (32). Such changes should be more perceptible to the public during the next decade as the distribution of temperature anomalies continues to shift toward higher values.

Many species may be able to migrate, if necessary, to stay within climate zones in which they can survive. The science needed to estimate species survival rates if global warming continues throughout this century is not well developed, but it has been suggested that prolonged global warming could take a heavy toll on planetary life (27). There are many other human-induced stresses on life, including land conversion with habitat destruction, species overharvesting, homogenization of biota, and ubiquitous toxins, which must be dealt with, yet global warming caused by fossil fuel burning may be a unique threat because of the millennial time scale of anthropogenic carbon within surface carbon reservoirs. It has been argued that a scenario phasing out carbon emissions fast enough to stabilize climate this century, limiting further warming to a maximum of several tenths of a degree Celsius, is still possible, but it would require a rising price on carbon emissions sufficient to spur transition to a clean energy future without burning all fossil fuels (33).

**ACKNOWLEDGMENTS.** We thank Tom Karl, Andrew Weaver, and an anonymous editor for helpful reviews that significantly improved the paper, Gerry Lenfest (Lenfest Foundation), Lee Wasserman (Rockefeller Family Foundation), Stephen Toben (Flora Family Foundation), NASA program managers Jack Kaye and David Considine and ClimateWorks for research support.

1. Rabe BG, Borick CP (2012) Fall 2011 national survey of American public opinion on climate change. *Issues in Governance Studies* (Brookings Institution, Washington, DC).
2. Hansen J, et al. (2008) Target atmospheric $CO_2$: Where should humanity aim? *Open Atmos Sci J* 2:217–231.
3. Hansen J, et al. (1988) Global climate changes as forecast by Goddard Institute for Space Studies 3-dimensional model. *J Geophys Res Atmos* 93:9341–9364.
4. Intergovernmental Panel on Climate Change (IPCC)Solomon S, et al., ed. (2007) *Climate Change 2007: The Physical Science Basis* (Cambridge press, New York, NY).
5. Hansen J, Ruedy R, Sato M, Lo K (2010) Global surface temperature change. *Rev Geophys* 48:RG4004.
6. Menne MJ, Williams CN, Vose RS (2009) The US historical climatology network monthly temperature data, version 2. *Bull Am Meteorol Soc* 90:993–1007–7.
7. Hansen JE, Sato M (2012) Paleoclimate implications for human-made climate change. *Climate Change: Inferences from Paleoclimate and Regional Aspects*, eds A Berger, F Mesinger, and D Ijacki (Springer, Vienna, Austria).
8. Velicogna I (2009) Increasing rates of ice mass loss from the Greenland and Antarctic ice sheets revealed by GRACE. *Geophys Res Lett* 36:L19503.
9. Rignot E, Velicogna I, van den Broeke MR, Monaghan A, Lenaerts J (2011) Acceleration of the contribution of the Greenland and Antarctic ice sheets to sea level rise. *Geophys Res Lett* 38–L05503.
10. Nerem RS, Leuliette E, Cazenave A (2006) Present-day sea-level change: A review. *C R Geosci* 338:1077–1083.
11. Jones PD, New M, Parker DE, Martin S, Rigor IG (1999) Surface air temperature and its changes over the past 150 years. *Rev Geophys* 37:173–199.

12. Brohan P, Kennedy JJ, Harris I, Tett SFB, Jones PD (2006) Uncertainty estimates in regional and global observed temperature changes: A new data set from 1850. *J Geophys Res* 111:D12106.
13. Smith TM, Reynolds RW, Peterson TC, Lawrimore J (2008) Improvements to NOAA's historical merged land-ocean surface temperature analysis (1880–2006). *J Clim* 21:2283–2296.
14. Reynolds RW, Zhang HM, Smith TM, Gentemann CL, Wentz F (2005) Impacts of in situ and additional satellite data on the accuracy of a sea-surface temperature analysis for climate. *Int J Climatol* 25:857–864.
15. Yu LS, Weller RA (2007) Objectively analyzed air-sea heat fluxes for the global ice-free oceans (1981–2005). *Bull Am Meteorol Soc* 88:527–539.
16. Nigam S, Guan B, Ruiz-Barradas A (2011) Key role of the Atlantic Multidecadal Oscillation in 20th century drought and wet periods over the Great Plains. *Geophys Res Lett* 38:L16713.
17. Hoerling M., et al. (2012) On the increased frequency of Mediterranean drought. *J Clim* 25:2146–2161.
18. Cook BI, Miller RL, Seager R (2009) Amplification of the North American "Dust Bowl" drought through human-induced land degradation. *Proc Natl Acad Sci USA* 106:4997–5001.
19. Cook BI, Terando A, Steiner A (2010) Ecological forecasting under climatic data uncertainty: A case study in phenological modeling. *Environ Res Lett* 5:044014.
20. Cook BI, Puma MJ, Krakauer NY (2011) Irrigation induced surface cooling in the context of modern and increased greenhouse gas forcing. *Clim Dynam* 37:1587–1600.

PNAS PLUS

21. Puma MJ, Cook BI (2010) Effects of irrigation on global climate during the 20th century. *J Geophys Res* 115:D16120.
22. Rahmstorf S, Coumou D (2011) Increase of extreme events in a warming world. *Proc Natl Acad Sci USA* 108:17905–17909.
23. Arguez A, Vose RS (2011) The definition of the standard WMO climate normal the key to deriving alternative climate mormals. *B Am Meteorol Soc* 92:699–704.
24. Mayewski PA, et al. (2004) Holocene climate variability. *Quat Res* 62:243–255.
25. Church JA, White NJ (2011) Sea-level rise from the late 19th to the early 21st century. *Surv Geophys* 32:585–602.
26. Lambeck K, Chappell J (2001) Sea level change through the last glacial cycle. *Science* 292:679–686.
27. Intergovernmental Panel on Climate Change (IPCC)Parry ML, Canziani OF, Palutikof JP, Van Der Linden PJ, Hanson CE, eds. (2007) *Climate Change 2007, Impacts, Adaptation and Vulnerability* (Cambridge press, New York, NY).

28. Raffa KF, et al. (2008) Cross-scale drivers of natural disturbances prone in anthropogenic amplification: The dynamics of bark beetle eruptions. *BioScience* 58:501–517.
29. Pall P, et al. (2011) Anthropogenic greenhouse gas contribution to flood risk in England and Wales in autumn 2000. *Nature* 470:382–385.
30. Min SK, Zhang XB, Zwiers FW, Hegerl GC (2011) Human contribution to more-intense precipitation extremes. *Nature* 470:378–381.
31. Parmesan C (2006) Ecological and evolutionary responses to recent climate change. *Annu Rev Ecol Evol Syst* 37:637–669.
32. Hansen J (2008) Tipping point: Perspective of a climatologist. *The State of the Wild: A Global Portrait of Wildlife, Wild Lands, and Oceans,* ed E Fearn (Wildlife Conservation Society/Island Press, Washington, DC), pp 6–15.
33. Hansen J, et al. (2012) Scientific Case for Avoiding Dangerous Climate Change to Protect Young People and Nature. (Cornell University Library, Ithaca, NY), arXiv: 1110.1365v3 [physics.ao-ph].

EARTH, ATMOSPHERIC, AND PLANETARY SCIENCES

*Journal of Integrative Plant Biology*  2009, **51** (4): 337–351

· **Invited Expert Review** ·

# The Ozone Component of Global Change: Potential Effects on Agricultural and Horticultural Plant Yield, Product Quality and Interactions with Invasive Species

**Fitzgerald Booker[1]*, Russell Muntifering[2], Margaret McGrath[3], Kent Burkey[1], Dennis Decoteau[4], Edwin Fiscus[1], William Manning[5], Sagar Krupa[6], Arthur Chappelka[7] and David Grantz[8]**

([1] *United States Department of Agriculture-Agricultural Research Service, Plant Science Research Unit, and Department of Crop Science, North Carolina State University*, Raleigh, North Carolina 27695, USA;

[2] *Department of Animal Sciences, Auburn University*, Auburn, Alabama 36849, USA;

[3] *Department of Plant Pathology and Plant-Microbe Biology, Long Island Horticultural Research Extension Center, Cornell University*, Riverhead, New York 11901, USA;

[4] *Department of Horticulture, Pennsylvania State University*, State College, Pennsylvania 16802, USA;

[5] *Department of Plant, Soil and Insect Sciences, University of Massachusetts*, Amherst, Massachusetts 01003, USA;

[6] *Department of Plant Pathology, University of Minnesota*, St. Paul, Minnesota 55108, USA;

[7] *School of Forestry and Wildlife Sciences, Auburn University*, Auburn, Alabama 36849, USA;

[8] *Department of Botany and Plant Sciences, University of California*, Riverside, California 92521, USA)

Booker F et al. (2009). *J. Integr. Plant Biol.* **51**(4), 337–351



**Dr. Fitzgerald Booker**

(Corresponding author)

Contact information:

Tel: +1 919 515 9495

Fax: +1 919 856 4598

E-mail: fitz.booker@ars.usda.gov

Received 1 Jun. 2008; Accepted 28 Aug. 2008

© 2009 Institute of Botany, the Chinese Academy of Sciences

doi: 10.1111/j.1744-7909.2008.00805.x

The productivity, product quality and competitive ability of important agricultural and horticultural plants in many regions of the world may be adversely affected by current and anticipated concentrations of ground-level ozone ($O_3$). Exposure to elevated $O_3$ typically results in suppressed photosynthesis, accelerated senescence, decreased growth and lower yields. Various approaches used to evaluate $O_3$ effects generally concur that current yield losses range from 5% to 15% among sensitive plants. There is, however, considerable genetic variability in plant responses to $O_3$. To illustrate this, we show that ambient $O_3$ concentrations in the eastern United States cause substantially different levels of damage to otherwise similar snap bean cultivars. Largely undesirable effects of $O_3$ can also occur in seed and fruit chemistry as well as in forage nutritive value, with consequences for animal production. Ozone may alter herbicide efficacy and foster establishment of some invasive species. We conclude that current and projected levels of $O_3$ in many regions worldwide are toxic to sensitive plants of agricultural and horticultural significance. Plant breeding that incorporates $O_3$ sensitivity into selection strategies will be increasingly necessary to achieve sustainable production with changing atmospheric composition, while reductions in $O_3$ precursor emissions will likely benefit world food production and reduce atmospheric concentrations of an important greenhouse gas.

**Key words:** climate change; crop; forage; horticultural plant; ozone; product quality; weed; yield.

338   *Journal of Integrative Plant Biology*   Vol. 51   No. 4   2009

Ozone ($O_3$) in the stratosphere provides protection from lethal short-wave solar ultraviolet radiation, but in the troposphere $O_3$ is both an air pollutant and a greenhouse gas. At current and projected future concentrations it contributes significantly to global warming (Forster et al. 2007). Although $O_3$ at low concentration is a normal component of the unmodified troposphere, background levels have doubled since pre-industrial times, with current average concentrations ranging from 20 to 45 nL/L (Guicherit and Roemer 2000; Vingarzan 2004). Ozone contributes to warming of the atmosphere by reducing outgoing infrared radiation into space. Positive radiative forcing (heating) from tropospheric $O_3$ is now estimated with 95% confidence to be 0.25–0.65 W/m$^2$ (Forster et al. 2007). This accounts for about 25% of the net total radiative forcing (1.6 W/m$^2$) attributed to human activities since the industrial era began, with long-lived greenhouse gases ($CO_2$, $CH_4$, $N_2O$ and halocarbons) contributing most of the remainder (2.63 W/m$^2$) (Forster et al. 2007). Negative radiative forcing (cooling) due to increased aerosols, and the associated increase in cloud albedo, largely account for the difference between the total positive and net radiative forcing estimates (Forster et al. 2007).

Despite air quality regulations intended to limit $O_3$ pollution, current ground-level $O_3$ concentrations in a number of countries worldwide can suppress growth and yield of many agricultural and horticultural plants (Emberson et al. 2001; US EPA 2006; Mills et al. 2007). Ozone is the most phytotoxic of the common air pollutants, and its widespread distribution presents a risk for considerable plant damage. Visible foliar injury under ambient conditions is reported from more than 20 countries in Asia, Africa, Australia, Europe, and North and South America (Krupa et al. 2001). Every region of the USA except for sections of the Pacific Northwest and the Northern Great Plains experiences phytotoxic ambient $O_3$ concentrations periodically during the growing season (US EPA 2006; Tong et al. 2007). In addition, East Asia, India, Pakistan, many countries around the Mediterranean, Europe, parts of Mexico and Brazil are likely experiencing reductions in crop and forage production due to ambient $O_3$ (Emberson et al. 2001; Wang and Mauzerall 2004; Ashmore 2005; Ren et al. 2007). Emission models of the $O_3$ precursor, $NO_x$, in eastern USA, Europe and East Asia imply that 9% to 35% of the world's cereal crops are exposed to seasonal $O_3$ concentrations that reduce yields by at least a few percent (Chameides et al. 1994). Over 20% of the crop production land in Europe in 2002 was estimated to be at risk for yield losses of 5% or more due to $O_3$ pollution, not considering effects on grasslands and changes in forage nutritive value (Mills et al. 2007). Modeled ground-level $O_3$ concentrations combined with an experimentally-derived yield loss function indicated that ambient $O_3$ reduced US soybean (*Glycine max* (L.) Merr.) production by 10% in 2005 (Tong et al. 2007). Simulations of cumulative $O_3$ concentrations in China suggested that soybean and wheat (*Triticum aestivum* L.) yields were suppressed by 12% to 19% in 1990 (Wang and Mauzerall 2004).

Rice (*Oryza sativa* L.) yields were lowered there by 3% to 5% in 1990, based on estimated seasonal average $O_3$ concentrations (Wang and Mauzerall 2004). Climate models forecast that areas with the greatest production of peanut (*Arachis hypogaea* L.), rice and soybean, namely China, Japan, India, central Africa, the USA and Indonesia, will continue to experience phytotoxic concentrations of ground-level $O_3$ in the coming 50 years (Emberson et al. 2001; Wang and Mauzerall 2004; Dentener et al. 2005). Rising $NO_x$ emission rates from increased use of fossil fuels and fertilizers in developing countries will increase these impacts (Chameides et al. 1994). Rising levels of another changing atmospheric constituent, $CO_2$, will likely moderate the influence of ground-level $O_3$ on crop productivity (Fuhrer 2003; Fiscus et al. 2005; US EPA 2006; Feng et al. 2008), but eventual impacts of the suite of global climate change variables on yield remain unclear.

Ozone poses a critical threat and a challenging problem to world food security, fiber and timber production, conservation and genetic diversity of natural plant communities (Krupa et al. 2001; Fuhrer and Booker 2003; Ashmore 2005). However, in the USA where research and regulatory activity have taken place since the Air Pollution Control Act of 1955 and the Clean Air Act of 1970 were enacted, considerable uncertainty still remains in attempts to extrapolate results of plant responses to $O_3$ under experimental conditions to expected responses under ambient conditions (CASAC 2006, http://www.epa.gov/sab/pdf/casac-07-001.pdf). This is true at the local scale, and, for a variety of reasons, even greater uncertainty underlies attempts to extrapolate local results to regional or larger spatial scales. Environmental factors such as temperature, leaf-to-air vapor pressure deficit ($VPD_l$), soil moisture and solar radiation modulate $O_3$ uptake by plants and thus influence concentration-response relationships. Genotype and developmental stage also play major roles in determining plant sensitivity to $O_3$. Research on plant responses to the uptake of $O_3$ by plant canopies and individual plants (flux) should aid in resolving some of the uncertainties associated with interacting environmental and biological factors (Fuhrer and Booker 2003; Fiscus et al. 2005; Pleijel et al. 2007; Matyssek et al. 2008), but implementation of this approach for assessment and regulatory purposes remains problematic due to the lack of relevant data and the complexity of locally varying input parameters. However, understanding how various factors affect $O_3$ flux as well as how plants cope with $O_3$ toxicity are essential for accurate predictions of ambient $O_3$ impacts on vegetation. There continues to be a critical need to obtain quantitative data on the relationship between $O_3$ exposure and response of a variety of plant species under ambient and changing climatic conditions, and an equally compelling need for information on biological mechanisms of $O_3$ responses for development of process models.

In the present study, we focus on the direct and indirect effects of $O_3$ on agricultural and horticultural plants. These species are essential for food and fiber production, and many have been

demonstrated to be sensitive to ambient O$_3$ concentrations (Heagle 1989; Fuhrer et al. 1997; Mills et al. 2007; Pleijel et al. 2007). Previous reviews have provided detailed examination and interpretation of O$_3$ effects on crop physiology, reproductive processes and product quality (Heagle 1989; Black et al. 2000; Fuhrer and Booker 2003; Ashmore 2005; Fiscus et al. 2005; US EPA 2006). Our objective is to update and extend some of these analyses. We examine the etiology of O$_3$ toxicity and its effects on plant development and biomass partitioning, and review various methods used to assess plant responses to O$_3$. We summarize current estimates of yield impacts and present recent results from experiments with three snap bean (*Phaseolus vulgaris* L.) lines to demonstrate the effect of genetic variability in O$_3$ sensitivity among otherwise similar genotypes. We show that O$_3$ often has undesirable effects on yield quality that directly affect seed and fruit chemistry as well as forage nutritive value. We consider examples of O$_3$ effects on herbicide efficacy and inter-specific competition between crops and weeds as an indication of the complexity of O$_3$ impacts on agricultural production systems. Our conclusions provide a general assessment of current and future anticipated impacts of ambient O$_3$ on food production in a changing climate and suggest some research priorities needed to address those issues.

## Ozone Toxicity and Developmental Effects

Ozone injures plants mainly following uptake through the stomata in the leaf surface. However, O$_3$ does not persist in the intercellular spaces of the leaf, but rapidly reacts with water, ascorbate, thiols, phenolics and transition metals in the apoplast to yield reactive oxygen species (ROS) and toxic compounds (Long and Naidu 2002; Fuhrer and Booker 2003). Biogenically-derived oxidative bursts can result from O$_3$ exposure, which amplify production of ROS (Sandermann 1996; Kangasjarvi et al. 2005). Protein oxidation, ozonolysis of membrane lipids, production of toxic intermediates and altered gene expression result in impaired photosynthesis, stimulated production of ethylene, accelerated senescence and detrimental effects on metabolic processes (Sandermann 1996; Long and Naidu 2002; Fuhrer and Booker 2003; Kangasjarvi et al. 2005; Matyssek et al. 2008). Some of the changes in plant metabolism due to O$_3$ become manifest in a variety of visible foliar injury symptoms (Krupa et al. 2001), although lowered net photosynthesis (*A*) and biomass production can also occur without the appearance of visible injury (Reich 1987).

Antioxidant metabolism is considered to be a critical component in plant responses to O$_3$ stress. Activities of antioxidant enzymes such as peroxidase and glutathione reductase are often increased by O$_3$ (Dixon et al. 1996; Burkey et al. 2000; Chen and Gallie 2005; Cheng et al. 2006; US EPA 2006). In addition, the antioxidant compound most studied in this regard is ascorbic

acid (vitamin C). Deficiencies in ascorbic acid concentrations have been linked to enhanced O$_3$ sensitivity in *Arabidopsis* mutants (Conklin et al. 1996), transgenic tobacco (*Nicotiana tabacum* L.) (Chen and Gallie 2005) and in wildflowers that naturally accumulate low levels of ascorbate (Burkey et al. 2006). Transgenic tobacco with lowered ascorbate redox states exhibited increased sensitivity to O$_3$ as well (Sanmartin et al. 2003; Chen and Gallie 2005). Overexpression of dehydroascorbate reductase or monodehydroascorbate reductase in transgenic tobacco lines resulted in increased ascorbate availability, higher ascorbate redox state and improved tolerance to O$_3$ (Chen and Gallie 2005; Eltayeb et al. 2007). However, leaf content of antioxidant compounds such as ascorbic acid, glutathione and vitamin E were not consistently good predictors of O$_3$ sensitivity (Wellburn and Wellburn 1996; Burkey et al. 2000). There is evidence that cellular localization of antioxidants, particularly in the leaf apoplast where O$_3$ responses originate, may be more important than total antioxidant content. Leaf apoplast ascorbic acid content varies significantly across species and in certain cases appears to mediate O$_3$ responses (Burkey et al. 2003), although apoplast compounds other than ascorbate may also be involved (Fuhrer and Booker 2003; Cheng et al. 2006). Ozone-scavenging reactions by biogenically-produced volatile organic compounds might be protective against O$_3$ injury (Fiscus et al. 2005; Loreto and Fares 2007). Given the diversity of plant metabolism, it is reasonable to expect that plants have a variety of genetic and metabolic mechanisms for coping with O$_3$ stress. Depending on the species and exposure conditions, these systems may have the capacity to mediate or suppress O$_3$ effects or to become overwhelmed to the point where injury responses are initiated.

Suppressed carbon assimilation and growth are typical responses of many plants to O$_3$ (Reich 1987), caused in large part by decreased Rubisco activity and content (Pell et al. 1997; Reid and Fiscus 1998; Long and Naidu 2002; Fiscus et al. 2005. For example, seasonal average *A* and the maximum rate of carboxylation ($V_{c,max}$), an indicator of Rubisco activity, declined by 40% in an O$_3$-sensitive snap bean line (S156) following treatment with 60 nL/L O$_3$ (12-h daily average) in outdoor controlled-environment chambers (Table 1) (Flowers et al. 2007). Yield suppression correlated with reduced *A*, although early leaf senescence likely contributed to the effect as well. Lower Rubisco activity is attributed to both decreased mRNA transcripts for the protein and decline in content of the enzyme (Pell et al. 1997; Fiscus et al. 2005). Oxidation of proteins may be involved too. Protein carbonylation, a targeted, oxidative process that leads to a loss of protein function, increased in soybean leaves following chronic O$_3$ exposure (Qiu et al. 2008). Studies with bean found that carbonylation of the Rubisco small subunit increased with increasing O$_3$ concentrations from 54 to 108 nL/L over 7 h/d for up to 30 d and was always accompanied by visible foliar injury (Kanoun et al. 2002; Leitao et al. 2003). The mechanisms involved in increased carbonylation are not well

340   *Journal of Integrative Plant Biology*   Vol. 51   No. 4   2009

**Table 1.** Seasonal average net photosynthesis ($A$) and the maximum RuBP-saturated rate of carboxylation ($V_{c,max}$) in $O_3$-sensitive (S156) and -tolerant (R123, R331) snap bean lines

| 12 h Mean | $A$ ($\mu$mol/m$^2$ per s) Genotype | | | $V_{c,max}$ ($\mu$mol/m$^2$ per s) Genotype | | |
|---|---|---|---|---|---|---|
| ($O_3$) (nL/L) | S156 | R123 | R331 | S156 | R123 | R331 |
| 0 | 27.0$^{aA}$ | 21.8$^{aB}$ | 23.2$^{aB}$ | 159.7$^{aA}$ | 129.5$^{bB}$ | 124.8$^{aB}$ |
| 15 | 26.6$^{aA}$ | 23.4$^{aA}$ | 23.1$^{aA}$ | 148.2$^{abA}$ | 140.2$^{abA}$ | 128.8$^{aA}$ |
| 30 | 23.5$^{aA}$ | 20.7$^{aA}$ | 22.0$^{aA}$ | 125.9$^{bA}$ | 121.4$^{bA}$ | 110.6$^{aA}$ |
| 60 | 16.6$^{bB}$ | 22.2$^{aA}$ | 19.7$^{aAB}$ | 90.4$^{cB}$ | 138.8$^{aA}$ | 112.5$^{aB}$ |

Plants were treated from emergence to physiological maturity with four different levels of $O_3$ in outdoor controlled environment chambers in Raleigh, North Carolina (Flowers et al. 2007). Means followed by the same letter are not statistically different at the 0.05 level. Lower case letters separate means by ($O_3$) within each genotype. Upper case letters separate means by genotype within a given ($O_3$).

understood, but might be related to a secondary oxidative burst mediated by membrane NAD(P)H oxidases in response to $O_3$ (Kanoun et al. 2002). Increased protein carbonylation might thus be involved in the decline in Rubisco activity and $A$ due to $O_3$.

One of the most common effects of $O_3$ is to promote leaf senescence (Pell et al. 1997). Senescence is a normal process, proceeding from older to younger tissue, though the process is accelerated by $O_3$ (premature aging). In tomato (*Lycopersicon esculentum* Mill.), for example, where a clear progression of senescence is normally observed, elevated $O_3$ accelerated the course of that senescence, as shown by increased loss of chlorophyll from older, more sensitive leaves lower in the canopy (Figure 1). Soybean yield loss at elevated $O_3$ in the open-air SoyFACE experiment was attributed in large part to

accelerated senescence, as evidenced by a more rapid loss of leaf dry mass and leaf number during the pod-fill stage compared with plants grown in ambient air (Morgan et al. 2006). Accelerated senescence reduces canopy photosynthesis during reproductive growth and thus can limit fruit and seed yields.

Reduced phloem loading and lower carbon allocation to sink tissues due to $O_3$ exposure also contribute to suppressed biomass production and yield (Grantz and Farrar 2000). A particularly significant physiological effect in many plant species is reduced biomass allocation to roots (Cooley and Manning 1987; Miller 1988; Andersen 2003; Grantz et al. 2006; Feng et al. 2008), which could be related to decreased net assimilation and early senescence in lower canopy leaves that are the main source of photosynthates for root growth (Cooley and Manning 1987; Grantz et al. 2006). Decreased allocation to roots might also result from increased demand for carbohydrates in the shoot needed to support higher rates of maintenance respiration (Miller 1988). Reduced carbon flow to the roots and suppressed biomass production in general have significant consequences for nutrient uptake, soil organic matter content and for plant vigor and resilience to multiple stresses (Andersen 2003; Fuhrer and Booker 2003). Although root system development in many crops is substantially reduced by $O_3$ exposure of the shoot (Grantz et al. 2006) this may be expressed differently in plants with different reproductive strategies (Figure 2). In tomato, for example, where fruits are borne on aerial branches, carbohydrate allocation below ground is reduced (Shrestha and Grantz 2005). In contrast, in yellow nutsedge (*Cyperus esculentum* L.), a common weed species that reproduces mostly by vegetative tubers borne on underground stems (rhizomes), $O_3$ did not cause a decline in allocation below ground (Shrestha and Grantz 2005). Ozone pollution thus may influence competition relationships



**Figure 1.** Ozone acceleration of the normal progression of canopy senescence in tomato, shown as declining leaf chlorophyll content (relative units) with increasing $O_3$ exposure in leaves of various ages (after Shrestha and Grantz 2005). Values within each line associated with different letters differ at $P \leq 0.05$.



**Figure 2.** Differential effects of $O_3$ exposure on biomass allocation below-ground in a sexually reproducing species, tomato, and a vegetatively reproducing species, nutsedge (after Shrestha and Grantz 2005). Values within each line associated with different letters differ at $P \leq 0.05$.

between crops and perennial weeds in subsequent growing seasons in ways not previously appreciated, as considered below.

## Ozone Effects Assessment Protocols

Research on plant responses to O$_3$ has included various experimental approaches using controlled environment, greenhouse, field chambers and free-air systems (Manning and Krupa 1992; Morgan et al. 2006; US EPA 2006; Flowers et al. 2007). The largest dataset relating O$_3$ exposures to crop responses was obtained by the US EPA National Crop Loss Assessment Network (NCLAN) program, which used regression modeling approaches based on concentration-response experiments conducted in open-top field chambers (OTC) to estimate ambient O$_3$ effects on various crop species (Heagle 1989). Ozone effects data on crops were also produced by the European Open-Top Chambers Programme (EOTCP) (Jäger et al. 1992), the European Stress Physiology and Climate Experiment (ESPACE) (Bender et al. 1999), the CHanging climate and potential Impacts on Potato yield and quality program (CHIP) (Vorne et al. 2002), and in a number of similar but unaffiliated studies (US EPA 1996; US EPA 2006). Yield loss functions were developed for many crops, generally in monoculture, in a variety of environments. The data overwhelmingly indicated production losses due to O$_3$ exposure in the OTCs. However, considerable variability was observed between and within species, between years, irrigation regimes and environments. Nevertheless, OTCs have provided consistent indications of yield losses for a wide variety of plants due to O$_3$ exposure (Heagle 1989; US EPA 2006). Open-top chambers are suitable for studying the effects of O$_3$ because plants can be grown in close to natural conditions while O$_3$ concentrations can be maintained below phytotoxic levels with filtration or increased by additions of O$_3$. However, plant growth conditions are altered by OTCs. For example, differences in plant growth may be caused by higher air turbulence in the chamber compared with ambient air (AA), which promotes O$_3$ incursion into the lower canopy. Plants tend to be taller inside OTCs compared with plants grown in AA, probably due to an average 12% decrease in light inside OTCs (Heagle 1989). There is also increased light penetration into the lower portion of the plant canopy, particularly adjacent to chamber walls if border plants are not used, and daytime air temperature inside an OTC averages 2 °C higher than ambient. These changes in environmental conditions inside OTCs, the relatively small plot size and the single factor protocol with O$_3$ as the only variable have led some to question the extrapolation of OTC data to normal field conditions (for example, Manning and Krupa 1992; Nussbaum and Fuhrer 2000; Morgan et al. 2006).

There is evidence, however, that OTCs do not significantly affect the relative response of plants to O$_3$ despite modest alterations in microclimate conditions. Combined results from 24 experiments with 11 crop species (alfalfa (Medicago sativa L.), clover (Trifolium repens L.) – tall fescue (Festuca arundinacea L.), cotton (Gossypium hirsutum L.), lettuce (Lactuca sativa L.), maize (Zea mays L.), peanut, sorghum (Sorghum bicolor (L.) Moench.), soybean, tobacco and winter wheat) indicated that average yield in OTCs supplied with non-filtered air (NF) was similar to that in AA (5% ± 17% greater in NF than in AA) (Heagle 1989). In a study with snap bean (Burkey et al. 2005), plants were treated with charcoal-filtered air (clean air control, CF) and NF air in OTCs as well as with AA (Table 2). Both NF and AA treatments provided similar O$_3$ exposures of approximately 40 nL/L with and without potential chamber effects. A comparison of NF/CF and AA/CF ratios clearly showed that O$_3$ reduced the pod yield of sensitive genotypes in both treatments, while the effect was greater in AA. In a study with peanut, biomass production and yield were not significantly different in NF air and AA treatments, although stomatal conductance was 12% lower in the AA treatments (Booker et al. 2007; Burkey et al. 2007). These differences may reflect minor chamber effects or experimental variability, but do not indicate that OTCs overestimated the actual impact of ambient O$_3$.

**Table 2.** Ozone effects on mature pod yield of snap bean grown in Raleigh, North Carolina during the summer of 2003

| Genotype | CF pod yield (g/plant) | NF pod yield (g/plant) | AA pod yield (g/plant) | NF/CF | AA/CF |
|---|---|---|---|---|---|
| BBL-274 (T) | 134 ± 9[a] | 142 ± 5[a] | 110 ± 6[b] | 1.08 ± 0.12 | 0.83 ± 0.01 |
| BBL-290 (S) | 110 ± 10[a] | 86 ± 7[a,b] | 68 ± 8[b] | 0.78 ± 0.06 | 0.63 ± 0.11 |
| R123 (T) | 85 ± 8[a] | 80 ± 4[a] | 70 ± 4[a] | 0.96 ± 0.09 | 0.85 ± 0.12 |
| R331 (T) | 116 ± 9[a] | 108 ± 12[a] | 76 ± 6[b] | 0.94 ± 0.09 | 0.66 ± 0.09 |
| S156 (S) | 100 ± 10[a] | 64 ± 9[b] | 32 ± 6[c] | 0.65 ± 0.07 | 0.32 ± 0.04 |

Plants were grown in 15-L pots containing Metro Mix 200 with optimized fertilization and irrigation. Plants were exposed from emergence through mature pod harvest to charcoal-filtered air (CF, 15 nL/L O$_3$) (seasonal 12-h mean) or non-filtered air (NF, 40 nL/L O$_3$) in open-top chambers or to ambient air (AA, 41 nL/L O$_3$) in adjacent plots. Yield was assessed as mature pod dry weight at the end of the growing season. NF/CF and AA/CF ratios were calculated from paired chambers and AA plots using a randomized complete block design. Values are means ± SE for three replicate plots per treatment. For each row, yield values followed by a different letter were significantly different ($P < 0.05$). S, sensitive; T, tolerant.

Caution is warranted, however, when extrapolating OTC results to generalized AA conditions. The natural environment and local growth conditions normally differ between locations and may lead to different concentration-response relationships. Thus, large scale experiments such as NCLAN, EOTCP and ESPACE were conducted in a variety of geographic regions. In addition, elevated temperatures in OTCs can accelerate phenological development and shorten the grain-fill period in cereals such as wheat and rice, which may confound estimates of ambient $O_3$ effects on grain yield.

Fortunately there are viable alternatives to the use of OTCs, and they have produced results mostly consistent with OTC experiments. Alternatives include chamber-less air exclusion systems that reduce $O_3$ concentrations in field plots (Olszyk et al. 1986), free-air exposure systems such as SoyFACE (Morgan et al. 2006) and mini open-air systems (Erbs and Fangmeier 2005), zonal air pollution systems (ZAPS) (Runeckles et al. 1990), antioxidant or protective chemicals, paired comparisons of closely related genotypes differing in $O_3$ sensitivity and exploitation of ambient $O_3$ gradients (Lin et al. 2007; Manning and Krupa 1992). These approaches address limitations of OTCs and other chamber experiments and facilitate exposure of larger biological units, in some cases small areas of intact ecosystems. Yet each technique poses its own set of uncertainties, from experimental artifacts to spatial heterogeneity in soil and atmospheric properties across larger plots. Available evidence suggests that OTCs do not fundamentally alter plant responses to $O_3$ and that OTCs remain a useful tool for testing species sensitivity and developing $O_3$-response relationships (US EPA 2006). Soybean responses to $O_3$ in a free-air exposure system in the Midwestern USA (SoyFACE) indicated yield losses similar to those previously reported using OTCs (Morgan et al. 2006).

Measured air concentrations of $O_3$ at some height above the surface have been generally used in establishing cause-effect relationships for vegetation. However, the $O_3$ concentration gradient between the typical $O_3$ monitoring height (3 m) and the canopy level measured in many experiments needs to be accounted for in quantifying actual exposures (Nussbaum and Fuhrer 2000; US EPA 2006). It is the dose taken up or absorbed by the plant canopy that results in a response. This is a standard postulate of toxicology that must be reintroduced into air quality effects research. The exchange of gases between the atmosphere and the phytosphere is governed by the ambient $O_3$ concentration, the turbulent conductivity of the lower atmosphere and the sink properties of the plants and soil. The dynamics of ambient $O_3$ concentrations are inherently coupled to the meteorology that governs its synthesis and its deposition through effects on plant physiology (NARSTO 2000; National Resource Council 1991). Indeed, a flux-based metric may help to reconcile responses observed in different exposure systems (Pleijel et al. 2007; Matyssek et al. 2008).

However, seasonal-average or flux-based approaches do not capture $O_3$ exposure dynamics on a daily basis and their relationship to growth stages with differing sensitivities. For example, in soybean, elevated $O_3$ exposure during mid-to-late-growth stages generally caused a greater yield loss than exposure during early growth stages (Heagle et al. 1991). In tomato, the effect of $O_3$ on ripe fruit number and production was greatest in the early harvest compared with later harvests due to delayed fruit ripening (Calvo et al. 2007). Krupa and Nosal (1989) applied a statistical model with ambient $O_3$ exposure variables (hourly median, peak values, percentile statistics, etc.) defined for discrete portions (15-d intervals until harvest at 45 d) of alfalfa growth. Although growth between 15 and 30 d (the exponential phase) appeared to be the most sensitive, at each growth stage there was a strong tendency for the hourly median value to be the first in the order of importance, followed by the cumulative integral of exposure concentration and duration (Krupa and Nosal 1989). Overall, similar studies are urgently needed to understand the stochasticity of $O_3$ exposure and crop response and their corresponding spatial and temporal variability.

Most $O_3$ studies have been single factor or two-way interaction experiments between $O_3$ and such factors as $NO_2$, $SO_2$, acid deposition, nitrogen availability, water stress and elevated $CO_2$ (Heagle 1989; US EPA 1996; Fiscus et al. 2002; Fuhrer and Booker 2003). The effects of ambient $O_3$ in combination with more than two other environmental factors have been little explored. This line of investigation deserves more attention as it has been shown in rice, for example, that the magnitude of the $O_3$ and elevated $CO_2$ responses and interactions can be influenced by high temperature episodes, nutritional status and intra-plant competition (Reid and Fiscus 2008). Plant responses to $O_3$ are highly influenced by site conditions, and comprehensive assessment of their relative influences needs more study, especially in a changing climate. This issue is important to air quality regulators, crop breeders and producers, ecosystem managers and climate modelers.

## Ozone Effects on Yield

Ozone sensitive crop and horticultural species include alfalfa, bean, clover and other forages, cotton, grape (*Vitis vinifera* L.), lettuce, oat (*Aveva sativa* L.), peanut, potato (*Solanum tuberosum* L.), rape (*Brassica napus* L.), rice, soybean, spinach (*Spinacia oleracea* L.), tobacco, tomato, watermelon (*Citrullus lanatus* (Thunb.) Matsum and Nakai) and wheat (Heagle 1989; Synder et al. 1991; Krupa et al. 1998; Benton et al. 2000; Morgan et al. 2003; Burkey et al. 2007; Ainsworth 2008; Feng et al. 2008). Combining NCLAN data obtained from 12 species comprising 38 cultivars and applying a Weibull statistical function indicated that cultivars of seven species (cotton, peanut, spinach, soybean, tomato, turnip (*Brassica rapa rapa* L.) and wheat)

would exhibit 10% yield losses when exposed to a 7 h seasonal average $O_3$ concentration $\leq$ 50 nL/L (AOT40 $\leq$ 7 $\mu$L/L $\times$ h) (US EPA 1996). Species such as maize, sorghum, barley (*Hordeum vulgare* L.) and some wheat cultivars required a 7-h seasonal average $O_3$ concentration > 80 nL/L (AOT40 > 35 $\mu$L/L $\times$ h) to suffer a 10% yield loss. Meta-analyses of $O_3$ effects studies on rice, soybean and wheat found that seasonal $O_3$ concentrations averaging 62, 45 and 42 nL/L lowered yields by 14%, 10% and 18%, respectively, compared with CF air controls (Morgan et al. 2003; Ainsworth 2008; Feng et al. 2008). An extensive survey of season-long field studies conducted in OTCs found that bean, cotton, lettuce, onion (*Allium cepa* L.), soybean, tomato, turnip, watermelon and wheat suffered 5% yield losses at seasonal AOT40 values of 6 $\mu$L/L $\times$ h or less ($O_3$-sensitive crops) (Mills et al. 2007). Yields of broccoli (*Brassica oleracae*), grape, maize, potato, rape, rice, sugar beet (*Beta vulgaris* L.) and tobacco were suppressed by 5% at seasonal AOT40s of 8.6 to 20 $\mu$L/L $\times$ h (moderately $O_3$-sensitive crops) (Mills et al. 2007). Ornamental plants such as petunia (*Petunia $\times$ hybrida*) and buddleia (*Buddleia davidii* Franch.), fruit bushes (blackberry (*Rubus cuneifolius* Push)) and landscape shrubs can also be injured by ambient $O_3$ (Cathey and Heggestad 1982; Findley et al. 1997a, 1997b; Chappelka 2002). Injury can occur as a loss in biomass or yield, foliar necrosis and pigmentation, or a decrease in flowers or species fitness, or alteration in fruit quality. Nutritional quality also declines in some forages (Krupa et al. 2004; Lin et al. 2007).

Agronomic crop yield loss due to ambient $O_3$ in the USA is estimated to range from 5% to 15% (Heagle 1989), worth \$US3–5 billion annually (Fiscus et al. 2005; US EPA 2006). If anthropogenic $O_3$ was eliminated in the USA, the increased production value of eight major crops was estimated as \$US2.8 to \$5.8 billion in 1990 (Murphy et al. 1999). This constitutes a relatively minor, but non-trivial, portion of the total cost of air pollution on society (Murphy et al. 1999). However, the database for these estimates is limited. In addition, wide variability in $O_3$-sensitivity among various crop cultivars is common, with variation in sensitivity within species often as great as differences among species (US EPA 2006).

## Genetic Variability in Ozone Sensitivity

Genetic variation within and among species in their $O_3$ response is commonly observed. One way to obtain insight about the effects of ambient $O_3$ on plants is to compare the growth and productivity of closely related plant cultivars and clones that differ in injury or growth responses to $O_3$. This has been done with soybean, wheat, tobacco, clonal clover and selected bean lines (Heagle 1989; Barnes et al. 1990; Heagle and Stefanski 2000; Burkey et al. 2005; Cheng et al. 2006). In experiments using AA exposures in New York, North Carolina and California, ambient $O_3$ concentrations were sufficient to cause 25%, 39%

and >50% biomass reductions, respectively, in the sensitive clone compared with the tolerant clone of white clover (Heagle et al. 1995). Similarly, in North Carolina, yield reduction was observed in sensitive versus tolerant cultivars of snap bean grown in AA (Burkey et al. 2005). Snap bean pod yield declined more than 30% in AA for the $O_3$-sensitive "Bush Blue Lake 290" (BBL-290) variety, with much smaller losses observed for the $O_3$-tolerant "Bush Blue Lake 274" (BBL-274) (Table 2). Yield losses exceeded 60% for the $O_3$-sensitive genotype S156, an experimental snap bean line developed as an $O_3$ bioindicator (Burkey et al. 2005). Smaller losses were observed for the comparable $O_3$-tolerant lines R331 and R123. Significantly, the losses observed in this study for sensitive genotypes occurred under conditions where the seasonal 12-h mean ambient $O_3$ concentration was 41 nL/L, a level comparable to the 40–50 nL/L range commonly observed in many agricultural regions in the USA.

Additionally, in a field study on Long Island, New York, snap bean fresh market pod yield of the sensitive line (S156) was reduced by as much as 56%, and mature bean yield was reduced up to 66% by ambient $O_3$ compared with the $O_3$-tolerant line (R331) (Table 3). When $O_3$ concentrations were relatively low, as during the third, late-season planting in 2006, $O_3$ injury was less, and yield differences between the sensitive and tolerant lines were lower compared with yield responses at higher $O_3$ concentrations during earlier plantings (McGrath and Davey 2006). The similar yields at low ambient $O_3$ concentrations and a significant $O_3$ concentration-response relationship (Figure 3) demonstrate that these lines may provide a suitable biological tool for assessing the impact of ambient $O_3$ in the field.

Results obtained with sensitive and tolerant crop lines, as with all experimental systems, have their own limitations. For example, the pairs of $O_3$-sensitive and tolerant plants can differ in growth rate, size and performance, although the differentially-sensitive snapbean lines S156 and R123 are similar in size and productivity in low-$O_3$ air under field conditions (Burkey et al. 2005; Flowers et al. 2007). However, in a controlled environment experiment with high relative humidity, optimum temperature and natural light levels, the sensitivity of the $O_3$-tolerant R331 line to $O_3$ on a unit exposure basis was not significantly different from the $O_3$-sensitive S156 line, based on seed dry mass (Flowers et al. 2007). This illustrates how plant responses to $O_3$ can vary depending on environmental conditions, culture method and the end point used for performance evaluation (fresh market pod mass versus seed dry mass).

One possible way to avoid problems associated with comparing the responses of different genotypes to $O_3$ is to use only the sensitive line and to treat half of the plants with a compound that protects against $O_3$. One such compound is the $O_3$-injury suppressing chemical ethylenediurea (EDU). Generally good results have been obtained using clover, peanut and snap bean as experimental systems (Ensing et al. 1986; Manning and

**Table 3.** Average yield ($\pm$ *SE*) of the $O_3$-tolerant line R331 compared with the sensitive snap bean line S156 when field-grown under ambient $O_3$ conditions on Long Island, New York

| Year | Seeding date | $O_3$ exposure | | Fresh market yield (g/plant) | | | Mature bean yield (g/plant) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | M12 (nL/L) | AOT40 ($\mu$L/L $\times$ h) | R331 | S156 | *P*-value | R331 | S156 | *P*-value |
| 2005 | 17 May | 42.6 | 7.09 | 123.5 $\pm$ 22.0 | 102.9 $\pm$ 17.2 ($-17\%$) | <0.06 | 11.2 $\pm$ 2.7 | 6.2 $\pm$ 1.4 ($-45\%$) | <0.06 |
| | 17 June | 44.2 | 9.25 | 199.8 $\pm$ 22.5 | 101.3 $\pm$ 11.7 ($-49\%$) | <0.01 | 10.5 $\pm$ 1.2 | 6.3 $\pm$ 1.4 ($-40\%$) | <0.05 |
| | 13 July | 45.4 | 10.00 | 137.6 $\pm$ 7.6 | 53.3 $\pm$ 1.0 ($-61\%$) | <0.001 | 16.1 $\pm$ 0.7 | 5.5 $\pm$ 0.5 ($-66\%$) | <0.001 |
| 2006 | 25 May | 49.3 | 12.08 | 141.1 $\pm$ 13.9 | 80.2 $\pm$ 8.4 ($-43\%$) | <0.02 | 10.8 $\pm$ 1.0 | 4.9 $\pm$ 0.4 ($-55\%$) | <0.01 |
| | 3 July | 45.5 | 10.19 | 139.2 $\pm$ 9.1 | 99.6 $\pm$ 7.7 ($-28\%$) | <0.001 | 11.1 $\pm$ 1.3 | 7.7 $\pm$ 0.4 ($-31\%$) | <0.1 |
| | 31 July | 37.4 | 4.27 | 73.8 $\pm$ 4.5 | 69.2 $\pm$ 0.7 ($-6\%$) | <0.14 | 6.1 $\pm$ 0.7 | 5.2 $\pm$ 0.6 ($-15\%$) | <0.6 |
| 2007 | 14 May | 45.8 | 7.50 | 134.9 $\pm$ 14.8 | 103.8 $\pm$ 16.4 ($-23\%$) | <0.06 | 16.6 $\pm$ 2.8 | 10.4 $\pm$ 1.9 ($-37\%$) | <0.06 |
| | 12 June | 46.7 | 9.68 | 260.4 $\pm$ 9.6 | 180.4 $\pm$ 5.1 ($-31\%$) | <0.01 | 22.5 $\pm$ 0.7 | 11.6 $\pm$ 0.4 ($-48\%$) | <0.001 |
| | 11 July | 42.7 | 6.98 | 139.0 $\pm$ 28.9 | 98.2 $\pm$ 16.3 ($-29\%$) | <0.23 | 14.0 $\pm$ 2.0 | 6.3 $\pm$ 1.1 ($-55\%$) | <0.02 |

Ozone exposure values were determined from plant emergence through 77 d after planting, which was around the time of the last harvest for fresh market yield and expressed as M12 (average $O_3$ concentration between 08.00–20.00 h EST) and as AOT40 (accumulated $O_3$ dose over the threshold of 40 nL/L over this time period). Pods at size for fresh market yield were harvested three to six times from four replicate plots of 15 plants each. Mature bean yield was determined by weighing dried seed from additional plots after plant senescence. In the columns labeled S156, values in parentheses are percent difference between R331 and S156 yields. *P* values were determined by means comparison of yield values by planting date for the two bean lines using ANOVA.



**Figure 3.** Ratio of S156:R331 fresh market bean yields versus AOT40 ($\mu$L/L $\times$ h) for $O_3$-sensitive (S156) and -tolerant (R331) snap bean lines grown in the field in Long Island, New York (Table 3). A linear model is shown $\pm$ 95% confidence intervals ($P < 0.02$, adjusted $R^2 = 0.49$).

Krupa 1992; Miller et al. 1994); however, with this technology as with the others mentioned above, uncertainties exist regarding the influence of EDU treatment regimes, interactions with other environmental factors and potential genotype-specific responses to EDU (Miller et al. 1994).

## Ozone Effects on Product Quality

In addition to reductions in biomass or crop yield, studies indicate that there are economically important effects of ambient $O_3$ on the product quality of crops and forage species (US EPA 1996; Black et al. 2000; Ashmore 2005). Visible symptoms on marketable portions of crops and ornamental plants can occur with seasonal 7-h mean $O_3$ exposures of 40 to 100 nL/L. Spinach with visible injury often is unmarketable; consequently, spinach production has been curtailed where ambient $O_3$ reaches high levels.

Changes in quality traits have been studied in a limited number of crops (Black et al. 2000; Fuhrer and Booker 2003). In wheat, $O_3$ increased grain protein concentration but decreased grain and protein yield on an areal basis (Fuhrer et al. 1990; Pleijel et al. 1999; Feng et al. 2008; Piikki et al. 2008). A compilation study of 13 OTC experiments with spring wheat in northern Europe found no statistically significant effect of $O_3$ on wet and dry gluten values, grain water quotient, starch concentration or Hagberg falling number (an indicator of $\alpha$-amylase activity in the endosperm) (Piikki et al. 2008). Ozone often shortened the grain-filling period and enhanced maturation and senescence development (Black et al. 2000; Feng et al. 2008; Piikki et al. 2008).

Seeds from soybean exposed to 1.5 $\times$ ambient $O_3$ concentrations showed small changes in oil content, no changes in protein, minor suppression of oleic acid ($C_{18:1}^{\Delta 9}$) production and small increases in linoleic acid ($C_{18:2}^{\Delta 9,12}$) concentration (Heagle et al. 1998). In peanut, elevated $O_3$ effects on market grade characteristics were small (Burkey et al. 2007). No treatment effects were observed on the protein and oil contents of seeds, but there were changes in fatty acid composition. Added $O_3$ increased stearic acid ($C_{18:0}$) and decreased lignoceric acid ($C_{24:0}$) concentrations about 10% compared with the control (Burkey et al. 2007).

Tropospheric $O_3$: Another Component of Global Change   345

A study with potato plants exposed to an AOT40 value of 12.5 $\mu$L/L $\times$ h in OTCs found that paste from tubers was more viscous (Donnelly et al. 2001). In plants treated with an AOT40 exposure of 27.1 $\mu$L/L $\times$ h, starch granules were less resistant to swelling, and total glycoalkaloid content was increased. Such increases in glycoalkaloid content have been observed previously in potato (Pell and Pearson 1984) and may be important because glycoalkaloids cause bitter flavors and, at higher concentrations, toxicity. In the CHIP program, the effects of $O_3$ were studied using OTCs at six sites in northern Europe. Reducing sugar and starch concentrations in tubers decreased linearly due to $O_3$ exposure, while ascorbic acid concentration increased (Vorne et al. 2002). Compared with the control, exposure to an AOT40 value of 14 $\mu$L/L $\times$ h decreased starch concentrations by 2%, decreased reducing sugar concentration by 30% and increased ascorbic acid concentration by 20%. Although the changes in reducing sugars and ascorbic acid increased tuber quality, the reduction in starch concentration was considered undesirable.

Ozone added to ambient air was found to reduce yield quality of Eurol rape seed in a free-air exposure system in the UK (Ollerenshaw et al. 1999). Yield quality measured as crude protein (%N $\times$ 6.25) and oil content was decreased by 5% to 6% at elevated $O_3$ (80 nL/L, 6–7 h/d). Short-term pulses of $O_3$ (66 and 130 nL/L, 8 h/d) during the growth of rape (cv. Licolly) in indoor controlled-environments were found to reduce yield most during flowering and induced changes in seed fatty acid content (Kollner and Krause 2003).

Watermelon foliage often shows injury from ambient $O_3$. Injury symptoms were first observed in a commercial field in southern Indiana during the early 1980s and consisted of premature chloritic spots, followed by stippling and bleaching of foliage and necrosis (Decoteau et al. 1986). Mature leaves were more affected than younger leaves. Ozone levels exceeded 50 nL/L daily for 9 h (11.00–20.00 h) in southern Indiana during the growing season. Watermelon (cv. Sugar Baby) grown as an autumn crop in OTCs in Indiana showed a significant decrease in marketable yield by weight and number (21%) for plants grown in NF air compared with those grown in CF air

(Synder et al. 1991). In two studies using OTCs in commercial fields in Spain, the soluble solids content of watermelon was decreased 4% to 8% due to ambient $O_3$ levels (Gimeno et al. 1999).

In grape grown in the northeast US, the variety Chambourcin treated with NF air in OTCs had 18% of their leaves injured, whereas comparable plants in the clean-air treatment had less than 2% foliar injury. In contrast, the variety Vidal, which is considered tolerant to $O_3$, had less than 6% of its leaves injured in the NF air treatment and less than 1% of its leaves were injured in the clean-air treatment. Berry harvests made in late September and early October suggested that ambient $O_3$ decreased Vidal grape fruit size, increased juice total acidity in both cultivars, with no effect on juice pH or Brix (total sugars) content (Table 4). In the variety Welschriesling grape, grown in large containers and treated in OTCs with CF air, NF air or added $O_3$ in a multi-year study, substantial $O_3$ effects on yield and soluble carbohydrate content of the fruit were observed (Soja et al. 2004). The effects of $O_3$ on organic acid content were not statistically significant. The study concluded that assessment periods for determining $O_3$ effects on perennial crops should cover more than one growing season in order to better reflect the biology of many fruit crops because the potential for development of buds into healthy shoots is determined in the previous growing season (Soja et al. 2004).

A study of five tomato cultivars treated in OTCs with CF air, NF air (AOT40–2.5 $\mu$L/L $\times$ h) or NF air with added $O_3$ (AOT40–49.9 $\mu$L/L $\times$ h) in Spain found that sensitivity to $O_3$ varied among cultivars as indicated by vegetative biomass production, number of ripe and unripe fruit at various harvests and ripening rate (Calvo et al. 2007). There were significant effects of added $O_3$ on early fruit harvest production, but not at later harvests. Added $O_3$ reduced total ripe fruit number and delayed ripeness rate, but by the end of the experiment, no significant production decreases due to $O_3$ were observed because established fruits eventually ripened and mass per fruit increased in one cultivar. Brix degree was lower by 7% to 10% in two sensitive cultivars in the NF treatment and was 10% to 19% lower in four cultivars in the added-$O_3$ treatment.

Table 4. Effects of charcoal-filtered air (CF, 18 nL/L $O_3$, seasonal 12-h mean), non-filtered air (NF, 30 nL/L) and ambient air (AA, 33 nL/L) on Chambourcin and Vidal berry mass and juice pH, Brix[1] and total acidity from plants grown in open-top chambers in Biglerville, Pennsylvania in 2004

| Treatment | Fruit mass (g/100 berries) | | pH | | Brix (°) | | Total acidity | |
|---|---|---|---|---|---|---|---|---|
| | Chambourcin | Vidal | Chambourcin | Vidal | Chambourcin | Vidal | Chambourcin | Vidal |
| CF air | 258 ± 8[a] | 177 ± 2[a] | 3.4 ± 0.1[a] | 3.5 ± 0.1[a] | 20.7 ± 0.7[a] | 22.6 ± 0.9[a] | 8.74 ± 0.26[a] | 6.94 ± 0.38[a] |
| NF air | 236 ± 7[a] | 172 ± 2[ab] | 3.4 ± 0.0[a] | 3.5 ± 0.1[a] | 20.1 ± 0.2[a] | 22.6 ± 0.5[a] | 8.78 ± 0.29[a] | 6.38 ± 0.20[a] |
| AA | 233 ± 9[a] | 161 ± 7[b] | 3.3 ± 0.1[a] | 3.4 ± 0.1[a] | 19.2 ± 0.4[a] | 21.4 ± 0.3[a] | 10.40 ± 0.20[b] | 8.70 ± 0.45[b] |

Plants were field-established in 2002 with optimized fertilization and irrigation. Treatments began on 1 May and ended after last berry harvest on 4 October. Fruit was harvested on 23 September for Chambourcin and 4 October for Vidal. Values are means ± $SE$ for two independent experimental blocks. For each column, values followed by a different letter were significantly different ($P < 0.05$).

[1]Brix is used for measuring the approximate amount of sugars juice. For fruit juices, one degree Brix is about 1%–2% sugar by weight (Pandell 1999).

346   *Journal of Integrative Plant Biology*   Vol. 51   No. 4   2009

In the case of perennial grasslands (pastures and range-lands), relevant long-term effects of $O_3$ may develop over several years. Forage quality can be changed because of $O_3$ effects on leaf chemistry, which could be a direct effect on secondary metabolism or a change in plant development (Fuhrer and Booker 2003). In a grass-clover forage study conducted in OTCs in Raleigh, North Carolina, for example, white clover leaf *in vitro* dry matter disappearance and nitrogen concentration declined, while neutral detergent fiber increased in AA compared with CF air (Burns et al. 1997). Decreased yield and quality of $O_3$-exposed bahiagrass (*Paspalum notatum* Fluegge) (Muntifering et al. 2000) and sericea lespedeza (*Lespedeza cuneata* (Dum. Cours.) G. Don) (Powell et al. 2003) were of sufficient magnitude to have nutritional implications in their use by mammalian herbivores (Krupa et al. 2004). Likewise, a decline in relative feed value of high-yielding alfalfa in Alberta, Canada was strongly linked to ambient $O_3$ concentrations, based on a multivariate analysis of air pollutant and meteorological data (Lin et al. 2007). Interactive effects of $O_3$ with other air pollutants on plant quality have also been reported. For example, results from a long-term experiment in a Swiss sub-alpine pasture revealed that positive responses in forage quality to nitrogen inputs were negated by increased lignification of cell-wall constituents associated with accelerated foliar senescence due to elevated $O_3$ (Cline et al. 2008). Similarly, Sanz et al. (2005) reported that nitrogen fertilization amplified $O_3$ effects on the concentration of the ligno-cellulose fraction in subterranean clover (*T. subterraneum* L.). Decreased nutritive quality of forages can lead to lower milk and meat production from grazing animals, thus linking air quality with impacts on animal production systems (Krupa et al. 2004).

## Ozone Interactions with Herbicide Efficacy and Invasive Species

Previous studies have suggested that $O_3$ can influence the efficacy of some agricultural chemicals, depending on exposure protocols, plant sensitivity to the herbicide and $O_3$, $O_3$ concentrations and other environmental factors such as light intensity (Dixon et al. 1996). Herbicides that induce the formation of toxic levels of ROS in plants may be less effective in situations where $O_3$ has stimulated antioxidant metabolism, which increases their resistance to the herbicide effect (Dixon et al. 1996). For example, in young sugar beet plants exposed to 100 nL/L $O_3$ 7 h/d for 2 d in growth cabinets, followed 3 d later by treatment with phenmedipham at prescribed rates, suppression of shoot fresh mass and chlorophyll concentration in the combined $O_3$ plus herbicide treatment was less than would be expected if the negative effects of the two treatments were additive (Dixon et al. 1996). Activities of several important antioxidant enzymes were stimulated by both treatments, suggesting that upregulation of antioxidant metabolism by $O_3$ resulted in plants

better adapted to resisting increased ROS stress from certain herbicides. Conversely, a number of fungicides, herbicides and growth regulators can protect plants against $O_3$ injury (US EPA 1996). Some of the fungicides are carbamates, which are also used as antioxidants in manufactured materials such as rubber products for protection against ambient $O_3$ and UV radiation damage (US EPA 1996).

Horseweed (*Conyza canadensis* (L.) Cronquist) is native to North America, but is becoming newly invasive. This has coincided with the development of resistance to the widely used herbicide, glyphosate. The glyphosate-resistant (GR) biotype that has emerged in the San Joaquin Valley (SJV) of California is unusual in that it is more robust with greater seedling and rosette development than the sensitive (GS) wild-type progenitor. The SJV biotype of GR exhibits no fitness penalty of herbicide resistance, as is usually observed (Baucom and Mauricio 2004). This advantage in vigor declined with increasing $O_3$ concentrations (4, 59 and 114 nL/L, 12-h daily average) in plants treated in greenhouse chambers (Grantz et al. 2008). Although early experiments suggest that evolution of resistance to glyphosate is not linked with increased resistance to $O_3$, there was a biologically significant impact of the combination of $O_3$ and glyphosate. The additive impact of $O_3$ and glyphosate was much more devastating to the GS biotype than to the GR biotype, particularly on above-ground productivity. Individuals of the GS biotype were reduced to non-viable leaf area and biomass, and seedling survival in GS was significantly lower than in GR at all $O_3$ exposures tested (Grantz et al. 2008). In the absence of glyphosate, both biotypes remained viable, even at the highest $O_3$ concentration. At moderate to high $O_3$ concentrations the GS biotype was effectively removed from experimental populations in the presence of glyphosate, while the GR biotype remained viable. The combination of $O_3$ and glyphosate has the potential to accelerate the fixation of the GR allele in unmanaged horseweed populations and thereby contribute to the recent aggressive spread of GR horseweed in California, a previously unrecognized impact of oxidant air pollution on unmanaged plant populations.

Yellow nutsedge is a widespread weed that is difficult to control in many cropping systems in arid regions. It is a $C_4$ species that reproduces largely vegetatively. Pima cotton (*G. barbadense* L.) is more sensitive to $O_3$ than is nutsedge in both above and below-ground productivity. Ozone directly suppressed the productivity of cotton and enhanced the competitiveness of nutsedge (Grantz and Shrestha 2006). In contrast, nutsedge was most competitive with tomato at moderate $O_3$ concentrations (Shrestha and Grantz 2005), though the sensitivity of nutsedge to $O_3$ restored the competitiveness of tomato with further increases in $O_3$. In these cases it was possible to predict competitive outcomes qualitatively based on the relative sensitivity of the individual species to $O_3$. However, in many cases competition is complex and such simple relationships break down (Evans and Ashmore 1992). Overall, inter-specific

differences in their sensitivity to $O_3$ can lead to shifts in competition for space, nutrients and water in mixed populations of crop and weed species, particularly in the case of perennial crops.

## Concluding Remarks

In general, it is important to remember that $O_3$ at sufficiently high concentrations is toxic to most living things. Our present understanding of crop responses to $O_3$ indicates that measurable yield losses due to $O_3$ toxicity are likely occurring in food and fiber crops in many regions of the world (Emberson et al. 2001; Mauzerall and Wang 2001; Fuhrer and Booker 2003; Wang and Mauzerall 2004; Ashmore 2005; US EPA 2006). Quality aspects of affected vegetation can be lowered by $O_3$ as well. Ozone concentrations continue to rise in some regions of the world, but if proposed emission control legislation is implemented worldwide, $O_3$ concentrations in 2030 are projected to stabilize at 2000 levels except in regions (e.g. India) with large increases in energy, transportation and industrial activities (Dentener et al. 2006). Rising levels of atmospheric $CO_2$ will likely ameliorate deleterious $O_3$ effects on vegetation, although the converse is also true – $O_3$ suppresses the potential $CO_2$ aerial fertilization effect in some plants as well. Overall, efforts to mitigate climate change are also projected to lower ground-level $O_3$ concentrations and radiative forcing (West et al. 2007). However, climate models do suggest that episodes of high ground-level $O_3$ concentrations will occur more frequently during the growing season in regions such as the northeastern USA and Southeast Asia due to increases in temperature and changes in atmospheric circulation patterns (Mickley et al. 2004; Dentener et al. 2006). Damaging effects of ambient $O_3$ on yield and quality of many crops and horticultural plants will continue in many areas of the world and require further scientific evaluation of magnitude, distribution and mechanism.

Understanding the impact of ambient $O_3$ under open field conditions is especially relevant to current agricultural practices where new crop cultivars, many of which are genetically modified, are being placed into production without specific consideration of their sensitivity to $O_3$. Crop breeding programs need to incorporate selection of traits for improved plant tolerance to ambient $O_3$ in order to maintain and increase crop yields and nutritive quality.

However, a full assessment of ambient $O_3$ impacts on food crop and ornamental plant performance is likely to be complex. Growers may not be aware of yield losses due to $O_3$ when sensitive cultivars are no longer grown near resistant ones, when distinctive symptoms do not occur on more resistant cultivars and particularly when yield losses on adapted, $O_3$-resistant cultivars are not identified because there is no clean-air control for comparison under commercial production conditions. Yield losses due to $O_3$ exposure have been reported in cases where no visible injury symptoms were observed (Reich 1987; US EPA 1996). Powell et al. (2003) observed altered foliar chemistry and decreased forage nutritive quality in the absence of foliar injury. In contrast, visible foliar injury was observed in five tomato cultivars following $O_3$ exposure, while a range from little to significant reductions in biomass and yield were found among the plant lines (Calvo et al. 2007). Thus, visible foliar $O_3$ injury might not always be a reliable indicator of potential $O_3$ effects on biomass production, yield and product quality. Environmental conditions influence ambient $O_3$ effects and inter-annual variability in weather conditions makes generalizations difficult. It is challenging to assess yield loss in the field and to diagnose $O_3$ symptoms without comparisons of biomass and yield responses at a range of $O_3$ concentrations.

There is currently consensus within the scientific community that $O_3$ can have significant effects on many crop and horticultural plants (Heagle 1989; Chameides et al. 1994; Emberson et al. 2001; Ashmore 2005; US EPA 2006; Mills et al. 2007). This has been demonstrated through studies using a variety of approaches such as: outdoor controlled-environment chambers, OTCs, free-air exposure systems, open-air experiments with sensitive/tolerant cultivars and $O_3$-protectants, and multivariate modeling of plant responses to ambient $O_3$ using multiple study locations and similar experimental protocols. The protocols have been used in various combinations to screen crops and cultivars for $O_3$ sensitivity. To refine the range of likely losses will require updating and expanding previous studies using modern cultivars grown under current production conditions of fertility and water management. Potential gains achieved by screening modern cultivars for $O_3$ sensitivity using marker-assisted selection is an unexplored arena. Further studies are needed to: (i) define crop responses to $O_3$ under a range of environmental conditions; (ii) identify molecular markers for $O_3$ sensitivity; (iii) assess plant responses to ambient $O_3$ in natural settings; and (iv) construct predictive models of crop performance in a changing climate. These are costly studies to conduct and have not been carried out for currently-used cultivars.

## References

Ainsworth EA (2008). Rice production in a changing climate: a meta-analysis of responses to elevated carbon dioxide and elevated ozone concentration. *Global Change Biol.* **14**, 1642–1650.

**Andersen C** (2003). Source-sink balance and carbon allocation below ground in plants exposed to ozone. *New Phytol.* **157**, 213–228.

**Ashmore MR** (2005). Assessing the future global impacts of ozone on vegetation. *Plant Cell Environ.* **28**, 949–964.

**Barnes JD, Velissariou D, Davison AW, Holevas CD** (1990). Comparative ozone sensitivity of old and modern Greek cultivars of spring wheat. *New Phytol.* **116**, 707–714.

**Baucom RS, Mauricio R** (2004). Fitness costs and benefits of novel herbicide tolerance in a noxious weed. *Proc. Natl. Acad. Sci. USA* **101**, 13386–13390.

**Bender J, Hertstein U, Black CR** (1999). Growth and yield responses of spring wheat to increasing carbon dioxide, ozone and physiological stresses: a statistical analysis of 'ESPACE-wheat' results. *Eur. J. Agron.* **10**, 185–195.

**Benton J, Fuhrer J, Gimeno BS, Skarby L, Palmer-Brown D, Ball G et al.** (2000). An international cooperative programme indicates the widespread occurrence of ozone injury on crops. *Agric. Ecosys. Environ.* **78**, 19–30.

**Black VJ, Black CR, Roberts JA, Stewart CA** (2000). Impact of ozone on the reproductive development of plants. *New Phytol.* **147**, 421–447.

**Booker FL, Burkey KO, Pursley WA, Heagle AS** (2007). Elevated carbon dioxide and ozone effects on peanut. I. Gas-exchange, biomass, and leaf chemistry. *Crop Sci.* **47**, 1475–1487.

**Burkey KO, Booker FL, Pursley WA, Heagle AS** (2007). Elevated carbon dioxide and ozone effects on peanut. II. Seed yield and quality. *Crop Sci.* **47**, 1488–1497.

**Burkey KO, Eason G, Fiscus EL** (2003). Factors that affect leaf extracellular ascorbic acid content and redox status. *Physiol. Plant.* **117**, 51–57.

**Burkey KO, Miller JE, Fiscus EL** (2005). Assessment of ambient ozone effects on vegetation using snap bean as a bioindicator species. *J. Environ. Qual.* **34**, 1081–1086.

**Burkey KO, Neufeld HS, Souzac L, Chappelka AH, Davison AW** (2006). Seasonal profiles of leaf ascorbic acid content and redox state in ozone-sensitive wildflowers. *Environ. Pollut.* **143**, 427–434.

**Burkey KO, Wei C, Palmer G, Ghosh P, Fenner GP** (2000). Antioxidant metabolite levels in ozone-sensitive and tolerant genotypes of snap bean. *Physiol. Plant.* **110**, 195–200.

**Burns JC, Heagle AS, Fisher DS** (1997). Nutritive value of ozone sensitive and resistant Ladino white clover clones after chronic ozone and carbon dioxide exposure. In: Allen LH Jr, Kirkham MB, Olszyk DM, Whitman CE, eds. *Advances in Carbon Dioxide Effects Research.* American Society of Agronomy, Madison. pp. 153–167.

**Calvo E, Martin C, Sanz M** (2007). Ozone sensitivity differences in five tomato cultivars: visible injury and effects on biomass and fruits. *Water Air Soil Pollut.* **186**, 167–181.

**Cathey HM, Heggestad HE** (1982). Ozone sensitivity of herbaceous plants: modification by ethylenediurea. *J. Am. Soc. Hort. Sci.* **107**, 1035–1042.

**Chameides WL, Kasibhatla PS, Yienger J, Levy II H** (1994). Growth of continental-scale metro-agro-plexes, regional ozone pollution, and world food production. *Science* **264**, 74–77.

**Chappelka A** (2002). Reproductive development of blackberry (*Rubus cuneifolius*), as influenced by ozone. *New Phytol.* **155**, 249–255.

**Chen Z, Gallie DR** (2005). Increasing tolerance to ozone by elevating foliar ascorbic acid confers greater protection against ozone than increasing avoidance. *Plant Physiol.* **138**, 1673–1689.

**Cheng F-Y, Burkey KO, Robinson JM, Booker FL** (2006). Leaf extracellular ascorbate in relation to $O_3$ tolerance of two soybean cultivars. *Environ. Pollut.* **150**, 355–362.

**Cline MK, Lin JC, Nadarajah K, Volk M, Muntifering RB, Bassin S et al.** (2008). Ozone and nitrogen deposition effects on nutritive quality of a species-rich subalpine grassland. *J. Anim. Sci.* **86**, 225 (Abstract).

**Conklin PL, Williams EH, Last RL** (1996). Environmental stress sensitivity of an ascorbic acid-deficient *Arabidopsis* mutant. *Proc. Natl. Acad. Sci. USA* **93**, 9970–9974.

**Cooley DR, Manning WJ** (1987). The impact of ozone on assimilate partitioning in plants: a review. *Environ. Pollut.* **47**, 95–113.

**Decoteau DR, Simon JE, Eason G, Reinert RA** (1986). Ozone-induced injury of field-grown watermelons. *HortScience* **21**, 1369–1371.

**Dentener F, Stevenson D, Cofala J, Mechler R, Amann M, Bergamaschi P et al.** (2005). The impact of air pollutant and methane emission controls on tropospheric ozone and radiative forcing: CTM calculations for the period 1990–2030. *Atmos. Chem. Phys.* **5**, 1731–1755.

**Dentener F, Stevenson D, Ellingsen K, Van Noije T, Schultz M, Amann M et al.** (2006). The global atmospheric environment for the next generation. *Environ. Sci. Technol.* **40**, 3586–3594.

**Dixon J, Hull MF, Cobb AH, Sanders GE** (1996). Phenmedipham-ozone pollution interactions in sugarbeet (*Beta vulgaris* L. cv. Saxon): a physiological study. *Pest. Sci.* **46**, 381–390.

**Donnelly A, Craigon J, Black CR, Colls JJ, Landon G** (2001). Elevated $CO_2$ increases biomass and tuber yield in potato even at high ozone concentrations. *New Phytol.* **149**, 265–274.

**Eltayeb AE, Kawano N, Badawi G, Kaminaka H, Sanekata T, Shibahara T et al.** (2007). Overexpression of monodehydroascorbate reductase in transgenic tobacco confers enhanced tolerance to ozone, salt and polyethylene glycol stresses. *Planta* **225**, 1255–1264.

**Emberson LD, Ashmore MR, Murray F, Kuylenstierna JCI, Percy KE, Izuta T et al.** (2001). Impacts of air pollutants on vegetation in developing countries. *Water Air Soil Pollut.* **130**, 107–118.

**Ensing J, Hofstra G, Adomait EJ** (1986). The use of cultivar yield data to estimate losses due to ozone in peanut (*Arachis hypogeae*). *Can. J. Plant Sci.* **66**, 511–520.

**Erbs M, Fangmeier A** (2005). A chamberless field exposure system for ozone enrichment of short vegetation. *Environ. Pollut.* **133**, 91–102.

**Evans PA, Ashmore MR** (1992). The effects of ambient air on a semi-natural grassland community. *Agric. Ecosys. Environ.* **38**, 91–97.

**Feng Z, Kobayashi K, Ainsworth EA** (2008). Impact of elevated ozone concentration on growth, physiology, and yield of wheat (*Triticum aestivum* L.): a meta-analysis. *Global Change Biol.* **14**, 2696–2708.

**Findley DA, Keever GJ, Chappelka AH, Eakes DJ, Gilliam CH** (1997a). Differential response of buddleia (*Buddleia davidii* Franch.) to ozone. *Environ. Pollut.* **98**, 105.

**Findley DA, Keever GJ, Chappelka A, Gilliam CH, Eakes DJ** (1997b). Ozone sensitivity of selected southeastern landscape plants. *J. Environ. Hort.* **15**, 51.

**Fiscus EL, Booker FL, Burkey KO** (2005). Crop responses to ozone: uptake, modes of action, carbon assimilation and partitioning. *Plant Cell Environ.* **28**, 997–1011.

**Fiscus EL, Miller JE, Booker FL, Heagle AS, Reid CD** (2002). The impact of ozone and other limitations on the crop productivity response to CO$_2$. *Technology* **8**, 181–192.

**Flowers MD, Fiscus EL, Burkey KO, Booker FL, Dubois J-JB** (2007). Photosynthesis, chlorophyll fluorescence, and yield of snap bean (*Phaseolus vulgaris* L.) genotypes differing in sensitivity to ozone. *Environ. Exp. Bot.* **61**, 190–198.

**Forster P, Ramaswamy V, Artaxo P, Berntsen T, Betts R, Fahey DW et al.** (2007). Changes in atmospheric constituents and in radiative forcing. In: Solomon S, Qin D, Manning M, Chen Z, Marquis M, Averyt KB, Tignor M, Miller HL, eds. *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change.* Cambridge University Press, Cambridge. pp. 129–234.

**Fuhrer J** (2003). Agroecosystem responses to combinations of elevated CO$_2$, ozone, and global climate change. *Agric. Ecosyst. Environ.* **97**, 1–20.

**Fuhrer J, Booker FL** (2003). Ecological issues related to ozone: agricultural issues. *Environ. Internat.* **29**, 141–154.

**Fuhrer J, Lehnherr B, Moeri PB, Tschannen W, Shariat-Madari H** (1990). The effect of ozone on the grain composition of spring wheat grown in open-top field chambers. *Environ. Pollut.* **65**, 181–192.

**Fuhrer J, Skarby L, Ashmore M** (1997). Critical levels for ozone effects on vegetation in Europe. *Environ. Pollut.* **97**, 91–106.

**Gimeno BS, Bermejo V, Reinert RA, Zheng Y, Barnes JD** (1999). Adverse effects of ambient ozone on watermelon yield and physiology at a rural site in eastern Spain. *New Phytol.* **144**, 245–260.

**Grantz DA, Farrar JF** (2000). Ozone inhibits phloem loading from a transport pool: compartmental efflux analysis in Pima cotton. *Aust. J. Pl. Physiol.* **27**, 859–868.

**Grantz DA, Gunn S, Vu H-B** (2006). O$_3$ impacts on plant development: a meta-analysis of root/shoot allocation and growth. *Plant Cell Environ.* **29**, 1193–1209.

**Grantz DA, Shrestha A** (2006). Tropospheric ozone and interspecific competition between yellow nutsedge and Pima cotton. *Crop Sci.* **46**, 1879–1889.

**Grantz DA, Shrestha A, Vu H-B** (2008). Early vigor and ozone response in horseweed (*Conyza canadensis*) biotypes differing in glyphosate resistance. *Weed Sci.* **56**, 224–230.

**Guicherit R, Roemer M** (2000). Tropospheric ozone trends. *Chemosphere – Global Change Sci.* **2**, 167–183.

**Heagle AS** (1989). Ozone and crop yield. *Ann. Rev. Phytopath.* **27**, 397–423.

**Heagle AS, Miller JE, Chevone BI, Dreschel TW, Manning WJ, McCool PM et al.** (1995). Response of a white clover indicator system to tropospheric ozone at eight locations in the United States. *Water Air Soil Pollut.* **85**, 1373–1378.

**Heagle AS, Miller JE, Pursley WA** (1998). Influence of ozone stress on soybean response to carbon dioxide enrichment. III. Yield and seed quality. *Crop Sci.* **38**, 128–134.

**Heagle AS, Miller JE, Rawlings JO, Vozzo SF** (1991). Effect of growth stage on soybean response to chronic ozone exposure. *J. Environ. Qual.* **20**, 562–570.

**Heagle AS, Stefanski LA** (2000). Relationships between ambient ozone regimes and white clover forage production using different ozone exposure indexes. *Atmos. Environ.* **34**, 735–744.

**Jäger H-J, Unsworth MH, De Temmerman L, Mathy P** (1992). Effects of Air Pollutants on Agricultural Crops in Europe: Results of the European Open Top Chambers Project, Vol. Report No. 46. Air Pollution Series of the Environmental Research Programme of the Commission of the European Communities, Directorate-General for Science, Research and Development, Brussels.

**Kangasjarvi J, Jaspers P, Kollist H** (2005). Signalling and cell death in ozone-exposed plants. *Plant Cell Environ.* **28**, 1021–1036.

**Kanoun M, Goulas P, Basseres A, Biolley JP** (2002). Ozone-induced oxidation of Rubisco: from an ELISA quantification of carbonyls to putative pathways leading to oxidizing mechanisms. *Funct. Plant Biol.* **29**, 1357–1363.

**Kollner B, Krause GHM** (2003). Effects of two different ozone exposure regimes on chlorophyll and sucrose content of leaves and yield parameters of sugar beet (*Beta vulgaris* L.) and rape (*Brassica napus* L.). *Water Air Soil Pollut.* **144**, 317–332.

**Krupa S, McGrath MT, Andersen C, Booker FL, Burkey K, Chappelka A et al.** (2001). Ambient ozone and plant health. *Plant Dis.* **85**, 4–17.

**Krupa S, Muntifering R, Chappelka A** (2004). Effects of ozone on plant nutritive quality characteristics for ruminant animals. *Botanica* **54**, 1–12.

**Krupa SV, Nosal M** (1989). Application of spectral coherence analysis to describe the relationships between ozone exposure and crop growth. *Environ. Pollut.* **60**, 319–330.

**Krupa SV, Tonneijck AEG, Manning WJ** (1998). Ozone. In: Flagler RB, ed. *Recognition of Air Pollution Injury to Vegetation: A Pictorial Atlas.* 2nd ed. Air & Waste Management Association, Pittsburgh. pp. 1–28.

**Leitao L, Goulas P, Biolley JP** (2003). Time-course of Rubisco oxidation in beans (*Phaseolus vulgaris* L.) subjected to a long-term ozone stress. *Plant Sci.* **165**, 613–620.

**Lin JC, Nosal M, Muntifering RB, Krupa SV** (2007). Alfalfa nutritive quality for ruminant livestock as influenced by ambient air quality in west-central Alberta. *Environ. Pollut.* **149**, 99–103.

**Long SP, Naidu SL** (2002). Effects of oxidants at the biochemical, cell and physiological levels, with particular reference to ozone. In: Bell JNB, Treshow M, eds. *Air Pollution and Plant Life,* 2nd ed. John Wiley & Sons, Ltd., Chichester. pp. 69–88.

**Loreto F, Fares S** (2007). Is ozone flux inside leaves only a damage indicator? Clues from volatile isoprenoid studies. *Plant Physiol.* **143**, 1096–1100.

**Manning WJ, Krupa SV** (1992). Experimental methodology for studying the effects of ozone on crops and trees. In: Lefohn AS, ed. *Surface Level Ozone Exposures and Their Effects on Vegetation.* Lewis Publishers, Inc., Chelsea. pp. 93–156.

**Matyssek R, Sandermann Jr H, Wieser G, Booker FL, Cieslik S, Musselman RC et al.** (2008). The challenge of making ozone risk assessment for forest trees more mechanistic. *Environ. Pollut.* **156**, 567–582.

**Mauzerall DL, Wang XP** (2001). Protecting agricultural crops from the effects of tropospheric ozone exposure: reconciling science and standard setting in the United States, Europe, and Asia. *Annu. Rev. Energ. Environ.* **26**, 237–268.

**McGrath MT, Davey JF** (2006). Assessing ambient ozone impact on plant productivity in NY with snap bean genotypes differing in sensitivity. American Phytopathological Society Northeastern Division Meeting, Vol. 97. Plant Pathology Online, Burlington, VT (http://www.apsnet.org/meetings/div/ne06abs.asp).

**Mickley LJ, Jacob DJ, Field BD** (2004). Effects of future climate change on regional air pollution episodes in the United States. *Geophy. Res. Lett.* **31**, L24103.

**Miller JE** (1988). Effects on photosynthesis, carbon allocation, and plant growth associated with air pollutant stress. In: Heck WW, Taylor OC, Tingey DT, eds. *Assessment of Crop Loss from Air Pollutants.* Elsevier Applied Science, London. pp. 287–314.

**Miller JE, Pursley WA, Heagle AS** (1994). Effects of ethylenediurea on snap bean at a range of ozone concentrations. *J. Environ. Qual.* **23**, 1082–1089.

**Mills G, Buse A, Gimeno B, Bermejo V, Holland M, Emberson L et al.** (2007). A synthesis of AOT40-based response functions and critical levels of ozone for agricultural and horticultural crops. *Atmos. Environ.* **41**, 2630–2643.

**Morgan PB, Ainsworth EA, Long SP** (2003). How does elevated ozone impact soybean? A meta-analysis of photosynthesis, growth and yield. *Plant Cell Environ.* **26**, 1317–1328.

**Morgan PB, Mies TA, Bollero GA, Nelson RL, Long SP** (2006). Season-long elevation of ozone concentration to projected 2050 levels under fully open-air conditions substantially decreases the growth and production of soybean. *New Phytol.* **170**, 333–343.

**Muntifering RB, Crosby DD, Powell MC, Chappelka AH** (2000). Yield and quality characteristics of bahiagrass (*Paspalum notatum*) exposed to ground-level ozone. *Anim. Feed Sci. Technol.* **84**, 243–256.

**Murphy JJ, Delucchi MA, McCubbin DR, Kim HJ** (1999). The cost of crop damage caused by ozone air pollution from motor vehicles. *J. Environ. Man.* **55**, 365–376.

**NARSTO** (2000). The NARSTO Ozone Assessment – Critical Reviews. *Atmos. Environ.* **34**, 1853–2332.

**National Research Council** (1991). *Rethinking the $O_3$ Problem in Urban and Regional Air Pollution.* National Academy Press, Washington, DC.

**Nussbaum S, Fuhrer J** (2000). Difference in ozone uptake in grassland species between open-top chambers and ambient air. *Environ. Pollut.* **109**, 463–471.

**Ollerenshaw JH, Lyons T, Barnes JD** (1999). Impacts of ozone on the growth and yield of field-grown winter oilseed rape. *Environ. Pollut.* **104**, 53–59.

**Olszyk DM, Bytnerowicz A, Kats G, Dawson PJ, Wolf J, Thompson CR** (1986). Crop effects from air pollutants in air exclusion systems vs. field chambers. *J. Environ. Qual.* **15**, 417–422.

**Pandell AJ** (1999). The Acidity of Wine. (http://www.wineperspective.com/the_acidity_of_wine.html).

**Pell E, Schlagnhaufer CD, Arteca RN** (1997). Ozone-induced oxidative stress: mechanisms of action and reaction. *Physiol. Plant.* **100**, 264–273.

**Pell EJ, Pearson NS** (1984). Ozone-induced reduction in quantity and quality of two potato cultivars. *Environ. Pollut.* **35**, 345–352.

**Piikki K, De Temmerman L, Ojanpera K, Danielsson H, Pleijel H** (2008). The grain quality of spring wheat (*Triticum aestivum* L.) in relation to elevated ozone uptake and carbon dioxide exposure. *Eur. J. Agron.* **28**, 245–254.

**Pleijel H, Danielsson H, Emberson L, Ashmore MR, Mills G** (2007). Ozone risk assessment for agricultural crops in Europe: further development of stomatal flux and flux-response relationships for European wheat and potato. *Atmos. Environ.* **41**, 3022–3040.

**Pleijel H, Mortensen L, Fuhrer J, Ojanpera K, Danielsson H** (1999). Grain protein accumulation in relation to grain yield of spring wheat (*Triticum aestivum* L.) grown in open-top chambers with different concentrations of ozone, carbon dioxide and water availability. *Agric. Ecosys. Environ.* **72**, 265–270.

**Powell MC, Muntifering RB, Lin JC, Chappelka AH** (2003). Yield and nutritive quality of sericea lespedeza (*Lespedeza cuneata*) and little bluestem (*Schizachyrium scoparium*) exposed to ground-level ozone. *Environ. Pollut.* **122**, 313–322.

**Qiu Q-S, Huber JL, Booker FL, Jain V, Leakey ADB, Fiscus EL et al.** (2008). Increased protein carbonylation in leaves of *Arabidopsis* and soybean in response to elevated [$CO_2$]. *Photosyn. Res.* **97**, 155–166.

**Reich PB** (1987). Quantifying plant response to ozone: a unifying theory. *Tree Physiol.* **3**, 63–91.

**Reid CD, Fiscus EL** (1998). Effects of elevated [$CO_2$] and/or ozone on limitations to $CO_2$ assimilation in soybean (*Glycine max*). *J. Exp. Bot.* **49**, 885–895.

**Reid CD, Fiscus EL** (2008). Ozone and density affect the response of biomass and seed yield to elevated $CO_2$ in rice. *Global Change Biol.* **14**, 60–76.

**Ren W, Tian H, Chen G, Liu M, Zhang C, Chappelka AH et al.** (2007). Influence of ozone pollution and climate variability on net primary productivity and carbon storage in China's grassland ecosystems from 1961 to 2000. *Environ. Pollut.* **149**, 327–335.

**Runeckles VC, Wright EF, White D** (1990). A chamberless field exposure system for determining the effects of gaseous air pollutants on crop growth and yield. *Environ. Pollut.* **63**, 61–77.

**Sandermann H Jr** (1996). Ozone and plant health. *Ann. Rev. Phytopath.* **34**, 347–366.

Sanmartin M, Drogoudi PD, Lyons T, Pateraki I, Barnes J, Kanells AK (2003). Over-expression of ascorbate oxidase in the apoplast of transgenic tobacco results in altered ascorbate and glutathione redox states and increased sensitivity to ozone. *Planta* **216**, 918–928.

Sanz J, Muntifering RB, Bermejo V, Gimeno BS, Elvira S (2005). Ozone and increased nitrogen supply effects on the yield and nutritive quality of *Trifolium subterraneum*. *Atmos. Environ.* **39**, 5899–5907.

Shrestha A, Grantz DA (2005). Ozone impacts on competition between tomato and yellow nutsedge: above- and below-ground effects. *Crop Sci.* **45**, 1587–1595.

Soja G, Reichenauer TG, Eid M, Soja A-M, Schaber R, Gangl H (2004). Long-term ozone exposure and ozone uptake of grapevines in open-top chambers. *Atmos. Environ.* **38**, 2313–2321.

Synder RG, Simon JE, Reinert RA, Simini M, Wilcox GE (1991). Effects of air quality on growth, yield and quality of watermelon. *HortScience* **26**, 1045.

Tong D, Mathur R, Schere K, Kang D, Yu S (2007). The use of air quality forecasts to assess impacts of air pollution on crops: methodology and case study. *Atmos. Environ.* **41**, 8772–8784.

US EPA (1996). *Air Quality Criteria for Ozone and Other Photochemical Oxidants*. Office of Research and Development, National Center for Environmental Assessment, Washington, DC. EPA/600/P-93/004bF.

US EPA (2006). *Air Quality Criteria for Ozone and Related Photochemical Oxidants*. US Environmental Protection Agency, Washington, DC. EPA/600/R-05/004aF-cF.

Vingarzan R (2004). A review of surface ozone background levels and trends. *Atmos. Environ.* **38**, 3431–3442.

Vorne V, Ojanperä K, De Temmerman L, Bindi M, Högy P, Jones MB et al. (2002). Effects of elevated carbon dioxide and ozone on potato tuber quality in the European multiple-site experiment 'CHIP-project'. *Eur. J. Agron.* **17**, 369–381.

Wang X, Mauzerall DL (2004). Characterizing distributions of surface ozone and its impact on grain production in China, Japan and South Korea: 1990 and 2020. *Atmos. Environ.* **38**, 4383–4402.

Wellburn FAM, Wellburn AR (1996). Variable patterns of antioxidant protection but similar ethene emission differences in several ozone-sensitive and ozone-tolerant plant selections. *Plant Cell Environ.* **19**, 754–760.

West JJ, Fiore AM, Naik V, Horowitz LW, Schwarzkopf MD, Mauzerall DL (2007). Ozone air quality and radiative forcing consequences of changes in ozone precursor emissions. *Geophy. Res. Lett.* **34**, L06806.

(Invited by Drs. Qi Xie and Zhizhong Gong)

**Tree Physiology** 3, 63–91 (1987).
© 1987 *Heron Publishing–Victoria, Canada.*

# Quantifying plant response to ozone: a unifying theory

## PETER B. REICH

*Department of Forestry, University of Wisconsin-Madison, Madison, WI 53706, USA*

### Summary

Published information about the effects of ozone on plants and ecosystems is synthesized into a conceptual model to explain the response of evergreen conifers, deciduous hardwoods and agricultural crops to ambient levels of ozone pollution. The effects of ozone on carbon balance and growth of individual plants can be quantified on the basis of concentration, external dose (concentration × duration of exposure), or uptake. For an equivalent dose within a single growing season, agricultural crops are the most sensitive to ozone, with hardwoods intermediate and conifers least sensitive. In contrast, all species display a similar decline in photosynthesis and growth in response to equivalent total uptake or uptake per leaf life span, with trees somewhat less sensitive than agricultural crops on a calendar time scale, but slightly more sensitive on a relative (leaf life span) time scale. Among species, differences in ozone uptake and response can be predicted from differences in the inherent leaf diffusive conductance.

### Introduction

Among air pollutants with widespread distribution, ozone probably has the greatest negative impact on vegetation. Ozone pollution is ubiquitous in the industrialized world and has received increasing recognition as an ecological problem (Kuno 1979, Skarby and Sellden 1984, Ashmore et al. 1985, Reich and Amundson 1985, Skarby et al. 1987). Throughout most of eastern North America and the southwestern United States, atmospheric concentrations of ozone tend to exceed natural background concentrations (around 0.02–0.03 ppm) on most days during the growing season. However, concentrations tend to be low (except for southern California), with mean values ($\approx$0830–1530 h) of about 0.04–0.07 ppm (Evans et al. 1983, Lefohn 1984, Pinkerton and Lefohn 1986, Wisconsin Department of Natural Resources 1986). Days with peak hourly ozone concentrations between 0.08 and 0.11 ppm occur a significant portion of the time (e.g., 5–20% of summer days in rural central Wisconsin, Wisconsin Department of Natural Resources, unpublished data). Ozone pollution throughout central and northwestern Europe appears comparable to that of the United States and southern Canada (Fuhrer 1985).

The best documented incidence of ozone-induced ecological change is the degradation of forest ecosystems in southern California (Miller 1984). Other well documented effects of ambient levels of ozone on plants include decreases in crop yield (Heck et al. 1982), declines in net photosynthesis in trees and crops (Reich and Amundson 1985), and visible injury to genetically sensitive individuals of eastern white pine (Berry and Hepting 1964, Hayes and Skelly 1977, Blanchard et al. 1979).

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

Effects of ozone pollution on plants have been investigated for more than 25 years, but despite numerous studies, the same questions remain. How do plants respond to ozone? Why are there differences among species in response to ozone? What are the effects of current levels of ambient ozone pollution on agricultural and natural vegetation? Existing information provides partial answers to these questions. One aim of this paper is to summarize this information. The main aim, however, is to synthesize the data with a view to answering the following questions.

> 1. Can the response of trees (and other vegetation) to ozone be quantified?
>
> 2. How can observed differences in response to ozone of various species be explained?
>
> 3. Is there a general explanation for the response of all plants to ozone?
>
> 4. How can the effects of chronic ozone pollution on closed canopy forest communities and other natural ecosystems best be investigated?

## Temporal, spatial, and biological scales

To understand plant response to ozone we must define temporal, spatial and hierarchical levels of concern. We must also define the important levels of pollutant exposure. In a spatial and hierarchical sense, we can move from the individual leaf to the whole plant, then to the stand, and on to the ecosystem. On a temporal scale, we can deal with time scales of seconds and minutes, weeks and months, or years and decades. These scales are important because our knowledge of how ozone affects plants and plant ecosystems is inversely related to the complexity of the system; we know less as we move from leaf to tree to forest, and from day to year to decade. This presents a difficulty in assessing long-term effects of ozone on productivity at the ecosystem level because most experimental ozone research has been conducted on a maximum time scale of 2–4 months and has used individual plants as the experimental unit. In this paper, I will show that the response of individual leaves and individual plants to ozone can be characterized. In contrast, in only one case—that of the forests of southern California (Miller 1973, 1984)—has the effect of ozone on natural communities or ecosystems been well documented. There are logical reasons for these developments in ozone-vegetation research.

In southern California, ozone levels were historically much greater than elsewhere, and they still tend to be relatively high. As a result, the most severe ozone effects could be expected there and so should be the easiest to detect. In comparison, ozone pollution in most other areas tends to be a chronic but low level phenomenon (Evans et al. 1983, Pinkerton and Lefohn 1986). Effects of pollution by low concentrations of ozone are subtle and may interact with, or be confounded by, other natural and pollutant stresses. In addition, due to the regional nature of ozone pollution, sufficiently similar unpolluted forests are usually not available to

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

serve as controls, and no conclusive field analyses (other than for southern Cali-
fornia) have been reported. Consequently, characterizing the effects of ozone on
natural systems has proven elusive to date.

Most quantitative research on ozone has been carried out under controlled
conditions. Most studies were carried out indoors, either in growth chambers or
continuously stirred tank reactors (Table 1). Laboratory facilities offer the greatest
control of both exposure dynamics and the growth environment. However, the
artificiality of the environment, the small size of the chambers, and the high cost
of such studies limit the scope of this approach. Outdoor fumigations have usually
employed open-top chambers (e.g., Mandl et al. 1973, Heagle et al. 1973, Heck
et al. 1982) and less often chamberless exposure systems (e.g., Lee and Lewis
1976, Reich et al. 1984) (Table 1). Advantages of open-top chamber systems
include ability to control exposure dynamics, good definition of the experimental
unit, and the capacity to exclude a proportion of ambient ozone by charcoal-
filtering of ambient air. Disadvantages of open-top chambers include high con-
struction costs and the environmental modifications caused by the chambers. A
major advantage of chamberless systems is that there is minimal unintended
modification of the environment and so plants are exposed to typical fluctuations
under all atmospheric conditions. The cost of such a system is relatively low
compared to the cost of fumigation chambers. However, there is difficulty in
controlling fumigation concentrations and ambient ozone cannot be excluded.

The effects of ozone have been studied on a variety of processes at all levels of
plant function, including visible leaf injury (e.g., Berry and Hepting 1964),
growth (e.g., Amundson et al. 1987), leaf longevity (e.g., Noble and Jensen
1980), carbon allocation (e.g., McLaughlin and McConathy 1983), photo-
synthesis (e.g., Reich 1983), dark respiration (e.g., Barnes 1972), stomatal con-
ductance (e.g., Coyne and Bingham 1982), and cellular biochemistry (e.g., Heath
1980). Here I will focus on growth (biomass production) and photosynthesis for
the following reasons. First, because of the economic importance of agricultural
and forest productivity; second because of the key role of photosynthesis in
determining dry matter production (Vietor and Musgrave 1979, Peterson and
Zelitch 1982, Zelitch 1982); third, because reductions in photosynthesis and
biomass production as a result of ozone exposure are correlated (Reich and
Amundson 1985, Amundson et al. 1986, 1987); and fourth, because the main
impacts of ozone at ambient concentrations appear to be those on photosynthesis,
growth and several interactively related processes (Heck et al. 1982, Reich 1983,
Reich and Amundson 1985). Among these related processes, dark respiration, leaf
retention, and carbon allocation are especially important and may influence whole-
plant growth response to ozone.

In this paper, almost all the data used to quantify effects of ozone on plant
productivity are taken from relatively short-term studies of individual leaves or
plants because these are the only quantitative data on productivity that are avail-
able. Even data of this kind are relatively scarce, however, as many studies have
dealt not with productivity or physiological aspects, but with the development of

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

visible foliar injury in response to moderate or high concentrations of ozone (EPA 1986). Unfortunately, little correlation has been observed between visible injury in response to experimental ozone treatments, at concentrations that are typically far higher than those occurring in the field, and changes in plant physiology and productivity caused by the lower ozone concentrations occurring in polluted air which rarely cause visible foliar damage. Moreover, rankings of the susceptibility of species to ozone based on foliar damage do not correlate with rankings according to growth measures (Jensen 1973, Jensen and Masters 1975, Wilhour and Neely 1977, Heagle 1979, Kress and Skelly 1982). Visible injury alone is important, however, when it affects the marketability of agricultural crops such as leafy vegetables.

In attempting to synthesize available information, published data for both agricultural crop and forest tree species are compared. Although horticultural tree crops (fruits and nuts) are an important component of the agricultural economy, little information is available about their responses to low level ozone exposure. Consequently, throughout this paper, use of the term 'agricultural crops' refers to annual or row crops and agricultural grasses, whereas 'trees' refers primarily to forest tree species. Lack of emphasis on horticultural tree crops does not imply that these species are unimportant. Fruit and nut bearing trees are often grown near metropolitan airsheds where ambient ozone could affect yields.

Because of the low height and relative simplicity of most agricultural ecosystems, and thus the relative ease of measuring canopy response and yield in the field, more field data on the effect of ozone on productivity are available for agricultural than forest species (e.g., Heck et al. 1982). Further, as no data are available to quantify the response of forest stands or ecosystems to ozone, I will discuss aspects of such processes and mention alternative methods that could be used to observe or model forest ecosystem–ozone interactions.

## Development of a conceptual model of ozone impacts on plants

In the numerous studies of the physiological and growth responses of plants to ozone, great variation in response has been observed, both among and within species. Reasons for the variation include differences in experimental conditions and exposure dynamics, differences in sensitivity within and between species, and experimental error. Consequently, most attempts to summarize the effects of ozone on plants have tended to catalog and categorize the variety of responses observed, instead of singling out and emphasizing the similarities. This trend has led to a lack of attention to the possibility of a central or unifying explanation for the effects of ozone on plants, which is the theme of this paper.

It is generally agreed that the phytotoxic action of ozone occurs after the passage of atmospheric ozone through the stomatal pore into the substomatal cavity of the leaf interior. Moreover, analysis of ozone flux into the leaf invariably uses the analog resistance technique derived from Ohm's law (e.g., Gaastra 1959, Leuning et al. 1979). At low to moderately high concentrations ($< 0.25$ ppm),

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

leaf diffusive resistance (the inverse of conductance) should account for between 90–100% of the leaf's total diffusive resistance to ozone flux (Leuning et al. 1979, Heath 1980, Taylor et al. 1982). The remaining resistance can be explained by an internal resistance (called residual, chemical or mesophyll resistance). Internal resistance may be important under certain circumstances (McLaughlin and Taylor 1981), but there is little information on this limitation to ozone uptake. Moreover, because the internal resistance decreases with decreasing ozone concentration (Taylor et al. 1982), leaf diffusive resistance probably accounts for nearly 100% of the resistance to ozone uptake when ozone concentrations are at typical ambient levels (in the range between 0.01–0.15 ppm). Consequently, the leaf diffusive conductance of a species should determine directly the amount of ozone uptake for a given combination of ozone concentration and duration of exposure (i.e., dose).

Similarly, large differences in conductance among species should correspond to large differences in ozone uptake (for a similar ozone dose). Consistent with this supposition is evidence that differences in ozone response among several tree and agricultural crop species can be explained by differences in uptake related to inherent differences in leaf diffusive conductance (Reich and Amundson 1985). When exposed to similar ozone concentrations (0.02–0.14 ppm), species with the highest leaf conductances showed the greatest reductions in net photosynthesis and growth. Thus, I hypothesize that ozone uptake may be the single most important factor determining the ozone response, and that differences among species in ozone uptake can be explained by differences in leaf conductance.

The idea that leaf conductance influences the response of plants to air pollution is not new (e.g., Eagle and Gableman 1966), but in the past emphasis was placed on the degree of stomatal closure occurring in response to ozone exposure as observed when plants are fumigated experimentally with high concentrations of ozone (0.25–1.00 ppm). It was suggested that plants that closed their stomata in response to elevated atmospheric ozone would take up less ozone and thus be protected. At concentrations of ozone that are common to polluted areas (< 0.15 ppm), however, stomatal conductance is usually unaffected by ozone, except for a decline paralleling that in photosynthesis (Reich and Lassoie 1984, Reich et al. 1985, Temple 1986, Amundson et al. 1987). Apparently, rather than causing stomata to close (with the increased diffusive resistance directly limiting $CO_2$ uptake), ozone inhibits photosynthesis directly, probably causing stomatal closure in response to increased internal $CO_2$ concentration (Reich et al. 1985, Temple 1986).

In contrast to the relatively small changes in stomatal conductance that occur in response to low concentrations of ozone, much greater variation in leaf conductance exists among species, with the range of stomatal conductance covering about one order of magnitude (Korner et al. 1979). Thus the idea that stomatal conductance plays a large role in plant response to ozone appears correct. However, inherent differences in conductance, rather than in stomatal response to ozone, may be most important in explaining interspecific differences in ozone response (Reich and Amundson 1985). To test this idea, and to attempt to answer

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

questions 1–3 enumerated in the Introduction, data from the literature are analyzed in the following sections.

## Effects of ozone on net photosynthesis and dry matter production

The effects of ozone on net photosynthesis and growth (dry matter production) of agricultural crop and tree species were compared on the bases of concentration, dose (atmospheric concentration × duration of exposure) and uptake (Figures 1–8). Published data for 45 species, gathered from 44 different studies (many involving several species), were used in these analyses (Table 1).

### Quantifying ozone exposure

Before plant responses to ozone can be quantified, it is necessary to quantify ozone exposure. Three useful measures of ozone exposure are concentration, dose and uptake. Concentration is an instantaneous measure, usually expressed as ppm, $\mu l\ l^{-1}$, or $\mu g\ cm^{-3}$. Dose is an integrated measure, usually defined as total hours of exposure multiplied by the mean concentration (ppm-h). Dose is also used interchangeably with the mean concentration when the latter is expressed for a set number of hours per day, for a given number of days or weeks. Dose and mean concentration are the most commonly used measures of ambient air quality and experimental ozone exposure (cf. references listed in Table 1). Uptake (i.e., the amount of ozone that passes inside a given leaf area or weight) is a third measure of ozone exposure.

When used by themselves, concentration, dose, and uptake are all 'timeless' measures that express either a physical state (concentration) or a quantity (dose and uptake), but not a rate. In this paper I will also use the rate-based measures 'dose per day exposed,' 'dose per day per leaf life span,' 'uptake per day exposed,' and 'uptake per day per leaf life span,' in attempting to characterize plant response to ozone on both absolute (calendar time) and relative (leaf life span) terms (Table 2). For the absolute measures, total dose (or uptake) is divided by the total number of days of ozone exposure. For the relative measures, total dose (or uptake) is divided by the number of days in the leaf life span.

Except for concentration, all of these measures of ozone exposure are integrated over time. When assessing the response of a dependent variable to an integrated measure of some factor, it is important to know whether the response is affected by variation in the independent factor over the period of integration. For example, plants in the field do not experience a constant ozone concentration as exposure dynamics vary widely with time of day, time of year, region, climate, site, and canopy architecture (Taylor and Norby 1985). Thus, if dose (or mean concentration) is the basis for comparison, it must be known whether plants respond similarly to equivalent doses (or mean concentrations), regardless of how concentration varies during the exposure.

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

Case No. 1:20-cv-02484-MSK   Document 84-3   filed 05/06/21   USDC Colorado   pg 27 of 595

Table 1. Description of studies used to provide data for Figures 1–8. Exposure systems include indoor controlled environment fumigation chambers (CHAM), indoor continuously stirred tank reactors (CSTR), outdoor open-top chambers (OTC), and outdoor chamberless fumigation systems (CLESS). Data from two studies (Barnes 1972 and Kress and Skelly 1982), each with a large number of species, contained several data points that were statistical outliers (Statistical Analysis System 1982) and others that were not significant within the original study. For these specific points, data were pooled across similar species (conifers or hardwoods) within each study. Such data pooling was intended to reduce variation in the data set resulting from experimental error. No other data were pooled.

| Species | Exposure system | Maximum mean treatment conc. (ppm) | Measurements | References |
|---|---|---|---|---|
| Hardwood trees | | | | |
| *Acer saccharinum* | CSTR | 0.20 | Aboveground biomass | Jensen 1983 |
| *Acer saccharum* | CSTR | 0.15 | Total biomass | Kress and Skelly 1982 |
| *Acer saccharum* | CHAM | 0.12 | Total biomass, $P_n$ | Reich et al. 1986 |
| *Fraxinus americana* | CSTR | 0.15 | Total biomass | Chappelka and Chevone 1986 |
| *Fraxinus* spp. | CSTR | 0.15 | Total biomass | Kress and Skelly 1982 |
| *Liquidambar styraciflua* | CSTR | 0.15 | Total biomass | Kress and Skelly 1982 |
| *Liriodendron tulipifera* | CSTR | 0.15 | Total biomass | Kress and Skelly 1982 |
| *Liriodendron tulipifera* | CSTR | 0.10 | Total biomass | Chappelka et al. 1985 |
| *Liriodendron tulipifera* | CSTR | 0.07 | Shoot biomass | Mahoney et al. 1984 |
| *Platanus occidentalis* | CSTR | 0.15 | Total biomass | Kress and Skelly 1982 |
| *Populus* hybrids | CHAM | 0.15 | Total biomass | Jensen and Dochinger 1974 |
| *Populus* hybrids | CHAM | 0.12 | $P_n$ | Reich 1983 |
| *Populus* hybrids | CHAM | 0.12 | Total biomass | Reich and Lassoie 1985 |
| *Populus* hybrids | CHAM | 0.15 | Total biomass | Jensen 1981 |
| *Populus* hybrids | CHAM | 0.25 | Total biomass | Noble and Jensen 1980 |
| *Populus* hybrids | CLESS | 0.08 | Aboveground biomass | Reich et al. 1984 |
| *Populus* hybrids | OTC | (variable) | Total biomass | Kuno 1979 |
| *Populus* hybrids | OTC | (variable) | $P_n$ | Kuno 1980 |
| *Populus* hybrids | OTC | (variable) | Stem biomass | Mooi 1980 |
| *Populus tremuloides* | OTC | 0.04 | Aboveground biomass | Wang et at. 1986. |
| *Quercus phellos* | CSTR | 0.15 | Total biomass | Kress and Skelly 1982 |
| *Quercus rubra* | CHAM | 0.12 | Total biomass, $P_n$ | Reich et al. 1986 |
| *Quercus rubra* | OTC | 0.07 | Total biomass, $P_n$ | Reich et al. 1986 |

Downloaded from https://www.journals.uchicago.edu

Downloaded from http://treephys.oxfordjournals.org/ by guest on

Table 1. (Continued)

| Species | Exposure system | Maximum mean treatment conc. (ppm) | Measurements | References |
|---|---|---|---|---|
| Conifers | | | | |
| *Picea rubens* | CSTR | 0.12 | Total biomass, $P_n$ | Taylor et al. 1986 |
| *Picea sitchensis* | OTC | 0.10 | Stem biomass | Wilhour and Neely 1977 |
| *Pinus contorta* | OTC | 0.10 | Stem biomass | Wilhour and Neely 1977 |
| *Pinus elliottii* | CHAM | 0.15 | $P_n$ | Barnes 1972 |
| *Pinus elliottii* | CHAM | 0.05 | $P_n$ | Barnes 1972 |
| *Pinus elliottii* | CHAM | 0.10 | Total biomass | Hogsett et al. 1985 |
| *Pinus jeffreyi* | OTC | 0.10 | Stem biomass | Wilhour and Neely 1977 |
| *Pinus lambertiana* | OTC | 0.10 | Stem biomass | Wilhour and Neely 1977 |
| *Pinus monticola* | OTC | 0.10 | Stem biomass | Wilhour and Neely 1977 |
| *Pinus ponderosa* | OTC | 0.10 | Stem biomass | Wilhour and Neely 1977 |
| *Pinus ponderosa* | CHAM | 0.45 | $P_n$ | Miller et al. 1969 |
| *Pinus rigida* | CSTR | 0.15 | $P_n$ | Barnes 1977 |
| *Pinus strobus* | CHAM | 0.05 | $P_n$ | Barnes 1972 |
| *Pinus strobus* | CHAM | 0.15 | $P_n$ | Barnes 1972 |
| *Pinus strobus* | CHAM | 0.95 | $P_n$ | Botkin et al. 1971, 1972 |
| *Pinus strobus* | CHAM | 0.14 | Total biomass, $P_n$ | Reich et al. 1987 |
| *Pinus strobus* | CSTR | 0.30 | $P_n$ | Yang et al. 1983 |
| *Pinus taeda* | CHAM | 0.05 | $P_n$ | Barnes 1972 |
| *Pinus taeda* | CHAM | 0.15 | $P_n$ | Barnes 1972 |
| *Pseudotsuga menziesii* | OTC | 0.10 | Stem biomass | Wilbour and Neely 1977 |
| Agricultural crops | | | | |
| *Arachis hypogea* | OTC | 0.13 | Pod and seed biomass | Heck et al. 1982 |
| *Avena sativa* | CHAM | 0.40–0.60 | $P_n$ | Hill and Littlefield 1969 |
| *Beta vulgaris vars.* | CHAM | 0.60–0.90 | $P_n$ | Hill and Littlefield 1969 |
| *Brassica oleracea* | CHAM | 0.75 | $P_n$ | Hill and Littlefield 1969 |
| *Brassica rapa* | OTC | 0.13 | Root biomass | Heck et al. 1982 |
| *Capsicum annuum* | CHAM | 0.20 | Total biomass | Bennett et al. 1979 |
| *Dactylis glomerata* | CHAM | 0.09 | Total biomass | Horsman et al. 1980 |

Downloaded from http://treephys.oxfordjournals.org/ by guest on July 9, 2014

Table 1. (Continued)

| Species | Exposure system | Maximum mean treatment conc. (ppm) | Measurements | References |
|---------|-----------------|-----------------------------------|--------------|------------|
| *Glycine max* | CHAM | 0.13 | $P_n$ | Reich et al. 1986b |
| *Glycine max* | OTC | 0.11 | $P_n$ | Amundson and Kohut, unpublished data |
| *Glycine max* | OTC | 0.12 | Seed biomass | Heck et al. 1982 |
| *Glycine max* | CLESS | 0.08 | Seed biomass | Reich and Amundson 1984 |
| *Hordeum vulgare* | CHAM | 0.60 | $P_n$ | Hill and Littlefield 1969 |
| *Lactuca sativa* | OTC | 1.15 | Aboveground biomass | Heck et al. 1982 |
| *Lolium multiflorum* | CHAM | 0.09 | Total biomass | Bennett and Runeckles 1977 |
| *Lolium perenne* | CHAM | 0.09 | Total biomass | Horsman et al. 1980 |
| *Lycopersicon esculentum* | CHAM | 0.60 | $P_n$ | Hill and Littlefield 1969 |
| *Nicotiana tabacum* | CHAM | 0.40–0.50 | $P_n$ | Hill and Littlefield 1969 |
| *Phalaris aquatica* | CHAM | 0.09 | Total biomass | Horsman et al. 1980 |
| *Phaseolus vulgaris* vars | CHAM | 0.45–0.70 | $P_n$ | Hill and Littlefield 1969 |
| *Phaseolus vulgaris* | OTC | 0.16 | Seed yield | Heck et al. 1982 |
| *Solanum tuberosum* | CHAM | 0.60 | $P_n$ | Hill and Littlefield 1969 |
| *Solanum tuberosum* | OTC | <0.20 | Total biomass | Foster et al. 1983 |
| *Trifolium incarnatum* | CHAM | 0.09 | Total biomass | Bennett and Runeckles 1977 |
| *Trifolium repens* | OTC | 0.09 | Total biomass, $P_n$ | Reich and Amundson 1985 |
| *Triticum aestivum* | CHAM | 0.40–0.60 | $P_n$ | Hill and Littlefield 1969 |
| *Triticum aestivum* | OTC | 0.10 | Total biomass, $P_n$ | Amundson et al. 1987 |
| *Triticum aestivum* | OTC | 0.10 | $P_n$ | Reich and Amundson 1985 |
| *Zea mays* | CHAM | 0.50 | $P_n$ | Hill and Littlefield 1969 |

*Plant responses to dose and concentration*

In Figure 1, the percent reduction in net photosynthesis ($P_n$) for pines (plus one observation for red spruce) and for species of agricultural crops is plotted as a function of ozone dose, with the data grouped on the basis of mean ozone exposure concentration. By analysis of variance and regression analysis, significant linear relations were found ($P < 0.01$), except for pines at 0.05 ppm ozone (Figure 1a). Within a concentration range, there is a linear decline in photosynthesis as a function of ozone dose. However, the plants respond differently to equivalent doses when concentrations differ widely, especially when the concentrations are very high. Brief exposure (0.5–8 h) to concentrations above 0.40 ppm causes a rapid and severe reduction in $P_n$ (Figure 1) (Hill and Littlefield 1969, Botkin et al. 1971, 1972). In contrast, although equal doses obtained by exposure for weeks to lower concentrations have a significant effect on $P_n$, the observed reductions are much less than at the higher concentrations. It is clear from Figure 1 that dose cannot be meaningfully used as the sole indicator of ozone exposure without specifying concentration.

The same conclusion is supported by the work of Musselman et al. (1983, 1986), whose data indicate that high concentrations of ozone may be more injurious than low concentrations, even when total dose is the same. They found that the response of red kidney bean (visible injury and growth) to equal dose differed when high peak concentrations differed among treatments. Moreover, the response to equal dose was similar when the peak concentrations of ozone were the same. At lower ozone concentrations, however, dose-response of soybeans was similar for equal doses, regardless of differences in peak concentration (Heagle et al. 1986). Consequently, we might expect peak concentrations to be of lesser importance when ambient ozone concentrations are within the range typical of most of North America, where daily or weekly peak concentrations are less than 0.10–1.12 ppm.

The data in Figure 1 suggest that short-term exposure to very high concentrations of ozone in the field can have major effects. However, the occasions when the ambient ozone concentrations reach as high as 0.30 ppm are very rare, except in southern California. In contrast, at more typical, lower concentrations, where short-term impacts (several hours) are often not seen (e.g., Reich 1983), and where peak concentrations are less important (Heagle et al. 1986), we might expect long-term ozone dose to be a major determinant of ultimate effect, and thus a useful measure of ozone exposure. Furthermore, because ambient ozone concentrations in most rural areas, although frequently above background, tend to be low (0830–1530 h means of 0.04–0.07 ppm), with peak concentrations that are also relatively low (yearly peaks of 0.10–0.15 ppm) (Heck et al. 1982, Pinkerton and Lefohn 1986, Wisconsin Department of Natural Resources 1986), the response of field-grown plants to dose in most areas should be roughly linear.

Because the effects of low concentrations of ozone more closely resemble the effects of ambient ozone pollution, and as the results from high concentration

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012



Figure 1. Percent reduction in net photosynthesis of (a) pines (including one data point for red spruce) and (b) agricultural crops in relation to total ozone dose, for several ranges of exposure concentration.

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

exposures cannot be used to characterize low level effects, the data presented in the rest of this paper will emphasize studies of low concentrations of ozone (most data in the 0–0.15 ppm range).

*Plant response to dose and uptake: within major species groups*

Exposure to low concentrations of ozone results in significant ($P < 0.01$) reductions in net photosynthesis and growth of conifers, hardwood trees and agricultural crops and the response as a function of dose is linear (Figures 2a, 3a and 4a, and Table 2). A dose of 20 ppm-h generally results in declines in $P_n$ of 7, 36, and 73% for conifers, hardwoods and agricultural crops, respectively. The corresponding values for decreases in growth are 3, 13, and 30%. For an equivalent dose, the reductions in growth are 25–50% as large as the reductions in $P_n$.

Ozone dose explains much, though not all of the variation in net photosynthesis and growth (37–75%) for the data presented in Figures 2a, 3a and 4a (Table 2). The unexplained variation must be attributable to a number of factors including experimental error, biological variation and differences in experimental conditions

74                                                                                              REICH



Figure 2. Percent reduction in net photosynthesis and biomass growth of coniferous species in relation to (a) total ozone dose and (b) total ozone uptake.



Figure 3. Percent reduction in net photosynthesis and biomass growth of hardwood trees in relation to (a) total ozone dose and (b) total ozone uptake.

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012



Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

Figure 4. Percent reduction in net photosynthesis and biomass growth of agricultural crops in relation to (a) total ozone dose and (b) total ozone uptake.

Table 2. Coefficients of determination ($r^2$) for regression between net photosynthesis and growth in conifers (C), hardwoods (H), and agricultural crops (A) and six measures of ozone exposure. For both dose and uptake, the measures of exposure are—total; total divided by number of days exposed; and total divided by number of days in the leaf life span. All relationships were significant at $P < 0.001$, unless noted otherwise.

|  | Dose | | | Uptake | | |
|---|---|---|---|---|---|---|
|  | Total | Per day exposed | Per day per life | Total | Per day exposed | Per day per life |
| *Net photosynthesis* | | | | | | |
| Conifers | 0.37[a] | 0.24 | 0.41 | 0.38[a] | 0.15[b] | 0.39 |
| Hardwoods | 0.63 | 0.11[b] | 0.75 | 0.83 | 0.30 | 0.77 |
| Agricultural crops | 0.75 | 0.46 | 0.61 | 0.85 | 0.30 | 0.74 |
| All species | 0.01[c] | 0.04[c] | 0.71 | 0.50 | 0.27 | 0.72 |
| Sensitivity | A≫H≫C | A = H≫C | C = H = A | A>H>C | H = A>C | C>H>A |
| *Growth* | | | | | | |
| Conifers | 0.41 | 0.50 | 0.42 | 0.52 | 0.60 | 0.56 |
| Hardwoods | 0.54 | 0.58 | 0.79 | 0.77 | 0.59 | 0.78 |
| Agricultural crops | 0.52 | 0.33 | 0.54 | 0.63 | 0.67 | 0.87 |
| All species | 0.11[c] | 0.12[c] | 0.68 | 0.65 | 0.68 | 0.75 |
| Sensitivity | A≫H≫C | A>H = C | C = A = H | A = H>C | A = C>H | C>H>A |

[a] $P < 0.01$.

[b] $P < 0.10$.

[c] Not significant.

during the different observations included within the data set. Differences in ozone uptake, reflecting differences in leaf conductance, are also likely to be important in accounting for variation among plants in response to a particular ozone dose.

Ozone uptake can be measured by techniques similar to those used to measure leaf:air exchanges of $CO_2$ and water vapor (e.g., Gaastra 1959, Reich 1983). Few such measurements have been made, however, (e.g., Leuning et al. 1979, Black and Unsworth 1980, Taylor et al. 1982), especially in conjunction with measurement of the effect of ozone on growth. Fortunately, "ozone fluxes to plants can be determined with a high degree of confidence if suitable stomatal resistance and ozone concentration measurements are available" (Leuning et al. 1979). Therefore in this study, ozone uptake was estimated as the product of ozone dose and the mean diffusive conductance for the species (*sensu* Leuning et al. 1979). Whenever possible, information on ozone dose-response and leaf conductance for a particular species were obtained from the results of the same study. However, leaf conductance was not reported in many papers from which ozone response data were obtained, and in these cases estimates of conductances for the species in question were obtained from other sources in the literature (e.g., Hinckley et al. 1978, Korner et al. 1979). There is some error in using conductance values obtained in one study to calculate ozone uptake in a different study even though the species is the same, but the error is likely to be relatively small compared to interspecific variation in leaf conductance which covers a 10-fold range.

Linear regression analyses for conifers, hardwood tree species and agricultural crops showed that estimated ozone uptake was better correlated with percent reduction in both $P_n$ and growth than was ozone dose (Table 2, and Figures 2b, 3b and 4b). This suggests that within the three species groups, variation in sensitivity to ozone concentration or dose is dependent to an appreciable degree on variation in leaf diffusive conductance. Also, because all data points in Figures 2b, 3b and 4b fall more or less along the same line, it appears that the leaves of all species within a class of species (agricultural crops, hardwoods or conifers) have similar physiological—cellular and biochemical—responses to equal ozone uptake.

*Plant response to dose and uptake: trends across all species*

There is much variation among species in the response of $P_n$ and growth to ozone. For example, when data for conifers, hardwoods and agricultural crops are taken together there is no relationship between total ozone dose and either $P_n$ or growth, although there are clearly differences in sensitivity to ozone among the species groups (Figures 5a and 6a, see also Figure 8). This raises three questions.

   1. Can differences in the dose-response among species groups be related

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

Figure 5. Percent reduction in net photosynthesis of conifers, hardwoods and agricultural crops in relation to (a) total ozone dose, ozone dose per exposure day, and ozone dose divided by days in the leaf life span, and (b) total ozone uptake, ozone uptake per exposure day, and ozone uptake divided by days in the leaf life span.

Downloaded from http://rstb.royalsocietypublishing.org/ by guest on 3 September 9, 2012



UNIFYING THEORY OF OZONE RESPONSE

77



Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012



to their ozone uptake rates, and thus to inherent differences in leaf conductance?

2. Can the scatter in the pooled ozone-response data be reduced by use of uptake rather than dose as the basis for comparison?

3. Do agricultural crops, hardwoods and conifers respond similarly to equal ozone uptake, as seems to be the case within each species group?

Differences among species in leaf conductance are strongly related to differences in response to an equal ozone dose (Figure 7). Agricultural crop plants have the highest conductances and exhibit the greatest reductions in $P_n$ and growth in response to a particular dose, whereas conifers have the lowest conductances and



Figure 7. Percent reduction in net photosynthesis and dry matter production due to equal ozone dose of conifers, hardwoods and agricultural crops in relation to leaf diffusive conductance of each species.

Figure 6. Percent reduction in biomass growth of conifers, hardwoods, and agricultural crops in relation to (a) total ozone dose, ozone dose per exposure day, and ozone dose divided by days in the leaf life span, and (b) total ozone uptake, ozone uptake per exposure day, and ozone uptake divided by days in the leaf life span.

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

show the least response to a particular dose.

When the combined data for all species are plotted against total ozone uptake (Figures 5b and 6b) instead of dose, a close relationship is obtained, with $r^2$ values of 0.50 and 0.65 for photosynthesis and growth, respectively. These results suggest that all species have a similar response to ozone at the cellular level (Figures 5b and 6b), with differences in leaf conductance largely responsible for the variation in response to both external concentration and dose apparent in Figures 5a and 6a.

Nevertheless, even when uptake is the same, agricultural crops are more sensitive than hardwoods, which in turn are more sensitive than conifers (Table 2, Figure 8). The differences are smaller, however, than among responses to dose. The question remains whether conifers are really less sensitive than hardwoods, and hardwoods less sensitive than agricultural crops, when uptake is the same, and if so, why? To answer these questions, we need to be specific about the types of comparisons we are making and decide what are the appropriate scales for making comparisons among species. Thus, several other important factors must be considered in examining the existing data on ozone response of trees and agricultural crops.

Conifers generally have lower diffusive conductances than agricultural crops and therefore require a longer period of exposure to ozone to match the total uptake of agricultural crops at the same ambient ozone concentrations (hardwoods are intermediate). During the period of exposure, uptake rates will be lower in conifers than in agricultural crops. Because higher concentrations have greater effect for equal dose (Figure 1), it is possible that higher uptake rates over a shorter time span may have a greater effect than the same total uptake distributed over a longer time, even at low atmospheric concentrations.

Another factor that may explain differences in sensitivity to the same ozone uptake is the great variation in leaf longevity and individual life span among evergreen trees, deciduous trees and agricultural crops. There appear to be variations in leaf physiology related to leaf life span that may be a result of evolutionary adaptation directed toward maximizing total carbon gain over the life span of the individual leaf (Orians and Solbrig 1977, Chabot and Hicks 1982). Annual crop foliage is characterized by a short life span (30–90 day), high photosynthetic rates and high leaf conductance. It is water and nutrient demanding, and it is often sensitive to environmental and biological stresses. In contrast, the life span of individual conifer needles (often 2–4 years) is roughly 5–20 times that of annual crop foliage, and conifer needles are less productive per unit time and may represent a greater relative energy investment. Conifer needles are also better able

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

---

Figure 8. Comparisons of (a) photosynthetic ozone-response (regression equations) for conifers, hardwoods and agricultural crops in response to total dose, dose per leaf life span day, total uptake, and uptake per leaf life span day, and (b) growth ozone-response (regression equations) for conifers, hardwoods and agricultural crops in response to total dose, dose per leaf life span day, total uptake, and uptake per leaf life span day.

UNIFYING THEORY OF OZONE RESPONSE 81



Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

to tolerate stress, including low nutrient supply, herbivory and low temperatures than crop foliage. Hardwood trees and perennial crops are intermediate between conifers and annual crops in both leaf life span and other related characteristics described above.

Because of their greater longevity, pine needles may require more time to achieve a positive net carbon balance for their leaves. Therefore, they may have evolved a greater capacity to maintain membrane integrity and overall leaf function in times of stress (e.g., as a result of water shortage, cold temperature, or ozone) than plants with leaves of shorter longevity. Such a capacity could be expected to increase demands on respiration. The importance of increased dark respiration in pine in response to ozone has been noted (e.g., Barnes 1972, Skarby et al. 1987), whereas such effects on hardwoods and crops appear less critical (e.g., Reich 1983).

Another and probably more important factor affecting our analysis of tree and agricultural crop response to ozone involves the design of ozone experiments. In most studies with short-season crops, exposure to ozone occurred for much or all (50–100%) of the leaf life span. In contrast, with hardwood trees and long-season crops, the ozone exposure period usually covered 20–60% of leaf life span and with conifers only 5–20%. Because the effects of chronic low concentrations of ozone become more pronounced over time (Figures 2–4) (e.g., Horsman et al. 1980, Reich 1983), such comparisons of response among the three groups of plants may be biased by the differing length of ozone exposure relative to the leaf life span.

The dose and uptake response relations discussed so far are in 'timeless' units, i.e., based on the quantity of ozone to which a plant is exposed either internally or externally, without regard to differences in the timing and intensity of exposure. Two other possible time scales that may be useful are ozone exposure relative to either absolute time scales (exposure per day of fumigation) or relative time scales (exposure per day per leaf life span) (Table 2). Exposure per day per day exposed ignores the total quantity of ozone exposure but is an integrated measure of concentration and hours of exposure per day and therefore indicates the intensity of exposure. In contrast, ozone exposure per day relative to the total leaf life span compares response to equal daily dose or uptake for equivalent portions of the life of the leaf.

For example, we may compare the photosynthetic response of white pine and soybean leaves to four weeks of exposure to ozone at 5 ppm-h per week (0.1 ppm for 10 h d$^{-1}$, 5 d week$^{-1}$). These are equivalent absolute exposures. On the other hand, we might compare the response when soybean is exposed at 5 ppm-h per week for four weeks and white pine is exposed to ozone at 5 ppm-h per week for 1.5 years. In this case, exposures of equivalent intensity have been administered for roughly equivalent portions of the leaf life span (about 75–100%). These are equivalent relative exposures. Because the effects of ozone gradually increase over time with accumulated dose or uptake (Figures 2–4) (Horsman et al. 1980, Reich 1983), we expect that 1.5 years of exposure will have significantly greater

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

impact on white pine than four weeks exposure. Hence, our estimation of the relative sensitivity of white pine compared with soybean will differ according to whether we are using absolute or relative scales of comparison. Neither scale is right or wrong, but each is useful in different contexts. In general, ambient levels of ozone are elevated for much of the year, but especially during the growing season. Thus, in comparing species on relative scales one must consider annual dynamics of ozone pollution and plant physiological status.

In Figures 5 and 6, percent reductions in $P_n$ and growth are plotted in relation to ozone exposure per day exposed and per day in the leaf life span. For conifers, which have multiple age classes, an arbitrary 'effective leaf life span' of 438 days was used. This number of days was arrived at by multiplying 1.5 years by 80%—based on the assumption that conifer needles are important photosynthetically for 1.5 years (which usually covers two growing seasons) and that 20% of the time they are metabolically inactive (winter). This 'effective leaf life span' is arbitrary and of no particular significance. It is intended solely for comparing conifers with hardwoods and agricultural crops. However, use of a leaf life span for conifers of anywhere from 300 to 600 days does not significantly alter the overall relationships in Figures 5 and 6, suggesting that there is great overall strength in these relationships.

Dose per day exposed and uptake per day exposed were both significantly related to $P_n$ and growth within species groupings (Table 2), but in general the relationships were poorer than for total dose or total uptake ($r^2$ ranging from 0.11 to 0.67). For pooled data from all species, dose per day exposed was not significantly related to either $P_n$ or growth (Table 2, and Figures 5 and 6). In contrast, uptake per day exposed was significantly ($P < 0.001$) related to $P_n$ and growth for pooled data, with a much better relationship to growth (Table 2, and Figures 5 and 6).

Both dose per life span day and uptake per life span day were highly significant ($P < 0.001$) in relation to both $P_n$ and growth within species groupings (Table 2). These relations were similar to those for total dose and total uptake, respectively, probably because of the relatively similar leaf life span of the species within each grouping.

For pooled data for all species, dose per life span day was highly significant ($P < 0.001$, $r^2 = 0.71$ and 0.68) for $P_n$ and growth (Table 2, and Figures 5 and 6) and was the only dose-based measure significantly related to response across all species. For the pooled data, uptake per life span day was also highly significant ($P < 0.001$, $r^2 = 0.72$ and 0.75) for $P_n$ and growth and explained a greater percent of the variation in the pooled data than any other measure (Table 2, and Figures 5 and 6). However, dose per life span day, total uptake and uptake per day exposed were all about as good as uptake per life span day in explaining the variation among species (Table 2, Figures 5 and 6). These results suggest that for similar total dose or uptake experienced over similar relative periods of the leaf life span, all species have a roughly similar response.

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

**Ozone sensitivity of conifers, hardwoods and agricultural crops**

When total dose or total uptake are used as the basis for comparison, large differences in sensitivity are apparent, with crops being more sensitive than hardwoods and hardwoods more sensitive than conifers (Figure 8). In contrast, when uptake per life span day is used as the basis for comparison, the ranking is reversed. These trends suggest that if conifers are subjected to ozone throughout a substantial portion of the year, then effects of ozone can be as great or greater than those observed on agricultural crops grown in the summer when ozone concentrations are high (Heck et al. 1982). When dose per life span day is used as the basis for comparison, no significant differences between species groups are apparent (Figure 8). This is probably a result of a combination of increasing life span and decreasing conductance as one moves conceptually from agricultural crops to hardwoods to conifers.

Discussion of ozone exposure relative to leaf life span should not be taken to indicate that this method of comparison is superior to others. Instead, it is intended to show that, depending on the frame of reference, plant response to ozone may be viewed in different ways. In a similar vein, in most experiments with agricultural crops, plants were exposed to ozone for a much greater portion (one to several orders of magnitude) of the organism's life span than in experiments with trees. The effects of such differences probably bias our interpretation toward crop plants being more sensitive to ozone than trees. However, trees, as long-lived organisms, have a distinctly different carbon economy and carbon allocation than annual crops. For instance, because of their long life spans a 1% decrease in growth per year could be compounded to a 40% decrease in growth over 50 years. Consequently, caution should be used when comparing the response to ozone dose of agricultural crops and trees because the evaluation is based on extremely different relative time scales.

**Quantifying response of mature forests to ambient ozone**

*Indirect estimates*

Despite considerable information about the response of individual leaves or seedlings to ozone, there are no available data indicating directly the response of mature forests to ozone. An indirect estimate might be reached by incorporating the effects of ozone on leaf processes in a mechanistic model of stand growth.

Mechanistic models of natural canopy processes could be expanded to include effects of ozone on leaf productivity, water use and longevity. The most widely used methods of assessing canopy photosynthesis take the sum of $P_n$ times the leaf area index of different layers within the canopy (as affected by light attenuation) (e.g., Jarvis et al. 1985). The relationship between ozone dose and leaf photosynthetic capacity (Figures 1–8) (e.g., Reich and Amundson 1985) could be incorporated into any mechanistic model, and would have the general effect of reducing canopy photosynthetic capacity, as influenced by other factors such as

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

light, temperature, drought, and competition. Clearly, estimates of forest productivity response to ozone pollution based on models that use current data will be limited by our lack of understanding of all aspects of forest ecosystem ecology and physiology, including ozone dose response. Considering the widespread occurrence of ozone pollution, it is probably worthwhile attempting both to measure directly, and to model, the forest response to ozone.

*Potential methods for measuring forest response to ozone directly*

Scientists have been grappling for years with the difficult task of assessing forest stand or ecosystem response to ozone. Most work has involved field surveys or field assessments, without suitable control plots or geographical ozone gradients. However, technical advances in studies of air pollution and plant ecophysiology have recently inspired direct experimentation in this area.

Chamberless systems, open-top chambers and branch cuvettes can all be used to study forest response to ozone. Chamberless systems can be scaled up for use in plantations or forest stands and very large, open-top chambers could be used to enclose single trees. Leaf or branch cuvettes can be used to enclose individual branches or leaves in small chambers or cuvettes. Such a system has been used recently in Sweden (Skarby et al. 1987) and another is being developed in the USA (R. Teskey and P. Dougherty, personal communication). These small cuvettes are similar to the chambers used to measure gas exchange in branches and leaves. An advantage of this system is that accurate estimates of ozone flux into specific leaves is possible. A disadvantage is that only a tiny fraction of a tree's foliage can be fumigated and so all effects involving whole-tree response are impossible to study directly and difficult to study indirectly.

## Relation to ambient levels of ozone

What can we conclude from the available data about plant responses to low concentrations of ozone? First, it is apparent that within any related group of species, a similar linear decline in photosynthesis and growth will be observed in response to external dose (Figures 1–4) at ambient or near ambient levels. During a single season, agricultural crops are more sensitive than hardwoods which in turn are more sensitive than conifers in response to equivalent total dose. The reason for this is the gradient in diffusive conductance (and hence uptake) observed among these groups of plants. When uptake is the basis for comparison, all species have a similar general response to ozone (Figures 5 and 6), although conifers are still somewhat less sensitive than the other species groups.

What do these results indicate about the levels of ozone that occur in ambient air as a result of human activities? Ambient air in much of eastern North America contains an average of 0.05–0.07 ppm ozone on sunny summer days (background is about 0.02–0.03 ppm), with frequent peaks to 0.08–0.11 ppm. The data in Figures 1–8 suggest that after 1–2 weeks of typical summer pollution (mean daytime levels 0.05–0.07 ppm, dose above background of 3–7 ppm-h), agricul-

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

tural crops will begin to show significant declines in $P_n$ and growth. Hardwood trees can withstand longer exposures to ozone, but will begin to show effects after several more weeks (dose of 10–20 ppm-h), whereas conifers might require months before effects are observed (dose of 25–100 ppm-h). It should be noted that these estimates are based on studies in which plant stresses other than ozone were minimized. Interactions with biotic and abiotic stresses could result in plant responses to ozone that are either greater or lesser than when ozone is the sole stress.

It can also be assumed from the data in Figures 1–8 that yields of agricultural crops throughout much of the USA (and in many other areas) are reduced by 5–40% as a result of current ozone pollution. What about forest trees (or horticultural or urban trees)? We can conclude from the data that ambient ozone probably reduces rates of photosynthesis and growth of both open-grown individual trees and closed canopy forest trees. At present we cannot be more precise, because the situation is difficult to evaluate for the following reasons.

The data for trees have been obtained with small individuals, usually grown under near optimal light and moisture conditions. Changes in $P_n$ rates due to similar doses of ozone would likely be similar in equal-aged leaves growing in similar environments (e.g., sun leaves)—because their conductances would be similar—regardless of whether the leaves were on a 100- or a 2-year-old tree. However, average leaf conductance for entire mature trees may differ markedly from conductance for seedlings in high light experimental conditions. Open-grown individuals would be the most similar to seedlings used in experimental studies, but might still have lower average conductances because of self-shading or water stress. Canopy individuals in a forest would have lower conductances probably only on lower branches (or during periods of stress). Conductance in understory seedlings would differ the most from experimental seedlings, because rates of leaf conductance are generally lower in shaded than high light environments.

Mature trees also differ from seedlings in patterns of photosynthate transport and allocation, and in overall root-stem-leaf relations. As long-lived individuals, effects that occur in one growing season likely carry over and affect future growth, but we do not know how. Perhaps most importantly, experimental seedlings usually do not experience a variety of interacting stresses, as will commonly occur in nature. We do not know if, or how, water stress, herbivory, pathogens, competition, nutrition, shade, temperature fluctuations, or other factors influence the ozone-dose or ozone-uptake relations outlined above. Finally, no information is available to characterize ozone pollution dynamics within a forest canopy. It is possible that ozone concentrations within a canopy differ consistently from nearby open areas.

Despite our inability to estimate precisely the effect of ambient ozone on $P_n$ and growth of mature trees, the common response of tree and crop species in widely divergent studies (Figures 1–8) suggests that total uptake per tree should be highly correlated with photosynthesis and growth response, even for mature forest trees

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

or understory seedlings. Thus, given current levels of ozone pollution, adverse effects on $P_n$ and growth of trees in forest ecosystems are probably occurring over much of North America and Europe. At present there is much speculation about possible interactions between ozone and acid deposition. Although short-term studies have not demonstrated an interaction between ozone and acid deposition on $P_n$ or growth (Chappelka et al. 1985, Chappelka and Chevone 1986, Reich et al 1986a, 1987), long-term interactions may be possible. Moreover, it has been suggested that the combined effects of ozone and acid deposition on leaching from foliage are contributing to forest decline in central Europe and the Appalachian Mountains of the USA (Krause et al. 1984, Skeffington and Roberts 1985).

## Conclusion

A conceptual model was developed to explain the responses of evergreen conifers, deciduous hardwoods and agricultural crops to ambient levels of ozone pollution. It was determined that the effect of ozone on carbon balance and growth of individual plants can be quantified on the basis of concentration, dose, or uptake.

1. Across a broad range of ozone concentrations (0.05–0.95 ppm), dose-responses of net photosynthesis ($P_n$) and growth (dry matter production) of individual plants are dependent on exposure concentration. High concentrations of ozone are more detrimental than low ones at equal dosage.

2. At low concentrations, and for species within broad groupings of crops, conifers, and hardwood trees, reductions in $P_n$ and growth are linear with respect to either ozone dose or ozone uptake, with stronger correlations observed for uptake than for dose.

3. There are significant differences in sensitivity of $P_n$ and growth to a single season ozone dose (conifers $<$ hardwoods $<$ crops), that are related to inherent differences in leaf conductance and associated ozone uptake.

4. Pooled data for all species showed no significant relationship between dose and the observed reduction in $P_n$ or growth. In contrast, strong relationships are apparent ($r^2 = 0.50$ for $P_n$, $r^2 = 0.65$ for growth) for all species pooled together when ozone uptake is used as the basis for comparison. This suggests a relatively common response to ozone at the cellular and biochemical levels.

5. Ambient concentrations of ozone are probably sufficient to cause reductions in $P_n$ and growth of most vegetation in areas where mean daytime growing season concentrations average above 0.05 ppm. This includes vast areas of crop and forest land throughout the USA and much of the developed world. The extent of such reductions can be predicted for grasses, row crops and open-grown trees, but less accurately for closed-canopy forest vegetation.

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

Long-term ecological studies of the interactions between ozone and natural factors will be required before we can quantify the response of forest ecosystems to ambient ozone pollution.

## Acknowledgments

I thank T. Hennessey and the Ninth North American Forest Biology Workshop for inspiring me to undertake this work; J. Pye and three anonymous reviewers for helpful criticism and comments that stimulated major revisions of the original manuscript; T. Tabone for statistical and graphic assistance; and A. Schoettle and R. Amundson for years of collaboration, criticism and collective brain-storming related to this topic.

## References

Amundson, R.G., R.J. Kohut, A.W. Schoettle, R.M. Raba and P.B. Reich. 1987. Ozone induces correlative reductions in whole-plant photosynthesis and yield of winter wheat. Phytopathology (in press).
Amundson, R.G., R.M. Raba, A.W. Schoettle and P.B. Reich. 1986. Response of soybean to low concentrations of ozone. II Effects on growth, biomass allocation and flowering. J. Environ. Qual. 15:161–167.
Ashmore, M., N. Bell and J. Rutter. 1985. The role of ozone in forest decline in West Germany. Ambio 14:81–87.
Barnes, R.L. 1972. Effects of chronic exposure to ozone on photosynthesis and respiration of pines. Environ. Pollut. 18:45–50.
Bennett, J.P., R.J. Oshima and L.F. Lippert. 1979. Effects of ozone on injury and dry matter partitioning in pepper plants. Environ. Exp. Bot. 19:33–39.
Bennett, J.P. and V.C. Runeckles. 1977. Effects of low levels of ozone on growth of crimson clover and annual ryegrass. Crop Sci. 17:443–445.
Berry, C.R. and G.H. Hepting. 1964. Injury to eastern white pine by unidentified atmospheric constituents. For. Sci. 10:213.
Black, V.J. and M.H. Unsworth. 1980. Resistance analysis of sulphur dioxide fluxes to *Vicia faba*. Nature 282:68–69.
Blanchard, R.O., J. Baas and H. van Cotter. 1979. Oxidant damage to eastern white pine in New Hampshire. Plant Dis. Rep. 63:177–182.
Botkin, D.B., W.H. Smith and R.W. Carlson. 1971. Ozone suppression of white pine net photosynthesis. J. Air Pollut. Control Assoc. 21:778–780.
Botkin, D.B., W.H. Smith, R.W. Carlson and T.L. Smith. 1972. Effects of ozone on white pine saplings: variation in inhibition and recovery of net photosynthesis. Environ. Pollut. 3:273–289.
Chabot, B.F. and D.J. Hicks. 1982. The ecology of leaf life spans. Ann. Rev. Ecol. Syst. 13:229–259.
Chappelka, A.H., III, B.I. Chevone and T.E. Burk. 1985. Growth response of yellow poplar (*Liriodendron tulipifera* L.) seedlings to ozone, sulfur dioxide and simulated acidic precipitation, alone and in combination. Environ. Exp. Bot. 25:233–244.
Chapppelka, A.H., III and B.I. Chevone. 1986. White ash seedling growth response to ozone and simulated acid rain. Can. J. For. Res. 16:786–790.
Coyne, P.I. and G.E. Bingham. 1982. Variation in photosynthesis and stomatal conductance in an ozone-stressed ponderosa pine stand: light response. For. Sci. 28:257–273.
Engle, R.L. and W.H. Gabelman. 1966. Inheritance and mechanism for resistance to ozone damage in onion *Allium cepa* L. Proc. Amer. Soc. Hort. Sci. 89:423–430.
Evans, G., P. Finkelstein, B. Martin, N. Possiel and M. Graves. 1983. Ozone measurements from a network of remote sites. J. Air Pollut. Control Assoc. 33:219.
Foster, K.W., H. Timm, C.K. Labanauskas and R.J. Oshima. 1983. Effects of ozone and sulfur dioxide on tuber yield and quality of potatoes. J. Environ. Qual. 12:75–80.
Fuhrer, J. 1985. Formation of secondary air pollutants and their occurrence in Europe. Experientia 41:286–310.

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

Gaastra, P. 1959. Photosynthesis of crop plants as influenced by light, carbon dioxide, temperature and stomatal diffusion resistance. Meded Landbowhoogesch Wageningen 13:1–68.

Hayes, E.M. and J.M. Skelly. 1977. Transport of ozone from the northeastern United States into Virginia and its effects on eastern white pines. Plant Dis. Rep. 61:778–782.

Heagle, A.S. 1979. Ranking of soybean cultivars for resistance to ozone using different ozone doses and response measures. Environ. Pollut. 19:1–10.

Heagle, A.S., V.M. Lesser. J.O. Rawlings, W.W. Heck and R.B. Philbeck. 1986. Response of soybeans to chronic doses of ozone applied as constant proportional additions to ambient air. Phytopathology 76:51–56.

Heagle, A.S., R.B. Philbeck and W.W. Heck. 1973. An open-top chamber to assess the impact of air pollution on plants. J. Environ. Qual. 2:365–368.

Heath, R.L. 1980. Initial events in injury to plants by air pollutants. Ann. Rev. Plant Physiol. 31:395–431.

Heck, W.W., O.C. Taylor, R. Adams, G. Bingham, H. Miller, E. Preston and L. Weinstein. 1982. Assessment of crop loss from ozone. J. Air Pollut. Control Assoc. 32:353–361.

Hill, A.C. and N. Littlefield. 1969. Ozone. Effects on apparent photosynthesis, rate of transpiration and stomatal closure in plants. Environ. Sci. Technol. 3:52–56.

Hinckley, T.M., J.P. Lassoie and S.W. Running. 1978. Temporal and spatial variations in the water status of forest trees. For. Sci. Mono. 20, 72 pp.

Hogsett, W.E., M. Plocher, V. Wildman, D. Tingey and J.P. Bennett. 1985. Growth responses of two varieties of slash pine seedlings to chronic ozone exposures. Can. J. Bot. 63:2369–2376.

Horsman, D.C., A.O. Nicholls and D.M. Calder. 1980. Growth responses of *Dactylis glomerata*, *Lolium perenne* and *Phalaris aquatica* to chronic ozone exposure. Aust. J. Plant Physiol. 7:511–517.

Jarvis, P.G., H.S. Miranda and R.I. Muetzelfeldt. 1985. Modelling canopy exchanges of water vapor and carbon dioxide in coniferous forest plantations. *In* The Forest–Atmosphere Interaction. Eds. B.A. Hutchinson and B.B. Hicks. D. Reidel Publ. Co. Boston. pp 521–542.

Jensen, K.F. 1981. Growth analysis of hybrid poplar cuttings fumigated with ozone and sulphur dioxide. Environ. Pollut. 26:243–250.

Jensen, K.F. 1983. Growth relationships in silver maple seedlings fumigated with $O_3$ and $SO_2$. Can. J. For. Res. 13:298–302.

Jensen, K.F. and L.S. Dochinger. 1974. Responses of hybrid poplar cuttings to chronic and acute levels of ozone. Environ. Pollut. 6:289–295.

Jensen, K.F. and R.G. Masters. 1975. Growth of six woody species fumigated with ozone. Plant Disease Rep. 59:760–762.

Korner, G., J.A. Scheel and H. Bauer. 1979. Maximum leaf diffusive conductance in vascular plants. Photosynthetica 13:45–82.

Krause, G.H.M., B. Prinz and K.-D. Jung. 1984. Forest effects in West Germany. *In* Symp. on Air Pollution and the Productivity of the Forest. Eds. D.D. Davis, A. Millen and L. Dochinger. Izaak Walton League of America, Arlington, Va. pp 297–332.

Kress, L.W. and J.M. Skelly. 1982. Response of several eastern forest tree species to chronic doses of ozone and nitrogen dioxide. Plant Disease 66:1149–1152.

Kuno, H. 1979. Effects of photochemical oxidant on the growth of poplar cuttings. I Changes with days and years on growth and leaf drop of poplar cuttings by filtered air method. Taiki osen gakkaishi 14:265–274.

Kuno, H. 1980. Effects of photochemical oxidant on the growth of poplar cuttings. II Effects of photochemical oxidant on chlorophyll contents, photosynthetic and dark respiratory rates, soluble carbohydrate and nitrogen contents in leaves of different ages. Taiki osen gakkaishi 15:155–162.

Lee, J.J. and R.A. Lewis. 1976. Field experimental component: the bioenvironmental impacts of sulfur dioxide. *In* The Bioenvironmental Impact of a Coal-fired Power Plant. Eds. R.A. Lewis and A.S. Lefohn. First Interim Report, EPA-600/3-76-002.

Lefohn, A.S. 1984. A comparison of ambient ozone exposures for selected nonurban sites. 77th Annual Meeting of the Air Pollution Control Association, San Francisco, California. Manuscript No. 84–104, 12 p.).

Leuning, R., H.H. Neumann and G.W. Thurtell. 1979. Ozone uptake by corn (*Zea mays* L.): a general approach. Agric. Meteorol. 20:115–135.

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

Mahoney, M.J., J.M. Skelly, B.I. Chevone and I.D. Moore. 1984. Response of yellow poplar (*Liriodendron tulipifera* L.) seedling shoot growth to low concentrations of $O_3$, $SO_2$ and $NO_2$. Can. J. For. Res. 14:150–153.

Mandl, R.H., L.H. Weinstein, D. McCune and M. Keveny. 1973. A cylindrical, open-top chamber for the exposure of plants to air pollutants in the field. J. Environ. Qual. 2(3):371–376.

McLaughlin, S.B. and R.K. McConathy. 1983. Effects of $SO_2$ and $O_3$ on allocation of $^{14}C$-labeled photosynthate in *Phaseolus vulgaris*. Plant Physiol. 73:630–635.

McLaughlin, S.B. and G.E. Taylor. 1981. Relative humidity: important modifier of pollutant uptake by plants. Science 211:167–169.

Miller, P.R. 1973. Oxidant-induced community change in a mixed conifer forest. *In* Air Pollution Damage to Vegetation. Ed. J.A. Naegele. Advances in Chemistry Series No. 122, Amer. Chem. Soc., Washington, D.C. pp 101–117.

Miller, P.R. 1984. Ozone effects in the San Bernardino National forest. *In* Symposium on Air Pollution and the Productivity of the Forest. Eds. D.D. Davis, A.A. Millen and L. Dochinger. Izaak Walton League of America, Arlington, Virginia. pp 161–197.

Miller, P.R., J.R. Parmeter, Jr., B.H. Flick and C.W. Martinez. 1969. Ozone dosage response of ponderosa pine seedlings. J. Air Pollut. Cont. Assoc. 19:435–538.

Mooi, J. 1980. Influence of ozone on growth of two poplar cultivars. Plant Disease 64:772–773.

Musselman, R.C., A.J. Huerta, P.M. McCool and R.J. Oshima. 1986. Response of beans to simulated ambient and uniform ozone distributions with equal peak concentration. J. Amer. Soc. Hort. Sci. 111:470–473.

Musselman, R.C., R.J. Oshima and R.E. Gallavan. 1983. Significance of pollutant concentration distribution in the response of 'red kidney' beans to ozone. J. Amer. Soc. Hort. Sci. 108:347–351.

Noble, R.D. and K.F. Jensen. 1980. Effects of sulfur dioxide and ozone on growth of hybrid poplar leaves. Amer. J. Bot. 67:1005–1009.

Orians, G.H. and O.T. Solbrig. 1977. A cost-income model of leaves and roots with special reference to arid and semi-arid areas. Amer. Natur. 111:677–690.

Peterson, R.B. and I. Zelitch. 1982. Relationship between net $CO_2$ assimilation and dry weight accumulation in field-grown tobacco. Plant Physiol. 70:677–685.

Pinkerton, J.E. and A.S. Lefohn. 1986. Characterization of ambient ozone concentrations in commercial timberlands using available monitoring data. Tappi J. 69(4):58–62.

Reich, P.B. 1983. Effects of low concentrations of $O_3$ on net photosynthesis, dark respiration and chlorophyll contents in aging hybrid poplar leaves. Plant Physiol. 73:291–296.

Reich, P.B. and R.G. Amundson. 1984. Low level ozone and/or sulfur dioxide exposure causes a linear decline in soybean yield. Environ. Pollut. 34:345–355.

Reich, P.B. and R.G. Amundson. 1985. Ambient levels of $O_3$ reduce net photosynthesis in tree and crop species. Science 230:566–670.

Reich, P.B. and J.P. Lassoie. 1984. Effect of low level ozone exposure on leaf diffusive conductance and water-use efficiency in hybrid poplar. Plant, Cell Environ. 7:661–668.

Reich, P.B. and J.R. Lassoie. 1985. Influence of low concentrations of ozone on growth, biomass partitioning and leaf senescence in young hybrid poplar plants. Environ. Pollut. 39:39–51.

Reich, P.B., J.P. Lassoie and R.G. Amundson. 1984. Reduction in growth of hybrid poplar following field exposure to low levels of $O_3$ and (or) $SO_2$. Can. J. Bot. 62:2835–2841.

Reich, P.B., A.W. Schoettle and R.G. Amundson. 1985. Effects of low concentrations of $O_3$, leaf age and water stress on leaf diffusive conductance and water-use efficiency in soybean. Physiol. Plant. 63:58–64.

Reich, P.B., A.W. Schoettle and R.G. Amundson. 1986a. Effects of ozone and acidic rain on photosynthesis and growth in sugar maple and red oak. Environ. Pollut. 40:1–15.

Reich, P.B., A.W. Schoettle, R.M. Raba and R.G. Amundson. 1986b. Response of soybean to low concentrations of ozone. I Reductions in leaf and whole plant net photosynthesis and leaf chlorophyll content. J. Environ. Qual. 15:31–36.

Reich, P.B., A.W. Schoettle, H.F. Stroo, J. Troiano and R.G. Amundson. 1987. Influence of $O_3$ and acid rain on white pine (*Pinus strobus*) seedlings grown in five soils. I Net photosynthesis and growth. Can. J. Bot. (in press).

Reich, P.B., H.F. Stroo, A.W. Schoettle and R.G. Amundson. 1986c. Acid rain and ozone influence mycorrhizal infection in tree seedlings. J. Air Pollut. Control Assoc. 36:724–726.

Skarby, L. and G. Sellden. 1984. The effects of ozone on crops and forests. Ambio 13:68–72.

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

Skarby, L., E. Troeng and K. Bostrom. 1987. Uptake of ozone and effects on transpiration, net photosynthesis and dark respiration of Scots pine. For. Sci. (in press).

Skeffington, R.A. and T.M. Roberts. 1985. The effects of ozone and acid mist on Scots pine saplings. Oecologia 65:201–206.

Statistical Analysis System. 1982. SAS users' guide statistics. SAS Institute Inc., Cary, NC.

Taylor, G.E., Jr. and R.J. Norby. 1985. Significance of elevated levels of ozone on natural ecosystems in North America. *In* International Specialty Conference on Evaluation of Scientific Basis for Ozone/Oxidant Standard. Ed. S.D. Lee. Air Pollution Control Association, Pittsburgh, Pennsylvania. pp 152–175.

Taylor, G.E., Jr., R.J. Norby, S.B. McLaughlin, A.H. Johnson and R.S. Turner. 1986. Carbon dioxide assimilation and growth of red spruce (*Picea rubens* Sarg.) seedlings in response to ozone, precipitation chemistry and soil type. Oecologia 70:163–171.

Taylor, G.E., Jr., D.T. Tingey and H.C. Ratsch 1982. Ozone flux in *Glycine max* (L.) Merr.: sites of regulation and relationship to leaf injury. Oecologia 53:179–186.

Temple, P.J. 1986. Stomatal conductance and transpirational response of field-grown cotton to ozone. Plant, Cell Environ. 9:315–321.

Vietor, D.M. and R.B. Musgrave. 1979. Photosynthetic selection of *Zea mays* L. II The relationship between $CO_2$ exchange and dry matter accumulation of canopies of two hybrids. Crop Sci. 19:70–74.

Wang, D., D.F. Karnosky and F.H. Bormann. 1986. Effects of ambient ozone on the productivity of *Populus tremuloides* Michx. grown under field conditions. Can. J. For. Res. 16:47–55.

Wilhour, R.G. and G.E. Neely. 1977. Growth response of conifer seedlings to low ozone concentrations. *In* International Conf. on Photochemical Oxidant Pollution and Its Control. USEPA Ecol. Res. Ser. 600/7-33/001b, pp 635–645.

Wisconsin Department of Natural Resources. 1986. 1985 Air Quality Data Report. Bureau of Air Management, Wisconsin Department of Natural Resources, Madison, WI. 111 p.

Yang, Y., J.M. Skelly, B.I. Chevone and J.B. Birch. 1983. Effects of long-term ozone exposure on photosynthesis and dark respiration of eastern white pine. Environ. Sci. Technol. 17:371–373.

Zelitch, I. 1982. The close relationship between net photosynthesis and crop yield. BioScience 32:796–802.

Downloaded from http://treephys.oxfordjournals.org/ by guest on September 6, 2012

Downloaded from http://meridian.allenpress.com/rangelands/article-pdf/ by guest on 3 September 9, 2012

**United States Government Accountability Office**

# GAO

## Report to Congressional Requesters

August 2007

# CLIMATE CHANGE

# Agencies Should Develop Guidance for Addressing the Effects on Federal Land and Water Resources





**G A O**
Accountability • Integrity • Reliability

# Highlights

Highlights of GAO-07-863, a report to congressional requesters

August 2007

## CLIMATE CHANGE

## Agencies Should Develop Guidance for Addressing the Effects on Federal Land and Water Resources

### Why GAO Did This Study

Climate change has implications for the vast land and water resources managed by the Bureau of Land Management (BLM), Forest Service (FS), U.S. Fish and Wildlife Service (FWS), National Oceanic and Atmospheric Administration (NOAA), and National Park Service (NPS). These resources generally occur within four ecosystem types: coasts and oceans, forests, fresh waters, and grasslands and shrublands.

GAO obtained experts' views on (1) the effects of climate change on federal resources and (2) the challenges managers face in addressing climate change effects on these resources. GAO held a workshop with the National Academies in which 54 scientists, economists, and federal resource managers participated, and conducted 4 case studies.

### What GAO Recommends

GAO recommends that the Secretaries of Agriculture, Commerce, and the Interior develop guidance incorporating agencies' best practices, which advises managers on how to address climate change effects on the resources they manage and gather the information needed to do so. In commenting on a draft of this report, the three departments generally agreed with the recommendation and provided technical comments, which GAO has incorporated into the report as appropriate.

www.gao.gov/cgi-bin/getrpt?GAO-07-863.

To view the full product, including the scope and methodology, click on the link above. For more information, contact John B. Stephenson at (202) 512-3841 or stephensonj@gao.gov.

### What GAO Found

According to experts at the GAO workshop, federal land and water resources are vulnerable to a wide range of effects from climate change, some of which are already occurring. These effects include, among others, (1) physical effects, such as droughts, floods, glacial melting, and sea level rise; (2) biological effects, such as increases in insect and disease infestations, shifts in species distribution, and changes in the timing of natural events; and (3) economic and social effects, such as adverse impacts on tourism, infrastructure, fishing, and other resource uses.

Experts at the GAO workshop also identified several challenges that resource managers face in addressing the observed and potential effects of climate change in their management and planning efforts. In particular, BLM, FS, FWS, NOAA, and NPS have not made climate change a priority, and the agencies' strategic plans do not specifically address climate change. Resource managers focus first on near-term, required activities, leaving less time for addressing longer-term issues such as climate change.

In addition, resource managers have limited guidance about whether or how to address climate change and, therefore, are uncertain about what actions, if any, they should take. In general, resource managers lack specific guidance for incorporating climate change into their management actions and planning efforts. Without such guidance, their ability to address climate change and effectively manage resources is constrained. While a broad order developed in January 2001 directed BLM, FWS, and NPS to consider and analyze potential climate change effects in their management plans and activities, the agencies have not yet provided specific direction to managers on how they are to implement the order. A BLM official stated at an April 2007 hearing that BLM is establishing policy and technical committees to address necessary actions and develop guidance to address climate change in agency management practices. FWS and NPS officials said that their agencies have not developed specific guidance but believe that they are operating in a manner consistent with the 2001 order. While NOAA and FS have not provided specific guidance to their resource managers, NOAA officials said that the agency is establishing a working group to determine what actions to take to address climate change effects. FS officials said that FS planning processes are designed to identify and respond to emerging issues such as climate change.

Finally, resource managers do not have sufficient site-specific information to plan for and manage the effects of climate change on the federal resources they manage. In particular, the managers lack computational models for local projections of expected changes and detailed inventories and monitoring systems for an adequate baseline understanding of existing local species. Without such information, managers are limited to reacting to already-observed climate change effects on their units, which makes it difficult to plan for future changes.

# Contents

## Letter

| | 1 |
|---|---|
| Results in Brief | 5 |
| Background | 10 |
| Experts Stated That Federal Resources Are Vulnerable to a Wide Range of Observed and Potential Climate Change Effects, and That the Nature and Extent of These Effects Will Vary | 16 |
| Resource Managers Identified Several Challenges in Addressing the Observed and Potential Effects of Climate Change on Federal Resources | 34 |
| Conclusions | 44 |
| Recommendation for Executive Action | 45 |
| Agency Comments and Our Evaluation | 46 |

## Appendixes

| Appendix I: | List of National Academies Workshop Participants | 50 |
|---|---|---|
| Appendix II: | Objectives, Scope, and Methodology | 52 |
| Appendix III: | Climate Change and Federal Lands Workshop Proceedings, November 2 and 3, 2006 | 59 |
| | Background | 59 |
| | Questions for Workshop Participants | 59 |
| | Day 1: Breakout Session Questions and Responses | 61 |
| | Day 1: Afternoon Plenary Session Questions and Responses | 99 |
| | Day 2: Breakout Session Questions and Responses | 105 |
| | Day 2: Afternoon Plenary Session | 147 |
| Appendix IV: | Four Case Study Profiles | 152 |
| | Coasts and Oceans Ecosystem: The Florida Keys National Marine Sanctuary | 152 |
| | Forests Ecosystem: The Chugach National Forest | 156 |
| | Fresh Waters Ecosystem: Glacier National Park | 159 |
| | Grasslands and Shrublands Ecosystem: Bureau of Land Management Kingman Field Office, Arizona | 164 |
| Appendix V: | Comments from the U.S. Department of Agriculture (FS) | 168 |
| Appendix VI: | Comments from the Department of Commerce (NOAA) | 171 |
| Appendix VII: | Comments from the Department of the Interior (BLM, FWS, and NPS) | 174 |
| Appendix VIII: | GAO Contact and Staff Acknowledgments | 179 |

Contents

## Tables

Table 1: Shares and Global Warming Potentials of Greenhouse Gas
Emissions from U.S. Sources, 2004     11
Table 2: Key U.S. Ecosystem Types     16

## Figures

Figure 1: Map of NOAA National Marine Sanctuaries     14
Figure 2: Map of Federal Resources and the Entities Responsible
for Their Management     15
Figure 3: Grinnell Glacier as Viewed from Mt. Gould in Glacier
National Park, between 1938 and 2005     20
Figure 4: Spruce Trees Killed by the Spruce Bark Beetle in the
Kenai Peninsula, Alaska     25
Figure 5: Bleached Brain Coral, July 2005     31

### Abbreviations

| | |
|---|---|
| BLM | Bureau of Land Management |
| CCP | Comprehensive Conservation Plan |
| CESU | Cooperative Ecosystem Study Unit |
| EEZ | Exclusive Economic Zone |
| EMS | Environmental Management System |
| ESA | Endangered Species Act of 1973 |
| FS | Forest Service |
| FWS | U.S. Fish and Wildlife Service |
| GHG | greenhouse gas |
| IPCC | Intergovernmental Panel on Climate Change |
| NEON | National Ecological Observatory Network |
| NEPA | National Environmental Policy Act |
| NGO | nongovernmental organization |
| NOAA | National Oceanic and Atmospheric Administration |
| NPS | National Park Service |
| USGS | U.S. Geological Survey |

This is a work of the U.S. government and is not subject to copyright protection in the United States. The published product may be reproduced and distributed in its entirety without further permission from GAO. However, because this work may contain copyrighted images or other material, permission from the copyright holder may be necessary if you wish to reproduce this material separately.



**United States Government Acconntability Office**
**Washington, D.C. 20548**

August 7, 2007

The Honorable John Kerry
United States Senate

The Honorable John McCain
United States Senate

A growing body of evidence shows that increasing concentrations of greenhouse gases—primarily carbon dioxide, methane, and nitrous oxide—in the Earth's atmosphere have resulted in a warmer global climate system, among other changes. The Intergovernmental Panel on Climate Change (IPCC), a leading source for international climate expertise, noted in April 2007 that "observational evidence from all continents and most oceans shows that many natural systems are being affected by regional climate changes, particularly temperature increases." The IPCC further noted that climate change has, in some areas, led to rising sea levels, declining snow cover, melting glacial and Arctic ice, coral bleaching, and changes in the timing and amount of precipitation, among other things. The stresses caused by climate change could be exacerbated by existing stresses on ecosystems from such sources as pollution, human settlement, land-use change, and invasion by nonnative species. Together, climate change and ecosystem stresses may cause substantial damage to, or the complete loss of, some ecosystems and the extinction of species. Furthermore, scientists project that changes in temperature and precipitation may result in more extreme weather events, such as more frequent and severe droughts, storms, and floods as well as changes in local climate conditions.

Federal agencies manage over 600 million acres of land—almost 30 percent of the land area of the United States—and more than 150,000 square miles of protected waters, including 13 national marine sanctuaries and 1 marine national monument. These federal resources are managed primarily by the U.S. Department of Agriculture's (Agriculture) Forest Service (FS); the Department of Commerce's (Commerce) National Oceanic and Atmospheric Administration (NOAA); and the Department of the Interior (Interior), specifically the Bureau of Land Management (BLM), the National Park Service (NPS), and the U.S. Fish and Wildlife Service (FWS).

The resources managed by federal agencies generally occur within four principal ecosystem types—coasts and oceans, forests, fresh waters, and grasslands and shrublands—and support a rich diversity of plant and

animal communities, including endangered and threatened species, such as the Florida panther, the desert tortoise, the whooping crane, and the Santa Cruz cypress, among others. Federal resources also support a range of economically and socially valuable activities, such as mineral extraction and recreation. In fiscal year 2005, the public visited federal lands over 600 million times, according to estimates by Agriculture and Interior.

These agencies manage their resources for a variety of purposes related to preservation; recreation; and, in some cases, resource use, yet each agency has distinct responsibilities for the resources it administers. The statutes governing these agencies' resource management activities generally do not require the agencies to manage for specific outcomes, such as a certain number of visitors, or to provide a specific response to changes in ecological conditions, such as insect outbreaks. Instead, these laws give the agencies discretion to decide how best to carry out their responsibilities in light of their respective statutory missions as well as the need to comply with or implement specific substantive and procedural laws, such as the Endangered Species Act of 1973 (ESA),[1] the National Environmental Policy Act (NEPA),[2] or the Clean Air Act. The agencies are generally authorized to plan and manage for changes in resource conditions, regardless of the cause that brings about the change.[3] As a result, federal resource management agencies are generally authorized, but are not specifically required, to address changes in resource conditions resulting from climate change in their management activities.

---

[1]The ESA (16 U.S.C. § 1531 et seq.) is designed to conserve the ecosystems upon which threatened and endangered species of fish, wildlife, and plants depend. The act is administered by FWS and NOAA Fisheries.

[2]NEPA (42 U.S.C. § 4321 et. seq.) requires federal agencies to assess and report on the likely environmental impacts of major actions they propose that affect the environment. If a proposed activity is expected to have significant environmental effects, the agency is required to prepare an environmental impact statement.

[3]In its technical comments on a draft of this report, Interior told us that the NPS's Management Policies (2006) discusses treatment of the cause of change. It stated that natural resources will be managed to preserve fundamental physical and biological processes and maintain all of the components and processes of naturally evolving park ecosystems. Natural change will also be recognized as an integral part of the functioning of natural systems. NPS will not intervene in natural biological or physical processes except when directed by the Congress; in emergencies in which human life and property are at stake; to restore natural ecosystem functioning that has been disrupted by past or ongoing human activities; or when a park plan has identified the intervention as necessary to protect other park resources, human health and safety, or facilities.

In this context, we obtained (1) experts' views on the observed and potential effects of climate change on federal resources within the four principal ecosystem types and (2) the views of federal resource managers on the challenges they face in addressing the observed and potential future effects of climate change in their management actions and planning efforts. In addition, four case studies illustrate some of the effects of climate change on federal resources as well as the challenges to addressing them.

To solicit experts' views on the effects of climate change and federal resource managers' views on the challenges to addressing climate change on federal resources within the four ecosystem types, we convened a 2-day workshop in collaboration with the National Academies' Board on Atmospheric Sciences and Climate. Descriptions in this report of the effects of climate change come from experts at the workshop; we did not independently review articles from the scientific literature or verify participants' statements. To identify experts for the first day of the workshop, which addressed science issues, the National Academies and GAO agreed on selection criteria, which included recommendations from other experts, a demonstrated record of publication in the field, and experience contributing to climate change impact assessments or other peer-reviewed scientific reports and articles relating to climate change.[4] Individuals' availability on the date of the workshop was also a key factor. The National Academies and GAO gave particular preference to individuals recommended by more than one expert. In addition to ecosystem expertise, we gave priority to those candidates whose expertise also included an understanding of climate change (e.g., an understanding of how climate change might affect coral reefs or forests). GAO identified most of the federal resource managers for the second day of the workshop because the National Academies does not interact extensively with the federal resource management community. To select these managers, we asked for recommendations from both agency headquarters officials and managers in the field. We gave priority to senior federal resource managers with management experience in the field. We also invited managers from Washington, D.C., headquarters offices to ensure a balanced perspective. We selected managers who had a general familiarity with relevant statutes,

---

[4]Major impact assessments include, among others, the IPCC's Working Group II report, *Climate Change 2001: Impacts, Adaptation, and Vulnerability*; the U.S. Global Change Research Program's report, *Climate Change Impacts in the United States*; the United Nations Environment Program's report, *Millennium Ecosystem Assessment*; and the Arctic Council and the International Arctic Science Committee's report, *Arctic Climate Impact Assessment*.

regulations, agreements, executive orders, and other management directives aimed at protecting the resources under their agencies' jurisdictions. We also selected managers who had a general familiarity with the issue of climate change and how it could affect one of the four relevant ecosystem types—although this knowledge was not essential. We sought to have representation from each major agency that manages resources corresponding to each of the four ecosystem types. Fifty-four scientists, economists, and federal resource managers from academia, government, and nongovernmental organizations attended the workshop. Appendix I contains a list of the workshop participants and moderators.

To illustrate the vulnerability of federal resources to the potential effects of climate change as well as the various management challenges discussed at the workshop, we conducted case studies of four federal resource units, one case study for each ecosystem type, using a nonprobability approach.[5] The four units are the Florida Keys National Marine Sanctuary in southern Florida (coasts and oceans ecosystem); the Chugach National Forest in south-central Alaska (forests ecosystem); Glacier National Park in northwestern Montana (fresh waters ecosystem); and the BLM Kingman Field Office in northwestern Arizona (grasslands and shrublands ecosystem). We selected our specific case study units after soliciting selected experts' views on which federal resources may be most vulnerable to climate change. We then visited each of the four units, interviewed a number of experts and resource managers at the units, and viewed some of the resources discussed at the meetings. More detailed information on our objectives, scope, and methodology is presented in appendix II. A summary of the workshop can be found in appendix III, and summaries of the individual case studies can be found in appendix IV.

In this report, we use the term "federal resources" to refer to federal lands managed by BLM, FS, FWS, and NPS and to national marine sanctuaries and one marine national monument managed by NOAA; the term "ecosystem" to refer to a system of interacting living organisms together with their physical environment; the term "resource managers" to refer to individuals who manage federal resources; the term "physical effects" to refer to observable changes in the physical condition of some part of a natural system, including, among others, extreme weather events—that is,

---

[5]Nonprobability samples cannot be used to generalize or make inferences about a population. In this instance, we cannot generalize the results of our case studies to all federal resources or resources of the same ecosystem type.

weather events that are rare at a particular place (this may vary from place to place); the term "biological effects" to refer to changes in the interaction among organisms living in a given ecosystem; and the phrase "economic and social goods and services" to refer to economic resources, such as revenue-producing industries, including forestry and fishing, among others, and social or cultural resources, such as recreational activities, scenic views, and historical artifacts, among others. We recognize that all of these effects are interrelated, and that certain effects may belong to more than one category. Although the workshop experts discussed a wide range of possible climate-related effects, we describe only some of these effects in our report because we could not cover the full range of effects on all federal resources across the country. We also did not attempt to rank effects according to severity, owing to a lack of criteria to make such rankings. We conducted our work between May 2006 and July 2007 in accordance with generally accepted government auditing standards.

## Results in Brief

U.S. federal resources within the four principal ecosystem types are vulnerable to a wide range of effects from climate change, including physical, biological, and economic and social effects. Some of these climate-related effects have already been observed, according to scientific experts participating in our November 2006 workshop. Officials at our four case study sites also pointed to examples of climate-related effects that are already occurring on federal resources. Among the types of effects identified are the following:

- Physical effects of climate change include drought, floods, glacial melting, sea level rise, and ocean acidification, among others. For example, warmer springs have resulted in earlier snowmelt, longer summer drought, and increased wildland fire activity in western U.S. forest ecosystems, where fires are linked more to climatic conditions than to land management techniques. Both the frequency of large fires and the area burned increased significantly in the western United States during the period of 1987 through 2003 compared with 1970 through 1986. In addition, as illustrated at Glacier National Park, climate change is causing glaciers to melt. Since 1850, the estimated number of glaciers in the park has dropped from 150 to 26. Both summer and winter temperatures are increasing in the park, and some projections suggest that if current trends in the rate of melting continue, the remaining glaciers will be gone in the next 25 to 30 years. Furthermore, rising sea levels that are attributable to climate change already have affected low-lying areas, as illustrated at Big Pine Key in the Florida Keys. According

to an FWS official in the Keys, saltwater intrusion on land, amplified by increased hurricane activity, has overwhelmed sources of fresh waters and habitat that support resident plants and animals, such as the Key deer and the Lower Key marsh rabbit. This official further stated that these effects will pose a threat in the future, not only to wildlife, but also to humans who live on the islands.

- Biological effects of climate change include increases in insect and disease infestations, shifts in species distribution, coral bleaching, and changes in the timing of natural events, among others. For example, warmer temperatures and reduced precipitation associated with climate change have contributed to insect outbreaks in some areas, as illustrated at the Chugach National Forest in Alaska. According to an FS official at the forest, a spruce bark beetle outbreak has led to high mortality rates for certain types of spruce trees on over 400,000 acres of the Chugach. In the Kenai Peninsula, Alaska, on which part of the forest is located, about 1 million acres have been affected by the beetles. Officials at the Chugach indicated that continued increases in temperature and decreases in precipitation could further change vegetation composition and structure, and increase the incidence and severity of future insect outbreaks. Similarly, in the Mojave Desert near the BLM Kingman Field Office, invasive grasses, combined with drought caused, at least in part, by climate change, have increased the frequency and severity of wildland fires, destroying native plants and transforming some desert communities into annual grasslands. Prolonged drought weakens the natural plant communities and then, in periods of wetness, invasive species—particularly grasses—fill the gaps between native vegetation. These invasive grasses can spread and grow faster than native species; the thicker and less evenly spaced vegetation leads to increased fire danger. If a fire starts, it burns much hotter due to the invasive grasses. Native plant communities, such as saguaro cacti and Joshua trees, are damaged, which provides further environment for invasive species and increased fire danger. According to experts, this shift in ecosystems from desert to grassland is likely to continue as the climate changes, which will in turn result in a loss of species diversity in these areas.

- Economic and social effects of climate change include adverse impacts on recreation and tourism; infrastructure; water supplies; and fishing, ranching, and other resource-use activities. For example, according to NOAA officials at the Florida Keys National Marine Sanctuary, the continued bleaching of coral reefs caused by climate change in the

Florida Keys may adversely affect the fishing and tourism industries, which are important sources of revenue for communities in the area. Coral reefs play a key role in these industries because they are an important habitat for fish and other marine species and are popular with snorkelers and scuba divers. Bleaching occurs when corals eject the microscopic algae that live within their tissues in response to stressful conditions, such as warmer water. (Corals can recover from bleaching events if the stress is not too severe or long-lasting, but the stress caused by bleaching can lead to secondary problems, such as coral diseases.) If water temperatures in the Florida Keys continue to increase as a result of climate change, more coral bleaching may occur, adversely affecting the area's fishing and tourism industries. Alaska may also be affected by the economic effects of climate change in the future. Many aquatic species are adapted to cold-water conditions, and temperature increases and seasonal shifts may adversely affect fishery resources, upon which commercial, sport, and subsistence fishers all depend.

Scientific experts at the workshop noted that the nature and extent of climate change effects will depend on the rate and magnitude of climate change. They also stated that some changes will occur quickly and will be readily apparent, while others will occur gradually and be less apparent in the near term.

In our workshop, resource managers identified several challenges to addressing the observed and potential effects of climate change in their management actions and planning efforts. These challenges include the following:

- Undertaking activities that address the effects of climate change is currently not a priority within the five resource management agencies in our review. Resource managers have a wide range of responsibilities, and they focus first on near-term activities that they are specifically required to undertake, leaving less time and resources for longer-term issues such as climate change. For example, officials at the BLM Kingman Field Office said that, due to resource constraints, they can only address the most immediate, highest-priority issues, and that backlogs of required actions, such as permits, are continually growing, leaving many issues, including climate change, unaddressed. Furthermore, in general, climate change effects are not specifically addressed in agency planning activities. For example, at the Chugach National Forest, managers stated that climate change is not a priority because it is not included in the most recent list of priority threats

developed by the FS Chief and is not considered a strategic issue by the agency. To plan and manage for climate change, these resource managers stated that agencies would have to change how they approach their missions because addressing climate change would require managers to anticipate potential future change in their planning processes, as opposed to using historical data to react to observed changes.

- Resource managers have limited guidance from their agencies about whether or how to address climate change in management actions and planning efforts. Under these circumstances, these resource managers are uncertain about what actions, if any, they should take. A 2001 Interior order directed BLM, FWS, and NPS to consider and analyze, among other things, potential climate change effects in management plans and activities developed for public lands. However, headquarters officials from these agencies told us that they have yet to provide direction to resource managers about how to implement this order. Officials at BLM headquarters stated that the lack of specific authority, guidance, and direction may have limited the agency's efforts to address the effects of climate change. Furthermore, in testimony before the House Appropriations Committee's Subcommittee on Interior, Environment, and Related Agencies on April 26, 2007, BLM's National Science Coordinator acknowledged that there is little current guidance at BLM dealing with climate change. However, the coordinator said that BLM is establishing policy and technical committees to address necessary actions and develop guidance to address climate change in agency management practices. Headquarters officials at FWS and NPS said that, although they have not developed specific guidance, they operate in a manner consistent with Interior's 2001 order in their general planning activities. However, resource managers from BLM, FWS, and NPS told us that they have received no direction for how to incorporate climate change into their planning activities. Headquarters officials from NOAA, under Commerce, said that the agency is establishing a working group to determine what actions it should and can afford to take to address the effects of climate change. FS headquarters officials said that, although they have not provided specific guidance on addressing the effects of climate change, the agency's planning process is designed to identify emerging issues, such as climate change, and respond in ways to promote the sustainability of the nation's land and water resources. Resource managers from FS and NOAA said that they have received no specific direction from their agencies about how to address climate change in their planning activities. In general, resource

managers from all of the agencies said that they need specific guidance to incorporate climate change in their management actions and planning efforts.

- These resource managers do not have sufficient site-specific information to plan for and manage the effects of climate change on the federal resources they oversee. In particular, they lack computational models capable of providing local projections of expected changes. For example, at the Florida Keys National Marine Sanctuary, officials said that they currently lack adequate modeling and scientific information that would enable managers to predict change on a small scale, such as that occurring within the sanctuary. Without such models, most of the managers' options for dealing with climate change are limited to reacting to already-observed effects on their units, making it difficult to plan for future changes. Furthermore, these resource managers generally lack detailed inventories and monitoring systems to provide them with an adequate baseline understanding of the plant and animal species that currently exist on the resources they manage. For example, at the Chugach National Forest, managers told us that, without accurate baseline inventory data of the plants and animals in the forest, it is difficult to determine whether changes to species populations are within the normal range of variability.

Furthermore, these resource managers said that climate change is inherently a complex, global issue. Greenhouse gas emissions generally originate outside the boundaries of federal resources, yet these resources are affected by the cumulative effects of the emissions. These managers further noted that climate change-related effects can interact with and amplify the effects of other, preexisting environmental problems, such as nonnative species or fire on a given resource unit, making resource managers' jobs more difficult.[6]

Resource managers are uncertain about what actions, if any, they should take to address the current effects of climate change and to plan for future effects on their resources. Agencies have not assigned climate change a priority among the other factors they must address and have not provided

---

[6]In technical comments on a draft of this report, Interior stated that changes in greenhouse gas concentrations and associated changes in climatic variables (e.g., temperature and precipitation) could also modify (up and down) these other nonclimate change-related stresses on the resources managed by federal agencies. Such changes could also have some positive effects on resources, further complicating matters.

resource managers with direction on how or whether to address the effects of climate change. Without such guidance—and additional site-specific data—resource managers are constrained in their ability to address climate change in their planning and management activities. Therefore, to better enable federal resource management agencies to take into account the existing and potential future effects of climate change on federal resources, we are recommending that the Secretaries of Agriculture, Commerce, and the Interior—in consultation with the Directors of FS; the Administrator of NOAA; and the Directors of BLM, FWS, and NPS, respectively—develop clear, written communication to resource managers that explains how managers are expected to address the effects of climate change, identifies how managers are to obtain any site-specific information that may be necessary, and reflects best practices shared among the relevant agencies, while also recognizing the unique missions, objectives, and responsibilities of each agency. In commenting on a draft of this report, Agriculture (for FS), Commerce (for NOAA), and Interior (for BLM, FWS, and NPS) all generally agreed with our recommendation and offered technical comments, which we have incorporated into the report as appropriate.

# Background

Greenhouse gases—including carbon dioxide, methane, and nitrous oxide, among other gases—trap some of the sun's heat in the Earth's atmosphere and prevent the heat from returning to space. This insulating effect, known as the greenhouse effect, moderates atmospheric temperatures, keeping the Earth warm enough to support life. However, according to the IPCC, global atmospheric concentrations of these greenhouse gases have increased markedly as a result of human activities over the past 200 years and now far exceed preindustrial levels. The IPCC further reports that these increases have contributed to a warming of the Earth's climate. Table 1 shows the shares of greenhouse gas emissions and their global warming potentials from U.S. sources.[7]

---

[7] Since greenhouse gases differ in their potential to contribute to global warming, each gas is assigned a unique weight, called a global warming potential, which is based on its heat-absorbing ability relative to carbon dioxide over a fixed period. This provides a way to convert emissions of various greenhouse gases into a common measure, such as carbon equivalent. Thus, each molecule of methane, for example, has 21 times as much effect on warming as a molecule of carbon dioxide.

**Table 1:  Shares and Global Warming Potentials of Greenhouse Gas Emissions from U.S. Sources, 2004**

| Greenhouse gas | Major sources | Percentage of total U.S. greenhouse gas emissions | Global warming potential |
|---|---|---|---|
| Carbon dioxide | Fossil fuel combustion, nonenergy use of fuels, and iron and steel production | 85% | 1 |
| Methane | Landfills, natural gas and petroleum systems, agriculture, and coal mining | 8 | 21 |
| Nitrous oxide | Agricultural soil management, transportation, and manure management | 6 | 310 |
| Synthetic gases (HFCs, PFCs, and $SF_6$)[a] | Substitution of ozone-depleting substances, electric power transmission and distribution, and aluminum production | 2 | 140 to 23,900 |

Source: Environmental Protection Agency.

Note: Percentages do not sum to 100 percent due to rounding.

[a]HFCs (hydrofluorocarbons), PFCs (perfluorocarbons), $SF_6$ (sulfur hexafluoride).

The IPCC attributes increases in average global air and ocean temperatures, widespread melting of snow and ice, and rising mean global sea levels to a warming of the Earth's climate system. The IPCC reports that 11 of the 12 years between 1995 and 2006 rank among the 12 warmest years since 1850 (the first year that global temperatures were recorded) and are indicative of a strong upward warming trend over the last 50 years. Furthermore, according to the IPCC, since 1961, average global ocean temperatures have increased, because the oceans have absorbed more than 80 percent of the heat added to the Earth's climate system. Such warming causes seawater to expand, contributing to sea level rise. The IPCC also reports that mountain glaciers and snow cover have declined, on average, in both hemispheres, and that widespread decreases in the sizes of glaciers and polar ice caps, combined with losses in the ice sheets of Greenland and Antarctica, have very likely contributed to a sea level rise of 0.17 meters during the 20th century.

The federal government manages nearly 30 percent of the land in the United States. Three federal agencies within Interior—BLM, FWS, and NPS—and Agriculture's FS administer over 90 percent of these lands. NOAA, within Commerce, administers 14 Marine Protected Areas.[8] These agencies manage their resources for a variety of purposes related to

---

[8]Marine Protected Areas are areas where natural or cultural resources, or both, are given greater protection than the surrounding waters.

preservation; recreation; and in some cases, resource use, yet each agency has distinct responsibilities for the resources it administers. The statutes governing these agencies' resource management activities generally do not require the agencies to manage for specific outcomes, such as a certain number of visitors, or to provide a specific response to changes in ecological conditions, such as insect outbreaks. Instead, these laws give the agencies discretion to decide how best to carry out their responsibilities in light of their respective statutory missions as well as the need to comply with or implement specific substantive and procedural laws, such as the Clean Air Act, the ESA, or NEPA. The agencies are generally authorized to plan and manage for changes in resource conditions, regardless of the cause that brings about the change. As such, federal resource management agencies are generally authorized, but are not specifically required to address in their actions and planning efforts changes in resource conditions resulting from climate change.

BLM, FS, FWS, NOAA, and NPS have unique management missions, as follows:

- BLM's mission is to sustain the health, diversity, and productivity of public lands for the use and enjoyment of present and future generations under the principles of multiple use and sustained yield as provided in the Federal Land Policy Management Act. BLM manages more than 260 million acres located primarily in 12 western states. The agency manages and issues permits for activities such as recreation, livestock grazing, timber harvesting, and mining.

- FS's mission is to sustain the health, diversity, and productivity of the nation's forests and grasslands to meet the needs of present and future generations under the Multiple Use and Sustained Yield Act and the National Forest Policy Management Act. FS manages more than 190 million acres throughout the country. The agency manages and issues permits for activities such as skiing, livestock grazing, recreation, timber harvesting, and mining and for rights-of-way for road construction.

- FWS's mission is to work with others to conserve, protect, and enhance fish, wildlife, and plants and their habitats for the continuing benefit of the American people. FWS also has a regulatory function, in that it enforces laws, including the ESA and others. FWS manages 547 national wildlife refuges and 37 large, multiple-unit Wetland Management Districts on more than 96 million acres of land throughout the nation; 69 national fish hatcheries; and 46 administrative sites. The National

Wildlife Refuge System, which performs FWS's land management
functions, administers a national network of lands and waters for the
conservation; management; and, where appropriate, restoration of the
fish, wildlife, and plant resources and their habitats within the United
States.

- In addition to these 4 agencies, NOAA seeks to preserve the biological
and ecological integrity of U.S. marine systems, which include its
National Marine Sanctuary System, consisting of 14 Marine Protected
Areas that encompass more than 150,000 square miles of marine and
Great Lakes waters. (See fig. 1.) NOAA also manages the waters of the
Exclusive Economic Zone, the outer boundary of which is 200 nautical
miles from the U.S. coastline.

- NPS's mission is to conserve the scenery, the natural and historic
objects, and the wildlife of the national park system so that they will
remain unimpaired for the enjoyment of current and future generations.
NPS manages 391 national park units covering more than 84 million
acres throughout the United States and its territories. The agency
manages many of the nation's most precious natural and cultural
resources.

**Figure 1:  Map of NOAA National Marine Sanctuaries**



Source: National Oceanic and Atmospheric Administration.

Other federal entities that manage various federal land and water resources include the Bureau of Indian Affairs, the Bureau of Reclamation, the Department of Defense, and the Tennessee Valley Authority, among others. Figure 2 shows federal resources according to the entity responsible for their management.

**GAO-07-863 Climate Change**

**Figure 2:  Map of Federal Resources and the Entities Responsible for Their Management**



Source: U.S. Geological Survey.

The resource units managed by the federal government encompass four principal ecosystem types, as shown in table 2.

**Table 2:  Key U.S. Ecosystem Types**

| Ecosystem type | Description |
|---|---|
| Coasts and oceans | Estuaries, coastal habitats, and ocean waters as far as 200 miles from the U.S. shoreline. |
| Forests | Land areas of 1 acre or more that are at least 10 percent covered by trees, including areas in which trees are intermingled with other cover and both naturally regenerating forests and areas planted for future harvest. |
| Fresh waters | Streams, rivers, lakes, ponds, reservoirs, fresh water wetlands, groundwater, and riparian (riverbank) areas. |
| Grasslands and shrublands | Lands in which the dominant vegetation is grasses and other nonwoody vegetation, or where shrubs are the norm, including bare-rock deserts, alpine meadows, and Arctic tundra.[a] |

Source: H. John Heinz III Center for Science, Economics, and the Environment, *The State of the Nation's Ecosystems: Measuring the Lands, Waters, and Living Resources of the United States* (2002).

Note: The Heinz Center classification system also includes two additional ecosystems: farmlands and urban and suburban areas. However, we did not consider these two ecosystem types in this report, because the majority of these lands are in private hands.

[a]Alpine refers to the zone made up of slopes above the timberline and characterized by, among other things, the presence of low, shrubby, slow-growing woody plants. Tundra is a treeless, level, or gently undulating plain characteristic of the Arctic and subarctic regions.

## Experts Stated That Federal Resources Are Vulnerable to a Wide Range of Observed and Potential Climate Change Effects, and That the Nature and Extent of These Effects Will Vary

Experts at our workshop told us that climate change is likely to affect federal resources in a number of ways. For example, the experts said that climate change has already caused—and will likely continue to cause—physical changes, including drought, floods, glacial melting, sea level rise, and ocean acidification. Climate change will also cause biological changes, such as increases in insect and disease infestations, shifts in species distribution and abundance, and changes in the timing of natural events (referred to as phenological changes), among others. The experts further said that climate change is likely to adversely affect economic and social goods and services supported by federal resources, including recreation, tourism, infrastructure, water supplies, fishing, ranching, and other resource uses. Officials at our four case study sites provided us with additional examples of some of these climate-related effects already occurring on federal resources. As we have previously mentioned, these four sites are the Florida Keys National Marine Sanctuary in southern Florida (coasts and oceans ecosystem); the Chugach National Forest in south-central Alaska (forests ecosystem); Glacier National Park in northwestern Montana (fresh waters ecosystem); and the BLM Kingman Field Office in northwestern Arizona (grasslands and shrublands ecosystem).

## Physical Effects of Climate Change on Federal Resources Are Already Apparent and Will Likely Increase

Experts at our workshop and officials at our four case study sites stated that climate change can result in physical changes, and that many such changes have already occurred and are likely to continue in the future. Physical effects of climate change include warmer temperatures, drought, glacial melting, floods, sea level rise, and ocean acidification, among others.

Experts from the workshop identified increased temperatures as one of the key physical effects of climate change. According to these experts, effects of increasing temperatures that have already been observed include the declining duration of lake and river ice cover throughout the northern hemisphere and increased temperatures of 7 to 10 degrees Fahrenheit in eastern water bodies after storm events.

A scientist at Glacier National Park told us that, while the estimated global average temperature has risen 0.6 degree Celsius (about 1 degree Fahrenheit) since about 1897, the estimated average temperatures of the highest elevations in the park have risen 1.6 degrees Celsius (about 3 degrees Fahrenheit) over the same period. This scientist expects this trend to continue. Winter and summer temperatures within the park also are increasing. The data suggest that the number of frost days below 0 degree Celsius (32 degrees Fahrenheit) in Montana from 1900 to 2005 declined by 3 weeks. Furthermore, in 1900, the estimated number of extreme heat days—defined as days with temperatures above 90 degrees Fahrenheit—was about 5 days per year in Glacier National Park (and western Montana); in 2005, this estimated number was about 20 days per year. A record was set in 2003, with 31 days above 90 degrees Fahrenheit. Experts consider 90 degrees to be a major threshold beyond which there are negative impacts on human health and plants in the region. Increased moisture stress due to increased temperatures makes plants more vulnerable to fire, and fire activity in the region has increased in recent years. In 2003, 74,000 hectares in Glacier National Park—about 13 percent of the park's total area—burned, in what was the largest fire year since 1910, when the park was founded.[9] Other major fires occurred in 1988 and 2001, according to NPS and U.S. Geological Survey (USGS) officials.

According to experts at the workshop, warmer spring seasons—due at least partly to climate change—have already resulted in earlier snowmelt,

---

[9]A hectare is a unit of area equal to 10,000 square meters, or 2.47 acres.

longer summer dry periods, and increased wildland fire activity in western U.S. forest ecosystems, where the experts stated that fires are linked more to climatic conditions than to land management techniques. Both the frequency of large fires (greater than 400 hectares) and the area burned increased significantly in the western United States during the period of 1987 through 2003 compared with 1970 through 1986, and wildland fire size and severity are likely to further increase with climate change, according to these experts. Furthermore, workshop participants noted that, in general, climate change will likely increase droughts in the future.

Drought conditions that are potentially caused by climate change are already affecting trees, shrubs, and water resources in some areas. For example, according to officials from the BLM Kingman Field Office, about 30 percent of old growth pinyon pine trees in the Cerbat Mountains of Arizona; extensive stands of black brush near Dolan Springs in Arizona; and shrubs, such as cliffrose and juniper on shallow soils on the Colorado Plateau, have died due to severe drought conditions. Similarly, officials from the Chugach National Forest told us that closed-basin lake levels in the Kenai Lowlands in south-central Alaska have declined by as much as 1 meter as a result of drought, and many ponds that appeared on 1950 maps and aerial photographs are now grassy basins with spruce and hardwood trees.

Experts participating in all of our workshop discussions also identified ice and glacial melting as physical effects resulting from climate change. Experts said that there is evidence that sea ice retreat, accelerating glacier melt, and measurable coastal erosion in the Arctic—due, at least in part, to climate change—are now greater than they were just 5 years ago. These experts noted that there also has been a major loss of glaciers in the western United States, such as in Montana and Alaska. According to a scientist at Glacier National Park, the estimated number of glaciers in the park has dropped from 150 to 26 since 1850, and some projections suggest that if current trends in the rate of melting continue, the remaining glaciers will be gone in the next 25 to 30 years. Figure 3 shows the melting of Grinnell Glacier between 1938 and 2005. Furthermore, according to officials at the Chugach, many Kenai Peninsula glaciers in south-central Alaska began retreating in the 1850s. For example, the Harding Icefield lost 70 vertical feet and 5 percent in surface area in the last 50 years, according to these officials. In addition, an official at the Chugach said that glaciers in the forest have generally been declining very quickly in surface area and volume, with a few exceptions due to local topography. Furthermore, according to our workshop participants, increasing air, ocean, and coastal

water temperatures will likely lead to a continuing loss of sea ice, a reduction in permafrost, decreased snowpack, and increased glacial melting.[10]

---

[10]Permafrost is perennially frozen ground that occurs wherever the temperature remains below 32 degrees Fahrenheit for several years. Melting permafrost leads to the release of methane, a greenhouse gas, which is trapped below the permafrost. This melting further raises greenhouse gas concentrations in the atmosphere.

**Figure 3:  Grinnell Glacier as Viewed from Mt. Gould in Glacier National Park, between 1938 and 2005**



1938



1981



1998



2005

Source: U.S. Geological Survey.

According to experts discussing the fresh waters ecosystem at our workshop, flooding is another physical effect potentially caused by climate change. For example, they noted that rain-on-snow events (i.e., rain following snow) increase the potential for flooding, because rainwater and melted snow cause very high runoff rates in winter and early spring. Officials at Glacier National Park who have observed such changes told us that regional precipitation patterns are changing, such that more precipitation falls as rain and less as snow. (They said that snowpack has declined by up to 30 percent since the mid-20[th] century.) With less snow and warmer winters, the timing of spring runoff can be up to 20 days earlier than normal. This is causing winter streamflow to increase and summer streamflow to decrease. Scientists expect to continue to receive less snow in winter with more rain, rain-on-snow conditions, and midwinter melting of snowpack. These warmer winters may lead to more winter flooding in the park—as well as more avalanches. The experts further noted that high runoff in winter and early spring is likely to increase soil erosion, enlarge stream channels, increase sediment loads in streams, and increase stream turbidity.[11] Because of the higher volume of runoff in the spring, combined with less snowpack, streams could shrink or dry up completely every summer. Not only would this affect riparian vegetation growth and aquatic animals, the associated drying of adjacent soils and vegetation would also increase the risk of forest fires.[12]

Experts discussing the coasts and oceans ecosystem at our workshop also identified sea level rise as one of the key physical effects of climate change. Global ocean and coastal trend analyses that are based on satellite measurements of sea level change suggest that sea levels are rising faster to higher levels at different rates in different places. According to these experts, sea level rise may lead to flooding and the permanent loss of coastal wetlands and barrier shorelines; degradation of fresh waters, brackish coastal waters, and low-lying ecosystems, which could impact the drinking water supply; the loss of storm buffers for low-lying areas; increased vulnerability to storm surge and flooding; and increased erosion and retreat of shorelines around barrier islands and estuaries. For example, these experts said that the Alligator River National Wildlife Refuge in North

---

[11]Turbidity, or water cloudiness, is one of the indicators used to assess the environmental health of water bodies. It is caused by the presence of suspended and dissolved matter, such as clay, silt, finely divided organic matter, and other substances.

[12]Riparian areas are those on the bank of a natural watercourse, such as a river, or sometimes a lake or tidewater.

Carolina, the Blackwater National Wildlife Refuge in Maryland, as well as various southeast and southwest Louisiana national wildlife refuges, are among the federal resources particularly vulnerable to sea level rise. Also, according to experts discussing the grasslands and shrublands ecosystem, as sea levels rise, saltwater will encroach on coastal prairies, turning them into coastal wetlands.

Rising sea levels that are attributable to climate change already have affected low-lying areas, such as Big Pine Key in the Florida Keys. According to an FWS official in this area, saltwater intrusion on land, amplified by increased hurricane activity, has overwhelmed sources of fresh waters and habitat that support resident plants and animals, such as the Key deer and the Lower Key marsh rabbit that live on the Keys refuges.[13] This official further stated that these effects will pose a threat in the future, not only to wildlife, but also to humans who live on the islands.

Finally, experts discussing the coasts and oceans ecosystem at our workshop also identified ocean acidification as one of the physical effects of climate change. Acidification occurs when increased carbon dioxide levels decrease the concentration of carbonate ion in seawater. Because carbonate ion is a substance that coral reefs need to build their skeletons, ocean acidification may reduce the calcification rate in corals (and other calcium carbonate-based species) and cause other changes in the oceanic food chain, plankton communities, and the distribution of certain species. This could affect the coral reefs comprising the Florida Keys National Marine Sanctuary and corals in any other marine protected area, state, or territory. A University of Miami scientist who has been studying coral reefs and climate change for a number of years, and with whom we spoke while conducting our Florida Keys case study, told us that by 2050, carbonate ion could be 34 percent less abundant than today.[14]

---

[13]Since the Florida Keys National Marine Sanctuary is linked ecologically to four National Wildlife Refuges on the Florida Keys and to the Everglades and Dry Tortugas National Parks ecosystems, we also interviewed officials from these sites.

[14]However, this University of Miami scientist noted that, because emissions are already exceeding the pace assumed for this estimate, the 34 percent reduction point will likely be reached sooner than 2050.

## Biological Effects of Climate Change on Federal Resources Are Already Apparent and Are Likely to Increase

Experts participating in our workshop and officials at our four case study sites stated that climate change can result in biological changes, and that many such changes have already occurred and are likely to continue in the future. The biological effects of climate change include increases in insect and disease infestations, shifts in species distribution, and changes in the timing of natural events (referred to as phenological changes), among others.

Experts discussing the forests and the grasslands and shrublands ecosystems noted that the infestation of pests—especially those that emerge under warmer or drier conditions—is a key biological effect attributable, at least in part, to climate change. Examples of such pests include bark beetles, grasshoppers, and various fungi as well as diseases caused by bacteria, parasites, and viruses. According to experts at the workshop plenary session, the spruce bark beetle, the mountain pine beetle, and the southern pine beetle have already infested some U.S. forests, thriving in areas where the cold winters would have previously prevented them from colonizing. These experts noted, for example, that the southern pine beetle has migrated into red spruce areas in the southeastern United States, and that pests have also damaged New England sugar maples. The experts further noted that increased temperatures will increase the range and effects of insects and disease infestation. In particular, experts stated that there have been shifts in the intensity and extent of the spruce bark beetle in the Pacific Northwest and Alaska caused by an acceleration of the beetle's life cycle due to warmer and drier climatic conditions.

A spruce bark beetle infestation has already occurred at the Chugach National Forest, according to an FS official at the forest. Warmer temperatures and reduced precipitation associated with climate change have contributed to a spruce bark beetle outbreak that has led to high mortality rates for certain types of spruce trees on over 400,000 acres of the forest (see fig. 4). About 20 percent of the forest's land and the adjacent Kenai National Wildlife Refuge are located on the Kenai Peninsula. According to FS experts, about 1 million acres of the peninsula have been affected by the beetles, including 400,000 acres within the forest itself. Officials at the Chugach indicated that continued increases in temperature and decreases in precipitation could further change vegetation composition and structure and increase the incidence and severity of future insect outbreaks. The officials stated that spruce bark beetle populations increase greatly when warm weather climate events combine

with forest stresses.[15] (Officials at the Kenai National Wildlife Refuge noted, however, that not all spruce bark beetle damage is attributable to climate change. Another scientist explained that the key link to climate change is that outbreaks are now persistent and not episodic.)

---

[15]FS officials noted that spruce bark beetle outbreaks are normal events in forested ecosystems. A study conducted by experts at the Kenai National Wildlife Refuge indicated that the recent outbreaks on the Kenai Peninsula between 1971 and 1996 were positively associated with the 5-year backward running average of summer temperatures. Their research found that warm temperatures influence spruce bark beetle population size through a combination of increased winter survival, a doubling of the maturation rate from 2 years to 1 year, and the regional drought-induced stress of mature host trees. (Edward E. Berg, J. David Henry, Christopher L. Fastie, Andrew D. De Volder, and Steven M. Matsuoka, "Spruce Beetle Outbreaks on the Kenai Peninsula, Alaska, and Kluane National Park and Reserve, Yukon Territory: Relationship to Summer Temperatures and Regional Differences in Disturbance Regimes," *Forest Ecology and Management*, vol. 227, issue 3, June 1, 2006, 219-232.)

**Figure 4:  Spruce Trees Killed by the Spruce Bark Beetle in the Kenai Peninsula, Alaska**



Source: Forest Service, Forest Health Protection.

Note: The brown-colored trees shown in this figure are white spruce killed by spruce bark beetles.

Experts discussing the fresh waters ecosystem said that increased water body temperatures may increase the risk of toxic algal blooms as well as the severity of fish diseases. They said that there have been recent

observations of severe pathogen problems in the Yukon River in Alaska.[16] (The Yukon River flows through the Yukon Delta National Wildlife Refuge.) Experts in the coasts and oceans ecosystem likewise noted that increasing air and water temperatures could increase the incidence of toxic algal blooms in ocean environments. They observed that increased microbial activity could affect fish, shellfish, corals, sea turtles, and some sea grasses.

Another biological effect of climate change that was identified by the workshop experts is anticipated shifts in the distribution, abundance, and ranges of both plant and animal species. As an example of one observed change that is due at least in part to climate change, fresh waters ecosystem experts noted that the nonnative zebra mussel has extended its range in the Great Lakes as lake temperatures have warmed. Experts discussing other ecosystem types similarly agreed that changes in species distribution are likely to occur in the future, and that nonnative species might eventually dominate or replace native species in some areas. For example, experts discussing the coasts and oceans ecosystem noted that marine and nonnative species may invade estuaries where they have typically not lived. Oyster predators from the ocean may move into the Chesapeake Bay, for example. Likewise, experts on the forests ecosystem said that forest species composition—both the trees and the species that depend on the trees and forest vegetation—may change. They indicated that sugar maple, white bark pine at high elevations, and subalpine spruce fir forests in the Rocky Mountains have already experienced such changes. Experts discussing the grasslands and shrublands ecosystem, moreover, stated that tree die-offs triggered by drought and exacerbated by higher temperatures may lead to a shift from woodland to shrubland or grassland. They said that midwestern savannas and the southwestern pinyon and juniper woodlands are particularly vulnerable to such changes.[17] They further noted that some rare ecosystems, such as alpine tundra, California chaparral, and blue oak woodlands in California may become extinct altogether.[18] These experts said that native biodiversity will decrease in

---

[16]A pathogen is a disease-causing agent, such as a bacterium or a virus.

[17]A savanna is a rolling grassland with scattered individual trees. The climate is generally warm or hot.

[18]Chaparral is a type of plant community where shrubs are dominant. It usually occurs in regions having from 10 to 20 inches of rainfall annually; it is found in the western part of the United States.

many areas, and that new assemblages of species will be living together, with unknown consequences.

Evidence of changes in species distribution is already apparent on some federal resources. For example, according to officials at the BLM Kingman Field Office, drought conditions are causing native Mojave Desert scrub plant communities in the region to convert into nonnative annual grassland communities, which are more vulnerable to fire.[19] This phenomenon has contributed to problems related to fire management. Prolonged drought acts as a source of stress to native plant communities. Then, in periods of wetness, invasive species (typically, invasive annual grasses) fill in the gaps between native vegetation. Invasive species can spread and grow faster than native species.[20] As a result, the thicker and less evenly spaced vegetation leads to fire danger. If a fire starts, it burns much longer and hotter due to the invasive grasses. Native plant communities, such as saguaro cacti and Joshua trees, are not fire resistant, so fire damages these communities and provides further environment for invasive species and increased fire danger. In some instances, repeated fires of this nature have destroyed native plant communities, such that only invasive grasslands remain. A severe drought occurred in 2002 that resulted in the loss of perennial grasses, shrubs, and trees. Drought, coupled with increased annual growth in wet years, accelerates the conversion of hot desert plant communities into annual grasslands. Should continued severe drought become the norm, this conversion can be expected to continue.

Furthermore, according to BLM Kingman officials, pinyon-juniper woodlands (which include pinyon pine trees and various types of junipers) near the BLM site have died off, as have some ponderosa pines and chaparral. These officials said these changes are likely due to the severe drought the region has experienced since about 1996. According to these officials, even pinyon pines hundreds of years old that have survived drought events in the past are dying, which the officials said was unusual and unique. Ponderosa bark beetles and mistletoe infestations have also stressed the trees, contributing to the die-off of the ponderosa pines. BLM officials said that changes to forested plant communities would be significant, since these communities already are small and disjunct. The

---

[19]An annual grassland is one in which the grasses complete their life cycle within 1 year of germination.

[20]Experts noted that invasive species have a relative advantage in a changing climate because they tend to be more adaptive.

resource managers said that these communities probably would either be greatly reduced in size or eliminated from many areas.

Experts discussing fresh waters told us that temperature increases are most likely to threaten cold-water species, such as trout, salmon, and amphibians. An FWS fish biologist who studies and provides expertise on certain resources in Glacier National Park told us about a park species, the bull trout, that is at particular risk from climate change. The bull trout, listed as a threatened species under the ESA, is native to the western United States. It migrates in the spring from lakes and streams, such as Flathead Lake up the Flathead River system near the park, where it spawns in the fall in tributaries as far as 150 miles upstream. This fish is very sensitive to water temperature and clarity. Its spawning temperature range is 6 to 10 degrees Celsius (43 to 50 degrees Fahrenheit), and its young-rearing temperature range is below 16 degrees Celsius (61 degrees Fahrenheit). It is found in only the coldest streams. If temperatures increase, streams may become intolerable for the bull trout. In addition, if isolated glaciers disappear due to temperature increase, the mountain streams the glaciers feed may dry up late in the season, further reducing habitat. Therefore, the bull trout can only survive in a very limited area, and many of its migration corridors have been cut off as a result of ecosystem fragmentation.

Scientists at Glacier National Park further noted that warming trends are expected to cause an upward migration of vegetation, changing the ground cover in many areas of the park and affecting wildlife species that depend on those habitats. As alpine habitats warm, the tree line is expected to move upslope, with forests beginning to invade alpine and subalpine meadows.[21] Some of these changes are already occurring. Animals that may be harmed by the loss of alpine and subalpine habitat include bighorn sheep, pikas (relatives of the rabbit), mountain goats, wolverines, and grizzly bears. Many rare plants and animals in Glacier are near extinction, and the experts said that climate change may increase the likelihood that these species will cease to exist in the park.

Experts on several ecosystem types also stated that climate change will affect phenology, that is, plant and animal life-cycle events that are influenced by environmental changes, especially seasonal variations in

---

[21]Subalpine vegetation is that just below the tree line, often dominated by pine or spruce trees.

temperature and precipitation. Experts discussing the forests ecosystem, for example, said that changes will affect critical species interactions, such as pollination and seed dispersal. Experts discussing the grasslands and shrublands ecosystem observed that the distribution of plants that undergo photosynthesis during the cool season and plants that undergo photosynthesis during the warm season may change, with implications for the animals—both vertebrates and invertebrates—that are associated with them. They further noted that pollination could become out-of-sync with flowering. Likewise, one expert on the fresh waters ecosystem also stated that the phenology of fish migration and reproduction may be disrupted by changing patterns of water flow or availability.

Officials at the Chugach National Forest indicated that the recent spruce bark beetle outbreaks on the Kenai Peninsula may be attributed, to some extent, to phenological changes. For example, the spruce bark beetle's life cycle has accelerated from 2 years to 1 year. These officials explained that populations of many insects are regulated by low winter temperatures and many outbreaks end by episodes of cold temperature. However, as the climate warms, infestations by insects whose populations are controlled by cold will likely increase. Furthermore, an FWS biologist in the Florida Keys pointed out that, on the basis of some limited data sets, it appears that green turtles in the Keys region may be nesting earlier, possibly as a result of climate change. The biologist also noted that a larger study of loggerhead turtles conducted in another part of Florida between 1989 and 2003 found that the median date of loggerhead turtle nesting occurred approximately 10 days sooner.[22] During this same 15-year period, according to the study, average sea surface temperatures increased by 0.8 degree Celsius during May, when loggerheads typically begin to nest on these beaches. This study suggests that the turtles may be responding to recent climate trends.[23]

---

[22]The area covered by the study of loggerhead turtles includes the Archie Carr National Wildlife Refuge on the east coast of Florida.

[23]John F. Weishampel, Dean A. Bagley, and Llewellyn M. Ehrhart, "Earlier Nesting by Loggerhead Sea Turtles Following Sea Surface Warming," *Global Change Biology*, vol. 10, issue 8 (August 2004), 1424-1427.

## Climate Change Is Likely to Affect the Economic and Social Goods and Services Supported by Federal Resources

Experts participating in our workshop noted that climate change is likely to have adverse effects on a range of economic and social goods and services supported by federal resources, including recreation and tourism, infrastructure, water supplies, fishing, ranching, and other resource-use activities.

According to experts on the grasslands and shrublands ecosystem, if FWS-managed wetlands—called prairie potholes—in the upper midwest dry up, waterfowl populations would decline, since these wetlands serve as resting, feeding, and nesting habitat for migratory waterfowl.[24] The loss of the prairie potholes would hurt midcontinent waterfowl populations and the many resources that interact with them. This loss would further result in wide-ranging economic impacts on a variety of industries, such as hunting, and on communities in that part of the country.

The experts also pointed out that the increasing frequency of extreme events, such as fire or drought, could limit recreational activities on federal lands. For example, experts on the coasts and oceans ecosystem observed that accelerated sea level rise could result in a loss of beaches and associated recreational activities. They further stated that increasing air and water temperatures could affect such recreational activities as fishing and bird-watching, and that ocean acidification could negatively affect tourism and sport fishing in coastal areas. Similarly, managers at the BLM Kingman Field Office told us that climate change could cause declines in the recreational use of the land by hunters (owing to less game to hunt) and by the visiting public.

NOAA officials at the Florida Keys National Marine Sanctuary told us that the continued bleaching of coral reefs in the Florida Keys—caused, at least in part, by climate change—may adversely affect the tourism and fishing industries, which are important sources of revenue for communities in the area. Coral reefs play a key role in these industries because they are important habitats for fish and other marine species and are popular with snorkelers and scuba divers. Bleaching occurs when corals eject the microscopic algae that live within their tissues in response to stressful

---

[24] A prairie pothole is a wetland that fills with snowmelt and rain in the spring. Some are permanent, and some are temporary. Virtually all of the Wetland Management Districts within the National Wildlife Refuge System are located in the upper midwest. These Wetland Management Districts are made up of about 30,000 individual Waterfowl Production Areas.

conditions, such as warmer water. (Corals can recover from bleaching events if the stress is not too severe or long-lasting, but the stress caused by bleaching can lead to secondary problems, such as coral diseases.) If water temperatures in the Florida Keys continue to increase as a result of climate change, more coral bleaching may occur, adversely affecting the area's tourism and fishing industries. Figure 5 shows two brain coral colonies in the Upper Keys area of the Florida Keys National Marine Sanctuary in July 2005. The smaller colony (bottom of the figure) shows healthy coloration, while the larger colony (top of the figure) is nearly completely bleached.

**Figure 5:  Bleached Brain Coral, July 2005**



Source: National Oceanic and Atmospheric Administration, Florida Keys National Marine Sanctuary.

Experts from three workshop groups noted that climate change could affect infrastructure and operational costs on federal lands. For example, experts in the grasslands and shrublands ecosystem noted that, as wildland fires become more frequent and severe as the climate changes, the costs of fire-fighting and rehabilitating land increases. Experts stated that rising sea

levels will affect resource use on federal lands, and that changes in precipitation will affect dams, canals, flood protection, and reservoirs. Experts discussing the fresh waters ecosystem said that some park visitation levels, particularly in colder climates, have been restricted by weather conditions. Climate change, they noted, is expected to result in a change of visitor patterns and may result in a wider use of the land's resources and infrastructure. Managers at Glacier National Park agreed with this perspective, saying that climate change may lengthen the primary visitation period for the park as spring comes earlier and winter comes later. According to these officials, June through August used to be the peak visitation time frame, but already companies affiliated with the park (e.g., concession owners) are getting more requests to conduct activities in May and September. Roads and facilities may need to stay open longer, which will require more staff and resources, and the potential for weather-related infrastructure damage will require more maintenance and improvements. These officials further noted that if the park is open longer, there will be more crime, more bear-human interactions, and a greater need for search-and-rescue operations, all of which will require more resources to manage.

Climate change has already affected the infrastructure on some federal lands. For example, officials from the Chugach National Forest indicated that, to the extent that large storm events are related to climate change, there have been significant impacts on bridges and infrastructure in Alaska, and that the frequency of severe storm events appears to be increasing. (Forest officials noted that in the last 10 years, the Chugach National Forest region has experienced two 100-year storm events.) Similar effects and other impacts on infrastructure are illustrated at Glacier National Park. Officials at the park told us that, in 2003, the most popular and scenic road in the park, the Going-to-the-Sun Road, was shut down for 23 days due to fire. To the extent that climate change is linked to more frequent and severe forest fires, western Montana could face more fires. Glacier National Park staff noted that fires distract FS and NPS staff from their regular duties, and that if more fires occur, the visitor experience could be diminished by poor air quality and limited access to fire-ravaged areas of the park. As a result, the park and local communities could face lost revenues associated with declines in visitation.

Experts in the fresh waters ecosystem indicated that climate change may also adversely affect water supplies and quality. Snow and ice serve as natural reservoirs in mountainous areas and northern regions of the United States, gradually supplying water into the summer months. Much of the

west relies on spring snowmelt to provide a steady stream of water into summer months, when demand is highest. However, warmer temperatures and changes in winter precipitation patterns from snow to rain are expected to continue causing reduced snowpack and early snowmelt. Water supply shortages will likely increase the cost of water. In addition, the experts said that water quality is likely to decline if harmful algal blooms, bacteria, or botulism occur as a result of increased temperature; such occurrences would likely result in increased water treatment costs. Moreover, coastal areas that rely on groundwater supplies will have to be careful not to overdraw from the aquifer to avoid saltwater intrusion and contamination, particularly in water-stressed areas of the southwest. Experts on the coasts and oceans ecosystem stated that accelerated sea level rise could increase saltwater intrusion, affecting drinking water supplies in some regions.

Water issues are particularly significant in the southwestern United States. For example, BLM Kingman Field Office managers told us that climate change-related economic costs resulting from declines in the availability of water in the region could be extremely high. According to experts discussing the fresh waters ecosystem, less surface water availability means lower groundwater recharge rates and further demand on the existing groundwater resources. The BLM managers further said that reductions in groundwater could affect communities within the field office boundary by causing wells to dry up, thereby forcing people to abandon homes or greatly increasing the cost of living in the area.

Experts on various ecosystem types noted that the use of certain resources on public lands could be affected by climate change. For example, experts discussing the fresh waters ecosystem noted that Alaska may be affected economically by climate change. They said that many fish species are adapted to cold-water conditions, and that temperature increases and seasonal shifts may adversely impact fisheries upon which commercial, sport, and subsistence fishers depend. Also, experts discussing the grasslands and shrublands ecosystem stated that changing climate conditions might reduce Native Americans' use of federal lands and reduce revenue from natural resources on their lands. They also noted that changes in the water supply might lead to greater competition for water, which could have a negative economic impact on ranchers and some communities situated near federal lands. Officials at the BLM Kingman Field Office agreed that if the climate becomes hotter and drier, there could be a decline in the ranching industry in the Kingman area. In addition, officials at the Chugach National Forest told us that large storms can be

harmful for the fishing industry; they said that the last major storm destroyed salmon spawning areas in the Chugach for 1 year.

Scientific experts at the workshop noted that the nature and extent of climate change effects will depend on the rate and magnitude of this change. They also stated that some changes will occur quickly and will be readily apparent, while other changes will occur gradually and be less apparent in the near term.

## Resource Managers Identified Several Challenges in Addressing the Observed and Potential Effects of Climate Change on Federal Resources

Resource managers from the five key resource management agencies—BLM, FS, FWS, NOAA, and NPS—who participated in our workshop identified several challenges to addressing the observed and potential effects of climate change.[25] These challenges include (1) the lack of priority given to addressing the effects of climate change within their agencies, (2) limited guidance from headquarters about whether or how to address the effects of climate change in management actions and planning efforts, and (3) insufficient site-specific information to plan for and manage the effects of climate change on the federal resources they oversee. Resource managers further stated that climate change is a complex, global issue that is difficult for one resource unit or agency to address on its own. In addition, resource managers interviewed for our case studies described similar challenges and provided illustrative examples.

## Addressing the Effects of Climate Change Is Not a Priority Within Resource Managers' Agencies

According to resource managers from our workshop and case studies, addressing the effects of climate change is currently not a priority within the federal resource management agencies. These resource managers said that they can use their existing management practices to respond to changing conditions at their units—some of which could be caused, at least in part, by climate change. However, they said that specifically addressing

---

[25]All five resource management agencies—as well as Interior's Bureau of Reclamation and USGS—were represented in the workshop as a whole, but were not consistently represented in the four individual ecosystem discussion sessions. Resource managers from FWS, NOAA, NPS, and USGS participated in the sessions discussing coasts and oceans; managers from FS, FWS, and NPS participated in the forests sessions; managers from the Bureau of Reclamation, FWS, and NPS participated in the fresh waters sessions; and managers from BLM, FS, FWS, and NPS participated in the grasslands and shrublands sessions. Except when otherwise noted, all statements identified as coming from a specific workshop session reflect the collective views of the individual participants and apply to the resource management agencies represented by the managers at that session.

the current and potential future effects of climate change is not a priority.[26] For example, in discussing the grasslands and shrublands ecosystem at the workshop, resource managers agreed that climate change is not on their agencies' agendas as a policy issue. Furthermore, resource managers from the BLM Kingman Field Office and the Chugach National Forest stated explicitly that climate change is not a priority for them.

Resource managers in all of the workshop groups agreed that they have a wide range of responsibilities and that, because none of the agencies have designated climate change as a priority, the managers focus first on near-term activities that they are specifically required to undertake, leaving less time and resources for longer-term issues such as climate change. For example, resource managers discussing the fresh waters ecosystem told us that they are typically accountable for things on a short-term time frame, and current planning horizons may be too short for incorporating long-term factors such as climate change into management practices. In addition, managers at the BLM Kingman Field Office said that, due to resource constraints, they can only address the most immediate, highest-priority issues, and that backlogs of required actions, such as permits, are continually growing, leaving other issues unaddressed, including the effects of climate change. Furthermore, NOAA resource managers at the Florida Keys National Marine Sanctuary said that, due to limited staffing and fiscal resources, NOAA expects sanctuary managers to place a priority on meeting the many daily challenges they face, such as implementing the management plan for the 2,900 square nautical mile sanctuary and, specifically, managing no-boating or no-fishing zones to protect sensitive areas. Climate change has not been identified as a priority in the National Marine Sanctuaries. Resource managers discussing all four ecosystem types at the workshop stated that, to address the long-term issue of climate change, agencies would have to change how they approach their missions. In this regard, they said that resource managers are currently bound to using historical data to react to observed changes, while addressing the

---

[26]In contrast to these statements, in written testimony for an April 26, 2007, hearing before the House Appropriations Committee's Subcommittee on Interior, Environment, and Related Agencies, the NPS's Superintendent of Point Reyes National Seashore stated that climate change was identified at a series of workshops in 2006 as the highest priority for park managers and scientists in NPS's Pacific West Region. At the same hearing, BLM's Great Basin Restoration Initiative Coordinator, stated in written testimony, that climate change is ranked as the 9th of 19 threats to sage grouse and the sage-grouse habitat in Idaho in the *2006 Conservation Plan for Greater Sage-grouse in Idaho.*

effects of climate change would require managers to anticipate potential future changes in their planning processes.

In our workshop, resource managers told us that climate change effects are typically not addressed in agency planning activities. Specifically, resource managers discussing the coasts and oceans ecosystem at the workshop said that climate change has not been considered in management plans. BLM, FWS, and NPS resource managers discussing the grasslands and shrublands ecosystem also said that current management plans do not specifically account for climate change. Similarly, resource managers discussing the fresh waters ecosystem agreed that climate change effects are not explicitly addressed in agency strategic plans. Furthermore, resource managers interviewed for the Chugach National Forest case study stated that they do not consider addressing the effects of climate change in the forest to be a priority because it is not included in the most recent list of priority threats developed by the FS Chief and is not considered a strategic issue by the agency. However, some resource managers from the workshop and case studies said that climate change effects are beginning to be addressed in resource unit planning processes, but on an inconsistent, case-by-case basis. For example, resource managers discussing the coasts and oceans ecosystem said that planning for individual units is bottom up, not top down, and is driven by local constituents. They said that climate change vulnerability issues have begun to get consideration in some planning efforts.

Resource managers at our workshop also said that climate change is not a priority, in part, because of limited support from agency leaders. Specifically, resource managers discussing the coasts and oceans ecosystem said that there has been little support from agency leaders to comprehensively address climate change issues. In addition, resource managers discussing the fresh waters ecosystem at our workshop told us that there are political hazards associated with discussing climate change, and that it is not politically profitable to talk about the issue. Resource managers interviewed for our case studies made similar points. For example, NOAA resource managers at the Florida Keys National Marine Sanctuary said that they have difficulty using terms like "global warming" in presentations and in publications due to concerns raised within NOAA. Similarly, an official at Glacier National Park said that top NPS management monitored public statements on climate change more closely than any other issue, and that park managers are reluctant to talk about climate change. However, another official stated that this reluctance may

be changing, although he noted that no funding or resources have been allocated directly to the issue.

## Limited Guidance Constrains Resource Managers' Efforts to Plan for and Manage Potential Climate Change Effects

Resource managers have limited guidance from their agencies about whether or how to address the effects of climate change in management actions and planning efforts, according to agency headquarters officials and resource managers from our workshop and case studies. Under these circumstances, resource managers are uncertain about what actions, if any, they should take with regard to addressing or preparing for the effects of climate change.

Agency headquarters officials agreed that they have provided limited climate change guidance to their resource managers. Interior issued an order in 2001 directing its agencies, including BLM, FWS, and NPS, to consider and analyze, among other things, potential climate change effects in management plans and activities developed for public lands.[27] However, headquarters officials from these agencies told us that they have not yet provided specific direction to resource managers about how to implement this order.[28] Officials at BLM headquarters stated that the order was signed during the prior administration, and that the order has not been emphasized because it was not consistent with the current administration's previous position on climate change. These BLM headquarters officials added that the lack of specific authority, guidance, and direction may have limited the agency's efforts to address the effects of climate change, and that an authoritative statute, a regulation, or guidance would provide a greater impetus to address climate change effects. In testimony before the House Committee on Appropriations, Subcommittee on Interior, Environment, and Related Agencies, on April 26, 2007, BLM's National Science Coordinator acknowledged that there is little current guidance at BLM dealing with climate change. He said that BLM is establishing policy and technical committees to address necessary actions and develop

---

[27]Department of the Interior Secretary's Order 3226, "Evaluating Climate Change Impacts in Management Planning" (Jan. 19, 2001).

[28]In written testimony at an April 26, 2007, hearing on climate change before the House Appropriations Committee's Subcommittee on Interior, Environment, and Related Agencies, the Deputy Secretary of the Department of the Interior stated that the department has convened a Climate Change Task Force to coordinate and focus efforts on climate change. She said that the task force consists of subcommittees on (1) legal and policy issues, such as how to incorporate climate change into planning decisions; (2) land and water management; and (3) climate change science issues specifically relevant to Interior's responsibilities.

guidance to address climate change in agency management practices. Headquarters officials at FWS and NPS said that, although they have not developed specific guidance, they operate in a manner consistent with Interior's 2001 order in their general planning activities.[29]

NOAA, under Commerce, and FS, under Agriculture, are not subject to Interior's order. However, National Marine Sanctuary Program headquarters officials said that the agency is establishing a working group to determine what actions it should and can afford to take to address the effects of climate change.[30] FS headquarters officials said that, although they have not provided specific guidance on addressing the effects of climate change, the agency's planning process is designed to identify emerging issues, such as climate change, and respond in ways to promote the sustainability of the nation's land and water resources.[31] FS headquarters officials further stated that they have been concerned that they would encounter litigation if they initiated activities specifically

---

[29]In subsequent communications, FWS officials told us that they were not aware of any efforts within Interior to advertise or promote the order. Some FWS officials were unaware of the order's existence until we called it to their attention during the course of this review.

[30]In their technical comments on our draft report, NOAA officials disagreed with our statement that climate change effects are not specifically addressed in agency planning activities. They pointed to the NOAA strategic plan for fiscal years 2006 through 2011, which mentions climate variability and change on pages 2, 6, and 7. However, we reviewed the plan and found that its discussion of climate change is limited to understanding and predicting the consequences of climate variability and change on marine ecosystems and does not discuss site-specific management responses. Likewise, in the agency's technical comments, NOAA noted that "climate change effects are specifically addressed in NOAA's planning activities and the concerns of our customers." As an example, NOAA cited its most recent Annual Guidance Memorandum, detailing the agency's planning, programming, budgeting, and execution cycle for the fiscal years 2010 through 2014 period. We believe that NOAA should be addressing climate change effects currently occurring. The three focus areas cited by NOAA in the memorandum include (1) new regional information products in response to climate extremes and abrupt climate change; (2) understanding the links between climate and regional impacts, including drought, hurricanes, fires, floods, and weather extremes; and (3) understanding climate-ecosystem interactions, particularly ocean acidification, loss of sea ice, and long-term ocean warming and their impacts on biological productivity and distribution. We believe that these scientific research planning goals are laudable and will provide useful information, but they do not appear to address how managers should consistently incorporate the effects of climate change into site-specific planning and management decisions.

[31]The FS land management planning handbook states the following: "Where data are available, consider the influence of climate change on the characteristics of ecosystem diversity."

designed to address the effects of climate change within FS's current broad authority.

Resource managers who participated in our workshop said that they are not aware of any agency guidance to address the effects of climate change, and that they have received no direction on how to incorporate climate change into their planning activities. For example, resource managers discussing the coasts and oceans ecosystem said that they are not aware of any formal climate change guidance from their respective agencies—FWS, NOAA, NPS, and USGS. Resource managers discussing the forests ecosystem said that agency policies are, in some cases, geared toward responding to events as they occur, constraining the ability of managers to incorporate anticipated events in their planning efforts. These individuals added that managers are unclear about the nature of their agencies'—FS, FWS, and NPS—mandates with respect to climate change and, accordingly, differences in interpretation and implementation take place at the management level. In addition, resource managers from the Bureau of Reclamation, FWS, and NPS discussing the fresh waters ecosystem told us that most managers do not know how to build climate change into the management process but believed that there is a need to do so. These managers identified a need for direction or guidance on how to incorporate climate change into management plans. Furthermore, resource managers discussing the grasslands and shrublands ecosystem agreed that their agencies—BLM, FS, FWS, and NPS—have no explicit guidance on climate change. They further noted that there are differing views in their agencies about how to interpret broad resource management authorities with respect to climate change, and that, as a result, efforts to address the effects of climate change are ad hoc and piecemeal. These managers also stated that they need better guidance at all levels on the effects of climate change and the appropriate agency responses to those effects. They also said that their agencies need an overall mandate and a coordinated approach to address the issue, and that it will take very strong direction from high-level officials to get agencies to address the effects of climate change. Moreover, resource managers at the workshop generally agreed that they need direction on how to account for climate change when making land management decisions, and that high-level planning should recognize the potential effects of climate change and promote integrated, cross-agency approaches to addressing these effects.

Resource managers we interviewed for our case studies also said that they are not aware of any guidance or requirement to address the effects of climate change, and that they have not received direction regarding how to

incorporate climate change into their planning activities. Resource managers from the BLM Kingman Field Office, the Chugach National Forest, the Florida Keys National Marine Sanctuary, and Glacier National Park all explicitly stated that they do not have guidance for how or whether they should account for climate change in planning and management decisions. Resource managers from the Kingman Field Office said that they need a national directive from headquarters to implement climate change-related activities, and that such a directive could give some imperative to take action. In addition, Chugach resource managers stated that they need a clear policy about how to address the effects of climate change, including clear and focused goals. They added that they are not sure whom to contact if climate change becomes an issue because there is no agencywide facilitator or contact point regarding climate change. Furthermore, resource managers at the Everglades National Park, which is ecologically linked to the Florida Keys National Marine Sanctuary, told us that limited guidance makes deciding what, if anything, to do about climate change difficult. Moreover, resource managers at Glacier said that a formal written position on climate change would be useful to further clarify the exact official stance on the science, impacts, and communication strategy.

Some resource managers identified potential complications with issuing guidance related to climate change. In our workshop, resource managers discussing the grasslands and shrublands ecosystem said that policy development can take years; therefore, in their view, the agencies may not be able to respond to climate change in an appropriate time frame. In addition, BLM Kingman Field Office resource managers said that social, political, and legal obstacles would likely present challenges to addressing the effects of climate change, even if guidance were issued. Furthermore, they told us that if they received a directive to address the effects of climate change, the field office would adjust its work priorities for the year and would have to shift or delay other activities. Moreover, resource managers at the Chugach National Forest thought that a general requirement for each forest to address the effects of climate change in its land management plans may be counterproductive because each forest would be forced to "reinvent the wheel" on its own. These managers thought that any guidance

should be accompanied by an agencywide structure, which would allow land management plans across the National Forest system to be consistent.[32]

## Resource Managers Need Site-Specific Information to Plan for and Manage the Effects of Climate Change

Resource managers told us that they do not have sufficient site-specific information to plan for and manage the effects of climate change on the federal resources they oversee. Specifically, resource managers said that they need local- and regional-scale models to predict change on a small scale as well as improved inventory and monitoring.

Resource managers at our workshop said that they lack computational models capable of providing local projections of expected changes. Without these models, they said that most of their options for dealing with climate change are limited to reacting to already-observed effects on their units, making it difficult to plan for future changes.[33] In discussing the coasts and oceans ecosystem at the workshop, for example, resource managers stated that they need local- and regional-scale modeling of specific ecosystems and predictive modeling tools for fisheries management and coastal erosion management to plan appropriately. Similarly, resource managers discussing the forests ecosystem said that developing high-resolution models should be a research goal because current models are not specific enough. Likewise, resource managers discussing the fresh waters ecosystem stated that they often do not know how to plan for the effects of climate change because they lack information on temperature and precipitation changes expected in their management areas and, therefore, do not know what management actions will help the resource unit adapt to the effects of climate change. They agreed that climate projection methods must be improved, and that regional climate

---

[32]A House bill introduced on May 16, 2007, would require the Secretary of the Interior to submit a plan to the Congress describing the steps that certain federal agencies will take to develop consistent protocols to incorporate climate change impacts in land and water management decisions across land and water resources under the jurisdiction of those agencies. The affected Interior agencies include BLM, FWS, NPS, USGS, and the Bureau of Reclamation. Affected agencies outside Interior include FS, NOAA, and the Council on Environmental Quality.

[33]In technical comments on a draft of this report, Interior noted that, as one attempts to model at finer spatial scales, uncertainties in climatic variables and changes in these variables increase. Therefore, Interior notes that access to models is not a comprehensive solution, and any models (and their outputs) used should be verified and validated at the local scale.

projections with accurate temperature and precipitation projections, rather than global-scale projections, would be helpful in more accurately identifying and planning for the likely effects of climate change. These managers also said that they need climate predictions on an ecoregion or site-specific scale. Moreover, resource managers discussing the grasslands and shrublands ecosystem told us that they need better regional models to help in the decision-making process. These managers said that information needs to be packaged to help local land managers better understand what climate change means at the local level.

Resource managers interviewed for our case studies also said that they need models capable of providing local projections of expected changes. For example, BLM Kingman Field Office resource managers said that, to make proactive management decisions, they need to know what climate changes to expect. These managers said that if they could accurately and confidently predict what changes would occur in the future, they could adjust their management practices accordingly. Likewise, Chugach National Forest resource managers stated that they need projections and models of a high enough resolution to generate decisions. They said that they currently do not have the necessary information to make projections, and that it is desirable to anticipate changes and identify means for effective mitigation or adaptation. Similarly, resource managers at the Florida Keys National Marine Sanctuary said that they currently lack adequate modeling and scientific information to enable managers to predict change on a small scale, such as change occurring within the sanctuary.

Resource managers at the workshop said that they generally lack detailed inventories and monitoring systems to provide an adequate baseline understanding of the plant and animal species that currently exist on the resources they manage. Resource managers discussing coasts and oceans said that they need to develop baseline information and long-term monitoring systems to detect habitat changes over time. They said that they need to target inventory and monitoring systems on particularly sensitive ecosystems and species, and focus on indicators unambiguously related to climate change. In addition, resource managers discussing the forests ecosystem stated that they need a monitoring strategy that reflects the key vital signs of forests to inform management decisions. Similarly, resource managers discussing the fresh waters ecosystem said that there must be increased investment in monitoring efforts, particularly in sites identified as likely to be adversely affected by climate change. These managers also recommended an evaluation of the current monitoring system for its ability

to detect and predict climate change. They also said that there is often a lack of a clearly defined purpose for monitoring, and that the link between data collection and when to take action is not always clear. They recommended that there be a clearly defined purpose for monitoring efforts, with clear linkages between data collection and habitat protection. Resource managers discussing the grasslands and shrublands ecosystem stated that the lack of baseline information is a key issue because without it, managers do not know what is changing and how fast it is changing. They recommended conducting baseline inventories of species on federal lands and periodically repeating monitoring on a scale that could provide feedback on changes. Finally, resource managers at the workshop plenary session emphasized the need to link environmental information with decision making.

Resource managers interviewed for our case studies also stated that they need better resource inventories and monitoring systems. For example, managers at the Chugach National Forest told us that, without accurate baseline inventory data of the plants and animals in the forest, it is difficult to determine whether changes to species populations are within the normal range of variability. Furthermore, an official at Glacier National Park told us that staff could make various predictions about how different climate change scenarios might affect different species, communities, and processes, but without better status information and some degree of monitoring, they probably would not be able to detect predicted changes until they are catastrophic and obvious to everyone. Resource managers interviewed for the other case studies made similar points.

## Climate Change Is a Global Issue, and It Is Difficult to Address Its Effects at a Local Level

Resource managers at our workshop pointed out that climate change is inherently a complex, global issue. These managers added that greenhouse gas emissions generally originate outside the boundaries of federal resource units, yet these units are affected by the cumulative effects of the emissions. They said that local managers cannot control the drivers of climate change, such as the burning of fossil fuels, but local action is needed to manage its effects. Furthermore, resource managers said that federal land units are fixed on the landscape, while climate change has no boundaries, posing challenges for managing an administrative unit that does not move as the climate changes. They said that cooperative arrangements are necessary because climate change will require managers to work beyond administrative borders. For example, panelists discussing the fresh waters and grasslands and shrublands ecosystems stated that interagency coordination and collaboration are necessary to address the

effects of climate change. Furthermore, panelists discussing the forests ecosystem noted the value of developing a shared vision of key climate change issues and solutions to these issues.

Officials with whom we spoke in our case studies further emphasized this point. For example, officials at the Chugach National Forest said that climate change is a larger issue than one federal land management unit can address. They further said that climate change is a global issue that transcends forests and agencies, and that any strategy to address the effects of climate change should be integrated across broad landscapes, not individual forests. Similarly, managers at the BLM Kingman Field Office noted that climate change is a national issue that is difficult to address locally. Resource managers further noted that climate change-related effects can interact with and amplify the effects of other, preexisting environmental problems on a given resource unit, such as nonnative species and fire, making resource managers' jobs more difficult. Despite these challenges, some resource managers said they have taken steps to reduce greenhouse gas emissions at their units. For example, resource managers at Glacier National Park and Everglades National Park told us that they participate in the Environmental Protection Agency's Climate Friendly Parks Program, which focuses on reducing parks' greenhouse gas emissions. Glacier also has an Environmental Management Plan that includes a number of energy efficiency and renewable energy initiatives. In addition, Glacier requires the concessioners that run businesses in the park to abide by certain environmental requirements, some of which affect greenhouse gas emissions.

# Conclusions

Climate change has already begun to adversely affect federal resources in a variety of ways. Most experts with whom we spoke believe that these effects will continue—and likely intensify—over the coming decades. Some federal resources, depending on a variety of factors, may be more vulnerable than others. Because this issue is long term, global, and may affect federal resources in a number of ways, it will require foresight on the part of federal agencies to prepare for and minimize the adverse effects of climate change. However, federal resource management agencies have not yet made climate change a high priority. BLM, FS, FWS, NOAA, and NPS are generally authorized, but not specifically required, to address changes in resource conditions resulting from climate change in either their resource management actions or planning efforts. However, none of these agencies have specific guidance in place advising their managers how to address the effects of climate change in either their resource management

actions or planning efforts. The resource managers with whom we spoke stated that in the absence of such guidance, they are unsure whether or how to take the effects of climate change into account when carrying out their responsibilities. Such uncertainty may, as unanticipated circumstances arise, force resource managers to set their own priorities, which may be inconsistent with those of the agencies' management and may result in misdirected efforts and wasted resources. Because there is growing evidence that climate change is likely to have wide-ranging consequences for the nation's land and water resources, elevating the importance of the issue in their respective strategies and plans would enable BLM, FS, FWS, NOAA, and NPS to provide effective long-term stewardship of the resources under their purview.

At least one resource management agency—BLM—has acknowledged if not the need for, at least the value of, guidance on climate change. In April 2007, BLM's National Science Coordinator testified in a congressional hearing that BLM is establishing committees to, among other actions, develop guidance to address the effects of climate change in agency management practices. BLM officials told us that the lack of specific guidance, among other factors, may have limited that agency's efforts to address the effects of climate change, and that having such guidance would help to provide a greater impetus to address climate change effects. In this light, at a minimum, guidance on addressing the effects of climate change would allow resource managers to better take into account one of the key factors that is likely to affect all aspects of the resources they manage.

## Recommendation for Executive Action

To better enable federal resource management agencies to take into account the existing and potential future effects of climate change on federal resources, we recommend that the Secretaries of Agriculture, Commerce, and the Interior—in consultation with the Director of FS; the Administrator of NOAA; and the Directors of BLM, FWS, and NPS, respectively—develop clear, written communication to resource managers that explains how managers are expected to address the effects of climate change, identifies how managers are to obtain any site-specific information that may be necessary, and reflects best practices shared among the relevant agencies, while also recognizing the unique missions, objectives, and responsibilities of each agency.

# Agency Comments and Our Evaluation

We provided a draft of this report to Agriculture (FS), Commerce (NOAA), and Interior (BLM, FWS, and NPS) for review and comment. We received written comments from all three departments. These comments are included in this report as appendixes V, VI, and VII, respectively. In addition to the comments addressed in the following text, each department also provided technical comments, which we have incorporated into this report as appropriate. While we have acknowledged many of the departments' comments regarding efforts they are undertaking to address climate change, we did not have sufficient time to verify the accuracy of the information presented in either their letters or technical comments prior to issuing this report.

In its written comments, Agriculture's FS agreed with our recommendation, acknowledging the need to develop clear, written communication for resource managers that explains how they should address the effects of climate change, and the need to coordinate with other departments and agencies on resource management practices in preparing this guidance. FS said that the agency will work to address clarity in communicating climate change mitigation and adaptation strategies to field units.

With regard to the draft report's contents, FS stated that the report did not adequately capture the scope and urgency of the agency's commitment to climate change adaptation, mitigation, and research. FS listed a number of initiatives that were omitted, including research measuring forest-based carbon, participation in the California Climate Action Registry, efforts to reduce the agency's own carbon emissions, and other efforts. Although we commend FS for undertaking these useful activities, an examination of mitigation and research activities was beyond the scope of this report, which focused primarily on management actions.

FS also stated that our examination of one national forest (the Chugach National Forest) is inadequate as a proxy for the 193 million acres of diverse ecosystems managed by FS, and that 12 national forest plans do, in fact, consider the effects of climate change on existing programs and local resource values. The agency further noted that forest plans are revised every 10 to 15 years to incorporate new scientific information and management strategies. Although we used only one forest as an illustrative example in our report, FS resource managers participating in several workshop sessions and the case study said that they had limited guidance from their agencies about whether or how to address the effects of climate change in management actions and planning efforts. Furthermore, these

officials said that efforts to address climate change were lacking, due to a general absence of guidance and differences in interpretation and implementation of broad resource management authority. FS headquarters officials also confirmed that they have not provided specific guidance on addressing the effects of climate change. We also believe that, out of 155 national forests and 20 national grasslands, 12 forests with plans that consider the effects of climate change is not a high percentage; we encourage all 175 units managed by FS to incorporate climate change into their plans when they next update them. FS also pointed out that we neglected to mention efforts under way at the Chugach to treat thousands of acres in the forests to mitigate the threat posed by spruce bark beetles. In the second objective of our report, we sought to identify challenges that resource managers face in addressing the observed and potential effects of climate change. These challenges include the priority of the climate change issue, the lack of agency guidance, and the lack of site-specific data. Although we believe it is important to react to individual changes observed at the site level, such as treating forests to mitigate spruce bark beetle outbreaks, the larger issue—that is, the absence of a coordinated response to climate change in agency guidance—remains.

Finally, FS stated that we did not give adequate recognition to FS's Four Threats to the Health of the Nation's Forests and Grasslands, a messaging tool that disseminates the strategic view of the agency. (The Four Threats identified by FS are fuels and fires, invasive species, unmanaged recreation, and habitat fragmentation.) FS commented that the Four Threats include two aspects of climate change discussed in this report: forest fire and invasive species. Although we agree that at least some of the Four Threats may be related to climate change, we believe that climate change is a larger, overarching issue that should be addressed in a more comprehensive manner.

In commenting on a draft of this report, Commerce's NOAA agreed with our recommendation. In this regard, NOAA stated that the agency will work toward clarifying written communication to resource managers to explain how they are to address the effects of climate change on federal resources and identify how they are to obtain site-specific information that may be needed to implement these efforts. Furthermore, NOAA stated that the agency will continue to work with relevant federal resource management agencies on a range of climate change and land management issues and, as applicable, strive to share best practices.

With regard to the information presented in the draft report, NOAA noted that we did not present information on several cross-government initiatives and NOAA management actions to address climate change. For example, NOAA stated that we did not examine the current state of modeling and observation systems, such as the Global Earth Observation System of Systems and the National Integrated Drought Information System, or the agency's contribution to the collaborative efforts with federal, state, and local partners, including the U.S. Climate Change Science Program. Although we recognize that NOAA has a well-developed research and monitoring program, a detailed review of NOAA's many research programs was beyond the scope of our work: the focus of the second objective of our report was to obtain the views of federal resource managers on the challenges they face in addressing the observed and potential future effects of climate change in their management actions and planning efforts. In this regard, a number of NOAA managers at our November workshop, at our site visit, and at NOAA headquarters told us that resource managers need more localized, site-specific information, and that there is often a disconnect between physical science research and implementation activities at the site level. Thus, while NOAA may be undertaking a number of initiatives, these initiatives do not appear to address the site-specific information needs of the on-site resource managers.

NOAA also said that the *Reef Manager's Guide*, prepared by NOAA with Australia's Great Barrier Reef Marine Park Authority, details strategies to help local and regional reef managers reduce threats to coral reefs, and that NOAA staff implement some of these ideas. Although we agree that the *Reef Manager's Guide* contains many useful suggestions for managers in their efforts to respond to coral bleaching, we do not believe that it is a substitute for official agency headquarters guidance. Similarly, we applaud NOAA's involvement with the Nature Conservancy's Florida Reef Resiliency Program, aimed at measuring the extent of coral bleaching and improving the ability of reefs to survive bleaching events. However, we continue to believe that NOAA needs a more comprehensive approach to managing for the effects of climate change throughout the entire sanctuary system.

In its comments, Interior agreed with our recommendation, and said that the department will be using the information in the report to ensure that the department is addressing concerns it shares with GAO regarding climate change. Interior also pointed out that it had already taken steps to assess the effects of climate change on public lands by convening a task force involving nearly 100 people, including the department's assistant secretaries and other top leaders as well as career scientists,

superintendents, refuge managers, and others. According to Interior, the task force is examining how possible climate changes would affect disaster management, water resource management, and habitat management and is evaluating, among other things, new responses to manage changing landscapes. Furthermore, according to Interior, the task force is currently reviewing the development of accurate modeling and the weight to put on modeling relative to the use of historic data and agrees with our recommendation that the department will need to provide direction on how to implement these new tools as they are developed and validated. The task force is also evaluating how Interior might set priorities for generating essential information to create baseline assessments of plants and animals to appropriately manage the species the department oversees.

As agreed with your offices, unless you publicly announce the contents of this report earlier, we plan no further distribution until 30 days from the report date. At that time, we will send copies to interested congressional committees; the Secretaries of Agriculture, Commerce, and the Interior; and other interested parties. We will also make copies available to others upon request. In addition, the report will be available at no charge on the GAO Web site at http://www.gao.gov.

If you or your staffs have any questions about this report, please contact me at (202) 512-3841 or stephensonj@gao.gov. Contact points for our Offices of Congressional Relations and Public Affairs may be found on the last page of this report. Key contributors to this report are listed in appendix VIII.

John B. Stephenson
Director, Natural Resources
    and Environment

Appendix I

# List of National Academies Workshop Participants

## November 2, 2006 – Science Issues

**Coasts and Oceans Ecosystem**
*Virginia Burkett, U.S. Geological Survey, Moderator*
Don Boesch, University of Maryland
Mark Eakin, National Oceanic and Atmospheric Administration, Maryland
Mark Harwell, Florida A&M University
Michael Kearney, University of Maryland
Craig Landry, East Carolina University, North Carolina
Steve Murawski, National Oceanic and Atmospheric Administration, Maryland

**Forests Ecosystem**
*Tony Janetos, University of Maryland, Moderator*
Jill Baron, U.S. Geological Survey, Colorado
Steve McNulty, Forest Service, North Carolina
Ron Neilson, Forest Service, Oregon
Peter Reich, University of Minnesota
Steve Running, University of Montana
Brent Sohngen, Ohio State University
Monica Turner, University of Wisconsin
Tony Westerling, Scripps/University of California

**Fresh Waters Ecosystem**
*Don Scavia, University of Michigan, Co-Moderator*
*John Healey, Government Accountability Office, Co-Moderator*
Doug Curtis, National Park Service, Washington, D.C.
Dan Fagre, U.S. Geological Survey, Montana
Gordon Grant, Forest Service, Oregon
Margaret Palmer, University of Maryland

**Grasslands and Shrublands Ecosystem**
*Hal Mooney, Stanford University, Moderator*
Barbara Allen-Diaz, University of California, Berkeley
David Breshears, University of Arizona
Dennis Ojima, Colorado State University
David Pyke, U.S. Geological Survey, Oregon
Norm Rosenberg, University of Maryland

GAO-07-863 Climate Change

Appendix I
List of National Academies Workshop
Participants

## November 3, 2006 – Management Issues

**Coasts and Oceans Ecosystem**
*Virginia Burkett, U.S. Geological Survey, Moderator*
Mike Bryant, U.S. Fish and Wildlife Service, North Carolina
Billy Causey, National Oceanic and Atmospheric Administration, Florida
Brian Czech, U.S. Fish and Wildlife Service, Washington, D.C.
Andrew Gude, U.S. Fish and Wildlife Service, Washington, D.C.
Margaret Davidson, National Oceanic and Atmospheric Administration, South Carolina
Randall Kosaki, National Oceanic and Atmospheric Administration, Hawaii
Cliff McCreedy, National Park Service, Washington, D.C.
Anne Morkill, U.S. Fish and Wildlife Service, Florida

**Forests Ecosystem**
*Tony Janetos, University of Maryland, Moderator*
Al Abee, Forest Service, Washington, D.C.
John Dennis, National Park Service, Washington, D.C.
Kathy Jope, National Park Service, Washington, D.C.
Linda Joyce, Forest Service, Colorado
John Morton, U.S. Fish and Wildlife Service, Alaska
Al Sample, Pinchot Institute for Conservation, Washington, D.C.
Jim Sanders, Forest Service, Minnesota
Bill Sommers, George Mason University, Virginia

**Fresh Waters Ecosystem**
*Don Scavia, University of Michigan, Co-Moderator*
*John Healey, Government Accountability Office, Co-Moderator*
Dan Ashe, U.S. Fish and Wildlife Service, Washington, D.C.
Levy Brekke, Bureau of Reclamation, Colorado
Jeffrey Bromaghin, U.S. Fish and Wildlife Service, Alaska
Mike Estey, U.S. Fish and Wildlife Service, North Dakota
Sharon Kliwinski, National Park Service, Washington, D.C.
Robert Krumenaker, National Park Service, Wisconsin

**Grasslands and Shrublands Ecosystem**
*Anne Johnson, Government Accountability Office, Moderator*
Bob Adamcik, U.S. Fish and Wildlife Service, Virginia
Barbara Allen-Diaz, University of California, Berkeley
Bud Cribley, Bureau of Land Management, Washington, D.C.
Pauline Drobney, U.S. Fish and Wildlife Service, Iowa
Misty Hays, Forest Service, Wyoming
Julie Thomas, National Park Service, Washington, D.C.

Appendix II

# Objectives, Scope, and Methodology

This report examines (1) experts' views on the observed and potential effects of climate change on federal resources within the four principal ecosystem types and (2) the views of federal resource managers on the challenges they face in addressing the observed and potential future effects of climate change in their management actions and planning efforts. In addition, four case studies illustrate some of the effects of climate change on federal resources as well as the challenges to addressing them.

To select the four ecosystem types, we used a classification system used by the H. John Heinz III Center for Science, Economics, and the Environment (the Heinz Center) in its 2002 report entitled *The State of the Nation's Ecosystems: Measuring the Lands, Waters, and Living Resources of the United States.* This classification system is generally accepted by the scientific community and uses a limited number of distinct divisions to identify ecosystem types (in contrast to certain other classification systems). The Heinz Center's classification is also based on a "land cover" approach. That is, it is based on dominant vegetation or other physical characteristics, as opposed to a geographic approach. We found this classification useful because many natural resource management decisions are differentiated by land type. The Heinz Center classification system identifies six ecosystem types: (1) coasts and oceans, (2) farmlands (primarily croplands), (3) forests, (4) fresh waters, (5) grasslands and shrublands, and (6) urban and suburban areas. Our work excluded farmlands and urban and suburban areas because resources within these ecosystem types are generally not managed by federal agencies.

To solicit experts' views on the potential effects of climate change on the four ecosystem types, we convened an expert workshop on November 2 and 3, 2006, in collaboration with the National Academies' Board on Atmospheric Sciences and Climate. The workshop consisted of concurrent breakout sessions for experts in each ecosystem type, and plenary sessions in which all participants contributed. The National Academies, under contract to GAO, helped identify appropriate workshop moderators and participants, organized logistics, and issued the workshop invitations. The National Academies and GAO worked together to prepare the agenda and to identify scientific experts and economists for the first day of the workshop, using specific selection criteria (described in greater detail in the following text). GAO identified most of the federal resource managers for the second day of the workshop because the National Academies does not interact extensively with the federal resource management community.

Appendix II
**Objectives, Scope, and Methodology**

We asked National Academies staff to help us identify four individuals with the following attributes to serve as breakout session moderators: (1) experience in leading climate change assessments; (2) a strong professional reputation that might attract other highly regarded experts; (3) knowledge of one of the four ecosystem types; (4) a balanced perspective on climate change (i.e., politically neutral, with no strong ideological views on climate change expressed in past work); and (5) a willingness to assist in planning the workshop's substance.

To identify experts for the first day of the workshop on science issues, the National Academies and GAO agreed on selection criteria, which included recommendations from other experts, a demonstrated record of publication in the field, and experience contributing to climate change impact assessments or other peer-reviewed scientific reports and articles relating to climate change.[1] Other factors were also considered, such as the individuals' availability on the date of the workshop. The National Academies and GAO gave particular preference to individuals recommended by more than one expert. In addition to ecosystem expertise, we gave priority to those candidates whose expertise also included an understanding of climate change (e.g., an understanding of how climate change might affect coral reefs or forests). We also sought to have an economist in each session. The National Academies reviewed names in its database of experts and solicited recommendations from various National Academies officials and scientists with whom National Academies' staff regularly collaborate. In addition, GAO identified scientists on the basis of interviews with climate change experts that we conducted in the early phases of our work; we had asked these individuals to name others with ecosystem expertise who might be good candidates for the workshop. Workshop moderators also suggested participant names. Once a consolidated list of potential invitees was finalized, it was reviewed by the Chairman of the Executive Office of the National Research Council, the principal operating agency of both the National Academy of Sciences and the National Academy of Engineering.

[1]Major impact assessments include, among others, the Intergovernmental Panel on Climate Change's Working Group II report, *Climate Change 2001: Impacts, Adaptation, and Vulnerability*; the U.S. Global Change Research Program's report, *Climate Change Impacts in the United States*; the United Nations Environment Program's report, *Millennium Ecosystem Assessment*; and the Arctic Council and the International Arctic Science Committee's report, *Arctic Climate Impact Assessment*.

GAO and the National Academies focused the search for experts primarily on individuals from government, academia, and nongovernmental organizations (NGO) because most climate impact-related work is either funded by these types of institutions or carried out by experts from these types of bodies. However, since many NGOs have taken strong positions on climate change, we drew upon this community to only a limited extent.

To select experts for the second day of the workshop on management issues, we asked for recommendations from both federal resource management agency headquarters officials and managers in the field as well as our workshop moderators. We gave priority to senior federal resource managers with "on-the-ground" management experience in the field. We also invited managers from Washington, D.C., headquarters offices to ensure a balanced perspective. We selected managers who had a general familiarity with relevant statutes, regulations, agreements, executive orders, and other management directives aimed at protecting the resources under their agencies' jurisdictions. We also selected managers who had a general familiarity with the issue of climate change and how it could affect one of the four relevant ecosystem types—although this knowledge was not essential. We sought to have representation from each major agency that manages resources corresponding to each of the four ecosystem types. For example, the Bureau of Land Management (BLM), Forest Service (FS), U.S. Fish and Wildlife Service (FWS), and National Park Service (NPS) all manage grasslands, and each of these agencies was represented in the grasslands and shrublands breakout session. To keep the scope of the project manageable, we did not include all federal agencies that oversee federal resources, such as the Bureau of Indian Affairs, the Department of Defense, the Tennessee Valley Authority, or others (although we did have one representative from the Bureau of Reclamation, which manages water resources in the west). We also did not include Exclusive Economic Zone waters managed by the National Oceanic and Atmospheric Administration (NOAA).

Fifty-four scientists, economists, and federal resource managers from academia, government, and NGOs, attended the workshop. Appendix I contains a list of the workshop participants and moderators.

Prior to the workshop, we sent all participants an information packet containing, among other things, graphs showing the range and average of model projections for the change in monthly temperature (degrees Celsius) and precipitation (millimeters per day) in the years 2020 and 2090 for 11 U.S. regions under a medium impact Intergovernmental Panel on

Climate Change (IPCC) scenario. The graphs were based on publicly available results from the full suite of models used in the IPCC's Fourth Assessment report. The graphs, prepared for GAO by the National Center for Atmospheric Research, were intended to provide a framework for the workshop discussions by bounding the range of possible future temperature and precipitation outcomes.[2] We provided this material to participants for background information purposes only; participants were given the option of referring to these graphs when responding to the questions posed at the workshop. We also sent participants, as background reading, copies of the IPCC Third Assessment Report Working Group II's first chapter, entitled "Overview of Impacts, Adaptation, and Vulnerability to Climate Change." Each participant was further sent the IPCC Third Assessment chapter that corresponded to the ecosystem type (e.g., forests or coasts and oceans) on which the participant was expected to speak.

On the first day of the workshop, 27 scientific experts and economists, each having particular expertise on 1 of the 4 ecosystem types, discussed scientific questions related to the potential effects of climate change on federal resources. (These questions can be found in app. III.) On the second day of the workshop, also organized according to ecosystem type, 28 resource managers discussed the challenges, constraints, and limitations they faced in managing federal resources, given the potential effects of climate change identified on the previous day. The workshop was designed to give the scientists the leading role on the first day and managers the leading role on the second day. However, in most cases, both sets of individuals participated in discussions both days because some managers had scientific backgrounds, and some scientists had experience in resource management. There were also two plenary sessions addressing questions of science and management that applied to all four ecosystem types. Summaries of the ecosystem breakout sessions and the plenary sessions are presented in appendix III. After the workshop, we sent drafts of the findings from each of the breakout sessions to participants, giving them an opportunity to comment on the accuracy of the information.

It is important to note that the expert views represented at the workshop are the views of scientists and managers, not those of GAO. We did not independently review articles from the scientific literature or verify

---

[2]The National Center for Atmospheric Research conducts collaborative research in atmospheric and Earth system science and provides a broad array of tools and technologies to the scientific community. Its primary sponsor is the National Science Foundation.

participants' statements. In addition, although the workshop experts discussed a wide range of possible climate-related effects, we describe only some of these effects in our report. We also did not attempt to rank effects according to severity, owing to a lack of criteria to make such rankings.

To illustrate some of the effects of climate change on federal resources and possible options for addressing them at federal resource units, we conducted four case studies, one case study for each ecosystem type, using a nonprobability approach.[3] We selected our specific case study sites after soliciting selected experts' views on which federal resources may be most vulnerable to climate change. The experts we consulted included many of those whom we invited to the first day of the workshop (including some unable to attend), as well as others recommended by other experts or individuals whose names appeared frequently in the peer-reviewed literature for the relevant ecosystem type. We e-mailed these individuals, soliciting their views on which specific federal land units they considered to be most vulnerable to climate change impacts and the nature of any adverse impacts. In making our final land unit selections, we also considered responses obtained at the workshop; one of our workshop questions asked participants which areas of the United States may be most vulnerable to climate change. Furthermore, we took into consideration land unit visitation levels, size, location, geographical diversity, ecological and geological variation, and land unit management agency in making our selections. For example, we gave priority to larger land units and to units with high levels of visitation and a range of geographic features. We also gave priority to units where more than one agency is involved in management decisions. We further considered accessibility, since it was important to visit each site. The four units we selected on the basis of these criteria are the Florida Keys National Marine Sanctuary in southern Florida (coasts and oceans ecosystem); the Chugach National Forest in south-central Alaska (forests ecosystem); Glacier National Park in northwestern Montana (fresh waters ecosystem); and the BLM Kingman Field Office in northwestern Arizona (grasslands and shrublands ecosystem). All of these units encompass multiple ecosystem types. For example, Glacier consists of glaciers, lakes, forests, and alpine meadows, among other features, while the Chugach contains a mix of forests, coasts and oceans, and fresh waters ecosystems.

---

[3]Nonprobability samples cannot be used to generalize or make inferences about a population. In this instance, we cannot generalize the results of our case studies to all federal lands or federal lands of the same ecosystem type.

Appendix II
Objectives, Scope, and Methodology

Management agencies for these four sites include BLM (Kingman, Arizona); FWS (four national wildlife refuges near the Florida Keys National Marine Sanctuary, the Kenai National Wildlife Refuge adjacent to the Chugach, and certain resources within Glacier); and NPS (Glacier), all under the jurisdiction of the Department of the Interior; FS, which falls under the jurisdiction of the Department of Agriculture (the Chugach and the Flathead National Forest near Glacier); and NOAA, which falls under the jurisdiction of the Department of Commerce (Florida Keys National Marine Sanctuary). In addition to the managers and experts at each case study location, we also spoke with officials from adjacent federal lands. We spoke with these officials because resource units in our specific case study land units coordinate with adjacent land units, and the ecosystems supported by the case studies generally overlap with surrounding federal resource units. For example, for the Chugach case study, we spoke with FWS experts and managers from the adjacent Kenai National Wildlife Refuge as well as staff from FS's Alaska Regional Office in Juneau. For the Florida Keys National Marine Sanctuary case study, we spoke with experts and managers from the Everglades and Dry Tortugas National Parks as well as FWS experts and staff who oversee four Keys national wildlife refuges located near the sanctuary. For the Glacier case study, we spoke with experts and managers from FS's Flathead National Forest as well as an FWS fish biologist based in the park. At a number of sites, we viewed firsthand some of the resources discussed at the meetings.

We also spoke to representatives of some private sector organizations. For example, for the Glacier National Park case study, we also spoke with representatives of firms that do business in the park and with staff from a private foundation. We also spoke with local academic researchers, state government offices, and representatives of NGOs with expertise on the respective sites, as appropriate. It is important to note that the four case studies are illustrative only and not projectable. That is, physical and management conditions that apply to a given federal resource may not apply to all federal land or water units of a similar ecosystem type or managed by the same agency. Detailed summaries of the individual case studies can be found in appendix IV.

To assess the reliability of data related to changes in Glacier National Park, spruce bark beetle infestations in Alaska, and loggerhead turtle nesting patterns in Florida, we spoke with park officials, Kenai National Wildlife Refuge officials, and University of Central Florida researchers, respectively, about data quality control procedures and reviewed relevant

Appendix II
Objectives, Scope, and Methodology

studies. We determined that the data and expert views obtained were sufficiently reliable for the purposes of this report.

Finally, in concluding our work, we contacted legal counsel at each of the five resource management agencies as well as the White House Council on Environmental Quality, to ascertain the scope and nature of federal authority and requirements to address the impacts of climate change in resource management and planning.

In this report, we use the term "federal resources" to refer to federal lands managed by BLM, FS, FWS, and NPS, and to national marine sanctuaries and one marine national monument managed by NOAA; the term "ecosystem" to refer to a system of interacting living organisms together with their physical environment; the term "resource managers" to refer to individuals who manage federal resources; the term "physical effects" to refer to observable changes in the physical condition of some part of a natural system, including, among others, extreme weather events—that is, weather events that are rare at a particular place (this may vary from place to place); the term "biological effects" to refer to changes in the interaction among organisms living in a given ecosystem; and the phrase "economic and social goods and services" to refer to economic resources, such as revenue-producing industries, including forestry and fishing, among others, and social or cultural resources, such as recreational activities, scenic views, and historical artifacts, among others. We recognize that the various effects of climate change are interrelated, and that certain effects may belong to more than one category.

We conducted our work between May 2006 and July 2007 in accordance with generally accepted government auditing standards.

Appendix III

# Climate Change and Federal Lands Workshop Proceedings, November 2 and 3, 2006

## Background

This appendix summarizes the results of an expert workshop convened by GAO, in collaboration with the National Academies' Board on Atmospheric Sciences and Climate, on November 2 and 3, 2006, to solicit experts' views on (1) the potential vulnerabilities of four ecosystem types—coasts and oceans, forests, fresh waters, and grasslands and shrublands—to climate change and (2) the challenges to and approaches for addressing climate change on federally managed lands and waters associated with these four ecosystem types. The workshop consisted of moderated breakout sessions for experts in each ecosystem type, and plenary sessions, in which all participants contributed. Specifically, this appendix summarizes the responses of experts and selected federal resource managers to questions developed by GAO for each session. These summaries are based on professionally transcribed notes and information documented by GAO observers. After the workshop, we sent draft summaries of each of the four breakout groups to participants, giving them an opportunity to comment on the accuracy of the information. The summaries below reflect the comments we received from participants. The length and format of responses may vary by ecosystem type because each breakout session was moderated independently. A list of workshop participants and moderators can be found in appendix I, and a detailed description of the objectives, scope, and methodology describing the selection of experts and other topics is available in appendix II.

## Questions for Workshop Participants

### November 2, 2006: Breakout Session Questions

*Question 1: Based on your understanding of potential climate change in the United States, how might this ecosystem type be affected over the near term (~25 years) and over the longer term (50-100 years)? What might be some of the key ecological effects, economic effects, and social/cultural effects?*

*Question 2: Which of these effects are most significant and adverse?*

*Question 3: Are there certain thresholds beyond which the ecosystem in the identified areas cannot recover? Please describe the nature and scope of these thresholds and provide examples.*

Appendix III
**Climate Change and Federal Lands Workshop**
**Proceedings, November 2 and 3, 2006**

| | |
|---|---|
| | *Question 4: Which areas of the United States may be most vulnerable to climate change and why?*<br><br>*Question 5: What types of information (e.g., research, monitoring/measurement) are needed to better understand and prepare for potential changes on these ecosystems?* |
| **November 2, 2006: Afternoon Plenary Session Questions** | *Question 1: What key new findings related to the effects of climate change on ecosystems have emerged in the past 5 or 6 years?*<br><br>*Question 2: What are the gaps in scientists' understanding of how climate change might affect these four U.S. ecosystem types?* |
| **November 3, 2006: Breakout Session Questions** | *Question 1: Given some of the potential climate-related effects on this ecosystem described at yesterday's session, what might be the implications for your unit, including how it is currently used and managed?*<br><br>*Question 2: What are the challenges, constraints, and limitations associated with adapting to the effects of climate change on federal lands and waters?*<br><br>*Question 3: What land management practices or approaches to planning may be considered when responding to the effects of climate change?*<br><br>*Question 4: What is the most important type of information (research, monitoring/measurement) needed to better understand, prepare for, and address the effects of climate change on federal lands? What resources will be required to achieve this?* |
| **November 3, 2006: Afternoon Plenary Session** | Workshop participants provided suggestions for matters of congressional consideration related to challenges land managers face with regard to the effects of climate change on their lands and waters. |

# Day 1: Breakout Session Questions and Responses

| Question 1 | **Based on your understanding of potential climate change in the United States, how might this ecosystem type be affected over the near term (~25 years) and over the longer term (50-100 years)? What might be some of the key ecological effects, economic effects, and social/cultural effects?** |
| --- | --- |

Coasts and Oceans Ecosystem Workshop Breakout Session Responses

Below is a summary of participants' responses to Question 1, with particular focus on coasts and oceans. Panel members noted that the primary (direct) and corresponding secondary (indirect) effects and impacts of a changing climate were likely to be the following:

- Accelerated sea level rise

  - Inundation and permanent loss of coastal wetlands and barrier shorelines, including loss of island communities (other U.S. possessions, low-lying atolls, etc.)

  - Increased saltwater intrusion, degradation of fresh and brackish coastal waters, and low-lying ecosystems; this could impact the drinking water supply

  - Drowning/Migration of submerged aquatic vegetation and vegetated shorelines

  - Interaction of climate impacts with shoreline development via impact on infrastructure and development on federal land; increased coastal erosion, necessitating retreat or armoring of coastal communities with impacts on ecological systems, historic lands, and cultural sites

  - Loss of storm buffer for low-lying areas

  - Increasing wave power/energy and increased vulnerability to storm surge and flooding

- Increased erosion and retreat of shorelines around bar areas and estuaries

- Increased sediment transport into nearshore habitats

- Invasion of marine and exotic species into estuaries (e.g., oyster predators in the Chesapeake Bay)

- Impact on tourism, recreation, and leisure (e.g., loss of beaches)

- Migration of mobile species could create conflicts on private lands

- Federal and state legal relationships/conflicts—impacts on legal regimes?

- Effects on protected species, such as loss of turtle and shorebird nesting habitats

- Increased storm intensity and frequency

  - Exacerbate all effects identified above

  - Physical disturbance - storm surge, shore erosion, wave run-up, and wind (e.g., shore erosion, vegetation inundation, and damage to coral and other reefs)

  - Damage to infrastructure and cultural resources

  - Altered timing and volume of fresh waters delivery to estuaries resulting in changes in salinity (impacts change in precipitation regime), flushing rates of nutrients, turbidity, flow regime, and many other variables

  - Shifts or loss in the extent of barrier islands (e.g., creating more inlets, reducing dune systems, and declining aerial extent)

  - Interaction with coastal developments (e.g., interference of barrier island migration)

  - Increased runoff and land-based pollution (e.g., nutrients, sediments, turbidity, and debris)

- Changes in regional storm patterns

- Increasing air, ocean, and coastal water temperatures

  - Loss of sea ice and coastal permafrost[1] in Alaska; loss of ice platforms used by marine mammals and seabirds; and loss of subsistence for Alaskan natives

  - Mass coral bleaching events and disease events

  - Pest systems—increase in incidences of harmful algal blooms; increased outbreak of pests, disease, and pathogens (e.g., increased microbial activity could affect shellfish, fish, corals, sea turtles, and some sea grasses)

  - Migration or loss of species in combination with ocean acidification (e.g., corals or other calcifying organisms)

  - Changes in stratification regime (layers of habitats)—could affect primary productivity of oceans

  - Changes in hydrologic and salinity regimes of coastal systems due to increased glacial melt

  - Changes in timing of snowmelt/accumulation

  - Loss of ecological functions along shoreline

  - Economic impact on marine, coastal, and recreational (tourism—fishing, bird-watching, etc.) industry in all areas

  - Indirect effects on eutrophication[2] via increase in rate of phosphorus release from sediment to water

  - Increase in invasive species and loss of native species due to changes in temperature

---

[1]Permafrost is perennially frozen ground that occurs wherever the temperature remains below 32 degrees Fahrenheit for several years.

[2]Eutrophication is the process by which a body of water becomes rich in dissolved nutrients with a seasonal deficiency in dissolved oxygen.

- Ocean acidification

  - Possible reduction in calcification rate of corals and other calcium carbonate-based species

  - Environmental ecological niche shifts (impacts of changing ecosystems on the oceanic food chain)—changes in plankton communities

  - Change in distribution of species

  - Erosion (physical and chemical) of carbonate reef structures; this has economic impacts and reduces coastal protection from storms

  - Feedback on global biogeochemical cycles

  - Above will impact tourism and commercial and recreational fishing.

  - Will change resource extraction environments

- Changes in ocean currents and thermohaline circulation[3]

  - Affects upwelling, nutrient dynamics; change in biogeochemical cycling (e.g., increase in dead zones), phytoplankton productivity, and productivity of fish-based ecosystems; loss of marine mammals, fish, and birds

  - Changes in thermohaline circulation—could provide large-scale feedback on global climate systems (there is higher uncertainty about this effect, but the consequences would be extreme)

  - Impact on land temperature regimes, precipitation, and wind

  - Changes in the distribution of species, including changes in larval stages

---

[3]Thermohaline circulation refers to changes driven by density gradients, which are controlled by temperature and salinity. The global thermohaline circulation or conveyor belt is a system of surface and bottom currents that carry ocean water and heat around the globe.

- Changes distribution of marine debris and pollution

- Changes in wave climate

  - The group agreed that the effects of "Changes in wave climate" would be the same as those listed under "Accelerated sea level rise" and "Increased storm intensity and frequency."

- Changes in precipitation regime

- Changes in salinity regime in estuaries and coastal waters

  - Changes in quality, quantity, timing, and rate of fresh waters delivery

  - In general, wet areas will get wetter, while dry areas will get drier, affecting groundwater, fresh waters availability, surface water, and drinking water supplies.

- Changes in water-quality-related incidents, such as harmful algal blooms, anoxic (oxygen deficient) zones, pathogens, diseases, and habitat quality

- Changes in hydrologic regimes interact with water quality and water management (e.g., dams, canals, flood protection, and reservoirs)

- Mosquito and disease vectors

- Changes in coastal runoff, sedimentation, and erosion

- Ability of ecosystems to flush pollutants and nutrients

Panel members also identified the following two "high-order" primary and corresponding secondary effects. The group noted that the timing and magnitude of these effects is less certain than other effects previously listed.

- Climate variability

  - Natural variability in storms, currents, and other climate factors have important ecological impacts.

- Natural variability interacts with long-term climate change in all of these impacts.

- Long-term climate change influences climate variability.

- Climate variability can be an indicator of the consequences of climate change (e.g., El Niño simulates warmer climates for much of the globe).[4]

- Creates uncertainty for economic decision making and resource management

- Makes it difficult to understand if goals are achieved if climate variability is considered—management is more difficult

- Interaction of climate variability and change has impacts on long-term economic investment and infrastructure development.

- Changes in biogeochemical cycles

  - The group agreed that the results of "Changes in biogeochemical cycles" were similar to some changes already listed, especially those referring to currents and upwelling, stratification, runoff, and precipitation regimes.

**Forests Ecosystem Workshop Breakout Session Responses**

See Question 2 (Day 1).

**Fresh Waters Ecosystem Workshop Breakout Session Responses**

Workshop participants discussed the pervasive nature of climate change events and their belief that no single event is attributable to a climate-related cause, but the composite of several events points toward climate-related causes. Therefore, over time, one would expect to see a higher number of incident-based phenomena, including forest fires, storms, and chronic phenomena, such as species migration. Many believed that it was important for people to understand the nature of the timing problem—that different types of resource management decisions must be made across

---

[4]El Niño is a climate phenomenon that recurs at 2- to 7-year intervals. It affects precipitation and temperature over a large portion of the globe.

different time horizons. Some decisions will have to be made in terms of variables that land managers do not fully understand.

- Reduced snowpack and early snowmelt

  - Snow and ice serve as natural reservoirs in mountainous areas and northern regions of the United States, gradually supplying water into the summer months. Much of the west relies on spring snowmelt to provide a steady stream of water into summer months, when demand is highest; however, warmer temperatures and a shift of the winter precipitation regime from snow to rain are expected to cause reduced snowpack and early snowmelt. "Rain-on-snow" events increase the potential for flooding, as rainwater and melted snow cause very high runoff rates in winter and early spring. Because of this temperature-driven shift of precipitation (from snow to rain), there is an increased variance in annual streamflow volumes, with greater flow in winter months and decreased streamflows in summer months, and increased reliance on groundwater stores (which are themselves affected by precipitation changes).

  - High runoff in winter and early spring is likely to increase soil erosion, enlarge stream channels and increase channel instability, increase sediment load, and increase turbidity in rivers and streams. If a high runoff event follows dry periods, high nutrient flux is expected, as nitrogen and phosphorus from agricultural fertilizers and decayed organic matter will be washed into streams. The extra nutrient load may stimulate plant growth (eutrophication), resulting in oxygen depletion in the water body, and the increased turbidity will likely reduce ecosystem productivity. Furthermore, disturbance events, such as peak streamflow events, are likely to occur and are expected to adversely affect the biodiversity of aquatic species, particularly insects.

  - The reduction of summer streamflows will limit the amount of habitat available for every species dependent on the stream, since reduced streamflow and reduced stream connectivity inhibits an aquatic species' ability to move through an area. Low summer streamflows will limit hydropower generation capacity, and it will be necessary to balance human and ecological demands for water resources. The phenology[5] of critical biological functions, such as fish migration and reproduction, may be disrupted by changing patterns of water flow or availability, according to one expert

commenting after completion of the workshop. Reduced summer flows can limit habitat directly by decreasing available habitat area, in addition to reducing connectivity, according to another expert commenting after the workshop. Furthermore, according to one expert commenting after the workshop, reduced summer streamflows will result in a contraction of the stream network and a reduction in the density of headwater streams. Since most of the total length of the stream network is in these headwater streams, there is likely to be a fairly dramatic decrease in the amount of flowing surface water late in the summer, meaning that streams will dry up sooner, according to this expert.

- Increased temperature of lakes, reservoirs, and rivers

  - Higher land surface temperatures will increase temperatures of surface water bodies and will cause warmer runoff to enter streams, raising the temperature of receiving waters. For example, increased temperatures of 7 to 10 degrees Fahrenheit have been observed in water bodies in the east after storm events. Increased water body temperatures may include the following adverse effects: increased risk of toxic algal blooms; reduction in summer habitat or increased juvenile mortality of cold water and headwater obligate aquatic species[6] (e.g., trout, salmon); or possible invasion of ecosystems by opportunistic warmer-water exotic species[7] (this may have significant economic consequences). For example, the nonnative zebra mussel has extended its range in the Great Lakes as lake water temperatures have warmed. Furthermore, temperature changes may result in the introduction of disease or extirpation (elimination of a species or subspecies from a particular area, but not from its entire range), particularly if the species cannot migrate to other areas.

  - Warmer temperatures speed up metabolic processes and deplete the water of its dissolved oxygen. The increased productivity in lakes

---

[5]Phenology is the study of natural phenomena that recur periodically (e.g., blooming, migrating) and their relation to climate and seasonal changes.

[6]Headwater obligate aquatic species are species that must live at the headwaters, or source waters of a stream.

[7]Opportunistic warmer-water exotic species are species that would not typically occupy an area but can do so because of temperature increases that resemble their preferred habitats.

Appendix III
Climate Change and Federal Lands Workshop
Proceedings, November 2 and 3, 2006

may lead to increased rates of hypoxia (conditions of low oxygen in water), reducing ecosystem health.

- Lake mixing cycles and stratification of lake water are temperature-driven processes, which are necessary for nutrient cycling (turnover) and ecosystem health. If temperatures do not drop low enough in winter months, lake mixing may be reduced or stopped altogether.

- Reduced winter ice cover on large lakes, such as the Great Lakes, may alter "lake effect" snow patterns, resulting in more rain and less snow in areas down wind or down weather. Reduced ice cover also allows for a great deal of evaporation from the lakes through winter months, reducing the springtime water levels in the lake. This is likely to affect the shipping industry by opening routes in the winter, but restricting routes in the summer if lake levels are too shallow. If water levels of the Great Lakes are shallow during summer months and require smaller ships or dredging in lake inlets, substantial costs may ensue.

- Cold temperatures and lack of biological activity also help to preserve submerged cultural resources, such as shipwrecks (e.g., Lake Huron). Similarly, the United Nations has been looking at preservation challenges at archeological sites around the world, due to increased decay and erosion resulting from climate change.

- An FWS representative said that the fisheries in Alaska may be vulnerable to climate change effects. Many species are adapted to cold-water conditions, and temperature increases and seasonal shifts may adversely impact fisheries resources upon which commercial, sport, and subsistence fishers all depend. (Note: Subsistence is also an issue in and near the Great Lakes, regarding treaty-related Native American harvesting rights.) Critical aspects of fish reproduction, such as incubation time for eggs and juvenile growth and survival, are temperature-related. The metabolic rate of aquatic organisms, such as fish, increases with increasing temperature, thus more of a species' energy will be used for maintenance functions, rather than for growth and reproduction. Fish diseases can be more virulent under warm- water conditions, and there have been recent observations of severe pathogen problems in the Yukon River. Furthermore, cold-water adapted species are likely to be susceptible to threshold-type temperature effects. For example, mass die-offs of migrating salmon have recently been observed under warm water

conditions in western North America. Salmon also play an important role in the energy and nutrient cycle in many northern streams, and if salmon abundance declines substantially, the availability of energy and nutrients to numerous aquatic and terrestrial species, such as insects, birds, and bears, will be reduced accordingly. In general, most climate forcing ecosystem impacts are occurring in higher latitudes, where ecosystems are simpler and potentially more vulnerable to both change and disturbance.[8]

- Rising sea levels

  - Coastal areas that rely on groundwater supplies will have to be careful not to overdraw from the aquifer to avoid saltwater intrusion and contamination. This is particularly important in water-stressed areas of the southwest. Also, coastal wetlands may become contaminated with salt, killing off grasses that would normally assist in the water purification process.

- Damage to infrastructure

  - Increased storm surges or flow volumes may damage infrastructure, including roads, offices, and housing built in floodplains. Experts acknowledged the importance of maintaining public access to public lands, but they questioned societal decisions made to construct facilities on sites that may be vulnerable. According to one expert commenting after completion of the workshop, it is important to identify high hazard zones and then determine what to do with infrastructure that is currently sited there and to build this kind of thinking into future planning and development decisions.

Nonclimate-Related Effects:[9]

- Reduced nutritional quality of leaves

---

[8]The FWS expert primarily responsible for these statements substantially edited the wording but not the content of the section after the completion of the workshop.

[9]One expert commenting after completion of the workshop said that the "nonclimate-related" heading used in this summary seemed incorrectly worded. This expert said that the distinction that should be made is one between those effects that are due to changing climate directly and those due to other consequences of an increasingly greenhouse gas rich atmosphere. We did not change the heading because other experts did not request such a change.

- Increase of atmospheric $CO_2$ results in recalcitrant[10] leaves, which can be less nutritional or palatable for herbivores.

Less Certain Effects:

- Ecosystem services impacted

  - Wetlands also purify water and provide spawning ground for amphibians (e.g., vernal pools).[11] However, they depend on high-flow events associated with heavy rainstorms or high runoff events to disperse seeds. Changing surface water-flow regimes will result in unanticipated changes in wetland conditions, threatening some.

- Rising snow lines at high elevation are expected to result in a longer growing season with increased forest growth at these elevations. Water will likely be stored in the increased biomass and transpired back into the atmosphere, rather than running off into streams. Ephemeral streams[12] are expected in these areas. According to one expert commenting after completion of the workshop, rising snow lines will result in increased forest growth with an associated increase in evapotranspiration, resulting in less water available in the soil, further reducing streamflows and the density of streams on the land.

- Resiliency of a system may be compromised.

- Regime shift—it is possible to have a fundamental change in the way an ecosystem is put together, such that it is very difficult to return to a prior state.

**Grasslands and Shrublands Ecosystem Workshop Breakout Session Responses**

The grasslands and shrublands breakout group collaboratively developed the following summary statement that describes the potential effects of climate change on this ecosystem type:

---

[10]Recalcitrant is defined as difficult to degrade under natural conditions and usually not responsive to treatment.

[11]Vernal pools are temporary pools that fill with snowmelt and spring runoff, then dry sometime during the summer.

[12]Ephemeral streams are characterized as those flowing for only a portion of the year. Similar to tidal pools, they dry up during summer months.

- Grasslands, shrublands, and tundra are all at risk of having a fundamental shift in dominant vegetation type and/or loss of that system, and these changes are likely to be sufficiently large to have effects that cascade through many ecological, economic, and social systems.[13] These effects are most likely to occur in the long term (50 to 100 years), but there is risk that they can also occur in the near term. In addition, existing ecological problems, such as wildfires, invasive species, and nitrogen deposition, would be exacerbated by climate change.

The group also noted the following:

- Tundra systems are temperature-sensitive (i.e., temperature is the fundamental driver for change).

- Shrublands are relatively more water-sensitive than grasslands and tundra.

- Grasslands are both temperature- and water-sensitive.

- Climate models are weakest in predicting precipitation.

Breakout group participants further agreed that:

- Climate change will have impacts on all of the lands throughout the country, and some of these impacts will have implications for the integrity of grasslands. There will be increasing pressure on public lands for different uses for reasons related to climate change. Such potential uses include water storage and development of renewable energy sources. All of the effects described below are effects that will be observed in the next 25 years but will be intensified in the longer term.

The group noted that the primary (direct) effects of a changing climate were likely to be the following, listed in the general order in which they were discussed:

- Increased $CO_2$ emissions levels

---

[13]Tundra is a treeless plain found in the Arctic region. It is characterized by low shrub vegetation.

- Increased temperature

- An increase in extreme events (i.e., weather events that occur infrequently, such as drought, heat waves, heavy rainfall, and tornadoes)

- Altered seasonality of precipitation (i.e., more or less precipitation in the summer or winter)

- Increased wildfire frequency and severity

- The melting of mountain glaciers, which will affect systems downstream

Next, participants identified a number of existing problems that will be exacerbated by climate change (referred to as secondary effects). These problems are also listed in the general order in which they were discussed:

- Influx of invasive species

- Increased nitrogen deposition from atmospheric pollution (especially in Southern California)

- Ecosystem fragmentation: migration corridors for flora and fauna could be cut off

- Loss of coastal prairies due to increase in mean sea level (i.e., as sea levels rise, saltwater will encroach on coastal prairies, turning them into coastal wetlands)

- Greater desertification in certain areas, such as the shortgrass steppe of eastern Colorado and farmed portions of the Nebraska sandhills[14]

- Earlier snowmelt, altering the amount of water available to plants at critical times; earlier snowmelt will also affect the amount and timing of water available to rivers

- Phenological changes, such as plant flowering or bird migration; the growing season will lengthen in the north and shorten in the south; pollination could be out-of-sync with flowering

---

[14]A steppe is a type of grassland found in areas where the climate is dry. The grass is generally shorter than in prairie grasslands.

- Amplification of drought effects

- Changes in distribution of plants that photosynthesize during the cool season (referred to as C3 plants) and plants that photosynthesize during the warm season (referred to as C4 plants)

- Increases in the number and intensity of wildfires (although in some shortgrass systems, wildfires might actually be less frequent, because there is less fuel)

- Increased competition between people and natural systems for water; stress on property rights as people and agriculture migrate in response to a changing climate; increased pressure to use land for different purposes, such as human settlement, water storage, or energy development

- Increases in pest outbreaks, especially pests that emerge under warmer or drier conditions (e.g., bark beetles in woodland systems, grasshoppers that thrive under drought conditions, various fungi, as well as diseases caused by bacteria, parasites, and viruses)

- Loss of or decline in certain ecological communities, in some cases leading to extinctions (e.g., alpine[15] tundra, prairie pothole[16] communities, vernal pools)

- Decrease in native biodiversity in many areas and new assemblages of species living together (i.e., new communities will emerge with unknown dynamics)

- Changes in the quantity and quality of forage (plants available for livestock or wildlife grazing)

- Changes in soil moisture dynamics

- Changes in soil organic matter dynamics

---

[15]Alpine refers to the zone made up of slopes above the timberline and characterized by, among other things, the presence of low, shrubby, slow-growing woody plants.

[16]A prairie pothole is a wetland that fills with snowmelt and rain in the spring. Some are permanent and some are temporary. Potholes serve as resting, feeding, and nesting habitats for migratory waterfowl.

Appendix III
Climate Change and Federal Lands Workshop
Proceedings, November 2 and 3, 2006

- Loss of tundra and of Arctic permafrost

- Shift from nonvascular to vascular[17] plants in parts of the Arctic

- Increase in airborne dust (particulate matter) as a result of drought

- Increase in tropospheric ozone[18] formation, which may harm vegetation

- Change in dominant vegetation types, providing opportunities for subdominant species

- Increase shift to dominance or replacement by invasive species (both plants and animals)

- Changes in issues associated with wildland/urban interface (fire, pests, human/wildlife interactions—e.g., when coyotes or bears migrate from the natural to the urban environment)

| Question 2 | **Which of these effects are most significant and adverse?** |
|---|---|
| Coasts and Oceans Ecosystem Workshop Breakout Session Responses | Panel members identified the impacts they believed to be most significant and adverse. The group did not categorize such impacts according to their separate ecological, economic, or social effects because it believed that the impacts affect all three categories of effects. |

- Inundation and permanent loss of coastal wetlands and barrier shorelines, including loss of island communities (other U.S. possessions, low-lying atolls, etc.)

- Loss of sea ice and coastal cryosphere (coastal permafrost) in Alaska; loss of ice platforms used by marine mammals and seabirds; and loss of subsistence for Alaskan natives

---

[17]Vascular plants are plants that, among other things, have specialized tissues for conducting water. Nonvascular plants are the simplest of all land-dwelling plants and lack an internal means for water transportation.

[18]Tropospheric ozone is formed when nitrogen oxides react with certain other chemicals in the presence of sunlight. It is both a greenhouse gas and an air pollutant.

- Mass coral bleaching events and disease events

- Changes in biochemical cycling (e.g., increase in dead zones); phytoplankton productivity; productivity of fishery ecosystems; and loss of marine mammals, fish, and birds

- Changes in thermohaline circulation

- Changes in salinity regime in estuaries and coastal waters

- Economic impacts: recreational and commercial fishing, quality of life, cultural/maritime heritage, shorebirds, marine recreational coastal fishing, migratory water fowl, hunting, tourism, and coastal development and infrastructure (docks, housing, etc.)

**Forests Ecosystem Workshop Breakout Session Responses**

Before addressing the posed questions, forests ecosystem workshop participants suggested a list of items commonly viewed as valuable forest services. Participants suggested this as a first step toward answering Question 2, Question 1, and Question 3 (below). Valuable services forests provide include the following:

- Ecological

  - Carbon storage

  - Biodiversity/Composition

  - Ecosystem processes

- Economic

  - Timber

  - Water (quality, quantity)

- Social/Other

  - Recreation

  - Scenery

  - Living area

**Appendix III**
**Climate Change and Federal Lands Workshop**
**Proceedings, November 2 and 3, 2006**

Forests ecosystem workshop participants generally agreed that the scientific community has reached consensus that climate change will do the following:

- Cause forest fires to grow in size and severity. Fires already have increased in size in areas such as Alaska, Northern Rocky Mountains, high elevations, and the Sierra Nevada Mountains. Climate variability and other fire management approaches, such as suppression, also have affected the southwest. It is likely that other areas in the west, such as the Pacific Northwest and the Colorado Rockies, could see temperature-driven fire activity in the future. One expert added, after completion of the workshop, that climate and demographic changes are likely to increase fire risk to communities in the east.

- Affect air quality. For example, increased ozone pollution and increased smoke from forest fires will impact air quality.

- Affect species composition—tree species, species that depend on trees, and vegetation. For example, sugar maple, white bark pine at high elevations, and subalpine spruce fir forests in the Rockies have already experienced changes.

- Affect phenology, disconnecting some critical species interactions, such as pollination and seed dispersal, and creating the opportunity for other, unpredictable changes

- Cause a reduction in permafrost, decreased snowpack, and increased glacial melting

- Affect water regimes, which are critically important to the ecosystem. Changes in precipitation, storm intensity, temperature increase, evaporative demand, timing of snowmelt, groundwater level, and/or flashing may occur.

- Impact wind disturbance activity, an important ecosystem trigger. However, exactly how wind patterns will change is uncertain. Impacts of hurricane-caused timber blowdowns and subsequent buildup of down and dead fuel is a concern in the southeast.

- Produce more surprises in terms of unanticipated consequences and interactions with other environmental stressors. For example, increased

**Appendix III**
**Climate Change and Federal Lands Workshop**
**Proceedings, November 2 and 3, 2006**

nitrogen in conjunction with insects and climate can result in significant forest diebacks.

- Result in increased temperatures, which will increase insect and disease infestation range and extent. Three recent examples are the recent spruce beetle, the mountain pine beetle, and the southern pine beetle infestations.

In addition, one workshop participant added the following:

- There are positive effects of climate change. For example, changes in precipitation (increases), or distribution (to dry areas), or increases in temperature in cold areas where such are limiting, or a combination of such, will enhance forest growth and development. Thus, some deserts and/or marginal forest areas could become highly productive forests. In general, there is an ebb and flow of ecosystem types over time.

**Fresh Waters Ecosystem Workshop Breakout Session Responses**

Participants identified the following effects as among the most significant and adverse:

- Variability of runoff volumes

  - Droughts will have the greatest impact with the least ability to mitigate. Floods can be problematic for river areas and the people living within those areas (e.g., due to increased channel changes, such as widening streambeds and floodplains, and instability), although some potential mitigation is possible, through construction of dams, etc. An NPS representative believed that an increase in extreme runoff (and drought) events would lead to more human emergencies, greater costs, and disruptions to operations.

- Rate of climate change vs. rate of (invasive) species shift

  - Although the relative rate of climate change versus the rate of species migration is not always known, experts expect invasive species to have a relative advantage in a changing climate because they tend to be more adaptive. Some experts have said that invasive species may compromise the resiliency of a system or may impact economic resources of an area, etc.

- General temperature increase

- Temperature increases are most likely to threaten cold-water species, such as trout and salmon, and amphibians.

- General reduction of water supply

  - Reduced supply and increased demand due to population growth is likely to result in competition between human and ecological uses.

**Grasslands and Shrublands Ecosystem Workshop Breakout Session Responses**

The group identified the effects that they believed to be most significant and adverse. They defined "most significant" as the effects that are relatively certain to happen.[19] They categorized such impacts according to ecological and economic/social effects.

Most Critical in Terms of Ecological Effects:[20]

- Extinction of rare ecosystems, such as alpine tundra, California chaparral, and blue oak woodlands in California[21]

- Regime shifts[22]

- Changes in soil content, organic matter, and moisture

- Disappearance of wetlands

- Shift in biomes from one type to another or from one location to another.[23] For example, there will likely be a change from a shrub grassland system to a tree-dominated system in upper elevations at some locations and a change to an annual grassland system in lower elevations.

---

[19]One participant disagreed with the definition, noting that he believed "most significant" should be defined as "immediate things that have economic impact."

[20]One participant noted that ecological effects are also economic and social, since human systems depend on nature.

[21]Chaparral is a type of plant community in which shrubs are dominant. It usually occurs in regions having from 10 to 20 inches of rainfall annually; it is found in the western part of the United States.

[22]A regime shift is a change in frequency and intensity of a cyclical process.

[23]A biome is a grouping of similar plant and animal communities into landscape units that occur under similar environmental conditions.

Appendix III
Climate Change and Federal Lands Workshop
Proceedings, November 2 and 3, 2006

- Large-scale, transregional effects that extend beyond the region where they occur and feed back into climate change. (That is, things that happen in a local context have larger impacts on the Earth's climate system.) Examples of transregional effects with feedbacks include dust storms, wildfire, and methane release from the tundra. (Methane is a greenhouse gas.)

- Simplification of certain ecosystems through loss of species diversity (e.g., replacement of native species by invasive species that become monocultures) or loss of endangered species. Examples include the shift from a shrub grassland to an annual grassland system in the sagebrush biome and the loss of forbs (wildflowers) in the California native grasslands.

Most Critical in Terms of Economic and Social Effects:

- Changes in wildfire frequency and severity, with associated costs of fire-fighting and rehabilitation after fires

- Potential loss of national parks and forests with named features/species: for example, Glacier National Park (with no glaciers), Saguaro National Monument (with no saguaro cacti), Joshua Tree National Park (with no Joshua trees), and Tallgrass Prairie Reserve (with no tallgrasses)

- Loss of refuge function/purpose and the economic impact associated with the refuge. For example, if certain FWS wetlands dry up, the waterfowl hunting industry may be hurt in those areas, with economic implications for local communities. Waterfowl reproduction may be reduced. The refuge may thus no longer be relevant for the original purpose for which it was established.

- Increased frequency of extreme events, such as drought and fire, and the associated cost of the loss in productivity, wildlife, livestock, recreation, or other land-use activities

- Exacerbated urban/wildland interface (i.e., increased costs of fighting fires and rehabilitating land, and property loss)

- Reduced Native American use of lands and revenue from natural resources on their lands (e.g., livestock, and reindeer and caribou herds in Alaska)

Appendix III
Climate Change and Federal Lands Workshop
Proceedings, November 2 and 3, 2006

- Changes in water supply (more water in some areas than others), possibly leading to greater competition for water, with economic impacts for ranchers and some communities situated near federal lands

## Question 3

**Are there certain thresholds beyond which the ecosystem in the identified areas cannot recover? Please describe the nature and scope of these thresholds and provide examples.**

Coasts and Oceans Ecosystem Workshop Breakout Session Responses

Panel members provided the following examples and descriptions of various thresholds within the coasts and oceans ecosystem that, if breached, will be difficult to recover from:

- Corals: Clear temperature threshold above which bleaching and mortality occur. For tropical corals, the bleaching threshold is generally more than 1 degree Celsius over the average temperature of the warmest summer month at that location. Mortality results from accumulated thermal stress influencing various factors, such as bleaching and disease.

- Arctic/Subarctic coastal ecosystems: A 1- to 2-degree-Celsius increase in temperature would result in a change in ice formation dynamics, sea ice, permafrost, and glacial melt. For example, if sea ice retreats to the point where the diving depth of the seals is exceeded, the seals will die. Another example is fragmentation of ice packs for walruses and polar bears, which increases the energy needed for foraging. This impacts juvenile survival in walruses and polar bears.

- Coastal wetlands: Coastal wetlands have both salinity and sea level rise thresholds. In coastal fresh waters wetlands, salinity of 5 parts per thousand would result in a loss or shift of ecosystem type and a die-off of vegetation. The coastal fresh waters marsh would cease to exist in some areas. For brackish coastal wetlands, shifts in salinity will lead to shifts in species composition. If salinity levels rise above approximately 20 parts per thousand, there will be significantly less diversity. For a sea level rise threshold for coastal wetlands, tidal inundation could be high enough to transform the system to open water. When the sea level rise exceeds the ability of plant communities to grow vertically through accretion, then the community can turn to open water.

- Climate regime shifts: Several shifts have already been observed where complete shifts in ecosystem structure and services have changed

relatively rapidly over a few years. This is an ecosystem dependent and a nonlinear response. Examples include the Northern Pacific and some fisheries.

- Ocean acidification: When oceanic carbonate ions drop below 200 micromoles per kilogram (approximately 425 parts per million atmospheric $CO_2$), corals will no longer be able to build reefs faster than they naturally erode. Elimination of coral reef ecosystems, many types of plankton, and fundamental shifts in food chains could result. Entire ocean food chains could change, influencing important fishing industries.

- Invasive species and pests: Many have their own thresholds. Loss of certain events, such as low salinity or low temperature, would wipe out certain species and introduce invasive species. For example, marine oyster predators invade oyster-growing waters when the oyster bars do not have periodic low salinity events. There is also a threshold for the capacity to control invasive species. If biological thresholds are exceeded, invasive species will persist. For example, some invasive species are freeze-intolerant.

- Islands and flood-prone coastal areas: There are some critical sea level rise and storm thresholds above which the islands and flood-prone coastal areas would be inundated. Some examples include insular areas, including Freely Associated States in the South Pacific, Louisiana, and Florida, and Alaskan communities. Some island territories have a maximum elevation of a few meters or less.

- Loss of fresh groundwater and low-lying islands: A threshold at which water supplies are contaminated by saltwater intrusion. The threshold for this depends on the island.

- Change in fishery productivity: Due to differential temperature preferences of predators and prey, there are different threshold temperatures for different animals. For example, in the mid-Atlantic region, the upper geographic limit is 18 degrees and moving northward for some types of clams, limiting the distribution range in the southern geographic region.

**Forests Ecosystem Workshop Breakout Session Responses**

Forests ecosystem workshop participants identified the following regarding climate-related ecosystem thresholds:

- Habitat specialists, such as the spotted owl, are more at risk.

- Climate extremes, such as drought and temperature, threaten certain species, such as the pinyon pine.

- High-elevation red spruce forests and whitebark pine are at severe risk of extinction.

- Endemic (native) species

**Fresh Waters Ecosystem Workshop Breakout Session Responses**

The fresh waters group of experts described thresholds as very context-specific, often complexly nonlinear, and difficult to identify in prospect (i.e., easier to identify in retrospect, after exceeding the threshold). Although thresholds are valuable conceptual frameworks, they may not turn out to be accurate because there are often synergistic effects between two or more variables. The group tried to identify thresholds that are sensitive to physical parameters (e.g., freezing points, etc.), but it did not identify many clear-cut examples of thresholds. One participant noted that ecologists use the word, "threshold" to describe physical parameters that stray from the traditional path of an ecosystem.

Some experts questioned the importance of identifying thresholds, although they acknowledged the value of understanding the issues surrounding thresholds and identifying the types of thresholds that could be crossed, and the factors that could contribute to approaching a threshold. Land managers believed that it may be useful to set aside lands to serve as buffers to mitigate potential damages associated with reaching a threshold.

Whereas land managers are accountable for protecting endangered species and upholding agency mission, they believed that they may be driven more and more to managing toward the protection of "niche" species, or managing against invasive, "opportunistic" species. They expressed concern that the threshold question may be species-specific, rather than a biodiversity issue. They also believed that there may be a false security in "managing to thresholds" (versus "managing at levels beneath thresholds"). The fresh waters scientists and managers agreed that an understanding of thresholds is important so that early-warning signals that a threshold is approaching may be developed.

The fresh waters group of experts identified the following thresholds:

Appendix III
Climate Change and Federal Lands Workshop
Proceedings, November 2 and 3, 2006

- Temperature threshold (stratified lakes)

    - Lakes will not thermally stratify and "turnover" in the spring if winter temperatures do not drop below 4 degrees Celsius. Lake turnover is an important temperature-driven process that helps to oxygenate waters and cycle organic matter and nutrients through the water column. This threshold is presumably more significant in large lakes and has to do with the depth of the lake and latitude.

- Temperature threshold (cold-water species)

    - According to an expert commenting after completion of the workshop, the mortality rate of some cold-water species, such as salmon, increases dramatically above certain temperatures.

- Stream network connectivity

    - If streams dry up earlier within the annual hydrologic cycle, the threshold itself may shift as a result of changing precipitation patterns and/or warmer temperatures associated with climate change. Year-round streams may become ephemeral streams, small ponds may become vernal pools, etc. We may see a dramatic reduction of nitrogen removal from microbes in streams and wetlands, and a possible loss of species (e.g., salamanders). Areas with greater precipitation will likely result in increased connectivity (which opens migration corridors for invasive and endemic species). An expert commenting after completion of the workshop said that there is not a clear threshold for stream network connectivity. The expert said that the area necessary to sustain certain streams will be larger if more water falls as rain in the winter with less snowpack.

- Snowline in high elevations

    - Topographically driven and elevation-controlled incremental change in the rain-to-snow ratio affects the position of the snowline (the dynamic position where snow typically accumulates on the landscape) for areas with snow-dominated precipitation in the west. If the climate forces the snowline to move up in elevation, there will be a radically nonlinear decline in snow area, likely to cause huge changes in fresh waters systems in those areas. Migration corridors may open (for warm-water species), or species habitat may become fragmented (especially true for cold-water species). Even if

migration corridors exist, they would have to be temperature-appropriate for species migration and interaction. Land use/Land management systems, such as dams, canals, and construction projects, increase this effect of habitat fragmentation. With added terrestrial connectivity (due to less winter snow cover), there is possibility of a bark beetle invasion across the United States (i.e., achieve continental connectivity). One expert commenting after completion of the workshop said that bark beetle invasions would be triggered by warmer temperatures that allow the beetles to reach existing forests to the north that are connected across Canada to eastern forests. The expert said that beetle invasions have nothing specifically to do with less winter snow cover because the connectivity is already there. According to the expert, it has been too cold for the beetles to survive until recently.

- Presence of keystone species[24]

  - Land managers may want to manage to protect the habitat of these species, which have a disproportionate positive impact on ecosystem processes (e.g., beaver, Black-Tailed Prairie Dogs). An NPS representative asked, "Under what conditions will species migrate out of particular national parks?" A species shift could have social ramifications, since park visitors value the experience of seeing species within the park. In some cases, federal land acquisition has been motivated by the presence of particular species, which may migrate to unprotected areas, according to an expert commenting after completion of the workshop.

- Indicator species

  - Temperature- or climate-sensitive species may be indicators of impending thresholds; enormous regional shifts are possible in systems with a high degree of connectivity, but this is not necessarily true for species that cannot easily migrate to other areas (i.e., insects can fly, fish cannot easily migrate).

---

[24]A keystone species is a species that has a major influence on the structure of an ecosystem. Its presence impacts many other members of the ecosystem, and if its population dwindles or disappears, there can be far-reaching consequences for the ecosystem.

- Wildfire frequency

  - Wildfires are strongly dependent on the degree of spring "wet-up" conditions and the sequence of wet and dry years, since presence of an adequate amount of moisture can protect against burning. Fire is a huge driver of ecological change, so anything that changes the fire regime is likely to have ramifications and ripple effects through feedbacks into hydrological, geomorphic, and temperature response. This threshold is expressed in terms of years (i.e., years between fire events).

- Frequency of storm events

  - Humans have installed a great deal of infrastructure in the west to manage water resources, including dams. Increased storminess will adversely affect aging infrastructure. With thousands of small dams in the United States, climate change may exacerbate existing stresses of aging infrastructure and inadequate water supplies in growing areas. Rain-on-snow events, characteristic of "warm" snowpacks, are a recipe for big floods and may result in damage to docks, roads, or other infrastructure on or adjacent to streams, lakes, and coasts. One expert commenting after completion of the workshop said that rain-on-snow induced floods generally result in increased damage to river-related infrastructure, not coastal infrastructure.

- Social tolerance threshold

  - Panelists expressed concern that society may become less tolerant for taking action to mitigate climate change, such as spending money or reconstructing infrastructure (levees) to address climate change issues.

- Minimum flow rate in rivers

  - As metropolitan areas grow, water demand increases, resulting in a decrease in water levels. If we do not keep minimum flows available for aquatic species, there will be more problems for species survival; natural storage facilities (lakes, reservoirs, and streams) may not be sufficient if water demand increases.

- Water quality degradation

- Water quality is likely to decline if harmful algal blooms, bacteria, botulism, etc., occur as a result of increased temperature. This will likely result in the increased cost of water treatment.

- Temperature

  - Increased temperatures are associated with an increased rate of disease outbreaks. The temperature effect may be compounded by a low-flow effect—thresholds may not be based on a simple change of a single variable, but a complex interaction of several changing variables (e.g., gypsy moths and acid rain—acidification of the system weakened the vegetation in the system, making it vulnerable to invasion by gypsy moths). This point is characteristic of the (aquatic) system's behavior.[25]

- Climate change impact on ecosystem services

  - For example, wetlands absorb nutrient load—we can allow a certain amount of nitrogen runoff, if passing wetlands before reaching lake, but if we lose the wetlands, the system no longer has as much capacity to absorb nitrogen; if the water availability is intermittent, the wetland may not be as efficient at removing nitrogen—terrestrial systems may be more nitrogen-burdened.

- Occurrence of snow avalanches

  - Snow avalanches bring nutrients and debris down to streams with direct effect on stream chemistry. The regular disturbance of snow avalanches is ecologically important at high elevations, allowing herbaceous plants to grow in tree-laden forests. A reduction in herbaceous plants results in reduced grizzly bear habitat (a culturally valued animal). Greater variability of winter runoff volumes, from high snow followed by rain, is likely to result in more snow avalanches and increased frequency of landslides and debris flows. This is a threshold-driven phenomenon sensitive to small changes in

---

[25]One expert in the fresh waters group commenting after the completion of the workshop said that the logic of this section was not clear. The expert was not sure what the "low flow effect" was referring to, and said that the issue of complex interactions was real, but needed to be restated. We did not restate this section because other experts did not raise the same concerns in their review.

Appendix III
Climate Change and Federal Lands Workshop
Proceedings, November 2 and 3, 2006

precipitation with the potential to result in extreme events in soil erosion.

- Salinity level of aquatic systems

  - fresh waters inundation to saltwaters—for example, through increased runoff volumes in early spring—rapidly decreases salinity. This may be detrimental to some species, such as sea grass.

- Development threshold at low elevations

  - Older federal lands tend to be high elevation, lower elevation areas (run-out zone where debris flows end up) are often outside of federal jurisdiction. However, lower elevation areas may be vulnerable to adverse effects of climate change, and it may be necessary to consider development thresholds in lower elevation areas, floodplains, etc.

- Human construction/changes to ecosystem

  - Experts believed that stream systems in the west are managed in ways that might "trump" climate change effects that we anticipate. For example, many man-made dams currently create a wider range of flow than anticipated with climate change. Land managers identified examples of a dam's role in isolating populations versus opening migration corridors, and they asked whether dam operators should change practices in light of climate change. If dams are removed from an area, or if they can no longer function, a migration corridor is opened for nonnative species to move beyond the dam area. In the Great Lakes, dam removal has opened corridors for species migration from the lakes into river systems.

**Grasslands and Shrublands Ecosystem Workshop Breakout Session Responses**

The grasslands and shrublands group of experts defined a threshold as "the point at which an ecosystem cannot recover without substantial input in time and energy." The group agreed that the causes of the threshold changes will be complex, and that some changes will occur quickly and obviously, but others will occur gradually and insidiously and may be overlooked until it is too late to address them. Among the key thresholds identified by the group were the following:

**Appendix III**
**Climate Change and Federal Lands Workshop**
**Proceedings, November 2 and 3, 2006**

- A shift from tundra to shrubs in the Arctic, resulting in less snow to reflect sunlight, which will lead to other warming-related effects, such as the release of methane

- Permafrost melting will also affect the biological chemistry and the integrity of the tundra systems.

- Increase in the rate of invasion of annual grasses, changing shrublands to grasslands and changing the fire regime. Example: BLM lands in the western United States, from the Canadian to the Mexican borders.

- Tree die-offs triggered by drought and exacerbated by temperature, leading to a shift from woodland to shrubland or to grassland. Examples: midwestern savannas or the southwestern pinyon juniper woodlands.

- Transition to high-erosion conditions could occur through the drought-induced loss of grasslands. Example: entire United States.

- Disruptions in biological interactions as a result of changes in temperature and growing seasons. (That is, the life cycles of some mutually dependent organisms may change, affecting the ecosystem food web.) Example: entire United States.

- Seawater intrusion on coastal prairies. Examples: southern Louisiana and Texas.

- Loss of glaciers, changing the hydrologic flow in downstream systems

**Appendix III**
**Climate Change and Federal Lands Workshop**
**Proceedings, November 2 and 3, 2006**

---

| Question 4 | **Which areas of the United States may be most vulnerable to climate change and why?** |

Coasts and Oceans Ecosystem Workshop Breakout Session Responses

Below is a list of specific types and examples of systems or habitats related to coasts and oceans that panel members considered most vulnerable to climate change:

| Specific types of systems or habitats | Examples (locations) |
|---|---|
| Coral reefs | Florida Keys Protected Areas - Florida Keys National Marine Sanctuary, Dry Tortugas National Park, Everglades National Park (for temperature); U.S. Virgin Islands National Park (bleaching); the Caribbean; Northwestern Hawaiian Islands National Marine Monument (inundation—already lost islands—and ocean acidification); Palmyra Atoll National Wildlife Refuge (undisturbed, 2 meter elevation); Flower Garden Banks National Marine Sanctuary; and Biscayne National Park |
| Arctic systems | Arctic National Wildlife Refuge; BLM National Petroleum Reserve; Kenai Fjords National Park; Gulf of Alaska/Bering Sea/Aleutians (regime shift, ocean circulation, biogeochemical cycling, and acidification); Pribilof Islands (sea ice); and 20 other coastal parks and refuges on the coast in Alaska |
| Coastal wetlands | Delta National Wildlife Refuge; Jean Lafitte National Park and Historic Preserve; Southeast and Southwest Louisiana National Wildlife Refuge complexes; Blackwater National Wildlife Refuge; Alligator River National Wildlife Refuge (sea level rise, storm vulnerability, and salinity regimes); National Estuarine Research Reserves (Texas, coastal North Carolina, Florida, etc.); Everglades National Park; San Francisco Bay Delta; and the Chesapeake Bay |
| Barrier islands | Fire Island National Seashore; Gulf Islands National Sea Shore; Cape Hatteras protected lands (shoreline management); and other National Seashores—Assateague Island, Texas Coast, Corpus Christi, etc. |
| Low-lying islands and coastal lands | Pacific Freely Associated States (Marshall Islands, Palmyra, and Northern Mariana Islands); Florida Keys; Northwest Hawaiian Islands (Midway, etc.); Johnston Atoll; Wake Island; and Kwajelin Island |
| Maritime forests | Ace Basin South Carolina; Coastal Louisiana Refuges and Jean Lafitte National Park; St. Mark's National Wildlife Refuge; Florida Everglades; Big Cypress National Park and Preserve; Pine Island; National Key Deer Refuge; Savannah coastal refuge complexes; Cape Romaine National Wildlife Refuge; national estuarine research reserves; Loxahatchee National Wildlife Refuge; and Cumberland Island National Seashore |
| Continental shelf ecosystems | Exclusive Economic Zone; California current; Oregon coast; North Pacific; Gulf of Mexico (climate regime shifts, biogeochemical, and storms); North Atlantic (e.g., Georges Bank and Gulf of Maine); and sanctuaries and national estuarine research reserve sites |

Forests Ecosystem Workshop Breakout Session Responses

Forest ecosystem workshop participants identified the following areas as more vulnerable to climate change:

- Higher latitude and mid- to high-elevation areas

- Ecotones (also know as transition zones)—boundary zone between different types of ecosystems, such as upper or lower timberline

Appendix III
Climate Change and Federal Lands Workshop
Proceedings, November 2 and 3, 2006

- Western United States—at risk of increased fire, pest/pathogen outbreak, and changes in heat and water regimes

- Eastern United States—at risk of drought, hurricane damage, and forest fire

- Alaska

**Fresh Waters Ecosystem Workshop Breakout Session Responses**

Prior to identifying areas considered to be most vulnerable to climate change, the workshop participants briefly discussed a definition of vulnerability. The group based its responses on vulnerabilities likely to have an impact on important ecological processes and on human quality of life, and areas for which there are viable management response options or proactive responses.

In general, experts identified areas along the west coast; southwestern United States; ephemeral habitats, such as the Prairie Pothole region of the Great Plains; coastal wetlands at risk of saltwater intrusion; and wetlands and areas with warm snowpack and low groundwater storage. They also identified areas with large groundwater and surface water systems, since they have some of the highest vulnerability to change. The following list of vulnerable sites was generated at the workshop and from preworkshop surveys sent to scientists and land managers:

| Specific types of systems or habitats | Examples (locations) |
| --- | --- |
| Streams/Rivers | Klamath River/Upper Klamath, Oregon; McKenzie River, Oregon; Willamette River; Rio Grande; Tennessee River; Chattooga River; Trinity River Ecosystem; Flathead River; Salmon River; Columbia and Snake Rivers; Colorado River; Sacramento and San Joaquin Rivers; and streams in urban areas (heat island effects) |
| Lakes | Great Lakes (20 percent of the world's accessible fresh waters); high-elevation lakes, such as Crater Lake, Diamond Lake, Mono Lake, Lake Tahoe, and other lakes in the Cascades or Sierra Nevada mountains |
| Wetlands/vernal pools/headwater streams | Florida Everglades—risk of saltwater intrusion, Prairie Pothole Region, Kenai National Wildlife Refuge, and Yukon Delta National Wildlife Refuge |
| Cryosphere and areas with warm snowpack | Glacier National Park and Cascades National Park |

Grasslands and Shrublands Ecosystem Workshop Breakout Session Responses

Below is a list of specific types of grasslands or shrublands that the group considered most vulnerable to climate change, along with some specific sites:

| Specific types of systems or habitats | Examples (locations) |
|---|---|
| Tundra | Alaskan Arctic and alpine (Rocky Mountains and Sierra Nevada) |
| Sonoran desert system | Saguaro cactus ecosystem (Arizona) |
| Sagebrush biome (steppe) | All federal lands in intermountain west |
| Pinyon juniper woodland | Southwestern United States |
| Remnant prairie biome and sedge meadows (small parcels) | Great Plains (Neal Smith National Wildlife Refuge, Iowa) and various FWS and NPS lands |
| "California complex" (large regions of the state) | BLM, FS, and NPS lands in California |
| Gulf coastal prairies | Southern Texas, Southern Louisiana |
| Midwest oak savanna | Sherburne National Wildlife Refuge, Minnesota; Neceeda National Wildlife Refuge, Wisconsin |

## Question 5

**What types of information (e.g., research, monitoring/measurement) are needed to better understand and prepare for potential changes on these ecosystems?**

Coasts and Oceans Ecosystem Workshop Breakout Session Responses

Panel members provided the following list of various types of information and activities that are needed to understand, prepare for, and address the potential changes to the coasts and oceans ecosystem:

- Develop basic baseline environmental characterizations

- Long-term monitoring

- In situ physical monitoring, monitoring the carbon system

- Integrated risk assessments, including ecological, sociological, and economic factors

- Long-term assessment of responses of ecosystems to variable climate conditions

- Comprehensive suite of ecosystem indicators ("red flags") to develop time series data. Need to be linkable to describe causality. Target observations on particularly sensitive ecosystems and species for which

**Appendix III**
**Climate Change and Federal Lands Workshop**
**Proceedings, November 2 and 3, 2006**

changes are already occurring. Focus on indicators that are unambiguously related to climate change.

- Long-term record, focus on historical and paleoclimatic records to describe past changes

- Integrate ecological modeling with economic/behavioral modeling

- Habitat characterization to detect changes over time. Interface with land-margin, land-ocean margin habitat data.

- More accurate hydrographic and topographic/bathymetric (water depth) data. Water depth data are often of poor resolution.

- Assessments of how climate change is likely to impact lands and associated resources

- Characterization from genetic/microbial to landscape-scale conditions

- There are four components of research needed on climate change: (1) physical changes (this has been the bulk of the effort so far), (2) ecological impacts, (3) social/economic impacts, and (4) adaptation/mitigation. The focus should now be shifted to ecological, social/economic, and adaptation/mitigation research. We need to focus on vulnerabilities and mitigation/adaptation. How have systems changed in the past and how can we expect them to change in the future? The U.S. Climate Change Science Program should focus more on the ecological and societal impacts of climate change than it currently does. Need to focus research on regional and local scales.

- Need for risk communication—illustrate how climate change affects individuals, better communication with the public

- Adapting today's management strategy to account for applied science—ecosystem approach

- Research and development programs to develop mitigation techniques and strategies that are cost-effective

- Supply the science needed to allow local management decisions to account for climate change in the background, both short-term and long-term considerations

- National database of the timing of biological phenomena

- Vulnerability and risk assessment of the value of historic sites and other assets and recreational or commercially valuable species on federal lands

- Better analytical management tools for ecosystem management – these need to be dynamic so they can evolve over time. For example, predictive modeling tools for fisheries management or coastal erosion management that show impacts on property values, etc.

- There is currently an emphasis on reducing uncertainty. The desired level of uncertainty appears lower than the level of uncertainty applied in everyday decision making. There are tools in place to allow decision making under ambiguous risks. Develop robust policies that perform well in the worst case and better than alternatives in the best case.

- Tools for management, such as sea level rise estimates and projected land/sea boundary across the United States. For local management – need topography and bathymetric data. Where are shorelines in relation to commercial structures, etc? Storm surge projections, etc. Look at synergistic effects.

**Forests Ecosystem Workshop Breakout Session Responses**

Panelists ran out of time before they could answer Question 5.

**Fresh Waters Ecosystem Workshop Breakout Session Responses**

In answering this question, the group considered the types of information needed to monitor or detect current manifestations of climate change and to predict future climate conditions. The following statements represent broad categories of needed information identified during the group discussion and some overarching recommendations for further research and development:

- Develop early-warning signals, or "red flags"

  - Although many monitoring programs exist, and much scientific data are generated, there is often a lack of a clearly defined purpose for monitoring, and the link between data collection and action points is not always clear. There is a lack of contextual sophistication for the collected data, and data are not analyzed to indicate when managers should begin to be concerned about changes or take action to mitigate changes. Therefore, managers recommended that there be a

clearly defined purpose for monitoring efforts, and clear linkages
between data collection and habitat protection. A panelist opined
that the national parks and federal lands are good environments for
detecting the effects of climate change, since they are relatively
isolated from other effects.

- Assess and build on the current monitoring system

  - Many monitoring systems in place today, such as systems to monitor
    stream flow, precipitation, soil, etc., were not designed specifically
    with climate change in mind. The panelists recommended that a "gap
    analysis" be performed to evaluate the current monitoring system for
    its ability to detect and predict climate change. They believed that
    current monitoring networks do not collaborate, and they
    recommended that a list of parameters (e.g., gas fluxes, soil moisture,
    and basic water chemistry) be established, and that these parameters
    be monitored at various sites throughout the country.

- Manage for resilience

  - Panelists believed that it was important to manage aquatic systems
    so that they can "withstand the unexpected" with respect to climate
    change. They suggested that managers consider ways of providing
    buffers for systems to restore characteristics of unimpacted systems,
    despite the stresses of climate change. For example, if an area is
    likely to experience increased flooding, management options might
    include building a dam or moving houses or businesses from the
    flood zone. When deciding between management responses, it is
    important to consider how the particular adaptation action may
    affect other ecosystem processes.

Managers identified the need to know when to try to prevent changing
conditions versus when to adapt to them. To make such management
decisions, it is important to develop technical modeling and detective
capacity to know which management decisions will maximize benefits.
Participants identified the need to build institutional capacity, improve
record-keeping, deploy scientists and researchers on-site, and improve
modeling capacity to summarize broad-scale changes.

- Regional scale climate predictions are needed

- Managers need climate predictions on an ecoregion or site-specific scale. Managers said that they often do not know how to plan for the effects of climate change because they lack information on the types of physical changes (i.e., temperature and precipitation changes) that are expected in their management areas. Therefore, they do not know what management actions will help the system adapt to the effects of climate change. The scientists suggested using the current monitoring networks or developing well-distributed monitoring networks to create a series of nested monitoring stations to monitor snow-water equivalent extent and groundwater stocks. Panelists believed that interagency coordination and collaboration are necessary, and that there must be an increased investment in monitoring efforts, particularly in sites identified as likely to be adversely affected by climate change.

If changes in temperature and precipitation were detected and understood at a regional scale, managers could compare projections of climate models with observed changes. Managers need to consider what the response of waterfowl and wetland extent is likely to be with respect to a range of climate projections, and they will need to make decisions based on how much land must be set aside to support wildlife through added stresses of weather extremes.

- Collaboration between scientists and land managers

  - Workshop participants believed that it was important that scientists and land managers work together at early stages of the planning process, and that federal lands would benefit from having scientific expertise on-site, (i.e., to serve as park interpreters, naturalists, and data analysts). FWS land managers said that it is difficult to detect changes in wetlands, because the technology to determine and monitor wetland extent is expensive and requires specialized skills, including flyover photography and geographic information system analysis.

- Crosswalk between land-use change and water quality

  - If hydrologic aspects, such as streamflow variability, are better understood and linked to ecological responses, models can be used to project ecological responses to physical changes in runoff volumes, whether as a result of climate change or land-use changes.

Panelists agreed that land management and planning are not just related to the question of future climate conditions, but also about land-use changes, and they believed that there is a general lack of understanding in the relationship between land-use change, land management, and erosion and deposition processes. Some suggested that managers should view anticipated change in the context of anthropogenic stressors that are already present and likely to be exacerbated by future anthropogenic and climate stressors. One scientist from FS suggested that the Congress should look at the projected changes in temperature and precipitation overlaid with projected population growth. By developing "vulnerability maps" that incorporate societal impacts, managers might be able to view areas under stress and consider the added stress of climate change when making management decisions.

- Study synergistic effects of extreme weather events and multidecadal events

  - Panelists identified the need to study the synergistic effects of two dynamic systems—extreme weather events (such as intense storms) and multidecadal events.

**Grasslands and Shrublands Ecosystem Workshop Breakout Session Responses**

The group agreed that the most important types of information or research needed include the following:

- Improved precipitation modeling to better understand and prepare for temperature and precipitation changes on these ecosystems. Precipitation modeling is currently one of the greatest weaknesses in projecting future climate change effects.

- Research and consensus on the criteria and indicators of ecosystem change or thresholds, with specific research on identifying monitoring methods to help scientists detect change thresholds

- Information on the economic value of grassland and shrubland ecosystem services

- Better information on the location and rate of desertification

- Information on positive feedback (i.e., the interaction of climate change on natural systems that can lead back to an intensification of climate change itself)

- Experiments on interactions between climate change and other
  ecological drivers, such as those previously identified (e.g., nitrogen
  deposition, etc.)

- Synthesis of information collected by the Long-Term Ecological
  Research and the proposed National Ecological Observatory Network
  (NEON).[26] Are these programs in a position to provide answers to
  climate-related questions?

- Data on land use and the number of livestock grazing on federal lands
  (to be able to distinguish between ecosystem effects related to livestock
  grazing versus effects related to climate change)

- Research to improve understanding of the mechanisms that trigger
  complete regime changes. Is there just a single trigger, such as nitrogen
  deposition, management style, and El Niño, or are there multiple
  triggers?

- Conversion of shrubland to grassland (i.e., the ratio of annual alien
  grasses to native perennial plants that triggers a conversion to an annual
  grassland system in some areas) as well as research to improve
  understanding of the mechanisms that lead to a complete regime change

- Conversion of grasslands to shrublands or woodlands, due to shifts in
  precipitation timing and intensity, altering water availability to favor
  deep-rooted woody species

- Research on the consequences of alpine community disruption

- Research on the consequences of a transition to high-erosion conditions
  through the drought-induced loss of grasslands

- Research to determine conditions to predict tree, grass, and forb
  mortality.

---

[26]According to the NEON Web site, NEON will be the first national ecological measurement
and observation system designed both to answer regional- to continental-scale scientific
questions and to have the interdisciplinary participation necessary to achieve credible
ecological forecasting and prediction.

- Research to clarify the factors influencing the trends and direction of change in the controls of soil moisture and soil organic matter on groundwater hydrology

- Research on phenological changes, including development of a U.S. phenological network

- Research on saltwater intrusion on coastal prairies

## Day 1: Afternoon Plenary Session Questions and Responses

In this session, workshop participants were asked two questions. The first question was to identify key new findings related to the effects of climate change on ecosystems that have emerged in the past 5 or 6 years (i.e., since the publication of the *National Assessment of the Potential Consequences of Climate Variability and Change* in 2000 and the IPCC Third Assessment Report in 2001).[27] For the second question, we asked the participants to identify the gaps in scientists' understanding of how climate change might affect the four U.S. ecosystem types. This session was moderated by Dr. Virginia Burkett of the U.S. Geological Survey (USGS). Dr. Burkett also moderated the coasts and oceans breakout group.

## Question 1 and Responses

**What key new findings related to the effects of climate change on ecosystems have emerged in the past 5 or 6 years?**

Participants identified the following new findings that have emerged in the past 5 or 6 years:

- 2005 Caribbean coral bleaching event

  - Results from Virgin Islands National Park: About 47 percent of previously healthy Caribbean corals are now dead due to bleaching and disease, both associated with thermal stress (increasing temperature). Prior to 2005, the first massive loss of corals was in 1990. Global events also occurred in 1997 and 1998. Documentation

---

[27]*The National Assessment of the Potential Consequences of Climate Variability and Change* was mandated under the Global Change Research Act of 1990 and prepared by the U.S. Global Change Research Program. The report evaluated what was known about the potential consequences of climate variability and change for the nation, in the context of other pressures on the public, the environment, and the nation's resources.

of 2005 bleaching events elsewhere corroborated that sea surface temperatures are causing coral die-offs. This phenomenon is not only limited to tropical areas, but is also beginning to affect temperate waters such as the northwest Hawaiian Islands. Also, many corals not typically associated with bleaching have been affected, like elkhorn coral, recently listed as threatened under the Endangered Species Act (ESA).

- Climate regime shift in the Pacific

  - Documentation exists about the climate regime shift in the Pacific and its impacts that have cascaded up the food chain, ultimately affecting fish populations and phytoplankton communities and resulting in a loss of marine mammals and seabirds.

- Ocean acidification

  - Increases in atmospheric $CO_2$ concentrations result in drops in pH (acidification) in near-surface waters. The rate of acidification has been more rapid than anticipated. Near-surface ocean waters have already dropped to levels that cause live plankton to dissolve. Recent findings have shown drops in pH in near-surface waters that are occurring much more rapidly than anticipated in response to increased carbon dioxide concentrations in the atmosphere. This has caused live plankton to dissolve their calcareous skeletons.

- Arctic change

  - There is more evidence of sea ice retreat, accelerating glacial melt, measurable coastal erosion, and declining populations of polar bears, Beluga whales, walruses, ice seals, and other Arctic mammals. See the *Arctic Climate Impact Assessment* for more detailed information on this issue.[28]

- Hypoxia off the Pacific coast

  - The "dead zone" off the Pacific coast, while not proven to be related to climate change, is an example of future events that could

---

[28]Arctic Climate Impact Assessment, *Arctic Climate Impact Assessment*, (http://www.amap.no/acia) Cambridge University Press (2005).

potentially represent a major, new, unanticipated climate change consequence.

- Intensification of tropical cyclones

  - Recent evidence suggests that sea surface temperature increases are related to the intensification of destructive tropical cyclones.

- The Stern Report

  - This report, published in late October 2006, is a global assessment that discusses the causes and consequences of climate change (externalities in public goods are valued on a global level) with long-term and persistent impacts (intergenerational inequity).[29] Uncertainties and risks are pervasive (ambiguity reigns, given large uncertainties). There is a serious risk of major irreversible, nonmarginal changes ("Act now or it will cost a lot more later").

- Faster and more heterogeneous sea level rise

  - Satellite Altimetry Measurements of sea level change have enabled global ocean and coastal trend analysis.

Published/Documented Changes Since 2000:

- Observational evidence (National Aeronautical and Space Administration data) suggests that the Greenland Ice Sheet is breaking up faster than any models projected, with major implications for sea level rise. This implies that current models are not competent to deal with the rate of loss of both the Greenland Ice Sheet and also the West Antarctic.

- Warmer springs have resulted in earlier snowmelt, longer summer drought, and increased wildfire activity in forest ecosystems where fires are limited by drought, rather than fuel in the western United States. The bottom line is a 300 percent increase in the frequency of large fires and a 600 percent increase in area burned, comparing 1970-1986 with 1987-2003. Dr. Tony Westerling acknowledged that if he had changed the time

---

[29]This report was released as a book in 2007. Nicholas Stern, *The Economics of Climate Change: The Stern Review*, First Edition (New York: Cambridge University Press, 2007).

periods of comparison, the previously mentioned percentages would have changed significantly. He chose these years because he had 34 years of data, and he cut that time period in half.

- Unprecedented ocean-oscillation changes from 1987-1988 took place that affected many systems. These have been well-documented since 2000.

- An unprecedented pine bark beetle migration across British Columbia heading east has been observed. Migration patterns have been driven by warm winters. Similarly, the southeastern United States has seen southern pine beetle migration into red spruce area caused by drought, nitrogen deposition, and beetle infestation. There have also been shifts in the intensity and extent of the spruce bark beetle in the Pacific Northwest and Alaska caused by an accelerated life cycle from 2 years to 1 year. New England sugar maples have been damaged by pests as well.

- There has been a major loss of glaciers in the western United States and Alaska, coupled with other kinds of ecosystem changes. Loss of glaciers is not simply an iconic signal of climate change.

- Early estimates of the role of terrestrial ecosystems as a carbon sink (through $CO_2$ fertilization) are less than thought.

- There have been multiple observed shifts in species distribution of both animals and plants. Examples include manatees in the Carolinas and Mid-Atlantic and polar bear decline.

- A paper by Thomas, et al. (2004), which is the most cited paper in environment and ecology in the last 2 years, shows that climate change has caused changes in species and extinctions over the last 30 years.[30]

- Die-off of pinyon pines across the southwestern United States—magnitude of the die-off has been tied to warmer temperatures. Cascading effects include the infestation of beetles.

---

[30]Chris D. Thomas, Alison Cameron, Rhys E. Green, and Michel Bakkenes, et al, "Extinction Risk From Climate Change," *Nature*, vol. 427 (Jan. 8, 2004).

- Dust storms coming out of the Great Basin impact the rate at which snow melts during the season. Both grazing and drought are contributing causes of dust storms and are becoming more frequent.

- There have been documented increases of net primary production in both temperate and boreal forests related to natural factors.

- There is evidence of increased turnover rates in tropical forests. This is considered, by some, to be an indication of some kind of climate shift, possibly climate change. Turnover rates in undisturbed primary forests have increased all around the world.

- There is well-documented evidence of the impacts/consequences of permafrost thaw in Arctic ecosystems and economies.

- There is documentation of temperature-induced drought die-back in boreal systems in Alaska and Canada.

- There has been a decline in the duration of lake and river ice cover throughout the northern hemisphere associated with increasing temperature.

- There has been an increase in continental runoff in North America.

- There has been an increase in shrub cover in the grasslands of Alaska.

- There has been wetland drying in Alaska.

| Question 2 and Responses | **What are the gaps in scientists' understanding of how climate change might affect these four U.S. ecosystem types?**

Participants identified the following gas in scientific understanding of climate change effects:

- The role of elevated $CO_2$ in mitigating temperature-induced drought stress and die-back in forest ecosystems

- The interactions of climate, nitrogen, and $CO_2$ |

- The ability to model and project amount, timing, and distribution of rainfall, especially for all grasslands, scrublands, deserts, and rangelands

- The ability to downscale and upscale climatic predictions to a level of specificity that is useful for resource managers (modeling at the appropriate scale)

- Currently, much data are collected among different entities. If all of the data that are being collected could be inventoried and put in one place, a lot could be done with these data.

- Will federal forest lands make it easier or harder to meet some kind of international obligations to reduce greenhouse gases (GHG). What if federal forest lands are more susceptible to fire?

- Many questions exist about carbon sequestration.

- We need to know the direction of the net ecosystem exchange for forests in the United States.

- The mechanisms that control the loss of atmospheric carbon (carbon sinks) are not well-understood and carbon turnover is not well-modeled. Models might falsely project an elevated level of carbon storage.

- There is uncertainty about the interactions among snow, groundwater, streamflow, and vegetation in reducing flow regimes of the future. In other words, how do these different elements of the hydrologic cycle interact in a climate-challenged world?

- How flexible (plastic) will individual species be in adapting to climate change? Phenotypic plasticity of species is rarely discussed in the modeling community, but is a significant consideration in the real world. How are these differences associated with climate gradients?

- What is the interaction of climate change and demographic changes in assessing future vulnerability to climate change?

- Sensitivity analysis of water balance—how much precipitation is needed, and at what timing, to balance an increase in temperature? This coupling between terrestrial ecosystems and water resources is in the early stages of modeling and development.

- Use the modeling technique previously mentioned to assess how important precipitation uncertainty is given expectations about temperature.

- Aquatic ecosystems—we are probably experiencing longer durations of late summer, low streamflow that is degrading aquatic ecosystems, but no papers quantifying this have been released.

- Management—how will land managers begin to address climate change issues? It is a science issue of determining the most effective way of addressing and coping with these changes.

- Have scientists and managers come to consensus on the criteria or indicators of ecosystem thresholds? We need research identifying adequate research tools so that we can identify thresholds before they happen.

- What are the changed use patterns of federal lands? How does this affect infrastructure? How will this affect the staffing and services that the land management agency provides to the public? What are the strategies for addressing these issues?

# Day 2: Breakout Session Questions and Responses

## Question 1

**Given some of the potential climate-related effects on this ecosystem described at yesterday's session, what might be the implications for your unit, including how it is used and managed?**

## Coasts and Oceans Ecosystem Workshop Breakout Session Responses

Panel members provided examples of implications on various land units based on the climate-related effects of the scientific panel:

- Lose acreage (inundation): On refuges, acreage will be lost due to storm events in combination with sea level rise (increase in storm surge) – Coastal plain of Louisiana (hardwood – swamp – fresh waters marsh – barriers islands). Land is being lost in all of these. This is a possibility for all federally managed lands that are prone to flooding.

Applies across the board (including national seashores and other coastal assets), but may manifest differently, especially with human development impacting the ability of species to migrate. There are 157 coastal refuges - Atlantic and Gulf coast salt marshes are the key ecosystem type that is threatened by sea level rise – impacts ability to support shorebirds and other species. Models of sea level rise identify areas that will be impacted. The United States Geological Survey Coastal Vulnerability index and maps are a good source for this information.

- Complete loss of low-lying islands: Islands of 1- to 3-meter elevation may be lost. This could result in the loss of critical habitats and, therefore, the loss of species that have no capacity for migration.

- Transition of habitat: Inundation and saltwater intrusion will cause different species to take over or existing species to move. For example, the pine rockland habitat community in the lower Florida Keys is shrinking due to declines in the extent of the fresh waters lens. As a habitat is lost, the species that live in that habitat are lost as well. Beach erosion is also a problem for some species, such as turtles that nest on eroding beaches. Coastal development is also putting pressure on some habitats. Federal lands are one of the last remaining undisturbed habitats for some species, but these refuges can only protect fragments of ecosystems. However, development, combined with sea level rise, impact some refuge areas (e.g., Assateague Island). Federal lands are also a unique tool to educate the public about habitats and species. If these lands are lost, a very valuable educational tool will be lost.

- Saltwater intrusion into fresh waters table: Dramatic effects on low-lying islands. For example, the only population of key deer is limited to the lower Florida Keys because this is the only area with fresh waters. The fresh waters lens loss is affecting species. Intrusion into surface water as well for long periods of time changes habitats and species that are supported.

- Loss and alteration of intertidal habitats and sessile species (such as sponges and coral polyps): Some species cannot move, so if certain habitats are lost, the species is lost. Some man-made structures, such as causeways, cause considerable alteration to natural areas. For example, Hurricane Wilma's storm surge of 6 feet led to extensive flooding.

- Due to the broad realm of federal holdings, including holdings such as the Exclusive Economic Zone (EEZ), there is a great potential for adaptive management and experiments (some are already under way).[31]

- Other drivers

  - Warm conditions creating low soil moisture conditions (brown marsh events)

  - What happens to recreational usage, economy, and competition for water resources when we start to respond to climate change? Per capita density is heaviest along the coast—this compounds the effects and the ability to respond with management strategies.

  - Climate change has not been considered in management plans. In the Everglades, studies have found that interannual variable precipitation is most important for the ecosystem. Far more important than the Comprehensive Everglades Restoration Plan influence.[32] If the future is drier, the restoration plan reduces vulnerability, but not enough to offset the impact of climate change.

  - Infrastructure for ports and commerce: Engineering impacts—U.S. Army Corps of Engineers is trying to figure out how to deal with these issues. Dredged materials' influence on habitat.

  - Much more pollution: Sea level rise and storm surges will increase pollution along highly developed coastlines.

  - Coral bleaching: There is an increasing trend in occurrence of bleaching and related diseases. Beginning in 1978, 1980 (fish die-off), 1982 (first basin-scale bleaching event, linked with climate change drivers), and 1997—coral bleaching has expanded geographically and intensified each time. Inshore reefs (1990—lost 65 percent of one

---

[31]The EEZ consists of those areas adjoining the territorial sea of the United States, the Commonwealth of Puerto Rico, the Commonwealth of the Northern Mariana Islands, and United States overseas territories and possessions. The outer boundary of the EEZ extends 200 nautical miles from the U.S. coastline.

[32]Approved in the Water Resources Development Act of 2000, the Comprehensive Everglades Restoration Plan provides a framework and guide to restore, protect, and preserve the water resources of central and southern Florida, including the Everglades.

species, the Fire Coral), which are more resistant to bleaching, have started to bleach. In 2005-2006, the Virgin Islands National Park lost one-half of its live coral cover to bleaching and disease. Sea surface temperatures drive coral bleaching. Dissolved oxygen and light are also important. Higher metabolic rates, lower oxygen levels, and greater stratification are all related to temperature. Lack of wind, combined with the previous issues, results in large problems with bleaching. The Florida Keys and U.S. Virgin Islands reefs would provide a good case study for this issue.

Panel members provided the following examples of potential effects of the previous list on the value of federal lands:

- Economic impact—cultural and historical value—impact on Alaska coastal societies and subsistence-based societies

- Fisheries lost—subsistence economies, recreational economy, and major component

- Outdoor recreation activities (approximately $5 billion in National Wildlife Refuges alone) will be impacted. Much due to waterfowl hunting. Some of these species will be impacted.

- Coastal parks—75 million visits per year; $2.5 billion in revenues and 57,500 jobs generated for local economies.

- Florida Keys—4 million visitors per year, resulting in 14.3 million visitor days. Visitors to the Keys spend $1.2 billion dollars directly while visiting. The Keys are dependent on snorkeling, scuba diving, and fishing ($50-$70 million worth of seafood, totally dependent on a healthy coral reef system).

- Not limited to subsistence communities. Apalachicola Bay provides 70 percent of the oysters from Florida. The economy is dominated by oyster production, but now the economy is shifting to retirees and housing developments. Harmful algae blooms and toxins can limit fisheries as well as coastal development.

- According to the Department of Labor's National Ocean Economics Program, the United States' coast accounts for more than 60 percent of the Gross National Product. State-level data about this topic are

Appendix III
Climate Change and Federal Lands Workshop
Proceedings, November 2 and 3, 2006

expected to be released (California and Florida also have studies). Coasts drive the economy of coastal states.

- The U.S. Army Corps of Engineers spends significant amounts of money on federal activities in coastal areas. If federal activities in these areas are factored in, they have a huge multiplier to economic and resource effects. Between the Corps and the Department of Transportation, much money is spent on roads and bridges, etc., so impacts could be great.

- Not all climate-related changes are bad. For example, the Arctic may open up, presenting some economic opportunities in the area. Also, there may be shrimp in the Chesapeake Bay as the ecosystem changes, but pollution problems must be resolved. Change is a given over the next 50 years, regardless of actions in changing greenhouse gas emissions. However, changes in emissions can change the rate and extent of the change. Adaptation is within the realm of influence for some systems.

- General loss of ecological integrity. Degrading ecological integrity. Need to understand paleoclimatic context.

**Forests Ecosystem Workshop Breakout Session Responses**

See Question 2 (Day 2).

**Fresh Waters Ecosystem Workshop Breakout Session Responses**

Participants identified the following potential climate-related effects on this ecosystem:

- Change in public use and visitor patterns

  - An NPS representative said that some park visitation levels, particularly in colder climates, have been restricted by weather conditions, resulting in a "self-selection" of visitors, based on their willingness to participate in water activities in cold water. Climate change is expected to result in a change of visitor patterns and may also result in a wider use of the land's resources and infrastructure. As water temperatures increase, there have been more people using the parks, sometimes in inappropriate or illegal ways. This requires greater enforcement and rescue efforts, and may require more frequent replacement of equipment or a change in infrastructure. Because funding is not related to the number of visitors to a park, the change in visitor patterns may impose an additional stress on park managers. According to one expert commenting after completion of

the workshop, if climate change leads to substantial reduction in the abundance of actively managed species, more-intensive management plans may need to be developed, particularly on those federal lands where consumptive uses are permitted (e.g., wildlife refuges).

- Cultural resources at risk

  - An NPS representative said that NPS may face challenges in preserving many cultural resources that were previously preserved by dry conditions (e.g., archeological resources in the desert) or cold waters (e.g., shipwrecks in the Great Lakes). With warmer conditions and the possibility for increased erosion, cultural resources and landscapes may be at risk of degradation.

- Reduced supply of water during the summer season

  - A representative from the Bureau of Reclamation said that the expected reduced summer season supply of fresh waters (due to earlier and reduced snowmelt volumes), when demand is highest, is likely to be exacerbated by a lower storage capacity in the winter season (due to reservoir flood control rules being adjusted to reserve more space, compensating for elevated snowlines and more of the upstream watershed participating in runoff generation during threshold storm events, according to this expert commenting after completion of the workshop). This will likely cause an increase in the cost of water. Land managers along the Great Lakes region expressed similar concern, saying that lake levels may fall during dry periods, requiring dredging near docks, extending docks, or limiting shipping routes or recreational access to smaller vessels. Whether dredging or limiting the size of ships in the Great Lakes, this is likely to have an adverse economic impact.

- Changed migration corridors

  - As runoff volumes and patterns change, migration corridors may open in some areas and close in others. This migration pattern change may necessitate additional support for local and regional wildlife, such as the introduction of migration corridors. Managers asked fundamental management questions, including whether particular mitigation and adaptation strategies (such as construction of artificial migration corridors) were necessary, and, if so, under what conditions. An FWS manager said that it was important to also

consider the risks associated with implementing particular strategies.

**Grasslands and Shrublands Ecosystem Workshop Breakout Session Responses**

Representatives of four federal land management agencies (BLM, FS, FWS, and NPS) described some of the challenges they face on their land types. The group generally agreed that, because all grassland and shrubland ecosystem types are likely to change, there are going to be cascading effects on public lands. The full group—including participants from the previous day's discussion on impacts—further agreed on some management-related issues that apply across all agencies and developed the following overarching statement:

- Because all of these ecosystems will change, and there will be cascading effects for all major land management agencies, there are several issues of concern: (1) managers of individual management units need to recognize that the entire system is vulnerable to vegetation change, (2) increased coordination and strategic planning across isolated units are needed to increase management effectiveness and minimize ecosystem/species losses due to climate change, (3) agencies need additional resources to address these issues, and (4) agencies need an overall mandate and a coordinated approach to address the climate change issue.

In addition, the group noted the following:

- Agencies cannot easily process new information due to current bureaucratic structures. (They lack the agility to adapt quickly to new scientific information.) Climate change will most affect federal lands and these lands will be the reservoirs containing the species that will populate the earth in the future. However, climate change is currently not a priority in agencies that manage the federal lands.

The following is a summary of some of the specific concerns identified by representatives of BLM, FS, FWS, and NPS with respect to the types of units they manage:

BLM:

- Land cover conversions are occurring as a result of wildfire in the Great Basin. The challenge is to reestablish sagebrush cover, which is very difficult to do, but these cover types are critical from a habitat and species management perspective. (The same thing is also occurring in

the Mojave and Sonoran Deserts, which are losing native cover after high-intensity wildfires, with the invasion of red brome.)[33] (Note: An NPS representative pointed out that this is also true for NPS.)

- Water cycles and managing water resources on the rangelands are issues of concern for BLM. Things are changing, but it is unclear exactly how, and it is unclear how changes in precipitation will affect water resources and the habitats dependent on them. (Note: An NPS representative pointed out that this is also true for NPS.)

- Riparian areas are important on BLM lands, as they represent critical habitats and water sources for both commercial livestock and wildlife.[34] Small shifts in temperature and precipitation may cause these riparian habitats to be lost. (Note: An NPS representative pointed out that this is also true for NPS.)

- A key BLM task, the allocation of forage resources among wildlife, livestock, and watershed needs, may need to change if resources are changing (i.e., if temperature and precipitation patterns change). To date, BLM has not managed with this possibility in mind.

- The National Environmental Policy Act (NEPA) and litigation are major concerns for BLM. Environmental organizations are attacking BLM on how it is dealing with climate change, but climate is not on the radar screen as a policy issue for BLM or other agencies. Paradigm and cultural changes are needed for agencies to be able to manage and think about climate change; agencies need to develop processes to adapt. (Note: An NPS representative pointed out that this is also true for NPS.)

- If climate warms, fires may become more frequent on areas that have not historically burned except for in very exceptional years. This will present challenges for postfire reclamation. (Note: An NPS representative pointed out that this is also true for NPS.)

---

[33]Red brome is a nonnative annual grass that flourishes in warm climates. It competes with other grasses and displaces native species. The grass sprouts early in the spring, grows quickly, and dies, leaving a dense carpet of dry grass that carries fire.

[34]Riparian areas are those on the bank of a natural watercourse, such as a river, or sometimes a lake or tidewater.

- BLM does not manage landscapes. Rather, it manages smaller planning units and site-specific activities. The agency needs new strategies to manage on a landscape basis, especially in light of climate change. For example, BLM should start looking regionally at habitat types, fragmentation of habitats, and changes in cover types. A large-scale vegetation map is needed. (Note: An NPS representative pointed out that this is also true for NPS.)

FS:

- Managing habitat under severe drought conditions will be a challenge. If droughts become more severe, how should FS manage national grasslands? How should FS manage for changes in species and habitats (e.g., sage grouse, other birds, mammals, etc.)?

- Reduction and loss of wooded habitats—including, to name a few, juniper woodlands, pine woodlands, green ash, and cottonwood flood plains—is a concern.

- The ESA obligates federal land management agencies to prevent loss of species, yet species will inevitably shift due to climate change. The question arises as to how to meet the intent of the ESA while also managing for the shift in species. (If the FS mandate is to recover an endangered species, but the systems that support that species no longer exist, what do we do?)

- Climate change represents a moving target: What are we managing toward, given that the historical policy has been to manage for the status quo (i.e., policy to manage for pre-European habitats, mandates to manage for native species)?

- Invasive species will be a major issue, particularly invasive cheatgrass and invading bromes.

- Better regional models and multiple scenarios are needed to help in the decision-making process.

FWS:

- Some rare prairie and savanna types are being lost at a rapid rate. For example, oak barrens at the northern edge of the United States are a type of dry savanna that is critical for certain threatened and

endangered species that are being lost. Some of these oak barrens support threatened and endangered species—such as the Karner blue butterfly, for example, which is dependent upon lupine, a plant species that grows in the barrens.

• Phenological relationships may be threatened, especially C3 and C4 plant species composition and relationships and all fauna—both vertebrates and invertebrates—that are associated with them.

• Species currently on the edge of the range in which they can survive may become important as future "last survivors" of their species. This is an issue in the dry areas of the tallgrass region, for example. New areas may become the main part of the range. As temperature or water availability changes, favorable habitat may shift from one geographic area to another. For a nonmobile species, such as plants or certain invertebrates, rare outholdings may serve as sources for repopulation if new areas become favorable to its growth. For example, a species in a warm, moist area of midwestern grassland that is becoming hot and dry may cease to exist where it was previously most common. A small population existing in a cooler area with a shorter growing season in suboptimal conditions for the species may become the main part of the range if that area becomes warmer, with an extended growing season.

• Riparian areas may be threatened as a result of both drought and temperature increases. This could have implications for certain species, such as sandhill and whooping cranes, for which water habitats are important for migration. "Funneling points" where birds congregate prior to migration may disappear.

• Lowland oak savannas (rare ecosystem) that occur in oxbows (a bend in a river) and wet areas will be threatened if water disappears or if the timing of water changes (e.g., if snowmelts come earlier). Timing, frequency, and intensity of wildfires may also threaten these savannas as the environment becomes drier.

• Sedge meadows (wet areas partially covered by water) and fens (rare communities with upwellings of water and certain pH levels) may be vulnerable. (Note: An NPS representative pointed out that this is also true for NPS.)

• Invasive species will become a problem. In particular, there are two kinds of invasives in tallgrass prairie areas: (1) those, such as smooth

brome and sweet clover, that are persistent but can be managed with fire, herbicide, and mechanical means and (2) those, such as *sericia lespedeza* that are specifically difficult to control, due to deep, spreading roots and specific defense systems of the plant. If climate becomes warmer in areas that now have cold winters and extended periods of snow cover, and winters become shorter and warmer, a longer growing season will develop. Invasive species that could not bloom and make seed in shorter growing seasons will be successful in reproducing by seed and will spread rapidly. Intensive control of these species by chemical, mechanical, or biocontrol treatment will be necessary in new areas. (Note: An NPS representative pointed out that this situation is also true for NPS.)

- "Invisible" species (e.g., soil microorganisms, mychorrizal fungi, butterflies, and other invertebrates) that are critical to ecosystem functioning and, in some cases, for crop pollination, may become endangered.[35] (Note: An NPS representative pointed out that this is also true for NPS.)

- Wildland/Urban interface issues may emerge, particularly with respect to fire management. Rising temperatures may be associated with more wildfires, including corn stubble fires that are difficult to put out and that sweep across the landscape. (Incentives in the farm bill encourage increased production of corn, so this may be a greater issue in the future.) There are also more houses in the danger zone. (Note: An NPS representative pointed out that this is also true for NPS.)

- It is very difficult for organizations and bureaucracies to cope with climate change, since these bureaucracies are driven by so many competing interests. It will take very strong direction from very high up to get agencies to address climate change. (Note: An NPS representative pointed out that this is also true for NPS.)

- Managers need to be aware of unknowns and cascading effects as a result of thresholds and things of which they are as yet unaware. They cannot manage for these things. (Note: An NPS representative pointed out that this is also true for NPS.)

---

[35]Mychorrizal fungi live in and around the roots of most plants, serving as a secondary root system. Mychorrizae extract mineral elements and water for their host plants and live off the plants' sugars. They may confer increased resistance to pathogens to the plants' roots.

**Appendix III**
**Climate Change and Federal Lands Workshop**
**Proceedings, November 2 and 3, 2006**

- The skills and abilities to reconstruct natural systems need to be developed so that buffers can be developed in critical areas for effective connection of land management areas.

- FWS has guidance for many things, such as maintaining biological diversity and integrity, for habitat management planning, and for other issues. However, there is no guidance on how to deal with changing realities, such as those associated with climate change. Current FWS plans assume a steady-state, rather than a dynamic, "moving target" environment. The biological integrity policy directs management for "historic conditions" (i.e., prior to European settlement). It is unclear what FWS will do with refuges whose purposes are no longer functional or if the conditions FWS is managing for are no longer achievable. How should this be addressed in planning? What kinds of lands should FWS be acquiring (or not acquiring)? (Note: An NPS representative pointed out that this is also true for NPS, and that NPS needs a similar translation in planning for climate change.)

- The current FWS approach to addressing climate change is ad hoc and piecemeal. Each region deals with climate change in a different way. There are even differing views at high levels on what the agency should be saying. There is no agencywide assessment of what the agency is going to do regarding current policies and practices. It may be useful to have a systemwide approach to planning, including a plan for strategic land acquisition. Policy development can take years, which means the agencies may not be able to respond in an appropriate time frame. (Note: An NPS representative pointed out that this is also true for NPS.)

- The FWS mandate is to manage for historical landscapes with shrinking budget and staff, but the historical landscape is not what it is going to be in the future. Is money being put into the right places, given expected changes? Is it even possible to save some species? Is some form of triage necessary? What does it mean if a particular refuge's purpose is no longer relevant? (Note: An NPS representative pointed out that this is also true for NPS. Park managers are to "protect for future generations.")

- Lack of baseline data is a key issue; without it, managers do not know what they are losing and how fast. The cost of baseline data is high. Protocols for monitoring are also needed (e.g., for monitoring phenological changes and rate of increases of invasive species). A mechanism for interpretation of these data is necessary for the agency

or for managers to make informed decisions about adaptive management. (Note: An NPS representative pointed out that this is also true for NPS.)

- Managers also need guidance and acquisition policies to maintain connectivity among different public lands (i.e., FWS needs acquisition policies to maintain connections and corridors between parcels that have been separated by agriculture, etc). Again, this speaks to the need for a cohesive land acquisition strategy that reflects climate change projections. (Note: An NPS representative pointed out that this is also true for NPS. While NPS may not need to acquire more land, it may need to investigate options for providing corridors for species movement and connectivity.)

- FWS is also unprepared for the increasing pressures of using federal lands for other things, such as wind energy, bioenergy, pressure for water storage, competition for water use, and development of oil and gas resources. There will be pressure to put these installations on different public lands (FWS, BLM, and FS). A push to put things on private land may still affect refuges because animals that migrate through would be affected. (Note: An NPS representative pointed out that pressure from development is also an issue for NPS, although it is easier for NPS to say "no" than it is for FWS.)

NPS:

- The NPS management policies address individual issues, but the agency has no explicit guidance on climate change, except that NPS "can't change the weather" (i.e., practice cloud-seeding.) The Park Service's Organic Act, which created NPS and defines its mission, is very general. There is no mention in the act of ecosystems or climate change; the guidance to protect resources is implied.

- Because guidance in the Organic Act is implied, different managers have different ideas on how to interpret the Park Service's Organic Act with respect to climate change, since the act, which was created in the early part of the 20th century, does not explicitly address climate change. Therefore, some managers will attempt to address climate-related issues, and others will not. In addition, each individual park has enabling legislation that gives additional guidance along with the Organic Act. Thus, each park has its own set of mandates based on the type of park, and there is no single, coordinated approach. The public approval

process is also inconsistent. For example, if climate change is mentioned in the course of the public comment process for park general management plans, NPS addresses the issue. However, if it is not brought up, it is not addressed.

- Since federal lands are not contiguous, and there is development between habitat corridors, agencies could cooperate more, particularly with respect to planning corridors for endangered species. The Cooperative Ecosystem Study Unit (CESU) is an existing tool that has not been fully utilized but could be utilized to conduct regional-scale, cross-ownership boundary climate change effects.[36]

- More adaptation is needed in the national parks. Planners should be trained to take possible climate change into consideration. However, this may be challenging because every park has different enabling legislation. NPS currently sponsors a Climate-Friendly Parks initiative with the Environmental Protection Agency. The goal of the initiative is to educate park personnel so they can educate the public. Emissions inventories are conducted for member parks and included in Environmental Management Systems (EMS).[37] The focus is on greenhouse gas emissions mitigation, not necessarily adaptation, although bigger culverts have been suggested for under the Going-to-the-Sun Road at Glacier National Park to accommodate waters resulting from faster, more concentrated melting of snow or ice, and NPS has built portable bathhouses on some barrier islands where severe storms and flooding are problems. Also, the Cape Hatteras Lighthouse was moved in response to rising sea levels. (At the time, they called it merely "coastal erosion, but it is also a result of sea level rise, a climate change effect.)

---

[36]The CESU is a federal partnership between 13 federal agencies and various universities. The universities sign on to be CESUs by region and get funding from agencies. Agencies agree to work together toward common needs and sign agreements with universities for research, technical support, and outreach.

[37]An EMS is a set of processes and practices that enable an organization to reduce its environmental impacts and increase its operating efficiency.

| | |
|---|---|
| Question 2 | **What are the challenges, constraints, and limitations associated with adapting to the effects of climate change for this type of federal land?** |
| Coasts and Oceans Ecosystem Workshop Breakout Session Responses | Panel members discussed multiple challenges facing land managers in the coasts and oceans ecosystem in adapting to the effects of climate change. Panel members gave the following examples of challenges based on management guidance, planning processes, and other general challenges and constraints: |

Management Guidance:

- Wildlife refuges: Created under a variety of acts and executive orders. Some refuges have their own enabling legislation. The Refuge Improvement Act is one recent example in the system history that looks beyond certain species in a more holistic manner. Refuges often have no specific guidance. This issue is being raised more often in the planning process. FWS briefing statements for next 5 or 6 years, address certain places. There are rapidly developing models to project sea level rise. Also have increased consideration of climate change in land acquisition processes. This is driven by managers and planners. $20-$50 million per year for land acquisition, trying to shift paradigm inland and upland in general to catch transition zones to accommodate marsh migration. Little support from political leadership to address these issues comprehensively. No leadership example set in agencies to sit down or even use specific terms in political statements.

- Marine sanctuaries: No formal guidance, but open to talking about climate change if there are quantifiable data.

- NPS: No specific climate change-related guidance, but must base decisions on best available science. This is based on statutory guidance in the Thomas Bill.[38]

- Common theme: Guidance is bottom up, not top down. It mainly comes from constituents through the planning process.

---

[38]National Parks Omnibus Management Act of 1998.

Planning Process:

- Wildlife refuges: The public is starting to call for consideration of climate change in the planning process. Comprehensive Conservation Plans (CCP)—have started to address climate change impacts in more recent plans.[39]

- Climate change vulnerability issues have begun to get consideration in some planning efforts. For example, collaborating with state agencies to redefine the purposes of shellfish leasing from harvesting to conservation and buying commercial fishing licenses.

- Marine sanctuaries: Management plans are being rewritten. Each sanctuary has advisory councils that bring up concerns. Climate change has been a driving factor in the Florida Keys since the early 1990s. This process is bottom up.

- In general, the planning process is midlevel or below in the federal government—bottom-up guidance is driven by constituents. The states are taking the lead in some cases (e.g., California).

Challenges and Constraints:

- Some federal lands have static boundaries and, in some cases, very specific purposes. This limits management options.

- Global changes and local impacts: On a local scale, managing particular units, not a lot of control over the big drivers. Certain changes will happen, such as temperature increase. Local action is needed to manage these impacts. With big climate changes out of management control, managers have responsibility and jurisdiction to control the local factors that they can potentially influence. Need to look at local management regimes in light of climate change. New options need to be examined, such as buying upstream land or establishing local planning boards.

---

[39]Under the National Wildlife Refuge System Improvement Act of 1997 (Refuge Improvement Act), all national wildlife refuges are required to develop a CCP, which is a document that provides a framework for guiding refuge management decisions.

Appendix III
Climate Change and Federal Lands Workshop
Proceedings, November 2 and 3, 2006

- Dollar limitations: FWS land acquisition dollars have declined from about $125 million in 1999 to $10 million more recently. This impacts the ability of FWS to manage the lands it has, let alone buy additional lands. Furthermore, the agency is spending more on current holdings to expand and adjust.

- Preserving ecosystem values and services: One way to do this is to build resiliency into current holdings by protecting areas that are minimally impacted, and to identify additional lands—resources that are not federally controlled, but that can be influenced through federal interaction with other landholders.

- Institutional: There is a lack of top-down leadership. The federal legislative branch has the opportunity to take the leadership role and fill the vacuum. There are also impediments within agencies. Management impediments exist between field and higher-level leadership (if any higher-level leadership exists). Conflicting agency missions—different agencies have different missions. Some agencies focus on conservation, others extraction.

- Education and public buy-in (climate literacy): Most people do not understand the long-term nature of climate and think it is too complex to understand. When they see the "debate" they do not understand the fundamentals and think there is actually uncertainty regarding whether climate change exists. This does not reflect scientific consensus. Within the scientific community, there is no debate over the reality of climate change and its human cause. The climate change issue is not on the public agenda. This issue needs to be posed by showing its impact on the economy and everyday activities. Coastal community resilience indicators and self-assessment tools are being developed to assist coastal communities to plan for impacts. Remarkable recent change in public awareness of climate change has occurred in some areas, but other areas do not have much public enthusiasm about climate change. There is an EPA study about perception, discontinuous appreciation of the issue after Hurricane Katrina. People perceive that Katrina was associated with climate change. This has recently led to a much greater appreciation of climate change.

- Lack of information: The Thomas Bill requires NPS to manage resources using the best available science. Established inventory and monitoring networks are based on bioregions. Models and indicators are needed to track ecology. Climate is playing a role. Local- and regional-scale

modeling of specific ecosystems, not artificial boundaries, is important and necessary to plan appropriately. Barriers also exist with state, local, and other land-use management agencies. When the information is available, it is easier to designate protected areas and preserve ecosystems. To demonstrate performance of reserves, more information on the functioning of systems and species connectivity and better understanding of other stressors, such as bleaching and disease, are needed. Is leadership paying attention to the information available?

- Shift from historic paradigm to looking to the future: For example, should money be spent on prescribed burning to preserve pine rockland that will not exist in 50 years? It is important to set up a system for future managers.

- Scientific debate (endless debate after science has been established as well): Gives decision makers a reason not to make a decision. Adaptive management needs to take over—needs to move with the majority of scientists, both at the management and leadership levels. For example, out of 928 papers, none disagreed with IPCC's assessment. Scientific debate is over; however, public debate is ongoing.

- Setting aside protected areas conflicts with economic goals: For example, fishery extraction is limited or prohibited in protected areas, just as timber extraction is prohibited on some terrestrial protected areas. This raises two questions: Is there an ecological limit to the production and consumption of goods and services? Is there a conflict between increasing production and consumption of goods and services (i.e., economic growth) and ecological health? If so, then protected areas and conservation lands will be encroached upon or degraded as long as economic growth ensues. This implies that biological conservation and environmental protection entails macroeconomic policy reform.

- Economy is primarily driven by fossil fuels: With fossil fuel combustion constituting the primary source of greenhouse gases, and with an economy that is 85 percent fossil-fueled, ceteris paribus, economic growth entails more global warming. Does the goal of economic growth trump the need for a stabilized climate? Does the pursuit of economic growth, which imperils the stability of global climate, likewise imperil future economic prospects?

- Need for an integrated approach: Climate change, land-based sources of pollution, habitat and hydrologic alteration, invasive species, and overfishing are the major management challenges. There is a need for integrated approaches to deal with all of these challenges. EPA completed a relative risk analysis of stressors across the country and came up with the previous factors, plus invasive species, as management challenges.

- Burden of proof to take actions: The burden is on federal land managers to prove that conservation areas work. Land managers are constantly defending themselves against consumer groups. For example, protected areas are important to sustain fish harvests. Marine reserves and limiting the taking of species ("takes") can help. In the tropics, this is much more important to demonstrate that the reserves work. In temperate and higher latitude areas, marine reserves and limiting takes do not always work because of differences in ecosystem functions due to highly mobile fish species. In tropical areas, fish are there because of the reefs. On other fishing grounds, fish are mobile; but some reserves have worked. This is known as spatial nature. In tropical areas, fish are site-attached.

- Conflict between federal and state water management: About 85 percent of existing protected waters are state waters. If resource managers can agree on commonly held conservation goals, needs, priorities, and threats, they will have more commonalities than differences: Oceans are connected. We need to transcend administrative authority barriers. All share the same threats and issues. If these were drivers of debate, jurisdictional authority issues would go by the wayside.

- Ocean/Land interface: Improve management of land-based resources as they relate to the coasts (coastal watersheds). Need to maintain critical streamflows for anadromous fisheries (e.g., Sacramento River National Wildlife Refuge for Chinook and Coastal Alaska).

**Forests Ecosystem Workshop Breakout Session Responses**

Forests ecosystem workshop participants from FWS, FS, and NPS identified the following management challenges and constraints:

FWS:

- Climate change will demand a paradigm shift on how FWS approaches its mission—essentially, species conservation/preservation—due to paradigm shifts in climate regime and the related impacts on species.

- The 1997 Refuge Improvement Act directs the National Wildlife Refuge System to "ensure that the biological integrity, diversity, and environmental health are maintained for the benefit of present and future generations of Americans." The impacts of climate change will impose an enormous burden on the National Wildlife Refuge System, depending on how "biological integrity, diversity, and environmental health" are interpreted.

- Examples of unprecedented change abound in the Kenai National Wildlife Refuge, Alaska, including anomalies related to fire events, glacial retreat, tree line rise, wetland decrease, species shifts, and insect infestations.[40] Other wildlife refuges may face similarly unpredictable or unexpected disturbances, so managers may need to make preparations/plans on the basis of assumptions that are fundamentally different from the past. The appropriate document for managers to develop would be a CCP.

- Many National Wildlife Refuges and Waterfowl Management Areas are inherently at risk due to small size, sensitivity (many are wetlands), and location (i.e., coastal).

FS:

- There will be a need to revisit assumptions about regeneration, management, and system resetting activities.

- Climate change will require a reexamination of the multitude of fragile partnerships developed for the protection/preservation of land use (e.g., the Northwest Partnership to secure viability of spotted owl habitat was hindered by massive fire damage).

- Climate change will require managers to work beyond administrative borders, so arrangements that encourage groups and organizations to come together are needed.

- The body of legislation that regulates day-to-day management was developed in the social context of the 1970s. Managers today are still

---

[40]Tree line—the point at which forest vegetation begins to shift from nontree species to tree species.

bound to backward-looking viewpoints, while climate change issues loom tomorrow.

- Of the major ongoing fire management activities, some are not being developed with climate change or long-term monitoring in mind. For example, LANDFIRE, an interagency project generated by the 2000 National Fire Plan, does not address monitoring effectively and does not incorporate the concepts of climate change.

NPS:

- Climate change may cause NPS to reexamine its role in view of its fundamental mission, which in part involves "conserving wildlife and historic objects for future generations."

- Climate change will affect the ability of NPS to fulfill its mandate to preserve certain species, which may not be able to migrate away and, therefore, will face die-off.

- Climate change will challenge NPS's ability to achieve some broad mission goals, such as maintaining visitation levels and preserving cultural resources, in view of increased climate variability, such as storms, floods, fires, and extreme heat and cold.

- Climate change will challenge NPS's ability to manage insect outbreaks and invasive species events.

Common Challenges:

- Federal land systems are fixed on the landscape, while climate has no boundaries, posing challenges for managing an administrative unit that does not move with the climate.

- In some cases, policies and laws, geared toward responding to events as they occur, constrain the ability of managers to incorporate anticipated events into planning and to incorporate climate change within the context of natural diversity.

- Managers lack risk assessment or approaches that allow for the inclusion of climate change and demographic change in planning activities.

- Political pressure to do something, regardless of whether it is likely to be effective in reducing the actual risk or whether it was appropriate for that system, can be a challenge.

- Defining "natural variability" by looking at snapshots of the past is not appropriate; regardless, the future will be different, whether it is considered "natural" or not; no accurate predictions exist; and preparing for the future in the face of this uncertainty is challenging.

- Climate change effects will exacerbate other environmental stresses and already existing problems.

- There is some degree of disconnect about the nature of agencies' mandates with respect to climate change and, accordingly, differences in the interpretation and implementation of such guidance at the management level.

- Managers operate in an administrative environment that is highly fragmented. Stakeholders include FS as well as landowners, state agencies, and industry. Climate change effects span large areas, creating problems that defy remedy along administrative lines. No one has all the information, which punctuates the importance of having infrastructure in place to develop a shared vision of issues and solutions.

- The social interface between research and management is lacking. For example, social factors play an important role in determining which fires are suppressed and which are not. Although researchers may provide rational, scientifically based recommendations to managers, legal and social constraints may take precedence.

**Fresh Waters Ecosystem Workshop Breakout Session Responses**

fresh waters ecosystem workshop participants identified the following management challenges and constraints:

- Various water rights laws create problems.

  - According to a USGS scientist, certain western water allocations and rights were established during a relatively wet period in the history of the United States (the wettest 15-year period in the history of the United States). As water resources become scarce, and competing demands increase, NPS and FWS land managers face pressure regarding use of water resources, and several of the land managers expressed concern over whether enough water resources would be

set aside for ecosystem functions. An FWS land manager said that the agency has a very limited ability to convincingly state water requirements to protect fish habitat and aquatic ecosystems. Land managers believed that competing demands for water resources are largest in areas of rapid development, such as Las Vegas, Nevada. Other water-stressed areas include groundwater reserves under parts of Nebraska and Kansas. Land managers believed that a collaborative effort to equitably assign water rights was necessary, otherwise public lands would suffer. Some suggested that the Congress should reassess the mandates regarding water allocation.

- A USGS representative said that it will be increasingly difficult to obtain hydrologic information from USGS because funding for the agency's stream gauging network and hydrological data is being eliminated. According to the USGS representative commenting after completion of the workshop, many core monitoring efforts are being reduced unless USGS can find funding through other, nonagency budget means. A NPS representative believed that the eastern United States already faces water challenges, and that human demand for water puts added strain on eastern aquatic ecosystems.

In addition to complexities associated with various water laws and a dearth of hydrologic data, managers face reduced management options if interrelated water supply systems are affected, and increased complexity regarding mitigation of protracted droughts or reservoir spills.

- Organic Acts and some statutory requirements are explicitly vague.

  - NPS is asked to manage land such that it is "unimpaired for the enjoyment of future generations," and FS is required to manage in order to maintain "favorable conditions of flow." An FS scientist explained that it is difficult to manage flow regimes with respect to a historic range or variability because of the added stress associated with climate change and increased demand for water resources. Many land managers believed that the mandates are vaguely written and not specific to ecological preservation. An FWS land manager said that land managers react based on statutory requirements, which presumably reflect human societal values; however, other land managers believed that the general public and the Congress do not have a clear understanding of the purpose of the federal lands.

- Management planning horizons and climate change are on different timescales.

  - NPS and FWS officials said that planning can be difficult with so much uncertainty about future climate conditions. Accountability structures that have emerged over the past decade are very short term in nature. For example, land managers are typically accountable for things on a year-to-year time frame, and "long-term" planning horizons are commonly just 10 to 15 years. An FWS land manager explained that he is required to create a general management plan on a 15-year planning horizon, which he believed was too short for incorporating management practices for addressing long-term climate change, although he also believed that decisions beyond the 10- to 15-year time frame would be very speculative. An NPS superintendent suggested that management plans may help address this timing issue by including a section on long-range issues expected beyond the time frame of the plan. For example, long-term planning in coastal areas will need to consider rising sea levels, and consider whether the management decisions being made today are also relevant for the future. This will require adaptability and will require that each management agency consider how climate change may affect its mission in the long term.

- Land management has historically been intuitive.

  - Because climate is expected to change more rapidly than in the past, managers will have a difficult time making assumptions about future conditions to justify anticipatory land management practices, and any assumptions will have to be justifiable. Managers believed that land management has historically been intuitive, and they expressed concern over their ability to react quickly if they were to reach a threshold and experience a relatively quick, dramatic change. Land managers cited the example of the whooping crane, whose population decreased to such a low level in the past that FWS had to embark on an intensive program of management. The agency is improving models to help determine continental population objectives to help make management decisions.

- Political hazards are associated with discussing climate change.

  - Land managers and scientists believed that it is not politically profitable to talk about climate change. An FWS representative said

that climate change impacts are not explicitly addressed in agency strategic plans, but may occur at a unit level, for example in the Kenai or Blackwater National Wildlife Refuges' management plans. An NPS representative agreed, saying that the agency may discuss "sea level rise" rather than referring directly to climate change. NPS has decided to talk about the effect of climate change, such as the sustainability of parks, and has implemented programs, such as "Climate Friendly Parks," to mitigate those effects.

Participants generally stated that land managers have to accept the notion of climate change in order to develop a recovery plan. For example, regarding the polar bear, land managers must decide whether to list the species under the ESA, based on what is likely to happen to the species as a result of climate change.

## Grasslands and Shrublands Ecosystem Workshop Breakout Session

Grasslands and shrublands ecosystem workshop participants identified the following management challenges and constraints:

BLM:

- BLM does not have any policy from the national office to the field offices on dealing with climate change. The only offices that are having to address climate-related issues are probably in Alaska, dealing with NEPA environmental impact statements on oil and gas leases. (Note: An NPS representative pointed out that this is also true for NPS.)

- A possible entree for bringing up climate change might be through updates of the agency's planning guidance. BLM-wide monitoring policy might be another way to address for climate change, even though climate change is not mentioned directly in those documents. (Note: An NPS representative pointed out that this is also true for NPS.)

- BLM field offices address their situation with respect to current climate conditions. However, they are trying to weave in some flexibility through the concept of adaptive management so decisions can be adjusted in response to changing conditions. It might be possible to use scenario-building, in which the agency looks at different scenarios to help prepare for various possible outcomes. However, BLM does not have much predictive modeling capability, although it might be possible to contract with universities (or use the CESU tool) to acquire this expertise. (Note: An NPS representative pointed out that this is also true for NPS.)

- BLM has been involved in seed-banking for about 5 or 6 years through its fire rehab program. The agency collects native seeds for this purpose, and some of the seeds go to a botanical garden for storage.[41]

FS:

- There is no real direction trickling down of guidance from the FS Chief's level. FS talks about sustainability but does not discuss climate change per se.

- One of the barriers to managing for climate change on national grasslands is that some FS lands are intermingled with private or state lands. Therefore, even if FS buys off on climate change, it is necessary to have the private landowners on board and in agreement. Being able to manage a system with the fragmented ownership and landscapes is a challenge; it is difficult to impart an understanding of what climate change means to private landowners and having them believe it.

- The way the public involvement process works on multiple-use federal lands can really complicate discussions like adaptive management. There is a general mistrust in some circles of FS use of the adaptive management concept.

- Another challenge is that the process for planning is outpaced by the speed of scientific information coming in. Science is coming down the pike faster than it can be processed. The agency will start its planning process, and new information will come in that cannot be addressed because the planning process will not allow for it.

- Land management planning is complicated by this country's litigious society. Certain groups are able to obtain scientific information and sue the agency for taking or not taking certain actions; these groups can sue quicker than an agency can incorporate new science.

- FS may recognize that climate change is important, but the agency does not see it as urgent. A demonstration of urgency might make the agency view the issue as a priority.

---

[41]FWS and FS officials at the grasslands and shrublands workshop breakout session generally concurred with the BLM points made in this section.

FWS:

- Lack of staff and funding and the overall downward trend in support for conservation make it difficult for FWS managers to even maintain the status quo in terms of the work that needs to be done. (Note: An NPS representative pointed out that this is also true for NPS.)

- Seed-banking could be one adaptation option, but presently there is no direction from supervisors to do it. (Note: An NPS representative pointed out that this is also true for NPS.)

## Question 3

**What land management practices or approaches to planning may be considered when responding to the effects of climate change?**

Coasts and Oceans Ecosystem Workshop Breakout Session Responses

Panel members provided examples of steps that can be taken in land management planning that are important to consider in order to better respond to the effects of climate change:

- Planning for resilience on a large scale: Set relatively undisturbed areas aside to limit impacts. Identify more resilient communities to help preserve them for the future. Marine reserves are a promising management tool for adapting to climate change by managing for resilience. Remove the effects of fishing as a stressor. For example, Australia set aside one-third of reefs as protected areas. Showcase Marine Protected Areas[42] that are multiagency (state and federal) state partnerships as "poster children" to decision makers. Such partnerships can demonstrate the effects of reserves.

- Best practices: National Association of Counties, etc., to adopt best practices for lands management. Look at the past and the future. Prioritize investment of resources on habitats that may be impacted in the future. Consider the past, but plan for the future.

---

[42]A Marine Protected Area is any area of the marine environment that has been reserved by federal, state, tribal, territorial, or local laws or regulations to provide lasting protection for part or all of the natural and cultural resources therein.

- Needed: A coastal manager's guide to climate change similar to *A Reef Manager's Guide to Coral Bleaching*,[43] a 2006 report on ways that local managers can help make coral systems more resilient to manage stresses during bleaching events and plan for future bleaching events. Workshops and training courses are in development. Managers need a coastal land manager's guide and training course for how to plan for, adapt to, and mitigate climate change on federal holdings.

- National Estuarine Research Reserve Conceptual Models: Climate change is important, but not the only thing that is important. Climate change creates multiple stressors, but other stressors also affect the coastal system. Emphasize cumulative stressors within the ecosystem management context. Plan needs to be in context with other stressors. Integrate watershed-level planning with coastal management adaptation.

- Manage fishing and its impacts on marine and coastal environments

- ESA critical habitat designations: Can prevent extinctions and provides land acquisition authority for the National Wildlife Refuge System.

- Legislation to create refuges: Use the following as a model to protect marine areas: wildlife (ecosystem services) first, wildlife-dependent public uses, where appropriate, based on compatibility assessments. Using the management paradigm of limiting fishes in order to limit commercial harvests. Other agencies have different missions. Need regional demonstration projects.

- Natural capital banking: Optimize the ratio of natural capital existing in a state of ecological integrity to the ratio of manufactured capital and consumer goods that flow from the stock of natural capital. Create a balanced account to optimize the public welfare. What about things that cannot easily be measured economically? Resource economists are working on this—need improved methodologies for valuing ecological services.

- Cooperative conservation approach: Beyond government jurisdiction— adopt a seamless approach for managing coastal zones and marine

---

[43]Paul Marshall and Heidi Schuttenberg, *A Reef Manager's Guide to Coral Bleaching* (Townsville, Australia: Great Barrier Reef Marine Park Authority, 2006).

waters that allows for adaptation to climate change (migration, etc.). Need to include public, private landowners, and interested constituents. Manage the greater ecosystem. Also need this approach for monitoring programs.

- Restore hydrology and wetlands functioning: This can be done, for example, by constructing weirs (small dams) and increasing the land's capacity to adapt to changes. Learn about anticipated future conditions and build/remove infrastructure as necessary. Remove ditches, roads, etc., as necessary. "Retreat" (i.e., moving man-made structures) is an option.

- Change incentives for building in high-risk areas, for example, by mapping erosion zones. Higher resolution coastal mapping of flood, erosion, other high-risk zones. Offer tax incentives for conservation easements or to move to different areas? In North Carolina, people can be reimbursed for destroyed coastal property, but the property will then be placed in public hands. Rolling easements (past example: Upton-Jones Amendment).[44] In Louisiana, the Federal Emergency Management Agency has provided funds to wetland mitigation projects for storm protection. This program should be expanded beyond wetlands. Mitigation pays 4:1 across the country, but 7:1 in coastal areas. The cost of adapting now would be less than paying later.

  - There is a tremendous lack of investment in adaptation at this time, but investment in the future may change this ratio. We may not be able to spend our way out of this problem.

- Florida coastal control line: Line drawn around the boundaries where overwash is expected. Setback lines in combination with building requirements and permitting in areas at risk. For example, the Maryland Critical Areas Act is intended to stop eutrophication of the bay with setbacks, but serves a similar purpose. These concepts should be enhanced using scientifically based lines.

---

[44]The Upton-Jones Amendment to the Housing and Community Development Act of 1987 amended the National Flood Insurance Act of 1968 to provide insurance benefits to structures in imminent danger of collapse due to coastal erosion or undermining caused by waves or water levels exceeding cyclical levels. The program had limited impact, and the Upton-Jones Amendment was repealed in 1994.

- Florida water management districts: Management boundaries are based on watershed boundaries. These districts have taxation authority. Boundaries are contiguous with natural boundaries, allowing the districts to address watershed-scale issues.

- United Kingdom Climate Impacts Program: Good model for what can be done at a national and local level to enhance adaptive capacity. This program provides a Web site (http://www.ukcip.org.uk/) and a monthly newsletter, and each political subdivision in the United Kingdom has a devoted team to help people adapt in all sectors. One potential suggestion to the Congress: Create a Climate Impacts Office, which would be distinct from Climate Change Science Program and the Climate Change Technology Program, and create a climate change extension program in every county.

- Coastal Barriers Resources Act: Private lands are demarcated as relatively immune to development. Delivery of the program is problematic due to top-down approach. This is a half-hearted fix to the problem.

- Work with insurance and financial industry to construct incentives for mitigation and adaptation. Need to also focus on what could be, not just what has already happened. Also need to include incentives for other coastal areas at risk, including New York, etc.

- Need to build a community of practice. Expand the community of practice, such as local land trusts, and expand influence.

**Forests Ecosystem Workshop Breakout Session Responses**

Workshop participants contributed the following ideas with regard to management options for addressing or mitigating climate change effects:

- A monitoring strategy that is affordable and reflective of some of the key vital signs of forests is needed to inform management decisions.

- One approach is to conduct vulnerability assessments to identify characteristics associated with species loss, and to pay special attention to those species most threatened.

- The Kenai National Wildlife Refuge has launched the Long-Term Ecological Monitoring Program in cooperation with FS's Forest Inventory and Analysis Program, in which vegetation data are coupled with wildlife sampling to produce a spatial explicit, comprehensive

species inventory. The program has already resulted in the identification of new species to science and the modeling of species distributions.

- The Kenai National Wildlife Refuge also helped launched the Alaska Landscape Cumulative Effects Simulator, a stock-and-flow model to which several stakeholders—public, private, and nonprofit agents, and other communities and groups—contribute. The main objective of the simulator is to provide a strategic-level land planning tool by identifying and examining landscape change drivers, including climate change, in the context of other management issues to provide an effective strategic land planning tool.

- What is needed is a national data repository and a separate Bureau of Statistics to provide a holistic portrayal of the status of the landscape. This will facilitate collaboration and address the issue that the sum of local level choices may result in a suboptimal or counterproductive aggregate outcome. In one instance, individual agency actions resulted in threatening the spotted owl in the Pacific Northwest. A holistic view also will address the issue that, although information is abundant, much of it is not comparable or compatible. Some did not agree with this approach.

- While research needs to be conducted iteratively over time to reach a level of certainty, managers need information in real time to make decisions. The needs gap may be closed by using better communication tools.

- FS tools developed for broad-scale application do not have capability at the species level, which managers would like. Developing such high-resolution models should be a research goal.

- One approach to scenario modeling is to use it to convey possibilities to the public, to change expectations and alleviate pressure on land managers, which provides more freedom to make the correct decision.

- The concept of moral hazard, the idea that climate change is inevitable, should not be used as a reason for inaction.

- The question of where to invest resources has been ignored. Should a billion dollars be put toward trying to slow the rate of climate change, fending off its effects, or adapting?

- Five basic management strategies are being submitted for consideration in an upcoming paper: (1) reduce GHGs by sequestering carbon, (2) resist climate change by legislating that the landscape remain as it has been historically (this approach is increasing in cost and is likely doomed to fail), (3) create resilient landscapes that can revert to their previous state after a disturbance, (4) respond to climate change by anticipating change and seizing opportunities, and (5) conduct triage by acknowledging priorities in conservation efforts (this approach would be legislatively challenging).

- There is a need for an agreed-upon suite of indicators that address social, economic, and ecological vital signs of the sustainability of forest lands. The research community can help identify such indicators by leveraging ongoing developmental systems, such as the Sustainable Forest Roundtable process.

- FS is testing a program that utilizes a combination of high-elevation aircraft and helicopters to produce low-cost imagery at a half-a-meter resolution that can be linked to models and indicator systems, thereby providing scalability.

- The nation's satellite system currently is not equipped to improve the problem of out-of-date National Forest land cover information. There is no operational commitment to conduct regular reporting on the actual state of land cover. It will be at least 5 to 7 years before 30-meter resolution data become available.

- Land managers are heavily dependent on technology platforms for information, but as technology changes continuity and reliability become a serious issue; there is a need for better integration of existing inventory monitoring programs that are scaled at the landscape level.

- The Healthy Forest Restoration Act has brought people together to manage fuel treatment strategically, rather than on an acre-by-acre basis.

- An ecological risk assessment framework, in which a desired outcome is identified and trade-offs discussed with stakeholders, is better than a "support-this-but-not-that" triage approach, which limits options and discussion.

**Fresh Waters Ecosystem Workshop Breakout Session Responses**

Land managers had some difficulty in identifying management practices for specifically addressing the effects of climate change. They said they are likely to draw on historic practices, although the frequency of the use of each practice may change. In general, they saw opportunities for public outreach and collaboration across federal agencies.

- Opportunity for public outreach and education

  - Managers of federal lands said that the federal lands with visitor centers provided an opportunity for people to learn about the benefits that protected areas provide to the public. A USGS official said that several USGS employees were told explicitly not to interpret climate trends for the public, but NPS officials said that they had more latitude for public outreach and education as part of the park interpretive experience. The management structure at each park has flexibility to include public outreach efforts, and workshop participants said that each park should take advantage of this. Land managers said that the Congress should mandate that parks incorporate public outreach and education as a low-cost, effective part of management practices. Participants also said that land management agencies should jointly fund facility investments and minimize energy use.

- Use of historic record for planning

  - A scientist from USGS suggested that land managers look at paleostudies, including the National Tree Ring Database, to understand past climate variability and hydrologic responses. Because some ecosystems have already gone through analogous changes as are expected with climate change, land managers can learn from past periods of drought during the past several hundred years. If severe droughts of the past are becoming the "norm" of the future, land managers should address this in management plans. The scientist believed that the historic record may be a better planning tool than current general circulation models, since many of the climate models are poor predictors of precipitation.

- Collaboration among federal land management agencies

  - A representative from NPS said that BLM has fragmented landscapes and migration corridors because of a mandate requiring the agency to expedite energy development. Panelists generally agreed that this

Appendix III
Climate Change and Federal Lands Workshop
Proceedings, November 2 and 3, 2006

could have been avoided, if BLM were required to cooperate with other federal land management agencies as part of the energy development efforts.

- Panelists further identified "economies of scale," including examples where it is more efficient for agencies to work together. They cited the National Interagency Fire Center as a successful model of incident management (e.g., fire suppression).[45] Although an FWS representative said that collaboration among agencies can be inefficient, since agencies have differing missions and priorities. However, the panelists generally agreed that the agencies have some common interests with respect to climate change, which may necessitate the need for fire protection, cooperative snow surveys, groundwater data collection, regional model development, and data collection and dissemination, in general. An FS representative believed that USGS has a clear role to support agencies' need for water resource (hydrology) data, and to coordinate and share information. He believed that USGS was developed to address emerging needs and issues, but this function has recently been outsourced. For example, approximately 28 percent of USGS stream gauges have been eliminated over the past decade, and the current USGS long-term monitoring and research function is a user-pay, client-based system that is less useful than many university-level efforts.

- Panelists generally agreed that monitoring and research functions related to climate change are inherently governmental functions, because of the need for national-scale data that must be beyond the range of a single appropriations cycle or contract period.

- Physically manipulate the environment

  - Although land managers discussed the possibility of physically managing and manipulating an animal habitat to maintain species health in a location where the environment would no longer naturally support the species (presumably due to changed water availability),

---

[45]The National Interagency Fire Center is located in Boise, Idaho, and is a cooperative effort between the following organizations: BLM, the Bureau of Indian Affairs, FS, FWS, the National Association of State Foresters, NPS, the National Weather Service within NOAA, the Office of Aircraft Services within Interior, and the United States Fire Administration.

this option was not viewed as optimal because it may require considerable infrastructure investments.

- Reevaluate the concept of ecological succession

  - Experts believed that climate change impacts will result in species shifts, and may require a paradigm shift in the way that land managers think about and react to invasive species. For example, invasive species in a particular region may become the norm under a new climate regime. When treated as an invasive species, rather than part of natural ecological succession, there is a tendency to make value judgments (based on an ecological response, rate of disturbance, etc.) and fight against the species. Land managers considered what control of invasive species is likely to resemble in the future, and the degree to which managers should continue to manage (against) invasive species. An FS representative believed that land managers need to throw out the idea of what species *should* and *should not* be on a landscape, because the world (of pandemics, microbes, and seed dispersal) is changing faster than any other time in (documented) history.

- Development of adaptive management strategies

  - Managers generally agreed that the current management structure on federal lands does not provide the flexibility needed to mitigate or adapt to climate change impacts. Land management plans generally cover a 10- to 15-year time frame, although some managers considered whether they should also be looking at a 50-year time frame, and how to handle the uncertainty associated with long-term climate effects and planning.

  - FWS managers and others believed that an adaptive, or anticipatory, style of management and decision making would be necessary to reflect learning that takes place over time (e.g., with respect to climate change and ecological responses). This would require managers to state assumptions regarding the future conditions of a system and manage on the basis of those assumptions. The assumptions can later be verified against observational data and used for improving regional models.

  - According to participants, a good adaptive management framework should involve a clear set of assumptions, which are checked against

real, observed situations. For example, if a resource manager must make productive habitat for wintering populations of endangered whooping cranes, he or she should do this on the basis of assumptions of what the landscape will look like 5, 10, and 15 years in the future. Although this style of management is not specifically managing for climate change, it helps an agency meet its mission (i.e., protecting species habitat).

- Some panelists believed that they currently lack a clear understanding of the baseline from which to adapt, because they lack adequate scientific information about their management area. However, they thought it would be useful (to the Congress) if agencies would state their assumptions about what they expect their areas to look like in the future and how that is likely to affect visitation, employment, and economic resources of these areas.

- FWS has a successful adaptive management model for migratory birds that is highly driven by climate considerations, such as the availability and timing of water in prairie pothole regions. An FWS representative said that the model is transferable, and that the agency is moving toward adaptive management in many of its program areas.

- Possible modification of agency mission or management statutes

  - Land managers expressed concern that climate change might present such a large challenge that an agency may face difficulty in fulfilling its mission. They considered ways of incorporating climate change into a management process and believed that agencies may need to consider changing land management practices (FS, NPS) as a potential means of mitigating effects of climate change. For example, FS may consider managing in a way to specifically free up water supplies.

- Build public-private partnerships for environmental stewardship

  - An FWS representative spoke about the possibility for public-private partnerships between federal land managers and private energy companies wanting to purchase carbon credits by planting trees. For example, FWS reforested 3 to 4 million acres in the lower Mississippi valley in the past few years, at the expense of the private sector. This partnership helped FWS to meet its goal of habitat restoration and

provision of a recreation area, and the industry met its goal of carbon sequestration (carbon credits).

**Grasslands and Shrublands Ecosystem Workshop Breakout Session Responses**

The group's responses to this question, in the general order discussed, are below:

- Conduct seed-banking (storing seeds of endangered plant species for later planting).

- Educate agency staff and the public on the significance of federal lands and how climate change might affect these lands (internal and external outreach).

- "Protect what you can"—that is, manage current stresses, such as invasive species, pests, and pathogens, because climate change will only make these worse.

- Analyze and synthesize existing information on the effects of climate change on federal lands in each ecoregion. Make a list of the lands that will likely be impacted by climate change in 25 to 100 years under various kinds of scenarios.

- Improve coordination among land agencies; interconnectivity needs to be explicitly valued where management goals could be combined to ensure sustainability. (Connect smaller land parcels to create a region of a size that enables the resilience of species. Strategic land easements or purchases could create larger corridors.)

- Adopt adaptive management scenario planning (contingency planning) for climate change.

- Quantify the following:

  - the most adverse and significant effects under Question 2, and the effects on the most vulnerable areas identified under Question 4, and

  - the reduction in the flows of goods and services due to climate changes.

- Take action at the highest levels of government to integrate climate change into planning and decision making at all federal land management agencies. Improve coordination among agencies on

management for climate change, leading to a concerted national approach (following the model of the interdepartmental Coral Reef Task Force or the Invasive Species Task Force).[46]

- Conduct baseline inventories of species on federal lands to determine their type and health. Periodically repeat monitoring on a scale that can provide feedback on changes. Have a method of interpretation that can allow managers/decision makers to develop effective land management and connectivity strategies.

- Find a specific and tangible "success story" for each agency that shows that the federal land management community is making progress to help get some traction for the climate change issue.

| Question 4 | **What is the most important type of information (research, monitoring/measurement) needed to better understand, prepare for, and address the effects of climate change? What resources will be needed?** |
|---|---|
| Coasts and Oceans Ecosystem Workshop Breakout Session Responses | Land management panel members agreed with the information needs identified with the scientific panel. See Day 1, Question 5. |
| Forests Ecosystem Workshop Breakout Session Responses | Forests ecosystem workshop participants identified the following as information and/or research needed to better understand and prepare for the potential climate change effects on forest ecosystems: |

- Information related to biology and biogeography of forest pests and pathogens—factors that cause life cycles to accelerate, interactions with natural enemies, and phenology of infestation outbreaks

- Interactions between disturbance events and monitoring of forest establishment after disturbances, especially the potential for forest composition to change substantially

---

[46]The group was probably referring to the Interdepartmental Invasive Species Council established by Executive Order 13112 in 1999.

- Information on water balance, related to temperature-induced drought thresholds

- Remote sensing, especially from LANDSAT and Geostationary Operational Environmental Satellite platforms that provide indicators of seasonal to interannual stress—particularly with regard to fire and other disturbance phenomena—and related to this, a family of models that are based on actual land cover—not potential vegetation—and that are more closely integrated with decision-making models and that are spatially relevant at the 30- to 100-meter level

- High-elevation monitoring of climate, soil moisture, and streamflow

- Monitoring and assessment of the amount of residual aquifer groundwater available throughout the country

- Stream gauging network needs to be improved

- Optimize monitoring systems for early impacts

- Ecological studies of all the species likely to be engaged in responding to climate change. (One expert disagreed with this approach.)

- Role of $CO_2$ in water balance, vegetation density, ecosystem water-use efficiency, and the role of elevated $CO_2$ in ecosystem carbon storage

- Identification of thresholds and susceptible areas for fires in the future, including a map of where future events may occur

- Information regarding the direct effects of $CO_2$ and increases in primary productivity; experimentation that manipulates $CO_2$, ozone, and N levels

- Data on the impact of high $CO_2$ levels on root turnover rates

- A set of high-level indicators of forest health, including average temperature, precipitation, distribution, timing, and dieback

- Tune NEON for ability to detect ecological responses to climate change

- Monitoring information that integrates extreme events

**Appendix III**
**Climate Change and Federal Lands Workshop**
**Proceedings, November 2 and 3, 2006**

- Research how people perceive the relative risk of climate change compared with federal land resources

- Phenology-monitoring network that ensures federal lands are appropriately integrated

**Fresh Waters Ecosystem Workshop Breakout Session Responses**

Fresh waters ecosystem workshop participants identified the following as information and/or research needed to better understand and prepare for potential climate change effects on fresh waters ecosystem:

- Need for better understanding of current anthropogenic stressors

- Stream systems in the west are managed for other purposes in ways that are likely to "trump" climate change effects that we anticipate (e.g., dams out west create a wide range of flow). Human-induced changes may "swamp" climate change effects—how should our water management practices be changed, if at all, in light of climate change? An NPS representative said that millions of dollars are spent on infrastructure on federal lands, but asked whether federal land managers are adequately addressing the effects that climate change might have on these investments in the future. Panelists suggested that the Congress may want to consider requiring that climate change be considered in environmental impact analyses (environmental impact statements, environmental assessments, etc.) required under NEPA. This could be mandated by changes in the regulations promulgated by the Council on Environmental Quality. One official commenting after completion of the workshop said that this sentiment was directed at proposed projects requiring an environmental impact statement where (1) climate is significant in the project's context and (2) the look-ahead horizon is long enough where significant climate change is projected to occur. This official said that federal agencies plan projects where NEPA is required but conditions (1) and/or (2) are not met.

- Need for better understanding of current ecological stressors

  - Existing ecological problems, such as fires, invasive species, and nitrogen deposition, may be exacerbated by climate change.

  - The panelists believed that a "model-based" capacity to think about ecological succession would be helpful in making management decisions.

- Develop a national-scale program to establish linkage between water availability and ecological demand

  - A national-scale program to establish ecological flows for rivers and wetlands would provide a knowledge base with the ability to respond to management questions—for example, regarding the amount of water needed to protect particular species, the (seasonal) timing of the water demand, and the relationship between water flow (availability) and demand. This would provide a science-based system for making management decisions regarding surface water-flow variability and the ecological response.

  - Workshop participants explained that the NEON network is dedicated to the study of phenology, or the interaction between climate and biological systems. They strongly advocated for the creation of a national phenology network dedicated to observing and recording "on-the-ground" changes over time and sharing those observations with other resource managers. One expert commenting after completion of the workshop said that NEON has not actually been established yet, and that other observatory networks, including the Critical Zone Observatory network and the Hydrologic Observatory network are also in the works. According to this expert, all of these networks are still in the "request for proposal" phase (with NEON being out in front) and all are highly vulnerable to lack of funding in the NSF budget. Another expert commenting after the completion of the workshop wanted to make clear that NEON and the national phenology network are not one and the same. The expert said that some of the same scientists are involved, but the two networks would be separately funded and managed.

- Establish consistent data collection, management, and storage and access standards

  - Several federal agencies collect ecological data, each with its own data quality standards. Workshop participants recommended that existing data be cleaned up and formatted uniformly, and that current and ongoing data collection efforts be standardized. Participants acknowledged that some data may be useful to a wide range of agencies, while other data may be agency-specific. They suggested that a monitoring program be developed to collect data on "vital signs" (of ecosystem health). An expert commenting after completion of the workshop said investment in data translation tools

designed to make data sharing easier was a better idea than enforcing some uniform data format. This expert said that encouraging data sharing preserves agency-centric creativity and control when it comes to information management, and that requiring a specific data format would be a bad idea, forcing many agencies to change their information management structure. Furthermore, the expert said that requiring a standard format would likely cost more than encouraging the development of information sharing tools using existing data formats.

- Need for regional climate models

  - Experts generally agreed that climate projection methods must be improved and that regional climate projections with accurate temperature and precipitation projections, rather than global-scale projections, would be helpful in more accurately identifying (and planning for) the likely effects of climate change. Federal land managers believed that phenological records, or documented ecological responses to changes in environmental conditions, would complement regional models and would be helpful in better understanding the relationship between projected climate change and plausible ecological responses. Although FWS collects some phenological information, it does not currently have a system to compile this information and make it readily accessible to answer questions about species' tolerance for seasonal shifts and any other possible limiting interactions. Participants agreed that hydrological and ecological models are needed to couple these systems with climate models at a scale that supports land management decision making.

- Guidance for incorporating climate change into management plans is needed

  - Most managers did not know how to build climate change into the management process, but believed that there is the need to do so. They identified the need for direction or guidance on *how* to incorporate climate change into management plans, and what set of tools may be useful in addressing climate change.

- Need for financial support

Appendix III
Climate Change and Federal Lands Workshop
Proceedings, November 2 and 3, 2006

- An NPS representative referred to a previous GAO report when discussing the "decimation" of NPS's operating budget. He said that NPS has less money to fulfill its mission, and that it is difficult to assign additional resources to long-term problems, like climate change, when performance is evaluated on an annual basis.

**Grasslands and Shrublands Ecosystem Workshop Breakout Session Responses**

The group's responses to this question, in the general order discussed, are as follows:

- Need information on what will happen in specific regions. In particular, information is needed on flora, invertebrates, soil conditions, surface water, and groundwater. (It is very likely that this will not require new research, but rather a synthesis of information that already exists. The information needs to be packaged for a local land manager to be able to see what the global change means for him or her at the local level.)

- Managers need to better understand how the management actions of today will interact with climate change so they will know how their actions will affect either the climate itself or exacerbate the impacts of climate change.

- Need better information on temperature and precipitation changes from which models can be developed. Or vice versa—managers need better models to anticipate the temperature and precipitation change.

- Need better guidance at all levels on the effects and impacts of climate change and the appropriate agency responses to those impacts. Sometimes the appropriate response is to do nothing. The genius is knowing when that is.

# Day 2: Afternoon Plenary Session

At the end of the second day, GAO Director John Stephenson convened a plenary session in which he asked all participants for ideas, from big to small, that might be of interest to the Congress. Suggestions could include ideas for future hearings or specific items of legislation that might be constraining managers' ability to act. Below are the suggestions that came out of this plenary session.

## Workshop Participants' Suggestions for the Congress

- Consider the poor condition of the civilian satellite program. This program is to the point that continuity of basic earth observation is on the verge of failing.

- Examine the current body of legislation that constrains natural resource managers to manage historical lands/waters with respect to historical conditions (rather than in light of conditions that may be very different in the future). Review and possibly revisit specific acts as appropriate.

- Examine prescribed fire fuel management policies. Spatial, budget, and temporal targets are too narrowly defined. Land managers cannot shift resources from one area to another to meet immediate needs.

- Explore Canada's national park system as a model. Parks Canada has a very explicit ecological integrity mandate. Specifically, the Congress should add guidance to give NPS a mandate for ecological integrity, along the lines of what Parks Canada has (but do not reopen the NPS Organic Act).

- The Council on Environmental Quality should provide guidance that federal agencies should consider climate change in analyzing proposed actions in environmental documents.

- The NEPA process can be a hindrance in managing for climate change. NEPA requirements begin when an agency takes action, so there is an incentive for agencies not to take action because NEPA costs agencies money.

- The Congress should empower the Council on Environmental Quality, or a special committee, to develop a multiscale monitoring and evaluation framework (National Indicator Initiative) that could be used in existing planning efforts at the regional level. Then, these indicators should be migrated into the respective mission statements of affected federal agencies. For example, FS would deal with indicators for forests and rangeland information would be dealt with by BLM or the Natural Resources Conservation Service. Information from shared indicators that are common across the landscape would be aggregated for all to use.

- The Congress should establish a Bureau of Environmental Statistics and a central environmental data repository to be used by agencies, universities, etc.

Appendix III
Climate Change and Federal Lands Workshop
Proceedings, November 2 and 3, 2006

- The Congress should enforce Title II of NEPA, which requires the administration to submit to the Congress a report on the status and trends of the nation's resources, the foreseeable trends in impacts, and the adequacy for filling the human and economic requirements along with remedies for deficiencies in resources.

- The Congress should request and fund a report detailing climate change on all federal lands. What are the impacts likely to be for all federal lands? People will then have a clear idea what scientists and land managers are talking about when there is information available about "their" federal lands. (That is, the Congress should request and fund an effort similar to the *Millennium Ecosystem Reports*.)[47]

- Develop a metric that builds on the Bureau of Economic Affairs' accounting efforts to capture the value of maintaining natural capital. There needs to be a supplementary way to account for the value that natural system services and flow of ecological services provide (i.e., develop a federal environmental accounting initiative). This can help managers identify what is being lost as a result of climate change.

- Many land management policies and regulations operate under the assumption that federal land managers manage on their own lands only (and that the effects of land management are confined to those lands). Climate change should be managed at the regional scale or above. Statutory authority and incentives are needed to work outside and beyond individual lands for the common goal of adaptation. The Southern Appalachian Biosphere Reserve is an example of such an arrangement. Some statutory authority to make such arrangements would be useful. The structure of the national fire centers and multiagency, colocated budget directors is also useful.

- There needs to be a cross-agency, cross-governmental assessment of the capability of our current EMS. How effective are current networks for measuring and predicting climate change? This network needs to be optimized to collect and analyze data that are relevant to climate change.

---

[47]For information on the *Millennium Ecosystem Reports*, see http://www.maweb.org/en/index.aspx.

- Federal land managers need legislative direction to account for climate change when making land management decisions.

- NOAA needs an Organic Act; this act should include language requiring direction on managing lands in anticipation of climate change.

- The Congress should promote planning at the highest level of the executive branch that recognizes the potential impacts of climate change and promotes integrated, cross-agency approaches to addressing these impacts, including a functional review of the current legal and policy frameworks that drive land management decisions.

- The Congress should direct and provide funds for federal land managers to develop prototype management documents on how to address climate change in the immediate future.

- Land managers need the ability to forecast the effects of climate change on their lands. The United States needs better short-term general circulation model forecasts. Land managers also need the ability to forecast natural resources' response to climate change.

- Land management agencies need to reconcile their divergent missions. (Note: Another panelist thought this was a bad recommendation, and that the land management agencies should continue to embrace their different missions but come together to address the impacts of climate change.)

- The moderator of the coasts and oceans breakout session referred GAO to her group's answers to Day 2, Question 3 of the workshop notes.

- Develop climate impacts offices at the county level (or through extension programs), based on the United Kingdom's climate impacts program. Each office in the United Kingdom's program has a Web site, a monthly newsletter, and a staff that helps stakeholders deal with climate change.

- The Congress and federal agencies should encourage on-the-ground entrepreneurship and creativity to address climate-related problems. These kinds of creative responses can then "bubble up" through management.

- The Congress should authorize the preparation of a "Stern Report" that focuses on the United States. (The Stern Report is a 700-page report released on October 30, 2006, in Britain, stating, among other things, that climate change will cause tremendous economic and social disruption.)

- The Congress should fund an objective assessment of the conflicts and outcomes of the Healthy Forests initiative.

- A mechanism to raise the visibility of climate change among the American people is needed. In particular, the constituents of the most politically powerful Members of Congress should be alerted to the potential negative effects of climate change—and not just on federal lands.

Appendix IV

# Four Case Study Profiles

---

## Coasts and Oceans Ecosystem: The Florida Keys National Marine Sanctuary

---

### Site Characteristics

We selected the Florida Keys National Marine Sanctuary, managed by NOAA, as our coasts and oceans case study. The sanctuary is part of the south Florida ecosystem. The coasts and oceans ecosystem, according to the Heinz Center, includes habitats such as coastal wetlands, coral reefs, seagrass meadows, shellfish beds, and ocean waters as far as 200 miles from the U.S. shoreline. The south Florida ecosystem consists of a mosaic of subtropical habitats connected and sustained by water.

The sanctuary is home to coral reef systems that are part of a marine ecosystem, including a variety of plants and animals. The sanctuary's extensive nursery areas, feeding grounds, and spawning grounds support a multimillion dollar commercial fishing industry that lands nearly 20 million pounds of seafood and marine products annually. Approximately 4 million visitors come to the nearby Florida Keys each year, providing tourist revenue and economic benefit to the region. FWS manages four National Wildlife Refuges in the Florida Keys. These refuges are located within the boundaries of the Florida Keys National Marine Sanctuary but are separate and distinct units from the sanctuary and managed under different authorities and mandates. One of these refuges, the National Key Deer Wildlife Refuge, is home to 22 federally listed endangered and threatened species, 5 of which are found nowhere else in the world. (The other three Keys refuges within the sanctuary's boundaries are Crocodile Lake, Great White Heron, and Key West). National Key Deer and the other refuges were established to provide habitat and protection for threatened fish, wildlife, and plants. The refuges also protect globally imperiled habitat, including pine rockland and tropical hardwood hammock.

The sanctuary's ecosystem is also closely linked to other south Florida ecosystems, including those of the Everglades and the Dry Tortugas National Parks. North of the Keys, the Everglades provides drinking water for 5 million people and supports a diverse range of flora and fauna, including 14 endangered species. Each year, more than 1 million visitors come to the Everglades National Park, managed by NPS, contributing to

the region's $13 billion annual tourism industry. Dry Tortugas National Park, which is situated more than 70 miles west of Key West, is also under the jurisdiction of NPS and includes a cluster of 7 coral reef and sand islands.

The three agencies managing these federal units—FWS, NOAA, and NPS—coordinate with one another in managing their resources. For example, FWS and NPS assisted NOAA in the development of the comprehensive management plan for the sanctuary. These federal agencies also coordinate with certain state agencies, universities, and NGOs.

## Climate Change Effects

Sanctuary scientists told us that climate change may increase sea water temperatures in the area of the Florida Keys National Marine Sanctuary and may cause sea levels to rise. Climate change could have a range of ecological effects as warming sea temperatures could harm coral reefs, which are the foundation of rich marine ecosystems in the area, and rising sea levels could threaten low-lying animal and plant species. Officials also told us that climate change could result in increased storm activity, which could threaten humans as well as plant and animal species. Furthermore, officials noted that the ecological effects brought on by climate change could have a negative impact on the economic and social goods and services supported by the South Florida ecosystem.

NOAA officials told us that climate change has already contributed to the degradation of coral reefs, the key component of the complex marine ecosystems that support the Florida Keys' ecology and economy. According to NOAA scientists, if the climate—and sea temperature—warm, the reefs could be increasingly vulnerable to coral bleaching, a stress response that occurs when the corals expel the algae that live within the coral tissues and give the healthy corals their color. Bleaching, which turns the corals white, has affected the sanctuary with increasing frequency. Corals can recover from bleaching events if the stress is not too severe and long-lasting, but the stress on corals caused by coral bleaching has led to secondary problems, such as coral diseases. The corals are first stressed by the conditions that lead to coral bleaching, which is directly related to increased sea surface temperatures, and then afterward may succumb to a variety of coral diseases. A NOAA scientist told us that, as a result of climate change and seawater temperature increases, coral reefs could bleach every year, starting around midcentury. NOAA officials stated that climate-related factors, in conjunction with other environmental factors that stress the ecosystem, such as pollution, disease, and overfishing, may

make coral reefs increasingly vulnerable to bleaching and degradation. Many other species in the surrounding marine ecosystem, such as fish and crustaceans that depend on the reefs for food or shelter, may be threatened by widespread bleaching. Officials stated that, in the long term, the deterioration of coral reefs and the attendant loss of biodiversity could be "devastating."

A University of Miami scientist who has been studying coral reefs and climate change for 11 years told us that coral reefs are also vulnerable to ocean acidification, which occurs when increased carbon dioxide levels decrease carbonate ion in the seawater; carbonate ion is a substance that corals need to build their skeletons. By 2050, carbonate ion could be 34 percent less abundant, according to this scientist.

FWS officials told us that various habitats found on the Keys Wildlife Refuges may be vulnerable to climate-related changes and other factors that stress the environment. These officials stated that endangered species, such as the Key deer and Lower Keys marsh rabbit, may have greater difficulty surviving as a result. In addition, rising sea levels and increased storm surges after hurricanes that may result from climate change can cause saltwater intrusion on land, which can overwhelm sources of fresh waters that support the ecosystem's plant and animal life. Increasing salinity can change where fire occurs as well as the distribution of species, according to FWS officials.

FWS officials said that increased storm activity that may result from climate change will pose a threat not only to humans on the low-lying islands, but also to many animals—including sea turtles—which may find it difficult to lay eggs on eroded beaches. NPS officials pointed out that hurricanes, exacerbated by higher sea levels, will do more damage if they become more frequent as a result of climate change. An NPS official indicated that eight major hurricanes occurred in a 14-month period in 2004 and 2005, something that had not occurred in at least the previous 100 years.

NPS officials told us that the low-lying Everglades ecosystem is particularly vulnerable to potential sea level rise because portions of the park are currently just a few feet above sea level. These officials indicated that the ocean front is already encroaching further inland, pushing the salt content higher in border areas and traditionally fresh waters areas, a concern because many fresh waters species cannot tolerate increased salinity. NPS officials noted that increased saltwater intrusion will affect the endangered

Florida manatee, a fresh waters species, as well as the crocodile, which flourishes in brackish water. Wading birds are also vulnerable to such changes, since as salinity increases, their key food source—fish—also decreases. Other species, such as shrimp, blue crab, and spiny lobster, are likewise affected by salinity.

NOAA managers told us that the South Florida economies that depend on the reefs to support such activities as snorkeling, diving, and tourism, may be adversely affected by coral bleaching. Other economic activities, such as fishing as well as cultural resources, including Native American artifacts and historic buildings, may also be vulnerable, according to NPS officials. For example, Fort Jefferson, the 170-year-old military fort on Dry Tortugas National Park, could be severely damaged by increased frequency and intensity of hurricanes and sea level rise. Similarly, shipwrecks and other submerged artifacts valued by divers could be harmed. According to an NPS official, there may be over 1,000 shipwrecks located around the Dry Tortugas National Park.

## Management Challenges

Managers with whom we spoke from all three agencies near the Florida Keys National Marine Sanctuary face some common climate change-related management challenges. For example, these managers said that they lack information about climate change, suggesting that making decisions in the face of uncertainty is difficult. NOAA managers stated that determining specific relationships between climate and its effects against a complex background of other interactive environmental stressors is nearly impossible. Therefore, prioritizing where and how to focus conservation efforts remains difficult. NOAA officials also noted that they currently lack adequate modeling and scientific information that would enable managers to predict change on a small scale, such as that occurring at the sanctuary. FWS officials stated that more research is needed in a number of areas, including acres lost to sea level rise. In addition, more monitoring of water levels, water salinity, fauna, and vegetation—especially indicator vegetation (plants that provide clues as to overall ecosystem health)—is needed. Furthermore, an NPS manager said that more information is needed to reduce uncertainty on the expected rate of sea level rise.

Another common concern expressed by these managers is a lack of climate-related guidance from their agencies' headquarters. NOAA managers, for example, indicated that the agency has no specific guidance on how to address the effects climate change, and that most of their guidance is focused on meeting the many daily challenges they face, such

as designating no-boating or no-fishing zones to protect sensitive areas. FWS officials commented that, although climate change is embedded in general discussions on ecological issues, it is not explicitly addressed; there is little or no guidance specifically on climate change. According to an NPS official, how to interpret limited guidance and deciding what, if anything, to do about the effects of climate change is difficult. Nonetheless, overall management authority is broad and gives managers some flexibility to act as they believe appropriate to protect the resources under their jurisdiction.

Officials also noted a number of planning and resource challenges to addressing the effects of climate change on their land and water units. FWS and NPS officials indicated that they operate in the context of a 10- to 20-year planning process, but that they would need at least 50 years to adapt to climate-related effects. They stated that it is unclear how to account for such a long-term issue within a short-term planning horizon. FWS officials also stated that FWS budgets are being cut, and that biologist positions are being lost. NPS officials said that funding reductions and loss of research stations pose challenges to conducting the research necessary for appropriate decision making relating to climate change issues.

NOAA officials indicated that the limitation that the agency places on discussing climate change is a significant challenge to addressing climate-related issues. NOAA officials stated that the agency's control of the message on climate change is rigid, and that, in general, the agency prefers to focus on more immediate concerns. NOAA officials further said options to address climate change at a local level are limited and reactive; the issue must be addressed at a national and global level. Likewise, NPS staff stated that, to address the effects of climate change, it is necessary to address the source—greenhouse gas emissions—at a national and international level.

# Forests Ecosystem: The Chugach National Forest

## Site Characteristics

We selected the Chugach National Forest in south-central Alaska as our forests ecosystem case study. According to the Heinz Center, the forests ecosystem consists of land areas of 1 acre or more that are at least

10 percent covered by trees. This includes areas in which trees are intermingled with other cover and both naturally regenerating forests and areas planted for future harvest.

The Chugach—the nation's second largest national forest—covers approximately 5.5 million acres. The Chugach is a contiguous, interconnected unit, which also includes private, state, and other federal land. It encompasses a wide variety of habitats that support over 232 vertebrate species, including brown bear, lynx, moose, wolf, and wolverine populations. However, only about 18 percent of the land area is forest vegetation and approximately 35 percent of the area is covered by perennial snow and ice. The Chugach has three distinct geographic areas: the Kenai Peninsula region (21 percent of the land area); the Prince William Sound region (48 percent of the land area); and the Copper River Delta region (31 percent of the land area). Southeast of Anchorage, the Chugach is a recreation area for activities such as fishing, wildlife-viewing, and hiking and receives approximately 8 million recreation visits per year. The Chugach also serves as a primary resource for subsistence hunting, fishing, trapping, and gathering activities for many south-central Alaskan residents. Furthermore, the forest also supports extraction activities, including mining.

The Chugach is located next to or near several other land units, including the Chugach State Park, Kenai Fjords National Park, and the Kenai National Wildlife Refuge. The Chugach's staff, therefore, coordinates with multiple stakeholders in managing the forest, including FWS, the Alaska Department of Natural Resources, and several Alaska native corporations.

## Effects of Climate Change

The Chugach scientists and managers described a variety of changes currently affecting the lands they manage that may be attributable to climate change. In this regard, they attributed a number of changes in the forest ecosystem, at least in part, to the warming and drying of the climate on the Kenai Peninsula area of the forest. For example, the peninsula has been the center of a spruce bark beetle outbreak that has killed large numbers of Sitka, White, and Lutz spruce trees on 4 million acres in south-central Alaska. In lowland areas of the peninsula, lake levels have declined by as much as 1 meter, and many ponds documented in aerial photographs from the 1950s are now grassy areas with spruce and hardwood trees. In the Kenai Mountains, the tree line has risen an average of 1 meter per year during the past 5 decades. Furthermore, many glaciers in the region have been retreating since the 1850s, but the pace has greatly accelerated in

recent years in response to a warming and drying climate. For example, one large ice field in the Kenai Peninsula has lost 70 vertical feet and 5 percent in surface area in the last 50 years. As they have continued to melt and recede, the runoff from many glaciers has created glacial lakes, which capture glacial sediment and decrease the amount of sediment going into glacial rivers. As a result, the rivers are transforming from glacial, multiple channel systems to single channel meandering systems that can have considerable impacts on fish habitat, riparian and floodplain vegetation, and water quality. Officials at the Chugach also told us that they have observed an increase in the frequency of severe storm events, along with a seeming increase in lightning strikes and fires caused by lightning in recent years.

In addition to changes that the region is already experiencing, managers and scientists told us that they were concerned about a variety of potential effects from climate change that may impact the Chugach in the future. For example, although invasive species have not been a problem to date in most of Alaska, occurrences of invasive species could increase in response to disturbances associated with climate change, according to these officials. Furthermore, as habitats shift, sensitive and rare species could be adversely affected. Hydrological changes resulting from climate change could affect salmon fisheries and spawning habitat. Although the impacts are not yet known, climate change could affect tourism and recreation activities in the region, according to the Chugach officials. For example, any changes in snow cover will affect the mix of motorized versus nonmotorized vehicles permitted on forest land. In addition, tourism and property could be negatively affected by more frequent extreme events that may result from climate change, such as wildfires.

## Management Challenges

Managers from both the Chugach National Forest and the Alaska Regional Office of FS told us that they were unaware of any requirements for or guidance on considering climate change in their planning and management efforts. Furthermore, due to budgetary constraints, managers at the Chugach said they have little flexibility to address the effects of climate change because climate change activities have, to date, not been funded in annual budgets. Alaska Regional Office officials added that once the budget is set by FS headquarters, individual land units do not have the flexibility to modify funding priorities.

Chugach managers also told us, however, that they can respond to the effects of climate change, but that their responses are reactive and not

predictive. However, they stated that they would face difficulty basing management decisions on forward-looking projections about the potential effects of climate change because of the lack of reliable models of future conditions in the forest. This lack of information makes it difficult to anticipate potential effects caused by climate change. However, these officials noted that better modeling and communication about risks could help them better anticipate changes.

Finally, Chugach officials told us that because climate change is a global issue, individual forests cannot effectively address climate change in a piecemeal manner. Officials with whom we met stated that any strategy to address climate change needs to be integrated across broad landscapes, not individual forests. These officials said that they hoped that the National Forest system will develop a method to monitor climate change effects on a large scale.

# Fresh Waters Ecosystem: Glacier National Park

## Site Characteristics

We selected Glacier National Park in northwestern Montana near the Canadian border as our fresh waters case study. The fresh waters ecosystem, according to the Heinz Center, consists of streams, rivers, lakes, ponds, reservoirs, fresh waters wetlands, groundwater, and riparian (riverbank) areas. Water sources such as glaciers and snowfields in mountain systems, according to park officials, are also considered to be part of the fresh waters ecosystem.

Encompassing more than 1 million acres, the park features forests, alpine meadows, mountains, glaciers, rivers, streams, and lakes. It is home to a number of endangered and threatened species, including bald eagles, bull trout, gray wolves, and grizzly bears. In recent years, approximately 2 million people visited the park annually. According to an estimate from the early 1990s, once the Going-to-the-Sun Road, one of the park's main attractions, opens in the spring, the daily economic benefit of the park to the surrounding region would be $1.1 million; today this figure would probably be considerably more, according to NPS.

Appendix IV
Four Case Study Profiles

Bordering the park are the Flathead and Lewis and Clark National Forests, managed by FS. NPS and FS cooperate on regional activities, such as wildland fire and river management. FWS also participates in the management of some wildlife resources within the park's boundaries. NPS also coordinates with USGS, which has a field research station in the park, and various Canadian organizations that oversee resources north of the U.S. border.

## Climate Change Effects

A USGS scientist told us that the average temperature in western Montana has increased over the past century. While the northern hemisphere has warmed 0.6 degree Celsius during that period, the mountainous areas of the park have warmed 1.6 degree Celsius. Spring, measured by such indicators as point of maximum snow melt, initiation of first melt, and water level, is coming 3 weeks earlier now compared with the historical average. In addition, a USGS scientist mentioned that the area may be affected by extreme weather events caused by climate change. For example, forests of the intermountain west and Glacier National Park become more vulnerable to fire due to evaporative stress (drying) when more consecutive days above 90 degrees Fahrenheit are experienced. Since the early 20th century, Glacier (and western Montana) has gone from an average of 5 to approximately 20 days per year above 90 degrees Fahrenheit, with 2003 setting the record at 31 days. In addition to causing moisture stress in plants and increasing fire hazards, the increasing number of extremely hot days poses substantial human health risks, especially in regions that historically do not have air-conditioning. USGS officials also told us that physical features of the park, such as glaciers and snowpack, as well as ecological features, such as streams, forests, and alpine meadows—all of which provide habitat for a large number of species—are vulnerable to the effects of climate change. Some park infrastructure, such as roads, campgrounds, and trails, may also be vulnerable if warmer winters lead to more snow avalanches, landslides, and flooding.

According to USGS scientists, 70 to 80 percent of the western United States' drinking water comes from mountains. An NPS official stated that in the park region, precipitation patterns are changing, such that there is more rain in winter and less snow, causing winter streamflow to increase. Accordingly, snowpack has decreased by more than 30 percent. Officials explained that, with less snow and warmer winters, the timing of spring runoff can be up to 20 days earlier than in the past. Park officials expect the park to continue to receive less snow in winter on average, with more rain and midwinter melting of snowpack.

Summers in the park are expected to be drier, especially later in the season, and stream flow probably will continue to be lower than normal in late summer. Scientists stated that some mountain streams will become ephemeral (short-lived), and that the overall ability of the system to provide fresh waters to aquatic and downstream communities will likely decrease. In addition, these scientists said that, as precipitation patterns and streamflow change, the structure and function of river communities will be stressed, possibly causing the loss of species diversity. This, in turn, could have negative consequences for the downstream communities—both natural and human—that those species support.

A USGS scientist informed us that, since 1850, the number of glaciers within the park has dropped from 150 to 26, and that current trends in the rate of glacial melting in the park suggest the remaining glaciers will be gone in the next 25 to 30 years. According to scientists with whom we spoke, the loss of glaciers is symbolic of the overall changes to the natural systems in the park, including the water cycle and water temperatures.

NPS officials told us that the increasing number and severity of storms and lightning that may result from climate change may cause more forest fires, while more dead vegetation and drier conditions late in the season may feed larger, more intense wildland fires. An official also said that warmer temperatures and more severe drought may increase the risk that insects and diseases will harm already stressed trees. Greater disturbances to the park's natural systems will place native plants and animals under greater stress, and invasive (nonnative) species may be able to get a firmer hold and spread more easily, out-competing native species. According to an NPS official, warmer temperatures are expected to negatively affect mountain aquatic organisms, including insect larvae, which are an important part of the food chain as well as fish species, such as bull trout, that thrive in cold water. An NPS official explained that organisms that cannot migrate upstream to colder temperatures will not survive.

An NPS scientist noted that climate change is expected to cause vegetation in the park to migrate uphill in many places, where it is cooler, changing the ground cover in many areas of the park and affecting wildlife species that depend on those habitats. An official said that as alpine habitats warm, trees are expected to move upslope into areas that are currently treeless. Forests are already beginning to invade alpine and subalpine meadows. (Alpine refers to the zone consisting of slopes above the timberline and characterized by, among other things, the presence of low, shrubby, slow-growing woody plants.) These officials added that several animal species

may be negatively affected by the loss of alpine and subalpine habitat, including bighorn sheep, grizzly bears, mountain goats, and wolverines. They observed that because many rare plants and animals in the park are living at the edge of their range, climate change may cause some of these species in the park to die off. Officials noted that the park has already been afflicted by a mountain pine beetle infestation. This insect has decimated large areas of forest, owing to an increased vitality that has been linked, in part, to warmer temperatures.

Park and USGS officials are concerned that warmer winters resulting from climate change may lead to more avalanches and to more winter flooding, which will threaten park infrastructure. For example, they told us that there may be an increase in the frequency of heavy rainfall on snow cover, which can cause severe floods. According to these officials, if this happens, trails would need to be modified to meet such conditions, and the greater potential for weather-related infrastructure damage will require more maintenance and improvements. In addition, climate change might result in a longer park visitation season as spring comes earlier and winter comes later; this would place additional demands on park resources. For example, they said that there would be pressure for roads and facilities to stay open longer, which will require more staff and resources. These officials also said that if more fires occur, the visitor experience could be diminished by reduced air quality or limited access to fire-ravaged areas of the park, and the park and local communities could lose revenue from visitation. For example, in 2003, the Going-to-the-Sun Road was shut down for 23 days due to fire. Officials also noted that fires divert park and FS staff from their regular duties.

## Management Challenges

Resource managers from FS, NPS, and USGS told us that they face several challenges in addressing climate change, including limited funds, insufficient monitoring capability, the lack of baseline information, competing priorities, the need to involve surrounding communities, and the inability at the local level to make a significant impact on a global issue, among others.

NPS and USGS officials stated that monitoring systems—programs that monitor the health of various park plants, animals, and physical features—within the park are insufficient due to lack of funding. For example, USGS, which has provided much of the monitoring effort for the park in the past, has closed down about 28 percent of stream gauges nationally. An NPS official noted that, while legislation directs NPS to

conduct and use research to support resource management decisions, programs to support their efforts, and the efforts of their other federal partners, have suffered from incomplete or partial funding due to budget shortfalls. The NPS Inventory and Monitoring program was developed to address managers' needs for better scientific information about park resources. Although one of the goals of the Inventory and Monitoring program is to create baseline inventories of basic biological and geophysical natural resources, NPS officials stated they do not have sufficient baseline information, and the program is not comprehensive enough to meet all of their information needs. In addition, because no systematic monitoring of species currently exists, it is very difficult to determine which species are at risk, determine the health of the species' populations, and develop early warning systems to predict specific effects of climate change.

According to Glacier National Park officials, a number of issues may compete with climate change for priority in receiving resources and attention. These issues include the impacts of a proposed upstream coal mine in Canada, a request from a railroad to trigger avalanches with explosives inside the park, the proliferation of noxious weeds, the deterioration of park infrastructure, and urban encroachment along the park's borders.

An NPS official expressed concern that high growth rates in the surrounding community may exacerbate some of the impacts of climate change on park resources. One of the ways in which plant and animal populations might adapt to climate change is to migrate as conditions change. For migration to occur, migration corridors must be connected to other regions. As development and land-use pressures increase on neighboring lands, these corridors will disappear, which may limit the ability of park ecosystems to adapt, according to an NPS official.

NPS officials emphasized that since climate change is a global issue, little can be done to stem the problem of climate change within the park, other than to respond, to the limited extent possible, to the symptoms of climate change through activities such as prescribing burns, reducing vegetation that may serve as kindling for forest fires, or controlling noxious weeds. However, park officials said that they are trying to address climate change—to the extent possible—by, among other actions, setting a good example in reducing the park's own greenhouse gas emissions. For example, they told us that the park is participating in the Environmental Protection Agency's Climate Friendly Parks program, which focuses on

reducing parks' greenhouse gas emissions. The park also has an Environmental Management Plan that includes a number of energy efficiency and renewable energy initiatives. In addition, the park requires the concessioners that run businesses in the park to abide by certain environmental requirements, some of which affect greenhouse gas emissions.

NPS officials also told us that there is currently no explicit guidance from NPS headquarters on addressing climate change, and that no funding or resources have been allocated directly to the issue. In addition, an NPS staff member felt that it would be useful for the park to produce a formal written position on climate change to further clarify the park's stance on the science and impacts and to outline a communication strategy for discussing the issue. NPS staff also indicated that one of the greatest values of parks such as Glacier may be in informing visitors about the potential of climate change to disrupt natural ecosystems and decrease the benefits that these systems provide to human society.

# Grasslands and Shrublands Ecosystem: Bureau of Land Management Kingman Field Office, Arizona

## Site Characteristics

We selected the land managed by the BLM Kingman Field Office, Arizona, as our grasslands and shrublands ecosystem case study. According to the Heinz Center, the grasslands and shrublands ecosystem comprises lands in which the dominant vegetation is grasses and other nonwoody vegetation, or where shrubs are the norm. Bare-rock deserts, alpine meadows, and Arctic tundra are included in this system as well. Also included are some pastures and haylands, which represent an overlap with the farmland system.

The field office manages approximately 2.6 million acres of public land in northwestern Arizona, including portions of the Sonoran Desert, Mojave Desert, Colorado Plateau, and six different mountain ranges. This land unit is home to a variety of wildlife, including the largest desert bighorn sheep

population in the world, the desert tortoise, and several other threatened and endangered species. The land unit receives approximately 540,000 visitors per year for a variety of recreational activities, such as camping, hunting, hiking, bird-watching, and all-terrain-vehicle 4-wheeling. It also supports economic activity through multiple types of resource extraction, most notably livestock grazing and sand, gravel, gold, and copper mining. In managing this land unit, the field office staff coordinates with several other agencies that manage adjacent land units. These agencies include FWS, NPS, the Arizona Game and Fish Department, and others.

## Effects of Climate Change

In our meetings and site visits, officials described a variety of changes currently affecting the lands they manage at the BLM Kingman Field Office that may be attributable to climate change. For example, the officials said that a prolonged drought in the region had likely resulted in high mortality rates of old growth pinyon pine trees, most notably those located on south-facing mountain slopes as well as some ponderosa pines and chaparral. Ponderosa bark beetle and mistletoe infestations had also acted as stressors, contributing to the die-off of ponderosa pines.

Furthermore, according to field office staff, drought conditions in the region are causing desert scrub plant communities to convert into annual grassland communities, which are more vulnerable to fire. They said that this phenomenon has contributed to problems related to fire management. Prolonged drought acts as a stressor to native plant communities. Then, in periods of wetness, invasive species (typically, invasive annual grasses) fill in the gaps between native vegetation. Invasive species can spread and grow faster than native species. As a result, the thicker and less-evenly spaced vegetation leads to fire danger. If a fire starts, it burns much longer and hotter due to the invasive grasses. Native plant communities, such as saguaro cacti and Joshua trees are not fire resistant, so fire damages these communities and provides further environment for invasive species and increased fire danger. In some instances, according to officials, repeated fires of this nature have destroyed native plant communities, such that only invasive grasslands remain. A severe drought occurred in 2002 that resulted in the loss of perennial grass, shrubs, and trees. This drought, coupled with increased annual growth in wet years, accelerated conversion of hot deserts plant communities into annual grasslands. Should continued severe drought become the norm, this conversion can be expected to continue.

The drier climatic conditions experienced in the region have created a list of vulnerable species and natural systems on land managed by the field

office. For example, BLM scientists and resource managers told us that continuing dry conditions will likely cause changes in vegetation composition and species populations. They also said that dry conditions increase soil erosion; decrease plant productivity, resulting in less forage for cattle; decrease wildlife species abundance and diversity; decrease habitats for certain endangered species; reduce water flows in creeks and rivers; and dry up natural springs, leading to reduced water availability for wildlife (including wild burros), livestock, and riparian (riverbank) plant communities. With less precipitation, there would also be less groundwater recharge, potentially creating a situation where groundwater removal could exceed its replenishment.

## Management Challenges

BLM Kingman Field Office managers with whom we met told us that they were unaware of any requirements or guidance for how to consider climate change in their planning and management efforts. In addition, field office staff said that climate change is not a priority, as partially evidenced by the fact that climate change-related activities have not been included in agency budgets. They further said that they evaluate priorities on a year-by-year basis, due to resource constraints. Because of these constraints, the field office is necessarily only addressing the highest priority issues, leaving many other issues untouched.

Another management challenge facing the field office is that much of the land it oversees is situated in a "checkerboard" pattern of land plots, alternating between public and private ownership. This pattern is primarily due to the system of railroad land grants, in which the federal government gave the companies land parcels to encourage railroad development in the region.[1] The alternating pattern of land ownership makes managing these parcels for habitat protection purposes very difficult. BLM can face public resistance when making land management decisions. For example, fire closures that restrict access to certain areas of land leads to public complaints. Land managed by the field office is also under stress due to the high level of development of lands adjacent to BLM land that has taken place over the past several years.

---

[1]In the mid-19th century many argued that direct financial support for internal improvements, such as railroads, was unconstitutional. Checkerboard land grant schemes, in which the government granted alternating sections of land along the proposed railroad line while retaining the other sections for eventual sale to the public, were a way to circumvent those objections.

Appendix IV
Four Case Study Profiles

Furthermore, field office officials told us that they have adequate management tools, such as reducing grazing-use levels, to reduce the impacts of climate change. However, they said they must show a clear pattern of historical data to make decisions or they risk opening themselves to litigation. These managers added that they would likely face challenges and opposition if they based their management actions on theoretical projections. Therefore, the managers stated that they were unsure whether they could base management actions on projected changes that may be brought about by climate change. In addition, they stated that climate change, because of its large scale, is difficult to deal with on the local level. That is, although they might be able to react to the effects of climate change on the land they manage, they are not able to control changes in the atmosphere or greater climatic patterns.

Appendix V

# Comments from the U.S. Department of Agriculture (FS)

| United States
Department of
Agriculture | Forest
Service | Washington
Office | 1400 Independence Avenue, SW
Washington, DC 20250

File Code: 1420
Date: JUL 1 0 2007

John Stephenson
Director, Natural Resources and Environment
Government Accountability Office
441 G Street, NW
Washington, DC 20548

Dear Mr. Stephenson:

Thank you for the opportunity to review and comment on the Government Accountability Office (GAO) draft report # GAO-07-863, "Climate Change – Agencies Should Develop Guidance for Addressing the Effects on Federal Land and Water Resource." The Forest Service generally agrees with the audit recommendations. However, we believe this report does not adequately capture the scope or urgency of the agency's commitment to climate change mitigation, adaptation, and research.

Climate change continues to be a priority for the Forest Service. As stated in the Forest Service 2004-2008 Strategic Plan, "The Forest Service and its partners in land stewardship must address complex issues involving ecosystem health, biological diversity, invasive species, climate change, habitat fragmentation, and loss of open space…" Through implementation of the strategic plan, Forest Service field managers address the effects of climate change by managing for resilient ecosystems that sustain the production of public goods and services in the face of uncertain future conditions.

While we appreciate the effort to garner a field perspective, an examination of one national forest is inadequate to use as a proxy for an agency that manages diverse ecosystems across 193 million acres for multiple objectives. The draft report is correct in asserting that the Chugach National Forest does not specifically address climate change in their existing Forest Plan, which was revised in 2002. However, a broader evaluation would have revealed that 12 National Forest Plans specifically consider the effects of climate change on existing programs and local resource values. Moreover, forest plans are revised every 10-15 years to incorporate new scientific information and management strategies. Climate change mitigation and adaptation strategies will continue to be included in future revisions.

The Four Threats to the Health of the Nation's Forests and Grasslands (Four Threats) are a messaging tool to disseminate the strategic vision of the agency. The draft report notes that climate change is not listed as one of the Four Threats. However, the Four Threats emphasize two immediate consequences of climate change for land management agencies: forest fire and invasive species. The draft report rightfully gives substantial weight to invasive species and increased fire danger as dramatic effects made worse by climate change. It fails to address the effects on resources people care about such as clean water and wildlife habitat. It also fails to recognize the nexus between strategic planning and messaging efforts, like the Four Threats. Therefore, managing for climate change need not always be called "managing for climate

Appendix V
Comments from the U.S. Department of
Agriculture (FS)

Mr. John Stephenson, Director, NRE, GAO                                    2

change." For land management agencies, it is much more important to manage for the effects of climate change.

To cite one example from the Chugach National Forest, the GAO report pointed out that the spruce bark beetle is endemic to the Kenai Peninsula, but drier, warmer conditions associated with climate change have increased their range and shortened their breeding cycle. In response, thousands of acres in the Chugach National Forest are treated annually to mitigate the threat posed by beetles. These actions are helping mitigate the effects of climate change. Although absent from the report, the Chugach National Forest is a lead collaborator in the interagency All Lands/All Hands project that specifically addresses these effects across all land ownerships. Numerous programs on the Chugach also exist to control invasive species, a threat also exacerbated by climate change.

The report overlooked many important aspects of the Forest Service commitment to addressing climate change. We would be remiss if we did not take the opportunity to briefly touch on some agency activities that were not addressed. The examples that follow are not a complete list, but represent the diversity of actions we are currently undertaking.

- **Forest-based carbon measurement** – Forest Service researchers are firmly established as world leaders in forest-based carbon measurement and carbon accounting. Data produced by Forest Service scientists have been incorporated into numerous greenhouse gas registries, including the Department of Energy's 1605b registry and other carbon offset programs. Groundbreaking research is now underway on the Mendocino National Forest to quantify the carbon benefit from avoided wildfire emissions on a typical forest fuel treatment project.

- **California Climate Action Registry (CCAR)** – National Forests in California are in the initial steps of joining the CCAR, a precursor to the statewide greenhouse gas emissions cap-and-trade system. The CCAR currently requires that member entities report their carbon footprint from business related activities as well as from land management activities.

- **Sustainable operations** – In addition to the land resource base, the Forest Service has also taken steps to reduce our carbon footprint from a business operations standpoint. Broad efforts in sustainable operations have led to a diverse suite of outcomes including energy efficiency upgrades in buildings and fleet. Also, the Forest Service is a member of the Department's Sustainable Operations Council, and has nominated employees to serve on each of the four working groups chartered by the Council.

- **Integration at the Department Level** – The Forest Service also participates in climate change programs under the umbrella of the U.S. Department of Agriculture (USDA). USDA's Global Change Program Office was established to ensure that climate change issues are fully integrated into research, planning, and decision-making. The Forest Service, along with other USDA agencies with climate change research or programmatic

Mr. John Stephenson, Director, NRE, GAO                                    3

responsibilities, participates in the USDA Global Change Task Force (GCTF).  The
GCTF coordinates USDA's participation in government-wide Climate Change Science
Program and Climate Change Technology Program.

Climate change is a complex global issue that must be managed within a margin of uncertainty.
The Forest Service through research and land management will continue to lead in the area of
climate change.  We appreciate the opportunity to have contributed to the GAO effort and we
find two recommendations particularly helpful.  These include the need to develop clear written
communication for resource managers explaining how land managers should address the effects
of climate change, and the need to coordinate with other Departments and agencies on resource
management practices when preparing this guidance.  The Forest Service will work to address
clarity in communicating climate change mitigation and adaptation strategies to field units.

 Sincerely,

ABIGAIL R. KIMBELL
Chief

Appendix VI

# Comments from the Department of Commerce (NOAA)



**THE DEPUTY SECRETARY OF COMMERCE**
Washington, D.C. 20230

July 3, 2007

Mr. John Stephenson
Director, Natural Resources
  and Environment
U.S. Government Accountability Office
441 G Street, NW
Washington, D.C.  20548

Dear Mr. Stephenson:

Thank you for the opportunity to review and comment on the Government Accountability Office's draft report entitled *Climate Change: Agencies Should Develop Guidance for Addressing the Effects on Federal Land and Water Resources* (GAO-07-863). On behalf of the Department of Commerce, I enclose the National Oceanic and Atmospheric Administration's programmatic comments on the draft report.

Sincerely,

David A. Sampson

Enclosure

Appendix VI
Comments from the Department of
Commerce (NOAA)

Department of Commerce
National Oceanic and Atmospheric Administration
Comments on the Draft GAO Report Entitled
"Climate Change: Agencies Should Develop Guidance for Addressing
Effects on Federal Land and Water Resources"
(GAO-07-863/July 2007)

**General Comments**

The Department of Commerce's National Oceanic and Atmospheric
Administration (NOAA) appreciates the opportunity to review this report. We
would note several broad cross-government initiatives and specific NOAA
management actions to address issues discussed in the report do not appear to be
represented in the draft report. We note that the report, while citing the need for
better modeling and observation systems, did not look at all into what the current
state is of our modeling and of our observation systems. NOAA is at the forefront
of global efforts to expand both observation systems and modeling capabilities.
From the establishment of global scale systems such as the Global Earth
Observing System of Systems (GEOSS) to building regional ocean and coastal
monitoring systems, to developing the National Integrated Drought Information
System (NIDIS), NOAA is at the forefront of building the monitoring systems and
the models that will enable regional and ecosystem based forecasts and planning.
This report is silent on these efforts, all of which are done with our federal and
state and local partners. For example, there is no mention of a report being
prepared by the U.S. Climate Change Science Program (CCSP): "Preliminary
Review of Adaptation Options for Climate-Sensitive Ecosystems and Resources."
This report is due at the end of the year and will be available online at
<http://www.climatescience.gov>.

In addition, NOAA, along with Australia's Great Barrier Reef Marine Park
Authority, has published a guide to coral bleaching – the *Reef Manager's Guide*.
The Guide provides information on the causes and consequences of coral
bleaching and management strategies to help local and regional reef managers
reduce threats to coral reef ecosystems. It also outlines how local managers can
manage reefs when bleaching occurs, how to respond to bleaching events and,
most importantly, how to build long-term reef resilience into marine protected
areas.

Implementing some of the ideas put forth in the *Reef Manager's Guide*, NOAA and
its National Marine Sanctuary Program are also active participants in the steering
committee for the Florida Reef Resiliency Program (FRRP). The FRRP currently
is developing and testing protocols to measure the extent and impact of coral
bleaching events on a broad spatial scale and is taking actions to improve the
ability of coral reefs to survive the impacts of climate change. The FRRP is a
multi-agency federal, state, and non-governmental organization activity
coordinated by The Nature Conservancy that brings together scientists, reef
managers, and resource user groups to develop strategies to improve the health of

Florida's reefs and enhance the economic sustainability of reef-dependent commercial enterprises. As a part of this, NOAA and its partners have been involved in coordinating a bleaching response plan for South Florida.

NOAA's National Environmental Satellite, Data and Information Service has developed products and services designed to forecast coral bleaching conditions worldwide through integration and analysis of a vast array of satellite and ocean observing system data. These products are used locally in the Florida Keys National Marine Sanctuary by NOAA and partners to develop weekly current condition reports for use in a volunteer-based Coral Bleach Watch program developed by NOAA in collaboration with the Mote Marine Laboratory.

## NOAA Response to GAO Recommendations

The draft GAO report states, "To better enable federal resource management agencies to take into account the existing and potential future effects of climate change on federal resources,"

**Recommendation 1:** "We recommend that the Secretaries of Agriculture, the Interior, and Commerce, in consultation with the Directors of Forest Service; Bureau of Land Management, Fish and Wildlife Service, and National Park Service; and the Administrator of NOAA, respectively, develop clear written communication to resource managers that explains how managers are to address the effects of climate change on federal resources in their management actions and planning efforts and identifies how managers are to obtain any site-specific information that may be needed to implement these efforts."

**NOAA Response:** NOAA concurs with this recommendation. As applicable, NOAA will work toward clarifying written communication to resource managers to explain how they are to address the effects of climate change on federal resources in their management actions and planning efforts and identify how managers are to obtain any site-specific information that may be needed to implement these efforts.

**Recommendation 2:** "In addition, we recommend that federal resource management agencies work together to share best practices when developing such written communication, while recognizing the unique missions, objectives, and responsibilities of each agency."

**NOAA Response:** NOAA concurs with this recommendation. NOAA currently works with relevant federal resource management agencies on a range of climate change and land management issues. NOAA will continue in these efforts and, as applicable, strive to share best practices moving forward.

Appendix VII

# Comments from the Department of the Interior (BLM, FWS, and NPS)



THE ASSOCIATE DEPUTY SECRETARY OF THE INTERIOR
WASHINGTON

JUL 1 9 2007

Mr. David Walker
Comptroller General
U.S. Government Accountability Office
441 G Street, NW
Washington, DC 20548

Dear Comptroller General Walker:

The Department of the Interior has reviewed the draft U.S. Government Accountability Office (GAO) report entitled, "Climate Change: Agencies Should Develop Guidance for Addressing the Effects on Federal Land and Water Resources" (GAO-07-863). We commend your staff for highlighting the challenges faced by our Agency managers in carrying out our responsibilities identified in a diverse set of statutes.

The Department manages one in every five acres of land in the United States. In addition, the dams operated by Interior supply water to more than 31 million people and to farmers who generate nearly two-thirds of the Nation's produce. The Department also manages leases from which one-third of the Nation's domestic energy supplies are produced. Fulfilling these responsibilities requires significant public engagement, science drawn from many disciplines, and careful balancing of multiple goals.

The draft GAO report identifies four ecosystem types for analysis (forest, coast and ocean, fresh water, and grasslands and shrub lands). All four of them are present in the mix of resources managed by the Department of the Interior. The comments below address issues within that context.

**Background**

The subject of climate change has generated ongoing discussions for many years. As stewards of our public resources, Interior monitors and adjusts to new influences while maintaining consistent and continuous management of an extensive, diverse, and dynamic inventory of natural resources. Department of the Interior scientists and managers have been conducting research and monitoring land and water resources to identify and assess the challenges we face, including the effects of a changing climate.

As your draft report notes, the Intergovernmental Panel on Climate Change released a report in April of this year that points to reliable evidence of the effects of climate change on natural systems. Even before the release of that report, Secretary Kempthorne had determined that the Department of the Interior should take affirmative steps to assess the effects on our public lands arising from climate change and develop a process for anticipating and addressing these effects. To that end, he asked Deputy Secretary Lynn Scarlett to convene a task force of experienced career employees, seasoned managers, and senior policy personnel to study climate change because of its possible effects on our ability to be good

Appendix VII
Comments from the Department of the
Interior (BLM, FWS, and NPS)

Page 2

stewards of wildlife, national parks, water, and other resources. This is a high priority for both Departmental leaders and employees in the field. The Task Force involves nearly a hundred people, including the Department's assistant secretaries and other top leaders as well as career scientists, park superintendents, refuge managers, and others from across the country.

Since the first meeting of the Task Force in April, the team has been identifying the effects of a changing climate on water flows, sea coasts and sea ice, permafrost, wildlife, vegetation, etc. The Task Force is evaluating the science currently used by the Department and exploring how new science can be focused to provide the information needed by our land, water, and infrastructure managers. We are also looking at the best ways to convey relevant information among our bureaus so that everyone is working from the most current and reliable data, analysis and predictive models when managing public lands.

Interior's Climate Change Task Force has three subcommittees—one on legal and policy issues; a second on land and water management issues; and a third to address the scientific issues of climate change specifically related to Interior's responsibilities.

**DOI Task Force Activities**

The Task Force is examining how possible climate changes would affect disaster management, water resource management, and habitat management. It is evaluating new responses to manage our changing landscapes. The challenge of setting priorities requires a careful assessment of our resources, the most likely impacts, the laws governing our actions, and the quality of data and analysis we must rely on to adapt to new conditions.

As documented in the draft GAO report, many parks, refuges, and other conservation areas were created to preserve a specific mix of species and resources within specific boundaries. The Department is considering whether *in situ* conservation is possible within current, fixed boundaries if species composition is changing, or whether we should pursue additional conservation strategies. For example, will we need to change how we define the concept of invasive species if plant and animal species shift on the landscape in response to climate change?

Interior's presence along the coast is also significant, with extensive areas of shoreline managed by the National Park Service and the Fish & Wildlife Service. The Task Force is examining what steps should be taken as freshwater coastal habitats turn more saline if ocean levels rise. We must also consider how we can help the Nation manage its water resources if rainfall and snowmelt patterns change.

The Department will continue to focus on wetland management, both for the environmental benefits that result and because coastal wetlands and sea marshes serve as *horizontal levees*, absorbing and reducing impacts from coastal storms.

Appendix VII
**Comments from the Department of the Interior (BLM, FWS, and NPS)**

Page 3

Other examples of challenges before the Climate Change Task Force include:

- Evaluating the management of Interior's facilities and fleet to identify additional opportunities for energy conservation and renewable energy.
- Exploring whether global and regional climate modeling can be scaled to the point that it can be used to manage parks, refuges, and dams controlled by the Department.
- Examining information needs and whether new types of monitoring might strengthen our understanding of on-the-ground trends in water availability and timing of flows, vegetative patterns, movement of species, and other factors.
- Assessing the extent and consequences of exotic grass species expansion on BLM lands, such as the impact on erosion and fire suppression.
- Assessing opportunities for carbon sequestration—both geologic and biologic—on public lands.

The report produced by GAO begins to explore the complexity faced by a Department that manages such a diverse and significant portfolio of public resources.

**Draft GAO Report Themes**

Throughout the GAO report, a few phrases merit specific attention. The report references conditions "caused at least in part by climate change." We are only now beginning to determine with a reasonable level of certainty which observed phenomena result from cyclic weather variation and which represent sustained shifts in climate. As observed in the draft GAO report, "some changes will occur quickly and will be readily apparent, while others will occur gradually and will be less apparent in the near-term." As we better comprehend these changes, we are evaluating the appropriate management regimes. We are proceeding with careful deliberation in the face of emerging information about the likely scope, duration, and nature of changes in both climate and associated ecosystem effects. We are devoting significant effort toward identifying and using the best available information to choose the best course of action.

The GAO report also notes that we "have not made climate change a high priority." The Department has numerous statutory obligations and responsibilities. In fulfilling these goals, we have placed a high priority on developing renewable energy sources; improving energy efficiency and use of alternative energies at our facilities across the Nation; pioneering carbon sequestration through reforestation in the southeast; and advancing scientific research regarding glaciers, sea ice, paleo-climate records, and related subjects. In the context of water management, we have sought state-of-the-science information on changing precipitation patterns. These efforts have been incorporated into our ongoing and diverse resource management efforts. These efforts have borne fruit. Since 2003, the Department has achieved reductions in energy intensity of 15 percent. Renewable energy makes up nearly 15 percent of our energy portfolio, significantly greater than use of renewable energy by the Nation as a whole. Also the Department has budgeted $27 million in the U.S. Geological Survey for global climate change research

Page 4

in 2008. In carrying out it's responsibilities as a manager of one in five acres and extensive natural and cultural resources, the Department utilizes adaptive management and routinely takes actions to mitigate impacts of climate change. In addition, the Fish and Wildlife Service has been conducting carbon sequestration with reforestation activities in concert with industry and non-profit partners for several years.

As the GAO report notes, various DOI bureaus have collected information, assessed impacts, and taken incremental steps to adjust to those impacts most likely resulting from climate change. Our Task Force is assessing these efforts so that we have a more complete understanding of our actions and opportunities.

The GAO report underscores the need for more effective and timely communication of our efforts to address climate change. We agree. Secretary Kempthorne initiated the Climate Change Task Force to make sure that the subject of climate change is being addressed throughout the Department, in a comprehensive fashion, and with the full support of the executive management team. The breadth of involvement and enthusiasm of the personnel throughout the Department working on this issue will help ensure that the Department effectively generates climate science in areas of our expertise; contributes to greenhouse gas mitigation through carbon sequestration and other measures; and develops adaptation strategies to reduce the adverse impacts of climate change. We are committed to keeping personnel within the Department involved and informed.

The draft GAO report states that, "In order to plan and manage for climate change, these resource managers stated that agencies would have to change how they approach their missions because addressing climate change would require managers to anticipate potential change in their planning processes, as opposed to using historic data to react to observed changes."

Developing accurate modeling and determining the weight to put on modeling in relationship to use of historic data is a serious concern currently under review within the Task Force. To date, many of the models needed to make effective decisions at the local and regional levels have not been developed. The Task Force brings managers with years of experience into a collaborative environment where historic data, current modeling, statutory obligations, and public expectations can all be used to develop dynamic management tools to help us effectively manage public lands and waters. As noted in the draft GAO report, we will need to provide direction on how to implement these new tools as they are developed and validated. Our Task Force is looking at this issue.

The GAO draft report also highlights the importance of accurate baseline inventories of plants and animals in order to properly manage the species we are charged with conserving. The Task Force is evaluating how we might set priorities for generating essential information to create our baseline assessments.

Page 5

We are confident that Interior's Climate Change Task Force will set the stage for this Department to respond to the effects of climate change on the lands and waters we manage. The Task Force has already identified virtually all of the major issues described in the draft GAO report and has highlighted a number of additional considerations that we will need to consider. We will be using the information in the final GAO report to make sure we are addressing concerns that we share with GAO and that are being reported to the Congress.

The enclosure provides additional technical comments which, we hope, will assist you in preparing the final report.

Sincerely,

James E. Cason

James E. Cason

Enclosure

Appendix VIII

# GAO Contact and Staff Acknowledgments

| | |
|---|---|
| **GAO Contact** | John B. Stephenson (202) 512-3841 or stephensonj@gao.gov |
| **Staff Acknowledgments** | In addition to the contact named above, Vincent P. Price, Assistant Director; Marc Castellano; John Healey; Ian Jefferies; Anne K. Johnson; and Joseph D. Thompson were major contributors to this report. Kisha Clark, John Delicath, Heather Holsinger, Richard Johnson, Karen Keegan, Carol Kolarik, David Marwick, Micah McMillan, Jean McSween, and Anne O. Stevens also made important contributions. |

| | |
|---|---|
| **GAO's Mission** | The Government Accountability Office, the audit, evaluation and investigative arm of Congress, exists to support Congress in meeting its constitutional responsibilities and to help improve the performance and accountability of the federal government for the American people. GAO examines the use of public funds; evaluates federal programs and policies; and provides analyses, recommendations, and other assistance to help Congress make informed oversight, policy, and funding decisions. GAO's commitment to good government is reflected in its core values of accountability, integrity, and reliability. |
| **Obtaining Copies of GAO Reports and Testimony** | The fastest and easiest way to obtain copies of GAO documents at no cost is through GAO's Web site (www.gao.gov). Each weekday, GAO posts newly released reports, testimony, and correspondence on its Web site. To have GAO e-mail you a list of newly posted products every afternoon, go to www.gao.gov and select "Subscribe to Updates." |
| **Order by Mail or Phone** | The first copy of each printed report is free. Additional copies are $2 each. A check or money order should be made out to the Superintendent of Documents. GAO also accepts VISA and Mastercard. Orders for 100 or more copies mailed to a single address are discounted 25 percent. Orders should be sent to: |

U.S. Government Accountability Office
441 G Street NW, Room LM
Washington, D.C. 20548

To order by Phone:  Voice: (202) 512-6000
                    TDD:  (202) 512-2537
                    Fax:  (202) 512-6061

| | |
|---|---|
| **To Report Fraud, Waste, and Abuse in Federal Programs** | Contact: <br><br> Web site: www.gao.gov/fraudnet/fraudnet.htm <br> E-mail: fraudnet@gao.gov <br> Automated answering system: (800) 424-5454 or (202) 512-7470 |
| **Congressional Relations** | Gloria Jarmon, Managing Director, JarmonG@gao.gov (202) 512-4400 <br> U.S. Government Accountability Office, 441 G Street NW, Room 7125 <br> Washington, D.C. 20548 |
| **Public Affairs** | Paul Anderson, Managing Director, AndersonP1@gao.gov (202) 512-4800 <br> U.S. Government Accountability Office, 441 G Street NW, Room 7149 <br> Washington, D.C. 20548 |



**PRINTED ON** ♻ **RECYCLED PAPER**



# Scientific Assessment of the Effects of Global Change on the United States

A Report of the Committee
on Environment and Natural Resources

National Science and Technology Council

# Scientific Assessment of the Effects of Global Change on the United States

*A Report of the Committee on Environment and Natural Resources*
*National Science and Technology Council*

**May 2008**

# Committee on the Environment and Natural Resources
# National Science and Technology Council

*George Gray*
Environmental Protection Agency

*Conrad Lautenbacher*
National Oceanic and Atmospheric
Administration

*Sharon Hays*
Office of Science and Technology Policy

*Michael H. Freilich*
National Aeronautics and Space
Administration

*James Connaughton*
Council on Environmental Quality

*Robert E. Foster*
Department of Defense

*Mark Myers*
U.S. Geological Survey

*Leonard P. Hirsch*
Smithsonian Institution

*Bridgette K. Ellis*
Tennessee Valley Authority

*Gale Buchanan*
U.S. Department of Agriculture

*Linda Lawson*
Department of Transportation

*Kathie L. Olsen*
National Science Foundation

*Samuel H. Wilson*
Department of Health & Human Services

*James Bates*
Office of Management and Budget

*Bruce Davis*
Department of Homeland Security

*Claudia McMurray*
Department of State

*Samuel P. Williamson*
Office of the Federal Coordinator for
Meteorology

*Raymond L. Orbach*
Department of Energy

*Joel Kupersmith*
Veterans Health Administration

**This page intentionally left blank.**

# Description of Expert Review

This scientific assessment was reviewed in draft form by individuals chosen for their breadth of perspective and technical expertise. The purpose of the independent review was to provide candid and critical comments that helped ensure the scientific soundness of the published report. The review comments remain confidential to protect the integrity of the deliberative process. The following individuals are thanked for their review of this report:

Eric Barron, University of Texas, Austin
Sally Benson, Stanford University
Leon Clarke, Pacific Northwest National Laboratory
Randall Crane, University of California, Los Angeles
Andrew Dessler, Texas A&M University
William Emanuel, University of Virginia, Charlottesville
Marvin Geller, Stony Brook University
Jennifer Hayes, U.S. Forest Service
Gabrielle Hegerl, University of Edinburgh
Jeremy Hess, Emory University
Katherine Jacobs, Arizona Water Institute
Ashby Johnson, Houston-Galveston Area Council
Jay Lawrimore, National Oceanic and Atmospheric Administration
Thomas Lovejoy, Heinz Center
Robert Webb, National Oceanic and Atmospheric Administration
Warren Wiscombe, National Aeronautics and Space Administration

Responsibility for the final content of this report rests entirely with the Committee on Environment and Natural Resources.

This report was prepared in accordance with Section 515 of the Treasury and General Government Appropriations Act for Fiscal Year 2001 (Public Law 106-554) and the Information Quality Act guidelines issued by the Department of Commerce and NOAA pursuant to Section 515. For purposes of compliance with Section 515, this report is an "interpreted product" as that term is used in NOAA guidelines and is classified as "highly influential." This document does not express any regulatory policies of the United States or any of its agencies or provide recommendations for regulatory action.

# Table of Contents

**COMMITTEE ON THE ENVIRONMENT AND NATURAL RESOURCES NATIONAL SCIENCE AND TECHNOLOGY COUNCIL**     **II**

**TABLE OF CONTENTS**     **V**

**SECTION I. EXECUTIVE SUMMARY**     **1**

**I.1 Introduction**     **1**

**I.2 Causes of Climate Change**     **1**

**I.3 Trends and Projections of Physical Changes**     **3**
I.3.a Temperature     3
I.3.b Precipitation, runoff, and drought     4
I.3.c Ice and snow     5
I.3.d Sea level     6
I.3.e Atlantic hurricanes     7
I.3.f Abrupt climate change     7
I.3.g Stratospheric ozone     8

**I.4 Effects of Global Change on the Natural Environment and Human Systems**     **8**
I.4.a Biological diversity, ecosystem composition, and the natural environment     8
I.4.b Agriculture and food production     11
I.4.c Water resources     12
I.4.d Social systems and settlements     13
I.4.e Human health     14
I.4.f Energy production, use, and distribution     16
I.4.g Transportation     17

**SECTION II: INTRODUCTION**     **18**

**II.1. Objectives**     **18**

**II.2. Relationship to Other Assessments and Primary Scientific Literature**     **19**

**II.3. Characterization of Uncertainty**     **20**
II.3.a Description of confidence     20
II.3.b Description of likelihood     20

**II.4. Report Structure**     **21**

**SECTION III: EVALUATION OF OVERALL PROGRESS BY CCSP**     **22**

**III.1 Program Inputs**     **24**
III.1.a Surface-based observing networks     24
III.1.b Satellite observations     25

III.1.c Field campaigns                                                    27
III.1.d Data management                                                    28
III.1.e Modeling                                                           30

**III.2. Program Outputs**                                                 **31**
III.2.a Goal 1:                                                            31
III.2.b Goal 2:                                                            33
III.2.c Goal 3:                                                            35
III.2.d Goal 4:                                                            38
III.2.e Goal 5:                                                            41


# SECTION IV: TRENDS AND PROJECTIONS OF GLOBAL ENVIRONMENTAL CHANGE    46

**IV.1. Radiative Forcing and Observed Climate Change**                    **46**
IV.1.a Radiative forcing due to greenhouse gases and other factors         46
   Carbon dioxide, methane, and nitrous oxide                47
   Fluorocarbons, chlorocarbons, and sulfur hexafluoride    48
   Ozone                                                     48
   Water vapor                                               49
   Aerosols                                                  49
   Land cover changes, linear contrails, and solar irradiance  50
IV.1.b Observed temperature changes                                        50
   Temperature trends                                        50
   Temperature patterns                                      54
   Temperature extremes                                      56
   Surface temperature over the last 2,000 years             57
IV.1.c Observed precipitation changes                                      59
   Precipitation trends and patterns                         59
   Precipitation extremes and storms                         62
IV.1.d Observed changes in other physical systems                          63
   Cryosphere (snow and ice)                                 64
   Hydrosphere                                               66
   Sea level                                                 67

**IV.2. Attribution of Observed Climate Change to Human Activities at the Global and Continental Scale**   **70**
IV.2.a Attribution of observed climate change to anthropogenic emissions and land use / land cover   70
   Temperature                                               71
   Additional climate variables                              74
IV.2.b Attribution of observed changes in physical and biological systems   75

**IV.3. Projected Future Greenhouse Gas Concentrations and Climate Change**   **77**
IV.3.a Global emission scenarios and associated changes in concentrations and radiative forcing   77
   Greenhouse gas emissions                                  77
   Future concentration and radiative forcing changes        83
IV.3.b Projected changes in physical components of the climate system      85
   Temperature projections                                   86
   Precipitation projections                                 90
   Sea level rise projections                                91
   Cryosphere (snow and ice) projections                     92
   Projections of extreme events                             93
   Abrupt climate change projections                         95
IV.3.c Land cover change as an environmental driver                        97
IV.3.d Effects on and from stratospheric ozone                             98
   Effects of elevated greenhouse gas concentrations on stratospheric ozone   99

# SECTION V: ANALYSIS OF THE EFFECTS OF GLOBAL CHANGE ON THE NATURAL ENVIRONMENT AND HUMAN SYSTEMS                102

**V.1 Biological Diversity, Ecosystem Composition, and the Natural Environment**     103
  V.1.a Ecosystem distribution and phenology     104
    Ecosystem distribution     104
    Effects on phenology     105
    Projected impacts     108
  V.1.b Ecosystem services     112
    Projected impacts     112
  V.1.c Extreme events     113
    Projected impacts     115
  V.1.d Sea level rise     115
    Projected impacts     117
  V.1.e Vulnerable ecosystems     118
    Coastal and marine ecosystems     118
    Arctic sea ice ecosystem     119
    Temperate montane ecosystems     120
  V.1.f Adaptation options     121

**V.2 Agriculture and Food Production**     122
  V.2.a Crop yields and productivity     123
    Increasing temperatures     124
    Increasing $CO_2$     125
  V.2.b Water use and irrigation requirements     125
  V.2.c Climate variability and extreme events     126
  V.2.d Pests and weeds     128
  V.2.e Projections for agriculture production     128
  V.2.f Livestock     130
  V.2.g Freshwater and marine fisheries     132

**V.3 Land Resources**     134
  V.3.a Forests     135
  V.3.b Grasslands and shrublands     136
  V.3.c Productivity     137
    Forest productivity     137
    Grassland and shrubland productivity     138
  V.3.d Disturbance     139
    Wildland fires     139
    Insects and pathogens     141
    Storm events     143
  V.3.e Species composition     143
    Forest composition     143
    Grassland and shrubland composition     144

**V.4 Water Resources**     145
  V.4.a Water supply and precipitation     146
    Surface water and precipitation     146
    Projected impacts     148
  V.4.b Groundwater     149
  V.4.c Water quality     149
  V.4.d Extreme events     152
  V.4.e Implications for water users     154

**V.5 Social Systems and Settlements** — **156**
  V.5.a U.S. population trends — 157
  V.5.b Vulnerable communities — 157
  V.5.c Sea level rise — 160
    Projected impacts — 162
  V.5.d Extreme events — 164
    Floods and storms — 164
    Wildland fire — 166
    Drought — 167

**V.6 Human Health** — **167**
  V.6.a Temperature effects — 170
  Increased heat exposure — 170
    Reduced cold exposure — 172
  V.6.b Extreme events — 173
    Floods and storms — 173
    Wildfires — 174
    Droughts — 175
  V.6.c Climate-sensitive infectious diseases — 175
    Water quality — 176
  V.6.d Aeroallergens — 177
  V.6.e Air quality — 178
    Tropospheric ozone — 178
    Particulate matter — 181

**V.7 Energy Production, Use, and Distribution** — **183**
  V.7.a Energy use — 184
    Heating — 184
    Cooling — 185
    Combined heating and cooling — 186
  V.7.b Energy production and distribution — 187
    Fossil and nuclear energy — 190
    Renewable energy — 191
    Extreme events — 193

**V.8 Transportation** — **194**
  V.8.a Study region — 195
  V.8.b Transportation infrastructure — 196
  V.8.c Trends in climate and coastal change in the Gulf Coast — 197
  V.8.d Impacts of changing climate on Gulf Coast transportation — 198
  V.8.e Impacts by transportation mode — 200
    Roads — 200
    Freight and passenger rail — 203
    Marine — 205
    Aviation — 207
    Pipelines — 208

**REFERENCES** — **211**

# Section I. Executive Summary

## I.1 Introduction

The climate is changing, and these changes are affecting the world around us. In order to deal with the changes that are taking place now and to prepare for those that are likely to happen in the future, decisionmakers need information about global change and its effects on the Nation and the world we live in.

This national scientific assessment integrates, evaluates, and interprets the findings of the U.S. Climate Change Science Program (CCSP) and draws from and synthesizes findings from previous assessments of the science, including reports and products by the Intergovernmental Panel on Climate Change (IPCC). It analyzes current trends in global change, both natural and human-induced, and it projects major trends for the future. It analyzes the effects of these changes on the natural environment, agriculture, water resources, social systems, energy production and use, transportation, and human health. It is intended to help inform discussion of the relevant issues by decisionmakers, stakeholders, and the public. As such, this report addresses the requirements for assessment in the Global Change Research Act of 1990.[1]

This assessment addresses not only climate change, but also other change in the global environment—including water resources, oceans, atmospheric chemistry, land productivity, and ecological systems—that may alter the capacity of Earth to sustain life. This broader set of changes is referred to as 'global change,' as defined in the Global Change Research Act.

Over the past several years, our understanding of climate variability and change and our ability to estimate their future effects has improved significantly. The conclusions in this assessment build on the vast body of observations, modeling, decision support, and other types of activities conducted under the auspices of CCSP and from previous assessments of the science, including reports and products by the IPCC, CCSP, and others. This assessment and the underlying assessments have been subjected to and improved through rigorous peer reviews.

## I.2 Causes of Climate Change

Our understanding of climate change continues to grow, enabling scientists to draw increasingly certain conclusions about its causes and impacts. For example, in their most recent assessment of climate change science, the IPCC concluded that it is unequivocal that the average temperature of Earth's surface has warmed recently and it is *very likely* (greater than 90% probability)[2] that most of this global warming is due to increased concentrations of human-generated greenhouse gases. Several lines of evidence, including those outlined in the following sections, point to a strong human influence on climate. Although these individual lines of evidence vary in their degrees of certainty, when considered together they provide a compelling and scientifically sound explanation of the changes to Earth's climate—including changes in

---

[1] 15 USC Chapter 56A
[2] Definitions for terms used in statements of confidence and likelihood can be found in Section II.3: Characterization of Uncertainty.

surface temperature, ice extent, and sea level rise—observed at global and continental scales over the past few decades.  [IV.1 and IV.2][3]

Several different types of gases in the atmosphere warm the planet by trapping energy that would otherwise be emitted to space. These 'greenhouse gases' include water vapor, carbon dioxide, methane, ozone, nitrous oxide, and several fluorine- and chlorine-containing gases. Of the greenhouse gases that are increasing in atmospheric concentration as a direct result of human activities, carbon dioxide is contributing most to the recent warming. The globally averaged concentration of carbon dioxide in the atmosphere has increased from about 280 parts per million (ppm) in the 18th century to 383 ppm in 2007. Emissions of carbon dioxide from fossil fuel use and from the effects of land use change are the primary sources of this increase. The current atmospheric concentration of carbon dioxide greatly exceeds the natural range of the last 650,000 years (180 to 300 ppm) as determined from ice cores. Indeed, the atmospheric levels of all major greenhouse gases have also increased significantly in the past century. [IV.1.a]

An increasing body of scientific research supports the conclusion that, while greenhouse gases are but one of many factors that affect climate, they are *very likely* the single largest cause of the recent warming. Other factors that affect climate may contribute either a warming or cooling influence. For example, some types of tiny particles in the air introduce a cooling influence. These particles, known as aerosols, include sulfate, organic carbon, nitrate, and mineral dust. Black carbon aerosols introduce a warming influence. Deposition of black carbon on snow and ice also contributes a warming influence on the climate by decreasing surface reflectivity that would otherwise deflect more solar energy back into space. Aerosols have been observed to increase cloudiness and cloud reflectivity, both of which have a cooling influence. Other changes to surface reflectivity, as well as variations in solar irradiance, can have either warming or cooling influences. [IV.1.a]

Studies that rigorously quantify the effect of different external influences on observed changes (attribution studies) conclude that most of the recent global warming is *very likely* due to human-generated increases in greenhouse gas concentrations. A large number of climate model simulations show that natural factors alone cannot explain the observed warming in the second half of the 20th century of Earth's land masses and oceans, or that of the North American continent. On the other hand, simulations that include human factors are able to reproduce important large-scale features of the recent changes. Several studies indicate that natural factors played an important role in the warming of the first half of the 20th century. Attribution studies show that it is *likely* (greater than 66% probability) that there has been a substantial human contribution to the surface temperature increase in North America.

According to the IPCC, model simulations of regional (sub-continental-scale) climate have improved, and a limited number of regional climate features are consistently captured in multiple climate model projections. Regional changes in the United States that are consistently projected in climate models are discussed throughout the report, and include some significant regional changes in temperature and precipitation. There are limits to how effectively climate change and

---

[3] The report section(s) denoted in square brackets are where information supporting a particular statement can be found.

its impacts can be projected on small scales, such as at the scale of a single city or county, a single state, or even a group of states, especially over the next decade or two. Climate changes on small scales are difficult to discern, in part, because climate variability averaged over small regions is greater than the variability averaged over large regions. For these and other reasons, attribution of the drivers of long-term temperature changes on time scales of less than 50 years and at regional scales (e.g., county, state, or multiple states, as opposed to continental), with limited exceptions, has not yet been established. [IV.2.]

In addition to average temperatures, recent work shows that human activities have also *likely* influenced extremes in temperature. Many indicators of climate extremes—including the annual numbers of frost days, warm and cold days, and warm and cold nights—show changes that are consistent with warming. For example, there is evidence that human-induced warming may[4] have substantially increased the risk of extremely warm summer conditions in some regions. Discernible human influences extend to additional aspects of climate, including the recent decreases in Arctic sea ice extent, patterns of sea level pressure and winds, and the global-scale pattern of land precipitation. [IV.2.a]

According to CCSP Synthesis and Assessment Product (SAP) 3.3, it is *very likely* that the human-induced increase in greenhouse gases has contributed to the increase in sea surface temperatures in the hurricane formation regions. There is a strong statistical connection between tropical Atlantic sea surface temperatures and Atlantic hurricane activity as measured by an index that accounts for storm intensity, frequency, and duration on decadal timescales over the past 50 years. This evidence suggests a substantial human contribution to recent hurricane activity. However, a confident assessment of human influence on hurricanes will require further studies using models and observations. [IV.2.a]

## I.3 Trends and Projections of Physical Changes

This section describes observed historical trends and model-based projections of future changes to physical and chemical components of the environment.

### I.3.a Temperature

The climate system is warming, as is now evident from direct observations of increases in global average air and ocean temperatures and inferences from widespread melting of snow and ice, rising global average sea level, and other indicators. As determined by the IPCC, the globally averaged temperature rise over the last 100 years (1906–2005) is 1.33 ± 0.32 °F when estimated by a linear trend. The rate of global warming over the last 50 years (0.23 ± 0.05 °F per decade) is almost double that for the past 100 years (0.13 ± 0.04 °F per decade). In addition, as assessed by the IPCC, it is *very likely* that average Northern Hemisphere temperatures during the second half of the 20th century were warmer than any other 50-year period in the last 500 years, and it is *likely* that this 50-year period was the warmest Northern Hemisphere period in the last 1,300 years. Land regions have warmed faster than the oceans—about double the ocean rate after 1979

---

[4] Non-italicized terms and phrases such as "may," "are expected," and "are projected" are used to indicate the possibility of the occurrence of an event or phenomenon without assignment of a formal level of likelihood.

(more than 0.49 °F per decade). The greatest warming is at high northern latitudes during spring and winter. [IV.1.b]

Like global average temperatures, U.S. average temperatures also increased during the 20th and into the 21st century, according to federal statistics. The last decade is the warmest in more than a century of direct observations in the United States. Average temperatures for the contiguous United States have risen at a rate near 0.6 °F per decade in the past few decades. But warming is not distributed evenly across space or time. [IV.1.b]

The number of U.S. heat waves has been increasing since 1950, though it should be noted that the heat waves associated with the severe drought of the 1930s remain the most severe in the U.S. historical record. There have also been fewer unusually cold days during the last few decades, and the last 10 years have seen fewer severe cold waves than for any other 10-year period in the historical record, which dates back to 1895. [IV.1.b]

The IPCC concluded that continued greenhouse gas emissions at or above current rates are expected to cause further warming and to induce many changes during the 21st century that will *very likely* be larger than those of the 20th century. For the next 20 years, a globally averaged warming of about 0.3 to 0.4 °F per decade is projected for a range of scenarios of greenhouse gas emissions[5]. Through about 2030, there is little difference in the warming rate projected using a variety of emissions scenarios. Possible future variations in natural factors, such as a large volcanic eruption, could introduce variations to this long-term warming projection. Even if atmospheric greenhouse gas levels remained constant, the globally averaged warming would continue to be nearly 0.2 °F per decade during the next two decades because of the time it takes for the climate system, particularly the oceans, to reach equilibrium. [IV.3.b]

By the mid-21st century, the effect of the choice of emission scenario becomes more important in terms of the magnitude of the projected warming, with model projections of increases in globally averaged temperature of approximately 2 to 3 °F for several of the IPCC scenarios. According to the IPCC, all of North America is *very likely* to warm during this century, and to warm more than the global average increase in most areas. Nearly all the models assessed by the IPCC project that the average warming in the United States will exceed 3.6 °F, with 5 out of 21 models projecting that average warming will exceed 7.2 °F by the end of the century. The largest warming in the United States is projected to occur in winter over northern parts of Alaska. In regions near the coasts, the projected warming during the 21st century is expected to be less than the national average. According to CCSP SAP 3.3, abnormally hot days and nights and heat waves are *very likely* to become more frequent, and cold days and cold nights are *very likely* to become much less frequent over North America. [IV.3.b]

## I.3.b Precipitation, runoff, and drought

---

[5] A scenario is a coherent, internally consistent and plausible description of a possible future state of the world. It is not a forecast; rather, each scenario is one alternative image of how the future can unfold. The scenarios cited in this document do not include greenhouse gas emission reduction initiatives.

According to historical records, the total annual precipitation over the contiguous United States has increased at an average rate of 6% per century from 1901 to 2005, with significant variability over time and by region. The greatest increases in precipitation were in the northern Midwest and the South. The contiguous United States has had statistically significant increases in heavy precipitation, primarily during the last three decades of the 20th century and over the eastern parts of the country. [IV.1.c]

In keeping with the overall precipitation trends, most of the United States has experienced decreases in drought severity and duration during the second half of the 20th century. However, a severe drought has affected the southwestern United States from 1999 through 2007. The southeastern United States has also recently experienced severe drought. On a longer time scale, reconstructions of droughts using tree rings and geological evidence show that much more severe droughts have occurred over the last 2,000 years than those that have been observed in the instrumental record, notably, the Dust Bowl drought of the 1930s and extensive drought in the 1950s. [IV.1.d]

Streamflow in the eastern United States has increased 25% in the last 60 years. However, it has decreased by about 2% per decade in the central Rocky Mountain region over the past century. The annual peak of streamflow in snowmelt-dominated western mountains is now generally occurring at least a week earlier than in the middle of the 20th century. Winter stream flow is increasing in basins with seasonal snow cover. The fraction of annual precipitation falling as rain (rather than snow) increased in the last half century. [IV.1.d]

Most climate models project an increase in winter precipitation in the northern tier of states and a decrease in portions of the Southwest during the 21st century. Summer precipitation is projected to decrease in the Northwest of the contiguous United States and increase in Alaska; it is uncertain whether summer precipitation will increase or decrease over large portions of the interior United States. In northern regions of North America, the magnitude of precipitation increase is projected to be greatest in autumn, whereas winter precipitation is projected to increase by the largest fraction relative to its present amount. A majority of climate models generally show winter increases in northern regions and summer decreases in western and southern regions. [IV.3.b]

In the 21st century, precipitation over North America is projected to be less frequent but more intense. This increase in storminess is projected to be accompanied by greater extreme wave heights along the coasts. [IV.3.b]

## I.3.c Ice and snow

Observations indicate that annual average Arctic sea ice extent decreased by 2.7 ± 0.6% per decade between 1978 and 2005. Larger decreases were observed in summer (7.4 ± 2.4% per decade). In 2007, Arctic sea ice extent was approximately 23% below the previous all-time minimum observed in 2005. In addition to the decreased extent, the average sea ice thickness in the central Arctic *very likely* decreased by up to approximately 3 feet from 1987 to 1997, according to the Arctic Climate Impacts Assessment and the IPCC. Along the Alaskan coast, reductions in the thickness and spatial extent of sea ice are creating more open water, allowing

winds to generate stronger waves, which increase shoreline erosion. Antarctic sea ice extent shows no statistically significant average trend. [IV.1.d]

The snow-covered area of North America increased in the November to January season from 1915 to 2004 due to increases in precipitation. However, spring snow cover in mountainous regions of the western United States generally decreased during the latter half of the 20th century. The IPCC determined that this latter trend is *very likely* due to long-term warming, with potential influence from decadal-scale natural variability. In Alaska, where the warming has been particularly pronounced, the permafrost base has been thawing at a rate of up to 1.6 inches per year since 1992. [IV.1.d]

The date that rivers and lakes freeze over has become later (average rate of 5.8 ± 1.6 days per century) and the ice breakup date has happened earlier (average rate of 6.5 ± 1.2 days per century), according to an analysis of 150 years of available data for the Northern Hemisphere. In addition to these changes in seasonal ice and snow, glaciers have been losing mass in the northwestern United States and Alaska, with losses especially rapid in Alaska after the mid-1990s. [IV.1.d]

Snow cover is projected to continue to decrease as the climate warms. According to the IPCC, results from multiple model simulations indicate that an Arctic Ocean free of summer ice is *likely* by the end of the century, with some models suggesting that this could occur as soon as 2040. Glaciers and terrestrial ice sheets are projected to continue to lose mass as increases in summertime melting outweigh increases in wintertime precipitation. This will contribute to sea level rise. Widespread increases in thaw depth are projected over most permafrost regions. [IV.3.b]

## I.3.d Sea level

There is strong evidence that global average sea level gradually rose during the 20th century, after a period of little change between A.D. 0 and A.D. 1900, and is currently rising at an increased rate. The global average rate of sea level rise from 1993 to 2003 was 0.12 ± 0.03 inches per year, significantly higher than the 20th century average rate of 0.067 ± 0.02 inches per year. Two major processes lead to changes in global mean sea level on decadal and longer time scales, and each currently account for about half of the observed sea level rise: expansion of the ocean volume due to warming, and the exchange of water between the oceans and land reservoirs of water, including glaciers and land ice sheets. [IV.1.d]

U.S. sea level data from at least as far back as the early 20th century show that along most of the U.S. Atlantic and Gulf Coasts, sea level has been rising 0.8 to 1.2 inches per decade. The rate of relative sea level rise varies from a few inches per decade along the Louisiana Coast (due to sinking land) to a drop of a few inches per decade in parts of Alaska (due to rising land). [IV.1.d]

Along with increases in global ocean temperatures, the IPCC projects that global sea level will rise between 7 and 23 inches by the end of the century (2090–2099) relative to the base period (1980–1999). According to the IPCC, the average rate of sea level rise during the 21st century is

*very likely* to exceed the 1961–2003 average rate. Storm surge levels are expected to increase due to projected sea level rise. Combined with non-tropical storms, rising sea level extends the zone of impact from storm surge and waves farther inland, and will *likely* result in increasingly greater coastal erosion and damage according to the IPCC. Potential accelerations in ice flow of the kind recently observed in some Greenland outlet glaciers and West Antarctic ice streams could substantially increase the contribution from the ice sheets to sea level, a possibility not reflected in the aforementioned projections. Understanding of these processes is limited and there is no consensus on their magnitude and thus on the upper bound of sea level rise rates. [IV.3.b]

## I.3.e Atlantic hurricanes

As recognized in recent assessments, detection of long-term trends in tropical cyclone activity is complicated by multi-decadal variability and the quality of the tropical cyclone records prior to routine satellite observations that began in about 1970. Even taking these factors into account, CCSP SAP 3.3 concluded that it is *likely* that the annual numbers of tropical storms, hurricanes, and major hurricanes in the North Atlantic have increased over the past 100 years, a time in which Atlantic sea surface temperatures also increased. Additionally, there is evidence for an increase in extreme wave height characteristics over the past couple of decades, associated with more frequent and more intense hurricanes. [IV.1.c]

It is *likely* that hurricane rainfall and wind speeds will increase in response to human-caused warming, according to CCSP SAP 3.3. There is less confidence in the projected changes in the number of tropical cyclones. The apparent increase in the proportion of very intense storms since 1970 in some regions is much larger than simulated by current models for that period, highlighting the uncertainty associated with this issue. [IV.3.b]

Trends in other extreme weather events that occur at small spatial scales—such as tornadoes, hail, lightning, and dust storms—cannot be determined at the present time due to insufficient evidence. [IV.3.b]

## I.3.f Abrupt climate change

An abrupt climate change occurs when the climate system crosses a threshold, which triggers a transition into a new state that may have large and widespread consequences. Over at least the last 100,000 years, abrupt regional warming (up to 29 °F within decades over Greenland) and cooling events occurred repeatedly over the North Atlantic region. Greenhouse warming and other human alterations of the Earth system may increase the possibility of abrupt climate change. One such possible change is a rapid decrease in the rate of flow of the major deep ocean circulation pattern in the North Atlantic that affects North American and European climate. The IPCC reported that an abrupt slowdown of this circulation during the 21st century is *very unlikely* (less than 10% probability), but longer-term changes cannot currently be assessed with confidence. Other possible abrupt changes are rapid disintegrations of the Greenland Ice Sheet and the West Antarctic Ice Sheet, both of which could raise sea level by several feet. Although models suggest the complete melting of the Greenland Ice Sheet (leading to at least 20 feet of sea level rise) would only require sustained warming in the range of 3.4 to 8.3 °F (relative to pre-industrial temperatures), it is expected to be a slow process that would take many centuries to

complete. There is presently no consensus on the long-term future of the West Antarctic Ice
Sheet or its contribution to sea level rise. [IV.3.b]

## I.3.g Stratospheric ozone

Ozone at very high altitudes in the atmosphere plays an important role in shielding life on Earth
from harmful ultraviolet radiation. Springtime polar ozone depletion continues to be severe when
winter temperatures in the polar stratosphere (above approximately 6 miles) are particularly cold.
According to the World Meteorological Organization, the average concentration of atmospheric
ozone outside of polar regions is no longer declining, as it was in the 1990s. Measurements from
some stations in relatively unpolluted locations indicate that ultraviolet radiation levels have
been decreasing since the late 1990s, in accordance with observed ozone increases. However,
ultraviolet radiation levels are still increasing at some Northern Hemisphere stations as a
consequence of long-term changes in other factors such as clouds and atmospheric particulates
that also affect ultraviolet radiation. [IV.1.a]

According to the World Meteorological Organization, it is *unlikely* that total ozone averaged
over the region 60° S to 60° N will decrease significantly below the low values of the 1990s,
because the abundances of ozone-depleting substances have peaked and are in decline. The
current best estimate is that ozone between 60° S and 60° N will return to pre-1980 levels around
the middle of the 21st century. Model simulations suggest that changes in climate, specifically
the cooling of the stratosphere associated with increases in the abundance of carbon dioxide, may
hasten the return of global column ozone to pre-1980 values by up to 15 years. [IV.3.d]

## I.4 Effects of Global Change on the Natural Environment and Human Systems

According to CCSP SAP 4.3, it is *very likely* that temperature increases, increasing carbon
dioxide levels, and altered patterns of precipitation are already affecting U.S. water resources,
agriculture, land resources, biodiversity, and human health, among other things. SAP 4.3 also
concluded that it is *very likely* that climate change will continue to have significant effects on
these resources over the next few decades and beyond. [V.]

### I.4.a Biological diversity, ecosystem composition, and the natural environment

Ecosystems provide society with a number of goods (e.g., food, fiber, fuel, pharmaceutical
products) and services (e.g., cycling of water and nutrients, regulation of weather and climate,
removal of waste products, recreational and spiritual opportunities), and are essential to human
health and well-being. Biodiversity (i.e., the variety of all forms of life, from genes to species to
ecosystems) is a fundamental building block of many of the services that ecosystems provide. It
is intrinsically important both because of its contribution to the functioning of ecosystems and
because it is difficult or impossible to recover or replace once it has eroded. The effects of
climate change on U.S. ecosystems include changes in the timing and length of the growing
season, primary production, and species distributions. According to CCSP SAP 4.3, it is *very
likely* that climate change will increase in importance as a driver for changes in biodiversity over
the next several decades, although for most ecosystems it is not currently the largest driver of

change. Other elements of global change (e.g., land management and use and nitrogen deposition) will continue to play a significant role in determining the future fate of ecosystems. Adaptive responses will as well. [V.1]

Some general findings from CCSP SAP 4.3, the IPCC, and other assessments, are provided below:

- The consistency of observed significant changes in physical and biological systems and observed significant warming across the globe *likely* cannot be explained entirely by natural variability or other confounding non-climate factors. [V.1]
- There has been a significant lengthening of the growing season and increase in net primary productivity in the higher latitudes of North America. Over the last 19 years, global satellite data indicate that the onset of spring is taking place 10 to 14 days earlier across the temperate latitudes. Net primary productivity is projected to increase at high latitudes due to extended growing seasons and carbon dioxide fertilization. Projections for temperate latitudes are unclear due to uncertainty in whether precipitation increases will be great enough to offset evapotranspiration increases. [V.1.a]
- In an analysis of 866 peer-reviewed papers exploring the ecological consequences of climate change worldwide, nearly 60% of the 1,598 species studied exhibited shifts in their distributions and/or timing of their annual cycles that correspond to recent large-scale climate change patterns. [V.1]
- The resilience of many ecosystems is *likely* to be exceeded this century by an unprecedented combination of climate change, associated disturbances (e.g., flooding, drought, wildfire, insects, ocean acidification), and other global change drivers (e.g., land use change, pollution). [V.1.a]
- In North America, warming has generally resulted in and is expected to continue to result in shifts of species ranges poleward and to higher altitudes. However, species that require higher-elevation habitat, such as alpine ecosystems, may have nowhere to migrate. [V.1.a]
- Over the course of this century, net carbon uptake by terrestrial ecosystems is projected to peak before mid-century and then weaken or even reverse, thus amplifying climate change. [V.1.a]
- Changes in temperature and precipitation will *very likely* decrease the cover of vegetation that protects the ground surface from wind and water erosion. [V.1.e]
- Many effects of climate change on U.S. ecosystems and wildlife may emerge most strongly through potential changes in the intensity and frequency of extreme events such as hurricanes and disturbances such as wildfires. In the near term, fire effects are expected to generally exceed direct climate effects on ecosystems. [V.1.c]
- While there will always be uncertainties associated with the future extent of climate change, the response of ecosystems to climate impacts, and the effects of management, it is both possible and essential for management practices to help protect climate-sensitive ecosystems. [V.1.f]

Some regional and biome-specific findings from CCSP SAP 4.3 and the IPCC are provided below:

- The rapid rates of warming that have been seen in the Arctic in recent decades (and are projected for at least the next century) are dramatically reducing the snow and ice covers that provide denning and foraging habitat for polar bears and other ice-dependent species. [V.1.e]

- The Alaskan tree line is expected to move northward and to higher elevations. Forests will replace significant amounts of existing tundra, and tundra vegetation will move into polar deserts. These changes are projected to increase carbon uptake, which would tend to offset warming effects. However, the reduced reflectivity associated with the vegetation land cover is expected to outweigh this, causing further warming. [V.1.e]

- Where adequate water is available, nitrogen deposition and warmer temperatures have *very likely* increased forest growth and will continue to do so in the near future. However, it is difficult to separate the role of climate from other factors. Rising carbon dioxide levels will *very likely* increase photosynthesis in forests, but this increase will *likely* only enhance wood production in young forests on fertile soils. [V.1.e]

- In the last three decades, the wildfire season in the western United States has lengthened and burn durations have increased. Climate change has also *very likely* increased the size and number of insect outbreaks and tree mortality that help to fuel wildfires in the interior West, the Southwest, and Alaska. These trends are *very likely* to continue. [V.1.c]

- Many plants and animals in arid ecosystems are near their physiological limits for tolerating temperature and water stress and even slight changes in stress will have significant consequences. Climate change in arid regions is *very likely* to be detrimental to river and riparian ecosystems, increase erosion, and promote invasion of exotic grass species in arid lands. Climate change in arid regions is also *likely* to create physical conditions conducive to wildfire. In arid regions where ecosystems have not co-evolved with a fire cycle, the loss of iconic megaflora, such as saguaro cacti and Joshua trees, is *very likely.* [V.1.a]

- On small oceanic islands with cloud forests or high-elevation ecosystems, such as the Hawaiian Islands, human-induced climate change, land use changes, and invasive species are *likely* to have synergistic effects that drive several species (e.g., some endemic birds) to extinction. [V.1.c]

- Erosion and ecosystem loss is affecting many parts of the U.S. coastline, but it is unclear to what extent these losses result from temperature and precipitation changes, sea level rise, and other human drivers. Coastal wetland loss is occurring where these ecosystems are squeezed between natural and artificial landward boundaries and rising sea levels. To date, more than 50% of the original salt marsh habitat in the United States has been lost. Approximately 20% of the remaining coastal wetlands in the U.S. mid-Atlantic region are potentially at risk of inundation between 2000 and 2100. Salt marsh biodiversity is projected to decrease in northeastern marshes through expansion of non-native species such as *Spartina alterniflora*. Erosion of barrier islands has increased the height of waves that reach the shorelines of coastal bays. [V.1.c]

- The increasing carbon dioxide level in the atmosphere has made the oceans more acidic. This acidification is expected to have negative impacts on marine shell-forming organisms and consequently large portions of the marine food chain. Corals in many tropical regions are experiencing substantial mortality from increasing water temperatures and increasing storm intensity in some regions, on top of a host of other ongoing challenges from development and tourism, fishing, and pollution. Increasing ocean acidification is expected to exacerbate these effects. [V.1.a]

- Land-based ecosystems in the northeastern and southeastern United States will *likely* become carbon sources, while the western United States will *likely* remain a carbon sink. [V.1.a]

## I.4.b Agriculture and food production

The many U.S. crops and livestock (valued at about $200 billion in 2002) are strongly affected by weather and climate factors (such as temperature, precipitation, carbon dioxide concentrations, and water availability). Vulnerability of this sector to climate change is a function of many interacting factors, including pre-existing climatic and soil conditions, changes in pest competition, water availability, and the sector's capacity to cope and adapt through management practices, seed and cultivar technology, and changes in economic competition among regions [V.2]. The following findings are based on CCSP SAP 4.3 and the IPCC:

- With increased carbon dioxide levels and temperature, the lifecycle of grain and oilseed crops will *likely* progress more rapidly. But, as temperatures rise, these crops will increasingly begin to fail, especially if climate variability increases and precipitation lessens or becomes more variable. [V.2]
- The marketable yield of many horticultural crops (e.g., tomatoes, onions, and fruits) is *very likely* to be more sensitive to climate change than grain and oilseed crops. [V.2.c]
- Climate change is *likely* to lead to northward migration of weed species. Increasing carbon dioxide levels are *likely* to help many weeds, particularly some types of invasive weeds, more than most cash crops. Recent research also suggests that glyphosate, the most widely used herbicide in the United States, loses its efficacy on weeds grown at the increased carbon dioxide levels that are projected for the coming decades. [V.2.d]
- Disease pressure on crops and domestic animals will *likely* increase with earlier springs and warmer winters, which will allow proliferation and higher survival rates of pathogens and parasites. Regional variation in warming and changes in rainfall will also affect spatial and temporal distribution of disease. [V.2.e]
- Projected increases in temperature and a longer growing season will *likely* extend forage production into late fall and early spring, thereby decreasing need for winter season forage reserves. However, these benefits will *very likely* be affected by regional variations in water availability. [V.2.f]
- Climate-change-induced shifts in plant species are already underway in rangelands. Establishment of perennial herbaceous species is reducing the availability of soil moisture early in the growing season. [V.3.e]
- Shifts in the productivity and type of plants will *likely* also have significant impact on livestock operations. Higher temperatures will *very likely* reduce livestock production during the summer season, but these losses will *very likely* be partially offset by warmer temperatures during the winter season. For ruminants, current management systems generally do not provide shelter to buffer the adverse effects of changing climate. Such protection is more frequently available for non-ruminants (e.g., swine and poultry). [V.2.f]
- Cold freshwater fisheries are *likely* to be negatively affected. Warm freshwater fisheries will generally benefit. The results for cool-water fisheries will be mixed, with gains in the northern and losses in the southern portions of ranges. Effects of increasing temperature on marine fisheries are already occurring, with rapid poleward shifts in some regions. These shifts are expected to continue in the future. [V.2.g]

## I.4.c Water resources

Plants, animals, natural and managed ecosystems, and human settlements are susceptible to variations in the storage, fluxes, and quality of water, all of which are sensitive to climate change. The effects of climate on the Nation's water storage capabilities and hydrologic functions will have significant implications for water management and planning as natural processes become more variable. Other factors affecting water resources include water pollution, damming of rivers, wetland drainage, reduced stream flow, and lowering of the groundwater table (e.g., due to irrigation). Although climate-related changes have been small compared to these other pressures to date, climate change is expected to result in increasing effects in the future. [V.4]

Although U.S. water management practices are generally quite advanced, particularly in the West, the reliance on past conditions as the foundation for current and future planning and practice will no longer be tenable as climate change and variability increasingly create conditions that are well outside of historical parameters, eroding predictability. The findings below, reported by the IPCC, CCSP SAP 4.3, and other sources, are based on the ongoing and projected water cycle changes described earlier. [V.4]

- In some mountain areas, earlier snowmelt peaks result in reduced low flows in the summer and fall. Continuing shifts in this direction are *very likely* and may substantially affect the performance of reservoir systems through changes in the seasonality of streamflow. [V.4.a]
- Water quality is sensitive to increased water temperatures, changes in precipitation, and other climate-related factors. However, most water quality changes observed so far across the continental United States are *likely* attributable to causes other than climate change. Higher temperatures and nutrient loads will tend to reduce the oxygen content of water with potential negative impacts on aquatic organisms. Increases in intense rain events will tend to result in the introduction of more sediment, nutrients, pathogens, and toxics into water bodies from non-point sources. The intrusion of saline water into groundwater supplies is *likely* to adversely affect water quality in coastal regions around the United States. These water quality changes could impose enormous costs on water treatment infrastructure. [V.4.c]
- Stream temperatures are *likely* to increase as the climate warms and are *very likely* to have effects on aquatic ecosystems and water quality. Changes in temperature will be most evident during low flow periods, when they are of greatest concern. [V.4.d]
- Projections suggest that efforts to offset the declines in available surface water by increasing withdrawal of groundwater will be hampered by decreases in groundwater recharge in some water-stressed regions, such as the southwestern United States. [V.4.b]
- Less reliable supplies of water are expected to create challenges for managing urban water systems as well as for industries that depend on large volumes of water. Across North America, vulnerability to extended drought is increasing as population growth and economic development create more demands from agricultural, municipal, and industrial uses, resulting in frequent over-allocation of water resources. Examples of vulnerable U.S. regions include: the heavily-used water systems of the West that rely on capturing snowmelt runoff, such as the Columbia and Colorado River systems; portions of California; the New York area, as a

consequence of greater water supply variability; and many islands such as the U.S. territories of Puerto Rico and U.S. Virgin Islands. [V.4.e]

- Trends toward more efficient water use are *likely* to continue in the coming decades. Pressures for reallocation of water will be greatest in areas of highest population growth, such as the Southwest. Declining per capita (and, in some cases, total) water consumption will help mitigate the impacts of climate change on water resources. [V.4.d]

## I.4.d Social systems and settlements

Human systems include social, economic, and institutional structures and processes. These systems are influenced by multiple factors and stresses (e.g., access to financial resources, urbanization, and shifts in demographics). U.S. settlements will feel the effects of climate change as they interact with these other factors. Climate change effects could push stressed systems beyond sustainable thresholds. Climate sensitivity varies across settlements and industrial sectors. While it may appear that industrialized countries like the United States are well equipped to cope with gradual climate change at a national level, at a local level there may be substantial variability in climate effects and capacities to adapt. On the other hand, some U.S. settlements may find opportunities in climate change. [V.5]

According to CCSP SAP 4.6, some of the key aspects of human settlements that are affected by climate change include: human health; water and other urban infrastructures; energy requirements; urban metabolism (e.g., the welfare and activities of urban communities); economic competitiveness, opportunities, and risks; and social and political structures. Several of these challenges are discussed in other sections of the Executive Summary (and the body of the report).

Globally, the most vulnerable industries, settlements, and societies are generally those in coastal and river flood plains, those whose economies are closely linked with climate-sensitive resources, and those in areas prone to extreme weather events, especially in places that are being rapidly urbanized. Poor communities can be especially vulnerable, particularly those concentrated in high-risk areas. According to the IPCC, the most vulnerable areas in the United States are *likely* to be Alaska (e.g., indigenous communities dependent on hunting climate-sensitive species), coastal and river basin locations that are susceptible to flooding, arid areas where water scarcity is a pressing issue, and areas whose economic bases are climate-sensitive. It is possible that regions exposed to risks from climate change will see movement of population and economic activity to other locations. One reason is public perceptions of risk, but a more powerful driving force may be the availability of insurance. [V.5]

Some of the key findings from CCSP SAP 4.6 and the IPCC related to settlements are outlined below.

- Population growth is generally shifting toward areas (e.g., coastal regions) more likely to be vulnerable to the effects of climate change. Demand for waterfront property and land for building in the United States continues to grow, increasing the value of property at risk. [V.5.b]

- Coastal population increases together with *likely* increases in hurricane rainfall and wind speeds and greater storm surge due to sea level rise will continue to increase coastal vulnerabilities in the Southeast and Gulf Coast. Urban centers that were once assumed to have a high adaptive capacity remain vulnerable to extreme events such as hurricanes. [V.5.b]
- The degradation of coastal ecosystems, especially wetlands and coral reefs, can have serious implications for the well-being of societies that depend on them. The costs of adaptation for vulnerable coasts are generally much less than the costs of not acting. [V.5.c]
- For small islands, particularly in the Pacific, some studies suggest that sea level rise could reduce island size, raising concerns for parts of Hawaii and other U.S. territories. [V.5.c]
- Climate and extreme events can have substantial effects on local economies. For example, tourism could be affected by drought-influenced water levels in rivers and reservoirs, cleanup following multiple storm outbreaks, and changes in the length of the tourist season (e.g., ski season and beach season). [V.5.d]
- As discussed elsewhere, wildfires have increased in extent and severity in recent years and are *very likely* to intensify in a warmer future. At the same time, the population has been expanding into fire-prone areas, increasing society's vulnerability to wildfire. [V.5.d]

## I.4.e Human health

Climate variability and change can affect health directly and indirectly. The heat stress associated with a warmer environment can directly affect the body. Climate change can also make it possible for animal-, water-, and food-borne diseases to spread or emerge in areas where they had been limited or had not existed, or it can make it possible for such diseases to disappear by making areas less hospitable to the disease carrier or pathogen. Climate can also affect the incidence of diseases associated with air pollutants and aeroallergens.

Climate impacts on health are complex and will be influenced by multiple factors, including demographics; population and regional vulnerabilities; the social, economic, and cultural context; availability of resources and technological options; built and natural environments; public health infrastructure; and the availability and quality of health and social services. CCSP SAP 4.6 concluded that climate change is *very likely* to accentuate the disparities already evident in the American health care system. As discussed in CCSP SAP 4.6 and the IPCC, the extent to which communities are prepared and have the capacity to adapt will determine the severity of the following climate change impacts. Conclusions from those reports are discussed below. [V.6]

Temperature-related conclusions include the following:
- It is *very likely* that heat-related morbidity and mortality will increase over the coming decades, however net changes in mortality are difficult to estimate because, in part, much depends on complexities in the relationship between mortality and global change. High temperatures tend to exacerbate chronic health conditions. An increased frequency and severity of heat waves is expected, leading to more illness and death, particularly among the young, elderly, frail, and poor. [V.6]
- In many cases, the urban heat island effect may increase heat-related mortality. High temperatures and high air pollution can interact to result in additional health impacts. [V.6]
- Climate change is projected to lead to fewer deaths from cold exposure. [V.6.a]

Conclusions related to animal-, food-, and water-borne diseases include the following:

- Climate change is *likely* to increase the risk and geographic spread of vector-borne infectious diseases, including Lyme disease and West Nile virus. [V.6.c]
- There will *likely* be an increase in the spread of several food and water-borne pathogens among susceptible populations depending on the pathogens' survival, persistence, habitat range and transmission under changing climate and environmental conditions. However, major human epidemics of these diseases in the United States are *unlikely* if the public health infrastructure is maintained and improved as needed. [V.6 and V.6.c]
- Federal and state laws and regulatory programs protect much of the U.S. population from waterborne disease. However, if climate variability increases, current and future deficiencies in watershed protection, infrastructure, and storm drainage systems will tend to increase the risk of contamination events. [V.6.c]

Conclusions related to air quality include the following:

- As the climate becomes warmer and more variable, air quality is *likely* to be affected. [V.6.e]
- Climate change can be expected to influence the concentration and distribution of air pollutants through a variety of processes, including the modification of biogenic emissions, the change of chemical reaction rates, wash-out of pollutants by precipitation, and modification of weather patterns that influence pollutant buildup. [V.6.e]
- In studies holding pollution emissions constant, climate change was found to lead to increases in regional ground-level ozone pollution in the United States and other countries. It is well-documented that breathing air containing ozone can reduce lung function, increase susceptibility to respiratory infection, and contribute to premature death in people with heart and lung disease. [V.6.e] (The health effects of stratospheric ozone depletion on the United States have not been assessed here.)
- Climate change and changes in carbon dioxide concentration could increase the production and allergenicity of airborne allergens and affect the growth and distribution of weeds, grasses, and trees that produce them, which may increase the incidence of allergic rhinitis. [V.6.e]
- Uncertainties in climate models make the direction and degree of change in air quality and aeroallergens somewhat speculative. [V.6.d]

Conclusions related to extreme events include the following:

- Increases in extreme weather (e.g., storms, flooding) and accompanying events (e.g., wildfire resulting from prolonged drought) may lead to increases in deaths, injuries, infectious diseases, interruptions of medical care for chronic disease treatment, and stress-related disorders and other adverse effects associated with social disruption and migration. [V.6.d]
- Extreme climate events may also have substantial mental health impacts (e.g., post-traumatic stress disorder and depression). [V.6]
- High-density populations in low-lying coastal regions, such as the U.S. Gulf of Mexico, experience a high health burden from weather disasters, particularly among lower income groups. [V.6]
- Wildfires pose significant direct health threats. They can also have substantial effects through increased eye and respiratory illnesses due to fire-related air pollution and mental health impacts from evacuations, lost property, and damage to resources. Wildfires, with their

associated decrements to air quality and pulmonary effects, are likely to increase in frequency, severity, distribution, and duration in the Southeast, the Intermountain West and the West. [V.6 and V.6.b]

- Morbidity and mortality due to an event will tend to increase with the intensity and duration of the event, but will tend to decrease with advance warning and preparation. [V.6.a]

## I.4.f Energy production, use, and distribution

To date, most discussions on energy and climate change have focused on mitigating human effects on climate. However, along with this role as a *driver* of climate change, the energy sector will be subject to the *effects* of climate change. As discussed in the IPCC and CCSP SAP 4.5, climate change is *likely* to affect the use and production of energy in the United States. It is *likely* to affect physical and institutional infrastructures and is *likely* to interact with and possibly exacerbate ongoing environmental change and environmental and population-related pressures in settlements. Concerns about climate change impacts could change perceptions and valuations of energy technology alternatives. Responses to climate change may lead to the following changes in energy demand according to the IPCC and CCSP SAP 4.5: [V.7]

- decreases in the amount of energy consumed in residential, commercial, and industrial buildings for space heating and water heating; [V.7.a]
- increases in energy used in residential, commercial, and industrial buildings for space cooling; [V.7.a]
- increases in energy consumed for residential and commercial refrigeration and industrial process cooling (e.g., in thermal power plants or steel mills); [V.7.a]
- increases in peak demand for electricity in most regions of the country, except in the Pacific Northwest; [V.7.a]
- increases in energy used to supply other resources for climate-sensitive processes, such as pumping water for irrigated agriculture and municipal uses; [V.7.a]
- changes in the balance of energy use among delivery forms and fuel types, as between electricity used for air conditioning and natural gas used for heating; [V.7] and
- changes in energy consumption in key climate-sensitive sectors of the economy, such as transportation, construction, agriculture, and others. [V.7]

According to CCSP SAP 4.5, in the absence of energy efficiency measures directed at space cooling, climate change is expected to cause a significant increase in the demand for electricity in the United States, which would require the building of additional electricity production facilities (and probably transmission facilities) at an estimated cost of many billions of dollars. [V.7.a]

Climate change could affect production, supply, and transmission of energy in the United States in the following ways according to the IPCC and CCSP SAP 4.5:

- direct impacts from increased intensity of extreme weather events, [V.7.b]
- reduced water supplies in regions dependent on water resources for hydropower and/or thermal power plant cooling, [V.7.b]
- facility siting decisions affected by changing conditions, [V.7.b] and

- positive or negative impacts on production of biomass, wind power, or solar energy where climate conditions change. [V.7.b]

Significant uncertainty exists about the potential impacts of climate change on energy production and distribution, in part because the timing and magnitude of climate impacts are uncertain. Nonetheless, every existing source of energy in the United States has some vulnerability to climate variability. Although effects on the existing infrastructure might be categorized as modest, local and industry-specific impacts could be large, especially in areas that may be prone to disproportional warming (e.g., Alaska) or weather disruptions (e.g., the Gulf Coast and Gulf of Mexico). [V.7.b]

## I.4.g Transportation

Increasing global temperatures, rising sea levels, and changing weather patterns pose significant challenges to our country's transportation venues including: roadways, railways, transit systems, marine transportation systems, airports, and pipeline systems. The U.S. transportation network is vital to the Nation's economy, safety, and quality of life. The following findings, derived from the IPCC and CCSP SAP 4.7 (focused on Gulf Coast transportation impacts), relate to the relationship between climate change and transportation in North America: [V.8]

- Warmer or less snowy winters are *likely* to reduce delays, improve ground and air transportation reliability, and decrease the need for winter road maintenance. However, more intense winter storms could increase risks for traveler safety and require increased localized snow removal. [V.8]
- Increasing frequency, intensity, or duration of heat spells could cause railroad tracks to buckle or kink and could affect roads through softening and traffic-related rutting. [V.8]
- Coastal and riverine flooding and landslides are *very likely* to cause negative impacts on roads, rails, and ports. The crucial connectivity of the transportation system means that the services of the network can be threatened even if small segments are wiped out. [V.8]
- Transportation infrastructure is *likely* to be particularly affected in more northerly latitudes. Permafrost degradation reduces surface load-bearing capacity and potentially triggers landslides. While the season for transport by barge is *likely* to be extended, the season for ice roads that utilize waterways is *likely* to be compressed. [V.8]
- Climate change may worsen the vulnerability of Gulf Coast and eastern transportation systems to hurricanes and tropical storms as warming seas give rise to more energetic storms and as sea level rises. [V.8.d]
- An increase in the frequency of extreme precipitation events may contribute to increased accident rates; more frequent short-term flooding and bridge scour, as well as more culvert washouts; exceeding the capacity of storm drain infrastructure; and more frequent landslides, requiring increased maintenance. [V.8]
- Increases in precipitation and the frequency of severe weather events could negatively affect aviation. Higher temperatures affect aircraft performance and increase the necessary runway lengths. [V.8]
- Some of these risks are expected to be offset by improvements in technology and information systems. [V.8]

# Section II: Introduction

## II.1. Objectives

Earth's climate and other key aspects of the natural environment are changing, and these changes are significantly affecting society and nature. The U.S. Climate Change Science Program (CCSP) and its international partners are making a concerted scientific effort to better understand the characteristics and causes of these changes, their past and future course, and their implications. By communicating the findings of these efforts, CCSP is making important strides toward its overarching vision:

> A nation and the global community empowered with the science-based knowledge to manage the risks and opportunities of change in the climate and related environmental systems.

The specific objectives of this assessment are to integrate, evaluate, and interpret the findings of CCSP to support informed discussion about the relevant issues by decisionmakers, stakeholders, the media, and the public. This assessment reviews a wide range of observed and projected vulnerabilities, risks, and impacts associated with global change, focusing particularly on the effects of climate change. It also discusses the effects of changing ozone concentrations; ecosystem shifts; and changes in air quality, land and water use, and ocean chemistry. This assessment focuses primarily on the United States. However, given the global nature of the issues, it also discusses international impacts.

Sidebar:

Global Change: Changes in the global environment (including alterations in climate, land productivity, oceans or other water resources, atmospheric chemistry, and ecological systems) that may alter the capacity of the Earth to sustain life (from the *Global Change Research Act of 1990*).

Climate Change: A statistically significant variation in the mean state of the climate and/or in its variability, persisting for an extended period (typically decades or longer), due to either natural or human causes (adapted from the *CCSP Strategic Plan*).

This report is pursuant to the Global Change Research Act of 1990,[6] which requires the U.S. Global Change Research Program[7] to "combine and interpret information readily usable by policymakers attempting to formulate effective strategies for preventing, mitigating, and adapting to the effects of global change." The specific assessment requirement is as follows:

> Scientific Assessment
>
> On a periodic basis (not less frequently than every 4 years), the Council, through the Committee,[8] shall prepare and submit to the President and the Congress an assessment which –

---

[6] 15 USC Chapter 56A
[7] The U.S. Global Change Research Program is incorporated within CCSP.
[8] The "Council" refers to the Federal Coordinating Council on Science, Engineering, and Technology, which has been supplanted by the National Science and Technology Council. The "Committee" refers to the Committee on Earth and Environmental Sciences, which has been supplanted by the Committee on Environment and Natural Resources under the council.

(1) integrates, evaluates, and interprets the findings of the Program and discusses the scientific uncertainties associated with such findings;

(2) analyzes the effects of global change on the natural environment, agriculture, energy production and use, land and water resources, transportation, human health and welfare, human social systems, and biological diversity; and

(3) analyzes current trends in global change, both human-induced and natural, and projects major trends for the subsequent 25 to 100 years.[9]

This scientific assessment addresses each of the three components of this requirement.

The findings contained in this assessment build upon the vast body of observations, process studies, modeling, and other types of basic and applied research conducted under the auspices of CCSP. In so doing, it integrates, evaluates, and interprets findings of the program, as called for in the first paragraph of the assessment requirement of the Global Change Research Act of 1990. The following sections of the introduction describe the manner in which uncertainty is characterized in this assessment, its relationship to other assessments, and how the assessment is structured.

## II.2. Relationship to Other Assessments and Primary Scientific Literature

This scientific assessment integrates, evaluates, and interprets the findings of CCSP and other scientific investigations of global change. It analyzes the trends and effects of global environmental changes, with a particular focus on climate change. This scientific assessment primarily draws from and synthesizes findings from previous assessments of the state of the science. All of these underlying assessments involved leading experts in the relevant disciplines who analyzed the existing body of primary, peer-reviewed scientific literature, and observations. These underlying assessments were all subjected to and improved through rigorous peer reviews of their own.

In some cases, this assessment cites the primary literature, particularly when the underlying assessment derived a particular conclusion from a single or small number of studies. In cases where the authors of the underlying assessments drew from a large number of studies or where they exercised their expert judgment on a particular issue, the assessment itself is cited.

This scientific assessment draws significantly from and extends the findings of the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Reports that were released in 2007.[10] Within the IPCC reports, this assessment draws most heavily from the North America chapter of the IPCC Working Group II report, as well as several chapters from the IPCC Working Group I report. The IPCC reports, which represent the international scientific consensus on climate change, are written and reviewed by hundreds of the world's leading environmental and social scientists studying climate change. The United States was a leading contributor to the IPCC:

• U.S. scientists actively participated, serving as authors and reviewers;

---

[9] 15 USC Chapter 56A, Subchapter 1, Section 2936
[10] See <www.ipcc.ch>.

- CCSP sponsored key science that underpinned the IPCC reports; and
- the United States hosted the Technical Support Unit that facilitated production of the IPCC report on the physical science of climate change.

This scientific assessment also incorporates findings from several CCSP synthesis and assessment products that integrate and analyze CCSP results related to specific sectors, disciplines, and cross-cutting issues.[11] The CCSP synthesis and assessment products focus on issues of importance, with a particular emphasis on North America.

Other key assessments used in this report include the United Nations Environment Programme's *Scientific Assessment of Ozone Depletion: 2006* (WMO, 2007), the *Arctic Climate Impact Assessment* (ACIA, 2005), and several reports from the National Research Council. Nearly all of the major assessment reports cited in this document were released within the past few years. The *National Assessment of the Potential Consequences of Climate Variability and Change* (NAST, 2001) is also cited and served as a foundation for a significant portion of the research carried out under CCSP that is drawn from in the assessments cited in this document.

## II.3. Characterization of Uncertainty

In characterizing uncertainty, this assessment uses an approach similar to the one used in the IPCC Fourth Assessment Report,[12] which was also generally used in the CCSP synthesis and assessment reports that provided input to this assessment. The terms used to describe the levels of confidence and likelihood associated with individual findings in the IPCC Fourth Assessment Report and CCSP synthesis and assessment products have been adopted in this assessment.

### II.3.a Description of confidence

On the basis of a comprehensive reading of the literature, their analysis of current knowledge, and their expert judgment, the authors of the underlying assessments have assigned confidence levels to major statements. These statements of confidence (printed in italics) use the following definitions:

| | |
|---|---|
| *Very high confidence* | At least a 9 out of 10 chance of being correct |
| *High confidence* | About an 8 out of 10 chance |
| *Medium confidence* | About a 5 out of 10 chance |
| *Low confidence* | About a 2 out of 10 chance |
| *Very low confidence* | Less than a 1 out of 10 chance |

### II.3.b Description of likelihood

Likelihood refers to an assessment of the probability, based on expert judgement or quantitative analysis (when available), that some well-defined outcome has occurred or will occur in the future. The descriptions of likelihood (printed in italics) use the following definitions:

---

[11] See <www.climatescience.gov>.
[12] This approach is described in *Guidance Notes for Lead Authors of the IPCC Fourth Assessment Report on Addressing Uncertainties*, which can be found at <www.ipcc.ch/pdf/supporting-material/uncertainty-guidance-note.pdf>.

| | |
|---|---|
| *Virtually certain* | greater than 99% probability of occurrence |
| *Very likely* | 90 to 99% probability |
| *Likely* | 66 to 90% probability |
| *More likely than not* | greater than 50% probability |
| *About as likely as not* | 33 to 66% probability |
| *Unlikely* | 10 to 33% probability |
| *Very unlikely* | 1 to 10% probability |
| *Exceptionally unlikely* | less than 1% probability |

Non-italicized terms and phrases such as "may," "are expected," and "are projected" are used to indicate the possibility of the occurrence of an event or phenomenon without assignment of a formal level of likelihood.

## II.4. Report Structure

The body of the report is divided into three main sections:

- **Evaluation of Overall Progress by CCSP**. This section provides illustrations of the program's integrated efforts toward its major objectives and interprets some of the major advances that have been made.
- **Trends and Projections of Global Environmental Change**. This section describes key observations, causes, and future projections of global change, both nationally and globally. This section provides much of the underpinning for the subsequent section.
- **Analysis of the Effects of Global Change on the Natural Environment and Human Systems.** This section describes the effects of climate and other environmental drivers on key U.S. assets and sectors, including natural and managed ecosystems, water resources, human health, welfare, settlements, energy supply and demand, and transportation.

# Section III: Evaluation of Overall Progress by CCSP

The Climate Change Science Program (CCSP) articulated five overarching goals in its strategic plan (CCSP, 2003):

1. Improve knowledge of the Earth's past and present climate and environment, including its natural variability, and improve understanding of the causes of observed variability and change.
2. Improve quantification of the forces bringing about changes in the Earth's climate and related systems.
3. Reduce uncertainty in projections of how the Earth's climate and related systems may change in the future.
4. Understand the sensitivity and adaptability of different natural and managed ecosystems and human systems to climate and related global changes.
5. Explore the uses and identify the limits of evolving knowledge to manage risks and opportunities related to climate variability and change.

This section reports key progress toward these goals since the completion of CCSP's Strategic Plan in 2003. In providing an assessment that includes consideration of the accomplishments of CCSP over the last several years, it is important to differentiate between different kinds of accomplishments. A conceptual framework for addressing the program's accomplishments and developing performance metrics by which its progress could be evaluated was provided by the National Research Council (NRC) in its report, *Thinking Strategically: The Appropriate Use of Metrics for the Climate Change Science Program* (NRC, 2005b). In this report, the NRC identified five different types of metrics: process metrics, input metrics, output metrics, outcome metrics, and impact metrics.

The progress that CCSP has made over the past several years comes from a variety of efforts. In implementing its program, CCSP uses four approaches of scientific research, observations, decision support, and communications (CCSP, 2003). In particular, as new observational capabilities become available, they can be thought of as providing an input metric (e.g., launch of a new satellite) that leads to outputs (e.g., large data sets that are made available to the scientific research community through a data archive). Scientists use the observations (together with relevant models of varying degrees of complexity) to enhance the state of scientific knowledge, and thereby create outcomes that can be evaluated using a variety of metrics.

Similarly, complex modeling and assimilation systems that are developed to describe prior and/or predict future Earth system evolution, support assessments, and produce consistent data sets that can be used widely by the scientific community may be thought of as inputs, while the results from them can be considered as outputs, with corresponding metrics associated with them as their capabilities and availability increase.

The following are among the output metrics identified by the NRC (2005b):

1. The research has engendered significant new avenues of discovery.

2. The program has led to the identification of uncertainties, increased understanding of uncertainties, or reduced uncertainties that support decision-making or facilitate the advance of other areas of science.
3. The program has yielded improved understanding, such as (a) more consistent and reliable predictions or forecasts, (b) increased confidence in our ability to simulate and predict climate change and variability, and (c) broadly accepted conclusions about key issues or relationships.

Impact metrics would be applicable once the scientific results can be used for policymaking, resource management, and decision support. Indeed, the NRC has defined three classes of impact metrics (NRC, 2005b):

1. The results of the program have informed policy and improved decision making.
2. The program has benefited society in terms of enhancing economic vitality, promoting environmental stewardship, protecting life and property, and reducing vulnerability to the impacts of climate change.
3. Public understanding of climate issues has increased.

A number of examples of progress that CCSP has made toward meeting these goals are outlined in this section. Many of these are best considered as outcome goals, as they represent the knowledge, understanding, and predictive capability that come from the program. Some, especially those associated with Goal 5, can be thought of as impact goals because of how that goal is defined. However, given the large investment made by CCSP agencies in observational and modeling capability, and the very significant increase in capability that has become available since the publication of the *CCSP Strategic Plan* in 2003, it is important that the input and output metrics most closely associated with these advances also be addressed. Thus, this section begins with a number of CCSP accomplishments that can best be thought of as input metrics and concludes with a number of cross-cutting accomplishments that are primarily output metrics. Program outcomes and impacts have been assessed in a number of NRC reports and elsewhere.

CCSP provides key large-scale observational efforts that underpin our Nation's climate research, including satellite observations, surface-based measurement networks, and field campaigns. However, many of the observing systems used by CCSP were developed primarily for purposes other than climate research and are not included in CCSP's budget. During the approximately five years since the release of the strategic plan, several important advances in observational capability have come to fruition through enhanced deployment of surface-based networks, launch and/or releases of global data sets from satellites, and the conduct of field campaigns that integrate surface-based, airborne, and satellite-based measurements. The data from these investments are made broadly available to scientific and applications communities and they have had an appreciable impact on climate research in the United States.

This section briefly summarizes some of these accomplishments. These accomplishments, which are drawn largely from the program's annual reports (*Our Changing Planet*, OCP) for FY 2004 through FY 2009, are not intended to comprehensively describe the program's inputs and outputs. This section is not a comprehensive assessment of the program's capability to deliver the knowledge necessary to address the key scientific and societal issues related to the effects of global change. Rather, this section is intended to provide illustrative examples of the broad and integrated range of CCSP's activities.

III. Evaluation of Overall Progress by the CCSP                                        23

## III.1 Program Inputs

### III.1.a Surface-based observing networks

*Ocean Monitoring:* CCSP agencies have been contributing to a significant growth in worldwide ocean *in situ* monitoring over the past several years. An initial ocean observing system for climate has reached 59% completion towards its planned completion in 2013, with the United States currently supporting nearly 50% of the ocean-based observing platforms [OCP 2009[13]]. A network of tropical moored buoys has been extended into the Indian Ocean, with the number of sites increasing from 6 [OCP 2007] to 8 [OCP 2008] to a planned total of 12 by the end of 2008 [OCP 2009]. The Argo network of profiling arrays is now globally complete, with some 3,000 instruments deployed around the world [OCP 2009], with the United States responsible for approximately half of them [OCP 2008].

*Aerosol and Radiation Monitoring:* The Aerosol Robotic Network (AERONET) continues to expand, with some 230 automated sites now instrumented with sun photometers around the world. Sites added most recently include the Tibetan plateau and the Ganges floodplain of India. Scientific advances implemented recently into the network include more accurate measures of particle size and improved determination of aerosol light absorption [OCP 2009]. Three-dimensional information about aerosol distributions is being obtained from the Micro-Pulse Lidar Network (MPL Net), for which 13 stations are now operating around the world, with 5 more to be put into place in the near future. Most MPL Net stations are co-located with Aerosol Robotic Network stations so that the column data obtained with passive techniques can be inter-compared with profile data obtained with active approaches. Data products produced by MPL Net include aerosol optical depth, absorption, and size distribution; aerosol and cloud heights; and planetary boundary layer structure and evolution [OCP 2009]. The Baseline Surface Radiation Network has been expanded to 38 sites and has data records up to 15 years long at its original 6 stations [OCP 2008].

*Atmospheric Radiation Measurement (ARM) Program:* The ARM program has deployed a mobile facility that can be temporarily relocated around the world to provide the same type of comprehensive surface-based measurements of atmospheric radiation that are made at the ARM permanent sites. The mobile facility was first deployed in Point Reyes, California, as part of a joint study by the Department of Energy and the Department of Defense [OCP 2007], and was then deployed to Niamey, Niger, in 2006 [OCP 2008]. During this deployment, the mobile facility was able to make detailed observations of a large Saharan dust storm that took place over North Africa in March 2006 [OCP 2008]. In 2007 it was deployed to the Black Forest region of Germany, and a deployment to China is planned for 2008 [OCP 2009]. The results from the mobile facility can be compared to those obtained from the ARM fixed sites in the Arctic, tropics, and mid-latitudes.

*AmeriFlux:* Based on systematic eddy-covariance measurements, AmeriFlux Network sites provide data on exchange of carbon dioxide ($CO_2$), water vapor, and energy between air and

---

[13] The date of the *Our Changing Planet* reports refers to the fiscal year for which they were prepared, not the year in which they were published.

plant canopies for a range of different types of ecosystems. Time averages of these continuous measurements are expressed as net ecosystem exchange (NEE) for any selected time period, and the annual $CO_2$ NEE, for example, is often termed net ecosystem production (NEP), or the quantity of carbon gained or lost by the system. Some AmeriFlux data products also include measures of respiration, which when combined with NEE enable estimates of gross primary production (GPP). Both NEP and GPP are important for calculating terrestrial carbon budgets and for carbon cycle analysis and modeling. AmeriFlux data products also include a number of corollary biometric and micrometeorological measurements that are used to understand carbon cycle processes. (See <public.ornl.gov/ameriflux/>.)

*Ground-Water Climate Response Network*: The federal government, in cooperation with hundreds of federal, state, and local agencies, collects nationally consistent information about the Nation's groundwater resources and helps define and manage those resources. The U.S. Geological Survey (USGS) maintains a network of wells to monitor the effects of droughts and other climate variability on groundwater levels. The Ground-Water Climate Response Network consists of a national network of about 140 wells monitored as part of the USGS Ground-Water Resources Program, supplemented by more than 200 wells monitored as part of the Cooperative Water Program that meet the same network criteria.

*Soil Climate Analysis Network (SCAN) and Snowpack Telemetry (SNOTEL)*: SCAN is an *in situ* real-time observation network. The information from SCAN aids in data assimilation for drought assessments; flood response; integrated pest management; land productivity in relation to soil moisture and temperature changes; help in predicting shifts in wetlands, crops, and other ecosystems; and would serve as ground-truth for satellite soil moisture information. SCAN data are being examined for use in modeling carbon fluxes. At each SCAN site, minimum measurements include precipitation, relative humidity, wind speed, solar radiation, and barometric pressure above ground, and soil moisture and soil temperature at several depths below the surface. SNOTEL site measurements include snow depth and moisture content. (See <www.wcc.nrcs.usda.gov>.)

*U.S. Historical Climatology Network (USHCN)*: The USHCN is a high-quality data set of daily and monthly records of basic meteorological variables from over 1,000 observing stations across the 48 contiguous United States. Daily data include observations of maximum and minimum temperature, precipitation amount, snowfall amount, and snow depth from 1,062 stations; monthly data consist of monthly averaged maximum, minimum, and mean temperature and total monthly precipitation from 1,221 stations. Most of these stations are U.S. Cooperative Observing Network stations located generally in rural locations, while some are National Weather Service First Order stations that are often located in more urbanized environments. The USHCN has been developed over the years to assist in the detection of regional climate change and to analyze U.S. climate.

## III.1.b Satellite observations

*GRACE:* The Gravity Recovery and Climate Experiment consists of two satellites flying in formation, from which spatial and temporal variability in Earth's gravitational field can be measured and used to determine information about the distribution of mass in the Earth. Not only

can GRACE provide information about the relatively time-independent variability of the gravitational field associated with Earth's solid matter, but it can provide information about shorter-term variability associated with changes in the distribution of water (both frozen and liquid). This latter variability can then be used to provide information about distributions of groundwater, mass of ice sheets, and ocean bottom pressure (from which deep ocean currents can be evaluated) [OCP 2007]. The ability of GRACE to make usefully accurate surface-water storage estimates over seasonal time scales demonstrates its potential for applied use, and the availability of comparisons between observed and modeled water storage estimates provides increased confidence in the global annual patterns and seasonal cycle of water storage. The satellite observations have shown some low-latitude biases in the models, however, and the availability of the satellite data should contribute to future improvement of models of water storage [OCP 2008].

*ICESat:* The Ice, Cloud, and Land Elevation Satellite was launched in January 2003. While it measures surface elevations of ice and land, vertical distributions of clouds and aerosols, and vegetation canopy heights, all with unprecedented accuracy, its primary emphasis has been on acquiring time series of ice-sheet elevation changes that can be used to determine the mass balance of ice sheets, most notably those in Greenland and Antarctica. Additional ice-related capabilities have included the ability to characterize detailed topographic features of ice sheets, ice shelves, and ice streams and the ability to gather new observations of sea-ice thickness distribution [OCP 2007].

*SORCE:* The Solar Radiation and Climate Experiment satellite was launched in 2003. This satellite contains four instruments measuring not only the total solar irradiance (TSI), but also spectrally resolved solar irradiance (SSI) over a very broad range of wavelengths. The SORCE satellite overlapped other U.S. satellites measuring TSI and SSI, allowing for improved capability for determining trends, which can be very challenging in the absence of overlap. This is due to the challenge to metrology that is associated with space-based solar irradiance measurement, for which the variation in TSI over a solar cycle is of the order of only 0.3% (peak-to-peak). Besides supporting long-term trend observations, SORCE has contributed to studies of shorter-term solar variability. In 2004, SORCE was able to document both changes in solar luminosity associated with the transit of Venus across the Sun and the largest solar X-ray flare ever recorded [OCP 2006]. The four-plus years of SORCE observations are providing previously unavailable information concerning the full wavelength dependence of solar irradiance over a significant fraction of the solar cycle, including at visible and infrared wavelengths where such data were previously only available over very brief periods (e.g., the length of a Space Shuttle mission) [OCP 2008]. Continuity of TSI measurements is planned with the Glory satellite to be launched in 2009. Additional TSI and SSI measurements are being considered as part of the plan for re-manifestation of the climate sensors that were lost from the National Polar-Orbiting Operational Environmental Satellite System as part of the Nunn-McCurdy certification process completed in 2006.

*Aura:* The Aura spacecraft, designed to study the trace constituent and aerosol composition of the troposphere and stratosphere, was launched on 15 July 2004. Aura contains four instruments whose measurement goals include ozone depletion, global air quality, and the radiative forcing of climate. It is an international mission, with instruments or components contributed by the

United Kingdom, the Netherlands, and Finland. While most of Aura's instruments provide markedly enhanced capabilities over those flown previously, Aura can also provide continuity in measurements of ozone column and profile, aerosol distributions, and trace constituent profiles that were obtained from other platforms, most notably the Upper Atmosphere Research Satellite, which took data from 1991 through 2005, and the Total Ozone Mapping Spectrometer series of satellites [OCP 2006]. The Aura satellite flies as part of an international constellation ('A-Train') of polar-orbiting spacecraft whose equatorial crossing times are all within approximately 15 minutes of each other in the early afternoon (~1:30 p.m. at the locality that they fly over). The near simultaneity of the measurements from the different spacecraft and instruments will allow for synergistic studies that would not be possible without the coordinated flights. Aura results are affecting a number of areas, including studies of the relationship between upper-tropospheric water vapor and ice that demonstrate the existence of a positive feedback associated with cloud-induced transport of moisture to the upper troposphere [OCP 2007] and those of how ozone, water vapor, and ozone-depleting trace gases are transported between the troposphere and stratosphere, which will allow for improvements in the models used to represent the response of the ozone layer to future concentrations of greenhouse gases [OCP 2008].

*COSMIC:* The Constellation Observing System for Meteorology, Ionosphere, and Climate consists of six satellites containing radio-occultation instruments based on the Global Positioning System technique for determining temperature and moisture profiles of the atmosphere. The system was launched on 14 April 2006. It is a joint U.S.–Taiwanese effort, and represents the first focused effort to use the radio-occultation technique to obtain a spatially distributed set of profiles (~2500 every 24 hours) that can be used for both climate studies and weather forecasting. The high vertical resolution of the radio-occultation technique and the absolute nature of the measurement will make the COSMIC data useful for climate studies [OCP 2007].

*CloudSat and CALIPSO:* The Cloud Satellite and Cloud-Aerosol Lidar and Infrared Pathfinder Satellite Observation satellites were launched in June 2006 to use radar and lidar observations, respectively, for determination of the three-dimensional distribution of clouds and aerosols in Earth's atmosphere. These satellites were launched into the A-train constellation (see Aura section above), and the active remote-sensing techniques used on these spacecraft complement the passive techniques used on the other members of the constellation. Both CloudSat and CALIPSO represent partnerships—CloudSat with the Canadian Space Agency and the U.S. Air Force, and CALIPSO with the French space agency, CNES. Among the scientific issues being addressed by CloudSat and CALIPSO are the relationship between aerosols, clouds, and precipitation and the distribution of clouds over polar regions in winter [OCP 2009].

## III.1.c Field campaigns

*TC4:* CCSP scientists completed the Tropical Composition, Cloud, and Climate Coupling (TC4) experiment in Costa Rica during the summer of 2007. This field campaign, which included three large aircraft (ER-2, WB-57, DC-8) flying coordinated trajectories, focused on identifying and quantifying the chemical and dynamical processes that take place in Earth's tropical tropopause layer. A particular emphasis was the study of the composition, formation, and radiative properties of clouds (cirrus and sub-visible cirrus) in this region. Besides the aircraft, the

campaign made use of data from the A-Train constellation of satellites, as well as three ground-based and balloon sonde stations [OCP 2009].

*CLASIC:* The Cloud and Land Surface Interaction Field Campaign was carried out in June 2007 in the region surrounding the ARM network's Southern Great Plains site in Oklahoma. Three 'supersites' were heavily instrumented to obtain ground-based measurements linking observed carbon and moisture fluxes to atmospheric structure, and several research aircraft were used as well. This campaign was coordinated with the Mid-Continent Initiative study of the North American Carbon Program to help understand the influence of the land surface on atmospheric concentrations of aerosols, gases, and other constituents [OCP 2009].

*ICARTT:* The International Consortium for Atmospheric Research on Transport and Transformation was carried out in the summer of 2004 to study the factors involved in the intercontinental transport of pollution and its effects on radiation balance over North America and the North Atlantic. This campaign involved scientists from the United States and five other countries, working together with aircraft-, ship-, satellite-, and surface-based observations [OCP 2006].

*MILAGRO:* The Megacity Initiative: Local and Global Research Observations was carried out in the spring of 2006, bringing together several planned field experiments that were addressing the impacts of large sources of air pollution in North America (most notably the Mexico City area) on the tropospheric trace constituent and aerosol distributions over a broader geographic region. This effort brought together measurement initiatives by CCSP agencies, and allowed for synergistic observations using surface-based, airborne, and satellite-based platforms. Results showed higher than expected formation of organic aerosols within the atmosphere, and should help improve future calculations of aerosol influences on climate [OCP 2006, 2007, 2008].

## III.1.d Data management

*Giovanni:* A new tool to facilitate the use of space-based remote-sensing data by eliminating a number of tedious steps that investigators would normally have to take before they could begin data analysis has been developed and implemented at the National Aeronautics and Space Administration's (NASA) Goddard Space Flight Center. This tool is known as Giovanni (Goddard Earth Sciences Data and Information Services Center Interactive Online Visualization and Analysis Infrastructure), and will make it easier for scientists and other users to access data from NASA's Earth Observing System. Among the steps previously required that will be eliminated through use of Giovanni are searching for appropriate data files, requesting them from a central archive, transferring the files to the user's own computing system, and extracting the relevant data from potentially unfamiliar data formats. This online tool will allow scientists to spend a larger fraction of their time working with the actual data and thus better comprehend regional events and the interconnected nature of global environmental processes [OCP 2008]. (See <daac.gsfc.nasa.gov/techlab/giovanni/>.)

*Carbon Dioxide Information and Analysis Center (CDIAC):* The Department of Energy (DOE) maintains CDIAC to provide comprehensive, long-term data management support, analysis, and information services in support of DOE climate change research, the global climate research

community, and the general public. CDIAC data support research on both the present-day carbon budget and temporal changes in carbon sources and sinks. Particular issues that can be addressed with CDIAC data include emission rates and atmospheric and oceanic concentrations of $CO_2$, as well as information on fluxes of CO2 within the atmosphere and between the land surface and the atmosphere [OCP 2007]. In 2008, CDIAC will begin to offer $CO_2$ measurements from buoys, research cruises, and volunteer observing ships, as well as syntheses of data from the Atlantic and Pacific regions [OCP 2009]. (See <cdiac.ornl.gov/>.)

*Global Change Master Directory (GCMD):* The GCMD provides descriptive and spatial information about data sets relevant to global change research. It contains over 18,200 metadata descriptions of data sets coming from some 2,800 government agencies, research institutions, archives, and universities. Besides facilitating research on climate change, the GCMD contains data and metadata that support work in numerous Earth science disciplines, with a particular emphasis on supporting multidisciplinary research. Software upgrades are made periodically in response to user needs and to capitalize on new technology [OCP 2008]. (See <gcmd.nasa.gov/>.)

*Global Observing System Information Center (GOSIC):* GOSIC is an operational data facility implemented through the National Oceanic and Atmospheric Administration's (NOAA) National Climate Data Center on behalf of the global observing community. GOSIC provides information and facilitates easier access to data produced by the Global Climate Observing System, the Global Ocean Observing System, the Global Terrestrial Observing System, and other observing programs. While the data themselves may be highly distributed, the existence of a single entry point will facilitate the use of these data by a wide variety of users. GOSIC includes search capability across a broad range of international data centers to support full utilization of data sets produced by multiple nations [OCP 2009]. (See <www.gosic.org/>.)

*Earth Observing System Data and Information System (EOSDIS):* EOSDIS provides convenient mechanisms for locating and accessing products from NASA's Earth Observing System. Data may be obtained by users either electronically or on physical media. EOSDIS provides access to a very large set of data through the eight Distributed Active Archive Centers and several additional data sources. These centers process data products from instrument data, archive and distribute the resulting data, and provide a full range of user support. More than 2,100 distinct data products are archived and distributed through the Distributed Active Archive Centers and associated centers [OCP 2007]. (See <www.esdis.eosdis.nasa.gov/>.)

*Earth Science Research, Education, and Applications Solutions Network (REASoN):* NASA's REASoN program created 40 cooperative agreements that are designed to support the development of higher-level science products based on data from NASA's satellite programs, to use these products to advance Earth system research, to develop and demonstrate new technologies for data management and distribution, and to contribute to interagency efforts to improve the maintenance and accessibility of data and information systems. The REASoN tasks were initiated in 2004 and most completed their work in 2007 [OCP 2007]. A follow-on program, Making Earth System Data Records for Use in Research Environments (MEaSUREs), was initiated in 2007. (See <reason-projects.gsfc.nasa.gov/>.)

*Scientific Data Stewardship (SDS):* The SDS is a paradigm for data management implemented at NOAA to use an integrated suite of functions for preserving and exploiting the full scientific value of environmental data. The functions include careful monitoring of system performance for long-term applications, generating authoritative long-term records from multiple observing platforms, assessing the state of Earth system components, and proper archiving of and timely access to data and metadata [OCP 2006].

*National Data Centers:* The Comprehensive Large-Array Data Stewardship System is NOAA's data system for providing data from current and future polar-orbiting and geostationary operational satellite systems. The system will provide permanent, secure storage and safe, efficient access between data centers and customers. The system will be sized to handle a significant increase in data rates that will occur as the next generation of observing systems is implemented. Initial accomplishments include implementation of free Internet-based customer access to data from NOAA's Geostationary Operational Environmental Satellite [OCP 2006]. (See <www.class.ngdc.noaa.gov/>.)

## III.1.e Modeling

*IPCC Model Analyses and Evaluation:* Three U.S. groups carried out a number of model runs to support the development of the IPCC Fourth Assessment Report. These groups were those at the National Center for Atmospheric Research, the NOAA Geophysical Fluid Dynamics Laboratory, and the NASA Goddard Institute for Space Studies. All models are consistent in projecting global warming in the 21st century in response to anthropogenic forcing. They include improved representation of the El Niño–Southern Oscillation (ENSO) compared to previous models, although they do not fully represent many aspects of ENSO including its effects on climate in North America and elsewhere [OCP 2008]. Data from these model runs are available from the Program for Climate Model Diagnosis and Intercomparison (PCMDI; <www-pcmdi.llnl.gov/>) at the Lawrence Livermore National Laboratory. PCMDI, together with its university and government laboratory partners, is applying its collective expertise to support modeling studies initiated by the IPCC. It is providing facilities for the storage and distribution of terascale data sets from multiple coupled atmosphere–ocean general circulation model (GCM) simulations of present-day climate as well as climate changes resulting from large transient increases in carbon dioxide [OCP 2006].

*North American Regional Climate Change Assessment Program (NARCCAP):* NARCCAP is an effort funded by multiple agencies to meet the climate scenario needs of the United States and Canada. It aims to develop an ensemble of regional climate change scenarios for North America and develop and apply statistical methods to systematically investigate the uncertainties in future climate projections at the regional level. NARCCAP uses a multi-model approach that includes four global atmosphere–ocean coupled models to provide global climate change simulations; six regional climate models to downscale the global simulations; and two global atmosphere models in time-slice experiments to provide climate change scenarios at the same horizontal resolution as the regional climate models. These regional and global simulations contributed to the IPCC Fourth Assessment Report. The NARCCAP model archive is accessible from the Earth System Grid. (See <www.narccap.ucar.edu>.)

## III.2. Program Outputs

This section describes CCSP progress toward its overarching goals since 2003, when the program's initial Strategic Plan was released.

### III.2.a Goal 1: Improve knowledge of the Earth's past and present climate and environment, including its natural variability, and improve understanding of the causes of observed variability and change.

CCSP research requires a solid foundation of observations, monitoring data, and analyses of these data to provide a better understanding of Earth system processes, to understand the magnitude and extent of climate variations, and to test and to improve models. Analyses of collected observations and monitoring data underpin all aspects of climate system study. In the past few years, key analyses of collected data have provided important insights into understanding the nature and variability of the Earth system.

One of the most notable advances has been the increased certainty ascribed by the IPCC to the influence of humans on climate. The 2001 IPCC Working Group I report (IPCC, 2001) concluded that "…most of the observed warming over the last 50 years is likely to have been due to the increase in greenhouse gas concentrations." By 2007, the IPCC (2007a) had strengthened that conclusion to "very likely." This change was made in part on the basis of work carried out under the auspices of CCSP, including expanded observational records, improvements in the simulation of many aspects of climate, and a series of new attribution studies that evaluated whether observed changes are quantitatively consistent with the expected response to external forcings and inconsistent with alternative physically plausible explanations.

Another example of a body of work with profound impact is the progress made in understanding temperature and moisture changes at continental scales, and in understanding the magnitude of climate change at high latitudes, in the Arctic and Antarctic regions of Earth. Analysis of temperature and moisture records together with satellite images and ground-based measurements for North America and Europe show that both continents are experiencing earlier transitions from winter to summer. Warmer spring temperatures are causing earlier spring green-up of vegetation, together with longer growing seasons overall. Observations in the western United States also indicate that the annual peak in spring river runoff is occurring earlier in the season and is supplying less water during the growing season (Mote et al., 2005). At high latitudes, satellite, airborne, and ground-based observations suggest that significant changes are occurring in the mass balance of the Greenland and Antarctic Ice Sheets. These changes are inferred to be caused by warming at high latitudes. New satellite-based observations of the polar regions indicate significant reductions in the volume of the Greenland Ice Sheet (Velicogna and Wahr, 2005), declining Arctic sea ice cover, and loss of ice mass in Antarctica despite no measurable change in snowfall over the last 50 years (Velicogna and Wahr, 2006). Analyses of observations together with climate model simulations suggest that the pattern of high-latitude temperature change is more readily explained by human activity and natural climate forcing than by internal variability alone.

Another key temperature finding comes from the body of analytical work reported in the CCSP synthesis and assessment report, *Temperature Trends in the Lower Atmosphere: Steps for Understanding and Reconciling Differences* (Karl et al., 2006). Previously reported data showing discrepancies between the amounts of warming near the surface and higher in the atmosphere have been used to challenge the reliability of climate models and the reality of human-induced global warming. In these earlier observations, surface data showed substantial global-average warming, while early versions of satellite and radiosonde data showed little or no warming above the surface. Now that errors in the satellite and radiosonde data have been identified and corrected, the discrepancy no longer exists. New data sets have also been developed that do not show such discrepancies. For recent decades, all current atmospheric data sets now show global-average warming that is similar to the surface warming. A next step is to improve climate-modeling results: while these observations are consistent with the results from climate models at the global scale, discrepancies in the tropics remain to be resolved. In the meantime, these observations and modeling results have provided increased scientific confidence in our understanding of observed climatic changes and their causes.

It is critical to observe and understand variations in the average state of particular climate parameters like temperature and precipitation, but it is as important to understand natural variability and changes in the frequency or intensity of extreme events like drought and unusually wet conditions. CCSP has made important progress in understanding the climate system's natural variability. One of the most well known variability events is the El Niño phenomenon, which recurs on a time scale of approximately two to seven years and involves a warming of the eastern tropical Pacific in combination with changes in atmospheric circulation. Recent research links decadal changes in this pattern to droughts and wet conditions over North America and suggests that a portion of such decadal changes may be predictable (Seager et al., 2005). Additional recent accomplishments on the topic of drought used the geologic record to reconstruct drought history over the past millennium, using proxy records derived from tree rings and sediment cores (Cook et al., 2004). This research indicates that recent U.S. droughts, while severe enough to cause substantial impacts to society, are relatively minor in comparison to naturally occurring droughts over the past thousand years. Interpreting changes in the characteristics of extreme events remains one of CCSP's ongoing research frontiers.

Additional work on atmospheric conditions provided an improved understanding of climate influences on ozone distribution. Using satellite measurements corroborated by surface measurements, an important study found increases in ozone in the Antarctic middle stratosphere during Southern Hemisphere summer (December). Model simulations showed that these increases were caused by the delayed transition from dynamic spring conditions to more stable summer conditions due to the spring ozone hole. The lengthening of less-stable spring dynamics forces the descent of ozone-rich air from higher levels of the atmosphere to the mid-stratosphere (about 30 km altitude). The same study also found that future greenhouse gas increases would produce similar ozone increases. Another study found that doubling of $CO_2$ caused a strengthening of the atmospheric circulation responsible for the global distribution of ozone. The results of this study indicate that total ozone will increase at high latitudes of the Northern and Southern Hemispheres and decrease in the tropics.

III. Evaluation of Overall Progress by the CCSP                                                    32

Oceans, too, are experiencing change. Observations of global sea level increases are consistent with the declining volume of land ice as well as observations of ocean warming, which contributes to sea level rise by expanding ocean volume. Observations of the North Atlantic indicate a reduction in salinity (Curry and Mauritzen, 2005), which climate system models indicate may lead to a slowdown of the large-scale ocean circulation that transports heat to high-latitude regions (Stouffer et al., 2006a).

Ocean heat storage is the largest component of Earth's climate system for storing the energy imbalance between the sources and sinks of thermal energy, thus trends in this storage rate are important to quantify. Global-scale observations of ocean temperature indicate an overall pattern of warming (e.g., Levitus et al., 2001). Such trends are generally consistent with climate model projections that include greenhouse gas forcings (e.g., Barnett et al., 2005). However, observation-based estimates of ocean heat storage show significant regional interannual and decadal-scale variations. Recent studies indicate that the Southern Hemisphere warming may have been underestimated (Gille, 2008), and that correction of the systematic instrumentation errors results in diminished decadal variability and a larger, steadier long-term trend (Wijffels et al., 2008).

### III.2.b Goal 2: Improve quantification of the forces bringing about changes in the Earth's climate and related systems.

It is essential to understand the factors responsible for global environmental change in order to make long-term climate projections. These forcing factors include changing levels of greenhouse gases, land cover changes, airborne dust and other particles (aerosols), and solar variability. CCSP research gives considerable attention to identifying and quantifying the effects of these forcing factors, and to understanding the ways in which factors cause feedbacks among Earth systems. As in the previous goal, the following examples of progress toward CCSP Goal 2 result from the integrated focus of multiple CCSP research elements.

Climate and the global carbon cycle are a tightly coupled system where changes in climate affect the transfer of atmospheric $CO_2$ to the terrestrial biosphere and the ocean, and vice versa. An important conclusion of recent carbon cycle research is that future warming is likely to lead to a further decrease in the efficiencies of land and ocean in absorbing excess $CO_2$ (i.e., a positive feedback) (Fung et al., 2005). This assessment is based on advances in U.S. and global carbon observations and improvements in carbon cycle models. Controlled experiments on carbon uptake and release in ecosystems are one means of improving our understanding of carbon cycle dynamics, which can contribute to corresponding carbon cycle model improvements. For example, Free-Air Carbon Dioxide Enrichment experiments, in which $CO_2$ is purposely injected into the air around a small plot of land, have led to the conclusion that the mass of carbon in ecosystems initially tends to increase when exposed to increased levels of $CO_2$ (Jastrow et al., 2005; Norby et al., 2005). This increase may be limited by the availability of nutrients, although a comprehensive meta-analysis indicates that nitrogen supply generally keeps pace with plant demands in natural systems (Luo et al., 2006). Other controlled experiments in which ecosystems are purposely warmed generally indicate greater ecosystem $CO_2$ release with higher temperatures. However, there are still significant uncertainties associated with the biospheric

response to climate change, particularly with respect to the complex and dynamic nature of ecosystems and their interactions with climate and the hydrologic cycle.

CCSP has made significant advances in understanding the processes responsible for the production and destruction of other greenhouse gases, including methane and nitrous oxide. For example, recent analyses estimate that approximately 60% of all methane emissions from wetlands occur in the tropics (Melack et al., 2004). In polar regions, recent studies have elucidated processes by which carbon, currently trapped either as organic matter or methane hydrates in the permafrost (frozen soil), is released to the atmosphere (Zimov et al., 2006). Warming increases these releases and can create an amplifying feedback loop. Another example of progress on non-carbon greenhouse gases is the work that has improved understanding of interactions between climate variability and near-surface ozone, which is a health hazard.

One of the largest uncertainties in projections of potential future climate change is the role of aerosols. Recent research has reduced some of this uncertainty, in part through efforts made possible by the Climate Change Research Initiative. In the first phase of preparing the synthesis and assessment report that deals with aerosol properties and their impacts on climate, a comprehensive paper has been published that reviews recent progress in characterizing aerosols and assessing the direct effect of aerosols on climate change (Yu et al., 2006). This work served as a major resource in the preparation of the IPCC Fourth Assessment Report.

Another important recent advance is improved estimates of the amount of carbon being sequestered in North America and globally, and in particular, how the rate of carbon uptake is changing in all ecosystems. These estimates are made through the innovative combination of carbon cycle models and observations of carbon concentrations and isotopes (Fung et al., 2005). A key goal of the North American Carbon Program is to further improve estimates of carbon sources and sinks. Work of this nature is vital for assessing the efficacy of natural carbon uptake, as well as the potential for purposeful carbon capture in managed ecosystems. Observations of ocean carbon are important for addressing uncertainties associated with the global carbon budget. New global-scale ocean carbon analyses indicate increasing carbon concentrations in ocean water. In addition to confirming the oceans as a significant carbon sink, this information is also being used to estimate the increase in ocean acidity caused by increasing amounts of dissolved $CO_2$ and the potentially deleterious consequences for marine ecosystems (Orr et al., 2005). Recent measurements of carbon sedimentation along continental shelves have shown these regions to be responsible for a significant fraction of oceanic carbon uptake (Muller-Karger et al., 2005).

Recent climate warming has been particularly intense in boreal and Arctic regions, leading to concern that increasing air temperature in these ecosystems may lead to an increase in the incidence of wildfires. Longer growing seasons lead to increased fire fuel loads, and increased temperatures can lead to drier conditions. In turn, wildfire provides rapid release of carbon and produces aerosols that affect atmospheric conditions. Beyond the emission of $CO_2$ and other greenhouse gases, understanding the consequences of large-scale wildfires for climate is challenging due to the many additional ways in which they influence the lower atmosphere and surface of Earth. A recent study in Alaska found that there was intensification in the climate warming in the first year after a major fire but a slight decrease in the local climate warming

when averaged over the 80 years of the study. The long-term result, which was primarily due to plant regrowth increasing the summer reflectivity of the burned surface, appeared to be more significant than the greenhouse gases emitted by the fire (Randerson et al., 2006). The study results suggest that future increases in wildfire in some parts of the boreal zone of Alaska may have different feedbacks to global warming than previously thought.

Scientists are also studying the possibility that increased permafrost thawing due to warming in Arctic regions could cause the release of substantial amounts of carbon long held in the frozen tundra. There appear to be two potential mechanisms for the carbon to reach the atmosphere: drainage of the carbon-rich river flow into the Arctic Ocean with subsequent emission, and direct respiration or recycling of the newly thawed carbon. Measurements made in the Yukon River Basin in northern Canada have shown that the latter process predominates (Guo and MacDonald, 2006). These results have significance for understanding both the movement of carbon through Arctic landscapes, and the potential effects of that carbon on ecosystems and the atmosphere.

CCSP's interdisciplinary research on the carbon cycle has also produced a set of analyses using long-term observations of several young and mature forests. Results from this work show that forest carbon storage has been increasing in these ecosystems and is not in balance with the carbon lost by respiration and decay. This result is contrary to the contemporary concept of near balance of carbon sources and sinks in mature forests (Zhou et al., 2006). The gain in forest carbon is typical of findings from U.S.-based large-scale networks, as well as observations made in mature forests in China. Therefore, evidence is mounting that these sinks for atmospheric $CO_2$ offer significant potential for modulating the rate of atmospheric $CO_2$ increase (Urbanski et al., 2007).

In western states, large changes in land cover and land use have occurred over the past century, with rapidly expanding urbanization along the Pacific coast and extensive agricultural development inland. Researchers exploring the effects of urbanization and agriculture on regional climate have found that irrigated agriculture in California tended to lower average and maximum near-surface air temperatures, while conversion of natural vegetation to urban areas tended to increase near-surface air temperatures. The surface temperature changes and their associated effects on the atmosphere also caused changes in the regional airflow. Overall, it was found that conversion of natural vegetation to irrigated agriculture has likely had a larger effect on the climate of California than urban growth, but that increased conversion of irrigated land to urban/suburban development could alter this conclusion (Kueppers et al., 2007).

### III.2.c Goal 3: Reduce uncertainty in projections of how the Earth's climate and related systems may change in the future.

Uncertainty provides a measure of the reliability of forecasts of future climate and related Earth systems. Reducing uncertainty is crucial to providing decisionmakers with tools for assessing strategies for adaptation, mitigation, and other forms of risk reduction. However, the wording of the goal is incomplete—*reducing uncertainty* is only part of the story. Improving the projections themselves and understanding both the nature and implications of uncertainties are equally important, as noted in the NRC metrics report (NRC, 2005b). The thrust of this goal is, therefore, to improve projections, and to characterize their uncertainty, in order to

improve the utility of projections of how Earth's climate and related systems may change in the future. CCSP has significantly advanced the ability to estimate future Earth system conditions at time scales ranging from months to centuries and at spatial scales ranging from regional to global. The primary tools for Earth system prediction and projection are computer models that reflect the best available knowledge of Earth system processes. Reducing uncertainty requires continual integration of observations and modeling across the full range of climate and Earth systems research.

When recent model simulations of the climate of the past 100 years are compared to observations at coarse temporal and spatial scales, the results generally indicate improvements over previous generations of models, including the ability to represent weather systems, climate variability (e.g., monsoons and El Niño), ocean processes (e.g., the Gulf Stream), surface hydrology, and other Earth system processes, components, and dynamics (Collins et al., 2006; Schmidt et al., 2006). One of the ways in which these models have advanced is through improvements in the representation of the processes responsible for key Earth system feedbacks such as those associated with water vapor, clouds, sea ice, and the carbon cycle (Delworth et al., 2006; Gnanadesikan et al., 2006; Wittenberg et al., 2006).

For a model to produce a realistic climate projection, it must include realistic representations of physical processes such as cloudiness, precipitation, and solar energy. Understanding the influence and feedbacks of clouds on climate has proven to be a challenging task for scientists worldwide, but progress is being made. Recent innovative studies using newly developed, detailed models of cloud processes that are coupled with a global climate model provide results that are significantly more consistent with observations than traditional cloud modeling techniques. The incorporation of improved cloud representation in climate models is expected to reduce the uncertainty in predictions of the global and regional water cycle and surface climate.

Energy from the Sun not reflected back to space provides the driving energy to Earth's weather and climate systems. Clouds are a major component in the global reflectance of sunlight. Year-to-year variability in the global reflectance is dominated by the variability of cloudiness in the tropics. On the other hand, scientists have recently found little change in the year-to-year variability of reflectance at middle and high latitudes despite decreases in the highly reflective snow and sea ice cover. This result appears to be due to the compensating increase in cloud cover balancing the decreasing surface-level reflectance. Clouds continue to provide the largest source of uncertainty in model estimates of climate sensitivity, although a recent study finds evidence that, in most climate models used in the IPCC Fourth Assessment Report, clouds provide a positive feedback.

The magnitude of future warming will be strongly influenced by the extent to which atmospheric water vapor concentration increases in response to an initial warming caused by increases in $CO_2$ and other greenhouse gases. An accurate representation of this feedback in climate models is critical for making long-term climate projections. Recent innovative analyses have shown that water vapor increases in the upper atmosphere measured by satellites and balloon-borne sensors are generally consistent with state-of-the-art climate model simulations, lending credence to the ability of current models to represent the water vapor feedback (Cess, 2005; Soden et al., 2005).

Analyses of climate model simulations generated for the IPCC Fourth Assessment Report have identified several additional characteristics of climate change projections common to all of the models (Held and Soden, 2006). Examples of these robust model projections include strong sub-tropical drying, weakening of large-scale tropical atmospheric motions, and expansion of the poleward upper atmospheric wind pattern known as the Hadley circulation. In another study, several models were used to investigate the effects of the freshwater input from melting ice and glaciers on the currents in the North Atlantic (Stouffer et al., 2006a). These currents are important due to their large-scale transport of heat. The study concluded that, in response to expected levels of freshwater input in the northern North Atlantic, the average modeled large-scale deep ocean current weakens by about 30% by the end of the century. All models simulate some weakening of this deep circulation, but no model simulates a complete shutdown of it.

CCSP researchers also use the geological record to test and apply climate models, particularly in cases where that knowledge has a bearing on climate change processes relevant to current society. One such analysis involves the largest known extinction in Earth's history, which took place approximately 250 million years ago at the Permian–Triassic boundary when approximately 95% of marine and 75% of terrestrial species were lost. In this study, a climate model simulation indicated that the elevated levels of $CO_2$ during this period led to climatic conditions inhospitable to both marine and terrestrial life (Kiehl and Shields, 2005). It is hypothesized that a critical level of high-latitude warming was reached where the connection of oxygen-rich surface waters to the deep ocean was dramatically reduced—thus leading to a shutdown of marine biologic activity, which in turn led to increased atmospheric $CO_2$ and accelerated warming.

The historical record provides a broader set of observations to test and apply climate models to help reduce uncertainty in their projections of the future. A recent study used a simple model to attempt to reproduce paleoclimate reconstructions of Northern Hemisphere temperature over the past seven centuries in response to estimated solar, volcanic, and greenhouse gas forcing during this period (Hegerl et al., 2006). This study suggests that, for the current century, very high climate sensitivities predicted by some models for a doubling of atmospheric greenhouse gas concentrations are less likely than previously thought.

The CCSP modeling strategy utilizes a multi-tiered approach in which new and improved Earth system sub-models (e.g., clouds, ecosystem dynamics, and sea ice) are developed and tested by individual researchers or small research teams. When significant improvements in these sub-models arise, they are integrated as appropriate into high-end Earth system models. A result of these ongoing efforts is a set of U.S. models that expand beyond earlier atmosphere–ocean models to include relatively sophisticated representations of land surface hydrology, sea ice, ecosystems, and atmospheric chemistry. Several U.S. Earth system modeling centers have used variations of these models to produce ensembles of projections that are providing important new perspectives on potential future climate system change (Meehl et al., 2004a; Stouffer et al., 2006b). These ensembles are also being used to characterize the intrinsic uncertainty associated with potential future climate change.

A set of new high-resolution climate model simulations has been completed for North America that provides information at a scale finer than 100 km x 100 km (Han and Roads, 2004; Leung et

III. Evaluation of Overall Progress by the CCSP

al., 2004; Mason, 2004; Wood et al., 2004).The ability of these regional-scale models to represent climate processes is being assessed.[14] These regional and global simulations, based on models developed at U.S. institutions, contributed to the IPCC Fourth Assessment Report.

Because Earth system models are extremely complex and benefit greatly from input and evaluation by multiple research teams, several new efforts have been initiated to enable sharing, testing, and improvement of these models by diverse groups of researchers (Meehl et al., 2004b, 2005). Many of the recent model simulations referred to above are now widely available through a new capability for data archiving and dissemination developed by the PCMDI.[15] Large strides have been made in creating climate model code according to a set of standards that facilitates exchange of sub-models (e.g., the Earth System Model Framework), which enables researchers to readily trace the source of differences between various models and between models and observations. The U.S. Climate Variability and Predictability Program (CLIVAR) is exploring a new approach for bringing together observers, theorists, and high-end modelers to improve key model deficiencies (USCLIVAR, 2002; Bretherton et al., 2004). This approach is attempting to significantly reduce the time lags that often exist between the observation of key climate processes and the integration of these processes into more comprehensive Earth system models. Several high-end Earth system modeling efforts in the United States, which involve many different, independent research teams, are using these types of new collaborative approaches and tools to evaluate, improve, and integrate model components.

The projections made by CCSP research pertain not just to physical climate, but also to other components of the Earth system, including atmospheric chemistry. Continuing research has provided an estimate that the recovery of the Antarctic ozone hole will occur approximately 10 to 20 years later than the previous estimate of 2050 (Newman et al., 2006). As a result of the Montreal Protocol and its amendments, the use of ozone-depleting substances has been greatly reduced. Improved understanding of atmospheric dynamics now gives 2001 as a better estimate of when the peak in ozone-depleting substances occurred in the Antarctic stratosphere. This date is later than had been estimated previously and results in a longer projected time scale for recovery back to pre-1980 (unperturbed) levels of these substances.

### III.2.d Goal 4: Understand the sensitivity and adaptability of different natural and managed ecosystems and human systems to climate and related global changes.

Goals 4 and 5 are expected to be areas of growth for CCSP over the coming years, in keeping with the increased availability of results from Goal 1 through 3 as inputs. Progress is reported here for the past several years to the present. Significant advances have been made in understanding the potential impacts of climate change and in the improvement of methodologies as new information has become available. CCSP research typically uses many different sources of information, including analyses of paleoclimate data, direct monitoring and observations, process studies, and model-based projections. Increasingly, research also accounts for the dynamic nature of the response of human and natural systems to climate change.

---

[14] See <www.narccap.ucar.edu>.
[15] See <www-pcmdi.llnl.gov>.

Research to understand ecosystem and human system sensitivity and adaptability encompasses and integrates a wide range of potential impacts on societal needs such as water, health, and agriculture, as well as potential impacts on natural terrestrial and marine ecosystems. This integration is exemplified by the development of several of CCSP's synthesis and assessment products (SAPs), particularly the seven products under Goal 4. One example is SAP 4.1, which combines census population data, topographic elevation, shore protection, and land use information to study the potential socioeconomic impacts of different scenarios of sea level rise. Other important research into the potential implications of sea level rise also points to the need to account for a wide variety of factors when assessing future impacts. For example, some measures to protect coastlines may carry negative side effects, such as the potential for wetlands loss when inland barriers are constructed, preventing the wetlands from migrating inland in response to rising sea level (Cahoon et al., 2006).

Similarly, the adaptability of complex coastal ecosystems is becoming better understood. For example, studies in a Chesapeake Bay marsh ecosystem showed that rising sea level, increasing $CO_2$, and high rainfall can interact and improve the growth of a relatively tall bulrush at the expense of a hay-like cordgrass that grows in thick mats (Erickson et al., 2007). The thick cordgrass mats trap sediment and organic material more effectively than do the bulrushes, and so bulrush-dominated marshes are less able to rise in elevation through the addition of sediments. Such changes in species composition, caused by interacting global change factors, can therefore influence the ability of coastal marshes to adapt and keep abreast of sea level rise.

Carbon cycle scientific research and modeling are highly relevant to carbon management needs, as demonstrated by a recent study that estimated the spatial variability of net primary production and potential biomass accumulation over the conterminous United States (Potter et al., 2007). This study's model-based predictions indicate a potential to remove carbon from the atmosphere at a rate of 0.3 Gt of carbon per year through afforestation of low-production crop and rangeland areas. This rate of carbon sequestration could offset about one-fifth of the annual fossil fuel emissions of carbon in the United States.

Observational and modeling studies of terrestrial ecosystems indicate a wide variety of changes in which it appears that climate variations play a significant role. For example, recent evidence indicates a northward expansion of the ranges of many bird and butterfly species in the United States corresponding to warming in the region (Sekercioglu et al., 2004). Declines in Arctic sea ice, observed both *in situ* and by satellites, have been linked to increasing vulnerability of polar bear populations (ACIA, 2005). Satellite and *in situ* observations also indicate a trend toward earlier growth of spring vegetation (Angert et al., 2005). In addition to temperature and hydrologic changes, the increasing level of atmospheric $CO_2$ is thought to play a role in changing ecosystem distributions and characteristics due to its fertilizing effect. Agricultural yield models account for this effect and project a range of agricultural impacts depending on the magnitude and nature of future climate change, crop types, and the types of adaptive measures that are adopted. Recent research indicates that different strategies may be required to manage insects, weeds, and diseases in agricultural systems (Ziska and Runion, 2006).

Another example of the ecological consequences of climate change involving insects and affecting adaptability is the devastation of millions of acres of western U.S. and Canadian pines

by bark beetles during the warmth and drought of 2000 to 2004. Recent modeling and observations revealed that beetles invading the northernmost lodgepole pine trees are now only a few miles from previously pristine jack pine populations (Logan and Powell, 2007). This may create a direct pathway of invasion to valued pine forests in the eastern United States and Canada.

CCSP's integrated approach to understanding the sensitivity and adaptability of natural ecosystems to climate change has also been applied in remote, high-latitude regions. The West Antarctic Peninsula is experiencing some of the largest, most rapid warming on Earth, which is causing loss of sea ice and increased snow precipitation. In turn, these changes are having major contrasting impacts on the adaptability of different penguin species. For example, in the vicinity of Anvers Island near the West Antarctic Peninsula during the last three decades, populations shifted south, so that local abundance of the ice-dependent and snow-intolerant Adelie penguins decreased by 65% (currently about 5,000), while the abundance of Chinstraps and Gentoos increased by 2,730% and 4,600% (currently about 300 and 650), respectively (Ducklow et al., 2007). Climate warming in the Canadian Arctic has caused significant declines in total cover and thickness of sea ice and progressively earlier ice breakup in some areas. These changes have had a substantial effect on polar bear populations, causing them to extend their normal fast for longer periods during the open-water season (Stirling and Parkinson, 2006).

Components of CCSP research funded in part through the U.S. Joint Global Ocean Flux Study Program have explored ecosystem impacts in the open ocean resulting from climate variability and change as well as from changes in ocean chemistry and thermal structure. An example of a chemical impact is the chain of events causing the oceans to become more acidic due to chemical changes resulting from the absorption of increasing concentrations of atmospheric $CO_2$ (Orr et al., 2005). Ocean warming tends to increase vertical stratification (layering) and thus slow the overturning of nutrient-rich deep-ocean waters (Schmittner, 2005). Recent model projections suggest that increased ocean acidification and increased layering of the upper ocean due to warming are likely to reduce plankton production. These model results are supported by satellite observations indicating significant changes in photosynthetic plankton concentrations, including declines in the North Atlantic and Pacific and increases in the Indian Ocean (Gregg et al., 2003).

In addition to managed ecosystems, CCSP research has expanded understanding of the sensitivity and adaptability of a variety of other societal sectors. One of these is human health, which may be affected by changes in temperature and storm intensity, or through changes in distributions of insects that carry pathogens. An example of research in this area is the effects of climate change on heat waves. Observational and modeling work suggests that the probability of heat waves such as the one that occurred in Europe in 2003 has increased significantly, and that future warming may make heat waves of similar magnitude a normal summer occurrence within several decades (Meehl and Tebaldi, 2004). Recent research on the societal dimensions of climate variations has shown that physical climate analyses, such as the aforementioned study of heat waves, must be assessed within a complex fabric of other social and environmental factors (Poumadere et al., 2005). An example is the general increase in financial losses due to hurricanes over the past century, which is probably attributable more to expanding coastal development than to any changes in hurricane characteristics (Pielke et al., 2005). In regions such as central Africa, where the capacity to adapt to environmental variations is often relatively low, recent research

has shown strong correlations between year-to-year climate variations and malaria outbreaks (Thomson et al., 2006).

These are a few examples of CCSP's research examining the sensitivity and adaptability of human and natural systems to climate variability and change. It is clear from this work that climate variations can have both beneficial and adverse effects on environmental and socioeconomic systems. However, future projections indicate that the larger the magnitude and rate of climate change, the more likely it is that adverse effects will dominate (NRC, 2002).

### III.2.e Goal 5: Explore the uses and identify the limits of evolving knowledge to manage risks and opportunities related to climate variability and change.

The Nation's basic research on global environmental variability and change has led toward a number of important opportunities for applying that knowledge to help decisionmakers make good choices supported by sound science. Over the past several years, CCSP has taken three main approaches to explore and communicate the potential uses and limits of this knowledge: 1) developing scientific syntheses and assessments; 2) supporting and exploring adaptive management and planning capabilities; and 3) developing methods to support climate change policy inquiries. Some key examples of progress are provided below.

The key focus of the program's synthesis and assessment activities is its current suite of 21 SAPs, which are intended to provide current evaluations of the science foundation for use in informing public debate, policy, and operational decisions and for defining and setting the future direction and priorities of the program. For example, SAP 1.1 (Karl et al., 2006) largely resolved a long-standing debate concerning an apparent discrepancy of global temperature trends at the surface and in the lower atmosphere; SAP 2.1a (Clarke et al., 2007) provided key policy-relevant insights regarding technology options for stabilizing greenhouse gas concentrations; and SAP 4.4 (Julius et al., 2008) frames an important set of considerations for management of ecosystems on federally managed lands. These reports examine various aspects of climate change science and impacts on a national, regional, or sectoral basis as appropriate to each topic. A description of each product and its schedule for completion can be found at <www.climatescience.gov/Library/sap/sap-summary.php>.

Another important focus for the program's synthesis and assessment activities has been its involvement in the IPCC and other international assessment activities, including providing coordination and support to the IPCC Fourth Assessment Report. The IPCC's major activity is to prepare at regular intervals these comprehensive assessments of policy-relevant scientific, technical, and socioeconomic information appropriate to the understanding of human-induced climate change, potential impacts of climate change, and options for mitigation and adaptation. Approximately 120 U.S. scientists are IPCC authors and 15 are review editors. The United States co-chairs and hosts IPCC Working Group I, which primarily addresses physical science aspects of climate change. The United States has also played significant roles in the World Meteorological Organization (WMO) / United Nations Environment Programme (UNEP) ozone assessments (e.g., WMO, 2007), the Arctic Climate Impact Assessment (ACIA, 2005), and the Millennium Ecosystem Assessment (MEA, 2005), among others.

The second of CCSP's decision-support approaches is the exploration of adaptive management strategies. Activities under this approach develop and evaluate options for adjusting to variability and change in climate and other conditions through 'learning by doing' and integrating knowledge with practice. This area of work grows out of the insight that a key to assessment and decision support is close and ongoing interaction between users and producers of information. While this area is less well developed than some others in CCSP's portfolio, it is a strong and integral component of the missions of several CCSP member agencies, and those agencies provide extensive stakeholder engagement and decision support for adaptation, mitigation, and management of risk to policymakers and land managers at national, regional, state, and local levels.

As one example of the development of methods to support climate change policy inquiries, CCSP scientists developed and documented a 'water supply stress index' that calculates water shortage risks across the conterminous United States. The index is based on models and observations that integrate the effects of climate, land cover, and current water uses by municipalities and industries on water supply (Sun et al., 2006). The water supply stress index and the methods associated with it will be used by local and regional decisionmakers to quantify the likelihood of future water shortages under changing climate, water, and land uses for determining adaptation practices. Incorporation of the subsurface water table into regional climate models is important, since land cover changes produce significant effects on the water table and the hydrologic cycle. Shallow water tables can be either a sink or source of water to the surface soil, depending on the relative balance of infiltration versus evaporation (Fan et al., 2007). Recent studies using detailed observations and regional climate models have found that the fraction of rainfall that either recharges groundwater or ends up as streamflow tends to decrease when the fraction of land devoted to agriculture increases. This result suggests that intensive agriculture can amplify surface water stresses, particularly during drought conditions (Jayawickreme and Hyndman, 2007).

Another example of this work is an ongoing project that brings together researchers who study climate processes and their effects on the U.S. Southwest with individuals and organizations that need climate information to make informed decisions (Jacobs et al., 2005). Numerous tangible benefits from this project have helped a wide variety of decisionmakers, from state and local water planners to farmers to public health officials. For example, the project developed a suite of products that make predictions of water availability months in advance, allowing water managers to adjust reservoir levels accordingly to meet the competing demands for this scarce resource.

Yet another example is the combined use of satellite-based observations of fires and moisture conditions together with seasonal climate forecasts to provide information to fire managers to help them make early and effective decisions about the resources they will need to cope with emerging fires and fire-season dangers. One way in which this information is communicated is through annual workshops targeted separately at eastern and western U.S. fire hazards, which bring together climate scientists and forecasters with fire managers to produce seasonal fire outlooks.[16] There are many other examples of the exploratory use of seasonal-to-interannual climate information for decisionmaking both domestically and internationally.

---

[16] See <www.ispe.arizona.edu/climas/conferences/NSAW>.

In addition to CCSP's work on adaptive management at seasonal-to-interannual time scales, the program is also developing valuable information for long-term (decades to centuries) adaptation issues. One example is the program's analyses of ways in which agricultural practices might be adjusted to take advantage of rising $CO_2$ levels and to cope with potentially warmer temperatures and decreased moisture availability (Boote et al., 2005). Recent work has shown that sufficient variability exists within some crop species to begin selecting for crop varieties that could maintain or increase yields in a future enhanced $CO_2$ environment.

An example of regional decision support is the work carried out by the Consortium for Atlantic Regional Assessment (CARA), which is providing data and tools to help decisionmakers understand how outcomes of their decisions could be affected by potential changes in both climate and land use. On an interactive, user-friendly Web site, CARA has organized data on climate (historical records and future projections from seven global climate models), land cover, and socioeconomic and environmental variables to help inform local and regional decisionmakers.[17] The CARA tools and tutorials are designed to help decisionmakers understand the issues related to land use and climate change by gathering, organizing, and presenting information for evaluating alternative mitigation strategies.

A workshop involving scientists and managers, co-led by several CCSP agencies under the auspices of the U.S. Coral Reef Task Force, resulted in the publication of *A Reef Manager's Guide to Coral Bleaching* (Marshall and Schuttenberg, 2006). The combined research results among state/territorial, federal, academic, nongovernmental, and international scientists concluded that warming sea surface temperatures are a key factor in mass coral bleaching events. The guide provides managers with strategies to support the natural resilience of coral reefs in the face of climatic change.

CCSP's third decision-support approach is to help inform inquiries related to climate change policy, in part by using comparative analyses of climate change scenarios. One example is a collaborative effort between climate scientists and New York City water infrastructure planners that is using regional-scale hydrologic scenarios to inform the long-lasting investments that are being considered in the modernization of the city's water supply system.[18] Another example is the application of carbon cycle research to assess the potential feasibility, magnitude, and permanence of a variety of different carbon sequestration options (Sarmiento et al., 1999). An initial result from this line of work is the preliminary conclusion that the restoration of inland wetlands could be a particularly efficient means for sequestering carbon in North American prairie lands (Euliss et al., 2006).

CCSP researchers have also developed new metrics for estimating greenhouse gas emissions and carbon sequestration in the agricultural and forestry sectors (Birdsey, 2006). These sectors can reduce atmospheric greenhouse gas concentrations by increasing carbon sequestration in biomass and soils, by reducing fossil fuel emissions through use of biomass fuels, and by substituting agricultural and forestry products that require less energy than other materials to produce. The

---

[17] See <www.cara.psu.edu>.
[18] See <www.ccsr.columbia.edu/cig/taskforce>.

DOE's National Greenhouse Gas Registry is using the new metrics as the basis for reporting greenhouse gas information from the agricultural and forestry sectors.[19]

Another important way in which CCSP is helping to inform climate change policy inquiries is through integrated assessment modeling, which considers the social and economic factors that may lead to climate change (e.g., greenhouse gas emissions) and the resultant effects of those activities on the Earth system and human welfare. These models are useful for considering the costs and effects of various policy options. One important result of this work suggests that reducing emissions of greenhouse gases other than $CO_2$ could be an economically efficient first step in reducing the overall atmospheric burden of greenhouse gases (Hansen and Sato, 2004). Another important new set of analyses assesses various policy options while accounting for inherent scientific and economic uncertainty (Webster et al., 2003).

These examples collectively provide a sketch of the progress CCSP has made toward its goals. Additional information on these items and others can be found in CCSP's annual report to Congress, *Our Changing Planet*. While these accomplishments, taken together, represent significant progress in climate change science and constitute a substantial portfolio of work, many questions remain to be answered within each of CCSP's strategic goals. The remainder of the report presents science findings, many of which originated from CCSP-sponsored work, organized by topic.

---

[19] See <www.eia.doe.gov/oiaf/1605/frntvrgg.html>.

# Section IV: Trends and Projections of Global Environmental Change

## IV.1. Radiative Forcing and Observed Climate Change

Radiative forcing is a change caused by an environmental factor in the balance of solar radiation coming into and the infrared and reflected shortwave radiation going out of the atmosphere. As such, measures of radiative forcing—expressed in watts per square meter ($W/m^2$)—can be used to weigh the relative importance of various factors, such as greenhouse gases or land cover, in terms of their contribution to climate change. A positive forcing means the factor causes a warming effect, and a negative forcing means the factor causes a cooling effect.

This section describes radiative forcing and the factors that contribute to it, as well as observations of climate change both globally and in the United States. This Scientific Assessment does not delineate specific sectoral contributions to increasing greenhouse gas levels, such as the contributions from the transportation sector described in OFCM (2002).

The radiative forcing values presented here come from the Working Group I contribution to the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (IPCC, 2007a) and show the change between the pre-industrial time of 1750 and the year 2005. These values represent global averages—they are the result of *global* changes in atmospheric concentrations of greenhouse gases and other factors, and are therefore not specific to the activities of any country in isolation.

### IV.1.a Radiative forcing due to greenhouse gases and other factors

Greenhouse gases have a positive forcing (a warming effect) because they absorb and radiate outgoing infrared radiation that would otherwise escape directly into space. This radiation by greenhouse gases occurs in all directions, with a net effect of warming the air and surface below (in comparison to the absence of greenhouse gases). Water vapor is the most important naturally occurring greenhouse gas. However, direct anthropogenic emissions of water vapor correspond to less than 1% of natural sources and make a negligible contribution to radiative forcing.

The level of scientific understanding of human influences on climate improved significantly between the IPCC's Third Assessment Report (IPCC, 2001) and the Fourth Assessment Report (IPCC, 2007a). In 2007, the IPCC reported the global average net radiative forcing was +1.6 (+0.6 to +2.4) $W/m^2$. The IPCC concluded with *very high confidence* (at least a 9 out of 10 chance of being correct)[20] that human activities have led to a net warming of the climate.

---

[20] Definitions for terms used in statements of confidence and likelihood can be found in Section II.3: Characterization of Uncertainty.

Figure IV.1 shows the IPCC's (2007d) globally averaged radiative forcing estimates for anthropogenic greenhouse gas emissions and other factors for 2005.



**Figure IV.1.** Global average radiative forcing (RF) estimates and ranges in 2005 for anthropogenic carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$) and other important factors, together with the typical geographical extent (spatial scale) of the forcing and the assessed level of scientific understanding (LOSU). The net anthropogenic radiative forcing and its range are also shown. These require summing asymmetric uncertainty estimates from the component terms and cannot be obtained by simple addition. Additional forcing factors about which there is a very low level of scientific understanding are not included here. Volcanic aerosols, which also contribute a natural forcing, are not included in this figure due to their episodic nature. The range for linear contrails does not include other possible effects of aviation on cloudiness. Source: IPCC (2007d).

## Carbon dioxide, methane, and nitrous oxide

The greenhouse gases carbon dioxide ($CO_2$), methane ($CH_4$) and nitrous oxide ($N_2O$) persist in the atmosphere for decades to centuries to longer periods. As such, their emission has long-term impacts on climate. The combined radiative forcing due to the cumulative increase (from 1750 to 2005) in atmospheric concentrations of $CO_2$, $CH_4$, and $N_2O$ is +2.30 W/m², with an uncertainty range of +2.07 to +2.53 W/m². The observed accumulation of these gases in the atmosphere is primarily from human activities, and as such, the positive radiative forcing from these gases is primarily anthropogenic in origin as well. The IPCC (2007d) stated that the rate of increase in

positive radiative forcing due to these three greenhouse gases during the industrial era is *very likely* (greater than 90% probability)[21] to have been unprecedented in more than 10,000 years.

The largest positive radiative forcing is due to $CO_2$ ($+1.66 \pm 0.17$ W/m$^2$), and the trend for the radiative forcing from $CO_2$ is increasing. The period from 1995 to 2005 showed a 20% increase in its radiative forcing—the largest change for any decade in the last 200 years. The IPCC concluded, "Emissions of $CO_2$ from fossil fuel use and from the effects of land use change on plant and soil carbon are the primary sources of increased atmospheric $CO_2$" (Solomon et al., 2007).

The next largest components of positive radiative forcing are $CH_4$ ($+0.48 \pm 0.05$ W/m$^2$) and $N_2O$ ($+0.16 \pm 0.02$ W/m$^2$). Current atmospheric $CH_4$ levels are almost triple that of the pre-industrial era. These levels are due to continuing anthropogenic emissions of $CH_4$, which are greater than natural emissions (Solomon et al., 2007). $N_2O$ increases in the atmosphere since pre-industrial times are also primarily from human activities, in particular land use associated with agriculture.

**Fluorocarbons, chlorocarbons, and sulfur hexafluoride**

The ozone-depleting substances covered under the Montreal Protocol—chlorofluorocarbons (CFCs), hydrochlorofluorocarbons (HCFCs), and chlorocarbons—are also strong greenhouse gases. As a group, they contributed $+0.32 \pm 0.03$ W/m$^2$ to anthropogenic radiative forcing in 2005. In the two decades since the Montreal Protocol, the atmospheric concentrations of CFCs peaked and have since begun to decline. Increases in HCFCs have slowed notably in recent years. In response, the radiative forcing from CFCs and HCFCs peaked in 2003 and is now beginning to decline (Forster et al., 2007).

These ozone-depleting substances have reduced global stratospheric ozone levels by about 4% from 1980 levels (IPCC, 2007d). The decreased levels of stratospheric ozone are estimated to have a slightly negative radiative forcing effect of $-0.05 \pm 0.10$ W/m$^2$. This estimate has a medium level of scientific understanding (Solomon et al., 2007).

As a group, hydrofluorocarbons (HFCs), perfluorocarbons (PFCs), and sulfur hexafluoride (SF$_6$) had a total radiative forcing in 2005 of $+0.017 \pm 0.002$ W/m$^2$ (Forster et al., 2007). While the current atmospheric concentrations of these gases—all anthropogenic compounds—are small, their concentrations are rapidly increasing (Solomon et al., 2007).

**Ozone**

Ozone ($O_3$) in the troposphere (the atmosphere from Earth's surface to 10–16 km altitude) has a positive radiative forcing, with an estimated value of $+0.35$ ($+0.25$ to $+0.65$) W/m$^2$. Unlike the greenhouse gases mentioned above, tropospheric $O_3$ is much shorter lived in the atmosphere. Its atmospheric lifetime is of the order of weeks to months (as opposed to decades to centuries for the well-mixed greenhouse gases) and is therefore not as well mixed in the global atmosphere. Tropospheric $O_3$ is a secondary product of photochemistry in the atmosphere and changes in its

---

[21] Definitions for terms used in statements of confidence and likelihood can be found in Section II.3: Characterization of Uncertainty.

abundance are driven by changes in emissions of its precursors, mainly nitrogen oxides, carbon monoxide, and hydrocarbons, which all have significant anthropogenic sources.

According to the World Meteorological Organization (WMO, 2007), spring polar $O_3$ depletion continues to be severe when winter temperatures in the polar stratosphere (above approximately 10 km) are particularly cold. The average concentration of atmospheric $O_3$ outside of polar regions is no longer declining, as it was in the 1990s. Measurements from some stations in unpolluted locations indicate that ultraviolet radiation levels have been decreasing since the late 1990s, in accordance with observed ozone increases. However, ultraviolet radiation levels are still increasing at some Northern Hemisphere stations as a consequence of long-term changes in other factors such as clouds and atmospheric particulates that also affect ultraviolet radiation. Trends in tropospheric $O_3$ vary in sign and magnitude depending on location. It is noted that low latitudes show significant upward trends in tropospheric $O_3$ (Solomon et al., 2007).

## Water vapor

Although water vapor is the most important naturally occurring greenhouse gas, direct anthropogenic emissions of water vapor correspond to less than 1% of natural sources and make a negligible contribution to radiative forcing. However, as temperatures increase, tropospheric water vapor concentrations increase, representing a key feedback but not a forcing of climate change (Solomon et al., 2007). Feedbacks are defined as processes in the climate system (such as a change in water vapor concentrations) that can either amplify or dampen the system's initial response to radiative forcing changes (NRC, 2003). From this perspective, water vapor is excluded as a radiative forcing agent in Figure IV.1. The IPCC (Solomon et al., 2007) concluded that observations demonstrate increases in both lower-tropospheric and upper-tropospheric water vapor since at least the 1980s.

Water vapor in the stratosphere (the atmosphere at 10 to 50 km above Earth's surface) is increasing due to oxidation of $CH_4$ and is estimated to have a positive radiative forcing of $+0.07 \pm 0.05$ W/m$^2$ (Solomon et al., 2007). The concentration of any species, including water vapor, changes with altitude, often in relatively predictable ways, such that the concentration profile in relation to altitude will have a predictable 'structure' to it. The contribution of $CH_4$ to the corresponding change in this vertical structure of the water vapor near the tropopause is uncertain and leads to a low overall level of scientific understanding for this radiative forcing component. The IPCC also noted that other potential human causes of stratospheric water vapor increases that could contribute to radiative forcing are poorly understood (Solomon et al., 2007).

## Aerosols

Aerosols are non-gaseous substances, either solid particles or liquid droplets, suspended in the atmosphere. Some aerosols, for example sulfate aerosols that are mainly the result of sulfur dioxide (SO$_2$) emissions, exert a negative forcing (cooling effect) by reflecting and scattering incoming solar radiation. Whereas, other types of aerosols, for example black carbon, absorb incoming solar radiation, leading to a positive forcing. As such, anthropogenic emissions of aerosols contribute to both positive and negative radiative forcing. These direct interactions of

aerosols with radiation are listed under the aerosol direct effect radiative forcing term in Figure IV.1.

In addition to directly reflecting solar radiation, aerosols cause an additional, indirect negative forcing effect by enhancing cloud albedo, which is a measure of reflectivity or brightness. This occurs because aerosols act as particles around which cloud droplets can form. An increase in the number of aerosol particles leads to a greater number of smaller cloud droplets, which leads to enhanced cloud albedo. Aerosols also influence cloud lifetime and precipitation, but these effects are considered part of the climate response and the IPCC made no central estimates of these indirect forcing effects.

The uncertainties in the radiative forcing estimates associated with the direct and indirect effects of aerosols are better understood now than at the time of the IPCC Third Assessment Report (2001a). Nevertheless, they remain the dominant uncertainty in radiative forcing (IPCC, 2007d). In particular, significant changes in the estimates of the direct radiative forcing due to biomass-burning, nitrate, and mineral dust aerosols have occurred since the Third Assessment Report (2001a). The IPCC (2007d) estimated that the net effect of all aerosols (primarily sulfate, organic carbon, black carbon, nitrate, and dust) is a cooling effect, with a total direct radiative forcing of -0.5 (-0.9 to -0.1) W/m$^2$ and an additional indirect cloud albedo (i.e., enhanced reflectivity) forcing of -0.7 (-1.8 to -0.3) W/m$^2$. Black carbon aerosols cause yet another forcing effect by decreasing the surface albedo of snow and ice (+0.1 (0.0 to +0.2) W/m$^2$).

### Land cover changes, linear contrails, and solar irradiance

Three last radiative forcing estimates are listed in Figure IV.1. Changes in surface albedo due to human-induced land cover changes, such as deforestation, exert a forcing of -0.2 (-0.4 to 0.0) W/m$^2$. Persistent linear contrails from global aviation contribute a small radiative forcing of +0.01 (+0.003 to +0.03) W/m$^2$. Changes in solar irradiance since 1750 are estimated to have caused a radiative forcing of +0.12 (+0.06 to +0.30) W/m$^2$.

## IV.1.b Observed temperature changes

Observational evidence from all continents and most oceans shows that many natural systems are being affected by regional climate changes, particularly temperature increases (IPCC, 2007b).

### Temperature trends

Numerous lines of evidence robustly lead to the conclusion that the climate system is warming. The IPCC (2007d) stated in its Fourth Assessment Report, "Warming of the climate system is unequivocal, as is now evident from observations of increases in global average air and ocean temperatures, widespread melting of snow and ice, and rising global average sea level." Section IV.2 describes the extent to which changes in global and continental temperature and other climate factors have been observed.

Of the measurable climate properties, air temperature is the most easily measured, directly observable, and geographically consistent indicator of climate change. Data from thousands of

worldwide observation sites on land and sea are used to calculate surface temperature, with interpolation (approximation of the values based on discrete points) within areas of the globe where no observational data exists. Although biases may exist in surface temperatures (changes in station exposure and instrumentation over land, or changes in measurement techniques by ships and buoys in the ocean), these biases are *likely* (66 to 90% probability) to be largely random and, therefore, will cancel out over large regions such as the tropics or the entire globe (Karl et al., 2006). Likewise, the heat island effects of urban areas are real, but local. They have been accounted for in the analyses of temperature records and have not biased the large-scale trends (Trenberth et al., 2007).

The IPCC (Trenberth et al., 2007) reported the following trends in global surface temperatures:

- Global mean surface temperatures have risen, especially in the past three decades. The temperature rise over the last 100 years (1906–2005) is 0.74 ± 0.18 °C when estimated by a linear trend (purple line in Figure IV.2). The rate of warming over the last 50 years (0.13 ± 0.03 °C per decade; orange line in Figure IV.2) is almost double that for the past 100 years (0.07 ± 0.02 °C per decade). These conclusions are based on analyses of multiple quality-controlled data sets of *in situ* temperature observations described in Trenberth et al. (2007).



Figure IV.2. **Annual global mean temperatures (black dots) with linear fits to the data.** The left-hand axis shows temperature anomalies relative to the 1961 to 1990 average and the right-hand axis shows estimated actual temperatures, both in °C. Linear trends are shown for the last 25 (yellow), 50 (orange), 100 (purple), and 150 years (red). The smooth blue curve shows decadal variations with the decadal 90% error range shown as a pale blue band about that line. The total temperature increase from the period 1850 to 1899 to the period 2001 to 2005 is 0.76 ± 0.19 °C. Source: Solomon et al. (2007).

- The warmest years in the instrumental record of global (ocean and land combined) surface temperatures on record (since the mid-19th century) have mainly occurred in the past 12 years. Including 2007, 7 of the 8 warmest years on record have occurred since 2001 and the 10 warmest years have all occurred since 1995. The warmest two years are 1998 and 2005 (1998 ranks first in one estimate, and 2005 ranks slightly higher in the other two estimates). The years 2002 to 2004 are the third, fourth, and fifth warmest years since 1850. The year 2007 tied for second warmest in the period of instrumental data, behind the record warmth of 2005, according to the National Aeronautics and Space Administration (NASA GISS, 2008a). The global land surface average temperature in 2007 was the warmest on record, according to both NASA and National Oceanic and Atmospheric Administration (NOAA) analyses.

- The global average diurnal temperature range (the average range the temperature spans—from high temperature to low temperature—over the course of a day) has stopped decreasing. Previously (1950s through 1980s), the diurnal temperature range had been decreasing at a rate of approximately 0.1 °C per decade, but the diurnal temperature range has not changed since the 1980s because daytime and nighttime temperatures have increased at approximately the same rate.

Radiosonde (balloon-borne) instruments have been used over the past 50 to 60 years, and satellites have been used over the past 28 years to measure the temperature throughout the troposphere (from Earth's surface to 10–16 km altitude) and in the stratosphere (10–50 km above Earth's surface). The Climate Change Science Program (CCSP) SAP 1.1 (Karl et al., 2006) concluded that the most recent versions of all available data sets show that both the surface and troposphere have warmed, while the stratosphere has cooled, which is in accord with our understanding of the effects of radiative forcing.

The IPCC conclusions (Trenberth et al., 2007) are consistent with the major conclusions of SAP 1.1. The IPCC reported that new analyses of radiosondes and satellite measurements of global lower- and mid-tropospheric temperature show warming rates that are consistent within their respective uncertainties in comparison to one another and are similar to those of the surface temperature record. This largely resolved a discrepancy reported in the IPCC Third Assessment Report (2001a) concerning observations of greater warming at the surface than in the lower atmosphere. The range of global surface warming since 1979 is between 0.16 and 0.18 °C per decade, depending on the data set used. Estimates of tropospheric temperatures measured by satellite show a warming range of 0.12 to 0.19 °C per decade. The agreement between the surface warming rates and those measured by radiosondes for the lower troposphere is not as close as that for satellites; however, the radiosonde record is notably less spatially complete than the surface record, and increasing evidence suggests that it is *very likely* that a number of radiosonde records have a cooling bias, especially in the tropics.

Globally averaged lower-stratospheric temperatures have cooled since 1979, which is one of the expected results from increasing atmospheric concentrations of greenhouse gases. Estimates from adjusted radiosondes, satellites, and reanalyses are in rough agreement, suggesting a lower-stratospheric cooling of between 0.3 and 0.6 °C per decade since 1979.

Like global mean temperatures, U.S. temperatures also warmed during the 20th and into the 21st century. U.S. annual average temperature is now approximately 0.6 °C warmer than at the start of the 20th century, according to NOAA (2008a), with an increased rate of warming over the past 30 years. Temperatures in the period from the 1930s through the 1970s changed little both over the United States and globally. There was a general warming trend from about 1915 to the 1930s.

The NOAA data for the average annual temperature for the contiguous United States shows that 1998 was the warmest year on record, with 2006 and 1934 as the next warmest (within 0.06 °C of the record set in 1998). The average U.S. temperatures in these years fall within the error bars of the analyses (see Figure IV.3). Due to differences in data sets, processing, and analysis, NASA found that 1934 was the warmest on record for the contiguous United States, followed by 1998 and 1921. The fourth warmest year on record in its analysis was 2006. The warmth in 1934 was associated with extreme dryness in the continental interior.

The year 2007 was the 10th warmest year for the contiguous United States since national records began in 1895, according to preliminary data from the NOAA National Climatic Data Center (NOAA, 2008a). Additionally, the past 9 years have all been among the 25 warmest years on record for the contiguous United States, a streak that is unprecedented in the historical record, and the last nine 5-year periods[22] were the warmest 5-year periods in the last 113 years of national records, illustrating the anomalous warmth of the last decade.



**Figure IV.3.** Temperature averaged annually over the lower 48 states from 1895 to 2007. Source: NOAA/NCDC (NOAA, 2008b)

---

[22] The last nine 5-year periods referred to here are: 2003–2007, 2002–2006, 2001–2005, 2000–2004, 1999–2003, 1998–2002, 1997–2001, 1996–2000, 1995–1999.

U.S. temperature data analyzed by NASA (NASA GISS, 2008b) show similar trends over the past 100 years.

**Temperature patterns**

The rates of temperature change are not the same for different regions around the globe (see Figure IV.4).

- Over the oceans, warming has occurred in both sea surface temperature and nighttime marine air temperature. The average global surface air temperature over the oceans has risen at a rate of 0.13 °C per decade since 1979. Recent warming is strongly evident at all latitudes in sea surface temperatures over each of the oceans (Trenberth et al., 2007).

- Land regions have warmed faster than the oceans—about double the ocean rate after 1979 (more than 0.27 °C per decade), with the greatest warming during winter (December to February) and spring (March to May) in the Northern Hemisphere (Trenberth et al., 2007).

- The warming in the last 30 years is widespread over the globe and is greatest at higher northern latitudes. In the past 100 years, average Arctic temperatures increased at almost twice the global average rate. Arctic temperatures have high decadal variability, and a warm period was also observed from 1925 to 1945 (Trenberth et al., 2007).

- For 1901 to 2005, the rate of warming is statistically significant over most of the world's surface with several exceptions: an area south of Greenland, three smaller regions over the southeastern United States, and parts of Bolivia and the Congo basin. At about 20% of the locations where there is no statistically significant warming, it is *likely* that the lack of significant warming is driven by changes in atmospheric circulation (Karoly and Wu, 2005).

- Enhanced warming relative to the global average has been observed in other locations, notably over the continental interiors of Asia and northwestern North America and over some mid-latitude ocean regions of the Southern Hemisphere as well as southeastern Brazil (see Figure IV.4). Since 1979, warming has been strongest over western North America, northern Europe, and China in winter; over Europe and northern and eastern Asia in spring; over Europe and North Africa in summer; and over northern North America, Greenland, and eastern Asia in autumn (Trenberth et al., 2007).



**Figure IV.4.** Linear trend of annual temperatures for 1901 to 2005 (left; °C per century) and 1979 to 2005 (right; °C per decade). Areas in grey either have insufficient data to produce reliable trends or have slightly negative trends. The minimum number of years needed to calculate a trend value is 66 years for 1901 to 2005 and 18 years for 1979 to 2005. An annual value is available if there are 10 valid monthly temperature anomaly values. The data set used was produced by NCDC from Smith and Reynolds (2005 in Trenberth et al., 2007). Trends significant at the 5% level are indicated by white + marks. Source: Trenberth et al. (2007).

Regional data for North America confirm that warming has occurred throughout most of the United States. The U.S. Historical Climate Network of NOAA's National Climatic Data Center found that for all but 3 of the 11 climate regions, the average temperature increased more than 0.6 °C between 1901 and 2005 (NOAA, 2007b). An area of particularly pronounced warming is Alaska, where the temperature has increased at a rate of 1.8 °C per century. Although the Southeast experienced a very slight cooling trend over the entire period (-.02 °C per century), this region shows warming since 1979. Figure IV.5 shows a map of regional U.S. temperature trends for the period 1901 to 2005, using an analysis of data from the U.S. Historical Climate Network (NOAA Version 1).

The IPCC (Field et al., 2007), describing temperature changes for all of North America in its assessment of regional temperatures, stated that for the period 1955 to 2005, the greatest warming occurred in Alaska and northwestern Canada, with substantial warming in the continental interior and modest warming in the southeastern United States and eastern Canada. Additionally, daily minimum (nighttime) temperatures in North America have warmed more than daily maximum (daytime) temperatures, and spring and winter show the greatest changes in temperature.



**Figure IV.5.** U.S. trends of annually averaged temperature for the period 1901 to 2006 in °F per century. Data are from the Historical Climate Data Network. Source: NOAA/NCDC.

## Temperature extremes

Climate is defined not only by average temperature and precipitation, but also by the type, frequency, and intensity of extreme events. Observed changes in climate extremes related to temperature, precipitation, tropical cyclones, and sea level apply generally to all parts of the globe, including the United States, although there are some regional and local exceptions due to patterns of natural climate variability (IPCC, 2007d). Substantial changes in the frequency of extreme events are expected from a shift in the mean temperature based on simple statistical reasoning (Solomon et al., 2007). Trends in events that occur at small spatial scales (such as tornadoes, hail, lightning, and dust storms) cannot be determined due to insufficient data (Solomon et al., 2007).

Widespread changes in extreme temperatures have been observed in the last 50 years around the world, and these changes in temperature extremes are consistent with the general warming (Solomon et al., 2007). On a global basis, cold days, cold nights, and frost have generally become less frequent, while hot days, hot nights, and heat waves have become more frequent (IPCC, 2007d). A widespread reduction in the number of frost days in mid-latitude regions, an

increase in the number of warm extremes, and a reduction in the number of daily cold extremes are observed in 70 to 75% of the land regions where data are available. The most marked changes are for cold nights (lowest 10%, based on 1961 to 1990), which have become rarer over the 1951 to 2003 period. Warm nights (highest 10%) have become more frequent. Additionally, beginning in the second half of the 20th century, heat waves have increased in duration (Solomon et al., 2007).

North America regional studies consistently show patterns of changes in temperature extremes consistent with a general warming (Trenberth et al., 2007), including intense warming of the lowest daily minimum temperatures over western and central North America (Robeson, 2004 in Trenberth et al., 2007). The IPCC (Trenberth et al., 2007) cautions that although the observed changes of the high- and low-temperature tails of the distributions may be consistent with a simple shift of the entire temperature distribution, the reality is often more complicated.

CCSP SAP 3.3 (Karl et al., 2008) concluded that in the United States there has been a shift towards a warmer climate with an increase in extreme high temperatures and a reduction in extreme low temperatures:

- Since the record hot year of 1998, 6 of the last 10 years (1998–2007) have had annual average temperatures that fall in the hottest 10% of all years on record for the United States. The number of heat waves (extended periods of extremely hot weather) also has been increasing since 1950 (however, the heat waves of the 1930s remain the most severe in the U.S. historical record).

- There have been fewer unusually cold days in the United States during the last few decades and the last 10 years have had fewer severe cold waves than any other 10-year period in the historical record, which dates back to 1895. There has been a decrease in frost days and a lengthening of the frost-free season over the past century. For the United States as a whole, the average length of the frost-free season over the 1895 to 2000 period increased by almost two weeks.

**Surface temperature over the last 2,000 years**

The observed warming in the instrumental temperature records (which only began in the late 19th century, when the global network of measurements became large enough for reliable computation of global mean temperatures) can be put in a historical context by examining longer temperature records from sources such as tree rings, corals, ocean and lake sediments, cave deposits, ice cores, boreholes,[23] glaciers, and documentary evidence.

A National Research Council study (NRC, 2006c) assessing the state of scientific efforts to reconstruct surface temperature records for Earth over approximately the last 2,000 years concluded the following:

---

[23] Deep, narrow holes drilled vertically on land.

- Overall, there is a generally consistent picture of temperature trends during the preceding millennium. In particular, relatively warm conditions centered around A.D. 1000 (identified by some as the 'Medieval Warm Period') and a relatively cold period (or 'Little Ice Age') centered around 1700 are evident. (Figure IV.6 shows the aggregate results from several large-scale surface temperature reconstructions.)

- It can be said with a *high level of confidence* (8 out of 10 chance)[24] that global mean surface temperature was higher during the last few decades of the 20th century than during any comparable period during the preceding four centuries. The observed warming in the instrumental record shown in Figure IV.2 supports this conclusion. The IPCC (Solomon et al., 2007) concluded that it is *very likely* that average Northern Hemisphere temperatures during the second half of the 20th century were warmer than any other 50-year period in the last 500 years.

- Less confidence can be placed in large-scale surface temperature reconstructions for the period from A.D. 900 to 1600. Presently available proxy evidence indicates that temperatures at many, but not all, individual locations were higher during the past 25 years than during any period of comparable length since A.D. 900. The uncertainties associated with reconstructing hemispheric mean or global mean temperatures from these data increase substantially backward in time through this period and are not yet fully quantified. On the basis of the NRC's conclusions and other sources of information, the IPCC (Solomon et al., 2007) concluded that average Northern Hemisphere temperatures during the second half of the 20th century were *likely* the warmest in at least the past 1,300 years. It also concluded that a substantial fraction of the decadal temperature variability of the seven centuries preceding 1950 is very likely attributable to natural external forcing (Hegerl et al., 2007).

- Very little confidence can be assigned to statements concerning the hemispheric mean or global mean surface temperature prior to about A.D. 900 because of sparse data coverage and because the uncertainties associated with proxy data and the methods used to analyze and combine them are larger than during more recent time periods.

---

[24] Definitions for terms used in statements of confidence and likelihood can be found in Section II.3: Characterization of Uncertainty.



**Figure IV.6.** Record of average Northern Hemisphere temperature variation during the last 1,300 years based on reconstructions using multiple climate proxies (e.g., tree ring widths) from 10 different research teams (see IPCC (2007d) for a list of those teams). The darker the shading, the more overlap there is among the various research teams' temperature reconstructions. Source: IPCC (2007d).

## IV.1.c Observed precipitation changes

### Precipitation trends and patterns

As surface temperatures rise, the evaporation of water vapor increases from oceans and other moist surfaces. Increased evaporation is leading to higher concentrations of water vapor in the atmosphere. Increased atmospheric water vapor tends to produce weather systems that lead to increased precipitation in some areas. At the same time, increased evaporation and evapotranspiration from warming can lead to increased land surface drying and, therefore, increased potential incidence and severity of droughts in other areas.

Observations show that changes are occurring in the amount, intensity, frequency, and type of precipitation. It is noted that precipitation is highly variable spatially and temporally. There is limited data available for large regions of the globe, such that robust long-term trends have not been established for certain regions. A global map of precipitation trends from 1901 to 2005 is provided in Figure IV.7.



**Figure IV.7.** Trends in annual land precipitation amounts for 1901 to 2005 (percent per century). The percentage is based on the means for the 1961 to 1990 period. Areas in grey have insufficient data to produce reliable trends. Trends significant at the 5% level are indicated by black + marks. Source: Trenberth et al. (2007; data from NOAA/NCDC).

Some of the conclusions from the IPCC concerning global precipitation changes are noted below (Trenberth et al., 2007):

- Long-term trends from 1900 to 2005 have shown significant increases in precipitation amount over many large regions, in particular the eastern parts of North and South America, northern Europe, and northern and central Asia.

- The same long-term trends (1900 to 2005) have shown drying in the Sahel, the Mediterranean, southern Africa, and parts of southern Asia.

- More intense and longer droughts have been observed over wider areas since the 1970s, particularly in the tropics and subtropics. In general terms, drought is a "prolonged absence or marked deficiency of precipitation," a "deficiency of precipitation that results in water shortage for some activity or for some group," or a "period of abnormally dry weather sufficiently prolonged for the lack of precipitation to cause a serious hydrological imbalance" (Heim, 2002 in Trenberth et al., 2007). Increased drying linked with higher temperatures and decreased precipitation has contributed to changes in drought. The regions where droughts have occurred seem to be determined largely by changes in sea surface temperatures,

especially in the tropics, through associated changes in the atmospheric circulation and precipitation. Decreased snowpack and snow cover have also been linked to droughts.

- It is *likely* that there have been increases in the number of heavy precipitation events (e.g., 95th percentile events) within many land regions, including regions where there has been a reduction in total precipitation amount. This is consistent with a warming climate and the observations of increasing amounts of water vapor in the atmosphere.

- Rising temperatures have generally resulted in rain rather than snow in locations and seasons where climatological average temperatures for 1961 to 1990 were close to freezing (0 °C), for example the boreal high latitudes.

Over the contiguous United States, annual precipitation totals have increased at an average rate of 6% per century from 1901 to 2005, according to an analysis of data from the NOAA National Climatic Data Center U.S. Historical Climate Network (Version 1; NOAA, n.d.). There has been significant variability in regional U.S. precipitation patterns over time and space. As shown in Figure IV.8, the greatest increases in precipitation were in the East North Central climate region (12% per century) and the South (11%). The smallest increases in precipitation were in the Southeast (3%), the West North Central (3%) and the Southwest (1%).

Outside of the contiguous United States, Alaska experienced a precipitation increase of about 6% per century (since records began in 1918), and Hawaii experienced a decrease of just over 9% per century (since records begin in 1905).

Despite the overall national trend towards wetter conditions, a severe drought has affected the southwestern United States from 1999 through 2007, and more recently the southeastern United States has experienced severe drought as well (NWS CPC, 2008).



**Figure IV.8.** U.S. trends in annual precipitation totals for the period 1901 to 2006 in percent per century. Data are from the Historical Climate Data Network. Source: NOAA/NCDC (NOAA, n.d.).

## Precipitation extremes and storms

Heavy precipitation events refer to those in the 95th percentile of precipitation events. The IPCC (Solomon et al., 2007) reports that it is *likely* that there have been increases in the number of heavy precipitation events within many land regions, even in those regions where there has been a reduction in total precipitation amount; this is consistent with a warming climate and observed increases in the amount of water vapor in the atmosphere, which have been significant. Increases have also been reported for rarer (1 in 50 year return period) precipitation events, but only a few regions have sufficient data to assess such trends reliably (Trenberth et al., 2007).

Observations over the contiguous United States show statistically significant increases in heavy precipitation (the heaviest 5%) and very heavy precipitation (the heaviest 1%) of 14% and 20%, respectively, primarily during the last three decades of the 20th century (Kunkel et al., 2003 in Trenberth et al., 2007 and Groisman et al., 2004 in Trenberth et al., 2007). This increase is most apparent over the eastern parts of the country. Some evidence suggests that the relative increase in precipitation extremes is larger than the increase in mean precipitation (Trenberth et al., 2007). CCSP SAP 3.3 (Karl et al., 2008) concluded that very heavy precipitation (the heaviest 1%) in

the continental United States increased by 20% over the past century while total precipitation increased by 7%. Additionally, the monsoon season is beginning about 10 days later than usual in Mexico and in general, for the summer monsoon in southwestern North America, there are fewer rain events, but the events are more intense (Karl et al., 2008).

On a global basis, more intense and longer droughts have been observed over wider areas since the 1970s, particularly in the tropics and subtropics (IPCC, 2007d). Increased drying linked with higher temperatures and decreased precipitation has contributed to changes in drought (IPCC, 2007d).

In the western United States, diminishing snow pack and subsequent reductions in soil moisture appear to have contributed to recent drought conditions (Trenberth et al., 2007). This drought has also been attributed to changes in atmospheric circulation associated with warming of the western tropical Pacific and Indian Oceans as well as multi-decadal fluctuations (Hoerling and Kumar, 2003 and McCabe et al., 2004 in Trenberth et al., 2007).

Detection of long-term trends in tropical cyclone activity is complicated by multi-decadal variability and the quality of the tropical cyclone records prior to the start of routine satellite observations in about 1970. Even taking this into account, the IPCC concluded that the observational evidence shows an increase of intense (Category 4 and 5) tropical cyclone activity in the North Atlantic since about 1970, which correlates with increases in tropical sea surface temperatures (Solomon et al., 2007). There is no clear global trend in the total numbers of tropical cyclones since 1970 (IPCC, 2007d). Globally, estimates of the potential destructiveness of hurricanes show a significant upward trend since the mid-1970s, with a trend toward longer lifetimes and greater storm intensity. Such trends are strongly correlated with tropical sea surface temperature (Trenberth et al., 2007). Additionally, there is evidence for an increase in extreme wave height characteristics over the past couple of decades, associated with more frequent and more intense hurricanes (Karl et al., 2008).

A range of models with resolutions ranging from 100 to 20 km predict that future tropical cyclones (typhoons and hurricanes) will become more intense, with larger peak wind speeds and more heavy precipitation associated with ongoing increases in tropical sea surface temperatures. There is less confidence in the projections of tropical cyclone frequency. The apparent increase in the proportion of very intense storms since 1970 in some regions is much larger than simulated by current models for that period (Solomon et al., 2007). According to SAP 3.3 (Karl et al., 2008), rainfall and wind speeds associated with North Atlantic and North Pacific hurricanes are *likely* to increase in response to human-caused warming. Analyses of model simulations suggest that for each 1 °C (1.8 °F) increase in tropical sea surface temperatures, core rainfall rates will increase by 6 to 18% and the surface wind speeds of the strongest hurricanes will increase by about 1 to 8%.

## IV.1.d Observed changes in other physical systems

Of all the observed changes to physical systems assessed by the IPCC (Rosenzweig et al., 2007) for North America (totaling 355), 94% were consistent with changes one would expect with average warming. This section covers changes to the cryosphere (snow and ice), the

hydrosphere, and sea level. Changes to the biosphere are covered in Section V.1. The extent to which observed changes discussed here can be attributed to anthropogenic greenhouse gas emissions is discussed in Section IV.2.b.

## Cryosphere (snow and ice)

The cryosphere is the 'frozen' component of the climate system, including sea ice, glaciers, snow cover, and permafrost. According to the IPCC (Lemke et al., 2007) and the Arctic Climate Impacts Assessment (ACIA, 2005), the following global-scale physical changes have been observed:

- Overall, snow cover has decreased in most regions, especially in spring and summer. Satellite data from 1966 to the present show decreases in Northern Hemisphere snow cover in every month except November and December, with a stepwise drop of 5% in the annual mean in the late 1980s. In the Southern Hemisphere, the few long records or proxies mostly show either decreases or no changes in the past 40 years or more.

- For North America, snow-covered area increased in November, December, and January from 1915 to the present due to increases in precipitation. Over western North America, however, snow cover decreased during the latter half of the 20th century, especially during the spring (Groisman et al., 2004 in Lemke et al., 2007). In northern Alaska, observations show shifts toward earlier melt by about eight days since the mid-1960s (Stone et al., 2002 in Lemke et al., 2007).

- Freeze-up and breakup dates for river and lake ice have high spatial variability and trends in these dates are generally toward later and earlier occurrences, respectively. However, the average of available data for the Northern Hemisphere spanning the past 150 years shows the freeze-up date for river and lake ice has occurred later at a rate of $5.8 \pm 1.6$ days per century and the breakup date has occurred earlier at a rate of $6.5 \pm 1.2$ days per century.

- Annual average Arctic sea ice extent has decreased by $2.7 \pm 0.6\%$ per decade, based on satellite data since 1978. Larger decreases have been observed in summer ($7.4 \pm 2.4\%$ per decade). Figure IV.9 shows the extent of the sea ice loss between 1979 and 2005. Since 2005, Arctic sea ice extent has declined even further. According to the National Snow and Ice Data Center the average sea ice extent for September 2007 was 4.28 million square kilometers, the lowest September on record, shattering the previous record for the month, set in 2005, by 23 percent.[25] In contrast, Antarctic sea ice extent shows no statistically significant average trends (IPCC, 2007d).

- The average sea ice thickness in the central Arctic has *very likely* decreased by up to 1 m from 1987 to 1997, based upon submarine-derived data. Model-based reconstructions support this, suggesting an Arctic-wide reduction of 0.6 to 0.9 m over the same period.

---

[25] See <nsidc.org/news/press/2007_seaiceminimum/20070810_index.html>.

- Mountain glaciers have declined on average in both hemispheres. The strongest mass losses of mountain glaciers (per unit area) have been observed in Patagonia, Alaska, the northwest United States, and southwest Canada. Because of the corresponding large areas, the biggest contributions to sea level rise came from glaciers in Alaska, the Arctic, and the Asian high mountains.

- Since the 1980s, temperatures at the top of the Arctic permafrost layer have generally increased by up to 3 °C. In Alaska, the permafrost base has been thawing at a rate of up to 0.04 m per year since 1992; on the Tibetan Plateau, the rate of permafrost base thawing has been 0.02 m per year since the 1960s. The maximum area covered by seasonally frozen ground has decreased by 7% in the Northern Hemisphere since 1900, with a decrease in spring of up to 15%.

**Comparison of Arctic sea ice minima**



1979

2007

**Figure IV.9.** These two images, constructed from satellite data, compare Arctic sea ice concentrations in September of 1979 and 2007. Source: NASA, updated from ACIA (2004).

The Arctic Climate Impact Assessment (ACIA, 2004) found that the area of the Greenland Ice Sheet that experiences some melting increased about 16% from 1979 to 2002, with 2002 experiencing the largest affected area in the record since 1979 (subsequent years since 2004 have seen even more extensive melting).

There are additional effects related to changes in the cryosphere. First, melting of highly

reflective snow and ice reveals darker land and ocean surfaces, increasing absorption of the Sun's heat and further warming the planet. Additionally, increases in glacial melt and river runoff add freshwater to the ocean, raising global sea level. There is also the potential positive feedback (in which a result of climate warming in turn causes further climate warming) from the possible release of $CH_4$ trapped within subsea permafrost. However, available observations do not permit an assessment of changes that might have occurred with respect to this (Lemke et al., 2007).

## Hydrosphere

The term 'hydrosphere' refers to the component of the climate system consisting of liquid surface and subterranean water, such as rivers, lakes, and underground water. The IPCC (Rosenzweig et al., 2007) summarized several observed changes in these features:

- Documented trends in severe droughts and heavy rains show that hydrologic conditions are becoming more intense in some regions, with indications of intensified droughts in drier regions and evidence for areas of increasing wetness, in particular the Northern Hemisphere high latitudes and equatorial regions. Globally, very dry areas (areas with a Palmer Drought Severity Index (PDSI) rating of less than or equal to -3.0) have more than doubled since the 1970s due to a combination of El Niño–Southern Oscillation events and surface warming (Dai et al., 2004 in Trenberth et al., 2007). Very wet areas (PDSI greater than or equal to +3.0) declined by about 5% since the 1970s. The major contributing factor in this decline was precipitation during the early 1980s with temperature more important thereafter.

- Over the last century, increasing runoff and streamflow that can be related to climate change has been observed in many regions, particularly in basins fed by glaciers, permafrost, and snowmelt. Evidence shows that average runoff of Arctic rivers in Eurasia has increased, and this increasing runoff has been at least partly correlated with climate warming. There is also evidence of earlier spring snowmelt and increased winter base flow in North America and Eurasia due to enhanced seasonal snowmelt associated with climate warming.

- In the Arctic, lakes forming and then disappearing in permafrost have been observed. Freshwater lakes and rivers are experiencing increased water temperatures and changes in water chemistry, including changes in water acidity and mineral concentrations. Surface and deep lake waters are warming. With this warming, periods of thermal stability are advancing and lengthening. In some cases, this is associated with physical and chemical changes, such as increases in salinity and suspended solids, and a decrease in nutrient content.

Changes in river discharge, as well as in droughts and heavy rains, in some regions indicate that hydrologic conditions have become more intense. However, significant trends in floods and in evaporation and evapotranspiration have not been detected globally. Some local trends in reduced groundwater and lake levels have been reported. However, studies have been unable to separate the effects of variations in temperature and precipitation from the effects of human interventions, such as groundwater management, land use change, and reservoir construction (Rosenzweig et al., 2007).

The IPCC (Rosenzweig et al., 2007) indicates surface water temperatures have warmed by 0.2 to 2 °C in lakes and rivers in North America since the 1960s. Additionally, there is evidence for an earlier occurrence of spring peak river flows and an increase in winter base flow in basins with important seasonal snow cover in North America.

CCSP SAP 4.3 notes that the current hydrologic observing system was not designed for purposes of detecting climate change or its effects on water resources and that many of the data are fragmented, poorly integrated, and in many cases unable to meet the predictive challenges of a rapidly changing climate (Lettenmaier et al., 2008). Despite this, CCSP (Lettenmaier et al., 2008) does list a number of conclusions related to water resources in the United States:

- During the second half of the 20th century, most of the United States experienced increases in precipitation and streamflow, due to a combination of decadal-scale climate variability and long-term change.

- During the second half of the 20th century, most of the United States experienced decreases in drought severity and duration. However, there is some indication of increased drought severity and duration in the western and southwestern United States, which may have resulted from increased actual evaporation dominating the trend toward increased soil wetness. On a longer time scale, paleoclimatic reconstructions of droughts show that much more severe droughts have occurred over the last 2,000 years than those that have been observed in the instrumental record, notably, the Dust Bowl drought of the 1930s and extensive drought in the 1950s.

- Across the western United States, there is a trend toward reduced mountain snowpack and earlier spring snowmelt runoff peaks, which is *very likely* due to long-term warming, with potential influence from decadal-scale variability (see discussion in Section V.4 about the impacts of these changes).

- As the climate warms, stream temperatures are *likely* to increase, with effects on aquatic ecosystems. There is some evidence that temperatures have increased in some western U.S. streams, although a comprehensive analysis has yet to be conducted. Temperature changes will be most evident during low flow periods, when they are of greatest concern.

## Sea level

There is strong evidence that global sea level gradually rose in the 20th century, after a period of little change between A.D. 0 and A.D. 1900, and is currently rising at an increased rate (IPCC, 2007a).

According to the IPCC (Bindoff et al., 2007):

- There is *high confidence* that the rate of sea level rise increased between the mid-19th and mid-20th centuries.

- The average rate of sea level rise measured by tide gauges from 1961 to 2003 was $1.8 \pm 0.5$ mm per year. For the entire 20th century, the average rate was $1.7 \pm 0.5$ mm per year.

- There is considerable decadal variability in the rate of global mean sea level rise. The global average rate of sea level rise measured by satellite altimetry during 1993 to 2003 was $3.1 \pm 0.7$ mm per year, significantly higher than the 20th century average rate. Coastal tide gauge measurements confirm this observation. It is unclear whether the faster rate for 1993 to 2003 is a reflection of short-term variability or an increase in the longer-term trend.

Two major processes lead to changes in global mean sea level on decadal and longer time scales: 1) thermal expansion and 2) the exchange of water between oceans and other reservoirs, including glaciers and ice caps, ice sheets, and other land water reservoirs. The IPCC (Bindoff et al., 2007) concluded:

- Overall, for the period 1961 to 2003, the full magnitude of the observed sea level rise was not satisfactorily explained by the available data sets, where thermal expansion contributed about one-quarter of the observed sea level rise and melting of land ice accounted for less than half of the observed sea level rise. The observing system is much better for recent years (1993 to 2003). In this period, thermal expansion and melting of land ice each account for about half of the observed sea level rise, although there is some uncertainty in the estimates.

- On average, over the period from 1961 to 2003, global ocean temperature from the surface to a depth of 700 m rose by 0.10 °C, contributing an average of $0.4 \pm 0.1$ mm per year to sea level rise. For the period 1993 to 2003, thermal expansion contributed about $1.6 \pm 0.5$ mm per year, reflecting a higher rate of warming for this period relative to 1961 to 2003.

- On average, over the period from 1961 to 2003, melting of land ice accounted for approximately $0.7 \pm 0.5$ mm per year of sea level rise (Lemke et al., 2007). The total contribution from melting ice to sea level change between 1993 and 2003 was $1.2 \pm 0.4$ mm per year. The rate increased over the 1993 to 2003 period, primarily due to increasing losses from mountain glaciers and ice caps, increasing surface melt on the Greenland Ice Sheet, and faster flow of parts of the Greenland and Antarctic Ice Sheets (Lemke et al., 2007).

Sea level rise is highly non-uniform around the world. In some regions, rates of rise have been as much as several times the global mean, while sea level is falling in other regions. This non-uniformity is driven by thermal expansion and exchanges of water between oceans and other reservoirs, as well as changes in ocean circulation or atmospheric pressure, and geologic processes (Bindoff et al., 2007). According to the IPCC (Bindoff et al., 2007), satellite measurements for the period 1993 to 2003 provide unambiguous evidence of regional variability of sea level change. The largest sea level rise since 1992 has taken place in the western Pacific and eastern Indian Oceans, while nearly all of the Atlantic Ocean shows sea level rise during the past decade with the rate of rise reaching a maximum (over 2 mm per year) in a band running east–northeast from the U.S. East Coast. Sea level in the eastern Pacific and western Indian Oceans has been falling.

U.S. sea level data obtained from the Permanent Service for Mean Sea Level of the Proudman Oceanographic Laboratory[26] reach at least as far back as the early 20th century. These data show that along most of the U.S. Atlantic and Gulf Coasts, sea level has been rising 2.0 to 3.0 mm per year. The rate of sea level change varies from a rise of about 10 mm per year along the Louisiana Coast (due to land sinking) to a drop of tens of millimeters per decade (a few inches per decade) in parts of Alaska (because land is rising). Records from the coast of California indicate that sea levels have risen almost 18 cm during the past century (California Energy Commission, 2006b). Local sea levels can actually be falling in some cases (for example, the Pacific Northwest coast) if the land level is rising more than the sea level (Gamble et al., 2008).

The IPCC (Rosenzweig et al., 2007) concluded that along the U.S. East Coast, 75% of the shoreline that is removed from the influence of spits, tidal inlets, and engineering structures is eroding, which is probably due to sea level rise. It also cites studies reporting losses in coastal wetlands observed in Louisiana, the mid-Atlantic region, and in parts of New England and New York, in spite of recent protective environmental regulations.

CCSP SAP 4.1 (Titus et al., 2008) reported a number of effects of sea level rise relevant to the United States. Approximately one-sixth of the Nation's land close to sea level is in the mid-Atlantic, and as such, the report focuses on the mid-Atlantic states:

- Sea level rise is *virtually certain* (>99% probability) to cause some areas of dry land to become inundated. Approximately 900 to 2,100 km$^2$ (350 to 800 mi$^2$) of dry land, half of which is in North Carolina, would be flooded during spring high tides if sea level rises 50 cm (20 in), assuming no shore protection measures are taken.

- Nationally, it is *very likely* that erosion will increase in response to sea level rise, especially in sandy shore environments that comprise all of the mid-Atlantic coast. Within the mid-Atlantic region, it is *virtually certain* (>99% probability) that coastal headlands, spits, and barrier islands will also erode in response to future sea level rise.

- It is *virtually certain* that the Nation's tidal wetlands already experiencing submergence by sea level rise and associated high rates of loss (e.g., Mississippi River Delta in Louisiana, Blackwater River marshes in Maryland) will continue to lose area under the influence of future accelerated rates of sea level rise and changes in other climate and environmental drivers.

- It is *very unlikely* (1 to 10% probability) that there will be a net increase in tidally influenced wetland area on a national scale over the next 100 years, given current wetland loss rates and the few occurrences of new tidal wetland expansion (e.g., Atchafalaya Delta in Louisiana).

- Depending on local conditions, habitat may be lost or migrate inland in response to sea level rise. Loss of tidal marshes would seriously threaten coastal ecosystems, causing fish and birds to move or produce less offspring. Many estuarine beaches may also be lost, threatening species such as the terrapin and horseshoe crab.

---

[26] See <www.pol.ac.uk/psmsl/>.

- There is evidence for an increase in incidence of extreme high sea level globally and in the United States since 1975 based upon an analysis of 99th percentiles of hourly sea level at 141 stations around the world (Bindoff et al., 2007). A global analysis is not feasible over the entire 20th century because longer records back in time are limited in space and under-sampled in time (Solomon et al., 2007).

## IV.2. Attribution of Observed Climate Change to Human Activities at the Global and Continental Scale

The previous section (Section IV.1) describes observations presented primarily in the recent IPCC Fourth Assessment Report (2007d) of global- and continental-scale temperature increases, changes in other climate variables and physical and biological systems, and the radiative forcing caused by anthropogenic versus natural factors. This section addresses the extent to which observed climate change at the global and continental or national scale can be attributed to *global* anthropogenic emissions of greenhouse gases.

Computer-based climate models are the primary tools used for simulating the probable patterns of climate system response to natural and anthropogenic forcings, such as greenhouse gases, aerosols, and solar intensity (see Section IV.1.a). Confidence in these models comes from their foundation in accepted physical principles and from their ability to reproduce observed features of current climate and past climate changes (Meehl et al., 2007) (see Section IV.3.b). Studies to attribute causes of climate change use well-tested models to evaluate whether observed changes are consistent with quantitative responses to different forcings and are not consistent with alternative physically plausible explanations. Attribution studies often use 'fingerprint methods' to rigorously test for the presence of a climatic response to greenhouse gas increases and other forcings, and to evaluate whether similarities between observed patterns and model-simulated fingerprints could have occurred by chance. These methods account for feedbacks enhancing or decreasing the response to individual external influences compared to model-simulated responses.

Difficulties remain in attributing temperature changes at smaller than continental scales and over time scales of less than 50 years. Attribution results at these scales have, with limited exceptions, not been established. Averaging over smaller regions reduces the natural variability less than does averaging over large regions, making it more difficult to distinguish between changes expected from external forcing and variability. In addition, temperature changes associated with some modes of variability are poorly simulated by models in some regions and seasons. Furthermore, the small-scale details of external forcing and the response simulated by models are less credible than large-scale features (IPCC, 2007a).

## IV.2.a Attribution of observed climate change to anthropogenic emissions and land use / land cover

There is clear evidence that human-induced warming of the climate system is widespread (Hegerl et al., 2007). Studies to detect climate change and attribute its causes using patterns of

observed changes in temperature show clear evidence of human influences on the climate system (Karl et al., 2006). Discernible human influences extend to additional aspects of climate, including ocean warming, continental-average temperatures, temperature extremes, and wind patterns (Hegerl et al., 2007).

**Temperature**

The IPCC has strengthened its statement on the linkage between greenhouse gases and temperatures with each assessment report over the past two decades. The IPCC's First Assessment Report in 1990 contained little observational evidence of a detectable anthropogenic influence on climate (IPCC, 1990). In its Second Assessment Report in 1995, the IPCC stated the balance of evidence suggests a discernible human influence on the climate of the 20th century (IPCC, 1996). The Third Assessment Report in 2001 concluded that most of the observed warming over the last 50 years is *likely* to have been due to the increase in greenhouse gas concentrations (IPCC, 2001). The conclusion in the IPCC's 2007 Fourth Assessment Report (2007d) is the strongest yet:

> Most of the observed increase in global average temperatures since the mid-20th century is *very likely* due to the observed increase in anthropogenic greenhouse gas concentrations.

The IPCC (Hegerl et al., 2007) cites a number of factors for the increased confidence in the greenhouse gas contribution to the observed warming:

- an expanded and improved range of observations, allowing attribution of warming to be more fully addressed jointly with other changes in the climate system;

- analyses of paleoclimate data that have increased confidence in the role of external influences on climate;

- improvements in the simulation of many aspects of present mean climate and its variability on seasonal to inter-decadal time scales;

- more detailed representations of processes related to aerosol and other forcings in models;

- simulations of 20th-century climate change that use many more models and much more complete inclusion of anthropogenic and natural forcings; and

- multi-model ensembles that increase confidence in attribution results by providing an improved representation of model uncertainty.

The results from climate model simulations evaluated by the IPCC (Figure IV.10) show that natural forcings alone cannot explain the observed warming for the globe, the global land, and global ocean and that the observed warming can only be reproduced with models that contain both natural and anthropogenic forcings. The IPCC (Hegerl et al., 2007) cites additional new evidence linking warming to increasing concentrations of greenhouse gases:

- Attribution studies have established anthropogenic contributions to changes in surface and atmospheric temperatures (Section IV.1.b), changes in temperatures in the upper several hundred meters of the ocean, and changes in sea level pressure (Section IV.1.d).

- Coupled climate models used to predict future climate have been used to reproduce key features of past climates using boundary conditions and radiative forcing for those periods.

It is *very unlikely*, according to the IPCC (Hegerl et al., 2007), that the global pattern of warming observed during the past half century is due to only known natural external causes (solar activity and volcanoes) since the warming occurred in both the atmosphere and ocean and took place when natural external forcing factors would *likely* have produced cooling. The IPCC (Hegerl et al., 2007) also concluded that greenhouse gas forcing alone would *likely* have resulted in warming greater than observed if there had not been an offsetting cooling effect from aerosols and natural forcings during the past half century.



**Figure IV.10.** Comparison of observed global-scale changes in surface temperature with results simulated by climate models using natural and anthropogenic forcings. Decadal averages of observations are shown for the period 1906 to 2005 (black line) plotted against the center of the decade and relative to the corresponding average for 1901 to 1950. Lines are dashed where spatial coverage is less than 50%. Blue shaded bands show the 5 to 95% range for 19 simulations from five climate models using only the natural forcings due to solar activity and volcanoes. Red shaded bands show the 5 to 95% range for 58 simulations from 14 climate models using both natural and anthropogenic forcings. Source: IPCC (2007d).

In addition to evidence from surface temperatures, evidence has also accumulated for an anthropogenic influence through the vertical profile of the atmosphere. Fingerprint studies,[27] rather than only linear trend comparisons,[28] have identified greenhouse gas and sulfate aerosol signals in observed surface temperature records, a stratospheric ozone depletion signal in

---

[27] Fingerprint studies use rigorous statistical methods to compare the patterns of observed temperature changes with model expectations and determine whether or not similarities could have occurred by chance.
[28] Linear trend comparisons are less powerful than fingerprint analyses for studying cause–effect relationships, but can highlight important differences and similarities between models and observations (as in Figures IV.10 and IV.11).

stratospheric temperatures, and the combined effects of these forcing agents in the vertical structure of atmospheric temperature changes (Karl et al., 2006). There is a potentially important inconsistency in the tropics, where most observational data sets show more warming at the surface than in the troposphere. In contrast, almost all model simulations have larger warming aloft than at the surface. The issue is still under investigation and may be due to errors in the observations (Karl et al., 2006).

It is *likely* that there has been a substantial anthropogenic contribution to surface temperature increases since the middle of the 20th century on every continent except Antarctica, which has insufficient observational coverage to make an assessment (Hegerl et al., 2007). Figure IV.11 shows that the observed temperatures over the last century for North America can only be reproduced using model simulations containing both natural and anthropogenic forcings, and not just natural forcings. Attribution studies show that it is *likely* that there has been a substantial human contribution to the surface temperature increase in North America. Fingerprint attribution studies detect a significant anthropogenic contribution to North American temperature change that can be separated from the response to natural forcings and from internal climate variability. As noted above, attribution of temperature changes on scales smaller than continental and for time scales of less than 50 years, with limited exceptions, has not yet been established (Hegerl et al., 2007).



**Figure IV.11.** Comparison of observed North American changes in surface temperature with results simulated by climate models using natural and anthropogenic forcings. Decadal averages of observations are shown for the period 1906 to 2005 (black line) plotted against the center of the decade and relative to the corresponding average for 1901 to 1950. Lines are dashed where spatial coverage is less than 50%. Blue shaded bands show the 5 to 95% range for 19 simulations from five climate models using only the natural forcings due to solar activity and volcanoes. Red shaded bands show the 5 to 95% range for 58 simulations from 14 climate models using both natural and anthropogenic forcings. Source: Hegerl et al. (2007).

In addition to average temperatures, anthropogenic forcings have also *likely* influenced extremes in temperature (Hegerl et al., 2007). Many indicators of climate extremes, including the annual numbers of frost days, warm and cold days, and warm and cold nights, show changes that are consistent with warming (Hegerl et al., 2007). An anthropogenic influence has been detected in some of these indices, and there is evidence that anthropogenic forcing may have substantially increased the risk of extremely warm summer conditions regionally. The 2003 European heat wave is an example of such temperature extremes (Hegerl et al., 2007).

**Additional climate variables**

There is evidence of anthropogenic influence in other parts of the climate system. The IPCC noted the following global examples (Hegerl et al., 2007):

- Recent decreases in Arctic sea ice extent (Section IV.1.d) are likely to have been contributed to by anthropogenic forcings.

- Human activity is likely related to trends over recent decades in the Northern and Southern Annular Modes,29 which correspond to sea level pressure reductions over the poles. These modes affect storm tracks, winds, and temperature patterns in both hemispheres. Models reproduce the sign of the Northern Annular Mode trend, but the simulated response is smaller than observed. A realistic trend in the Southern Annular Mode is simulated by models that include both greenhouse gas and stratospheric ozone changes, suggesting this trend is due to human influence on global sea level pressure patterns.

- The latitudinal pattern of change in land precipitation over the 20th century appears to be consistent with the anticipated response to anthropogenic forcing. The same is true for observed increases in heavy precipitation.

- It is more likely than not (greater than 50% probability) that anthropogenic influence has contributed to increases in the frequency of the most intense tropical cyclones (i.e., category 4 and 5).

Regarding this latter issue, the CCSP synthesis and assessment product on climate extremes (Karl et al., 2008), concluded the following regarding hurricane activity specifically in the North Atlantic:

> It is *very likely* that the human-induced increase in greenhouse gases has contributed to the increase in sea surface temperatures in the hurricane formation regions. There is a strong statistical connection between tropical Atlantic sea surface temperatures and Atlantic hurricane activity as measured by the Power Dissipation Index (combines storm intensity, frequency, and duration) and particularly with frequency on decadal timescales over the past 50 years. This evidence suggests a substantial human contribution to recent hurricane activity. However, a confident assessment of human influence on hurricanes will require further studies using models and observations, with emphasis on distinguishing natural from human-induced changes in hurricane activity through their influence on factors such as historical sea surface temperatures, wind shear, and atmospheric vertical stability.

## IV.2.b Attribution of observed changes in physical and biological systems

As detailed in Section IV.2.a, warming in the last 50 years is *very likely* the result of the accumulation of anthropogenic greenhouse gases in the atmosphere. Observed changes in physical systems (e.g., melting glaciers) and biological systems and species (e.g., geographic shift of species) that are shown to change as a result of recent warming can be attributed to anthropogenic greenhouse gas forcing. This section includes the observed changes in physical and biological systems in North America and in other parts of the world, which the IPCC (2007b) concluded are discernibly influenced by recent warming: "Observational evidence from all continents and most oceans shows that many natural systems are being affected by regional climate changes, particularly temperature increases." Furthermore, the IPCC (2007e) concluded that: "Anthropogenic warming over the last three decades has likely had a discernable influence at the global scale on observed changes in many physical and biological systems."

---

[29] Annular modes are preferred patterns of change in atmospheric circulation corresponding to changes in the zonally averaged mid-latitude westerly winds. The Northern Annular Mode has a bias to the North Atlantic and has a large correlation with the North Atlantic Oscillation. The Southern Annular Mode occurs in the Southern Hemisphere.

In order to make robust conclusions about the role of anthropogenic climate change in affecting biological and physical systems, climate variability and non-climate drivers (e.g., land use change and habitat fragmentation) all need to be considered. The IPCC (Rosenzweig et al., 2007) concluded from a number of joint attribution studies that the consistency of observed significant changes in physical and biological systems and observed significant warming across the globe *likely* cannot be explained entirely due to natural variability or other confounding non-climate factors.

The physical systems undergoing significant change include the cryosphere (snow and ice systems), hydrologic systems, water resources, coastal zones, and the oceans. A number of effects are reported with *high confidence* by the IPCC (Rosenzweig et al., 2007):

- ground instability in mountain and permafrost regions;
- shorter travel season for vehicles over frozen roads in the Arctic;
- enlargement and increase of glacial lakes in mountain regions and destabilization of moraines damming these lakes;
- changes in Arctic flora and fauna including the sea ice biomes and predators higher in the food chain;
- limitations on mountain sports in lower-elevation alpine areas; and
- changes in indigenous livelihoods in the Arctic.

CCSP SAP 4.3 (Backlund et al., 2008) discusses the role of climate change in determining the levels of snow water equivalent in the Pacific Northwest of North America. It concluded that observed snow water equivalent changes in the western United States for the period 1950 to 2000 can be attributed to temperature rather than precipitation changes (Mote, 2003 and Hamlet et al., 2005 in Backlund et al., 2008).

Regarding biological systems, the IPCC (Rosenzweig et al., 2007) concluded with *very high confidence* that the overwhelming majority of studies of regional climate effects on terrestrial species reveal trends consistent with warming, including:

- poleward and elevational range shifts of flora and fauna;
- earlier onset of spring events, migration, and lengthening of the growing season;
- changes in abundance of certain species, including limited evidence of a few local disappearances; and
- changes in community composition.

See Section V for further description of these changes in the physical and biological systems.

Human system responses to climate change are more difficult to identify and isolate due to the larger role of non-climate factors, such as management practices in agriculture and forestry, and adaptation responses to protect human health against adverse climatic conditions.

CCSP SAP 4.3 (Backlund et al., 2008) concluded that, due to a lack of appropriate observations, it is currently not possible to understand the extent to which climate change is damaging or enhancing the goods and services that ecosystems provide or how additional climate change would affect the future delivery of such goods and services. It concluded:

> [I]n principle it is possible to evaluate both damages and benefits from climate change for any region and/or ecosystem, but such studies will need to be very carefully designed and implemented in order to yield defensible quantification. Until then, we will need to continue to rely on a combination of existing observations made for other purposes and on model output to construct such estimates (Backlund et al., 2008).

## IV.3. Projected Future Greenhouse Gas Concentrations and Climate Change

According to the IPCC (2007d), "continued greenhouse gas emissions at or above current rates would cause further warming and induce many changes in the global climate system during the 21st century that would *very likely* be larger than those observed during the 20th century." This section describes future greenhouse gas emission scenarios, the associated changes in atmospheric concentrations and radiative forcing, and the resultant changes in temperature, precipitation, and sea level at global and U.S. scales. An important note is that all future greenhouse gas emission scenarios described in this section assume no new explicit greenhouse gas mitigation policies (neither in the United States nor in other countries) beyond those that were already enacted at the time the scenarios were developed. Future risks and impacts associated with the climate change projections are addressed in Part V.

### IV.3.a Global emission scenarios and associated changes in concentrations and radiative forcing

#### Greenhouse gas emissions

Section IV.1.a described a number of different greenhouse gases, aerosols, and other factors that cause radiative forcing changes and thus contribute to climate change. This section discusses the range of published global reference (or baseline) future emission projections, which are primarily drawn from the IPCC *Special Report on Emission Scenarios* (SRES) (IPCC, 2000). The SRES developed a range of long-term global reference scenarios for the major greenhouse gases emitted by human activities and for some aerosols out to the year 2100. The main drivers of emissions are population, economic growth, technological change, and land use activities including deforestation.

The scenarios described in this report were developed and published elsewhere using integrated assessment models. These models integrate socioeconomic and technological determinants of the emissions of greenhouse gases with models of the natural science of Earth system response, including the atmosphere, oceans, and terrestrial biosphere. The detailed underlying assumptions (including final and primary energy by major fuel types) across all scenarios, and across all modeling teams that produced the scenarios, can be found in the SRES (IPCC, 2000). Box IV.1 provides background information on the different SRES emission scenarios. The IPCC SRES scenarios assume no explicit greenhouse gas mitigation policies beyond those currently enacted and, and having been initiated prior to the inception of the Kyoto Protocal, do not explicitly

account for it. None of the scenarios are viewed as more likely than the others, and they were not constructed using formal uncertainty analysis.

Figure IV.12 presents the global SRES projections for the two most significant anthropogenic greenhouse gases: $CO_2$ and $CH_4$. The ranges of greenhouse gas emissions in the scenarios widen over time as a result of uncertainties in the underlying drivers, where $CO_2$ emissions are primarily from the burning of fossil fuels and $CH_4$ emissions are primarily from biogenic sources such as wetlands, ruminant animals, rice agriculture, and biomass burning. The IPCC (2000) SRES report did not assign probabilities or likelihood to the scenarios, and stated that there is no single most probable, central, or best-guess scenario, either with respect to the scenarios or to the underlying scenario literature. As a result, the IPCC (2000) recommended using the range of scenarios, with their variety of underlying assumptions, in analyses.

Despite the range in future emission scenarios, the majority of all reference-case scenarios project an increase in greenhouse gas emissions across the century and show that $CO_2$ remains the dominant greenhouse gas over the course of the 21st century. Total *cumulative* (1990 to 2100) $CO_2$ emissions across the SRES scenarios range from 2,826 gigatons of $CO_2$ (GtCO$_2$) (or 770 GtC) to approximately 9,322 GtCO$_2$ (or 2,540 GtC).[30] The 90th percentile range in 2100 for *annual* $CO_2$ emissions is 17 to 135 GtCO$_2$, compared to about 34 GtCO$_2$ emitted in 2000.

Since the IPCC SRES (IPCC, 2000), new scenarios in the literature have emerged, but these generally have a range similar to the emission scenarios from the IPCC SRES. These newer scenarios have used lower values for some drivers of emissions, notably population projections. However, for those studies incorporating these new lower population projections, changes in other drivers, such as economic growth, offset these differences, resulting in little change in overall emission levels (IPCC, 2007c).

---

Box IV.1. IPCC Reference Case Emission Scenarios from the *Special Report on Emission Scenarios*

**A1.** The A1 storyline and scenario family describes a future world of very rapid economic growth, global population that peaks in mid-century and declines thereafter, and the rapid introduction of new and more efficient technologies. Major underlying themes are convergence among regions, capacity building, and increased cultural and social interactions, with a substantial reduction in regional differences in per capita income. The A1 scenario family develops into three groups that describe alternative directions of technological change in the energy system. The three A1 groups are distinguished by their technological emphasis: fossil intensive (**A1FI**), non-fossil energy sources (**A1T**), or a balance across all sources (**A1B**) (where balanced is defined as not relying too heavily on one particular energy source, on the assumption that similar improvement rates apply to all energy supply and end use technologies).

**A2.** The A2 storyline and scenario family describes a very heterogeneous world. The underlying theme is self-reliance and preservation of local identities. Fertility patterns across regions converge very slowly, which results in continuously increasing population. Economic development is primarily regionally oriented and per capita economic growth and technological change more fragmented and slower than other storylines.

**B1.** The B1 storyline and scenario family describes a convergent world with the same global population, which peaks in mid-century and declines thereafter, as in the A1 storyline, but with rapid change in economic structures toward a service and information economy, with reductions in material

---

[30] 1 gigaton (Gt) = 1 billion metric tons.

intensity and the introduction of clean and resource-efficient technologies. The emphasis is on global solutions to economic, social, and environmental sustainability, including improved equity, but without additional climate initiatives.

**B2.** The B2 storyline and scenario family describes a world in which the emphasis is on local solutions to economic, social, and environmental sustainability. It is a world with continuously increasing global population, at a rate lower than A2, intermediate levels of economic development, and less rapid and more diverse technological change than in the B1 and A1 storylines. While the scenario is also oriented toward environmental protection and social equity, it focuses on local and regional levels.

An illustrative scenario was chosen for each of the six scenario groups: A1B, A1FI, A1T, A2, B1, and B2. All should be considered equally sound.

The SRES scenarios do not include additional climate initiatives, which means that no scenarios are included that explicitly assume implementation of the United Nations Framework Convention on Climate Change or the emissions targets of the Kyoto Protocol.



**Figure IV.12.** Observed and projected global $CO_2$ and $CH_4$ emissions for the IPCC *Special Report on Emission Scenarios*. Projected fossil $CO_2$ and $CH_4$ emissions for six illustrative non-mitigation emission scenarios. Historical emissions (black lines) are shown for fossil and industrial $CO_2$ and for $CH_4$. Source: Meehl et al. (2007).

CCSP developed several reference-case emission scenarios as part of SAP 2.1 (Clarke et al., 2007). Global projections of $CO_2$ emissions from the burning of fossil fuels and industrial sources from these three reference cases are shown in Figure IV.13 for comparison. Box IV.2 provides background information on the reference case scenarios developed by CCSP. The CCSP scenarios, because they were developed more recently than the IPCC SRES scenarios, do account for the implementation of the Kyoto Protocol by participating countries along with the U.S. greenhouse gas intensity goal, but no explicit greenhouse gas mitigation policies beyond the Kyoto Protocol. The emissions in 2100 are approximately 88 GtCO$_2$ (24 GtC). This level of emissions is above the post-SRES IPCC median of 60 GtCO$_2$ (16 GtC), but well within the 90th percentile of the IPCC range. The recent Raupach et al. (2007) study suggests that the actual emissions trajectory since 2000 was close to the highest-emission scenario, A1FI. More importantly, the emissions growth rate since 2000 exceeded that for the A1FI scenario.

**Box IV.2. CCSP Reference Case Emission Scenarios from Synthesis and Assessment Product 2.1**

The three integrated assessment models used in CCSP SAP 2.1 are:

1. The Integrated Global Systems Model (IGSM) of the Massachusetts Institute of Technology's (MIT) Joint Program on the Science and Policy of Global Change.
2. The Model for Evaluating the Regional and Global Effects (MERGE) of greenhouse gas reduction policies developed jointly at Stanford University and the Electric Power Research Institute.
3. The MiniCAM Model of the Joint Global Change Research Institute, a partnership between the Pacific Northwest National Laboratory and the University of Maryland. The MiniCAM model was also used to generate IPCC SRES scenarios.

Each modeling group produced a reference scenario under the assumption that no climate policies are imposed beyond current commitments, namely the 2008–2012 first period of the Kyoto Protocol and the U.S. goal of reducing greenhouse gas emissions per unit of its gross domestic product by 18% by 2012. The resulting reference cases are not predictions or best-judgment forecasts but scenarios designed to provide clearly defined points of departure for studying the implications of alternative stabilization goals. The modeling teams used model input assumptions they considered 'meaningful and plausible'. The resulting scenarios provide insights into how the world might evolve without additional efforts to constrain greenhouse gas emissions, given various assumptions about principal drivers of these emissions such as population increase, economic growth, land and labor productivity growth, technological options, and resource endowments.



**Figure IV.13.** Projected global emissions of $CO_2$ from fossil fuels and industrial sources across CCSP reference scenarios. Global emissions of $CO_2$ from fossil fuel combustion and other industrial sources, mainly cement production, increase over the century in all three reference scenarios. By 2100, emissions reach 22.5 to 24.0 GtC per year. Source: Clarke et al. (2007).

In addition to the emission scenarios described above, 18 models were involved in the 21st Study of Stanford University's Energy Modeling Forum on multi-gas mitigation (EMF-21; see de la Chesnaye and Weyant, 2006 in Fisher et al., 2007) to produce a range of emission scenarios that are representative of the literature. Figure IV.14 illustrates reference-case emission projections for $CO_2$, $CH_4$, $N_2O$, and the fluorinated gases in aggregate (HFCs, PFCs, and $SF_6$ or 'F-gases') from EMF-21 and from the IPCC SRES (IPCC, 2000). The broad ranges of EMF-21 emissions projections in Figure IV.14, especially for $N_2O$ and the F-gases, illustrate the uncertainties in projecting these future emissions, which are generally consistent with the range found in the SRES.



**Figure IV.14.** EMF-21 and IPCC global emissions projections for $CO_2$, $CH_4$, $N_2O$, and the fluorinated gases. Development of baseline emissions in EMF-21 scenarios developed by a number of different modeling teams (left) and a comparison between EMF-21 and SRES scenarios (right) from de la Chesnaye and Weyant (2006); see also Van Vuuren et al. (2006). Source: Fisher et al. (2007).

For comparison, Figure IV.15 provides the global $CH_4$ and $N_2O$ projections from the three CCSP reference-case scenarios (CCSP, 2007).



**Figure IV.15.** Projected global $CH_4$ and $N_2O$ emissions across three CCSP reference scenarios. Global anthropogenic emissions of $CH_4$ and $N_2O$ vary widely among the reference scenarios. There is uncertainty in year-2000 $CH_4$ emissions, with MIT's IGSM reference scenario ascribing more of the emissions to human activity and less to natural sources. Differences in scenarios reflect, to a large extent, different assumptions about whether current emissions rates will be reduced significantly for other reasons, for example, whether higher natural gas prices will stimulate capture of $CH_4$ for use as a fuel. Source: Clarke et al. (2007).

**Future concentration and radiative forcing changes**

Figure IV.16 shows the latest IPCC projected increases in atmospheric $CO_2$, $CH_4$, and $N_2O$ concentrations for the SRES scenarios, and Figure IV.17 shows the associated radiative forcing for $CO_2$ from these scenarios. In general, reference concentrations of $CO_2$ and other greenhouse gases are projected to increase. This is true even for those scenarios where annual emissions near the end of the century are assumed to be lower than current annual emissions, due to the long atmospheric lifetimes of these gases. The CCSP scenarios show a similar picture of how atmospheric concentrations of the main greenhouse gases and total radiative forcing change over time.

$CO_2$ is projected to be the largest contributor to total radiative forcing in all periods and the radiative forcing associated with $CO_2$ is projected to be the fastest growing. The radiative forcing associated with the non-$CO_2$ greenhouse gases is still significant and growing over time.



IV. Trends and Projections of Global Environmental Change

**Figure IV.16.** Projected global $CO_2$, $CH_4$, and $N_2O$ concentrations for the IPCC *Special Report on Emission Scenarios*. Projected fossil $CO_2$, $CH_4$, and $N_2O$ concentrations for six illustrative SRES non-mitigation emission scenarios as produced by a simple climate model tuned to 19 atmosphere–ocean general circulation models. Source: Meehl et al. (2007).



**Figure IV.17.** Projected radiative forcing from $CO_2$ for the IPCC *Special Report on Emission Scenarios*. Projected radiative forcing from $CO_2$ for six illustrative SRES non-mitigation emission scenarios as produced by a simple climate model tuned to 19 atmosphere–ocean general circulation models. The lighter shaded areas depict the change in this uncertainty range if carbon cycle feedbacks are assumed to be lower or higher than in the medium setting. Source: Meehl et al. (2007).

## IV.3.b Projected changes in physical components of the climate system

In order to project future changes in the climate system, including temperature, precipitation, and sea level at global and regional scales, academic institutions and government-supported research laboratories in the United States and other countries have developed a number of computer models that simulate the Earth system and that are based on the various emissions scenarios described in Section IV.3.a. The IPCC helps coordinate modeling efforts to facilitate comparisons across models, and synthesizes results published by several modeling teams. According to the IPCC (Meehl et al., 2007):

> [C]onfidence in models comes from their physical basis, and their skill in representing observed climate and past climate changes. Models have proven to be extremely important tools for simulating and understanding climate, and there is considerable confidence that they are able to provide credible quantitative estimates of future climate change, particularly at larger scales. Models continue to have significant limitations, such as in their representation of clouds, which lead to uncertainties in the magnitude and timing, as well as regional details, of predicted climate change. Nevertheless, over several decades of model development, they have consistently provided a robust and unambiguous picture of significant climate warming in response to increasing greenhouse gases.

Confidence in changes projected by global models decreases at smaller spatial and temporal scales because many important small-scale processes, in particular clouds, cannot be represented explicitly in models, and so must be included in approximate form as they interact with larger-scale features (Randall et al., 2007). On these scales, natural climate variability is relatively larger. In addition, uncertainties in local forcings and feedbacks also make it difficult to estimate the contribution of greenhouse gas increases to observed small-scale changes (IPCC, 2007d). Some of the most challenging aspects of understanding and projecting regional climate changes (e.g., at the scale of states and counties) relate to possible changes in the circulation of the

atmosphere and oceans, and their patterns of variability (Christensen et al., 2007). Nonetheless, the IPCC (2007d) concluded that recent advances in regional-scale modeling have led to higher confidence in projected patterns of warming and other regional-scale features.

**Temperature projections**

This section describes the temperature projections from a suite of climate models included in the IPCC's Fourth Assessment. Compared to earlier assessments, the latest IPCC assessment uses a larger number of simulations available from a broader range of models to project future climate (IPCC, 2007d). All of the simulations assessed by the IPCC during its Fourth Assessment project that the climate system will warm, for the full range of emissions scenarios.

The IPCC found that increased confidence has been gained in short-term projections by comparing previous IPCC projections of climate change to recent observations. For the next two decades, a global average warming of about 0.2 °C per decade is projected for a range of SRES emission scenarios (IPCC, 2007d; see Figure IV.18). Committed warming from greenhouse gases already released into the environment accounts for a global average increase of about 0.1 °C per decade during the next two decades because of the time it takes for the climate system, particularly the oceans, to reach equilibrium. This is shown in Figure IV.18 for the 'Year 2000 Constant Concentrations' scenario that shows projected increases in temperature assuming that the concentrations of all greenhouse gases and aerosols are kept constant at year 2000 levels. Through about 2030, the warming rate is affected little by different scenario assumptions or different assumptions about climate sensitivity, and is consistent with that observed for the past few decades. It is noted that possible future variations in natural forcings (e.g., a large volcanic eruption) could change these values somewhat (Meehl et al., 2007).

As shown in Figure IV.18, by mid-century (2046 to 2065), the choice of scenario becomes more important for the magnitude of the projected global average warming, with average values of 1.3, 1.8, and 1.7 °C from the models for scenarios B1 (low emissions growth), A1B (medium emissions growth), and A2 (high emissions growth), respectively (Meehl et al., 2007). About one-third of that warming is projected to be due to climate change that is already committed to, again shown in the 'Year 2000 Constant Concentrations' scenario.



**Figure IV.18.** Multi-model averages and assessed ranges for surface warming. Solid lines are multi-model global averages of surface warming (relative to 1980 to 1999) for the scenarios A2, A1B, and B1, shown as continuations of the 20th-century simulations. Shading denotes the ±1 standard deviation range of individual model annual averages. The orange line is for the experiment where concentrations were held constant at year 2000 values. The grey bars at right indicate the best estimate (solid line within each bar) and the likely range assessed for the six SRES marker scenarios. The assessment of the best estimate and likely ranges in the grey bars includes results from the atmosphere–ocean general circulation models shown in the left part of the figure, as well as results from a hierarchy of independent models and observational constraints. Source: IPCC (2007d).

By the end of the century (2090 to 2099), projected global average surface warming varies significantly by emissions scenario. The full suite of SRES scenarios provide warming for 2090 to 2099 relative to 1980 to 1999 with a range of 1.8 to 4.0 °C with an uncertainty range of 1.1 to 6.4 °C. The multi-model average warming and associated uncertainty ranges for 2090 to 2099 (relative to 1980 to 1999) for each scenario, as illustrated in Figure IV.18, are as follows:

**Table IV.3.b.1**

| Scenario | Projected Global Average Surface Warming by End of Century Relative to ~1990 | | Uncertainty Range | |
|---|---|---|---|---|
| | °C | °F | °C | °F |
| B1 | 1.8 | 3.2 | 1.1 to 2.9 | 2.0 to 5.2 |
| A1T | 2.4 | 4.3 | 1.4 to 3.8 | 2.5 to 5.7 |

IV. Trends and Projections of Global Environmental Change                87

| | | | |
|---|---|---|---|
| B2 | 2.4 | 4.3 | 1.4 to 3.8 | 2.5 to 5.7 |
| A1B | 2.8 | 5.0 | 1.7 to 4.4 | 3.1 to 7.9 |
| A2 | 3.4 | 6.1 | 2.0 to 5.4 | 3.6 to 9.7 |
| A1FI | 4.0 | 7.2 | 2.4 to 6.4 | 4.3 to 11.5 |

The wide range in these estimates reflects the different assumptions about future anthropogenic emissions of greenhouse gases and aerosols in the various scenarios considered by the IPCC and the differing climate sensitivities of the various climate models used in the simulations (NRC, 2001a).

Geographical patterns of projected warming show greatest temperature increases over land (roughly twice the global average temperature increase) and at high northern latitudes, and less warming over the southern oceans and North Atlantic. These projections are consistent with trends in observations (see Section IV.1.b) during the latter part of the 20th century (Meehl et al., 2007). According to the Arctic Climate Impact Assessment (ACIA, 2004), the Arctic is predicted to warm faster than the global average, with projected Arctic warming of 4 to 7 °C over the next 100 years; this is consistent with the IPCC's conclusions (Christensen et al., 2007).



**Figure IV.19.** Temperature anomalies with respect to 1901 to 1950 for four North American land regions for 1906 to 2005 (black line) and as simulated (red envelope) by multi-model dataset (MMD) models incorporating known forcings, and as projected for 2001 to 2100 by MMD models for the A1B scenario (orange envelope). The bars at the end of the orange envelope represent the range of projected changes for 2091 to 2100 for the B1 scenario (blue), the A1B scenario (orange), and the A2 scenario (red). The black line is dashed where observations are present for less than 50% of the area in the decade concerned. Source: Christensen et al. (2007).



**Figure IV.20.** Projected temperature and precipitation changes over North America from the MMD-A1B simulations. Top row: annual mean, December-January-February, and June-July-August temperature between 1980 to 1999 and 2080 to 2099, averaged over 21 models. Bottom row: same as top, but for fractional change in precipitation. Source: Christensen et al. (2007).

The IPCC found that all of North America is *very likely* not only to warm during this century (as shown in Figures IV.19 and IV.20), but to warm more than the global mean warming in most areas (Christensen et al., 2007). The average warming in the United States is projected by nearly all the models used in the IPCC assessment to exceed 2 °C, with 5 out of 21 models projecting average warming in excess of 4 °C. The largest warming is projected to occur in winter over northern parts of Alaska, reaching 10 °C for scenario A1B (moderate emissions scenario relative to other IPCC scenarios) in the northernmost parts (as shown in Figure IV.20), due to the positive feedback from a shorter season of snow cover. In western, central, and eastern regions of North America, the projected warming has less seasonal variation and is not as large, especially near the coast, which is consistent with less warming over the oceans. An increase in surface evaporation is expected to accompany the projected widespread increase in temperature.

**Precipitation projections**

Overall, future model projections show that global mean precipitation increases with the warming of the climate (Meehl et al., 2007), but with substantial spatial and seasonal variations. The IPCC concluded that increases in the amount of precipitation are *very likely* at high latitudes, while decreases are *likely* in most subtropical land regions, continuing observed patterns in recent trends in observations.

A widespread increase in annual precipitation is projected by the IPCC over most of the North American continent except the southern and southwestern part of the United States and over Mexico. This is largely consistent with trends in recent decades (as described in Section IV.1.c) (Christensen et al., 2007). Figure IV.20 shows that the largest increases are projected over the northern tier of states (including Alaska) associated with a poleward shift in storm tracks, where the magnitude of precipitation increase is projected to be greatest in autumn, whereas winter precipitation is projected to increase by the largest fraction relative to its present amount.  In western North America, modest changes in annual mean precipitation are projected, but the majority of models indicate an increase in winter and a decrease in summer. Models show greater consensus on winter increases to the north and on summer decreases to the south. These decreases are consistent with enhanced subsidence and flow of drier air masses in the southwestern United States and northern Mexico. Accordingly, some models project drying in the southwestern United States, and more than 90% of the models project drying in northern and particularly western Mexico. In the northeastern United States, annual mean precipitation is *very likely* to increase. It is uncertain whether summer precipitation will increase or decrease over large portions of the interior United States. On the windward slopes of the mountains in the west, precipitation increases are *likely* to be enhanced due to orographic lifting (ascent of air from a lower elevation to a higher elevation as it moves over rising terrain).

It is *likely* that droughts will continue to be exacerbated by earlier and possibly lower spring snowmelt runoff in the mountainous West, which results in less water available in late summer (Karl et al., 2008). A recent analysis (Milly et al., 2005 in Karl et al., 2008) shows that several atmosphere–ocean general circulation models (AOGCMs) project greatly reduced annual water availability over the southwestern United States and northern Mexico in the future.

**Sea level rise projections**

Along with increases in global ocean temperatures, the IPCC (2007d) projects sea level rise of between 0.18 and 0.59 m by the end of the century (2090 to 2099) relative to the base period (1980 to 1999). These numbers represent the lowest and highest projections of the 5 to 95% ranges for all SRES scenarios considered collectively and include neither uncertainty in carbon cycle feedbacks nor rapid dynamical changes in ice sheet flow. In all scenarios, the average rate of sea level rise during the 21st century is *very likely* to exceed the 1961 to 2003 average rate (1.8 ± 0.5 mm per year). Again, there are committed effects, where even if greenhouse gas concentrations were to be stabilized, sea level rise would continue for centuries due to the time scales associated with climate processes and feedbacks (IPCC, 2007d). Thermal expansion of ocean water is the primary driver of sea level rise, contributing 70 to 75% of the central estimate for the rise in sea level for all scenarios (Meehl et al., 2007).

Over the coming century, glaciers, ice caps, and the Greenland Ice Sheet are also projected to add to sea level. The Antarctic Ice Sheet, however, is projected by general circulation models to receive increased snowfall without experiencing substantial surface melting, thus gaining mass and reducing sea level rise, according to the IPCC (Meehl et al., 2007). There is potential uncertainty in these projections for the Antarctic Ice Sheet associated with dynamical processes related to ice flow that are not included in current models, but are suggested by recent observations. This could increase the vulnerability of the ice sheets to warming, increasing future sea level rise. Meehl et al. (2007) note that further accelerations in ice flow of the kind recently observed in some Greenland outlet glaciers and West Antarctic ice streams could substantially increase the contribution from the ice sheets, a possibility not reflected in the upper bound of global sea level projections. For example, if ice discharge from these processes were to increase in proportion to global average surface temperature change, it would add at least 0.1 to 0.2 m to the upper bound of sea level rise by 2090 to 2099. Understanding of these processes is limited and there is no consensus on their magnitude (Meehl et al., 2007; IPCC, 2007d).

Sea level rise during the 21st century is projected by the IPCC to have substantial geographic variability due to factors discussed in Section IV.1.d that influence changes at the regional scale, including changes in ocean circulation or atmospheric pressure, and geologic processes (Meehl et al., 2007). The patterns simulated by different models are not generally similar in detail, but have some common features, including smaller than global average sea level rise in the Southern Ocean, larger than global average sea level rise in the Arctic, and a narrow band of pronounced sea level rise stretching across the southern Atlantic and Indian Oceans.

For North American coasts, emissions scenario A1B shows sea level rise values close to the global mean, with slightly higher rates in eastern Canada and western Alaska, and stronger positive anomalies in the Arctic. The projected rate of sea level rise off the low-lying U.S. South Atlantic and Gulf Coasts is also higher than the global average. Vertical land motion from geologic processes may decrease (through uplift) or increase (through subsidence) the relative sea level rise at any site (Nicholls et al., 2007).

## Cryosphere (snow and ice) projections

The IPCC (Meehl et al., 2007) concluded the following during the Fourth Assessment:
- snow cover and sea ice extent are projected to decrease as the climate warms;
- glaciers and ice caps are projected to lose mass as increases in summer melting outweigh increases in winter precipitation, which will contribute to sea level rise; and
- widespread increases in thaw depth are projected over most permafrost regions globally.

The Arctic Climate Impact Assessment (ACIA, 2004) concluded that snow cover will decline by 10 to 20% by the 2070s and that the projected decreases in snow and ice cover are *very likely* to persist for centuries.

Focusing on North America, snow season length and snow depth are *very likely* to decrease in most of North America, as illustrated in Figure IV.21. The exception is in the northernmost part of Canada, where maximum snow depth is *likely* to increase (Christensen et al., 2007). Sea ice is projected to shrink in both the Arctic and the Antarctic under all SRES scenarios (IPCC, 2007d).

In some projections, Arctic late-summer sea ice disappears almost entirely by the latter part of the 21st century.

**Percent Snow Depth Changes in March**



**Figure IV.21.** Percent snow depth changes in March (only calculated where climatological snow amounts exceed 5 mm of water equivalent), as projected by the Canadian Regional Climate Model (Plummer et al., 2006 in Christensen et al., 2007), driven by the Canadian General Circulation Model, for 2041 to 2070 under the SRES A2 scenario compared to 1961 to 1990. Source: Christensen et al. (2007).

## Projections of extreme events

Models suggest that human-induced climate change will alter the prevalence and severity of many extreme events such as heat waves, cold waves, storms, floods, and droughts. Projections of global temperature from the IPCC (Meehl et al., 2007) show that it is *very likely* that heat waves will become more intense, more frequent, and longer lasting in a future warm climate, whereas cold episodes are projected to decrease significantly. Meehl and Tebaldi (2004, in Meehl et al., 2007) found that the pattern of future changes in heat waves—which shows the greatest intensity increases over western Europe, the Mediterranean, and the southeastern and western United States—is related in part to circulation changes resulting from an increase in greenhouse gases.

CCSP SAP 3.3 (Karl et al., 2008) concluded for North America that abnormally hot days and nights and heat waves are *very likely* to become more frequent and that cold days and cold nights

are *very likely* to become much less frequent[31]. Additionally, the number of days with frost is *very likely* to decrease. Focusing on North America and the United States, the IPCC (Christensen et al., 2007) cites a number of studies that project changes in temperature extremes in the United States. Diffenbaugh et al. (2005 in Christensen et al., 2007) find that the frequency and the magnitude of extreme temperature events change dramatically under a high-end emission scenario (SRES A2), with increases in extreme hot events and decreases in extreme cold events. Bell et al. (2004, in Christensen et al., 2007) examine changes in temperature extremes in their simulations centered on California and find increases in extreme temperature events, prolonged hot spells, and increased diurnal temperature range. Leung et al. (2004, in Christensen et al., 2007) find increases in diurnal temperature range in six sub-regions of the western United States in summer.

Projections of global precipitation extremes and droughts show that the intensity of precipitation events is projected to increase, particularly in tropical and high-latitude areas that experience increases in mean precipitation (Meehl et al., 2007). Even in areas where mean precipitation is projected to decrease (most subtropical regions), precipitation intensity is projected to increase. However, there would be longer periods between rainfall events. The IPCC (Meehl et al., 2007) also found that increases in heavy precipitation events have been linked to increases in flooding. The IPCC (Meehl et al., 2007) projected a tendency for drying in mid-continental areas during summer due to higher temperatures, indicating a greater risk of droughts in those regions. Extreme drought increases from 1% of present-day land area to 30% by the end of the century in the A2 (high emissions growth) scenario (Burke et al., 2006 in Meehl et al., 2007).

Several regional studies in the IPCC project changes in precipitation extremes in parts of the United States. These changes range from a decrease in heavy precipitation in California (Bell et al., 2004 in Christensen et al., 2007) to an increase during winter in the northern Rockies, Cascades, and Sierra Nevada mountain ranges (Leung et al., 2004 in Christensen et al., 2007). For the contiguous United States, Diffenbaugh et al. (2005, in Christensen et al., 2007) found widespread increases in extreme precipitation events under SRES A2 (high emissions growth). CCSP SAP 3.3 (Karl et al., 2008) concluded for North America that, on average, precipitation is *likely* to be less frequent but more intense, and precipitation extremes are *very likely* to increase. For example, for a mid-range emission scenario, daily precipitation so heavy that it now occurs only once every 20 years is projected to occur approximately every 8 years by the end of this century over much of eastern North America (Karl et al., 2008).

In its Fourth Assessment, the IPCC concluded that it is *likely* that future tropical cyclones (typhoons and hurricanes) will become more intense, with larger peak wind speeds and more heavy precipitation associated with ongoing increases in tropical sea surface temperatures (IPCC, 2007d; Meehl et al., 2007). Some modeling studies have projected a decrease in the number of tropical cyclones globally due to increased stability of the tropical atmosphere in a warmer climate, characterized by fewer weak storms and greater numbers of intense storms. A number of modeling studies have also projected a general tendency for more intense but fewer storms

---

[31] SAP 3.3 (Karl et al., 2008) does not use discrete quantitative bounds to characterize the likelihood of events, in contrast to the IPCC (Meehl et al., 2007). The characterization of likelihood is, however, qualitatively similar between the two assessments.

outside the tropics, with a tendency towards more extreme wind events and higher ocean waves in several regions associated with these deepened cyclones (Meehl et al., 2007).

Some of the sectoral impacts of extreme events for the United States are summarized throughout section V of this report.

## Abrupt climate change projections

Abrupt climate change refers to sudden (of the order of decades) large changes in some major component of the climate system, with rapid, widespread effects. Abrupt climate changes are an important consideration because, if triggered, they could occur so quickly and unexpectedly that human or natural systems would have difficulty adapting to them (NRC, 2002). This section focuses on the general risks of abrupt climate change globally, with some discussion of potential regional implications where information is available. Potential abrupt climate change implications for the United States are not discussed in the Section V because they cannot be predicted with confidence, particularly for specific regions.

An abrupt climate change occurs when the climate system is forced to cross some threshold, which triggers a transition into a new state (NRC, 2002). Crossing systemic thresholds may lead to large and widespread consequences (Schneider et al., 2007). As detailed by the NRC (2002), the triggers for abrupt climate change can be forces that are external and/or internal to the climate system, including

- changes in Earth's orbit,[32]
- a brightening or dimming of the Sun,
- melting or surging ice sheets,
- strengthening or weakening of ocean currents, and
- emissions of climate-altering gases and particles into the atmosphere.

More than one of these triggers can operate simultaneously, since all components of the climate system are linked.

Scientific data show that abrupt changes in the climate at the regional scale have occurred throughout history and are characteristic of the Earth's climate system (NRC, 2002). During the last glacial period, abrupt regional warming events (*likely* up to 16 °C within decades over Greenland) and cooling events occurred repeatedly over the North Atlantic region (Jansen et al., 2007). These warming events *likely* had some large-scale effects such as major shifts in tropical rainfall patterns and redistribution of heat within the climate system, but it is improbable that they were associated with large changes in global mean surface temperature.

The NRC (2002) concluded that anthropogenic forcing could increase the risk of abrupt climate change, making the following statements:

---

[32] According to the NRC (2002), changes in Earth's orbit occur too slowly to be prime movers of abrupt change but might determine the timing of events. Abrupt climate changes of the past were especially prominent when orbital processes were forcing the climate to change during the cooling leading into and warming leading out of ice ages (NRC, 2002).

- Greenhouse warming and other human alterations of the Earth system may increase the possibility of large, abrupt, and unwelcome regional or global climatic events.
- Abrupt changes of the past are not fully explained yet, and climate models typically underestimate the size, speed, and extent of those changes.
- Therefore, future abrupt changes cannot be predicted with confidence, and climate surprises are to be expected.

Changes in weather patterns (sometimes referred to as weather regimes or natural modes) can result from abrupt changes that might occur spontaneously due to dynamic interactions in the atmosphere/ice–ocean system, or from crossing a threshold from slow external forcing (as described above) (Meehl et al., 2007). In a warming climate, changes in the frequency and amplitudes of these patterns might not only evolve rapidly, but also trigger other processes that lead to abrupt climate change (NRC, 2002). Examples of these patterns include the El Niño–Southern Oscillation (ENSO)[33] and the North Atlantic Oscillation/Arctic Oscillation (NAO/AO).[34]

Scientists have investigated the possibility of an abrupt slowdown or shutdown of the Atlantic meridional overturning circulation (MOC) triggered by greenhouse gas forcing. The MOC transfers large quantities of heat to the North Atlantic and Europe, so an abrupt change in the MOC could have important implications for the climate of this region (Meehl et al., 2007). However, according to the IPCC (Meehl et al., 2007), the probability of an abrupt change in (or shutdown of) the MOC during the 21st century is *very unlikely*. However, longer-term changes in the MOC cannot be assessed with confidence. The slowdown in the MOC projected by most models is gradual, so the resulting decrease in heat transport to the North Atlantic and Europe would not be large enough to reverse the warming that results from the increase in greenhouse gases.

The rapid disintegration of the Greenland Ice Sheet, which would raise sea levels 7 m, is another commonly discussed abrupt change. Although models suggest the complete melting of the Greenland Ice Sheet would only require sustained warming in the range of 1.9 to 4.6 °C (relative to pre-industrial temperatures), it is expected to be a slow process that would take many hundreds of years to complete (Meehl et al., 2007).

A collapse of the West Antarctic Ice Sheet, which would raise sea levels 5 to 6 m, has been discussed as a low-probability, high-impact response to global warming (NRC, 2002; Meehl et al., 2007). The weakening or collapse of ice shelves, caused by melting on the surface or by

---

[33] ENSO describes the full range of the Southern Oscillation (seesaw of atmospheric mass or pressure between the Pacific and Indo-Australian areas) that includes both sea surface temperature increases as well as sea surface temperature decreases when compared to a long-term average. It has sometimes been used by scientists to relate only to the broader view of El Niño or the warm events–the warming of sea surface temperatures in the central and eastern equatorial Pacific. The acronym, ENSO, is composed of El Niño–Southern Oscillation, where El Niño is the oceanic component and the Southern Oscillation is the atmospheric component of the phenomenon.

[34] The North Atlantic Oscillation (NAO) is the dominant mode of winter climate variability in the North Atlantic region ranging from central North America to Europe and into Northern Asia. The NAO is a large-scale seesaw in atmospheric mass or pressure between the subtropical high and the polar low. Similarly, the Arctic Oscillation (AO) refers to opposing atmospheric pressure patterns in northern middle and high latitudes. The NAO and AO are different ways of describing the same general phenomenon.

melting at the bottom by a warmer ocean, might contribute to a potential destabilization of the West Antarctic Ice Sheet. Recent satellite and *in situ* observations of ice streams behind disintegrating ice shelves highlight some rapid reactions of ice sheet systems (Lemke et al., 2007). Ice sheet models are only beginning to capture the small-scale dynamic processes that involve complicated interactions with the glacier bed and the ocean at the perimeter of the ice sheet (Meehl et al., 2007). These processes are not represented in the models used by the IPCC to project sea level rise, which suggest Antarctica will gain mass due to the likelihood of increasing snowfall, reducing sea level rise. It is noted that recent studies find no significant continent-wide trends in accumulation over the past several decades (Lemke et al., 2007). But it is possible that acceleration of ice discharge could become dominant, causing a net positive contribution. Given these competing factors, there is presently no consensus on the long-term future of the West Antarctic Ice Sheet or its contribution to sea level rise (Meehl et al., 2007).

## IV.3.c Land cover change as an environmental driver

The SAP 4.3 report from CCSP (Backlund et al., 2008) concluded that global climate change effects will be superimposed on and modify those resulting from land use and land cover patterns in ways that are as of yet uncertain.

A literature review of the relationship between climate change and land use indicates that land use change has had a much greater effect on ecosystems than has climate change and that the vast majority of land use changes have little to do with climate or climate change (Dale, 1997 in Backlund et al., 2008). In the near term, climate fluctuation and change will influence ecosystems primarily through the impact of land use on ecosystems, and the response of ecosystems to land use (Backlund et al., 2008). Changes in land cover can make restoration prohibitively costly, and in some cases, impossible. This is particularly the case for native rangeland that is disturbed, whether intentionally through intensive agriculture or unintentionally through climate change.

As discussed in SAP 4.3 (Backlund et al., 2008), land use changes are an important driver of changes in arid lands. Today's arid lands reflect a legacy of historic land uses, and future land use practices will arguably have the greatest impact on arid land ecosystems in the next two to five decades. Grazing has traditionally been the most extensive land use in arid regions. However, land use has significantly shifted to exurban development and recreation in recent decades. Thus, in addition to grazing, the response of arid lands to climate change will be influenced by environmental pressures related to air pollution, nitrogen deposition, energy development, motorized off-road vehicles, feral pets, and horticultural invasive species. Many plants and animals in arid ecosystems are near their physiological limits for tolerating temperature and water stress, such that even slight changes in stress will have significant consequences. Projected climate changes will increase the sensitivity of arid lands to disturbances such as grazing and fire. Invasion of non-native grasses will increase fire frequency. In the near-term, fire effects will exceed climate effects on ecosystem structure and function.

The current land use system in the United States requires high resource inputs, from the use of synthetic fertilizer on crops to the transport of crops to animal feeding operations. In addition to being inefficient with regard to fuel use, this system creates environmental problems ranging

from erosion to degradation of water supplies due to high nutrient levels. SAP 4.3 (Backlund et al., 2008) discussed specific details related to the effects of land use changes:

- Land cover and land use patterns are changing. For example, as exurban development spreads to previously undeveloped areas, U.S. forests are becoming increasingly fragmented, further raising fire risk and compounding the effects of summer drought, pests, and warmer winters.

- It is *unlikely* that the hydrologic trends detected in the various studies reviewed above can be attributed, at least in large part, to land cover and land use change, but sufficient questions remain that it cannot be definitively ruled out.

- There has been long-standing controversy in determining the relative contribution of climatic and anthropogenic factors as drivers of desertification. Local fence line contrasts argue for the importance of land use (e.g., changes in grazing and fire regimes). Vegetation change in areas with no known change in land use argues for climatic drivers.

The Arctic Climate Impact Assessment (ACIA, 2004) also discusses projected changes in land cover, stating that as the climate warms, the tree line is expected to move northward and to higher elevations. In these projections, forests will replace significant amounts of existing tundra and tundra vegetation will move into polar deserts. These changes are *likely* to increase carbon uptake, which would partially offset warming effects. However, the reduced reflectivity associated with the vegetation land cover is *likely* to outweigh this, causing further warming.

Ultimately, the ability to attribute effects to either climate change or land use changes is hampered by the lack of observations of land use changes. As noted by SAP 4.3 (Backlund et al., 2008), there is no coordinated national network for monitoring changes in land resources associated with climate change, most disturbances (storms, insects, and diseases), and changes in land cover/land use. Thus, separating climate effects from other environmental stresses is difficult but in some cases feasible. For example, when detailed water budgets exist, the effects of land use, climate change, and consumptive use on water levels can be calculated. While climate effects can be difficult to quantify at small scales, sometimes regional effects can be separated. For example, regional trends in productivity, estimated using satellite methods, can often be assigned to regional trends in climate versus land use, although on any individual small-scale plot, climate effects may be primary or secondary. In other cases, scientific understanding is sufficiently robust that models in conjunction with observations can be used to estimate climate effects. Overall, SAP 4.3 (Backlund et al., 2008) recommended that more refined analysis and/or monitoring systems designed specifically for detecting climate change effects would provide more detailed and complete information and probably capture a range of more subtle impacts, which might, in turn, lead to early warning systems and more accurate forecasts of potential future changes.

## IV.3.d Effects on and from stratospheric ozone

Stratospheric ozone protects Earth's surface from much of the Sun's biologically harmful ultraviolet radiation. According to the WMO (2007), climate change that results from changing

greenhouse gas concentrations will affect the evolution of the ozone layer through changes in chemical transport, atmospheric composition, and temperature. In turn, changes in stratospheric ozone can affect the weather and climate of the troposphere. The coupled interactions between the changing climate and the ozone layer are complex, and scientific understanding is incomplete (WMO, 2007). Specific information on climate change effects on and from stratospheric ozone in the United States has not been assessed. Except where indicated, the findings in this section apply generally to the globe with a focus on polar regions.

The *2006 Scientific Assessment of Ozone Depletion* (WMO, 2007) concluded that it is *unlikely* that total ozone averaged over the region 60° S to 60° N will decrease significantly below the low values of the 1990s, because the abundances of ozone-depleting substances have peaked and are in decline. The current best estimate is that ozone between 60° S and 60° N will return to pre-1980 levels around the middle of the 21st century.

## Effects of elevated greenhouse gas concentrations on stratospheric ozone

WMO (2007) concluded that future concentrations of stratospheric ozone are sensitive to future levels of the well-mixed greenhouse gases. WMO (2007) found that there are several competing effects:

- Future increases in greenhouse gas concentrations, primarily $CO_2$, will contribute to the average cooling in the stratosphere. Stratospheric cooling is expected to slow gas-phase ozone depletion reactions and increase ozone.
- Enhanced $CH_4$ emissions (from warmer and wetter soils) are expected to enhance ozone production in the lower stratosphere.
- An increase in $N_2O$ emissions is expected to reduce ozone in the middle and upper stratosphere.

Two-dimensional models that include coupling between all of these well-mixed greenhouse gases and temperature project that ozone levels between 60° S and 60° N will return to 1980 values up to 15 years earlier than projected by models that are uncoupled (Bodeker et al., 2006). The impact of stratospheric cooling on ozone might be the opposite in polar regions, where cooling could cause increases in polar stratospheric clouds, which, given enough halogens, would increase ozone loss (Bodeker et al., 2006).

Concentrations of stratospheric ozone are also sensitive to stratospheric water vapor concentrations, which may remain relatively constant or increase (Baldwin et al., 2007). Increases in water vapor would cause increases in hydrogen oxide ($HO_x$) radicals, affecting ozone loss processes (Baldwin et al., 2007). Several studies (Dvortsov and Solomon, 2001 and Shindell, 2001 in Baldwin et al., 2007) suggest that increasing stratospheric water vapor would delay ozone layer recovery. Increases in stratospheric water vapor could also increase spring ozone depletion in the polar regions by raising the temperature threshold for the formation of polar stratospheric clouds (WMO, 2007).

The possible effects of climate change on stratospheric ozone are further complicated by possible changes in climate dynamics. Climate change can affect temperatures, upper-level winds, and storm patterns, which, in turn, impact planetary waves that affect the stratosphere (Baldwin et al.,

2007). Changes in the forcing and propagation of planetary waves[35] in the polar winter are a major source of uncertainty for predicting future levels of Arctic ozone loss (Austin et al., 2003 in Baldwin et al., 2007).

**Effects of stratospheric ozone changes on climate**

The WMO (2007) found that changes in the temperature and circulation of the stratosphere affect climate and weather in the troposphere. The dominant tropospheric response, simulated in models and identified in analyses of observations, comprises changes in the strength of mid-latitude westerly winds. The mechanism for this response is not well understood.

Modeling experiments, which simulate observed changes in stratospheric ozone and combined stratospheric ozone depletion and greenhouse gas increases, also suggest that Antarctic ozone depletion, through its effects on the lower-stratospheric vortex, has contributed to the observed surface cooling over interior Antarctica and warming of the Antarctic Peninsula, particularly in summer (Baldwin et al., 2007). While the physics of these effects are not well understood, the simulated pattern of warming and cooling is a robust result seen in many different models, and is well supported by observational studies.

As the ozone layer recovers, tropospheric changes that have occurred as a result of ozone depletion are expected to reverse. However, temperature changes due to increasing greenhouse gas concentrations may offset this reversal (Baldwin et al., 2007).

---

[35] A planetary wave is a large horizontal atmospheric undulation that is associated with the polar-front jet stream and separates cold, polar air from warm, tropical air.

# Section V: Analysis of the Effects of Global Change on the Natural Environment and Human Systems

In the Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report, Field et al. (2007)[1] concluded:

> [The] United States and Canada will experience climate changes through direct effects of local changes (e.g., temperature, precipitation, and extreme weather events), as well as through indirect effects, transmitted among regions by interconnected economies and migrations of humans and other species. Variations in wealth and geography, however, lead to an uneven distribution of likely impacts, vulnerabilities and capacities to adapt [North America chapter of Working Group II].

Observed and potential effects of these global changes are discussed in the following sections:

V.1  Biological diversity, ecosystems, and the natural environment;
V.2  Agriculture;
V.3  Forestry;
V.4  Water resources;
V.5  Social systems and settlements;
V.6  Human health;
V.7  Energy production, use, and distribution; and
V.8  Transportation.

This discussion draws heavily on the Climate Change Science Program (CCSP) Synthesis and Assessment Products (SAPs) 4.3, 4.4, 4.5, 4.6, and 4.7. These products included an extensive examination of the relevant scientific literature to examine the effects of climate change on U.S. agriculture, land and water resources, biodiversity, social systems, human health, and transportation. Other important source documents include the following chapters in the IPCC Working Group II volume of the Fourth Assessment Report: "Assessment of observed changes and responses in natural and managed systems" (Rosenzweig et al., 2007); "North America" (Field et al., 2007); "Ecosystems, their properties, goods and services" (Fischlin et al., 2007); "Food, fiber, and forest products" (Easterling et al., 2007); "Freshwater resources and their management" (Kundzewicz et al., 2007); "Coastal systems and low-lying areas" (Nicholls et al., 2007); "Industry, settlement, and society" (Wilbanks et al., 2007a); "Human health" (Confalonieri et al., 2007); "Polar regions" (Anisimov et al., 2007); and "Small islands" (Mimura et al., 2007).

Recent years have seen a substantial increase in scientific research on global change, yielding an improved understanding of emerging effects and areas of vulnerability (Field et al., 2007). Multiple stressors are contributing to these emerging changes. As discussed in the previous section, there is a robust scientific consensus that human-induced climate change is occurring. The Fourth Assessment Report concluded that "the understanding of anthropogenic warming and cooling influences on climate has improved since the Third Assessment Report, leading to *very high confidence* (at least a 9 out of 10 chance)[36] that the global average net effect of human activities since 1750 has been one of warming" (IPCC, 2007a). According to the IPCC,

---

[36] Definitions for terms used in statements of confidence and likelihood can be found in Section II.3: Characterization of Uncertainty.

terrestrial ecosystems and marine and freshwater systems show that recent warming is strongly affecting natural biological systems (*very high confidence*) (Rosenzweig et al., 2007). Other stressors that are also affecting ecosystems include changing patterns of land use and management, invasive species, air and water pollution, and disturbances such as wildland fires, floods, and outbreaks of plant pathogens and vegetation defoliators. These stressors may cause effects on their own, or they may interact with other stressors, resulting in nonlinear impacts (Field et al., 2007).

## V.1 Biological Diversity, Ecosystem Composition, and the Natural Environment

Ecosystems provide a number of goods (e.g., food, fiber, fuel, pharmaceutical products) and services (e.g., cycling of water and nutrients, regulation of weather and climate, removal of waste products, sustaining biological diversity, providing recreational and spiritual opportunities) to society. Changing global conditions have implications for the health of terrestrial and aquatic ecosystems and the goods and services required by our growing population. The IPCC (Field et al., 2007) found that North American animals are responding to climate change, with effects observed on phenology, migration, reproduction, dormancy, and geographic range (Parmesan and Yohe, 2003; Root et al., 2003, 2005; Parmesan and Galbraith, 2004).

The potential impacts of climate change on ecosystems have long have been a concern to the scientific community (Peters and Lovejoy, 1992; IPCC, 1990). Substantial research has examined the effects of climate change on vegetation and wildlife, leading to the conclusion that the changing climate is already having real and demonstrable impacts on a variety of ecosystem types (Janetos et al., 2008). In their summary of findings, the IPCC (Working Group II) recently concluded, "Recent studies have allowed a broader and more confident assessment of the relationship between observed warming and impacts than was made in the Third Assessment." That assessment concluded that "there is *high confidence* [about an 8 out of 10 chance[37]] that recent regional changes in temperature have had discernible impacts on many physical and biological systems." In the Fourth Assessment Report, the IPCC concluded, "Observational evidence from all continents and most oceans shows that many natural systems are being affected by regional climate changes, particularly temperature increases" (IPCC, 2007b). CCSP SAP 4.3 (Backlund et al., 2007) concluded that it is *very likely* that climate changes—including temperature increases, increasing $CO_2$ levels, and altered patterns of precipitation—are already affecting U.S. water resources, agriculture, land resources, and biodiversity. This report also concluded that it is *very likely* that climate change will increase in importance as a driver for changes in biodiversity over the next several decades, although for most ecosystems it is not currently the largest driver of change.

Of the 455 biological observations assessed by the IPCC, 92% were consistent with the changes expected due to average warming (Rosenzweig et al., 2007). Indeed, an analysis of 866 peer-reviewed papers exploring the ecological consequences of climate change found that nearly 60%

---

[37] Definitions for terms used in statements of confidence and likelihood can be found in Section II.3: Characterization of Uncertainty.

of the 1,598 species studied exhibited shifts in their distributions and/or phenologies over the 20- and 140-year timeframes (Parmesan and Yohe, 2003). In their review of the research on effects on North American ecosystems, Field et al. (2007) wrote, "Over the 21st century, changes in climate will cause species to shift north and to higher elevations and fundamentally rearrange North American ecosystems. Differential capacities for range shifts and constraints from development, habitat fragmentation, invasive species, and broken ecological connections will alter ecosystem structure, function, and services."

The following sections discuss specific conclusions regarding current findings and trends. Specifically, they address: 1) ecosystem distribution and phenology, 2) ecosystem services, 3) ecosystem effects from extreme events, 4) ecosystem effects from sea level rise, and 5) vulnerable ecosystems.

## V.1.a Ecosystem distribution and phenology

### Ecosystem distribution

As described in SAP 4.3 (Janetos et al., 2008), evidence from two meta-analyses (Parmesan and Yohe, 2003; Root et al., 2003) and a synthesis (Parmesan, 2006) suggests that recent climatic warming has significantly contributed to a long-term, large-scale alteration of animal and plant populations across a broad array of taxa (Root and Schneider, 2006; Root et al., 2003; Parmesan, 2006). In North America, climate warming is expected to result in shifts of species ranges poleward and upward along elevational gradients (Parmesan, 2006). A key obstacle to detecting change is the inadequacy of the current set of observations and inventories.

Many animals, including most mammals, have evolved powerful mechanisms to regulate their physiology. Therefore, they will primarily experience climate change effects through pathways involving their food source, habitat, and predators, rather than through direct effects of climate change on body temperature (Schneider and Root, 1996). As warming occurs, species may migrate to higher elevations where more suitable temperatures exist. This is possible where habitat connectivity (the degree to which a habitat is physically linked with other suitable areas for a particular species) exists and other biotic and abiotic conditions are appropriate. However, species that require higher-elevation habitat, such as alpine ecosystems, often have nowhere to migrate.

To date, relatively few studies have been conducted at a scale that encompasses an entire species' range. These studies have evaluated distributional shifts of amphibians (Pounds et al., 1999, 2006), pikas (Beever et al., 2003), birds (Dunn and Winkler, 1999), and butterflies (Parmesan, 1996, 2006). The majority of studies infer range shifts from observations made at a smaller scale, either from a small portion of the species range or from changes in species abundance within local communities (Parmesan, 2006).

The IPCC (Field et al., 2007) found:
- "Many North American species have shifted their ranges, typically to the north or to higher elevations (Parmesan and Yohe, 2003).

- Edith's checkerspot butterfly has become locally extinct in the southern, low-elevation portion of its western North American range but has extended its range 90 km north and 120 m higher in elevation (Parmesan, 1996; Croier, 2003; Parmesan and Galbraith, 2004).
- Red foxes have expanded northward in northern Canada, leading to retreat of competitively subordinate arctic foxes (Hersteinsson and Macdonald, 1992)."

Janetos et al. (2008) review substantial research examining warming-induced shifts in distribution among butterflies. As climate changes, the distribution of butterflies in North America is shifting northward, including a contraction at the southern end of their historical range, and to higher elevations. In a synthesis of prior research, Parmesan (2006) found that 30 to 75% of studied butterfly species had expanded northward, less than 20% had contracted southward, while the remainder was stable.

The review (Janetos et al., 2008) also identified similar results that have been identified in European species. Sixty-three percent of a sample of 35 non-migratory butterflies had shifted their ranges to the north by 35 to 240 km during the 20th century while 3% had shifted to the south (Parmesan et al., 1999). In central Spain, Wilson et al. (2007) documented that the richness and composition of butterfly species between 1967 to 1973 and 2004 to 2005 shifted uphill by 293 m. Ultimately, these shifts resulted in a net decline in species richness over approximately 90% of the study region (Wilson et al., 2007). Over a 19-year study period, Franco et al. (2006) found climate change was a driver of local extinction for three species of butterflies in Britain. In addition, these results indicate that range boundaries shifted 70 to 100 km northward for *Aricia artaxerxes* and *Erebia aethiops* and 130 to 150 m uphill for *E. epiphron* in a region with estimated latitudinal and elevational temperature shifts of 88 km northward and 98 m uphill in the same time period. Additional research on 51 British butterfly species found those with northern and/or montane distributions have disappeared from low elevations while colonizing higher-elevation sites, but did not find evidence for a systematic shift northward across all species (Hill et al., 2002). Model results project 65 and 24% declines in range sizes for northern and southern species, respectively, for the period 2070 to 2099.

## Effects on phenology

Phenology is the study of the times of recurring natural phenomena, for example, the date of emergence of leaves and flowers, the first flight of butterflies, and the first appearance of migratory birds.

Substantial evidence indicates natural systems are being demonstrably affected by climate change. Impacts include changes in the timing of the onset, completion, and length of the growing season; phenology; primary production, and as discussed above, species distributions and diversity (Parmesan and Yohe, 2003). Field-based analyses of multiple species indicate average shifts in the arrival of key spring indicators of 2.3 days per decade across all species (Parmesan and Yohe, 2003) with shifts as great as 5.1 days per decade (Root et al., 2003).

### *Growing season length and primary production shifts*
Research reviewed by Janetos et al. (2008) suggests a significant lengthening of the growing season and higher net primary productivity in the higher latitudes of North America where

temperature increases are relatively high. Global satellite data since 1981 indicate an earlier onset of spring across the temperate latitudes by 10 to 14 days (Zhou at al., 2001; Lucht et al., 2002) as well as an increase in summer photosynthetic activity (Zhou et al., 2001). Similarly, an analysis of climate variables in the higher latitudes in Europe indicates a lengthening of the growing season of 1.1 to 4.9 days per decade since 1951 (Menzel et al., 2003). Numerous field studies have documented consistent earlier leaf expansion (Beaubien and Freeland, 2000; Wolfe et al., 2005) and earlier flowering (Schwartz and Reiter, 2000; Cayan et al., 2001) across different species and ecosystem types. Some of the specific examples contained in the IPCC (Field et al., 2007) are:

- earlier flowering in lilac by 1.8 days per decade from 1959 to 1993 at 800 North American study sites (Schwart and Reiter, 2000);
- earlier flowering in honeysuckle by 3.8 days per decade in the western United States (Cayan et al., 2001);
- earlier leaf expansion in apple and grape by 2 days per decade in 72 northeastern United States sites (Wolfe et al., 2005); and
- earlier leaf expansion by 2.6 days per decade since 1900 in trembling aspen growing in the region around Edmonton, Alberta, Canada (Beaubien and Freeland, 2000).

Research reviewed in Janetos et al. (2008) found that between 1982 and 1998, net primary production increased nearly 10% in the continental United States (Boisvenue and Running, 2006). The largest documented increases were in croplands and grasslands of the central United States, as a result of improved water balance (Lobell et al., 2002; Nemani et al., 2002; Hicke and Lobell, 2004). In contrast, forest productivity increased by less than 1% per decade and is generally limited by low temperature and short growing seasons in the higher latitudes and elevations (Caspersen et al., 2000; McKenzie et al., 2001; Joos et al., 2002; Boisvenue and Running, 2006). However, productivity has decreased in forested regions subject to drought from climate warming since 1895 (McKenzie et al., 2001) and subalpine regions (e.g., Monson et al., 2005; Sacks et al., 2007). Recently, widespread mortality over 12,000 km$^2$ of lower-elevation forest in the southwest United States demonstrated the impacts of increased temperature and the associated multiyear drought (Breshears et al., 2005) even as productivity at tree line had increased previously (Swetnam and Betancourt, 1998). In addition, in summarizing research on North American forests, the IPCC indicated forest productivity "can be influenced indirectly by climate through effects on disturbance, especially from wildfire, storms, insects and diseases" (Field et al., 2007). The IPCC also noted the large increases in area burned by wildfires over the last three decades.

### Shifts in phenology

Regarding the effects of climate change on wildlife in North America, Field et al. (2007) made the following conclusions:

> Warmer springs have led to earlier nesting for 28 migrating bird species on the east coast of the U.S. (Butler, 2003) and to earlier egg laying for Mexican jays (Brown et al., 1999) and tree swallows (Dunn and Winkler, 1999). In northern Canada, red squirrels are breeding 18 days earlier than 10 years ago (Reale et al., 2003). Several frog species now initiate breeding calls 10 to 13 days earlier than a century ago (Gibbs and Breisch, 2001). In lowland California, 70% of 23 butterfly species advanced the date of first spring flights by an average 24 days over 31 years (Forister and Shapiro, 2003).

V. Analysis of the Effects of Global Change on the Natural Environment and Human Systems         106

Specific effects are reviewed in greater detail in CCSP SAP 4.3, *The Effects of Climate Change on Agriculture, Land Resources, Water Resources, and Biodiversity* (Janetos et al., 2008). Key findings are presented below.

### *Migratory birds (adapted from Janetos et al., 2008)*

For migratory birds, the timing of arrival at breeding territories and overwintering grounds is an important determinant of reproductive success, survivorship, and fitness. Climate variability on interannual and longer time scales can influence migration behavior by altering the timing of arrival and/or departure. Disruptions in the phenology of migration to summer and wintering areas have been noted for long-distance, continental migrations as well regional, local, or elevational migrations (Dunn and Winkler, 1999; Winkler et al., 2002; Butler, 2003; Cotton, 2003). Reviewing arrival dates of short- and long-distance migrants, Jonzen et al. (2006) found that, while both exhibited changes in migration timing, long-distance migrants have advanced their spring arrival more than have short-distance migrants, based on data from 1980 to 2004. In a review of multiple data sets from the United Kingdom, Germany, Switzerland, and Denmark, Thorup et al. (2007) found advances in spring arrival across all insectivorous songbirds included in the study (with similar trends among studies and locations), while the timing of autumn departure was variable.

While the advancement of spring migration phenology is one specific effect of climate change (Root et al., 2003), ultimately, the indirect effects may be more important in determining the long-term impacts on species persistence and diversity. Of particular importance is the potential for mismatches in the timing of migration, breeding, and peak food availability. There is no *a priori* reason to expect migrants and their respective food sources to shift their phenologies at the same rate. A differential shift can lead to mistimed reproduction and reduced population success (Stenseth and Mysterud, 2002; Visser et al., 2004, 2006; Visser and Both, 2005).

Reviewing the relevant literature, Janetos et al. (2008) concluded the responses are likely to be highly complex depending on species-specific traits, characteristics of local microhabitats, and aspects of local microclimates. These points are illustrated by a long-term study of the migratory pied flycatcher (*Ficedula hypoleuca*), which exhibited an advance in laying date, hatching date, and clutch size in response to the advancing peak abundance of their food supply. However, the timing of food availability and subsequent impacts were not uniform across their range. Populations of the flycatcher have declined by about 90% over the past two decades in areas where the food for provisioning nestlings peaks early in the season but not in areas with a late food peak (Both, 2006).

### *Butterflies (adapted from Janetos et al., 2008)*

The migration of butterflies in the spring is highly correlated with spring temperatures. Research has documented earlier arrivals in 16 of 23 species in central California (Forister and Shapiro, 2003), 26 of 35 species in the United Kingdom (Roy and Sparks, 2000), and all studied species (17) in Spain (Stefanescu et al., 2004).

Changes in timing of migrations and distributions are expected to present resource mismatches that will influence population success and the probability of extinction. To date, a few studies

have linked population extinctions directly to climate change (McLaughlin et al., 2002, Franco et al., 2006). Substantial research found that phenological asynchrony in butterfly–host interactions in California led to population extinctions of the checkerspot butterfly (*E. editha*) during extreme drought and low-snowpack years (Singer and Ehrlich, 1979; Ehrlich et al., 1980; Singer and Harter, 1996; Thomas et al., 1996). A modeling experiment for two populations of checkerspot butterfly suggested the decline was hastened by increasing variability in precipitation associated with climate change in a region that allowed no distributional shifts because of persistent habitat fragmentation (McLaughlin et al., 2002). These results are supported by additional model projections that suggest butterfly species could adapt to changing conditions by shifting their ranges in response to warming. However, limited habitat availability and connectivity may limit migration ability resulting in significant population declines (Hill et al., 2002).

*Amphibians (adapted from Janetos et al., 2008)*
There is evidence that amphibian breeding is occurring earlier in some regions, driven by increasing temperatures (Blaustein et al., 2001; Gibbs and Breisch, 2001; Beebee, 2002). However, responses are complex. Statistical tests (Blaustein et al., 2002) indicated that half of the 20 species examined by Beebee (1995), Reading (1998), Gibbs and Breisch (2001), and Blaustein et al. (2001) are breeding earlier. Even in the half not exhibiting statistically significant earlier breeding, they showed biologically important trends toward breeding earlier that, if continued, are expected to become statistically significant (Blaustein et al., 2002). These findings suggest the influence of climate on amphibian breeding patterns in many species. However, while some temperate-zone frog and toad populations show a trend toward breeding earlier, others do not. For example, Fowler's toad (*Bufo fowleri*) a late breeder, has bred progressively later in spring over the past 15 years on the north shore of Lake Erie (Blaustein et al., 2001).

## Projected impacts

Specific conclusions from the IPCC (Fischlin et al., 2007) regarding global-scale changes included the following:

- The resilience of many ecosystems is *likely* to be exceeded this century by an unprecedented combination of climate change, associated disturbances (e.g., flooding, drought, wildfire, insects, and ocean acidification), and other global change drivers (e.g., land use change, pollution, and over-exploitation of resources) (*high confidence*).
- Over the course of this century, net carbon uptake by terrestrial ecosystems is *likely* to peak before mid-century and then weaken or even reverse, thus amplifying climate change (*high confidence*).
- Approximately 20 to 30% of plant and animal species assessed so far are *likely* to be at increased risk of extinction if increases in global average temperature exceed 1.5 to 2.5 °C (*medium confidence*, about a 5 out of 10 chance[38]).
- For increases in global average temperature exceeding 1.5 to 2.5 °C and accompanying atmospheric carbon dioxide ($CO_2$) concentrations, major changes are projected in ecosystem structure and function, species' ecological interactions, and species' geographical ranges— with predominantly negative consequences for biodiversity, and ecosystem goods and services, such as water and food supply (*high confidence*).

---

[38] Definitions for terms used in statements of confidence and likelihood can be found in Section II.3: Characterization of Uncertainty.

- The progressive acidification of oceans due to increasing atmospheric $CO_2$ is expected to have negative impacts on marine shell-forming organisms (e.g., corals) and their dependent species (*medium confidence*).

Specific to North American ecosystems, Field et al. (2007) drew the following conclusions:

- Net primary productivity is projected to increase at high latitudes with mixed results at mid-latitudes driven by whether precipitation increases are great enough to offset increased evapotranspiration demands (Bachelet et al., 2001; Berthelot et al., 2002; Gerber et al., 2004; Woodward and Lomas, 2004b).
- The areal extent of ecosystems limited by drought is projected to increase by 11% per degree Celsius of warming in the continental United States (Bachelet et al., 2001).
- Ecosystems in the northeastern and southeastern United States are *likely* to become carbon sources, while those in the western United States are *likely* to remain carbon sinks (Bachelet et al., 2004).
- Several simulations (Cox et al., 2000; Berthelot et al., 2002; Fung et al., 2005) indicate that, over the 21st century, warming will lengthen growing seasons. Despite some decreased sink strength, resulting from greater water limitations in western forests and higher respiration in the tropics, this projected lengthening of growing seasons would sustain forest carbon sinks in North America (*medium confidence*).
- Overall forest growth in North America will *likely* increase modestly (10 to 20%) as a result of extended growing seasons and elevated $CO_2$ over the next century (M. Morgan et al., 2001), but with important spatial and temporal variations (*medium confidence*).
- A 2 °C temperature increase in the Olympic Mountains (United States) would cause dominant tree species to shift upward in elevation by 300 to 600 m, causing temperate species to replace subalpine species over 300 to 500 years (Zolbrod and Peterson, 1999). As for widespread species, temperature increases would have variable effects throughout their range. For example, for lodgepole pine an increase of 3 °C would increase growth in the northern part of its range, decrease growth in the middle, and result in substantial mortality in its southern extent (Rehfeldt et al., 2001).
- Bioclimatic modeling based on output from five general circulation models suggests that, over the next century, vertebrate and tree species richness will decrease in most parts of the conterminous United States, even though long-term trends (over millennia) ultimately favor increased richness in some taxa and locations (Currie, 2001).

### *Population and community dynamics*

Ecosystems and species are influenced by the interaction of multiple factors including climate variables, land use and management, disturbance, and invasive species. Increases in plant productivity resulting from the effects of rising concentrations of atmospheric $CO_2$ may partially offset these adverse effects. In California, temperature increases greater than 2 °C may lead to the conversion of shrubland into desert and grassland ecosystems and evergreen conifer forests into mixed deciduous forests (Fischlin et al., 2007). In SAP 4.3, Janetos et al. (2008) also conclude that projected increases in $CO_2$ are expected to stimulate the growth of most plant species. Some invasive plants are expected to respond with greater growth rates than non-invasive plants. While some invasive plants may have higher growth rates and greater maximal photosynthetic rates relative to native plants under increased $CO_2$, definitive evidence of a general benefit of $CO_2$ enrichment to invasive plants over natives has not emerged.

The sea ice biome accounts for a large proportion of primary production in polar waters and supports a substantial food web. In the Northern Hemisphere, projections of ocean biological response to climate warming by 2050 show contraction of the highly productive marginal sea ice biome by 42% (Fischlin et al., 2007). Recent decreases in Arctic sea ice minima have been more rapid than in the past few decades.[39] In the Bering Sea, primary productivity in surface waters is projected to increase, the ranges of some cold-water species will shift north, and ice-dwelling species will experience habitat loss (ACIA, 2004).

*Species-level projections*

After reviewing studies on the projected impacts of climate change on species, the IPCC made the following global-scale conclusions (Fischlin et al., 2007 and references therein):

- Projected impacts on biodiversity are significant and of key relevance, since global losses in biodiversity are irreversible (*very high confidence*).
- Richness of endemic species (those that are unique to their location or region and are not found anywhere else on Earth) is highest where regional paleoclimatic changes have been subtle, providing circumstantial evidence of their vulnerability to projected climate change (*medium confidence*). With global average temperature changes of 2 °C above pre-industrial levels, many terrestrial, freshwater, and marine species (particularly endemics across the globe) are at a far greater risk of extinction than in the geological past (*medium confidence*).
- Approximately 20 to 30% of species (with a global uncertainty range from 10 to 40%, but varying among regional biota from as low as 1% to as high as 80%) will be at increasingly high risk of extinction by 2100.
- Based on relationships between habitat area and biodiversity, on average 15 to 37% (ranging from 9% under the most optimistic assumptions to 52% under the most pessimistic) of plant and animal species in a global sample may be "committed to extinction" by 2050, although actual extinctions will be strongly influenced by human forces and could take centuries (Thomas et al., 2004)

In North America, climate change impacts on inland aquatic ecosystems will range from the effects of increased temperature and $CO_2$ concentration on vegetation growth to the effects associated with alterations in hydrologic systems resulting from changes in precipitation regimes and melting glaciers and snowpack (Fischlin et al., 2007). For many freshwater animals, such as amphibians, migration to breeding ponds and the production of eggs is intimately tied to temperature and moisture availability. Asynchronous timing of breeding cycles and pond drying due to the lack of precipitation can lead to reproductive failure. Differential responses among species in arrival or persistence in ponds are expected to lead to changes in community composition and nutrient flow in ponds (Fischlin et al., 2007).

Bioclimatic modeling based on output from five general circulation models suggests that, over the next century, vertebrate and tree species richness will decrease in most parts of the conterminous United States, even though long-term trends (millennial scale) ultimately favor increased richness in some taxa and locations (Field et al., 2007). Changes in the composition of

---

[39] See <www.nsidc.org>.

plant species in response to climate change can increase ecosystem vulnerability to other disturbances, including fire and biological invasion.

On small oceanic islands with cloud forests or high-elevation ecosystems, such as the Hawaiian Islands, extreme elevation gradients exist, ranging from nearly tropical to alpine environments. In these ecosystems, anthropogenic climate change, land use changes, and biological invasions will work synergistically to drive several species (e.g., endemic birds) to extinction (Mimura et al., 2007).

According to the IPCC, climate change (*very high confidence*) and ocean acidification due to the effects of elevated $CO_2$ concentrations (*medium confidence*) will impair a wide range of planktonic and other marine organisms that use aragonite to make their shells or skeletons (Fischlin et al., 2007). These impacts could result in potentially severe ecological changes in tropical and coldwater marine ecosystems where carbonate-based phytoplankton and corals are the foundation for the trophic system (Schneider et al., 2007). Moreover, Nicholls et al. (2007) wrote that corals have low adaptive capacity to thermal stress. Sea surface temperature increases of 1 to 3 °C are projected to result in more frequent bleaching events and widespread mortality, if there is not thermal adaptation or acclimatization by corals and their algal symbionts. However, the ability of coral reef ecosystems to withstand the impacts of climate change will depend to a large degree on the extent of degradation from other anthropogenic pressures and the frequency of future bleaching events (Nicholls et al., 2007).

For the Arctic, the IPCC (Anisimov et al., 2007 and references therein) made the following conclusions:

- Decreases in the abundance of keystone species[40] are expected to be the primary factor in causing ecological cascades[41] and other changes in ecological dynamics.
- Arctic animals are *likely* to be most vulnerable to warming-induced drying of small water bodies; changes in snow cover and freeze–thaw cycles that affect access to food (e.g., polar bear dependence on sea ice for seal hunting) and protection from predators (e.g., snow hare camouflage in snow); changes that affect the timing of behavior (e.g., migration and reproduction); and influx of new competitors, predators, parasites, and diseases.
- In the past, subarctic species have been unable to live at higher latitudes because of harsh conditions. Warming induced by climate change will increase the rate at which subarctic species are able to establish. Some non-native species, such as the North American mink, will become invasive, while other species that have already colonized some Arctic areas are *likely* to expand into other regions. The spread of non-native, invasive plants will *likely* have adverse impacts on native plant species. For example, experimental warming and nutrient addition has showed that native mosses and lichens become less abundant when non-native plant biomass increases.
- Bird migration routes and timing are *likely* to change as the availability of suitable habitat in the Arctic decreases.

---

[40] A keystone species is defined as a species that has a disproportionate effect on its environment relative to its abundance or total biomass. Typically, ecosystems experience dramatic changes with the removal of such a species.
[41] Ecological cascades are defined as sequential chains of ecological effects, including starvation and death, beginning at the bottom levels of the food chain and ascending to higher levels, including apex predators.

V. Analysis of the Effects of Global Change on the Natural Environment and Human Systems         111

- Loss of sea ice will affect species, such as harp seals, that depend on it for survival.
- Climate warming is *likely* to increase the incidence of pests, parasites, and diseases such as musk ox lungworm and abomasal nematodes of reindeer.

## V.1.b Ecosystem services

The IPCC (Fischlin et al., 2007) concluded that ecosystems provide many goods and services that are of vital importance for the functioning of the biosphere, and provide the basis for the delivery of tangible benefits to human society. The Millennium Ecosystem Assessment (MEA, 2005b) defines these to include supporting, provisioning, regulating, and cultural services. The IPCC (Fischlin et al., 2007) described these as follows:

> i. *Supporting services*, such as primary and secondary production, and biodiversity, a resource that is increasingly recognized to sustain many of the goods and services that humans enjoy from ecosystems. These provide a basis for three higher-level categories of services.
> ii. *Provisioning services*, such as products (cf. Gitay et al., 2001), i.e., food (including game, roots, seeds, nuts and other fruit, spices, fodder), fibre (including wood, textiles) and medicinal and cosmetic products (including aromatic plants, pigments).
> iii. *Regulating services*, which are of paramount importance for human society such as (a) carbon sequestration, (b) climate and water regulation, (c) protection from natural hazards such as floods, avalanches or rock-fall, (d) water and air purification, and (e) disease and pest regulation.
> iv. *Cultural services*, which satisfy human appreciation of ecosystems and their components.

### Projected impacts

Increasing temperatures and shifting precipitation patterns, along with the effects of elevated $CO_2$ concentrations, sea level rise, and changes in climatic variability, will affect the quantity and quality of these services. By the end of the 21st century, climate change and its impacts may be the dominant driver of biodiversity loss and changes in ecosystem services globally (MEA, 2005a).

As noted in SAP 4.3, biological diversity provides a fundamental underpinning for these services (Janetos et al., 2008). While not specific to the United States, a major finding of the MEA from a global perspective was that 16 of 24 analyzed ecosystem services were being used in unsustainable ways. The MEA evaluated the relative magnitudes and importance of a number of different drivers of changes in ecosystems, and whether the importance of those drivers was likely to increase, decrease, or remain the same over the next several decades. The conclusion was that although climate change was not currently the most important driver of change in many ecosystems, it was one of the only drivers whose importance was expected to continue to increase in all ecosystems over the next several decades.

As an example of an ecosystem service experiencing current changes, in SAP 4.3 Janetos et al. (2008) note the increasing recognition of, and recent declines in abundance, observed for some pollinators, particularly the introduced honey bee (*Apis mellifera*) (NRC, 2006b). The economic significance of pollination is underscored by the fact that about three-quarters of the world's flowering plants depend on pollinators, and that almost one-third of the food that we consume results from their activity. The majority of pollinators are insects, whose distributions, phenology, and resources are all being affected by climate change (Inouye, 2007). Unfortunately, with the exception of honey bees and butterflies, few data are available on the abundance and

distribution of pollinators, so it has been difficult to assess their status and the changes that they may be undergoing (NRC, 2006b).

## V.1.c Extreme events

Many effects of climate change on U.S. ecosystems and wildlife may emerge most strongly through changes in the intensity and the frequency of extreme events (Fischlin et al., 2007). In their review of the literature, Fischlin et al. (2007) identify multiple impacts of extreme events, such as hurricanes, tropical storms, and wildfires. These events can have substantial immediate effects, such as mass mortality in vegetation and wildlife populations, while also contributing significantly to alterations in species distribution, abundance, and fitness following the disturbance (Parmesan et al., 2000 in Fischlin et al., 2007). For example, the aftermath of a hurricane can cause coastal forest to die from storm surge-induced salt deposition, or wildlife may find it difficult to find food, thus lowering the chance of survival (Wiley and Wunderle, 1994 in Fischlin et al., 2007). Droughts play an important role in forest dynamics as well, causing pulses of tree mortality (Breshears et al., 2005 in Fischlin et al., 2007). Heat waves can contribute to both short-term (e.g., vegetation desiccation, mortality, reduced primary production, and increased wildfire extent) and long-term effects (e.g., depletion of oxygen in aquatic systems and conversion of vegetation type), as evidenced by the 2003 European heat wave (e.g., Beniston, 2004; Schär et al., 2004; Gobron et al., 2005; Ciais et al., 2005 in Fischlin et al., 2007). Greater magnitude and frequency of extreme events will alter disturbance regimes in coastal ecosystems, leading to changes in diversity and ecosystem function (e.g., Bertness and Ewanchuk, 2002 in Fischlin et al., 2007). Species inhabiting salt marshes, mangroves, and coral reefs are *likely* to be particularly vulnerable to these effects (Fischlin et al., 2007). To date, more than half of the original salt marsh habitat in the United States has been lost (Kennish, 2001).

Research reviewed by the IPCC (Field et al., 2007) indicated:
- Extreme events can add to other stresses on ecological integrity (Scavia et al., 2002; Burkett et al., 2005), including shoreline development and nitrogen eutrophication (Bertness et al., 2002).
- Many coastal ecosystems in North America are potentially exposed to storm-surge flooding (Titus and Richman, 2001; Titus, 2005); one area in which these extremes are evident is the San Francisco area, where 140 years of tide gauge data suggest an increase in severe winter storms since 1950 (Bromirski et al., 2003).
- Impacts on coastal communities and ecosystems can be more severe when major storms occur in short succession, limiting the opportunity to rebuild natural resilience (Forbes et al., 2004).
- Recent winters with less ice in the Great Lakes and Gulf of St. Lawrence have increased coastal exposure to damage from winter storms (Forbes et al., 2002).

Other potential extreme events influenced by a warming climate include wildfires, floods, drought, insects, and pathogens. Research summarized by the IPCC (Field et al., 2007) indicated:
- Since 1980, an average of 22,000 km$^2$ per year has burned in U.S. wildfires, almost twice the 1920 to 1980 average of 13,000 km$^2$ per year (Schoennagel et al., 2004).
- The forested area burned in the western United States from 1987 to 2003 is 6.7 times the area burned from 1970 to 1986 (Westerling et al., 2006).

- In Canada, burned area has exceeded 60,000 km$^2$ per year three times since 1990, twice the long-term average (Stocks et al., 2002).
- Wildfire-burned area in the North American boreal region increased from 6,500 km$^2$ per year in the 1960s to 29,700 km$^2$ per year in the 1990s (Kasischke and Turetsky, 2006).
- Human vulnerability to wildfires has also increased, with a rising population in the wildland–urban interface.
- A warming climate encourages wildfires through a longer summer period that dries fuels, promoting easier ignition and faster spread (Running, 2006). Westerling et al. (2006) found that in the last three decades, the wildfire season in the western United States has increased by 78 days, and burn durations of fires greater than 1,000 hectares in area have increased from 7.5 to 37.1 days, in response to a spring/summer warming of 0.87 °C.

The IPCC (Field et al., 2007) noted that insects and diseases are a natural part of ecosystems; however, changing conditions are increasing the severity of their effects. Forests often experience insect epidemics that kill trees over large regions. The lifecycles of these insects are climate-sensitive (Williams and Liebhold, 2002). As found by the IPCC (Field et al., 2007), warming temperatures are contributing to changes in insect lifecycles and may be contributing to more widespread epidemics. Specifically, many northern insects have a two-year lifecycle and warmer winter temperatures have allowed a greater proportion of overwintering larvae to survive. For example:

- "Recently, spruce budworm in Alaska has completed its lifecycle in one year, rather than the previous two (Volney and Fleming, 2000).
- Mountain pine beetle has expanded its range in British Columbia into areas previously too cold (Carroll et al., 2004).
- Insect outbreaks often have complex causes. Susceptibility of the trees to insects is increased when multiyear droughts degrade the trees' ability to generate defensive chemicals (Logan et al., 2003). Recent dieback of aspen stands in Alberta was caused by light snowpacks and drought in the 1980s, triggering defoliation by tent caterpillars, followed by woodboring insects and fungal pathogens (Hogg et al., 2002)."

Other key findings from SAP 4.3 (Janetos et al., 2008) included the following:

- "Evidence is beginning to accumulate that links the spread of pathogens to a warming climate. For example, the chytrid fungus (Batrachochytrium dendrobatidis) is a pathogen that is rapidly spreading world-wide and decimating amphibian populations. A recent study by Pounds and colleagues (2006) showed that widespread amphibian extinction in the mountains of Costa Rica is positively linked to global climate change."
- To date, geographic range expansion of pathogens related to warming temperatures have been the most easily detected (Harvell et al., 2002), perhaps most readily for arthropod-borne infectious disease (Daszak et al., 2000). However, a recent literature review found additional evidence gathered through field and laboratory studies that support hypotheses that latitudinal shifts of vectors and diseases are occurring under warming temperatures.
- Nonetheless, invasive plants in general may better tolerate a wider range of environmental conditions and may be more successful in a warming world because they can migrate and establish in new sites more rapidly than native plants and they are not usually limited by pollinators or seed dispersers (Vila et al., 2007).

- Finally, it is critical to recognize that other elements of climate change (e.g., nitrogen deposition and land conversion) will play a significant role in the success of invasive plants in the future, either alone or under elevated CO2 (Vila et. al., 2007).

**Projected impacts**

The IPCC highlights the following projections that are expected to have significant implications for ecosystems:

- Some studies project widespread increases in extreme precipitation (Christensen et al., 2007), with greater risks of not only flooding from intense precipitation, but also droughts from greater temporal variability in precipitation.
- In general, projected changes in precipitation extremes are larger than changes in mean precipitation (Meehl et al., 2007).
- Future trends in hurricane frequency and intensity remain very uncertain. Climate models with sufficient resolution to depict some aspects of individual hurricanes tend to project some increases in both peak wind speeds and precipitation intensities (Meehl et al., 2007). The pattern is clearer for extra-tropical storms, which are likely to become more intense, but perhaps less frequent, leading to increased extreme wave heights in the mid-latitudes (Meehl et al., 2007).

Impacts on ecosystem structure and function may be amplified by changes in extreme meteorological events and increased disturbance frequencies (Field et al., 2007). Ecosystem disturbances, caused either by humans or by natural events, accelerate both loss of native species and invasion of exotics (Sala et al., 2000). Changes in plant species composition in response to climate change can facilitate other disturbances, including fire (Smith et al., 2000) and biological invasion (Zavaleta and Hulvey, 2004). In North America, disturbances like wildfire and insect outbreaks are increasing and are *likely* to intensify in a warmer future with drier soils and longer growing seasons (*very high confidence*) (Field et al., 2007).

## V.1.d Sea level rise

The IPCC (Rosenzweig et al., 2007) concluded that many "coastal regions are already experiencing the effects of relative (local) sea-level rise, from a combination of climate-induced sea-level rise, geological and anthropogenic-induced land subsidence, and other local factors." Overall, sea levels have been rising at a rate of 1.7 to 1.8 mm per year over the last century, with an increased rate of 3 mm per year over the last decade (e.g., Church et al., 2004; Bindoff et al., 2007 in Rosenzweig et al., 2007). They also conclude that sea level rise may be contributing to coastal erosion across the eastern United States (e.g., Zhang et al., 2004 in Rosenzweig et al., 2007). In addition, regional sea level rise has contributed to increased storm surge impacts along the North American eastern coast, although there has not been an increase in storm events (Zhang et al., 2000 in Rosenzweig et al., 2007). Due to low elevation and relative sea level rise, the U.S. Gulf Coast is particularly vulnerable to storm surges (Rosenzweig et al., 2007). These findings illustrate the interactive effects of climate impacts through rising sea levels and extreme storm events. Drawing on results like this, the IPCC concluded with *high confidence* that "coasts are experiencing the adverse consequences of hazards related to climate and sea level" (Parry et al., 2007).

For small islands, the coastline is long relative to island area. As a result, many resources and ecosystem services are threatened by a combination of human pressures and climate change effects including sea level rise, increases in sea surface temperature, and possible increases in extreme weather events (Mimura et al., 2007).

Climate change and sea level rise affect sediment transport in complex ways, as described by the IPCC (Nicholls et al., 2007). Erosion and ecosystem loss is affecting many parts of the U.S. coastline, but it remains unclear to what extent these losses result from climate change as opposed to land loss associated with relative sea level rise due to subsidence and other human drivers (Nicholls et al., 2007).

Coastal wetland loss is also occurring where these ecosystems are squeezed between natural and artificial landward boundaries and rising sea levels, a process known as 'coastal squeeze' (Field et al., 2007). The degradation of coastal ecosystems, especially wetlands and coral reefs, can have serious implications for the well-being of societies dependent on them for goods and services (Nicholls et al., 2007).

Engineering structures, such as bulkheads, dams, levees, and water diversions, limit sediment supply to coastal areas. Wetlands are especially threatened by sea level rise when insufficient amounts of sediment from upland watersheds are deposited on them. If sea level rises slowly, the balance between sediment supply and morphological adjustment can be maintained if a salt marsh vertically accretes (builds up through accumulated sediments and other materials), or a lagoon infills, at the same rate. However, an acceleration in the rate of sea level rise may mean that coastal marshes and wetlands cannot keep up, particularly where the supply of sediment is limited (e.g., where coastal floodplains are inundated after natural levees or artificial embankments are overtopped) (Nicholls et al., 2007).

Although open coasts have been the focus of research on erosion and shore stabilization technology, sheltered coastal areas in the United States are also vulnerable and suffer secondary effects from rising seas (NRC, 2006a). For example, barrier island erosion in Louisiana has increased the height of waves reaching the shorelines of coastal bays. This has enhanced erosion rates of beaches, tidal creeks, and adjacent wetlands. The impacts of accelerated sea level rise on gravel beaches have received less attention than sandy beaches. However, these systems are threatened by sea level rise, even under high wetland accretion rates. The persistence of gravel and cobble-boulder beaches will also be influenced by storms, tectonic events, and other factors that build and reshape these highly dynamic shorelines (Nicholls et al., 2007).

According to the IPCC, most of the world's sandy shorelines retreated during the past century and climate change-induced sea level rise is one underlying cause (Nicholls et al., 2007). To date in the United States, more than 50% of the original salt marsh habitat has already been lost (Kennish, 2001 in Field et al., 2007). In Mississippi and Texas, over half of the shorelines have eroded at average rates of 2.6 to 3.1 m per year since the 1970s, while 90% of the Louisiana shoreline has eroded at a rate of 12.0 m per year (Nicholls et al., 2007 and references therein).

In the Arctic, coastal stability is affected by factors common to all areas (i.e., shoreline exposure, relative sea level change, climate, and local geology), and by factors specific to the high latitudes (i.e., low temperatures, ground ice, and sea ice) (Anisimov et al., 2007). Adverse impacts have already been observed along Alaskan coasts and traditional knowledge points to widespread coastal change in Alaska. Rising temperatures in Alaska are reducing the thickness and spatial extent of sea ice. This creates more open water and allows for winds to generate stronger waves, which increase shoreline erosion. Sea level rise and thawing of coastal permafrost exacerbate this problem. Higher waves will create even greater potential for this kind of erosion damage (ACIA, 2004).

## Projected impacts

The U.S. coastline is long and diverse with a wide range of coastal characteristics (Shaw et al., 1998; Dyke and Peltier, 2000; Zervas, 2001 in Field et al., 2007). Yet, relative sea level is rising in many areas (O'Reilly et al., 2005 in Field et al., 2007). Sea level rise changes the shape and location of coastlines by moving them landward along low-lying contours and exposing new areas to erosion (NRC, 2006a). Coasts subsiding due to natural or human-induced causes will experience larger relative rises in sea level. In some locations, such as deltas and coastal cities (e.g., the Mississippi Delta and surrounding cities), this effect can be significant (Nicholls et al., 2007). Rapid development, including an additional 25 million people in the coastal United States over the next 25 years, will further reduce the resilience of coastal areas to rising sea levels (Field et al., 2007). Superimposed on the impacts of erosion and subsidence, the effects of rising sea level will exacerbate the loss of waterfront property and increase vulnerability to inundation hazards (Nicholls et al., 2007).

Up to 21% of the remaining coastal wetlands in the U.S. mid-Atlantic region are potentially at risk of inundation between 2000 and 2100 (Field et al., 2007 and references therein). The IPCC (Field et al., 2007) concluded with *high confidence* that the rates of coastal wetland loss, in the Chesapeake Bay and elsewhere, will increase with accelerated sea level rise, in part due to 'coastal squeeze.' Salt marsh biodiversity is *likely* to decrease in northeastern marshes through expansion of non-native species such as *Spartina alterniflora*. The IPCC (Field et al., 2007) projects that many U.S. salt marshes in less-developed areas can potentially keep pace with sea level rise through vertical accretion.

Other conclusions drawn by the IPCC (Parry et al., 2007) included:
- Coasts are *very likely* to be exposed to increasing risks in future decades due to many compounding climate change factors (e.g., sea level rise, increase in sea surface temperatures, increased tropical storm intensity, and ocean acidification) (*very high confidence*).
- The impact of climate change on coasts is exacerbated by increasing human-induced pressures (*very high confidence*).
- Adaptation costs for vulnerable coasts are much less than the costs of inaction (*high confidence*).
- The unavoidability of sea level rise, even in the longer term, frequently conflicts with present-day human development patterns and trends (*high confidence*).

Specifically regarding North America coasts, the IPCC (Field et al., 2007) found:
- Coastal communities and habitats will be increasingly stressed by climate change impacts interacting with development and pollution (*very high confidence*). Sea level is rising along much of the coast, and the rate of change will increase, exacerbating the impacts of progressive inundation, storm surge flooding, and shoreline erosion.
- Storm impacts are *likely* to be more severe, especially along the Gulf and Atlantic Coasts. Salt marshes, other coastal habitats, and dependent species are threatened by sea level rise, fixed structures blocking landward migration, and changes in vegetation. Population growth and rising value of infrastructure in coastal areas increases vulnerability to climate variability and future climate change.

## V.1.e Vulnerable ecosystems

### Coastal and marine ecosystems

Effects of elevated $CO_2$ concentrations and climate change on marine ecosystems include ocean warming, increased thermal stratification, reduced upwelling, sea level rise, increased wave height and frequency, loss of sea ice, increased risk of diseases in marine biota, and decreases in the pH and carbonate ion concentration of the surface oceans. Warmer ocean temperatures will contribute to changes in upwelling dynamics and decreased primary production along the California Current. In 2005, the upwelling season was delayed by three months (it began in August rather than a normal start in April to May), leading to a significant reduction in plankton production. The recruitment success among fish, birds, and mammals dependent upon the plankton was reduced significantly.

The United States has extensive coral reef ecosystems in both the Caribbean Sea and the Pacific Ocean. Coral reefs are very diverse ecosystems, home to a complex of species that support both local and global biodiversity and human societies. The sensitivity of coral reefs is increasingly recognized. With lower pH, aragonite (calcium carbonate) that is used by many organisms to make their shells or skeletons will decline or become under-saturated, affecting coral reefs and other marine calcifiers (e.g., pteropods—marine snails). Reef systems are increasingly vulnerable due to increasing thermal stress, interacting with the effects of various other stressors including increasing storm intensity, overfishing, pollution, and the introduction of invasive species leading to replacement of corals by other organisms in some locations (Fischlin et al., 2007; Nicholls et al., 2007).

In SAP 4.3, Janetos et al. (2008) indicate that it has been estimated that coral reefs provide $30 billion in annual ecosystem service value (Cesar et al., 2003). The effects of climate change in marine systems is highlighted by the 2006 listing of two species of corals in the Caribbean as Threatened under the Endangered Species Act (Federal Register, 2006). The major threats that motivated the listings of elkhorn (*Acropora palmata*) and staghorn (*A. cervicornis*) corals were disease, elevated sea surface temperatures, and hurricanes—all of which relate to climate change and its effects (Mann and Emanuel, 2006; Muller et al., 2007).

The northern Bering Sea along the Alaskan coast supports some of the highest benthic faunal biomass densities in the world's oceans (Janetos et al., 2008). Rising air and seawater

temperatures have caused reductions in sea ice cover and primary productivity in benthic (the deepest environment of a water body, usually the seabed or lake floor) ecosystems. These rising temperatures are leading to a northward shift in the boundary between Arctic (northern Bering Sea) and subarctic (southern Bering Sea) waters resulting in a pelagic-dominated marine ecosystem that was previously confined to the southeastern Bering Sea (Anisimov et al., 2007). Changing conditions have led to significant reductions in seabird and marine mammal populations, increases in pelagic fish, occurrences of previously rare algal blooms, abnormally high water temperatures, and smaller salmon runs in coastal rivers (ACIA, 2004; Grebmeier et al., 2006 in Anisimov et al., 2007). Plants and animals in polar regions are also vulnerable to attacks from pests and parasites that develop faster and are more prolific in warmer and moister conditions (Anisimov et al., 2007).

## Arctic sea ice ecosystem
(adapted from Janetos et al., 2008)

Changes in the Arctic are resulting in substantial shifts in habitat, especially for sea ice-dependent species. The sea ice, which provides habitat both below and above the ocean, has been in retreat for at least 30 years (Rothrock et al., 2003; Stroeve et al., 2005). Models project an Arctic Ocean free of summer sea ice by the end of this century (Overpeck et al., 2005), with increasing evidence suggesting this could happen by 2050 (Holland et al., 2006) and some models suggesting that it could happen as soon as 2040 (Holland et al., 2006). Ice loss to date is already causing measurable changes in polar bear and ringed seal populations and fitness (Stirling et al., 1999; Derocher et al., 2004; Ferguson et al., 2005).

Sea ice seasonally covered as much as 15 million square kilometers of the Arctic Ocean before it began declining in the 1970s. For millennia, that ice has been integral to an ecosystem that provides for polar bears and the indigenous people. The ice also strongly influences the climate, oceanography, and biology of the Arctic Ocean and surrounding lands. Further, sea ice influences global climate in several ways, including via its high albedo and its role in atmospheric and oceanic circulation. Organisms that depend on sea ice ranging from ice algae to seals and polar bears will diminish in number or become extinct. Many changes have already been observed and are predicted to accelerate along with the rates of climate change.

At the base of the sea ice ecosystem are epontic algae adapted to very low light levels. Blooms of those algae on the undersurface of the ice are the basis of a food web leading through zooplankton and fish to seals, whales, polar bears, and people. Sea ice also strongly influences winds and water temperature, both of which influence upwelling and other oceanographic phenomena whereby nutrient-rich water is brought up to depths at which there is sufficient sunlight for phytoplankton to make use of those nutrients.

Among the more southerly and seasonally ice-covered seas, the Bering Sea produces the Nation's largest commercial fish harvests as well as supporting subsistence economies of Alaskan Natives. Ultimately, the fish populations depend on plankton blooms regulated by the extent and location of the ice edge in spring. Naturally, many other organisms, such as seabirds, seals, walruses, and whales, depend on primary production, mainly in the form of those plankton

blooms. As Arctic sea ice continues to diminish, the location, timing, and species makeup of the blooms is changing in ways that appear to favor marked changes in community composition.

There are an estimated 20,000 to 25,000 polar bears (*Ursus maritimus*) worldwide, mostly inhabiting the annual sea ice over the continental shelves and inter-island archipelagos of the circumpolar Arctic (IUCN Polar Bear Specialist Group, 2006). Polar bears are specialized predators that hunt ice-breeding seals and are therefore dependent on sea ice for survival. After emerging in spring from a five- to seven-month fast in nursing dens, females require immediate nourishment and thus depend on close proximity between land and sea ice before the sea ice breaks up.

The IPCC noted that continuous access to sea ice allows bears to hunt throughout the year, but in areas where the sea ice melts completely each summer, they are forced to spend several months in tundra fasting on stored fat reserves until freeze-up (Fischlin et al., 2007). The two Alaskan populations (Chukchi Sea: ~2,000 individuals in 1993, and southern Beaufort Sea: ~1,500 individuals in 2006) are vulnerable to large-scale, dramatic seasonal fluctuations in ice movements because of the associated decreases in abundance of and access to prey and increases in the amount of energy needed for hunting (FWS, 2007). The IPCC projects that with a warming of 2.8 °C above pre-industrial temperatures and associated declines in sea ice, polar bears will face a high risk of extinction. Other ice-dependent species (e.g., walruses for rest and small whales for protection from predators) face similar consequences, not only in the Arctic but also in the Antarctic (Fischlin et al., 2007).

Recent modeling of reductions in sea ice cover and polar bear population dynamics predicted declines within the coming century that (though varied by population) totaled 66% of all polar bears (Amstrup et al., 2007 in Janetos et al., 2008). In 2005, the World Conservation Union (IUCN) Polar Bear Specialist Group concluded that the IUCN Red List classification for polar bears should be upgraded from 'Least Concern' to 'Vulnerable' based on the likelihood of an overall decline in the size of the total population of more than 30% within the next 35 to 50 years (Fischlin et al., 2007). In January 2007, the U.S. Fish and Wildlife Service determined that sufficient scientific evidence exists of a global threat to polar bears to warrant proposing it for listing as a threatened species under the Endangered Species Act (1973) (FWS, 2007). This decision was based in part on future risks to the species from climate change (Fischlin et al., 2007).

**Temperate montane ecosystems**
(adapted from Janetos et al., 2008)

In SAP 4.3, Janetos et al. (2008) wrote about the sensitivity of temperate montane ecosystems to global change. These ecosystems are characterized by cooler temperatures and often increased precipitation compared to surrounding lowlands. Consequently, much of that precipitation falls in the form of snow, which serves to insulate the ground from freezing air temperatures, stores water that is released as the snow melts during the following growing season, and triggers vertical migration by animal species that cannot survive in deep snow. With increasing temperatures, more precipitation is falling as rain (Johnson, 1998). Diaz et al. (2003) found that,

over the past three to five decades, all the major continental mountain chains exhibited upward shifts in the height of the freezing level.

These environmental changes are also resulting in the disappearance of glaciers in most montane areas around the world. The changes in patterns and abundance of meltwater from these glaciers have significant implications for the one-sixth of the world's population that is dependent upon glaciers and melting snowpack for water supplies (Barnett et al., 2005b). Plant and animal communities are also affected as glaciers recede, exposing new terrain for colonization in an ongoing process of succession (e.g., for spider communities, see Gobbi et al., 2006). One group of organisms whose reproductive phenology is closely tied to snowmelt is amphibians, for which this environmental cue is apparently more important than temperature (Corn, 2003). Hibernating and migratory species that reproduce at high altitudes during the summer are also being affected by the ongoing environmental changes. For example, marmots are emerging a few weeks earlier than they used to in the Colorado Rocky Mountains, and robins are arriving from wintering grounds weeks earlier in the same habitats (Inouye et al., 2000). Species such as deer, bighorn sheep, and elk, which move to lower altitudes for the winter, may also be affected by changing temporal patterns of snowpack formation and disappearance.

Flowering phenology has been advancing in these habitats (Inouye and Wielgolaski, 2003) as well as in others at lower altitudes, mirroring what is occurring at higher latitudes (Wielgolaski and Inouye, 2003). There is a very strong correlation between the timing of snowmelt, which integrates snowpack depth and spring air temperatures, and the beginning of flowering by wildflowers in the Colorado Rocky Mountains (e.g., Inouye et al., 2002, 2003). The abundance of flowers can have effects on a variety of consumers, including pollinators (Inouye et al., 1991), herbivores, seed predators, and parasitoids, all of which are dependent on flowers, fruits, or seeds. An unexpected consequence of earlier snowmelt in the Rocky Mountains has been the increased frequency of frost damage to montane plants, including the loss of new growth on conifer trees, of fruits on some plants such as *Erythronium grandiflorum* (glacier lilies), and of flower buds of other wildflowers (e.g., *Delphinium* spp., *Helianthella quinquenervis*, etc.) (Inouye, 2008). Over time, this damage may lead to significant demographic consequences.

## V.1.f Adaptation options

SAP 4.4 (Julius et al., 2008) concludes that "while there will always be uncertainties associated with the future path of climate change, the response of ecosystems to climate impacts, and the effects of management, it is both possible and essential for adaptation to proceed using the best available science." The term 'adaptation' in this document refers to adjustments in human social systems (e.g., management) in response to climate stimuli and their effects. Ecosystem management always occurs in the context of desired ecosystem conditions or natural resource management goals. SAP 4.4 presents a series of analyses of adaptation options for several different types of federally managed ecosystems. On the basis of these analyses, the report concludes that:

- Many existing best management practices for 'traditional' stressors of concern have the added benefit of ameliorating climate change exacerbations of those stressors.
- Seven 'adaptation approaches' can be used for strategic adjustment of best management practices to maximize ecosystem resilience to climate change. Here, resilience refers to the

amount of change or disturbance that a system can absorb without undergoing a fundamental shift to a different set of processes and structures. The seven approaches are:

- o **Protecting key ecosystem features**, which involves focusing management protections on structural characteristics, organisms, or areas that represent important 'underpinnings' or 'keystones' of the overall system.
- o **Reducing anthropogenic stresses**, which is the approach of minimizing localized human stressors (e.g., pollution, fragmentation) that hinder the ability of species or ecosystems to withstand climatic events.
- o **Representation**, which refers to protecting a portfolio of variant forms of a species or ecosystem so that, regardless of the climatic changes that occur, there will be areas that survive and provide a source for recovery.
- o **Replication**, which centers on maintaining more than one example of each ecosystem or population within a management system, such that if one area is affected by a disturbance, replicates in another area provide insurance against extinction and a source for recolonization of affected areas.
- o **Restoration**, which is the practice of rehabilitating ecosystems that have been lost or compromised.
- o **Refugia**, which are areas that are less affected by climate change than other areas and can be used as sources of 'seed' for recovery or as destinations for climate-sensitive migrants.
- o **Relocation**, which refers to human-facilitated transplantation of organisms from one location to another in order to bypass a barrier (e.g., urban area).

- Levels of confidence in these adaptation approaches vary and are difficult to assess, yet are essential to consider in adaptation planning.
- The success of adaptation strategies may depend on recognition of potential barriers to implementation and creation of opportunities for partnerships and leveraging.
- The Nation's adaptive capacity can be increased through expanded collaborations among ecosystem managers.
- The Nation's adaptive capacity can be increased through creative re-examination of program goals and authorities.
- Establishing current baselines, identifying thresholds, and monitoring for changes will be essential elements of any adaptation approach.
- Beyond 'managing for resilience,' the Nation's capability to adapt will ultimately depend on our ability to be flexible in setting priorities and 'managing for change.'

## V.2 Agriculture and Food Production

In SAP 4.3, Hatfield et al. (2008) write that the food and agriculture sector includes a wide range of plant and animal production systems. The United States Department of Agriculture (USDA) classifies 116 plant commodity groups as agricultural products, as well as four livestock groupings (beef cattle, dairy, poultry, and swine) and products derived from animal production (e.g., cheese and eggs). These diverse commodities are produced in a variety of climates, regions, and soils. However, regardless of where they are grown, crops and livestock are affected by temperature, precipitation, $CO_2$, and water availability. Indeed, variability in yield from year to year is mostly (and strongly) related to weather effects during the growing season (Hatfield et

al., 2008). These variations also affect crops and livestock through their effects on insects, disease, and weeds. Not only does U.S. agriculture produce necessary products, it has substantial economic value ($200 billion in 2002). Just over half (52%) derives from livestock, with the rest generated by crops (21% from fruit and nuts, 20% from grain and oilseed, 2% from cotton, and 5% from other commodity production).

The agricultural sector within the United States is sensitive to both short-term climate variability and long-term climate change. Productivity is driven by the interaction of a variety of variables including temperature, radiation, precipitation, humidity, and wind speed (Easterling et al., 2007). The latitudinal distribution of crops around the world is a function of climatic conditions including the total season precipitation and patterns of variability (Olesen and Bindi, 2002), as well as photoperiod (e.g., Leff et al., 2004).

Vulnerability of the U.S. agricultural sector to climate change is a function of many interacting factors including pre-existing climatic and soil conditions, changes in pest competition, water availability, and the sector's capacity to cope and adapt through management practices, seed and cultivar technology, and changes in economic competition among regions. The IPCC (Easterling et al., 2007) found that the growth, development, and yield of crops are dependent upon their responses to their climatic environment (Porter and Semenov, 2005). Particular crops are suited to a particular range of conditions, thus production is reduced and damage can occur when thresholds are exceeded, even for short periods in some cases (Wheeler et al., 2000; Wollenweber et al., 2003 in Easterling et al., 2007).

This section addresses how observed and projected climate change may affect U.S. food production and agriculture, including crop yields, irrigation requirements, effects from extreme events, pests and weeds, livestock production (e.g., milk and meat), and fisheries.

## V.2.a Crop yields and productivity

The productivity of most agricultural enterprises has increased dramatically over recent decades due to cumulative effects from technology, fertilizers, innovations in seed stocks and management techniques, and changing climate influences. Given the interaction of these various factors, it is difficult to identify the specific impact from any one factor on specific yield changes. The largest changes are probably due to technological innovations (Hatfield et al., 2008). However, weather events are a major factor in annual crop yield variation.

Reviewing crop yields in North America, the IPCC (Field et al., 2007) found the following:
- Yields of major commodity crops in the United States have increased consistently over the last century, typically at rates of 1 to 2% per year (Troyer, 2004), with significant variations across regions and between years.
- In the midwestern United States from 1970 to 2000, corn yield increased 58% and soybean yield increased 20%, with annual weather fluctuations resulting in year-to-year variability (Hicke and Lobell, 2004).
- For twelve major crops in California, climate fluctuations over the last 20 years have not had large effects on yield, though they have been a positive factor for oranges and walnuts and a negative factor for avocados and cotton (Lobell et al., 2006).

## Increasing temperatures
(adapted from Hatfield et al., 2008)

In SAP 4.3, Hatfield et al. (2008) found that crop species differ in their cardinal temperatures (critical temperature range) for lifecycle development. There is a base temperature at which growth commences and an optimum temperature when the plant develops as fast as possible. Generally, increasing temperatures accelerate progression of a crop through its lifecycle (phenological) phases up to a species-dependent optimum temperature beyond which development slows.

Yield responses to temperature vary among species based on the specific temperature requirements. As temperatures increase, plants with a lower optimum temperature will exhibit significant decreases in yield before those with a higher optimum. Moreover, high temperatures will interact with other factors, such as low water availability, to further reduce productivity.

Research reported in Hatfield et al. (2008) found variable reductions in maize yield. One study found a 17% reduction per 1 °C increase across the United States (although this study did not include effects of water availability) (Lobell and Asner, 2003). Another study found that the response of global maize production to both temperature and rainfall over the period 1961 to 2002 was reduced 8.3% per 1°C warming (Lobell and Field, 2007).

Soybean has cardinal temperatures that are somewhat lower than those of maize. Responses to increasing temperatures are regionally dependent. Yield may actually increase 2.5% with a 1.2 °C rise in the upper Midwest, but would decrease 3.5% for 1.2 °C increase in the South (Boote et al., 1996, 1997). Lobell and Field (2007) reported a 1.3% decline in soybean yield per 1 °C increase in temperature, taken from global production against global average temperature during July to August, weighted by production area.

For wheat, Lawlor and Mitchell (2000) found that a 1 °C rise would shorten the reproductive phase by 6%, grain filling duration by 5%, and would reduce grain yield and harvest index proportionately. Bender et al. (1999) analyzed spring wheat grown at nine sites in Europe and found a 6% decrease in yield per 1 °C temperature rise. Lobell and Field (2007) reported a 5.4% decrease in global mean wheat yield per 1 °C increase in temperature. In addition, wheat illustrates the nonlinear effects that may occur as temperatures increase. In the wheat-growing regions of the Great Plains, yield is estimated to decline 7% per 1 °C increase in air temperature between 18 and 21 °C, and about 4% per 1 °C increase in air temperature above 21 °C, not considering any reduction in photosynthesis or grain-set.

The response of rice to temperature has been well studied (Baker and Allen, 1993a,b; Baker et al., 1995; Horie et al., 2000). Baker et al. (1995) summarized many of their experiments from sunlit controlled-environment chambers and concluded that the optimum mean temperature for grain formation and grain yield of rice is 25 °C. They found that grain yield is reduced about 10% per 1 °C temperature increase above 25 °C, until reaching zero yield at 35 to 36 °C mean temperature (Baker and Allen, 1993a; Peng et al., 2004). Mean air temperature during the rice grain-filling phase in summer in the southern United States and many tropical regions is about 26

to 27 °C. These are above the 25 °C optimum, which illustrates that temperatures elevated above current ones are projected to reduce rice yields in the United States and tropical regions by about 10% per 1 °C rise, or about 12% for a 1.2 °C rise.

Reviewing the literature for North America, the IPCC (Field et al., 2007) found the following regarding increasing temperatures:

- In the Corn and Wheat Belts of the United States, yields of corn and soybeans from 1982 to 1998 were negatively affected by warm temperatures, decreasing 17% for each 1 °C of warm-temperature anomaly (Lobell and Asner, 2003).
- In California, warmer nights have enhanced the production of high-quality wine grapes (Nemani et al., 2001), but additional warming may not result in similar increases.

**Increasing $CO_2$**

As with their responses to temperature, crops respond differently to increasing $CO_2$ concentrations. The evidence for maize response to $CO_2$ is sparse and questionable (Hatfield et al., 2008). On its own, the expected increment of $CO_2$ increase over the next 30 years is anticipated to have a negligible effect (i.e., 1%) on maize production (Leakey et al., 2006). In contrast, based on the metadata summarized by Ainsworth et al. (2002), a doubling of atmospheric $CO_2$ concentrations is expected to yield a 38% increase in soybean yield. In the midwestern United States, an atmospheric $CO_2$ increase from 380 to 440 ppm is projected to increase yield by 7.4%. For wheat, a cool-season cereal, doubling atmospheric $CO_2$ concentrations (350 to 700 ppm) increased grain yield by about 31%, averaged over many data sets (Amthor, 2001). For rice, doubling atmospheric $CO_2$ concentrations (330 to 660 ppm) increased grain yield by about 30% (Horie et al., 2000).

The certainty level of biomass and yield response of these $C_3$ crops[42] to $CO_2$ is *likely* to *very likely,* given the large number of experiments and the general agreement in response across the different $C_3$ crops.

## V.2.b Water use and irrigation requirements
(adapted from Hatfield et al., 2008)

Projected trends have conflicting effects on likely water needs. Increasing temperatures and a lengthening of the growing season will contribute to increased water demand. However, increasing $CO_2$ concentrations will contribute to reduced stomatal conductance (speed of water vapor evaporation from plant pores) and decreased demand (Ainsworth and Long, 2005; Ainsworth and Rogers, 2007).

The net irrigation requirement is the difference between seasonal evapotranspiration for a well-watered crop and the amounts of precipitation and soil water storage that are available during a growing season. Some researchers have attempted to estimate future changes in irrigation water requirements based on projected climate changes (including rainfall changes) from general

---

[42] $C_3$ and $C_4$ refer to different carbon fixation pathways in plants during photosynthesis. $C_3$ is the most common pathway, and $C_3$ crops (e.g., wheat, soybeans, and rice) are more responsive than $C_4$ crops such as maize to increases in $CO_2$.

circulation models and estimates of decreased stomatal conductance due to elevated atmospheric $CO_2$ (e.g., Allen et al., 1991; Izaurralde et al., 2003). For corn, Izaurralde et al. (2003) calculated that by 2030, irrigation requirements will vary from a reduction of 1% in the lower Colorado Basin to an increase of 451% in the lower Mississippi Basin, because of rainfall variation. Given the variation in the sizes and baseline irrigation requirements of U.S. river basins, a representative figure for the overall U.S. increase in irrigation requirements is 64% if stomatal effects are ignored or 35% if they are included.

Research suggests the impacts of climate change on irrigation water requirements may be large (Easterling et al., 2007). The IPCC considered this to be a new, robust finding since the Third Assessment Report in 2001. There is an expected increase in irrigation demand due to climate change in the majority of world regions including the United States due to decreased rainfall in certain regions and/or increased evapotranspiration arising from increased temperatures. In modeling studies of future climate change, additional irrigation is often assumed in order to counterbalance the potential adverse yield effects of significant temperature increases (Easterling et al., 2007).

## V.2.c Climate variability and extreme events

The IPCC (Easterling et al., 2007) found that "short-term natural extremes, such as storms and floods, interannual and decadal climate variations, as well as large-scale circulation changes, such as the El Niño–Southern Oscillation (ENSO), all have important effects on crop, pasture and forest production (Tubiello, 2005)." Indeed, the authors cite recent research that indicates El Niño-like conditions result in higher probabilities of reduced farm incomes across most of Australia (O'Meagher, 2005 in Easterling et al., 2007). They also mention a recently recognized correlation between the winter North Atlantic Oscillation (NAO) and conditions that favor improved wheat quality in the United Kingdom (Atkinson et al., 2005 in Easterling et al., 2007) but result in drought conditions and reduced summer growth in grasslands (Kettlewell et al., 2006 in Easterling et al., 2007).

In addition to changes in average climatic variables, such as temperature and precipitation, it is important to examine the potential for altered variability in extreme events such as extended heat waves, droughts, and floods. The potential for these events to change in frequency and magnitude introduces a key uncertainty regarding the yield of U.S. agriculture even under modest climate change. On this issue, the IPCC (Easterling et al., 2007) drew the following conclusion:

> Recent studies indicate that climate change scenarios that include increased frequency of heat stress, droughts and flooding events reduce crop yields and livestock productivity beyond the impacts due to changes in mean variables alone, creating the possibility for surprises. Climate variability and change also modify the risks of fires, and pest and pathogen outbreaks, with negative consequences for food, fiber and forestry (*high confidence*).

The adverse effects on crop yields due to droughts and other extreme events may offset the beneficial effects of elevated atmospheric $CO_2$, moderate temperature increases over the near term, and longer growing seasons.

On this topic, the IPCC (Field et al., 2007) reported that during the past decade, agriculture in North America has been exposed to many severe weather events. They concluded: "More variable weather, coupled with out-migration from rural areas and economic stresses, has increased the vulnerability of the agricultural sector overall, raising concerns about its future capacity to cope with a more variable climate (Senate of Canada, 2003; Wheaton et al., 2005)."

Drought events are already a frequent occurrence, especially in the western United States. Vulnerability to extended drought is, according to the IPCC (Field et al., 2007), increasing across North America as population growth and economic development increase demands from agricultural, municipal, and industrial uses, resulting in frequent over-allocation of water resources. While often associated with the western United States, the eastern region has also experienced droughts and attendant reductions in water supply, changes in water quality and ecosystem function, and challenges in allocation (Field et al., 2007).

Regarding future precipitation, projections suggest decreasing average annual precipitation in the southwestern United States but increases over the rest of North America (Christensen et al., 2007). Increasing precipitation can also cause challenges, depending on its intensity, amount, and timing. Some studies project widespread increases in extreme precipitation (Christensen et al., 2007), with greater risks of not only flooding from intense precipitation, but also droughts from greater temporal variability in precipitation.

In SAP 4.3, Hatfield et al. (2008) examine specific impacts and make the following conclusions:
- Historical data for many parts of the United States indicate an increase in the frequency of high-precipitation events (e.g., >5 cm in 48 hours), and this trend is projected to continue for many regions.
- Excessive rainfall results in delayed spring planting, leading to a reduction in profits through a premium available for early season production of high-value horticultural crops such as melon, sweet corn, and tomatoes.
- Flooding during the growing season can result in crop losses associated with anoxia and increased susceptibility to root diseases, while also resulting in additional impacts including soil compaction (due to use of heavy farm equipment on wet soils), and can lead to additional runoff and leaching of nutrients and chemicals into surface and groundwater.
- Concentrating a greater proportion of rainfall in high precipitation events will increase the likelihood of water deficiencies at other times because of reductions in rainfall frequency (Hatfield and Prueger, 2004).
- Storm events that deliver heavy rainfall are also often accompanied by strong wind gusts, increasing the potential for lodging of crops and reduced productivity.
- Wetter conditions at harvest time may result in reduced quality of many crops.
- Regarding temperature variation, short-term, episodic temperature increases can also lead to substantial effects when occurring just prior to, or during, critical crop pollination phases. Crop sensitivity and ability to compensate during later, improved weather varies across crops.

Easterling et al. (2007) include a brief description of agricultural losses sustained during the 2003 European heat wave (temperatures up to 6 °C above means accompanied by 300 mm

precipitation deficits). There were substantial reductions in crop yield: 36% for maize in Italy's Po valley, and 30% for maize, 25% for fruit, and 21% for wheat in France (Ciais et al., 2005). Uninsured economic losses were estimated at € 13 billion (Sénat, 2004).

## V.2.d Pests and weeds

Pests and weeds can reduce crop yields, cause economic losses to farmers, and require management control options. How climate change (elevated atmospheric $CO_2$, increased temperatures, altered precipitation patterns, and changes in the frequency and intensity of extreme events) may affect the prevalence of pests and weeds is an issue of concern for food production and the agricultural sector. Recent warming trends in the United States have led to earlier spring activity by insects and proliferation of some species (Easterling et al., 2007). Additionally, research suggests that increased climate extremes may promote plant disease and pest outbreaks (Alig et al., 2004; Gan, 2004).

In particular, the IPCC review indicated that interactions between $CO_2$, temperature, and precipitation will play an important role in determining plant damage from pests in future decades (Stacey and Fellows, 2002; Chen et al., 2004; Salinari et al., 2006; Zvereva and Kozlov, 2006 in Easterling et al., 2007). However, to date, most studies continue to investigate pest damage as a separate function of either elevated ambient $CO_2$ concentrations or temperature. Pests and weeds are additional factors that, for example, are often omitted when projecting the stimulatory effect of elevated $CO_2$ on crop yields. Research on the combined effects of elevated atmospheric $CO_2$ and climate change on pests, weeds, and disease is still insufficient for U.S. and world agriculture (Easterling et al., 2007).

## V.2.e Projections for agriculture production

For North American agriculture, the IPCC (2007b) concluded with *high confidence*: "Moderate climate change [1–3 °C] in the early decades of the century is projected to increase aggregate yields of rain-fed agriculture by 5–20%, but with important variability among regions. Major challenges are projected for crops that are near the warm end of their suitable range or which depend on highly utilized water resources." Field et al. (2007) further explained that crops currently near their climate thresholds, such as wine grapes in California, are *likely* to suffer decreases in yields, quality, or both, with even modest warming (*medium confidence*) (Hayhoe et al., 2004; White et al., 2006). As for regional variations, increased climate sensitivity is anticipated in the southeastern United States as well as in the U.S. Corn Belt (Carbone et al., 2003), but not in the Great Plains (Mearns et al., 2003 in Field et al., 2007). Increased average warming leads to an extended growing season, especially for northern regions of the United States.

However, for global agriculture, the IPCC concluded: "At lower latitudes, especially seasonally dry and tropical regions, crop productivity is projected to decrease for even small local temperature increases (1–2 °C), which would increase the risk of hunger. (*medium confidence*)." Further warming is projected to have increasingly negative impacts in all regions (Easterling et al., 2007).

Reviewing recent integrated assessment models that explore interacting impacts of climate and economic factors on agriculture, water resources, and biome boundaries in the conterminous United States (e.g., Edmonds and Rosenberg, 2005; Izaurralde et al., 2005; Smith et al., 2005) led Field et al. (2007) to conclude that scenarios with decreased precipitation create important challenges, restricting the availability of water for irrigation and at the same time increasing water demand for irrigated agriculture and urban and ecological uses. There are still considerable uncertainties regarding precipitation changes. In addition, Field et al. (2007) found that the critical importance of specific agro-climatic events (e.g., last frost) introduces uncertainty in future projections (Mearns et al., 2003).

The IPCC (Easterling et al., 2007) concluded with *high confidence*: "Projected changes in the frequency and severity of extreme climate events will have more serious consequences for food and forestry production, and food insecurity, than will changes in projected means of temperature and precipitation." The authors cited modeling studies that suggest increasing frequency of crop loss from extreme events may counteract increased crop yields from rising temperatures.

There is still debate and uncertainty about the sensitivity of crop yields in the United States and other world regions to the direct effects of elevated atmospheric $CO_2$ levels. However, the IPCC (Easterling et al., 2007) concluded that elevated $CO_2$ levels are expected to contribute to small beneficial impacts on crop yields. The IPCC confirmed the general conclusions from its previous Third Assessment Report in 2001. Experimental research on crop responses to elevated atmospheric $CO_2$ through the FACE (Free Air $CO_2$ Enrichment)[43] experiments indicate that, at ambient $CO_2$ concentrations of 550 ppm (approximately double the concentration of pre-industrial times), crop yields increase under unstressed conditions by 10 to 25% for $C_3$ crops, and by 0 to 10% for $C_4$ crops (*medium confidence*). Crop model simulations under elevated $CO_2$ are consistent with these ranges (*high confidence*) (Easterling et al., 2007). High temperatures, water and nutrient availability, and ozone exposure, however, can significantly limit the direct stimulatory effects of $CO_2$.

Analysis in SAP 4.3 suggests the complexity of these results. Hatfield et al. (2008) examined the interaction between temperature, precipitation, and atmospheric $CO_2$. Conclusions vary across crops and regions, from decreased yield in some cases to increases in other scenarios. Specifically, research reviewed in Hatfield et al. (2008) found that in many cases weeds respond more positively to increasing $CO_2$ than cash crops, particularly $C_3$ invasive weeds that reproduce by vegetative means (roots, stolons, etc.) (Ziska, 2003; Ziska and George, 2004). Indeed, in all weed–crop competition studies where the photosynthetic pathway is the same, weed growth is favored as $CO_2$ increases (Ziska and Runion, 2006a). Moreover, increasing atmospheric $CO_2$ levels may reduce the efficacy of glyphosate, the most widely used herbicide in the United States (Ziska et al., 1999). Increasing temperatures also increase the potential for northward expansion of weed species' ranges (Patterson et al., 1999).

SAP 4.3 also considered the effects of climate changes on the range of beneficial and harmful insects, microbes, and other organisms associated with agro-ecosystems. Temperature is the single most important factor affecting insect ecology, epidemiology, and distribution, while plant

---

[43] See <www.bnl.gov/face/>.

pathogens will be highly responsive to humidity and rainfall, as well as temperature (Coakley et al., 1999). To control the same insects, current trends demonstrate substantially greater applications of insecticide in warmer, more southern regions of the United States, compared to cooler, higher-latitude regions. For example, the frequency of pesticide sprays for control of lepidopteran insect pests in sweet corn currently ranges from 15 to 32 applications per year in Florida (Aerts et al., 1999), to 4 to 8 applications in Delaware (Whitney et al., 2000), and to 0 to 5 applications per year in New York (Stivers, 1999). Warmer winters are projected to increase populations of insect species that are currently marginally overwintering in high latitude regions, such as flea beetles (*Chaetocnema pulicaria*), which act as a vector for bacterial Stewart's Wilt (*Erwinia sterwartii*), an economically important corn pathogen (Harrington et al., 2001).

Moreover, an overall increase in humidity and frequency of heavy rainfall events projected for many parts of the United States will tend to favor some leaf and root pathogens (Coakley et al., 1999). However, these effects may be counterbalanced in some regions by an increase in short- to medium-term drought, which will decrease the duration of leaf wetness and reduce some forms of pathogen attack on leaves.

Considering this range of factors, Easterling et al. (2007) concluded that the vulnerability of North American agriculture to climatic change is multi-dimensional and is determined by interactions among pre-existing conditions, stresses stemming from climate change (e.g., changes in pest competition, water availability), and the sector's capacity to cope with multiple, interacting factors, including economic competition from other regions as well as advances in crop cultivars and farm management (Parson et al., 2003 in Field et al., 2007). Water access is the major factor limiting agriculture in southeast Arizona, but farmers in the region perceive that technologies and adaptations such as crop insurance have recently decreased vulnerability (Vasquez-Leon et al., 2002 in Field et al., 2007). Areas with marginal financial and resource endowments (e.g., the U.S. northern plains) are especially vulnerable to climate change (Antle et al., 2004 in Field et al., 2007). Unsustainable land use practices will tend to increase the vulnerability of agriculture in the U.S. Great Plains to climate change (Polsky and Easterling, 2001 in Field et al., 2007).

## V.2.f Livestock

Climate change has the potential to influence livestock productivity in a number of ways. Elevated atmospheric $CO_2$ concentrations can affect forage quality. Thermal stress can directly affect the health of livestock animals. An increase in the frequency or magnitude of extreme events can lead to livestock loss. Furthermore, climate change may affect the spread of animal diseases. In the 2007 Fourth Assessment Report, the IPCC generated a number of new conclusions in this area compared to the Third Assessment Report in 2001. The following conclusions can be applied to United States and other livestock-producing regions (Easterling et al., 2007):

- Elevated atmospheric $CO_2$ can increase the carbon to nitrogen ratio in forages and thus reduce the nutritional value of those grasses, which in turn affects animal weight and performance. Under elevated $CO_2$, a decrease of $C_4$ grasses and an increase of $C_3$ grasses (depending upon the plant species that remain) may occur, which could potentially reduce or

alter the nutritional quality of the forage grasses available to grazing livestock. However, the exact effects on both types of grasses and their nutritional quality still need to be determined.

- Increased climate variability (including extremes in both heat and cold) and droughts may lead to livestock loss. The impact on animal productivity due to increased variability in weather patterns will *likely* be far greater than effects associated with the average change in climatic conditions.

- Thermal stress reduces productivity and conception rates and is potentially life threatening to livestock. According to one study reviewed by the IPCC (Frank et al., 2001), the U.S. percentage decrease in swine, beef, and dairy milk production in 2050 averaged 1.2, 2.0, and 2.2%, respectively, using one climate model, and 0.9, 0.7, and 2.1%, respectively, using a different climate model.

- Increasing temperatures may enable the spread of animal diseases from low to mid-latitudes, resulting in new threats and potentially reduced health for livestock (White et al., 2003; Anon, 2006; van Wuijckhuise et al., 2006).

In SAP 4.3, CCSP (Backlund et al., 2008) concluded that higher temperatures will *very likely* reduce livestock production during the summer season, but these losses will *very likely* be partially offset by warmer temperatures during the winter season. The further examination of the potential for thermal stress in SAP 4.3 (Hatfield et al., 2008) included the following:

- As environmental conditions result in core body temperature beyond normal diurnal boundaries, the animal must begin to conserve or dissipate heat to maintain homeostasis through behavioral, physiological, and metabolic thermoregulatory processes (Mader et al., 1997; M. Davis et al., 2003).
- These activities often result in declines in physical activity and an associated decline in eating and grazing activity as well as shifts in cardiac output, blood flow to extremities, and passage rate of digesta.
- Production losses in domestic animals are largely attributed to altered feed intake and increases in maintenance requirements to sustain a constant body temperature. (Mader et al., 2002; M. Davis et al., 2003; Mader and Davis, 2004).
- Voluntary feed intake increases (after a one- to two-day decline) by as much as 30% under cold stress and decreases by as much as 50% almost immediately under heat stress (NRC, 1987).
- Temperatures beyond the ability of the animal to dissipate result in reduced performance (i.e., production and reproduction), health, and well-being if adverse conditions persist (Hahn et al., 1992; Mader, 2003). Such reductions can result in substantial economic losses.
- Nighttime recovery is an essential element of survival when severe heat challenges occur (Hahn and Mader, 1997; Amundson et al., 2006).
- Heat wave events have resulted in documented livestock losses (Hahn and Mader, 1997; Hahn et al., 1999, 2001). Animal losses are particularly high for rapid changes in temperature due to extreme events when the animals are unable to acclimate[44] (High Plains Regional Climate Center, 2000).

---

[44] High Plains Regional Climate Center < http://www.hprcc.unl.edu/>

## V.2.g Freshwater and marine fisheries

Fisheries are sensitive to changes in temperature and water supply, which affect flows of rivers and streams, as well as lake levels. Climate change can interact with other factors that affect the health of fish and productivity of fisheries (e.g., habitat loss and land use change). The IPCC (Easterling et al., 2007) found the following:

- Increased temperatures can lead to seasonal increases in fish growth but may also increase risks at the upper end of their thermal tolerance zone. The specific effects of interactions between increasing temperature and other global changes including declining pH are unclear.
- Direct effects of increasing temperature on marine and freshwater systems are already occurring, with rapid poleward shifts in some regions. Future shifts are expected to continue. Local extinctions are occurring at the edges of current ranges, particularly for freshwater and anadromous species such as salmon and sturgeon (Friedland et al., 2003; Reynolds et al., 2005).
- Observed changes in primary production will affect fisheries as their effects are transferred through the food chain. While results vary regionally, evidence indicates reduced nutrient supply to the upper productive layer of the Pacific and Atlantic Oceans (McPhaden and Zhang, 2002; Curry and Mauritzen, 2005).
- Climate change has been implicated in mass mortalities of a wide variety of aquatic species, but limited data exists to confirm the correlation generally (Harvell et al., 1999). However, research does confirm the poleward spread of two protozoan parasites from the Gulf of Mexico to Delaware Bay and north, resulting in mass mortalities of oysters (Hofmann et al., 2001).
- Climate change is expected to result in the largest economic impacts in the fisheries sector in central and northern Asia, the western Sahel, and coastal, tropical regions of South America (Allison et al., 2005) as well as some small and medium-sized island states (Aaheim and Sygna, 2000).
- Regional climate variability can severely affect the productivity and species composition of major marine fisheries such as tuna (skipjack, yellowfin, and albacore) and Peruvian anchovy (Barber, 2001; Lehodey et al., 2003). Models need to be improved to account for decadal trends in addition to ENSO events as they will have a greater impact on the food web.

In SAP 4.3, Janetos et al. (2008) further examined the impacts of the NAO, the Pacific Decadal Oscillation (PDO), and ENSO on marine ecosystems.

- The NAO has been strongly positive since the 1980s, resulting in dramatic impacts on northeast Atlantic ecosystems. These impacts include increased flow of oceanic water into the English Channel and North Sea, a northward shift in the distribution of warm water zooplankton species (Beaugrand, 2004), and concomitant changes in dominance in fish communities from whiting (hake) to sprat (similar to a herring). Similar ecosystem shifts were observed in the Baltic Sea, where drastic changes in both zooplankton and fish communities have been observed (Kenny and Mollman, 2006).
- In the North Pacific, the PDO refers to the east–west shifts in location and intensity of the Aleutian Low in winter (Mantua et al., 1997). Widespread ecological changes have been observed, including increased productivity of the Gulf of Alaska when the PDO is in positive phase, resulting in dramatic increases in salmon production (Mantua et al., 1997) and a

reversal of demersal fish community dominance from a community dominated by shrimps to one dominated by pollock (Anderson and Piatt, 1999). Associated changes in the California Current ecosystem include dramatic decreases in zooplankton (McGowan et al., 1998) and salmon (Pearcy, 1991) when the PDO changed to a positive phase in 1977. There is also evidence that the large oscillations in sardine and anchovy populations are associated with PDO shifts, such that during positive (warm) phases, sardine stocks are favored but during negative (cool) phases, anchovy stocks dominate (e.g., Chavez et al., 2003).

- ENSO events negatively affect zooplankton and fish stocks, resulting in a collapse of anchovy stocks in offshore ecosystems of Peru. Losses of anchovies, which are harvested for fishmeal, affect global economies because fishmeal is an important component of chicken feed as well as high-protein supplements in aquaculture feed. In waters off the West Coast of the United States, plankton and fish stocks may collapse due to sudden warming of the waters (by 4 to 10 °C) as well as through poleward advection of tropical species into temperate zones. Many of the countries most affected by ENSO events are developing countries in South America and Africa, with economies that are largely dependent upon agricultural and fishery sectors as a major source of food supply, employment, and foreign exchange.

The IPCC (Field et al., 2007 and references therein) reviewed a number of North American studies showing how freshwater fish are sensitive to, or are being affected by, observed changes in climate:

- Cold- and cool-water fisheries, especially salmonids, have been declining as warmer/drier conditions reduce their habitat. The sea-run salmon stocks are in steep decline throughout much of North America.
- Pacific salmon have been appearing in Arctic rivers.
- Salmonid species have been affected by warming in U.S. streams.
- Success of adult spawning and survival of fry brook trout are closely linked to cold groundwater seeps, which provide preferred temperature refuges for lake-dwelling populations. Rates of fish egg development and mortality increase with temperature increases within species-specific tolerance ranges.

In addition, Janetos et al. (2008) identified impacts in the Bering Sea, which is among the more southerly seasonally ice-covered seas. The Bering Sea produces the Nation's largest commercial fish harvests and supports subsistence economies of Alaskan Natives. Ultimately, the fish populations depend on plankton blooms regulated by the extent and location of the ice edge in spring. As Arctic sea ice continues to diminish, the location, timing, and species makeup of the blooms is changing in ways that appear to promote marked changes in community composition. Specifically, the spring melt of sea ice in the Bering Sea has long favored the delivery of organic material to a benthic community of bivalve mollusks, crustaceans, and other organisms. Those benthic organisms, in turn, are important food for walruses, gray whales, bearded seals, eider ducks, and many fish species. The earlier ice melt resulting from a warming climate, however, leads to later phytoplankton blooms that are largely consumed by zooplankton near the sea surface, vastly decreasing the amount of organic material reaching the benthos. This is expected to result in a radically altered community of organisms favoring a different suite of upper-level consumers and altering the subsistence and commercial harvests of fish and other marine organisms.

Regarding the impacts of future climate change, the IPCC concluded, with *high confidence* for North America, that coldwater fisheries will *likely* be negatively affected, warm-water fisheries will generally benefit, and the results for cool-water fisheries will be mixed, with gains in the northern and losses in the southern portions of ranges (Field et al., 2007). A number of specific impacts by fish species and region in North America are projected (Field et al., 2007 and references therein):

- Salmonids, which prefer cold water, are *likely* to experience the most negative impacts.
- Arctic freshwaters are *likely* to be most affected, as they will experience the greatest warming.
- Many warm-water and cool-water species will shift their ranges northward or to higher altitudes.
- In the continental United States, coldwater species will *likely* disappear from all but the deeper lakes; cool-water species will be lost mainly from shallow lakes; and warm-water species will thrive, except in the far south, where temperatures in shallow lakes will exceed survival thresholds.

Climate variability and change can also affect fisheries in coastal and estuarine waters, although non-climatic factors, such as overfishing and habitat loss and degradation, are already responsible for reducing fish stocks (Nicholls et al., 2007). Coral reefs, for example, are vulnerable to a range of stresses and for many reefs, thermal stress thresholds will be crossed, resulting in bleaching, with severe adverse consequences for reef-based fisheries (Nicholls et al., 2007). Increased storm intensity, temperature, and saltwater intrusion in coastal water bodies can also adversely affect coastal fisheries production.

## V.3 Land Resources

The Nation has a large and diverse land base that can be classified based on the type of vegetation supported. In the following sections, we discuss two major land types in the United States: forests, and grasslands and shrublands.

In SAP 4.3, Ryan et al. (2008) found that climate strongly influences both forests and arid lands by shaping broad patterns of ecological communities, vegetation, and wildlife species, their productivity, and the ecosystem goods and services they provide. The interaction of vegetation and climate is a fundamental tenet of ecology. Substantial research has documented how vegetation has changed with climate over the past several thousand years, providing not only a historic description of vegetation but also a predictive ability to anticipate upcoming conditions by drawing on these historic trends. However, because current changes are occurring at an unprecedented rate, in many cases these previously identified relationships and trends may no longer adequately describe future conditions. For example, emerging changes have been identified in the physical climate, levels of $CO_2$ in the atmosphere, nitrogen deposition, local areas of ozone pollution, species invasions, and disturbance patterns. These factors cause important changes themselves, but their interactions are difficult to predict. This is particularly so because these interactions represent novel combinations beyond society's experience base.

Terrestrial ecosystems are dynamic. Disturbances (such as drought, storms, insect outbreaks, grazing, and fire) have a strong influence on ecological communities and landscapes. In many cases, the timing, magnitude, and frequency of disturbances are influenced by climate. Accordingly, a changing climate will lead to changes in disturbances and ultimately the composition, structure, and function of ecosystems (including productivity, water yield, erosion, and carbon storage) as well as susceptibility to future disturbance across U.S. land resources (Dale et al., 2001).

Disturbance may reset and rejuvenate some ecosystems in some cases and cause enduring change in others. In SAP 4.3, Ryan et al. (2008) provided two examples. First, climate may favor the spread of invasive exotic grasses into arid lands where the native vegetation is too sparse to carry a fire. When these areas burn, they typically convert to non-native monocultures and the native vegetation is lost. In another example, drought may weaken trees and make them susceptible to insect attack and death—a pattern that recently occurred in the Southwest. In these forests, drought and insects converted large areas of mixed pinyon–juniper forests into juniper forests. However, fire is an integral component of many forest ecosystems, and many tree species (such as the lodgepole pine forests that burned in the Yellowstone fires of 1988) depend on fire for regeneration. Ryan et al. (2008) conclude that climate effects on disturbance are expected to shape terrestrial ecosystems as much as the direct effects of climate.

## V.3.a Forests

Forests occur globally and, although forest types are quite diverse, they are all characterized by extensive tree cover. Regarding global forests, research reviewed in Easterling et al. (2007) indicates:

- Globally, forest ecosystems are found on 41.6 million $km^2$, making up approximately 30% of all land.
- Of forestland, 42% occurs in the tropics, 25% in temperate zones, and 33% in the boreal zone (e.g., Sabine et al., 2004).
- Forests are among the most productive terrestrial ecosystems.
- Currently about one-quarter of anthropogenic $CO_2$ emitted globally comes from deforestation activities, primarily in tropical and subtropical regions (Houghton, 2003).
- Notwithstanding, forests still sequester the largest fraction of terrestrial ecosystem carbon stocks, recently estimated at 1,640 petagrams of carbon (PgC),[45] equivalent to about 220% of atmospheric carbon (Sabine et al., 2004).
- Forests provide a number of goods (in addition to timber products) that are important for subsistence livelihoods (Gitay et al., 2001; Shvidenko et al., 2005). They also provide key ecosystem services including providing habitat for an increasing fraction of biodiversity (particularly in areas subject to land use pressures: Hassan et al., 2005; MEA, 2005a); carbon sequestration; climate regulation; soil and water protection or purification (>75% of the world's usable freshwater supplies come from forested catchments: Shvidenko et al., 2005); and recreational, cultural, and spiritual benefits (Reid et al., 2005).

---

[45] 1 Pg = 1,000,000,000,000,000 grams = 1 Gt.

In SAP 4.3, Ryan et al. (2008) described the U.S. forest resource in the following manner. Forests cover about 3 million square kilometers (740 million acres) of the United States, making up approximately one-third of the land cover. While occurring in every state, forests are most prevalent in the humid eastern United States, the West Coast, at higher elevations in the interior West and Southwest, and along riparian corridors in the plains states (Zhu and Evans, 1994). The U.S. forest resource is quite diverse. In the eastern United States, there are 1.54 million square kilometers (380 million acres) of forestland—most of which (83%) is privately owned and 74% of which is broadleaf forest. The 1.46 million square kilometers (360 million acres) of forestland in the western United States are split between public (57%) and private ownership and largely consist of coniferous forest types (78%) (USDA Forest Service and U.S. Geological Survey, 2002).

As with global forests, U.S. forests provide a range of goods and ecosystem services important to the well-being of the people of the United States, including raw material for wood and paper products as well as many non-consumptive values and uses. Many Americans are strongly attached to their forests (Ryan et al., 2008). While all forests have considerable economic value, many values are not easily quantified (Costanza et al., 1997; Daily et al., 2000; Krieger, 2001; MEA, 2005b). A changing climate will alter forests and their ability to continue to provide these goods and services at current levels. In addition, impacts increase as human population, recreation, and tourism increase in forested regions across the nation.

## V.3.b Grasslands and shrublands

As defined in the *State of the Nation's Ecosystems* report these lands include diverse ecosystem types including the sagebrush steppes of the northern Rockies, the prairies of the Midwest and the Great Plains, the deserts of the Southwest and the intermountain West, the Alaskan tundra and shrublands, and the scrublands of Florida (Heinz Center, 2002). These ecosystems cover more than 3.1 million square kilometers (770 million acres), making up more than a third of the U.S. land base. A majority are privately owned, particularly east of the Rocky Mountains. These ecosystems are very diverse; example vegetation types include annual grasslands and chaparral in California, sagebrush/bunchgrass in the Great Basin, hot-desert shrublands of New Mexico, plains grasslands of mid-America, the oak savanna of Texas, wet grasslands of Florida, and tundra of Alaska.

Fischlin et al. (2007) found these systems are generally rich in grazing, browsing, and other fauna (especially but not only in Africa), and are strongly controlled by fire (Bond et al., 2005 and/or grazing regimes (Scholes and Archer, 1997; Fuhlendorf et al., 2001). In many cases, disturbance regimes are human-managed (e.g., Sankaran, 2005), although fire regimes depend also on seasonality of ignition events and rainfall-dependent accumulation of flammable material (Brown et al., 2005).

The IPCC (Fischlin et al., 2007) drew the following conclusions regarding these systems:
- These systems appear more sensitive than previously thought to variability of, and changes in, major climate change drivers.
- The $CO_2$-fertilization impact and warming effect of rising atmospheric $CO_2$ have contrasting effects on their dominant functional types (trees and $C_3$ grasses may benefit from rising $CO_2$

but not from warming; $C_4$ grasses may benefit from warming, but not from $CO_2$ fertilization). Uncertain, nonlinear, and rapid changes in ecosystem structure and carbon stocks are *likely*.

- Carbon stocks are *very likely* to be strongly reduced under more frequent disturbance, especially by fire, and disturbance and drought impacts on vegetation cover may exert regional feedback effects.
- On average, grasslands are *likely* to show reduced carbon sequestration (due to enhanced soil respiratory losses through warming, fire regime changes, and increased rainfall variability). However, possible regional gains in woody cover (through $CO_2$ fertilization and increased plant carbon stocks) cannot be excluded.
- Scientific predictive skill is currently limited by very few field-based, multi-factorial experiments, especially in tropical systems.
- Projected range shifts of mammal species will be limited by fragmented habitats and human pressures, and declines in species richness are *likely*, especially in protected areas.
- Because of the important control by disturbance, management options exist to develop adaptive strategies for carbon sequestration and species conservation goals.

## V.3.c Productivity

### Forest productivity

Climate strongly influences forest productivity and species composition. Research reviewed in the North America IPCC chapter indicates that forest growth appears to have increased slightly in the previous decade (less than 1% per decade) in regions where growth has historically been limited by low temperatures and short growing seasons (Caspersen et al., 2000; McKenzie et al., 2001; Joos et al., 2002; Boisvenue and Running, 2006 in Field et al., 2007). However, as noted by Ryan et al. (2008), it is difficult to separate the role of climate from other potentially influencing factors particularly because these interactions vary by location. Other potentially influential factors include increases in precipitation (observed in the Midwest and Lake States), increases in nitrogen deposition, temperature increases and a lengthened growing season in the northern United States, changing age structure of forests (greater percentage of forests in young age classes), and evolving management practices.

Research reviewed by the IPCC (Field et al., 2007) indicates the vegetation growing season has increased by an average of 2 days per decade since 1950 in Canada and the conterminous United States, with most of the increase resulting from earlier spring warming (Bonsal et al., 2001; Easterling 2002; Bonsal and Prowse, 2003; Feng and Hu, 2004). While this allows a greater period of growth and, thus, potential to increase productivity, earlier warming can also contribute to dryer conditions and increased potential for disturbance, both of which may act to offset the increases. As above, the effects of these trends vary by region. Field et al. (2007) found that in temperature-limited areas, productivity had increased, while in areas subject to drought it had decreased. For example, height growth had increased since the 1970s in black spruce at the forest–tundra transition in eastern Canada (Gamache and Payette, 2004). On the other hand, radial growth of white spruce on dry south-facing slopes in Alaska has decreased over the last 90 years (Barber et al., 2000), while growth rates in semi-arid forests of the southwestern United States have decreased since 1895, which is correlated with drought linked to warming temperatures (McKenzie et al., 2001). For a widespread species like lodgepole pine, a 3 °C

temperature increase would increase growth in the northern part of its range, decrease growth in the middle, and decimate southern forests (Field et al., 2007).

Additional research presented by Field et al. (2007) provided evidence that these relationships can also occur within the same region based on topographical differences. Research in subalpine forests in the Pacific Northwest from 1895 to 1991 found that growth of subalpine fir and mountain hemlock was negatively correlated with spring snowpack depth and positively correlated with summer temperatures. This indicates temperature limitations on the growing season on high-elevation, north-facing slopes. At lower elevations, however, growth was negatively correlated with summer temperature, suggesting water limitations. (Peterson and Peterson, 2001; Peterson et al., 2002 in Field et al., 2007). There is also evidence of shifting species ranges. For example, aspen have advanced into the more cold-tolerant spruce–fir forests in Colorado over the past 100 years (Elliott and Baker, 2004 in Field et al., 2007) and lodgepole pine has advanced northward into areas previously dominated by the more cold-tolerant black spruce in the Yukon (Johnstone and Chapin, 2003 in Field et al., 2007).

Overall, productivity gains in one area may be offset by losses elsewhere, both through direct effects of climate changes and through important secondary effects on frequency and intensity of natural disturbances such as fire, insect outbreaks, ice storms, and windstorms. For example, Easterling et al. (2007) cited research projecting short-term productivity increases in California forests, in the area available for productive softwood growth, through 2020 with reductions in the long run (up to 2100) (Mendelsohn, 2003). Recent years have also seen a substantial increase in the area affected by wildfires and insect outbreaks in U.S. forests. These disturbances are further discussed in the following section. Easterling et al. (2007) also noted the changing climate will have substantial impacts on non-timber goods (e.g., seeds, nuts, hunting, resins, and plants used in pharmaceutical and botanical medicine and in the cosmetics industry) and services (e.g., wildlife habitat and recreation opportunities) offered by forest ecosystems.

Moreover, the commercial U.S. forest sector is expected to be affected by changing forest productivity in different regions of the world. Sohngen and Sedjo (2005) show two climate change scenarios where North American forests undergo more dieback in general than forests in other regions of the world, and where certain North American forest yields increase but less so compared to other regions (in Easterling et al., 2007). The implication is that forests in other parts of the world (including tropical forests with shorter rotations) could have a competitive advantage within the global forestry sector under a changing climate.

**Grassland and shrubland productivity**

Fischlin et al. (2007) found the ecosystem function and species composition of grasslands and savanna are *likely* to respond mainly to precipitation change and warming in temperate systems. In tropical systems, however, $CO_2$ fertilization and emergent responses to herbivory and fire regime will also exert strong control. Specific conclusions included the following:

- Rainfall change and variability is *very likely* to affect vegetation in tropical grassland and savanna systems with, for example, a reduction in cover and productivity simulated along an aridity gradient in southern African savanna in response to the observed drying trend of about 8 mm per year since 1970 (Woodward and Lomas, 2004a).

- Changing amounts and variability of rainfall may also strongly control the responses of temperate grassland to future climate change (Novick et al., 2004; Zha et al., 2005). For example, a Canadian grassland fixed roughly five times as much carbon in a year with 30% higher rainfall, while a 15% rainfall reduction led to a net carbon loss (Flanagan et al., 2002). Similarly, Mongolian steppe grassland switched from carbon sink to carbon source in response to seasonal water stress, although carbon balance was neutral on an annual basis (Li et al., 2005).
- Nonlinear responses to increasing rainfall variability may be expected, as ecosystem models of mixed $C_3/C_4$ grasslands show initially positive net primary productivity relationships with increasing rainfall variability, but greater variability ultimately reduces both net primary productivity and ecosystem stability even if the rainfall total is kept constant (Mitchell and Csillag, 2001).
- Empirical results for $C_4$ grasslands confirm a similar monotonic relationship between net primary productivity and rainfall variability (Nippert et al., 2006).
- Increased rainfall variability was more significant than rainfall amount for tall-grass prairie productivity (Fay et al., 2000, 2002), with a 50% increase in dry-spell duration causing a 10% reduction in net primary productivity (Fay et al., 2003) and a 13% reduction in soil respiration (Harper et al., 2005).
- Elevated $CO_2$ has important effects on production and soil water balance in most grassland types, mediated strongly by reduced stomatal conductance and resulting increases in soil water (Leakey et al., 2006) in many grassland types (Nelson et al., 2004; Niklaus and Körner, 2004; Stock et al., 2005).
- In short-grass prairie, elevated $CO_2$ and 2.6 °C warming increased production by 26 to 47%, regardless of grass photosynthetic type (J. Morgan et al., 2001). In $C_4$ tropical grassland, no relative increase in herbaceous $C_3$ success occurred with a doubling of the ambient $CO_2$ (Stock et al., 2005). Regional climate modeling indicates that $CO_2$-fertilization effects on grasslands may scale up to affect regional climate (Eastman et al., 2001).

## V.3.d Disturbance

In large measure, the composition, structure, function, and condition of our land resources have been shaped by their disturbance history (both human-induced and natural). Disturbances drive change at both small (e.g., local wind event resulting in minor windthrow) and large scales (e.g., the 2002 Biscuit fire covering approximately 2,000 square kilometers (500,000 acres) in southern Oregon and northern California). On an annual basis, more than 220,000 square kilometers (55 million acres) of forestland in the United States are impacted by disturbance annually (Dale et al., 2001).

### Wildland fires

While in some cases a changing climate may have positive impacts on the productivity of forest systems, changes in disturbance patterns are expected to have a substantial impact on overall gains or losses. According to studies reviewed by the IPCC (Field et al., 2007), in the absence of dramatic increases in disturbance, the effects of climate change on the potential for commercial forest harvest in the 2040s ranged from mixed for a low emissions scenario to positive for a high emissions scenario (Perez-Garcia et al., 2002). However, the tendency for North American producers to suffer losses increases if climate change is accompanied by increased disturbance,

with simulated losses averaging $1 to 2 billion per year over the 21st century (Sohngen and Sedjo, 2005).

More prevalent fire activity has recently been observed in the United States and other world regions (Fischlin et al., 2007). Wildfires and droughts, among other extreme events (e.g., hurricanes), can result in short-term losses and long-term shifts in forest ecosystems. Wildland fires can also have direct economic implications due to large fire suppression costs (OFCM, 2005). The frequency and severity of these extreme events are expected to be altered by climate change.

In a review of fire activity in the western United States from 1974 to 2004, Westerling et al. (2006) found that both the frequency of large wildfires and fire season length increased substantially after 1985, and that these changes were correlated with advances in the timing of spring snowmelt and increases in spring and summer air temperatures. They concluded that earlier spring snowmelt contributed to greater wildfire frequency by extending the period during which ignitions could potentially occur and by reducing water availability to ecosystems in mid-summer, thus enhancing drying of vegetation and surface fuels (Westerling et al., 2006). These trends in increased fire size correspond with the increased cost of fire suppression (Calkin et al., 2005).

Fire activity also has increased in recent decades in boreal forests across North America as more than twice as much area burned during the 1980s and 1990s than during the 1960s and 1970s. As in the western United States, a key predictor of burned area in boreal North America is air temperature, with warmer summer temperatures causing an increase in burned area on both interannual and decadal time scales (Gillett et al., 2004, Duffy et al., 2005, Flannigan et al., 2005 in Field et al., 2007). In Alaska, for example, June air temperatures alone explained approximately 38% of the variance of the natural log of annual burned area during 1950 to 2003 (Duffy et al., 2005).

The IPCC (Field et al., 2007) noted a number of observed changes to U.S. wildfire size and frequency, often associating these changes with changes in average temperatures:

- Since 1980, an average of about 22,000 km$^2$ per year (13,700 mi$^2$ per year) has burned in wildfires, almost twice the 1920 to 1980 average of about 13,000 km$^2$ per year (8,080 mi$^2$ per year) (Schoennagel et al., 2004).
- The forested area burned in the western United States from 1987 to 2003 is 6.7 times the area burned from 1970 to 1986 (Westerling et al., 2006).
- Human vulnerability to wildfires has increased, with a rising population in the wildland–urban interface.
- In the last three decades, the wildfire season in the western United States increased by 78 days, and burn durations of fires greater than 1,000 hectares (2,470 acres) have increased from 7.5 to 37.1 days, in response to a spring/summer warming of 0.87 °C (Westerling et al., 2006).
- Earlier spring snowmelt has led to longer growing seasons and drought, especially at higher elevations, where the increase in wildfire activity has been greatest (Westerling et al., 2006).

- In the southwestern United States, fire activity is correlated with ENSO positive phases and higher Palmer Drought Severity Indices (Kitzberger et al., 2001; McKenzie et al., 2004).[46]

These findings led the IPCC to conclude (Field et al., 2007): "Disturbances such as wildfire and insect outbreaks are increasing and are *likely* to intensify in a warmer future with drier soils and longer growing seasons (*very high confidence*)."

This conclusion is supported by findings reported in SAP 4.3. Ryan et al. (2008) found that several lines of evidence suggest that large, stand-replacing wildfires are expected to increase in frequency over the next several decades because of climate. Historical records unequivocally show that warmer and drier periods during the last millennium are associated with more frequent and severe wildfires in western forests. General circulation model (GCM) projections of future climate during 2010 to 2029 suggest that the number of low-humidity days (and high fire danger days) will increase across much of the western United States, allowing for more wildfire activity with the assumption that fuel densities and land management strategies remain the same (Flannigan et al., 2000; Brown et al., 2004). Flannigan et al. (2000) used two GCM simulations of future climate to calculate a seasonal severity rating related to fire intensity and difficulty of fire control. Depending on the GCM used, forest fire seasonal severity rating in the Southeast is projected to increase from 10 to 30%, and from 10 to 20% in the Northeast by 2060. Other biome models used with a variety of GCM climate projections simulate a larger increase in fire activity and biomass loss in the Southeast, sufficient to convert the southernmost closed-canopy Southeast forests to savannas (Bachelet et al., 2001).

In SAP 4.3, Ryan et al. (2008) found that in grasslands, particularly arid lands, non-native plant invasions, promoted by enhanced nitrogen deposition (Fenn et al., 2003) and increased anthropogenic disturbance (Wisdom et al., 2005), will have a major impact on how arid land ecosystems respond to climate and climate change. Once established, non-native annual and perennial grasses can create a continuous load of fine fuels in areas where vegetation historically occurred in patches across the landscape. This results in a changed fire regime and predisposes arid lands to fires more frequent and intense than those with which they evolved.

Not only will an increase in fire activity result in a greater area of disturbance, fire emissions across North America will have important consequences for climate forcing agents, air quality, and ecosystem services. More frequent fire will increase emissions of greenhouse gases and aerosols (Amiro et al., 2001 in Ryan et al., 2008) and increase deposition of black carbon aerosols on snow and sea ice (Flanner et al., 2007 in Ryan et al., 2008). Even though many forests will regrow and sequester the carbon released in the fire, forests burned in the next few decades can be sources of $CO_2$ for decades and not recover the carbon lost for centuries (Kashian et al., 2006 in Ryan et al., 2008)

## Insects and pathogens

Insects and diseases are a natural part of forested ecosystems; they are nearly always present at endemic levels within terrestrial ecosystems. However, when conditions are right, their

---

[46] The Palmer Drought Severity Index is used by the National Oceanic and Atmospheric Administration and uses a formula that includes temperature and rainfall to determine dryness. It is most effective in determining long-term drought.

populations increase dramatically to epidemic levels with a concomitant increase in the damage they produce. Their effects vary from defoliation and retarded growth, to reduction in timber quality, to massive forest diebacks. Insect lifecycles are sensitive to climate variables and can be a factor in determining when they increase to epidemic levels.

Ryan et al. (2008) noted that insects and pathogens affect more area annually than any other disturbance event. Outbreaks are estimated to result in $1.5 billion annually in losses to U.S. forest ecosystems (Dale et al., 2001). Extensive reviews of the effects of climate change on insects and pathogens have reported many cases where climate change has affected and/or will affect forest insect species range and abundance (Ayres and Lombardero, 2000; Malmström and Raffa, 2000; Bale et al., 2002). Ryan et al. (2008) cite the following examples of major outbreaks in recent years:

- Two mountain pine beetle outbreaks affected more than 10 million hectares (Mha) of forest in British Columbia (Taylor et al., 2006) and another 267,000 ha in Colorado (Colorado State Forest Service, 2007).
- More than 1.5 Mha of forest was attacked by spruce beetle in southern Alaska and western Canada (Berg et al., 2006).
- Greater than 1.2 Mha of pinyon pine mortality occurred because of extreme drought, coupled with an ips beetle outbreak in the Southwest (Breshears et al., 2005).
- Ecologically important whitebark pine is being attacked by mountain pine beetle in the northern and central Rockies (Logan and Powell, 2001). For example, almost 70,000 ha, or 17%, of whitebark pine forest in the Greater Yellowstone Ecosystem is infested by mountain pine beetle (Gibson, 2006).

Climate plays a major role in driving, or at least influencing, infestations of these important forest insect species in the United States (e.g., Holsten et al., 1999; Logan et al., 2003; Carroll et al., 2004; Tran et al., in press in Ryan et al., 2008), and the evidence suggests these recent large outbreaks are influenced by observed increases in temperature. Specifically, temperature controls lifecycle development rates, influences synchronization of mass attacks required to overcome tree defenses, and determines winter mortality rates and suitable range (Hansen et al., 2001; Logan and Powell, 2001; Hansen and Bentz, 2003; Tran et al., in press in Ryan et al., 2008). In addition, warming trends in the United States have also resulted in a longer period of activity for insects and proliferation of some species, such as the mountain pine beetle (Easterling et al., 2007). Changing climatic conditions may also affect insect outbreaks by affecting the overall health and productivity of trees. Specifically, drought stress, resulting from decreased precipitation and/or warming, reduces the ability of a tree to mount a defense against insect attack (Carroll et al., 2004; Breshears et al., 2005 in Ryan et al., 2008).

Research reviewed by Ryan et al. (2008) suggests that warming temperatures are expected to result in an expansion of suitable range for mountain pine beetle (Logan and Powell, 2001) and southern pine beetle (Ungerer et al., 1999) and increase the probability of spruce beetle outbreak (Logan et al., 2003). Climate change also appears to be encouraging the expansion of non-native insects, including the hemlock woolly adelgid (Parker et al., 1999) and the gypsy moth (Logan et al., 2003).

**Storm events**

While less is known about the effects of storms, it is expected that tree mortality resulting from storms would reduce future carbon sequestration. Ryan et al. (2008) cited recent analyses that demonstrated that a single Category 3 hurricane or severe ice storm could each transfer to the decomposable pool the equivalent of 10% of the carbon the United States sequesters annually, with subsequent reductions in sequestration caused by damage to forest stands (McNulty, 2002; H. McCarthy et al., 2006 in Ryan et al., 2008). For example, Hurricanes Rita and Katrina together damaged a total of 2,200 ha and 63 million cubic meters of timber volume (Stanturf et al., 2007). When decomposed over the next several years, this will release a total of 105 Tg carbon into the atmosphere, roughly equal to the annual net sink for U.S. forests (Chambers et al., 2007).

The IPCC (Field et al., 2007) found with *high confidence* that, across North America, impacts of climate change on commercial forestry potential are *likely* to be sensitive to changes in disturbances from insects and diseases, as well as wildfires.

## V.3.e Species composition

**Forest composition**

Climate change and associated changes in disturbance regimes will result in shifts in the distributions of tree species and the composition of forest stands. With warming, forests will extend further north and to higher elevations. Over currently dry regions, increased precipitation may allow forests to displace grasslands and savannas. Changes in forest composition in turn can alter the frequencies, intensities, and impacts of disturbances such as fire, insect outbreaks, and disease.

In Alaska and neighboring Arctic regions, there is strong evidence of recent vegetation composition change, as outlined by the IPCC (Anisimov et al., 2007 and references therein):

- Aerial photographs show increased shrub abundance in 70% of 200 locations.
- Along the Arctic to subarctic boundary, the tree line has moved about 10 km (6 mi) northwards, and 2% of Alaskan tundra on the Seward Peninsula has been displaced by forest in the past 50 years.
- The pattern of northward and upward tree line advances is comparable with earlier Holocene changes.
- Analyses of satellite images indicate that the length of the growing season is increasing by three days per decade in Alaska.

Likely rates of migration northward and to higher elevations are uncertain and depend not only on climate change, but also on future land use patterns and habitat fragmentation, which can impede seed source and species migration. Moreover, given that many plants are long-lived, species are expected to continue to persist for some time in their previous ranges despite changing conditions. Bioclimatic modeling based on outputs from five GCMs suggests that, over the next century, tree species richness will decrease in most parts of the conterminous United States, even though long-term trends (millennia) ultimately favor increased richness in some locations (Field et al., 2007). The Arctic Climate Impact Assessment (ACIA, 2004) also concluded that vegetation zones are projected to migrate northward, with forests encroaching on

tundra and tundra encroaching on polar deserts. Limitations in amount and quality of soils are expected to hinder these poleward shifts.

## Grassland and shrubland composition

Generally, these ecosystems have a long history of land management including grazing, fire suppression, and preferential management for particular species. These activities have a strong influence on the current species composition. For example, in some cases fire suppression has resulted in encroachment by trees from surrounding forests or upland slopes (e.g., juniper encroachment in the sagebrush steppe in the western United States). Research suggests increasing atmospheric $CO_2$ levels may promote the conversion of savannas to greater tree dominance (Bond et al., 2003).

In many regions, particularly arid lands of the United States, species composition is being markedly affected by invasions of non-native grasses. As noted above, such changes can have marked effects on the disturbance regime. Indeed, SAP 4.3 (Ryan et al., 2008) found that in arid lands of the United States, non-native grasses often act as 'transformer species' (Richardson et al., 2000; Grice, 2006) in that they change the character, condition, form, or nature of a natural ecosystem over substantial areas. Land use and climate markedly influence the probability, rate, and pattern of alien species invasion, and future change in each of these drivers will interact to strongly affect scenarios of plant invasion and ecosystem transformation (Sala et al., 2000; Walther et al., 2002; Hastings et al., 2005). Plant invasions are strongly influenced by seed dispersal and resource availability, but disturbance and abrupt climatic changes also play key roles (Clarke et al., 2005). Changes in ecosystem susceptibility to invasion by non-native plants may be expected with changes in climate (Ibarra et al., 1995; Mau-Crimmins et al., 2006), $CO_2$ (Smith et al., 2000; Nagel et al., 2004), and nitrogen deposition (Fenn et al., 2003). Elevation gradients have also been shown to influence the spread of invasive species. For cheatgrass, a common exotic annual in the Great Basin, the rate of invasion is related to temperature at higher elevations and soil water availability at lower elevations. Increased variability in soil moisture and reductions in perennial herbaceous cover also increased susceptibility of low-elevation sites to cheatgrass invasion (Chambers et al., 2007).

As noted in SAP 4.3 (Ryan et al., 2008), non-native plant invasions, promoted by enhanced nitrogen deposition (Fenn et al., 2003) and increased anthropogenic disturbance (Wisdom et al., 2005), will have a major impact on how arid land ecosystems respond to climate and climate change. Once established, non-native annual and perennial grasses can generate massive, high-continuity fine-fuel loads that predispose arid lands to fires more frequent and intense than those with which they evolved. The result is the potential for desert scrub, shrub–steppe, and desert grassland/savanna biotic communities to be quickly and radically transformed into monocultures of invasive grasses over large areas. This is already well underway in the cold desert region (Knapp, 1998) and is in its early stages in hot deserts (Williams and Baruch, 2000; Kupfer and Miller, 2005; Salo, 2005; Mau-Crimmins et al., 2006). By virtue of their profound impact on the fire regime and hydrology, invasive plants in arid lands are expected to exceed direct climate impacts on native vegetation where they gain dominance (Clarke et al., 2005).

Chronic disturbance, such as grazing, will also affect rates of ecosystem change in response to changing climatic conditions because it reduces vegetation resistance to slow, long-term changes

in climate (Cole, 1985; Overpeck et al., 1990). Plant communities dominated by long-lived perennials may exhibit considerable biological inertia, and changes in community composition may lag behind significant changes in climate.

## V.4 Water Resources

Water is vital for all life and is essential to the health and welfare of ecosystems as well as human and social systems. Historically, the availability of water has played an important role in shaping plant, animal, and human communities. Most of the Earth's water is contained in the oceans; only 3% is freshwater. Of this 3%, a majority (68.7%) is frozen in ice caps and glaciers while the remainder is split between groundwater (approximately 30%) and surface water (approximately 0.3%). Given water's importance, plant, animal, and human communities are all sensitive to variations in the availability, storage, fluxes, and quality of surface and groundwater. These, in turn, are sensitive to climate change.

In SAP 4.3, Lettenmaier et al. (2008) found that water resource systems have been designed and operated to maintain a reliable supply despite the wide variability that can exist in water availability, primarily that of surface water, over days to months and years. However, these approaches are all based on a similar assumption known as stationarity, in which natural systems are assumed to fluctuate within a range of known conditions based on the historical record. However, as noted by Arnell (2002), Lettenmaier (2003), Milly et al. (2008), and others, in the era of climate change this assumption is no longer tenable. Kundzewicz et al. (2007) found that because water infrastructure (e.g., dikes and pipelines) has been designed for stationary climatic conditions, the global population is highly vulnerable to climate change impacts on freshwater resources.

The IPCC (Kundzewicz et al., 2007) found that climate change is one of many factors exerting pressure on existing freshwater systems. Other factors include water pollution, damming of rivers, wetland drainage, reduction in streamflow, and lowering of the groundwater table (e.g., due to irrigation). The authors conclude that while climate-related changes have been small compared to these other pressures to date, climate change is expected to result in increasing effects in the future. Ultimately, each of these factors influences the availability of and access to freshwater. In this section, we review effects of global change on water supply, water quality, and extreme events, and explore the implications for water use.

In regards to the hydrologic observing systems on which these sections are based, Lettenmaier et al. (2008) found that the current hydrologic observing system was not designed specifically for the purpose of detecting the effects of climate change on water resources. In many cases, the resulting data are unable to meet the predictive challenges of a rapidly changing climate.

Overall, the IPCC (Kundzewicz et al., 2007) made the following conclusions:
- The negative impacts of climate change on freshwater systems outweigh the benefits (*high confidence*).
- All IPCC regions show an overall net negative impact of climate change on water resources and freshwater ecosystems (*high confidence*).

- Areas in which runoff is projected to decline are *likely* to face a reduction in the value of the services provided by water resources (*very high confidence*).
- The beneficial impacts of increased annual runoff in other areas will be tempered by the negative effects of increased precipitation variability and seasonal runoff shifts on water supply, water quality, and flood risks (*high confidence*).
- The impacts of climate change on freshwater systems and their management are mainly due to the observed and projected increases in temperature, sea level, and precipitation variability (*very high confidence*).
- More than one-sixth of the world's population lives in glacier- or snowmelt-fed river basins and will be affected by the seasonal shift in streamflow, an increase in the ratio of winter to annual flows, and possibly the reduction in low flows caused by decreased glacier extent or snow water storage (*high confidence*).

## V.4.a Water supply and precipitation

### Surface water and precipitation

The primary driver of the land surface hydrologic system is precipitation. Current vulnerabilities of the system are strongly tied to precipitation variability. Observed trends in both are reviewed here. In the IPCC Fourth Assessment Report, Kundzewicz et al. (2007) found that climate-induced changes in river flows and lake and wetland levels depend on changes in the volume, timing, and intensity of precipitation and snowmelt, as well as the amount of precipitation falling as snow or rain (Chiew, 2007). Precipitation is expected to increase globally with important regional variations. Current observations show increased precipitation over land north of 30° N from 1901 to 2005 and decreases over land between 10° S and 30° N after the 1970s. Snow cover and glaciers are decreasing in most regions, particularly in spring. Permafrost is thawing between 0.02 m per year (Alaska) and 0.4 m per year (Tibetan Plateau). In many cases, precipitation may be more variable, with increases in one season followed by decreases in another. Intensified droughts have been observed in some drier regions since the 1970s. Changes in evapotranspiration driven by temperature, radiation, atmospheric humidity, increased atmospheric $CO_2$ concentration, and wind speed can offset small increases in precipitation and intensify the effects of decreased precipitation on surface waters.

As noted in Kundzewicz et al. (2007), effects vary across catchments depending on specific physical, hydrological, and geological characteristics. Current observations have identified highly variable streamflows globally, with increases in some basins and declines in others. Warming temperatures have resulted in earlier spring peak flows and increased winter base flows in North America and Eurasia. Catchments that are already stressed due to non-climatic drivers are highly vulnerable to additional impacts. In addition, vulnerability to precipitation variability is highest in semi-arid and arid low-income countries, where precipitation and streamflow are concentrated over a few months, and where year-to-year variations are high (Lenton, 2004). Without adequate storage infrastructure, these regions are highly vulnerable to current climate variability and expected increases in variability with future climate change.

Human water use has resulted in reduced water levels in many lakes worldwide. In some cases, declining precipitation was also a significant cause (e.g., in the case of Lake Chad, where both

decreased precipitation and increased human water use account for the observed decrease in lake area since the 1960s) (Coe and Foley, 2001 in Kundzewicz et al., 2007). For the many lakes, rivers, and wetlands that have shrunk mainly due to human water use and drainage, climate change is expected to exacerbate the situation if it results in reduced net water availability (precipitation minus evapotranspiration). Observations have also identified warming lake temperatures and reduction in ice cover on lakes worldwide.

Surface water availability and precipitation differ greatly across the United States. Generally, conditions become increasingly dry from east to west. However, conditions in the upslope areas of the Cascade and coastal mountain ranges, especially in the Pacific Northwest, are much more humid (Lettenmaier et al., 2008). The driest climates occur in the Intermountain West and the Southwest. Precipitation variability follows similar trends with less variability in the humid areas (eastern United States and Pacific Northwest) and the greatest variability in the arid and semi-arid West (Lettenmaier et al., 2008). The IPCC (Kundzewicz et al., 2007) concluded with *high confidence* that semi-arid and arid areas are particularly exposed to the impacts of climate change on freshwater.

Specific to the United States, the IPCC identified the following trends in surface water supply, precipitation patterns, and snowpack (Field et al., 2007):

- Streamflow in the eastern United States has increased 25% in the last 60 years (Groisman et al., 2004), but over the last century has decreased by about 2% per decade in the central Rocky Mountain region (Rood et al., 2005).
- Since 1950, stream discharge in both the Colorado and Columbia River Basins has decreased, while over the same time period annual evapotranspiration from the conterminous United States increased by 55 mm (Walter et al., 2004).
- In regions with winter snow, warming has shifted the magnitude and timing of hydrologic events (Mote et al., 2005; Regonda et al., 2005; Stewart et al., 2005). The fraction of annual precipitation falling as rain (rather than snow) increased at 74% of the weather stations studied in the western mountains of the United States from 1949 to 2004 (Knowles et al., 2006).
- In Canada, warming from 1900 to 2003 led to a decrease in total precipitation as snowfall in the West and on the Prairies (Vincent and Mekis, 2006).
- Spring and summer snow cover has decreased in the U.S. West (Groisman et al., 2004). April snow water equivalent has declined 15 to 30% since 1950 in the western mountains of North America, particularly at lower elevations and primarily due to warming rather than changes in precipitation (see Mote et al., 2003, 2005; Lemke et al., 2007).
- Streamflow peaks in the snowmelt-dominated western mountains of the United States occurred one to four weeks earlier in 2002 than in 1948 (Stewart et al., 2005).
- Breakup of river and lake ice across North America has advanced by 0.2 to 12.9 days over the last 100 years (Magnuson et al., 2000).

As reported in Lettenmaier et al. (2008), Mauget (2003) analyzed data from 167 stream gauge stations over the period 1939 to 1998 and found increasing streamflows over time in the eastern United States with a more or less reverse pattern in the western United States, with an onset of dry conditions beginning in the 1980s. Similar to global observations, U.S. effects will vary from region to region.

As for the Arctic, research reviewed in the Arctic Climate Impact Assessment concluded that precipitation has increased by about 1% per decade over the past century although the results are highly variable spatially (ACIA, 2005). Much of the increase has fallen as rain, with the largest increases occurring in autumn and winter. The ice season has been reduced by one to three weeks in some areas from a combination of later freeze-up and earlier breakup of river and lake ice. Glaciers throughout North America are melting. Alaskan glaciers are melting particularly fast and represent about half of the estimated loss of glacial mass worldwide (ACIA, 2004). Permafrost plays an important role in providing an impermeable surface and forming lakes and ponds. The spatial pattern of lake disappearance strongly suggests that permafrost thawing is driving the changes. In the Arctic, river discharge to the ocean has increased during the past few decades, and peak flows in the spring are occurring earlier. These changes are projected to accelerate with future climate change. Snow cover extent in Alaska is projected to decrease by 10 to 20% by the 2070s, with greatest declines in spring (ACIA, 2004).

## Projected impacts

Reviewing the research on these trends, Lettenmaier et al. (2008) drew the following conclusions in SAP 4.3:

- There is a trend toward reduced mountain snowpack and earlier spring snowmelt runoff peaks across much of the western United States. Evidence suggests this trend is very likely attributable, at least in part, to long-term warming, although some part may have been played by decadal-scale variability, including a shift in the PDO in the late 1970s. Where shifts to earlier snowmelt peaks and reduced summer and fall low flows have already been detected, continuing shifts in this direction are expected and may have substantial impacts on the performance of reservoir systems.

- The most recent (IPCC Fourth Assessment Report) climate model simulations project increased runoff over the eastern United States, gradually transitioning to little change in the Missouri and lower Mississippi, to substantial decreases in annual runoff in the interior of the West (Colorado and Great Basin). The projected drying in the interior of the West is quite consistent among models. These changes are, very roughly, consistent with observed trends in the second half of the 20th century, which show increased streamflow over most of the United States, but sporadic decreases in the West.

- Snowpacks in the mountainous headwaters regions of the western United States generally declined over the second half of the 20th century, especially at lower elevations and in locations where average winter temperatures are close to or above 0 °C. These trends toward reduced winter snow accumulation and earlier spring melt are also reflected in a tendency toward earlier runoff peaks in the spring, a shift that has not occurred in rainfall-dominated watersheds in the same region.

- Climate model projections of increased temperatures and slight precipitation increases indicate that modest streamflow increases are expected in the East, but that larger (in absolute value) declines are expected in the West, where the balance between precipitation and evaporative demand changes will be dominated by increased evaporative demand. However, because of the uncertainty in climate model projections of precipitation change, future projections of streamflow are highly uncertain across most of the United States. One exception is watersheds that are dominated by spring and summer snowmelt, most of which

are in the western United States. In these cases, where shifts to earlier snowmelt peaks and reduced summer and fall low flows have already begun to be detected, continuing shifts in this direction are generally expected and may have substantial impacts on the performance of reservoir systems.

## V.4.b Groundwater

In SAP 4.3, Lettenmaier et al. (2008) found that relatively few studies have assessed the sensitivity of groundwater systems to a changing climate. Reviewing the available literature (e.g., Vaccaro, 1992; Loaiciga et al., 2000; Hanson and Dettinger, 2005; Scibek and Allen, 2006; Gurdak et al., 2007), the authors concluded that the ability to predict the effects of climate and climate change on groundwater systems is nowhere near as advanced as for surface water systems.

The available research suggests that groundwater systems generally respond more slowly to climate change than surface water systems. In general, groundwater levels correlate most strongly with precipitation, but temperature becomes more important for shallow aquifers, especially during warm periods. With climate change, availability of groundwater is expected to be influenced by changes in withdrawals (reflecting development, human and agricultural demand, and availability of other sources) and recharge (determined by temperature, timing, and amount of precipitation, and surface water interactions) (*medium confidence*) (Kundzewicz et al., 2007). In general, simulated aquifer levels respond to changes in temperature, precipitation, and the level of withdrawal.

According to the IPCC, base flows were found to decrease in scenarios that are drier or have higher pumping rates, and increase in wetter scenarios on average across world regions (Kundzewicz et al., 2007). The IPCC projects that efforts to offset declining surface water availability due to increasing precipitation variability will be hampered by the fact that groundwater recharge will decrease considerably in some already water-stressed regions (*high confidence*) where vulnerability is often exacerbated by the rapid increase in population and water demand (*very high confidence*). This is expected to be particularly acute in some water-stressed regions, such as the southwestern United States. Projections for the Ogallala aquifer region show that natural groundwater recharge decreases more than 20% in all simulations with different climate models and future warming scenarios of 2.5 °C or greater (Field et al., 2007). Groundwater resources can also be adversely impacted in coastal areas by saltwater intrusion from sea level rise. In addition, they conclude that sea level rise will extend areas of salinization of groundwater and estuaries, resulting in a decrease in freshwater availability for humans and ecosystems in coastal areas (*very high confidence*) (Kundzewicz et al., 2007).

## V.4.c Water quality
(adapted largely from Lettenmaier et al., 2008)

Water quality reflects the chemical inputs from the air and landscape and their biogeochemical transformation within the water (Murdoch et al., 2000). A warming climate may influence water quality through increased water temperatures and modification of regional patterns of precipitation. However, most water quality changes observed so far across the continental United

States are likely attributable to causes other than climate change (Lettenmaier et al., 2008). Attribution of changes in water quality to climate impacts is difficult as water quality is sensitive to other human activities, particularly land use practices that alter landscapes and modify the flux of water as well as its thermal and nutrient characteristics.

Lettenmaier et al. (2008) found that two main factors that influence water quality are temperature and water quantity. Higher temperatures enhance rates of biogeochemical transformation and physiological processes of aquatic plants and animals. As temperatures increase, the ability of water to hold dissolved oxygen declines, with potential negative impacts on aquatic organisms. High nutrient loads can also contribute to anoxic conditions. Increased streamflow can dilute nutrient concentrations and thus diminish excessive biological production. However, higher flows can flush excess nutrients from sources of origin in a stream. The overall balance of these competing effects in a changing climate is not yet known.

Most studies examining the responses of water quality over time have focused on nutrient loading. Ramstack et al. (2004) reconstructed water chemistry before European settlement for 55 Minnesota lakes. They found that lakes in forested regions showed very little change in water quality since 1800. By contrast, about 30% of urban lakes and agricultural lakes showed significant increases in chloride (urban) or phosphorus (agricultural). These results indicate the strong influence of land use on water quality indicators.

Recent historical assessments of changes in water quality due to temperature trends have largely focused on salmonid fishes in the western United States (e.g., Bartholow, 2005; Crozier and Zabel, 2006 in Lettenmaier et al., 2008). Increases in water temperature can influence salmon by negatively affecting different life stages. This research suggests that smaller snowpacks that reduce autumn flows and cause higher water temperatures are expected to reduce salmon survival. Petersen and Kitchell (2001) found that warmer water temperatures are also associated with an expected higher mortality rate of young salmon due to fish predators.

Studies reviewed by the IPCC (Field et al., 2007; Kundzewicz et al., 2007) provide the following conclusions. In lakes and reservoirs, climate change effects are primarily caused by water temperature variations (caused by climate change or thermal pollution as a result of higher demand for cooling water in the energy sector) affecting dissolved oxygen regimes, redox potentials,[47] lake stratification, mixing rates, and the development of aquatic biota. In addition, increasing water temperature reduces the self-purification capacity of rivers by decreasing the amount of dissolved oxygen available for biodegradation. Simulations of future North American surface and bottom water temperatures of lakes, reservoirs, rivers, and estuaries consistently show increases of 2 °C to 7 °C, with summer surface temperatures exceeding 30 °C in midwestern and southern lakes and reservoirs. The IPCC projects that warming is *likely* to extend and intensify summer thermal stratification in surface waters, further contributing to oxygen depletion (Field et al., 2007 and references therein).

Higher water temperatures, increased precipitation intensity, and longer periods of low flows exacerbate many forms of water pollution and can affect ecosystems, human health, and water system reliability and operating costs. Pollutants of concern in this case include sediment,

---

[47] Redox potential is defined as the tendency of a chemical species to acquire electrons and therefore be reduced.

nutrients, organic matter, pathogens, pesticides, salt, and thermal pollution (Kundzewicz et al., 2007). Elevated surface water temperatures will promote algal blooms and increases in bacteria and fungi levels. The frequency of heavy precipitation events in the United States have increased through the 1990s (Field et al., 2007). Increases in intense rain events result in the introduction of more sediment, nutrients, pathogens, and toxics into water bodies from non-point sources. Increasing nutrient and sediment loads (due to more intense runoff events) will negatively affect water quality, possibly rendering a source unusable unless special treatment is introduced. Intense rainfall will lead to increases in suspended solids (turbidity) and pollutant levels in water bodies due to soil erosion (Kundzewicz et al., 2007). Even with enhanced phosphorus removal in wastewater treatment plants, algal growth in water bodies may increase with warming over the long term. Conditions are exacerbated during low flow conditions where small water quantities result in less dilution and greater concentrations of pollutants. In addition, fluctuating levels of lakes and reservoirs can reduce water quality through resuspension of bottom sediments and liberating compounds (Field et al., 2007).

The IPCC reviewed a number of region-specific studies on U.S. water quality and made the following projections (Field et al., 2007; Kundzewicz et al., 2007):

- Changes in precipitation may increase nitrogen loads from rivers in the Chesapeake and Delaware Bay regions by up to 50% by 2030 (Kundzewicz et al., 2007).
- Decreases in snow cover and increases in winter rain on bare soil will *likely* lengthen the erosion season and enhance erosion intensity. This will increase the potential for sediment-related water quality impacts in agricultural areas (Field et al., 2007).
- Increased rainfall amounts and intensities will lead to greater rates of erosion within the United States and in other regions unless protection measures are taken (Kundzewicz et al., 2007). Soil management practices (e.g., crop residue, no-till) in some regions (e.g., the Corn Belt) may not provide sufficient erosion protection against future intense precipitation and associated runoff (Field et al., 2007).
- For the Midwest, in simulated low flows used to develop pollutant discharge limits (Total Maximum Daily Loads) flows decrease over 60% with a 25% decrease in mean precipitation, reaching up to 100% with the incorporation of irrigation demands (Eheart et al., 1999).
- Restoration of beneficial uses (e.g., to address habitat loss, eutrophication, beach closures) under the Great Lakes Water Quality Agreement will *likely* be vulnerable to declines in water levels, warmer water temperatures, and more intense precipitation (Mortsch et al., 2003).
- Based on simulations, phosphorus remediation targets for the Bay of Quinte (Lake Ontario) and the surrounding watershed could be compromised as 3 to 4 °C warmer water temperatures contribute to 77 to 98% increases in summer phosphorus concentrations in the bay (Nicholls, 1999), and as changes in precipitation, streamflow, and erosion lead to increases in average phosphorus concentrations in streams of 25 to 35% (Walker, 2001).

The IPCC (Kundzewicz et al., 2007) concluded that, globally, higher water temperatures, increased precipitation intensity, and longer periods of low flows exacerbate many forms of water pollution, affecting ecosystems, human health, and water system reliability and operating costs (*high confidence*). For North America, they also concluded that climate change is *likely* to make it more difficult to achieve existing water quality goals for sediment (*high confidence*) (Field et al., 2007).

## V.4.d Extreme events

Higher temperatures increase the water-holding capacity of the atmosphere and encourage greater evaporation, resulting in conditions that favor increased climate variability, with more intense precipitation and more droughts (Trenberth et al., 2003; Milly et al., 2008). A changing climate can influence the occurrence of floods and droughts. Many climatic and non-climatic drivers influence flood and drought impacts, including intense and/or long-lasting precipitation events, rapid snowmelt, dam failure, or reduced conveyance due to ice jams or landslides. Flood magnitude and spatial extent depend on the intensity, volume, and time of precipitation, and the antecedent conditions of rivers and their drainage basins (e.g., presence of snow and ice, soil composition, level of human development, existence of prevention infrastructure) (Kundzewicz et al., 2007).

Research reviewed by the IPCC (Kundzewicz et al., 2007) suggested that while research to date has not provided clear evidence for a climate-related trend in floods during the last decades, there is suggestive evidence that floods may have been affected by the observed increase in precipitation intensity and other observed climate changes (e.g., an increase in westerly weather patterns during winter over Europe) that lead to very rainy low-pressure systems that often trigger floods (Kron and Berz, 2007). Globally, the number of great inland flood catastrophes during the last 10 years (between 1996 and 2005) is twice as large, per decade, as between 1950 and 1980, while economic losses have increased by a factor of five (Kron and Berz, 2007). The increase in flood damage is primarily driven by an increase in population and wealth in vulnerable areas and changes in land use. Floods have been the most reported natural disaster events in Africa, Asia, and Europe, and have affected more people across the globe (140 million per year on average) than all other natural disasters (WDR, 2003, 2004). In Bangladesh, three extreme floods have occurred in the last two decades, and in 1998, about 70% of the country's area was inundated (Mirza, 2003; Clarke and King, 2004). In some river basins (e.g., the Elbe River Basin in Germany), increasing flood risk drives the strengthening of flood protection systems by structural means, with detrimental effects on riparian and aquatic ecosystems (Wechsung et al., 2005).

Globally, increased intensity and variability of precipitation is projected to increase the risks of flooding and drought in many areas (*high confidence*). Many of these areas (e.g., Mediterranean Basin, western United States, southern Africa, and northeastern Brazil) will suffer a decrease in water resources due to climate change (*very high confidence*) (Kundzewicz et al., 2007).

In the United States, precipitation intensity will increase across the country, particularly at middle and high latitudes where mean precipitation also increases. This will affect the risk of flash flooding and urban flooding in these regions (Kundzewicz et al., 2007). In general, projected changes in precipitation extremes are larger than changes in mean precipitation (Field et al., 2007).

Some studies project widespread increases in extreme precipitation with greater risks of not only flooding from intense precipitation, but also droughts from greater temporal variability in precipitation (Christensen et al., 2007). Droughts affect rain-fed agricultural production as well as water supply for domestic, industrial, and agricultural purposes. Globally, some semi-arid and

sub-humid regions (e.g., Australia, western United States, southern Canada, and the Sahel) have suffered from more intense and multi-annual droughts, highlighting the vulnerability of these regions to the increased drought occurrence that is expected in the future due to climate change (Nicholson, 2005).

Across North America, vulnerability to extended drought is increasing as population growth and economic development create more demands from agricultural, municipal, and industrial uses, resulting in frequent over-allocation of water resources (Alberta Environment, 2002; Morehouse et al., 2002; Postel and Richter, 2003; Pulwarty et al., 2005 in Field et al., 2007). While much of the United States has experienced increases in precipitation and streamflow, there is some evidence of long-term drying and increases in drought severity and duration in the West and Southwest. This is probably due to a combination of decadal-scale climate variability and long-term change (Lettenmaier et al., 2008). However, the eastern regions are also vulnerable to droughts and attendant reductions in water supply, changes in water quality and ecosystem function, and challenges in allocation (Dupigny-Giroux, 2001; Bonsal et al., 2004; Wheaton et al., 2005).

Projections for the western mountains of the United States suggest that warming, and changes in the form, timing, and amount of precipitation will *very likely* lead to earlier melting and significant reductions in snowpack by the middle of the 21st century (*high confidence*; Field et al., 2007). In mountainous snowmelt-dominated watersheds, projections suggest advances in the timing of snowmelt runoff, increases in winter and early spring flows (raising flooding potential), and substantially decreased summer flows. Heavily utilized water systems of the western United States that rely on capturing snowmelt runoff, such as the Columbia River system, will be especially vulnerable (Field et al., 2007). Reduced snowpack has been identified as a major concern for the State of California (California Energy Commission, 2006b).

In SAP 4.3, Lettenmaier et al. (2008) found that U.S. consumptive use of water per capita has declined over the last two decades, primarily as a result of various improvements in water use efficiency related both to legal mandates and to water pricing, as well as some changes in water laws that have facilitated reallocation of water, particularly in the western United States and during droughts. Trends toward increased water use efficiency seem likely to continue in the coming decades. Pressures for reallocation of water will be greatest in areas of highest population growth, such as the Southwest. Declining water consumption, if it continues, will help mitigate the impacts of climate change on water resources.

There is evidence that much more severe droughts have occurred in North America prior to the instrumental record of roughly the last 100 years (Lettenmaier et al., 2008). For instance, Woodhouse and Overpeck (1998), using paleoclimatic indicators (primarily tree rings), find that many droughts over the last 2,000 years have eclipsed the major U.S. droughts of the 1930s and 1950s, with much more severe droughts occurring as recently as the 1600s. Although the nature of future drought stress remains unclear, for those areas where climate models suggest drying, such as the Southwest (e.g., Seager et al., 2007), droughts that are more severe than those encountered in the instrumental record may become increasingly likely.

In addition to the effects on water supply, extreme events, such as floods and droughts, are expected to reduce water quality. Increased erosion and runoff rates during flood events will wash pollutants (e.g., organic matter, fertilizers, pesticides, and heavy metals) from soils into water bodies, subsequently affecting species and ecosystems. During drought events, the lack of precipitation and subsequent low flow conditions will impair water quality by reducing the amount of water available to dilute pollutants. These effects from floods and droughts will make it more difficult to achieve pollutant discharge limits and water quality goals (Kundzewicz et al., 2007).

## V.4.e Implications for water users

On global water use, the IPCC (Kundzewicz et al., 2007) drew the following conclusions:
- Climate change affects the function and operation of existing water infrastructure as well as water management practices (*very high confidence*).
- Adverse effects of climate on freshwater systems aggravate the impacts of other stresses, such as population growth, changing economic activity, land use change, and urbanization (*very high confidence*).
- Globally, water demand will grow in the coming decades, primarily due to population growth and increased affluence. Regionally, large changes in irrigation water demand as a result of climate change are *likely* (*high confidence*).
- Current water management practices are *very likely* to be inadequate to reduce the negative impacts of climate change on water supply reliability, flood risk, health, energy, and aquatic ecosystems (*very high confidence*). Improved incorporation of current climate variability into water-related management would make adaptation to future climate change easier (*very high confidence*).

In the United States, many competing water uses will be adversely affected by climate change impacts on water supply and quality. The IPCC reviewed a number of studies describing the impacts of climate change on water uses in the United States that showed the following:
- Decreased water supply and lower water levels are *likely* to exacerbate challenges relating to navigation in the United States (Field et al., 2007). Some studies have found that low flow conditions may restrict ship loading in shallow ports and harbors (Kundzewicz et al., 2007). However, navigational benefits from climate change exist as well. For example, the navigation season for the Northern Sea Route is projected to increase from the current 20 to 30 days per year to 90 to 100 days by 2080 (ACIA, 2004).
- Climate change impacts on water supply and quality will affect agricultural practices, including the increase in irrigation demand in dry regions and the aggravation of non-point source water pollution (e.g., pollution from urban areas, roads, or agricultural fields) problems in areas susceptible to intense rainfall events and flooding (Field et al., 2007).
- The U.S. energy sector, which relies heavily on water for generation (hydropower) and cooling capacity, will be adversely impacted by changes in water supply and quality in reservoirs and other water bodies (Wilbanks et al., 2007a).

Less reliable supplies of water are expected to create challenges for managing urban water systems as well as for industries that depend on large volumes of water. U.S. water managers

currently anticipate local, regional, or statewide water shortages over the next 10 years. Threats to reliable supply are complicated by high population growth rates in western states where many resources are at or approaching full utilization. The IPCC (Field et al., 2007) reviewed several regional-level studies of climate change impacts on U.S. water management that showed the following:

- In the Great Lakes–St. Lawrence Basin, many, but not all, assessments project lower net basin supplies and lake water levels. Lower water levels are *likely* to influence many sectors, with multiple, interacting impacts. These impacts are projected with *high confidence*, in which atmosphere–lake interactions contribute to the uncertainty in assessment.
- Urban water supply systems in North America often draw water from considerable distances, so climate impacts need not be local to affect cities. By the 2020s, 41% of the water supply to southern California is *likely* to be vulnerable due to snowpack loss in the Sierra Nevada mountains and the Colorado River Basin.
- The New York area will *likely* experience greater water supply variability. New York City's system can *likely* adapt to future changes, but the region's smaller systems may be vulnerable, leading to a need for enhanced regional water distribution plans.

Drawing on these studies, the IPCC concluded that climate change will constrain North America's over-allocated water resources, increasing competition among agricultural, municipal, industrial, and ecological uses (*very high confidence*) (Field et al., 2007). Rising temperatures will diminish snowpack and increase evaporation, affecting seasonal availability of water. Higher demand from economic development, agriculture, and population growth will further limit surface and groundwater availability. In the Great Lakes and major river systems across the United States, lower water levels are *likely* to exacerbate challenges relating to water quality, navigation, recreation, hydropower generation, water transfers, and bi-national relationships.

In the Arctic, river discharge to the ocean has increased during the past few decades, and peak flows in the spring are occurring earlier. These changes are projected to accelerate with future climate change. Snow cover extent in Alaska is projected to decrease by 10 to 20% by the 2070s, with greatest declines in spring (ACIA, 2004).

The IPCC concluded with *high confidence* that under most climate change scenarios, water resources in small islands around the globe are *likely* to be seriously compromised (Mimura et al., 2007). Most small islands have a limited water supply, and water resources in these islands are especially vulnerable to future changes and distribution of rainfall. Reduced rainfall typically leads to decreased surface water supply and slower recharge rates of the freshwater lens,[48] which can result in prolonged drought impacts. Many islands in the Caribbean (which include the U.S. territories of Puerto Rico and U.S. Virgin Islands) are *likely* to experience increased water stress as a result of climate change. Under all SRES scenarios, reduced rainfall in summer is projected for the Caribbean, making it *unlikely* that the demand for water resources will be met. Increased rainfall in winter is *unlikely* to compensate for these water deficits due to lack of storage capacity (Mimura et al., 2007).

---

[48] A freshwater lens is defined as a relatively thin layer of freshwater within island aquifer systems that floats on an underlying mass of denser seawater. Numerous factors control the shape and thickness of the lens, including the rate of recharge from precipitation, island geometry, and geologic features such as the permeability of soil layers.

## V.5 Social Systems and Settlements

In their review of industry, settlement, and society, the IPCC found (Wilbanks et al., 2007a) that human systems include social, economic, and institutional structures and processes. These systems are influenced by multiple factors and stresses (e.g., access to financial resources, urbanization, demographic shifts) and weather and climate are often viewed as secondary benefits (Ocampo and Martin, 2003; Thomas and Twyman, 2005). Effects from a changing climate will be felt in settlements through interactions with these other factors, easing or aggravating multiple stresses and, potentially, pushing stressed systems across a threshold of sustainability (Wilbanks, 2003b in Wilbanks et al., 2007a). On the other hand, some U.S. settlements may find opportunities in climate change. For example, extended growing seasons may allow for greater agricultural productivity in some areas, while warmer winters could reduce cold exposure in northern states.

Climate sensitivity varies across settlements and industrial sectors. As noted by the IPCC, while it may appear that industrialized countries are well equipped to cope with gradual climate change at a national level, at a local level there may be substantial variability in climate effects and capacities to adapt (Environment Canada, 1997; Kates and Wilbanks, 2003; London Climate Change Partnership, 2004; O'Brien et al., 2004; Kirshen et al., 2006). According to Wilbanks et al. (2007a), "Industries, settlements and human society are accustomed to variability in environmental conditions, and in many ways they have become resilient to it when it is a part of their normal experience. Environmental changes that are more extreme or persistent than that experience, however, can lead to vulnerabilities, especially if the changes are not foreseen and/or if capacities for adaptation are limited." Moreover, vulnerability is greater when changes occur rapidly, resulting in a limited ability to plan for or cope with impacts (Gamble et al., 2008). However, effects from a changing climate can be positive as well as negative.

The IPCC identified three primary ways that climate and climate change affect human systems (Wilbanks et al., 2007a):

- Climate provides a context for a variety of climate-sensitive human activities ranging from agriculture to tourism. For instance, rivers fed by rainfall enable irrigation and transportation and can enrich or damage landscapes.
- Climate affects the cost of maintaining climate-controlled internal environments for human life and activity. Clearly, higher temperatures increase costs of cooling and reduce costs of heating. See additional discussion of energy effects in Section V.7.
- Climate interacts with other types of stresses on human systems, in some cases reducing stresses but in other cases exacerbating them. For example, drought can contribute to rural–urban migration, which, combined with population growth, increases stress on urban infrastructures and socioeconomic conditions.

To date, relatively limited research has been conducted specifically on the effects of climate change on U.S. settlements. SAP 4.6 drew on the available research to begin to examine emerging findings and identify areas and issues that merit further discussion. Accordingly, this section draws heavily from their analysis. Findings from the IPCC are also illustrated in the sections below.

## V.5.a U.S. population trends

An overview of population trends and settlement patterns provides a framework to understand impacts of global change on social systems, settlements, and welfare. In SAP 4.6, Gamble et al. (2008) found that a changing climate, interacting with changes in land use and demographics, has the capacity to affect important human activities. This section begins by briefly exploring demographic trends expected to be affected by changes in temperature, precipitation, and extreme climate-related events.

The U.S. Census Bureau (2000a,b, 2002, 2005, 2007) provides the following description of national population trends:

- Since 1980, the U.S. population has grown by more than 40 million.
- This growth has been unevenly distributed around the Nation. More than 500 U.S. counties lost population over this time frame (with a total reduction of more than 2 million people). In addition, a small number of counties (40) accounted for more than half the growth (from either migration or natural increase).
- Over the next 25 years the United States is expected grow by more than 60 million people. This growth is also expected to be distributed unevenly across the country. Seven states are expected to account for more than two-thirds of this growth (Florida, Texas, California, Arizona, North Carolina, Georgia, and Washington).
- The majority of the total growth is also expected to take place in large urban areas and coastal counties, while many rural and urban fringe counties are expected to experience rapid growth in percentage terms.
- The U.S. population age 65 and over is expected to double in size within the next 25 years. By 2030, almost 1 out of 5 Americans—some 72 million people—will be 65 years or older. The age group 85 and older is now the fastest-growing segment of the U.S. population.

The greatest population growth between 2000 and 2005 occurred in western and southern states. The quickest growing states were Nevada (20.8%), Arizona (15.8%), Florida (11.3%), Georgia (10.8%), and Utah (10.6%). The growth in western states is expected to continue. Indeed, the 11 western states are expected to account for one-third of all U.S. population growth over the next 25 years (U.S. Census Bureau, 2005). One of the most pronounced trends over the past few decades has been movement toward coastal areas. This trend is also expected to continue in the future. In the following sections we explore interactions between these demographic trends and changing climatic variables.

## V.5.b Vulnerable communities

Vulnerability to climate changes varies across population segments and settlement areas. Some will be more sensitive to climate effects or ill equipped to undertake the necessary steps to adapt. This section addresses these issues from the community level, while Section V.6 emphasizes potential impacts on human health.

Vulnerability to or opportunities from climate change are related to three factors (Clark et al., 2000):

- Exposure: What effects will a place be exposed to (e.g., temperature or precipitation changes, changes in storm exposure and/or intensity, and changes in the sea level)?
- Sensitivity: If primary climate changes were to occur, how sensitive are the activities and populations of a settlement to those changes? For instance, a city dependent substantially on a regional agricultural or forestry economy might be considered more sensitive than a city whose economy is based mainly on an industrial sector less sensitive to climate variations.
- Adaptive capacity: If effects occur, what is the capability of a settlement to handle those impacts without disabling damages, perhaps even with new opportunities?

Vulnerability to the impacts of climate change is expected to vary across regions and settlements. Indeed, in many cases, vulnerability will vary based on specific characteristics of the settlement (Wilbanks et al., 2008). For example, some settlements are particularly vulnerable because of their location on or near coasts subject to storms and sea level rise or in areas at risk of other extreme events (e.g., wildfires). Some are already stressed by other forces that might interact with climate change effects, such as rapid population growth, aging physical infrastructures, poverty, and social friction. Some are considerably dependent on ecosystem services (e.g., snowpack as a source for water resources) or linkage systems, such as bridges or electric power lines, which could be vulnerable to impacts of climate change.

However, in SAP 4.6 Wilbanks et al. (2008) identify the following key concerns that transcend location:

- *Effects on health.* Higher temperatures in urban areas are related to higher concentrations of ground-level ozone, which has the potential to cause respiratory problems if not controlled. There is also some evidence that combined effects of heat stress and air pollution may be greater than simple additive effects (Patz and Balbus, 2001). Moreover, historical data show relationships between mortalities and temperature extremes (Rozenzweig and Solecki, 2001). Other health concerns include changes in exposure to water- and food-borne diseases, vector-borne diseases, concentrations of plant species associated with allergies, and exposures to extreme weather events such as storms, floods, and fires (discussed further in Section V.6).

- *Effects on water and other urban infrastructures.* Changes in precipitation patterns may lead to reductions in snowpack, river flows, groundwater levels, and in coastal areas to saline intrusion in rivers and groundwater, affecting water supply. In addition, warming may increase water demands (Kirshen, 2002; IPCC, 2007b). Moreover, storms, floods, and other severe weather events may affect other infrastructures, such as sanitation, transportation, supply lines for food and energy, and communication. Exposed structures such as bridges and electricity transmission networks are especially vulnerable. In many cases, infrastructures are interconnected—an impact on one can also affect other sectors and locations (Kirshen et al., forthcoming). For example, an interruption in energy supply in particular locations may result in increased heat stress for vulnerable populations who rely on electricity for cooling (Ruth et al., 2006).

- *Effects on energy requirements.* Warming is *virtually certain* to increase energy demand in U.S. cities for cooling in buildings, while it reduces demands for heating in buildings (see section V.7). Demands for cooling during warm periods could jeopardize the reliability of service in some regions by exceeding the supply capacity, especially during periods of

unusually high temperatures. Higher temperatures also affect costs of living and business operation by increasing costs of climate control in buildings (Amato et al., 2005; Ruth and Lin, 2006; Kirshen et al., forthcoming).

- *Effects on the urban metabolism.* An urban area is a living, complex mega-organism, associated with a host of inputs, transformations, and outputs: heat, energy, materials, and others (Decker et al., 2000). An example is the Urban Heat Index, which measures the degree to which built and paved areas are associated with higher temperatures than surrounding rural areas. Imbalances in the urban metabolism can aggravate climate change impacts, such as the role of the Urban Heat Index in the formation of smog in cities.

- *Effects on economic competitiveness, opportunities, and risks.* Climate change has the potential not only to affect settlements directly, but also to affect them through impacts on other areas linked to their economies at regional, national, and international scales (Solecki and Rosenzweig, 2006). In addition, it can affect a settlement's economic base if it is sensitive to climate, as in areas where settlements are based on agriculture, forestry, water resources, or tourism (IPCC, 2007b). Climate can also be a factor in an area's comparative advantage for economic production and growth and can influence the costs of doing business (e.g., differences in costs for climate control for buildings). It is possible that regions exposed to risks from climate change will see movement of population and economic activity to other locations. One reason is public perceptions of risk, but a more powerful driving force may be the availability of insurance. The insurance sector is one of the most adaptable of all economic sectors, and its exposure to costs from severe storms and other extreme weather events is likely to lead it to withdraw (or to make much more expensive) private insurance coverage from areas vulnerable to climate change impacts (IPCC, 2007b).

- *Effects on social and political structures.* Climate change can add to stress on social and political structures by increasing management and budget requirements for public services such as public health care, disaster risk reduction, and even public security. As sources of stress grow and combine, the resilience of social and political structures that are already somewhat unstable is expected to suffer, especially in areas with relatively limited resources (Sherbinin et al., 2006). Where climate change adds to stress levels in settlements, it is expected to be especially problematic for vulnerable parts of the population: the poor, the elderly, those already in poor health, the disabled, those living alone, those with limited rights and power (e.g., recent immigrants with limited English skills), and/or indigenous populations dependent on one or a few resources. As one example, warmer temperatures in urban summers have a more immediate impact on populations who live and work without air conditioning.

Overall, climate change effects on human settlements in the United States are expected to occur as a result of interaction with other processes. Driving forces and stresses—technological, economic, and institutional—will have more impact on the sustainability of most settlements than climate change *per se* (Wilbanks et al., 2007a).

According to the IPCC (2007b):

> The most vulnerable industries, settlements and societies are generally those in coastal and river flood plains, those whose economies are closely linked with climate-sensitive resources, and those

in areas prone to extreme weather events, especially where rapid urbanization is occurring (high confidence). Poor communities can be especially vulnerable, in particular those concentrated in high-risk areas. They tend to have more limited adaptive capacities, and are more dependent on climate-sensitive resources such as local water and food supplies (high confidence).

In the United States, the most vulnerable areas are *likely* to be Alaska, coastal and river basin locations susceptible to flooding, arid areas where water scarcity is a pressing issue, and areas whose economic bases are climate-sensitive (Field et al., 2007).

In Alaska and elsewhere in the Arctic, indigenous communities are facing major economic and cultural impacts. Many indigenous peoples depend on hunting polar bear, walrus, seals, and caribou; herding reindeer; fishing; and gathering, not only for food and to support the local economy, but also as the basis for cultural and social identity. Changes in species' ranges and availability, access to these species, a perceived reduction in weather predictability, and travel safety in changing ice and weather conditions present serious challenges to human health and food security, and possibly even the survival of some cultures (ACIA, 2004). In addition, thawing ground is beginning to destabilize transportation, buildings, and other facilities, posing needs for rebuilding with ongoing warming adding to construction and maintenance costs. One recent estimate of the value of Alaska's public infrastructure at risk from climate change by 2080 set the value at tens of billions of today's dollars. The largest estimated public costs were replacement of buildings, bridges, and other structures with long lifetimes (Larsen et al., 2007).

As highlighted in Section V.5.a, population growth is generally shifting toward areas more likely to be vulnerable to the effects of climate change. For example, many rapidly growing places in the intermountain West rely heavily on winter snowpack to provide municipal water resources. Projections of decreased snowpack and earlier spring melting suggest lower stream flows in the future, particularly during the high-demand period of summer. Moreover, as discussed in the next section, coastal areas are particularly at risk to climate change effects.

## V.5.c Sea level rise

Sea levels are rising and the IPCC concluded with high confidence that the rate of sea level rise increased from the 19th to the 20th centuries (IPCC, 2007a). As described in section IV.1.d, the causes for observed sea-level rise over the past century include thermal expansion of seawater as it warms and changes in land ice (e.g., melting of glaciers and snow caps).  Over the 20th century, sea level rose about $1.7 \pm 0.5$ mm/yr (Bindoff et al., 2007).  For the period 1993 to 2003, the rate was nearly twice as fast, at $3.1 \pm 0.7$ mm/yr. Some of this recent increase may be due to the observed acceleration in the rate of Greenland ice melting over the past decade (Rignot, 2006). However, there is considerably decadal variability in the tide gauge record so that it is unknown whether the higher rate in 1993 to 2003 is due to decadal variability or an increase in the longer-term trend. (Bindoff et al., 2007).

Over this same time period, land use intensity in coastal areas increased dramatically, a trend that is expected to continue (Nicholls et al., 2007). Regarding the effects of this use, the IPCC concluded (Nicholls et al., 2007):

- Coastal population growth in many of the world's deltas, barrier islands, and estuaries has led to widespread conversion of natural coastal landscapes to agriculture, aquaculture,

silviculture, and industrial and residential uses (Valiela, 2006).
- It has been estimated that 23% of the world's population lives both within 100 km of the coast and below 100 m above sea level, and population densities in coastal regions are about three times higher than the global average (Small and Nicholls, 2003)
- Migration of people to coastal regions is common in both developed and developing nations. Sixty percent of the world's 39 metropolises with a population of over 5 million are located within 100 km of the coast, including 12 of the world's 16 cities with populations greater than 10 million.

Growth in coastal population has kept pace with population growth in other parts of the country, but given the small land area of the coasts, the density of coastal communities has been increasing (Crossett et al., 2004). Over 50% of the U.S. population now lives in the coastal zone, and coastal areas are projected to continue to increase in population, with associated increases in population density, over the next several decades. The overlay of this migration pattern with climate change projections has several implications. Perhaps the most obvious is the increased exposure of people and property to the effects of sea level rise and hurricanes (Kunkel et al., 1999). With rapidly growing communities near coastlines, property damages would be expected to increase even without any changes in storm frequency or intensity (Changnon et al., 2003).

The IPCC characterized some of the implications of this coastal population growth and associated human activities as follows (Nicholls et al., 2007):
- Enlargement of natural coastal inlets and dredging of waterways for navigation, port facilities, and pipelines exacerbate saltwater intrusion into surface and groundwater.
- Increasing shoreline retreat and risk of flooding of coastal cities in Thailand (Durongdej, 2001; Saito, 2001), India (Mohanti, 2000), Vietnam (Thanh et al., 2004), and the United States (Scavia et al., 2002) have been attributed to degradation of coastal ecosystems by human activities, illustrating a widespread trend.
- The major direct impacts include drainage of coastal wetlands, deforestation and reclamation, and discharge of sewage, fertilizers, and contaminants into coastal waters. Extractive activities include sand mining and hydrocarbon production, harvests of fisheries and other living resources, introductions of invasive species, and construction of seawalls and other structures.
- Engineering structures (such as damming, channelization, and diversions of coastal waterways) harden the coast, change circulation patterns, and alter freshwater, sediment, and nutrient delivery. Natural systems are often altered, even by soft engineering solutions, such as beach nourishment and foredune construction (Nordstrom, 2000; Hamm and Stive, 2002).
- Ecosystem services on the coast are often disrupted by human activities. For example, tropical and subtropical mangrove forests and temperate salt marshes provide goods and services (they accumulate and transform nutrients, attenuate waves and storms, bind sediments, and support rich ecological communities), which are reduced by large-scale ecosystem conversion for agriculture, industrial and urban development, and aquaculture.

According to the IPCC (Scavia et al., 2002; Lotze et al., 2006), the impacts of these other human activities on the coastal zone have been more significant over the past century than effects that can be attributed to observed climate change. The cumulative effect of these non-climate, anthropogenic impacts increases the vulnerability of coastal systems to climate-related stressors.

For example, the degradation of natural coastal systems due to climate change, such as wetlands, beaches, and barrier islands, removes the natural defenses of coastal communities against extreme water levels during storms. Accordingly, Nicholls et al. (2007) found that many coastal cities are heavily dependent upon artificial coastal defenses (e.g., Tokyo, Shanghai, Hamburg, Rotterdam, and London). These urban systems are vulnerable to low-probability extreme events, with rising sea levels and increased extreme water levels exceeding prior defense standards and leading to systemic failures (domino effect). The IPCC found that the ports, roads, and railways along the U.S. Gulf and Atlantic Coasts are especially vulnerable to coastal flooding (Nicholls et al., 2007).

In the Great Lakes where sea level rise is not a concern, both extremely high and low water levels resulting from changes in the hydrologic cycle have been damaging and disruptive to shoreline communities (Nicholls et al., 2007). High lake water levels increase storm surge flooding, accelerate shoreline erosion, and damage industrial and commercial infrastructure located on the shore. Conversely, low lake water levels can pose problems for navigation, expose intake/discharge pipes for electrical utilities and municipal water treatment plants, and cause unpleasant odors.

The IPCC analyzed flood risk in 2080 from rising sea levels and storm surges under different climate scenarios (Nicholls et al., 2007). Under each scenario, the population at risk increases substantially. However, results show that upgrading coastline defenses can dramatically reduce projected impacts.

**Projected impacts**

Globally, the IPCC (Nicholls et al., 2007) made the following conclusions regarding sea level rise:

- Coasts will be exposed to increasing risks, including coastal erosion, over coming decades due to climate change and sea level rise (*very high confidence*).
- The impact of climate change on coasts is exacerbated by increasing human-induced pressures (*very high confidence*).
- Adaptation for the coasts of developing countries will be more challenging than for coasts of developed countries, due to constraints on adaptive capacity (*high confidence*).
- Adaptation costs for vulnerable coasts are much less than the costs of inaction (*high confidence*).
- The unavoidability of sea level rise, even in the longer term, frequently conflicts with present-day human development patterns and trends (*high confidence*).

The U.S. coastline is long and diverse with a wide range of coastal characteristics. Sea level rise changes the shape and location of coastlines by moving them landward along low-lying contours and exposing new areas to erosion (NRC, 2006a). Coasts subsiding due to natural or human-induced causes will experience larger relative rises in sea level. In some locations, such as deltas and coastal cities (e.g., the Mississippi Delta and surrounding cities), this effect can be significant (Nicholls et al., 2007). Rapid development, including an additional 25 million people in the coastal United States over the next 25 years, will further reduce the resilience of coastal

areas to rising sea levels and increase the economic resources and infrastructure vulnerable to impacts (Field et al., 2007). Superimposed on the impacts of erosion and subsidence, the effects of rising sea level will exacerbate the loss of waterfront property and increase vulnerability to inundation hazards (Nicholls et al., 2007).

Climate change is expected to have a strong impact on saltwater intrusion into coastal sources of groundwater in the United States and other world regions. Sea-level rise and high rates of water withdrawal, promote the intrusion of saline water into the groundwater supplies, which adversely affects water quality. In some locations, reduced groundwater recharge, associated with decreases in precipitation and increases in evapotranspiration, will exacerbate the effects of sea level rise on salinization rates (Kundzewicz et al., 2007). This effect could impose enormous costs on water treatment infrastructure (i.e., costs associated with relocating infrastructure or building desalinization capacity), especially in densely populated coastal areas. Saltwater intrusion is also projected to occur in freshwater bodies along the coast. Estuarine and mangrove ecosystems can withstand a range of salinities on a short-term basis. However, they are not expected to survive permanent exposure to high-salinity environments. Saltwater intrusion into freshwater rivers has already been linked with the decline of bald cypress forests in Louisiana and cabbage palm forests in Florida. Given that these ecosystems provide a variety of ecosystem services and goods (e.g., spawning habitat for fish, pollutant filtration, sediment control, and storm surge attenuation), the loss of these areas could be significant (Kundzewicz et al., 2007).

Coastal indigenous communities are particularly vulnerable to impacts from sea level rise based on their geographic location, reliance on the local environment for aspects of everyday life such as diet and economy, and the current state of social, cultural, economic, and political change taking place in these regions (Anisimov et al., 2007). In northern areas of ice-rich permafrost, such as Alaska, coastal erosion rates are among the highest anywhere. These rates could be increased by rising sea levels, forcing the issue of relocation for threatened settlements. Adapting to these changes will be costly. For example, it has been estimated that relocating the village of Kivalina, Alaska (377 inhabitants in the 2000 census) to a nearby site would cost $54 million (Anisimov et al., 2007).

For small islands, particularly in the Pacific, some studies suggest that sea level rise could result in a reduction of island size, raising concerns for Hawaii and other U.S. territories (Mimura et al., 2007). In some cases, accelerated coastal erosion may lead to island abandonment, as has been documented in the Chesapeake Bay. In the Caribbean and Pacific Islands, more than 50% of the population lives within 1.5 km of the shore. International airports, roads, capital cities, and other types of infrastructure are typically sited along the coasts of these islands as well. Therefore, the socioeconomic well-being of island communities will be threatened by inundation, storm surge, erosion, and other coastal hazards resulting from climate change (*high confidence*) (Mimura et al., 2007).

Regarding the effects of climate change on sea level rise and coastal areas in North America, the IPCC (Field et al., 2007) concluded:

- Rates of coastal wetland loss in the Chesapeake Bay and elsewhere will increase with accelerated sea level rise, in part due to 'coastal squeeze' (IPCC: *high confidence*).

- Coastal communities and habitats will be increasingly stressed by climate change impacts interacting with development and pollution (*very high confidence*). Sea level is rising along much of the coast, and the rate of change will increase in the future, exacerbating the impacts of progressive inundation, storm-surge flooding, and shoreline erosion.
- Storm impacts are *likely* to be more severe, especially along the Gulf and Atlantic Coasts. Salt marshes, other coastal habitats, and dependent species are threatened by sea level rise, fixed structures blocking landward migration, and changes in vegetation. Population growth and rising value of infrastructure in coastal areas increases vulnerability to climate variability and future climate change.

## V.5.d Extreme events

While individual extreme events cannot be directly linked to climate change, changing climate conditions are expected to result in increased incidence of extreme weather events. The combined effects of severe storms and sea level rise in coastal areas or increased risks of fire in drier arid areas are examples of how climate change may increase the magnitude of challenges already facing risk-prone communities. For example, the IPCC (Wilbanks et al., 2007a) estimated that, of the 131 million people affected by natural disasters in Asia in 2004, 97% were affected by weather-related disasters. Exposures in highly populated coastal and riverine areas and small island nations have been especially significant (ADRC et al., 2005).

Extreme events can also have substantial secondary effects on local economies. The United States ranks among the top 10 nations for international tourism receipts ($112 billion), with domestic tourism and outdoor recreation markets that are several times larger than most other countries. Climate variability affects many segments of this growing economic sector. For example, wildfires in Colorado (2002) caused tens of millions of dollars in tourism losses by reducing visitation and destroying infrastructure. Similar economic losses during that same year were caused by drought-affected water levels in rivers and reservoirs in the western United States and parts of the Great Lakes. The 10-day closure and clean-up following Hurricane George (September 1998) resulted in tourism revenue losses of approximately $32 million in the Florida Keys (Field et al., 2007 and references therein). Impacts of climate change on other recreational activities such as skiing, fishing, and hunting are highlighted in Saunders et al. (2008). While the North American tourism industry acknowledges the important influence of climate, its impacts have not been analyzed comprehensively.

### Floods and storms

Nicholls et al. (2007) concluded that, globally, coasts are experiencing the adverse consequences of hazards related to climate and sea level (*very high confidence*). Although increases in mean sea level over the 21st century and beyond will inundate unprotected, low-lying areas, the most devastating impacts are *likely* to be associated with storm surge (Nicholls et al., 2007). For example, the Maryland Geological Survey estimated that more than 8 ha (20 acres) of the state's land was lost on the western shore of Chesapeake Bay in the wake of Tropical Storm Isabel in 2003, causing approximately $84 million in damages to shoreline structures (NRC, 2006a). Coasts are highly vulnerable to extreme events, such as storms, which impose substantial costs

on coastal societies. Globally, about 120 million people are exposed to tropical cyclone hazards every year, and these storms killed 250,000 people from 1980 to 2000.

The IPCC (2007d) projects *likely* increases in intense tropical cyclones. Increases in tropical cyclone intensity are linked to increases in the risk of deaths, injuries, water- and food-borne diseases, as well as post-traumatic stress disorders (IPCC, 2007b). Drowning by storm surge, heightened by rising sea levels and more intense storms (as projected by the IPCC), is the major killer in coastal storms when there are large numbers of deaths (Confalonieri et al., 2007). High-density populations in low-lying coastal regions such as the U.S. Gulf of Mexico experience a high health burden from weather disasters, particularly among lower income groups.

In SAP 4.6, Wilbanks et al. (2008) provide the following description of vulnerability to storm activity in the southeast United States.

> Recent hurricanes striking the coast of the U.S. Southeast cannot be attributed clearly to climate change, but if climate change increases the intensity of storms as projected (IPCC, 2001; Emanuel, 2005) that experience suggests a range of possible impacts. As an extreme case, consider the example of Hurricane Katrina (Wilbanks, 2007a). In 2005, the city of New Orleans had a population of about half a million, located on the delta of the Mississippi River along the U.S. Gulf Coast. Urban development throughout the 20th Century has significantly increased land use and settlement in areas vulnerable to flooding, and a number of studies had indicated growing vulnerabilities to storms and flooding. In late August 2005, Hurricane Katrina moved onto the Louisiana and Mississippi coast with a storm surge, supplemented by waves, reaching up to 8.5 m above sea level. In New Orleans, the surge reached around 5 m, overtopping and breaching sections of the city's 4.5 m defenses, flooding 70 to 80% of New Orleans, with 55% of the city's properties inundated by more than 1.2 m and maximum flood depths up to 6 m. 1,101 people died in Louisiana, nearly all related to flooding, concentrated among the poor and elderly. Across the whole region, there were 1.75 million private insurance claims, costing in excess of $40 billion (Hartwig, 2006), while total economic costs are projected to be significantly in excess of $100 billion. Katrina also exhausted the federally backed National Flood Insurance Program (Hunter, 2006), which had to borrow $20.8 billion from the Government to fund the Katrina residential flood claims. In New Orleans alone, while flooding of residential structures caused $8-$10 billion in losses, $3-6 billion was uninsured. 34,000-35,000 of the flooded homes carried no flood insurance, including many that were not in a designated flood risk zone (Hartwig, 2006). Six months after Katrina, it was estimated that the population of New Orleans was 155,000, with the number projected to rise to 272,000 by September 2008—56% of its pre-Katrina level (K. McCarthy et al., 2006).

The recent severe tropical and extra-tropical storms, and resulting impacts, led the IPCC to conclude that North American urban centers with assumed high adaptive capacity remain vulnerable to extreme events (Field et al., 2007).

The vulnerability of some major urban centers in the United States is exacerbated by the fact that they are situated in low-lying flood plains. For example, areas of New Orleans and its vicinity are 1.5 to 3 m below sea level. Considering the rate of subsidence and using a mid-range estimate of 480 mm sea level rise by 2100, it is projected that this region could be 2.5 to 4.0 m or more below mean sea level by 2100 (Field et al., 2007). In this scenario, a storm surge from a Category 3 hurricane (estimated at 3 to 4 m without waves) could be 6 to 7 m above areas that were heavily populated in 2004 (Field et al., 2007).

Superimposed on accelerated sea level rise, storm intensity, wave height, and storm surge projections suggest more severe coastal flooding and erosion hazards (Nicholls et al., 2007). In New York City and Long Island, flooding from a combination of sea level rise and storm surge could be several meters deep (Field et al., 2007). Projections suggest that the return period of a 100-year flood event in this area might be reduced to 19 to 68 years, on average, by the 2050s, and to 4 to 60 years by the 2080s (Wilbanks et al., 2007a).

In addition, the IPCC projects a *very likely* increase in heavy precipitation event frequency over most areas. Heavy precipitation events are associated with increased risk of floods as well as infectious, respiratory, and skin diseases (IPCC, 2007b). Floods are low-probability, high-impact events that can overwhelm physical infrastructure, human resilience, and social organization (Confalonieri et al., 2007). Flood health impacts include deaths, injuries, infectious diseases, intoxications, and mental health problems (Greenough et al., 2001; Ahern et al., 2005 in Confalonieri et al., 2007). Flooding may also lead to contamination of waters with dangerous chemicals, heavy metals, or other hazardous substances, from storage or from chemicals already in the environment (Confalonieri et al., 2007). As the risk of flooding increases with climate change, so does the importance of major drainage systems. For example, new design approaches which explicitly design roads to act as drains can radically reduce the duration of flooding (OFCM, 2004).

Demand for waterfront property and land for building in the United States continues to grow, increasing the value of property at risk. Of the $19 trillion value of all insured residential and commercial property in the United States exposed to North Atlantic hurricanes, $7.2 trillion (41%) is located in coastal counties. This economic value includes 79% of the property in Florida, 63% of property in New York, and 61% of the property in Connecticut (AIR, 2002 in Field et al., 2007). The devastating effects of Hurricane Ivan in 2004 and Hurricanes Katrina, Rita, and Wilma in 2005 illustrate the vulnerability of North American infrastructure and urban systems that were not designed or not maintained to adequate safety margins. When protective systems fail, impacts can be widespread and multi-dimensional (Field et al., 2007).

## Wildland fire

Wildland fires are discussed in greater detail in Section V.3.d. Disturbances such as forest fires, insect outbreaks, ice storms, and hurricanes can change forest productivity, carbon cycling, and species composition (Ryan et al., 2008). Forest fires and bushfires cause burns, smoke inhalation, and other injuries. Large fires are also accompanied by an increased number of patients seeking emergency services for inhalation of smoke and ash (Hoyt and Gerhart, 2004 in Confalonieri et al., 2007).

Wildfires have increased in extent and severity in recent years. At the same time, population has been growing rapidly, expanding beyond urban areas to at-risk areas known as the wildland–urban interface, where human settlements and development meet or intermix with wildland fuel (Hammer et al., 2007). These trends have resulted in increased vulnerability to both ecological and social impacts from increased fire activity, including financial losses from damaged property, lost revenue to local businesses, disruption of local social networks when residents are displaced, and a sense of devastation among citizens who have strong connections to the

surrounding landscape (Toman et al., 2008). In some regions, changes in the mean and variability of temperature and precipitation are projected to increase the frequency and severity of fire events, including parts of the United States (Easterling et al., 2007).

**Drought**

Observed changes in drought are discussed in Sections IV.1.c and IV.1.d and projections of moisture availability and drought are discussed in Section IV.3.b. Areas affected by droughts are *likely* to increase, according to the IPCC (2007d). Specifically, it is *likely* that droughts will continue to be exacerbated by earlier and possibly lower spring snowmelt runoff in the mountainous West, which results in less water available in late summer (Karl et al., 2008). If total precipitation decreases or becomes more variable, extending the kinds of drought that have affected much of the interior West in recent years, water scarcity will be exacerbated, and increased water withdrawals from wells could affect aquifer levels and pumping costs (Wilbanks et al., 2008). Moreover, drying increases risks of fires, which have threatened urban areas in California and other western areas in recent years. Thus, projections of increased frequencies of drought combined with a greater fire risk put the increasing populations of desert Southwest cities at risk (Wilbanks et al., 2008). Health impacts associated with drought tend to mostly affect semi-arid and arid regions, poor areas and populations, and areas with human-induced water scarcity. Information about the effects of increasing drought on U.S. agriculture can be found in Section V.2.c.

# V.6 Human Health

In SAP 4.6, Ebi et al. (2008) found that weather, climate variability, and climate change can affect health through the effects of environmental temperature on bodily functioning. Climate change can also have important secondary effects on heath. For example, climate change can alter or disrupt natural systems, making it possible for vector-, water- and food-borne diseases to spread or emerge in areas where they had been limited or not existed, or making it possible for such diseases to disappear by making areas less hospitable to the vector or pathogen (NRC, 2001b). Climate also can affect the incidence of diseases associated with air pollutants and aeroallergens. Ultimately, climate impacts on health are complex and will be influenced by multiple factors, including demographics; population and regional vulnerabilities; the future social, economic, and cultural context; availability of resources and technological options; built and natural environments; public health infrastructure; and the availability and quality of health and social services.

A comprehensive assessment of the potential impacts of climate variability and change on human health was published in 2000 as part of the First National Assessment of the Potential Impacts of Climate Variability and Change undertaken by the U.S. Global Change Research Program (NAST, 2001). These findings have been significantly updated in recent IPCC and CCSP reports.

In its Fourth Assessment Report, the IPCC produced a number of key findings summarizing the potential health effects of climate change in North America. The IPCC (2007b) concluded that,

overall, it is expected that benefits will be outweighed by the negative health effects of rising temperatures worldwide, especially in developing countries. Gamble et al. (2008) concluded that there may be fewer cases of illness and death associated with climate change in the United States than in the developing world. Nevertheless, increased costs to human health and well being are anticipated for the United States.

Key conclusions drawn primarily from the IPCC Fourth Assessment Report (Field et al., 2007) for North America include:

- Increased deaths, injuries, infectious diseases, and stress-related disorders and other adverse effects associated with social disruption, migration, and loss of place from more frequent extreme weather.
- Increased frequency and severity of heat waves leading to more illness and death, particularly among the young, elderly, frail, poor, and outdoor workers and athletes.
- Expanded ranges of vector- and tick-borne diseases in North America but with modulation by public health measures and other factors.

SAP 4.6 (Gamble et al., 2008) concluded that greater wealth and a more developed public health system and infrastructure (e.g., water treatment plants, sewers, and drinking water systems; roads, rails and bridges; flood control structures) will continue to enhance our capacity to respond to climate change. Similarly, governments' capacities for disaster planning and emergency response are key assets that should allow the United States to adapt to many of the health effects associated with climate change. Other conclusions based in large part on SAP 4.6 (Gamble et al., 2008) regarding the health effects projected for the United States are summarized below.

- *It is very likely that heat-related morbidity and mortality will increase over the coming decades, however net changes in mortality are difficult to estimate because, in part, much depends on complexities in the relationship between mortality and global change.* According to the U.S. Census, the U.S. population is aging; the percent of the population over age 65 is projected to be 13% by 2010 and 20% by 2030 (over 50 million people). Older adults, very young children, and persons with compromised immune systems are vulnerable to temperature extremes. This suggests that temperature-related morbidity and mortality are likely to increase. Similarly, heat-related mortality affects poor and minority populations disproportionately, in part due to lack of air conditioning. The concentration of poverty in inner city neighborhoods leads to disproportionate adverse effects associated with urban heat islands. However, few studies have attempted to link the epidemiological findings to climate scenarios for the United States, and studies that have done so have focused on the effects of changes in average temperature, with mixed results.
- *The impacts of higher temperatures in urban areas and likely associated increases in tropospheric ozone concentrations may contribute to or exacerbate cardiovascular and pulmonary illness if current regulatory standards are not attained.* In addition, stagnant air masses related to climate change are likely to degrade air quality in some densely populated areas. It is important to recognize that the United States has a well-developed and successful national regulatory program for ozone, PM2.5, and other criteria pollutants. That is, the influence of climate change on air quality will play out against a backdrop of ongoing regulatory control that will shift the baseline concentrations of air pollutants. Studies to date have typically held air pollutant emissions constant over future decades (i.e., have examined

the sensitivity of ozone concentrations to climate change rather than projecting actual future ozone concentrations). Physical features of communities, including housing quality and green space, social programs that affect access to health care, aspects of population composition (level of education, racial/ethnic composition), and social and cultural factors are all likely to affect vulnerability to air quality.

- *Hurricanes, extreme precipitation resulting in floods, and wildfires also have the potential to affect public health through direct and indirect health risks.* The health risks associated with such extreme events are likely to increase with the size of the population and the degree to which it is physically, mentally, or financially constrained in its ability to prepare for and respond to extreme weather events. For example, coastal evacuations prompted by imminent hurricane landfall are only moderately successful. Many of those who are advised to flee to higher ground stay behind in inadequate shelter. Surveys find that the public is either not aware of the appropriate preventive actions or incorrectly assesses the extent of their personal risk.

- *There will likely be an increase in the spread of several food- and water-borne pathogens among susceptible populations depending on the pathogens' survival, persistence, habitat range and transmission under changing climate and environmental conditions.* The primary climate-related factors that affect these pathogens include temperature, precipitation, extreme weather events, and shifts in their ecological regimes. Consistent with our understanding of climate change on human health, the impact of climate on food and water-borne pathogens will seldom be the only factor determining the burden of human injuries, illness, and death.

- *Health burdens related to climate change will vary by region.* For the continental United States, the northern latitudes are likely to experience the largest increases in average temperatures; they will also bear the brunt of increases in ground-level ozone and other airborne pollutants. Because Midwestern and Northeastern cities are generally not as well adapted to the heat as Southern cities, their populations are likely to be disproportionately affected by heat related illnesses as heat waves increase in frequency, severity, and duration. The range of many vectors is likely to extend northward and to higher elevations. For some vectors, such as rodents associated with Hantavirus, ranges are likely to expand, as the precipitation patterns under a warmer climate enhance the vegetation that controls the rodent population. Forest fires with their associated decrements to air quality and pulmonary effects are likely to increase in frequency, severity, distribution, and duration in the Southeast, the Intermountain West and the West.

- *Finally, climate change is very likely to accentuate the disparities already evident in the American health care system.* Many of the expected health effects are likely to fall disproportionately on the poor, the elderly, the disabled, and the uninsured. The most important adaptation to ameliorate health effects from climate change is to support and maintain the United States' public health infrastructure.

Valid projections of health effects require solid data on dose–response relationships between climate variables and health outcomes. These data are often lacking for several outcomes of concern. Additional research and development are needed to ensure that surveillance systems account for and anticipate the potential effects of climate change (NRC, 2001b). Surveillance systems will be needed in locations where changes in weather and climate may foster the spread of climate-sensitive pathogens and vectors into new regions (NRC, 2001b). Understanding associations between disease patterns and environmental variables can be used to develop early

warning systems that warn of outbreaks before most cases have occurred. Increased understanding is needed of how to design these systems where there is limited knowledge of the interactions among climate, ecosystems, and infectious diseases (NAS, 2001c). To date, few studies address the interaction of multi-sector climate impacts or of interactions between climate change health impacts and other kinds of local, regional, and global changes (Field et al., 2007). For example, climate change impacts on human health in urban areas will be compounded by aging infrastructure, maladapted urban form and building stock, urban heat islands, air pollution, population growth, and an aging population.

The remainder of this section describes the literature on the impacts of climate change on human health in four areas noted above: primary temperature effects, extreme events, climate-sensitive infectious diseases, and aeroallergens and air quality.

## V.6.a Temperature effects

According to the IPCC (2007a), it is *very likely* that there were fewer cold days and nights and warmer and more frequent hot days over most land areas during the late 20th century. It is *virtually certain* that these trends will continue during the 21st century.

As a result of the projected warming, the IPCC projects increases in heat-related mortality and morbidity globally (including in the United States) (Field et al., 2007; IPCC, 2007b). The projected warming is expected to result in fewer cold-related deaths due to reduced exposure to the cold. However, net changes in mortality are difficult to estimate because, in part, much depends on complexities in the relationship between mortality and the changes associated with global change.

### Increased heat exposure

In addition to increases in average temperatures, heat waves have become more frequent (IPCC, 2007a). Heat waves are associated with marked short-term increases in mortality (Confalonieri et al., 2007). India has experienced 18 heat waves since 1980, each resulting in multiple deaths ranging from an estimated 29 deaths in 2000 to more than 3,000 deaths in 2003 (Mohanty and Panda, 2003; Government of Andhra Pradesh, 2004 in Confalonieri et al., 2007). Heat waves have also resulted in substantial mortality in more industrialized nations. The 2003 European heat wave is estimated to have caused 35,000 deaths (e.g., Hemon and Jougla, 2004; Martinez-Navarro et al., 2004; Johnson et al., 2005 in Confalonieri et al., 2007).

Hot temperatures have also been associated with increased morbidity, although there is less information available (Ebi et al., 2008). While effects have varied across studies, Schwartz et al. (2004) documented increased hospital admissions for cardiovascular disease and emergency room visits in North America during heat events (Schwartz et al., 2004).

In SAP 4.6, Ebi et al. (2008) identified the following heat-related impacts on U.S. health:
- Exposure to excessive natural heat caused a reported 4,780 deaths during the period 1979 to 2002, while hyperthermia was reported as a contributing factor in an additional 1,203 deaths (CDC, 2005a).

- Heat is expected to contribute to the exacerbation of chronic health conditions, such as cardiovascular, renal, respiratory, diabetes, and nervous system disorders. Several analyses have found associations between increased heat and increased all-cause mortality (Medina-Ramon et al., 2006).
- Vulnerability varies among populations. Particularly vulnerable groups include the elderly, the very young, city-dwellers, those with less education, people on medications such as diuretics, the socially isolated, the mentally ill, those lacking access to air conditioning, and outdoor laborers (e.g., McGeehin and Mirabelli, 2001; Diaz et al., 2002; Klinenberg, 2002). Among the most well-documented heat waves in the United States are those that occurred in 1980 (St. Louis and Kansas City, Missouri), 1995 (Chicago, Illinois), and 1999 (Cincinnati, Ohio; Philadelphia, Pennsylvania; and Chicago, Illinois). In all these episodes, the highest death rates occurred in people over 65 years of age.
- Less information exists on temperature-related morbidity, and those studies that have examined hospital admissions and temperature have not seen consistent effects, either by cause or by demonstrated coherence with mortality effects where both deaths and hospitalizations were examined simultaneously (Semenza et al., 1999; Kovats et al., 2004; Schwartz et al., 2004).
- In many cases, the urban heat island effect may increase heat-related mortality. This effect may cause air temperatures in urban areas to increase by 1 to 6 °C over the surrounding suburban and rural areas, due to absorption of heat by dark paved surfaces and buildings; lack of vegetation and trees; heat emitted from buildings, vehicles, and air conditioners; and reduced airflow around buildings (Pinho and Orgaz, 2000; Vose et al., 2004; Xu and Chen, 2004). However, in some regions, urban areas may not experience greater heat-related mortality than in rural areas (Sheridan and Dolney, 2003).
- High temperatures and high air pollution can interact to result in additional health impacts. The extent of interaction varies by location (Goodman et al., 2004; Bates, 2005; Ren et al., 2006).

Reviewing the research and emerging projections to date, the IPCC projected that heat-related morbidity and mortality will increase globally (Confalonieri et al., 2007). Estimates of heat-related mortality attributable to climate change are reduced but not eliminated when models include assumptions about acclimatization and adaptation (e.g., implementation of space cooling). Past research indicates that populations in the United States became less sensitive to high temperatures over the period 1964 to 1988 due, at least in part, to these factors (R. Davis et al., 2002, 2003, 2004 in Confalonieri et al., 2007).

However, demographic trends suggest that the vulnerable population in the United States will increase in the coming years. Across North America, the population over the age of 65 (the segment of the population most at risk of dying from heat waves) will increase slowly to 2010, and then grow dramatically as the 'baby boomers' age (Field et al., 2007). Moreover, much of the population growth in the next 50 years is expected to occur in cities (Cohen, 2003 in Confalonieri et al., 2007), increasing the total population exposed to the urban heat island effect.

The IPCC projects the following U.S. regional increases in heat and/or heat-related effects (Confalonieri et al., 2007; Field et al., 2007):

- Severe heat waves are projected to intensify in magnitude and duration over the portions of the United States where these events already occur (*high confidence*).
- By the 2080s, in Los Angeles, the number of heat wave days (at or above 32 °C or 90 °F) increases four-fold under the B1 emissions scenario (low growth) and six- to eight-fold under the A1FI (high growth) emissions scenario (Hayhoe, 2004). The annual number of projected heat-related deaths in Los Angeles increases from about 165 in the 1990s to 319 to 1,182 in the 2080s for a range of emissions scenarios.
- Chicago is projected to experience 25% more frequent heat waves annually for the period spanning 2080 to 2099 for a business-as-usual (A1B) emissions scenario (Meehl and Tebaldi, 2004).

**Reduced cold exposure**

The IPCC found that exposure to cold conditions results in adverse health impacts particularly in northerly latitudes, where very low temperatures can be reached in a few hours and continue for extended periods (Confalonieri et al., 2007). Specific findings included the following:

- Adverse impacts occur mainly outdoors, among socially deprived people (e.g., alcoholics and the homeless), workers, and the elderly in temperate and cold climates (Ranhoff, 2000).
- Living in cold environments in polar regions is associated with a range of chronic conditions in the non-indigenous population (Sorogin et al, 1993) as well as with acute risk from frostbite and hypothermia (Hassi et al., 2005).
- In general, population sensitivity is greater in temperate countries with mild winters, as populations are less well adapted to cold (Eurowinter Group, 1997; Healy, 2003). However, in countries with populations well adapted to cold conditions, cold waves can still cause substantial increases in mortality if electricity or heating systems fail.
- Cold waves also affect health in warmer climates, such as in South East Asia (EM-DAT, 2006).

In SAP 4.6, Ebi et al. (2008) wrote about specific impacts of cold exposure in the United States. An average of 689 reported deaths annually (ranging from 417 to 1,021 per year) from 1979 to 2002 were attributed to exposure to excessive natural cold (16,555 total deaths) (Fallico et al., 2005). However, the mortality burden is probably underestimated because cold also contributes to deaths caused by respiratory and cardiovascular diseases. Because many factors contribute to winter mortality, it is highly uncertain how climate change could affect mortality. No projections have been published for the United States that incorporate critical factors, such as the influence of influenza outbreaks.

Vulnerability is associated with the following factors:

- Location of residence: living in Alaska, New Mexico, North Dakota, or Montana, or living in a state with a milder climate that experiences rapid temperature changes (North and South Carolina) or a western state with greater ranges in nighttime temperatures (e.g., Arizona) (Fallico et al., 2005);
- Race: African Americans show higher vulnerability (Fallico et al., 2005);
- Level of education: vulnerability is higher among those with lower education (O'Neill et al., 2003);
- Gender: females are more vulnerable (Wilkinson et al., 2004);
- Pre-existing respiratory illness (Wilkinson et al., 2004);

- Living in nursing homes (Hajat et al., 2007); and
- Other factors such as lack of protective clothing (Donaldson et al., 2001), income inequality, fuel poverty, and low residential thermal standards (Healy, 2003).

While the IPCC found that health projections have improved in recent years, there is still a lack of information on the effects of thermal stress on mortality outside the industrialized countries and limited specific results are available by country (Confalonieri et al., 2007). Moreover, the authors provide a caution that projections of reduced cold-related deaths can be overestimated unless they take into account the effects of influenza and season (Armstrong et al., 2004 in Confalonieri et al., 2007). Ultimately, Confalonieri et al. (2007) conclude that additional research is needed to understand how the balance of heat-related and cold-related mortality could change under different socioeconomic scenarios and climate projections.

While projections suggest the reductions in cold-related deaths will be greater than increases in heat-related deaths in the United Kingdom (Donaldson et al., 2001), limited research examines potential outcomes in the United States under different climate scenarios (Confalonieri et al., 2007).

## V.6.b Extreme events

In addition to the immediate effects of temperature on mortality and morbidity, a changing climate can also result in substantial secondary effects such as through extreme events. Vulnerability to weather disasters depends on the attributes of the people at risk (including where they live, age, income, education, and disability) and on broader social and environmental factors (level of disaster preparedness, health sector responses, and environmental degradation).

As Ebi et al. (2008) concluded in SAP 4.6, the United States experiences a wide range of extreme weather events, including hurricanes, floods, tornadoes, blizzards, windstorms, and drought. Other extreme events, such as wildfires, are strongly influenced by meteorological conditions. Morbidity and mortality due to an event increase with the intensity and duration of the event, and can decrease with advance warning and preparation. Health also can be affected by extreme events through secondary mechanisms such as carbon monoxide poisonings from portable electric generator use for electricity (CDC, 2006) or increased incidence of gastroenteritis cases among hurricane evacuees (CDC, 2005a). Moreover, these events can lead to substantial mental health impacts (e.g., post-traumatic stress disorder and depression) (Middleton et al., 2002; Russoniello et al., 2002; Verger et al., 2003; North et al., 2004; Fried et al., 2005; Weisler et al., 2006).

Climate effects on extreme events are discussed in greater detail in Section V.5.d above. Here the discussion is limited to additional information on health affects.

**Floods and storms**

Impacts of floods and storms include deaths, injuries, infectious diseases, intoxications, and mental health problems (Greenough et al., 2001; Ahern et al., 2005 in Confalonieri et al., 2007). Flooding may also lead to contamination of waters with dangerous chemicals, heavy metals, or

other hazardous substances, from storage or from chemicals already in the environment (Confalonieri et al., 2007). In addition, increases in tropical cyclone intensity are linked to increases in the risk of deaths, injuries, water- and food-borne diseases, and post-traumatic stress disorders (IPCC, 2007b).

Major storms and floods can result in huge numbers of deaths. Confalonieri et al. (2007) cite the following examples:

- In 2003, 130 million people were affected by floods in China (EM-DAT, 2006).
- In 1999, 30,000 people died from storms followed by floods and landslides in Venezuela.
- In 2000 and 2001, 1,813 people died in floods in Mozambique (IFRC, 2002; Guha-Sapir et al., 2004).

High-density populations in low-lying coastal regions such as the U.S. Gulf of Mexico experience a high health burden from weather disasters, particularly among lower income groups. The 2005 hurricane season in the United States resulted in double the average number of lives lost over the previous 65 years. Overall, 2,002 lives were lost, and over 1,800 of those occurred during two storm events (Katrina and Rita) (NOAA, 2007a).

Following the storm event, lasting impacts may result particularly when sanitation systems have been overwhelmed. Indeed, in Confalonieri et al. (2007) the IPCC noted that populations with poor sanitation infrastructure and high burdens of infectious disease often experience increased rates of diarrheal diseases after flood events. For example, increases in cholera (Sur et al., 2000; Gabastou et al., 2002), cryptosporidiosis (Katsumata et al., 1998), and typhoid fever (Vollaard et al., 2004) have been reported in middle- and low-income nations. The impacts can be substantial; the above-cited 2001 floods in Mozambique are estimated to have resulted in an additional 447 deaths from increased incidence of diarrheal disease (Cairncross and Alvarinho, 2006).

While the IPCC (Confalonieri et al., 2007) noted that risks of infectious disease following floods are generally low in high-income countries, important exceptions have occurred. Most notably, following Hurricanes Katrina and Rita, the contamination of the drinking water supply with fecal bacteria resulted in increased incidence of diarrheal illness and some deaths (CDC, 2005b).

## Wildfires

Regarding wildfires, the immediate risk of mortality is largely a function of the population in the affected area and the speed and intensity with which the wildfire moves through those areas. Although mortalities still occur in the United States on an annual basis (ranging from 14 to 28 from 1998 to 2002), a well-established warning and evacuation system exists and has resulted in substantial reductions. Wildfires can have substantial effects, including through increased eye and respiratory illnesses due to fire-related air pollution and mental health impacts from evacuations, lost property, and damage to resources. Large fires are also accompanied by an increased number of patients seeking emergency services for inhalation of smoke and ash (Hoyt and Gerhart, 2004). Further discussion of health effects from particulate emissions (including those from wildfires) is in Section V.6.e under 'Particulate Matter.'

**Droughts**

The IPCC (Confalonieri et al., 2007) concluded that drought can lead to the following health effects:

- deaths, malnutrition (under-nutrition, protein-energy malnutrition, and/or micronutrient deficiencies), infectious diseases, and respiratory diseases (Menne and Bertollini, 2000);
- diminished dietary diversity and reduced overall food consumption with subsequent negative health impacts (e.g., Hari Kumar et al., 2005; Aziz et al., 1990); and
- population movements, particularly rural to urban migration, which may result in displacement impacts from overcrowding and a lack of safe water, food, and shelter (Choudhury and Bhuiya, 1993; Menne and Bertollini, 2000; del Ninno and Lundberg, 2005).

## V.6.c Climate-sensitive infectious diseases

Ebi et al. (2008) observed that the distinct seasonal pattern exhibited by most vector-, water-, or food-borne and animal-associated diseases suggests that weather and/or climate influence their distribution and incidence throughout the United States. They concluded that evidence for the United States indicates that climate affects both the abundance of vectors and ticks and the distributions of vectors and ticks that can carry West Nile virus, Western Equine encephalitis, Eastern Equine encephalitis, Bluetongue virus, and Lyme disease—perhaps affecting disease risk, but sometimes in counter-intuitive ways that do not necessarily translate to increased disease incidence (Wegbreit and Reisen, 2000; Subak, 2003; McCabe and Bunnell, 2004; DeGaetano, 2005; Purse et al., 2005; Kunkel et al., 2006; Ostfeld et al., 2006; Shone et al., 2006). Field et al. (2007) concluded that climate change is *likely* to increase the risk and geographic spread of vector-borne infectious diseases, including Lyme disease and West Nile virus.

As for water- and food-borne diseases, Ebi et al. (2008) concluded that these cause significant morbidity in the United States. For example, there were 1,330 food-related disease outbreaks in 2002 (Lynch et al., 2006). In 2004, there were 34 outbreaks from recreational water and 30 outbreaks from drinking water (Dziuban et al., 2006; Liang et al., 2006). Water- and food-borne diseases primarily result in gastroenteritis. In 2003 and 2004, gastroenteritis was noted in 48 and 68% of reported recreational and drinking water outbreaks, respectively (Dziuban et al., 2006; Liang et al., 2006). Most pathogens of concern for food- and waterborne exposure are enteric and transmitted by the fecal-oral route. Climate may influence the pathogen by influencing its growth, survival, persistence, transmission, or virulence or through interactions with land use practices and climate variability. Storm events and flooding may result in the contamination of food crops (especially produce such as leafy greens and tomatoes) with feces from nearby livestock or feral animals.

Ebi et al. (2008) note that the incidence of many water- and food-borne diseases is associated with temperatures. Given these associations, Ebi et al. (2008) concluded that increasing temperatures may result in increased incidence of disease, including the following:

- Salmonellosis: annual peaks in salmonellosis cases occur within one to six weeks of the highest reported ambient temperatures in North America (United States and Canada) (Fleury

et al., 2006; Naumova et al., 2007), Australia (D'Souza et al., 2004), and several countries across Europe (Kovats et al., 2004a).

- Leptospirosis: the most widespread zoonotic disease in the world, re-emerging in the United States (Meites et al., 2004), is linked to warm temperatures.
- *Vibrio* spp.: accounts for 20% of sporadic shellfish-related illnesses and over 95% of deaths (Lipp and Rose, 1997; Morris, 2003); infections are more frequently associated with warm temperatures (e.g., Janda et al., 1988; Lipp et al., 2002).
- Protozoan parasites, particularly *Cryptosporidium* and *Giardia*: case reports peak in late summer and early fall, particularly among younger age groups, generally associated with recreational water use (Dietz and Roberts, 2000; Furness et al., 2000).
- *Naegleria fowleri*: infections are relatively rare, but nearly always fatal (Lee et al., 2002); associated with naturally warm or thermally polluted bodies of water.

Such associations with temperature were not readily identified for the prevalence or infection rates of *Campylobacter* spp. (Fleury et al., 2006; Naumova et al., 2007 in Ebi et al., 2008). Temperature associations were also not readily identified for epidemiologically significant viruses including enteroviruses, rotaviruses, hepatitis A virus, and norovirus. Viruses account for 67% of food-borne disease, and the vast majority of these are due to norovirus (Mead et al., 1999). Norovirus infections typically peak in the winter (Cook et al., 1990; Lynch et al., 2006 in Ebi et al., 2008).

Research also suggests that climate variables, including regional variations and ENSO interactions, may be an important driver for influenza outbreaks (Ebi et al., 2008). However, available research has not identified general trends or mechanisms regarding the role of climate in infection (e.g., Ebi et al., 2001; Flahault et al., 2004; Viboud et al., 2004; Dushoff et al., 2005; Greene et al., 2006; Choi et al., 2006 in Ebi et al., 2008). No studies have been able to identify a clear role for temperature in viral infection patterns (Ebi et al., 2008).

Ebi et al. (2008) concluded that further expansion of ranges of insect- and rodent-borne diseases are expected in North America. However, major human epidemics of these diseases in the United States are *unlikely* if the public health infrastructure is maintained and improved as needed.

## Water quality

Research reviewed in SAP 4.6 (Ebi et al., 2008) identified an association between precipitation intensity and outbreaks of waterborne illness in U.S. drinking water. An analysis of waterborne outbreaks associated with drinking water in the United States between 1948 and 1994 found that 51% of outbreaks occurred following a daily precipitation event in the 90th percentile while 68% occurred when precipitation levels reached the 80th percentile (Curriero et al., 2001). Thomas et al. (2006) found that risk of waterborne disease doubled when rainfall amounts surpassed the 93rd percentile. The relationship between rainfall and outbreaks exists for both surface and groundwater, although the association is strongest for surface water (Rose et al., 2000).

As noted above, floodwaters may increase the likelihood of contaminated drinking water and also lead to incidental exposure to contaminated flood waters. Severe flooding following Hurricane Floyd in 1999 resulted in twice the average rate of gastrointestinal illness in the

affected areas (Setzer and Domino, 2004). Following the 2001 floods in the Midwest, contact with floodwater was shown to increase the rate and risk of gastrointestinal illness, especially among children. Tap water, however, continued to meet all regulatory standards (Wade et al., 2004).

Ebi et al. (2008) concluded that federal and state laws and regulatory programs protect much of the U.S. population from waterborne disease. However, if climate variability increases, current and future deficiencies in watershed protection, infrastructure, and storm drainage systems will tend to increase the risk of contamination events.

## V.6.d Aeroallergens

Exposure to allergens results in allergic illnesses in approximately 20% of the U.S. population (AAAAI, 1996–2006). Although there is substantial evidence suggesting a causal relationship between aeroallergens and allergic illnesses, it remains unclear which aeroallergens are most important for sensitization and subsequent disease development (Nielsen et al., 2002). Not only the type, but also the amount of aeroallergen to which an individual is exposed, influences the development of an allergic illness.

Climate change, including changes in atmospheric $CO_2$ concentrations, could affect the production, distribution, dispersion, and allergenicity of aeroallergens and the growth and distribution of weeds, grasses, and trees that produce them (Confalonieri et al., 2007). These changes in aeroallergens and subsequent human exposures could affect the prevalence and severity of allergy symptoms. However, the scientific literature does not provide definitive data or conclusions on how climate change might affect aeroallergens and subsequently the prevalence of allergic illnesses in the United States. In addition, there are numerous other factors that affect aeroallergen levels and the prevalence of associated allergic illnesses, such as changes in land use, air pollution, and adaptive responses, many of which are difficult to assess.

The IPCC concluded that pollens are *likely* to increase with elevated temperature and atmospheric $CO_2$ concentrations in North America (Field et al., 2007). Moreover, warming and climate extremes are *likely* to increase pollen and ozone levels, both of which have the potential to exacerbate symptoms in people with respiratory illness. Laboratory studies that used a doubling of atmospheric $CO_2$ stimulated a greater than 50% increase in ragweed pollen production (Wayne et al., 2002). A U.S.-based field study, which used existing temperature/$CO_2$ concentration differences between urban and rural areas as a proxy for climate change, found that ragweed grew faster, flowered earlier, and produced significantly greater aboveground biomass and ragweed pollen at urban locations than at rural locations (Ziska et al., 2003 in Field et al., 2007).

The IPCC (Confalonieri et al., 2007) noted that climate change has caused an earlier onset of the spring pollen season in North America (D'Amato et al., 2002; Weber, 2002; Beggs, 2004) and that there is limited evidence that the length of the pollen season has increased for some species. However, it is unclear whether the allergenic content of these pollens has changed. The IPCC concluded that introductions of new invasive plant species with high allergenic pollen present important health risks, noting that ragweed (*Ambrosia artemisiifolia*) is spreading in several parts

of the world (Rybnicek and Jaeger, 2001; Huynen and Menne, 2003; Taramarcaz et al., 2005; Cecchi et al., 2006 in Confalonieri et al., 2007).

## V.6.e Air quality

The IPCC (2007b) projects with *virtual certainty* "declining air quality in cities" due to "warmer and fewer cold days and nights and/or warmer/more frequent hot days and nights over most land areas" across all world regions. Furthermore, the IPCC reports with *very high confidence* that climate change impacts on human health in U.S. cities will be compounded by population growth and an aging population (Field et al., 2007). Surface air concentrations of air pollutants are highly sensitive to winds, temperature, humidity, and precipitation (Denman et al., 2007). Climate change can be expected to influence the concentration and distribution of air pollutants through a variety of processes, including the modification of biogenic emissions, the change in chemical reaction rates, wash-out of pollutants by precipitation, and modification of weather patterns that influence pollutant buildup.

In summarizing the impact of climate change on ozone and particulate matter, the IPCC (Denman et al., 2007) found that "future climate change may cause significant air quality degradation by changing the dispersion rate of pollutants, the chemical environment for ozone and particulate matter generation and the strength of emissions from the biosphere, fires and dust." The IPCC also noted that large uncertainties limit the ability to provide a simple quantitative description of the interactions between biogeochemical processes and climate change (Denman et al., 2007).

In SAP 4.6, Ebi et al. (2008) concluded that currently millions of Americans live in areas that do not meet the health-based National Ambient Air Quality Standards for ozone and fine particulate matter, both of which have the potential to be influenced by climate change.

**Tropospheric ozone**

Ground-level ozone is formed mainly by reactions that occur in polluted air in the presence of sunlight. The key precursors for formation include nitrogen oxides (emitted mainly by the burning of fuels) and volatile organic compounds (emitted both by burning of fuels and by evaporation from vegetation and stored fuels). Ground-level ozone formation increases with greater sunlight and higher temperatures.

According to the IPCC (Denman et al., 2007), climate change is expected to lead to increases in regional ozone pollution in the United States and other countries. Breathing air containing ozone can reduce lung function, thereby aggravating asthma and other respiratory conditions. Ozone exposure has been associated with increases in respiratory infection susceptibility, medicine use by asthmatics, emergency department visits, and hospital admissions. Exposure may contribute to premature death in people with heart and lung disease (EPA, 2006). Vulnerability to ozone health effects is greater for persons who spend time, especially with physical exertion, outdoors during episode periods because this results in a higher cumulative dose to the lung. Thus, children, outdoor laborers, and athletes may be at greater risk than people who spend more time indoors and who are less active (Ebi et al., 2008). In contrast to human health effects, which are

associated with short-term exposures, the most significant ozone-induced plant effects (e.g., biomass loss and yield reductions) result from the accumulation of ozone exposures over the growing season, with differentially greater impact resulting from exposures to higher concentrations and/or longer durations (EPA, 2006).

Tropospheric ozone is both naturally occurring and, as the primary constituent of urban smog, a secondary pollutant. As a secondary pollutant, it is formed through photochemical reactions involving nitrogen oxides ($NO_x$) and volatile organic compounds (VOCs) in the presence of sunlight. Biomass burning, which is known to make a large contribution to ozone in the tropical troposphere (Thompson et al., 1996), is expected to increase in the tropics and at high latitudes with climate change (Price and Rind, 1994; Stocks et al., 1998; Williams et al., 2001; Brown et al., 2004). As described below, climate change can affect ozone by modifying
- emissions of precursors,
- atmospheric chemistry, and
- transport and removal (Denman et al., 2007).

The IPCC (Denman et al., 2007) concluded that, for all world regions, climate change affects the sources of ozone precursors in the following ways:
- Physical response: $NO_x$ emissions due to lightning are expected to increase in a warmer climate. General circulation models concur that climate warming could increase the influx of ozone from the stratosphere to the troposphere due to large-scale atmospheric circulation shifts (i.e., the Brewer–Dobson circulation).
- Biological response (soils, vegetation): biogenic VOC emissions increase with increasing temperature. Climate-induced changes in biogenic VOC emissions alone may be regionally substantial and cause significant increases in ozone concentrations (European Commission, 2003; Hogrefe et al., 2004; Hauglustaine et al., 2005). Sensitivity simulations for the 2050s, relative to the 1990s (under the IPCC A2 scenario discussed in Section IV.3.a), indicate that increased biogenic emissions alone add one to three parts per billion (ppb) to summertime average daily maximum 8-hour ozone concentrations[49] in the Midwest and along the Eastern Seaboard (Hogrefe et al., 2004). The IPCC (Meehl et al., 2007) reports that biogenic emissions are projected to increase by between 27 and 59%, contributing to a 30 to 50% increase in ozone formation over northern continental regions (under the IPCC A2 scenario for the 2090–2100 timeframe, relative to 1990–2000) (Denman et al., 2007).

Climate change impacts on temperature and water vapor could affect ozone chemistry significantly (Denman et al., 2007). A number of studies in the United States have shown that summer daytime ozone concentrations correlate strongly with temperature. That is, ozone generally increases at higher temperatures. This correlation appears to reflect contributions of comparable magnitude from:
- temperature-dependent biogenic VOC emissions (as mentioned above);
- thermal decomposition of peroxyacetylnitrate (PAN), which acts as a reservoir for NOx, (as described immediately below); and
- the association of high temperatures with regional stagnation (also discussed below)

---

[49] The daily maximum 8-hour ozone concentration is a measurement of air quality based on averaging the fourth-highest daily maximum ozone concentrations over an 8-hour period. The standard is set at 0.08 ppm.

(Denman et al., 2007).

Climate change is projected to increase surface layer ozone concentrations in both urban and polluted rural environments (any world region of high emissions) due to decomposition of PAN at higher temperatures (Sillman and Samson, 1995; Liao et al., 2006). Warming enhances decomposition of PAN, releasing $NO_x$, an important ozone precursor (Stevenson et al., 2005). Model simulations for the year 2100 show that enhanced PAN thermal decomposition leads to an increase in ozone net production (Hauglustaine et al., 2005).

Atmospheric circulation can be expected to change in a warming climate and thus modify pollutant transport and removal. The more frequent occurrence of stagnant air events in urban or industrial areas could enhance the intensity of air pollution events, although the importance of these effects is not yet well quantified (Denman et al., 2007). The IPCC (2007a) concluded that "extra-tropical storm tracks are projected to move poleward, with consequent changes in wind, precipitation, and temperature patterns, continuing the broad pattern of observed trends over the last half-century."

The IPCC (Denman et al., 2007) cited the Mickley et al. (2004) study for the eastern United States, which found an increase in the severity and persistence of regional pollution episodes due to the reduced frequency of ventilation by storms tracking across Canada. This study found that surface cyclone (storm) activity decreased by approximately 10 to 20% in a future simulation (for 2050, under the IPCC A1B scenario), which is in general agreement with a number of observational studies over the northern mid-latitudes and North America (Zishka and Smith, 1980; Agee, 1991; Key and Chan, 1999; McCabe et al., 2001). In this study, summer pollution episodes in the northeastern United States were projected to increase in severity and duration; pollutant concentrations in episodes increase by 5 to 10% and episode durations increase from two to three to four days.

Regarding the role that water vapor plays in tropospheric ozone formation, the IPCC (Denman et al., 2007) reported that simulations for the 21st century indicate a decrease in the lifetime of tropospheric ozone due to increasing water vapor. The projected increase in water vapor both decelerates the chemical production and accelerates the chemical destruction of ozone (Meehl et al., 2007). Overall, the IPCC found that climate change is expected to decrease background tropospheric ozone due to higher water vapor and to increase regional and urban-scale ozone pollution due to higher temperatures and weaker air circulation (Denman et al., 2007; Confalonieri et al., 2007).

For North America, the IPCC (Field et al., 2007) reported that surface ozone concentration may increase with a warmer climate. Several studies predict increases in ozone concentrations due to climate change in the near future (2020s and 2030s) as well as for 2050 and beyond. The IPCC (Field et al., 2007; Wilbanks et al., 2007a) cited Hogrefe et al. (2004) who evaluated the effects of climate change on regional ozone in 15 U.S. cities, finding that average summertime daily 8-hour maximum ozone concentrations could increase by 2.7 ppb in the 2020s and by 4.2 ppb in the 2050s (under the IPCC A2 scenario). For the 2050s (under the IPCC A2 scenario), the IPCC (Field et al., 2007) cited Bell et al. (2007), who reported that the projected effects of climate

change on ozone in 50 eastern U.S. cities increases the number of summer days exceeding the 8-hour EPA standard by 68% (Bell et al., 2007).

Mickley et al. (2004 in Confalonieri et al., 2007) projected that between 2000 and 2050 significant changes will occur at the high end of the pollutant concentration distribution (episodes) in the Midwest and Northeast. Bell and Ellis (2004) also found that the largest increases in ozone concentrations occur near peak values. While the summer average of daily maximum 8-hour ozone concentrations increases by 2.7, 4.2, and 5.0 ppb in the 2020s, 2050s, and 2080s (compared to the 1990s), respectively, the fourth-highest summertime daily maximum 8-hour ozone concentrations (levels used to measure compliance with air quality standards for ozone) increase by 5.0, 6.4, and 8.2 ppb for the 2020s, 2050s, and 2080s, respectively when compared to the 1990s (Hogrefe et al., 2004). These findings raise particular health concerns.

The IPCC (Field et al., 2007) found that "warming and climate extremes are *likely* to increase respiratory illness, including exposure to pollen and ozone." Holding population, dose-response characteristics, and pollution prevention measures constant, ozone-related deaths from climate change in the United States are projected to increase by approximately 4.5% from the 1990s to the 2050s (under the IPCC A2 scenario) (Bell et al., 2007; Field et al., 2007). According to the IPCC (Field et al., 2007), the "large potential population exposed to outdoor air pollution translates this small relative risk into a substantial attributable health risk." In New York City, health impacts could be further exacerbated by climate change interacting with urban heat island effects (Field et al., 2007). However, all of these models predict increasing ozone without considering expected emissions controls that would likely be required to ensure meeting the National Ambient Air Quality Standards.

The IPCC reported (Denman et al., 2007) that "the current generation of tropospheric ozone models is generally successful in describing the principal features of the present-day global ozone distribution." However, they also find "there are major discrepancies with observed long-term trends in ozone concentrations over the 20th century" and "resolving these discrepancies is needed to establish confidence in the models."

In addition to human health effects, tropospheric ozone has significant adverse effects on crop yields in the United States and other world regions, pasture and forest growth, and species composition (EPA, 2006; Easterling et al., 2007). Furthermore, the effects of air pollution on plant function may affect carbon storage. Recent research showed that tropospheric ozone resulted in significantly less enhancement of carbon sequestration rates under elevated $CO_2$ (Loya et al., 2003), due to negative effects of ozone on biomass productivity and changes in litter (organic ground cover) chemistry (Booker et al., 2005; Liu et al., 2005).

**Particulate matter**

Particulate matter is a far more complex pollutant than ozone. Particulate matter is a complex mixture of anthropogenic, biogenic, and natural materials suspended as aerosol particles in the atmosphere. When inhaled, the smallest of these particles can reach the deepest regions of the lungs. Scientific studies have found an association between exposure to particulate matter and significant health problems, including aggravated asthma, chronic bronchitis, reduced lung

function, irregular heartbeat, heart attack, and premature death in people with heart or lung disease. Particle pollution also is the main cause of visibility impairment in the Nation's cities and national parks (EPA, 2004).

The overall directional impact of climate change on particulate matter levels in the United States remains uncertain. The body of literature specifically addressing the potential effects of climate change on particulate matter is limited, but there is a substantial body of literature describing how ambient particulate matter responds to a wide range of meteorological conditions. On the basis of this information, broad conclusions can be drawn concerning the behavior of ambient particulate matter concentrations given a set of the meteorological changes anticipated in a warming climate. Those meteorological changes are expected to affect particulate matter concentrations by modifying

- emissions of primary particulate matter and particulate matter precursor emissions,
- aerosol photochemistry, and
- transport and removal, as described below.

### Particulate Emissions

Particulate matter and particulate matter precursor emissions are affected by climate change through physical response (wind-blown dust), biological response (forest fires and vegetation type/distribution), and human response (energy generation). Most natural aerosol sources are controlled by climatic parameters like wind, moisture, and temperature. Therefore, human-induced climate change is expected to affect the natural aerosol burden. Biogenic organic material is both directly emitted into the atmosphere and produced by VOCs. All biogenic VOC emissions are highly sensitive to changes in temperature, and are also highly sensitive to climate-induced changes in plant species composition and biomass distributions. Biogenic emission rates are predicted to increase, on average, across world regions by 10% per 1 °C increase in surface temperature (Guenther et al., 1993; Denman et al., 2007). The response of biogenic secondary organic carbon aerosol production to a temperature change, however, could be considerably lower than the response of biogenic VOC emissions, since aerosol yields can decrease with increasing temperature (Denman et al., 2007). Particulate matter emissions from wildland fires can contribute to acute and chronic illnesses of the respiratory system, particularly in children, including pneumonia, upper respiratory diseases, asthma, and chronic obstructive pulmonary diseases (WHO, 2002; Bowman and Johnston, 2005; Moore et al., 2006 in Confalonieri et al., 2007).

### Photochemistry

Particulate matter chemistry is affected by changes in temperature brought about by climate change. Temperature is one of the most important meteorological variables influencing air quality in urban atmospheres because it affects gas and heterogeneous chemical reaction rates and gas-to-particle partitioning. The net effect that increased temperature has on airborne particle concentrations is a balance between increased production rates for secondary particulate matter (which increases particulate concentrations) and increased equilibrium vapor pressures for semi-volatile particulate compounds (which decreases particulate concentrations). Increased temperatures may either increase or decrease the concentration of semi-volatile secondary reaction products, such as ammonium nitrate, depending on ambient conditions. Regions with relatively warm initial temperatures (>17 °C) may experience a reduction in particulate

ammonium nitrate concentrations as temperature increases, while regions with relatively cool initial temperatures (<17 °C) may experience minor reductions or even small increases in particulate ammonium nitrate concentrations as temperature increases.

***Transport and Removal***
The transport and removal of particulate matter is highly sensitive to winds and precipitation. Removal of particulate matter from the atmosphere occurs mainly by wet deposition (in which atmospheric pollutants mix with water vapor and fall to Earth as precipitation) (NRC, 2005a). Sulfate lifetime, for example, is estimated to be reduced from 4.7 days to 4.0 days as a result of increased wet deposition (Liao et al., 2006). Precipitation also affects soil moisture, with impacts on dust source strength and on stomatal opening/closure of plant leaves, hence affecting biogenic emissions (Denman et al., 2007). Precipitation has generally increased over land north of 30° N over the period 1900 to 2005 and it has become significantly wetter in eastern parts of North America (Trenberth et al., 2007). However, model parameterizations of wet deposition are highly uncertain and not fully realistic in their coupling to the hydrologic cycle (NRC, 2005a). For models to simulate accurately the seasonally varying pattern of precipitation, they must correctly simulate a number of processes (e.g., evapotranspiration, condensation, and transport) that are difficult to evaluate at a global scale (Randall et al., 2007).

## V.7 Energy Production, Use, and Distribution

To date, most discussions on energy and climate change have focused on mitigation. However, "along with this role as a *driver* of climate change, the energy sector will be subject to *effects* of climate change" (Wilbanks et al., 2007b). Due to the pervasive role that energy plays in our society, even relatively small disruptions in energy supply can have major economic and social consequences. As discussed in earlier sections, a warming climate is expected to have certain effects in the United States, including rising average temperatures in most regions, changes in precipitation amounts and seasonal patterns in many regions, changes in the intensity and pattern of extreme weather events, and rising sea levels in coastal areas. These effects are expected to lead to changes in the production, consumption, and distribution of energy resources. For instance, average warming can be expected to increase energy requirements for cooling and reduce energy requirements for heating. Changes in precipitation could affect prospects for hydropower, positively or negatively. Increases in storm intensity could threaten further disruptions of the sort experienced in 2005 with Hurricane Katrina. Concerns about climate change impacts could change perceptions and valuations of energy technology alternatives. Any or all of these types of effects could have very real meaning for energy policies, decisions, and institutions in the United States, affecting discussions of courses of action and appropriate strategies for risk management (Wilbanks et al., 2007b).

In SAP 4.5, CCSP (Scott and Huang, 2007; Wilbanks et al., 2007b) cited the following potential effects:
- decreases in the amount of energy consumed in residential, commercial, and industrial buildings for space heating and water heating;
- increases in energy used in residential, commercial, and industrial buildings for space cooling;

- increases in energy consumed for residential and commercial refrigeration and industrial process cooling (e.g., in thermal power plants or steel mills);
- increases in energy used to supply other resources for climate-sensitive processes, such as pumping water for irrigated agriculture and municipal uses;
- changes in the balance of energy use among delivery forms and fuel types, as between electricity used for air conditioning and natural gas used for heating;
- changes in energy consumption in key climate-sensitive sectors of the economy, such as transportation, construction, agriculture, and others;
- positive or negative effects on prospects for hydropower from changes in precipitation patterns and amounts;
- further disruptions of the sort experienced in 2005 with Hurricanes Katrina and Rita; and
- changing perceptions and valuations of energy technology alternatives from concerns about climate change impacts.

Because of the emphasis on mitigation, limited information is available about climate change effects on the energy sector. SAP 4.5 is the first overview of vulnerability and adaptive response issues for the energy sector in the United States. This section relies heavily on this work.

## V.7.a Energy use
(adapted from Scott and Huang, 2007)

According to the IPCC, climate change is *likely* to affect U.S. energy use and energy production, physical infrastructures, and institutional infrastructures, and will *likely* interact with and possibly exacerbate ongoing environmental change and environmental pressures in settlements (Wilbanks et al., 2007a). As noted in SAP 4.5, overall research is relatively clear that climate warming will mean reductions in total U.S. heating requirements and increases in total cooling requirements for buildings (Wilbanks et al., 2007b). Changes will vary by region and season and will affect household and business energy demands and cost. In general, the changes imply increased demands for electricity, which supplies virtually all cooling energy services but only some heating services. Natural gas is the most common heating fuel, fuel oil is commonly used in the Northeast, while in parts of the country with relatively short, mild winters and/or inexpensive electricity, electricity is commonly used for heating.

With climate warming, less heating is required for industrial, commercial, and residential buildings in the United States. A review of the relevant literature in SAP 4.5 (Scott and Huang, 2007) found that projected reductions varied across studies depending on the amount of temperature change in the climate scenario, the calculated sensitivity of the building stock to warming, and the adjustments allowed in the building stock over time.

### Heating
Studies on residential heating reductions have shown considerable variation. As reported in SAP 4.5 (Scott and Huang, 2007):

- Mansur et al. (2005) identified relatively modest reductions. When natural gas is available, the marginal impact of a 1 °C increase in January temperatures is predicted to reduce residential electricity consumption by 2.8% for electricity-only consumers and 2% for natural gas customers.

- Scott et al. (2005) projected about a 6 to 10% decrease in space heating per 1 °C increase by 2020.
- The decreases in Huang's (2006) studies varied considerably by location and building vintage; the overall average was about 9.2% per 1 °C increase.
- Regional level studies using building models found a sensitivity of about 6 to 10% per 1 °C in temperature change and only about 1% per 1 °C in studies using econometrics. This is possibly due in part to reactive increases in energy consumption (energy consumption 'take-backs') as heating energy costs decline with warmer weather as well as choice of region.
- Two studies particularly highlighted the potential for regional variation as results differed substantially despite the involvement of many of the same researchers using very similar methodologies. Amato et al. (2005) projected about a 7 to 33% decline in space heating in the 2020s in Massachusetts, which has a long heating season, while Ruth and Lin (2006) projected only a 2 to 3% decline space heating energy during the same time frame in Maryland, which has a much milder heating season.

Similar results are projected in the commercial sector (Scott and Huang, 2007):
- With building equipment and shell efficiencies maintained at 1990 baseline levels and a 3.9 °C temperature change, Belzer et al. (1996) predicted a decrease in annual space heating energy requirements of about 7.4 to 9.0% per 1 °C.
- Mansur et al. (2005) projected that a 1 °C increase in January temperatures would reduce electricity consumption by about 3%, natural gas consumption by 3%, and fuel oil demand by 12%.
- Huang (2006) showed that the impact of climate change on commercial building energy use varies greatly depending on climate and building type. For the entire U.S. commercial sector, the simulations showed a 9.2% decrease per 1 °C.
- As with the residential results, regional analyses suggest more dramatic decreases in energy demand in colder regions than in warmer ones. However, the differences are smaller in the commercial sector because commercial building energy demands are dominated by internal loads such as lighting and equipment. In Loveland and Brown (1990), results vary from a 10.1 to 12.5% decrease per 1 °C. Findings for Massachusetts vary from a 7 to 8% decline in 2020 (Amato et al., 2005) and for Maryland a 2.7% decrease (Ruth and Lin, 2006).

## Cooling

When considering demands for cooling, however, all studies reviewed in SAP 4.5 suggested increases in energy demand (primarily provided by electricity) in all regions with climate warming. Scott and Huang (2007) found that, in most cases, this effect is nonlinear with respect to temperature and humidity, such that the *percentage* impact increases more than proportionately with increases in temperature (Sailor, 2001). Overall, the commercial sector appears to be less sensitive to climate increases. Findings are summarized below:
- National studies projected residential increases in electricity demand by approximately 5 to 20% per 1 °C temperature increase (Rosenthal et al., 1995; Mansur et al., 2005; Scott et al., 2005; Huang, 2006). For the commercial sector, the projected increases varied from 3.5 to 15%.
- Two of these studies looked specifically at the residential sector cooling demand (rather than all electricity). Scott et al. (2005) projected a 12 to 20% increase in cooling demand per 1 °C in 2020, while Huang (2006) projected a 22.4% increase per 1 °C.

- Loveland and Brown (1990) found cooling energy consumption increased by between 55.7% (for Fort Worth, which started from a relatively high base) and 146% (for Seattle, which started from a very low base) for a temperature increase of 3.7 to 4.7 °C. This implies about a 17 to 31% increase in cooling energy consumption per 1 °C.

- In mild, cooler climates, relatively small increases in temperature can have a large impact on air-conditioning energy use by reducing the potential for relying on natural ventilation or night cooling. For example, in California, Mendelsohn (2003) projected that total energy expenditures for electricity used for residential cooling would increase nonlinearly and that net overall energy expenditures would increase with warming in the range of 1.5 °C. Sailor (2001) projected that per 1 °C increases would be 0.5% in New York and 5.8% in Florida.

- Amato et al. (2005) projected a 6.8% increase in Massachusetts by 2020 (increasing 10 to 40% by 2030) while results in Ruth et al. (2006) for the more southerly state of Maryland appear to be quite sensitive to electricity prices, ranging from a 2.5% increase at high prices (about 8 cents per kWh, 1990 dollars) to a 24% increase if prices were low (about 6 cents per kWh, 1990 dollars).

- State-level studies of commercial cooling generally follow national trends. Analyses performed with building energy models generally indicate a 10 to 15% electric energy increase for cooling per 1 °C. The econometric studies also show increases, although the percentage increases are much smaller as these models generally include the change in consumption of all electricity rather than just that used for space cooling.

These results are compounded by potential increases in market penetration of air conditioning, particularly in areas where temperature increases are expected to be greatest. Sailor and Pavlova (2003) have projected that the extra market penetration of air conditioning more than doubled the energy use due to temperature alone. Other trends that can influence future demand include demographic shifts (e.g., population currently expanding in southern and western states), increases in the floor space per building occupant in both the residential and commercial sectors, and improvements in building efficiency and building shell performance (Scott and Huang, 2007).

## Combined heating and cooling

Many of these studies address both heating and cooling and attempt to come to a 'bottom line' net result for energy consumption. Results differ based on methods, time frame, scenario, and geography—with some showing slight annual increases in overall energy demand (e.g., Linder and Inglis, 1989; Mendelsohn, 2001; Mansur et al., 2005) and others slight reductions (e.g., Rosenthal et al., 1995; Scott et al., 2005). Results also differ by region. For example, Sailor's state-level econometric analyses (Sailor and Muñoz, 1997; Sailor, 2001; Sailor and Pavlova, 2003) projected a 5% increase per 1 °C warming in residential per capita electricity demand in Florida (a summer-peaking state dominated by air-conditioning demand) and a 3% decrease per 1 °C warming in Washington State (which uses electricity extensively for heating and is a winter-peaking system). Similarly, at the individual city level, Loveland and Brown (1990) projected lower residential energy load in northern cities such as Chicago, Minneapolis, and Seattle and increased energy loads in southern cities such as Charleston, Fort Worth, and Knoxville—while office buildings showed an overall increase in energy loads in all six cities.

Another important concern for energy use is timing of demand. In SAP 4.5, Scott and Huang (2007) indicate that research to date suggest temperature increases would increase peak demand for electricity in most regions of the country, except in the Pacific Northwest. For example, a multiregional study of regional electricity demand found that although annual electricity consumption increased slightly (3.4–5.1%), peak electricity demand would increase between 8.6 and 13.8%, and capacity requirements would increase 13.1 to 19.7%—costing tens of billions of dollars (Linder and Inglis, 1989).

In SAP 4.5, Scott and Huang (2007) found that across all these studies, results suggested only a slight change (increase or decrease) in net energy demand per 1 °C. However, even minor changes could have substantial economic results. For example, in California small increases of energy use of 0.6 to 2.6% would signify increases of 1,741 GWh to 7,516 GWh, while increases of 0.34 to 1.51% or 2.57 to 2.99% in electricity demand correspond to increased peak demand by 221 to 967 MW and 1,648 to 1,916 MW (Baxter and Calandri, 1992). To put these impacts in perspective, actual growth in non-coincident peak demand between 1990 and 2004 was 8,650 MW for total end-use load and 9,375 MW for gross generation (California Energy Commission, 2006a).

Drawing on the range of results covered here, Scott and Huang (2007) conclude that across all findings there is a robust result that, in the absence of a energy efficiency measures directed at space cooling, climate change would cause a significant increase in the demand for electricity in the United States, which would require the building of additional electricity generation (and probably transmission facilities) worth many billions of dollars.

These findings led the IPCC to the following conclusion for North America:

> Recent North American studies generally confirm earlier work showing a small net change (increase or decrease, depending on methods, scenarios, and location) in net demand for energy in buildings but a significant increase in demand for electricity for space cooling, with further increases caused by additional market penetration of air conditioning (*high confidence*). (Field et al., 2007)

## V.7.b Energy production and distribution
(adapted from Bull et al., 2007)

Climate change could affect U.S. energy production and supply in the following ways (Wilbanks et al., 2007a):

- immediate impacts from increased intensity of extreme weather events;
- reductions in water supplies in regions dependent on water resources for hydropower and/or thermal power plant cooling;
- influencing facility siting decisions (based on changing conditions); and
- positive or negative impacts for biomass, wind power, or solar energy production (where climatic conditions change).

Significant uncertainty exists about the potential impacts of climate change on energy production and distribution, in part because the timing and magnitude of climate impacts are uncertain. Nonetheless, every existing source of energy in the United States has some vulnerability to climate variability. Bull et al. (2007) found that U.S. energy production is dominated by fossil

fuels: coal, petroleum, and natural gas. Renewable energy sources tend to be more sensitive to climate variables, but production from traditional fossil sources can also be adversely affected by air and water temperatures, while nuclear energy also requires a thermoelectric cooling process. Moreover, extreme weather events can affect all sources through adverse effects on production, distribution, and fuel transportation.

In SAP 4.5, Bull et al. (2007) reviewed the limited research literature available on these impacts to date and concluded that while effects on the existing infrastructure might be categorized as modest, local and industry-specific impacts could be large, especially in areas that may be prone to disproportional warming (Alaska) or weather disruptions (Gulf Coast and Gulf of Mexico). Potential impacts are highlighted in Table V.7.1.

**Table V.7.1. Mechanisms of Climate Impacts on Various Energy Supplies in the United States.**
Percentages are of total domestic consumption (T = water/air temperature, W = wind, H = humidity, P = precipitation, and E = extreme weather events). (Source: EIA, 2004)

| Energy Supplies | | Climate Impact Mechanisms |
|---|---|---|
| **Fossil Fuels (86%)** | Coal (22%) | Cooling water quantity and quality (T), cooling efficiency (T, W, H), erosion in surface mining |
| | Natural Gas (23%) | Cooling water quantity and quality (T), cooling efficiency (T, W, H), disruptions of off-shore extraction (E) |
| | Petroleum (40%) | Cooling water quantity and quality, cooling efficiency (T, W, H), disruptions of off-shore extraction and transport (E) |
| | Liquefied Natural Gas (1%) | Disruptions of import operations (E) |
| **Nuclear (8%)** | | Cooling water quantity and quality (T), cooling efficiency (T, W, H) |
| **Renewables (6%)** | Hydropower | Water availability and quality, temperature-related stresses, operational modification from extreme weather (floods/droughts), (T, E) |
| | Biomass | |
| | • Wood and forest products | Possible short-term impacts from timber kills or long-term impacts from timber kills and changes in tree growth rates (T, P, H, E, $CO_2$ levels) |
| | • Waste (municipal solid waste, landfill gas, etc.) | n/a |
| | • Agricultural resources (including derived biofuels) | Changes in food crop residue and dedicated energy crop growth rates (T, P, E, H, $CO_2$ levels) |
| | Wind | Wind resource changes (intensity and duration), damage from extreme weather |
| | Solar | Insolation changes (clouds), damage from extreme weather |
| | Geothermal | Cooling efficiency for air-cooled geothermal (T) |

## Fossil and nuclear energy

As illustrated in Table V.7.1, climate change is expected to affect fossil fuel and nuclear power in similar ways. In both cases, the most direct climate impacts are related to power plant cooling and water availability. As currently designed, power plants require significant amounts of water, and they will be vulnerable to fluctuations in water supply. Regional-scale changes would probably mean that some areas would see significant increases in water availability, while other regions would see significant decreases. In those areas seeing a decline, the impact on power plant availability or even siting of new capacity could be significant (Bull et al., 2007). While new plant designs are flexible and new technologies for water reuse, heat rejection, and use of alternative water sources are being developed, situations where the development of new power plants is being slowed down or halted due to inadequate cooling water are becoming more frequent throughout the United States (SNL, 2006 in Bull et al., 2007).

In addition, Bull et al. (2007) found that average ambient temperatures can affect generation cycle efficiency, along with cooling water requirements in the electrical sector, and water requirements for energy production and refining. While these impacts may appear small based on the proportional reduction in system efficiency or reliability, the vast scale of the energy industry amplifies the impact. A net reduction in generation of 1% due to increased ambient temperature would represent a drop in supply of 25 billion kilowatt-hours (Maulbetsch and DiFilippo, 2006). In the Gulf of Mexico, which accounts for 20 to 30% of the total domestic oil and gas production in the United States, energy producers must adhere to guidelines regarding water temperature impacts as a result of the formation of related anoxic zones. Constraints on produced water discharges could increase costs and reduce production in the Gulf of Mexico region and elsewhere.

Regarding the requirements for the production of energy from fossil fuels, Bull et al. (2007) wrote in SAP 4.5:

> An October 2005 report produced by the National Energy Technology Laboratory stated, in part, that the production of energy from fossil fuels (coal, oil, and natural gas) is inextricably linked to the availability of adequate and sustainable supplies of water. While providing the United States with a majority of its annual energy needs, fossil fuels also place a high demand on the Nation's water resources in terms of both use and quality impacts (EIA, 2005). Thermoelectric generation is water intensive; on average, each kWh of electricity generated via the steam cycle requires approximately 25 gallons of water, a weighted average that captures total thermoelectric water withdrawals and generation for both once-through and recirculating cooling systems to produce. According to the United States Geological Survey (USGS), power plants rank only slightly behind irrigation in terms of freshwater withdrawals in the United States (USGS, 2004), although irrigation withdrawals tend to be more consumptive. Water is also required in the mining, processing, and transportation of coal to generate electricity all of which can have direct impacts on water quality. Surface and underground coal mining can result in acidic, metal-laden water that must be treated before it can be discharged to nearby rivers and streams. In addition, the USGS estimates that in 2000 the mining industry withdrew approximately 2 billion gallons per day of freshwater. Although not directly related to water quality, about 10% of total U.S. coal shipments were delivered by barge in 2003 (USGS, 2004). Consequently, low river flows can create shortfalls in coal inventories at power plants.
>
> Freshwater availability is also a critical limiting factor in economic development and sustainability, which directly impacts electric-power supply. A 2003 study conducted by the Government Accountability Office indicates that 36 States anticipate water shortages in the next

10 years under normal water conditions, and 46 States expect water shortages under drought conditions (GAO, 2003). Water supply and demand estimates by the Electric Power Research Institute (EPRI) for the years 1995 and 2025 also indicate a high likelihood of local and regional water shortages in the United States (EPRI, 2003). The area that is expected to face the most serious water constraints is the arid southwestern United States.

Accordingly, the competition for access to water is expected to increase between power producers and other needs.

## Renewable energy

Because renewable energy depends directly on ambient natural resources (such as hydrologic resources, wind patterns and intensity, and solar radiation), it is expected to be more sensitive to climate variability than fossil or nuclear energy systems that rely on geological stores. Renewable energy systems are also vulnerable to damage from extreme weather events. At the same time, renewable energy production is a primary means for mitigating the impacts of potential climate change by reducing energy-related greenhouse gas emissions (Bull et al., 2007).

### *Hydropower*

Hydropower is the largest U.S. renewable source of electricity. Projects vary from those with large, multipurpose reservoirs to small run-of-river projects that have little or no active water storage. Hydropower generation is sensitive to the amount, timing, and geographical pattern of precipitation as well as temperature (rain or snow, timing of melting) and varies greatly from year to year. For example, the difference between the most recent high (2003) and low (2001) generation years is 59 billion kilowatt-hours, approximately equal to the total electricity from biomass sources and much more than the generation from all other non-hydropower renewables (EIA, 2006). The amount of water available for hydroelectric power varies greatly from year to year, depending upon weather patterns and local hydrology, as well as on competing water uses, such as flood control, water supply, recreation, and in-stream flow requirements (e.g., conveyance to downstream water rights, navigation, and protection of fish and wildlife). In addition to climate variability, the annual fluctuations in hydropower are also affected by multiple-use operational policies and regulatory compliance.

Reduced stream flows are expected to jeopardize hydropower production in some areas of the United States, whereas greater streamflows, depending on their timing, might be beneficial (Wilbanks et al., 2007a). In California, where hydropower now comprises about 15% of in-state energy production, diminished snowmelt flowing through dams will decrease the potential for hydropower production by up to 30% if temperatures rise to the medium warming range by the end of the century (5.5–8 °F or ~3.1–4.4 °C increase in California) and precipitation decreases by 10 to 20%. However, future precipitation projections are quite uncertain so it is possible that precipitation will increase and expand hydropower generation (California Energy Commission, 2006b).

Hydroelectric generation is highly sensitive to changes in precipitation and river discharge. In many cases, changes in streamflow are magnified as water flows through multiple power plants in a river basin. For example, Nash and Gleick (1993) estimated that the change in generation was three times the change in streamflow in the Colorado River. Climate impacts on hydropower

occur when either the total amount or the timing of runoff is altered, for example, when natural water storage in snowpack and glaciers is reduced under hotter climates (e.g., melting of glaciers in Alaska and the Rocky Mountains of the United States). Projections that climate change is expected to reduce snowpack and associated runoff in the West are a matter of particular concern. Significant changes are being detected now in the flow regimes of many western rivers (Dettinger, 2005) that are consistent with the predicted effects of global warming.

Hydropower operations can also be affected through changes in water quality and reservoir dynamics. For example, warmer air temperatures and a more stagnant atmosphere cause more intense stratification of reservoirs behind dams and a depletion of dissolved oxygen in hypolimnetic waters[50] (Meyer et al., 1999). Where hydropower dams have tailwaters supporting coldwater fisheries for trout or salmon, warming of reservoir releases may have unacceptable consequences and require changes in project operation that reduce power production. In addition, evaporation from the surface of reservoirs may lead to reduced water availability for hydropower or other uses. While the effects of climate change on evaporation rates is not straightforward, evidence suggests it will have the greatest impacts on large reservoirs with large surface area located in arid, sunny parts of the United States, such as Lake Mead on the lower Colorado River (Westenburg et al., 2006).

The IPCC concluded (Field et al., 2007):

- For a 2 to 3 ° C warming in the Columbia River Basin and British Columbia Hydro service areas, the hydroelectric supply under worst-case water conditions for winter peak demand will *likely* increase (*high confidence*). Bull et al. (2007) anticipated impacts with other values. Specifically, summer power generation will *likely* conflict with in-stream flow targets and salmon restoration goals established under the Endangered Species Act (Payne et al., 2004).
- Colorado River hydropower yields will *likely* decrease significantly (*medium confidence*) (Christensen et al., 2004), as will Great Lakes hydropower (Moulton and Cuthbert, 2000; Lofgren et al., 2002; Mirza, 2004).

***Biomass***

Biomass energy is primarily used for industrial process heating, although use for transportation fuels and electricity generation is increasing. Current biomass sources include the following (EIA, 2005):

- black liquor from the pulp and paper industry to provide process heat as well as to generate electricity (29% of U.S. bioenergy);
- wood and wood waste from sources such as lumber mills for industrial power (more than 19%);
- combusted municipal solid waste and recovered landfill gas (about 16% of current U.S. biomass energy); and
- ethanol fuel made predominantly from corn grown in the Midwest (10% of U.S. biomass energy production).

---

[50] Hypolimnetic water is the layer of water in a thermally stratified lake that lies below the thermocline, is noncirculating, and remains perpetually cold.

Direct impacts of climate change on biomass power derived from a waste stream may be limited unless there are significant changes in forest or agricultural productivity that is a source of the waste stream. Efforts to increase ethanol production maybe affected through direct effects on crop growth and availability of irrigation water. Warming and precipitation increases are expected to allow the bioenergy crop switchgrass, for instance, to compete effectively with traditional crops in the central U.S (Field et al., 2007). Renewable energy production is highly susceptible to localized and regional changes in the resource base. As a result, the greater uncertainties about regional impacts under current climate change modeling pose a significant challenge in evaluating medium- to long-term impacts on renewable energy production (Bull et al., 2007).

### Wind and Solar

Wind power is the fastest growing renewable energy technology, with total generation increasing to 14 billion kilowatt-hours in 2005 (EIA, 2006). Climate effects can have a substantial influence on wind energy through variability in wind patterns. Currently, photovoltaic electricity is primarily used in off-grid locations and rooftop systems where state or local tax incentives and utility incentives are present. California and Arizona currently have the only existing utility-scale systems (EIA, 2005), with additional projects being developed in Colorado, Nevada, and Arizona. Solar power generation can be affected by changes in solar radiation (e.g., increases in cloud cover or aerosols). One international study predicts that a 2% decrease in global solar radiation will decrease solar cell output by 6% overall (Fidje and Martinsen, 2006). In addition, Pan et al. (2004) projected that increased cloudiness may decrease the potential output of photovoltaic electricity by 0 to 20% for the 2040s. However, Meehl et al. (2007) report that reductions in cloudiness could slightly increase the potential for solar energy in North America south of 60° N.

The IPCC concluded that wind and solar resources are *about as likely as not* to increase (*medium confidence*) (Field et al., 2007).

## Extreme events

Climate change may cause significant shifts in current weather patterns and increase the severity and possibly the frequency of major storms (NRC, 2002). Extreme weather events can threaten coastal energy infrastructures and electricity transmission and distribution infrastructures in the United States and other world regions (Wilbanks et al., 2007a). Impacts can range from localized events (e.g., railroad track distortions due to temperature extremes and blocked transportation corridors due to flooding) to larger-scale impacts (e.g., flooding from hurricanes). Hurricanes in particular can have severe impacts on energy infrastructure. Offshore production is particularly susceptible to extreme weather events. In 2004, Hurricane Ivan destroyed seven Gulf of Mexico oil-drilling platforms and damaged 102 pipelines. Hurricanes Katrina and Rita in 2005 destroyed more than 100 platforms and damaged 558 pipelines (Bull et al., 2007). Though it is not possible to attribute the occurrence of any singular storm event to climate change, projections of climate change suggest that extreme weather events are expected to increase (heavy precipitation events, *very likely*; intense tropical cyclone activity, *likely* (IPCC, 2007b).

The potential impacts of more severe weather are not limited to hurricane-prone areas. Rail transportation lines, which transport approximately two-thirds of the coal to the Nation's power plants (EIA, 2002), often closely follow riverbeds, especially in the Appalachian region. More severe rainstorms can lead to flooding of rivers that then can wash out or degrade the nearby roadbeds. Flooding may also disrupt the operation of inland waterways, the second-most important method of transporting coal. With utilities carrying smaller stockpiles and projections showing a growing reliance on coal for a majority of the Nation's electricity production, any significant disruption to the transportation network has serious implications for the overall reliability of the grid as a whole.

Energy impacts of episodic events can linger for months or years, as illustrated by the continued loss of oil and gas production in the Gulf of Mexico (MMS, 2006a,b,c cited in Bull et al., 2007) eight months after the 2005 hurricanes.

In the Arctic, soil subsidence caused by thawing permafrost is a risk to gas and oil pipelines, electrical transmission towers, nuclear power plants, and natural gas processing plants (Wilbanks et al., 2007a). Along the Beaufort Sea in Alaska, climate impacts on oil and gas development in the region are expected to result in both financial benefits and costs. For example, offshore oil exploration and production are expected to benefit from less extensive and thinner sea ice, although equipment will have to be designed to withstand increased wave forces and ice movement (ACIA, 2004).

## V.8 Transportation

Increasing global temperatures, rising sea levels, and changing weather patterns pose significant challenges to our country's transportation venues including: roadways, railways, transit systems, marine transportation systems, airports, and pipeline systems. The U.S. transportation network is vital to the Nation's economy, safety, and quality of life. To date, relatively little research has evaluated the risks that climate change poses to the safety and resilience of this key sector.

Drawing on the available research, the National Research Coucil (NRC, 2008) concluded the following in its recent report on the potential impacts of climate change on U.S. transportation:

- "Climate change will affect transportation primarily through increases in several types of weather and climate extremes, such as very hot days; intense precipitation events; intense hurricanes; drought; and rising sea levels, coupled with storm surges and land subsidence. The impacts will vary by mode of transportation and region of the country, but they will be widespread and costly in both human and economic terms and will require significant changes in the planning, design, construction, operation, and maintenance of transportation systems."
- "Potentially, the greatest impact of climate change for North America's transportation systems will be flooding of coastal roads, railways, transit systems, and runways because of global rising sea levels, coupled with storm surges and exacerbated in some locations by land subsidence."

The IPCC reported the following findings for North America (Field et al., 2007):

- Climate changes in winter are expected to result in a mix of impacts. Warmer or less snowy winters will *likely* reduce delays, improve ground and air transportation reliability, and decrease the need for winter road maintenance (Pisano et al., 2002). This will also lengthen the construction season. However, more intense winter storms could increase risks for traveler safety (Andrey and Mills, 2003) and require increased localized snow removal.

- Increasing frequency, intensity, or duration of heat spells could cause railroad tracks to buckle or kink (Rosetti, 2002) and affect roads through softening and traffic-related rutting (Zimmerman, 2002).

- Declining fog should benefit transportation in at least some parts of North America (Muraca et al., 2001; Hanesiak and Wang, 2005).

- Negative impacts of climate change on transportation will *very likely* result from coastal and riverine flooding and landslides (Burkett, 2002).

- Although offset to some degree by fewer ice threats to navigation, reduced water depth in the Great Lakes would lead to the need for 'light loading' and, hence, adverse economic impacts (du Vair et al., 2002; Quinn, 2002; Millerd, 2005).

- Transportation infrastructure will *likely* be particularly affected in northerly latitudes (Nelson et al., 2002). Permafrost degradation reduces surface load-bearing capacity and potentially triggers landslides (Smith and Levasseur, 2002; Beaulac and Doré , 2005). While the season for transport by barge is *likely* to be extended, the season for ice roads will *likely* be compressed (Lonergan et al., 1993; Lemmen and Warren, 2004; Welch, 2006). Other types of roads are *likely* to require costly improvements in design and construction (Stiger, 2001; McBeath, 2003).

- Some of these risks are expected to be offset by improvements in technology and information systems (Andrey and Mills, 2004). Impacts of warming on paved roads can be ameliorated with altered road design, construction, and management (including changes in the asphalt mix) and the timing of spring load restrictions (Clayton et al., 2005; Mills et al., 2006).

*Gulf Coast Case Study*

To explore climate effects on transportation systems and infrastructure, SAP 4.7 used a case study approach focused on a segment of the U.S. central Gulf Coast. Given the limited nature of available information on this topic, the authors selected a case study approach to contribute to the development of research methodologies for application in other locations, while generating useful information for local and regional decisionmakers. The Gulf Coast was selected as the study region because of the presence of a full range of transportation modes and infrastructure and its importance as a transportation hub for vital goods and services for the country as a whole. Potter et al. (2008) found that the methods used in the case study can be applied to any region; however, the modeled climate projections and the specific implications of these scenarios for transportation facilities are specific to the Gulf Coast study area.

The following sections are excerpted from SAP 4.7.

## V.8.a Study region
(adapted from Potter et al., 2008)

In SAP 4.7, the authors describe the study area as follows:

- Includes 48 contiguous coastal counties in four states, running from Houston/Galveston, Texas, to Mobile, Alabama.
- The region is home to almost 10 million people living in a range of urban and rural settings and contains critical transportation infrastructure that provides vital services to its constituent states and the Nation as a whole.
- It is also highly vulnerable to sea level rise and storm impacts.
- The coastal geography of the region is highly dynamic due to a unique combination of geomorphic, tectonic, marine, and atmospheric forcings that shape both the shoreline and interior landforms.
- Due largely to its sedimentary history, much of the central Gulf Coast region is low-lying; the great majority of the study area lies below 30 m in elevation.
- Because of this low relief, much of the region is prone to flooding during heavy rainfall events, hurricanes, and lesser tropical storms.
- Land subsidence is a major factor in the region; specific rates of subsidence vary across the region, influenced both by the geomorphology of specific locations (e.g., sediments vary over time) as well as by human activities.
- Most of the coastline is also highly vulnerable to erosion and wetland loss, particularly in association with tropical storms and frontal passages. An estimated 56,000 ha (217 mi$^2$) of land were lost in Louisiana alone during Hurricane Katrina.
- Many Gulf Coast barrier islands are retreating and diminishing in size. The Chandeleur Islands, which serve as a first line of defense from approaching hurricanes for the New Orleans region, lost roughly 85% of their surface area during Hurricane Katrina.
- As barrier islands and mainland shorelines erode and submerge, onshore facilities in low-lying coastal areas become more susceptible to inundation and destruction.

## V.8.b Transportation infrastructure
(adapted from Potter et al., 2008)

The central Gulf Coast study area's transportation infrastructure is a robust network of multiple modes—critical both to the movement of passengers and goods within the region and to national and international transport as well:

- The region has 27,000 km (17,000 mi) of major highways—about 2% of the Nation's major highways—that carry 83.5 billion vehicle miles of travel annually. The area is served by 13 major transit agencies: over 136 providers offer a range of public transit services to Gulf Coast communities.
- Roughly two-thirds of all U.S. oil imports are transported through this region, and pipelines traversing the region transport over 90% of domestic Outer Continental Shelf oil and gas. Approximately one-half of all the natural gas used in the United States passes through or by the Henry Hub gas distribution point in Louisiana.
- The study area is home to the largest concentration of public and private freight handling ports in the United States, measured on a tonnage basis. These facilities handle a huge share—around 40%—of the Nation's waterborne tonnage. Four of the top five tonnage ports in the United States are located in the region: South Louisiana, Houston, Beaumont, and New Orleans. The study area also has four major container ports.

- Overall, more than half of the tonnage (54%) moving through study area ports is petroleum and petroleum products. Additionally, New Orleans provides the ocean gateway for much of the U.S. interior's agricultural production.
- The region sits at the center of transcontinental trucking and rail routes and contains one of only four major points in the United States where railcars are exchanged between the dominant eastern and western railroads.
- The study area also hosts the Nation's leading and third-leading inland waterway systems (the Mississippi River and the Gulf Intracoastal) based on tonnage. The inland waterways traversing this region provide 20 states with access to the Gulf of Mexico.
- The region hosts 61 publicly owned, public-use airports, including 11 commercial service facilities. Over 3.4 million aircraft takeoffs and landings take place at these airports annually, led by the major facilities at George Bush Intercontinental (IAH) (Houston), William P. Hobby (Houston), and Louis Armstrong New Orleans International. IAH also is the leading airport in the study area for cargo, ranking 17th in the Nation for cargo tonnage.

Given the scale and strategic importance of the region's transportation infrastructure, it is critical to consider the potential vulnerabilities in the network that may be presented by climate change. A better understanding of these risks will help inform transportation managers as they plan future investments.

## V.8.c Trends in climate and coastal change in the Gulf Coast
(adapted from Savonis et al., 2008)

The central Gulf Coast is particularly vulnerable to climate variability and change because of the frequency with which hurricanes strike, because much of its land is sinking relative to mean sea level, and because much of its natural protection—in the form of barrier islands and wetlands—has been lost. While difficult to quantify, the loss of natural storm buffers is expected to intensify many of the climate impacts identified in this report, particularly in relation to storm damage.

- **Relative Sea Level Rise**—Much of the land in the Gulf Coast is sinking due to compaction of the sediment. As a result, this area is facing much higher increases in relative sea level rise (the combination of local land surface movement and change in mean sea level) than most other parts of the U.S. coast. Based on the output of an ensemble of GCMs, run with a range of IPCC emissions scenarios, relative sea level in the study area is *very likely* to increase by at least 0.3 m across the region and possibly as much as 2 m in some parts of the study area over the next 50 to 100 years. The analysis of even a middle range of potential sea level rise of 0.3 to 0.9 m indicates that a vast portion of the Gulf Coast from Houston to Mobile may be inundated in the future. The projected rate of relative sea level rise for the region during the next 50 to 100 years is consistent with historical trends, region-specific analyses, and the IPCC Fourth Assessment Report (2007a) findings, which assume no major changes in ice sheet dynamics. Protective structures, such as levees and sea walls, could mitigate some of these impacts, but considerable land area is still at risk of permanent flooding from rising tides, sinking land, and erosion during storms. Subsidence alone could account for a large part of the change in land area through the middle of this century, depending on the portion of the coast that is considered. Sea level rise induced by the changing climate will substantially worsen the impacts of subsidence on the region.

- **Storm Activity**—The region is vulnerable today to transportation infrastructure damage during hurricanes and, given the potential for increases in the number of hurricanes designated as Category 3 and above, this vulnerability is expected to increase. This preliminary analysis did not quantitatively assess the impact of the loss of protective barrier islands and wetlands, which will only serve to make storm effects worse. It also did not consider the possible synergistic impacts of storm activity with rising sea levels.

- **Average Temperature Increase**—All GCMs used by the IPCC in its Fourth Assessment Report (Christensen et al., 2007) indicate an increase in average annual Gulf Coast temperature through the end of this century. Based on GCM runs under three different IPCC emission scenarios (A1B, A2, and B1; discussed in Section IV.3.a), the average temperature in the Gulf Coast region appears likely to increase by at least $1.5 \pm 1$ °C during the next 50 years, with the greatest increase in temperature occurring in the summer.

- **Temperature Extremes**—Increases in average temperature will bring increases in extreme high temperature. Based on historical trends and model projections, it is expected that the number of days above 32.2 °C will increase significantly across the study area; this has implications for transportation operations and maintenance. The number of days above 32.2 °C could increase by as much as 50% during the next 50 years.

- **Precipitation Change**—Future changes in precipitation are much more difficult to model than temperature. Precipitation trends in the study area suggest increasing values with some regions in Mississippi and Alabama showing significant long-term results. Yet while some GCM results indicate that average precipitation will increase in this region, others indicate a decline in average precipitation during the next 50 to 100 years. Because of this ambiguity, it is difficult to reach conclusions about what the future holds regarding change in mean precipitation. Even if average precipitation increases slightly, average annual runoff in the region could decline as temperature and evapotranspiration rates increase.

- **Extreme Rainfall Events**—Average annual precipitation increased at most recording stations within the study area since 1919, and the literature indicates that a trend toward more rainfall and more frequent heavy downpours is expected. At this stage, climate-modeling capacity is insufficient to quantify effects on individual precipitation events, but the potential for temporary flooding in this region is clear. In an area where flooding already is a concern, this tendency could be exacerbated by extreme rainfall events. This impact will become increasingly important as relative sea level rises, putting more and more of the study area at risk.

## V.8.d Impacts of changing climate on Gulf Coast transportation
(adapted from Savonis et al., 2008)

Based on the trends in climate and coastal change, transportation infrastructures and the services that require them are vulnerable to future climate changes as well as other natural phenomena. While more study is needed to specify how vulnerable they are and what steps could be taken to reduce that vulnerability, it is clear that transportation planners in this region should not ignore these impacts.

- **Inundation from Relative Sea Level Rise**—While greater or lesser rises in relative sea level are possible, this study analyzed the effects of relative sea level rise of 0.6 and 1.2 m as realistic scenarios. Based on these levels, an untenable portion of the region's road, rail, and port network is at risk of permanent flooding.

  Twenty-seven percent of the major roads, 9% of the rail lines, and 72% of the ports are at or below 122 cm in elevation, although portions of the infrastructure are guarded by protective structures such as levees and dikes. While flood protection measures will continue to be an important strategy, rising sea levels in areas with insufficient protection may be a major concern for transportation planners. Furthermore, the crucial connectivity of the intermodal system in the area means that the services of the network can be threatened even if small segments are inundated.

  While these impacts are very significant, they can be addressed and adaptive strategies developed if transportation agencies carefully consider them in their decisions. The effectiveness of such strategies will depend on the strategies selected and the magnitude of the problem because scenarios of lower emissions demonstrate lesser impacts. It may be that in some cases, the adaptive strategy may be wholly successful, while in others further steps may need to be taken

- **Flooding and Damage from Storm Activity**—As the central Gulf Coast already is vulnerable to hurricanes, so is its transportation infrastructure. This study examined the potential for short-term flooding associated with a 5.5- and a 7.0-m storm surge. Based on these levels, a great deal of the study area's infrastructure is subject to temporary flooding. More than half (64% of interstates; 57% of arterials) of the area's major highways, almost half of the rail miles, 29 airports, and virtually all of the ports are subject to flooding.

  The nature and extent of the flooding depends on where a hurricane makes landfall and its specific characteristics. Hurricanes Katrina and Rita demonstrated that that this temporary flooding can extend for miles inland.

  This study did not examine in detail the potential for damage due to storm surge, wind speeds, debris, or other characteristics of hurricanes since this, too, greatly depends on where the hurricane strikes. Given the energy associated with hurricane storm surge, concern must be raised for any infrastructure in its direct path that is not designed to withstand the impact of a Category 3 hurricane or greater.

  Climate change appears to worsen the region's vulnerability to hurricanes, as warming seas give rise to more energetic storms. The literature indicates that the intensity of major storms may increase by 5 to 20%. This indicates that Category 3 storms and higher may return more frequently to the central Gulf Coast and thus cause more disruptions of transportation services.

  The impacts of such storms need to be examined in greater detail; storms may cause even greater damage under future conditions not considered here. If the barrier islands and shorelines continue to be lost at historical rates and as relative sea level rises, the destructive potential of tropical storms is expected to increase.

- **Effects of Temperature Increase**—As the average temperature in the central Gulf Coast is expected to rise by 0.5 to 2.5 °C, the daily high temperatures, particularly in summer, and the number of days above 32.2 °C are also expected to increase. These combined effects will raise costs related to the construction, maintenance, and operations of transportation infrastructure and vehicles. Maintenance costs will increase for some types of infrastructure because they deteriorate more quickly at temperatures above 32 °C. An increase in daily high temperatures could increase the potential for rail buckling in certain types of track. Construction costs could increase because of restrictions on days above 32 °C, since work crews may be unable to be deployed during extreme heat events and concrete strength is affected by the temperature at which it sets. Increases in daily high temperatures would affect aircraft performance and runway length because runways need to be longer when daily temperatures are higher (all other things being equal). While potentially costly and burdensome, these impacts may be addressed by transportation agencies by absorbing the increased costs and increasing the level of maintenance for affected facilities.

- **Effects of Change in Average Precipitation**—It is difficult to determine how transportation infrastructure and services might be affected by changes in average precipitation, since models project either a wetter or a drier climate in the southeastern United States. In either case, the changes in average rainfall are relatively slight, and the existing transportation network may be equipped to manage this.

- **Effects of Increased Extreme Precipitation Events**—Of more concern is the potential for short-term flooding due to heavier downpours. Even if average precipitation declines, the intensity of those storms can lead to temporary flooding as culverts and other drainage systems are overloaded. Further, the Louisiana Department of Transportation and Development reports that prolonged flooding of one to five weeks can damage the pavement substructure and necessitate rehabilitation (Gaspard et al., 2007). The central Gulf Coast already is prone to temporary flooding, and transportation representatives struggle with the disruptions these events cause. As the climate changes, flooding will probably become more frequent and more disruptive as the intensity of these downpours is expected to increase. As relative sea level rises, it appears probable that even more infrastructure will be at risk because overall water levels already will be so much higher. While these impacts cannot be quantified at present, transportation representatives can monitor where flooding occurs and how the sea is rising as an early warning system about what facilities are at immediate risk and warrant high-priority attention. In a transportation system that already is under stress due to congestion, and with people and freight haulers increasingly dependent on just-in-time delivery, the economic, safety, and social ramifications of even temporary flooding may be significant.

## V.8.e Impacts by transportation mode
(adapted from Kafalenos et al., 2008)

### Roads

Similar to most of the Nation, roads make up the backbone of the transportation network in the Gulf Coast. Highways are the chief mode for transporting people across the region, and,

combined with rail, move freight throughout the region and to other parts of the United States. While temperature and precipitation changes have some implications for highway design and maintenance, the key impacts on the highway network result from relative sea level rise and storm surge.

*Temperature*
- Projected changes in average temperatures appear to have moderate implications for highways, while increases in extreme heat may be significant.
- Maintenance and construction costs for roads and bridges are expected to increase as temperatures increase. Further, higher temperatures cause some pavement materials to degrade faster, requiring earlier replacement. Such costs are expected to grow as the number of days above 32 °C (90 °F)—projected to grow from the current average of 77 days to a range of 99 to 131 days over the next century—increases, as well as the projected maximum record temperatures in the region.
- Currently, the designs of steel and concrete bridges and of pavements in the study area typically are based on a maximum design temperature of 46 to 53 °C. The increase in maximum record temperatures implied by the climate model projections are less than these values, although under the climate scenarios they would approach those values over the next century. It may be prudent for future designers of highway facilities to ensure that joints in steel and concrete bridge superstructures and concrete road surfaces can adequately accommodate thermal expansion resulting from these temperatures.

*Precipitation*
The analysis indicates little change in mean annual precipitation through either 2050 or 2100, but the range of possible futures includes both reductions and increases in seasonal precipitation. In either case, the analysis points to potential reductions in soil moisture and runoff as temperatures and the number of days between rainfall events increase.

Scenarios of insignificant change or reduction in average precipitation, coupled with drier soils and less runoff, may result in the following:
- decline of slides in slopes adjacent to highways;
- less settling under pavements, with a decrease in cracking and undermining of pavement base courses;
- uniform decreases in runoff could reduce scouring of bridge piers in rivers and streams; and
- stresses on animal and plant populations brought about by higher temperatures and changes in rainfall patterns could make it more difficult and expensive to mitigate the impacts of highway development on the natural environment.

Modest increases in average annual rainfall may not significantly affect pavement settling, bridge scour, and ecosystem impacts because of the effects of increasing temperature on evaporation rates.

However, an increase in the frequency of extreme precipitation events may contribute to the following:
- increased accident rates;
- more frequent short-term flooding and bridge scour, as well as more culvert washouts;

- exceeding the capacity of storm-water management infrastructure; and
- more frequent slides, requiring increased maintenance.

However, some states, such as Louisiana, already address precipitation through pavement grooving and sloping, and thus may have adequate capacity to handle some increase in precipitation.

### *Relative Sea Level Rise*

The effects of 61 and 122 cm (2 and 4 ft) changes were analyzed to assess the implications of relative sea level rise on highways. Currently, about 209 km (130 mi) or about 1% of major highways (interstates and arterials) in the study region are located on land that is at or below sea level. The presence or absence of protective structures was not considered in this baseline analysis, but would be an important factor in subsequent assessments.

Risk from 61-cm relative sea level rise:
- Twenty percent of the arterial miles and 19% of the interstate miles in the study area are at elevations below 61 cm (2 ft) and thus at risk from sea level rise unless elevated or protected by levees.
- Most of the highways at risk are located in the Mississippi River Delta near New Orleans.
- The most notable highways at risk are I-10 and U.S. 90, with 220 km (137 mi) and 235 km (146 mi), respectively, passing through areas that will be below sea level if sea levels rise by 61 cm (2 ft).

Risk from 122-cm relative sea level rise:
- Twenty-eight percent of the arterial miles and 24% of the interstate miles are at elevations below 122 cm (4 ft).
- The majority of the highways at risk from a 122-cm (4-ft) increase in relative sea level are similarly located in the Mississippi River Delta near New Orleans.
- The most notable highways at risk remain I-10 and U.S. 90, with the number of kilometers increasing to 684 km (425 mi) and 628 km (390 mi) passing through areas below sea level, respectively.

Many of the National Highway System (NHS) Intermodal Connectors, public roads that provide access to major transportation facilities, such as rail, ports, and airports, pass through low-lying areas concentrated in the Mississippi River Delta, where sea level rise is expected to have the most pervasive impact. Of the 1,041 km (647 mi) of Intermodal Connectors, 238 km (148 mi), or 23%, are at risk from a 61-cm (2-ft) increase in relative sea levels; and a total of 444 km (276 mi), or 43%, are at risk from a 122-cm (4-ft) increase. The following terminals are at risk:
- for the 61-cm (2-ft) increase scenario—the New Orleans International Airport, Port Fourchon, most rail terminals in New Orleans, ferry terminals in New Orleans, and ferry terminals outside of the Mississippi River Delta in Galveston and Houston; and
- for the 122-cm (4-ft) scenario—all those above, as well as port facilities in Lake Charles, Galveston, Pascagoula, and Gulfport.

It is worth noting that the loss of use of a small individual segment of a given highway may make significant portions of that road network impassable. Further, even if a particular interstate

or arterial is passable, if the feeder roads are flooded, then the larger road becomes less usable.

### Storm Activity

About half of the region's arterial miles and about three-quarters of the intermodal connectors are vulnerable to a storm surge of 5.5 m (18 ft), and these proportions are even higher for a 7-m (23-ft) storm surge.

#### Surge Wave Crests and Effects on Bridges

The wave energy during storm surge events is greatest at the crest of the wave. The facilities most at risk are bridge decks and supports that are constructed at the wave height levels reached during a storm. The impact of the 2005 hurricanes vividly illustrates some of the factors involved in infrastructure vulnerability. While only a small percentage of the study area's bridges are located at the shore and have bridge decks or structures at these heights, when storm waves meet those bridges, the effect is devastating; massive bridge spans were dislodged during Hurricane Katrina. Although these bridges are few in number compared to the over 8,000 bridges in the functionally classified system, over 24 bridges were hit by wave surges resulting from Hurricane Katrina and experienced serious damage.

#### Surge Inundation

A substantial portion of the highway system across the study area is vulnerable to surge inundation: 51% of all arterials and 56% of the interstates are in the 5.5-m (18-ft) surge risk areas. At the 7-m (23-ft) level, these percentages increase only slightly: 57% of all arterials and 64% of the interstates are in 7-m (23-ft) surge risk areas.

The risk from surge inundation for NHS Intermodal (IM) Connectors is even greater than that for all highways. Seventy-three percent of IM Connector miles are located in areas that would be inundated by a 5.5-m (18-ft) surge, and the proportion of IM connectors that is vulnerable at the 7-m (23-ft) level is only slightly higher.

While inundation from storm surges is a temporary event, during each period of inundation the highway is not passable, and after the surge dissipates, highways must be cleared of debris before they can function properly. Of particular concern is that a substantial portion of all of the major east–west highways in the study area, particularly I-10/I-12, are at risk to storm surge inundation in some areas, and during storm events and the recovery period from these events, all long-distance highway travel through the study area is expected to be disrupted.

### Wind

Wind from storms may affect the highway signs, traffic signals, and lighting fixtures throughout the study area. The wind design speed for signs and supports in the study area is typically 160 to 200 km per hour (100 to 125 mph). These designs should accommodate all but the most severe storm events. More significant safety and operational impacts are expected from debris blown onto roadways and from crashes precipitated by debris or severe winds.

## Freight and passenger rail

Rail lines in the region play a key role in transporting freight, and a minor role in intercity passenger traffic. Rail connectivity is vital to the functioning of many, if not most, of the marine

freight facilities in the study area. Of the four main climate drivers examined in this study, storm surge could be the most significant for rail.

### Temperature

Projected increases in average temperatures generally fall within the current standards for existing rail track and facilities. However, the increase in temperature extremes—very hot days—could increase the incidence of buckling or 'sun kinks' on all the rail tracks in the study area. This occurs when compressive forces in the rail, due to restrained expansion during hot weather, exceed the lateral stiffness of the track causing the track to become displaced laterally.

### Precipitation

The primary impacts on rail infrastructure from precipitation are erosion of the track subgrade and rotting of wooden crossties. Erosion of the subgrade can wash away ballast and weaken the foundation, making the track unstable for passage of heavy locomotives and railcars. Without ballast, wood crossties would rot at a faster rate, leading to more buckling and unstable track.

The precipitation projections do not indicate that design changes are warranted to prevent increased erosion or moisture damage to railroad track. The runoff projections point to even fewer problems with erosion over the next century than are present today, due to possibly less precipitation and slightly higher temperatures. However, if the frequency and/or the intensity of extreme rainfall events increase, it could lead to higher rates of erosion and railroad bridge scour, as well as higher safety risks and increased maintenance requirements.

It should be noted that many existing facilities at low elevations are protected by levees and other physical structures, which provide some resistance to gradual changes in sea level and the impacts of storm surge.

### Relative Sea Level Rise

The effects on rail lines and facilities of relative sea level of 61 and 122 cm (2 and 4 ft) over the next 50 to 100 years were analyzed. The obvious impacts for both of these sea level rise scenarios are water damage or complete submersion of existing rail track and facilities. Currently, about 80 km (50 mi) or about 2% of rail lines in the study region are located on land that is at or below sea level.

Most of the rail lines in and around New Orleans are expected to be affected by relative sea level rise. The heavily traveled CSX line between Mobile and New Orleans, which was damaged during Hurricane Katrina, also is at risk, as are several area short lines. The following rail lines would be affected if relative sea level rises 61 cm (2 ft):

- most rail lines in and around New Orleans;
- BNSF line between Lafayette and New Orleans;
- CN/IC line into New Orleans;
- CSX line between Mobile and New Orleans;
- CSX line north of Mobile;
- Louisiana and Delta Railroad west of New Orleans;
- portions of the MSE rail line in Mississippi;
- the New Orleans and Gulf Coast Railway line between New Orleans and Myrtle;

- NS line into New Orleans;
- portions of the Port Bienville Railroad;
- segments of the UP line west of New Orleans; and
- various segments of track around Lake Charles and Galveston.

Further degradation of these lines is expected to occur should relative sea level increase by 122 cm (4 ft), with additional problems on the KCS route into New Orleans, the NS line north of Mobile, and selected track segments around Beaumont and Houston.

*Storm Activity*
Hurricane Katrina provided a vivid example of the devastating impacts of severe storm events on the rail system in the Gulf Coast Study Area. Making landfall on 29 August 2005, Katrina caused damage to all of the major railroads in the region. BNSF, CN, KCS, and UP all suffered damage, mostly to yards in and around New Orleans. CSX track and bridges also were damaged. NS had nearly 8 km (5 mi) of track washed away from the Lake Pontchartrain Bridge, which is 9.3 km (5.8 mi) long. By 13 September 2005, most of these railroads had resumed operations into New Orleans, at least on a partial basis.

One-third of the rail lines in the study region are vulnerable to a storm surge of 5.5 m (18 ft), and 41% are vulnerable to a storm surge of 7.0 m (23 ft). These include the heavily traveled CSX line from New Orleans to Mobile, and the UP and BNSF lines from New Orleans to Houston. Cities at risk include Mobile, Gulfport, Biloxi, New Orleans, Baton Rouge, Lafayette, Lake Charles, Beaumont, Port Arthur, and Galveston. Facilities at less than 5.5 m (18 ft) of elevation have the highest risk of 5.5-m (18-ft) storm surge impacts. These include 43% of the rail facilities in the study region. An additional 11 facilities are between 5.5 and 7.0 m (18 and 23 ft) of elevation and are expected to be affected by a 7.0-m (23-ft) storm surge.

## Marine

Marine facilities, including both freight and non-freight ports, marinas, and industry support facilities, are most vulnerable to storm surge and relative sea level rise. Marine facilities and waterways are vital to the region, and to the Nation as a whole. The study area is one of the Nation's leading centers of marine activity. Much of the region's economy is directly linked to waterborne commerce; and in turn, this waterborne commerce supports a substantial portion of the U.S. economy.

*Higher Temperatures*
Higher temperatures may affect port facilities in three key ways. First, higher temperatures will increase costs of terminal construction and maintenance, particularly of any paved surfaces that will deteriorate more quickly if the frequency of high temperatures increases. Second, higher temperatures will lead to higher energy consumption and costs for refrigerated warehouses or 'reefer slots' (electrical plug-ins for containers with on-board cooling units). Third, higher temperatures would probably lead to increased stress on temperature-sensitive structures.

Container-handling cranes, warehouses, and other marine terminal assets are made of metals. With increasing record temperatures and days over 32 °C (90 °F), it may be necessary to design

for higher maximum temperatures in replacement or new construction. On the other hand, most dock and wharf facilities are made of concrete and lumber, which are generally less sensitive to temperature fluctuations. It is possible that lock and dam structures could be affected, although this will require further investigation.

*Precipitation*

The prospect of more intense precipitation events could require the capacity of some storm-water retention and treatment facilities to be increased. The handling of storm water can be a significant expense for container terminals, auto terminals, and other terminals with large areas of impervious surface. Increasing environmental regulatory requirements also may add to costs of adapting storm-water handling infrastructure.

*Relative Sea Level Rise*

Of freight facilities in the study area, about 72% are vulnerable to a 122-cm (4-ft) rise in relative sea level. Of the 994 freight facilities in the U.S. Army Corps of Engineers database, 638 (64%) are in areas with elevations between 0 and 61 cm (2 ft) above sea level, and another 80 (8%) are in areas with elevations between 61 and 122 cm (2 and 4 ft). More than 75% of facilities are potentially vulnerable in Beaumont, Chocolate Bayou, Freeport, Galveston, New Orleans, Pascagoula, Plaquemines, Port Arthur, Port Bienville, and Texas City. Between 50 and 75% of facilities are potentially vulnerable in Gulfport, Houston, Lake Charles, Mobile, South Louisiana, and the Tennessee–Tombigbee Waterway. Only Baton Rouge, with 6% of facilities potentially at risk, appears to be well positioned to avoid impacts of sea level rise.

A similar situation faces non-freight facilities. Seventy-three percent of study area marine non-freight facilities are potentially vulnerable to a 122-cm (4-ft) increase in relative sea level. Of the 810 non-freight facilities in the U.S. Army Corp of Engineers database, 547 (68%) are in areas with elevations between 0 and 61 cm (2 ft) above sea level, and another 47 (6%) are in areas with elevations between 61 and 122 cm (2 and 4 ft). More than 75% of facilities are potentially vulnerable in Beaumont, Chocolate Bayou, Freeport, Galveston, New Orleans, Pascagoula, Plaquemines, Port Arthur, the Tennessee–Tombigbee Waterway, and Texas City; between 50% and 75% of facilities are potentially vulnerable in Houston, Lake Charles, Mobile, and South Louisiana. Twenty-seven percent of Gulfport facilities and no Baton Rouge facilities are potentially at risk.

It is important to note that many existing facilities at low elevations are protected by levees and other physical structures, which should provide resistance to gradual changes in sea levels. The specific effects of existing protections have not been considered in this study. For facilities that are not appropriately protected, either by elevation or by structures, rising water levels pose an increased risk of chronic flooding, leading, in the worst case, to permanent inundation of marine terminal facilities, either completely or in part, rendering them inoperable.

Navigable depths are expected to increase in many harbors and navigation channels as a result of rising sea levels. This could lead to reduced dredging costs, but higher costs where rising water levels require changes to terminals. The functionality and/or protections of lock and dam structures controlling the inland waterway system also may be affected by relative sea level rise.

*Storm Activity: Water and Wind Damage*

While the actual facilities that would be flooded depend on the particulars of a given storm—the landfall location, direction, tidal conditions, etc.—fully 99% of all study area facilities are vulnerable to temporary and permanent impacts resulting from a 7.0-m (23-ft) storm surge, while almost 98% are vulnerable to temporary and permanent impacts resulting from a 5.5-m (18-ft) storm surge. All facilities are vulnerable to wind impacts. Similar to sea level rise, storm surge impacts on highway and rail connections could affect the ability to utilize ports for transport of goods to and from affected ports.

## Aviation

Severe weather events could have the greatest impacts on aviation. Ultimately, the impact on the operational aspects of aviation could potentially supersede the overall magnitude of combined effects on aviation due to other factors discussed below.

### Temperature

Higher temperatures affect aircraft performance and the runway lengths that are required. Generally speaking, the higher the temperature, the longer the runway that is required. Temperature increases considered by this report would indicate a small increase in baseline runway length requirements, assuming other relevant factors are held constant. However, advances in engine technology and airframe materials are expected to offset the potential effects of the temperature increases analyzed in this report, so that current runway lengths are expected to be sufficient.

### Precipitation

In general, airlines, airports, and aircraft operate more efficiently in dry weather conditions than wet. Weather is a critical influence on aircraft performance and the outcome of the flight operations while taking off, landing, and while aloft. Precipitation affects aircraft and airports in several ways, such as decreasing visibility, slowing air traffic by requiring greater separation between aircraft, and decreasing braking effectiveness. On the ground, effects include creating turbulence, increasing the risk of icing of wings, and affecting engine thrust.

Precipitation effects depend on whether annual precipitation increases or decreases (results were inconclusive). Less precipitation is expected to have the following effects:

- reduce aircraft and air traffic delays;
- reduce periods of wet surfaces on runways, taxiways, and apron;
- reduce the risk of wing icing in the winter months;
- possibly increase convective weather (turbulence), as well as increase the number and severity of thunderstorms; and
- increase water vapor in the atmosphere, particularly during the summer months, potentially resulting in increased haze and reduced visibility for pilots.

Increased precipitation is expected to have the following effects:

- periods of low visibility would increase; and
- general aviation pilots would either learn to fly in Instrument Flight Rules (IFR) conditions by becoming 'instrument rated' or not fly during periods of reduced visibility and

precipitation.

In either scenario, an increased intensity of individual rainfall events is expected. Increased extreme precipitation events would also affect commercial service aircraft operations. During severe thunderstorm activity, it is not unusual for an airline to cancel flights or, at a minimum, experience delays in operations. Navigation in heavy precipitation is possible and currently occurs on a daily basis in the national air system. However, precipitation almost always creates delays, particularly at the most congested airports. In addition, 8 of the 61 airports in the study area are located within 100-year floodplains.

### Relative Sea Level Rise

Analysis indicates that three airports in the study area would be below mean sea level if relative sea level increases by 122 cm (4 ft). Each of these airports currently is protected by preventive infrastructure such as dikes and levees, which will need to be maintained. If feeder roads in the area are inundated, however, access to these airports may be disrupted. All three airports are located in Louisiana, and include New Orleans International (elevation: 122 cm or 4 ft), one of the study area's large commercial service airports, South LaFourche (elevation: 30 cm or 1 ft), a very small general aviation facility, and New Orleans Naval Air Station Joint Reserve Base (elevation: 91 cm or 3 ft), a military airport.

### Storm Activity

Both storm surge and hurricane force winds can damage airport facilities. A variety of airports in the region would be vulnerable to the impacts of storm surge of 5.5 and 7.0 m (18 and 23 ft), though this depends on the specific characteristics of each individual storm event, including landfall location, wind speed, direction, and tidal conditions. There are 22 airports with elevations in the 0- to 5.5-m (18-ft) category and an additional 7 airports in the 5.8-m to 7.0-m (19- to 23-ft) category. This list includes some major airports in the region, such as New Orleans International. In addition, the commercial service airport in Lake Charles, Louisiana would be vulnerable.

## Pipelines

There is a combined total of 42,520 km (26,427 mi) of onshore liquid (oil and petroleum product) transmission and natural gas transmission pipelines in the Gulf Coast study area. This includes 22,913 km (14,241 miles) of onshore natural gas transmission pipelines and 19,607 km (12,186 miles) of onshore hazardous liquid pipelines (PHMSA, 2007). This region is essential to the distribution of the Nation's energy supply through pipeline transportation, and historically the landside pipelines have been relatively secure from disruption by increased storm activity and intensity. A number of risks and vulnerabilities to climate-related impacts have been revealed, however, particularly for submerged or very low elevation pipelines.

Some historical weather events have resulted in only minor impacts on pipelines, with the notable exceptions of Hurricanes Andrew's, Ivan's, Katrina's, and Rita's fairly extensive damage to underwater pipelines and flooded distribution lines in areas where houses were destroyed. Storm surge and high winds historically have not had much impact on pipelines—either onshore transmission lines or offshore pipelines—since they are strong structures; well stabilized and/or

buried underground. Yet offshore pipelines have been damaged in relatively large numbers on occasion, as during Hurricanes Andrew and Ivan. Temperature shifts resulting from climate scenario projections are not expected to have much effect on pipelines. Increases or decreases in precipitation—either long-term or in the frequency or extent of droughts or inundation—could affect soil structure. Sea level rise would probably have little direct effect, but could affect water tables, soil stability, and the vulnerability of pipelines to normal wave action as well as storm surge.

Changes in soil structure, stability, and subsidence—whether undersea, landside, or in wetlands or transition elevations—could play an important role in pipeline-related risks. However, there is little information on this topic outside of earthquake risks. Recently, concerns have been raised about how wave action could affect the seabed, either by liquefying/destabilizing the sand or silt surface above a buried pipeline or by gradually eroding away seabed that had been covering the pipeline. It is unclear at present whether a changing climate might lead to conditions that exacerbate these effects and cause additional damage.

### Temperature
The great majority of the transmission pipeline system is buried under at least 0.9 m (3 ft) of soil cover, both onshore and offshore. Pipelines typically carry products at significant temperature variations (natural gas is under pressure; whereas petroleum products are heated considerably above ambient temperatures). There is not expected to be any significant effect on pipelines due to direct effects from increased (or decreased) temperatures.

### Precipitation Changes
Sustained periods of increases or decreases in precipitation, whether over months or the cumulative effect across years, can cause substantial soil changes due to drought or saturation. Changes in water tables may occur both from local climate changes as well as from global effects such as sea level rise. An increase in water table level or increased surface water runoff can cause erosion or slumping (collapse) of the soil surface, thereby leading to potential for pipeline exposure. In the lowland and marsh areas particularly associated with the coastal regions of Louisiana, the soil is being washed away due to storm activity. With the disappearance of the soil, the pipelines in these regions are losing cover.

Detailed analysis of geology and pipeline-specific conditions are required to draw more precise conclusions regarding the potential for serious disruption of the transmission pipeline system by climate-related soil changes. Nonetheless, this is an area of concern, as a considerable and unpredictable portion of the pipeline system could be vulnerable to these climate change and sea-level-induced impacts.

Another vulnerability is from expected short-term changes (such as torrents and floods), where significant changes in rate and energy of water flow are a result of increased precipitation. Risk analysis of the impacts of extreme events is required to determine appropriate adaptation or mitigation actions.

### Storm Activity
Wave action during storms may affect pipelines. For offshore pipelines, in instances where

significant subsidence occurs and the pipeline segment is exposed, this section is exposed to wave action. High-energy waves may subject a pipeline to stress levels it was not designed to withstand, causing a fracture. An exposed offshore pipeline also could be vulnerable to lateral and vertical displacement, exposure to vessel traffic and fishing trawls, or rupture by currents.

Storm damage will vary depending on the particulars of a given storm—the landfall location, direction of the storm, and tidal conditions. For example, Hurricanes Andrew and Ivan caused substantial damage to pipelines throughout the storm-front region. After Ivan, oil refineries had ample products to supply, but the pipelines could not deliver due to damages. In contrast, damage to pipelines from Katrina and Rita was relatively minor; most pipelines were ready to take product, but were hampered by the lack of available product due to refinery damage and/or power shortages.

# References

AAAAI, 1996–2006: *Allergy Statistics*. American Academy of Allergy Asthma & Immunology, Milwaukee, WI. <www.aaaai.org/media/resources/media_kit/allergy_statistics.stm>.

Aaheim, A. and L. Sygna, 2000: *Economic Impacts of Climate Change on Tuna Fisheries in Fiji Islands and Kiribati*. Cicero Report 4, Cicero, Oslo, Norway, 21 pp.

ACIA, 2004: *Impacts of a Warming Arctic: Arctic Climate Impact Assessment*. Cambridge University Press, 139 pp.

ACIA, 2005: *Arctic Climate Impact Assessment*. Cambridge University Press, 1042 pp.

ADRC, Japan, CRED-EMDAT, Université Catholique de Louvain, and UNDP, 2005: *Natural Disasters Data Book–2004*. <web.adrc.or.jp/publications/databook/databook_2004_eng/eng.html>.

Aerts, M., P. Cockrell, G. Nuessly, R. Raid, T. Schueneman, and D. Seal, 1999: Crop profile for corn (sweet) in Florida. <www.ipmcenters.org/CropProfiles/docs/FLcorn-sweet.html>.

Agee, E.M., 1991: Trends in cyclone and anticyclone frequency and comparison with periods of warming and cooling over the Northern Hemisphere. *Journal of Climate*, **4**, 263-267.

Ahern, M.J., R.S. Kovats, P. Wilkinson, R. Fewand, and F. Matthies, 2005: Global health impacts of floods: epidemiological evidence. *Epidemiologic Reviews*, **27**, 36-45.

Ainsworth, E.A. and S.P. Long, 2005: What have we learned from 15 years of free-air $CO_2$ enrichment (FACE)? A meta-analytic review of the responses of photosynthesis, canopy properties and plant production to rising $CO_2$. *New Phytologist*, **165**, 351-372.

Ainsworth, E.A. and A. Rogers, 2007: The response of photosynthesis and stomatal conductance to rising [$CO_2$]: mechanisms and environmental interactions. *Plant, Cell & Environment*, **30**, 258-270.

Ainsworth, E.A., P.A. Davey, C.J. Bernacchi, O.C. Dermody, E.A. Heaton, D.J. Moore, P.B. Morgan, S.A. Naidu, H.-S. Yoo Ra, X.-G. Zhu, P.S. Curtis, and S.P. Long, 2002: A meta-analysis of elevated [$CO_2$] effects on soybean (*Glycine max*) physiology, growth and yield. *Global Change Biology*, **8**, 695-709.

AIR, 2002: *Ten Years after Andrew: What Should We Be Preparing for Now?* AIR Technical Document HASR 0208, Applied Insurance Research, Inc., Boston, MA, 9 pp. <www.air-worldwide.com/_public/NewsData/000258/Andrew_Plus_10.pdf>.

Alberta Environment, 2002: *South Saskatchewan River Basin Water Management Plan, Phase One – Water Allocation Transfers: Appendices*. Alberta Environment, Edmonton, Alberta, Canada.

Alig, R.J., D. Adams, L. Joyce, and B. Sohngen, 2004: Climate change impacts and adaptation in forestry: responses by trees and markets. *Choices*, **Fall 2004**, 7-11. <www.choicesmagazine.org/2004-3/climate/2004-3-07.htm>.

Allen, R.G., F.N. Gichuki, and C. Rosenzweig, 1991: $CO_2$-induced climatic changes and irrigation-water requirements. *Journal of Water Resources Planning and Management*, **117**, 157-178.

Allison, E.H., W.N. Adger, M.C. Badjeck, K. Brown, D. Conway, N.K. Dulvy, A. Halls, A. Perry, and J.D. Reynolds, 2005: *Effects of Climate Change on the Sustainability of Capture and Enhancement Fisheries Important to the Poor: Analysis of the Vulnerability and Adaptability of Fisherfolk Living in Poverty*. Final Technical Report, Project No. R4778J, Fisheries Management Science Programme, MRAG for Department for

International Development, London, 167 pp. <www.fmsp.org.uk/Documents/r4778j/R4778J_FTR1.pdf>.

Amato, A., M. Ruth, P. Kirshen, and J. Horwitz, 2005: Regional energy demand responses to climate change: Methodology and application to the Commonwealth of Massachusetts. *Climatic Change*, **71(1)**, 175-201.

Amiro, B.D., J.B. Todd, B.M. Wotton, K.A. Logan, M.D. Flannigan, B.J. Stocks, J.A. Mason, D.L. Martell, and K.G. Hirsch, 2001: Direct carbon emissions from Canadian forest fires, 1959-1999. *Canadian Journal of Forest Research*, **31**, 512-525.

Amstrup, S.C., B.G. Marcot, and D.C. Douglas, 2007: *Forecasting the Range-Wide Status of Polar Bears at Selected Times in the 21st Century*. Administrative Report, U.S. Department of the Interior, U.S. Geological Survey, Washington, DC, USA, 126 pp.

Amthor, J.S., 2001: Effects of atmospheric $CO_2$ concentration on wheat yield: review of results from experiments using various approaches to control $CO_2$ concentration. *Field Crops Research*, **73**, 1-34.

Amundson, J.L., T.L. Mader, R.J. Rasby, and Q.S. Hu, 2006: Environmental effects on pregnancy rate in beef cattle. *Journal of Animal Science*, **84**, 3415-3420.

Anderson, P.J. and J.F. Piatt, 1999: Community reorganization in the Gulf of Alaska following ocean climate regime shift. *Marine Ecology Progress Series*, **189**, 117-123.

Andrey, J. and B. Mills, 2003: Climate change and the Canadian transportation system: Vulnerabilities and adaptations. In: *Weather and Transportation in Canada* [Andrey, J. and C.K. Knapper (eds.)]. University of Waterloo, Waterloo, Ontario, pp. 235-279.

Andrey, J. and B. Mills, 2004: Transportation. In: *Climate Change Impacts and Adaptations: A Canadian Perspective* [Lemmen, D.S. and F.J. Warren (eds.)]. Government of Canada, Ottawa, Ontario, pp. 131-149. <adaptation.nrcan.gc.ca/perspective/pdf/report_e.pdf>.

Angert, A., S. Biraud, C. Bonfils, C.C. Henning, W. Buermann, J. Pinzon, C.J. Tucker, and I.Y. Fung, 2005: Drier summers cancel out the $CO_2$ uptake enhancement induced by warmer springs. *Proceedings of the National Academy of Sciences*, **102**, 10823-10827.

Anisimov, O.A., D.G. Vaughan, T.V. Callaghan, C. Furgal, H. Marchant, T.D. Prowse, H. Vilhjálmsson, and J.E. Walsh, 2007: Polar regions (Arctic and Antarctic). In: *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 683-685.

Anon, 2006: Bluetongue confirmed in France. News and Reports, *Veterinary Record*, **159**, 331.

Antle, J.M., S.M. Capalbo, E.T. Elliott, and K.H. Paustian, 2004: Adaptation, spatial heterogeneity, and the vulnerability of agricultural systems to climate change and $CO_2$ fertilization: an integrated assessment approach. *Climatic Change*, **64**, 289-315.

Armstrong, B., P. Mangtani, A. Fletcher, R.S. Kovats, A.J. McMichael, S. Pattenden and P. Wilkinson, 2004: Effect of influenza vaccination on excess deaths occurring during periods of high circulation of influenza: cohort study in elderly people. *Brit. Med. J.*, **329**, 660-663.

Arnell, N., 2002: *Hydrology and Global Environmental Change*. Pearson Education Ltd, Edinburgh, 346 pp.

Atkinson, M.D., P.S. Kettlewell, P.D. Hollins, D.B. Stephenson, and N.V. Hardwick, 2005: Summer climate mediates UK wheat quality response to winter North Atlantic Oscillation. *Agricultural and Forest Meteorology*, **130**, 27-37.

Austin, J., D. Shindell, S.R. Beagley, C. Brühl, M. Dameris, E. Manzini, T. Nagashima, P. Newman, S. Pawson, G. Pitari, E. Rozanov, C. Schnadt, and T.G. Shepherd, 2003: Uncertainties and assessments of chemistry-climate models of the stratosphere. *Atmospheric Chemistry and Physics*, **3(1)**, 1-27.

Ayres, M.P. and M.J. Lombardero, 2000: Assessing the consequences of global change for forest disturbance from herbivores and pathogens. *Science of the Total Environment*, **262**, 263-286.

Aziz, K.M.A., B.A. Hoque, S. Huttly, K.M. Minnatullah, Z. Hasan, M.K. Patwary, M.M. Rahaman, and S. Cairncross, 1990: *Water Supply, Sanitation and Hygiene Education: Report of a Health Impact Study in Mirzapur, Bangladesh.* Water and Sanitation Report Series, No. 1, World Bank, Washington, DC, 99 pp.

Bachelet, D., R.P. Neilson, J.M. Lenihan, and R.J. Drapek, 2001: Climate change effects on vegetation distribution and carbon budget in the United States. *Ecosystems*, **4**, 164-185.

Bachelet, D., R.P. Neilson, J.M. Lenihan, and R.J. Drapek, 2004: Regional differences in the carbon source-sink potential of natural vegetation in the U.S.A. *Environmental Management*, **33**, S23-S43, doi:10.1007/s00267-003-9115-4.

Backlund, P., A. Janetos, and D. Schimel, 2008: *The Effects of Climate Change on Agriculture, Land Resources, Water Resources, and Biodiversity.* Synthesis and Assessment Product 4.3 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC, USA.

Baker, J.T. and L.H. Allen, Jr., 1993a: Contrasting crop species responses to $CO_2$ and temperature: rice, soybean, and citrus. *Vegetatio*, **104/105**, 239-260.

Baker, J.T. and L.H. Allen, Jr., 1993b: Effects of $CO_2$ and temperature on rice: A summary of five growing seasons. *Journal of Agricultural Meteorology*, **48**, 575-582.

Baker, J.T., K.J. Boote, and L.H. Allen, Jr., 1995: Potential climate change effects on rice: Carbon dioxide and temperature. pp. 31-47. *In* C. Rosenzweig, J. W. Jones, and L. H. Allen, Jr. (eds.). *Climate Change and Agriculture: Analysis of Potential International Impacts*, ASA Spec. Pub. No. 59, ASA-CSSA-SSSA, Madison, Wisconsin, USA.

Baldwin, M., M. Dameris, J. Austin, S. Bekki, B. Bregman, N. Butchart, E. Cordero, N. Gillett, H.-F. Graf, C. Granier, D. Kinnison, S. Lal, T. Peter, W. Randel, J. Scinocca, D. Shindell, H. Struthers, M. Takahashi, and D. Thompson, 2007: Climate-ozone connections. In: *Scientific Assessment of Ozone Depletion: 2006.* Global Ozone Research and Monitoring Project, Report No. 50, World Meteorological Organization, Geneva, Switzerland.

Bale, J.S., G.J. Masters, I.D. Hodkinson, C. Awmack, T.M. Bezemer, V.K. Brown, J. Butterfield, A. Buse, J.C. Coulson, J. Farrar, J.E.G. Good, R. Harrington, S. Hartley, T.H. Jones, R.L. Lindroth, M.C. Press, I. Symrnioudis, A.D. Watt, and J.B. Whittaker, 2002: Herbivory in global climate change research: direct effects of rising temperature on insect herbivores. *Global Change Biology*, **8**, 1-16.

Barber, R., 2001: Upwelling ecosystems. In: *Encyclopedia of Ocean Sciences* [Steele, J.H., S.A. Thorpe, and K.K. Turekian (eds.)]. Academic Press, London, 3128 pp.

Barber, V.A., G.P. Juday, and B.P. Finney, 2000: Reduced growth of Alaskan white spruce in the twentieth century from temperature-induced drought stress. *Nature*, **405**, 668-673.

Barnett, T.P., D.W. Pierce, K.M. AchutaRao, P.J. Gleckler, B.D. Santer, J.M. Gregory, and

W.M. Washington, 2005a: Penetration of human-induced warming into the world's oceans. *Science*, **309**, 284-287.

Barnett, T.P., J.C. Adam, and D.P. Lettenmaier, 2005b: Potential impacts of a warming climate on water availability in snow-dominated regions. *Nature*, **438**, 303-309.

Bartholow, J.M., 2005: Recent water temperature trends in the Lower Klamath River, California. *Journal of Fisheries Management*, **25**, 152-162.

Bates, D.V., 2005: Ambient ozone and mortality. *Epidemiology*, **16(4)**, 427-429.

Baxter, L.W. and K. Calandri, 1992: Global warming and electricity demand: A study of California. *Energy Policy*, **20(3)**, 233-244.

Beaubien, E.G. and H.J. Freeland, 2000: Spring phenology trends in Alberta, Canada: Links to ocean temperature. *International Journal of Biometeorology*, **44(2)**, 53-59.

Beaugrand, G., 2004: The North Sea regime shift: evidence, causes, mechanisms and consequences. *Progress in Oceanography*, **60**, 245-262.

Beaulac, I. and G. Doré, 2005: *Impacts du Dégel du Pergélisol sur les Infrastructures de Transport Aérien et Routier au Nunavik et Adaptations - état des connaissances.* Facultées Sciences et de Génie, Université Laval, Montreal, Quebec, 141 pp.

Beebee, T.J.C., 1995: Amphibian breeding and climate. *Nature*, **374**, 219-220.

Beebee, T.J.C., 2002: Amphibian phenology and climate change. *Conservation Biology*, **16(6)**, 1454-1454, doi:10.1046/j.1523-1739.2002.02102.x.

Beever, E.A., P.F. Brussard, and J. Berger, 2003: Patterns of apparent extirpation among isolated populations of pikas (*Ochotona princeps*) in the Great Basin. *Journal of Mammology*, **84**, 37-54.

Beggs, P.J., 2004: Impacts of climate change on aeroallergens: past and future. *Clinical & Experimental Allergy*, **34**, 1507-1513.

Bell, J.L., L.C. Sloan, and M.A. Snyder, 2004: Changes in extreme climatic events: A future climate scenario. *Journal of Climate*, **17(1)**, 81-87.

Bell, M. and H. Ellis, 2004: Sensitivity analysis of tropospheric ozone to modified biogenic emissions for the Mid-Atlantic region. *Atmospheric Environment*, **38**, 1879-1889.

Bell, M.L., R. Goldberg, C. Hogrefe, P. Kinney, K. Knowlton, B. Lynn, J. Rosenthal, C. Rosenzweig, and J.A. Patz, 2007: Climate change, ambient ozone, and health in 50 U.S. cities. *Climatic Change*, **82**, 61-76.

Belzer, D.B., M. J. Scott, and R.D. Sands, 1996: Climate change impacts on U.S. commercial building energy consumption: an analysis using sample survey data. *Energy Sources*, **18(2)**, 177-201.

Bender, J., U. Hertstein, and C. Black, 1999: Growth and yield responses of spring wheat to increasing carbon dioxide, ozone and physiological stresses: a statistical analysis of 'ESPACE-wheat' results. *European Journal of Agronomy*, **10**, 185-195.

Berg, E.E., J.D. Henry, C.L. Fastie, A.D. De Volder, and S.M. Matsuoka, 2006: Spruce beetle outbreaks on the Kenai Peninsula, Alaska, and Kluane National Park and Reserve, Yukon Territory: Relationship to summer temperatures and regional differences in disturbance regimes. *Forest Ecology and Management*, **227**, 219-232.

Berthelot, M., P. Friedlingstein, P. Ciais, P. Monfray, J.L. Dufresen, H.L. Treut, and L. Fairhead, 2002: Global response of the terrestrial biosphere and $CO_2$ and climate change using a coupled climate-carbon cycle model. *Global Biogeochemical Cycles*, **16**, 1084, doi:10.1029/2001GB001827.

Bertness, M.D. and P.J. Ewanchuk, 2002: Latitudinal and climate-driven variation in the strength and nature of biological interactions in New England salt marshes. *Oecologia*, **132**, 392-401.

Bertness, M.D., P.J. Ewanchuk, and B.R. Silliman, 2002: Anthropogenic modification of New England salt marsh landscapes. *Proceedings of the National Academy of Sciences*, **99**, 1395-1398.

Bindoff, N.L., J. Willebrand, V. Artale, A, Cazenave, J. Gregory, S. Gulev, K. Hanawa, C. Le Quéré, S. Levitus, Y. Nojiri, C.K. Shum, L.D. Talley and A. Unnikrishnan, 2007: Observations: Oceanic climate change and sea level. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 385-432.

Birdsey, R.A., 2006: Carbon accounting rules and guidelines for the United States forest sector. *Journal of Environmental Quality*, **35**, 1518-1524.

Blaustein, A.R., L.K. Belden, D.H. Olson, D.M. Green, T.L. Root, and J.M. Kiesecker, 2001: Amphibian breeding and climate change. *Conservation Biology*, **15(6)**, 1804-1809

Blaustein, A.R., T.L. Root, J.M. Kiesecker, L.K. Belden, D.H. Olson, and D.M. Green, 2002: Amphibian phenology and climate change. *Conservation Biology*, **16(6)**, 1454-1455.

Bodeker, G.E., D.W. Waugh, H. Akiyoshi, P. Braesicke, V. Eyring, D.W. Fahey, E. Manzini, M.J. Newchurch, R.W. Portmann, A. Robock, K.P. Shine, W. Steinbrecht, and E.C. Weatherhead, 2006: The Ozone layer in the 21st century. In: *Scientific Assessment of Ozone Depletion: 2006.* Global Ozone Research and Monitoring Project, Report No. 50, World Meteorological Organization, Geneva, Switzerland.

Boisvenue, C. and S.W. Running, 2006: Impacts of climate change on natural forest productivity – evidence since the middle of the 20th century. *Global Change Biology*, **12**, 862-882.

Bond, W.J., G.F. Midgley and F.I. Woodward, 2003: The importance of low atmospheric $CO_2$ and fire in promoting the spread of grasslands and savannas. *Global Change Biology*, **9**, 973-982.

Bond, W.J., F.I. Woodward and G.F. Midgley, 2005: The global distribution of ecosystems in a world without fire. *New Phytol.*, **165**, 525-537.

Bonsal, B.R. and T.D. Prowse, 2003: Trends and variability in spring and autumn 0°C-isotherm dates over Canada. *Climatic Change*, **57**, 341-358.

Bonsal, B.R., X. Zhang, L.A. Vincent, and W.D. Hood, 2001: Characteristics of daily and extreme temperatures over Canada. *Journal of Climate*, **14**, 1959-1976.

Bonsal, B.R., G. Koshida, E.G. O'Brien, and E. Wheaton, 2004: Droughts. In: *Threats to Water Availability in Canada.* NWRI Scientific Assessment Report Series No. 3, ACSD Science Assessment Series No.1, Environment Canada, National Water Resources Institute, Burlington, Ontario, pp. 19-25.

Booker, F.L., S.A. Prior, H.A. Torbert, E.L. Fiscus, W.A. Pursley, and S. Hu, 2005: Decomposition of soybean grown under elevated concentrations of $CO_2$ and $O_3$. *Global Change Biology*, **11**, 685-698.

Boote, K.J., J.W. Jones, and N.B. Pickering, 1996: Potential uses and limitations of crop models. *Agronomy Journal*, **88**, 704-716.

Boote, K.J., N.B. Pickering, and L.H. Allen, Jr., 1997: Plant modeling: Advances and gaps in our capability to project future crop growth and yield in response to global climate change. In: *Advances in Carbon Dioxide Effects Research* [Allen, L.H. Jr., M.B. Kirkham, D.M. Olszyk, and C.E. Whitman (eds.)]. ASA Special Publication No. 61, American Society of Agronomy, Madison, WI, pp. 179-228.

Boote, K.J., L.H. Allen Jr., P.V. Prasad, J.T. Baker, R.W. Gesch, A.M. Snyder, D. Pan, and J.M. Thomas, 2005: Elevated temperature and $CO_2$ impacts on pollination, reproductive growth, and yield of several globally important crops. *Journal of Agricultural Meteorology*, **60**, 469-474.

Both, C., 2006: Climate change and adaptation of annual cycles of migratory birds. *Journal of Ornithology*, **147**(5, Suppl. 1), 68-68.

Bowman, D.M.J.S. and F.H. Johnston, 2005: Wildfire smoke, fire management, and human health. *EcoHealth*, 2, 76-80.

Breshears, D.D., N. S. Cobb, P.M. Rich, K.P. Price, C.D. Allen, R.G. Balice, W.H. Romme, J.H. Kastens, M.L. Floyd, J. Belnap, J.J. Anderson, O.B. Myers, and C.W. Meyer, 2005: Regional vegetation die-off in response to global-change-type drought. *Proceedings of the National Academy of Sciences*, **102**, 15144-15148.

Bretherton, C.S., R. Ferrari, and S. Legg, 2004: Climate Process Teams: a new approach to improving climate models. *U.S. CLIVAR Variations Newsletter*, **2(1)**, 1-5.

Bromirski, P.D., R.E. Flick, and D.R. Cayan, 2003: Storminess variability along the California coast: 1958-2000. *Journal of Climate*, **16**, 982-993.

Brown, J.L., S.H. Liand, and B. Bhagabati, 1999: Long-term trend toward earlier breeding in an American bird: A response to global warming? *Proceedings of the National Academy of Sciences*, **96**, 5565-5569.

Brown, K.J., J.S. Clark, E.C. Grimm, J.J. Donovan, P.G. Mueller, B.C.S. Hansen, and I. Stefanova, 2005: Fire cycles in North American interior grasslands and their relation to prairie drought. *Proceedings of the National Academy of Sciences*, **102**, 8865-8870.

Brown, T.J., B.L. Hall, and A.L. Westerling, 2004: The impact of twenty-first century climate change on wildland fire danger in the western United States: An applications perspective. *Climatic Change*, **62**, 365-388.

Bull, S.R., D.E. Bilello, J. Ekmann, M.J. Sale, and D.K. Schmalzer, 2007: Effects of climate change on energy production and distribution in the United States. In: *Effects of Climate Change on Energy Production and Use in the United States.* Synthesis and Assessment Product 4.5 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC, USA, pp. 45-80.

Burke, E.J., S.J. Brown, and N. Christidis, 2006: Modelling the recent evolution of global drought and projections for the twenty-first century with the Hadley Centre climate model. *Journal of Hydrometeorology*, 7, 1113-1125.

Burkett, V.R., 2002: *The Potential Impacts of Climate Change on Transportation.* Workshop Summary and Proceedings, 1-2 October 2002, DOT Center for Climate Change and Environmental Forecasting - Federal Research Partnership Workshop, Washington, District of Columbia. <climate.dot.gov/publications/workshop1002/index.html>.

Burkett, V.R., D.A. Wilcox, R. Stottlemeyer, W. Barrow, D. Fagre, J. Baron, J. Price, J.L. Nielsen, C.D. Allen, D.L. Peterson, G. Ruggerone, and T. Doyle, 2005: Nonlinear dynamics in ecosystem response to climatic change: case studies and policy implications. *Ecological Complexity*, **2**, 357-394.

Butler, C., 2003: The disproportionate effect of climate change on the arrival dates of short-distance migrant birds. *Ibis*, **145**, 484-495.

Cahoon, D.R., P.F. Hensel, T. Spencer, D.J. Reed, K.L. McKee, and N. Saintilan, 2006: Coastal wetland vulnerability to relative sea-level rise: wetland elevation trends and process controls. In: *Wetlands and Natural Resource Management* [Verhoeven, J., D. Whigham, R. Bobbink, and B. Beltman (eds.)]. Springer Ecological Studies Series Vol. 190, Springer, pp. 271-342.

Cairncross, S. and M. Alvarinho, 2006: The Mozambique floods of 2000: health impact and response. In: *Flood Hazards and Health: Responding to Present and Future Risks.* [Few, R. and F. Matthies (eds.)]. Earthscan, London, pp. 111-127.

California Energy Commission, 2006a: *Historic State-Wide California Electricity Demand.* <energy.ca.gov/electricity/historic_peak_demand.html>.

California Energy Commission, 2006b: *Our Changing Climate: Assessing the Risks to California.* <www.energy.ca.gov/2006publications/CEC-500-2006-077/CEC-500-2006-077.PDF>.

Calkin, D.E., K.M. Gebert, J.G. Jones, and R.P. Neilson, 2005: Forest service large fire area burned and suppression expression trends, 1970-2002. *Journal of Forestry*, **103**, 179-183.

Carbone, G.J., W. Kiechle, L. Locke, L.O. Mearns, L. McDaniel, and M.W. Downton, 2003: Response of soybean and sorghum to varying spatial scales of climate change scenarios in the southeastern United States. *Climatic Change*, **60**, 73-98.

Carroll, A.L., S.W. Taylor, J. Regniere, and L. Safranyik, 2004: Effects of climate change on range expansion by the mountain pine beetle in British Columbia. In: *Mountain Pine Beetle Symposium: Challenges and Solutions* [Shore, T.L., J.E. Brooks, and J.E. Stone (eds.)]. 30-31 October, 2003, Kelowna, British Columbia. Information Report BC-X-399, Natural Resources Canada, Canadian Forest Service, Pacific Forestry Centre, Victoria, BC, pp. 223-232.

Caspersen, J.P., S.W. Pacala, J.C. Jenkins, G.C. Hurtt, and P.R. Moorcraft, 2000: Contributions of land-use history to carbon accumulation in U.S. forests. *Science*, **290**, 1148-1152.

Cayan, D.R., S. Kammerdiener, M.D. Dettinger, J.M. Caprio, and D.H. Peterson, 2001: Changes in the onset of spring in the western United States. *Bulletin of the American Meteorological Society*, **82**, 399-415.

CCSP, 2003: *Strategic Plan for the U.S. Climate Change Science Program.* A report by the Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC, 202 pp.

CDC, 2005a: Heat-related mortality – Arizona, 1993-2002, and United States, 1979-2002. *Morbidity & Mortality Weekly Report*, **54(25)**, 628-630.

CDC, 2005b: Norovirus outbreak among evacuees from Hurricane Katrina - Houston, Texas, September 2005. *Morbidity & Mortality Weekly Report*, **54(40)**, 1016-1018.

CDC, 2006: Carbon monoxide poisonings after two major hurricanes - Alabama and Texas, August-October 2005. *Morbidity & Mortality Weekly Report*, **55(9)**, 236-239.

Cecchi, L., M. Morabito, P. Domeneghetti, M.A. Crisci, M. Onorari, and S. Orlandini, 2006: Long distance transport of ragweed pollen as a potential cause of allergy in central Italy. *Annals of Allergy, Asthma & Immunology*, **96**, 86-91.

Cesar, H., L. Burke, and L. Pet-Soede, 2003: *The Economics of Worldwide Coral Reef Degradation.* Cesar Environmental Economic Consulting, Arnhem, The Netherlands.

Cess, R.D., 2005: Water vapor feedback in climate models. *Science*, **310**, 795-796.

Chambers, J.Q., J.I. Fisher, H. Zeng, E.L. Chapman, D.B. Baker, and G.C. Hurtt, 2007: Hurricane Katrina's carbon footprint on U.S. Gulf Coast forests. *Science*, **318**, 1107.

Chavez, F., L. Ryan, S.E. Lluch-Cota, and M. Ñiguen, 2003: From anchovies to sardines and back: Multidecadal change in the Pacific Ocean. *Science*, **229**, 217-221.

Chen, F.J., G. Wu, and F. Ge, 2004: Impacts of elevated $CO_2$ on the population abundance and reproductive activity of aphid *Sitobion avenae* Fabricius feeding on spring wheat. *Journal of Applied Entomology*, **128**, 723-730.

Chiew, F.H.S., 2007: Estimation of rainfall elasticity of streamflow in Australia. *Hydrol. Sci. J.*, **51**, 613-625.

Choi, K.M., G. Christakos, and M.L. Wilson, 2006: El Niño effects on influenza mortality risks in the state of California. *Public Health*, **120(6)**, 505-516.

Choudhury, A.Y. and A. Bhuiya, 1993: Effects of biosocial variable on changes in nutritional status of rural Bangladeshi children, pre- and post-monsoon flooding. *Journal of Biosocial Science*, **25**, 351-357.

Christensen, J.H., B. Hewitson, A. Busuioc, A. Chen, X. Gao, I. Held, R. Jones, R.K. Kolli, W.-T. Kwon, R. Laprise, V. Magaña Rueda, L. Mearns, C.G. Menéndez, J. Räisänen, A. Rinke, A. Sarr, and P. Whetton, 2007: Regional climate projections. *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)] Cambridge University Press, Cambridge and New York, pp. 847-940.

Christensen, N.S., A.W. Wood, N. Voisin, D.P. Lettenmaier and R.N. Palmer, 2004: The effects of climate change on the hydrology and water resources of the Colorado River basin. *Clim. Change*, **62**, 337-363.

Church, J.A., N.J. White, R. Coleman, K. Lambeck, and J.X. Mitrovica, 2004: Estimates of the regional distribution of sea level rise over the 1950-2000 period. *Journal of Climate*, **17**, 2609-2625.

Ciais, P., M. Reichstein, N. Viovy, A. Granier, J. Ogee, V. Allard, M. Aubinet, N. Buchmann, Chr. Bernhofer, A. Carrara, F. Chevallier, N. De Noblet, A.D. Friend, P. Friedlingstein, T. Grünwald, B. Heinesch, P. Keronen, A. Knohl, G. Krinner, D. Loustau, G. Manca, G. Matteucci, F. Miglietta, J.M. Ourcival, D. Papale, K. Pilegaard, S. Rambal, G. Seufert, J.F. Soussana, M.J. Sanz, E.D. Schulze, T. Vesala, and R. Valentini, 2005: Europe-wide reduction in primary productivity caused by the heat and drought in 2003. *Nature*, **437**, 529-533.

Clark, W.C., J. Jaeger, R. Corell, R. Kasperson, J.J. McCarthy, D. Cash, S.J. Cohen, P. Desanker, N.M. Dickson, P. Epstein, D.H. Guston, J.M. Hall, C. Jaeger, A. Janetos, N. Leary, M.A. Levy, A. Luers, M. MacCracken, J. Melillo, R. Moss, J.M. Nigg, M.L. Parry, E.A. Parson, J.C. Ribot, H.J. Schellnhuber, D.P. Schrag, G.A. Seielstad, E. Shea, C. Vogel, and T.J. Wilbanks, 2000: *Assessing Vulnerability to Global Environmental Risks.* Report of the Workshop on Vulnerability to Global Environmental Change: Challenges for Research, Assessment and Decision Making. 22-25 May, Airlie House, Warrenton, Virginia. Discussion Paper 2000-12, Environment and Natural Resources Program, Kennedy School of Government, Harvard University, Cambridge, MA, USA.

Clarke, L., J. Edmonds, J. Jacoby, H. Pitcher, J. Reilly, R. Richels, E. Parson, V. Burkett, K. Fisher-Vanden, D. Keith, L. Mearns, H. Pitcher, C. Rosenzweig, and M. Webster, 2007: *Scenarios of Greenhouse Gas Emissions and Atmospheric Concentrations (Part A) and*

*Review of Integrated Scenario Development and Application (Part B).* Synthesis and Assessment Product 2.1 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC, USA, 260 pp.

Clarke, P.J., P.K. Latz, and D.E. Albrecht, 2005: Long-term changes in semi-arid vegetation: Invasion of an exotic perennial grass has larger effects than rainfall variability. *Journal of Vegetation Science*, **16**, 237-248.

Clarke, R. and J. King, 2004: *The Atlas of Water*. Earthscan, London, 128 pp.

Clayton, A., J. Montufar, J. Regehr, C. Isaacs, and R. McGregor, 2005: *Aspects of the Potential Impacts of Climate Change on Seasonal Weight Limits and Trucking in the Prairie Region*. Prepared for Natural Resources Canada. <www.adaptation.nrcan.gc.ca/projdb/pdf/135a_e.pdf>.

Coakley, S.M., H. Scherm, and S. Chakraborty, 1999: Climate change and plant disease management. *Annual Review of Phytopathology*, **37**, 399-426.

Coe, M.T. and J.A. Foley, 2001: Human and natural impacts on the water resources of the Lake Chad basin. *Journal of Geophysical Research*, **106**(D4), 3349-3356.

Cohen, J.C., 2003: Human population: the next half century. *Science*, **302**, 1172-1175.

Cole, K., 1985. Past rates of change, species richness and a model of vegetation inertia in the Grand Canyon, Arizona. *American Naturalist*, **125**, 289-303.

Collins, W.D., C.M. Bitz, M.L. Blackmon, G.B. Bonan, C.S. Bretherton, J.A. Carton, P. Chang, S.C. Doney, J.J. Hack, T.B. Henderson, J.T. Kiehl, W.G. Large, D.S. McKenna, B.D. Santer, and R.D. Smith, 2006: The Community Climate System Model: CCSM3. *Journal of Climate*, **19**, 2122-2143.

Colorado State Forest Service, 2007: *2006 Report on the Health of Colorado's Forests*. Colorado Department of Natural Resources, Division of Forestry, Denver, CO, USA, 27 pp.

Confalonieri, U., B. Menne, R. Akhtar, K.L. Ebi, M. Hauengue, R.S. Kovats, B. Revich and A. Woodward, 2007: Human health. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp 391-431.

Cook, E.R., C.A. Woodhouse, C.M. Eakin, D.M. Meko, and D.W. Stahle, 2004: Long-term aridity changes in the Western United States. *Science*, **306**, 1015-1018.

Cook, S.M., R.I. Glass, C.W. LeBaron, and M.S. Ho, 1990: Global seasonality of rotavirus infections. *Bulletin of the World Health Organization*, **58(2)**, 171-177.

Corn, P.S., 2003: Amphibian breeding and climate change: Importance of snow in the mountains. *Conservation Biology*, **17**, 622-625.

Costanza, R., R. dArge, R. deGroot, S. Farber, M. Grasso, B. Hannon, K. Limburg, S. Naeem, R.V. Oneill, J. Paruelo, R.G. Raskin, P. Sutton, and M. vandenBelt, 1997: The value of the world's ecosystem services and natural capital. *Nature*, **387**, 253-260.

Cotton, P., 2003: Avian migration phenology and global climate change. *Proceedings of the National Academy of Sciences*, **100**, 12219-12222.

Cox, P.M., R.A. Betts, C.D. Jones, S.A. Spall, and I.J. Totterdell, 2000: Acceleration of global warming due to carbon-cycle feedbacks in a coupled climate model. *Nature*, **408**, 184-187.

Croier, L., 2003: Winter warming facilitates range expansion: Cold tolerance of the butterfly *Atalopedes campestris*. *Oecologia*, **135**, 648-656.

Crossett, K.M., T.J. Culliton, P.C. Wiley, and T.R. Goodspeed, 2004: *Population Trends Along the Coastal United States: 1980-2008*. National Oceanic and Atmospheric Administration, Silver Spring, MD.

Crozier, L. and R.W. Zabel, 2006: Climate impacts at multiple scales: evidence for differential population responses in juvenile Chinook salmon, *Journal of Animal Ecology*, **75**, 1100-1109.

Currie, D.J., 2001: Projected effects of climate change on patterns of vertebrate and tree species in the conterminous United States. *Ecosystems*, **4**, 216-225.

Curriero, F.C., J.A. Patz, J.B. Rose, and S. Lele, 2001: The association between extreme precipitation and waterborne disease outbreaks in the United States, 1948-1994. *American Journal of Public Health*, **91(8)**, 1194-1199.

Curry, R. and C. Mauritzen, 2005: Dilution of the northern North Atlantic in recent decades. *Science*, **308**, 1772-1774.

D'Amato, G., G. Liccardi, M. D'Amato, and M. Cazzola, 2002: Outdoor air pollution, climatic changes and allergic bronchial asthma. *European Respiratory Journal*, **20**, 763-776.

D'Souza, R.M., N.G. Becker, G. Hall, and K.B.A. Moodie, 2004: Does ambient temperature affect foodborne disease? *Epidemiology*, **15(1)**, 86-92.

Dai A., K.E. Trenberth, and T. Qian, 2004: A global data set of Palmer Drought Severity Index for 1870–2002: Relationship with soil moisture and effects of surface warming. *Journal of Hydrometeorology*, **5**, 1117-1130.

Daily, G.C., T. Söderqvist, S. Aniyar, K. Arrow, P. Dasgupta, P.R. Ehrlich, C. Folke, A. Jansson, B. Jansson, N. Kautsky, S. Levin, J. Lubchenco, K.Mäler, D. Simpson, D. Starrett, D. Tilman, and B. Walker, 2000: The value of nature and the nature of value. *Science*, **289**, 395-396.

Dale, V.H., 1997. The relationship between land-use change and climate change. *Ecological Applications*, 7, 753-769.

Dale, V.H., L.A. Joyce, S. McNulty, R.P. Neilson, M.P. Ayres, M.D. Flannigan, P.J. Hanson, L.C. Irland, A.E. Lugo, C.J. Peterson, D. Simberloff, F.J. Swanson, B.J. Stocks, and B.M. Wotton, 2001: Climate change and forest disturbances. *BioScience*, **51**, 723-734.

Daszak, P., A.A. Cunningham, and A.D. Hyatt, 2000: Emerging infectious diseases of wildlife: threats to biodiversity and human health. *Science*, **287**, 443- 448.

Davis, M.S., T.L. Mader, S.M. Holt, and A.M. Parkhurst, 2003: Strategies to reduce feedlot cattle heat stress: effects on tympanic temperature. *Journal of Animal Science*, **81**, 649-661.

Davis, R., P. Knappenberger, W. Novicoff, and P. Michaels, 2002: Decadal changes in heat related human mortality in the eastern United States. *Climate Research*, **22**, 175-184.

Davis, R., P. Knappenberger, P. Michaels, and W. Novicoff, 2003: Changing heat-related mortality in the United States. *Environmental Health Perspectives*, **111**, 1712 -1718.

Davis, R., P. Knappenberger, P. Michaels, and W. Novicoff, 2004: Seasonality of climate-human mortality relationships in US cities and impacts of climate change. *Climate Research*, **26**, 61-76.

de la Chesnaye, F.C. and J.P. Weyant (eds.), 2006: Multi-gas mitigation and climate policy. *The Energy Journal*, Special Issue No.3.

Decker, E., S. Elliot, F. Smith, D. Blake, and F. Rowland, 2000: Energy and material flow through the urban ecosystem. *Annual Review of Energy and the Environment*, **25**, 685-740.

DeGaetano, A.T., 2005: Meteorological effects on adult mosquito (*Culex*) populations in metropolitan New Jersey. *International Journal of Biometeorology*, **49(5)**, 345-353.

del Ninno, C. and M. Lundberg, 2005: Treading water: the long term impact of the 1998 flood on nutrition in Bangladesh. *Economics & Human Biology*, **3**, 67-96.

Delworth, T.L., A.J. Broccoli, A. Rosati, R.J. Stouffer, V. Balaji, J.A. Beesley, W.F. Cooke, K.W. Dixon, J. Dunne, K.A. Dunne, J.W. Durachta, K.L. Findell, P. Ginoux, A. Gnanadesikan, C.T. Gordon, S.M. Griffies, R. Gudgel, M.J. Harrison, I.M. Held, R.S. Hemler, L.W. Horowitz, S.A. Klein, T.R. Knutson, P.J. Kushner, A.R. Langenhorst, H.-C. Lee, S.-J. Lin, J. Lu, S.L. Malyshev, P.C.D. Milly, V. Ramaswamy, J. Russell, M.D. Schwarzkopf, E. Shevliakova, J.J. Sirutis, M.J. Spelman, W.F. Stern, M. Winton, A.T. Wittenberg, B. Wyman, F. Zeng, and R. Zhang, 2006: GFDL's CM2 global coupled climate models. Part I: Formulation and simulation characteristics. *Journal of Climate*, **19**, 643-674.

Denman, K.L., G. Brasseur, A. Chidthaisong, P. Ciais, P.M. Cox, R.E. Dickinson, D. Hauglustaine, C. Heinze, E. Holland, D. Jacob, U. Lohmann, S. Ramachandran, P.L. da Silva Dias, S.C. Wofsy, and X. Zhang, 2007: Couplings between changes in the climate system and biogeochemistry. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, pp. 499-588.

Derocher, A.E., N.J. Lunn, and I. Stirling. 2004: Polar bears in a warming climate. *Integrative and Comparative Biology*, **44**, 163-176.

Dettinger, M.D., 2005: *Changes In Streamflow Timing In The Western United States In Recent Decades*, USGS Fact Sheet 2005-3018, U.S. Geological Survey.

Diaz, H.F., J.K. Eischeid, C. Duncan, and R.S. Bradley, 2003: Variability of freezing levels, melting season indicators, and snow cover for selected high-elevation and continental regions in the last 50 years. *Climatic Change*, **59**, 33-52.

Diaz, J., A. Jordan, R. Garcia, C. Lopez, J.C. Alberdi, E. Hernandez, and A. Otero, 2002: Heat waves in Madrid 1986-1997: effects on the health of the elderly. *International Archives of Occupational & Environmental Health*, **75(3)**, 163-170.

Dietz, V.J. and J.M. Roberts, 2000: National surveillance for infection with *Cryptosporidium parvum*, 1995-1998: what have we learned? *Public Health Reports*, **115**, 358-363.

Diffenbaugh, N.S., J.S. Pal, R.J. Trapp, and F. Giorgi, 2005: Fine-scale processes regulate the response of extreme events to global climate change. *Proceedings of the National Academy of Sciences*, **102(44)**, 15774-15778, doi:10.1073/pnas.0506042102.

Donaldson, G.C., H. Rintamaki, and S. Nayha, 2001: Outdoor clothing: its relationship to geography, climate, behaviour and cold-related mortality in Europe. *International Journal of Biometeorology*, **45(1)**, 45-51.

du Vair, P., D. Wickizer, and M.J. Burer, 2002: Climate change and the potential implications for California's transportation system. In: *The Potential Impacts of Climate Change on Transportation, Federal Research Partnership Workshop*, 1-2 October, 2002, Washington, DC, pp. 125-135. <climate.dot.gov/publications/workshop1002/index.html>.

Ducklow, H.W., K. Baker, D.G. Martinson, L.B. Quetin, R.M. Ross, R.C. Smith, S.E. Stammerjohn, M. Vernet, and W. Fraser, 2007: Marine pelagic ecosystems: The West

Antarctic Peninsula. *Philosophical Transactions of the Royal Society B*, **362**, 67-94.

Duffy, P.A., J.E. Walsh, J.M. Graham, D.H. Mann, and T.S. Rupp, 2005: Impacts of large-scale atmospheric-ocean variability on Alaskan fire season severity. *Ecological Applications*, **15**, 1317-1330.

Dunn, P.O. and D. Winkler, 1999. Climate change has affected the breeding date of tree swallows throughout North America. *Proceedings of the Royal Society of London Bulletin*, **266**, 2487-2490.

Dupigny-Giroux, L.-A., 2001: Towards characterizing and planning for drought in Vermont – Part I: A climatological perspective. *Journal of the American Water Resources Association*, **37**, 505-525.

Durongdej, S., 2001: Land use changes in coastal areas of Thailand. *Proceedings of the APN/SURVAS/LOICZ Joint Conference on Coastal Impacts of Climate Change and Adaptation in the Asia – Pacific Region*, 14-16 November 2000, Kobe, Japan. Asia Pacific Network for Global Change Research, pp. 113-117.

Dushoff, J., J.B. Plotkin, C. Viboud, D.J. Earn, and L. Simonsen, 2005: Mortality due to influenza in the United States – an annualized regression approach using multiple-cause mortality data. *American Journal of Epidemiology*, **163(2)**, 181-187.

Dvortsov, V.L. and S. Solomon, 2001: Response of the stratospheric temperatures and ozone to pat and future increases in stratospheric humidity. *Journal of Geophysical Research*, **106(D7)**, 7505-7514.

Dyke, A.S. and W.R. Peltier, 2000: Forms, response times and variability of relative sea-level curves, glaciated North America. *Geomorphology*, **32**, 315-333.

Dziuban, E.J., J.L. Liang, G.F. Craun, V. Hill, P.A. Yu, J. Painter, M.R. Moore, R.L. Calderon, S.L. Roy, and M.J. Beach, 2006: Surveillance for waterborne disease and outbreaks associated with recreational water – United States, 2003 – 2004. *Morbidity & Mortality Weekly Report*, **55(12)**, 1-31.

Easterling, D.R., 2002: Recent changes in frost days and the frost-free season in the United States. *Bulletin of the American Meteorological Society*, **83**, doi:10.1175/1520-0477.

Easterling, W. et al., 2007: Food, Fibre and Forest Products. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [(eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Eastman, J.L., M.B. Coughenour and R.A. Pielke, 2001: The regional effects of $CO_2$ and landscape change using a coupled plant and meteorological model. *Global Change Biol.*, **7**, 797-815.

Ebi, K.L., K.A. Exuzides, E. Lau, M. Kelsh, and A. Barnston, 2001: Association of normal weather periods and El Nino events with hospitalization for viral pneumonia in females: California, 1983–1998. *American Journal of Public Health*, **91(8)**, 1200–1208.

Ebi, K.L., et al., 2008 (in press): Effects of global change on human health. Ch.2 in: *Analyses of the Effects of Global Change on Human Health and Welfare and Human Systems*. Synthesis and Assessment Product (SAP) 4.6 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC.

Edmonds, J.A. and N.J. Rosenberg, 2005: Climate change impacts for the conterminous USA: An integrated assessment summary. *Climatic Change*, **69**, 151-162.

Eheart, J.W., A.J. Wildermuth, and E.E. Herricks, 1999: The effects of climate change and irrigation on criterion low streamflows used for determining total maximum daily loads. *Journal of the American Water Resources Association*, **35**, 1365-1372.

Ehrlich, P.R., D.D. Murphy, M.C. Singer, C.B. Sherwood, RR. White, and I.L. Brown, 1980: Extinction, reduction, stability and increase: The responses of checkerspot butterfly populations to the California drought. *Oecologia*, **46**, 101-105.

EIA, 2002: *Annual Coal Report*. DOE/EIA-0584, Energy Information Administration, Washington, DC, USA.

EIA, 2004: *Annual Energy Review*. Energy Information Administration, Washington, DC, USA.

EIA, 2005: *Renewable Energy Trends 2004*, Table 18, Renewable Electric Power Sector Net Generation by Energy Source and State, 2003. Energy Information Administration, Washington, DC, USA.

EIA, 2006: *Annual Energy Outlook 2006, with Projections to 2030*. DOE/EIA-0383, Energy Information Administration, Washington, DC, USA.

Elliott, G.P. and W.L. Baker, 2004: Quaking aspen at treeline: A century of change in the San Juan Mountains, Colorado, USA. *Journal of Biogeography*, **31**, 733-745.

Emanuel, K.A., 2005: Increasing destructiveness of tropical cyclones over the past 30 years. *Nature*, **436**, 686-688.

EM-DAT, 2006: *The OFDA/CRED International Disaster Database*. WHO Collaborating Centre for Research on the Epidemiology of Disasters (CRED). <www.em-dat.net>.

Environment Canada, 1997: The Canada country study: climate impacts and adaptation. Adaptation and Impacts Research Group, Downsview, Ontario.

EPA. 2004: Air quality criteria for particulate matter. Volume 1. http://cfpub.epa.gov/ncea/cfm/recordisplay.cfm?deid=87903 [Accessed May 5, 2008].

EPA, 2006: *Excessive Heat Events Guidebook*. EPA-430-B-06-005, U.S. Environmental Protection Agency, Office of Atmospheric Programs, Washington, DC, USA. <www.epa.gov/heatisland/about/pdf/EHEguide_final.pdf>.

EPRI, 2003: *A Survey of Water Use and Sustainability in the United States With a Focus on Power Generation*. EPRI Report No. 1005474, Electric Power Research Institute, Washington, DC, USA.

Erickson, J.E., J.P. Megonigal, G. Peresta, and B.G. Drake, 2007: Salinity and sea level mediate elevated $CO_2$ effects on C3 and C4 plant interactions and tissue nitrogen in a Chesapeake Bay tidal wetland. *Global Change Biology*, **13**, 202-215, doi:10.1111/j.1365-2486.2006.01285.x.

Euliss, N.H., R.A. Gleason, A. Olness, R.L. McDougal, H.R. Murkin, R.D. Robarts, R.A. Bourbonniere, and B.G. Warner, 2006: North American prairie wetlands are important nonforested land-based carbon storage sites. *Science of the Total Environment*, **361(1-3)**, 179-188.

European Commission, 2003: *Ozone-Climate Interactions*. Air Pollution Research Report 81, EUR 20623, European Commission, Luxembourg, 143 pp.

Eurowinter Group, 1997: Cold exposure and winter mortality from ischaemic heart disease, cerebrovascular disease, respiratory disease, and all causes in warm and cold regions of Europe. *Lancet*, **349**, 1341-1346.

Fallico, F., K. Nolte, L. Siciliano, and F. Yip, 2005: Hypothermia-related deaths – United States, 2003-2004. *Morbidity & Mortality Weekly Report*, **54(7)**, 173-175.

Fan, Y., G. Miguez-Macho, C. Weaver, R. Walko, and A. Robock, 2007: Incorporating water

table dynamics in climate modeling, part I: water table observations and the equilibrium water table. *Journal of Geophysical Research*, **112**, D10125, doi:10.1029/2006JD008111.

Fay, P.A., J.D. Carlisle, A.K. Knapp, J.M. Blair, and S.L. Collins, 2000: Altering rainfall timing and quantity in a mesic grassland ecosystem: design and performance of rainfall manipulation shelters. *Ecosystems*, **3**, 308-319.

Fay, P.A., J.D. Carlisle, B.T. Danner, M.S. Lett, J.K. McCarron, C. Stewart, A.K. Knapp, J.M. Blair, and S.L. Collins, 2002: Altered rainfall patterns, gas exchange, and growth in grasses and forbs. *International Journal of Plant Sciences*, **163**, 549-557.

Fay, P.A., J.D. Carlisle, A.K. Knapp, J.M. Blair, and S.L. Collins, 2003: Productivity responses to altered rainfall patterns in a C-4-dominated grassland. *Oecologia*, **137**, 245-251.

Federal Register, 2006: Rules and Regulations. Endangered and Threatened Species: Final listing determination for elkhorn coral and staghorn coral. *Federal Register*, **71**, 26852.

Feng, S. and Q. Hu, 2004: Changes in agro-meteorological indicators in the contiguous United States: 1951-2000. *Theoretical and Applied Climatology*, **78**, 247-264.

Fenn, M.E., J.S. Baron, E.B. Allen, H.M. Reuth, K.R. Nydick, L. Geiser, W.D. Bowman, J.O. Sickman, T. Meixner, D.W. Johnson, and P. Neitlich, 2003: Ecological effects of nitrogen deposition in the western United States. *BioScience*, **53**, 404-420.

Ferguson, S.H., I. Stirling, and P. McLoughlin, 2005: Climate change and ringed seal (*Phoca hispida*) recruitment in western Hudson Bay. *Marine Mammal Science*, **21**, 121-135.

Fidje, A. and T. Martinsen, 2006: Effects of climate change on the utilization of solar cells in the Nordic region. Extended abstract for *European Conference on Impacts of Climate Change on Renewable Energy Sources*, 5-9 June 2006, Reykjavik, Iceland.

Field, C.B., L.D. Mortsch., M. Brklacich, D.L. Forbes, P. Kovacs, J.A. Patz, S.W. Running, and M.J. Scott, 2007: North America. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 617-652.

Fischlin, A., G.F. Midgley, J.T. Price, R. Leemans, B. Gopal, C. Turley, M.D.A. Rounsevell, O.P. Dube, J. Tarazona, and A.A. Velichko, 2007: Ecosystems, their properties, goods, and services. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change.* [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 211-272.

Fisher, B.S., N. Nakicenovic, K. Alfsen, J. Corfee Morlot, F. de la Chesnaye, J.-Ch. Hourcade, K. Jiang, M. Kainuma, E. La Rovere, A. Matysek, A. Rana, K. Riahi, R. Richels, S. Rose, D. van Vuuren, and R. Warren, 2007: Issues related to mitigation in the long-term context. In: *Climate Change 2007: Mitigation. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Metz, B., O.R. Davidson, P.R. Bosch, R. Dave, and L.A. Meyer (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 169-250.

Flahault, A., C. Viboud, K. Pakdaman, P.Y. Boelle, M.L. Wilson, M. Myers, and A.J. Valleron, 2004: Association of influenza epidemics in France and the USA with global climate variability. In: *Proceedings of the International Conference on Options for the Control of Influenza V* [Kawaoka, Y. (ed.)]. Elsevier Inc., San Diego, CA, USA, pp. 73-77.

Flanagan, L.B., L.A. Wever, and P.J. Carlson, 2002: Seasonal and interannual variation in carbon dioxide exchange and carbon balance in a northern temperate grassland. *Global Change Biology*, **8**, 599-615.

Flanner, M.G., C.S. Zender, J.T. Randerson, and P.J. Rasch, 2007: Present day climate forcing and response from black carbon in snow. *Journal of Geophysical Research*, **112**, D11202, doi:10.1029/2006JD008003.

Flannigan, M.D., B.J. Stocks, and B.M. Wotton, 2000: Climate change and forest fires. *Science of the Total Environment*, **262**, 221-229.

Flannigan, M.D., K.A. Logan, B.D. Amiro, W.R. Skinner, and B.J. Stocks, 2005: Future area burned in Canada. *Climatic Change*, **72**, 1-16.

Fleury, M., D.F. Charron, J.D. Holt, O.B. Allen, and A.R. Maarouf, 2006: A time series analysis of the relationship of ambient temperature and common bacterial enteric infections in two Canadian provinces. *International Journal of Biometeorology*, **60**, 385-391.

Forbes, D.L., G.K. Manson, R. Chagnon, S.M. Solomon, J.J. van der Sanden, and T.L. Lynds, 2002: Nearshore ice and climate change in the southern Gulf of St. Lawrence. In: *Ice in the Environment*. Proceedings 16th IAHR International Symposium on Ice, Dunedin, New Zealand, **1**, pp. 344-351.

Forbes, D.L., G.S. Parkes, G.K. Manson, and L.A. Ketch, 2004: Storms and shoreline retreat in the southern Gulf of St. Lawrence. *Marine Geology*, **210**, 169-204.

Forister, M.L. and A.M. Shapiro, 2003: Climatic trends and advancing spring flight of butterflies in lowland California. *Global Change Biology*, **9**, 1130-1135.

Forster, P., V. Ramaswamy, P. Araxo, T. Berntsen, R.A. Betts, D.W. Fahey, J. Haywood, J. Lean, D.C. Lowe, G. Myhre, J. Nganga, R. Prinn, G. Raga, M. Schulze, and R.Van Dorland, 2007: Changes in atmospheric constituents and in radiative forcing. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller, (eds.)]. Cambridge University Press, Cambridge, pp. 130-234.

Franco, A.M.A., J.K. Hill, C. Kitschke, Y.C. Collingham, D.B. Roy, R. Fox, B. Huntley, and C.D. Thomas, 2006: Impacts of climate warming and habitat loss on extinctions at species' low latitude range boundaries. *Global Change Biology*, **12**, 1545-1553.

Frank, K.L., T.L. Mader, J.A. Harrington, G.L. Hahn, and M.S. Davis, 2001: Climate change effects on livestock production in the Great Plains. In: *Proceedings of the 6th International Livestock Environment Symposium* [Stowell, R.R., R. Bucklin, and R.W. Bottcher (eds.)]. American Society of Agricultural Engineering, St. Joseph, Michigan, pp. 351-358.

Fried, B.J., M.E. Domino, and J. Shadle, 2005: Use of mental health services after hurricane Floyd in North Carolina. *Psychiatric Services*, **56(11)**, 1367-1373.

Friedland, K.D., D.G. Reddin, J.R. McMenemy, and K.F. Drinkwater, 2003: Multidecadal trends in North American Atlantic salmon (*Salmo salar*) stocks and climate trends relevant to juvenile survival. *Canadian Journal of Fisheries and Aquatic Science*, **60**, 563-583.

Fuhlendorf, S.D., D.D. Briske, and F.E. Smeins, 2001: Herbaceous vegetation change in variable rangeland environments: The relative contribution of grazing and climatic variability. *Applied Vegetation Science*, **4**, 177-188.

Fung, I.Y., S.C. Doney, K. Lindsay, and J. John, 2005: Evolution of carbon sinks in a changing climate. *Proceedings of the National Academy of Sciences*, **102(32)**, 11201-11206.

Furness, B.W., M.J. Beach, and J.M. Roberts, 2000: Giardiasis surveillance – United States, 1992-1997. *Morbidity & Mortality Weekly Report*, **49(07)**, 1-13.

FWS, 2007: *12-Month Petition Finding and Proposed Rule to List the Polar Bear (Ursus maritimus) as Threatened through Its Range*. Fish and Wildlife Service, 50 CFR Part 17, RIN 1018-AV19.

Gabastou, J.M., C. Pesantes, S. Escalante, Y. Narvaez, E. Vela, L. Garcia, D. Zabala, and Z.E. Yadon, 2002: Characteristics of the cholera epidemic of 1998 in Ecuador during El Niño (in Spanish). *Revista Panamericana de Salud Pública*, **12**, 157-164.

Gamache, I. and S. Payette, 2004: Height growth response of tree line black spruce to recent climate warming across the forest-tundra of eastern Canada. *Journal of Ecology*, **92**, 835-845.

Gamble, J.L., et al., 2008 (in press): Analyses and effects of global change on human health and welfare and human systems. Ch. 1 in: *Analyses of the Effects of Global Change on Human Health and Welfare and Human Systems*. Synthesis and Assessment Product (SAP) 4.6 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC.

Gan, J., 2004: Risk and damage of southern pine beetle outbreaks under global climate change. *Forest Ecology and Management*, **191**, 61-71.

GAO, 2003: *Freshwater Supply, States' Views of How Federal Agencies Could Help Them Meet the Challenges of Expected Shortages*. Government Accountability Office, Washington, DC, USA.

Gaspard, K., M. Martinez, Z. Zhang, and Z. Wu, 2007: *Impact of Hurricane Katrina on Roadways in the New Orleans Area*. Technical Assistance Report No. 07-2TA, LTRC Pavement Research Group, Louisiana Department of Transportation and Development, Louisiana Transportation Research Center, 73 pp.

Gerber, S., F. Joos, and I. C. Prentice, 2004: Sensitivity of a dynamic global vegetation model to climate and atmospheric $CO_2$. *Global Change Biology*, **10**, 1223-1239.

Gibbs, J.P. and A.R. Breisch, 2001: Climate warming and calling phenology of frogs near Ithaca, New York, 1900-1999. *Conservation Biology*, **15**, 1175-1178.

Gibson, K.E., 2006: *Mountain Pine Beetle Conditions in Whitebark Pine Stands in the Greater Yellowstone Ecosystem, 2006*. R1Pub06-03, Forest Health Protection Report, USDA Forest Service, Northern Region, Missoula, MT, USA.

Gille, S., 2008. Decadal-scale temperature trends in the Southern Hemisphere Ocean. *Journal of Climate* (in press).

Gillett, N.P., A.J. Weaver, F.W. Zwiers, and M.D. Flannigan, 2004: Detecting the effect of climate change on Canadian forest fires. *Geophysical Research Letters*, **31**, L18211, doi:10.1029/2004GL020876.

Gitay, H., S. Brown, W. Easterling, and B. Jallow, 2001: Ecosystems and their goods and services. In: *Climate Change 2001: Impacts, Adaptation, and Vulnerability. Contribution of Working Group II to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [McCarthy, J.J., O.F. Canziani, N.A. Leary, D.J. Dokken, and K.S. White (eds.)]. Cambridge University Press, Cambridge, pp. 237-342.

Gnanadesikan, A., K.W. Dixon, S.M. Griffies, V. Balaji, M. Barreiro, J.A. Beesley, W.F. Cooke, T.L. Delworth, R. Gerdes, M.J. Harrison, I.M. Held, W.J. Hurlin, H.-C. Lee, Z. Liang, G. Nong, R.C. Pacanowski, A. Rosati, J. Russell, B.L. Samuels, Q. Song, M.J. Spelman, R.J. Stouffer, C.O. Sweeney, G. Vecchi, M. Winton, A.T. Wittenberg, F. Zeng, R. Zhang, and

J.P. Dunne, 2006: GFDL's CM2 global coupled climate models. Part II: The baseline ocean simulation. *Journal of Climate*, **19**, 675-697.

Gobbi, M., D. Fontaneto, and F. De Bernardi, 2006: Influence of climate changes on animal communities in space and time: the case of spider assemblages along an alpine glacier foreland. *Global Change Biology*, **12**, 1985-1992.

Gobron, N., B. Pinty, F. Melin, M. Taberner, M.M. Verstraete, A. Belward, T. Lavergne, and J.L. Widlowski, 2005: The state of vegetation in Europe following the 2003 drought. *International Journal of Remote Sensing*, **26**, 2013-2020.

Goodman, P.G., D.W. Dockery, and L. Clancy, 2004: Cause-specific mortality and the extended effects of particulate pollution and temperature exposure. *Environmental Health Perspectives*, **112(2)**, 179-185. [erratum appears in *Environmental Health Perspectives* 2004, **112(13)**, A729.]

Government of Andhra Pradesh, 2004: *Report of the State Level Committee on Heat Wave Conditions in Andhra Pradesh State*. Revenue (Disaster Management) Department, Government of Andhra Pradesh, Hyderabad, India, 67 pp.

Grebmeier, J.M., J.E. Overland, S.E. Moore, E.V. Farley, E.C. Carmack, L.W. Cooper, K.E. Frey, J.H. Helle, F.A. McLaughlin, and S.L. McNutt, 2006: A major ecosystem shift in the Northern Bering Sea. *Science*, **311**, 1461-1464.

Greene, S.K., E.L. Ionides, and M.L. Wilson, 2006: Patterns of influenza-associated mortality among US elderly by geographic region and virus subtype, 1968-1998. *American Journal of Epidemiology*, **163(4)**, 316-326.

Greenough, G., M. McGeehin, S.M. Bernard, J. Trtanj, J. Riad, and D. Engleberg, 2001: The potential impacts of climate variability and change on health impacts of extreme weather events in the United States. *Environmental Health Perspectives*, **109**, S191-S198.

Gregg, W.W., M.E. Conkright, P. Ginoux, J.E. O'Reilly, and N.W. Casey, 2003: Ocean primary production and climate: Global decadal changes. *Geophysical Research Letters*, **30**, 1809, doi:10.1029/2003GL016889.

Grice, A.C., 2006: The impacts of invasive plant species on the biodiversity of Australian rangelands. *The Rangeland Journal*, **28**, 1-27.

Groisman, P.Y., R.W. Knight, T.R. Karl, D.R. Easterling, B. Sun, and J.M. Lawrimore, 2004: Contemporary changes of the hydrological cycle over the contiguous United States: Trends derived from in-situ observations. *Journal of Hydrometeorology*, **5**, 64-85.

Guenther, A.B., P. Zimmerman, P. Harley, R. Monson, and R. Fall, 1993: Isoprene and monoterpene emission rate variability - model evaluations and sensitivity analyses. *Journal of Geophysical Research*, **98(D7)**, 12609-12617.

Guha-Sapir, P., D. Hargitt, and H. Hoyois, 2004: *Thirty Years of Natural Disasters 1974–2003: The Numbers*. UCL Presses, Universitaires de Louvrain, Louvrain la Neuve, 188 pp.

Guo, L. and R.W. Macdonald, 2006: Source and transport of terrigenous organic matter in the upper Yukon River: Evidence from isotope ($\delta$13C, $\Delta$14C, $\delta$15N) composition of dissolved, colloidal, and particulate phases. *Global Biogeochemical Cycles*, **20**, GB2011, doi:10.1029/2005GB002593.

Gurdak, J.J., R.T. Hanson, P.B. McMahon, B.W. Bruce, J.E. McCray, G.D. Thyne, and R.C. Reedy, 2007: Climate variability controls on unsaturated water and chemical movement, High Plains Aquifer, USA. *Vadose Zone Journal*, **6**, 533-547.

Hahn, G.L. and T.L. Mader, 1997: Heat waves in relation to thermoregulation, feeding behavior and mortality of feedlot cattle. In: *Proceedings 5th International Livestock Environment*

*Symposium*, American Society of Agricultural Engineers, St. Joseph, MI, USA, pp. 563-571.

Hahn, G.L., Y.R. Chen, J.A. Nienaber, R.A. Eigenberg, and A.M. Parkhurst, 1992: Characterizing animal stress through fractal analysis of thermoregulatory responses. *Journal of Thermal Biology*, **17**, 115-120.

Hahn, G.L., T.L. Mader, J.B. Gaughan, Q. Hu, and J.A. Nienaber, 1999: Heat waves and their impacts on feedlot cattle. In: *Proceedings 15th International Congress of Biometeorology and the International Congress on Urban Climatology*, Sydney, Australia.

Hahn, G.L., T. Mader, D. Spiers, J. Gaughan, J. Nienaber, R. Eigenberg, T. Brown-Brandl, Q. Hu, D. Griffin, L. Hungerford, A. Parkhurst, M. Leonard, W. Adams, and L. Adams, 2001: Heat wave impacts on feedlot cattle: Considerations for improved environmental management. In: *Proceedings 6th International Livestock Environment Symposium*, American Society of Agricultural Engineers, St. Joseph, MI, USA, pp. 129-130.

Hajat, S., R. Kovats, and K. Lachowycz, 2007: Heat-related and cold-related deaths in England and Wales: who is at risk? *Occupational Environmental Medicine*, **64**, 93-100.

Hamlet, A.F., P.W. Mote, M.P. Clark, and D.P. Lettenmaier, 2005: Effects of temperature and precipitation variability on snowpack trends in the western U.S. *Journal of Climate*, **18**, 4545-4561.

Hamm, L., and M.J.F. Stive (eds.), 2002: Shore nourishment in Europe. *Coastal Engineering*, **47**, 79-263.

Hammer, R.B, V.C. Radelogg, J.S. Fried, and S.I. Stewart, 2007: Wildland-urban interface housing growth during the 1990s in California, Oregon, and Washington. *International Journal of Wildland Fire*, **16**, 255-265.

Han, J. and J.O. Roads, 2004: U.S. climate sensitivity simulated with the NCEP Regional Spectral Model. *Climatic Change*, **62**, 115-154.

Hanesiak, J.M. and X.L.L.Wang, 2005: Adverse-weather trends in the Canadian Arctic. *Journal of Climate*, **18**, 3140-3156.

Hansen, E.M. and B. Bentz, 2003: Comparison of reproductive capacity among univoltine, semivoltine, and re-emerged parent spruce beetles (Coleoptera: Scolytidae). *Canadian Entomologist*, **135**, 697-712.

Hansen, E.M., B.J. Bentz, and D.L. Turner, 2001. Temperature-based model for predicting univoltine brood proportions in spruce beetle (Coleoptera: Scolytidae). *Canadian Entomologist*, **133**, 827-841.

Hansen, J. and M. Sato, 2004: Greenhouse gas growth rates. *Proceedings of the National Academy of Sciences*, **101**, 16109-16114, doi:10.1073/pnas.0406982101.

Hanson, R.T. and M.D. Dettinger, 2005: Ground water/surface water responses to global climate simulations, Santa Clara-Calleguas basin, Ventura, California. *Journal of the American Water Resources Association*, **41**, 517-536.

Hari Kumar, R., K. Venkaiah, N. Arlappa, S. Kumar, G. Brahmam, and K. Vijayaraghavan, 2005: Diet and nutritional status of the population in the severely drought affected areas of Gujarat. *Journal of Human Ecology*, **18**, 319-326.

Harper, C.W., J.M. Blair, P.A. Fay, A.K. Knapp, and J.D. Carlisle, 2005: Increased rainfall variability and reduced rainfall amount decreases soil $CO_2$ flux in a grassland ecosystem. *Global Change Biology*, **11**, 322-334.

Harrington, R., R, Fleming, I. P. Woiwood. 2001. Climate change impacts on insect management and conservation in temperate regions: can they be predicted? *Agricultural and Forest Entomology* 3:233-240.

Hartwig, R., 2006: *Hurricane Season of 2005, Impacts on U.S. P/C Markets, 2006 and Beyond.* Presentation to the Insurance Information Institute, March 2006, New York, NY, USA. <www.iii.org/media/presentations/katrina/>.

Harvell, C.D., K. Kim, J.M. Burkholder, R.R. Colwell, P.R. Epstein, D.J. Grimes, E.E. Hofmann, E.K. Lipp, and coauthors, 1999: Emerging marine diseases – climate links and anthropogenic factors. *Science*, **285**, 1505-1510.

Hassan, R., R. Scholes, and N. Ash (eds.), 2005: *Ecosystems and Human Wellbeing: Volume 1: Current State and Trends.* Island Press, Washington, DC, USA, 917 pp.

Hassi, J., M. Rytkonen, J. Kotaniemi, and H. Rintamaki, 2005: Impacts of cold climate on human heat balance, performance and health in circumpolar areas. *International Journal of Circumpolar Health*, **64**, 459-467.

Hastings, A., K. Cuddington, K.F. Davies, C.J. Dugaw, S. Elmendorf, A. Freestone, S. Harrison, M. Holland, J. Lambrinos, U. Malvadkar, B.A. Melbourne, K. Moore, C. Taylor, and D. Thomson, 2005. The spatial spread of invasions: new developments in theory and evidence. *Ecology Letters*, **8**, 91-101.

Hatfield, J.L. and J.H. Prueger, 2004: Impact of changing precipitation patterns on water quality. *Journal Soil and Water Conservation*, **59**, 51-58.

Hatfield, J.L., K.J. Boote, B.A. Kimball, D.W. Wolfe, D.R. Ort, R.C. Izaurralde, A.M. Thomson, J.A. Morgan, H.W. Polley, P.A. Fay, T.L. Mader, G.L. Hahn, 2008: Agriculture. In: *The Effects of Climate Change on Agriculture, Land Resources, Water Resources, and Biodiversity.* Synthesis and Assessment Product 4.3 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC, USA.

Hauglustaine, D.A., J. Lathière, S. Szopa, and G. Folberth, 2005: Future tropospheric ozone simulated with a climate-chemistry-biosphere model. *Geophysical Research Letters*, **32**, L24807, doi:10.1029/2005GL024031.

Hayhoe, K., 2004: Emissions pathways, climate change, and impacts on California. *Proceedings of the National Academy of Sciences*, **101**, 12422.

Hayhoe, K., D. Cayan, C. Field, P. Frumhoff, E. Maurer, N. Miller, S. Moser, S. Schneider, K. Cahill, E. Cleland, L. Dale, R. Drapek, R.M. Hanemann, L. Kalkstein, J. Lenihan, C. Lunch, R. Neilson, S. Sheridan, and J. Verville, 2004: Emissions pathways, climate change, and impacts on California. *Proceedings of the National Academy of Sciences*, **101**, 12422-12427.

Healy, J.D., 2003: Excess winter mortality in Europe: a cross country analysis identifying key risk factors. *Journal of Epidemiology and Community Health*, **57(10)**, 784-789.

Hegerl, G.C., T.J. Crowley, W.T. Hyde, and D.J. Frame, 2006: Climate sensitivity constrained by temperature reconstructions over the past seven centuries. *Nature*, **440**, doi:10.1038/nature04679.

Hegerl, G.C, F.W. Zwiers, P. Braconnot, N.P. Gillett, Y. Luo, J.A. Marengo Orsini, N. Nicholls, J.E. Penner, and P.A. Stott, 2007: Understanding and attributing climate change. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and

H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 663-745.

Heim, R.R., 2002: A review of twentieth-century drought indices used in the United States. *Bulletin of the American Meteorological Society*, **83**, 1149-1165.

Heinz Center, 2002: *The State of the Nation's Ecosystems*. Cambridge University Press, 288 pp.

Held, I. and B. Soden, 2006: Robust responses of the hydrological cycle to global warming. *Journal of Climate*, **19**, 5686-5699.

Hemon, D. and E. Jougla, 2004: La canicule du mois d'aout 2003 en France [The heatwave in France in August 2003]. *Rev. Epidemiol. Santé*, **52**, 3-5.

Hersteinsson, P. and D.W. Macdonald, 1992: Interspecific competition and the geographical distribution of red and arctic foxes, *Vulpes vulpes* and *Alopex lagopus. Oikos*, **64**, 505-515.

Hicke, J.A. and D.B. Lobell, 2004: Spatiotemporal patterns of cropland area and net primary production in the central United States estimated from USDA agricultural information. *Geophysical Research Letters*, **31**, L20502, doi:10.1029/2004GL020927.

Hill, J.K., C.D. Thomas, R. Fox, M.G. Telfer, S.G. Willis, J. Asher, and B. Huntley, 2002: Responses of butterflies to twentieth century climate warming: Implications for future ranges. *Proceedings of the Royal Society Series B*, **269(1505)**, 2163-2171.

Hoerling, M. and A. Kumar, 2003: The perfect ocean for drought. *Science*, **299**, 691-694.

Hofmann, E., S. Ford, E. Powell, and J. Klinck, 2001: Modeling studies of the effect of climate variability on MSX disease in eastern oyster (*Crassostrea virginica*) populations. *Hydrobiologia*, **460**, 195-212.

Hogg, E.H., J.P. Brandt, and B. Kochtubajda, 2002: Growth and dieback of aspen forests in northwestern Alberta, Canada in relation to climate and insects. *Canadian Journal of Forest Research*, **32**, 823-832.

Hogrefe, C.B., B. Lynn, K. Civerolo, J.-Y. Ku, J. Rosenthal, C. Rosenzweig, R. Goldberg, S. Gaffin, K. Knowlton, and P.L. Kinney, 2004: Simulating changes in regional air pollution over the eastern United States due to changes in global and regional climate and emissions. *Journal of Geophysical Research*, **109**, D22301.

Holland, M.M., C.M. Bitz, and B. Tremblay, 2006: Future abrupt reductions in the summer Arctic sea ice. *Geophysical Research Letters*, **33**, L23503, doi:10.1029/2006GL028024.

Holsten, E.H., R.W. Thier, A.S. Munson, and K.E. Gibson, 1999. *The Spruce Beetle. Forest Insect and Disease Leaflet 127*, USDA Forest Service.

Horie, T., J.T. Baker, H. Nakagawa, T. Matsui, and H.Y. Kim, 2000: Crop ecosystem responses to climatic change: Rice. Chapter 5. In: *Climate Change and Global Crop Productivity* [Reddy, K.R. and H.F. Hodges (eds.)]. CAB International, New York, NY, USA, pp. 81-106.

Houghton, R.A., 2003: Revised estimates of the annual net flux of carbon to the atmosphere from changes in land use and land management 1850-2000. *Tellus B*, **55**, 378-390.

Hoyt, K.S. and A.E. Gerhart, 2004: The San Diego County wildfires: perspectives of health care. *Disaster Management & Response*, **2**, 46-52.

Huang, Y.J., 2006: *The Impact of Climate Change on the Energy Use of the U.S. Residential and Commercial Building Sectors*. LBNL-60754, Lawrence Berkeley National Laboratory, Berkeley, CA, USA.

Hunter, J.R., 2006: Testimony before the Committee on Banking, Housing and Urban Affairs of the United States Senate Regarding Proposals to Reform the National Flood Insurance Program.

Huynen, M. and B. Menne, 2003: *Phenology and Human Health: Allergic Disorders*. Report of a WHO meeting in Rome, Italy, 16-17 January 2003. Health and Global Environmental Series, EUR/03/5036791, World Health Organization, Copenhagen, 64 pp.

Ibarra, F.A., J.R. Cox, M.H. Martin, T.A. Crowl, and C.A. Call, 1995. Predicting buffelgrass survival across a geographical and environmental gradient. *Journal of Range Management*, **48**, 53-59.

IFRC, 2002: *World Disaster Report 2002*. International Federation of Red Cross and Red Crescent Societies, Geneva, 240 pp.

Inouye, D.W., 2007: Impacts of global warming on pollinators. *Wings*, **30(2)**, 24-27.

Inouye, D.W., 2008: Effects of climate change on phenology, frost damage, and floral abundance of montane wildflowers. *Ecology*, **89(2)**, 353-362.

Inouye, D.W. and F.E. Wielgolaski, 2003: High altitude climates. In: *Phenology: an Integrative Environmental Science* [Schwartz, M.D. (ed.)]. Kluwer Academic Publishers, Dordrecht, The Netherlands, pp. 195-214.

Inouye, D.W., W.A. Calder, and N.M. Waser, 1991. The effect of floral abundance on feeder censuses of hummingbird abundance. *Condor*, **93**, 279-285.

Inouye, D.W., B. Barr, K.B. Armitage, and B.D. Inouye, 2000: Climate change is affecting altitudinal migrants and hibernating species. *Proceedings of the National Academy of Sciences*, **97**, 1630-1633.

Inouye, D.W., M. Morales, and G. Dodge, 2002: Variation in timing and abundance of flowering by *Delphinium barbeyi* Huth (Ranunculaceae): the roles of snowpack, frost, and La Niña, in the context of climate change. *Oecologia*, **139**, 543-550.

Inouye, D.W., F. Saavedra, and W. Lee, 2003: Environmental influences on the phenology and abundance of flowering by *Androsace septentrionalis* L. (Primulaceae). *American Journal of Botany*, **90**, 905-910.

IPCC, 1990: *Climate Change: The IPCC Scientific Assessment*. Report prepared for the Intergovernmental Panel on Climate Change by Working Group I. Cambridge University Press, Cambridge, UK, 365 pp.

IPCC, 1996: *Climate Change 1995: The Science of Climate Change. Contribution of Working Group I to the Second Assessment Report of the Intergovernmental Panel for Climate Change*. Cambridge University Press, Cambridge, UK, 572 pp.

IPCC, 2000: *Special Report on Emissions Scenarios* (SRES). A Special Report of Working Group III of the Intergovernmental Panel on Climate Change [N. Nakicenovic et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

IPCC, 2001: *Climate Change 2001: Impacts, Adaptation, and Vulnerability. Contribution of Working Group II to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [McCarthy, J.J., O.F. Canziani, N.A. Leary, D.J. Dokken, and K.S. White (eds.)]. Cambridge University Press, Cambridge, 967 pp.

IPCC, 2007a: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United

Kingdom and New York, NY, USA, 996 pp.

IPCC, 2007b: Summary for Policymakers. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

IPCC, 2007c: Summary for Policymakers. In: *Climate Change 2007: Mitigation. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Metz, B., O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

IPCC, 2007d: Summary for Policymakers. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

IPCC, 2007e: *Climate Change 2007: Synthesis Report. Contribution of Working Groups I, II, and II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Core Writing Team, Pachauri, R.K. and Reisinger, A. (eds.)]. IPCC, Geneva, Switzerland, 104 pp.

IUCN Polar Bear Specialist Group, 2006: Status of the polar bear. In: *Polar Bears: Proceedings of the 14th Working Meeting of the IUCN/SSC Polar Bear Specialist Group* [Lunn, N.J. and A. E. Derocher (eds.).]. IUCN, Gland, Switzerland and Cambridge, UK, pp. 35-55.

Izaurralde, R.C., N.J. Rosenberg, R.A. Brown, and A.M. Thomson, 2003: Integrated assessment of Hadley Centre climate change projections on water resources and agricultural productivity in the conterminous United States. II. Regional agricultural productivity in 2030 and 2095. *Agricultural and Forest Meteorology*, **117**, 97-122.

Izaurralde, R.C., N.J. Rosenberg, A.M. Thomson, and R.A. Brown, 2005: Climate change impacts for the conterminous USA: An integrated assessment. Part 6: Distribution and productivity of unmanaged ecosystems. *Climatic Change*, **69**,107-126.

Jacobs, K., G. Garfin, and M. Lenart, 2005: More than just talk, connecting science and decision-making. *Environment*, **47**, 6-21.

Janda, J.M., C. Powers, R.G. Bryant, and S.L. Abbott, 1988: Clinical perspectives on the epidemiology and pathogenesis of clinically significant *Vibrio* spp. *Clinical Microbiology Reviews*, **1(3)**, 245-267.

Janetos, A.C., R. Shaw, L. Meyerson, W. Peterson, D. Inouye, B.P. Kelly, and L. Hansen, 2008: Biodiversity. In: *The Effects of Climate Change on Agriculture, Land Resources, Water Resources, and Biodiversity*. Synthesis and Assessment Product 4.3 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC, USA.

Jansen E., J. Overpeck, K.R. Briffa, J.-C. Duplessy, F. Joos, V. Masson-Delmotte, D. Olago, B. Otto-Bliesner, W.R. Peltier, S. Rahmstorf, R. Ramesh, D. Raynaud, D. Rind, O. Solomina, R. Villalba, and D. Zhang, 2007: Palaeoclimate. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp.

433-497.

Jastrow, J.D., R.M. Miller, R. Matamala, R.J. Norby, T.W. Boutton, C.W. Rice, and C.E. Owensby, 2005: Elevated atmospheric carbon dioxide increases soil carbon. *Global Change Biology*, **11**, 2057-2064.

Jayawickreme, D.H. and D.W. Hyndman, 2007: Evaluating the influence of land cover on seasonal water budgets using NEXRAD rainfall and streamflow data. *Water Resources Research*, **43**, W02408, doi:10.1029/2005WR004460.

Johnson, H., R.S. Kovats, G.R. McGregor, J.R. Stedman, M. Gibbs, H. Walton, L. Cook, and E. Black, 2005: The impact of the 2003 heatwave on mortality and hospital admissions in England. *Health Statistics Quarterly*, **25**, 6-12.

Johnson, T.R., 1998. *Climate Change and Sierra Nevada Snowpack*. M.S. Thesis. University of California, Santa Barbara, CA, USA.

Johnstone, J.F. and F.S. Chapin III, 2003: Non-equilibrium succession dynamics indicate continued northern migration of lodgepole pine. *Global Change Biology*, **9**, 1401-1409.

Jonzen, N., A. Lindén, T. Ergon, E. Knudsen, J.O. Vik, D. Rubolini, D. Piacentini, C. Brinch, F. Spina, L. Karlsson, M. Stervander, A. Andersson, J. Waldenström, A. Lehikoinen, E. Edvardsen, R. Solvang, and N.C. Stenseth, 2006: Rapid advance of spring arrival dates in long-distance migratory birds. *Science*, **312**, 1959-1961.

Joos, F., I.C. Prentice, and J.I. House, 2002: Growth enhancement due to global atmospheric change as predicted by terrestrial ecosystem models: consistent with US forest inventory data. *Global Change Biology*, **8(4)**, 299-303.

Julius, S., J. West, J. Baron, L. Joyce, P. Kareiva, B. Keller, M. Palmer, C. Peterson, J.M. Scott, 2008: *Preliminary Review of Adaptation Options for Climate-Sensitive Ecosystems and Resources*. Synthesis and Assessment Product 4.4 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC, USA, 784 pp.

Kafalenos, R.S., K.J. Leonard, D.M. Beagan, V.R. Burkett, B.D. Keim, A. Meyers, D.T. Hunt, R.C. Hyman, M.K. Maynard, B. Fritsche, R.H. Henk, E.J. Seymour, L.E. Olson, J.R. Potter, and M.J. Savonis, 2008: What are the implications of climate change and variability for Gulf Coast transportation? In: *Impacts of Climate Change and Variability on Transportation Systems and Infrastructure: Gulf Coast Study, Phase I.* Synthesis and Assessment Product 4.7 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research [Savonis, M.J., V.R. Burkett, and J.R. Potter (eds.)], Washington, DC, USA.

Karl, T.R., S.J. Hassol, C.D. Miller, and W.L. Murray (eds.), 2006: *Temperature Trends in the Lower Atmosphere: Steps for Understanding and Reconciling Differences.* Synthesis and Assessment Product 1.1 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC, USA.

Karl, T.R., G.A. Meehl, C.D. Miller, S.J. Hassol, A.M. Waple, and W.L. Murray (eds.), 2008 (in press): *Weather and Climate Extremes in a Changing Climate; Regions of Focus: North America, Hawaii, Caribbean, and U.S. Pacific Islands.* Synthesis and Assessment Product 3.3 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research. Washington, DC, USA, 164 pp.

Karoly, D.J. and Q. Wu, 2005: Detection of regional surface temperature trends. *Journal of Climate*, **18**, 4337-4343.

Kashian, D.M., W.H. Romme, D.B. Tinker, M.G. Turner, and M.G. Ryan, 2006: Carbon storage on landscapes with stand-replacing fires. *BioScience*, **56**, 598-606.

Kasischke, E.S. and M.R. Turetsky, 2006: Recent changes in the fire regime across the North American boreal region: Spatial and temporal patterns of burning across Canada and Alaska. *Geophysical Research Letters*, **33**, doi:10.1029/2006GL025677.

Kates, R. and T. Wilbanks, 2003: Making the global local: responding to climate change concerns from the bottom up. *Environment*, **45**, 12-23.

Katsumata, T., D. Hosea, E.B. Wasito, S. Kohno, K. Hara, P. Soeparto, and I.G. Ranuh, 1998: Cryptosporidiosis in Indonesia: a hospital-based study and a community-based survey. *American Journal of Tropical Medicine and Hygiene*, **59**, 628-632.

Kennish, M.J., 2001: Coastal saltmarsh systems in the US: a review of anthropogenic impacts. *Journal of Coastal Research*, **17**, 731-748.

Kenny, A. and C. Mollmann, 2006: Towards integrated ecosystem assessments for the North and Baltic Seas: synthesizing GLOBEC research. *GLOBEC International Newsletter*, **12(2)**, 64-65.

Kettlewell, P.S., J. Easey, D.B. Stephenson, and P.R. Poulton, 2006: Soil moisture mediates association between the winter North Atlantic Oscillation and summer growth in the Park Grass Experiment. *Proceedings of the Royal Society of London B*, **273**, 1149-1154.

Key, J.R. and A.C.K. Chan, 1999: Multidecadal global and regional trends in 1000 mb and 500 mb cyclone frequencies. *Geophysical Research Letters*, **26**, 2053-2056.

Kiehl, J.T. and C.A. Shields, 2005: Climate simulation of the latest Permian: Implications for mass extinction. *Geology*, **33**, 757-760.

Kirshen, P.H., 2002: Potential impacts of global warming in eastern Massachusetts. *Journal of Water Resources Planning and Management*, **128(3)**, 216-226.

Kirshen, P.,M. Ruth and W.Anderson, 2006: Climate's long-term impacts on urban infrastructures and services: the case ofMetro Boston. *Regional Climate Change and Variability: Impacts and Responses*, M. Ruth, K. Donaghy and P.H. Kirshen, Eds., Edward Elgar Publishers, Cheltenham, 190-252.

Kirshen, P., M. Ruth, and W. Anderson, forthcoming: Interdependencies of urban climate change impacts and adaptation strategies: A case study of metropolitan Boston. *Climatic Change*.

Kitzberger, T., T.W. Swetnam, and T.T. Veblen, 2001: Inter-hemispheric synchrony of forest fires and the El Niño-Southern Oscillation. *Global Ecology and Biogeography*, **10**, 315-326.

Klinenberg, E., 2002: *Heat Wave: A Social Autopsy of Disaster in Chicago.* The University of Chicago Press, Chicago.

Knapp, P.A, 1998. Spatio-temporal patterns of large grassland fires in the Intermountain West, USA. *Global Ecology and Biogeography Letters*, 7, 259-272.

Knowles, N., M.D. Dettinger, and D.R. Cayan, 2006: Trends in snowfall versus rainfall for the western United States, 1949-2004. *Journal of Climate*, **19**, 4545-4559.

Kovats, R.S., S. Hajat S, and P. Wilkinson, 2004a: Contrasting patterns of mortality and hospital admissions during hot weather and heat waves in Greater London, UK. *Occupational & Environmental Medicine*, **61(11)**, 893-898.

Krieger, D.J., 2001: *The Economic Value of Forest Ecosystem Services: A Review.* The Wilderness Society, Washington, DC, USA, 31 pp.

Kron, W. and G. Berz, 2007: Flood disasters and climate change: trends and options – a (re-) insurer's view. In: *Global Change: Enough Water for All?* [Lozán, J.L., H. Graßl, P.

Hupfer, L.Menzel, and C.-D. Schönwiese (eds.)]. Wissenschaftliche Auswertungen/GEO, Hamburg, 268-273.

Kueppers, L.M., M.A. Snyder, and L.C. Sloan, 2007: Irrigation cooling effect: Regional climate forcing by land-use change. *Geophysical Research Letters*, **34**, L03703, doi:10.1029/2006GL028679.

Kundzewicz, Z.W., L.J. Mata, N.W. Arnell, P. Döll, P. Kabat, B. Jiménez, K.A. Miller, T. Oki, Z. Sen, and I.A. Shiklomanov, 2007: Freshwater resources and their management. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 173-210.

Kunkel, K.E., D.R. Easterling, K. Redmond, and K. Hubbard, 2003: Temporal variations of extreme precipitation events in the United States: 1895–2000. *Geophysical Research Letters*, **30**, 1900, doi:10.1029/2003GL018052.

Kunkel, K.E., R.J. Novak, R.L. Lampman, and W. Gu, 2006: Modeling the impact of variable climatic factors on the crossover of *Culex restauns* and *Culex pipiens* (Diptera: Culicidae), vectors of West Nile virus in Illinois. *American Journal of Tropical Medicine & Hygiene*, **74**, 168-173.

Kupfer, J.A., and J.D. Miller, 2005: Wildfire effects and post-fire responses of an invasive mesquite population: the interactive importance of grazing and non-native herbaceous species invasion. *Journal of Biogeography*, **32**, 453-466.

Larsen, P., O.S. Goldsmith, O. Smith, and M. Wilson, 2007: *A Probabilistic Model to Estimate the Value of Alaska Public Infrastructure at Risk to Climate Change*. ISER Working Paper, Institute of Social and Economic Research, University of Alaska, Anchorage, AK, USA.

Lawlor, D.W. and R.A.C. Mitchell, 2000: Crop ecosystem responses to climatic change: Wheat. Chapter 4. In: *Climate Change and Global Crop Productivity* [Reddy, K.R. and H.F. Hodges (eds.)]. CAB International, New York, NY, pp. 57-80.

Leakey, A.D.B., M. Uribelarrea, E.A. Ainsworth, S.L. Naidu, A. Rogers, D.R. Ort, and S.P. Long, 2006: Photosynthesis, productivity, and yield of maize are not affected by open-air elevation of $CO_2$ concentration in the absence of drought. *Plant Physiology*, **140**, 779-790.

Lee, S.H., D.A. Levy, G.F. Craun, M.J. Beach, and R.L. Calderon, 2002: Surveillance for waterborne disease outbreaks – United States, 1999 – 2000. *Morbidity & Mortality Weekly Report*, **51(08)**, 1-28.

Leff, B., N. Ramankutty, and J.A. Foley, 2004: Geographic distribution of major crops across the world. *Global Biogeochemical Cycles*, **18**, GB1009.

Lehodey, P., F. Chai and J. Hampton, 2003: Modelling climate-related variability of tuna populations from a coupled ocean biogeochemical-populations dynamics model. *Fisheries Oceanography*, **12**, 483-494.

Lemke, P., J. Ren, R.B. Alley, I. Allison, J. Carrasco, G. Flato, Y. Fujii, G. Kaser, P. Mote, R.H. Thomas, and T. Zhang, 2007: Observations: changes in snow, ice and frozen ground. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and

H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 338-383.

Lemmen, D.S. and F.J. Warren (eds.), 2004: *Climate Change Impacts and Adaptation: A Canadian Perspective*. Climate Change Impacts and Adaptation Directorate, Natural Resources Canada Ottawa, Ontario, 201 pp. <environment.msu.edu/climatechange/canadaadaptation.pdf>.

Lenton, R., 2004: Water and climate variability: development impacts and coping strategies. *Water Science and Technology*, **49**(7), 17-24.

Lettenmaier, D.P., 2003: The role of climate in water resources planning and management. In: *Water: Science, Policy, and Management*. [Lawford, R., D. Fort, H. Hartmann, and S. Eden (eds.)]. Water Resources Monograph 16, American Geophysical Union, Washington, DC, USA, pp. 247-266.

Lettenmaier, D.P., D. Major, L. Poff, and S. Running, 2008: Water resources. In: *The Effects of Climate Change on Agriculture, Land Resources, Water Resources, and Biodiversity*. Synthesis and Assessment Product 4.3 [Backlund, P., A. Janetos, and D. Schimel (eds.)] by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC, USA.

Levitus, S., J.L. Antonov, J. Wang, T.L. Delworth, K.W. Dixon, and A.J. Broccoli, 2001: Anthropogenic warming of Earth's climate system. *Science*, **292**, 267-270.

Leung, L.R., Y. Qian, X. Bian, W.M. Washington, J. Han, and J.O. Roads, 2004: Mid-century ensemble regional climate change scenarios for the western United States. *Climatic Change*, **62**, 75-113.

Li, S.G., J. Asanuma, W. Eugster, A. Kotani, J.J. Liu, T. Urano, T. Oikawa, G. Davaa, D. Oyunbaatar, and M. Sugita, 2005: Net ecosystem carbon dioxide exchange over grazed steppe in central Mongolia. *Global Change Biology*, **11**, 1941-1955.

Liang, J.I., E.J. Dziuban, G.F. Craun, V. Hill, M.R. Moore, R.J. Gelting, R.L. Calderon, M.J. Beach, and S.L. Roy, 2006: Surveillance for waterborne disease and outbreaks associated with drinking water and water not intended for drinking – United States, 2003 – 2004. *Morbidity & Mortality Weekly Report*, **55(12)**, 32-65.

Liao, H., W.-T. Chen, and J.H. Seinfeld, 2006: Role of climate change in global predictions of future tropospheric ozone and aerosols, *Journal of Geophysical Research*, **111**, D12304, doi:10.1029/2005JD006852.

Linder, K.P. and M.R. Inglis, 1989: *The Potential Impact of Climate Change on Electric Utilities, Regional and National Estimates*. U.S. Environmental Protection Agency, Washington, DC, USA.

Lipp, E.K. and J.B. Rose, 1997: The role of seafood in foodborne diseases in the United States of America. *Revue Scientifique et Technique (Office International des Epizooties)*, **16(2)**, 620-640.

Lipp, E.K., A. Huq, and R.R. Colwell, 2002: Effects of global climate in infectious disease: the cholera model. *Clinical Microbiology Reviews*, **15(4)**, 757-770.

Liu, L., J.S. King, and C.P. Giardina, 2005: Effects of elevated concentrations of atmospheric $CO_2$ and tropospheric $O_3$ on leaf litter production and chemistry in trembling aspen and paper birch communities. *Tree Physiology*, **25**, 1511-1522.

Loaiciga, H.A., D.R. Maidment, and J.B. Valdes, 2000: Climate change impacts on a regional karst aquifer, Texas, USA. *Journal of Hydrology*, **227**, 173-194.

Lobell, D.B. and G.P. Asner, 2003: Climate and management contributions to recent trends in U.S. agricultural yields. *Science*, **299**, 1032.

Lobell, D.B. and C.B. Field, 2007: Global scale climate-crop yield relationships and the impact of recent warming. *Environmental Research Letters*, **2**, 1-7.

Lobell, D.B., J.A. Hicke, G.P. Asner, C.B. Field, C.J. Tucker, and S.O. Los, 2002: Satellite estimates of productivity and light use efficiency in United States agriculture, 1982-98. *Global Change Biology*, **8**, 722-735.

Lobell, D.B., K.N. Cahill, and C.B. Field, 2006: Historical effects of temperature and precipitation on California crop yields. *Climatic Change*, **81**, 187-203.

Lofgren, B.M., F.H. Quinn, A.H. Clites, R.A. Assel, A.J. Eberhardt, and C.L. Luukkonen, 2002: Evaluation of potential impacts on Great Lakes water resources based on climate scenarios of two GCMs. *Journal of Great Lakes Research*, **28**, 537-554.

Logan, J.A. and J.A. Powell, 2001: Ghost forests, global warming and the mountain pine beetle (Coleoptera: Scolytidae). *American Entomologist*, **47**, 160-173.

Logan, J.A. and J.A. Powell, 2007: Ecological consequences of forest-insect disturbance altered by climate change. In: *Climate Change in Western North America: Evidence and Environmental Effects* [Wagner, F.H. (ed.)]. University of Utah Press, Salt Lake City, Utah (in press).

Logan, J.A., J. Régnière, and J.A. Powell, 2003: Assessing the impacts of global warming on forest pest dynamics. *Frontiers in Ecology and Environment*, **1(3)**, 130-137.

London Climate Change Partnership, 2004: *London's Warming: A Climate Change Impacts in London Evaluation Study*, London, 293 pp.

Lonergan, S., R. DiFrancesco, and M. Woo, 1993: Climate change and transportation in northern Canada: An integrated impact assessment. *Climatic Change*, **24**, 331-351.

Lotze, H.K., H.S. Lenihan, B.J. Bourque, R.H. Bradbury, R.G. Cooke, M.C. Kay, S.M. Kidwell, M.X. Kirby, C.H. Peterson, and J.B.C. Jackson, 2006: Depletion, degradation and recovery potential of estuaries and coastal seas. *Science*, **312**, 1806-1809.

Loveland, J.E. and G.Z. Brown, 1990: *Impacts of Climate Change on the Energy Performance of Buildings in the United States*. OTA/UW/UO, Contract J3-4825.0, U.S. Congress, Office of Technology Assessment, Washington, DC, USA.

Loya, W.M., K.S. Pregitzer, N.J. Karberg, J.S. King, and C.P. Giardina, 2003: Reduction of soil carbon formation by tropospheric ozone under increased carbon dioxide levels. *Nature*, **425**: 705-707.

Lucht, W., I.C. Prentice, R.B. Myneni, S. Sitch, P. Friedlingstein, W. Cramer, P. Bousquet, W. Buermann, and B. Smith, 2002: Climatic control of the high-latitude vegetation greening trend and Pinatubo effect. *Science*, **296**(5573), 1687-1689.

Luo, Y., D. Hui, and D. Zhang, 2006: Elevated carbon dioxide stimulates net accumulations of carbon and nitrogen in terrestrial ecosystems: A meta-analysis. *Ecology*, **87**, 53-63.

Lynch, M., J. Painter, R. Woodruff, and C. Braden, 2006: Surveillance for foodborne-disease outbreaks – United States, 1998-2002. *Morbidity & Mortality Weekly Reports*, **55(10)**, 1-42.

Mader, T.L., 2003: Environmental stress in confined beef cattle. *Journal of Animal Science*, **81** (electronic suppl. 2), 110-119.

Mader, T.L. and M.S. Davis, 2004: Effect of management strategies on reducing heat stress of feedlot cattle: feed and water intake. *Journal of Animal Science*, **82**, 3077-3087.

Mader, T.L., L.R. Fell, and M.J. McPhee, 1997: Behavior response of non-Brahman cattle to shade in commercial feedlots. *Proceeding 6th International Livestock Environment Symposium*. American Society of Agricultural Engineers, St. Joseph, MI, USA, pp. 795-802.

Mader, T.L., S.M. Holt, G.L. Hahn, M.S. Davis, and D.E. Spiers, 2002: Feeding strategies for managing heat load in feedlot cattle. *Journal of Animal Science*, **80**, 2373-2382.

Magnuson, J.J., D.M. Robertson, B.J. Benson, R.H. Wynne, D.M. Livingstone, T. Arai, R.A. Assel, R.G. Barry, V. Card, E. Kuusisto, N.C. Granin, T.D. Prowse, K.M. Stewart, and V.S. Vuglinski, 2000: Historical trends in lake and river ice cover in the Northern Hemisphere. *Science*, **289**, 1743-1746.

Malmström, C.M. and K.F. Raffa, 2000: Biotic disturbance agents in the boreal forest: considerations for vegetation change models. *Global Change Biology*, **6**, 35-48.

Mann, M.E. and K.A. Emanuel, 2006: Atlantic hurricane trends linked to climate change. *Eos: Transactions of the American Geophysical Union*, **87**, 233-244.

Mansur, E.T., R. Mendelsohn, and W. Morrison, 2005: *A Discrete-Continuous Choice Model of Climate Change Impacts on Energy*. SSRN Yale SOM Working Paper No. ES-43 (abstract number 738544), Yale School of Management, New Haven, CT, USA.

Mantua, N.J, R.H. Hare, Y. Zhang, J.M. Wallace, and R.C. Francis, 1997. A Pacific interdecadal climate oscillation with impacts on salmon production. *Bulletin of the American Meteorological Society*, **78**, 1069-1079.

Marshall, P.A. and H.Z. Schuttenberg, 2006: *A Reef Manager's Guide to Coral Bleaching*. Great Barrier Reef Marine Park Authority, Townsville, Australia, 163 pp.

Martinez-Navarro, F., F. Simon-Soria, and G. Lopez-Abente, 2004: Valoracion del impacto de la ola de calor del verano de 2003 sobre la mortalidad [Evaluation of the impact of the heatwave in the summer of 2003 on mortality]. *Gaceta Sanitaria*, **18**, 250-258.

Mason, S.J., 2004: Simulating climate over western North America using stochastic weather generators. *Climatic Change*, **62**, 155-187.

Mau-Crimmins, T., H.R. Schussman, and E.L. Geiger, 2006: Can the invaded range of a species be predicted sufficiently using only native-range data?: Lehmann lovegrass (*Eragrostis lehmanniana*) in the southwestern United States. *Ecological Modelling*, **193**, 736-746.

Mauget, S.A., 2003: Multidecadal regime shifts in U.S. streamflow, precipitation, and temperature at the end of the twentieth century. *Journal of Climate*, **16**, 3905-3916.

Maulbetsch, J.S. and M. N.DiFilippo, 2006: *Cost and Value of Water Use at Combined Cycle Power Plants*, California Energy Commission, PIER Energy-Related Environmental Research, CEC-500-2006-034, April 2006.

McBeath, J., 2003: Institutional responses to climate change: The case of the Alaska transportation system. *Mitigation and Adaptation Strategies for Global Change*, **8**, 3-28.

McCabe, G.J. and J.E. Bunnell, 2004: Precipitation and the occurrence of Lyme disease in the northeastern United States. *Vector Borne & Zoonotic Diseases*, **4(2)**, 143-148.

McCabe, G.J., M.P. Clark, and M.C. Serreze, 2001: Trends in Northern Hemisphere surface cyclone frequency and intensity. *Journal of Climate*, **14**, 2763-2768.

McCabe, G.J., M. Palecki, and J.L. Betancourt, 2004: Pacific and Atlantic Ocean influences on multi-decadal drought frequency in the United States. *Proceedings of the National Academy of Sciences*, **101**, 4136-4141.

McCarthy, H.R., R. Oren, H.S. Kim, K.H. Johnsen, C. Maier, S.G. Pritchard, and M.A. Davis, 2006: Interaction of ice storms and management practices on current carbon sequestration

in forests with potential mitigation under future $CO_2$ atmosphere. *Journal of Geophysical Research*, **111**, 1-10, D15103, doi:10.1029/2005JD006428.

McCarthy, K., D. Peterson, N. Sastry, and M. Pollard, 2006: *The Repopulation of New Orleans after Hurricane Katrina*. Rand, Santa Monica, CA, USA.

McGeehin, M.A. and M. Mirabelli, 2001: The potential impacts of climate variability and change on temperature-related morbidity and mortality in the United States. *Environmental Health Perspectives*, **109(2)**, 185-189.

McGowan, J.E., D.R. Cayan, and L.M. Dorman, 1998: Climate-ocean variability and ecosystem response in the northeast Pacific. *Science*, **281**, 210-217.

McKenzie, D., Z. Gedalof, D.L. Peterson and P. Mote, 2004: Climatic change, wildfire and conservation. *Conserv. Biol.*, **18**, 890-902.

McKenzie, D., A.E. Hessland, and D.L. Peterson, 2001: Recent growth of conifer species of western North America: Assessing spatial patterns of radial growth trends. *Canadian Journal of Forest Research*, **31**, 526-538.

McLaughlin, J.F., J.J. Hellmann, C.L. Boggs, and P.R. Ehrlich, 2002: Climate change hastens population extinction. *Proceedings of the National Academy of Sciences*, **99**, 6070-6074.

McNulty, S.G., 2002: Hurricane impacts on U.S. forest carbon sequestration. *Environmental Pollution*, **11**, S17-S24.

McPhaden, M.J. and D. Zhang, 2002: Slowdown of the meridional overturning circulation in the upper Pacific Ocean. *Nature*, **415**, 603-608.

MEA, 2005a: *Ecosystems and Human Well-being: Biodiversity Synthesis*. Millennium Ecosystem Assessment, World Resources Institute, Washington, DC, USA, 100 pp.

MEA, 2005b: *Ecosystems and Human Well-being: Synthesis*. Millennium Ecosystem Assessment, Island Press, Washington, DC, USA, 137 pp.

Mead, P.S., L. Slutsker, V. Dietz, L.F. McCaig, J.S. Bresee, C. Shapiro, P.M. Griffin, and R.V. Tauxe, 1999: Food-related illness and death in the United States. *Emerging Infectious Diseases*, **5(5)**, 607-625.

Mearns, L.O., G. Carbone, R.M. Doherty, E.A. Tsvetsinskaya, B.A. McCarl, R.M. Adams, and L. McDaniel, 2003: The uncertainty due to spatial scale of climate scenarios in integrated assessments: An example from U.S. agriculture. *Integrated Assessment*, **4**, 225-235.

Medina-Ramon, M., A. Zanobetti, D.P. Cavanagh, and J. Schwartz, 2006: Extreme temperatures and mortality: assessing effect modification by personal characteristics and specific cause of death in a multi-city case-only analysis. *Environmental Health Perspectives*, **114(9)**, 1331-1336.

Meehl, G.A. and C. Tebaldi, 2004: More intense, more frequent and longer lasting heat waves in the 21st century. *Nature*, **305**, 994-997.

Meehl, G.A., W.D. Washington, C. Ammann, J.M. Arblaster, T.M.L. Wigley, and C. Tebaldi, 2004a: Combinations of natural and anthropogenic forcings and 20th century climate. *Journal of Climate*, **17**, 3721-3727.

Meehl, G.A., C. Covey, and M. Latif, 2004b: Soliciting participation in climate model analyses leading to IPCC Fourth Assessment Report. *Eos, Transactions, American Geophysical Union*, **85(29)**, 274, doi:10.1029/2004EO290002.

Meehl, G.A., C. Covey, B. McAvaney, M. Latif, and R.J. Stouffer, 2005: Overview of the Coupled Model Intercomparison Project. *Bulletin of the American Meteorological Society*, **86**, 89-93.

Meehl, G.A., T.F. Stocker, W.D. Collins, P. Friedlingstein, A.T. Gaye, J.M. Gregory, A. Kitoh,

R. Knutti, J.M. Murphy, A. Noda, S.C.B. Raper, I.G. Watterson, A.J. Weaver, and Z.-C.
    Zhao, 2007: Global climate projections. In: *Climate Change 2007: The Physical Science
    Basis. Contribution of Working Group I to the Fourth Assessment Report of the
    Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z.
    Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge
    University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 747-846.

Meites, E., M.T. Jay, S. Deresinski, W.J. Shieh, S.R. Zaki, L. Tomkins, and D.S. Smith, 2004:
    Reemerging leptospirosis, California. *Emerging Infectious Diseases*, **10(3)**, 406-412.

Melack, J.M., L.L. Hess, M. Gastil, B.R. Forsberg, S.K. Hamilton, I.B.T. Lima, and E.M.L.M.
    Novo, 2004: Regionalization of methane emissions in the Amazon Basin with microwave
    remote sensing. *Global Change Biology*, **10**, 530-544.

Mendelsohn, R. (ed.), 2001: *Global Warming and the American Economy: A Regional
    Assessment of Climate Change*. Edward Elgar Publishing, Cheltenham, UK.

Mendelsohn, R., 2003: A California model of climate change impacts on timber markets.
    Appendix XII. In: *Global Climate Change and California: Potential Implications for
    Ecosystems, Health, and the Economy*. Publication 500-03-058CF, California Energy
    Commission, Sacramento, CA, USA, 24 pp. <http://www.energy.ca.gov/reports/2003-10-
    31_500-03-058CF_A12.PDF>.

Menne, B. and R. Bertollini, 2000: The health impacts of desertification and drought. *Down to
    Earth*, **14**, 4-6.

Menzel, A., G. Jakobi, R. Ahas, H. Scheifinger, and N. Estrella, 2003: Variations of the
    climatological growing season (1951-2000) in Germany compared with other countries.
    *International Journal of Climatology*, **23(7)**, 793-812.

Meyer, J.L., M.J. Sale, P.J. Mulholland, and N.L. Poff, 1999: Impacts of climate change on
    aquatic ecosystem functioning and health, *Journal of the American Water Resources
    Association*, **35(6)**, 1373-1386.

Mickley, L.J., D.J. Jacob, B.D. Field, and D. Rind, 2004: Effects of future climate change on
    regional air pollution episodes in the United States. *Geophysical Research Letters*, **30**,
    L24103.

Middleton, K.L., J. Willner, and K.M. Simmons, 2002: Natural disasters and posttraumatic stress
    disorder symptom complex: evidence from the Oklahoma tornado outbreak. *International
    Journal of Stress Management*, **9(3)**, 229-236.

Millerd, F., 2005: The economic impact of climate change on Canadian commercial navigation
    on the Great Lakes. *Canadian Water Resources Journal*, **30**, 269-281.

Mills, B., S. Tighe, J. Andrey, K. Huen, and S. Parm, 2006: Climate change and the performance
    of pavement infrastructure in southern Canada, context and case study. In: *Proceedings of
    the Engineering Institute of Canada (EIC) Climate Change Technology Conference*, 9-12
    May 2005, Ottawa, Ontario, Canada.

Milly, P.C.D., K.A. Dunne, and A.V. Vecchia, 2005: Global pattern of trends in streamflow and
    water availability in a changing climate. *Nature*, **438**, 347-350.

Milly, P.C.D., J. Betancourt, M. Falkenmark, R.M. Hirsch, Z. Kundzewicz, D.P. Lettenmaier,
    and R.J. Stouffer, 2008: Stationarity is dead: Whither water management. *Science*, **319**,
    573-574.

Mimura, N., L. Nurse, R.F. McLean, J. Agard, L. Briguglio, P. Lefale, R. Payet, and G. Sem,
    2007: Small islands. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability.
    Contribution of Working Group II to the Fourth Assessment Report of the*

*Intergovernmental Panel on Climate Change* [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp 687-716.

Mirza, M.M.Q., 2003: Three recent extreme floods in Bangladesh: a hydrometeorological analysis. *Natural Hazards*, **28**, 35-64.

Mirza, M.M.Q., 2004: *Climate Change and the Canadian Energy Sector: Report on Vulnerability and Adaptation.* Adaptation and Impacts Research Group, Atmospheric Climate Science Directorate, Meteorological Service of Canada, Downsview, Ontario, Canada, 52 pp.

Mitchell, S.W. and F. Csillag, 2001: Assessing the stability and uncertainty of predicted vegetation growth under climatic variability: northern mixed grass prairie. *Ecological Modelling*, **139**, 101-121.

Mohanti, M., 2000: Unprecedented supercyclone in the Orissa Coast of the Bay of Bengal, India. *Cogeoenvironment Newsletter. Commission on Geological Sciences for Environmental Planning of the International Union on Geological Sciences*, **16**, 11-13.

Mohanty, P. and U. Panda, 2003: *Heatwave in Orissa: A Study Based on Heat Indices and Synoptic Features.* Regional Research Laboratory, Institute of Mathematics and Applications, Bubaneshwar, 15 pp.

Monson, R.K., J.P. Sparks, T.N. Rosenstiel, L.E. Scott-Denton, T.E. Huxman, P.C. Harley, A.A. Turnipseed, S.P. Burns, B. Backlund, and J. Hu, 2005: Climatic influences on net ecosystem $CO_2$ exchange during the transition from wintertime carbon source to springtime carbon sink in a high-elevation, subalpine forest. *Oecologia*, **146**, 130-147.

Moore, D., R. Copes, R. Fisk, R. Joy, K. Chan, and M. Brauer, 2006: Population health effects of air quality changes due to forest fires in British Columbia in 2003: Estimates from physician-visit billing data. *Canadian Journal of Public Health*, **97**, 105-108.

Morehouse, B.J., R.H. Carter, and P. Tschakert, 2002: Sensitivity of urban water resources in Phoenix, Tucson, and Sierra Vista, Arizona to severe drought. *Climate Research*, **21**, 283-297.

Morgan, J.A., D.R. Lecain, A.R. Mosier, and D.G. Milchunas, 2001: Elevated $CO_2$ enhances water relations and productivity and affects gas exchange in C-3 and C-4 grasses of the Colorado shortgrass steppe. *Global Change Biology*, 7, 451-466.

Morgan, M.G., L.F. Pitelka, and E. Shevliakova, 2001: Elicitation of expert judgments of climate change impacts on forest ecosystems. *Climatic Change*, **49**, 279-307.

Morris, J.G., 2003: Cholera and other types of vibriosis: a story of human pandemics and oysters on the half shell. *Clinical Infectious Diseases*, **37**, 272-280.

Mortsch, L., M. Alden and J. Scheraga, 2003: *Climate change and water quality in the Great Lakes Region - risks opportunities and responses.* Report prepared for the Great Lakes Water Quality Board for the International Joint Commission, 213 pp.

Mote, P.W., 2003: Trends in snow water equivalent in the Pacific Northwest and their climatic causes. *Geophysical Research Letters*, **30**, doi:10.1029/2003GL017258.

Mote, P.W., E.A. Parson, A.F. Hamlet, K.N. Ideker, W.S. Keeton, D.P. Lettenmaier, N.J. Mantua, E.L. Miles, D.W. Peterson, D.L. Peterson, R. Slaughter, and A.K. Snover, 2003: Preparing for climatic change: the water, salmon, and forests of the Pacific Northwest. *Climatic Change*, **61**, 45-88.

Mote, P.W., A.F. Hamlet, M.P. Clark, and D.P. Lettenmaier, 2005: Declining mountain snowpack in western North America. *Bulletin of the American Meteorological Society*, **86**, 39-49.

Moulton, R.J. and D.R. Cuthbert, 2000: Cumulative impacts/risk assessment of water removal or loss from the Great Lakes St. Lawrence River system. *Canadian Water Resources Journal*, **25**, 181-208.

Muller, E.M., C.S. Rogers, A.S. Spitzack, and R. van Woesik, 2007: Bleaching increases likelihood of disease on *Acropora palmate* (Lamarck) in Hawksnest Bay, St John, U.S. Virgin Islands. *Coral Reefs.* **27(1)**, 191-195.

Muller-Karger, F.E., R. Varela, R. Thunell, R. Luerssen, C. Hu, and J.J. Walsh, 2005: The importance of continental margins in the global carbon cycle. *Geophysical Research Letters*, **32**, L01602, doi:10.1029/2004GL021346.

Muraca, G., D.C. MacIver, H.Auld, and N. Urquizo, 2001: The climatology of fog in Canada. In: *Proceedings of the 2nd International Conference on Fog and Fog Collection*, 15-20 July 2005, St. John's, Newfoundland.

Murdoch, P.S., J.S. Baron, and T.L. Miller, 2000: Potential effects of climate change on surface-water quality in North America. *Journal of the American Water Resources Association*, **36**, 357-366.

Nagel, J.M., T.E. Huxman, K.L. Griffin, and S.D. Smith, 2004: $CO_2$ enrichment reduces the energetic cost of biomass construction in an invasive desert grass. *Ecology*, **85**, 100-106.

NASA GISS, 2008a: *GISS Surface Temperature Analysis—Global Temperature Trends: 2007 Summation*. Goddard Institute for Space Studies, National Aeronautics and Space Administration, New York, NY, USA. <data.giss.nasa.gov/gistemp/2007/>.

NASA GISS, 2008b: *GISS Surface Temperature Analysis: Latest News: 2008-01-16*. Goddard Institute for Space Studies, National Aeronautics and Space Administration, New York, NY, USA. <http://data.giss.nasa.gov/gistemp/>.

Nash, L.L. and P.H. Gleick, 1993: *The Colorado River Basin and Climate Change: The Sensitivity of Stream Flow and Water Supply to Variations in Temperature and Precipitation*. EPA230-R-93-009, U.S. Environmental Protection Agency, Washington, DC, USA.

NAST (National Assessment Synthesis Team), 2001: *Climate Change Impacts on the United States: The Potential Consequences of Climate Variability and Change*. Report for the U.S. Global Change Research Program, Cambridge University Press, Cambridge, UK, 620 pp.

NWS CPC, 2008: *U.S. Seasonal Drought Outlook*. National Weather Service Climate Prediction Center, National Oceanic and Atmospheric Association, 21 Feb. 2008. <www.cpc.noaa.gov/products/expert_assessment/sdo_archive/2008/sdo_mam08.pdf>.

Naumova, E.N., J.S. Jjagai, B. Matyas, A. DeMaria, I.B. MacNeill, and J.K. Griffiths, 2007: Seasonality in six enterically transmitted diseases and ambient temperature. *Epidemiology and Infection*, **135(2)**, 281-292.

Nelson, E., O.A. Anisimov, and N.I. Shiklomanov, 2002: Climate change and hazard zonation in the circum-Arctic permafrost regions. *Natural Hazards*, **26**, 203-225.

Nelson, J.A., J.A. Morgan, D.R. Lecain, A. Mosier, D.G. Milchunas, and B.A. Parton, 2004: Elevated $CO_2$ increases soil moisture and enhances plant water relations in a long-term field study in semi-arid shortgrass steppe of Colorado. *Plant and Soil*, **259**, 169-179.

Nemani, R.R., M.A. White, D.R. Cayan, G.V. Jones, S.W. Running, J.C. Coughlan, and D.L. Peterson, 2001: Asymmetric warming over coastal California and its impact on the premium wine industry. *Climate Research*, **19**, 25-34.

Nemani, R.R., M.A. White, P.E. Thornton, K. Nishida, S. Reddy, J. Jenkins, and S. Running, 2002: Recent trends in hydrologic balance have enhanced the terrestrial carbon sink in the United States. *Geophysical Research Letters*, **29**, 1468, doi:10.1029/2002GL014867.

Newman, P.A., E.R. Nash, S.R. Kawa, S.A. Montzka, and S.M. Schauffler, 2006: When will the Antarctic ozone hole recover? *Geophysical Research Letters*, **33**, doi:10.1029/2005GL025232.

Nicholls, K.H., 1999: Effects of temperature and other factors on summer phosphorus in the inner Bay of Quinte, Lake Ontario: Implications for climate warming. *Journal of Great Lakes Research*, **25**, 250-262.

Nicholls, R.J., P.P. Wong, V.R. Burkett, J.O. Codignotto, J.E. Hay, R.F. McLean, S. Ragoonaden, and C.D. Woodroffe, 2007: Coastal systems and low-lying areas. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 315-357.

Nicholson, S., 2005: On the question of the "recovery" of the rains in the West African Sahel. *Journal of Arid Environments*, **63**, 615-641.

Nielsen, G.D., J.S. Hansen, R.M. Lund, M. Bergqvist, S.T. Larsen, S.K. Clausen, P. Thygesen and O.M. Poulsen, 2002: IgE-mediated asthma and rhinitis I: A role of allergen exposure? *Pharmacology & Toxicology*, **90**, 231-242.

Niklaus, P.A. and C.H. Körner, 2004: Synthesis of a six-year study of calcareous grassland responses to in situ $CO_2$ enrichment. *Ecological Monographs*, **74**, 491-511.

Nippert, J., A. Knapp, and J. Briggs, 2006: Intra-annual rainfall variability and grassland productivity: can the past predict the future? *Plant Ecology*, **184**, 75-87.

NOAA, n.d.: *United States Historical Climatology Network (USHCN): Version 1*. National Oceanic and Atmospheric Administration, National Climate Data Center. U.S. Department of Commerce. <www.ncdc.noaa.gov/oa/climate/research/ushcn/ushcn.html>.

NOAA, 2007a: *Billion Dollar Climate and Weather Disasters 1980-2006*. National Oceanic and Atmospheric Administration. <www.ncdc.noaa.gov/oa/reports/billionz.html>.

NOAA, 2007b: *The Climate of 2006*. National Oceanic and Atmospheric Administration. <www.ncdc.noaa.gov/oa/climate/research/2006/perspectives.html>.

NOAA, 2008a: *Climate of 2007 – in Historical Perspective. Annual Report*. National Oceanic and Atmospheric Administration, National Climate Data Center, U.S. Department of Commerce. 15 Jan. 2008. <www.ncdc.noaa.gov/oa/climate/research/2007/ann/ann07.html>.

NOAA, 2008b: *2007 Annual Climate Review: U.S. Summary*. National Oceanic and Atmospheric Administration, National Climate Data Center, U.S. Department of Commerce. <www.ncdc.noaa.gov/oa/climate/research/2007/ann/us-summary.html>.

Norby, R.J., E.H. DeLucia, B. Gielen, C. Calfapietra, C.P. Giardina, J.S. King, J. Ledford, H.R. McCarthy, D.J.P. Moore, R. Ceulemans, P. De Angelis, A.C. Finzi, D.F. Karnosky, M.E. Kubiske, M. Lukac, K.S. Pregitzer, G.E. Scarascia-Mugnozza, W.H. Schlesinger, and R. Oren, 2005: Forest response to elevated $CO_2$ is conserved across a broad range of

productivity. *Proceedings of the National Academy of Sciences of the United States of America*, **102**, 18052-18056.

Nordstrom, K.F., 2000: *Beaches and Dunes of Developed Coasts.* Cambridge University Press, 338 pp.

North, C.S., A. Kawasaki, E.L. Spitznagel, and B.A. Hong, 2004: The course of PTSD, major depression, substance abuse, and somatization after a natural disaster. *The Journal of Nervous and Mental Disease*, **192(12)**, 823-829.

Novick, K.A., P.C. Stoy, G.G. Katul, D.S. Ellsworth, M.B.S. Siqueira, J. Juang, and R. Oren, 2004: Carbon dioxide and water vapor exchange in a warm temperate grassland. *Oecologia*, **138**, 259-274.

NRC, 1987: *Predicting Feed Intake of Food-Producing Animals.* National Research Council, National Academy Press, Washington, DC, USA.

NRC, 1998. *Global Water and Energy Experiment (GEWEX) Continental-Scale International Project: A Review of Progress and Opportunities.* National Academy Press, Washington, DC, USA, 93 pp.

NRC, 2001a: *Climate Change Science: An Analysis of Some Key Questions.* Committee on the Science of Climate Change, National Research Council, National Academy Press, Washington, DC, USA, 42 pp.

NRC, 2001b: *Under the Weather: Climate, Ecosystems, and Infectious Disease.* Committee on Climate, Ecosystems, Infectious Diseases, and Human Health, Board on Atmospheric Sciences and Climate, National Research Council, National Academy Press, Washington, DC, USA.

NRC, 2002: *Abrupt Climate Change: Inevitable Surprises.* National Research Council, National Academy Press, Washington, DC, USA, 230 pp.

NRC, 2003: *Understanding Climate Change Feedbacks.* National Research Council, National Academy Press, Washington, DC.

NRC, 2005a: *Radiative Forcing of Climate Change: Expanding the Concept and Addressing Uncertainties.* Committee on Radiative Forcing Effects on Climate, Climate Research Committee, National Academies Press, Washington, DC, USA.

NRC, 2005b: *Thinking Strategically: The Appropriate Use of Metrics for the Climate Change Science Program.* National Research Council, National Academies Press, Washington, DC, USA.

NRC, 2006a: *Mitigating Shore Erosion along Sheltered Coasts.* National Research Council, National Academy Press, Washington, DC, USA.

NRC, 2006b: *Status of Pollinators in North America.* National Research Council, National Academies Press, Washington, DC, USA.

NRC, 2006c: *Surface Temperature Reconstructions for the Last 2,000 Years.* National Research Council, National Academy Press, Washington, DC, USA.

NRC, 2007: *Evaluating Progress of the U.S. Climate Change Science Program: Methods and Preliminary Results.* National Research Council, National Academy Press, Washington, DC, USA.

NRC, 2008: *Potential Impacts of Climate Change on U.S. Transportation: Special Report 290.* National Research Council, National Academy Press, Washington, DC, USA.

O'Brien, K., L. Sygna and J.E. Haugen, 2004:Vulnerable or resilient? amulti-scale assessment of climate impacts and vulnerability in Norway. *Climatic Change*, **62**, 75-113.

Ocampo, J.A. and J. Martin, Eds. 2003: *A Decade of Light and Shadow: Latin America and the Caribbean in the 1990s.* LC/G.2205-P/I, Economic Commission for Latin America and the Caribbean, 355 pp.

OFCM, 2002: *Weather Information for Surface Transportation: National Needs Assessment Report.* Washington, D.C., USA, FCM-R18-2002, 302 pp.

OFCM, 2004: *Urban Meteorology: Meeting Weather Needs in the Urban Community*, Washington, D.C., USA, FCM-R22-2004, 22 pp.

OFCM, 2005: Wildland Fire in the Urban Environment. *The Federal Plan for Meteorological Services and Supporting Research Fiscal Year 2006,* Washington D.C., USA, FCM-P1-2005, 284 pp.

O'Meagher, B., 2005: Policy for agricultural drought in Australia: an economics perspective. In: *From Disaster Response to Risk Management: Australia's National Drought Policy.* [Botterill, L.C. and D. Wilhite, (eds.)]. Springer, Dordrecht, pp. 139-156.

O'Reilly, C.T., D.L. Forbes, and G.S. Parkes, 2005: Defining and adapting to coastal hazards in Atlantic Canada: Facing the challenge of rising sea levels, storm surges, and shoreline erosion in a changing climate. *Ocean Yearbook*, **19**, 189-207.

Olesen, J.E. and M. Bindi, 2002: Consequences of climate change for European agricultural productivity, land use and policy. *European Journal of Agronomy*, **16**, 239-262.

O'Neill, M.S., A. Zanobetti, and J. Schwartz, 2003: Modifiers of the temperature and mortality association in seven US cities. *American Journal of Epidemiology*, **157(12)**, 1074-1082.

Orr, J.C., V.J. Fabry, O. Aumont, L. Bopp, S.C. Doney, R.A. Feely, A. Gnanadesikan, N. Gruber, A. Ishida, F. Joos, R.M. Key, K. Lindsay, E. Maier-Reimer, R. Matear, P. Monfray, A. Mouchet, R.G. Najjar, G.-K. Plattner, K.B. Rodgers, C.L. Sabine, J.L. Sarmiento, R. Schlitzer, R.D. Slater, I.J. Totterdell, M.-F. Weirig, Y. Yamanaka, and A. Yool, 2005: Anthropogenic ocean acidification over the twenty-first century and its impact on calcifying organisms. *Nature*, **437**, 681-686.

Ostfeld, R.S., C.D Canham, K. Oggenfuss, R.J. Winchcombe, and F. Keesing, 2006: Climate, deer, rodents, and acorns as determinants of variation in Lyme disease risk. *PLoS Biology*, **4(6)**, e145.

Overpeck, J.T., D. Rind, and R. Goldberg, 1990: Climate-induced changes in forest disturbance and vegetation. *Nature*, **343**, 51-53.

Overpeck, J.T., M. Sturm, J.A. Francis, D.K. Perovich, M.C. Serreze, R. Benner, E.C. Carmack, S. Chapin III, S.C. Gerlach, L.C. Hamilton, L.D. Hinzman, M. Holland, H.P. Huntington, J.R. Key, A.H. Lloyd, G.M. MacDonald, J. McFadden, D. Noone, T.D. Prowse, P. Schlosser, and C. Vörösmarty, 2005: Arctic system on trajectory to new, seasonally ice-free state. *Eos: Transactions of the American Geophysical Union*, **86(34)**, 309, 312-313.

Pan, Z.T., M. Segal, R.W. Arritt, and E.S. Takle, 2004: On the potential change in solar radiation over the U.S. due to increases of atmospheric greenhouse gases. *Renewable Energy*, **29**, 1923-1928.

Parker, B.L., M. Skinner, S. Gouli, T. Ashikaga, and H.B. Teillon, 1999: Low lethal temperature for hemlock woolly adelgid (Homoptera: Adelgidae). *Environmental Entomology*, **28**, 1085-1091.

Parmesan, C., 1996: Climate and species' range. *Nature*, **382**, 765-766.

Parmesan, C., 2006: Ecological and evolutionary responses to recent climate change. *Annual Review of Ecology, Evolution and Systematics*, **37**, 637-669.

Parmesan, C. and H. Galbraith, 2004: *Observed Impacts of Global Climate Change in the U.S.* Pew Center on Global Climate Change, Arlington, Virginia, 67 pp. <www.pewclimate.org/global-warming-in-depth/all_reports/observedimpacts>.

Parmesan, C. and G. Yohe, 2003: A globally coherent fingerprint of climate change impacts across natural systems. *Nature*, **421**, 37.

Parmesan, C., N. Ryrholm, C. Stefanescu, J.K. Hill, C.D. Thomas, H. Descimon, B. Huntley, L. Kaila, J. Kullberg, T. Tammaru, W.J. Tennent, J.A. Thomas, and M. Warren, 1999: Poleward shifts in geographical ranges of butterfly species associated with regional warming. *Nature*, **399**, 579-583.

Parmesan, C., T.L. Root, and M.R. Willig, 2000: Impacts of extreme weather and climate on terrestrial biota. *Bulletin of the American Meteorological Society*, **81**, 443-450.

Parry, M.L. O.F. Canziani, J.P. Palutikof, and coauthors, 2007: Technical summary. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, UK, pp. 23-78.

Parson, E.A., R.W. Corell, E.J. Barron, V. Burkett, A. Janetos, L. Joyce, T.R. Karl, M.C. Maccracken and coauthors, 2003: Understanding climatic impacts, vulnerabilities, and adaptation in the United States: building a capacity for assessment. *Climatic Change*, **57**, 9-42.

Patterson, D.T., J.K. Westbrook, R.J.C. Joyce, P.D. Lingren, and J. Rogasik, 1999: Weeds, insects and diseases. *Climatic Change*, **43**, 711-727.

Patz, J.A. and J.M. Balbus, 2001: Global climate change and air pollution. In: *Ecosystem Change and Public Health. A Global Perspective* [Aron, J.L. and J.A. Patz (eds.)]. The Johns Hopkins University Press, Baltimore, pp. 379-408.

Payne, J.T., A.W. Wood, A.F. Hamlet, R.N. Palmer, and D.P. Lettenmaier, 2004: Mitigating the effects of climate change on the water resources of the Columbia River basin. *Climatic Change*, **62**, 233-256.

Pearcy, W.G., 1991. *Ocean Ecology of North Pacific Salmonids.* Washington State Sea Grant Program, The University of Washington Press, Seattle, WA, USA, 179 pp.

Peng, S., J. Huang, J.E. Sheehy, R.C. Lanza, R.M. Visperas, X. Zhong, G.S. Centeno, G.S. Khush, and KG. Cassman, 2004: Rice yields decline with higher night temperatures from global warming. *Proceedings of the National Academy of Sciences*, **101**, 9971-9975.

Perez-Garcia, J., L.A. Joyce, A.D.McGuire and X.M.Xiao, 2002: Impacts of climate change on the global forest sector. *Clim. Change*, **54**, 439-461.

Petersen, J.H. and J.F. Kitchell, 2001: Climate regimes and water temperature changes in the Columbia River: bioenergetic implications for predators of juvenile salmon. *Canadian Journal of Fisheries and Aquatic Sciences*, **58**, 1831-1841.

Peterson, D.W. and D.L. Peterson, 2001: Mountain hemlock growth trends to climatic variability at annual and decadal time scales. *Ecology*, **82**, 3330-3345.

Peterson, D.W., D.L. Peterson, and G.J. Ettl, 2002: Growth responses of subalpine fir to climatic variability in the Pacific Northwest. *Canadian Journal of Forest Research*, **32**, 1503-1517.

PHMSA, 2007: *Annual Reports: National Pipeline Mapping System.* Pipeline and Hazardous Materials Safety Administration, U.S. Department of Transportation, Washington, DC, USA.

Pielke, R.A., C. Landsea, M. Mayfield, J. Laver, and R. Pasch, 2005: Hurricanes and global warming. *Bulletin of the American Meteorological Society*, **86**, 1571-1575.

Pinho, O.S. and M.D. Orgaz, 2000: The urban heat island in a small city in coastal Portugal. *International Journal of Biometeorology*, **44(4)**, 198-203.

Pisano, P., L. Goodwin, and A. Stern, 2002: Surface transportation safety and operations: The impacts of weather within the context of climate change. In: *The Potential Impacts of Climate Change on Transportation: Workshop Summary and Proceedings*. Washington, DC, 20 pp. <climate.dot.gov/publications/workshop1002/pisano.pdf >.

Plummer, D.A., D. Caya, A. Frigon, H. Côté, M. Giguère, D. Paquin, S. Biner, R. Harvey, and R. de Elia, 2006: Climate and climate change over North America as simulated by the Canadian Regional Climate Model. *Journal of Climate*, **19**, 3112-3132.

Polsky, C. and W.E. Easterling III, 2001:Adaptation to climate variability and change in the US Great Plains: A multi-scale analysis of Ricardian climate sensitivities. *Agriculture, Ecosystems & Environment*, **85**, 133-144.

Porter, J.R. and M.A. Semenov, 2005: Crop responses to climatic variation. *Philosophical Transactions of the Royal Society B*, **360**, 2021-2035.

Postel, S. and B. Richter, 2003: *Rivers for Life: Managing Water for People and Nature*. Island Press, Washington, District of Columbia, 220 pp.

Potter, C., S. Klooster, S. Hiatt, M. Fladeland, V. Genovese, and P. Gross, 2007: Satellite-derived estimates of potential carbon sequestration through afforestation of agricultural lands in the United States. *Climatic Change*, **80**, 323-336, doi:10.1007/s10584-006-9109-3.

Potter, J.R., M.J. Savonis, and V.R. Burkett, 2008: Executive summary. In *Impacts of Climate Change and Variability on Transportation Systems and Infrastructure: Gulf Coast Study, Phase I*. Synthesis and Assessment Product 4.7 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC.

Poumadere, M., C. Mays, S. LeMer, and R. Blong, 2005: The 2003 heat wave in France: Dangerous climate change here and now. *Risk Analysis*, **25**, 1483-1494.

Pounds, J.A., M.P.L. Fogden, and J.H. Campbell, 1999. Biological response to climate change on a tropical mountain. *Nature*, **398**, 611-615.

Pounds, J.A., M.R. Bustamante, L.A. Coloma, J.A. Consuegra, M.P.L. Fogden, P.N. Foster, E. La Marca, K.L. Masters, A. Merino-Viteri, R. Puschendorf, S.R. Ron, G.A. Sanchez-Azofeifa, C.J. Still, and B.E. Young, 2006: Widespread amphibian extinctions from epidemic disease driven by global warming. *Nature*, **439**, 161-167.

Price, C. and D. Rind, 1994: The impact of a $2 \times CO_2$ climate on lightning caused fires. *Journal of Climate*, 7, 1484–1494.

Pulwarty, R., K. Jacobs, and R. Dole, 2005: The hardest working river: drought and critical water problems in the Colorado River Basin. In: *Drought and Water Crisis - Science, Technology and Management Issues* [Wilhite, D.A. (ed.)]. CRC Press, Boca Raton, FL, USA, pp. 249-286.

Purse, B.V., P.S. Mellor, D.J. Rogers, A.R. Samuel, P.P. Mertens, and M. Baylis, 2005: Climate change and the recent emergence of bluetongue in Europe. *Nature Reviews Microbiology*, **3(2)**, 171-181.

Quinn, F.H., 2002: The potential impacts of climate change on Great Lakes transportation. In: *The Potential Impacts of Climate Change on Transportation: Workshop Summary and Proceedings*. Washington, DC, USA, 9 pp.

Ramstack, J.M., S.C. Fritz, and D.R. Engstrom, 2004: Twentieth century water quality trends in Minnesota lakes compared with presettlement variability. *Canadian Journal of Fisheries and Aquatic Sciences*, **61**, 561-576.

Randall, D.A., R.A. Wood, S. Bony, R. Colman, T. Fichefet, J. Fyfe, V. Kattsov, A. Pitman, J. Shukla, J. Srinivasan, R.J. Stouffer, A. Sumi, and K.E. Taylor, 2007: Climate models and their evaluation. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Randerson, J.T., H. Liu, M.G. Flanner, S.D. Chambers, Y. Jin, P.G. Hess, G. Pfister, M.C. Mack, K.K. Treseder, L.R. Welp, F.S. Chapin, J.W. Harden, M.L. Goulden, E. Lyons, J.C. Neff, E.A.G. Schuur, and C.S. Zender, 2006: The impact of boreal forest fire on climate warming. *Science*, **314**, 1130-1132, doi:10.1126/science.1132075.

Ranhoff, A.H., 2000: Accidental hypothermia in the elderly. *International Journal of Circumpolar Health*, **59**, 255-259.

Raupach, M.R., G. Marland, P. Ciais, C. Le Quéré, J.G. Canadell, G. Klepper, and C.B. Field, 2007: Global and regional drivers of accelerating $CO_2$ emissions. *Proceedings of the National Academy of Sciences*, **104(24)**, doi:10.1073/pnas.0700609104.

Reading, C.J., 1998: The effect of winter temperatures on the timing of breeding activity in the common toad *Bufo bufo. Oecologia*, **117**, 469-475.

Reale, D., A. McAdam, S. Boutin, and D. Berteaux, 2003: Genetic and plastic responses of a northern mammal to climate change. *Proceedings of the Royal Society of London B*, **270**, 591-596.

Regonda, S.K., B. Rajagopalan, M. Clark, and J. Pitlick, 2005: Seasonal cycle shifts in hydroclimatology over the western United States. *Journal of Climate*, **18**, 372-384.

Ren, C., G.M. Williams, and S. Tong, 2006: Does particulate matter modify the association between temperature and cardiorespiratory diseases? *Environmental Health Perspectives*, **114(11)**, 1690-1696.

Reynolds, J.D., T.J. Webb, and L.A. Hawkins, 2005: Life history and ecological correlates of extinction risk in European freshwater fishes. *Canadian Journal of Fisheries and Aquatic Science*, **62**, 854-862.

Richardson, D.M., P. Pysek, M. Rejmanek, M.G. Barbour, F.D. Panetta, and C.J. West, 2000: Naturalization and invasion of alien plants: concepts and definitions. *Diversity and Distributions*, **6**, 93-107.

Rignot, E., 2006: Changes in ice dynamics and mass balance of the Antarctic ice sheet. *Philosophical Transactions of the Royal Society of London*, **364**, 1637-1655.

Robeson, S., 2004: Trends in time-varying percentiles of daily minimum and maximum temperature over North America. *Geophysical Research Letters*, **31**, L04203, doi:10.1029/2003GL019019.

Rood, S.B., G.M. Samuelson, J.K. Weber, and K.A. Wywrot, 2005: Twentieth-century decline in streamflows from the hydrographic apex of North America. *Journal of Hydrology*, **306**, 215-233.

Root, T.L., J.T. Price, K.R. Hall, S.H. Schneider, C. Rosenzweig, and J.A. Pounds, 2003: Fingerprints of global warming on wild animals and plants. *Nature*, **421**, 57-60.

Root, T.L., D.P. MacMynowski, M. Mastrandea, and S.H. Schneider, 2005: Human-modified temperatures induce species' changes: joint attribution. *Proceedings of the National Academy of Sciences*, **21**, 7465-7469.

Rose, J.B., S. Daeschner, D.R. Easterling, F.C. Curriero, S. Lele, and J.A. Patz, 2000: Climate and waterborne disease outbreaks. *Journal of the American Water Works Association*, **92(9)**, 77-87.

Rosenthal, D.H., H.K. Gruenspecht, and E.Moran, 1995: Effects of global warming on energy use for space heating and cooling in the United States. *Energy Journal*, **16(2)**, 77-96.

Rosenzweig, C., G. Casassa, D.J. Karoly, A. Imeson, C. Liu, A. Menzel, S. Rawlins, T.L. Root, B. Seguin, and P. Tryjanowski, 2007: Assessment of observed changes and responses in natural and managed systems. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Rosenzweig, C. and W. Solecki (eds.), 2001: *Climate Change and a Global City: The Potential Consequences of Climate Variability and Change – Metro East Coast*. Columbia Earth Institute, NY, USA.

Rosetti, M.A., 2002: Potential impacts of climate change on railroads. In: *The Potential Impacts of Climate Change on Transportation: Workshop Summary and Proceedings*. Center for Climate Change and Environmental Forecasting, Federal Research Partnership Workshop, United States Department of Transportation, Washington, DC, USA, 13 pp. <climate.dot.gov/publications/workshop1002/>.

Rothrock, D.A., J. Zhang, and Y. Yu, 2003: The arctic ice thickness anomaly of the 1990s: A consistent view from observations and models. *Journal of Geophysical Research*, **108(C3)**, 3083, doi:10.1029/2001JC001208.

Roy, D.B. and T.H. Sparks, 2000: Phenology of British butterflies and climate change. *Global Change Biology*, **6**, 407-416.

Running, S.W., 2006: Is global warming causing more larger wildfires? *Science*, **313**, 927-928.

Russoniello, C.V., T.K. Skalko, K. O'Brien, S.A. McGhee, D. Bingham-Alexander, and J. Beatley, 2002: Childhood posttraumatic stress disorder and efforts to cope after hurricane Floyd. *Behavioral Medicine*, **28**, 61-71.

Ruth, M. and A-C Lin, 2006: Regional energy and adaptations to climate change: Methodology and application to the state of Maryland. *Energy Policy*, **34**, 2820-2833.

Ruth, M., A. Amato, and P. Kirshen, 2006: Impacts of changing temperatures on heat-related mortality in urban areas: The issues and a case study from metropolitan Boston. In: *Smart Growth and Climate Change* [Ruth, M. (ed.)]. Edward Elgar Publishers, Cheltenham, England, pp. 364-392.

Ryan, M.G., S.R. Archer, R.A. Birdsey, C.N. Dahm, L.S. Heath, J.A. Hicke, D.Y. Hollinger, T.E. Huxman, G.S. Okin, R. Oren, J.T. Randerson, and W.H. Schlesinger, 2008: Land resources. In: *The Effects of Climate Change on Agriculture, Land Resources, Water Resources, and Biodiversity*. Synthesis and Assessment Product 4.3 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC.

Rybnicek, O. and S. Jaeger, 2001: Ambrosia (ragweed) in Europe. *ACI International*, **13**, 60-66.

Sabine, C.L., M. Heimann, P.Artaxo, D.C.E. Bakker, C.T.A. Chen, C.B. Field, and N. Gruber, 2004: Current status and past trends of the global carbon cycle. In: *Global Carbon Cycle: Integrating Humans, Climate, and the Natural World* [C.B. Field and M.R. Raupach, (eds.)]. Island Press, Washington, DC, USA, pp. 17-44.

Sacks, W., D. Schimel, and R. Monson, 2007: Coupling between carbon cycling and climate in a high elevation, subalpine forest: a model-data fusion analysis. *Oecologia*, **151(1)**, 54-68, doi:10.1007/s00442-006-0565-2.

Sailor, D.J., 2001: Relating residential and commercial sector electricity loads to climate: Evaluating state level sensitivities and vulnerabilities. *Energy*, **26(7)**, 645-657.

Sailor, D.J. and J.R. Muñoz, 1997: Sensitivity of electricity and natural gas consumption to climate in the U.S: Methodology and results for eight states. *Energy*, **22(10)**, 987-998.

Sailor, D.J. and A. A. Pavlova, 2003: Air conditioning market saturation and long-term response of residential cooling energy demand to climate change. *Energy*, **28(9)**, 941-951.

Saito, Y., 2001: Deltas in Southeast and East Asia: their evolution and current problems. In: *Proceedings of the APN/SURVAS/LOICZ Joint Conference on Coastal Impacts of Climate Change and Adaptation in the Asia – Pacific Region*, 14-16 November 2000, Kobe, Japan, Asia Pacific Network for Global Change Research, pp. 185-191.

Sala, O.A., F.S. Chapin III, J.J. Armesto, E. Berlow, J. Bloomfield, R. Dirzo, E. Huber-Sanwald, L.F. Huenneke, R.B. Jackson, A. Kinzig, R. Leemans, D.M. Lodge, H.A. Mooney, M. Oesterheld, N.L. Poff, M.T. Sykes, B.H. Walker, M. Walker, and D.H. Wall, 2000: Global biodiversity scenarios for the year 2100. *Science*, **287**, 1770-1774.

Salinari, F., S. Giosue, F.N. Tubiello, A. Rettori, V. Rossi, F. Spanna, C. Rosenzweig, and M.L. Gullino, 2006: Downy mildew epidemics on grapevine under climate change. *Global Change Biology*, **12**, 1-9.

Salo, L.F., 2005: Red brome (*Bromus rubens* subsp. *madritensis*) in North America: possible modes for early introductions, subsequent spread. *Biological Invasions*, 7, 165-180.

Sankaran, M., 2005: Fire, grazing and the dynamics of tall-grass savannas in the Kalakad-Mundanthurai Tiger Reserve, South India. *Conservation & Society*, **3**, 4-25.

Sarmiento, J.L., S.C. Wofsy, and the members of the Carbon and Climate Working Group, 1999: *A U.S. Carbon Cycle Science Plan*. U.S. Global Change Research Program, Washington, DC, USA, 69 pp.

Saunders, S., C. Montgomery, T. Easley, and T. Spencer, 2008: *Hotter and Drier: The West's Changed Climate*. The Rocky Mountain Climate Organization and Natural Resources Defense Council, New York, NY, USA, 54 pp.

Savonis, M.J., 2008: What are the key conclusions of this study? In: *Impacts of Climate Change and Variability on Transportation Systems and Infrastructure: Gulf Coast Study, Phase I*. Synthesis and Assessment Product 4.7 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC, USA.

Scavia, D., J.C. Field, D.F. Boesch, R.W. Buddemeier, V. Burkett, D.R. Cayan, M. Fogarty, M.A. Harwell, R.W. Howarth, C. Mason, D.J. Reed, T.C. Royer, A.H. Sallenger, and J.G. Titus, 2002: Climate change impacts on US coastal and marine ecosystems. *Estuaries*, **25**, 149-164.

Schär, C., P.L. Vidale, D. Lüthi, C. Frei, C. Häberli, M.A. Liniger, and C. Appenzeller, 2004: The role of increasing temperature variability in European summer heatwaves. *Nature*, **427**, 332-336.

Schmidt, G.A. and 35 other authors, 2006: Present-day atmospheric simulations using GISS

ModelE: Comparison to in situ, satellite, and reanalysis data. *Journal of Climate*, **19**, 153-192.

Schmittner, A., 2005: Decline of the marine ecosystem caused by a reduction in the Atlantic overturning circulation. *Nature*, **434**, 628-633.

Schneider, S.H. and T.L. Root, 1996. Ecological implications of climate change will include surprises. *Biodiversity and Conservation*, **5(9)**, 1109-1119.

Schneider, S.H., S. Semenov, A. Patwardhan, I. Burton, C.H.D. Magadza, M. Oppenheimer, A.B. Pittock, A. Rahman, J.B. Smith, A. Suarez, and F. Yamin, 2007: Assessing key vulnerabilities and the risk from climate change. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Schoennagel, T., T.T. Veblen, and W.H. Romme, 2004: The interaction of fire, fuels, and climate across Rocky Mountain Forests. *BioScience*, **54**, 661-676.

Scholes, R.J. and S.R. Archer, 1997: Tree–grass interactions in savannas. *Annual Review of Ecology and Systematics*, **28**, 517-544.

Schwartz, J., J.M. Samet, and J.A. Patz, 2004: Hospital admissions for heart disease: The effects of temperature and humidity. *Epidemiology*, **15(6)**, 755-761.

Schwartz, M.D. and B.E. Reiter, 2000: Changes in North American spring. *International Journal of Climatology*, **20**, 929-932.

Scibek, J. and D.M. Allen, 2006: Comparing modeled responses to two high-permeability, unconfined aquifers to predicted climate change. *Global and Planetary Change*, **50**, 50-62.

Scott, M.J. and Y.J. Huang, 2007: Effects of climate change on energy use in the United States. In *Effects of Climate Change on Energy Production and Use in the United States.* Synthesis and Assessment Product 4.5 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC.

Scott, M.J., J.A. Dirks, and K.A. Cort, 2005: The adaptive value of energy efficiency programs in a warmer world: Building energy efficiency offsets effects of climate change. PNNL-SA-45118. In: *Reducing Uncertainty through Evaluation, Proceedings of the 2005 International Energy Program Evaluation Conference,* 17-19 August 2005, Brooklyn, New York.

Seager, R., Y. Kushnir, C. Herweijer, N. Naik, and J. Velez, 2005: Modeling of tropical forcing of persistent droughts and pluvials over western North America: 1856–2000. *Journal of Climate*, **18**, 4065-4088.

Seager, R., M. Ting, I. Held, Y. Kushnir, J. Lu, G. Vecchi, H.-P. Huang, N. Harnik, A. Leetmaa, N.-C. Lau, C. Li, J. Velez, and N. Naik, 2007: Model projections of an imminent transition to a more arid climate in southwestern North America. *Science*, **316**, 1181-1184.

Sekercioglu, C.H., G.C. Daily, and P.R. Ehrlich, 2004: Ecosystem consequences of bird declines. *Proceedings of the National Academy of Sciences*, **101**, 18042-18047.

Semenza, J.C., J.E. McCullough, W.D. Flanders, M.A. McGeehin, and J.R. Lumpkin, 1999: Excess hospital admissions during the July 1995 heat wave in Chicago. *American Journal of Preventive Medicine*, **16(4)**, 269-277.

Sénat, 2004: France and the French face the canicule: the lessons of a crisis: appendix to the minutes of the session of February 3, 2004, 59-62. Information report no. 195. <www.senat.fr/rap/r03-195/r03-195.html>.

Senate of Canada, 2003: *Climate Change: We are at Risk*. Final Report, Standing Senate Committee on Agriculture and Forestry, Ottawa, Canada, 123 pp.

Setzer, C. and M.E. Domino, 2004: Medicaid outpatient utilization for waterborne pathogenic illness following Hurricane Floyd. *Public Health Reports*, **119**, 472-478.

Shaw, J., R.B. Taylor, D.L. Forbes, M.-H. Ru, and S. Solomon, 1998: *Sensitivity of the Coasts of Canada to Sea Level Rise*. Bulletin 505, Natural Resources Canada, Geological Survey of Canada, Ottawa, Ontario, 79 pp.

Sherbinin, A., A. Schiller, and A. Pulsipher, 2006: The vulnerability of global cities to climate hazards. *Environment and Urbanization*, **12(2)**, 93-102.

Sheridan, S. and T. Dolney, 2003: Heat, mortality, and level of urbanization: measuring vulnerability across Ohio, USA. *Climate Research*, **24**, 255-266.

Shindell, D.T., 2001: Climate and ozone response to increased stratospheric water vapor. *Geophysical Research Letters*, **28(8)**, 1551-1554.

Shone, S.M., F.C. Curriero, C.R. Lesser, and G.E. Glass, 2006: Characterizing population dynamics of *Aedes sollicitans* (Diptera: Culicidae) using meteorological data. *Journal of Medical Entomology*, **43(2)**, 393-402.

Shvidenko, A., C.V. Barber, and R. Persson, 2005: Forest and woodland systems. In: *Ecosystems and Human Well-being: Volume 1: Current State and Trends* [Hassan, R., R. Scholes, and N. Ash, (eds.)]. Island Press, Washington, DC, USA, 585-621.

Sillman, S. and P.J. Samson, 1995: Impact of temperature on oxidant photochemistry in urban, polluted rural, and remote environments. *Journal of Geophysical Research*, **100(D6)**, 11497-11508, doi:10.1029/94JD02146.

Singer, F.J. and K. Harter, 1996: Comparative effects of elk herbivory and 1988 fires on northern Yellowstone National Park grasslands. *Ecological Applications*, **6(1)**, 185-200.

Singer, M.C. and P.R. Ehrlich, 1979: Population dynamics of the checkerspot butterfly *Euphydryas editha. Fortschritte der Zoologie*, **25**, 53-60.

Small, C. and R.J. Nicholls, 2003: A global analysis of human settlement in coastal zones. *Journal of Coastal Research*, **19**, 584-599.

Smith, S.D., T.E. Huxman, S.F. Zitzer, T.M. Charlet, D.C. Housman, J.S. Coleman, L.K. Fenstermaker, J.R. Seemann, and R.S. Nowak, 2000: Elevated $CO_2$ increases productivity and invasive species success in an arid ecosystem. *Nature*, **408**, 79-82.

Smith, S.J., A.M. Thomson, N.J. Rosenberg, R.C. Izaurralde, R.A. Brown, and T.M.L. Wigley, 2005: Climate change impacts for the conterminous USA: An integrated assessment: Part 1. Scenarios and context. *Climatic Change*, **69**, 7-25.

Smith, O.P. and G. Levasseur, 2002: Impacts of climate change on transportation infrastructure in Alaska. In: *The Potential Impacts of Climate Change on Transportation: Workshop Summary and Proceedings*. Washington, DC, USA, 11 pp. <climate.dot.gov/publications/workshop1002/smith.pdf>.

Smith, T.M. and R.W. Reynolds, 2005: A global merged land and sea surface temperature reconstruction based on historical observations (1880-1997). *Journal of Climate*, **18**, 2021-2036.

SNL, 2006: *Energy and Water Research Directions – A Vision for a Reliable Energy Future*. Sandia National Laboratories, Albuquerque, NM, USA.

Soden, Brian J., D.L. Jackson, V. Ramaswamy, M.D Schwarzkopf, and Z. Huang, 2005: The radiative signature of upper tropospheric moistening. *Science*, **310**, 841-844.

Sohngen, B. and R. Sedjo, 2005: Impacts of climate change on forest product markets: implications for North American producers. *Forestry Chronicle*, **81**, 669-674.

Solecki, W.D. and C. Rosenzweig, 2006: Climate change and the city: Observations from metropolitan New York. In: *Cities and Environmental Change* [Bai, X. (ed.)]. Yale University Press, NY, USA.

Solomon, S., D. Qin, M. Manning, R.B. Alley, T. Berntsen, N.L. Bindoff, Z. Chen, A. Chidthaisong, J.M. Gregory, G.C. Hegerl, M. Heimann, B. Hewitson, B.J. Hoskins, F. Joos, J. Jouzel, V. Kattsov, U. Lohmann, T. Matsuno, M. Molina, N. Nicholls, J. Overpeck, G. Raga, V. Ramaswamy, J. Ren, M. Rusticucci, R. Somerville, T.F. Stocker, P. Whetton, R.A. Wood, and D. Wratt,, 2007: Technical summary. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Sorogin, V.P. and Co-authors, 1993: *Problemy Ohrany Zdoroviya i Socialnye Aspecty Osvoeniya Gazovyh i Neftyanyh Mestorozhdenij v Arcticheskih Regionah* [Problems of Public Health and Social Aspects of Exploration of Oil and Natural Gas Deposits in Arctic Regions]. Nadym.

Stacey, D.A. and M.D.E. Fellows, 2002: Influence of elevated $CO_2$ on interspecific interactions at higher trophic levels, 2002. *Global Change Biology*, **8**, 668-678.

Stanturf, J.A., S.L. Goodrick, and K.W. Outcalt, 2007: Disturbance and coastal forests: A strategic approach to forest management in hurricane impact zones. *Forest Ecology and Management*, **250**, 119-135.

Stefanescu, C., S. Herrando, and F. Páramo, 2004: Butterfly species richness in the north-west Mediterranean Basin: the role of natural and human-induced factors. *Journal of Biogeography*, 31(6), 905-915.

Stenseth, N.C. and A. Mysterud, 2002: Climate, changing phenology, and other life history traits: nonlinearity and match-mismatch to the environment. *Proceedings of the National Academy of Sciences*, **99**, 13379-13381.

Stevenson, D.S., et al. 2005: Impacts of climate change and variability on tropospheric ozone and its precursors. *Faraday Discuss.*, 130, doi:10.1039/b417412g.Stewart, I.T., D.R. Cayan, and M.D. Dettinger, 2005: Changes toward earlier streamflow timing across western North America. *Journal of Climate*, **18**, 1136-1155.

Stiger, R.W., 2001: Alaska DOT deals with permafrost thaws. *Better Roads*, **June**, 30-31. <obr.gcnpublishing.com/articles/brjun01c.htm>.

Stirling, I. and C.L. Parkinson, 2006: Possible effects of climate warming on selected populations of polar bears in the Canadian Arctic. *Arctic*, **59(3)**, 261-275.

Stirling, I., N.J. Lunn, and J. Iacozza, 1999: Long-term trends in the population ecology of polar bears in western Hudson Bay in relation to climate change. *Arctic*, **52**, 294-306.

Stivers, L., 1999: *Crop Profile for Corn (Sweet) in New York*. <www.ipmcenters.org/CropProfiles/docs/nycorn-sweet.pdf>.

Stock, W.D., F. Ludwig, C. Morrow, G.F. Midgley, S.J.E. Wand, N. Allsopp, and T.L. Bell, 2005: Long-term effects of elevated atmospheric $CO_2$ on species composition and

productivity of a southern African C-4 dominated grassland in the vicinity of a $CO_2$ exhalation. *Plant Ecology*, **178**, 211-224.

Stocks, B.J., M.A. Fosberg, T.J. Lynham, L. Mearns, B.M. Wotton, Q. Yang, J-Z. Jin, K. Lawrence, G.R. Hartley, J.A. Mason, and D. W. McKenney, 1998: Climate change and forest fire potential in Russian and Canadian boreal forests. *Climatic Change*, **38**, 1-13.

Stocks, B.J., J.A. Mason, J.B. Todd, E.M. Bosch, B.M. Wotton, B.D. Amiro, M.D. Flannigan, K.G. Hirsch, K.A. Logan, D.L. Martell, and W.R. Skinner, 2002: Large forest fires in Canada, 1959-1997. *Journal of Geophysical Research*, **107**, doi:10.1029/2001JD000484.

Stone, R.S., E.G. Dutton, J.M. Harris, and D. Longnecker, 2002: Earlier spring snowmelt in northern Alaska as an indicator of climate change. *Journal of Geophysical Research*, **107(D10)**, doi:10.1029/2000JD000286.

Stouffer, R.J., J. Yin, J.M. Gregory, K.W. Dixon, M.J. Spelman, W. Hurlin, A.J. Weaver, M. Eby, G.M. Flato, H. Hasumi, A. Hu, J.H. Jungclaus, I.V. Kamenkovich, A. Levermann, M. Montoya, S. Murakami, S. Nawrath, A. Oka, W.R. Peltier, D.Y. Robitaille, A. Sokolov, G. Vettoretti, and S.L. Weber, 2006a: Investigating the causes of the response of the thermohaline circulation to past and future climate changes. *Journal of Climate*, **19**, 1365-1387.

Stouffer, R.J., T.L. Delworth, K.W. Dixon, R. Gudgel, I. Held, R. Hemler, T. Knutson, M.D. Schwarzkopf, M.J. Spelman, M.W. Winton, A.J. Broccoli, H-C. Lee, F. Zeng, and B. Soden, 2006b: GFDL's CM2 global coupled climate models. Part IV: Idealized climate response. *Journal of Climate*, **19**, 723-740.

Stroeve, J.C., M.C. Serreze. F. Fetterer, T. Aretter, W. Meier, J. Maslanik, and K. Knowles, 2005: Tracking the Arctic's shrinking ice cover: Another extreme September minimum in 2004. *Geophysical Research Letters*, **32**, L04501.

Subak, S., 2003: Effects of climate on variability in Lyme disease incidence in the northeastern United States. *American Journal of Epidemiology*, **157(6)**, 531-538.

Sun, G., C. Li, C.C. Trettin, J. Lu, and S.G. McNulty, 2006: Simulating the biogeochemical cycles in cypress wetland-pine upland ecosystems at a landscape scale with the wetland-DNDC model. In: *Hydrology and Management of Forested Wetlands*, Proceedings of the International Conference 8-12 April 2006. American Society of Agricultural and Biological Engineers, St. Joseph, MI, USA.

Sur, D., P. Dutta, G.B. Nair, and S.K. Bhattacharya, 2000: Severe cholera outbreak following floods in a northern district of West Bengal. *Indian Journal of Medical Research*, **112**, 178-182.

Swetnam, T.W. and J.L. Betancourt, 1998: Mesoscale disturbance and ecological response to decadal climatic variability in the American Southwest. *Journal of Climate*, **11**, 3128-3147.

Taramarcaz, P., B. Lambelet, B. Clot, C. Keimer, and C. Hauser, 2005: Ragweed (Ambrosia) progression and its health risks: will Switzerland resist this invasion? *Swiss Medical Weekly*, **135**, 538-548.

Taylor, S.W., A.L. Carroll, R.I. Alfaro, and L. Safranyik, 2006: Forest, climate, and mountain pine beetle outbreak dynamics in western Canada. In: *The Mountain Pine Beetle: A Synthesis of Biology, Management, and Impacts on Lodgepole Pine* [Safranyik, L. and W.R. Wilson, (eds)]. Natural Resources Canada, Canadian Forest Service, Pacific Forestry Centre, Victoria, British Columbia, pp. 67-94.

Thanh, T.D., Y. Saito, D.V. Huy, V.L. Nguyen, T.K.O. Oanh, and M. Tateishi, 2004: Regimes of human and climate impacts on coastal changes in Vietnam. *Regional Environmental Change*, **4**, 49-62.

Thomas, C.D., M.C. Singer, and D. Boughton, 1996: Catastrophic extinction of population sources in a butterfly metapopulation. *American Naturalist*, **148**, 957-975.

Thomas, C.D., A. Cameron, R.E. Green, M. Bakkenes, L.J. Beaumont, Y.C. Collingham, B.F.N. Erasmus, M.F. d. Siqueira, A. Grainger, L. Hannah, L. Hughes, B. Huntley, A.S. v. Jaarsveld, G.F. Midgley, L. Miles, M.A. Ortega-Huerta, A.T. Peterson, O.L. Phillips, and S.E. Williams, 2004: Extinction risk from climate change. *Nature*, **427**, 145-148.

Thomas, D.S.C. and C. Twyman, 2005: Equity and justice in climate change adaptation among natural-resource dependent societies. *Global Environ. Chang.*, **15**, 115-124.

Thomas, M.K., D.F. Charron, D. Waltner-Toews, C. Schuster, A.R. Maarouf, and J.D. Holt, 2006: A role of high impact weather events in waterborne disease outbreaks in Canada, 1975 – 2001. *International Journal of Environmental Health Research*, **16(3)**, 167-180.

Thompson, A.M., K. Pickering, D. McNamara, M. Schoeberl, R. Hudson, J. Kim, E. Browell, V. Kirchhoff, and D. Nganga, 1996: Where did tropospheric ozone over southern Africa and the tropical Atlantic come from in October 1992? Insights from TOMS, GTE TRACE A, and SAFARI 1992. *Journal of Geophysical Research*, **101(D19)**, doi:10.1029/96JD01463.

Thomson, M.C., F.J. Doblas-Reyes, S.J. Mason, R. Hagedorn, R.J. Connor, T. Phindela, A.P. Morse, and T.N. Palmer, 2006: Malaria early warnings based on seasonal climate forecasts from multimodel ensembles. *Nature*, **439**, 576-579.

Thorup K, A.P. Tøttrup, and C. Rahbek, 2007: Patterns of phenological changes in migratory birds. *Oecologia*, **151**, 697-703.

Titus, J.G., 2005: Sea-level rise effect. *Encyclopaedia of Coastal Science* [Schwart, M.L., (ed.)]. Springer, Dordrecht, pp. 838-846.

Titus, J.G. and C. Richman, 2001: Maps of lands vulnerable to sea level rise: modeled elevations along the US Atlantic and Gulf Coasts. *Climate Research*, **18**, 205-228.

Titus, J.G., et al., 2008: *Coastal Elevations and Sensitivity to Sea Level Rise*. Synthesis and Assessment Product 4.1 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC, USA (peer-reviewed draft report).

Toman, E.L., B. Shindler, J. Absher, and S. McCaffrey, 2008: Post-fire communications: the influence of site visits on local support. *Journal of Forestry*, **106**, 25-30.

Tran, J.K., T. Ylioja, R. Billings, J. Régnière, and M.P. Ayres. Testing a climatic model to predict populations dynamics of a forest pest, Dendroctonus frontalis (Coleptera: Scolydidae). *Ecological Applications* (in press).

Trenberth, K.E., A.G. Dai, R.M. Rasmussen, and D.B. Parsons, 2003: The changing character of precipitation. *Bulletin of the American Meteorological Society*, **84**, 1205-1217.

Trenberth, K.E., P.D. Jones, P. Ambenje, R. Bojariu, D. Easterling, A. Klein Tank, D. Parker, F. Rahimzadeh, J.A. Renwick, M. Rusticucci, B. Soden, and P. Zhai, 2007: Observations: Surface and atmospheric climate change. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor, and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Troyer, A.F., 2004: Background of U.S. Hybrid Corn II: Breeding, climate, and food. *Crop Science*, **44**, 370-380.

Tubiello, F.N., 2005: Climate variability and agriculture: perspectives on current and future challenges. In: *Impact of Climate Change, Variability and Weather Fluctuations on Crops and Their Produce Markets* [Knight, B. (ed.)]. Impact Reports, Cambridge, UK, pp. 45-63.

U.S. Census Bureau, 2000a: *Methodology and Assumptions for the Population Projections of the United States*. Bureau of the Census, U.S. Department of Commerce, Washington, DC, USA.

U.S. Census Bureau, 2000b: *Population Projections of the United States by Age, Sex, Race, Hispanic Origin, and Nativity: 1999 to 2100*. Population Division Working Paper No. 38, Bureau of the Census, U.S. Department of Commerce, Washington, DC, USA.

U.S. Census Bureau, 2002: *Demographic Trends in the 20th Century*. CENSR-4, Bureau of the Census, U.S. Department of Commerce, Washington, DC, USA.

U.S. Census Bureau, 2005: *Florida, California and Texas to Dominate Future Population Growth, Census Bureau Reports*. Press Release, Bureau of the Census, U.S. Department of Commerce, Washington, DC, USA, 21 Apr 2005. <www.census.gov/Press-Release/www/releases/archives/population/004704.html>.

U.S. Census Bureau, 2007: *Statistical Abstract of the United States: 2007* (126th Edition). Bureau of the Census, U.S. Department of Commerce, Washington, DC, USA.

Ungerer, M.J., M.P. Ayres, and M.A.J. Lombardero, 1999: Climate and the northern distribution limits of *Dendroctonus frontalis* Zimmermann (Coleoptera:Scolytidae). *Journal of Biogeography*, **26**, 1133-1145.

Urbanski, S., C. Barford, S. Wofsy, C. Kucharik, E. Pyle, J. Budney, K. McKain, D. Fitzjarrald, M. Czikowsky, and J. W. Munger, 2007: Factors controlling $CO_2$ exchange on timescales from hourly to decadal at Harvard Forest. *Journal of Geophysical Research*, **112**, G02020, doi:10.1029/2006JG000293.

USCLIVAR, 2002: *Climate Process Modeling and Science Teams (CPTs): Motivation and Concept*. Report 2002-1, Scientific Steering Committee, U.S. CLIVAR Office, Washington, DC, USA, 4 pp.

USDA Forest Service and U.S. Geological Survey, 2002: *Forest Cover Types: National Atlas of the United States*. USDA Forest Service and U.S. Geological Survey, Reston, VA, USA. <nationalatlas.gov/articles/biology/a_forest.html>.

USGS, 2004: *Estimated Use of Water in the United States in 2000*. USGS Circular 1268, U.S. Geological Survey, Washington, DC, USA.

Vaccaro, J., 1992: Sensitivity of groundwater recharge estimates to climate variability and change, Columbia Plateau, Washington. *Journal of Geophysical Research*, **97**, 2821-2833.

Valiela, I., 2006: *Global Coastal Change*. Blackwell, Oxford, 368 pp.

Van Vuuren, D., J. Weyant, and F. de la Chesnaye, 2006: Multi-gas scenarios to stabilise radiative forcing. *Energy Economics*, **28(1)**, 102-120.

van Wuijckhuise, L., D. Dercksen, J. Muskens, J. de Bruyn, M. Scheepers, and R. Vrouenraets, 2006: Bluetongue in the Netherlands; description of the first clinical cases and differential diagnosis; Common symptoms just a little different and in too many herds. *Tijdschrift Voor Diergeneeskunde*, **131**, 649-654.

Vasquez-Leon, M., C.T. West, and T.J. Finan, 2003: A comparative assessment of climate vulnerability: agriculture and ranching on both sides of the US–Mexico border. *Global Environmental Change*, **13**, 159-173.

Velicogna, I. and J. Wahr, 2005: Greenland mass balance from GRACE. *Geophysical Research Letters*, **32**, L18505, doi:10.1029/2005GRL023955.

Velicogna, I. and J. Wahr, 2006: Measurements of time-variable gravity show mass loss in Antarctica. *Science*, **311**, 1754-1756.

Verger, P., M. Rotily, C. Hunault, J. Brenot, E. Baruffol, and D. Bard, 2003: Assessment of exposure to a flood disaster in a mental-health study. *Journal of Exposure Analysis and Environmental Epidemiology*, **13**, 436-442.

Viboud, C., K. Pakdaman, P-Y. Boelle, M.L. Wilson, M.F. Myers, A.J. Valleron, and A. Flahault, 2004: Association of influenza epidemics with global climate variability. *European Journal of Epidemiology*, **19(11),** 1055-1059.

Vila, M., J.D. Corbin, J.S. Dukes, J. Pino, and S.D. Smith, 2007. Linking plant invasions to global environmental change. In: *Terrestrial Ecosystems in a Changing World* [Canadell, J., D. Pataki, and L. Pitelka, (eds.)]. Springer, New York.

Vincent, L. and E. Mekis, 2006: Changes in daily and extreme temperature and precipitation indices for Canada over the twentieth century. *Atmosphere-Ocean*, **44**, 177-193.

Visser, M.E. and C. Both, 2005: Shifts in phenology due to global climate change: the need for a yardstick. *Proceedings of the Royal Society of London*, **272**, 2561-2569.

Visser, M.E., C. Both, and M.M. Lambrechts, 2004: Global climate change leads to mistimed avian reproduction. *Advances in Ecological Research*, **35**, 89-110.

Visser, M.E., L.J.M. Holleman, and P. Gienapp, 2006: Shifts in caterpillar biomass phenology due to climate change and its impact on the breeding biology of an insectivorous bird. *Oecologia*, **147**, 164-172.

Vollaard, A.M., S. Ali, H.A.G.H. van Asten, S. Widjaja, L.G. Visser, C. Surjadi, and J.T. van Dissel, 2004: Risk factors for typhoid and paratyphoid fever in Jakarta, Indonesia. *Journal of the American Medical Association*, **291**, 2607-2615.

Volney, W.J.A. and R.A. Fleming, 2000: Climate change and impacts of boreal forest insects. *Agriculture, Ecosystems & Environment*, **82**, 283-294.

Vose, R., T. Karl, D. Easterling, C. Williams, and M. Menne, 2004: Climate (communication arising): Impact of land-use change on climate. *Nature*, **427**, 213-214.

Wade, T.J., S.K. Sandu, D. Levy, S. Lee, M.W. LeChevallier, L. Katz, and J.M. Colford Jr., 2004: Did a severe flood in the Midwest cause an increase in the incidence of gastrointestinal symptoms? *American Journal of Epidemiology*, **159(4)**, 398-405.

Walker, R.R., 2001: Climate change assessment at a watershed scale. In: *Water and Environment Association of Ontario Conference*, Toronto, Canada, 12 pp.

Walter, M.T., D.S. Wilks, J.Y. Parlange, and B.L. Schneider, 2004: Increasing evapotranspiration from the conterminous United States. *Journal of Hydrometeorology*, **5**, 405-408.

Walther, G.R., E. Post, P. Convey, A. Menzel, C. Parmesan, T.J.C. Beebee, J.M. Fromentin, O. Hoegh-Guldberg, and F. Bairlein, 2002: Ecological responses to recent climate change. *Nature*, **416**, 389-395.

Wayne, P., S. Foster, J. Connolly, F. Bazzaz, and P. Epstein, 2002: Production of allergenic pollen by ragweed (*Ambrosia artemisiifolia* L.) is increased in $CO_2$-enriched atmospheres. *Annals of Allergy, Asthma & Immunology*, **88**, 279-282.

WDR, 2003: *World Disaster Report: Focus on Ethics in Aid*. International Federation of Red Cross and Red Crescent Societies, Geneva, 240 pp.

WDR, 2004: *WorldDisaster Report: Focus on Community Resilience*. International Federation of Red Cross and Red Crescent Societies, Geneva, 240 pp.

Weber, R.W., 2002: Mother Nature strikes back: global warming, homeostasis, and implications for allergy. *Annals of Allergy, Asthma & Immunology*, **88**, 251-252.

Webster, M., C. Forest, J. Reilly, M. Babiker, D. Kicklighter, M. Mayer, R. Prinn, M. Sarofim, A. Sokolov, P. Stone, and C. Wang, 2003: Uncertainty analysis of climate change and policy response. *Climatic Change*, **61**, 295-320.

Wechsung, F., A. Becker, and P. Gräfe (eds.), 2005: *Auswirkungen des globalen Wandels auf Wasser, Umwelt und Gesellschaft im Elbegebiet*. Weissensee-Verlag, Berlin, 416 pp.

Wegbreit, J. and W.K. Reisen, 2000: Relationships among weather, mosquito abundance, and encephalitis virus activity in California: Kern County 1990-98. *Journal of the American Mosquito Control Association*, **16(1)**, 22-27.

Weisler, R.H., J.G.I. Barbee, and M.H. Townsend, 2006: Mental health and recovery in the Gulf coast after hurricanes Katrina and Rita. *The Journal of the American Medical Association*, **296(5)**, 585-588.

Welch, C., 2006: Sweeping change reshapes Arctic. *The Seattle Times*. 1 Jan 2006. <seattletimes.nwsource.com/html/localnews/2002714404_arctic01main.html>.

Westenburg, C.L., DeMeo G.A., and Tanko, D.J., 2006: *Evaporation from Lake Mead, Arizona and Nevada, 1997–99*. U.S. Geological Survey Scientific Investigations Report 2006-5252, 24 p.

Westerling, A.L., H.G. Hidalgo, D.R. Cayan, and T.W. Swetnam, 2006: Warming and earlier spring increase western U.S. forest wildfire activity. *Science*, **313**, 940-943.

Wheaton, E., V. Wittrock, S. Kulshretha, G. Koshida, C. Grant, A. Chipanshi, and B. Bonsal, 2005: *Lessons Learned from the Canadian Drought Years of 2001 and 2002: Synthesis Report*. Saskatchewan Research Council Publication No. 11602-46E03, Saskatoon, Saskatchewan, 38 pp. <www.agr.gc.ca/pfra/drought/info/11602-46E03.pdf>.

Wheeler, T.R., P.Q. Crauford, R.H. Ellis, J.R. Porter, and P.V. Vara Prasad, 2000: Temperature variability and the yield of annual crops. *Agriculture, Ecosystems & Environment*, **82**, 159-167.

White, M.A., N.S. Diffenbaugh, G.V. Jones, J.S. Pal, and F. Giorgi, 2006: Extreme heat reduces and shifts United States premium wine production in the 21stcentury. *Proceedings of the National Academy of Sciences*, **103**, 11217-11222, doi:10.1073/pnas.0603230103.

White, N., R.W. Sutherst, N. Hall, and P. Whish-Wilson, 2003: The vulnerability of the Australian beef industry to impacts of the cattle tick (*Boophilus microplus*) under climate change. *Climatic Change*, **61**, 157-190.

Whitney, S., J. Whalen, M. VanGessel, and B. Mulrooney, 2000: *Crop profiles for Corn (Sweet) in Delaware*. <www.ipmcenters.org/CropProfiles/docs/DEcorn-sweet.html>.

WHO, 2002: *World Health Report 2002: Reducing Risks, Promoting Healthy Life*. World Health Organization, Geneva, 268 pp.

Wielgolaski, F.E. and D.W. Inouye, 2003: High latitude climates. In: *Phenology: an Integrative Environmental Science* [Schwartz, M.D. (ed.)]. Kluwer Academic Publishers, Dordrecht, The Netherlands, pp. 175-194.

Wijffels, S.J., C. Willis, C. Domingues, P. Barker, N. White, A. Gronell, K. Ridgway, and J. Church, 2008. Changing expendable bathythermograph fall-rates and their impact on estimates of thermosteric sea level rise. *Journal of Climate* (in press).

Wilbanks, T.J., 2003: Integrating climate change and sustainable development in a place-based context. *Clim. Policy*, **3**, S147-S154.

Wilbanks, T.J., P. Romero Lankao, M. Bao, F. Berkhout, S. Cairncross, J.-P. Ceron, M. Kapshe, R. Muir-Wood, and R. Zapata-Marti, 2007a: Industry, settlement and society. In: *Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Parry, M.L., O.F. Canziani, J.P. Palutikof, P.J. van der Linden and C.E. Hanson (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Wilbanks, T.J., et al., 2007b: Executive Summary. In *Effects of Climate Change on Energy Production and Use in the United States.* Synthesis and Assessment Product 4.5 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC, USA.

Wilbanks, T.J. et al., 2008 (in press): Effects of global change on human settlements. Ch. 3 in: *Analyses of the Effects of Global Change on Human Health and Welfare and Human Systems.* Synthesis and Assessment Product 4.6 by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, Washington, DC.

Wiley, J.W. and J.M. Wunderle Jr., 1994: The effects of hurricanes on birds, with special reference to Caribbean islands. *Bird Conservation International*, **3**, 319-349.

Wilkinson, P., S. Pattenden, B. Armstrong, A. Fletcher, R.S. Kovats, P. Mangtani, et al., 2004: Vulnerability to winter mortality in elderly people in Britain: population based study. *British Medical Journal*, **329(7467)**, 647.

Williams, A.A.J., D.J. Karoly, and N. Tapper, 2001: The sensitivity of Australian fire danger to climate change. *Climatic Change*, **49**, 171-191.

Williams, D.G., and Z. Baruch, 2000. African grass invasion in the Americas: ecosystem consequences and the role of ecophysiology. *Biological Invasions,* **2**, 123-140.

Williams, D.W. and A.M. Liebhold, 2002: Climate change and the outbreak ranges of two North American bark beetles. *Agricultural and Forest Meteorology*, **4**, 87-99.

Wilson, R.J., D. Gutiérrez, J. Gutiérrez, and V.J. Monserrat, 2007: An elevational shift in butterfly species richness and composition accompanying recent climate change. *Global Change Biology*, **13**, 1873-1887.

Winkler, D.W., P.O. Dunn, and C.E. McCulloch, 2002: Predicting the effects of climate change on avian life-history traits. *Proceedings of the National Academy of Sciences*, **99**, 13595-13599

Wisdom, M.J., M.M. Rowland, and L.H. Suring (eds.), 2005: *Habitat Threats in the Sagebrush Ecosystem: Methods of Regional Assessment and Applications in the Great Basin.* Allen Press/Alliance Communication Group Publishing, Lawrence, KS, USA.

Wittenberg, A.T., A. Rosati, N.-C. Lau, and J.J. Ploshay, 2006: GFDL's CM2 global coupled climate models. Part III: Tropical Pacific climate and ENSO. *Journal of Climate*, **19**, 698-722.

WMO, 2007: *Scientific Assessment of Ozone Depletion: 2006.* Global Ozone Research and Monitoring Project Report No. 50, World Meteorological Organization, Geneva, 572 pp.

Wolfe, D.W., M.D., Schwartz, A.N. Lakso, Y. Otsuki, R.M. Pool, and N. Shaulis, 2005: Climate change and shifts in spring phenology of three horticultural woody perennials in northeastern USA. *International Journal of Biometeorology*, **49(5)**, 303-309.

Wollenweber, B., J.R. Porter, and J. Schellberg, 2003: Lack of interaction between extreme high-temperature events at vegetative and reproductive growth stages in wheat. *Journal of Agronomy and Crop Science*, **189**, 142-150.

Wood, A.W., L.R. Leung, V. Sridhar, and D.P. Lettenmaier, 2004: Hydrologic implications of dynamical and statistical approaches to downscaling climate model outputs. *Climatic Change*, **62**, 189 -216

Woodhouse, C.A. and J.T. Overpeck, 1998: 2000 years of drought variability in the central United States. *Bulletin of the American Meteorological Society*, **79**, 2693-2714.

Woodward, F.I. and M.R. Lomas, 2004a: Simulating vegetation processes along the Kalahari transect. *Global Change Biology*, **10**, 383-392.

Woodward, F.I. and M.R. Lomas, 2004b: Vegetation dynamics - Simulating responses to climatic change. *Biological Reviews*, **79**, 643-370.

Xu, H.Q. and B.Q. Chen, 2004: Remote sensing of the urban heat island and its changes in Xiamen City of SE China. *Journal of Environmental Sciences*, **16(2)**, 276-281.

Yu, H., Y.J. Kaufman, M. Chin, G. Feingold, L.A. Remer, T.L. Anderson, Y. Balkanski, N. Bellouin, O. Boucher, S. Christopher, P. DeCola, R. Kahn, D. Koch, N. Loeb, M.S. Reddy, M. Schultz, T. Takemura, and M. Zhou, 2006: A review of measurement-based assessments of the aerosol direct radiative effect and forcing. *Atmospheric Chemistry and Physics*, **6**, 613-666.

Zavaleta, E.S. and K.B. Hulvey, 2004: Realistic species losses disproportionately reduce grassland resistance to biological invaders. *Science*, **306**, 1175-1177.

Zervas, C.E., 2001: *Sea Level Variations of the United States: 1854-1999*. NOAA Technical Report NOS CO-OPS 36, National Ocean Service, National Oceanic and Atmospheric Administration, Silver Spring, Maryland, 201 pp. <tidesandcurrents.noaa.gov/publications/techrpt36doc.pdf>.

Zha, Y., J. Gao, and Y. Zhang, 2005: Grassland productivity in an alpine environment in response to climate change. *Area*, **37**, 332-340.

Zhang, K.Q., B.C. Douglas, and S.P. Leatherman, 2000: Twentieth-century storm activity along the U.S. east coast. *Journal of Climate*, **13**, 1748-1761.

Zhang, K.Q., B.C. Douglas, and S.P. Leatherman, 2004: Global warming and coastal erosion. *Climatic Change*, **64**, 41-58.

Zhou, G., S. Liu, Z. Li, D. Zhang, X. Tang, C. Zhou, J. Yan, and J. Mo, 2006: Old-growth forests can accumulate carbon in soils. *Science*, **314**, 1417, doi:10.1126/science.1130168.

Zhou, L.M., C.J. Tucker, R.K. Kaufmann, D. Slayback, N.V. Shabanov, and R.B. Myneni, 2001: Variations in northern vegetation activity inferred from satellite data of vegetation index during 1981 to 1999. *Journal of Geophysical Research*, **106(D17)**, 20069-20083.

Zhu, Z.I. and D.L. Evans, 1994: United States forest types and predicted percent forest cover from AVHRR data. *Photogrammetric Engineering and Remote Sensing*, **60**, 525-531.

Zimmerman, R., 2002: Global climate change and transportation infrastructure: lessons from the New York area. In: *The Potential Impacts of Climate Change on Transportation: Workshop Summary and Proceedings*. Washington District of Columbia, 11 pp. <climate.dot.gov/publications/workshop1002/zimmermanrch.pdf>.

Zimov, S.A., E.A.G. Schuur, and F.S. Chapin III, 2006: Permafrost and the global carbon budget, *Science*, **312**, 1612-1613.

Zishka, K.M. and P. J. Smith, 1980: The climatology of cyclones and anticyclones over North America and surrounding ocean environs for January and July, 1950–1977. *Monthly Weather Review*, **108**, 387-401.

Ziska, L.H., 2003: Evaluation of the growth response of six invasive species to past, present and future carbon dioxide concentrations. *Journal of Experimental Botany*, **54**, 395-404.

Ziska, L.H. and K. George, 2004: Rising carbon dioxide and invasive, noxious plants: potential threats and consequences. World Resource Review, **16**, 427-447.

Ziska, L.H. and G.B. Runion, 2006: Future weed, pest and disease problems for plants. Chapter 11. In: *Agroecosystems in a Changing Climate* [Newton, P., A. Carman, G. Edwards, and P. Niklaus (eds.)]. CRC, NY, USA, pp. 262-287.

Ziska, L.H., J.R. Teasdale, and J.A. Bunce, 1999: Future atmospheric carbon dioxide may increase tolerance to glyphosate. *Weed Science*, **47**, 608-615.

Ziska, L.H., D.E. Gebhard, D.A. Frenz, S. Faulkner, B.D. Singer, and J.G. Straka, 2003: Cities as harbingers of climate change: Common ragweed, urbanization, and public health. *Journal of Allergy and Clinical Immunology*, **111**, 290-295.

Zolbrod, A.N. and D.L. Peterson, 1999: Response of high-elevation forests in the Olympic Mountains to climatic change. *Canadian Journal of Forest Research*, **29**, 1966-1978.

Zvereva, E.L. and M.V. Kozlov, 2006: Consequences of simultaneous elevation of carbon dioxide and temperature for plant–herbivore interactions: a meta-analysis. *Global Change Biology*, **12**, 27-41.

U.S. Climate Change Science Program
1717 Pennsylvania Avenue, NW • Suite 250 • Washington, D.C. 20006   USA
1.202.223.6262 (voice) • 1.202.223.3065 (fax)
http://www.climatescience.gov



US Climate Change
Science Program
www.climatescience.gov

# Global Warming in the Southwest

## Projections, Observations and Impacts

By Melanie Lenart

With contributions from
**Gregg Garfin**
**Bonnie Colby**
**Thomas Swetnam**
**Barbara J. Morehouse**
**Stephanie Doster and**
**Holly Hartmann**

2007

**The Climate Assessment for the Southwest**
**University of Arizona Institute for the Study of Planet Earth**

# Global Warming in the Southwest

## Projections, Observations and Impacts

Melanie Lenart
*Climate Assessment for the Southwest, University of Arizona*

Gregg Garfin
*Institute for the Study of Planet Earth, University of Arizona*

Bonnie Colby
*Agricultural and Resource Economics, University of Arizona*

Thomas Swetnam
*Laboratory of Tree-Ring Research, University of Arizona*

Barbara J. Morehouse
*Institute for the Study of Planet Earth University of Arizona*

Stephanie Doster
*Institute for the Study of Planet Earth University of Arizona*

Holly Hartmann
*Climate Assessment for the Southwest, University of Arizona*

Editors of *Southwest Climate Outlook* articles:
Shoshana Mayden
Kristen Nelson
*Institute for the Study of Planet Earth University of Arizona*

Published April 2007 by
The Climate Assessment Project for the Southwest (CLIMAS)
Institute for the Study of Planet Earth
The University of Arizona
Tucson, Arizona

The Climate Assessment for the Southwest (CLIMAS) research was funded by the National Oceanic and Atmospheric Administration under Cooperative Agreement #NA116GP2758.

# Table of Contents

**Introduction**
Global warming in the Southwest: An overview .................................................................2
Global warming determined to be "unequivocal," article by Stephanie Doster...................6

**Section I: Climate Regimes**
Foreword by Gregg Garfin ..............................................................................................9

Southwestern drought regimes might worsen with climate change ..................................11
Scientists look to ocean for clues about drought .............................................................14
El Niño: A wild card for climate change impacts ............................................................17
Monsoon could strengthen as climate warms ................................................................20
Inquiry into monsoon and global warming continues .....................................................23
Hurricane intensity rises with sea temperature ..............................................................26
East Pacific hurricanes bring rain to Southwest ...........................................................29

**Section II: Water Resources**
Foreword by Bonnie Colby ...........................................................................................31

Low flow in the Colorado River Basin spurs water shortage discussion .........................33
Water managers share a range of viewpoints, article by Holly Hartmann .......................35
The future Colorado River: Will it deliver? ...................................................................36
Global warming could affect groundwater recharge .......................................................39
Water, energy and climate linked in complex ways ........................................................42
Virtual water university .................................................................................................42

**Section III: Landscape Response**
Foreword by Thomas Swetnam .....................................................................................46

Beetles devastate forests in response to drought ...........................................................49
Is global warming creeping into Southwest forests? ......................................................52
Nature's clock ringing in earlier springs .......................................................................56
Grassland dynamics shift with climate fluctuations .......................................................59
Rising temperatures bump up risk of wildfires ..............................................................62

**Section IV: Seeking Sustainability**
Foreword by Barbara J. Morehouse ...............................................................................67

Population growth, warming and water supply ..............................................................69
A natural source of water ..............................................................................................71
Plan to thin trees in Apache-Sitgreaves forest could increase streamflow in short term ...73
Salt cedar: Villain or scapegoat when it comes to water use? .........................................73
Global warming inspires a look at solar, wind energy ....................................................77
Everybody counts when reigning in global warming .......................................................81

# Global warming in the Southwest: An overview

By Melanie Lenart

Global warming will impact different regions and sectors in different ways, creating many losers and even a few winners around the world. Unfortunately, it looks like the Southwest will be on the losing side.

Losing water. Losing cool summer nights. Losing plant and animal species to changing climate patterns. Losing homes, forests, and Sonoran Desert to wildfires.

These are some of the impacts associated with the gains in temperature the Southwest has faced in recent decades–and is projected to continue experiencing for decades to come. The degree of the temperature rise will depend on whether society manages to curb the greenhouse gas emissions spurring on global warming.

The ways global warming and its associated climate changes are likely to affect the Southwest include higher temperatures, with more heat waves; more droughts and, paradoxically, more floods; less snow cover, with more strain on water resources; and an earlier spring with more large wildfires.

Many of these projected and sometimes already observed climate changes have been described in a series of *Southwest Climate Outlook* articles on global warming that ran from December 2003 through this month. The series has been pulled into a compilation, with additional contributions from other University of Arizona (UA) researchers. The book, *Global Warming in the Southwest* (GWS), is available at http://www.ispe.arizona.edu/climas/pubs.html. This article serves as an introduction to the book as well as an update on materials published since the articles were initially written.

The latest research papers and reports generally support the global warming projections, observations, and impacts described in GWS. If anything, they heighten the cause for concern. The case for the Southwest facing extensive drought has gotten stronger. Similarly, more research concludes that the West faces future water shortages because of changing climate. The connection between hot weather and widespread tree die-off has been established more explicitly, as has the link between large wildfires and rising temperatures.

## Temperature rise

The warming trend that took hold during the past century, particularly since the mid-1970s, has gotten even more entrenched since the article series started in 2003. The year 2005 went on to surpass 1998 as the world's hottest year in the instrumental record. By the end of 2006, the 10 hottest years on record all had occurred within the past 12 years, based on World Meteorological Association records from 1861.

It's unlikely that every year ahead will continue on this record-setting trend. A large volcanic eruption could cool things down globally for a year or two, as the Mount Pinatubo event in 1991 briefly slowed the temperature rise in the early 1990s. Annual variability could provide temporary relief. Overall, however, temperatures are expected to continue shifting upward throughout the century, as long as society continues to add heat-trapping greenhouse gases to the atmosphere.

The Intergovernmental Panel on Climate Change (IPCC) projects average annual temperature in the Southwest could rise by about 4½ to 7 or more degrees Fahrenheit during this century (*IPCC 2007 Summary for Policymakers*). More details about the IPCC projections, considered the most reliable because they involve the consensus of hundreds of scientists, will be released in May.

Arizona and New Mexico's average annual temperatures could both rise by 7 degrees Fahrenheit throughout this century, based on another projection that applies information from 18 global climate models to the climate division scale (*Southwest Hydrology*, January/February 2007). That amounts to roughly 1 degree Fahrenheit every 14 years. Summer temperatures could rise even more than winter temperatures by these projections, making parts of the Southwest even more intolerable between monsoon rains (see GWS, page 7).

A 1-degree Fahrenheit rise every 14 years may sound dramatic considering it took a whole century for the world's average annual temperature to rise by 1 degree. But this projected rate of increase is actually slightly slower than the rise Arizona experienced since the mid-1970s, and only slightly higher than the increase New Mexico registered in that time frame (Figure 1). These observed values include warming from the urban heat island effect as cities expand.

The number of extremely hot days is also projected to rise over the decades, leaving parts of the region with heat waves lasting an extra two weeks by the end of the century (*Proceedings of the National Academy of Sciences*, November 1, 2005). Hot summers boost the demand for water and electrical cooling (see GWS, page 69). Even worse, heat waves can create health risks, especially among the frail elderly and young children living in inner cities (*Environmental Health Perspectives*, May 2001).

## Drought

Drought has further extended its grip on the Southwest in recent years, despite occasional excursions into times of plentiful precipitation, such as the winter of 2004–2005 and the summer of 2006. The latest projections for Southwest precipitation offer no relief in sight.

continued on page 3

# GW overview, continued

The Dust Bowl years of the 1930s could become the new norm, based on results from 19 global climate models considered by Columbia University researcher Richard Seager and colleagues (*Science Express*, April 5, 2007). The projections suggest that the Southwest's immediate future would look much like the peak years of 2000–2003 in the Southwest's current drought. Things would only get worse in time, by this projection.

The IPCC also projects dry areas will get drier—in the Southwest and throughout the subtropics (*IPCC Summary for Policymakers*, 2007). This is a reversal of earlier projections in the 2001 IPCC summary that the Southwest might receive more rainfall as climate warms.

The mechanism behind the updated projection relates to a global atmospheric pattern known as Hadley Cell circulation (Figure 2). Globally, rising hot air from the tropics eventually descends in the subtropics. The high pressure of the descending air makes it difficult for clouds to form. This helps explain the seemingly endless supply of sunny days found in subtropical regions like the northern Africa, southern Australia and, of course, the U.S. Southwest.

The area under the Hadley Cell's descending air is projected to widen in years to come. As a result, the jet stream that transports rain and snow during winter and spring is expected to move poleward. In theory, the poleward pattern could mean El Niño events might often fail to bring hoped-for rain and snow to the Southwest. In practice, that pattern might look a lot like this past winter, when Denver received record snowfall while Arizona's dry winter pushed much of the state back into drought. This projection adds another element to the debate over the future of El Niño, one that was not addressed in the original article on page 17 of GWS.



**Figure 1.** Southwest temperatures have been rising, above. Since 1976, the average annual temperature increased by 2.5 degrees Fahrenheit in Arizona a) and 1.8 degrees Fahrenheit in New Mexico b), or 0.8 degrees and 0.6 degrees Fahrenheit a decade, respectively. Data was averaged from the respective states' climate divisions by Ben Crawford, CLIMAS.

### Floods

A more northerly jet stream in summer theoretically might make it easier for the monsoon to reach the Southwest, on the other hand. The jet stream can present a barrier to the monsoon's northward progression from its origin in tropical Mexico (see the two chapters starting on page 20 of GWS).

The monsoon operates at a scale smaller than that modeled by global climate models, making its future difficult to predict. No trend toward increased rainfall during the Southwest's monsoon season shows up in records for 1950–2001, but there are a few reasons to suspect the monsoonal rainfall tallies could increase as land and sea temperatures rise (see GWS, page 20). The projected shift in the jet stream could strengthen that case. A strong monsoon can increase the potential for flooding during this annual summer event.

However, even a strong monsoon generally does little to break long-term drought in the Southwest.

The stronger hydrological cycle that comes with global warming can produce seemingly paradoxical effects, including more drought and more floods. Southwestern springs, for instance, have been featuring both heavier rains and drier soils, based on a trend analysis of data from the past half century (*Journal of Hydrometeorology*, February 2004). Higher temperatures increase the atmosphere's ability to hold air moisture, as described in the climate regimes section of GWS. Evidence indicates this projected increase in air moisture and extreme precipitation events already is occurring globally, as noted in the 2007 *IPCC Summary for Policymakers*.

**continued on page 4**

4 | Feature Article

# GW overview, continued

The IPCC summary also acknowledges a correlation since the 1970s between rising sea surface temperatures and an increase in intense hurricanes in the Atlantic, and possibly in other regions, although it notes the data is less reliable for other parts of the world (see GWS, page 26). Remnants of hurricanes from the East Pacific affect the Southwest, as described on page 29 of GWS. These tropical storms can blanket the region with days of rain, increasing the risk of large-scale floods compared to the smaller scale monsoon thunderstorms.

### Impacts on water supply

The growing consensus that the Southwest faces extensive drought in coming years leads to an increasing conviction that the region's water resources will be strained. The GWS chapters on water resources generally reflect that concern. However, two relevant publications worth noting have surfaced since then.

Researchers Martin Hoerling and Jon Eischeid of the National Oceanic and Atmospheric Administration (NOAA) paint a dire picture of future Colorado River flow (*Southwest Hydrology*, January/February 2007). The authors note that the Palmer Drought Severity Index (PDSI) explains nearly two-thirds of the variability in the Colorado's reconstructed natural flow near Lee's Ferry. They used the average of 18 global climate models to model future PDSI values, then applied these estimates to predict future river flow. They conclude the Colorado's annual flow could drop by half, on average, by about mid-century—dire news, especially considering that almost every drop of the river's current flow is already promised to somebody.

On a brighter note, two of the lead researchers whose 2004 paper had suggested the runoff trickling and streaming into the Colorado River might decline by an average of 16 percent in the coming century updated their results (see



**Figure 2.** Hadley Cell circulation, above, illustrates how the rising air in the superheated tropics descends in the subtropics, which include the U.S. Southwest. The descending air creates high pressure zones that increase evaporation rates while restricting the development of clouds and rain. This circulation pattern is projected to intensify with global warming. Credit: Barbara Summey, NASA Goddard Visualization Analysis Lab

GWS, page 36). Their 2006 analysis has a somewhat more positive conclusion.

The paper by Niklas Christensen and Dennis Lettenmaier projected modest declines in Colorado runoff for the near future, through about 2040. By the end of the century, they projected the Colorado's flow would drop by 8 to 11 percent, depending on the IPCC emissions scenario used (*Hydrology and Earth Systems Sciences*, 2006).

"Everybody is consistent that there will be a downward trend, it's just a matter of how much," Lettenmaier elaborated in April, referring to theirs and others' latest projections.

The differences from the 2004 paper relate mainly to differences in seasonal precipitation in the Upper Colorado River Basin as projected by the climate models they employed, which they selected from the IPCC archive as appropriate models became available. While the 2004 climate model they used

projected a slight shift from winter to summer precipitation, the 2006 models projected a slight shift in the opposite direction, from summer to winter. Such seemingly minor differences have a major impact because the fraction of precipitation that ends up in streams and rivers is much higher in winter than in summer, Lettenmaier noted.

Impacts of warming temperatures on groundwater resources remain even more difficult to model or project than those on surface water supplies, but researchers worry about ongoing trends linked to snow cover decline (see GWS, page 39).

The earlier snowmelt that had been projected already has been observed at many western sites, as described in a 2005 article that documents how this change has been shifting the timing of rivers' peak flows forward in time throughout much of the West (*Journal of Climate*, April 2005). The fraction of precipitation falling as rain rather than

continued on page 5

**5** | Feature Article

# GW overview, continued

snow also has increased, although some peaks in northeastern New Mexico have managed to evade this overall trend (*Journal of Climate*, September 2006). A January 2007 review article in the *Intermountain West Climate Summary* goes into more detail about recent research regarding western snow cover and water resources (for link, see box at right).

**Landscape impacts**
The telltale signs of spring, including melting snow, have been arriving earlier in time around the world (see GWS, page 56). The earlier arrival of spring could disrupt life cycles between paired species, such as plants and their pollinators, or birds and their prey. The premature snowmelt can allow soils to dry out sooner, increasing the risk of drought, insect invasions, and large wildfires.

Temperature has the potential to spur on wildfires for many reasons, some of which are described in the chapter starting on page 62 of GWS. In 2006, researchers reported that the number of large western wildfires tends to move up and down with spring and summer temperatures based on U.S. Forest Service and National Park Services data from 1970–2003 (*ScienceExpress*, July 6, 2006). The ground-breaking paper by Anthony Westerling and colleagues, including the UA's Thomas Swetnam, linked the earlier snowmelt during warmer-than-average springs and summers to an increase in large, western wildfires especially since the mid-1980s.

Researchers had also suspected high temperatures were linked to bark-beetle outbreaks that damaged more than 3.5 million acres of southwestern ponderosa and pinyon pines from 2001 to 2003 (see GWS, page 49). In 2005, UA researcher David Breshears and colleagues documented how high temperatures served as an underlying cause behind an extensive piñon die-off event in the Southwest (*Proceedings of the National Academy of Sciences*, October 18, 2005).

**Striving for sustainability**
And now for the good news. As the evidence grows that the Southwest and the rest of the world face dire disruptions from global warming, politicians have joined scientists and activists to push for policy changes to reduce the greenhouse gas emissions behind the temperature rise and other chaotic climate changes.

Governments from local to state levels, including Arizona and New Mexico, are setting goals for reducing greenhouse gases emissions. The last section of the compilation describes some of these efforts, (as well as some things individuals can do to reduce their own contributions to global warming). Employing wind energy, solar power, energy and water conservation, water harvesting, and forest mitigation all can increase the odds that society will be able to weather global warming.

The move to renewable forms of energy can even help the economy, as the chapter in GWS on solar and wind energy illustrates. Regional efforts to tap into alternative energy markets might help restore some of the U.S. presence in the solar and wind markets. Currently, these forms of renewable energy are so popular around the world that production is not keeping up with demand.

The world market is gearing up for alternative energy production and other "green" business ventures. Also, companies have been reaping savings by pursuing conservation efforts. Recently Wal-Mart has found that putting sky lights in some of its stores not only saved money on energy bills, it also improved profits. Judging from reports in publications from *The New York Times* to *The Economist*, businesses are increasingly finding that going greener speaks to the bottom line as well as the greater good.

Between the efforts of governments, individuals, and businesses, the U.S. public is starting to embrace the wisdom of reducing its collective greenhouse gas emissions. Increasingly, people are recognizing that stabilizing the global climate amounts to stabilizing the global economy. Americans release among the highest levels of greenhouse gases in the world, on both the per-capita and country level. So this country's efforts really can make a difference in how much the world warms in years to come.

*Melanie Lenart is a postdoctoral research associate with the Climate Assessment for the Southwest (CLIMAS). The SWCO feature article archive can be accessed at the following link: http://www.ispe.arizona.edu/climas/forecasts/swarticles.html*

## Related Links

*Global Warming in the Southwest*
http://www.ispe.arizona.edu/climas/pubs.html

*Intermountain West Climate Summary*
http://wwa.colorado.edu/products/forecasts_and_outlooks/intermountain_west_climate_summary/January_2007.pdf

*Southwest Hydrology*
http://www.swhydro.arizona.edu/archive/V6_N1/

**Hydrological Earth Systems Science** paper by Christensen and Lettenmaier
http://www.copernicus.org/EGU/hess/hessd/3/3727/hessd-3-3727.pdf

**"More Large Forest Fires Linked to Climate Change"**
http://uanews.org/spots/sci-12868.html

**"Underlying Cause of Massive Pinyon Pine Die-Off Revealed"**
http://uanews.org/spots/sci-11731.html

6 | Feature Article

# Global warming determined to be "unequivocal"

## CLIMAS researcher Jonathan Overpeck discusses a recent United Nations report

By Stephanie Doster

A University of Arizona geosciences professor was among the world's leading scientists to issue a recent climate change report that asserted for the first time that global warming is "very likely" driven by human activity.

Jonathan Overpeck, director of the UA's Institute for the Study of Planet Earth and a coordinating lead author of the United Nation's latest Intergovernmental Panel on Climate Change (IPCC) report, said the document represents an international scientific consensus on climate change.

"The most striking thing to me is that we now have presented a much clearer picture of climate change and its causes, both past and future," Overpeck said. "The word we used for the evidence of climate change and global warming is now 'unequivocal.' That is a very strong statement."

The assessment was released in Paris after 113 governments unanimously agreed to the language in the report.

In the last IPCC report, issued in 2001, scientists concluded that industrial emissions "likely" caused a rise in temperatures over the last century. That warming is manifested in observed increasing air, deep ocean, and sea surface temperatures; melting snow, ice, and permafrost; and rising sea levels, said Overpeck, who also is a Climate Assessment for the Southwest investigator.

"All of these observations and others mentioned in the report are consistent and give us a much firmer basis for asserting that climate change is indeed real and that warming has been significant," he said. "I think everyone is pretty comfortable now in saying that

we see the climate change and that you cannot get the kind of climate change we're seeing without human-generated greenhouse gases."

Scientists have observed heat-trapping greenhouse gases in the atmosphere, particularly carbon dioxide and methane, at levels that far surpass those seen in the last 650,000 years, Overpeck said. Unless steps are taken to curb these gases, droughts likely will become more frequent. Hurricanes are projected to intensify, boosting the potential for destruction. Some areas, like the Maldives in the Indian Ocean and Tuvalu, a nation of islands and atolls in the Pacific Ocean, could disappear if sea levels rise just three feet. Much more sea level rise will likely be unstoppable over coming centuries if global warming continues unabated.

In the western and southwestern United States and in northern Mexico, climate models agree that winter precipitation will decrease sharply in this century, Overpeck said. The model projections also align with what has actually been happening in the region over the last several years.

One reason for the drying out is that in the winter, the jet stream and the average position of storms will enter the western United States in a more northerly position, bypassing the Southwest, Overpeck said. On top of that, he said, the West has seen a steady downward trend in late spring snowpack because of warmer temperatures and earlier snow melt. Snowpack acts as the region's

natural water reservoir and is especially crucial in the dry period that follows winter. A decline in snowpack and streamflow would cut into water supply resources. And with warmer-than-average temperatures continuing into summer, demand for water would spike further still.

The climate models are less certain when it comes to the future of the monsoon, the region's primary source of summer precipitation, and the El Niño Southern Oscillation (ENSO), which is linked to variability in winter precipitation, Overpeck said.

While the region is expected to dry out, it paradoxically is likely to see larger, more destructive flooding as hurricanes, also known as tropical cyclones or typhoons, intensify in all of the oceans.

The largest floods in the Southwest tend to occur when a remnant tropical storm in the fall or late summer hits a frontal storm from the north or northwest,

**continued on page 7**

# GW "unequivocal," continued

providing enough energy to wring out the moisture in the remnant tropical storm, Overpeck explained.

Overall, he said, the Southwest should brace for a number of far-reaching climate changes as the planet warms.

"You take all of these things together and you can clearly see in the report a strong case that the western U.S. and particularly the Southwest—Southern California into Texas—will probably be one of the hardest and soonest hit parts of the country," he said.

*Stephanie Doster is an information specialist for the Institute for the Study of Planet Earth. The SWCO feature article archive can be accessed at the following link: http://www.ispe.arizona.edu/ climas/forecasts/swarticles.html*

## Related Links

**Climate Change Projections**
http://www.geo.arizona.edu/dgesl/ research/regional/projected_US_ climate_change/projected_US_ climate_change.htm

**IPCC**
http://www.ipcc.ch/

**Climate change and Southwest Hydrology**
http://www.swhydro.arizona.edu/ar- chive/V6_N1/

**UA Global Climate Change Lecture Series podcasts**
http://podcasting.arizona.edu/ globalclimatechange.html

**Jonathan Overpeck ISPE webpage**
http://www.ispe.arizona.edu/about/ staff/peck.html

**UA News release on IPCC report**
http://uanews.org/cgi-bin/ WebObjects/UANews.woa/5/wa/ MainStoryDetails?ArticleID=13547



**Figure 1.** Projected June–August temperature changes from 2091 to 2100.*



**Figure 2.** Projected December–February temperature changes from 2091 to 2100.*



**Figure 3.** Projected annual precipitation changes from 2091 to 2100.*

*Changes are relative to 1971–2000 averages. Credit: Three maps drawn by JL Weiss, UA; Data from Hoerling and Eischeid NOAA ESRL*

# Climate Regimes

# Climate Regimes Foreword
By Gregg Garfin

The climate of is the Southwest is the climate of paradox. We are situated in a region where, paradoxically, precipitation varies greatly from year to year, yet remains consistent from decade to decade. Though far from the oceans, ocean circulation dictates much of the variability of our climate. We sit at the crossroads of two very distinct atmospheric flows, the Northern Hemisphere jet stream (the westerlies) coming in from the west over the Pacific Ocean in winter, and the North American monsoon circulation coming in from the south and east during the summer.

During the winter, the westerlies are our friend, bringing multi-day rains that soak into the soil; during the summer they are our enemy, killing the monsoon flow. During the summer, the mountains are our friends, driving moisture high into the atmosphere where it cools and rains down in violent thunderstorms; in the winter, mountains to our west intercept moisture bound for our region.

Much of the character of the climate of the Southwest is determined by a so-called thermally direct circulation, the Hadley Cell, that emanates at the equator, where rising motion brings copious moisture to that region, yet, paradoxically, the "return flow" on the descending limb of Hadley Cell circulation delivers dry air and clear conditions (high pressure) to our region.

While these conditions lend us a climate desired by retirees and winter vacationers, we barely eke out enough precipitation to keep our forests from burning and our streams flowing. Without importing or conveying substantial volumes of water over long distances, so we do not deplete precious groundwater resources, we would not be able to sustain much of the economic activity that makes our region thrive.

It is against this background of a climatically precarious geography that we measure the potential impacts of global warming on our region. The chapters in this section examine the observed and potential effects of warming temperatures on the atmospheric and oceanic circulations that bring (or do not bring) moisture to the Southwest.

Right off the bat, we learn that multiyear to multi-decade drought is a fact of life for our region. Measured in both the instrumental record of the last 100 or so years, and the paleoclimate record of at least the last 1,000 years, drought has been with us and will remain with us. And while that last statement may seem like a no-brainer, we learn that the character of drought may be changing.

We can appreciate the virtues and menace of rising temperatures as a factor in the hydrology of the Southwest. Increasing temperatures add vigor to the hydrologic cycle and allow the atmosphere to hold more moisture. However, climate models

continued on page 9

**continued**

show that increasing temperatures also push the Hadley Cell further north, intensifying drying where middle latitude and subtropical regions meet – such as in the U.S. Southwest. Increasing temperatures also alter snow hydrology, leading to early snowmelt and less winter precipitation arriving as snow at mid-elevations.

Two chapters examine potential changes in the North American Monsoon. These chapters shed some light on a phenomenon that, while characteristic of our region, is also notoriously difficult to predict – even in the absence of global warming. Rising sea surface temperatures (SSTs) in the Gulf of California and diminishing western North America snowpack could lead to earlier and longer-lasting monsoon seasons. The mechanisms appear to be increased moisture surges (Gulf SSTs), and greater pull of moisture from the south through enhanced land surface heating (diminishing snowpack).

However, the notoriously complicated monsoon also depends on the behavior of westerly wind belts to the north and easterly wind belts to the south of the Southwest. Moreover, the impacts of changing ocean temperatures, land surface heating, and winds will probably differ between Arizona and New Mexico. The bottom line, according to these chapters, is don't bet the farm on global warming contributing to a stronger monsoon throughout the Southwest.

Two chapters on hurricanes, including East Pacific tropical storms (which in some years deliver abundant autumn rains to the Southwest), round out the section's synthesis on global warming's observed and potential effects on the climate of the Southwest. Following Hurricane Katrina in 2005, much attention was focused on global warming's effect on hurricanes and tropical storms. While the power of Katrina, or any individual weather event, cannot be attributed to global warming, it appears likely that hurricane intensity has been increasing, and will continue to increase, as ocean temperatures increase.

East Pacific tropical storms, and even their remnants travelling in the westerly wind belt, can deliver significant precipitation to the Southwest. Probably most notable were October tropical storm remnants in the wake of the 1982-83 El Niño; these storms lead to widespread flooding and infrastructure damage in many Southwest towns and cities. The chapters on tropical storms bring to light interesting findings from the leading edge of the atmospheric and oceanographic sciences.

*Gregg Garfin is deputy director for outreach at the University of Arizona's Institute for the Study of Planet Earth and a climatologist with the UA Climate Assessment for the Southwest. His research interests include climate variability, drought, and the effective delivery of climate science to decision makers.*



# CLIMAS
## Southwest Climate Outlook

December 2003                                    THE UNIVERSITY OF ARIZONA.

# Southwestern drought regimes might worsen with climate change

Will long-term drought in the Southwest be the rule or the exception as the global climate warms? That's a tough question, because the answer requires a long-range projection based on a climate change that has not yet fully manifested. But there are indications that drought and other extreme events will become more common in a warming world—even if precipitation in the Southwest actually increases, as arguably could be expected.

The global warming trend that climatologists and physicists have long predicted because of a build-up of greenhouse gases began in earnest in the past quarter of a century, and evidence indicates it will accelerate (see sidebar on page 3).

Just how the warming might influence drought regimes was the topic of a workshop discussion that drew about 60 scientists to Tucson in mid-November. Although the group noted that our existing level of understanding prevents accurate predictions of expected precipitation changes by region, they agreed there was much cause for concern because of the global implications.

"Global warming contributes to more drying and heat stress. Going along with the consequences of drought in summer are heat waves and wildfires," noted Kevin Trenberth, a senior scientist who heads the Climate Analysis Section for the National Center for Atmospheric Research.

Trenberth co-organized the drought workshop along with Jonathan Overpeck, the director of the Institute for the Study of Planet Earth (ISPE) in Tucson. While Trenberth focuses on understanding climate processes using computer models and in providing a conceptual framework for observations of drought, Overpeck specializes in using past climates to reveal patterns of climate variability.

"The more we look, the more we find megadrought," noted Overpeck. Like drought, megadrought doesn't have one specific definition, but typically it refers to droughts that persist for decades in one region. "From the perspective of the past, we know that droughts in excess of even 20 years have occurred, so that's a possibility in the future."

Based on workshop discussion and other input, there are two main ways in which global warming could affect drought regimes:

1) Greater heating leads to higher evaporation rates and higher temperatures that boost the atmosphere's ability to hold moisture. This speeds up the hydrological cycle, leading to more drying as well as more high-intensity rainfall and snowfall events.

2) More importantly but less predictably, changes in sea surface temperatures affect the oceanic cycles, such as El Niño, that apparently dictate where the large-scale drought events predominate.

**Ramped-up water cycle**
Changes in evaporation rates with temperature are fairly predictable. More incoming solar radiation is used up in evaporation than in warming the Earth's surface, Trenberth noted, and the atmosphere's water-holding capacity increases by roughly 4 percent for each rise of 1 degree Fahrenheit.

All those sunny southwestern days lead to high evaporation rates here in winter as well as summer. Even higher evaporation rates might jeopardize the recharging of groundwater, and also make southwestern forests even more susceptible to catastrophic wildfires.

Surface water supplies could also suffer, although that is less predictable because of the expectation for more precipitation in a warmer world. Higher evaporation rates over the ocean translate to more precipitation over land as well as sea, although the effect will surely vary by region. In addition, climatologists expect to see more high-intensity events that do not necessarily soak into the soils, but could help rivers flow more often.

Summer monsoon rain events in the Southwest often fall into the intense category, with sudden downpours that can fill rivers and even streets in the short term. But the effect is so short-lived that monsoon rains generally do little to boost groundwater supplies. Winter precipitation—with

**continued on page** 12

# Climate Change, continued

snowfall being particularly important to Southwest water supplies—tends to involve less-intense several-day events over larger areas than the splashy, localized summer rainfall.

Even if the Southwest does receive more precipitation overall, there's still a chance of getting more droughts because of the other changes. In fact, workshop participant Russell Vose presented evidence that the higher temperatures may already be impacting drought incidence in the Southwest.

"Temperature, in theory, could have a very significant impact on the extent of area under drought," he said. Jay Lawrimore, Vose, and some of their colleagues at the National Climatic Data Center (NCDC) in North Carolina decided to test the theory by comparing the actual U.S. area under drought from 1998 through 2002 to the theoretical area that would have been under drought if temperatures had not risen as abruptly as they did during the last few decades of the 20th century.

In an analysis applying the Palmer Modified Drought Index to the Four Corner states identified as the Southwest (Arizona, New Mexico, Colorado and Utah), they estimated that about one-fifth less of the land area would have experienced severe to extreme

drought from 1998 through 2002 if temperatures had remained on its pre-1976 track. As it was, about three-fifths of the Four Corners land area fell under severe to extreme drought at some point during that five-year time period.

Vose and his colleagues also noticed a national trend for increased precipitation during the last 50 years of the past century. Further, they reported that other NCDC analyses indicated that extremely wet months were increasing even more than extremely dry months in six of the nine regions of the United States, including the Four Corners region.

In addition to spawning more precipitation, a warmer climate likely produces more rainfall relative to snowfall, while warmer spring seasons could cause more rapid snowmelt. So along with drought, floods could well become more frequent as the world warms.

In fact, a 1,000-year climate reconstruction for the Southwest supports the old adage that droughts end with floods, reported Malcolm Hughes of the University of Arizona's Laboratory of Tree-Ring Research (LTRR).

"Please notice that in all of these periods, sustained drought is followed by

a sustained wet period," Hughes instructed, referring to the half a dozen intense, prolonged southwestern droughts scattered throughout the millennia in the climate reconstruction he prepared with LTRR colleague Fenbiao Ni and others. (CLIMAS provides reconstructions for Arizona and New Mexico climate divisions at http://www.ispe.arizona.edu/climas/research/paleoclimate/product.html..)

## Oceanic influences

While the atmosphere moves lithely around the globe, discharging moisture within about nine days of its capture, the ocean moves on slower time scales that can be measured in years, decades, even millennia. But scientists are still working out numerous details involving the ocean's role in climate.

El Niños, which are particularly important for Southwest winter precipitation, typically occur every three to seven years, but evidence indicates that the frequency of El Niños can vary through time.

El Niño tends to bring periods of above-average precipitation to the Southwest, while its counterpart, La Niña, brings dry spells even more predictably. El Niño conditions occur when a warm tongue of surface water reaches the eastern tropical Pacific, while La Niña conditions describe times when the warm pool remains particularly concentrated in the western tropical Pacific.

Although our understanding of the El Niño phenomenon has grown enough to allow prediction of its arrival months ahead of its influence, the details remain uncertain for what to expect with a warmer climate.

"I think it's clear that El Niño will be changed as the climate changes," Trenberth said. "And our observations of El Niño suggest that it has changed in the past 20 years. However, our climate models, which we like to use to



Precipitation events tend to come in more intense bursts in warmer climate, as illustrated by this bar graph from 100 weather stations around the world. Seasonal precipitation for all locations averages about 9 inches (230 millimeters). Yet precipitation in the warmer locales was more likely to arrive in heavy (greater than 40 millimeter) or extreme (greater than 100 millimeter) events compared to the cooler locales. Temperature ranges were converted from Celsius and are approximate values only. Source: Karl, T., and K. Trenberth. 2003. Science, 302:1719–1723. Reprinted with authors' permission.

continued on page 13

# Climate Change, continued

verify that these two things are related, are really not up to the task at the moment."

"Coupled" computer models try to recreate the atmospheric-ocean link, but with limited success. For instance, changing atmospheric temperature even in coupled computer models is not enough to reproduce some of the decades-long droughts of the past. Modelers must instead specify observed sea surface temperatures as well to recreate these droughts. This highlights the importance of the ocean but also signals our lack of understanding about what causes sea changes.

An increase in intense El Niño events in the past quarter century, along with an expectation of more frequent and stronger El Niños in the future, supported a conclusion by a regional panel that climate change would bring more precipitation to the Southwest. The Southwest Regional Assessment Group, co-chaired by then-ISPE Deputy Director William Sprigg, used this premise to predict other future changes in their 2000 report (available online at http://www.ispe.arizona.edu/swassess/). However, some climate models show an increased frequency of El Niño during cooler time periods.

The question is further complicated by evidence that all of the world's oceans have been warming since about the middle of the 20th century, as reported in a March 24, 2000, *Science* article by Sydney Levitus and colleagues at the National Oceanographic Data Center in Maryland. Their finding indicates that the ocean warming preceded the atmospheric warming trend that began in full swing in the mid-1970s.

This indication that oceanic warming preceded atmospheric warming makes perfect sense to Trenberth, who suspects the high sea surface temperatures measured during the strong El Niño of 1997–1998 helped put 1998 down in the books as the hottest year

# Evidence Of Global Warming



The 1990s and some of the years that followed contained an abundance of exceptionally hot years, as judged by both the instrumental record and longer records reconstructed from tree rings, corals, ice cores, and other natural archives of temperature.

By all accounts, global mean annual temperatures since about the mid-1970s have been above average. Since about 1976, the rate of atmospheric warming has tripled the 20th century average global rate of about 1 degree Fahrenheit per century, as captured by analyses by Russell Vose and his colleagues at the National Climatic Data Center.

And given the continuing input of greenhouse gases entering the atmosphere from industry, vehicles, and deforestation, scientists expect the warming trend to continue and even accelerate throughout the 21st century. Greenhouse gases like carbon dioxide and methane basically trap some of the sun's heat that would otherwise escape from the atmosphere out into space.

The Intergovernmental Panel on Climate Change projects the influx of greenhouse gases will spur a rise in global temperatures by roughly 2 to 10 degrees Fahrenheit by 2100.

on record, as the heat moved from the ocean to the air. Interestingly, this high-magnitude event quickly switched into a high-intensity La Niña event from 1998–2002, which contributed to drought conditions in the Southwest.

Martin Hoerling, another workshop participant, published a paper in the January 31, 2003, issue of *Science* attributing the severity of the 1998–2002 drought—which spanned southern Europe and Southwest Asia as well as the southwestern United States—to persistently warm sea surface temperatures in the western Pacific and Indian oceans during this time frame.

If warm temperatures in the Pacific can strengthen both sides of the El Niño cycle, the theory that a warming climate will bring more extreme events gains strength. The uncertainty about how ocean cycles might

change with the continued warming, in turn, fuels concerns that the global climate could make an "abrupt" shift to a new state—a quantum leap that would force scientists to re-evaluate the current system of knowledge about climate.

"In terms of abrupt climate change, we now think that it's the wild card of global warming or future climate change," Overpeck said. "There is good reason to suspect that with climate change, the tropical Pacific system could change abruptly in ways that we can't yet anticipate."

–Melanie Lenart, CLIMAS

Next month, the newsletter will address how other oceanic trends, the Atlantic Multidecadal Oscillation and the Pacific Decadal Oscillation, can influence Southwest climate.



# CLIMAS
## Southwest Climate Outlook

January 2004                                      THE UNIVERSITY OF ARIZONA.

# Scientists look to ocean for clues about drought

BY MELANIE LENART

The landlocked Southwest does not escape the ocean's reach. Although scientists continue to untangle how these sea changes affect southwestern climate, what they've learned so far is chilling. Both the Pacific and Atlantic Oceans appear aligned to favor long-term drought in the Southwest.

These are the major oceanic fluctuations that appear to influence regional climate:

• The El Niño Southern Oscillation (ENSO), centered in the tropical Pacific. While "El Niño" (and its opposite, La Niña) relates to changes in sea surface temperatures, the "Southern Oscillation" refers to the associated patterns of atmospheric pressure over the tropical Pacific.

• The Pacific Decadal Oscillation (PDO), identified by changes in sea surface temperatures further north in the Pacific Ocean.

• The Atlantic Multidecadal Oscillation (AMO), identified by changes in sea surface temperatures averaged over the North Atlantic from the equator to 70° North.

If ENSO is the poster child of oceanic influences on climate, the AMO and PDO are the new kids on the block. Scientists began only in the mid-1990s to document the relation between North American climate and the long-term Atlantic changes captured by the AMO. They are still hammering out a consensus on its features, its climatic effects, and whether it even exists as

an identifiable physical process. Similarly, researchers are still trying to pinpoint the reasons for PDO fluctuations and the scale of its reach.

The index researchers use to detect the AMO is actually a 10-year running mean of North Atlantic sea surface temperature, and its climatic effects do not show up in year-to-year analyses. They only emerge when climatic data are lumped together into decades, a process known as smoothing because it reduces year-to-year spikes.

But the correlation between long-term drought in the continental United States and the AMO warm phase appear real enough in both the instrumental record and longer records based on tree rings and other proxies, noted Julio Betancourt, one of the scientists at the forefront of this research. Betancourt is a researcher at the U.S. Geological Survey's Desert Laboratory in Tucson.

"If the North Atlantic warms, then you're nailing summer precipitation across much of the continent. Drought in May and June, the peak months of precipitation in the Plains and Front Range, can be followed by a weak monsoon season across the Southwest in July and August," Betancourt explained.

Unlike the AMO, the Pacific Decadal Oscillation does show up in tests for annual effects on climate, although it's still unclear whether the PDO rates as its own phenomenon or merely serves as a memory bank of dominant ENSO patterns. The "cool" phase of the PDO is associated with low precipitation in the Southwest, especially during the winter—much like an extended La Niña event.

But while ENSO typically switches from El Niño to La Niña conditions and back again within three to seven years, the PDO and AMO take more like three to seven decades to go full circle.

When a "cool" PDO phase lines up with a "warm" AMO phase—as it did in from 1998 to mid-2002—the result can be year-round, persistent drought in the Southwest, Betancourt said (see Figure 1).

This "double-whammy" effect also helps explain how things got so dry during the 1950s drought, Betancourt indicated. The proportion of Southwest area besieged by drought neared 100 percent (see Figure 1) before the welcome relief carried in by a strong El Niño event in 1957–58. For this analysis, the Southwest includes Arizona, Colorado, New Mexico, Utah, and parts of Texas and southern Oklahoma.

The AMO moved into a warm phase in 1995, just before precipitation in Arizona and New Mexico began to falter. The PDO switched into a "cool" phase in the summer of 1998.

On a positive note, the PDO has switched back into gray territory, for the moment at least. In August 2002, values switched from negative to positive, according to an index posted on the National Oceanic and Atmospheric Administration website.

Positive PDO values can mean good news, heralding a Southwest-friendly "warm" phase, when maintained for the better part of a decade or so. But continued on page 15

# Drought clues, continued

Betancourt doesn't believe the Southwest will be released from the current drought's stranglehold quite so easily. One phase of the PDO typically lasts about 20 or 30 years, while one phase of the AMO usually lasts about 30 or 40 years.

Still, the research to identify the mechanisms behind the oscillations—and therefore improve the chances of using these indices for long-term climate forecasting—remains in the early stages.

"On a decadal basis, it comes up very clear. But the AMO and PDO oscillations are so long. We don't know what the mechanisms are that make them shift," noted U.S. Geological Survey researcher Gregory McCabe, who is an author with Betancourt and others on an upcoming paper describing how AMO and PDO patterns relate to long-term drought frequency in the United States.

McCabe believes researchers eventually will discover a physical reason behind the oceanic oscillations. On the other hand, those who see the PDO as a long-term expression of ENSO variability rather than a physical process in its own right include Michael Dettinger, a U.S. Geological Survey researcher and co-author with McCabe on a 1999 article that related ENSO to the PDO.

When heat is concentrated in the tropical Pacific, as during an El Niño event, a side effect is a cooling of the northern Pacific, Dettinger explained. The situation generally reverses during a La Niña event. The PDO phase reflects whichever ENSO phase has been most dominant when measured over decades instead of year to year, he suspects.

"The North Pacific is like a huge flywheel that takes a long time to spin up and get going in that direction," he added. "But once it gets going, it takes a long time to wind down."

Of the two long-term oscillations, the PDO has the advantage of having an identifiable relation to Southwest climate. Dettinger believes the climatic effects hold regardless of whether the PDO is a separate process from ENSO.

"The Southwest and western North America get most of our weather from the winds and storms and jet streams that come across the North Pacific to reach North America," he said. "What that means is that even if the PDO were solely driven by the ENSO process, the shape that those processes give to the North Pacific is the most immediate source of our weather."

The naming of PDO phases follows ENSO conventions, with a "cool" event referring to relatively cool sea surface temperatures extending from





**Figure 1.** Opposing shifts in tropical Pacific and North Atlantic Ocean temperatures may foretell persistence of disastrous, multiyear droughts across the North American continent. During most of the 1950s, drought conditions characterized the Southwest (top), which in this analysis includes Arizona, New Mexico, Utah, Colorado and parts of Texas and Oklahoma. The gray shading shows the same time frame in all figures, including those of two indices that appear linked to long-term drought in the Southwest, the PDO (middle) and AMO (bottom). The indices returned to their 1950s pattern in 1999, which some see as an ominous sign that long-term drought may be in store. All figures provided by Julio Betancourt.

the tropical Pacific along the western U.S. coast, and relatively warm sea surface temperatures across the majority of the North Pacific. So, despite the nomenclature, the Southwest suffers a lack of precipitation when warm sea surface temperatures dominate (on a decadal scale) in the northern waters of both ocean basins.

In contrast, the relatively cool surface temperatures that occur in the northwestern Pacific during a "warm" event displace the jet stream southward, generally to the advantage of Arizona and New Mexico. In addition, the associated warm tongue of water along the West Coast, which comes up from the tropics, supplies moisture for storms.

"The Pacific has really ruled our thinking for the last few decades," Betancourt said. It's more difficult for scientists to accept the idea of an Atlantic influence on Southwest climate because prevailing winds in the mid-latitudes come from the west and southwest, rather than the east, he added. But he believes the strong correlations he and others are finding between AMO patterns and decadal drought will prove convincing in the end.

David Enfield, an oceanographer with the National Oceanic and Atmospheric Administration and one of the first researchers to examine the climatic effects of the AMO, suspects the Atlantic changes influence climate by changing the steering pattern for weather over the continent at 500 millibars (at about 16,000 feet on average). As he and colleagues reported in a 2001 article, the AMO warm phase is associated, for the southern portion of the continent, with a higher than usual atmospheric ridge over the West Coast and increasingly lower pressure in an eastward direction.

Enfield has also found correlations between the AMO and ENSO patterns. In fact, all three oceanic fluctuations appear to influence each other to varying degrees in ways that are difficult to isolate in time and space.

## Related Reading



**Newsletter articles**
"PDO: Where will the footprints lead?" END InSight newsletter story available at http://www.ispe.arizona.edu/climas/forecasts/articles/PDO_Oct2002.pdf

"Predicting El Niño," END InSight newsletter story available at http://www.ispe.arizona.edu/climas/forecasts/articles/predictelnino_Dec2002.pdf

"Southwest drought regimes might worsen with climate change," Southwest Climate Outlook newsletter story available at http://www.ispe.arizona.edu/climas/forecasts/articles/climatechange_Dec2003.pdf

**Websites**
National Oceanic and Atmospheric Administration website to access indices for ENSO, PDO, and AMO, among others: http://www.cdc.noaa.gov/ClimateIndices/

**Journal articles**
Delworth T. L., and M. E. Mann. 2000. Observed and simulated multidecadal variability in the Northern Hemisphere. *Climate Dynamics* 16:661–676.

Enfield D. B., A. M. Mestas-Nuñez, and P. J. Trimble. 2001. The Atlantic multidecadal oscillation and its relation to rainfall and river flows in the continental U.S. *Geophysical Research Letters* 28:2077–2080.

Gray S. T., J. L. Betancourt, C. L. Fastie, S. T. Jackson. 2003. Patterns and sources of multidecadal oscillations in drought-sensitive tree-ring records from the central and southern Rocky Mountains. *Geophysical Research Letters* 30:1316–1320.

McCabe G. J., M. D. Dettinger. 1999. Decadal variations in the strength of ENSO teleconnections with precipitation in the western United States. *International Journal of Climatology* 19:1399–1410.

How might climate change affect these fluctuations? At this point, climate models give mixed results even when predicting how global warming might affect ENSO, which is understood and accepted much more than the PDO and AMO. So the jury is out when it comes to predicting the effect of global warming on oceanic fluctuations in general.

"We don't even have the first principles down," noted Dettinger, alluding to the mechanistic principles governing these oceanic oscillations. "So until we get that down, I don't expect to see accurate predictions of what would happen with global warming."

Still, it's interesting to consider that the Intergovernmental Panel on Climate Change generally expects atmospheric warming to be greater in northern latitudes than in the tropics. As noted earlier, relatively warmer sea surface temperatures in the North At-

lantic and North Pacific do not bode well for Southwest precipitation.

On the other hand, an increase in El Niño frequency or intensity—which many researchers expect based on their admittedly incomplete understanding of the process—could improve Southwest precipitation patterns both at the annual scale of ENSO events and the decadal scale of the PDO.

Given the uncertainty, Southwest residents would do well to assume the worst when it comes to making preparations for drought, McCabe suggested.

"It seems that we've been living in an anomalously wet period," McCabe said. "If we even go back to normal, are we going to be able to withstand it? It's kind of frightening now, with increased population and water demand. It will be interesting to see how we survive a 1950s-like drought."

17 | Feature Article

# El Niño: a wild card for climate change impacts

## Place your bets on El Niño's influence in the Southwest

By Melanie Lenart

The Southwest has always had its appeal for gamblers. In the Old West, gunslingers frequented saloons to play poker games like Three Card Monte, undaunted by the prospect of taking a bullet for a questionable winning streak. In modern times, Black Jack players from distant counties flock to the casinos sparkling through the night on tribal lands, praying for a reign at the table.

In the desert, there's another gamble that we all take: Will the rains that have sustained us in modern times continue to replenish our water supplies? Will global warming deal us a losing hand, with the coming decades bringing us more dry wells and shrinking lakes? Place your bets.

If climate is your strong suite, it will come as no surprise that the fate of southwestern water supplies rests largely in the hands of El Niño—and El Niño remains a wild card in the context of climate change. If El Niño events predominate, as they did during a wet period from about the mid-1970s through the mid-1990s, southwestern reservoirs and aquifers alike could benefit from the general boost to winter precipitation (Figure 1). But if La Niña events dominate as they did during the drought years 1998 until 2002, the growing population of the Southwest could be in for some dry times (Figure 2).

When trying to predict the general climate of the next several decades, arguments have been raised for a wide range of scenarios, including dominance by El Niño, an overall trumping by La Niña, stronger fluctuations between the two, and weaker events for both conditions.

### Climate models conflict

"The bottom line is we don't know what climate change will do to El Niño,"

explained Henry Diaz, a climatologist with the National Oceanic and Atmospheric Administration's Climate Diagnostics Center. "Most general circulation models, in fact, don't have a good representation of the El Niño phenomenon—although the latest models are showing substantial improvements."

Modeling El Niño is particularly challenging because it requires "coupling" the ocean and atmosphere into an interactive system. Trade wind activity helps define El Niño, which is why climatologists prefer to call the linked ocean and atmospheric system by one phrase, the El Niño–Southern Oscillation (ENSO). The linkage is easier said than done in climate models.

Several climate models project an eventual dominance by El Niño events, but often for different reasons, as the Intergovernmental Panel on Climate Change noted in its latest report in 2001. This international consortium of scientists resisted reaching a conclusion about whether El Niño will hold sway. The panel pointed to more ambiguous models and an analysis by Mark Cane and his colleagues that showed the potential for a La Niña-like response from the warming temperatures for at least a few decades to come.

While considering how these patterns might fluctuate with global warming—a speculative venture in any case—it's useful to consider how the patterns work now. During El Niño events, the Peruvian side of the tropical Pacific Ocean tends to register higher-than-usual temperatures at the ocean surface along with a slackening off of easterly winds. During La Niña events, the sea surface temperatures in the same region tend to run even cooler than usual, with the associated strong easterly winds pushing away the warm surface layer and exposing the cooler waters below.



Warm sea surface temperatures tend to generate storm clouds, while anchoring winds direct where the clouds travel. Along with the tropical trade winds, which flow east to west near the equator, El Niño fluctuations influence the mid-latitude westerly winds. The westerlies flow from the Pacific across the continental United States, favoring the Pacific Northwest during La Niña years and the Southwest during El Niño years.

### A shifty character

However, the degree to which El Niño influences specific regions can change in time, according to a 2001 International Journal of Climate paper by Diaz and two colleagues comparing ENSO impacts on many regions of the globe. Using the most reliable instrumental records for land (and thus going back only to 1948), they saw shifts in the character of El Niño impacts.

"It's not your grandfather's El Niño anymore," as Kevin Trenberth, an atmospheric scientist with the National Center for Atmospheric Research, put it. El Niño could undergo additional character changes as the climate warms, he suggested.

Diaz noted that it could take decades or more before El Niño settles into a mode characteristic of a global warming pattern. "We don't know the exact shape of the form that it will take," he added.

**continued on page 18**

18 | Feature Article

# El Niño, continued

In the meantime, the debate about how the ocean system will react in the next few decades to the ongoing global warming seems to revolve around two alternative lines of thinking: One is that stronger and/or more frequent El Niño events could predominate and serve as a means for cooling the planet in the long run, as much of the heat released from the ocean during El Niño years eventually makes it way out into space. The other is that a predominance of La Niña events could help the planet strive for equilibrium in the face of the global warming, with the ocean basically absorbing some of the incoming heat into deeper waters while presenting a cooler surface to the atmosphere.

## El Niño vs. La Niña
Saturday Night Live fans may remember a skit where Chris Farley played El Niño (translation: "The Ninyo") as a leotard-clad boxer ready to rule the ring. Images like this helped popularize the term in the 1990s—as did the dominance of the real El Niño in the Pacific between 1990 and 1995 and again in 1997 through 1998.

The predominance and strength and evolution of El Niño events since about 1976 has been highly unusual in the record since 1880, Trenberth argues. He and others made this case in papers released in 1997 and 1998, before the extreme El Niño event that spanned those years made the record books, and in a subsequent *Journal of Climate* paper in 2001.

Many view the mid-1970s as a turning point, a time when global warming from human activities such as burning petroleum products and forests really took root. Some call this turning point the 1976–1977 climate shift. The predominance in El Niño conditions since the mid-1970s might suggest an influence from human-launched global warming, Trenberth indicated. If so, this could imply that El Niño might remain



**Figure 1.** During El Niño years, all climate divisions in Arizona and New Mexico tend to receive above-average winter precipitation, as shown above. Values represent the percentage of December–March precipitation falling during El Niño years compared to non-El Niño years for the period 1895-1996. Source: adapted from NOAA Climate Prediction Center material.

dominant if the atmosphere continues to heat up as projected.

On the other hand, Mark Cane and others have argued that El Niño events in the late 19th century were on a par with recent decades.

"In many ways, the El Niño of 1877 was certainly far more destructive and had more serious consequences than any of the recent ones," explained Cane, a climatologist with Columbia University's Lamont-Doherty Earth Observatory. He noted that it appears to have contributed to the failure of the Indian monsoon that year, among other deadly disasters.

Cane points to evidence in records of fossil corals to argue that ENSO fluctuations have varied throughout the centuries and even millennia, with the latter based on spotty individual coral segments that date back as far as 130,000 years. Some of the century-scale results imply a predominance of La Niña events during previous warm periods, Cane suggests.

## Will El Niño rule?
Several lines of analysis agree that El Niño serves to release heat from the ocean, with the short-term effect of

warming the atmosphere but the long-term effect of cooling the planet.

Like others before and after them, Diaz and colleagues found the tropics registered the most warming during El Niño events of the past half a century. The Tropics of Cancer and Capricorn delineate the 40 percent of the planet that seasonally faces the sun head-on, thus receiving the full blast of its power without any angling to soften the blow. Meanwhile, they found the "extratropical" regions showed more variability, typically registering either average or even cooler-than-average temperatures.

Trenberth has pointed out that the record-breaking temperatures of 1998 occurred as an El Niño event that started in 1997 and stretched into 1998 as well. The year 1998 was the warmest year on record globally, with 2005—which featured a weak atmospheric El Niño event—shaping up as a contender for either the top spot or second-hottest year in the instrumental record.

In the long run, though, El Niño eventually releases into space some of the heat that had been stored in the planet's oceans, climatologists agree. In fact,

continued on page 19

# El Niño, continued

El Niño serves to dissipate heat in three apparently coordinated ways, noted Trenberth in a 1998 paper with lead author De-Zheng Sun, with NOAA's Climate Diagnostics Center. These include ocean dynamics that move warm water from the equator to the subtropics; atmospheric dynamics that export heat to the subtropics, sometimes in the shape of thunderstorms; and cloud cover that helps shield more of the eastern Pacific from direct sunlight.

"This raises the question of whether the very existence of El Niño arises from the need to move heat out of the equatorial Pacific," as Sun and Trenberth wrote in *Geophysical Research Letters*. The equatorial region within the tropics takes the most direct hits of sunlight of any region on the globe.

### The case for La Niña
Some propose that La Niña conditions could become more prevalent as the climate warms, at least for several decades. Cane's 2004 review paper, *The evolution of El Niño, past and future*, notes some researchers have found an increase in La Niña events during warm periods.

In fact, an analysis he and others conducted found the eastern equatorial Pacific—the location that most clearly signals El Niño events—was one of the few places on Earth that did not register an overall warming during the past century, he said. This implies that upwelling from La Niña events helped counterbalance the global warming that registered almost everywhere else. However, he and others are still teasing out details that hint at differences in patterns that could actually be consistent with a more El Niño-like nature in the latter half of the century, he wrote in an email message.

During the past, ENSO seems to have served as a means for the Earth system to mitigate the effects of short-term warming or cooling from changes in

incoming solar energy or volcanic activity. For instance, a Journal of Climate paper Cane wrote with lead author Michael Mann of the University of Virginia and others suggested El Niño events may have kept oceans warmer than expected in the late 17th Century, during the so-called Little Ice Age.



**Figure 2:** Arizona precipitation. Points represent October–March precipitation tallies, with values from 1951–2003.

Similarly, a predominance of La Niña events may have kept the ocean relatively cool during the late 12th and early 13th Centuries, during the so-called Medieval Warm Period, which appears to coincide with warmer European temperatures at various points during its time span of roughly 900 to 1300 A.D. Tree-ring records show that drought dominated in the West during this time frame, as documented by Edward Cook of Lamont-Doherty Earth Observatory and colleagues in a 2004 paper in *Science*. In fact, one of four lengthy droughts during this time frame centered on 1150, when the ancestors of the modern-day Pueblo Indians abandoned their sophisticated city in Chaco Canyon, New Mexico.

On the other hand, the period from 1950 to 2000 looks a bit different than the trend over the earlier part of the century, Cane acknowledged, making it difficult to draw firm conclusions about how modern climate compares to earlier climate regimes. The general warming during the late 12th and early 13th Century probably resulted from more solar heating combined with fewer volcanic eruptions, he indicated. Meanwhile, climatologists attribute the modern warming mainly to an increase

in greenhouse gases like carbon dioxide from burning oil, coal, gas and forests.

"The question is, then, does greenhouse warming work the same way? Is heating just heating, or does it make a difference if it's solar heating or greenhouse heating?" Cane asked.

The fate of El Niño goes beyond a rhetorical question because of its huge impact on precipitation regimes in many regions of the world, including the southwestern United States. Yet there is little we can do to alter El Niño's uncertain fate in the short term. The global warming set in motion particularly since the mid-1970s won't be stopping anytime soon. Even if people changed their ways tomorrow, the extra heat already stored in the deep ocean would carry the warming out for many decades, analyses indicate.

So, what's in the cards for the El Niño, which generally dictates the Southwest's water future? Place your bets.

*Melanie Lenart is a postdoctoral research associate with the Climate Assessment for the Southwest (CLIMAS). The SWCO feature article archive can be accessed at the following link: http://www.ispe.arizona.edu/climas/forecasts/swarticles.html*

# Monsoon could strengthen as climate warms
## Broad-scale influences imply more summer rain, but many caveats apply

BY MELANIE LENART

EDITOR'S NOTE:
*This is the first in a two-part series about how the monsoon might change with global warming. This article focuses on some of the broad-scale factors that could influence monsoonal strength while next month's article will consider atmospheric influences on the North American monsoon.*

The mystery continues about how global warming might impact the North American monsoon, which lofts summer thunderstorms into the Southwest. Some circumstantial evidence suggests future monsoons could strengthen as temperatures rise, but the investigation has barely begun.

It's an important case considering that collectively New Mexico and Arizona receive about a third of their annual precipitation during the peak months of the monsoon, July and August (Figure 1). A major challenge is picking out the most influential suspects in the line-up, especially since they differ somewhat for the two states. Sea surface temperature (SST) definitely has some role in starting things off, while atmospheric response appears to determine where monsoonal rains will strike next.

Considering how climate change might affect the monsoon requires thinking out of the box. The Intergovernmental Panel on Climate Change projects that the world's average annual temperature will rise at an average rate of about 0.2 to 1 degree Fahrenheit per decade this century. But computer programs designed to consider the impacts of this warming model precipitation at grid scales that don't match regional monsoons.

Also, such models typically have 18 or more atmospheric layers, but they have only one land elevation for each grid cell measuring hundreds of square kilometers. This flattens the mountains that are so important to monsoon dynamics, with their slopes angling to take the full force of the summer sun's rays.

Besides North America, monsoons contribute summer precipitation in South America, Africa, Australia, and, of course, Asia. The North American Monsoon actually centers on Mexico, with Central America as well as Arizona and New Mexico receiving only fringe benefits from the main event. The southwestern U.S. region typically affected by the monsoon can expand or contract somewhat depending on seasonal monsoon strength and pattern.

### No smoking gun
There is no clear verdict on how the North American monsoon will fare in a warming world. However, circumstantial evidence suggests monsoons in general will strengthen as global warming heats up ocean and land surfaces and increases air moisture.

The first fact in the case is that rising sea surface temperatures tend to promote precipitation. At least that's what witnesses have observed, although the physical reasoning for this remains unclear. Global warming will continue to raise sea surface as well as air temperatures. In fact, data provided by the National Climatic Data Center (NCDC) shows that surface temperatures of the world's oceans already rose on average during the second half of the 20th century (Figure 2).

Another line of evidence involves the role of land heating in luring summer wind and rain to parched lands. Land temperatures fluctuate faster than ocean temperatures with a given heat input (Figure 2), and this operates at the scale of decades, as well as seasonally and even daily.

As for exhibit number three: As air temperatures go up, so does the atmosphere's ability to pick up and hold moisture. This well-documented factor leads climate change specialists to predict with confidence that precipitation rates as well as evaporation rates will increase with a warming climate—at the global scale. Regionally, it will vary, and there's little confidence regarding specifics.

All three factors suggest stronger monsoons with a warmer climate—but they also come with complexities. As might be expected, generalities drawn at such a broad scale have limitations for local or regional applications. Still, they're worth considering, with caveats in mind.

### Sea surface temperatures
One of the more compelling reasons to suspect an increase in monsoonal strength with time involves the role played by sea surface temperatures in spawning thunderstorms and other convective systems.



**Figure 1.** Average monthly values for July, August and September rainfall illustrate the monsoon's substantial contribution to Arizona and New Mexico precipitation. Data is provided by the Western Regional Climate Center, http://www.wrcc.dri.edu/htmlfiles/avgstate.ppt.html.

continued on page 21

## Monsoon, continued

Convection relates to surface heating. A pot of boiling water on a stove demonstrates a form of convection, with the heat from the stovetop being lifted up as bubbles float to the top. This is somewhat analogous to how the atmosphere works when it comes to convective processes.

Rising sea surface temperatures in the Gulf of California contribute to the convective processes that hail Arizona's monsoonal rains, according to research by atmospheric scientist David Mitchell and some colleagues (*Journal of Climate,* September 1, 2002).

Based on their temperature estimates from satellite observations, the sea surface in the gulf must warm up to 26 degrees Celsius (about 79 degrees Fahrenheit) to launch thunderstorms along the Sierra Madre mountains of northwestern Mexico into Arizona. This is also the minimum sea surface temperature required to spawn hurricanes, and for tropical convection in general.

"It's a very interesting number. That's when we get convection started along the coast of Mexico, and all over the world really," Mitchell noted. He cited an October 1993 *Journal of Climate* paper by Chidong Zhang for support.

An even more interesting number, at least for monsoon prediction purposes, is 29 degrees Celsius (about 84 degrees Fahrenheit). Relatively heavy rainfall from the monsoon in Arizona typically begins within days of the northern Gulf's sea surface reaching this temperature, the researchers found.

"We have been monitoring the monsoon since we wrote that paper, and so far the monsoon seems to be consistent with what we'd expect," Mitchell reported by phone. Although he has developed a model to use May conditions to predict this monsoon onset, he was unable to test it this year because he's working off-



**Figure 2.** Global mean temperatures compiled by the National Climatic Data Center show an ongoing warming of the planet, with land temperatures heating up faster than ocean temperatures. The annual differences are shown in comparison to the average temperature for 1961–1990. Details about how the data were calculated as well as the data are available at http://lwf.ncdc.noaa.gov/oa/climate/research/anomalies/anomalies.html.

site on a project to improve the treatment of clouds in climate models.

Mitchell's finding that Gulf of California temperatures trigger Arizona's monsoonal rains is supported by another independent study. University of Arizona researchers led by William Wright used oxygen isotopes in tree rings to pinpoint Arizona's monsoonal moisture as coming from the Gulf of California and the eastern Pacific Ocean (*Geophysical Research Letters,* March 1, 2001).

Although Mitchell said he prefers relating northern Gulf sea surface temperatures to monsoon onset rather than strength, he has also found that a late arrival of warm water in the northern Gulf typically means a weaker monsoon for Arizona. If these sea surface temperatures don't reach about 84 degrees Fahrenheit by mid-July, the state's summer rainfall tends to fall below average, he indicated.

A connection between monsoon onset and strength was identified as well by Arizona state climatologist Andrew Ellis and colleagues (*International Journal of Climatology,* February 2004). Their analysis of monsoon seasons from 1950–

2001 indicated that early onsets tend to mean longer—and thus wetter—seasons.

The relationships between Gulf of California sea temperatures and monsoon onset do not appear to translate to New Mexico, noted University of New Mexico researcher David Gutzler.

"It's less obvious that that sort of influence maintains its strength, as you move east toward and over the Continental Divide," Gutzler said.

Monsoon strength in Arizona and New Mexico often differ within the same year, leading him (and others) to suspect different influences for the two states. New Mexico's moisture source for monsoonal rains appears to be largely the Gulf of Mexico, although the tropical eastern Pacific also contributes.

Gulf of Mexico sea surface temperatures seem to vary less than those in the Gulf of California, Gutzler said. Meanwhile, eastern Pacific trends vary with El Niño fluctuations, which influence Arizona less consistently than Mexico, explained Wayne Higgins, a Climate Prediction Center researcher and leader of the

**continued on page 22**

22 | Feature Article

## Monsoon, continued

North American Monsoon Experiment. In general, El Niño tends to suppress monsoon activity, especially in Mexico, Higgins noted.

Now for the caveats: Some speculate El Niño events could increase as climate warms (although others suspect the opposite). Sea surface temperatures at a specific location also depend on ocean currents, which may change as climate changes. Along coastlines, upwelling of cooler water from below the surface potentially could temper some sea surface warming.

Even the relationship between tropical convection and sea surface temperatures of 26 degrees could change as the atmosphere warms. (For more on the latter, see the July 1, 2004, *Journal of Climate* paper by Chia Chou and J. David Neelin.) Gutzler noted that scientists still are working to unravel the physical reasons for the 26-degree-Celsius threshold for tropical convection.

"The fact that we see this threshold doesn't mean we understand it," he pointed out.

### Land heating
Back in 1884, H.F. Blanford observed that the monsoon in India seemed to be weaker during years when there was abundant snow on the Tibetan Plateau (*Proceedings of the Royal Society of London*). His proposed mechanism—that heating the mountainous land pulls winds and rains landward—is still considered relevant.

Basically, the summer sun heats the land, causing air to rise. This creates a slight vacuum, compelling offshore air to rush in and fill it. The result is a landward shift in prevailing wind direction. As is often the case, with wind comes rain—especially when the wind is seaborne.

The connection between snow cover, and the cooling moisture it imparts, is not the only factor influencing monsoon dynamics, to be sure. But it's potentially important to pin down because most climatologists expect global warming to exacerbate the ongoing trend toward earlier western U.S. snowmelt documented by researcher Daniel Cayan and others (*Bulletin of the American Meteorological Society*, March 2001).

Arizona State University researcher Timothy Hawkins and colleagues found relatively low summer snow cover in the northwestern United States linked at the broad scale to higher summer rainfall in the Southwest. Similarly, University of New Mexico's Gutzler has found relatively low April snowpack in the Rocky Mountains tended to correlate with strong monsoon seasons in New Mexico, but less so for Arizona (*Journal of Climate*, November 15, 2000).

Even in New Mexico, the year-to-year variability was more predictable in some decades than others. Gutzler suspects the drought that began in the mid-1990s suppressed the relationship that held for the previous three decades, he explained in a follow-up telephone conversation earlier this month.

The potential for large-scale drought patterns to blur the relationship also adds uncertainty to predictions about what will happen to the monsoon with global warming. Some climatologists suspect western drought will become more frequent with global warming.

The investigation continues into how snowcover and drought factors relate to Southwest monsoon seasons, and whether the link involves land heating itself or the atmospheric processes that influence snow cover and drought variability.

### Atmospheric moisture
A warmer atmosphere can hold more moisture, based on a physical relationship known as the Clausius-Clapeyron equation. This relationship is among the reasons given in an article by Kevin Trenberth and colleagues on how precipitation could be expected to increase and occur in more extreme events as climate warms (*Bulletin of the American Meteorological Society*, September 2003).

However, a projected increase in global precipitation does not necessarily translate into an increase in regional or local precipitation—especially effective precipitation, which is the moisture that remains to nourish plants and fill streams after evaporation has taken its toll.

First of all, the warming atmosphere's increasing ability to hold moisture means evaporation rates will climb. Rates could increase by about 5 percent for a rise of about 4 degrees Fahrenheit, based on calculations by Paul Brown of the Arizona Meteorological Network. So even with an increase in rainfall, there can be a drop in effective precipitation.

On top of that, atmospheric conditions vary daily, with dozens of interacting varieties possessing different modus operandi. Given the myriad of atmospheric combinations that contribute to climate variability, some areas and regions are sure to see a drop in effective precipitation, while other areas will get more than they can handle, at least at some scales.

So, will global warming strengthen the North American monsoon? It's not an open-and-shut case. But it doesn't take Sherlock Holmes to conclude that climate variability will continue to be an accomplice in any long-term changes in monsoon behavior related to global warming.

*Next month's article will delve into some of the atmospheric processes affecting North American monsoon strength.*

*Melanie Lenart is a postdoctoral research associate with the Climate Assessment for the Southwest.*

23 | Feature Article

# Inquiry into monsoon and global warming continues
## Troublesome twist: Atmospheric variables make prediction tough for summer rain

by Melanie Lenart

Editor's Note:
*This is the second in a two-part series about how the monsoon might change with global warming. This article focuses on some of the atmospheric influences on the North American monsoon. For last month's article visit http://www.ispe.arizona.edu/climas/forecasts/articles/monsoon_June2005.pdf.*

Some circumstantial evidence points to the possibility that global warming will yield stronger monsoons. Increases in sea surface temperatures, land heating, and air temperatures suggest the potential for an increase in summer rainfall.

Mystery solved? Not quite. There's a plot twist: Atmospheric variability remains elusive when it comes to the North American monsoon, which funnels summer rainstorms into the Southwest. Because the description of atmospheric variability remains sketchy, climatologists are seeking more clues before they will guess how the monsoon will respond to climate change.

"There's not much out there in terms of climate change and the monsoon," noted Arizona State Climatologist Andrew Ellis, alluding to the scientific literature on the North American monsoon. "I don't think people have a great feel out there how (atmospheric) flow would be affected by climate change."

The North American monsoon has remained unresponsive to warming—at least where it reaches into the southwestern United States (Figure 1). Ellis finds no evidence of a trend toward more rainfall during the southwestern U.S. monsoon season (Figure 2), even though the Earth's surface has been warming for many decades.

Lack of data complicates efforts to unravel the mystery behind North American Monsoon variability. In a way, the southwestern U.S. is akin to a mere bystander—the main monsoon action centers on Mexico's Sierra Madres. While reliable U.S. data describing atmospheric activity exists from about the mid-20th century, comparable data in Mexico remains sparse to this day.

Since early 2004, researchers with the North American Monsoon Experiment (NAME) have been launching weather balloons, analyzing data, and studying monsoonal thunderstorms in intensive bursts of coordinated activity in both Mexico and the Southwest, explained NAME project leader Wayne Higgins. The project runs through 2008.

Meanwhile, satellites help fill in some of the missing puzzle pieces, but they provide only a few decades of data—a short time frame compared to some of the decades-long fluctuations that can influence monsoon strength. Even U.S. climate station data is considered short by these standards.

Although climatologists traditionally turn to computer modeling for insight on future changes, the General Circulation Models (GCMs) used to represent global climate are not yet up to the challenge for the North American monsoon.

"The current generation of models doesn't do a good job of representing the monsoon, for a whole variety of reasons," said Andrew Comrie, a Climate Assessment for the Southwest (CLIMAS) researcher. GCMs have trouble modeling clouds, convection, and precipitation in general, he noted, in addition to using a spatial scale with no relevance to the monsoon. "It's a recipe for not getting it right in the GCMs."

**Thinking outside the box**
From a process perspective, global warming may affect some of the underlying drivers of the monsoon—sea surface temperatures, land heating, and atmospheric moisture—as discussed last month. The circumstantial evidence regarding the response of these drivers to global warming suggests a strengthening of monsoons around the world.

Long-term records support such an interpretation, showing the Asian monsoon tended to strengthen during warm episodes of the past, and weaken during cool periods (For example, see *Nature*, January 23, 2003). On the other hand, the immense size and height of the Tibetan Plateau make the Asian monsoon somewhat more predictable than the North American monsoon.

The sheer number and inherent variability of the factors affecting the North American monsoon make climatologists leery of predicting how it will respond to global warming. Comrie rattled off half a dozen influences on the North American monsoon during a July 14 interview in Tucson, when residents were still waiting for this year's monsoon to begin. The list includes sea surface temperature and land heating, but also the influence of mid-latitude westerly wind patterns, tropical easterly trade winds, and global-scale descent of tropical air.



**Figure 1.** The U.S. region affected by monsoon is restricted to the Southwest. Graphic courtesy of Andrew Ellis.

continued on page 24

# Monsoon, continued

"They're all connected and it's all fluid, so it's not like you're moving cogs in a machine. There are just too many feedbacks," Comrie said. "It may be that there will be a dramatic change in one of these that overrides everything else. We don't know."

Changes in El Niño regimes could impact the monsoon, for instance. El Niño tends to suppress monsoon strength in Mexico, Higgins said. El Niño's dampening of Arizona's monsoon season is less noticeable but still detectable statistically, noted Klaus Wolter, a meteorologist with the Climate Diagnostics Center in Boulder.

Still, the El Niño advantage in making skillful predictions of winter precipitation falls short when it comes to forecasts of summer rainfall, at least for the U.S. Southwest. What's more, climatologists are still debating how global warming might affect El Niño regimes.

**Too many leads to follow**

Predicting monsoon behavior on a seasonal scale poses a major challenge to climatologists, although experimental predictions by both Wolter and Ellis for a relatively dry season in Arizona this year seem to be panning out.

True, it's almost certain the seasonal cycle will kick in at some point with its accompanying thunderstorms. But rainfall rates fluctuate widely from year to year. In the southwestern U.S. dataset compiled by Ellis (Figure 2), average monsoon-season rainfall ranged from about 3 inches (8.3 cm) in 1975 to more than 9 inches (23.8 cm) in 1990.

Further, within that region, the distribution of rainfall typically ranges from abundant to sparse in the same year. In particular, New Mexico and Arizona often seem to follow different leads.

**Tropical dynamics**

Suspects in the investigation include



**Figure 2.** Annual precipitation in the monsoon region during the monsoon season fluctuates widely by year, but the fluctuations show no ongoing trend toward an increase in seasonal rainfall in recent years. Graphic based on 1950–2001 dataset accessible from Andrew Ellis' website at http://geography.asu.edu/azclimate/monsdat.htm.

anything that might influence the position of the signature monsoon "anticyclone" (Figure 3), including the climate features on Comrie's list of factors affecting monsoon variability. Year-to-year variability in southwestern summer rainfall relates in large part to the location and size of this anticyclone.

The anticyclone itself goes by a variety of aliases, including the Four Corners High. The high-pressure anticyclone is easier to define on weather maps (Figure 3), but its presence means a surface low exists below. The combination of a surface low and an upper-level high defines monsoon circulation.

These terms relate to how air flows in the atmosphere. Air may be invisible like a gas, but it flows in currents and moves in waves like fluid. While water will flow from mountaintop ridges to the low-lying valleys on the landscape, air will flow from areas of high pressure—often called atmospheric ridges—to "troughs" of low-pressure.

Surface lows allow moisture to rise more freely in the atmosphere, increas-

ing their odds of forming the towering thunderclouds that can reach into the cooler heights needed to produce rainfall. Meanwhile, the descending air that characterizes highs generally limits precipitation.

At the global scale, heated air rises in the equatorial region and nearby tropics that take the brunt of the sun's incoming punch. The rising air loses steam and begins to descend by the time it reaches the subtropics—and to dry out as it warms on its way down, as descending air does. Climatologists call these global-scale ups and downs Hadley cell circulation.

This circulation pattern helps imprison the subtropics in dryness, as Hadley cell highs tend to suppress precipitation. It's no coincidence that the world's deserts—including the Southwest's Sonoran Desert—tend to be located in the subtropics, centered at around 30 degrees latitude North and South.

Those clear skies that distinguish the subtropics can cloud up during the

**continued on page 25**

25 | Feature Article

# Monsoon, continued

monsoon season, though. In monsoon circulation, subtropical surface air "balloons" up into higher reaches, mimicking the tropic's usual approach to promoting convective activity such as thunderstorms, Ellis explained.

"It just opens the door for some very light flow and accompanying moisture from the south," he added. As discussed last month, moist air tends to rush in from the Gulf of California to Arizona, and from the Gulf of Mexico to New Mexico.

### Wrong side of the storm tracks
When mid-latitude weather patterns reign, as often happens during El Niño years, westerly winds can delay the dynamics that usher in the monsoon.

Going back to the water analogy, the westerlies act as a river of airflow that speed along several miles above the Earth's surface. The jet stream speeds along in their core, like swift-flowing water in the center of the river. Sometimes the westerlies follow a straight course, staying mostly in line from west to east. Other times they can meander from Alaska down to Arizona, trailing cool air in their wake.

Although refreshing in the short term, the latter pattern restricts the formation of the anticyclone. Basically, it takes the stifle out of the summer heat needed to draw in warm, moist air from the south.

"That is a really killer for the monsoon," Ellis said.

The absence of sweltering stillness may be welcome by humans and other life forms—until the lack of seasonal relief from the monsoons creates its own problems. The July fire that raged through Tucson's Santa Rita Mountains is one example of how society pays for a sputtering monsoon that doesn't quite catch. Hundreds of hotshot firefighters battled the blaze, mostly in vain, at high

personal and financial cost. Meanwhile, air quality in the greater Tucson area also suffered during the event.

When westerly winds shift north, or surface heating manages to override their interference, the anticyclone can take shape. Although the anticyclone brings rainfall to those under its domain, its presence often signifies dry spells for those outside its province, especially the areas falling north and east of its sway.

"That monsoon anticyclone is huge, and it tends to suppress precipitation in the Great Plains," explained Higgins, whose October 1997, *Journal of Climate* research paper with colleagues first documented the see-saw action between the Southwest and Great Plains rainfall.

For the 30 years of data they averaged, the southwestern U.S. increase in rainfall coincided with a decline in summer rainfall in the Great Plains area between about 105 degrees and 85 degrees West. Monsoon circulation puts the Great Plains in the path of air descending from the heights of the anticyclone, creating a high pressure zone of dry air at the Earth's surface.

The correlation between summer rainfall in the Southwest vs. the Great Plains seems to indicate that stronger monsoon seasons do not represent an increase in overall U.S. rainfall, but merely a redistribution of regional rainfall. So it seems likely that whichever way the wind blows in a climate change scenario, some region of the country will suffer from a lack of moisture.

### No solution in sight
Just how will the North American monsoon fare with global warming? It seems this case will be relegated among



**Figure 3.** The air circulation patterns at 18,000 feet show the signature "anticyclone" that helps define the North American monsoon. Graphic courtesy of the National Weather Service, http://www.wrh.noaa.gov/twc/monsoon/mexmonsoon.php

the great unsolved mysteries until more clues turn up to produce a coherent explanation for year-to-year monsoon variability.

Although global warming seems destined to affect some of the drivers influencing monsoons around the world, such as warming of land and sea, the atmospheric response to these drivers remains unclear when it comes down to considering the regional scale of the Southwest.

At this point, the plentiful cast of characters exerting influence on the monsoon and its characteristic anticyclone resembles the early stages of a game of Clue, when half a dozen or more suspects could be the culprit. Unlike this form of child's play, the real-world solution will probably involve a host of influences working together in a complex scheme that defies detection for many years, perhaps even decades.

One thing's certain: It will take continued dedicated effort by the many investigators now working diligently to solve the mystery. Until they do, the solution remains up in the air.

*Melanie Lenart is a postdoctoral research associate with the Climate Assessment for the Southwest.*

# Hurricane intensity rises with sea temperatures

## Some variations linked to warming air temperatures

By Melanie Lenart

High sea surface temperatures fuel stronger hurricanes.

No one argued about that at a recent workshop on tropical cyclones and climate held at the International Research Institute for Climate Prediction in New York. The distinguished experts at the March workshop even agreed that Atlantic hurricane seasons are likely to remain active for several more decades.

But what is driving the rise in sea surface temperatures (SSTs) so strongly linked to hurricane activity—global warming or natural variability? And how might other factors influence hurricane activity as the world warms? That was up for debate.

The answers have important implications for society. If hurricanes and other tropical cyclones are drawing their extra strength from global warming, then the world can expect to face a century or more of intense hurricanes For the landlocked Southwest, storms that start out as tropical cyclones can provide welcome rains and the occasional flood.

If the observed increase in hurricane intensity relates only to naturally recurring fluctuations, residents along the South and East coasts menaced by Atlantic hurricanes could expect a reprieve within a few decades. The East Pacific hurricane seasons that moisten the Southwest, meanwhile, could slow down in the near future, based on previous experience. A busier-than-average Atlantic season often means a calmer-than-usual East Pacific season, which many attribute to the influence of El Niño.

The power behind North Atlantic and North Pacific seasonal hurricanes combined has more than doubled since about the mid-1970s, as shown by re-

search by Kerry Emanuel of the Massachusetts Institute of Technology (*Nature*, August 4, 2005). Reliable records go back to the 1940s. The power dissipation index (PDI) he used tallies tropical cyclones of any strength and includes their size and life span when considering how much energy they contained.

SSTs explained about 88 percent of the variability in Atlantic seasonal hurricane energy since 1970 when compared in multi-year trends, Emanuel noted during the workshop. As ocean temperatures rise, so does hurricane intensity (Figure 1).

Ocean temperatures have been rising around the world, most notably since the mid-1990s, as documented by Sydney Levitus and colleagues at the National Oceanographic Data Center (*Science*, March 24, 2000). The scientific community agrees that rising temperatures in the ocean and air relate to global warming from society's use of fossil fuels like coal, oil, and gas.

Emanuel showed evidence that Atlantic SSTs generally move in synch with northern hemisphere air temperatures when considered at the decadal scale (Figure 2). His results challenge the existence of the Atlantic Multidecadal Oscillation, a mode of natural variability in SSTs that was originally proposed by Michael Mann, Emanuel's co-author in the new study (*Eos*, June 13, 2006).

"I would submit to you that there's just no plain evidence now that you have an oscillation," Emanuel said. "There just isn't evidence in nature, as opposed to models, for this."

These findings imply that Atlantic SST will continue to increase with warming air temperatures, strengthening hurricanes at least to some degree as it does. Northern hemisphere temperatures are projected to rise by another 3 to 10

degrees Fahrenheit (F) throughout the twenty-first century.

Those arguing that natural variability, not global warming, is driving SST increases and other factors that influence hurricane strength include Christopher Landsea of the Hurricane Research Division. His paper with lead author Stanley Goldenberg, Alberto Mestas-Nuñez, and William Gray maintains that hurricane activity reflects a pattern of ups and downs that stay in place for decades at a time (*Science*, July 20, 2001).

"With Kerry's very interesting results today, I don't know if I'd say it's a cycle or not, but there is multi-decadal variability," Landsea said at the workshop, referring to Emanuel's work pairing air temperature with SST (Figure 2).

Landsea and Emanuel have been facing off on whether the increase in intense hurricanes stems from natural variability or global warming in a variety of venues, including a May media briefing and the pages of scientific journals (e.g., *Nature*, December 22, 2005).

Landsea argues that researchers have gotten better at detecting hurricanes in recent years, making it challenging to compare recent tallies with earlier ones. Even the Atlantic dataset, considered the world's best from about the mid-1940s, contains potential wind speed biases, he said. Meanwhile, he has little faith in the data used to assess global increases in cyclone strength, such as that used in the analysis by Peter Webster of the Georgia Institute of Technology and several colleagues that made headlines in 2005.

Webster and the others compared cyclone records derived from satellite images for six ocean basins around the world for 1975 through 2004. They found the number of intense storms

continued on page 27

# Hurricanes, continued

had increased by 57 percent when they compared the second half of the record to the first half (*Science*, September 16, 2005). For these purposes, intense hurricanes refer to Category 4 and 5 cyclones, which have sustained wind speeds above 130 miles per hour.

SST had increased during the second half of the record as well, the authors noted. Their analysis of the East Pacific basin showed the number of intense hurricanes jumped from 36 in the first period (1975–1989) to 49 in the second period (1990–2004), even though the total number of hurricanes remained about the same for the two time frames.

The satellite measurements use factors such as eye definition and apparent cloud height to estimate cyclonic wind speeds. Landsea suggested the data may contain flaws because the measurements come from a variety of people who made their assessments during the year in question. Since the earlier time period, satellite coverage, hurricane recognition, and technology all have improved. The researcher said when he and a colleague applied modern detection techniques to satellite images from the earlier period for the Indian Ocean, they found several intense hurricanes that had not been included in the dataset used by Webster and others.

Webster, in turn, pointed to a recent reanalysis of the South Indian Ocean—the region where data presented the most problems—which reached similar results as their 2005 paper. The random errors canceled each other out in the end, he said, leading to the result that the Indian Ocean has seen an increase in intense hurricanes like the other five basins.

Other researchers are finding similar results from an independent data set that does not involve satellite images, Webster added. He pointed to a paper published earlier this month by Ryan Sriver and



**Figure 1.** The number of major hurricanes a year in the northern Atlantic (bars) tends to reflect sea surface temperatures (SSTs) fluctuations (line). Major hurricanes have sustained winds above 110 miles per hour. Data courtesy of Christopher Landsea of the National Hurricane Center.

Matthew Huber of Purdue University (*Geophysical Research Letters*, June 2006).

The researchers used data for 1958–2001 developed by a European weather forecasting center to calculate the power dissipated by hurricanes and other tropical cyclones around the world. When comparing the pre-1979 data to the later part of the record, they found the overall PDI had increased by about a quarter. The Purdue researchers' results for the globe looked almost identical to Emanuel's results, even though they used a different approach to average out annual variability, and they considered the world rather than just the northern Atlantic and Pacific. The results also support Webster's results, as the authors note.

A global assessment using hurricane tracking data found only a small increase in intense hurricanes when splitting the last 20 years of data into two halves for comparison (*Geophysical Research Letters*, May 2006). By this assessment, global activity peaked between 1992 and 1998, a time frame that was split by the comparison of 1986–1995 to 1996–2005.

Researchers on both sides of the argument are puzzled by the extent of the apparent hurricane response to a relatively minor rise in SST. SSTs have risen by only about half a degree F on average globally, and slightly less than 1 degree F in the Atlantic region where hurricanes tend to develop.

Yet the average annual number of major hurricanes per year in the Atlantic more than doubled when comparing the 1995–2004 to the period 1971–1994, based on data from Landsea (Figure 1).

During the earlier time frame, Atlantic SSTs averaged below 83 degrees F during the peak hurricane season (August–October) in all but three years. Since 1995, Atlantic seasonal mean SST has averaged above 83 degrees—but the difference between the two averages represents only about 1 degree F.

"The sensitivity is a lot more than we would have predicted," Emanuel said, referring to his Atlantic research that showed a similar jump in intense hurricanes. The combined measure of

continued on page 28

# Hurricanes, continued

hurricane power increased roughly four times more than his earlier models had projected it would based on the seasonal SST rise, he indicated. While his model suggested a 5 percent increase in peak winds with a 1 degree Celsius (C) warming, his analysis showed a 10 percent in peak winds with little more than half a degree C warming.

Emanuel suggested that the lack of major volcanic activity since Mount Pinatubo's eruption in 1991 could be affecting relevant dynamics of the upper atmosphere as well as SSTs. Volcanic eruptions can temper the warming for a year or so when their explosions spew aerosol particles up into the stratosphere. Pollution involving sulfate aerosols can have a similar temporary cooling effect. In fact, he suspects aerosols from pollution and volcanoes may have been behind the Atlantic's calm phase from the mid-1970s through the mid-1990s.

Vertical wind shear also has an important influence on individual storms, Emanuel noted, even though it doesn't show up as important in "smoothed" data in which values for several consecutive years are averaged together. Wind shear occurs when high-level winds move much faster or in a different direction than those at the surface. Hurricanes tend to form and persist more frequently in situations of low vertical wind shear.

Landsea agreed wind shear wielded an important influence on individual storms. "Most of the time, hurricanes are like people. They don't live up to anywhere near their potential. And most of the time it's because of wind shear," he said.

At the seasonal scale, vertical wind shear tends to decrease as SSTs increase, as Goldenberg and Landsea and their co-authors note in their 2001 paper.

Scientists have long known that SSTs must reach about 80 degrees F before



**Figure 2.** North Atlantic sea surface temperatures (SSTs) tend to closely match northern hemisphere air temperatures when both are smoothed at the decadal scale. In both cases, temperature values cover the peak hurricane season of August-October. Data courtesy of Kerry Emanuel of the Massachusetts Institute of Technology.

hurricanes can form. In the current climate, this temperature seems to serve as a general threshold for tropical convection—the process behind hurricanes, monsoons, and even many thunderstorms.

For instance, David Mitchell's research on the North America's monsoon system has found Arizona's summer monsoon rains won't begin until its moisture source, the Gulf of California, reaches close to 80 degrees Fahrenheit at the surface (*Journal of Climate*, September 1, 2002). Similarly, Chidong Zhang's research links this temperature threshold to the tropical convection behind many thunderstorms (*Journal of Climate*, October 1993).

What's more, Mitchell has found that the Gulf's SST must top 84 degrees to trigger the heavy rains that mark a strong monsoon in Arizona. Increases beyond that temperature don't have as dramatic of an impact, he indicated.

If a similar threshold applied to hurricane activity, that could help explain the sudden jump in intense Atlantic hurricanes from a relatively small change in temperature (Figure 1).

A threshold scenario would imply some good news: It could mean society is not necessarily facing a doubling in intense hurricane numbers for every rise of 1 degree Fahrenheit. On the other hand, it could imply that intense hurricanes will continue to thrive unless ocean basins drop below the threshold temperature.

In a warming world, even the threshold temperature for spawning hurricanes can shift. The SST needed to launch tropical convection rises with global air temperature, Emanuel said. This further complicates the issue.

Given the impact of hurricanes on society, this topic will continue to generate debate until the scientists involved reconcile their results with their models and each other. But it's worth remembering that nobody is predicting a decrease in Atlantic hurricane activity anytime soon.

*Melanie Lenart is a postdoctoral research associate with the Climate Assessment for the Southwest (CLIMAS). The SWCO feature article archive can be accessed at the following link: http://www.ispe.arizona.edu/climas/forecasts/swarticles.html*

29 | Feature Article

# East Pacific hurricanes bring rain to Southwest

By Melanie Lenart

Pacific hurricanes and tropical cyclones can have a profound influence even on the landlocked Southwest—and, arguably, their impact may increase as the oceans warm.

"It turns out that there's quite a lot of tropical cyclone activity that actually impacts the Southwest," explained Elizabeth Ritchie, a climatologist who joined The University of Arizona faculty this summer. September is the peak month for this activity, which has resulted in some serious floods in years past.

An average of 2.2 remnants from East Pacific hurricanes and named tropical cyclones ventured into the Southwest each year between 1992 and 2004, representing 15 percent of the region's named storms, Ritchie found in an analysis she conducted with a colleague. A tropical cyclone must reach sustained wind speeds of 39 miles per hour (mph) to qualify for a name, and 74 mph to attain hurricane status.

All but two of the 29 cyclones brought at least some rain to the Southwest. The researchers defined the Southwest as Arizona, California, and New Mexico.

"The main story is Albuquerque really does the best out of all these sites," Ritchie noted, adding, "Tucson is not far behind."

During this 13-year time frame, Albuquerque received a total of 20 inches of rainfall from tropical cyclone remnants, while Tucson received 12 inches and Phoenix collected 4 inches. Compared to the annual average rainfalls for these three cities, the values amount to half a year's worth for Phoenix, a year's worth for Tucson, and more than two years' worth for Albuquerque.

About 1.3 tropical cyclone remnants affected the Southwest each year during the time frame 1966–1984, according to an earlier analysis by Walter Smith of the National Oceanic and Atmospheric Administration (NOAA) that was published in 1986 as a NOAA Technical Memorandum.

However, it's unlikely the studies by Ritchie and Walter are directly comparable. Detecting remnants of tropical cyclones remains more of an art than a science, researchers noted, as official long-term tracking data ends when wind speeds fall below tropical storm status.

From 1974 through 2004, the number of intense East Pacific hurricanes increased by about a third, according to a study by Peter Webster of the Georgia Institute of Technology and several colleagues. Intense hurricanes have sustained winds above 130 mph. Webster and his colleagues compared data based on satellite imagery and found 49 intense hurricanes forming from 1990 through 2004 compared to 36 forming from 1974 through 1989.

Their finding and its perceived link to global warming via rising sea surface temperatures remains controversial among some researchers (see June 2006 *Southwest Climate Outlook*). Although climate experts agree rising ocean temperatures strengthen individual hurricanes, they disagree on whether past data is reliable enough to reveal a trend directly connected to global warming.

More intense East Pacific hurricanes won't directly translate into more rainfall in the Southwest, at any rate, as David Gutzler, a climatologist at the University of New Mexico, pointed out. That's because storms are more likely to become intense when contacting the warm waters of the open sea, he noted, while those heading into the Southwest must swing toward cooler coastal waters. The current from Alaska typically keeps U.S. coastal sea surface temperatures in the 70s and below even in August.



**Figure 5.** Satellite image of hurricane Javier on September 13, 2004 approximately 610 miles southeast of Cabo San Lucas, Mexico. Source: Jesse Allen, NASA Earth Observatory, data from the MODIS Rapid Response team

Tropical storms generally must encounter sea surface temperatures (SSTs) of 83 degrees Fahrenheit or more to attain the sustained 111 mph wind speeds of major hurricanes, based on a study of 270 Atlantic hurricanes and corresponding SSTs by Patrick Michaels and colleagues from the University of Virginia (*Geophysical Research Letters*, May 2006).

The tropical storms that do reach the Southwest can provide drought relief or cause floods, sometimes both. The remnants of Hurricane Javier (Figure 5) helped break a string of dry years in September 2004, ushering in a wet winter by gently soaking parts of drought-parched Arizona and New Mexico.

Too much of a good thing led to flooding in the autumn of 1983, when four cyclone remnants visited the Southwest. The storm from former Hurricane Octave created the most havoc, causing $500 million in flooding damage to Arizona with its days-long rains.

*Melanie Lenart is a postdoctoral research associate with the Climate Assessment for the Southwest (CLIMAS). The SWCO feature article archive can be accessed at the following link: http://www.ispe.arizona.edu/climas/forecasts/swarticles.html*

# Water Resources

# Water Resources Foreword
## By Bonnie Colby

As the earlier section of this book emphasizes, the southwestern Unites States faces significant changes in temperature and in precipitation patterns due to climate change. Such changes will inevitably strain the already precarious balance between water supply and demand. Water managers, users and other stakeholders face an immense array of challenges, all likely to be affected by projected changes in the regional climate.

First consider the competing demands in the region. Agriculture is the largest water user in the U.S. Southwest, accounting for more than 80 percent of consumptive use. Agricultural water demand will shift as temperature regimes become warmer. There will be increased evaporation from agricultural conveyance canals and farm fields and crop consumptive use per irrigated acre will be higher with higher temperatures. Moreover, cropping patterns are likely to shift as climate change affects crop yields and profitability.

Residential water demand is growing with the growth in regional population, and water consumption by landscape and turf is likely to increase with higher temperatures. Landscape preferences and choices between turf and low water use plants may shift in ways we cannot predict in response to changing temperatures. Outdoor water demand is an important component of overall municipal demand in the South-

west, and requires water in the hot dry periods when agricultural water demand also is at its peak.

The growing population of the region demands water for recreation in a variety of forms. Water-based recreation on reservoirs and rivers is an important part of the Southwest lifestyle and fuels many local economies, as do winter sports that rely upon snow pack. As competition for water increases and snow pack decreases in the face of climate change, those local economies that rely upon water-dependent recreation are going to be stressed.

Moreover, endangered fish recovery programs and surface water quality programs rely upon water remaining in streams and rivers – something that will be more difficult to assure in the future. Balancing urban, recreational, environmental and agricultural demand will become more of a challenge given predicted changed in the climate of the Southwest.

As the chapters in this section emphasize, water stakeholders and policymakers are beginning to grapple with the implications of climate change for water management. Shortage-sharing meetings and negotiations occur regularly amongst the seven states of the Colorado basin, federal agencies, tribal governments, environmental NGOs, irrigation districts and cities. Preparing for climate change involves examining the weak links in existing water management and law, such as Arizona's

**continued on page 32**

**continued**

failure to link groundwater use and surface water impacts in its water law framework.  Innovations such as water banking and dry year agricultural forbearance agreements are already occurring and likely to receive new impetus as climate change progresses.

The complex interrelationships between water management and regional energy supply and demand are receiving more attention so that the region can be better prepared for the accumulating effects of changes in temperature, snowpack and seasonal precipitation patterns. The articles presented in the following sections represent the type of cutting-edge inquiries driven by stakeholder needs that will help the region's water managers and water users respond to the challenges ahead.

*Bonnie Colby is a University of Arizona professor in Agricultural and Resource Economics and Hydrology and Water Resources. She is an investigator with the Climate Assessment of the Southwest project within the university's Institute for the Study of Planet Earth. Her specialties include the economics of water-rights negotiations and transactions, dry-year reliability and water policy.*

# Low flow in the Colorado River Basin spurs water shortage discussion among seven states

BY MELANIE LENART

The reservoirs in the Colorado River system provide a cushion in times of trouble, much like money in the bank. But about half of the rainy day water savings have been spent during the past five years of drought, spurring water managers in Arizona and New Mexico and the five other states that depend on the Colorado to seriously discuss how they might share a potential shortage.

The main issue of contention is that Glen Canyon Power will be unable to produce electricity by 2007 if the drought continues unabated and no changes are made in management decisions. At full capacity, the company uses Lake Powell to generate enough electricity to power about 1.5 million homes, including users in Arizona and New Mexico.

"We don't know if this is a 5-year drought or the fifth year of a 15-year drought," explained Robert Johnson, regional director of the Lower Colorado Region for the U.S. Bureau of Reclamation (USBR), which tracks and distributes Colorado River water. "From a management perspective, we've got to hope for the best and plan for the worst."

Johnson displayed his optimism during a recent talk at the University of Arizona's Water Resources Research Center. He noted that the reservoirs can store about 60 million acre-feet, about four times the Colorado's annual average streamflow, mainly in Lake Powell and Lake Mead. Both lie along Arizona's borders.

"What that means is we've got the ability to weather drought. In fact, we have weathered drought—we've had five years of drought and the reservoirs are still half full," he told the group.

At the end of October, Lake Powell was filled to 38 percent of its capacity, while

Lake Mead was registering 54 percent of its capacity. However, USBR numbers indicate only about 12 million acre-feet could be jointly withdrawn from the two reservoirs before power production ceased completely, assuming no changes to the generating system and no additional water deposits beyond that for downstream use.

Timothy Henley, manager of the Arizona Water Banking Authority, found some reason for hope in that historic droughts affecting the Colorado River basin tend to last four to six years (see Table 1), based on instrumental records of streamflow since 1906. In October, storm fronts, including in northwestern Arizona, finally broke the nearly five-year streak of below-average monthly precipitation tallies that the Bureau of Land Management had been reporting for the watersheds feeding the Colorado River as a whole.

Colorado River flow throughout the system averaged 9.9 million acre-feet a year since 2000, which puts average river flow during this 5-year period even lower then during the 1950s drought and others of similar 4- to 6-year time spans (Table 1). Meanwhile, the seven western U.S. states and two Mexican states using Colorado River water consume about 96 percent of the annual average river flow. An acre-foot is roughly 326,000 gallons of water, enough to supply an average family of four for a year.

There have been media reports that Lake Mead, in particular, might never refill even if streamflow returned to its "average" of 15.1 million acre-feet a year, an estimate based on measurements since 1906. In the next couple of decades, basinwide water consumption is expected to grow with the population of the Upper Basin states to reach the allocated 16.5 million acre-feet from its current 14.5 million acre-feet a year (Table 2).

However, as a USBR slide show reminded, "we never get average hydrology." The estimated natural flow of the Colorado River registers as a series of ups and downs that ranged from about 5 million acre-feet in 1977 to more than 24 million acre-feet in both the 1983 and 1984 calendar years, based on measurements at Lee's Ferry in Arizona (Figure 1).

continued on page 34

**Table 1.** Average flow during the current drought (top row) was lower than during any other drought in the instrumental record.

| Time frame | Duration | Average Annual Flow (in acre-feet) |
|---|---|---|
| 2000–2004 | 5 years | 9,900,000* |
| 1953–1956 | 4 years | 10,200,000 |
| 1988–1992 | 5 years | 10,900,000 |
| 1959–1964 | 6 years | 11,400,000 |
| 1931–1935 | 5 years | 11,400,000 |

Source: U.S. Bureau of Reclamation.
*Preliminary estimate.

**Table 2.** The Colorado River is overallocated even when the period of flow attains its natural flow average of 15.1 million acre-feet a year. However, the Upper Basin states are not using all of their allocations at this point in time.

| Political Entity | Annual allocation (in acre-feet) |
|---|---|
| Upper Basin States | 7,500,000* |
| Colorado | 3,900,000* |
| New Mexico | 800,000* |
| Utah | 1,700,000* |
| Wyoming | 1,000,000* |
| Lower Basin States | 7,500,000 |
| California | 4,400,000 |
| Arizona | 2,800,000 |
| Nevada | 300,000 |
| Mexico | 1,500,000 |
| Total | 16,500,000 |

Source: U.S. Bureau of Reclamation.
* The Upper Basin states use a percentage formula rather than acre-feet to divide its allocation, which is why these rounded-off numbers do not tally 7.5 million acre-feet. Also, New Mexico's share comes from a Colorado tributary, the San Juan River.

34 | Feature Article

## Low Flow, continued

"Between 1983 and 1986, we spilled about 45 million acre-feet of water to Mexico. If you see events like that, the reservoirs are going to fill," Henley said.

Henley, one of two Arizona representatives in ongoing discussions among the seven U.S. states vying for Colorado River water in these days of pending shortage, reported ongoing progress on interstate discussions during a November 9 public meeting at the Arizona Department of Water Resources' (ADWR) headquarters in Phoenix. The interstate group is essentially hoping to buy time, working out interim agreements on how to share the shortage in the hopes that the river hydrology will shift into a more plentiful mode before they have to seriously weigh whether to short Arizona users or lose power.

If an official shortage were declared in the Lower Basin, non-Indian agricultural users of Central Arizona Project (CAP) water—the 336-mile long system of aqueducts that delivers 1.8 million acre-feet a year to Maricopa, Pinal, and Pima counties—legally would take the first cut. About 80 percent of Arizona's share of the Colorado River goes to agriculture.

ADWR Director Herb Guenther reminded the approximately 75 people attending the Phoenix meeting that long-term records based on tree rings and isotopes indicate modern records might give an exaggerated version of "normal" streamflow.

"We're concerned that we're returning to a more 'normal' mode, rather than a 'shortage' mode," Guenther said, alluding to the evidence that the Colorado has been running high for most of the instrumental record when compared to the longer records of past climate.

Tree-ring records also reveal evidence of infrequent but severe droughts that span decades, which climatologists call



**Figure 1.** Estimates of Colorado River flow from 1906–2003 show that river levels fluctuate extensively around the average flow of 15.1 million acre-feet a year. The estimates are for flow throughout Colorado River's 246,000-square mile basin and were reconstructed by the U.S. Bureau of Reclamation based on gauged flow at Lee's Ferry in Arizona.

"megadroughts." Previous megadroughts, such as one in 16th century North America, wreaked havoc on local populations. However, even during a drought or megadrought, individual years of above-average streamflow can occur.

In fact, some note that the 1957 strong El Niño event that helped boost Colorado River streamflow to about 22 million acre-feet that year could be seen as an unusually wet year during a drought that actually stretched from 1953–1964. (See Table 1 and Figure 1 for illustration.)

However, even a couple of wet years like 1957 and 1958 within a stretch of dry years would do little to alleviate potential problems from the current drought, as researchers discovered when they modeled a long-term drought by adding the streamflow values for 1953–1964 to the current record.

Although the Lower Basin states theoretically could receive their full annual allocation during such a scenario, it would come at the cost of Glen Canyon hydropower. In the modeled "worst-case" scenario, Lake Powell's levels would be too low to yield electrical power for 10 of the next 17 years, as Don Ostler of the Upper Colorado

River Commission summarized in a report available on the website for the ongoing Arizona Colorado River Shortage Workshops (http://www.awba.state.az.us/annc/AZ_CO_river_shortages.htm).

"Lake Powell takes most of the swings of the drought," as the USBR's Johnson noted. Lake Powell serves as the collection site for annual contribution from the Upper Basin states—New Mexico, Colorado, Utah and Wyoming—to the Lower Basin states of Arizona, California and Nevada.

After generating power through Powell's Glen Canyon dam, the water is channeled to the slightly larger Lake Mead. Glen Canyon Dam's power intake pipes are higher than the pipes that can supply water to the Lower Basin. As it is, electricity production is down to about 900 megawatts from its potential capacity of 1300, in part because the lower reservoir level means incoming water exerts less force on the turbines that generate power, explained Leslie James, executive director of the Colorado River Energy Distributors Association.

If push comes to shove, providing water to the agricultural users takes priority

**continued on page 35**

# Low Flow, continued

over providing power, according to one of the many legal agreements guiding Colorado River use. Also, legal agreements have been interpreted as requiring the Upper Basin states, which produce about 90 percent of the runoff that feeds the Colorado River, to pass along the water allocated to the Lower Basin states even if it means shorting its own users.

The Lower Basin states have always received at least the full 7.5 million acre-feet allocated to them, Johnson noted, plus half of the 1.5 million acre-feet promised to Mexico as part of a 1944 treaty. But now some Upper Basin state managers are challenging the need to deliver the usual 7.5 million acre-feet a year—pointing out that legally they must deliver 75 million acre-feet every decade—and arguing that Lower Basin tributaries should contribute to Mexico's share.

One potential bargaining chip held by the Upper Basin is that a shortage of power would hurt the Lower Basin states as well, beyond increasing the cost of electricity to those who normally depend upon Glen Canyon Power sources. The utility provides about three-quarters of the $130 million Basin Fund revenues, some of which goes to protect endangered species, according to Ostler's report. So Arizona and New Mexico have more than a passing interest in reaching an interim agreement with the Upper Basin to avoid the need for official, and therefore heavily regulated, action.

*Additional coverage of Colorado River Basin issues can be found in other University of Arizona publications, including Arizona Water Resource, available at http://www.ag.arizona.edu/AZWATER/awr/awrmain.html, and Southwest Hydrology, at http://www.swhydro.arizona.edu/.*

*Melanie Lenart is a post-doctoral research associate with the Climate Assessment for the Southwest.*

# Water managers share a range of viewpoints on the outlook for Colorado River water supplies

BY HOLLY HARTMANN

Do forecasts of El Niño, winter temperatures and precipitation, snowfall, and water supplies bode well for water managers in life, it depends on your perspective. A variety of viewpoints about future Colorado River Basin water supplies were in evidence at a recent interagency briefing held November 9 in Salt Lake City.

According to Tim Ryan, of the Bureau of Reclamation, Lake Powell and Lake Mead were at only 38 percent and 54 percent of 'live capacity' as of November 7, 2004. Lake Powell hasn't been this low since 1970, 6 years into the 16 years required for the reservoir to fill after completion of Glen Canyon Dam.

The Bureau sees the low levels as indicating successful water management, because the system was designed to have low water levels during times of drought. And there is no question the basin is experiencing drought. The 2000–2004 period has been the worst mid-range drought in historical records. Lake Powell had no above-average flows since September 1999, until they finally reappeared in October 2004.

Even with above-average flow, there's concern about the runoff efficiency of the basin. While precipitation has been about 85 percent of average, inflows to Lake Powell have been only about 50 percent of average. This results from soil moisture deficits, which Tom Pagano of the Natural Resources Conservation Service likened to high-interest credit card debts that take significant 'extra revenue' to pay back.

Soil moisture rose dramatically in parts of the Southwest with the extreme storms in October, to levels usually experienced only during spring snowmelt. But the Upper Colorado Basin notably missed out on that precipitation. Also, short-term relief of surface soil moisture should not be confused with long-term recovery to pre-drought groundwater, riverflow, or reservoir conditions. According to Doug LeCompte of the Climate Prediction Center, even the wettest winter on record

in the region would raise the Palmer Drought Index (an indicator of soil moisture) only slightly.

The Colorado Basin River Forecast Center has been making early outlooks of Lake Powell inflows using their probabilistic forecast system. Their most recent outlook, computed November 7, gives a 50 percent chance of unregulated inflows above 6.7 million acre-feet (MAF) during April–July 2005, but also a 50 percent chance of having lower inflows. That's higher than the 5.1 MAF outlook estimated in August, but still lower than the long-term average of 7.9 MAF.

There may be some cause for optimism based on the weak El Niño declared earlier this year. El Niño is sometimes correlated with increased winter precipitation for the Southwest. But as Klaus Wolter of the Climate Diagnostics Center stressed, El Niño has many flavors. This event's ocean temperature patterns are quite unlike the 1982/83 and 1997/98 events that brought wet winters and high water supplies to the Southwest.

In fact the hope of El Niño may turn to pessimism when looking at similar El Niño events in the past. One analog includes the dramatically dry winter of 1976/77 and others suggest a drier winter is more likely than a wetter winter unless the El Niño strengthens rapidly over the late winter and spring. Another concern is the strong trend of warmer winter temperatures that can decimate snowpacks and dramatically reduce subsequent river flows, like in March 2004.

A pragmatic perspective is to consider how to avoid the worst consequences if Colorado River flows and reservoir levels continue to be low—Lake Powell is unlikely to be refilled in 2005. But El Niño, watershed conditions, and climate outlooks should be monitored and reconsidered in a couple months before taking any irreversible actions.

*Holly Hartmann is an assistant research scientist in Hydrology and Water Resources at the University of Arizona*

# The future Colorado River: Will it deliver?

## Rising temperatures will put stress on both supply and demand

BY MELANIE LENART

Climate change could further humble the mighty Colorado, already bowed by the ongoing drought and shrunken by a growing population of Arizona users.

Currently, the Colorado River meets about two-fifths of Arizona's water needs, with groundwater providing another two-fifths and other rivers supplying most of the remaining demand. But the potential for rising temperatures to decrease the amount of water supplied by the Colorado while simultaneously increasing overall water demand has spread ripples of concern among those who monitor and model the Colorado and other Arizona water sources.

Much of Arizona's Colorado water flows through an open canal system known as the Central Arizona Project (CAP), which delivers river water to Phoenix, Tucson, and other cities, explained Katharine Jacobs during a December press briefing on warming and water supply that was organized by two University of Arizona groups: the Center for Sustainability of semi-Arid Hydrology and Riparian Areas (SAHRA) and the Climate Assessment for the Southwest (CLIMAS).

"In the context of Assured Water Supply determinations, the Arizona Department of Water Resources uses an assumption that the CAP is a reliable supply," said Jacobs, who worked for the ADWR for more than 20 years before joining the UA faculty last year. Under the Assured Water Supply determinations that apply to new subdivisions in central Arizona metropolitan areas, developers must show on paper that there's enough water to support their proposed subdivisions for 100 years.

The current drought already is challenging that assumption, as CAP water users would be the first to have their water supply reduced if a shortage were declared in the Lower Basin states of Arizona, Nevada, and California. The ongoing warming of the atmosphere adds to the uncertainty of the Southwest's water future, Jacobs explained.

"The big issue is whether we can store enough water to offset longer drought periods than we previously anticipated," she said.

Reservoir storage in Lake Powell and Lake Mead totaled about 23 million acre-feet as of Dec. 15, although only about three-fourths of what remains is accessible. In addition, Arizona has "banked" about 2 million acre-feet of Colorado water via groundwater recharge and other programs since 1996, said Timothy Henley, manager of the Arizona Water Banking Authority.

Reconstructions of past droughts based on tree-ring records indicate that two rivers supplying Phoenix with water, the Colorado and the Salt, can be in drought simultaneously, as CLIMAS Project Manager Gregg Garfin noted during the briefing, showing preliminary results of an analysis by Katherine Hirschboeck and David Meko of the University of Arizona Laboratory of Tree-Ring Research. The final results of the study are expected to be released publicly in early 2005 by the Salt River Project.

Governor Janet Napolitano also sees a connection between warming temperatures and regional water supplies and noted her concern in an aside following a Water Listening Session in Tucson last week.

"I'm concerned about climate change in a lot of different ways. I think the drought is certainly an outgrowth of

climate change," the governor said, adding that she believed national legislation was needed to address the problem. Nationally, the bipartisan "Climate Stewardship Act," cosponsored by Arizona Senator John McCain, calls for reduced emissions of carbon dioxide and other greenhouse gases that trap heat at the surface.

Greenhouse warming is expected to bump up the average annual temperature in the Southwest by about 3 to 4 degrees Fahrenheit over the next 45 years, according to an analysis by Martin Hoerling, Jon Eischeid, and Gary Bates of the National Oceanic and Atmospheric Administration (NOAA) that involved averaging four different global climate models.

The link between greenhouse gases and temperature is fairly predictable. Long-term temperature fluctuations tend to go up and down with atmospheric carbon dioxide levels in time, and temperature projections for the future mirror the growing accumulation of carbon dioxide and other greenhouse gases in the atmosphere.

The relationship between temperature increases and precipitation is less certain. While some climate models predict an increase in precipitation for the Southwest, others predict a decrease or a lack of change. However, most predict a greater proportion of rain compared to snow as spring arrives earlier in the year and fall lingers later. The decline in snow days could affect overall streamflow, as the Colorado River depends upon spring snowmelt for much of its annual volume (Figure 1).

But even if precipitation rates remained the same—or increased only somewhat—the projected change in temperature alone would impact water supplies, Jacobs noted at the briefing. An increase

**continued on page 37**

# Colorado River, continued

in annual temperature by 4 degrees Fahrenheit, as predicted by the NOAA analysis, could translate into a 5 percent or more increase in evaporation rates, based on calculations by Paul Brown of the UA's Arizona Meteorological Network, she pointed out.

Evaporation from streams and reservoirs consumed about 113 billion gallons (0.35 million acre-feet) in the Lower Basin from Hoover Dam on down during 2002, not counting the CAP system, based on figures in a U.S. Bureau of Reclamation report. A 5 percent increase would boost the amount lost to evaporation by another 5.6 billion gallons annually, enough water to theoretically support 70,000 southwestern residents. (There are about 326,000 gallons in each acre-foot of water, enough to support an average family of four for a year.)

Evaporation occurring before the water reaches the Colorado riverbed may prove even more important as climate warms. Evidence indicates the temperature increases will make the river more sensitive to changes in timing and amount of snow and rain, mainly by affecting the rate of water flowing from overland soils to streams, known as runoff.

Basically, drier soils tend to absorb more of the water inching toward streams, much as a dry sponge captures more moisture than a wet one.

For instance, a hydrological model developed by University of Washington researchers to represent the years 2010 to 2098 found allocations to the Lower Basin states could fall short one-fourth of the time in their climate change scenario. They paired the projected increasing temperatures with fluctuating precipitation rates that averaged about 4 percent lower than the norm for 1950 to 1999. This slight decline in precipitation yielded a 16 percent reduction in runoff.

The University of Washington model did not simulate a potential increase of rain-on-snow events, on the other hand. These events can cause floods that help fill reservoirs, although reservoir gains from these events tend to mean losses in groundwater recharge. At any rate, the sensitivity of the system should concern water managers, the authors note in their *Climatic Change* paper (March, 2004).

"The bottom line implication of the paper is that the system is in a very fragile equilibrium. Very small changes in precipitation are able to reduce the runoff so the system is no longer in equilibrium," explained Professor Dennis Lettenmaier, one of the five researchers who designed and tested the model.

Runoff tends to decline at a faster rate than precipitation decreases, in reality as well as in their model. For instance, the mere 1 percent decrease in precipitation in the Colorado River Basin during 1995 that they cite in their paper translated into a roughly 7 percent drop in basin-wide streamflow that year, based on U.S. Bureau of Reclamation data.

Meanwhile, warming temperatures are likely to increase demand for water by both agricultural and urban users, as Jacobs and SAHRA colleague Gary Woodard noted during the briefing. Agriculture accounts for about 70 percent of Arizona's water use and 80 percent of the state's Colorado River use. Applying the 80 percent ratio to Arizona's annual allocation of 2.8 million acre-feet would make this about 730 billion gallons.

Of this, about 400 billion gallons of water a year evaporate from croplands, judging from USBR data for 2002. The 5 percent increase in evaporation



**Figure 1.** Values for average monthly flow of the Colorado River, above, are based on U.S. Bureau of Reclamation monthly reconstructions for 1922–2003, using actual measurements of streamflow at Lee's Ferry, Arizona, coupled with reports of withdrawals by Upper Basin users. Most of the Colorado's volume comes during spring and summer, as snow melts on the Rocky Mountain peaks that provide the bulk of the river's volume. This makes the river sensitive to changes in snow cover.

rates that could accompany a 4-degree-Fahrenheit temperature increase, then, could consume roughly 20 billion additional gallons.

At the same time, higher temperatures will stretch out the growing season, as spring comes earlier and fall stays later. This can lead to increased water demand for urban landscaping, Woodard said. Although the higher carbon dioxide levels actually improve the water efficiency of plants, the potential water savings from this factor may well be lost to the longer growing season, he said.

Higher evaporation rates will boost water demand among pool owners as well. Further, higher temperatures will increase the demand for electrical power, which consumes water through cooling towers, Woodard noted. Cooling towers become less efficient with warmer temperatures, he added.

The future Colorado River could be stretched thin for other reasons in addition to rising temperatures, including policy changes and growing population. At this point, Arizona is using all of its annual allocation (Figure 2), although some of it goes for groundwater recharge programs.

continued on page 38

# Colorado River, continued

Tribal needs will be a source of demand in years to come. This increase will expand as officials from many sides negotiate and litigate to implement a policy that has technically been on the books for decades: carrying out the promise to share Colorado River water with the American Indians living on Arizona's many reservations.

By some accounts, the annual amount of Colorado water owed to the various tribes surpasses the 2.8 million acre-feet allocated to the entire state. By all accounts, tribal rights to a share of the Colorado can only increase in years to come. Legal wrangling continues while some reservation residents continue to haul water to their homes.

When groundwater is factored in, most of the increasing demand for water in the future seems likely to come from population growth as developers build new subdivisions around the state.

"We anticipate that the Arizona population will continue to grow at the rate it has in the last decade," the governor told those attending the Water Listening Session in Tucson. A repeat of the last decade's 37 percent increase would grow the state population to about 8 million people by 2014, up from 5.8 million in 2004, according to statistics from the Arizona Department of Economic Security.

Although public officials tend to talk about population growth as though it's unavoidable, some area residents aim to slow the pace to a "managed growth."

For instance, 6 of the 17 people who addressed the governor during the listening session cited concerns that nearby developments were threatening local groundwater stores, and most of these comments received a hearty round of applause from the 100-plus people in attendance. Conservation of water and riparian areas was the only theme that



**Figure 2.** The proportion that Arizona uses of its 2.8-million-acre-feet Colorado River allocation has climbed in recent years. In years of declared surplus, it can even exceed the allocation. Some of the increase in use since 1996, however, relates to "banked" Colorado water as part of an Arizona program to recharge groundwater. Source: U.S. Bureau of Reclamation data.

received more commentary, with nine people weighing in, not counting those who pointed accusing fingers at golf courses. A few tackled both conservation and population growth.

"Existing people have to reduce their existing use in order to allow other people to come in," said area resident Tricia Gerrodette, who likened living amid the limited resources in the desert to being on a lifeboat. "At some point, if you allow too many people on that lifeboat, everyone will die."

Humans have the advantage of being able to walk, drive, or fly away from a region with dwindling water resources, but many other species are less fortunate. The ongoing climate change could prove fatal for some native riparian species, especially when coupled with the continuing diversion of water out of the river and into cities and croplands.

For human residents of the Southwest, the likely outcome of future shortages is an increase in the cost of water as the regional bidding for a scarce resource becomes more competitive.

As Robert Glennon, a UA law professor and the author of "Water Follies" noted, planners of a resort near the Grand

Canyon would have been willing to shell out $20,000 to buy and transport each acre-foot of delivered surface water. (The deal fell through following a Sierra Club lawsuit.) That's quite an increase from the $15 an acre-foot typically paid by an Arizona farmer, he pointed out.

"This development offers a clear vision of what lies ahead. Water is worth a lot more money than people have realized," he wrote in his 2002 book. "Even though water is a scarce commodity, most Americans have not yet faced the conditions that economists call scarcity, which occurs when people alter their consumption patterns in response to price increases."

Southwesterners can expect the era of cheap water to end in the next decade or so, given the guaranteed increase in demand and the likely decrease in supply facing the growing number of users of the Colorado River in Arizona.

*Melanie Lenart is a postdoctoral research associate with CLIMAS. For more on the connection between climate change and western drought, see the December 2003 feature article at http://www.ispe.arizona.edu/ climas/forecasts/articles/ climatechange_Dec2003.pdf.*

39 | Feature Article

# Global warming could affect groundwater recharge

By Melanie Lenart

Less than a week after record streamflow filled the six-lane-highway sized Rillito River with churning brown water, barely a puddle remained visible in the Tucson stretch near River and Park. A logjam piled up against a bridge bore silent testimony to the late July flood, which seemed to have passed on (Figure 1). Actually, some of it had passed underground. Judging from previous events, remnants of the floodwaters continued to trickle toward the water table about 120 feet below the barely moist surface.

Groundwater reservoirs remain mysteriously out of sight, making fluctuations of these important sources of southwestern water difficult to measure. It's even more challenging to project how they might fare as climate changes with the ongoing global warming.

Recent research shows that groundwater replenishment in the Southwest depends largely on floods, especially winter floods. This, in turn, means the fate of El Niño and snow cover likely hold the key to how groundwater recharge rates will change as the climate warms. The fate of El Niño as climate continues to warm remains unclear. Snow cover changes are more predictable. The changes they will wreak on groundwater recharge is less predictable, but not encouraging.

### Short-term recharge

"The thing that really drives groundwater recharge are these large storm events," which typically occur in winter, explained John Hoffmann, brandishing a graph showing episodes of groundwater recharge along the Rillito from one of his studies. The U.S. Geological Survey hydrologist pointed to the boost in aquifer levels during the winter of 1998, when the Rillito flowed for a month straight.

"That sustained flow provided an opportunity for focused recharge," Hoffmann



**Figure 1.** Tucson resident Robert Segal stands by debris collected by supports of the First Avenue bridge where it crosses the Rillito River. The July 31 high waters that carried the logs had moved downstream or underground by August 5, when this picture was taken.

added during a conversation in his Tucson office that also included Stan Leake, a hydrologist who has considered how climate change might impact groundwater recharge processes. Like the 2006 flood, a 1999 summer flood during the study disappeared more quickly, providing less time for recharge (Figure 2).

Riverbeds focus recharge in space as well as time, Leake explained. Unlike most of the southwestern lowlands, riverbeds do not contain a layer of caliche. Composed of calcium carbonate—roughly the same material as concrete—caliche blocks the downward flow of water. Caliche forms when the carbonate in rainfall joins with the calcium in the soil, often combining as the water evaporates back up through the soil horizon.

Along with riverbeds, mountain fronts also serve as major recharge sites. The alluvial fans of sediment spreading across the foothills can soak up the melted snow streaming down from the peaks as well as the monsoonal rainfall of summer that the mountains help spur. Just how much recharge occurs along

mountain fronts versus in riverbeds depends on the region and the climate that year, noted James Hogan, the assistant director of SAHRA, a University of Arizona consortium of water researchers. His work in the San Pedro Basin of southeastern Arizona suggests the recharge occurring in riverbeds can range from zero, such as during a dry year like 2002, up to 40 percent during a year with a strong monsoon, such as 1999.

Like the oil and natural gas contributing to global warming, groundwater exists in the porous spaces of rocks and sediments. Also like these fossil fuels, groundwater may have moved into its belowground location thousands of years ago or more. That's why some geologists like to refer to it as "fossil water" and speak of "mining" groundwater. The latter refers to taking out more groundwater from an aquifer than can be recharged on average in the time frame considered.

Although the Southwest contains massive amounts of fossil water, mining

continued on page 40

# Groundwater, continued

it can cause the ground to subside—a potential disaster from a homeowner's point of view. In Tucson, subsidence has caused three to four feet drops in some sections around the central area.

So far, the subsidence hasn't caused widespread damage to homes and roads—but it could in the future if water mining continues unabated, explained Tim Thomure, the lead hydrologist for the Tucson Water Department. That's why the department has been promoting the use of renewable water supplies to replace groundwater mining.

### 'Artificial' recharge

Along with surface water supplied by rivers, renewable sources can include the water that measurably replenishes the aquifer. In Tucson's case, it also includes some of the city's Colorado River allocations now deployed in the Avra Valley artificial recharge project. It's called artificial because the water source is not local precipitation. But the recharge project is helping officials and researchers better understand recharging processes, whatever the water source.

"Your key point is you have to get through the surface—your top 10 to 20 feet," Thomure explained during a recent interview. Once it filters down that far, it should be safe from evaporation, as long as plants can't reach it. Then it has time to move around pockets of clay or other impermeable barriers on its long journey to the water table, which can take a year at the Avra Valley site. The artificial recharge project is highlighting another value of floods. Floods tend to scour channels, clearing out debris and organic matter from the riverbed. In the artificial recharge arena, officials must find ways to mimic the cleansing action of floods or clogged pores can impede their efforts.

Without floods, an impenetrable layer of mud or algae can build up on the



**Figure 2.** The number of hours during which waters soaked the Rillito River, an ephemeral stream, rarely lasted more than a day (24 hours) between 1990 and 2002 at USGS site 9485700. Graphic adapted from a figure published in the August 5, 2006, issue of *Water Resources Research* (Volume 42, number 8, page W08405-7).

channel bottom. Scouring the riverbed with heavy equipment can help, but creates potential erosion problems. Where the recharge source involves wastewater effluent, the high nitrogen levels boost algae growth so much that workers have to allow the sediments to dry out every day or two.

### Long-term recharge

To consider the long-term flow of groundwater, researchers favor using isotopes. For the past 15 years, University of Arizona (UA) geologist Christopher Eastoe has been employing isotopes from carbon, oxygen, hydrogen, and sulfur along with tritium to explore the sources and flow patterns of groundwater in the Tucson Basin.

Using equipment at the UA campus, Eastoe can compare chemical patterns in groundwater patterns to those in rainfall. For instance, the ratio of slightly heavier oxygen atoms—known as isotopes in this context—to the more common variety can reveal whether their $H_2O$ source fell during summer or winter.

This chemical detective work has allowed him to identify groundwater signatures that point to their sources—in space as well as time. His paper on the topic, along with others including one on James Hogan's research mentioned above, can be found in the book *Groundwater Recharge in a Desert Environment* (American Geophysical Union, 2004).

### Winter storms rule

Eastoe's work over the years, with others, has highlighted the importance of winter precipitation for groundwater recharge.

"We have almost no influence of summer rain in the (Tucson) basin regarding recharge," judging from the isotopic signature in the top 600 feet of the water table, Eastoe said in November. This fits with the observations that winter storms tend to be larger and linger longer on the landscape, while summer storms tend to come in flashier local events and evaporate quickly.

continued on page 41

41 | Feature Article

# Groundwater, continued

"To the extent that you keep the water in the river for three months rather than three days, there's far more potential for recharge," noted Katharine Jacobs, executive director of the Arizona Water Institute.

Although Eastoe is still pulling together other research, preliminary results indicate the tendency for winter precipitation to drive groundwater recharge probably holds for many basins throughout the Southwest. He noted that graduate researcher Arun Wahi's work shows the telltale signs of winter-dominated groundwater inputs even in the basin underlying the San Pedro River, where monsoon rain comprises about two-thirds of precipitation in a typical year.

USGS hydrologist Don Pool's research also supports the interpretation that winter storms drive recharge. He found the high-flow events that are good for recharge were more likely to occur during El Niño events at the three stretches he considered: the San Pedro River at Charleston and Tucson's Rillito and Sabino creeks (*Water Resources Research*, November 2005). La Niña conditions almost always meant low winter/spring river flows. However, about a third of the remaining years corresponded to years with high waters on at least one of the rivers.

El Niño years tend to boost winter and spring rainfall in the Southwest, with little direct impact on summer and fall precipitation. During El Niño events, warm water drifts to the eastern side of the Pacific Ocean Basin, often pulling the jet stream south into saguaro territory. During La Niña years, cooler eastern Pacific temperatures help create a ridge that deflects the jet stream and its associated rainfall.

## Impacts of changing climate
El Niño events have become more frequent and pronounced since the mid-1970s, although a lengthy La Niña event from 1998–2002 helped provoke the southwestern drought. Global warming accelerated during the same three decades, but climatologists are reluctant to use this as evidence that El Niño events will dominate future climate.

El Niño can fall into decades-long patterns from other causes besides global warming, as evidence from past climates show (*Southwest Climate Outlook*, January 2006). Computer models considering how this crucial pattern might shift with additional warming show a wide array of results (*Advances in Geosciences*, 2006). Scientists disagree on exactly how the ocean fluctuates from El Niño to La Niña and back, much less on how the mechanisms behind the fluctuations will change as oceans warm (*International Journal of Climatology*, April 2006).

The fluctuations, which affect precipitation patterns throughout the world, depend on differences in temperature between the western and eastern Pacific, not merely the temperatures themselves. While it's straightforward to project an upward climb in overall temperatures for both land and sea, it's more challenging to predict how the dynamics will play out.

The fate of snow cover, on the other hand, is easier to project because it relates directly to the warming.  As temperatures rise, snowline creeps up the mountaintops. Snow cover shrinks in time, too, as warm temperatures extend their reach forward into autumn and backwards into spring.

Already researchers have been documenting a trend for more precipitation falling as rain rather than snow over the past half century throughout much of the West (*Journal of Climate*, September 2006). These changes are bringing a documented shift forward in time for the peak river flow that comes with spring thaw (*Journal of Climate*, April 2005).

This has some researchers worried about the fate of groundwater recharge.

"As we change toward more rain away from snow, that has the potential to decrease the amount of recharge," Leake said. In higher mountain ranges of the Southwest, the melting of snow creates steady springtime river flows that recharge aquifers in the valleys below, he added.

USGS researcher Michael Dettinger expressed similar thoughts. "As the snowline retreats to cover smaller and smaller areas, and as the snowpack itself declines because of more rain and less snow and more intermittent melting… it seems really likely that recharge will decline in many parts of the Southwest," he said during a telephone conversation.

Warming temperatures also can turn some winter storms into the flashier events usually associated with the Southwest summer. He recalled a May 2005 storm around California's Yosemite Valley. Warm temperatures allowed the rain to cover a much larger area than typical for that time of year, with snowfall limited to elevations above about 10,000 feet. As a result of the extensive area involved, a mere one inch of rainfall resulted in a flashy valley-wide flood.

Floods like this can provide some recharge, much as the here-and-gone Rillito flood this summer did. But it's unlikely to provide the same groundwater boost as it would have if the same amount of precipitation had fallen as snow and then melted over time, feeding rivers for months on end. If winter storms start acting like summer storms, groundwater aquifers could pay the price.

*Melanie Lenart is a postdoctoral research associate with the Climate Assessment for the Southwest (CLIMAS). The SWCO feature article archive can be accessed at the following link: http://www.ispe.arizona.edu/climas/forecasts/swarticles.html*

# Water, energy, and climate linked in complex ways

## Arizona water summit brings water and electrical connections to light

BY MELANIE LENART

Rain and snow yield water, flowing on the surface or replenishing groundwater aquifers. Water supports energy production—it's tapped for hydroelectric power or cycled to cool electrical plants. Most electrical plants, in turn, emit greenhouse gases, which warm the planet and disrupt water cycles.

These and other interconnections between water, energy, and climate fueled discussions at an Arizona Water Summit in Flagstaff earlier this month that attracted educators, tribal members, commercial interests, and policy makers, including the governor of Arizona.

Governor Janet Napolitano last year requested that the state's three universities address the links between water and electricity, summit organizer Gary Deason of Northern Arizona University (NAU) reminded as he introduced a session on the topic. Along with summit planning, researchers from NAU, the University of Arizona (UA) and Arizona State University (ASU) have been working together to launch a "virtual water university," also at the governor's behest. (See story to the right).

Concern about climate variability and global warming translates into worries about water and energy. The recent drought drained many reservoirs serving Arizona to half empty by mid-2004, including Lake Mead and Lake Powell,

which store Colorado River water. Dams associated with these and other reservoirs together provide about 8 percent of Arizona's electrical power (Figure 1).

Although the smaller Arizona reservoirs are refilling at an encouraging rate, especially those serving Phoenix, it could take years to decades to refill the major reservoirs that store Colorado River water, noted Gregg Garfin, program manager for the UA Climate Assessment for the Southwest (CLIMAS).

Governor Napolitano said she suspects the drought will "reassert itself" despite the relatively wet water year that began last October, a position that many climatologists also hold. During a summit talk, Garfin illustrated the potential for more drought ahead by pointing out droughts of 10 to 20 years in long-term precipitation records for the Southwest derived from tree rings.

Tree rings and other climate proxies also have been used to reconstruct northern hemisphere temperature patterns for the past millennium. John Brock of ASU showed summit participants the famous "hockey stick" reconstruction of global temperatures (Figure 2). The record shows an ongoing trend toward increasing temperatures, which scientists agree relates mainly to the input of additional greenhouse gases from fossil fuel and forest burning.

Water vapor is the most prevalent of the atmospheric greenhouse gases that warm the planet to about 60 degrees Fahrenheit overall. Without the greenhouse effect provided by water vapor and other atmospheric gases, the Earth's average temperature would be a freezing 15 degrees Fahrenheit, analyses indicate. **continued on page 43**



**Figure 1.** The share of electrical power generated by fuel types is shown above, based on 2002 data from the Energy Information Administration.

---

## Virtual water university

BY MELANIE LENART

A "pet project" of Arizona Governor Janet Napolitano's—a virtual water university that pulls together on-line expertise from Arizona's three universities—took a step forward this month with a newly launched interactive website.

Gary Woodard of The University of Arizona (UA) unveiled a website called "Arizona Water," the first product of the virtual university's collaborative efforts. The website offers a searchable database on experts, projects, facilities, and publications by about 420 water researchers working at the UA, Northern Arizona University (NAU) and Arizona State University (ASU). It is posted at www.arizonawater.org.

The virtual university "breaks down walls" between the universities, providing a science-based pool of resources to assist state decision-makers at a variety of levels, Governor Napolitano told summit participants during the August 4 dinner. One of the tasks of the university will be to improve predictions of future climate conditions in order to reduce vulnerability of water supplies.

"My view is that we can't do good planning without good data. That has to be the foundation for the public policy choices that need to be made," Napolitano said.

During a breakfast meeting about the virtual university the next morning, the UA's Kathy Jacobs stressed that **continued on page 44**

43 | Feature Article

# Complex links, continued

Given the additional input of green-house gases from human activities, scientists project the planet will warm by another 3 to 10 degrees Fahrenheit by the end of the century. The variable influence of water vapor helps confound precise projections (as does the possibility that society may change its patterns of energy use). Water vapor tends to moderate climate, working to dampen daytime temperatures through evaporative cooling while warming nighttime temperatures by trapping heat near the Earth's surface.

In the West, the warming is ramping up even faster than projected, although the heat island effect from growing cities also contributes to rising temperatures. Both greenhouse warming and urbanization have the greatest effect on night-time temperatures.

The ongoing warming threatens to wreak havoc on the delicate balance of southwestern water supplies, in part because of a trend toward earlier snowmelt that could strain Colorado River allocations. (see *Southwest Climate Outlook [SWCO]*, December 2004). To top it off, some fear that drought could become even more commonplace as evaporation rates climb with temperatures and precipitation becomes more variable. Many people advocate taking steps to reduce this risk (see *SWCO*, December 2003).

"We can mitigate climate change by decreasing our dependence on fossil fuels," Garfin suggested at the summit. This "no-regrets" strategy would address public health issues related to air quality. Society can also adapt to climate change, he added, by improving water conservation, water banking and irrigation practices.

A recent survey of Arizona irrigators suggests that nearly half a million acre-feet—roughly 160 billion gallons—of Colorado River allocations are likely to be freed up in the near future by farm



**Figure 2.** The instrumental record of northern hemisphere temperature (pink) is superimposed on a 1,000-year temperature record for northern hemisphere reconstructed from annual tree rings, coral growth, and ice core layers (brown, with range of potential error shown in tan and "smoothed" average shown in black). Its shape, with an abrupt rise in modern times, has led some to dub the record a "hockey stick." Source: Intergovernmental Panel on Climate Change Third Annual Assessment, 2001.

sales, noted the UA's George Frisvold. However, expanding development in Arizona will continue to drink up any savings from the decline in agricultural use for irrigation, he warned.

"The plain fact of the matter is that with population growth in Arizona, Nevada and California, the Colorado River is being strained to the utmost," Governor Napolitano said at a summit dinner.

In addition, pending legal decisions are expected to require that Arizona's allocation of the Colorado be more fairly shared with the Native Americans living on tribal lands. "There are [water] rights that are going to be given to the Navajo and Hopi, appropriately, and people are going to have to live with that," as Arizona Legislature Representative Tom O'Halleran reminded the group.

Many Diné people living on the Navajo Reservation stretch a 55-gallon-drum's worth of water through an entire week, Justin Willie of the Navajo Waters Information Network told the group. The Hopi adopt a similar approach.

"Many of our people have to drive over 100 miles to haul water for their consumption, for their livestock, for their farms," said Wahleah Johns, a Hopi with the Black Mesa Water Coalition. "It's appalling."

Johns, Willie, and dozens of other Native Americans reminded summit participants that "water is life," and urged people to see water as sacred—not as something that can be bought and sold like any other commodity.

"One of the big themes was that we have a spiritual connection to water," Enei Begaye of the Indigenous Environmental Network said, reporting on a tribal water caucus held in Flagstaff the previous day. About 50 people from tribes throughout Arizona and New Mexico attended the caucus, and many stayed for the summit.

But prayer must be balanced with activism, Begaye counseled. "The issue of who controls the water is a huge issue," she said during a discussion session she continued on page 44

## Complex links, continued

moderated on the commodification of water. In Arizona and many parts of the country, groundwater pumping remains mostly unregulated, and it remains legal for companies to profit privately from water extracted from a shared aquifer.

Tribal members at the summit also expressed concern about the use of pristine groundwater below Navajo and Hopi lands to transport coal slurry from mining operations in northern Arizona's Black Mesa to an electrical plant in Nevada.

Mining operations account for about 2.6 percent of groundwater withdrawals for the state, but about 64 percent of groundwater withdrawals from the aquifer below Hopi and Navajo lands, based on U.S. Geological Survey documents for 2000 and 2003 respectively (available at http://water.usgs.gov/pubs/circ/2004/circ1268/index.html and http://water.usgs.gov/pubs/of/2005/1080/).

The cooling of coal, gas, and nuclear energy plants, accounts for about 2.2 percent of the state's groundwater withdrawals, or 10.9 percent of non-irrigation withdrawals. Counting surface water, it requires about 100 million gallons of water a day. Meanwhile, electricity consumption is growing at about 4 percent a year, Arizona Corporation Commission member Kristin Mayes told the group.

"It used to be that every megawatt powered 1,000 homes. Now it's powering 250 homes," Mayes explained. The average Arizona house is larger and less efficient, she said. Also, rising temperatures in recent decades, especially in paved cities like Phoenix, have boosted peak summer electrical demand for cooling.

The increased use of renewable energy was touted as a means of water conservation by Mayes and others during the summit and the sustainability exposition that followed on its heels. While

nuclear energy uses the most water to produce electricity, wind and solar energy require virtually no water, except for the occasional cleaning of windmills and solar cells, speakers indicated.

Northern Arizona is well-suited for both wind and solar energy, Lane Garrett of ETA Engineering in Tempe explained during a workshop. The systems work well in tandem, in part because winds tend to blow the hardest on cloudy days and during the monsoon, Garrett indicated. (For a summary of Arizona's renewable energy potential and background on the Hopi solar enterprise NativeSUN, see: http://www.energyatlas.org/PDFs/LowRes/atlas_state_AZ.pdf ).

Renewable energy fits well with tribal culture, and suits remote locations far from the grid, summit participants noted. The renewable model also interests Arizona residents concerned about sustainability. Napolitano appears to be among the latter: She chose "Creating Sustainability in the West" as this year's theme of the Western Governors Association, which she chairs.

Garrett's futuristic vision of sustainability features people using the wind and the sun—two elements as revered as rain by many cultures—to produce energy, along with hydrogen to store the energy generated by windmills and solar cells. Renewable energy sources have a neutral influence on global climate, he reminded, and lead to saving water instead of evaporating it in fossil fuel and nuclear power plants. In a desert region, where the sun is omnipresent and water is scarce, he has hope that this vision will continue to move beyond a mirage.

*Melanie Lenart is a postdoctoral research associate with the Climate Assessment for the Southwest (CLIMAS). The SWCO feature article archive can be accessed at the following link: http://www.ispe.arizona.edu/climas/forecasts/swarticles.html.*

## University, continued

the virtual university's success will depend on it having a "cyber backbone" to make data available and accessible to a variety of users. She urged researchers in attendance to begin preparing datasets, along with the information required for their appropriate interpretation, for web distribution.

Plans for the web-based decision-support system include a variety of accessible databases, interactive maps, information on trend analyses, and easy-to-use models involving forecasts and scenarios.

During a question and answer session, the governor said she agreed with a summit participant's comment that the university should tap into tribal experts as well as university experts on water issues, particularly water conservation.

Input from the tribes will be solicited through the universities for at least the initial stages, the governor's chief of staff for operations, Alan Stephens, specified during the follow-up breakfast session. For instance, NAU's Institute for Tribal Environmental Professionals will be among the core groups involved, NAU's Rand Decker noted.

Though the Arizona Legislature has not provided any funding for the virtual university, the Board of Regents has pledged $150,000 to cover salary and expenses for an executive director of the virtual university. State officials indicated they envision the university becoming self-sustaining through federal and private foundation grants as well as contributions from industry.

The website, which was created by the University of Arizona's Water Sustainability Program, is housed at SAHRA, the NSF Center for Sustainability of Semi-Arid Hydrology and Riparian Areas.

# Landscape Response

# Landscape Response Foreword
## By Thomas W. Swetnam

In the time frame spanning the writing of the chapters in this section, the scientific community has gone from considering how climate change impacts might play out on the landscape to documenting how it has begun. Back in February 2004, we wondered whether some of the drastic changes we were seeing in southwestern forests were harbingers of global warming, or only a response to past land use practices, such as a century of livestock grazing, logging, and fire suppression. Research published in the scientific journals since then has confirmed many of our concerns that climate change has played an important role.

High temperatures were identified as one of the likely causes of the 2002-2003 massive die-off event of southwestern piñon and ponderosa pine trees. Drought and bark beetle outbreaks certainly contributed as well. But the recent dieoff was apparently more extensive (about 3.5 million acres in Arizona and New Mexico) than the one which occurred during the 1950s drought, which was at least as dry as the current drought. Higher temperatures during the recent drought seems to have been a critical factor.

A much larger bark beetle outbreak – more than 20 million acres!! – in British Columbia lodgepole pine forests has been strongly linked to warming temperatures, adding further evidence that climate change impacts on ecosystems is beginning in western North America. On an-other front, recently my colleagues and I found that increasing spring and summer temperatures were correlated with increasing numbers of large forest fires in the past few decades, with the evidence indicating that earlier snowmelt acts to dry out forest fuels, triggering synchronous, large forest fires throughout the West.

Even as we better understand how global warming is changing the landscape, however, we are also recognizing additional complexities in the landscape response. A variety of other factors interact with warming temperature, including annual variability in the climate system and past land management practices.

The previous section described some of the ways global warming interacts with other climate patterns, such as the long-term Pacific Decadal Oscillation and Atlantic Multidecadal Oscillation and the shorter-term El Niño Southern Oscillation (commonly called El Niño). Beyond these climatic factors, there's a human component. The coming section describes some of the ways management practices, climate patterns and global warming affect the landscape in which we live.

To illustrate this complexity of how these various factors can interact, let's consider wildfire patterns in the Southwest. People have been fighting fires in western forests for more than a century, and permitting cattle and sheep to graze in forests for even

**continue on page 47**

**continued**

longer. These management practices have changed the dynamics of fire on the landscape in some forests, as our research at the University of Arizona Laboratory of Tree-Ring Research has shown. Before Euro-American settlement, southwestern ponderosa pine forests supported frequent fires, generally of low severity. These surface fires burned along the forest floor with flame lengths of one to several feet in height, maintaining pine forests as open parks with little fuel accumulation in the understory.

Extensive livestock grazing and large-scale fire-fighting helped create conditions promoting modern-day fires that are often very severe. For example, in the Bullock and Aspen fires that raged on Tucson's Mount Lemmon in 2002 and 2003, respectively, high severity burns completely killed even the canopy trees on roughly a third of the total burned area. Based on our knowledge of fire history reconstructed from fire-scarred trees and the ages of trees in these mountains, that proportion of high severity burn is probably anomalous over at least the past 300 years.

Along with forest management practices, climate variability influences wildfire regimes. Years of above-average rainfall, which occurs more often during El Niño events than during other years, encourage the growth of grasses. These fine fuels prime the landscape for more extensive burns during a subsequent dry year, which is more likely to occur during a La Niña event. We see the influence on forest fires of the fluctuations between these two related climate patterns at many scales, from the Southwest to western North America,

and even extending to southern South America.

Yet another contributing factor in these dynamics is the recent spread of invasive grasses in many parts of the West. In the Southwest, introduced red brome and African buffle grasses are increasing exponentially in the Sonoran Desert. These highly flammable grasses resprout prolifically following wildfires, which also kill many native desert plants, such as the iconic saguaro cactus. The exotic grasses appear now to be carrying fire into the woodlands and forests up slope, creating new corridors for fire spread through sensitive habitats and at-risk human communities.

As I mentioned earlier, warming temperatures are apparently now melting the snow packs earlier and desiccating forests more quickly than in earlier decades (before about 1980). This warming has probably contributed to the enormous fires we have seen in the Southwest in the recent decades, but forest changes due to land uses and exotic species, as described above, are likely also involved. However, this pattern of warming temperatures and increasing numbers of large forest fires also shows up in many Northern Rocky Mountain forests, where fire-fighting and other management practices have had relatively little effect on forest structures.

As you can see in this example and the chapters that follow, climate change is rarely the only impetus behind the changes we're witnessing on the landscape. Yet it can make a critical contribution to the result, much like the straw that breaks the

**continued on page 48**

**continued**

camel's back. That's why I have found myself compelled, like so many of my fellow scientists, to issue warnings about current and predicted climate change. We're moving into dangerous and generally uncharted territory as we continue to emit greenhouse gases that unequivocally will further warm the planet, resulting in severe ecosystem disruptions.

Some skeptics compare those of us who raise this alarm to Chicken Little, warning that the sky is falling. In reality, I suspect we're playing the role of Cassandra, the tragic prophetess of Greek mythology, portrayed by Shakespeare in his play *Troilus and Cressida*. Unlike Chicken Little's, the prophecies foreseen by Cassandra came true. In the Greek myth, Cassandra's curse was that no one believed her so she was unable to prevent the gloom and doom she foresaw. Still, we must temper our Cassandra-like warnings with the humility that comes from acknowledging the significant uncertainties that persist.

In modern times, people are now recognizing the truth that there are real dangers ahead if we don't take action to curb our greenhouse gas emissions. Therein lies the hope that we can prevent some of the worst consequences of climate change.

This is also the time to think strategically and boldly about our stewardship responsibilities for the landscape and the people and wildlife that live on it.

It is still possible to mitigate coming impacts in some areas. In forests, we need to undertake judicious forest treatments, which will include landscape-scale forest thinning and prescribed burning in order to reduce the risk of severe, large-scale wildfires. In other ecosystems, we need to make similar efforts to increase native ecosystems' ability to adapt to global warming and the changes that come with it.

We have much work ahead, but it is essential work if we want to make the landscape we live in more resilient to climate change. My hope is that the information here and elsewhere will help people understand why it's important to undertake these important steps to reduce some of the risk to our landscape that is posed by rising temperatures. Recognizing the danger ahead can be a blessing if we have the foresight to take action to mitigate it.

*Thomas W. Swetnam is professor of dendrochronology and watershed management and Director of the University of Arizona's Laboratory of Tree-Ring Research.*

49 | Feature Article

# Beetles devastate forests in response to drought

BY MELANIE LENART

If termites were devouring homes at the rate that beetles are killing southwestern trees, cities the size of Phoenix and Albuquerque would be crumbling under the attack.

More than 20 million Ponderosa pines died in Arizona and New Mexico following bug attacks between fall of 2002 and summer of 2003, noted Bobbe Fitzgibbon, an entomologist with the U.S. Forest Service's Forest Health Protection office in Flagstaff. Another 50 million piñon trees died in 2003, she added during a presentation to tribal land foresters.

Fitzgibbon makes her assessments based on extensive aerial surveys, where dry red needles serve as a telltale sign of mortality within the past year at the one-acre scale. A variety of bugs, mostly bark beetle species, are converting large tracts of southwestern forests from evergreen into ominous red.

The epidemic started in 2002 and worsened in 2003 throughout the West, with virtually every state west of the Rockies except Nevada suffering from the onslaught. And there's no sign that the pest outbreak will subside anytime soon—especially if the entrenched drought marches on and temperatures continue to climb.

**The drought connection**
Drought has a close association to an increase in bark beetle attacks, for a known physical reason. Trees typically defend themselves against beetles by "pitching them out" with their sap. Drier conditions mean less sap flow, however, so beetles find it easier to penetrate beneath the outer layer of bark during times of drought.

Bark beetle species include numerous species of ips, Douglas-fir beetle, spruce beetle, true fir beetles, round-headed pine beetle, mountain pine beetle, and western pine beetle. Together these beetles damaged about 87,000 acres in 2001, 627,000 acres in 2002, and 1.9 million acres in 2003 in Arizona (Figure A). Overall, the wave of peak tree kill appears to be moving north in time, according to Arizona data provided by Fitzgibbon.

"The ips beetles have been the most important in precipitating this latest outbreak," Fitzgibbon said. Ips beetles traditionally target smaller trees, but in this latest outbreak they are often striking at the tops of relatively large trees, where the bole tapers down.

Ips in Ponderosa forests accounted for 75 and 80 percent, respectively, of the acres damaged in 2001 and 2002. But the ratio dropped to about 37 percent in 2003, when piñon ips took over and attacked 1.1 million acres of Arizona piñon-juniper forest.

Another quarter of a million acres of spruce and aspen trees were defoliated in 2003 in the state by other bugs, such as the western spruce budworm and the spruce aphid. The damage continues to spiral upward in time (Figure A). In addition, drought alone appears to have killed trees on more than 65,000 acres in 2002 and 2003, the data show.

These figures showing millions of acres damaged compare to a previous high for Arizona of 490,000 acres damaged by bark beetles in 1957, Fitzgibbon said. The outbreak followed a devastatingly dry period for Arizona—to this day, 1955–56 retains the statewide record for driest water year.

**Climate change impacts**
In the Pinaleño Mountains of southern Arizona, similarly, the current insect outbreak among Ponderosa and piñon pines is "an order of magnitude larger and more severe" than the outbreak that occurred during the 1950s drought, noted entomologist Ann Lynch of the U.S. Forest Service's Research office in Flagstaff.

A half dozen different insect species are converging on Mount Graham and other peaks in the Pinaleños. Other southwestern high-elevation forests are succumbing to outbreaks of insect species that were previously innocuous or unknown to the region, such as the spruce aphid, formerly considered a maritime pest.

Why is more forest area being affected in this drought than during the 1950s drought? Lynch suspects the climbing temperatures of the past few decades help explain the difference.

"It's too hot, it's too dry, and there are too many bugs," as Lynch summed it up succinctly to the couple of hundred people attending her plenary session at a Sky Island biodiversity conference in Tucson in mid-May. "The drought is not sufficient to explain the extent of the devastation."

**continued on page 50**



Six-spine Ips Engraver, *Ips calligraphus*— not actual size.

50 | Feature Article

## Beetles, continued

As one example of climate change in action, Lynch focused on the McNary station at 7,000 feet in elevation in northern Arizona's White Mountains. Since 1940, the number of frost days has declined, with the year's frost-free period increasing from an average of 102 days to 147 days. Meanwhile, both minimum and midpoint temperatures for the year increased during this period.

"Much of the Rim country in Arizona was presumed to be beetle-proof," Lynch said. Not anymore. Bark beetles attacked more than half a million acres of Mogollon Rim forest managed by the White Mountain Apache and by Sitgreaves National Forest staff in 2002 and 2003, up from a total of 14,000 acres infested in 2001.

Temperatures from the 1990s on have established new highs for the 100-year plus instrumental record of temperature in the northern hemisphere, with 2002, 2003, and 1998 down as the three hottest years on record. The extra warmth increases the length of the growing—and beetle-breeding—season, while the drop in frost days decreases opportunities to kill off over-wintering broods.

A tendency toward earlier springs and longer growing seasons are among the predicted results of climate changes that are already occurring in the Southwest. Many tree species will face a change in their suitable range as a result of these and other impacts of climate change, including precipitation changes. The higher evaporation rates that accompany higher temperatures also are likely to increase drought frequency.

Ponderosa pine populations could decline in Arizona yet increase in New Mexico, suggested a 1997 study led by Robert S. Thompson of the U.S. Geological Survey. The study also predicted spruce, piñon pine, lodgepole- and Douglas-fir, and gambel oak would decline in the Southwest.

Beetles, and the insects attacking higher elevation spruce and fir forests, may be among the agents of change for this predicted conversion, along with fire.

**Management issues**
Along with climbing temperatures and drought, Lynch blamed the "overgrown" state of southwestern forests for the ongoing insect attacks. She and other entomologists agreed that reducing the density of the trees in a stand, known as thinning, can help prevent outbreaks.

"I am a big proponent of thinning, thinning, and thinning. I don't care how you do it," Lynch proclaimed, indicating she supported the use of prescribed fires and cutting of some trees to reduce stand densities.

"You have to thin, and then it has to rain or snow," she added. If climate remains dry in the weeks or months following a thinning effort, the remaining trees in a thinned stand may be more vulnerable because of their increased exposure.

Victoria Wesley, a supervisory forester and entomologist for the San Carlos Apache Reservation, agreed that thinning out some of the trees potentially could save the rest. The 400,000 beetle-killed trees within the reservation's 111,000 acres of Ponderosa pine forest were mostly in "inoperable areas," where steep or rocky slopes prevent much management, she told University of Arizona CLIMAS researchers earlier this year.

"I think since we're not thinning those



**Figure A.** Bark beetle attacks have been increasing in the Southwest, especially in Arizona. Bark beetles kill trees by attacking the cambium under the bark, girdling them so that they can no longer transport water to their needles. Defoliators eat the leaves and needles of trees—their attacks are not always fatal.

areas, the bark beetles are doing our jobs and going in and thinning," she said.

During an April outing at the reservation, she pointed to a section of green in an area that was otherwise reddened or left barren by bug kill: "That's an area where we thinned."

Jim Youtz, a supervisory forester and silviculturist working for the Bureau of Indian Affairs Fort Apache Agency in the White Mountains of northern Arizona, reported a similar observation.

"All of those big pockets of bark beetle outbreak were in unmanaged stands," he noted after observing a mortality map for the White Mountains shown in a presentation by Fitzgibbon. "Any area that had thinning in the last 10 years didn't have any significant mortality."

"In a way, we're losing trees where we need to lose them," Fitzgibbon agreed, alluding to attacks on dense stands of trees that have turned many Ponderosa forests into fire hazards and sites where drought and bugs are killing off trees that expanded into marginal areas during the wet period of the 1970s and 1980s.

**continued on page 51**

## Beetles, continued

But Lynch worried that the beetles' approach to "thinning" tends to take out the large trees, such as old-growth Ponderosa, whereas forest managers and surface fires tend to thin out the smaller trees in a stand.

Even thinning by foresters can backfire if slash from the cut trees remains in the forest as a potential lure for beetles. For instance, the abandoned slash from thinning operations attracted the round-headed pine beetle to Tucson's Mount Lemmon in the fall of 2001, before the catastrophic wildfires of 2002 and 2003 struck, Fitzgibbon noted.

Similarly, using prescribed burns to thin stands can be risky in the unusually dense forests of this century, as New Mexico forest managers learned the hard way. A prescribed burn morphed into a wildfire and consumed about 47,000 acres of forest around Los Alamos in the summer of 2000.

Meanwhile, the wildfire risk is growing with the number of insect-infested trees on the landscape. The large patches of "red trees," along with the newly attacked trees trying to fend off bark beetle attacks with volatile compounds, feed the fires that can rage through the Southwest during dry months like May and June. Also, some of the dead trees that remain standing on the landscape could stoke fires decades from now, when they finally fall over to act as fuel on the forest floor.

As with catastrophic wildfires, there is little humans can do once beetles decide to consume a tree. Homeowners can water urban trees to prevent attacks, and even use pesticides to protect favorite trees, but these techniques remain too expensive to apply to large tracts of forests, Fitzgibbon said. Even thinning operations carry a price tag of many hundreds of dollars an acre.

That points to one big way forest wood differs from the wood found in and around homes. If bark beetles were devouring homes in Phoenix or Albuquerque, residents would be finding ways to resist the destruction. But the trees in the forest have to rely on their own chemicals to fight for their lives—and they're continuing to lose the battle on a large scale. There's no expectation for an end to the mortality anytime soon.

*Melanie Lenart is a postdoctoral research associate with CLIMAS.*



**Figure B.** Diagram of adults, gallery patterns, and attack sites of 5 bark beetle species (*Ips avulsus, Ips grandicollis, Ips calligraphus, Dendroctonus frontalis,* and *Dendroctonus terebrans*) The Ips beetles, typically about the size of a grain of rice, are the ones causing the most trouble in the Southwest in the recent onslaught on Ponderosa and piñon pines. Damage by *Dendoctonus* species, illustrated here by southern pine beetles and black turpentine beetles, are occurring at a much smaller scale. The images at left show the typical reproductive "galleries" created by the different beetle species under the bark. Image provided by Ronald F. Billings, Texas Forest Service, http://www.forestryimages.org.

52 | Feature Article

# Is global warming creeping into Southwest forests?

## Evidence building that warming is already affecting the region

BY MELANIE LENART

How do we recognize global warming when we come face to face with it? And if we see it—perhaps in the form of millions of acres of beetle-ravaged forests, or when half the remaining red squirrel habitat goes up in flames—how do we convey that message to the public?

These questions peppered the talks at a Sedona workshop in mid-February that drew forest managers and scientists together for an exchange of views on climate variability and change. The workshop was sponsored by the University of Arizona Cooperative Extension Service, and organizers also included the UA's Climate Assessment for the Southwest and Northern Arizona University.

Climate change, a.k.a. global warming, may be stoking the flames of southwestern wildfires, and promoting "woody encroachment" of grasslands, issues that concern land managers.

### Has the warming already started?

Mean annual temperature in the Southwest could rise by as much as a toasty 10 to 14 degrees Fahrenheit or more by the end of the century, pointed out Jonathan Overpeck, director of the UA's Institute for the Study of Planet Earth, citing results of a January 27 *Nature* article.

The Intergovernmental Panel on Climate Change (IPCC) has long predicted global warming would result from the input of greenhouse gases from cars and electrical production. A growing body of evidence suggests the warming already kicked in during the previous century, especially the last quarter (Figure 1).

Mean annual temperature climbed by about one degree Fahrenheit per decade

in Arizona between 1970 and 2004, according to an online analysis at the National Climate Data Center website. So a warming of 10 degrees by the end of this century would be merely following the existing trend since 1970. In New Mexico, the ascent was less steep, at about 0.6 degrees per decade for the same time frame. Both rates are higher than the 0.5 degrees per decade for the United States overall for that time period.

In past reports, the IPCC predicted the warming would be greater during cool seasons. In both Arizona and New Mexico, the warming since 1970 is greatest in spring. This mirrors the national trend toward an earlier spring, which in effect means a shorter winter.

The IPCC also predicted that the poles would warm more rapidly than the planet as a whole. In fact, the warming around the North Pole is happening even faster than scientists expected, and many consider the melting ice a harbinger of things to come.

"The signal-to-noise problem that might exist in other parts of the world doesn't exist there," Overpeck told the roughly 100 workshop participants. He recalled a recent trip to the Arctic where he was awakened in his tent by the sounds of running water and chirping birds during the normally frozen spring. Sea ice has thinned by a quarter to half its original depth depending on location since submarines began measurements in the 1950s, he noted.

Such compelling evidence for global warming helped convince most of the world to support the Kyoto treaty, which went into effect last

week with the support of 141 nations. The United States and Australia are the only industrialized countries that have not signed on to the pact to help slow the rate of global warming by reducing emissions of greenhouse gases like carbon dioxide.

It's somewhat more difficult to separate a long-term climate warming "signal" from the garden variety ups and downs ("noise") of natural climate variability in the mountainous western United States than in the Arctic. Temperatures drop at an average rate of about 3 degrees Fahrenheit for every 1,000-foot increase in altitude, making it more challenging to calculate averages. Too, the Southwest's semi-arid nature makes it a land of extremes, in rainfall as well as temperature.

### Impacts of higher temperatures

Even so, the warming trend of recent decades appears to have spurred insect outbreaks in high-elevation southwestern forests, reported Thomas Swetnam, director of the UA Laboratory of Tree-Ring Research.

**continued on page 53**



53 | Feature Article

# Warming, continued

The variety of insects feasting on the spruce-fir forests atop Arizona's Mount Graham near Tucson included exotic maritime species that hadn't been seen in this region before, he noted. The dead trees then contributed volatile pitch and fuel to a fire last summer that burned to varying degrees about half of the spruce-fir forests there—the world's only habitat for the endangered Mount Graham red squirrel.

"The combined warmth and drought may be the real kicker here," Swetnam told the group. After also discussing recent increases in the scale of south-western wildfires, he said, "Maybe we're at that point where we can say climate change is affecting the Southwest."

Unfortunately, high-elevation forests rarely host weather stations. One that does—the McNary station at 7,340 feet in elevation—shows a decrease since 1940 in the number of days without significant frost events, based on an analysis by U.S. Forest Service researcher Ann Lynch (Figure 2). Lynch, Swetnam and others consider these higher temperatures related to the severity of insect invasions of recent years.

Bark beetles damaged roughly four times as many acres of Arizona forests during peak outbreak years of the current drought compared to the 1950s drought. Airplane assessments tallied 1.9 million acres damaged in 2003, compared to 490,000 acres in 1957, according to data collected by U.S. Forest Service entomologist Roberta Fitzgibbons. (Another 860,000 acres were damaged in New Mexico in 2003.) The good news is the attacks on Arizona forests appear to have waned, she indicated, with a drop to 135,000 acres damaged statewide in 2004.

Meanwhile, about 18 million acres of Canadian forests were being ravaged, Swetnam noted. In addition, Canadian researchers have linked regional tem-







**Figure 1.** Carbon dioxide levels (top figure) as measured on the Hawaiian island of Mauna Loa depict the ongoing rise of this greenhouse gas in the atmosphere. C.D. Keeling and his colleagues began collecting these measurements in 1958. Data for average annual temperature in the United States are also plotted for this same time period (bottom figure), with means estimated by the National Climatic Data Center based on available weather stations. As predicted, rising carbon dioxide rates are associated with rising temperatures, although other factors also are involved in the annual ups and downs. Source for carbon dioxide measurements: Keeling and Whorf data sets available at http://cdiac.esd.ornl.gov/ftp/trends/co2/maunaloa.co2. Source for U.S. temperature data set: http://www.ncdc.noaa.gov/oa/climate/research/cag3/cag3.html.

perature increases to acres-burned in recent wildfires, he said, citing research reported in the September 2004 issue of *Geophysical Research Letters*.

Western U.S. wildfires have also been on the rise as temperature climbs, although other factors come into play. For instance, the suppression of surface fires in Ponderosa pine forests promoted proliferation of seedlings and saplings, as did the harvesting of large trees. A wet

period centered on the 1980s encouraged seedling and tree growth beyond what drought can support. On top of this, the carbon dioxide that enhances the Earth's natural greenhouse effect also serves as a fertilizer for trees and other plants.

As a result, many interior southwestern forests contain roughly twice the amount of biomass—i.e., the com-

**continued on page 54**

# Warming, continued

bined dry weight of the living and dead vegetation—than would be expected given a natural fire regime, explained Ron Neilson, a U.S. Forest Service researcher based in Oregon who heads the Mapped Atmosphere-Plant-Soil System (MAPSS) project. Models he constructed with his colleagues suggest that only about one-eighth of the U.S. acreage that would naturally burn each year does so. Fire suppression thus encourages an unnatural build-up of biomass.

## Managing dense forests

This "woodification" of forests, as some speakers called it, fuels the large-scale wildfires that have plagued the Southwest during dry years. For instance, the 2000 Cerro Grande fire around Los Alamos was the largest wildfire in New Mexico's history with about 47,000 acres burned. Two years later, the 2002 Rodeo-Chediski fire in northern Arizona's White Mountains burned about 460,000 acres, making it an order of magnitude larger than any other fire in Arizona's documented history.

Some forest managers, such as those in Arizona's White Mountains, are responding to the risk by thinning some of the smaller trees in the forests near residential communities.

"Going out there and thinning the wood is a good idea, but you're bucking the tide," Neilson told the group.

In addition to being a huge undertaking, thinning treatments are an expensive task. Few sawmills remain in the Southwest, except on tribal lands. This poses a dilemma for national and state forest managers trying to clear the smaller trees that increase fire risk yet yield little to no profit to loggers after transportation costs. As a result, the standard thinning rate for small-tree thinning treatments is $400 to $1,000 an acre.

Prescribed burning is also used by some forest managers, particularly on



**Figure 2.** The length of time between frost events lasting more than a few hours in McNary, Arizona, has grown on average by roughly half a day each year, based on an analysis of daily temperatures by researcher Ann Lynch. This analysis excluded "isolated frost days," i.e., those with 10 frost-free days on either side. Source: Ann M. Lynch, research entomologist with the U.S. Department of Agriculture Forest Service Rocky Mountain Research Station in Flagstaff.

tribal lands, such as northern Arizona's Apache reservations, and in New Mexico's Gila National Forest. Although this technique can be more efficient than thinning when it works, air-quality restrictions and the high fuel build-ups can make this approach challenging to adopt and safely carry out in overgrown forests. The Cerro Grande fire started from a prescribed burn, for instance.

In addition to struggling to reduce fire risk near communities, land managers at the workshop worried about how global warming might impact ecological niches for various species. For example, some wonder whether the 1.9 million acres of southwestern pinyon pine devoured by beetles in 2003 will rebound into comparable pinyon-juniper stands, or be replaced by something else.

## Invasive species and other colonizers

"A rapidly changing climate favors those species that can make rapid transitions," warned Kathryn Thomas of the U.S. Geological Survey's Southwest Biological Science Center. Following this logic, global warming might favor invasive species.

Thomas is just starting a five-year research project to document what's happening with invasives regionally. A

survey of land managers found about half of them unsure whether "weeds" were increasing or decreasing, with the other half roughly split between the two options. More than 115 different alien invasive plants have been reported in the Southwest, and 88 of these thrive in woodlands, she said.

Ecologists and bioclimatologists agree that global warming would be expected to shuffle species around as their various habitats move north or south, or up or down a mountain. Neilson's modeling work, for example, points to large-scale expansion of woodlands at the expense of grasslands. For instance, live shrub oak and a variety of other species currently limited by frost could find their habitat had expanded up and over the Mogollon Rim.

Land managers are already reporting an ongoing "woody encroachment" of southwestern grasslands by mesquite trees and other woody plants. While woodlands expand into grasslands, grasslands could replace some southwestern deserts, according to Neilson's modeling results.

Land managers will face tough decisions about whether a plant is an invasive or

**continued on page** 55,

55 | Feature Article

# Warming, continued

the rightful inhabitant of a new niche as the climate warms, Thomas and Neilson agreed.

"Do you protect the species that would be outcompeted in the Great Basin and hold that tide back? Or do you foster diversity—isn't diversity good?" Neilson asked.

### Carbon dioxide fertilization

The influence of carbon dioxide on the plants themselves adds to the uncertainty about what the change will bring. The main greenhouse gas behind global warming, carbon dioxide ($CO_2$), is also an essential building block of plant tissue.

"There's no controversy over the fact that $CO_2$ levels are rising," noted Bruce Kimball, research leader at the U.S. Department of Agriculture's Maricopa facility between Phoenix and Tucson. "There would be some changes going on out there in natural ecosystems whether or not global warming was going on."

For decades, Kimball has been involved in testing how various plants respond to the increased rates of carbon dioxide in the atmosphere using an elaborate system of pipes and computers. The system maintains carbon dioxide levels in an open field at about 1½ times background levels. He and his colleagues have consistently found an increase in photosynthesis that translates into higher plant biomass.

Biomass typically increased by about 25 to 30 percent under the elevated carbon dioxide in woody species like cotton and grape, he noted, and by about 75 percent in sour orange trees.

In general, trees seem to respond better than grasses to elevated carbon dioxide rates, especially if precipitation rates increase, according to a 2004 *New Phytologist* paper Kimball recommended by Robert Novak and colleagues. This difference could be encouraging woody encroachment, although, again, other factors are involved.

Along with improving growth, elevated carbon dioxide levels improve a plant's water use efficiency. This factor could make a big difference in how the Southwest fares under climate change.

Output from Neilson's vegetation models considering potential niches for about 45 types of vegetation showed that the improvements in the water use efficiency rate as expected under rising carbon dioxide levels could dictate whether the U.S. West greens up or becomes more barren with global warming. The extent of the warming and potential changes in precipitation also would make a difference.

### Immediacy in the message

Given the enormous risks at hand, one might ask why Americans, who as a nation produce a quarter of worldwide carbon dioxide emissions, won't sign on to an international effort to slow down the rate of global warming.

UA Environmental Psychology Professor Terry Daniel has a few hypotheses about why many people remain unconcerned. For instance, research indicates that in the human mind, "global" translates into "that's happening somewhere else." Meanwhile "Everybody is exposed," translates into "Nobody is exposed."

Also, scientists and society need to convey a specific course of action to take, not just report gloom and doom. It's difficult to be afraid of something abstract, and even more difficult to think about it if there's no solution in sight, he suggested.

When people understand global warming is happening in their own back yard, or affecting their favorite plant or animal or community, that's when they'll move to act, Daniel theorized. In short, if scientists want people to become concerned, they need to convince them that global warming is not a century away—it's here and now.

*Melanie Lenart is a postdoctoral researcher with the Climate Assessment for the Southwest.*



### Resources on the Web

- The IPCC provides its reports and other background information at: http://www.ipcc.ch/index.html

- The National Climatic Data Center provides instrumental data at a variety of scales at: http://www.ncdc.noaa.gov/oa/climate/research/cag3/cag3.html

- To see how the current warming compares to 1,000-year temperature records reconstructed from tree rings and other archives, go to page 4 at the following link: http://www.ltrr.arizona.edu/trt/20040302.pdf

- Monthly data on atmospheric carbon dioxide measurements collected by Charles Keeling and colleagues since 1958 are available at: http://cdiac.esd.ornl.gov/ftp/trends/co2/maunaloa.co2

- For more on the Mapped Atmosphere-Plant-Soil System (MAPSS) project, see: http://www.fs.fed.us/pnw/corvallis/mdr/mapss/

- Also, a 12-page background document providing some MAPSS results is available at: http://www.fs.fed.us/pnw/pubs/science-update-6.pdf

- For more on Kathryn Thomas' invasive plant project, see the Southwest Exotic Plant Information Clearinghouse at the following website: http://www.usgs.nau.edu/SWEPIC/index.html

56| Feature Article

# Nature's clock ringing in earlier springs

## Plant and animal cycles show earlier and longer warm-weather seasons

BY MELANIE LENART

Nature's biological clock measures time with the arrival of birds, the greening of leaves, and the budding of flowers. Now it seems the clock has sped up when it comes to spring's arrival, a leap that many view as a response to global warming.

"I have heard that the mayflower should now be called 'aprilflower' because it's switching its bloom time," said Elisabeth Beaubien, national coordinator of the Canadian program PlantWatch. Similarly, her research has shown quaking aspen trees, admired for their white bark and yellow fall leaves, are blooming about eight days earlier on average in Edmonton since the mid-1930s (*International Journal of Biometeorology*, August 2000). Aspen thrives in many U.S. states as well, although its bloom times in this country generally go unrecorded.

Concern over these changes in time, and the lack of a U.S. network to systematically monitor them, drew about three dozen scientists to Tucson for a late August workshop sponsored by the Institute for the Study of Planet Earth at The University of Arizona (UA) with funding support from five federal agencies. The group hopes to launch a nationwide monitoring project soon, explained workshop organizer Julio Betancourt of the U.S. Geological Survey



and UA. "This is probably something we can get going by the next growing season," Betancourt said.

Co-organizer Mark Schwartz of the University of Wisconsin-Milwaukee has already set up a prototype website where anyone can sign up to submit their own national and regional observations (See sidebar on page 4).

### Citizen networks

During the workshop, Beaubien and other program managers shared advice about setting up citizen networks to observe phenology, the timing of annual life cycle events. Although the word itself sounds unfamiliar to many people, the practice of phenology stretches back to the last ice age, Beaubien reported. She noted that ancestors of the Blackfoot tribe used the blooming of buffalo bean as a sign to hunt bison bulls.

In the Southwest, the monsoon's arrival has long been hailed as an opportunity for growth, by Hohokam farmers who planted beans and squash on floodplains thousands of years ago through modern-day gardeners who collect rain in barrels. But while climatological records pinpointing the monsoon's arrival show up in scientific literature and on the web, biological records documenting nature's response to seasonal climate events remain rare for this country.

One of these rare bloom records involves a lilac network launched in 1957 by Joseph Caprio of Montana State University, who also shared insights at the workshop. At its peak, more than 2,500 volunteers from 12 western states, were posting information on the location and blooming times for lilac shrubs. Caprio also distributed cloned honeysuckle bushes to a smaller group of volunteers. Dan Cayan of Scripps' Climate Research Division and colleagues

including Caprio recently reported that the observations show lilac and honeysuckle flowers in the West were blooming 5 to 10 days earlier on average in the second half of the 1957–1994 record compared to the first half (*Bulletin of the American Meteorological Society*, March 2001). Unfortunately, the number of volunteers dropped precipitously since Caprio retired in the early 1990s.

In a more comprehensive study, Terry Root and her colleagues at Stanford University compared phenological records for 145 species including trees, insects, flowers, and birds from sites in Europe, Asia, and North America. They found that four out of five species examined had shifted their seasonal timing in a way that appeared related to temperature increases from human-influenced global warming (*Proceedings of the National Academy of Sciences*, May 2005). During the assessed time frame, which varied by species and record but averaged 28 years, the measured seasonal events for birds and trees shifted ahead about five days, while herbaceous plants like grasses and wildflowers were starting about two days earlier.

Although the earlier springs may sound good to snowbound northerners who see robins as a sign of pending release from winter's grip, these phenological shifts can signal problems ranging from earlier allergy attacks to potential missing links in the food chain.

### Potential problems

An earlier start to the pollen season seems to be one consequence of warming temperatures, based on research in the Netherlands by Arnold van Vliet of Wageningen University and colleagues (*International Journal of Climatology*, November 2002). This should concern the roughly 15 percent of the

**continued on page 57**

57| Feature Article

# Nature's clock, continued

population who suffer from hay fever, and could be problematic for those with asthma as well, noted van Vliet, who attended the workshop.

The Netherlands study also found trees were responding more rapidly than grasses, with juniper and oak releasing pollen nearly three weeks earlier in the 1990s than they had in the 1970s. In this case, that's good news for allergy sufferers, as grass pollens tend to aggravate allergies the most.

However, ecologists worry that disjointed shifts by different species could break food chain links and create other problems. Plants overall are responding more quickly to temperature than birds, and insects are reacting fastest of all, explained Jill Attenborough, program director of a project that collects phenology data from more than 21,000 regular observers in the United Kingdom.

"It helps people understand that the synchrony of the natural world is being threatened," Attenborough suggested. The U.K. network is supported by the efforts of The Woodland Trust, a non-profit group that in 2000 joined efforts to recruit volunteer observers after identifying climate change as the single biggest threat to ancient forests.

## Insect response
Scientists who studied insect outbreaks in southwestern forests have been working to document how warm temperatures contributed to recent attacks.

"The probability of outbreaks will increase as temperature increases because insects are cold-blooded," as Neil Cobb of Northern Arizona University explained during a water summit in Flagstaff last month. Freezing winter temperatures help keep insects in check.

Although drought clearly contributed to a recent bark beetle outbreak, entomologists suspect warmer-than-usual winter



**Figure 1.** Carbon dioxide levels from Mauna Loa, Hawaii, fluctuate with northern hemispheric plant growth in spring and die-back in fall. Values for this atmospheric greenhouse gas are shown here by month based on data compiled by C.D. Keeling and T.P. Whorf.

temperatures may have influenced its scale. Beetles devastated about 2.7 million acres of southwestern pine forests from 2001 through 2004, according to estimates from the U.S. Forest Service's Southwestern Region.

Workshop participants were focused on the collection of phenology data to improve society's understanding of climate variablty as well as change. For many, the ultimate goal would be to produce more skillful climate forecasts and better predict response to climate swings.

"Basically we see phenology as an indicator of climate impacts, whether it's from natural variability or human-induced," van Vliet said. He noted that the latter includes the urban heat island effect that occurs as paved areas expand from city centers.

## Temperature vs. rainfall
In the Southwest, plants often respond to rainfall variability more dramatically than to temperature, as the greening of the desert this past year dramatically demonstrated.

"Many of the showiest species require large amounts of rainfall when temperatures are cool but not cold," said Janice Bowers, a USGS researcher. Her research found the best wildflower years

in the Sonoran Desert resulted when rainfall rates were about 50 percent higher than usual from September through March. What's more, these higher rainfall years tended to occur when the July–December index signaled an El Niño pattern was active in the tropical Pacific Ociean. (*Journal of the Torrey Botanical Society*, January 2005).

The El Niño this past year ushered in red brome, cheatgrass, and other invasive grasses that helped spark a record fire year in Arizona. As of September 15, most of the state's 725,903 acres impacted by fire this year burned in grasslands and grass-covered desert rather than forests, indicated Chuck Maxwell of the Southwest Coordination Center. (Meanwhile, only 23,097 acres burned in New Mexico.)

Rainfall certainly encouraged the extensive grass cover, but warmer spring temperature may help give invasive grasses a foothold over native species, some researchers suspect (*Southwest Climate Outlook*, February 2005). Unlike the more sparse cover of native wildflowers, a continuous grass cover can spread fire throughout desert ecosystems. Brushes with fire can be fatal to the Southwest's poster cactus, the saguaro.

**continued on page 58**

58 | Feature Article

## Nature's clock, continued

The phenology network actually could help battle the problem of invasive grasses leading fires into the saguaro's realm, noted Betancourt. For instance, a citizen network reporting the growing presence of buffelgrass could alert officials to take action, such as spraying herbicides before the grass consumed the landscape. Word of starthistle reaching the flowering stage could inspire officials to release a natural enemy like the yellow starthistle seedfly, he added. These actions could become more important as rising temperatures dry out grasses earlier in the season.

The longer warm weather seasons showing up in records could translate into longer and more severe fire seasons as soils once covered by snow face the harsh light of day for extended periods. The litany of problems this would bring includes the release of more carbon dioxide back into the atmosphere.

### Carbon fluctuations

The dry mass of plants and trees amounts to about half carbon—all of it drawn at some point from carbon dioxide in the air. Because carbon dioxide is the main greenhouse gas implicated in the acceleration of global warming, its ups and downs affect the amount of heat the atmosphere retains at the Earth's surface. Northern hemisphere carbon dioxide levels rise and fall with the seasons as plants draw down this greenhouse gas in summer, then release much of it via decay when they die or drop their leaves in winter (Figure 1).

Like much plant growth itself, the seasonal timing of the carbon dioxide "drawdown" had shifted forward by up to a week as of the mid-1990s compared to the early 1970s, as reported by a longtime carbon dioxide record-keeper, the late Charles Keeling, and colleagues (Nature, July 11, 1996). In a follow-up paper, Keeling, lead author Ranga Myneni of Boston University, and others found satellite evidence to support their argument that this carbon dioxide shift reflected increased plant growth during a longer growing season (Nature, April 17, 1997). They estimated that the northern growing season increased by roughly 12 days between 1982 and 1990, with two-thirds of the change attributed to an early spring and the remainder from a delayed autumn.

The opportunity to calibrate satellite "green-up" imagery with documented on-the-ground leafing out was touted as another important reason for a continental-scale phenology network in this country. More of these comparisons will help scientists understand how organisms that form the planet's biosphere are responding to climate variability and change.

With more than 150 countries and a growing number of U.S. states vowing to reduce the input of carbon dioxide into the atmosphere, the helpful role of plants is destined to receive much attention by those trying to monitor the year-to-year changes in the carbon cycle. The implications for global warming go beyond carbon dioxide dynamics, as vegetation cover can also increase the Earth's retention of direct solar radiation, especially when compared to snow cover.

In addition, farmers, ranchers, tourists, doctors, teachers, biologists, journalists, gardeners, land managers, and many other members of society also stand to benefit from continental-scale information linking climate fluctuations to the seasonal cycles of plants and animals, participants pointed out. With so many potential beneficiaries, the message from the workshop rang out loud and clear: It's time for U.S. residents to synchronize their watches and clock nature's biological cycles.

*Melanie Lenart is a postdoctoral research associate with the Climate Assessment for the Southwest (CLIMAS). The SWCO feature article archive can be accessed at the following link: http://www.ispe.arizona.edu/climas/forecasts/swarticles.html*

## Observing nature's clock

BY MELANIE LENART

Workshop planners and others are working to set up phenology observation sites at select weather stations and long-term ecological research sites, as well as citizen observer networks. Although a national phenology network is still evolving, opportunities exist to contribute information on a national and international level:

**USA National Phenology Network**
http://www.uwm.edu/Dept/Geography/npn/
Allows observers to contribute sightings of seasonal events.

**Sonoran Desert Phenology Network**
Contact: crimmins@u.arizona.edu
UA extension specialist Michael Crimmins and other UA researchers are working to develop phenology protocol for plants in the National Park Service's Sonoran Desert Network. Citizen observers can volunteer.

**Project FeederWatch**
http://www.birds.cornell.edu/pfw/
A national phenology effort for bird-watchers

**GLOBE Program**
http://www.globe.gov/globe_flash.html
Hands-on scientific endeavors for students including the collection of phenology data

**Canadian NatureWatch**
http://www.naturewatch.ca/english/

**European Nature's Calendar**
http://www.dow.wau.nl/msa/epn/index.asp

**U.K. Phenology Network**
http://www.phenology.org.uk/

# Grassland dynamics shift with climate fluctuations

By Melanie Lenart

As the drought deepened, ranchers and others at a January workshop brainstormed ways to keep southwestern grasslands resilient despite rising temperatures and pendulum-like swings in rainfall.

"I make my living when it rains," rancher Dennis Moroney of the CrossU Cattle Company told the group of about 130 ranchers, range managers, and natural resources specialists gathered for the two-day Climate and Rangeland workshop and Society for Range Management (SRM) meeting held near San Carlos, Arizona. "Last spring I said, 'If this is global warming, I'll take it.' I'm not so sure today,"said Moroney.

Plentiful rainfall during the winter and usually bone-dry southwestern spring in 2004–2005 put a dent in the drought that has plagued Arizona and New Mexico since at least 1998, but a dearth of rainfall since October has plunged much of the Southwest back into drought over the last few months. On the first day of the January 25 workshop, Phoenix had not received a drop of rain in 98 days, and Tucson had only received about 0.1 inches during that same period. Meanwhile, northern Arizona was still without snowpack.

"As we left town, we were getting our first significant snowfall of the year," noted Northern Arizona University (NAU) Professor George Koch, who drove up from Flagstaff on the morning of January 26. "This is shaping up to be the driest winter since the driest winter a couple of years ago," he added. On February 7, Flagstaff's National Weather Service office announced that the 2.49 inches of precipitation received between September 1 and February 6 represented a new record low in 109 years.

Gregg Garfin, program manager for the University of Arizona's (UA) Cli-

mate Assessment for the Southwest (CLIMAS), noted that El Niño exerts a tremendous influence on regional winter precipitation tallies. When El Niño reigns, sea surface temperatures run higher than average in the eastern Pacific Ocean. Often this helps put jet stream moisture down to this region for the winter and sometimes through the spring, as it did last year. But things have changed.

"This winter's temperatures in the eastern Pacific, although not officially a La Niña, are cooler than average. We think that's what initiating this dry episode," Garfin told the group. Conditions officially met National Oceanic and Atmospheric Administration standards for a La Niña event the following week, after eastern Pacific sea surface temperatures had remained cooler than average for the required three months. This suggests the drought is likely to continue through the winter at least, Garfin indicated.

Garfin had worse news to convey. He is among the climatologists who suspect that a related influence commonly known as the Pacific Decadal Oscillation (PDO) switched in the late 1990s into a phase that spells long-term drought for the Southwest. While El Niño works at the seasonal scale with phases that typically last only a year or two, the PDO can stay in one phase for 20 years or more.

El Niño variations represent one of three processes influencing PDO phases, Garfin told the group, referring to research by Niklas Schneider and Bruce Cornuelle (*Journal of Climate*, November 2005). The other two influences are the Aleutian low, an atmospheric measure of sea level pressure that fluctuates much faster than El Niño; and the Kuroshio-Oyashio Extension, an ocean current that responds to El Niño phases but fluctuates much more slowly. At this point, skill in predicting the

influences affecting the PDO is limited to a few years, the authors indicated in their paper.

Global warming's influence falls on top of fluctuations of El Niño, the PDO and other climate patterns. It launches a relatively predictable rise in temperatures accompanied by largely unpredictable changes in precipitation patterns. Following the ongoing trend for increasing temperatures, globally 2005 registered as the hottest or second-hottest year on record, depending on the analytical method used.

In time, the Southwest might experience more heat waves and record-breaking highs and fewer frost days, Garfin explained, citing a research paper by Noah Diffenbaugh and others (*Proceedings of the National Academy of Sciences*, November 2005). ) Precipitation is also likely to become more extreme, in effect featuring more droughts and floods as the water cycle speeds up along with evaporation rates.

## Grassland thresholds
The one-two combination of rising temperatures and more drought can really impact grasslands and other ecosystems. Grasslands rank among the most sensitive ecosystems to climate fluctuations,



continued on page 60

# Grassland dynamics, continued

whether from natural variability or climate change.

"We're working with an ecosystem that has very quick responses to climate variability," noted Michael Crimmins, a UA Cooperative Extension climatologist who helped organize the workshop along with others from cooperative extension, CLIMAS, and SRM. Climate influences act along with past management actions, soil type, competition between species, and environmental disturbances, he added. "These increasing temperatures, even if precipitation remains the same, are going to change things."

Changes in climate can push a grassland system over a "threshold" into a new state, NAU Professor Thomas Sisk said. He showed an image of an idealized conceptualization of thresholds (Figure 1). A ball resting in the bottom of a pit represents one ecosystem state. Drought, global warming, or related disturbances can metaphorically lift the ball out of this "steady state" and shift it up and over the edge of a threshold into an entirely different steady state.

"Where are those thresholds? That's sort of the $64,000 question," Sisk told the group. "It's chaotic, unpredictable. That's why we're here today."

**Protecting grasslands**
Sisk is working with the Diablo Trust, a collaborative rangeland management group in northern Arizona, to monitor how selected plots respond to different grazing approaches. Monitoring involves keeping track of rangeland conditions by systematically measuring variables such as soil moisture and the percentage of desirable vs. undesirable plants within a specific area. This can help ranchers understand when they are risking a threshold change.

Ranchers may need to remove some grazing animals from shriveling

grasslands during times of drought, Sisk noted, with or without a dictate from the government agencies that issue grazing permits. Often, people have a tendency to "wait, hope, and pray" rather than reduce livestock numbers, he observed.

"If it's really late, or we pray for a really long time, then we may cross that threshold," he added. The field of decision theory weighs the costs of changing management against the risks of inaction or of making a bad decision. In an acknowledgement of the difficulty in making decisions based on an uncertain future, Sisk noted that the best decision sometimes can be to wait out a dry spell—if it does rain in time to save the ranch.

"The response when it rains is phenomenal," said Moroney, whose ranch in McNeal reacts rapidly to rain, like most southwestern grasslands. "You see change take place in three or four days."

Summer rains can make or break a rancher's fiscal year. Yet the success of climate predictions for southwestern summer rainfall—largely dependent on the monsoon circulation that drives in the rain—lags far behind the skill in forecasting winter precipitation, mainly because of El Niño's influence on the latter. Arizona state climatologist Andrew Ellis, though, has found that late monsoons often equate to weak monsoons (*International Journal of Climatology*, February 2004). The 2005 monsoon fit the bill on both counts.

The larger spatial coverage of winter storms eases predictability, Crimmins



**Figure 1.** Grasslands and other ecosystems have "thresholds" relevant to specific states, such as forage production. Changes in climate can theoretically shift the grassland from one stable state (top) into a different stable state (bottom). Once the system has passed the threshold, it is difficult for it to return to its pre-existing state. Source: Thomas Sisk, NAU.

explained. Winter storms often extend across the state for several days, he indicated, while summer thunderstorms pop up almost randomly over small areas.

During years when the monsoon falters and sputters, like last summer, ranchers face a tough decision about whether to buy feed while hoping for rain, seek out greener pastures for a few months, or prematurely sell some of their carefully bred herd. If large-scale drought leads ranchers to flood the market with cattle, prices will drop for everybody.

**A greener pasture**
"Grass banking" can help ease the risk of running out of forage before the calves are fatted. For instance, a group of ranchers might set aside a common field for times of trouble, or individual ranchers can use their own land in ways that lessen the impact of grazing in any one spot, Moroney suggested.

"I moved my cows 11 times last year. We do that to shorten up the amount of time they spend in a pasture," he said. "Then we're always feeling pretty good that we have feed ahead of us and

**continued on page 61**

# Grassland dynamics, continued

behind us in case rain doesn't come through."

He noted that he favors pastures with mesquite trees—generally considered undesirable by ranchers—during the season when dangling bean pods serve as a protein supplement for cows.

Moroney also suggested that adaptive management ideas could include putting cattle out in the desert when grasses encroach, as they did in 2005. The spread of grasses into the desert during last year's plentiful spring rains caused trouble. The grasses quickly cured into fuel for summer fires that sparked a record number of acres burned in Arizona. A quarter of a million of these acres burned outside Phoenix in the Cave Creek Complex fire, killing many of the Sonoran Desert's signature cactus, the saguaro.

### Fire in grasslands

While fire spells disaster for saguaros, it can help grasslands win the competition against other woody plants like juniper, mesquite, and creosote.

Grasses "expressed themselves dramatically" after Moroney worked with the Natural Resource Conservation Service to fight off mesquite trees by spraying several hundred acres with herbicides. In recent decades, mesquite trees have been invading his ranch, along with grasslands throughout the Southwest. But the chemical treatments cost too much and are fairly ineffective without a follow-up by fire, he said, so the plan is to conduct some prescribed burns to further control the mesquite invasion.

The proper fire regime can maintain grasslands facing invasions from woody plants such as juniper as well, UA Professor Steven Archer told the group.

Based on research about how long it takes juniper to establish and grow in similar Texas and Oklahoma grasslands,

ranchers need to have a fire at least every 10 years to keep juniper off highly productive, non-grazed landscapes, Archer reported. On grazed sites, the window of opportunity to prevent juniper encroachment can shorten to five years, he explained. His research has shown that cattle grazing can help woody plants invade by removing the grasses, known as fine fuels, needed to carry fires capable of suppressing trees and shrubs. Less productive sites or more heavily grazed sites may need to be burned even more often because the sparser ground cover translates to reduced fuel loads and hence patchier fires with lower intensities, he indicated.

### Other factors

Drought, global warming, fire, and woody plant encroachment all can change grassland dynamics. So can invasive grasses and weeds, insects, and carbon dioxide. Grassland insect invasions often track the ups and downs of rainfall. Invasive plants, too, can respond to plentiful rainfall, as Sahara mustard and red brome did when colonizing desert lands last spring.

The greenhouse gas carbon dioxide, responsible for about 60 percent of the ongoing warming, also affects invasive plants, insects, and other factors influencing rangelands dynamics. For instance, woody plants such as trees and shrubs tend to grow more quickly than grasses in experiments exposing them to the carbon dioxide levels expected by about mid-century. Desert landscapes have undergone "reverse desertification" when exposed to these elevated levels of carbon dioxide, with 40 to 50 percent increases in productivity, Sisk pointed out. (For more information, see the 2004 review paper by Robert Nowak and colleague in *New Phytologist*.)

Even among grasses, the extra carbon dioxide in the air will favor some species more than others. It provides a bigger boost to plants that use the "C3"

pathway to photosynthesize, such as trees and many cool-season grasses including bromes and cheatgrass. So-called C4 plants, which include most warm-season grasses and invasive species like lovegrass and buffelgrass, are not as affected.

The rising levels of carbon dioxide offer a high note that may interest farmers as well as ranchers: Most crops are C3 species, while most "nasty weeds" are C4 species, Sisk noted. However, there's also some evidence that insects need to eat more when dining on plants grown under higher carbon dioxide levels.

### Increasing resiliency

A growing list of disturbances join drought in impacting grasslands. Grassland dynamics are likely to become more complex with the changing climate and related factors, increasing the risk of crossing a vegetation threshold, with major shifts in the species composition and productivity of rangelands.

Although rancher Richard Collins mentioned he was having a difficult time maintaining his natural optimism when faced with the workshop news, Garfin compared the growing understanding of the climate risks facing grassland managers to the awareness that had grown in Louisiana over the past couple of decades that a major hurricane could devastate New Orleans.

"We did not reduce vulnerability and increase resilience," Garfin noted. "And I think that's the task. We've got the information. The challenge is to take climate change information … and try to translate that into something that converts into a real and practical management plan."

*Melanie Lenart is a postdoctoral research associate with the Climate Assessment for the Southwest (CLIMAS). The SWCO feature article archive can be accessed at: http://www.ispe.arizona.edu/ climas/ forecasts/swarticles.html*

# Rising temperatures bump up risk of wildfires

## Global warming adds firefighting challenges in both forest and desert

BY MELANIE LENART

The Grand One looks doomed. The world's largest recorded saguaro, it stood its ground on a hillside near Phoenix while last year's Cave Creek Complex fire raced through on knee-high grasses and, worse, lingered in nearby shrubs. Now yellow lines radiate up several of its roughly dozen arms as the magnitude of the event sinks in (Figure 1).

It may soon join the list of casualties from wildfire—a list expected to grow longer with the days of summer as the southwestern climate continues to warm. The input of greenhouse gases mainly from burning oil, coal, and gas has temperatures on the upswing around the globe, including the southwestern United States.

The ancient saguaro looks worse than it did even a few months before, range and watershed specialist Carol Engle said on a day in late March. Now she has doubts about whether it will pull through, as she and many others had been hoping. She pointed out splits where insects could penetrate its massive trunk, larger than a refrigerator at the base. Between the trunk and an arm, bubbles of black char look like a belated attempt to form protective bark. Or, to use Engle's analogy, like a marshmallow that's toasted for too long.

Singed during a record Arizona fire year that burned more than 700,000 acres in 2005, The Grand One could serve as a poster illustration about how wildfires could worsen with global warming and related changes. 2005 nearly tied 1998's record for world's warmest year since instrumental records became relatively reliable in the late nineteenth century. While the fire raged, Phoenix set its own record lows for humidity and highs for temperatures.

### When it's hot

Climbing temperatures are expected to bring more raging infernos, in desert, grasslands, and forests alike—and the homes constructed among them. The 47,000 acre forest fire around Los Alamos, New Mexico ruined about 260 homes and required the evacuation of about 20,000 people in 2000. The 468,000 acre Rodeo-Chediski forest fire in northern Arizona destroyed about 400 homes and forced 30,000 people to evacuate in 2002.

In both cases, high temperature extremes in the three months leading up to the fire ranked right up there with low precipitation extremes (Table 1).

Firefighters managed to shield homes in the Scottsdale area of Phoenix from the 248,000 acre Cave Creek Complex fire, which torched about two-thirds of the 50,000 acres of Sonoran Desert that burned in 2005. This important ecosystem features the saguaro cactuses (*Carnegiea gigantea*) exclusive to the southwestern United States and northern Mexico.

Some researchers suspect warming temperatures and an early spring are aiding and abetting the invasive grasses that helped carry last year's fires into saguaro territory (*Southwest Climate Outlook*, April 2005). Although native grasses and wildflowers can also carry fire following rainy winters, their clumpy, uneven cover proves less efficient at carrying fire than an even, continuous cover of monocultural grasses.



**Figure 1.** The world's largest recorded saguaro was damaged last year during a fire near Phoenix, Arizona. The lower righthand inset shows a close up of the fire damage. Source: Stephanie Doster, Institute for the Study of Planet Earth

After wet winters like 2005, even normal southwestern temperatures in May and June soon convert invasive and native grasses alike into what firefighters call "fine fuels"—dried-out stalks that feed a surface fire.

Tonto National Forest fire manager Gary Daniel provided an example of how temperatures affect fine fuels, referring to his work on prescribed burns. If grasses remain moist after the cool of evening, he and his crew had an easy solution: "We just let the sun beat on it a little more, let the ambient air temperature dry out, and we're ready," Daniel recalled. "An hour in full sunlight would have a tendency to dry that grass out."

continued on page 63

63 | Feature Article

# Wildfire risk, continued

**Forest drying**

In the forest, it takes about 40 hot, dry days (roughly a thousand hours) to convert fallen branches on the forest floor into flammable material that will magnify a fire's heat—perhaps enough to ignite live saplings. These saplings, in turn, can become ladders to lift the flames into the crowns of established trees. Branches and logs from three to six inches in diameter are the "thousand-hour fuels" that firefighters worry about when gauging forest fire danger and evaluating whether a surface fire might transform into a crown fire.

Woody materials are likely to remain dry longer as the climate warms, Timothy Brown of the Desert Research Institute in Nevada and colleagues projected, based on the expected impact of warmer temperatures and their influence on relative humidity (*Climatic Change*, January 2004). Their modeling experiment focused on forests, comparing conditions for two decades through 1996 to those projected for two decades through 2089 using a global warming scenario.

"The key thing was an increase in the number of days of high fire danger," Brown said. "We basically found throughout the West that the number of days increased by about two to three weeks."

In another analysis, of 11 western states, New Mexico and Arizona were among the most sensitive to temperature effects on the annual "area-burned"—the amount of land crossed by fire in a given year. U.S. Forest Service researcher

Donald McKenzie and colleagues found higher temperatures led to a "sharp increase" in area-burned in the historical record, using data for the years 1916 through 2002 (*Conservation Biology*, August 2004). New Mexico's annual area-burned fluctuates with spring temperatures in particular, the analysis by McKenzie and colleagues showed.

Similarly, research by The University of Arizona's Michael Crimmins and Andrew Comrie found low-elevation fires in southern Arizona increased during warm springs when they followed wet winters (*International Journal of Wildland Fire*, 2004).

The results fit the pattern for the Southwest fire season to start during the dry days of May and June and end within weeks of the summer's monsoon season arrival, usually in July. It also sparks concern for those anticipating the continuation of global warming, as spring temperatures in New Mexico and Arizona are rising as are temperatures in other seasons (Figure 2).

**It's the heat *and* humidity**

Temperature has an established link with fire danger on several fronts. Fires light more readily when the sun is beating down and raising daily temperatures. Lightning bolts fly more often with higher temperatures, too, providing more opportunities for fire ignitions. And fires can spin out of control more easily when overlying air is warm, especially in the absence of cool nights that help the fire to "lay down."

Some of these factors combined in 2005 in the Phoenix-area Cave Creek Complex fire, the union of several lightning-started fires. Local daytime temperatures in the "hundred and teens" and relative humidity levels that dipped as low as 2 percent turned the grass-invaded desert into a sea of flames, reported Jeff Whitney, a natural resource manager who helped battle the blaze. Even at night, relative humidity only rose to about 9 percent, well within the 20 percent range that firefighters peg as dangerous.

"We've usually got a better opportunity to work on suppressing the fire at night," Whitney said. "But we didn't have those conditions during the Cave Creek Complex—it burned through the night."

Air temperature wields an important effect on relative humidity. Hot air can hold more moisture than cool air, which is partly why higher daytime temperatures are linked to higher evaporation rates. Conversely, when air cools during the night, its relative humidity increases, sometimes to the point of saturation. If the air drops down to the "dewpoint temperature" some of the moisture it contains will condense into dew, fog, or some other form of precipitation.

Whether moisture condenses or not, higher relative humidity levels reduce fire danger, Daniel noted.

"In the evening, temperatures will go down and the humidity levels will start to increase again. We call it a recovery. If we have not much of a recovery at all at night, we can have active burning during the night and this can also make it worse the next day," he said.

Both global warming and the urban heat island effect tend to boost night-time temperatures more than daytime temperatures. That's because greenhouse

| Fire event | Temperature rank (highest) | Precipitation rank (lowest) | State |
|---|---|---|---|
| Los Alamos (2000) | 2 | 1 | New Mexico |
| Rodeo-Chediski (2002) | 4 | 3 | Arizona |
| Hayman (2002) | 12 | 2 | Colorado |
| Biscuit (2002) | 17 | 15 | Oregon |

**Table 1.** While seasonal precipitation tended to rank among the lowest during three months leading up to major western fires, temperatures tended to rank among the highest. Climate records go back to 1895. Source: Data from Western Regional Climate Center.

continued on page 64

64 | Feature Article

# Wildfire risk, continued

gases and concrete both absorb solar radiation. After a long day of solar heating, they release some of the energy they've collected as infrared radiation—i.e., heat. This is most noticeable at night, once the sun's direct rays are out of the picture.

**Hot air**
Warm air tends to be more "unstable" than cool air in a meteorological sense, too, explained Charles Maxwell, fire weather program manager for the Southwest Coordination Center.

"If you have warmer surface temperatures, the atmosphere is more unstable. That's more conducive to strong convection and to blow-up fires" like the Rodeo-Chediski, Maxwell said. "Instead of having a fire driven by the wind and environment, the fire becomes a lot more powerful and controls the environment and dictates the weather. It's very similar to a thunderstorm, the way it works," Maxwell said.

A warm surface, whether caused by a fire or a mountainside baking in the hot summer sun, will lift air parcels up into the atmosphere. A fire tends to do so faster, which adds to the instability. The ascent of these air parcels leaves a void that surrounding air quickly moves to fill. These winds further fan the flames.

As with thunderstorms, the air parcels uplifted by fires often become clouds as they rise and cool. These clouds, known as pyrocumulus, contain moisture they extracted from fuel, soil, and especially living trees, Maxwell noted.

Alex McCord, a longtime Arizona Division of Emergency Management hazards officer, elaborated on this, noting that combustion also contributes moisture by converting stored carbohydrates in trees back into carbon dioxide and water.

"Even if it's bone dry, there's moisture in the wood," McCord said. When this



**Figure 2.** The difference between Arizona and New Mexico's average monthly temperatures in the past five years (2000–2005) compared to the full record (1895–2005) is shown above. The difference was most pronounced in winter and spring. Data: Western Regional Climate Center.

wood "blows up" into the clouds, it can form raindrops. "It used to be wood but now it's rain," he added.

Like the updrafts that helped form the clouds, downdrafts can accompany pyrocumulus rainfall. These sudden, erratic winds further vex firefighters by spreading flames in unpredictable directions.

Warmer air also tends to increase the incidence of lightning, which causes about 80 percent of the fire starts in the West. However, lightning strikes remain relatively unpredictable despite their importance in igniting western wildfires.

**The fuel factor**
Seasonally, fire danger fluctuates with the moisture condition of grasses and downed wood, respectively known as fine and heavy fuels in firefighter parlance. At longer time scales, explosive growth of saplings makes southwestern forests more prone to large-scale crown fires (*Southwest Climate Outlook*, February 2005).

"A lot of our landscapes are primed," as Whitney observed. Like many fire man-

agers and historians, he noted that ongoing efforts to smother most blazes as upstarts means the ones that do manage to mature generally have loads of material to fuel their flames. Nationwide, only about an eighth of the acreage that would naturally burn each year typically escapes suppression efforts, according to an analysis by U.S. Forest Service researcher Ron Neilson and others.

The bark beetles and drought that killed millions of pines in recent years appear to have contributed to reducing fire risk—at least temporarily—by reducing the amount of flammable foliage in the forest. At an August 2005 water summit in Flagstaff, Northern Arizona University researcher Neil Cobb reported that the ponderosa and pinyon that had succumbed to bark beetles in 2003 and 2004 retained only about 13 percent of their needles, on average.

"If you don't have a canopy—all you have is dead sticks sitting up there—you probably decrease the risk of catastrophic crown fires," Cobb told

continued on page 65

# Wildfire risk, continued

the group. However, once the beetle-killed trees start falling to the ground, their wood will join the thousand-hour fuels that can potentially ignite future conflagrations.

Management efforts to thin forest stands or clear out invasive grasses can reduce fire danger locally. Tree-thinning projects in forests in Arizona's White Mountains and Flagstaff reduce fire hazards in sections of pine forest. Not surprisingly, efforts focus on areas where forests border communities.

However, climate variability and change also influences fuel build-up to an extent that makes it difficult for people to reduce fire danger on the regional scale without allowing a return to the natural fire regime. Global warming is likely to increase climate variability, with larger swings from wet to dry and back again. Some project global warming will increase the magnitude of events associated with El Niño and La Niña (*Southwest Climate Outlook*, January 2006).

Records compiled from historic observations, tree rings, and charcoal deposits all indicate large climate swings boost the potential for severe fires in highland forests. Wet periods encourage abundant growth in forests—many small trees pop up to celebrate the moisture. This increases the risk of stand-level drought during dry periods that follow, with a multitude of tree stems drawing from the same pool, like too many straws in a drink.

## Back in the desert

In lowland systems like grasslands and desert, wildflowers and grasses tend to flourish following above-average winter rainfall, which typically coincides with El Niño events, U.S. Geological Survey researcher Janice Bowers has found (*Southwest Climate Outlook*, September 2005). Ironically, this often increases fire danger because grasses soon dry out to become fuel loads.

Evidence indicates some invasive grasses can load conditions even more than native grasses. For instance, the invasive buffelgrass yields a longer-lasting fuel than many native grasses. Buffelgrass is sensitive to winter lows, so the warmer temperatures that come with global warming may be encouraging its spread.

Another invasive grass, red brome, appears to gain a stronger foothold based on an aspect of global warming— higher carbon dioxide levels. Rising atmospheric carbon dioxide levels account for about 60 percent of the modern warming. They also tend to boost plant growth, favoring some plants more than others.

In one experiment considering the effect of futuristic carbon dioxide levels, red brome grew 50 percent bigger and more dense on average than three native grasses found in the Sonoran Desert (*Nature*, November 2000). Atmospheric carbon dioxide levels in the experiment were roughly double the pre-industrial level of 280 parts per million, while today's levels are about one-third higher than pre-industrial levels.

An invasion of red brome helped carry fire into the desert areas torched by the Cave Creek Complex fire last year. During a March visit to a 30-degree slope that tapers down to the Verde River, the desert area touched by the fire was sprouting flowers again.

From afar, the classic Sonoran Desert landscape looked less damaged than the charred oak scrub nearby. But up close, many of the cactuses looked scarred. Past experience indicates that many of the saguaros straddling this steep slope could take another five years before they realize they're dead, researchers indicate.

Research on the effects of fires in saguaro territory remains limited, so it's unclear exactly what it would take to bring this system down. However, fire has a well-documented role in promoting grasslands over woody plants like juniper and mesquite (*Southwest Climate Outlook*, February 2006). Saguaros are also woody plants, as their ribbed remains on the desert floor indicate.

Some vegetation models of global warming effects predict grasslands will encroach upon major expanses of southwestern desert, given an increase in precipitation as well as temperature. For instance, in one climate change scenario considered by the Mapped Atmosphere-Plant-Soil System project, a rise in average temperature of 12 degree Fahrenheit with an increase of average precipitation of 22 percent in the model led to grasslands taking over deserts in most of southern Arizona and some of southern New Mexico (*Pacific Northwest Research Station Science Update*, January 2004).

The Sonoran Desert may be starting to head in that direction already, if 2005 is any indication of what warmer temperatures will bring during wet years. With help from invasive grasses, wildfires can fly across low-elevation grasslands and even deserts, as during this record-setting year in Arizona. Meanwhile, warmer temperatures during dry years can help set the high-elevation forests ablaze. Dense thickets of saplings can feed the conflagrations, as in the Rodeo-Chediski and Los Alamos fires.

Management efforts to defuse forests through thinning projects and protect deserts by weeding grasses and shrubs around saguaros can help. But unless there's a quantum leap in the number of acres treated through such efforts, southwesterners should brace themselves for longer, potentially severe fire seasons in years to come as the climate continues to warm.

*Melanie Lenart is a postdoctoral research associate with the Climate Assessment for the Southwest (CLIMAS). The SWCO feature article archive can be accessed at the following link: http://www.ispe.arizona.edu/climas/forecasts/swarticles.html*

# Seeking Sustainability

# Seeking Sustainability Foreword

## By Barbara J. Morehouse

Global warming poses enough challenges to keep decision makers and resource managers in the Southwest busy for decades to come. Some of these challenges already qualify as serious and immediate problems, wildfire threat in the region's forests being one of the most compelling. The specter of more frequent, more intense, and longer-lasting drought casts a shadow over ebullient plans for old-style, resource-intensive development even as housing developments, retail centers, tourist facilities and businesses spread ever more widely over the landscape.

It's not surprising, under these circumstances, that sustainability has again emerged in public discourse as a guiding vision for maintaining interconnected viability in economic, societal, and ecological systems well into the future. The public's notion of sustainability, however, continues to be weighted with definitions that confound its mobilization in decision processes. Especially problematical is the tendency to associate sustainability with maintaining status quo conditions.

The concepts of resilience and transformation provide a useful alternative for addressing the complex problems that global warming is likely to pose for coupled human-natural systems. Resilience is the capacity of a system to absorb perturbations and to reorganize in response to changes in a manner that sustains the essential integrity of its function, structure, identity, and feedbacks. Transformation, by contrast, occurs when a system loses its viability in response to overwhelming disturbance and changes into a fundamentally new system. Tough decisions lie ahead about when, where and under what circumstances to manage for resilience or to invest in transformation. The chapters in this section illustrate some of the ways in which people are already exploring ways to make fundamental changes in the governance and management of resources, and of society-environment relationships more generally. In some cases, resilience is the preferred goal; in others, transformation may be the better option.

Recent warnings that the Colorado River may be even more short of water in coming decades than had previously been thought have prompted the most significant effort in the history of the Law of the River to bring water management structures and practices more closely into alignment with projections of future climatic conditions. Beyond the confines of the river, its tributaries, and its delivery infrastructure, however, lies perhaps the most intractable problem: population growth and related growth in water demand.

While our coupled systems have some built-in "wiggle room" for adjusting to changes in the amount and quality of available water, they remain vulnerable to serious stresses generated by the combined forces of severe extended drought and escalation in water demand. The situation calls for taking a serious look at investing in transformation.

**continued on page 68**

**continued**

For example, the "carrots and sticks" that support water-intensive practices might be changed to ones that conserve large amounts of water, such as water harvesting and permaculture, and that integrate effluent fully into potable water supplies. Such decisions constitute an investment not only in transforming the landscapes of individual property owners, but also the coupled systems of the area.

More broadly, maintaining the resilience of coupled societal-environmental systems becomes ever more problematical as the combined and escalating pressures of drought recurrence and higher temperatures – and thus higher evaporation rates – affect more and more people. Options exist today to foster resilience, but all have costs as well as benefits. As one chapter in this section observes, thinning trees in overgrown forests may help increase water availability for a few years, but may also lead to increases in erosion and sedimentation of streams.

Most proposals to stabilize and ultimately reduce emissions of carbon dioxide and other greenhouse gases into the atmosphere involve large systemic changes in human policies and practices, and thus portend major social and ecological transformation. Maximizing the benefits of such changes, while minimizing adverse impacts on vulnerable components of a system, requires crafting policies that are sensitive to local and regional contexts. For example, in a general sense managing forests to increase carbon sequestration may have beneficial payoffs in areas having vast tracts of forest. However, in the Southwest, this strategy is unlikely to contribute much toward reducing atmospheric carbon dioxide because the region lacks sufficiently large expanses of timber. As the article in this section on alternative energy sources indicates, a larger impact would be made, for example, by reducing greenhouse gas emissions generated by autos and other forms of transportation, shifting to electricity production technologies that do not require burning fossil fuels, and improving the energy efficiency of buildings.

One of the most encouraging developments today is the growing political commitment to addressing global warming issues at state and local levels across the region and escalating interest among individuals in "doing their part." While California remains the regional leader in addressing global warming, leaders in Arizona and New Mexico have begun developing initiatives that are grounded in the environmental and social contexts of their own states.

These initiatives establish the groundwork for how resilience and transformation decisions will unfold. Information and insights such as those provided in this book illustrate the depth and breadth of the issues that must be confronted in these decision processes. They also point the way toward workable solutions that can help build resilience in those systems that must be preserved and at the same time set the stage for transformation of those systems whose time has passed.

*Barbara J. Morehouse is deputy director of the University of Arizona's Institute for the Study of Planet Earth and a Research Associate Social Scientist. She specializes in place-based research on environmental issues, including institutional and policy analysis in the framework of natural resource management and environmental change.*

# Population growth, warming, and water supply

## Water for the ongoing influx of people in the Southwest will come at a cost

By Melanie Lenart

Expanding cities and warming climate merge dramatically in the Southwest to boost water demand. The combined effect of rising population, temperature and water use, meanwhile, threatens to take a toll on quality of life.

"We have put ourselves on a trajectory to make this a hotter, drier place," keynote speaker Grady Gammage cautioned during a June workshop in Phoenix, called "Providing water to Arizona's growing population: How will we meet the obligation?" A lawyer, Gammage helped secure regional water supplies by serving on the Central Arizona Project (CAP) board of directors for 12 years before taking his current post at the Arizona State University's (ASU) Morrison Institute.

While many workshop speakers expressed confidence that Arizona could find water to support the ongoing influx of people, their words supported Gammage's premise that residents would pay a price for continued population growth.

Higher water bills clearly will be coming down the pipeline in many cities, with current as well as future residents anteing up. Declining water quality could represent another cost as water managers consider saltier sources.

Shrinking rivers also follow rising water demand, as acknowledged by speakers at the June workshop, organized by The University of Arizona's Water Resources Research Center, and at an August event in Tucson. Another cost of the growing population and the water policy it will inspire will be measured in degrees.

Temperatures had already reached 110 degrees on the morning of the first day of the workshop, as the sun was reaching its annual peak in intensity on the summer solstice. Unrestrained

population growth will make Arizona cities hotter for several reasons, Gammage suggested, naming more xeriscaping, agricultural water buy-outs, and city infill.

Xeriscaping—using desert vegetation in landscaping—uses less water, but it also does less to cool residential areas than lush grass and trees. Shifting agricultural allotments permanently to cities will reduce the region's ability to weather drought years by temporarily turning off the supply to agriculture. This increases the chances for urban water use restrictions. Promoting the infill of population within city centers saves on pipelines and other infrastructure, but makes cities even hotter as heat-trapping concrete replaces cooler open spaces.

The "urban heat island effect"—a result of concrete, buildings, and asphalt covering open land—worsens as cities become more densely populated. For instance, temperatures in Tempe (near Phoenix) increased by about 10 degrees Fahrenheit over the last century, ASU researchers have found, with about two-thirds of the difference related to the urban heat island effect and the remainder linked to global warming. The population of metropolitan Phoenix roughly doubled in three decades to top 1.4 million in 2005.

Residents who bought homes in 2005 in Arizona's central area—Maricopa, Pinal and Pima counties—can expect the surrounding population to nearly double again by the time they pay off a conventional mortgage in 2035. Their roughly 9.6 million neighbors in the merging three-county urban sprawl will contribute to a projected near doubling of water demand during that same time frame, as described in a discussion paper drafted for the workshop.

The central Arizona region can support only about 8.5 million people with the

water considered "currently secured," according to the paper's preliminary analysis led by ASU researcher Jim Holway, a former assistant director with the Arizona Department of Water Resources. Beyond that population level, projected for about 2020, the supply would depend on securing additional sources such as agricultural water and wastewater effluent (Figure 1).

Additional water sources are "likely" to become available, including from the Colorado River allocations to agriculture, but are not secured at this point. Water managers are pursuing the prospect of treating wastewater effluent, among other sources, to keep up with the growing demand for potable water (For more information: http://sustainability.asu.edu/gios/waterworkshop.htm).

Projections for global warming, meanwhile, indicate regional temperatures could continue to rise throughout the century by perhaps a degree Fahrenheit a decade. That's the rate already registering in Arizona since about the mid-1970s, based on data from the Western Regional Climate Center. It's several times faster than the average rate for the world as a whole.

Higher temperatures boost water demand, especially in summer when residents run evaporative swamp coolers and water wilting plants. An average household in Tucson, for example, uses a third more water during the warm months of May through October than in cooler months.

Global warming causes other regional climate changes as well. Along with temperatures, it increases evaporation rates, rainfall variability and the risk of heat waves and drought.

continued on page 70

70 | Feature Article

# Water supply, continued

"We're going to have to prepare for more intense droughts than we've had in the past," acknowledged Steve Olson, executive director of the Arizona Municipal Water Users Association that covers metropolitan Phoenix. By one climate change assessment that models a slight drop in Colorado Basin precipitation along with an ongoing temperature rise, the river could run short about a quarter of the time in the coming century (*Climatic Change*, March 2004).

"I think the climate is going to change. We need to be able to react to what that change might be." Tucson Water Director David Modeer said.

Modeer and other water managers for Tucson have been alerting residents to the potential need to start converting wastewater effluent into future water within the next decade. Pima County residents must decide in the next few years whether to accept what some critics characterize as a "toilet to tap" plan.

It may be a tough sell. Tucson residents twice voted against even allowing Colorado River water directly into their drinking water, citing water quality issues. Residents finally agreed in 2000 to accept a blend of CAP water with groundwater. The Tucson Water Plan indicates they'll soon be asked to consider a saltier blend, with a greater share of Colorado water.

Tucson renewable groundwater could sustainably support a population of roughly 375,000—less than half the current population of the city's metropolitan area. In theory, Tucson's allotment of Colorado water could supply another 1 million people at current use rates. That would assume that drought doesn't limit the supply, and the city retains its entire share for residential use.

Currently, about 70 percent of Arizona's water, and 80 percent of its Colorado River allocations, goes to support agriculture on private and tribal lands.



**Figure 1.** The population of central Arizona is projected to exceed the "secured supply" of renewable water by about 2020 given current population growth. Water managers are pursuing the prospect of treating wastewater effluent, among other sources, to keep up with the growing demand for potable water.

"Ultimately, urban and rural Arizona are competing for the same water supplies," Gammage told the group, some of who needed no reminding.

"We're a target and we know it," said Roger Gingrich, Yuma's water resources coordinator. He noted that Yuma lettuce growers supply the country, helping Arizona's third largest metropolitan area earn $1 billion a year from crops. The resources, including water, supporting this industry would not be given away lightly, he indicated.

"It's more, what are you willing to pay? When it comes to water, you'll be paying a lot," he said. Noting that bottled water sells in stores for more than $1 a gallon, he tallied the price for an acre-foot of water at about $365,000. Gingrich was speaking mostly with tongue in cheek, but he said he was serious in conveying that farmers would not sell water at the going rate. Currently, Tucson residents pay about $15 for their first 11,200 gallons of water a month. At this rate, water costs about $450 an acre-foot.

Arizona residents would pay an estimated $3,000 an acre-foot for desalinated water in a plan proposed by CAP Deputy General Manager Larry Dozier. The desalination approach he outlined would boost an average water bill to $150 to $200 a month, he said.

It would involve erecting a desalination plant and an electrical plant to power it on the Gulf of California in Mexico, given the approval of Mexico's burgeoning tourism industry on the gulf. The desalinated ocean water could help cover the million acre-feet of Colorado River water promised to Mexico, Dozier said, freeing up more of the river's share for Arizona.

Arizona's share of the Colorado could then support future development. Under current law, developments can go up in Arizona even where water supplies are deemed "inadequate" to supply homes for the century or more they may exist. Also, landowners currently can withdraw unlimited quantities of

**continued on page 71**

71 | Feature Article

## Water supply, continued

groundwater from below their land, with some caveats, even if doing so dries up nearby rivers and neighbors' wells.

In a day of interactive sessions during the June workshop, people suggested policy makers should consider the property rights of existing residents before permitting new developments. Participants also stressed the need to protect rivers when evaluating the potential impacts of new developments.

Southwestern rivers that once flowed year-round have been reduced to intermittent streams in areas where growing populations increasingly tap into groundwater or surface flows, such as Tucson's Santa Cruz River.

Even the San Pedro River has been faltering in recent years, with population growth in Sierra Vista and Benson as well as drought reducing stream flow. About seven miles northeast of Sierra Vista, the San Pedro dried up for 12 days in the summer of 2005—for the first time at least since continuous monitoring began there in 1930. It almost repeated its disappearing act in late June, but reaped the benefits of an early start to the monsoon season.

The impact on the San Pedro from water withdrawals depends in part on where wells go, explained hydrologist John Hoffman of the U.S. Geological Survey. To illustrate, Hoffman showed a map of the San Pedro River where it flowed through Arizona northeast of the Huachuca Mountains and explained the modeled impacts of 50 years of pumping 33 millions of groundwater—an amount that would support less than a thousand people a year at current use rates.

Wells located around the river near Fort Huachuca's eastern edge would draw about 95 percent of their supply from water that would otherwise feed the San Pedro River, Hoffman's preliminary map indicated. In contrast, wells located west

of the river near the Huachuca's southern boundary would draw only about 30 percent of their supply from water that would otherwise go to the stream.

The area's newest spate of wells are going in exactly where Hoffman's analysis shows they would do the most damage, pointed out Patrick Graham of The Nature Conservancy, alluding to some of the development occurring in the budding towns of Hereford and Palominas right along the river.

"Groundwater supports those rivers. While there's not a legal recognition, it's a fact," Graham said. Many states, including Arizona, fail to consider the impact groundwater withdrawals have on nearby rivers, as Robert Glennon describes at length in his book *Water Follies: Groundwater Pumping and the Fate of America's Fresh Waters*.

Graham compared groundwater basins to bathtubs, noting that rivers flow only when the basins are full enough to overflow into channels. Yet surface waters serve millions of birds as "nature's highways, hospitals, hotels, and restaurants," he said. Conservationists consider the San Pedro especially crucial as an oasis for migratory birds, as it encompasses the northern limits for some tropical species and the southern edge for some species traveling from cooler climates.

Tourism and recreation also thrive due to surface water, such as the inner tubing industry on Phoenix's Salt River.

Concern for rivers and their functions drew a crowd of about 250 people to an August talk in Tucson by Jackie King. A researcher from South Africa, King assesses ecological, social, and economic values of river systems around the world and how they change with development.

Noting that Arizona policy encourages population growth, she outlined how
**continued on page 72**

## A natural source of water

BY MELANIE LENART

Homeowners can turn their yards into oases by capturing rainwater and recycling household water, explained Brad Lancaster, author of *Rainwater Harvesting for Drylands*.

He describes harvesting principles that allow plants to thrive and thus cool the area around homes, a form of climate control that becomes more crucial with temperatures rising and populations growing.

"We're truly desertifying our so-called desert," Lancaster said during a talk this year at The University of Arizona's Water Resources Research Center. "Here's where the rivers are today," he added, showing a slide of a Tucson street flooded by monsoon rains.

Paved streets, concretized river banks, and hard bare soil all channel water away before it can soak into the ground—sometimes whisking it out of town even before it can recharge groundwater aquifers, he noted.

A permaculturist based in Tucson, Lancaster learned some of his techniques in Zimbabwe, which has a semi-arid climate similar to that in the Southwest. There, a man he calls Mr. Phiri taught him how to "plant water before planting trees" and other lessons. These include:

- Start by observing your landscape during rains, noticing how water moves and collects. Then revise after noticing what does and doesn't work.

- Start at the top of your "watershed," which on a residential lot may be a roof. Capture and/or

**continued on page 72**

## Water supply, *continued*

researchers could assess some of the benefits and costs of proposed water withdrawals to encourage more informed policy decisions (*River Research and Applications*, Fall 2003).

Using extensive data on historical, present-day, and future river flow patterns and location of riparian plants, researchers could project how proposed withdrawals might impact water quality, wildlife, and tourism, for example.

"If you take half your diet away, you will change. If you take half the river water away, it will change," King told the crowd gathered at The University of Arizona. Later she reminded, "Good quality of life doesn't just mean a nice house and food in the fridge."

King noted that her approach includes working with various interest groups and individuals. With her recommended approach, scientists restrict their role to evaluating and presenting data, leaving policy decisions to the governments and stakeholders involved.

In the concluding remarks at the June conference, Kathy Jacobs encouraged water managers and the research community so explain the impact of decisions so policy makers could avoid working "in a vacuum." A onetime water manager, Jacobs now directs the tri-university Arizona Water Institute.

Water managers need to create a better link between water availability and population growth management, Gammage suggested, adding, "I don't think water managers can continue the attitude of 'We're the plumbers. You tell us what we need to do and we'll do it.' "

*Melanie Lenart is a postdoctoral research associate with the Climate Assessment for the Southwest (CLIMAS). The SWCO feature article archive can be accessed at the following link: http://www.ispe.arizona.edu/climas/forecasts/swarticles.html*

## Natural source, *continued*

direct gutter water toward plants or into a storage tank.

💧 Start small. Use simple strategies that slow and spread the flow of water across the land, giving it time to seep down into soil.

💧 Maximize ground cover, especially living ground cover. Plants and mulch help soils quickly soak up water, so it won't be available for mosquito breeding.

"If nothing else, raise your pathways and patios and sink your planting areas," Lancaster suggested. That way plants will receive some of the water running off the impermeable surfaces.



**Figure 2.** Brad Lancaster in front of the cistern that stores rainwater in his yard. Photo credit: Melanie Lenart

During an early September tour of his yard, he pointed out a 1,200 gallon cistern—now full—that stores water channeled from his roof (Figure 2). A spigot on the side yields some of its contents with a turn of the faucet. A driveway and a strategically sliced curb pull in some of the street's flow during monsoon rains, where native plants benefit from the spillover. Corrugated zinc on the roof of his workshop drains water in rivulets into an area sprouting orange and fig trees.

The thriving saplings also receive water every time Lancaster washes a load of clothes. Recycled water draining from showers, washing machines, and other household pipes is known as greywater.

Arizona has begun encouraging residents to use greywater for landscaping, as long as they avoid draining from kitchen sinks or, of course, toilets. In 2007, the state will start providing up to $1,000 in tax credits per household to help reimburse residents who set up greywater-harvesting systems.

When employing greywater, Lancaster recommends using liquid detergents rather than powders, which use salt as filler. Also, unlike rainwater, greywater should not be stored in a tank. Lancaster encourages people to deposit it directly into mulched and vegetated soil.

Water harvesting can make a crucial difference when living in any desert. Lancaster's mentor, Mr. Phiri, became a role model for his village in Zimbabwe after turning a barren wasteland into a productive farm over the years.

"There are other people in his village literally dying of thirst in drought years, and he is raising fish," Lancaster said. "And they could be doing the same."

*More information about the tax credit program, suitable detergents for greywater systems, and Lancaster's book can be found at his website: http://www.harvestingrainwater.com.*

# Plan to thin trees in Apache-Sitgreaves forest could increase streamflow in short term

By Melanie Lenart

As the Apache-Sitgreaves National Forest launches its stewardship project to thin about 15,000 acres of Ponderosa pine forest a year over the next decade, the question arises: Will the reduction of trees in these forests mean an increase in streamflow for the communities that border them?

The consensus of researchers who have tackled this issue is a qualified "yes." Thinning some of the trees in these admittedly dense stands of pines should lead to an increase in runoff for the streams that flow through the thinned areas—but only for a few years, and perhaps only noticeably so during years of high precipitation.

"I can't see any reason why it wouldn't have the benefit of providing additional water," University of Arizona Natural Resources Professor Peter Ffolliott said of the planned Apache-Sitgreaves thinning project. "The question is does that (benefit) persist, and of course it doesn't because the site recovers after awhile."

Typically, the increase in streamflow, a.k.a. water yield, that a thinning project promotes drops off after about five years, he noted. But if the thinning project stretches across 10 years, as planned for the stewardship project, the increase in water yield could continue for more than a dozen years, albeit it with the benefits turning up in different streams within the White Mountains watershed.

The forest stands targeted for thinning as part of the stewardship project drain variously into three major rivers: the Little Colorado, the Gila, and the Salt rivers, noted Robert Dyson, who handles public affairs for the Apache-Sitgreaves National Forest. Some of the local tributaries that stand to benefit in the near future include San Francisco, Mineral, Show Low, Silver, and Chevelon creeks.

A research project on the White Mountains' Thomas Creek headed by one of Ffolliott's then-graduate students, Gerald Gottfried, found that streamflow increased measurably in the eight years following a 1978–79 tree harvest that reduced the ground coverage of trees by about a third.

Gottfried, who now works as a research forester for the Rocky Mountain Research Station, used streamflow measurements to estimate an average increase in annual runoff of about 1 to 1½ inches based on measurements from when the logging ended in 1979 to when the study ended in 1986 (Figure 1). Runoff is the amount of water that makes it to streams after trees and soils get their fill. Like precipitation, runoff is a point measurement often reported in inches.

The water yield increase came mainly from winter precipitation (Oct. 1 through May 30 in his analysis), especially from March through May, Gottfried indicated. Apparently snow piled up in cleared openings, thus leaving less surface area susceptible to evaporative processes. However, the difference was driven mainly by wet years, he noted. Annual precipitation on the Thomas Creek watershed averaged about 30

## Salt cedar: Villain or scapegoat when it comes to water use?

By Melanie Lenart

Salt cedar's reputation as a high water user has made it the bane of water agencies for many decades. When the drought slowed the flow of many southwestern rivers down to a trickle in 2002, its presence along New Mexican waterways even made it a target of then-gubernatorial candidate Bill Richardson.

Upon his election, Richardson followed through with his plan to eradicate salt cedar stands lining the state's riverbeds. In 2003, the state spent $4 million to spray the herbicide Arsenal from helicopters onto stands of salt cedar, also known as tamarisk because of its scientific name *(Tamarix* species, mainly *ramosissima).* About 25,000 acres of salt cedar had been so treated by spring of this year, according to an April 1 op-ed piece in the *Albuquerque Journal* by Assistant Secretary of the Interior Rebecca Watson, who touted the eradication effort as an outstanding example of water conservation in the West.

Yet there are some who consider salt cedar to be a scapegoat. One of these skeptics is Edward Glenn, a senior research scientist with the University of Arizona's Environmental Research Laboratory. Glenn mentored then-graduate student Pam Nagler in research estimating water use of salt cedar compared to other species based on their leaf area indices and other remotely sensed data for a roughly 200-mile stretch of the Lower Colorado River.

"Particularly, salt cedar doesn't seem to be the big hog, the biggest water user, that people have given it credit for," Glenn said. "For years and years, people

continued on page 75

continued on page 74

74 | Feature Article

## Runoff, continued

inches a year between 1964 and 1986, but ranged from about 20 to 44 inches.

"In high-precipitation years, it seemed there was more water in the ground than the trees could use, but this would not work in a dry year," he explained during a recent telephone conversation. "In the middle of drought—and this is not just in Arizona but throughout the U.S.—you're not going to create more water."

David Goodrich, a hydraulic engineer with the U.S. Department of Agriculture Research Service unit, concurred. Measurable water yield increases are difficult to detect in dry years or dry areas, he said, noting that a research project he worked on that involved removing woody vegetation on 10 acres near Tombstone found no difference in water yield after the treatment. The research site receives an average of about 13.8 inches in annual precipitation.

"The conclusion was that the variability or some of the uncertainty in rainfall was enough to mask the potential change in water yield," Goodrich explained.

In the case of the Apache-Sitgreaves stewardship project, any water yield increases would be seen as a fringe benefit to the main intention: to reduce fire risk in the forest stands near communities, which foresters call the wildland-urban interface.

Another potential fringe benefit, although more speculative, might be increased resistance to bark beetle outbreaks among the remaining trees in the stand. Drought stress makes it more difficult for trees to repel these invasive insects with their sap, so the thinking goes that reducing the competition for water among trees can only help boost a stand's resistance to bark beetle.

For that matter, the millions of trees killed in recent years by beetles and by fire in southwestern forests have also



**Figure 1.** The South Fork of Thomas Creek in the White Mountains had a slight tendency to produce more "runoff," or water yield from overland flow, before a logging treatment that was completed on the South Fork of the watershed in 1978. After the treatment, this tendency was more pronounced, as the above graphic illustrates. However, the main difference occurred in years of high precipitation. On the graphic, the scale for precipitation for the Thomas Creek watershed is on the left, while the scale for runoff values is given on the right. Data from 1989 University of Arizona dissertation of Gerald Gottfried, School of Natural Resources.

stopped drawing water for sustenance (although their remains may still increase surface area and therefore evaporation rates). All living plants use water for tissue construction as they photosynthesize, and for nutrient transport as they transpire, with the latter describing the process of transporting water from their roots to their leaves for eventual evaporation.

It's comforting to know that there's a silver lining to the clouds of smoke and flying insects that have ravaged southwestern forests in recent years. But the increase in water yield from beetle kill and particularly from fire poses other problems—namely floods and erosion.

It's ironic that drought can actually increase the risk of floods, albeit indirectly, because it increases the risk of severe fires and insect attacks, commented Daniel Evans, a hydrologist with the U.S. Geological Survey's Tucson office. Severe fires in particular can increase flood risk by searing the soil, changing its structure so that it repels water.

This, in turn, reduces the rate at which water can infiltrate soil and so increases the runoff rate, i.e. the rate at which water will flow over the land and reach streams. (For more details, see "Flooding after Fire" from the May 2003 packet at: http://www.ispe.arizona.edu/climas/forecasts/archive/may2003/may2003figs/19_Floods.html)

Like the White Mountain logging treatment, the 2003 Aspen fire on Tucson's Mount Lemmon caused peak streamflow increases when severely burned watersheds were exposed to monsoonal rains, reported Evans, who helped monitor streamflow within the Sabino Canyon and Canyon del Oro drainages. After making adjustments for precipitation differences, he estimated streamflow highs on some creeks draining the burn area were more than five times greater than they had been before the fire.

Unfortunately, the excessive streamflow turned into a wall of water that careened through the town of Oracle in August of continued on page 75

## Runoff, continued

2003, sweeping 60-year-old newspaper publisher Jim Huntington to his death.

Peak streamflow increases also occurred on watersheds draining forests affected by the Rodeo-Chediski fire. For instance, concerns over potential floods led officials to evacuate the town of Carrizo three times, Evans said. But no deaths related to fire-caused floods were reported.

The Rodeo-Chediski fire of 2002 set the Arizona record for fire severity in the past century, with about 460,000 acres burned to varying degrees. So perhaps it's not surprising that the highest measured increase in streamflow peaks occurred within that burn area, in Ffolliott's estimation.

Ffolliott was watching the televised account of the fire in action when he noticed that it was spreading to an area that he and others had worked on in the 1970s. Although they had finished the project in 1977, they had left the flume and some other measuring devices in place—and were able to relocate them within a week after the Rodeo-Chediski's devastating passage through the area.

"It was a tragic event, but it was a unique research opportunity," Ffolliott said of the fire. He and U.S. Forest Service project leader Daniel Neary used a high water mark to estimate that, at one point during monsoonal rains a few weeks after the fire, streamflow through the plume peaked at 232 feet per second —about 2,300 greater than the peak of 0.1 feet per second they measured during the 1972–77 experiment on the same creek.

The arrival of the monsoon season near the tail end of the southwestern fire season contributes to peak streamflow and erosion extremes that—along with drought—help define the semi-arid lands of the Southwest. Particularly in the case of severe fire, higher erosion rates tend to accompany the dramatic increase in streamflow peaks, with soil often seared and formerly protective vegetation shriveled or dying.

On the severely burned watershed of the Rodeo-Chediski fire, Ffolliott and Neary measured post-fire sediment yield rates of about 25 tons per acre. This is about five times higher than the baseline rates of 4 to 5 tons per acre they calculated for the 1972–77 time frame.

Similarly, Evans noted that the July Nuttall Complex wildfire on Mount Graham led to erosion that dumped at least 30 feet of sediment into the Frye Mesa Reservoir. But, as in the case of streamflow and water yield, he estimated that it generally takes about five years or less for a mountainside to stop shedding topsoil at unusually high rates.

Streamflow peaks on the creeks Ffolliott is monitoring at the Rodeo-Chediski site are already coming back to normal, at least at the larger scale of the watershed, he indicated.

"Actually, peak flow declined quite rapidly down to pre-fire conditions. I think we still have some elevated flows coming through, but it's nothing like in that first year," he said. "During our first trip out there, it was during the monsoon and thunderstorms started. You felt a little uneasy. Literally, we were the only living things out there. Now it's getting green again, which is kind of nice."

Nature has a track record of rebounding from disturbance, whether it's from fire, insect invasion or tree cutting. Assuming topsoil remains, vegetation will find a way to respond with a fresh flush of growth to the inherent productivity of a site—which is based on the input of sunshine, snow and rain. As it does, the transient benefit of increased water yield will fade away—like a far-away cloud drifting across the horizon.

## Salt Cedar, continued

would quote these figures that they were using 3 to 4 meters of water a year, but they didn't have good methods for measuring it."

More recent techniques using sophisticated technology have found that salt cedar trees were using comparable amounts of water as the native cottonwood and willow trees they are seen as replacing.

"They (researchers) found that it actually uses less water than Bermuda grass. So your back lawn is actually using more water than salt cedar," Glenn said. Nagler, Glenn and others reported in a 2004 paper in *Agricultural and Forest Meteorology* that salt cedar actually appeared to consume less water than cottonwood, based on leaf area indices.

A year-long study conducted by Steve Hansen, an assistant area manager for the Albuquerque office of the U.S. Bureau of Reclamation (USBR), and colleagues found that salt cedar at the site they measured in the late 1990s used about 4 feet of water a year. This is about one third of the 4 meters it had been accused of consuming, although values would vary somewhat by site. Salt cedar used about the same amount of water as alfalfa, and roughly 20 percent more water than cottonwood, Hansen's research indicated.

Glenn credited Juliet Stromberg, an associate professor at Arizona State University, with launching the effort to examine the salt cedar issue objectively.

Stromberg explained by telephone that she falls into the camp of researchers who suspect salt cedar has proliferated because of changes in streamflow patterns, livestock grazing, water availability, and water quality. Given sufficiently high water tables and natural flood regimes (which reduce soil salinity) and protection from grazing, cottonwood

**continued on page 76**

# Salt Cedar, continued

and willow will grow taller than salt cedar and therefore maintain dominance in stands, her research indicates.

"There is an assumption that salt cedar has contributed to changes in stream hydrology and geomorphology that has, in turn, reduced the ability of cottonwood and willow to survive," she explained.

However, seeds from both native species are distributed and nourished by a natural flood regime, which typically is lacking in the dam-regulated environment of western rivers. In addition to salt cedar, houses tend to line the rivers, and it's doubtful many residents would welcome annual floods. Also, the ongoing water use by the growing population of people and by long-time farmers may be lowering the water table beyond the tolerance of cottonwood and willow.

"If salt cedar is not the cause—if it's just sort of a symptom—then if you clear the salt cedar you haven't addressed the root cause of vegetation change," she added. Rather than native vegetation, salt cedar is likely to return, unless changes occur in the management of rivers and floodplain lands.

New Mexico planners have not yet moved fully into the stage of re-establishing native vegetation to replace the Arsenal-killed salt cedar stands. Although thousands of salt cedars lining the Middle Rio Grande River are "deader than a hammer," many of them remain standing on the landscape while officials confirm their demise, Hansen said. State officials are trying to figure out what to do with all the dead wood, which can act as a fuel source in case of fire, or transform into dangerous woody debris in case of floods. Until then, little can be done to re-establish native species, he indicated.

Streamflow in river stretches in which salt cedar was killed are not showing clear signs of an increase in water yield since eradication, said Hansen, who attributed this to an inability to measure water levels accurately enough to detect a difference. He compared the concept of measuring a difference to trying to detect how much water a person has consumed based on a change in their weight. Instead, he suggested it is more accurate to measure the actual amount of water the person consumed, as with studies like his that document how much water a salt cedar tree consumes.

Given the relatively small portion of the water allotment consumed by "phreatophytes" like salt cedar, cottonwood, and willow—which the USBR estimates at about 7 percent of its total water budget along the lower Colorado River from Hoover Dam to Mexico—it's even more understandable that a difference would be difficult to detect. Based on the 7 percent proportion, even if salt cedar represented all the phreatophytes and was completely replaced with cottonwood stands that used 20 percent less water, the best the Bureau could hope for would be about a 1.4 percent increase in total available water along this stretch.

Still, in the Middle Rio Grande, the savings estimated from the approximately 60,000 acres covered by salt cedar in 2002 potentially would amount to about 40,000 acre-feet of water, Hansen noted. However, if riverside trees follow water use patterns similar to mountaintop trees, the water yield increase may be more obvious during wet years than dry ones. (See related story in this issue.)

Also, it's a bit more complicated than a one-to-one replacement of salt cedar with native vegetation because cottonwood and willow trees won't necessarily be able to survive in the same places occupied by salt cedar, noted Fred Nibling, a research botanist for the USBR's Denver office.

"The difference is the footprint on the terrain that salt cedar is capable of occu-



U.S. Bureau of Reclamation scientists work on methods for revegetation that can be used once they eradicate the salt cedar lining the banks of Pecos River near Carlsbad, New Mexico. Although most salt cedar eradication efforts in New Mexico involve using chemical control, the area above is about five miles from a Pecos River site where scientists are trying biological control by introducing a beetle that kills salt cedar. Photo by Fred Nibling.

pying is much greater than that of cottonwood and willow," he elaborated. So the eradication program could help the USBR in its mission to deliver the allotted water to its clientele, which includes farmers near New Mexico's Elephant Butte Reservoir who have not received their full allotment for several years.

Salt cedar is considered an invasive species by most ecologists. It was introduced to the West from Asia, in part to help control erosion. Its ability to live along relatively dry channels that do not support other riparian species does help prevent erosion, but salt cedar is also accused of making the soil more saline via leaffall, and of contributing to flood risk by narrowing channels.

Nibling acknowledged that the situation posed an environmental challenge, with the goal of controlling invasive plants (salt cedar) competing with the goal to protect endangered species (including the willow flycatcher, which does well in salt cedar stands).

"It's an interesting quandary," Nibling said. "It's really a challenge to our scientific skills to make it work for both groups."

*Melanie Lenart is a postdoctoral research associate with the Climate Assessment for the Southwest.*

77 | Feature Article

# Global warming inspires a look at solar, wind energy

## Southwest eyeing ways to cut emissions from fossil fuels such as oil and coal

By Melanie Lenart

Now that many Americans accept the reality of global warming, they want to do something about it. In the Southwest, that desire is being harnessed into initiatives to improve energy efficiency and boost alternative forms of power, such as solar and wind energy.

The rising temperatures of recent decades trace back largely to emissions of greenhouse gases, mainly from the burning of fossil fuels like coal, gas, and oil. So the first step toward reigning in global warming involves reducing fossil fuel emissions.

The United States releases more greenhouse gases from fossil fuels than any other nation. Per-person emissions tally about six times higher in the United States than in China, the runner-up for title of world's biggest producer of greenhouse gases. Yet the U.S. government has declined to join the international effort to reduce greenhouse gas emissions, known as the Kyoto Protocol.

Many states, cities, companies, and individuals are attempting to fill the void left by the federal government. New Mexico and Arizona are making efforts to reduce fossil fuel emissions by supporting alternative fuels and improving energy efficiency. The state efforts also affect cities, companies, and individuals, especially those interested in powering their homes and offices with solar energy.

### Statewide initiatives

"The governors are moving on this primarily because the federal government is not," explained Sandra Ely, New Mexico's Energy and Environment Coordinator. Ely served as the point person for the state's Climate Change Advisory Group, which released an action report in December. Arizona released its action report in mid-2006. The groups



**Figure 1.** The pie charts show the source of greenhouse gas emissions in Arizona (a) and New Mexico (b) based on 2000 data. New Mexico has an additional category, Fossil Fuel Industry, which largely reflects its coal mining and processing operations.

identified major sources of greenhouse gases (Figure 1) and recommended ways to reduce them. (See links to these documents on page 6.)

In September, Arizona Governor Janet Napolitano responded to the report by issuing an executive order requiring the state to drop back to 2000 levels by 2020, and to 50 percent below 2000 levels by 2040. At the time, she noted that the proposed recommendations would actually save money, amounting to $5.5 billion through 2020 and more in subsequent years.

In New Mexico, Governor Bill Richardson had issued an executive order in 2005 setting up the advisory group and asking it to think of ways to reduce the state's total greenhouse gas emissions to 2000 levels by the year 2012, to 10 percent below those levels by 2020 and to 75 percent below by 2050. To address the quotas, the advisory group decided to focus on the electricity

consumed within the state, which represents roughly a quarter of the all the greenhouse gas emissions produced. The governor followed up with an order last month prescribing some actions, including making new buildings and cars more energy-efficient.

Both states face the challenge of trying to stabilize greenhouse gas emissions even as their populations explode. The number of Arizona residents rose by 40 percent during the 1990s, while New Mexico's population increased by 20 percent. Population growth averaged 13 percent in the nation during this time frame.

Arizona's population growth is translating directly into the country's highest growth rates in greenhouse gas emissions, noted Kurt Maurer, an Arizona Department of Environmental Quality employee who helped organize Arizona's Climate Change Advisory Group.

**continued on page 78**

78 | Feature Article

# Sun and wind, continued

"Our growth rate is outpacing astronomically what other states are experiencing. We're the fastest growing state in the country," Maurer said.

In both states and the country as a whole, per-capita greenhouse gas emissions—measured in metric tons of carbon dioxide equivalent per person—remained roughly stable since 1990.

New Mexico's large coal industry coupled with its relatively small population help make the state's per-capita greenhouse gas emissions about double the national average. The New Mexico advisory group targeted changes in this sector as one of the most effective ways to reduce overall emissions.

Arizona falls below the national average for greenhouse gas emissions per person, in part because the region's mild winters demand less heating. Still, electricity demands for Arizona homes have quadrupled in recent years as developers build larger structures and air conditioners replace swamp coolers.

### Better buildings

Energy use in buildings accounts for about two-fifths of greenhouse gas emissions in the Southwest, counting the lighting and cooling provided by electricity. This has inspired leaders in both states to push for more energy-efficient structures.

Governor Richardson has promised to move forward on several regulatory fronts that don't need legislative approval. These include requiring contractors to follow the green building rating standards known as LEED, for Leadership in Energy and Environmental Design. This energy-efficient approach offers one of the best economic returns, Ely said.

"You may have some initial upfront costs of maybe 2 percent more, but you get so much back from that initial



**Figure 2.** Wind power installments, measured by the capacity of windmills set up each year, rose by an average of 24 percent a year since 2000. Data from the Global Wind Energy Council.

investment that you make the money back fairly quickly," she noted. Although homeowners will pay a bit extra for the home, the longer-term energy savings would amount to about $12 per ton of carbon dioxide equivalent by 2020, the report projects.

Even existing homes sometimes can benefit from improvements in energy efficiency, noted Tom Goldtooth, executive director of the Indigenous Environmental Network. Some reservation homes even have ice building up in corners, a sign that energy is leaking out of the cracks, he explained during a December Tribal Lands Climate Conference held in Yuma.

Federal tax credits for home improvements including insulation continue through this year. (See links on page 6.)

### Fuel-efficient cars

Greenhouse gas emissions from vehicles rival the amount coming from energizing buildings in Arizona. Transportation

accounts for about 39 percent of fossil fuel emissions in Arizona and 17 percent in New Mexico. Our nation's driving habits account for about half of the auto emissions around the planet, a 2006 Environmental Defense study showed, in part because Americans favor large vehicles with low gas mileage.

New Mexico plans to shift into more stringent vehicle emission standards by adopting California's Clean Car guidelines. California's interest in reducing its greenhouse gas emissions and related air pollution inspired Fran Pavley and other legislators to set a quota for electrical cars and restrict the sale of vehicles with low fuel efficiency. Auto makers and their organizations have sued to keep the state from implementing the law.

Arizona is holding off on adopting the California standards until the lawsuit is settled, Maurer said. In the meantime, the governor issued an executive order requiring that departments purchase

continued on page 79

# Sun and wind, continued

fuel-efficient or hybrid vehicles so that the official fleet will meet these standards by 2010.

Plans are also moving forward for Arizona Grain, Inc., to open an ethanol production plant in Maricopa by mid-year. The company plans to convert corn into 50 million gallons a year of a fuel blend containing 85 percent ethanol. Ethanol is an alternative to oil that emits fewer pollutants than a conventional system, including perhaps 20 percent fewer greenhouse gases.

However, some policy experts worry that its widespread adoption could worsen conditions for the world's poor in the long run. Lester Brown, president of the Earth Policy Institute, has cautioned that a large-scale move to ethanol would force less developed countries to compete with wealthy countries for world grain supplies. Because of this risk, Brown instead promotes developing wind energy to power electric vehicles.

## Wind power

Whether cars reap the bounty of wind energy in the Southwest or not, utilities in both states will be employing more windmills to meet requirements that renewable energy comprise a greater share of their generating capacity. Existing laws require Arizona to meet 15 percent of its electrical needs from renewable sources by 2025, while New Mexico must obtain 10 percent by 2011.

New Mexico already has a 204-megawatt wind farm in House, with windmills dotting the landscape on private ranches amid grazing cattle, Ely pointed out.

"The ranchers love it. It's a great utilization of their ranchland," she added. The leases for windmills provide an ongoing source of income to ranchers with a livelihood that is subject to change with climate fluctuations.



**Figure 3.** Electrical generation from solar cells lags behind wind globally, but the rate of increase surpasses 30 percent a year since 2000. Data here are estimates based on published graphs of information from PV Energy Systems, Inc.

According to Ben Luce, director of the New Mexico Coalition for Clean and Affordable Energy, New Mexico will need more electricity transmission lines to profit from wind potential. The coalition supports adding transmission lines throughout eastern New Mexico, a windy area that could eventually supply 4,000 to 8,000 megawatts of wind power—enough to power the whole state, he said

"A lot could change in this whole discussion in the next couple of years if we get this off the ground. Basically we could displace coal in the Southwest," Luce ventured. "The beauty is this is all local technology, so it won't hurt the economy. It could even help it."

New Mexico could develop a wind turbine manufacturing plant in an Albuquerque railyard under one proposal on the table, Luce said. Discussions call for the plant to produce windmills that can generate between 1.5 megawatts and 4 megawatts of electrical power each.

A shortage of windmills threatens to derail some U.S. projects in the short term. Many experts consider the shortage temporary, soon to be relieved with upcoming windmill production plans.

China currently overwhelms the windmill market with its demand, but lately the nation of 1.3 billion people has been stepping up its own production of windmills in hopes of meeting its needs independently. An upswing in windmill production in China and other countries is expected to ease the shortage within a few years.

At 10 cents a kilowatt-hour and falling, wind energy prices compete directly with electricity produced from fossil fuels. This helps explain their growing popularity around the world (Figure 2). Creating solar-powered electricity, meanwhile, remains relatively expensive, although passive solar heating of water pays off quickly. As a result, solar electrical systems haven't been keeping pace with wind except in rates of increase (Figure 3).

**continued on page 80**

# Sun and wind, continued

**Solar power**

Both Arizona and New Mexico provide cash incentives to homeowners to supplement federal subsidies for renewable energy. As a result, the government covers about half the cost of rooftop panels using photovoltaic cells (PVCs). (See links to the right.)

A roof-mounted system from American Solar, which participated in Arizona's climate change advisory group, would cost about $14,000 after cashing in federal and state credits, explained spokesman Tom Alston. A system this size would supply half the electrical needs of a typical Arizona home, he said.

American Solar's systems run about $3 per watt of electrical energy installed, or $3,000 per kilowatt, Alston estimated. Electric bills come in kilowatt-hours, which measures the number of hours in which a system uses 1,000 watts of energy. Although solar energy is produced only while the sun is shining, Southwestern homeowners generally can sell their extra electricity to their utility companies at retail prices, then buy back what they need during the night.

The investment pays off before the 25-year warranty runs out, Alston said, noting it would yield a 6 and a half percent return over its lifetime assuming a modest increase of about 3 percent a year in electricity rates.

"But it's also like buying an energy future," Alston added, referring to the stock market tactic of banking on the likelihood of future price increases. "Every time the rates go up, the system becomes more valuable. I'm essentially ensuring my rates don't go up for the next 25 years."

Arizona Public Service has one of the world's largest plants using solar power. Its Springerville, Arizona, plant hosts a 5-megawatt facility. American Solar also is finalizing plans for a 1-megawatt solar plant on the Gila River Indian Reservation south of Phoenix.

Luce hopes to lure PVC manufacturing plants into New Mexico, especially in places like Demming and Las Cruces where they could supply viable sunny sites nearby. An Albuquerque development known as Mesa del Sol might benefit from Sandia Laboratory efforts on a version of power known as concentrated solar power, he said.

With the concentrated approach, lens arrays follow the sun's daytime passage through the sky, focusing the captured light onto PVCs, explained Roger Angel, director of The University of Arizona's Mirror Lab. The Mirror Lab is researching concentrated solar power, applying its expertise in astronomy to the effort.

"It's like many little telescopes looking at the sun," said Angel. With the focused energy, fewer PVCs can yield more electricity compared to conventional solar. Angel has a team of investigators working to refine the materials and technique in the hope of bringing costs into the commercial range. "There's no difficulty in making energy from the sun," he said. "The key issue is can you do it for $1 a watt [installed], not $4 a watt."

Creating energy from PVCs remains relatively high for several reasons. Germany's appetite for solar panels is helping to keep demand greater than supply. Also, a shortage of refined silicon, an essential material for PVCs, limits production. Concentrating solar power could help get past this barrier because it provides more energy per unit-area of PVCs.

The Southwest is leading the way on concentrated solar, as befits the region with the lion's share of the nation's harvestable sunshine. An APS project in Red Rock, Arizona, is planning to use concentrated solar power to heat oil to generate power, Alston said.

By tapping into the power of the sun and wind and improving the energy efficiency of buildings and cars, officials hope to curb the growth of greenhouse gas emissions. This, in turn, could help stabilize climate and avoid some of the impacts of the ongoing global warming.

There's still a long way to go, but government mandates are fueling a revived interest in alternative power and conservation. Those who buy into these efforts enjoy the satisfaction of knowing they're doing their share to stabilize climate.

*An upcoming article will address efforts to reduce greenhouse gas levels via forest management, carbon sequestration, and renewable energy credits.*

*Melanie Lenart is a postdoctoral research associate with the Climate Assessment for the Southwest (CLIMAS). The SWCO feature article archive can be accessed at the following link: http://www.ispe.arizona.edu/climas/forecasts/swarticles.html*

## Helpful Links

**Arizona Climate Change Advisory Group**
http://www.azclimatechange.us/

**New Mexico Climate Change Advisory Group**
http://www.nmclimatechange.us/

**Database of State Incentives for Renewables & Efficiency**
http://www.dsireusa.org/

**Energy Star on federal incentives**
http://www.energystar.gov/index.cfm?c=products.pr_tax_credits#1

**New Mexico Coalition for Clean & Affordable Energy**
www.nmccae.org

**Calculating individual greenhouse gas emissions**
http://www.cool-it.us/index.php?refer=&task=carbon

# Everybody counts when reigning in global warming

## What businesses and individuals can do to mitigate carbon dioxode emissions

By Melanie Lenart

Imagine a drier and warmer Southwest, a region in which heat waves, droughts and, paradoxically, floods become increasingly frequent, and snow cover dwindles. These projections, made by the world's leading climate scientists, suggest that climate change will hit the Southwest harder and sooner than some other areas of the country if global warming continues unchecked.

In the face of such a dire scenario, how can the average citizen possibly help? Certainly not everybody can afford to put solar panels on their roofs to reduce their contribution to global warming, but there are many ways individuals and businesses can reduce their impacts on climate. Purchasing carbon offsets from various groups, planting trees, driving less, adjusting the thermostat, and other individual efforts collectively add up to valuable cuts in the emissions that contribute to global warming.

**Energy credits**
For about $20 a month, the average American can eliminate greenhouse gas emissions, according to the Cool It! campaign, a carbon offset project run by a coalition of four groups (Figure 1). It sounds almost too good to be true, considering all of the problems associated with rising industrial greenhouse gas emissions and their role in global warming. Society's current production of greenhouse gases—mainly from the burning of gas, oil, and coal—is projected to boost Southwest temperatures about 0.7 degrees Fahrenheit a decade on average throughout this century. That rise brings a host of predicatable changes, such as a reduction in snow cover and an increase in heat waves, as well as the potential for troublesome climate surprises.

A carbon offset investment, which varies by individual habits, allows people to virtually erase their greenhouse gas emissions, supporters say. Critics charge that the international carbon trading system and the U.S. adaptation of it create illusions about what needs to be done to reign in global warming.

The Cool It! campaign lets people offset their carbon emissions by supporting a 66-megawatt wind farm in southern California. The campaign gives people Renewable Energy Credit certificates (RECs), also known as green tags, for the energy produced when their money brings the generated wind energy down to market value, explained Julio Magalhães of the Sierra Club, one of the groups involved in the campaign.

"You're actually paying only this tiny cost difference, which is the difference between the price of coal versus wind," he said. A penny or two per kilowatt-hour can thus go a long way, explaining why the cost is relatively low. "For the price of a café latte per week, you can offset your carbon emissions," he added. The contributions are also tax-deductible.

In another effort to cut emissions, *Native*Energy, a majority tribally-owned company, uses contributions to support renewable energy, said Robert Gough, of the Intertribal Council on Utility Policy. The carbon offsets in this case count as green tags. *Native*Energy's efforts support the construction of new tribally-owned renewable energy projects that might not be built otherwise, Gough said.

"That money is there to finance renewable energy projects. The finance piece *Native*Energy brings is a significant factor in getting that project built," Gough said. For instance, offsets purchased by *Native*Energy covered about 25 percent

of the hardware cost of a 750-kilowatt wind turbine on the Rosebud Sioux Reservation in South Dakota. Now the Rosebud Sioux Tribe is working out the final details of a 30-megawatt wind farm, also with support from selling green tags, he said.

Offset projects often sell credits based on the expected life span of the project. Putting up a windmill involves taking out a loan that requires operators to maintain the system for its expected life span, typically 25 years, Gough noted.

Many southwestern utilities allow their clients to support renewable energy by adding a surcharge to their bill, which in some cases is applied toward the purchase of solar energy from other customers. The U.S. Environmental Protection Agency (EPA) lists the utilities that provide this option on its Green Power website (see links on page 5).

But not everyone supports the concept of carbon offsets. At this stage, no national accounting system guarantees a carbon offset credit is sold only once or that it delivers what it promises, said Tom Goldtooth, the executive director of Indigenous Environmental Network and co-author of the 2006 book *Carbon Trading*.

"The elders said if there is something you can't translate, beware. How can you translate trading hot air?" he asked rhetorically during a December Tribal Lands Climate Conference held in Yuma, Arizona. Goldtooth directed his harshest criticism toward the international carbon trading market. "One of the concerns is that it provides no incentives for clean energy," he said.

Offset programs can give Americans a false sense that by writing a check, they can stop worrying about how much

**continued on page 82.**

# Reigning in global warming, continued

they drive or use air-conditioning, he indicated. "The carbon trading culture continues to feed our addiction and doesn't address the issues of consumption."

Tree-planting projects can allow companies to gain carbon offset credits for planting monocultural plantations, including some that displace indigenous communities as well as native species, Goldtooth said. Also, there's no guarantee that forests will survive the length of some credits. Just as some groups will sell credits for the expected life span of a windmill, others will tally forestry credits by assuming each tree will survive for several decades. Yet if a forest goes up in flames, some of the carbon that was presumed offset goes up in smoke. Development could also take down some tallied trees. Neither the Cool It! campaign nor *Native*Energy includes carbon offset projects that involve tree-planting.

### The power of plants

Global warming adds another challenge to the fate of some forests. Temperatures—and therefore evaporation rates—are rising. Changes in precipitation patterns remain mostly unpredictable, although the Intergovernmental Panel on Climate Change (IPCC) summary released February 2 projects that dry regions in general could get drier. Trees need relatively high moisture levels to survive, so lengthy droughts or shifts in wind and rain patterns could convert some forests into grasslands and deserts.

Plants and the ocean currently absorb about half the carbon dioxide emitted by fossil fuels globally. These natural systems also absorb the carbon dioxide released by worldwide deforestation. So plants, especially trees, can help curb global warming. Plants build their tissues from water and carbon dioxide. Using energy from sunlight, they transform these raw materials into carbohydrates that they use to survive and grow.

| Sources of Emissions | Annual Carbon Dioxide Emitted | Monthly Cost to Offset |
|---|---|---|
| Car Travel | 10,900 lbs | $9.87 |
| Air Travel | 1,500 lbs | $1.41 |
| Electricity Use | 6,000 lbs | $5.42 |
| Natural Gas Use* | 2,000 lbs | $1.82 |
| Total: | 20,400 lbs | $18.52 |
| *Values are a bit higher for propane or heating oil use | | |

**Figure 1.** The values above show what the average American contributes every year in carbon dioxide emissions from driving, flying, powering, and home heating, as tallied by the Cool It! campaign. Values do not include contributions from the manufacturing of products purchased, waste disposal, or other activities.

New Mexico forests capture about 21 million metric tons of carbon dioxide a year, while Arizona forests absorb an estimated 7 million, according to the respective states' Climate Change Advisory Group reports featured in last month's *Southwest Climate Outlook* article.

But when they burn, forests release some of that carbon dioxide. Arizona's forests, for example, released the equivalent of about 2.7 million metric tons of carbon dioxide during wildfires in 2002. (This value comes by applying IPCC and EPA conversion factors to emissions data collected by the Western Regional Air Partnership.) The estimate for how much carbon dioxide Arizona's forests absorb each year took wildfires into consideration, including the 2002

Rodeo-Chediski forest fire that burned 468,000 acres in the White Mountains.

Forest management practices can reduce the risk that a wildfire will reach into the treetops, which releases more carbon and kills more trees than a surface fire. Thinning out some of the trees can reduce the odds that a surface fire will explode into crown fires in southwestern forests, according to a study led by B.A. Strom of Northern Arizona University assessing damage from the Rodeo-Chediski fire. The wood from trees thinned out of forests can heat homes, schools, and businesses or provide electricity when burned. Forest Energy Corporation converts the thinned trees from White Mountain forests into pellets that burn clean

continued on page 83

83 | Feature Article

# Reigning in global warming, continued

enough to use even on smog-alert days, explained Robert Davis, president of the Show Low, Arizona-based company.

Burning plant products has less impact on modern greenhouse gas levels than burning fossil fuels because of the time frames involved. The carbon from fossil fuels was captured millions of years ago, while the carbon from plants came from modern times. As long as the forest or farm that provided the plant products remains in place, new plants can start sequestering carbon all over again.

## Carbon sequestration

In the context of managing greenhouse gases, carbon sequestration includes protecting forests and reforestation projects. Carbon sequestration also involves pulling carbon dioxide out of industrial emissions before they leave the smokestack and placing them into long-term storage.

Many policy analysts consider the sequestration of smokestack carbon essential, as the world's two biggest producers of greenhouse gases—the U.S. and China—both have centuries' worth of coal reserves to power electrical plants and industry. Coal emits almost twice as much carbon dioxide as natural gas to supply an equal amount of energy. At this point, it's expensive to sequester carbon, so few companies will embrace the practice without government incentives or mandates. So far this method has been restricted to small demonstration projects, but that could change in the near future. The U.S. Department of Energy plans to build a power plant that will gasify coal and capture all the plant's emissions for storage, while British Petroleum and General Electric are working together on a California power plant that will sequester carbon for long-term storage (*Science*, February 9).

## Individual acts add up

When the carbon is tallied at the end of the day, individual acts to conserve

energy count. Fortunately, saving energy often means saving money.

Among the largest contributors to greenhouse gases in the United States are vehicles. U.S. vehicles generate about half of the world's greenhouse gas emissions, according to a 2006 report by the Environmental Defense Fund. Driving smaller cars or hybrids, walking or biking, living closer to work, keeping tires full, or even lumping errands together for more efficient trips can help save gas, which translates into fewer emissions.

In the Southwest, heating water with the sun alone can work with a passive solar system. In summer, even conventional water heaters can be turned off if they're located in the outdoor sun. Washing clothes in cold water and installing low-flow shower heads and water-saving toilets all contribute to valuable savings. Turning down the thermostat in the winter and turning it up in summer generates savings. Similarly, choosing a swamp cooler over an air-conditioner is more energy-friendly and economical. Landscaping also cools the local environment via the water evaporated through plant leaves. Taller species can provide shade, perhaps even reducing home cooling costs. By using a permaculture approach, homeowners can conserve energy without increasing their water bills. (*Southwest Climate Outlook,* September 2006).

Using compact fluorescent light bulbs and turning off lights that aren't in use can cut down on energy use. Unplugging appliances contributes because most electronic devices continue to draw energy even when shut down. Recycling, buying fewer products, and using second-hand products also reduce energy consumption because of the emissions generated in the manufacturing industry.

In short, there is no replacement for individual action to conserve energy and

reduce greenhouse gas emissions. Emissions add up household by household, car by car—and energy savings will too. With creative innovations for sequestering carbon, a willingness to support renewable energy, recognition of the value of plants, and many small efforts by individuals, this country can begin to reign in global warming. The time to act is now, before our climate changes into something unrecognizable that will make even seasoned southwesterners wonder how to handle the heat.

*Melanie Lenart is a postdoctoral research associate with the Climate Assessment for the Southwest (CLIMAS). The SWCO feature article archive can be accessed at the following link: http://www.ispe.arizona.edu/climas/forecasts/swarticles.html*

## Helpful Links

**Green Power Locator**
http://www.epa.gov/greenpower/locator/index.htm

*Native*Energy
http://www.nativeenergy.com/

**Green-e**
http://www.green-e.org/

**Climate Neutral**
www.climateneutral.com/

**Carbon Trading: A Critical Conversation on Climate Change, Privatization and Power**
www.dhf.uu.se

**More ideas on Taking Action**
http://www.climatecrisis.net/takeaction/

**Forest Energy Corporation**
http://www.forestenergy.com/

**Intergovernmental Panel on Climate Change summary**
http://www.ipcc.ch/SPM2feb07.pdf

Alternative A: Oil and Gas



**Alternative B: Oil and Gas**



Alternative B1: Oil and Gas



Alternative C: Oil and Gas

Alternative D: Oil and Gas