- o   Containment, recovery, and disposal, including remediation of environmental contamination.

- o   Wildlife hazing, and capture, stabilization, and treatment of affected wildlife.

- o   Decontamination of personnel and equipment.

- o   Plan maintenance.

**Effectiveness**

Implementing the above measures would reduce human interaction impacts to wildlife by:

a) The Wildlife Interaction and Habitat Protection Plan would reduce impacts to sensitive wildlife habitats and periods (e. g. nesting, calving, denning, and lambing). It would reduce the potential for erosion to occur, resulting in reduced sedimentation in nearby streams and rivers.  The potential for DLP killings would also be less likely; reducing the potential for increased wildlife (bear) mortality in the proposed Project area.

b) The Wildlife Avoidance and Human Encounter/Interaction Plan would be effective in the same way as mitigation measure a).  This plan would primarily focus on bears to avoid and reduce encounters with bears.  Reducing disturbances to bears, in particular in denning areas, would reduce displacement of bears into lower quality habitats for denning or feeding.  It would also reduce the potential for DLP killings in the proposed Project area.

c) Blasting plans would protect species during sensitive life stages and their habitat from additional disturbance from blasting activities.  The effectiveness would be similar to that noted above under wildlife mitigation measure #2 and #5.

d) and e)   The Comprehensive Waste Management Plan and contingency plans would have similar effectiveness to wildlife mitigation measures #6 and #8 noted above.  It would reduce the likelihood of attracting wildlife (e.g. bears, fox, and ravens) to the facilities.  Properly containing odors and potential food sources for wildlife would reduce mortalities from DLP killings or vehicle collisions from the proposed Project activities.  Disease or illness could occur to wildlife from feeding on human foods or materials, but would be negligible if appropriate plans are developed.

## 13. **Where VSMs Would Be Used to Elevate the Pipe, a Minimum of 7 Feet of Clearance from Ground Surface to the Bottom of the Pipe would be Maintained for Wildlife Movement.**

**Analysis**

The AGDC would elevate the pipeline on VSMs from the GCF for 6 miles across the tundra while the rest of the pipeline would be buried.  The 7-foot clearance of the elevated pipeline above the ground has been proven in the North Slope oilfields to be appropriate for wildlife passage year round.

**Effectiveness**

Elevating the VSMs to maintain a 7-foot clearance would allow wildlife to pass under the pipeline during the winter when snow accumulation has occurred. This would be particularly important for caribou during their migration. This would allow avoidance of impediments to wildlife movements for feeding, calving, and migration. This also would reduce the potential for caribou to be displaced into areas not optimal for feeding or calving.

### 5.23.2.6        Fish Resources

The AGDC would develop a Fish and Wildlife Protection Plan under State ROW Lease Stipulation 1.4.3.1 (b) to protect fish resources, based on documented EFH, non-salmonid and resident species presence, and habitat use information. Additional seasonal life history and habitat use information would be required to determine the construction schedule for all proposed stream crossings, to protect fish and their habitat. All crossings of fish-bearing streams would require permit approvals from ADF&G, and consultations with NMFS would occur for streams identified as EFH. Collaborations with these agencies would define applicable and appropriate site-specific construction techniques and other mitigation for proposed Project implementation.

*AGDC Proposed Mitigation Measures*

The following mitigation measures would be implemented by the AGDC to minimize impacts on fish resources:

1. <u>**Follow Mitigation Measures for Water Resources (Section 5.23.3) Identified Above.**</u>

**Analysis**

The AGDC has proposed 10 key mitigation measures to reduce impacts to water resources. All measures proposed apply to reducing impacts indirectly to fish resources. See Section 5.23.3.1 above for a list of mitigation proposed (analysis and effectiveness) to reduce impacts to water resources.

**Effectiveness**

Reducing impacts to water resources would reduce impacts to fish habitat and therefore fish. Minimizing the length of time that equipment is in the water would reduce impacts to rearing, spawning, and overwinter habitat substantially. Sedimentation would be reduced which would reduce turbidity from construction activities, minimizing the effects on water quality. Water quality is important for fish and embryo survival. Maintaining the existing thermal regime at stream crossing locations would reduce potential effects from creating ice dams, which could cause flooding and reduce overwinter habitat for fish. Maintaining the temperature of the pipeline to the ambient temperature would reduce the likelihood of affecting fish and their habitat substantially.

2. **Minimize the Number of Fish Stream Crossings Where Practicable.**

### Analysis

Minimizing the number of stream crossings where practicable was a criterion used to establish the ASAP route and the location of access roads. During detailed design, consultation with agencies on permits may lead to minor route modifications to avoid impacts to fish streams.

### Effectiveness

Reducing the number of stream crossings as much as practicable would substantially reduce potential impacts to fish resources. Avoiding construction through streams would result in negligible disturbances to fish habitat or fish.

3. **Use Open-Cut Isolation Methods for Stream Crossings at Locations Where an Open-Cut is Prevented by Overwintering and Spawning Fish, or Where Stream Flow Conditions Make Open-Cut Impractical.**

### Analysis

The open-cut isolation method is a temporary stream crossing technique that allows trenched pipeline to be used "in-the-dry" while diverting the natural flow around the site during construction using flume or dam and pump techniques. Water would be diverted to maintain natural downstream flows and to reduce the pooling effects upstream. Appropriate size mesh screens would be used to prevent injury to fish. Under the ROW Lease Stipulation 1.4.3.1 (h), AGDC is required to develop a Stream, River, and Floodplain Crossing Plan (Appendix M, Exhibit A). In addition, the AGDC would be required to brief field personnel and representatives on permits requirements listed under Sections 2.8.1 and 2.8.2 (Appendix M, Exhibit A).

### Effectiveness

The open-cut isolation method would reduce sedimentation dispersal and therefore turbidity in the stream that would affect the ability for fish to filter water through their gills. This method may reduce erosion of the streambanks, and allow restoration of the channel profile and gradient versus other construction methods. Restoring the stream channel as quickly and effectively as possible would reduce impacts to fish such as loss of optimal feeding and resting habitat. Stream flow, cover, substrate and important microhabitat characteristics would be returned to the stream, resulting in reduced impacts to a specific life stage or species.

4. **A Blasting Control Plan Would be Developed in Accordance with ADF&G Blasting Standards to Protect Adult Fish, Juvenile Fish and Developing Fish Eggs when Blasting Activities Occur In or Near Streams.**

### Analysis

Site-specific Blasting Control Plans would be based on the general Blasting and Use of Explosives Plan AGDC would prepare under State ROW Lease Stipulation 1.4.3 (b). For a typical Blasting Control Plan see Wildlife mitigation measure #5 a above. This plan would address the following:

- Scope of blasting and blasting types/methods proposed.
- Shot locations and proximity to streams and waterbodies.
- Types of explosives / initiation system to be used.
- Drill and blast pattern.
- Flyrock control plan.
- Ground cracking and displacement control, monitoring, and reporting.
- Explosives storage and transportation procedures.
- Fire prevention and similar emergency plans.

The AGDC would follow the ADF&G Blasting Standards (1991) to protect fish and redd (incubating embryos) habitat. A Fish Habitat permit may be required for any blasting operation that occurs either in, or near the banks of, a fish bearing waterbody.

### Effectiveness

Development of a Blasting Control Plan would reduce fish impacts from sedimentation, noise, vibrations, and/or alteration of channel morphology. Blasting through deflagration techniques would be relatively harmless to fish, thus reducing injury and mortality to both small and large fish. The AGDC would follow the ADF&G Blasting Standards (1991) to protect fish and redd (incubating embryos) habitat.

5. **Use Existing Bridges or HDD as Proposed.**

### Analysis

HDD is a trenchless technology of boring the pipeline under the ground where exceptionally vulnerable ecosystems occur. HDD would be used at 41 waterbody crossings throughout the proposed Project corridor. See Section 2.2.3.2 for details on the HDD method.

**Effectiveness**

The HDD method reduces impacts to fish and fish habitat because it eliminates construction activities in the stream. Fish would not be impacted from HDD activities with the exception of the potential for drilling fluid to be released into the aquatic environment. This would be unlikely and potentially occur only if the containment materials at the entrance pit and receiving hole fail.

6. <u>**Use Pipeline Designs and Construction Scheduling that Minimize Disruption of Fish Passage, Spawning Fish, and the Effects to Fish Habitat.**</u>

**Analysis**

The AGDC would be required to comply with state and federal permits to design and construct the stream crossings to minimize disruption to fish and their habitat as much as practicable. This would include construction at times when fish are not spawning or hatching in the reach to be constructed. Specific known spawning areas would be avoided to the extent most practicable. Most construction across waterbodies would occur in the winter and would avoid overwinter habitat. Additional characterization of temporal fish use at proposed stream crossings would be required. Mitigation measures would be implemented for all permitted stream crossings.

**Effectiveness**

Designing the pipeline and if possible scheduling construction to occur when fish are not present would reduce impacts to fish substantially. Fish move to overwinter locations, which often include a pool, or a location with ground water influence. Avoiding these overwinter locations would result in negligible impacts to fish when construction occurs when the waterbodies are frozen. Winter construction would produce minimal sedimentation beyond what would naturally occur when spring break up occurs. Avoiding known spawning areas, which often include upwellings or downwellings, would reduce impacts to the future generations or cohort of fish. Often optimal spawning areas (i.e., appropriate substrate, flow, cover, and depth) are limited; thus by reducing construction through these areas, fish can continue to spawn without reducing productivity.

7. <u>**Develop Supplemental Site Specific Fishery Data to Fill in Data Gaps for the Design of Fish Stream Crossings, for Lakes Where Water Would Be Withdrawn During the Winter, and for Snow-Ice Road Construction and Maintenance During Pipeline Construction.**</u>

**Analysis**

The AGDC would collect additional information at specific stream crossings to characterize the habitat, to prevent additional impacts to fish and their habitat. This may include confirmation of fish overwinter habitat, identifying upwellings in the substrate, springs, seeps, and important spawning habitat. Lakes may be surveyed further to document springs and seeps, overwinter habitat for fish, and water quality.

## Effectiveness

Obtaining site-specific fish and fish habitat information to determine the least adverse methods of construction by site would substantially reduce impacts to fish. Important life history events and traditional habitats specific for these uses would be preserved. This would result in the reduced likelihood of negatively affecting productivity of the local fish population.

## 8. Maintain to the Maximum Extent Practicable Existing Stream Hydrologic Regimes and Temperature Regimes at Fish Stream Crossings Throughout the Corridor.

## Analysis

Measures that may be used to avoid modification of existing stream hydrologic and temperature regimes at fish stream crossings include the following:

- Installation of appropriate erosion control measures.

- Minimizing disturbance in and around the stream during installation of the pipeline.

- Stabilizing and/or restoring areas of stream bed/bank disturbed during construction.

- When appropriate, insulating installed pipe so that it will not influence the temperatures of surrounding soils.

## Effectiveness

Installing erosion control structures along the stream bank would reduce impacts to fish and their habitat. Erosion control measures would reduce sedimentation, reduce sloughing of the bank, and would allow reestablishment of riparian habitat important for rearing, feeding and spawning. Reducing the time, that heavy equipment is in the water and on the stream banks would reduce the potential for disturbances to habitat, and water quality and for potential contamination of streams from small leaks. Stabilizing and restoring the stream banks would result in regrowth of the riparian habitat, which is required as cover for fish. Restoring the stream banks during construction would produce temporary impacts to fish. Long-term impacts to fish habitat would likely be negligible because the stream banks would be restored immediately during construction. Insulating the pipe would reduce the likelihood of altering the surrounding ambient water and ground temperatures. Altered water or soil temperatures would cause ice damming which would alter fish habitat and potentially cause flooding. Ice dams could reduce available habitat, strand fish, and prevent passage to important habitats.

9. **Use Construction Methods and Reclamation of Disturbed Areas that Eliminates or Reduces the Potential for Erosion and Sedimentation Reaching Fish Streams.**

### Analysis

See the discussion on the SWPP Plan and Erosion Control Plan above under Soils and Geology mitigation measure #1. Erosion impacts on land have the potential to reach waterbodies, resulting in sedimentation and increased turbidity in streams.

### Effectiveness

Reducing the potential for sedimentation would reduce impacts to fish survival and health.

10. **Minimize Cumulative Effects to Surface Hydrology, Stream Bottom, and Stream Bank Habitats When the Pipeline Crossing of a Fish Stream is Downstream from an Existing Stream Crossing by the Highway, the TAPS, or Other Buried Utility System.**

### Analysis

Stream crossings would be constructed to avoid impacts to the stream morphology and flow characteristics using the measures discussed above. This would assure that construction of stream crossings would not affect upstream highway, TAPS, or buried utility crossings or create cumulative effects to the stream. See Appendix M, Exhibit A, Stipulation 1.4.3.1 (a).

### Effectiveness

Paying extra attention to the design of stream crossing areas where existing structures occur would reduce impacts to fish by maintaining existing conditions as much as practicable. This would prevent impacts to fish passage, water quality, cover, and substrate.

11. **Use Temporary Bridges for Transportation of Construction Equipment and Materials.**

### Analysis

Temporary bridge locations would be determined as the proposed Project develops, and the specifics of their design/construction would vary by location. Assuming any required bridges would be at stream crossings, general considerations would include:

- Install erosion and sedimentation controls prior to bridge installation.
- Avoid placing footings, piers, and other bridge support structures within the stream to the extent possible.
- Stabilize construction disturbances once installation is completed.

- Install swales/ditches to prevent surface drainage from entering the stream.
- During installation and removal, avoid operating construction equipment within the stream bed.

**Effectiveness**

See effectiveness of mitigation measure #8 noted above.

## 12. To the Maximum Extent Practicable, Locate Material Storage, Refueling Activity, Fuel, and Related Liquid Storage at Least 100 Feet from the Bank of a Stream.

### Analysis

To the maximum extent practicable, a buffer of 100 feet would be maintained throughout the proposed Project to prevent the potential for contamination of petro chemicals (e.g. fuel and oil) into a waterbody.  Containment would be placed under each area that houses hazardous materials.

### Effectiveness

Maintaining a buffer of 100 feet would prevent contaminants from leaching into a waterbody.   Contaminants could cause illness, or mortality to fish through their gills or skin. Oil could adhere to aquatic vegetation and stream banks, altering fish habitat.  Storing hazardous materials at a distance from a fish stream would prevent the fish stream from becoming contaminated with fuels or lubricants from an incidental spill, or from runoff.

## 13. Implement Hydrostatic Testing in a Manner that Minimizes the Potential that Freeze Depressants Could be Inadvertently Discharged to Fish Bearing Waters.

### Analysis

Where freeze depressants are required for hydrostatic testing, the test medium would not be discharged, but would be collected for treatment and proper disposal.  Standard operating procedures would be developed for hydrostatic testing, and these procedures would provide for monitoring of the handling and disposal of hydrostatic test fluids.

### Effectiveness

The freeze depressants would not reach waterbodies because hydrostatic fluids would be collected and disposed of appropriately.  Impacts to fish or fish habitat would be prevented due to disposal of hydrostatic testing fluid discharge in contained areas.

14. **Assure Water Withdrawals Use Appropriately Sized Fish Screens and Other State and Federal Guidelines for Fish Protection.**

**Analysis**

The AGDC is required under the ADF&G's Fish Habitat Permit requirements to use appropriate sized fish screens during water withdrawal. Use of appropriate fish screens would prevent fish from being sucked into a water holding tank, being used to make ice roads and pads and for dust suppression.

**Effectiveness**

The use of appropriate sized mesh screens on pump intake hoses would prevent fish mortality or injury during water withdrawal.

15. **The AGDC Would Have an Approved Spill Prevention and Control Plan (SPCP) Prior to Construction.**

The SPCP would be developed in accordance with all pertinent regulations and would follow BMPs. The SPCP would identify material handling procedures and storage requirements and outline the actions to reduce spill potential.

**Analysis**

The SPCP would be a regulated document that the AGDC would adhere to for permit compliance.

**Effectiveness**

A SPCP that follows regulations for spill prevention would be designed to prevent a spill from reaching a fish bearing waterbody. Preventing contamination of a fish bearing waterbody would prevent fish illness or mortality, and disturbance to fish habitat.

16. **If a New Bridge is Built, No Permanent Structures Associated With the Bridge, Such As Footings, Would Be Installed Within Ordinary High Water of the Yukon River.**

**Analysis**

No structures would be placed below the ordinary high water mark in the Yukon River. All structures would be out of the water and located on the riverbanks.

**Effectiveness**

Preventing placement of any structures in the Yukon River would be optimal for fish and their habitat. No impacts should occur to fish by keeping all structures out of the water for development of a suspension bridge.

**17. In-Stream Pipeline Construction Would Be Completed in One to Three Days from Initiation.**

**Analysis**

Temporary construction in the stream to place the pipeline under the waterbody would last from one to three days.  The duration would be dependent on the construction season, size and shape of the stream, flow, and other geomorphologic characteristics.

**Effectiveness**

Reducing the duration that heavy equipment is in the steam to construct the pipeline would substantially reduce impacts to fish and their habitat.  The longer the duration that the stream is being constructed, the more turbidity and disturbance to instream habitat (e.g., substrate, pool/riffle, and cover).  Turbidity can cause irritation to the gills and may cause mortality.  In-stream habitat such as pools provides important cover for rearing fish, for refuge, feeding and resting.  Impacts to fish would be reduced because of the short duration that equipment would be in the water.

## 5.23.2.7       Marine Mammal Resources

Vessel use would be the only Project-related activity that would occur in the marine environment, and would occur prior to or during the construction phase of the proposed Project.  Vessel use would include the transport of materials and equipment to the West Dock Port and the Port of Seward for proposed Project development.  As noted in Section 2.0, vessel use would occur over two seasons during the ice-free period. Disturbances to marine mammals from vessel activity could be in the form of vessel noise, vessel movement, or a potential collision with a marine mammal.

The AGDC would comply with recommendations from the NMFS and USFWS for vessel activity to West Dock, POS and the POA.  Mitigation measures would address the species potentially impacted by vessel use.  Vessels would operate under strict regulatory laws and standards.  Mitigation proposed by the AGDC would reduce potential impacts to marine mammals from auditory damage or mortality from an injury or illness.

## 5.23.2.8       Threatened & Endangered Species Resources

The proposed Project has the potential to affect species federally listed as endangered, threatened, proposed for listing, candidates for listing, and state listed endangered species. The AGDC would comply with recommendations from the NMFS and USFWS to prevent impacts to Threatened and Endangered (T&E) species to the extent practicable from vessel operations at all proposed port sites and along shipping routes, as outlined in Section 5.23.8.  All mitigation measures listed under the Section 5. 23. 6 above would apply to the terrestrial T&E species and the polar bear during breeding, denning, and feeding activities.  Mitigation measures would include those identified during Section 7 consultation as part of the NEPA process and as stipulations in permits.

### 5.23.2.9    Land Use Resources

The proposed Project ROW would affect lands owned by the federal government and managed by the BLM, DOD, NPS, and USFWS.  The State of Alaska, University of Alaska, AHTNA, Inc., and the Toghotthele Corporation have selected federally owned lands within the proposed Project ROW for their future ownership.

The AGDC has not proposed specific mitigation measures to reduce the effects to land use.   However, elements of the proposed Project design would preclude some effects to land use.  For example, the proposed pipeline route would generally parallel existing state highway corridors, and existing infrastructure and ROWs would be used for pipeline installation to the extent feasible.

### 5.23.2.10    Recreation Resources

Although the proposed pipeline alignment was designed to avoid to the greatest extent practicable recreation areas, the mainline pipeline would either cross or be located near (i.e., within less than 1 mile) a number of key recreation features.  Proposed Project operations including the mowing and maintenance of vegetation resources along the ROW would likely not affect recreation activities or the quality of recreation opportunities in proximity to the pipeline route.  However, while the pipeline would be located underground, there would be restrictions to access in some areas along the proposed ROW, accomplished by the use of large boulders, berms, and/or fencing.  Consequently, there could be an adverse impact on general recreation access along the pipeline corridor over the long term, although all existing public access points would be retained.  The mitigation measures proposed by the AGDC are listed below.

### *AGDC Proposed Mitigation Measures*

The proposed Project contains a variety of measures intended to avoid or minimize impacts on recreation resources in the proposed Project area during the construction and operations phases of the proposed Project.  The AGDC would implement the following mitigation measures that address the effects on tourism and recreations use areas:

**1.   Retain Existing Public Access Routes and Uses.**

**Analysis**

The AGDC would maintain public access to recreational use areas via existing access routes.

**Effectiveness**

The proposed Project would not block public access to recreational areas via existing access roads.

---

**2.** **Minimize Activities in Areas with Tourist-Related Facilities During High Use Periods to the Extent Practicable.**

### Analysis

In establishing the final construction schedule, the AGDC would consult with resource agencies such as the Alaska Division of Tourism and the National Park Service, as well as with owners of potentially affected tourist-related facilities, to identify areas and times of most concern for tourists.  To the maximum extent practicable, the AGDC would minimize major construction activities in those areas during times of greatest tourist activities.

### Effectiveness

Minimizing construction activities during the peak period of recreational use would substantially reduce impacts to local tourism.  Obtaining information from tourism agencies would help predict when high use times could occur.  Access to parks and other recreational areas and uses associated with the proposed Project would not likely adversely affect tourism due to collaboration with tourism related entities.

**3.** **Minimize Activities in Areas with Public Recreation Facilities During High Use Periods to the Extent Practical.**

### Analysis

See Analysis of mitigation measure #2 above.  The AGDC would collaborate with local entities to determine when public use activities are highest.  Construction activities would occur outside of these periods and locations as much as practicable.

### Effectiveness

See Effectiveness of mitigation measure #2 above, but for public recreation facilities.

**4.** **Minimize Creating New Public Vehicular Access to Remote Areas.**

### Analysis

The AGDC would regulate or prohibit access, including vehicular traffic to the extent necessary to facilitate pipeline activities, maintain pipeline integrity, or to protect the public and wildlife from hazards associated with the proposed Project.

The AGDC would build only as many access roads as necessary to the right-of-way to support construction.  The AGDC would provide appropriate warnings, flagging, barricades, and other safety measures to regulate public access to the right-of-way during both construction and operations.

### Effectiveness

Access roads developed for the proposed Project would be regulated, which would minimize creating new public vehicular access to remote areas.

5.   **Minimize Impacts to the Existing Natural Landscape to the Extent Practicable.**

**Analysis**

The majority of the ASAP alignment would be located in existing transportation corridors and previously disturbed ground.  The ASAP route was selected with the assistance of visual impact experts.  The final alignment in areas of the highest visual sensitivity would be designed to minimize the visibility of the pipeline.  Measures that may be used include vegetative screening.  The AGDC routed access roads to avoid wetlands to the extent feasible.

**Effectiveness**

Collocating the proposed Project route with existing ROWs would substantially reduce impacts to resources.  Final design details would reduce visible impacts of the proposed Project.  See Wetland mitigation measures (Section 5.23.5) above for details on reducing impacts to the natural landscape as much as practicable.

6.   **Schedule Preconstruction Work to Minimize Activity During Peak Periods of Tourism and Recreation.**

**Analysis**

See Recreation mitigation measures #2 and #3 above.

**Effectiveness**

See Recreation mitigation measures #2 and #3 above.

7.   **Conduct Early and Continuing Consultation With the Public, Tourism, and Recreation Businesses.**

**Analysis**

See Recreation mitigation measures #2 and #3 above.

**Effectiveness**

See Recreation mitigation measures #2 and #3 above.

8.   **Collocate with Existing and Planned Transportation and Utility System Where Practicable.**

**Analysis**

See Recreation mitigation measure #5 above.  The AGDC has collocated the proposed Project with existing rights-of-way as much as practicable to reduce impacts to recreational uses.

**Effectiveness**

See Recreation mitigation measure #5 above.

### 5.23.2.11 Visual Resources

Short-term visual impacts associated with construction would occur from clearing and removal of existing vegetation in the ROW, exposure of bare soils, earthwork, trenching, and machinery and pipe storage. Long-term impacts during operations would be associated with the following: maintenance of access along the ROW; various landform changes including earthwork and rock formation alteration; pipeline markers; and new aboveground structures located along the route such as compressor stations, mainline valves, pig launchers/receivers, and a straddle and off-take facility. Short-term visual impacts would be greater during construction and until re-vegetation occurs than during operations and maintenance.

### *AGDC Proposed Mitigation Measures*

The AGDC has proposed a variety of measures to minimize impacts on visual resources in the proposed Project area during the construction and operations phases of the proposed Project. These measures would include:

**1. Review the Practicality of Avoiding or Minimizing Significant Adverse Effects on Visual Resources Created by the Construction and Operation of the Proposed Project and Incorporate Proven Mitigation Measures Into the Design and Location of the Project Where Appropriate.**

**Analysis**

The ASAP route was selected with the assistance of visual impact experts, and the final alignment in areas of the highest visual sensitivity would be designed with mitigation measures such as vegetative screening to minimize its visibility. In addition, new access roads built for the project would be aligned to minimize the line of sight to the right-of-way.

**Effectiveness**

Vegetative screening would maintain the visual aesthetics of the area as wilderness. Building access roads behind hills or wooded areas would reduce visual impacts substantially.

**2. Minimize the Construction of New Permanent Access Roads by Using Snow-Ice Roads During Construction.**

**Analysis**

Snow and ice roads would be used as much as possible in the Arctic and Sub Arctic regions to access the ROW to construct the pipeline. Ice roads could be constructed by

scraping ice from ponds that freeze to the bottom in the winter. Ice would be placed along the surveyed ice road alignment and water would be sprayed on top of the ice to create a solid foundation for equipment access. Properly constructed ice roads would be maintained to last the winter construction season. Ice roads and pads would melt during the summer leaving a minimal trace.

### Effectiveness

Snow and ice road development would reduce visual impacts substantially; by reducing the number of permanent gravel roads. Scheduling construction during the winter months when ice roads could be used would maintain the natural condition (aesthetics) of the area with minimal to negligible disturbance to soils, vegetation or wildlife habitat. The ice roads would be built to withstand the heavy equipment use, but would melt in the summer, leaving the area as close to its original conditions as much as possible.

### 3.  Restore the Construction Zone in a Manner that Facilitates Reestablishment of the Adjacent Natural Vegetation.

### Analysis

All disturbed areas would be left in a stabilized condition; therefore, erosion in excess of natural rates would be minimized until the practicable restoration and revegetation can be accomplished. Revegetation of disturbed areas would be conducted as soon as practicable and, if necessary, would be repeated until revegetation is successful. Where practicable, native seeds and vegetation would be applied; otherwise, seed mixes free of invasive species would be used. Areas to be seeded may be prepared by various methods, including grading, scarifying, and application of soil amendments such as fertilizers. Application of seed would be by hand or a hydro seeding process. Plantings of native shrubs and trees would be considered where necessary to improve soil stability and for screening purposes in sensitive viewsheds.

### Effectiveness

Restoring construction areas by rehabilitation of vegetation would reduce impacts from erosion processes. Native seed mixes would be optimal for use to sustain the natural vegetation in the area for visual aesthetics as well as for wildlife forage and habitat. Native species are likely to survive the climate and conditions during rehabilitation of the area, which would result in higher success of vegetation establishment in the ROW.

### 4.  Use Root Balls, Salvaged Native Plant Materials, and Topsoil Removed From the Construction Footprint for Redistribution on Disturbed Areas Where Feasible.

### Analysis

Organic materials would be distributed across disturbed areas, to rehabilitate the area to a more natural state. Excess material such as root balls and soil would be spread to provide a foundation for native plants to establish and rehabilitate the area.

**Effectiveness**

Dispersal of excess topsoil and woody material like root balls would provide a foundation for native seed and plants to reestablish over time.  These areas would provide cover and habitat for wildlife and would reduce the visual impacts of disturbed areas by rehabilitating them into a more natural condition.  Once vegetation is re-established on disturbed sites, visual impacts would be minimal.

5. **Maintain a screening of Existing Natural Vegetation When the Pipeline is Offset From a Highway.**

**Analysis**

See Visual resources mitigation measure #1 above.

**Effectiveness**

See Visual resources mitigation measure #1 above.

6. **Use Existing Disturbed Areas to the Maximum Extent Practicable for Temporary Construction Activities Such as Construction Camps, Material Stockpiling, Pipe Jointing, and Pipe Bending;**

**Analysis**

See Visual resources mitigation measure #3 above.

**Effectiveness**

See Visual resources mitigation measure #3 above.

7. **Minimize Locating Pipeline Facilities, New Material Sites, and Construction Material Stockpiling in Places With Special Visual Resource Values that Would Be Visible to the Public.**

**Analysis**

The ASAP route was selected with the assistance of visual impact experts, and the final alignment in areas of the highest visual sensitivity would be designed with mitigation measures including vegetative screening to minimize its visibility.  To the extent most practicable, construction material for the proposed Project would not be stockpiled in areas with special visual resource values that would be visible to the public.  The pipeline would be located to provide a buffer of undisturbed land at least 500 feet wide between the pipeline and streams, unless otherwise approved by state and federal land management agencies.

Undisturbed vegetative screens at least 500 feet wide would be maintained between material sites and highways unless otherwise approved by state and federal land management agencies.

**Effectiveness**

Avoiding placing project related facilities in places with special visual resource values that would be visible to the public would reduce visual impacts to the public by reducing their visibility of facilities and proposed Project related activities.  Maintaining a natural vegetation buffer around these areas should provide minimal visual impact if any to the public in the area.  The majority of the ASAP alignment would be located in existing transportation corridors and previously disturbed ground.

8.  **Blend the Pipeline System into the Natural Setting to the Extent Practicable When Crossing Places with High Visual Resource Value.**

**Analysis**

See Visual resources mitigation measure #7.

**Effectiveness**

See Visual resources mitigation measure #7.

9.  **Use Revegetation Species that are Appropriate for the General Area.**

**Analysis**

See Visual resources mitigation measure #3, and Terrestrial Vegetation mitigation measure #5.

**Effectiveness**

See Visual resources mitigation measure #3, and Terrestrial Vegetation mitigation measure #5.

10. **Re-Grade Construction Disturbances to a Condition that Blends With the Surrounding Terrain and Surface Drainage Patterns.**

**Analysis**

The AGDC would grade the ROW area after construction as close as practicable to its pre-construction condition and rehabilitate it.  The AGDC would follow revegetation techniques and mitigate as stated in the Terrestrial Vegetation mitigation measures, #1, #3, and #5.

**Effectiveness**

Maintaining the natural grade of the landscape would reduce potential impacts of erosion, encourage vegetation re-establishment, and protect visual resources.  See Terrestrial Vegetation mitigation measures for #1, #3, and #5.

**11.  Monitor Reclaimed, Disturbed Construction Areas and Take Remedial Action Where Expected Revegetation Success is Not Achieved.**

**Analysis**

The AGDC would coordinate with experts in reclamation and with state and federal resource agencies to develop a monitoring plan that would stipulate the frequency and duration of monitoring to ensure the success of reclamation of disturbed areas.  Monitoring would continue for as long as necessary to achieve this goal.

**Effectiveness**

The monitoring plan would have success criteria, to ensure that reclamation of the disturbed areas would be successful.  Visual impacts would be temporary, due to the stipulation that monitoring would be required until full reclamation had been reached.

## 5.23.2.12     Social and Economic Resources

It is anticipated that the proposed Project-related employment and income would create a positive economic impact in the State of Alaska, particularly in the proposed Project area.

*AGDC Proposed Mitigation Measures*

The AGDC proposes to implement the following mitigation measures to address the effects on socioeconomics:

**1.  Time Construction Activities to Minimize Impacts to Subsistence Activities Where Possible.**

**Analysis**

In establishing the final construction schedule, the AGDC would consult with resource agencies including the ADF&G and DOI, as well as with subsistence users, to identify areas of most concern for subsistence activities.  To the maximum extent practicable, the AGDC would either schedule construction to avoid disturbance of subsistence activities or would provide access for subsistence users to areas near the work sites.

**Effectiveness**

Consultation among the AGDC, regulatory staff, and subsistence users of the area would develop the appropriate schedule to the extent most practicable for construction of the proposed Project.  Local knowledge and regulatory input would produce the best result for

negotiating subsistence activities with the timeline of the proposed Project.  Subsistence activities would not likely be adversely impacted due to collaborations of all entities.

## 2. Time Construction Activities to Minimize Impacts to High-Use Tourist and Local Recreation Seasons (e.g., Wildlife Viewing, Hunting Snow Machining, and Dogsledding).

### Analysis

The AGDC would consult with resources agencies including the Alaska Division of Tourism and the National Park Service, as well as with owners of potentially affected tourist-related facilities, to identify areas and times of most concern for tourists.  To the maximum extent practicable, AGDC would minimize major construction activities in those areas during times of greatest tourist and local recreational activities.  This would be determined when the final construction schedule is developed later in the process.  See Recreation Resource mitigation measures #2 and #3 above.

### Effectiveness

Minimizing construction activities during peak periods of tourist and recreational use would substantially reduce impacts to local tourism.  Obtaining information from tourism agencies would help predict when high use times could occur.  Access to parks and other recreational areas and uses associated with the proposed Project would not likely adversely affect tourism due to collaboration with tourism related entities.  Impacts to high tourist and local recreation uses would be minimal based on coordination and collaborations between the AGDC, state and local representatives.

## 3. Time Construction Activities to Minimize Impacts to Local Business (i.e., Avoid Summer and Fall Construction in Recreational and Tourist Areas).

### Analysis

See Social and Economic Resources mitigation measure #2 above.

### Effectiveness

See Social and Economic Resources mitigation measure #2 above.

## 4. Develop and Implement Traffic Control Plans to Minimize Negative Impacts to Local Businesses by Blocking Access During Construction.

### Analysis

Construction activity in highway rights-of-way would be governed by a highway use agreement between the AGDC and the Alaska Department of Transportation and Public Facilities (DOT&PF).  The DOT&PF would issue individual permits for various locations, and these permits would include stipulations for maintaining public access.

The AGDC would work with affected businesses to ensure that access is provided and appropriate temporary signage is installed.  To the extent practicable, the AGDC would schedule major construction activities to avoid peak business times of the day.

**Effectiveness**

The AGDC would adhere to permit requirements of the DOT&PF rights-of-way to maintain public access through the construction area.  A traffic control plan would reduce impacts to local business traffic during the period of construction.

5. <u>**Identify and Promote Work Opportunities for Local Residents:**</u>

    a) Prepare an Economic Opportunity Plan to describe how the proposed Project would operate to enhance locally based economic and employment opportunities for Alaska residents and businesses;

    b) Coordinate with the local village corporation, tribal government, city government, and other groups to identify qualified individuals that are interested in working on the proposed Project; and

    c) Promote use of local businesses to support the proposed Project (e. g. , lodging, food, services, and sundries).

**Analysis**

The Economic Opportunity Plan would describe how the project would operate to enhance locally based economic and employment opportunities for Alaska residents and businesses.  The AGDC would coordinate with the local village corporation, tribal government, city government, and other groups to identify qualified individuals who are interested in working on the proposed Project.

**Effectiveness**

The Economic Opportunity Plan would provide opportunities for local businesses and individuals to work on the proposed Project.

6. <u>**Develop Training Programs for Local Residents So That They Can Be Employed During Construction and O&M.**</u>

Coordinate with Alaska training centers and universities on workforce development and training opportunities, which may include, but are not limited to, future job fairs in the region.

**Analysis**

Training programs would likely provide on-the-job training for a specific trade or skill set needed for construction activities for the proposed Project.

**Effectiveness**

Jobs would result from the proposed Project, employing local residents along the proposed route.

## 5.23.2.13    Cultural Resources

Direct effects to cultural resources within the pipeline ROW and indirect effects to cultural resources within a one-mile of the ROW have the potential to occur because of the proposed Project.  Mitigation of adverse effects to cultural resources would be the subject of consultation among the Project proponent, the permitting agency, interested groups, parties, governments and tribes.  The intended result of this consultation process would be a programmatic agreement or other agreement satisfactory to the parties and compliant with relevant legislation and law, as described in the Regulatory Environment.

### *AGDC Proposed Mitigation Measures*

The AGDC has proposed the following mitigation measures to address effects on cultural resources:

1.  __Avoidance of Documented Cultural Resources.__

**Analysis**

The construction activities for the proposed Project would be governed by a programmatic agreement for implementation of Section 106 of the Historic Preservation Act (16 U.S.C. 470 et seq.) between the USACE and the Advisory Council on Historic Preservation.  Locations of documented sites that could be affected by proposed Project activities would be determined through consultation with the State of Alaska Office of History and Archaeology (OHA) and through surveys by professional archaeologists of the right-of-way, access roads, and camp and facility locations.

The AGDC would take the necessary steps to protect these cultural sites and any confidential information provided by OHA.  The AGDC would also take affirmative responsibility to require its agents, employees, contractors, and the employees of each of them to protect cultural resources.

**Effectiveness**

Known and newly discovered cultural resources would not be impacted by the proposed Project under the terms of the programmatic agreement.

2. **Archaeological Excavation, Analysis, and Documentation of All or Part of the Cultural Resource Site and Development of an Unanticipated Cultural Discoveries Plan.**

**Analysis**

If cultural sites or suspected sites are discovered during the course of pipeline activities, the AGDC would cease the activities that may disturb or damage the site, and would immediately notify OHA so that the site could be checked by professional archaeologists. The AGDC would not proceed with the activity at the location without OHA approval. Additional avoidance and mitigation measures would be prescribed in the programmatic agreement for the proposed Project between the USACE and the Advisory Council on Historic Preservation.

**Effectiveness**

Development of an Unanticipated Cultural Discoveries Plan would outline the exact process to follow if an unexpected cultural discovery occurred during construction of the proposed Project. Professional archaeologists would conduct the excavation and analysis of cultural sites to preserve and record all data found. This plan would reduce impacts to cultural resources substantially.

3. **Perform Historic American Building Survey/Historic American Engineering Record (HABS/HAER)-Level Documentation for Historic Buildings and Structures.**

**Analysis**

HABS/HAER documentation would be completed for historic structures prior to pipeline construction and support activities.

**Effectiveness**

Documentation of HABS/HAER would preserve these historic locations from disturbance of proposed Project development.

4. **Perform Archaeological Monitoring of Construction Activities.**

**Analysis**

Archaeological monitoring may be conducted during construction activities. Interpretive material may be completed as soon as appropriate, which could occur during or after construction activities. Professional archaeologists would conduct the excavation and analysis of cultural sites to preserve and record all artifacts found.

**Effectiveness**

Archaeological monitoring of construction activities would aid in the preservation of artifacts found during the construction of the proposed Project.

5. **Provide Interpretation for and Involvement of the Public.**

Examples include brochures, signage, or partnering with local schools, museums, and/or heritage preservation groups.

**Analysis**

The AGDC would involve the public as much as possible by posting and updating information in local public facilities.  This may include involving the public in educational events held by the AGDC in the community.

**Effectiveness**

Informing the local communities directly associated with construction activities of the proposed Project would reduce impacts through awareness.  Making the communities aware of construction schedules and specific events would reduce impacts to cultural activities.

6. **Consult with State and Federal Agency Historic Preservation Officers.**

**Analysis**

The AGDC would consult with appropriate state and federal staff to work within the boundaries to protect cultural resources to the maximum extent possible.  Historic preservation officers would provide the AGDC with guidance as needed.

**Effectiveness**

Consultation between the AGDC and federal and state historic preservation officers would reduce the likelihood of affecting cultural resources.  The AGDC would follow regulations to protect cultural resources as per guidance from government staff.

7. **Consult with Alaska Native Tribes.**

**Analysis**

Communication between the AGDC and local tribes and ANCSA corporations would occur on a regular basis, through meetings and other regular correspondence, in particular if native land would be accessed.  Ongoing consultation with Alaska Native Tribes would provide a foundation for communication that would help address issues that arise over construction of the proposed Project.

**Effectiveness**

Maintaining regular correspondence with native tribes and ANCSA corporations along the proposed Project route would provide for knowledge sharing opportunities to protect and respect cultural resources, traditions and their private land.

### 5.23.2.14    Subsistence Resources

Subsistence use impacts common to the proposed Project would include direct and indirect effects on subsistence use areas, user access, resource availability, and competition in those areas.

*AGDC Proposed Mitigation Measures*

The AGDC has proposed the following mitigation measures that would address effects on subsistence activities:

**1.   Identify Locations and Times When Subsistence Activities Occur, and Minimize Work During These Times and In These Areas to the Maximum Extent Practicable.**

**Analysis**

See Social and Economic Resources mitigation measure #1 above.

**Effectiveness**

See Social and Economic Resources mitigation measure #1 above.

**2.   Schedule Work (e.g., Blasting) to Avoid Conflict with Subsistence Activities When Possible.**

**Analysis**

The AGDC would consult with resource agencies such as the Alaska Department of Fish and Game and the Department of Interior, as well as with subsistence users, to identify areas of most concern for subsistence activities.  To the maximum extent practicable, the AGDC would either schedule construction to avoid disturbance of subsistence activities or would provide access for subsistence users to areas near the work sites.

**Effectiveness**

The AGDC would reduce impacts to subsistence users by scheduling blasting activities as much as practicable when subsistence activities are not occurring.

**3.   Notify Workers That Subsistence Activities are Ongoing in the Area and Direct Them to Avoid Activities that May Affect the Activities (e.g., Not Removing Trap Line Markers).**

**Analysis**

The AGDC would notify employees as much as possible by posting and updating subsistence activities information.  This may include involving the public in educational events held by the AGDC in the community.   Communication between the AGDC and local tribes and ANCSA corporations would occur on a regular basis, through meetings and other regular correspondence, in particular if native land would be accessed.  Ongoing

consultation with Alaska Native Tribes would provide a foundation for communication that would help address issues that arise over construction of the proposed Project.

### Effectiveness

Informing workers of the subsistence activities as they occur would reduce impacts to subsistence users and subsistence activities due to disturbance from construction. Informing the workers directly would reduce impacts through awareness. Making the communities aware of construction schedules and specific events would reduce impacts to subsistence activities. Maintaining regular correspondence with native tribes and ANCSA corporations along the proposed Project route would provide for knowledge-sharing opportunities to protect and respect subsistence resources, traditions and their private land.

**4. <u>Develop a Wildlife Avoidance and Human Encounter/Interaction Plan to be implemented for the construction and operation of the proposed Project to avoid impacts to subsistence species.</u>**

### Analysis

The AGDC Wildlife Avoidance and Human Encounter/Interaction Plan would be developed in consultation with ADF&G and USFWS. The plan would include considerations for both polar bears on the North Slope and brown and black bears elsewhere, as well as for birds e. g. , (ravens, gulls, etc. ) and terrestrial mammals (e. g. , foxes, squirrels, etc. ). The plan would include such considerations as:

- Identifying high-risk areas such as bear denning locations known to ADF&G and USFWS.

- Laying out camps and other facilities to minimize locations where bears and other animals can hide and surprise workers.

- Use of armed bear monitors where necessary in remote locations.

- Managing food and wastes to avoid attracting wildlife.

- Educating employees on how to avoid and report wildlife encounters, and not to feed wildlife.

- Coordination with resource agencies before construction begins.

- Notification and reporting requirements for wildlife encounters.

- Posting of warning signs and placards.

- Procedures for handling dead or injured wildlife.

**Effectiveness**

This plan would reduce encounters between construction activities and wildlife, which would reduce disturbance to subsistence resources and users.

5.  **Develop a Subsistence Plan of Cooperation to Mitigate Potential Conflicts Between Proposed Project Activities and Subsistence Activities.**

**Analysis**

The details of the Subsistence Plan of Cooperation would be determined later in the process.  It would generally describe the process to resolve issues where project activities could conflict subsistence activities.

**Effectiveness**

The development of this plan would reduce impacts to subsistence users and activities through collaboration.

## 5.23.2.15    Public Health Resources

Several public health impacts could occur during both the 2.5-year construction and 30+year operation phases.  Impacts could occur to water and sanitation, health infrastructure and delivery, food, nutrition and subsistence, and social determinants of health.  Negative impacts could include accidents/injuries, an unhealthy degree of exposure to hazardous materials, outbreak of infectious diseases (perhaps transmitted by pipeline construction workers), and an increase in non-communicable and chronic diseases.  Positive impacts are also likely to occur.  For example, public health in the Fairbanks area would improve because of improved air quality from the substitution of natural gas for other fuels.   The proposed Project and a Fairbanks gas distribution system would provide an available and reliable source of natural gas and reduce reliance on wood, fuel oil and other energy sources that have greater adverse effect on air quality than natural gas.  The public health benefits associated with improved air quality are described in detail in Section 5.15, Public Health.

Numerous mitigation measures are discussed in the POD and in the lease stipulations that are relevant to possible health impacts.  An outreach program is suggested to raise awareness are about contagious illnesses (such as influenza) and STDs and is described in Section 5.15, Public Health.  The AGDC has not proposed specific mitigation measures to reduce effects to public health.

## 5.23.2.16    Air Resources

Air quality effects associated with construction of the proposed Project would include emissions from fossil-fuel powered construction equipment, fugitive dust, and open burning.  Total worst-case emissions that would occur from construction and operations are estimated to be 1,059,100 tpy for $CO_2$, 21,740 tpy for $NO_x$, 8,008 for CO, 2,304 for VOC,

and 165,075 tpy for PM-10.  Emissions from the pipeline itself would be non-existent. Preliminary emission estimates for the GCF would trigger the requirement for a PSD permit for NOx, CO, VOC, PM-10, PM-2. 5, and GHGs.  For the compressor stations and straddle and off-take facility, preliminary estimates would trigger the requirement for a PSD permit for NOx.

## AGDC Proposed Mitigation Measures

Air quality impacts associated with the proposed Project would be reduced by the AGDC's proposed mitigation measures listed below:

### 1. Implement BMPs During Construction Activities to Mitigate Fugitive Dust and Reduce Particulate Matter Emissions.

**Analysis**

BMPs for dust control would be based on the EPA's National Menu of BMPs, Construction Site Stormwater Runoff Control, Erosion Control[2].

These BMPs include:

- Minimizing the time that disturbed ground is exposed;.

- Using water to prevent windborne dust from leaving the construction site and gravel roads;.

- Limiting the speed of construction equipment to minimize dust creation. ;

- Sweeping paved public roads of dirt left by construction vehicles.

Other potential measures would include installation of wind barriers and use of other approved dust palliatives such as calcium chloride or magnesium chloride.

**Effectiveness**

Development of BMPs would reduce impacts to air quality by reducing particulate matter in the air from construction activities.

### 2. Use Best Available Control Technology (BACT) for Combustion Equipment to Mitigate NOx and CO Emissions.

**Analysis**

BACT for stationary combustion equipment includes the use of emission units that meet the requirements of the EPA New Source Performance Standards in 40 CFR Part 60, the EPA Maximum Achievable Control Technology (MACT) standards in 40 CFR Parts 61 and 63, and the exclusive use of natural gas fuel in all stationary combustion equipment.

---

[2] http://cfpub2.epa.gov/npdes/stormwater/menuofbmps/index.cfm.

BACT for construction equipment includes the use of machinery and vehicles meeting the EPA mobile source regulations in 40 CFR Parts 86, 89 and 90.  It also includes the use of ultra-low-sulfur diesel fuel in all diesel engines and the maintenance and operation of all construction machinery and vehicles in accordance with manufacturer's recommendations to maintain low emissions.

### Effectiveness

The use of BACT would reduce air emissions substantially for the use of construction equipment for the proposed Project.

3.   **Use Ultra Low-Sulfur-Diesel Fuel for Construction Equipment and Non-Natural Gas Combustion Equipment (to Mitigate SO2 Emissions), Particulate Matter Emissions and Volatile Organic Compound (VOC) Emissions.**

### Analysis

The AGDC would implement the use of ultra low sulfur diesel fuel for all non-natural gas combustion equipment as much as possible for construction of the proposed Project.

### Effectiveness

The use of ultra low sulfur diesel fuel for equipment working on the proposed Project would reduce impacts to air quality in the proposed Project area.

4.   **Operate All Combustion Equipment in Accordance with Manufacturer's Specifications to Mitigate NOx, CO, VOC, and Particulate Emissions Resulting from Incomplete Combustion.**

### Analysis

The AGDC would implement the use of ultra-low-sulfur diesel fuel in all diesel engines.  All equipment used during construction and operation of the proposed Project would be maintained properly under the manufacturer's specifications.

### Effectiveness

Maintaining equipment properly at manufacturer's specifications would reduce the amount of $NO_x$, CO, VOC, and particulate matter emitted into the air from proposed Project activities.

5.   **Maintain Emissions Control Equipment in Accordance with Manufacturer's Specifications to Mitigate Emissions and Maintain Emission Control Efficiency.**

### Analysis

The AGDC would implement the use of ultra-low-sulfur diesel fuel in all diesel engines.  All equipment used during construction of the proposed Project would be maintained according to the manufacturer's specifications.

**Effectiveness**

Maintaining equipment properly at manufacturer's specifications would reduce the air emissions from proposed Project activities.

## 5.23.2.17    Noise Resources

Construction noise levels would fluctuate depending on the number and type of equipment in use at any time.  There would be periods when large equipment is not operating and noise would be at or near ambient levels.  In addition, construction-related sound levels experienced by a noise sensitive receptor near construction activity would vary by distance.  Ground-borne vibration would also occur in the immediate area of construction activities, particularly if rock drilling, pile driving, or blasting is required.  Noise levels from the industrial equipment at the proposed gas conditioning facility and compressor stations would be approximately 85 to 95 dBA at 50 feet.

### *AGDC Proposed Mitigation Measures*

Noise and vibration impacts associated with the proposed Project would be reduced by use of the AGDC's proposed mitigation measures:

1.   **Development and Implementation of a Noise Abatement Program.**

**Analysis**

Areas of concern for loud noise levels would be identified prior to construction.  Special work hours and/or special time-of-year considerations would be reviewed and implemented if practicable.

**Effectiveness**

The Noise Abatement Program would reduce impacts to humans and wildlife within hearing range of facilities or activities associated with the proposed Project.

2.   **Development and Implementation of a Construction Communications Plan to Inform Adjacent Residences of Construction Activities.**

**Analysis**

Residences within a specific range of construction operations would be identified and contacted, prior to the commencement of construction activities.  Pre-construction public meetings would be held in areas of concern.  Other communication methods would include notices in local papers, direct mailing, maintaining a Project website, and periodic updates.

**Effectiveness**

The Construction Communications Plan would aid in informing residents of the area about the construction schedule and associated activities, to reduce the impacts from noise produced by the proposed Project.

## 5.23.2.18    Navigation Resources

Impacts to navigation proposed for each pipeline stream crossing are expected to be minimal and temporary.  The proposed Project would have ten stream crossings that have been determined to be navigable by the USACE.  One new and up to three existing bridges may also be used to cross a few navigable waterways.  Structures crossing navigable streams would be designed and constructed in compliance with federal and state regulations, standards, and specifications for crossings of navigable waterways (see Sections 5.18.1 and 5.18.2).  The AGDC has not proposed specific mitigation measures to reduce the effects to Navigation Resources.

**TABLE 5.23-1     Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| Federal Permits & Approvals | Clean Water Act Section 404, Rivers and Harbors Act Section 10 Permit | Section 404 of the Clean Water Act allows materials to be placed in wetlands and rivers. Section 10 of the Rivers and Harbors Act ensures that discharges in rivers or offshore areas do not harm the navigability of those waters. | U. S. Army Corps of Engineers | **Section 404 of the Clean Water Act and Section 10 of the Rivers and Harbors Act:** Section 404 of the Clean Water Act requires authorization for placement or discharge of dredged and/or fill material into waters of the United States, including wetlands (33 U. S. C.  1344).  Section 10 of the Rivers and Harbors Act of 1899 requires approval prior to the accomplishment of any work in, over, or under navigable waters of the United States, or which affects the course, location, condition or capacity of such waters (33 U. S. C.  403). <br><br> **Other Applicable Laws:** <br>• Clean Air Act <br>• Clean Water Act <br>• Coastal Zone Management Act <br>• Endangered Species Act <br>• Executive Order 11988 (Floodplain Management) <br>• Executive Order 11990 (Protection of Wetlands) <br>• Executive Order 12898 (Environmental Justice) <br>• Executive Order 13175 (Government-to-Government Consultation) <br>• Executive Order 13186 (Migratory Birds) <br>• Fish and Wildlife Coordination Act <br>• Magnuson-Stevens Fishery Conservation and Management Act <br>• Marine Mammal Protection Act <br>• Migratory Bird Treaty Act <br>• National Environmental Policy Act <br>• National Historic Preservation Act <br>• Native American Grave Protection and Repatriation Act <br>• Wild and Scenic Rivers Act <br><br> **Applicable Regulations:** <br>• 33 CFR Parts 320–332 <br>• 40 CFR Part 230 [contains 404(b)(1) guidelines] |

**TABLE 5.23-1     Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **Federal Permits & Approvals** | **Federal Right-of-Way Grant** | Allow long-term use of federal lands for project activities associated with the pipeline and compressor stations. | **Bureau of Land Management** | **Mineral Leasing Act:** Allows that rights-of-way through any federal lands may be granted by the Secretary of Interior or appropriate agency head for pipeline purposes for the transportation of oil, natural gas, synthetic liquid or gaseous fuels (30 U. S. C. 185).<br><br>**Other Applicable Laws:**<br>• Alaska National Interest Lands Conservation Act<br>• Archaeological Resource Protection Act<br>• Bald and Golden Eagle Protection Act<br>• Comprehensive Environmental Response, Compensation and Liability Act<br>• Endangered Species Act<br>• Executive Order 11988 (Floodplain Management)<br>• Executive Order 11990 (Protection of Wetlands)<br>• Executive Order 12898 (Environmental Justice)<br>• Executive Order 13175 (Government-to-Government Consultation)<br>• Executive Order 13186 (Migratory Birds)<br>• Federal Land Policy and Management Act<br>• Magnuson-Stevens Fishery Conservation and Management Act<br>• Marine Mammal Protection Act<br>• Materials Act<br>• Migratory Bird Treaty Act<br>• National Environmental Policy Act<br>• National Historic Preservation Act<br>• Paleontological Resources Preservation Act<br>• Safe Drinking Water Act<br>• Wild and Scenic Rivers Act<br>• Wilderness Act<br><br>**Applicable Regulations:**<br>• 43 CFR Parts 2880–2888 |

**TABLE 5.23-1    Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **Federal Permits & Approvals** | **Letter of Authorization, U. S. Fish and Wildlife Service** | Preserve integrity of marine mammal populations while allowing isolated incidents of harassment, injuries, or deaths as a result of activity. | **U. S. Fish and Wildlife Service** | <u>**Section 101(a)(5) of the Marine Mammal Protection Act:**</u> Restricts the taking, possession, transportation, selling, offering for sale and importing of marine mammals (16 U. S. C. 1361–1362, 1371–1389, 1401–1407, 1421, 1423). <br><br> <u>**Other Applicable Laws**</u>: <br> • Endangered Species Act <br> • National Environmental Policy Act <br><br> <u>**Applicable Regulations**</u>: <br> • 50 CFR Part 18 |

TABLE 5.23-1     Federal, State, and Borough Permits Required for the Proposed Project

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **Federal Permits & Approvals** | **Temporary Use Permits** | Allow temporary use of federal land for project activities. | **Bureau of Land Management** | **Mineral Leasing Act:** Allows that rights-of-way through any federal lands may be granted by the Secretary of Interior or appropriate agency head for pipeline purposes for the transportation of oil, natural gas, synthetic liquid or gaseous fuels (30 U. S. C. 185).<br><br>**Other Applicable Laws:**<br>• Alaska National Interest Lands Conservation Act<br>• Archaeological Resource Protection Act<br>• Bald and Golden Eagle Protection Act<br>• Comprehensive Environmental Response, Compensation and Liability Act<br>• Endangered Species Act<br>• Executive Order 11988 (Floodplain Management)<br>• Executive Order 11990 (Protection of Wetlands)<br>• Executive Order 12898 (Environmental Justice)<br>• Executive Order 13175 (Government-to-Government Consultation)<br>• Executive Order 13186 (Migratory Birds)<br>• Federal Land Policy and Management Act<br>• Magnuson-Stevens Fishery Conservation and Management Act<br>• Marine Mammal Protection Act<br>• Materials Act<br>• Migratory Bird Treaty Act<br>• National Environmental Policy Act<br>• National Historic Preservation Act<br>• Paleontological Resources Preservation Act<br>• Safe Drinking Water Act<br>• Wild and Scenic Rivers Act<br>• Wilderness Act<br><br>**Applicable Regulations:**<br>• 43 CFR Parts 2880–2888 |

TABLE 5.23-1    Federal, State, and Borough Permits Required for the Proposed Project

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **Federal Permits & Approvals** | **Mineral Material Sales Contracts** | Allow the purchase and extraction of gravel from federal land. | **Bureau of Land Management** | **Materials Act:** Allows for the exploration, development and disposal of mineral material resources on public lands, and for the protection of the resources and the environment (30 U. S. C. 601). <br><br> **Other Applicable Laws:** <br>• Alaska National Interest Lands Conservation Act <br>• Clean Air Act <br>• Clean Water Act <br>• Comprehensive Environmental Response, Compensation and Liability Act <br>• Endangered Species Act <br>• Executive Order 11988 (Floodplain Management) <br>• Executive Order 11990 (Protection of Wetlands) <br>• Executive Order 12898 (Environmental Justice) <br>• Executive Order 13175 (Government-to-Government Consultation) <br>• Executive Order 13186 (Migratory Birds) <br>• Federal Land Policy and Management Act <br>• Magnuson-Stevens Fishery Conservation and Management Act <br>• Migratory Bird Treaty Act <br>• National Environmental Policy Act <br>• National Historic Preservation Act <br>• Wild and Scenic Rivers Act <br>• Wilderness Act <br><br> **Applicable Regulations:** <br>• 43 CFR Part 3600 |

**TABLE 5.23-1      Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **Federal Permits & Approvals** | **Bridge Permit** | Allow bridging of rivers without harming their navigability. | **U. S. Coast Guard** | **General Bridge Act and Rivers and Harbors Appropriations Act:** Prohibits construction of bridges or causeways over or in any navigable river or other navigable water of the U. S. without approval (33 U. S. C. 401, 491, 525). <br><br>**Other Applicable Laws:** <br>• Clean Air Act <br>• Clean Water Act <br>• Coastal Zone Management Act <br>• Endangered Species Act <br>• Executive Order 11988 (Floodplain Management) <br>• Executive Order 11990 (Protection of Wetlands) <br>• Executive Order 12898 (Environmental Justice) <br>• Farmlands Protection Policy Act <br>• Fish and Wildlife Coordination Act <br>• Magnuson-Stevens Fishery Conservation and Management Act <br>• Marine Mammal Protection Act <br>• Migratory Bird Treaty Act <br>• National Environmental Policy Act <br>• National Historic Preservation Act <br>• Native American Grave Protection and Repatriation Act <br>• Noise Control Act <br>• Uniform Relocation Assistance and Real Property Acquisitions Act <br>• Wild and Scenic Rivers Act <br><br>**Applicable Regulations:** <br>• 33 CFR Parts 114 and 115 |

**TABLE 5.23-1      Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **Federal Permits & Approvals** | **Letter of Authorization, National Marine Fisheries Service** | Preserve the integrity of marine mammal populations while allowing isolated incidents of harassment, serious injury, deaths, or a combination thereof as a result of activity. | **National Marine Fisheries Service** | **Section 101(a)(5) of the Marine Mammal Protection Act:**<br>Restricts the taking, possession, transportation, selling, offering for sale and importing of marine mammals (16 U. S. C. 1361–1362, 1371–1389, 1401–1407, 1421, 1423).<br><br>**Other Applicable Laws:**<br>• Endangered Species Act<br>• Magnuson-Stevens Fishery Conservation and Management Act<br>• National Environmental Policy Act<br><br>**Applicable Regulations:**<br>• 50 CFR Part 216 |
| **Federal Permits & Approvals** | **Incidental Harassment Authorization** | Preserve the integrity of marine mammal populations while allowing isolated incidents of harassment as a result of activity. | **National Marine Fisheries Service** | **Section 101(a)(5) of the Marine Mammal Protection Act:**<br>Restricts the taking, possession, transportation, selling, offering for sale and importing of marine mammals (16 U. S. C. 1361–1362, 1371–1389, 1401–1407, 1421, 1423).<br><br>**Other Applicable Laws:**<br>• Endangered Species Act<br>• Magnuson-Stevens Fishery Conservation and Management Act<br>• National Environmental Policy Act<br><br>**Applicable Regulations:**<br>• 50 CFR Part 216 |

**TABLE 5.23-1     Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **Federal Permits & Approvals** | **Pipeline Special Permits** | Ensure that the pipeline is built and operated to meet the objectives of federal standards even though the applicant proposes to use different methods or material to achieve pipeline integrity and safety.  This could include pipe coating, steel pipe properties, or the spacing of special sleeves designed to stop pipeline cracks from spreading.  Applicant must obtain a permit for each departure from standards. | **U. S.  Dept.  of Transportation, Pipeline and Hazardous Materials Safety Administration** | **Pipeline Safety Law:** Federal pipeline safety laws authorize waivers of compliance with one or more of the federal pipeline safety regulations, if necessary [49 U. S. C.  60118(c)].<br><br>**Other Applicable Laws:** • Executive Order 12898 (Environmental Justice) • Executive Order 13175 (Government-to-Government Consultation) • National Environmental Policy Act<br><br>**Applicable Regulations:** • 49 CFR Parts 190–192, 199 |
| **Federal Permits & Approvals** | **Bald and Golden Eagle Protection Act Permit** | Preserve the integrity of eagle populations while allowing isolated incidents of disturbance, injury, or death as a result of activities. | **U. S.  Fish and Wildlife Service** | **Bald and Golden Eagle Protection Act:** Prohibits anyone, without a permit issued by the Secretary of Interior, from "taking" bald and golden eagles, including their parts, nests or eggs.  The act defines "take" as "pursue, shoot, shoot at, poison, wound, kill, capture, trap, collect, molest or disturb" (16 U. S. C.  668).<br><br>**Other Applicable Laws:** • National Environmental Policy Act<br><br>**Applicable Regulations:** • 50 CFR Parts 13 and 22 |

**TABLE 5.23-1     Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **Federal Permits & Approvals** | **Endangered Species Act Section 7 Biological Opinion and Incidental Take Statement, U. S. Fish and Wildlife Service** | Ensure that species listed as endangered or threatened, or their habitat, are not adversely affected by activities. | **U. S. Fish and Wildlife Service** | **Endangered Species Act:** Requires that each federal agency shall ensure that any action authorized by such agency is not likely to jeopardize the continued existence of any endangered species or threatened species or result in the destruction or adverse modification of habitat of such species which is determined to be critical (16 U. S. C. 1531–1544). <br><br> **Other Applicable Laws:** <br> • Marine Mammal Protection Act <br><br> **Applicable Regulations:** <br> • 50 CFR Parts 17 and 402 |
| **Federal Permits & Approvals** | **Endangered Species Act Section 7 Biological Opinion and Incidental Take Statement, National Marine Fisheries Service** | Ensure that species listed as endangered or threatened, or their habitat, are not adversely affected by activities. | **National Marine Fisheries Service** | **Endangered Species Act:** Requires that each federal agency shall ensure that any action authorized by such agency is not likely to jeopardize the continued existence of any endangered species or threatened species or result in the destruction or adverse modification of habitat of such species which is determined to be critical (16 U. S. C. 1531–1544). <br><br> **Other Applicable Laws:** <br> • Marine Mammal Protection Act <br><br> **Applicable Regulations:** <br> • 50 CFR Parts 17 and 402 |

**TABLE 5.23-1     Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **State Permits & Approvals** | **Fish Habitat Permit (Title 16)** | Required for any work conducted below the ordinary high water mark of an anadromous stream.  Required before any action taken to:<br><br>• Construct a hydraulic project; or<br><br>• Use, divert, obstruct, pollute, or change the natural flow or bed of a specified river, lake, or stream, or<br><br>• Use wheeled, tracked; or excavating equipment or log-dragging equipment in the bed of a specified river, lake, or stream. | **Dept.  of Fish and Game, Division of Habitat** | **Applicable Laws:**<br>• AS 16. 05. 841.  Fishway required.<br>• AS 16. 05. 871.  Protection of fish and game.  States that the commissioner can require:<br>　**(1)** full plans and specifications of the proposed construction or work;<br>　**(2)** complete plans and specifications for the proper protection of fish and game in connection with the construction or work, or in connection with the use; and<br>　**(3)** the approximate date the construction, work, or use will begin.<br><br>**Applicable Regulations:**<br>• 5 AAC 95. 700(b).  Application procedures.  (Details information required on application)<br>• 5 AAC 95. 720(a).  Permit conditions and assignment.  (Identifies permit conditions that may be applied) |
| **State Permits & Approvals** | **Collection/Public Safety Permit** | Required when interactions with animals and the defense of life or property are expected or possible. | **Alaska Dept.  of Fish and Game, Division of Wildlife Conservation** | **Applicable Laws:**<br>• AS 16. 05. 050(a)(5).  Powers and duties of commissioner.  "The commissioner has, but not by way of limitation, the following powers and duties: …(5) to take, capture, propagate, transport, buy, sell, or exchange fish or game or eggs for propagating, scientific, public safety, or stocking purposes. " |

**TABLE 5.23-1     Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **State Permits & Approvals** | **Special Area Permit** | Required for activities, except for lawful hunting, trapping, fishing, viewing, and photography, occurring in a special area such as a state game refuge, state game sanctuary, or critical habitat area. | **Dept. of Fish and Game, Division of Habitat** | **Applicable Laws:**<br>• AS 16. 20. Conservation and Protection of Alaska Fish and Game.<br>• AS 16. 20. 060. Submission of plans and specifications.<br><br>**Applicable Regulations:**<br>• 5 AAC 95. 420. Activities requiring a special areas permit.<br>• 5 AAC 95. 700. Application procedures. |
| **State Permits & Approvals** | **Certificate of Public Convenience and Necessity (CPCN)** | CPCN is a certificate which all public utilities and pipeline carriers are required to obtain from the Regulatory Commission of Alaska (RCA) before operating and receiving compensation for providing a commodity or service. | **Regulatory Commission of Alaska** | **Applicable Laws:**<br>• AS 42. 06. 140. General powers and duties: (a)(8) "The commissioner… shall require permits for the construction, enlargement in size or operating capacity, extension, connection and interconnection, operation or abandonment of any oil or gas pipeline facility or facilities, subject to necessary and reasonable terms, conditions and limitations…"<br>• 42. 05. 221. Certificates required.<br><br>**Applicable Regulations:**<br>• 3 AAC 48. 625. Pipeline carrier application. (Lists information required in application) |
| **State Permits & Approvals** | **Utility Permit** | The Dept. of Transportation & Public Facilities (DOT&PF) will authorize the activities reasonably required for the construction, maintenance, or operation of the utility facility in a DOT&PF right-of-way. | **Dept. of Transportation & Public Facilities, Design and Construction Standards, Right-of-Way** | **Applicable Laws:**<br>• AS 19. 25. 010. Use of rights-of-way for utilities.<br>• AS 19. 25. 200. Encroachment permits; liability.<br><br>**Applicable Regulations:**<br>• 17 AAC 15. 011. Utility permits.<br>• 17 AAC 15. 021. Application for utility permit.<br><br>**Applicable Regulations:** |

*Alaska Stand Alone Gas Pipeline*

**TABLE 5.23-1    Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| State Permits & Approvals | Encroachment Permit | Necessary before placing anything in, on, under, or over a state right-of-way. | Dept. of Transportation & Public Facilities, Design and Construction Standards, Right-of-Way | **Applicable Regulations:**<br>• 17 AAC 10. 010.  Encroachments.<br>• 17 AAC 10. 011.  Types of encroachments authorized. |
| State Permits & Approvals | Driveway/Approach Road Permit | Required before a driveway/access road can be built that connects with a state roadway. | Dept. of Transportation & Public Facilities, Design and Construction Standards, Right-of-Way | **Applicable Regulations:**<br>• 17 AAC 10. 030.  Driveway and road approach permits and utilities.<br>• 17 AAC 10. 040.  Technical requirements. |
| State Permits & Approvals | Lane Closure Permit | Required for temporary closure of a traffic lane or an entire roadway. | Dept. of Transportation & Public Facilities, Design and Construction Standards, Right-of-Way | **Applicable Regulations:**<br>• 17 AAC 20. 017.  Lane closure permits. |
| State Permits & Approvals | Oversize/Overweight Permit | Required when oversize or overweight vehicles will be used on a state roadway. | Dept. of Transportation & Public Facilities, Measurement Standards and Commercial Vehicle Enforcement, Commercial Vehicle Customer Service Center | **Applicable Regulations:**<br>• 17 AAC 25. 320(b).  Permits for oversize or overweight vehicles: "…the department will, as conditions for a permit…establish time limitations for movement, designate routes, limit the number of trips, or otherwise restrict the movement of oversize or overweight vehicles and loads.  The movement of permitted oversize or overweight vehicles or loads must comply with…the department's Administrative Permit Manual: Oversize and Overweight Permits, revised as of December 2009, and adopted by reference."<br>• 17 AAC 25. 330(a).  Applications for permits. |

**TABLE 5.23-1       Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| State Permits & Approvals | Industrial Use Highway Permit | Required to operate vehicles on an industrial use highway if the length and weight meet certain limits. | Dept. of Transportation & Public Facilities | **Applicable Regulations:**<br>• 17 AAC 35. 020.  Industrial use highway permits. |
| State Permits & Approvals | Application for Fire and Life, Safety Plan Review | Required prior to the start of construction of any structure regulated by the state fire marshal. | State Fire Marshal's Office, Division of Fire and Life Safety | **Applicable Regulations:**<br>• 13 AAC 50. 027.  Non-structural plan review and approval; stop-work orders. |
| State Permits & Approvals | Permit to Drill (Injection Well) | Required for the development of a Class I (municipal and industrial waste) disposal well. | Dept. of Administration, Alaska Oil and Gas Conservation Commission | **Applicable Regulations:**<br>• 20 AAC 25. 005 Permit to drill.  (Ensures appropriate equipment is used and appropriate practices are followed to maintain well control, protect groundwater, avoid waste of oil or gas, and promote efficient reservoir development) |
| State Permits & Approvals | Solid Waste Disposal Permit | Required for the operation of a solid waste disposal facility. | Dept. of Environmental Conservation, Division of Environmental Health | **Applicable Regulations:**<br>• 18 AAC 60. 210.  Permit application.<br>• 18 AAC 60. 245.  Prompt closure.<br>• 18 AAC 60. 265, Proof of financial responsibility.<br>• 18 AAC 60. 800 – 18 AAC 60. 860.  Monitoring and Corrective Action Requirements. |
| State Permits & Approvals | Forest Clearing Approval | Required when state-owned/managed forest land will be cleared for project construction and operation. | Dept. of Natural Resources, Division of Forestry | **Applicable Laws:**<br>• AS 41. 17.  Forest Resources and Practices.<br><br>**Applicable Regulations:**<br>• 11 AAC 95. 010 – 11 AAC 95. 900.  Forest resources and practices.<br>• 11 AAC 95. 190.  Applicability.<br>• 11 AAC 95. 220.  Detailed plan of operation. |

TABLE 5.23-1     Federal, State, and Borough Permits Required for the Proposed Project

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **State Permits & Approvals** | **Land Use Permit** | Required for any use of state lands not identified as a "generally allowed use". | **Dept. of Natural Resources, Division of Mining, Land & Water** | <u>Applicable Laws:</u><br>• AS 38. 05. 035(a) authorizes the director to decide what information is needed to process an application for the sale or use of state land and resources.<br><br><u>Applicable Regulations:</u><br>• 11 AAC 96. 010.  Uses requiring a permit.  [Lists activities for which miscellaneous land use permit (MLUP) is required]<br>• 11 AAC 96. 020.  Generally allowed uses |
| **State Permits & Approvals** | **Material Sales Permit** | Required for the extraction and sale of materials (gravel, rock, timber) from state lands. | **Dept. of Natural Resources, Division of Mining, Land & Water** | <u>Applicable Laws:</u><br>• AS 38. 05. 115(a).  "The commissioner shall determine the timber and other materials to be sold, and the limitations, conditions, and terms of sale.  The limitations, conditions, and terms shall include the utilization, development, and maintenance of the sustained yield principle, subject to preference among other beneficial uses…" |
| **State Permits & Approvals** | **Temporary Water Use Permit** | May be needed if the amount of water to be used is a significant amount, the use continues for less than five consecutive years, and the water to be used is not appropriated.  This authorization does not establish a water right but will avoid conflicts with fisheries and existing water right holders. | **Dept. of Natural Resources, Division of Mining, Land & Water** | <u>Applicable Regulations:</u><br>• 11 AAC 93. 220.  Procedure for temporary water use.<br>   **(1)** (b) details information required in an application.<br>   **(2)** (f) "The department may issue an authorization for temporary use of water subject to conditions including suspension or termination, considered necessary to protect the water rights of other persons or the public interest. " |

TABLE 5.23-1     Federal, State, and Borough Permits Required for the Proposed Project

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **State Permits & Approvals** | **Water Rights Permit** | Required for long-term water appropriation. A water right allows a specific amount of water from a specific water source to be diverted, impounded, or withdrawn for a specific use.  When a water right is granted, it becomes appurtenant to the land where the water is being used for as long as the water is used. | **Dept. of Natural Resources, Division of Mining, Land & Water** | <u>Applicable Regulations</u>:<br>• 11 AAC 93. 040.  Application for a water right. (Details information to be included in application) |
| **State Permits & Approvals** | **Right-of-Way Lease** | Required for the construction of a common carrier pipeline across state lands. | **Dept. of Natural Resources, State Pipeline Coordinator's Office** | <u>Applicable Laws</u>:<br>• AS 38. 35. 050.  Applications for right-of-way leases.<br><br><u>Applicable Regulations</u>:<br>• 11 AAC 80. 005.  Applications for right-of-way leases. |
| **State Permits & Approvals** | **Archaeological Resources Protection Act Permit** | Required to protect from loss or damage archaeological resources that will be excavated/removed. | **Dept. of Natural Resources, Office of History and Archaeology** | <u>Applicable Laws</u>:<br>• Section 106 review requirements contained in 36 CFR 800. |

**TABLE 5.23-1     Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **State Permits & Approvals** | **Cultural Resource Permit** | Required for the investigation, excavation, gathering, or removal from the natural state, of any historic, prehistoric, or archaeological resources of the state. | **Dept. of Natural Resources, Office of History and Archaeology** | **Applicable Laws:**<br>• AS 41.35.080. Permits: "The commissioner may issue a permit for the investigation, excavation, gathering, or removal from the natural state, of any historic, prehistoric, or archeological resources of the state. . . "<br><br>**Applicable Regulations:**<br>• 11 AAC 16.030. Investigation and collection permits: (b) "After consultation with the state archaeologist the director may issue a permit to a qualified person for investigation, excavation, gathering and removal from the natural state of historic, prehistoric or archaeological resources of the state." |
| **State Permits & Approvals** | **Minor General Permit 9 for Rock Crushers (MG9)** | Required from the owner/operator before construction, operation, or relocation of a stationary source containing a rock crusher that has a rated capacity >5 tons per hour and emits <100 tons of a regulated pollutant. | **Dept. of Environmental Conservation, Division of Air Quality** | **Applicable Regulations:**<br>• 18 AAC 50.345. Construction, minor, and operating permits: standard permit conditions.<br>• 18 AAC 50.045. Prohibitions: (d) "A person who causes or permits bulk materials to be handled, transported, or stored, or who engages in an industrial activity or construction project shall take reasonable precautions to prevent particulate matter from being emitted into the ambient air."<br>• 18 AAC 50.502(b). Minor permits for air quality protection.<br>• 18 AAC 50.560. General minor permits. |
| **State Permits & Approvals** | **Open-Burning Approval Application** | Required for open/prescribed burning of ≥40 acres/year. | **Dept. of Environmental Conservation, Division of Air Quality** | **Applicable Regulations:**<br>• 18 AAC 50.065. Open burning. |

**TABLE 5.23-1      Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **State Permits & Approvals** | **Construction Permit** | Used for the following permitting activities:<br>1. Prevention of Significant Deterioration (PSD) permit (18 AAC 50. 306)<br>2. Nonattainment area major stationary source permit (18 AAC 50. 311)<br>3. Construction permit for a major source of hazardous air pollutants (18 AAC 50. 316).<br>Required to authorize construction of a new or modification to a major stationary source of air pollution. The major source is capable of emitting more than 250 tons per year of a criteria pollutant, defined as the following: nitrogen oxides (NOx), carbon monoxide (CO), particulate matter less than 10 micron in size (PM10), sulfur dioxide (SO2), and ozone. | **Dept. of Environmental Conservation, Division of Air Quality** | <u>Applicable Laws:</u><br>• AS 46. 14. 130.  Stationary sources requiring permits. (Major stationary source permits)<br><br><u>Applicable Regulations:</u><br>• 18 AAC 50. 300 – 18 AAC 50. 390.  Article 3, Major Stationary Source Permits.<br>• 18 AAC 50. 302.  Construction permits.<br>• 18 AAC 50. 345.  Construction, minor, and operating permits: standard permit conditions.<br>• 18 AAC 50. 346.  Construction and operating permits: other permit conditions.<br>• 18 AAC 50. 306.  Prevention of significant deterioration (PSD) permits: (d) "In each PSD permit issued under this section, the department will include terms and conditions:<br>   - (1) as necessary to ensure that the permittee will construct and operate the proposed stationary source or modification in accordance with this section, including terms and conditions consistent with AS 46. 14. 180 that require the permittee to<br>   - (A) install, use, and maintain monitoring equipment;<br>   - (B) sample emissions according to the methods prescribed by the department, at locations and, intervals specified by the department, and by procedures specified by the department;<br>   - (C) provide source test reports, monitoring data, emissions data, and information from analysis of any test samples;<br>   - (D) keep records; and<br>   - (E) make periodic reports on process operations and emissions, and reports consistent with 18 AAC 50. 235 - 18 AAC 50. 240". |

**TABLE 5.23-1    Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **State Permits & Approvals** | **Title I Minor Stationary Source Air Permit** | Required before beginning construction of a new stationary source with a potential to emit:<br>• 15 tons per year (TPY) of PM10,<br>• 40 TPY of nitrogen oxides,<br>• 40 TPY of sulfur dioxide,<br>• 0. 6 TPY of lead, or<br>• 100 TPY of carbon monoxide (CO) within 10 kilometers of a CO nonattainment area. Required for an air pollutant that is not significant under 40 CFR 52. 21(b)(23), adopted by reference in 18 AAC 50. 040, and if a permit is not required under 18 AAC 50. 311. | **Dept. of Environmental Conservation, Division of Air Quality** | <u>Applicable Regulations:</u><br>• 18 AAC 50. 502 – 18 AAC 50. 560.  Article 5.  Minor Permits.<br>• 18 AAC 50. 544.  Minor permits: content.  (Contains standard conditions that will be included in each permit) |
| **State Permits & Approvals** | **Title V Air Permit** | Required for operation of facilities with potential to emit (PTE) regulated air pollutant >100 TPY.  Permit not issued until one year after construction. | **Dept. of Environmental Conservation, Division of Air Quality** | <u>Applicable Regulations:</u><br>• 18 AAC 50. 345.  Construction, minor, and operating permits: standard permit conditions.<br>• 18 AAC 50. 346.  Construction and operating permits: other permit conditions. |

TABLE 5.23-1      Federal, State, and Borough Permits Required for the Proposed Project

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **State Permits & Approvals** | **401 Certification for 404 Permit** | Any applicant for a federal license or permit to conduct an activity that may result in discharge into waters of the U. S. is required to certify that the discharge will comply with the Clean Water Act, Alaska Water Quality Standards (18 AAC 70), and other applicable state laws. | **Dept. of Environmental Conservation, Division of Water** | **Applicable Regulations:**<br>• 18 AAC 60. 200. Permit requirement. (b) "If the department certifies an activity under 33 U. S. C. 1344 (Clean Water Act, section 404) and attaches conditions to that certification, and if the department decides that certification may be substituted for a permit required under this chapter, the department will enforce the terms and conditions of the certification in the same way it would require compliance with a permit issued under this chapter for the same activity".<br>• 18 AAC 70. 005 – 18 AAC 70. 990. Water Quality Standards. |
| **State Permits & Approvals** | **Multi-Sector General Permit (Storm water discharges associated with industrial activity)** | Required for any facility discharging storm water. Discharge must comply with applicable requirements set forth by 40 CFR 122. 26, and adopted by reference in 18 AAC 83. 010. | **Dept. of Environmental Conservation, Division of Water** | **Applicable Regulations:**<br>• 18 AAC 83. 010. Requirements, guidelines, and policy documents adopted by reference.<br>• 18 AAC 83. 615. Storm water discharges.<br>• 18 AAC 72. 040. Discharge to sewers. |

**TABLE 5.23-1      Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **State Permits & Approvals** | **Alaska Pollutant Discharge Elimination System, General Permit, Contained Water** | Required for any discharge of pollutants in storm water associated with construction activities into waters of the U. S. | **Dept. of Environmental Conservation, Division of Water** | **Applicable Regulations:**<br>• 18 AAC 83. 305.  Permit application forms and general information requirements.<br>• 18 AAC 83. 315.  Permit application requirements for manufacturing, commercial, mining, and silvicultural facilities that discharge only non-process wastewater.<br>• 18 AAC 83. 360.  Permit application requirements for new sources and new discharges.<br>• 18 AAC 83. 405 – 18 AAC 83. 560.  Article 5, Permit Conditions – General.<br>• 18 AAC 83. 615.  Storm water discharges.<br>• Operator may be required to submit information to the Department and/or an operator of a municipal separate storm sewer system for review prior to filing the notice of intent and commencement of construction activities. |
| **State Permits & Approvals** | **Alaska Pollutant Discharge Elimination System, Discharge of Non-process Wastewater** | Required for a new or existing industrial facility that discharges only non-process wastewater into waters of the U. S. (Process wastewater is water that comes into direct contact with or results from the production or use of any raw material, intermediate product, finished product, byproduct, waste product, or wastewater. ) | **Dept. of Environmental Conservation, Division of Water** | **Applicable Regulations:**<br>• 18 AAC 83. 115.  Draft permit, fact sheet, and applicant review.<br>• 18 AAC 83. 120.  Public notice and comment; hearing on permit; issuance of final permit.<br>• 18 AAC 83. 125.  Permit preparation by third-party contractors or an applicant.<br>• 18 AAC 83. 160.  Permit variance.<br>• 18 AAC 83. 205.  General permits.<br>• 18 AAC 83. 210.  Administration of general permits.<br>• 18 AAC 83. 215.  Exceptions to general permit requirement; individual permits.<br>• 18 AAC 83. 305.  Permit application forms and general information requirements.<br>• 18 AAC 83. 315.  Permit application requirements for manufacturing, commercial, mining, and silvicultural facilities that discharge only non-process wastewater.<br>• 18 AAC 83. 410.  Special reporting obligations: (d) Monitoring report. |

TABLE 5.23-1     Federal, State, and Borough Permits Required for the Proposed Project

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **State Permits & Approvals** | **Water System Permit and Plan Review** | Required for construction, installation, alteration, renovation, operation or improvement of a community water system, non-transient non-community water system, or transient non-community water system, or any part of one.  Also, must have prior written approval of engineering plans that comply with 18 AAC 80. 205. | **Dept.  of Environmental Conservation, Division of Water** | <u>Applicable Regulations</u>:<br>• 18 AAC 80. 005 – 18 AAC 80. 1990.  Drinking Water. |

**TABLE 5.23-1      Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **State Permits & Approvals** | **Wastewater System Permit and Plan Review** | Required for construction, alteration, installation, modification, or operation of any part of a nondomestic wastewater treatment works or disposal system. Permit required for disposal of nondomestic wastewater into or onto land, surface water, or groundwater nondomestic (18 AAC 72. 500 and 18 AAC 83). An engineered plan must be submitted to the Department and be approved in writing before constructing, modifying, or installing any part of a domestic wastewater collection, treatment or disposal system.  Prior approval is not required for conventional systems constructed under the Certified Installer Program (18 AAC 72. 010). | **Dept.  of Environmental Conservation, Division of Water** | <u>**Applicable Regulations (Nondomestic Wastewater)**</u>: <br>• 18 AAC 72. 005 – 18 AAC 72. 990.  Wastewater Treatment and Disposal. <br>• 18 AAC 72. 010.  Permit and plan approval requirements. <br>• 18 AAC 72. 500.  Permit required. <br>• 18 AAC 72. 600.  Application for department approval. <br>• 18 AAC 72. 900.  General permit. <br>• 18 AAC 72. 910.  Procedures for general permit. <br>• 18 AAC 72. 920.  Professional submittals. <br>• 18 AAC 72. 930.  Reports. <br>• 18 AAC 83. 005 – 18 AAC 72. 990.  Alaska Pollutant Discharge Elimination System Program. |

**TABLE 5.23-1    Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **State Permits & Approvals** | **Class I Injection Well Wastewater Disposal General Permit (Permit Number 2010DB0001)** | Required for any non-hazardous sanitary wastewater discharge injected into a well for disposal below lowermost underground drinking water source supply. Class I injection wells are used for deep injection of non-hazardous sanitary, domestic, or industrial fluids beneath the lowermost underground source of drinking water. | **Dept. of Environmental Conservation, Division of Water** | **Applicable Laws:**<br>• AS 46. 03. 120. Termination or modification of waste management and disposal.<br><br>**Applicable Regulations (Domestic Wastewater):**<br>• 18 AAC 72. 010. Permit and plan approval requirements<br>• 18 AAC 72. 215. Permit required.<br><br>**Applicable Regulations (Nondomestic Wastewater):**<br>• 18 AAC 72. 500. Permit required: (a) "In addition to the plan approval required by 18 AAC 72. 600 a person who disposes of nondomestic wastewater into or onto land, surface water, or groundwater in this state must have a permit issued by the department under this chapter or under 18 AAC 83 for that disposal. "<br>• 18 AAC 72. 600. Application for department approval.<br>• 18 AAC 72. 510. Sludge disposal. |
| **Borough Permits & Approvals** | **Construction in Right-of-Way Permit** | Required prior to any work taking place, including driveway installations, within the right-of-way of a public road. | **Fairbanks North Star Borough, Rural Services Division** | • Fairbanks North Star Borough Code of Ordinance 14. 03. Excavation and Construction on Public Roads Within Road Service Areas. |
| **Borough Permits & Approvals** | **Floodplain Permit Application** | For any new or substantially improved structure, alteration of a watercourse, or other development within the flood hazard area (Flood Zone A). | **Fairbanks North Star Borough, Dept. of Community Planning** | • Ordinance 15. 04. 040, Floodplain Permits Required.<br>• Required data and information contained in 15. 04. 050 B. through F. |

**TABLE 5.23-1     Federal, State, and Borough Permits Required for the Proposed Project**

| Jurisdiction | Permit Title | Criteria | Agency | Laws and Regulations |
|---|---|---|---|---|
| **Borough Permits & Approvals** | **Land Management Regulations Permit Application (Development Permit)** | Compliance with land management requirements | **North Slope Borough** | • North Slope Borough Ordinance 19. 30. 050. (Ordinance does not contain any requirements for data or information) |
| **Borough Permits & Approvals** | **Land Use and/or Zoning Permits** | Compliance with land use and/or zoning plans | **Fairbanks North Star Borough**<br><br>**Denali Borough**<br><br>**Matanuska-Susitna Borough** | • Land Use and/or Zoning Plans |
| **Borough Permits & Approvals** | **Approval from local landfill operators to deposit non-hazardous solid waste** | Disposal of non-hazardous solid waste | **North Slope Borough**<br><br>**Fairbanks North Star Borough**<br><br>**Denali Borough**<br><br>**Matanuska-Susitna Borough** | • Local Ordinances |

Source: The Alaska Gas Pipeline Project Office created the list of state and borough permits.
The Office of the Federal Coordinator for Alaska Natural Gas Transportation Projects created the list of federal permits.

### 5.23.3  References

AGDC.  See Alaska Gasline Development Corporation.

Alaska Gasline Development Corporation (AGDC).  2011.  Applicant Proposed Mitigation Measures.  Anchorage, AK.

Alaska Gasline Development Corporation (AGDC).  2012.  Request for Information July 9, 2012 Mitigation Measures.  Anchorage, AK.

CEQ.  See Council on Environmental Quality.

Council on Environmental Quality (CEQ).   1981.   Forty Most Asked Questions Concerning National Environmental Policy Act Regulations.  *46 Federal Register 18026*.

EPA.  See U.S. Environmental Protection Agency.

U.S. Environmental Protection Agency (EPA).   2012.  Mitigation Banking Fact Sheet. Compensating for Impacts to Wetlands and Streams.  Website: (http://water.epa.gov/lawsregs/guidance/wetlands/mitbanking.cfm).

Wright, S.  J, 2008.  A Revegetation Manual for Alaska.  Alaska Plant Materials Center. Division of Agriculture, Alaska Department of Natural Resources.  Palmer, AK.

*This page intentionally left blank.*

# 6.0   CONCLUSIONS

# 6.0    CONCLUSIONS

This section summarizes the conclusions of the Final EIS for the proposed Alaska Stand Alone Pipeline (ASAP).  The proposed intrastate, 24 inch, 737 mile, 500 million standard cubic feet per day (MMscfd) capacity pipeline[1] is designed to transport presently stranded natural gas and natural gas liquids (NGLs) from the North Slope gas fields to markets in the Fairbanks and Cook Inlet areas by 2016.  As envisioned, the ASAP is independent of other possible interstate gas pipeline projects presently under consideration.[2]

Cook Inlet natural gas production accounts for nearly all of Alaska's natural gas supply at present.[3]  Cook Inlet natural gas production has been declining in recent years and, looking to the future, both proven developed Cook Inlet reserves and estimates of undeveloped Cook Inlet reserves are insufficient to match even historical levels of natural gas consumption in Alaska. Thus, absent construction and operation of this or some alternative gas pipeline system, Alaska will be in the position of having large natural gas reserves,[4] but a shortfall of supply. The Proposed Action is intended to serve developed and developing markets within Alaska, including Fairbanks and the Railbelt.

Construction and operation of the ASAP would entail both positive and negative impacts of various types—identified and discussed in detail in earlier sections of this Final EIS.  This section summarizes these impacts in a series of tables.  Table 6.0-1 provides a narrative summary of the predicted impacts (including physical, biological, socioeconomic and cumulative impacts[5]) associated with (i) the Proposed Action, (ii) the Denali National Park Route Variation,

---

[1] The proposed Project also includes a 12-inch diameter, 35-mile length Fairbanks Lateral pipeline to tie-in with the main pipeline at MP 458, a gas conditioning facility located on the North Slope at Prudhoe Bay, as many as two compressor stations located along the pipeline, a straddle and off-take facility located at the Fairbanks Lateral tie in, and a Cook Inlet NGLEP.  Connected actions are described in detail in Section 3.0.

[2] ASAP is an intrastate project independent of other proposed interstate natural gas pipeline projects.  The Alaska Pipeline Project (APP), the project sponsored by the Alaska Gasline Inducement Act (AGIA), and Denali–The Alaska Gas Pipeline project have studied the feasibility of exporting Alaska's North Slope natural gas via a large-diameter pipeline.  As these export plans and studies develop, the near-term needs (2013) for additional natural gas supplies to supplement Cook Inlet reserves and to serve developed and developing markets within Alaska remain.

[3] Comparatively minor amounts of natural gas are produced on the North Slope for industry consumption on the slope.  Additionally the North Slope Borough constructed Nuiqsut Natural Gas Pipeline to transport natural gas from the ConocoPhillips Alpine production pad to the village of Nuiqsut, located within the Colville River Delta.  Natural gas from the North Slope is also used to heat homes and generate electricity in Barrow.

[4] According to the Bureau of Ocean Energy Management, Regulation, and Enforcement (see http://www.alaska.boemre.gov/re/natgas/akngases.htm) Alaska contains 39.88 trillion cubic feet (tcf) of gas remaining in developed and known undeveloped fields. Some of this gas is in fields too small or remote to justify economic development. Of the known gas reserves, 26.92 tcf may be considered available for export at appropriate market prices and pending construction of new gas transportation systems.  Most of this gas is in onshore fields and mostly beneath State of Alaska surface or submerged lands.

[5] The health impacts associated with this proposed Project are very substantial and the narrative descriptions in Table 6.0-1.  However, these effects (discussed at length in Section 5.15) were evaluated using a specific scheme recommended in the *Technical Guidance for Health Impact Assessment* (HIA) in Alaska, also termed the 'HIA Toolkit.'

(iii) the No Action Alternative, and (iv) the options related to crossing the Yukon River described under the Proposed Action.  Mitigation measures currently committed to by the AGDC are described in Section 5.23, Mitigation.

Selection of the No Action Alternative means that the negative impacts associated with the proposed alternative are avoided and so effects can rightly be described simply as having 'no impact.'  However, the proposed Project (including the Denali National Park Route Variation, the preferred option for a Yukon crossing and two other Yukon River crossing options) also offers substantial benefits (positive impacts), such as providing a reliable, relatively low-cost, supply of natural gas.  This potential supply could enable, for example, the provision of additional natural gas to residents of Fairbanks thereby displacing other fuel types (e.g., wood, coal, or fuel oil) with significantly greater air emissions of various types.  Displacing fuel types that have greater air emissions will improve air quality and have a positive impact on public health in the Fairbanks North Star Borough region (See Section 5.15, Public Health, for more detail).  Selection of the No Action Alternative would forego these benefits.

Tables in Section 6.1 provide more information on the predicted impacts and cumulative effects of the proposed Project, Alternatives and Options, and ranks the magnitude and probability of those impacts.

**TABLE 6.0-1     Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Predicted Impacts | | | |
| | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
|---|---|---|---|---|
| Regional Geology and Topography | Impacts to regional geology and topography would occur, particularly in areas of rugged terrain and steep slopes.  Significant grading may be necessary in some areas to reduce slopes to grades suitable for construction.  Existing infrastructure would be utilized to the extent practicable.  In areas where the proposed Project crosses laterally along the side of a slope, cut-and-fill grading may be required. | Same as proposed action. | No impact would occur. | For the MP 0 to MP 540 segment, the existing bridge option would result in fewer impacts to geology as the construction areas and support structures associated with the suspension bridge (the preferred option) and construction areas and subsurface drilling associated with the HDD crossing option would not be built.  Utilizing the existing bridge would not result in any new impacts. |
| Soils | Impacts to soil conditions within the proposed Project right-of-way (ROW) would occur during both construction and operations activities.  Construction, excavation, grading, and maintenance of slopes and work pads may result in increased soil erosion and siltation. | Same as proposed action. | No impact would occur. | For the MP 0 to MP 540 segment, the existing bridge option would result in fewer impacts to soils as the construction areas and support structures associated with the suspension bridge (the preferred option) and construction areas and subsurface drilling associated with the HDD crossing option would not be built.  Utilizing the existing bridge would not result in any new impacts. |
| Permafrost | The proposed Project may also affect adjacent permafrost by heat transfer.  In concept, the pipeline would be operated at below freezing temperatures in predominantly permafrost terrains, and above freezing temperatures in predominantly thawed-ground settings.  A pipeline that is maintained at a higher temperature than the surrounding media could create thaw bulbs along the proposed ROW.  Conversely, permafrost aggradation could occur in areas where the pipeline is operated | Same as proposed action. | No impact would occur. | For the MP 0 to MP 540 segment, the existing bridge option would result in fewer impacts to permafrost as the construction areas and support structures associated with the suspension bridge (the preferred option) and construction areas and subsurface drilling associated with the HDD crossing option would not be built.  Utilizing the existing bridge would not result in any new impacts. |

**TABLE 6.0-1    Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Predicted Impacts | | | |
|---|---|---|---|---|
| | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
| | at below-freezing temperatures. Ground ice could grow, producing frost heave in some areas, especially in areas where fine-grained soils are dominant in the subsurface. | | | |
| Seismic Zones and Faults | Seismic activity can trigger mass wasting processes such as landslides and soil instabilities such as liquefaction. Landslides and liquefaction could result in a gas release from the pipeline to the surrounding environment. | Same as proposed action. | No impact would occur. | Utilizing the existing bridge or construction of a new suspension bridge (the preferred option) would not result in any new impacts. Construction of the HDD crossing option could encounter unstable subsurface areas. |
| Material Resources | The main impact of material resources would be the mining activity itself. Other impacts associated with this extraction would be minor modifications of local topography, loss of surface vegetation, creation of landscape scars, and a temporary increase of soil erosion and siltation near the operation material sites (OMSs). In some OMSs, destruction of permafrost could produce ponding. | Same as proposed action. | No impact would occur. | The preferred option of a new suspension bridge or the other two options would not result in any new impacts. |
| Paleontological Resources | Any action that involves ground disturbance creates a potential for impacts to paleontological resources existing in the proposed Project area. | Same as proposed action. | No impact would occur. Previously unknown paleontological resources in the ROW area might remain unknown. | Utilizing the existing bridge would not result in any new impacts. The suspension bridge (the preferred option) and HDD option could encounter paleontological resources. |

**TABLE 6.0-1    Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
|---|---|---|---|---|
| | | **Predicted Impacts** | | |
| Water Bodies | The proposed action would cross 495 water bodies. Excavation in a water body during pipeline installation, permanent facility construction, or access road construction may result in erosion in streambeds causing increased sediment loading of surface water, or contamination of surface water due to excavation equipment refueling leaks. | This route variation would have four fewer stream crossings if chosen (total crossings 491). | No impact would occur. | The proposed suspension bridge (the preferred option) or two additional options would not result in any new impacts to water bodies. |
| Floodplains | Placement of fill for pipeline or aboveground facility installation may result in a reduction in flood storage capacity (if within a floodplain). This may cause increased upstream stages due to backwater effects. Construction and operation of the proposed Project is not expected to cause long-term effects on stream flow, stream profile, or structural components of streams or water bodies. | Same as proposed action. | No impact would occur. | The proposed suspension bridge (the preferred option) or two additional options would not result in any new impacts on floodplains. |
| Use of Surface Water | Use of surface water for O&M may result in alteration of surface water hydraulics or a new groundwater recharge area. Any altered hydraulics due to use of surface water for construction purposes would disappear after construction is complete. | Same as proposed action. | No impact would occur. | The option to use the existing bridge or the preferred option of a new suspension bridge would not result in any new impacts. The HDD option would utilize surface water for the drilling process. |
| Vegetation | Construction of the proposed Project would result in the clearing and grading of vegetation within the proposed Project construction ROW and work areas.<br>Disturbance to non-forested vegetation types would recover relatively quickly, while clearing of forest and woody vegetation would require an extended time period to recover.<br>In those areas outside of the permanent ROW, forested vegetation communities would be | This route variation would result in fewer impacts to vegetation resources, primarily by development of approximately 35 percent less forested vegetation and 13 percent less scrub/shrub than the corresponding MP 540 to MP 555 segment. General impacts associated with construction of the Denali National Park Route Variation | No impact would occur. | Overall, more forested vegetation would be impacted from building a suspension bridge (the preferred option) or using the HDD method than utilizing the existing E.L. Patton Bridge. Wetland vegetation impacts would be 8.6 acres less for construction and 4 acres less in the permanent ROW for the existing bridge option, compared to the new bridge and HDD crossing options. |

**TABLE 6.0-1       Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Predicted Impacts | | | |
| | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
|---|---|---|---|---|
| | much slower to recover and require several decades to several hundred years to reach pre-disturbance conditions. In the interim period, forested vegetation communities would be replaced by early successional-stage vegetation, such as grasses, shrubs, and young trees. Proposed Project construction could propagate invasive plants through several pathways. It is anticipated that construction equipment and personnel would be brought from several different locations, potentially including the continental United States where invasive plants are common. | would be similar to those described for the proposed Project. | | |
| Wetlands | Approximately 4,830 acres of wetlands within the temporary pipeline construction ROW (generally 100 feet, up to 230 feet in sloped areas) would be impacted by clearing and construction activities during the pipeline construction process. After construction has been completed, the temporary construction ROW would, over time, revert to wetlands similar in type and function to those that existed prior to construction. Forested wetlands would require more time to reestablish than shrub or herbaceous wetlands. The permanent ROW (30, 51, or 52 feet in width) would also support wetland vegetation and characteristics, but would be altered by maintenance and inspection activities. Vegetation height and density would be limited, forested wetlands would be converted to shrub wetlands within the permanent maintained ROW. Approximately | This route variation would have impacts to fewer wetland acres than the segment of the proposed mainline (MP 540-MP 555) that it would replace. The route variation would have 4.4 acres versus the 177.3 acres associated with the corresponding proposed Project segment. The Denali National Park Route Variation would not have impacts to forested wetlands (PFO) while the MP 540 to MP 555 segment would impact 2.6 acres of forested wetlands. | No impact would occur. | The construction ROW for the existing bridge option would result in approximately 8.6 fewer acres of wetlands impacts than the suspension bridge (the preferred option) or HDD options. The permanent ROW for the existing bridge option would result in 4.0 fewer acres of wetlands impacts than the suspension bridge or HDD options. |

**TABLE 6.0-1**     **Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
|---|---|---|---|---|
| | 516 acres of wetlands would be affected by the TEWs. Construction of above ground facilities would impact approximately 73 acres of wetlands. Construction of temporary and permanent access roads would impact approximately 172 acres of wetlands. Wetland impacts resulting from above ground facilities and access roads would exist as long as those features were in place. | | | |
| Wildlife | The proposed Project would affect wildlife resources through habitat loss, alteration, and fragmentation; direct mortality during construction and operation; altered hunting mortality patterns. Indirect mortality because of stress or avoidance of feeding; reduced breeding success; reduced survival or reproduction; and altered survival, mortality, or reproduction due to exposure to equipment fuel or lubricants spilled during construction or maintenance. Construction of the proposed Project would result in loss and alteration of about 9,117 acres of habitat, including 848 acres of tundra habitat (Dwarf Scrub), 4,880 acres of boreal forested habitat (Deciduous, Evergreen, and Mixed Forest), and 4,150 acres of wetland habitat (Scrub/Shrub, Sedge Herbaceous, Woody Wetlands, Emergent Herbaceous Wetland). | This route variation would impact a total of 87.80 acres of wildlife habitat as compared to a total of 447.5 acres of wildlife habitat that would be impacted by the corresponding MP 540 to 555 segment of the preferred alternative. | No impact would occur. | Overall, more forested habitat would be impacted from the building of a suspension bridge (the preferred option) and using the HDD method than utilizing the existing E.L. Patton Bridge. Wetland habitat impacts would be 8.6 acres less for construction and 4 acres less in the permanent ROW for the existing bridge option, compared to the new bridge and HDD crossing options. |

**TABLE 6.0-1      Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Predicted Impacts | | | |
|---|---|---|---|---|
| | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
| Fish | Pipeline construction would most likely cause short-term disturbances to fishery resources. Potential impacts to fishery resources that would occur during construction include reduced survival and/or productivity and habitat loss or alteration. The majority of the stream crossings (400) would occur between the GCF and MP 540. Eleven stream crossings in this segment would be conducted using HDD and there would be a new crossing of the Yukon River in this segment. Twenty-nine of the stream crossings contain anadromous fish and 13 stream crossings contain Fish of Conservation Concern. Six stream crossings would occur between MP 540 and MP 555. None of these crossings contain anadromous fish. One crossing does contain Fish of Conservation Concern. All crossings are proposed to be crossed using open cut methods during the summer months. Ninety stream crossings would occur between Mile 555 and the Cook Inlet NGLEP Facility. The majority of the streams containing anadromous fish occur in this segment, with 53 water body crossings containing anadromous fish. Twenty-five of these anadromous fish-bearing stream crossings would be constructed using open cut methods, 26 would use HDD methods, and 2 stream crossings would use existing bridges. | This route variation would have four stream crossings. The Nenana River is considered an anadromous stream containing chum, coho and chinook salmon and would be crossed two more times under this alternative. | No impact would occur. | Neither the proposed suspension bridge (the preferred option) nor two other Yukon River crossing options would result in any new impacts. |

**TABLE 6.0-1      Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Predicted Impacts | | | |
| --- | --- | --- | --- | --- |
| | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
| Marine Mammals (not ESA listed) | The proposed Project would incrementally increase vessel traffic at the Port of Seward for several years during construction (9 shipments are expected).  Impacts on marine mammals would be minimal since large vessels frequent this port and marine mammals would be habituated to the disturbance.  Transportation of the modules for the gas conditioning facility to West Dock at Prudhoe Bay has the potential to displace marine mammals from the port area and interfere with their communications, especially marine mammals that use low frequencies for communication such as the baleen whales and gray whales. | Same as proposed action. | No impact would occur. | Same as proposed action. |
| Threatened and Endangered Species | Federally-protected threatened or endangered species and federal candidate species with the potential to occur in the proposed Project area include 9 marine mammals, 1 terrestrial mammal, 4 birds, and 2 fish species.  Most federally-listed threatened or endangered species would not be affected or not likely to be adversely affected through construction of the proposed Project.  The polar bear and its critical habitat are likely to be adversely affected during proposed Project construction.  The spectacled eider is likely to be adversely affected by construction and operations of the proposed Project. | This route variation would not impact any of the identified threatened and endangered species. | No impact would occur. | The impacts to the threatened and endangered species that would result from the proposed suspension bridge (the preferred option) and the two other Yukon River crossing options would be negligible. |

**TABLE 6.0-1      Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Predicted Impacts | | | |
|---|---|---|---|---|
| | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
| Land Use | The proposed Project ROW would impact lands owned by the federal government and managed by the BLM, DoD, and NPS.  The State of Alaska, University of Alaska, AHTNA, Inc. and the Toghotthele Corporation have selected federally-owned lands within the proposed Project ROW.  The state of Alaska owns the greatest number of parcels within the proposed ROW.  Lands owned by the state of Alaska are managed by the ADNR.  With the exception of the Denali National Park and Preserve (DNPP) and 6(f) lands, all other lands with applicable land use plans or documents would have provisions for utility crossings; therefore, the proposed Project would be compatible with these plans.  The Proposed Action ROW would cross railroads, utilities (including the TAPS), trails, driveways, and local and arterial roads.  Potential effects include disruption to traffic flow and utility service.  Effects to agricultural land would be minimal, with only 0.1 percent of the construction area affected by the Proposed Action ROW consisting of agricultural land. The proposed Project has the potential to affect developed land by exposing residences or commercial/industrial buildings located near the proposed Project ROW and aboveground facilities to dust and noise primarily during proposed Project construction. | The Denali National Park Route Variation would cross mainly federal (51.3 percent) and state-owned (36.4 percent) lands.  In contrast, the corresponding MP 540 to 555 segment of the preferred alternative would cross mostly state-owned (51.3 percent) and Native corporation (46.2 percent) lands, and would not intersect federally-managed lands.  The variation would be approximately 15.3 miles in length, and would be within Denali National Park for approximately 7 miles, parallel to the Parks Highway. Currently, Federal laws do not allow construction of this route variation within Denali NPP.  Federal legislation that would allow the route variation has been introduced by the Alaska delegation, and is currently being considered by the U.S. Congress.  If authorized by Congress, the NPS would have authority to authorize a ROW for the alternate route or mode which would result in the fewest or least severe adverse impacts upon the area. This route would intersect the railroad ROW twice.  It would not cross roads, trails/driveways, utilities, or the TAPS.  All railroad crossings would be installed by slick-boring; therefore, no disruption to | No impact would occur. | More land would be impacted from building a proposed suspension bridge (the preferred option) and using the HDD method than utilizing the existing E.L. Patton Yukon River Bridge   The preferred option and the HDD river crossing would intersect one or more Native allotments. |

**TABLE 6.0-1     Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Predicted Impacts | | | |
| --- | --- | --- | --- | --- |
| | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
| | | railroad service would occur. | | |
| Recreation | Although the proposed pipeline alignment was designed to avoid, to the greatest extent practicable, recreation areas, the mainline pipeline would either cross or be located nearby (less than one mile) a number of key recreation features in Alaska, including the East Fork Chulitna River Campground, Denali State Park, Montana Creek State Recreation Area, Arctic National Wildlife Refuge, Denali National Park and Preserve, Nancy Lakes State Recreation Area, Tanana Valley State Forest, Susitna Flats State Game Refuge, Minto Flats State Game Refuge, Willow Creek State Recreation Area, and the Little Susitna Recreation River.  In addition, both public and private land along the mainline route (outside designated recreation areas) is commonly subject to dispersed recreation activities. | Construction of the Denali National Park Route Variation would result in the same types of recreation impacts as those described above for the proposed action.  These impacts include short-term adverse effects on tourism and recreation attributed to restricted access to localized areas of the Denali NPP. | No impact would occur. | Utilization of the existing E. L. Patton bridge or an HDD crossing would not result in impacts to recreation that would be different than those for the preferred suspension bridge option. |
| Visual | Short-term impacts that would be associated with construction include extra workspace, clearing and removal of existing vegetation in the ROW, exposure of bare soils, earthwork, trenching, and machinery and pipe storage.  Long-term impacts during operations would be associated with maintenance of access in the ROW, various landform changes including earthwork and rock formation alteration, pipeline markers, and new aboveground structures located along the route such as compressor stations, mainline valves, pig launchers/receivers, and a straddle and off-take facility.  Short-term visual impacts would | This route variation would be within Denali National Park for approximately 7 miles, parallel to the Parks Highway.  This section of the route would be typically installed within the road ditch or in a few areas, within the road prism, or possibly under the road shoulder.  Denali NPP has high recreation and tourist use in the summer months, and such users have high viewer sensitivity.  The area also includes tourist facilities near the Park entrance.  The land cover in the area | No impact would occur. | Visual impacts on the existing E.L. Patton Bridge crossing would be expected to be low as the pipeline infrastructure would hang below the bridge surface and blend in with the existing linear bridge structure and provide weak contrast to viewers traveling on the bridge roadway or traveling in the river corridor.  No hill cuts or aboveground segments are anticipated in this section, indicating that long-term visual impacts would likely be low and would be consistent with VRM management objectives.  The preferred |

**TABLE 6.0-1    Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Predicted Impacts | | | |
| | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
| --- | --- | --- | --- | --- |
| | be higher during construction and re-vegetation time period than during operations and maintenance. | along the route includes 7.4 miles in developed areas, 5.4 miles are in forest, 1.1 miles are in scrub/shrub vegetation, and 0.2 miles pass through water/wetland areas. | | suspension bridge option would result in a new structure in the visual landscape. The HDD crossing option would result in temporary visual impacts during construction. |
| Socioeconomics | In total, the construction of the ASAP would support between a minimum of 350 and a maximum of 6,400 jobs during the 2 year construction period.  Non-resident construction workers would temporarily increase the population in the study area, which may be particularly noticeable in low population density areas in the YKCA, Denali and North Slope boroughs.  Given the extreme remoteness of the areas traversed by the Proposed Action, it is anticipated that most of the mainline construction workers would live in work camps and mobilize and demobilize to these camps primarily using air transportation.  It is estimated that the GCF and Prudhoe Bay O&M facility would employ a total of 10 people that would be housed in Prudhoe bay on rotation. Ten additional Wasilla O&M facility employees are estimated and the applicant has not yet determined the personnel requirements for the compressor stations or straddle and off-take facility. | The 15.3-mile-long Denali National Park Route Variation would replace a 15.5 mile long segment of the mainline, therefore the socioeconomic effects would be the same as for the proposed action. | The material economic benefits associated with increased employment and local and state tax revenues during the construction and operations phase will not occur.  The residents and businesses of Fairbanks will not have access to relatively inexpensive (and less polluting) natural gas and would continue to rely on more expensive fuels such as wood, coal, and oil for heating. | Neither the proposed suspension bridge (the preferred option) nor two other Yukon River crossing options would result in any new impacts. |
| Environmental Justice | Minority and low-income communities would likely be positively affected by the proposed Project through the creation of both temporary and permanent jobs, as well as income- and tax-effects.  Some adverse quality of life effects are anticipated on many communities adjacent | Same as proposed action. | The economic and sociocultural benefits associated with increased employment and local and state tax revenues during the construction and operations phase will not occur.  Minor negative impacts to quality of | Neither the proposed suspension bridge (the preferred option) nor two other Yukon River crossing options would result in any new impacts to disadvantaged populations or minority and low-income communities. |

**TABLE 6.0-1    Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Predicted Impacts | | | |
|---|---|---|---|---|
| | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
| | to the proposed Project during the construction phase due to increased traffic and noise, but those adverse effects are expected to be minor to moderate, of a temporary nature, and not concentrated in low income or minority areas or higher income non-minority areas.  Overall, the analysis identifies minor to no environmental justice effects of the Proposed Action and Alternatives on low-income and minority groups. | | life from increased traffic and noise will not occur. | |
| Cultural Resources | Direct effects to cultural resources within the ROW from ongoing or proposed activities could include physical destruction of or damage to all or part of the resource, removal of the resource from its original location, change of the character of the resource's use or of physical features within the resource's setting that contribute to its historic significance, change in access to traditional use sites by traditional users, or loss of cultural identity with a resource.  Indirect effects could be characterized within a 1-mile radius of the ROW and include vibration, noise, or atmospheric elements, neglect of a property that causes its deterioration, transfer, lease, or sale out of Federal ownership without proper restrictions, vulnerability to erosion, and increased access to and proximity of proposed Project components to culturally sensitive areas.  The pipeline ROW would encounter 37 AHRS sites and 705 sites are within 1 mile of the ROW. | For the Denali National Park Route Variation segment there are no reported sites that could potentially experience direct effects from the proposed Project construction and 12 sites that fall within the area for potential indirect effects (Table 5.13-11).  No RS 2477 trails would be crossed by the proposed Project within this segment (Table 5.13-12).  The potential for unanticipated discovery of archaeological deposits would be lower for this alternative than for the corresponding MP 540 to MP 555 segment as this alternative follows the Parks Highway, which has already been previously disturbed. | No impact would occur. | Neither the proposed suspension bridge (the preferred option) nor two other Yukon River crossing options would result in any new impacts to cultural resources. |

**TABLE 6.0-1      Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Predicted Impacts | | | |
|---|---|---|---|---|
| | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
| Subsistence | Subsistence use impacts common to all alternatives include direct and indirect effects on subsistence use areas, user access, resource availability, and competition in those areas.  The magnitude of impacts to subsistence would vary however; communities that are located along the proposed ROW or whose use areas are bisected by the proposed Project would likely experience greater impacts versus those communities located further away or only have a small portion of their use areas intersected by the proposed Project.  Construction related activities resulting from the development of the proposed Project would have both direct and indirect effects on subsistence resources, use areas, and subsistence users in terms of availability, access, and competition, as well as hunter responses and effects on culturally significant activities.  Where increased employment and workforce development among subsistence users are concerned, subsistence users might have less time available for subsistence activities due to employment commitments and might travel less to traditional places.  Further, a decline in the consumption of traditional foods means an increase cost for obtaining substitute foods and nutrition concerns.  Employment does however provide the benefit of increased income which residents can in turn use to purchase equipment and supplies required for participation in subsistence activities. | Types of potential construction (e.g., resource disturbance due to noise) and operation related subsistence impacts would be similar as those described for the Mainline.  Subsistence related impacts from the Denali National Park Route Variation would likely be less than the corresponding Mainline route between MP 540 and MP 555 because the Nenana Route is immediately adjacent to the Parks Highway where noise and disturbance are already occurring. | No impact would occur.  The No Action Alternative eliminated the potential need for subsistence users to purchase non-traditional foods because subsistence resources have been temporarily disturbed by the proposed Project.  In contrast, subsistence users who might have benefited economically from the proposed Project will forgo income that could fund subsistence activities. | Neither the proposed suspension bridge (the preferred option) nor two other Yukon River crossing options would result in any new impacts to subsistence uses. |

**TABLE 6.0-1** **Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Predicted Impacts | | | |
| --- | --- | --- | --- | --- |
| | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
| Public Health | Possible health impacts considered include water and sanitation; accidents/injuries; health infrastructure and delivery; exposure to hazardous materials; food, nutrition, and subsistence; infectious diseases (perhaps transmitted by pipeline construction workers); non-communicable and chronic diseases; and social determinants of health.  Using the rating system described in the HIA toolkit, nearly all these impacts would be described as 'low.'  The possibility of fatal and nonfatal injuries to members of the general public from incremental road and railroad traffic associated with pipeline construction and operation are scored medium using the rating scheme.  Although the health effects could be severe for those impacted, quantitative estimates of the number of persons injured are quite low.  Adverse impacts on social determinants of health could arise from anxieties/concerns related to possible loss or lowering of lifestyle quality and fears about accidents/fires/explosions resulting from leaks from the pipeline during the operations phase.  Estimates of leak frequency are provided.  The largest health impact of the pipeline would occur during the operations phase (assuming that the gas distribution network was expanded in Fairbanks).  Natural gas emits fewer pounds of various pollutants, particularly fine particulates, than other fossil fuels (coal, oil) or wood.  Substitution of natural gas for other fuels presently used for heating would reduce fine particulate emissions in Fairbanks | Same as proposed action. | The No Action Alternative foregoes all of the major health benefits associated with the availability of clean burning natural gas in Fairbanks.  Airborne particulate matter generated by the combustion of wood, oil, and coal for heating continues to contribute to increased morbidity and mortality for Fairbanks residents.  In all parts of the study area there is no incremental impact associated with infectious diseases but there are none of the outreach and health education plans proposed as a mitigation measure associated with the proposed action.  With regard to other health effects, no impact would occur. | Same as proposed action. |

**TABLE 6.0-1     Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Predicted Impacts | | | |
|---|---|---|---|---|
| | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
| | substantially—particularly in winter months when heaters are used extensively and air inversions more frequent.  Concentrations of fine particulates even at levels below ambient air quality standards have been proven to result in increased morbidity and mortality. Fairbanks is presently a non-attainment area for fine particulates.  Thus, the potential public health benefits of ready availability of natural gas in Fairbanks would be substantial.  Natural gas from the pipeline is estimated to be less expensive than other fuels, so there would be positive economic benefits as well.  The analysis presented in this section did not address the possibility of substitution of natural gas for gasoline or diesel motor fuel, which would add to the stated benefits. | | | |
| Air Quality | Air quality effects associated with construction of the proposed Project mainline would include emissions from fossil-fuel fired construction equipment, fugitive dust, and open burning. The mainline would be constructed in four construction spreads or completed lengths. Simultaneous activity would occur on all four spreads.  Total worst-case emissions were calculated to be 1,059,100 tpy for $CO_2$, 21,740 tpy for $NO_x$, 8,008 for CO, 2,304 for VOC and the PM-10 is calculated to be 165,075 tpy. Operations emissions from the pipeline itself would be non-existent.  Preliminary emission estimates for the GCF trigger the requirement for a PSD permit for $NO_x$, CO, VOC, PM-10, PM-2.5, and GHGs.  For the compressor stations and straddle off-take facility, | Same as proposed action. | There would be no impact to air quality throughout the entire ROW with the exception of Fairbanks. Fairbanks area residents will forgo the air quality benefits associated with the availability of natural gas for home heating.  As a result, Fairbanks area residents will continue to experience increased morbidity and mortality from airborne particulate matter associated with combustion of wood, oil, and coal for heat. | The existing bridge option would result in fewer impacts to air quality resulting from construction than the proposed suspension bridge (the preferred option) or HDD option. |

**TABLE 6.0-1     Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
|---|---|---|---|---|
| | | Predicted Impacts | | |
| | preliminary estimates trigger the requirement for a PSD permit for NOx.  In concert with a Fairbanks natural gas distribution system, natural gas made available by the ASAP would replace wood and fuel oil currently used for heating and power generation and could result in improvements to air quality in the Fairbanks area. | | | |
| Noise | Construction noise levels are rarely steady in nature, but instead fluctuate depending on the number and type of equipment in use at any given time.  There would be times when no large equipment is operating and noise would be at or near ambient levels.  In addition, construction-related sound levels experienced by a noise sensitive receptor in the vicinity of construction activity would be a function of distance.  Ground-borne vibration would also occur in the immediate vicinity of construction activities, particularly if rock drilling, pile driving, or blasting is required.  Although noise levels from the industrial equipment at the proposed gas conditioning plant and compressor stations are estimated at approximately 85 to 95 dBA at 50 feet.  This noise level would be perceived as insignificant, thus, creating a no noise impact (i.e., increase of 0 dBA over estimated ambient levels).  Furthermore, vibration levels from operation at this distance would also be insignificant. | The nearest sensitive receptor to Denali National Park Route Variation construction would be McKinley Park, approximately 2.3 miles (12,403 feet) from the route. | No impact would occur. | Neither the proposed suspension bridge (the preferred option) nor two other Yukon River crossing options would result in significantly different noise impacts. |

**TABLE 6.0-1      Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
|---|---|---|---|---|
| | | Predicted Impacts | | |
| Navigation | The proposed pipeline would use underground installation for all stream crossings except for four bridge crossings. Two bridge crossings would use existing bridges and a new bridge would be built across the Yukon River if the suspension bridge option is implemented. Pipeline construction using open cut methods across waterways are anticipated to be completed in one to three days from initiation and are expected to result in short-term disturbance to navigability along the proposed pipeline. Navigability along waterways using open cut methods would be temporarily impeded by construction materials and equipment during the pipeline construction process. No impacts to navigation are expected from operation and maintenance of the proposed Project. The pipeline would meet or exceed DOT standards at 49 CFR 192.327 and would be buried below the ground surface at the depth required for safe crossing of water bodies or on bridges designed and constructed in compliance with Federal and state regulations, standards, and specifications for crossings of navigable waterways. | This route variation would have two crossings of the Nenana River that have been determined to be navigable by the USACE. It is anticipated that impacts would be similar to those described for the proposed action. | No impact would occur. | Short term, temporary impacts to navigation could occur during installation of the pipeline on the existing Yukon River bridge or construction of a suspension bridge. Impacts to navigation would not occur from the HDD option. |
| Reliability & Safety | The pipeline and aboveground facilities associated with the proposed Project must be designed, constructed, operated, and maintained in accordance with the USDOT Minimum Federal Safety Standards in 49 CFR 192. The regulations are intended to ensure adequate protection for the public and to prevent natural gas facility accidents and failures. | Same as proposed action. | No impact would occur. | Impacts associated with the preferred option and the other two Yukon River crossing options are the same as the proposed action. |

**TABLE 6.0-1      Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Predicted Impacts | | | |
|---|---|---|---|---|
| | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
| Long-Term Versus Short-Term Productivity of Environment | Proposed gas pipeline construction and operation would require short-term and long-term uses of land and other resources. Short-term would be considered for the duration of the construction period, and long-term would be for the life of the proposed Project (30 years). Over the long term, the proposed Project could have a beneficial effect on air quality in the Fairbanks area, which currently is in non-attainment status for particulates due to the use of oil, coal and wood for home heating. | The relationship between short-term uses and long-term productivity would not be appreciably different for the proposed action and the Denali National Park Route Alternative. | Fairbanks area residents will forgo the air quality benefits associated with the availability of natural gas for home heating. As a result, Fairbanks area residents will continue to experience increased morbidity and mortality from airborne particulate matter associated with combustion of wood, oil, and coal for heat. | Impacts associated with the preferred option and the other two Yukon River crossing options are the same as the proposed action. |
| Irreversible & Irretrievable Commitment of Resources | Large amounts of construction materials would be committed to the proposed Project. Sands, gravels, rip rap, and other materials would be required at various locations for infrastructure, pad construction, and production and ancillary facilities along the proposed Project ROW. Irreversible impacts to the physical setting would be associated with maintenance of access in the ROW, various landform changes including earthwork and rock formation alteration, pipeline markers, and new aboveground structures located along the route such as compressor stations, mainline valves, pig launchers/receivers, and a straddle and off-take facility. The proposed Project would require a total of 1,088.02 million gallons of surface water for construction of ice work pads, ice access road construction, ice armoring of snow roads, earthwork (dust control and compaction), and hydrostatic testing of the pipeline and for horizontal directional drilling (HDD) operations. Vegetation and habitats in the permanent pipeline ROW would be altered | Irreversible & Irretrievable Commitment of Resources would not be appreciably different for the proposed Project and Denali National Park Route Alternative. | No impact would occur. | Impacts associated with the preferred option and the other two Yukon River crossing options are the same as the proposed action. |

**TABLE 6.0-1    Summary of Predicted Impacts and Proposed Mitigation**

| Resource | Predicted Impacts | | | |
| | Proposed Action | Denali National Park Route Variation | No Action Alternative | Yukon Crossing Options |
| --- | --- | --- | --- | --- |
| | due to the requirements of maintenance and inspection activities.  Timber resources would not be restored within the permanent proposed Project footprint; therefore, there would be a long-term conversion and irretrievable loss of approximately 1,340 acres of forested land that could contain timber.  The proposed Project would intersect and affect historic trails, and known cultural resources within the ROW. Cultural resources (archaeological sites, historic trails, structures and sites, cultural landscapes, and traditional cultural properties) are nonrenewable resources, and any loss of such resources would be irreversible and irretrievable.  Proposed pipeline construction and operation would require permanent commitment of land for the ROW, access roads, and associated aboveground facilities. All proposed Project construction activities would consume fuel, mostly in the form of diesel.  This would be an irreversible use of nonrenewable fossil fuels. | | | |

## 6.1      RANKING OF POTENTIAL EFFECTS / IMPACT TABLES

This section builds on the information presented in Table 6.0-1 and describes the impacts and effects identified in the analysis throughout Section 5 of this Final EIS.  This section presents tables of data for impacts associated with the Proposed Action and short analysis of the impacts associated with the No Action Alternative, the Denali National Park Route Variation, and options for crossing the Yukon River identified in the Proposed Action.

The purpose of the subsequent tables is to explain how direct, indirect and cumulative effects were ranked for magnitude and probability for each impact associated with the Proposed Action in the three major resource classes (physical, biological, and socioeconomic).  Effects are then plotted on a magnitude and probability chart.

The tables and plots below are organized by major resource class as found in the rest of the document.  The initial set of tables and figures address the impacts associated with the Proposed Action.  The first set of tables (Table 6.1-1 and Table 6.1-2) and Figure 6.1-1 rank the predicted impacts to the physical environment.  The second set of tables (Table 6.1-3 and Table 6.1-4) and Figure 6.1-2 rank the predicted impacts to the biological environment, and the third set of tables (Tables 6.1-5 and Table 6.1-6) and Figure 6.1-3 rank the predicted impacts to the socioeconomic environment.  Where appropriate and to aid in referencing rankings, potential effects associated with specific alternatives or options are listed in the tables.  Subsequent tables list impacts for the other alternatives that are significantly different than the impacts for the Proposed Action.

For each major resource class, the first table shown describes the definitions used to rank predicted impacts with respect to magnitude and probability of occurrence.  These tables (Tables 6.1-1, 6.1-3, and 6.1-5) provide the definitions used to characterize magnitude and probability for each of the major resource classes (physical, biological, and socioeconomic) and were designed to provide some consistency across the various major resource classes.  Thus, for example, Table 6.1-1 contains the classification criteria for physical effects.  As used here 'magnitude' is the average of ratings (low, moderate, or high) for intensity, geographic scope, and frequency/duration, each of which is defined in Table 6.1-1.  As used here 'probability' classes of low, medium, and high correspond to estimated probabilities of <0.3, 0.3 ≤ 0.6, and >0.6, respectively.

Following the definitions are longer tables (Tables 6.1-2, 6.1-4, and 6.1-6) listing impacts by class and number (e.g., Phy10) with a short description of the effect and the results of applying the ranking criteria.  Each individual impact within each broad impact category (such as 'Phy10: Contamination of ground or surface water from heavy equipment use' within the physical effect category) is classified in terms of both magnitude and probability.  The abbreviations used are 'L' for Low, 'M' for Moderate and 'H' for High.  The right most columns list the magnitude and probability rankings for the impact and are shaded to help the reader track the importance of the relative rankings.

Magnitude rankings shown in Tables 6.1-2, 6.1-4, and 6.1-6 are the average of criteria ratings (low, moderate, or high) for intensity, geographic scope, and frequency/duration.  The averaging process is straightforward and each rating is given equal weight.  As an example, if intensity, geographic scope, and frequency/duration are rated as L, M, and H the average magnitude is ranked as M for Moderate.  Low magnitude rankings result from criteria ratings (in any order) of L, L, L, or L, L, M.  Moderate magnitude rankings result from criteria ratings (in any order) of L, L, H;  L, M, H; H, H, L; L, M, M; M, M, M; or M, M, H.  High magnitude rankings result from criteria ratings (in any order) of M, H, H or H, H, H.

Subsequent to the tables of definitions and rankings is a summary figure for each major resource class (Figures 6.1-1, 6.1-2, and 6.1-3).  These figures are termed ranking matrices and are included to summarize the various impacts of the proposed Project in terms of two broad attributes, the magnitude (subdivided into three classes of low, moderate, and high magnitude) and the probability (also subdivided into three classes of low, moderate, and high) of the effect.  The results of the impact rankings are plotted in the appropriate cell in the ranking matrix.  Thus, to continue the example, referring to Table 6.1-2, which contains the ranking matrix for physical effects, impact 'Phy10' is determined to be of moderate magnitude, but a low probability event.  Inspection of the ranking matrices is an efficient way to understand the pattern of impacts of the proposed Project and to identify impacts in each class, such as high probability, high magnitude impacts.

As noted above, impacts are characterized in terms of both probability and magnitude (the average of ratings [low, moderate, or high] for intensity, geographic scope, and frequency/duration).  Assessments of probability and the components of magnitude were made by the subject matter experts who drafted the applicable sections of this report on the basis of their professional judgment.  Ratings for each of the three components of magnitude (also assessed by subject matter experts) were made in accord with criteria they defined.  Judgments of magnitude and probability are, to a degree subjective, but the rating process was designed to help ensure consistency and transparency.  The decision rule to average the ratings of the various components of magnitude was selected in the interests of simplicity and conservatism (in order to reduce the likelihood of understating the magnitude of various adverse impacts).  For example, it might be argued that the magnitudes of certain negative impacts during the operational phase of the Proposed Action (which has a high duration) are overstated for certain impacts where both the intensity and geographic scope were assessed as 'low.'  Readers may disagree with the judgments herein, but the process can fairly be described as organized, explicit, transparent, and not overly complex.

The USACE has identified three alternatives: the Proposed Action, the No Action Alternative, and the Denali Route Variation Alternative.  Within the Proposed Action, there are two Options relating to crossing the Yukon River.  The impacts of the Proposed Action are identified and described in Tables 6.1-1 through 6.1-6 and Figures 6.1-1 through 6.1-3.  The relevant impacts associated with the other two alternatives and the three options are discussed below relative to the impacts associated with the Proposed Action.  For convenience, tables describing the Alternatives and Options in this section only show the potential effects that are impacted by the choice of a particular alternative or an option.  For consistency, figures ranking the relevant impacts associated with the No Action Alternative and the Denali Route Variation Alternative,

the Preferred Option and the other two Options are provided as well (see Figures 6.1-4 through 6.1-8).

## 6.1.1    The No Action Alternative

Under the No Action Alternative the Proposed Action is not undertaken and all of the impacts associated with the Proposed Action (numbered Phy1-30, Bio1-74, and Soc1-59 in Tables 6.1-2, 6.1-4 and 6.1-6, respectively) will not occur.  For these impacts, no effect is anticipated so they cannot be ranked for magnitude or probability.  However, while selection of the no action alternative eliminates the negative impacts, this choice also eliminates the positive impacts associated with the Proposed Action.  Table 6.1-7 lists the differences associated with the No Action Alternative relative to the Proposed Action with comments on selected impacts. The selected impacts that would not materialize under the No Action Alternative include beneficial impacts to air quality (and an improvement in public health related to improved air quality) in and around Fairbanks (Phy18) and economic opportunities along the proposed route (Soc31, Soc33, Soc37 and Soc39).  These impacts are ranked in the same format used for the tables describing the Proposed Action.  The ranked impacts are plotted in Figure 6.1-4.  For all other identified potential impacts, the No Action Alternative has no effect and therefore effects are not plotted in Figure 6.1-4.

As noted elsewhere in this Final EIS, under the No Action Alternative, the goal of the Proposed Action is not achieved.  Absent construction and operation of this or some alternative gas pipeline system, Alaska will continue to be in the position of having large natural gas reserves, but a shortfall of supply to serve developed and developing markets within Alaska, including Fairbanks and the Railbelt.

## 6.1.2    The Denali Route Variation Alternative

The Denali Route Variation Alternative is described in detail in Section 2, Project Description. The principal difference between the Proposed Action and the alternative is that the alternative pipeline route is altered slightly to run through Denali National Park.  Assuming approval is granted for such a project (see Section 2 for details on the need for special approval from the U.S. legislature), the overall pipeline project would be identical to the Proposed Action except for a route variation of approximately 15.3 miles.  The variation route does not materially change the positive and negative impacts associated with the Proposed Action.  Under the Denali Route Variation Alternative the route would include all of the positive and negative impacts (numbered Phy1-30, Bio1-74, and Soc1-59 in Tables 6.1-2, 6.1-4 and 6.1-6, respectively) identified with the Proposed Action with a few minor changes.  Table 6.1-8 lists the potential effects relevant to this alternative.  For example, the route variation will have 4 fewer stream crossings (with a total of 491) but this will not impact the overall rankings of stream-related impacts for the proposed Project (see potential effects Phy8, Bio47 – Bio49 and Soc17 in Table 6.1-8).  The route variation will cross the Nenana River, a navigable waterway, two more times compared to the Proposed Action (see potential effects Phy22-26 in Table 6.1-8).  Potential effects on recreation, visual resources, and socioeconomics are also referenced in Table 6.1-8

Because this alternative involves slightly less forest, wetland, and wildlife habitat between pipeline MP 540 and 555 compared to the Proposed Action, the direct effects in the area of the route variation are somewhat less.  In principle, subsistence impacts are expected to be marginally lower near the route variation when compared to the Proposed Action because the Alternative will place the pipeline alongside the existing Parks Highway where noise and disturbance are already occurring.  However, this Alternative does not materially impact the rankings associated with these resources when the entire proposed Project is considered. Figure 6.1-5 plots the potential effects listed in Table 6.1-8.  Overall, the physical, biological, and socioeconomic impacts are expected to be the same as those identified under the Proposed Action.

## 6.1.3    Yukon River Crossing Options identified under the Proposed Alternative

The AGDC has proposed three options for crossing the Yukon River: construct a new aerial suspension bridge across the Yukon River (the Applicant's Preferred Option); cross the Yukon River by attaching the pipeline to the existing E.L. Patton Bridge (Option 2); or utilize HDD to cross underneath the Yukon River at the location of the proposed new suspension bridge (Option 3).  The AGDC has determined that the preferred option is the construction of a new bridge across the Yukon River.  Most impacts associated with the Proposed Action are unchanged for any of these options.  However, the differences associated with each option are identified below.

### 6.1.3.1    The Applicant's Preferred Option – Construction of a New Aerial Suspension Bridge Across the Yukon River

If a new Yukon River suspension bridge were constructed, no permanent structures, such as footings, would be installed within the Yukon River and there would be no material impact to waterways not already identified in the Proposed Action.  Essentially this option entails all of the impacts (both positive and negative) of the Proposed Action as described in Tables 6.1-1 through 6.1-6 and Figures 6.1-1 through 6.1-3.  When compared to the other options for crossing the Yukon, this option uses more construction and support structures.  Overall, more forested habitat would be impacted from this option than Option 2.  Wetland habitat impacts would be 8.6 acres more in the construction ROW and 4 acres more in the permanent ROW for the Applicant's Preferred Option than for Option 2.  The new suspension bridge adds a new structure in the visual landscape.  Short term impacts associated with construction could have an impact on navigation of the Yukon River but this effect is expected to be temporary.  Effects that would potentially be different under this option are associated with soils and geology, navigation resources, vegetation, wetlands, wildlife habitat, and visual resources and are listed in Table 6.1-9 in the same format as that used for the Proposed Action and are shown in a matrix in Figure 6.1-6.  Because the river crossing is localized, impacts associated with construction of a new suspension bridge are also localized and will not change the overall rankings of effects when compared to the Proposed Action.

### 6.1.3.2    Option 2 – Cross the Yukon by Attaching the Pipeline to the Existing E.L. Patton Bridge

If the pipeline were attached to the existing E.L. Patton Bridge (Option 2), no surface water disturbance would occur as the proposed pipeline would be installed on a hanger pipe assembly that would be placed underneath the existing bridge deck.  Navigation of the waterway may be impeded temporarily by construction activities.  Utilizing the existing bridge would not result in any new impacts.  Essentially this option entails all of the impacts (both positive and negative) of the Proposed Action as described in Tables 6.1-1 through 6.1-6 and Figures 6.1-1 through 6.1-3.  Table 6.1-10 lists the same impacts as associated with the Applicant's Preferred Option and notes that less land area is used for this option and impacts to visual resources associated with modification of an existing structure are impacted less than for the Applicant's Preferred Option.  Overall rankings of the potential effects listed in Table 6.1-10 and plotted in a matrix in Figure 6.1-7.  do not change when compared to the Proposed Action.

### 6.1.3.3    Option 3 – Utilize HDD to cross underneath the Yukon River at the Location of the Proposed New Suspension Bridge Identified in the Applicant's Preferred Option

Although the feasibility of this option is not assured because of limited information on soils and bedrock in the area of the proposed crossing, the HDD crossing would require 1 acre of work area at each end of the crossing.  Overall, more forested habitat would be impacted from this option than Option 2.  Wetland habitat impacts would be 8.6 acres more in the construction ROW and 4 acres more in the permanent ROW for Option 3 than for Option 2.  Local permafrost near the HDD crossing might be impacted by this option.  Unlike the other options, surface water would be used for HDD construction.  Table 6.1-11 lists the same impacts as associated with the Applicant's Preferred Option and notes that land area required is less than the Applicant's Preferred Option, but more than Option 2 and visual resources would not be materially impacted by an HDD river crossing.  The potential effects associated with this option are plotted in in a matrix in Fig 6.1-8.  When considered as part of the overall proposed Project, the rankings associated with each of these impacts do not materially change the rankings associated with the Proposed Action in Tables 6.1-1 through 6.1-6 and Figures 6.1-1 through 6.1-3.

As noted above, tables in this section describing potential effects associated with the No Action Alternative, the Denali Route Variation Alternative and the three Options identified within the Proposed Action show only the potential effects that would be different under the chosen alternative or option.

**TABLE 6.1-1  Criteria for Ranking Potential Effects on Physical Resources**

| | High | Moderate | Low |
|---|---|---|---|
| Intensity | The effect would alter a physical resource in a way that would degrade its value to the point that it could not be used, or would endanger human health. | The effect would indisputably alter a physical resource, but will allow the resource to be used without endangering human health. | The effect would visibly or measurably alter a physical resource without removing its value and without endangering human health. |
| Geographic Scope | The effect would occur on a statewide or national basis, or throughout the study area. | The effect would occur at a borough or community level, or on a limited portion of the study area. | The effect would be site specific or occur within a few isolated locations. |
| Frequency and Duration | The effect would occur for a duration of greater than 3 years or through operations of the project. | The effect would occur intermittently for a duration of 1 to 3 years. | The effect would occur intermittently for a duration of less than 1 year. |
| Magnitude | Evaluated based on the average of intensity, geographic scope, and frequency/duration as determined above. | | |
| Probability | Probability greater than 0.6. | Probability in the 0.3 to 0.6 range. | Probability of less than 0.3. |

**TABLE 6.1-2  Physical Resources Effects Summary (Proposed Action)**

| Potential Effect | Proposed Action | Int. | Geo. | Freq. /Dur. | Mag. | Prob. |
|---|---|---|---|---|---|---|
| | | Magnitude Factors | | | Ranking | |
| Soils and Geology | | | | | | |
| Phy1:  Impacts to paleontological resources | Ground disturbance during construction could create a potential for impacts to paleontological resources (any physical evidence of past life, including fossilized remains, impressions, and traces of plants and animals). | M | M | M | M | H |
| Phy2:  Alterations to drainage patterns causing changes to local soils and geology | Short term localized drainage pattern alterations (e.g., diversions) could occur during construction to accommodate pipeline installation and equipment staging. | L | M | M | M | H |
| Phy3:  Impacts to soils or bedrock from excavation and blasting | Excavation (stripping, ditching, or trenching of rock or borrows) for pipeline and bridge construction would alter local topography, temporarily increase erosion, and result a loss of surface vegetation.  Blasting could be required to fracture high-density frozen soils or bedrock during trench excavation. | L | H | M | M | H |
| Phy4:  Impacts to soils containing permafrost from thaw settlement | Limited impacts to soils containing permafrost would occur from thaw settlement from use of temporary ice/gravel roads, and ice/gravel pads to stage and transport materials and equipment. | L | L | L | L | M |
| Phy5: Impacts to soils and geology from use of material sites during construction | Impacts to soils and geology could occur from use of material sites during construction causing modifications of local topography, loss of surface vegetation, creation of landscape scars, ponding, and a temporary increase of soil erosion and siltation near the operation material sites. | M | H | M | M | H |
| Phy6: Development of frost heaves and thaw bulbs from operations of the buried pipeline | The operating temperature of the buried pipeline could affect the frozen/thawed nature of the surrounding subsurface which, in turn, could affect the pipeline trench support conditions as well as potentially cause surface expression such as local subsidence or heave, or thaw bulbs. | M | M | H | M | M |

TABLE 6.1-2  Physical Resources Effects Summary (Proposed Action)

| Potential Effect | Proposed Action | Magnitude Factors | | | Ranking | |
|---|---|---|---|---|---|---|
| | | Int. | Geo. | Freq. /Dur. | Mag. | Prob. |
| **Water Resources** | | | | | | |
| Phy7:  Altered water quality from water withdrawals to support construction activities | Water would be withdrawn from permitted lakes and reservoirs to support construction activities (ice roads, ice pads, hydrostatic testing, and earthwork). Impacts from water withdrawals would include altered water quality including decreased oxygen concentrations, increased organic matter, turbidity and changes to pH. | L | M | M | **M** | **H** |
| Phy8:  Increased sedimentation, reduced water quality, and changes to stream profile and structure from excavation activities and disturbance of ground cover | Excavation activities and disturbance of ground cover would impact surface water quality downstream due to erosion. Sedimentation would increase resulting in increased turbidity reducing water quality.  Permanent impacts could include changes to the stream profile and structure (bed and hyporheic zone) at crossing locations. | M | H | M | **M** | **H** |
| Phy9:  Increased sedimentation and contamination of ground or surface water from spills of drilling mud | HDD and horizontal bore locations could impact water resources from a spill of drilling mud or may result in increased sediment in surface waterways, or contamination of ground or surface water with toxic drilling additives (if present). | M | L | L | **L** | **L** |
| Phy10:  Contamination of ground or surface water from heavy equipment use | Contamination may occur in the surface water or groundwater due to heavy construction equipment leaks or fueling activities. | M | L | M | **M** | **L** |
| Phy11:  Altered thermal regime of streams creating ice dams and reducing stream flow/water quality from operation of chilled pipeline | The thermal regime of streams may become altered due to the chilled pipeline resulting in ice dams and aufeis where the ground (stream bottom) over the buried pipe is cooler than the surrounding stream flow.  The ice bridges and damming could reduce stream flow downstream altering water quality. | M | L | H | **M** | **L** |
| Phy12:  Altered groundwater and surface water flow characteristics from warming of the ground temperature | A warmer pipe temperature compared to the surrounding ambient ground temperature (permafrost) and placement of aboveground facilities on permafrost could result in melting of the permafrost.  Warming of the ground may alter groundwater and surface water flow characteristics. | M | L | H | **M** | **L** |
| Phy13:  Reduction of flood storage capacity from placement of pipeline or aboveground facility in floodplain | Pipeline located in aboveground berms within a floodplain or aboveground facilities located within a floodplain may result in a reduction in flood storage capacity or restrict flow causing backwater effects upstream. | M | L | H | **M** | **L** |
| Phy14:  Spills and leaks contaminating the surrounding surface or groundwater | Spills and leaks (including lubricants, cleaners, and fuels) could occur on the roads and aboveground facility pads, which runoff into the surface or groundwater.  Regular vehicle use on roads and pads could also potentially leak lubricants and toxic substances over the long term which could contaminate the surrounding surface waters. | M | L | H | **M** | **L** |
| Phy15:  Increased sediment loading and reduced flood storage capacity from excavation of borrow material pits | Excavation of borrow material may result in increased sediment loading of surface water due to erosion during runoff events if the borrow pit was near the water body. Storage of sand and gravel materials may result in a reduction in flood storage capacity, if located within a floodplain. | M | L | M | **M** | **H** |
| **Air Quality** | | | | | | |
| Phy16:  Temporary air quality effects associated with construction | Temporary air quality effects associated with construction would include emissions from fossil-fuel fired construction equipment, fugitive dust, and open burning. | M | M | M | **M** | **H** |

TABLE 6.1-2  Physical Resources Effects Summary (Proposed Action)

| Potential Effect | Proposed Action | Magnitude Factors | | | Ranking | |
|---|---|---|---|---|---|---|
| | | Int. | Geo. | Freq. /Dur. | Mag. | Prob. |
| Phy17:  Long-term or permanent impacts to air quality from operation and maintenance of aboveground facilities | Operation and maintenance of aboveground facilities would result in long-term or permanent impacts to air quality at levels that would not cause or contribute to a violation of any federal, state, or local air quality standards. | L | M | H | **M** | **H** |
| Phy18:  Impacts to the FNSB nonattainment zone from construction and operations of the Fairbanks Lateral | The Fairbanks Lateral would cross into the FNSB nonattainment boundary for PM-2.5.  Emissions would occur from the construction and operation as well as use of four material sites and one construction camp and pipeline yard.  Written approval of conformance with the SIP would be necessary. | M | L | H | **M** | **H** |
| **Noise** | | | | | | |
| Phy19:  Temporary noise effects associated with construction | Localized, intermittent, and short term noise effects associated with construction activities would occur. Depending on the distance to the receptor, noise levels could be perceived as moderately loud. | M | M | M | **M** | **H** |
| Phy20:  Long-term or permanent noise effects from operation and maintenance of pipeline and aboveground facilities | Operation and maintenance of the pipeline and aboveground facilities would result in long-term or permanent noise effects. However, the distance between the facilities and receptors are large enough that noise impacts would be expected to be low. | L | M | H | **M** | **H** |
| Phy21:  Noise impacts from pressure relief valves and pipeline blowdowns | Noise impacts would result from pressure relief valves and pipeline blowdowns.  Depending on the distance to the receptor, noise levels could be perceived as moderately loud.  However, these events are emergency scenarios only. | H | L | L | **M** | **L** |
| **Navigation Resources** | | | | | | |
| Phy22:  Increased navigation would increase pollution in Alaska waters from wastewater discharge | Potential impacts from increased navigation resource use for supply shipments could increase pollution in Alaskan waters from wastewater discharge. | M | L | M | **M** | **H** |
| Phy23:  Introduction of non-native species to aquatic ecosystem from ballast water | Ballast water may introduce non-native species into aquatic ecosystems where they would not otherwise be present. Impacts could include a reduction in biodiversity of species inhabiting coastal waters from non-native species out-competing native species for food and space. | M | L | M | **M** | **L** |
| Phy24:  Impeding navigability while conducting open-cut stream crossing method during construction | Navigability along waterways using open-cut methods would be temporarily impeded by construction materials and equipment during the pipeline construction process. | H | M | L | **M** | **H** |
| Phy25:  Unintended release of drilling fluids while conducting HDD stream crossing method during construction | Unintended release of drilling fluids may occur while conducting the HDD stream crossing method during construction. | M | L | L | **L** | **L** |
| Phy26:  Impeding navigability during construction of Yukon River crossing. | For the Yukon River Crossing, if the preferred suspension bridge option is selected, large vessels would likely be required in the Yukon River during the construction season until the new pipeline suspension bridge is fully built.  These vessels would likely impede other local vessel traffic during the construction phase of the proposed Project.  Construction on the existing bridge may also impact vessel movements.  An HDD crossing would likely have no effect on navigation. | H | L | L | **M** | **H** |

**TABLE 6.1-2  Physical Resources Effects Summary (Proposed Action)**

| Potential Effect | Proposed Action | Magnitude Factors | | | Ranking | |
|---|---|---|---|---|---|---|
| | | Int. | Geo. | Freq. /Dur. | Mag. | Prob. |
| **Reliability and Safety** | | | | | | |
| Phy27:  Increased risk to nearby public from operation of the pipeline | The operation of the proposed Project would increase risk to the nearby public based on available data of significant incidents (corrosion, excavation, pipeline material/weld/equipment failure, natural force damage, outside force, incorrect operation, or other causes). | H | L | L | **M** | **L** |
| Phy28:  Terrorism and security risk with operation of the pipeline | Operation of the pipeline may cause concern for terrorism and security risks. | H | L | L | **M** | **L** |
| Phy29:  Pipeline movement from hazards | Washouts, floods, unstable soil, landslides, frost heaves, or other hazards may cause the pipeline to move or to sustain abnormal loads. | M | L | L | **L** | **L** |
| Phy30:  Pipeline rupture causing spill of NGLs | Pipeline may rupture causing an accidental spill of NGLs. Fire and/or explosion of NGL vapors may subsequently occur. | H | L | L | **M** | **L** |

**FIGURE 6.1-1    Ranking Matrix of Potential Effects on Physical Resources (Proposed Action)**

| | | PROBABILITY | | |
|---|---|---|---|---|
| | | **Low** | **Moderate** | **High** |
| MAGNITUDE | **High** | No effects listed | No effects listed | No effects listed |
| | **Moderate** | Phy10: Contamination of ground or surface water from heavy equipment use<br>Phy11: Altered thermal regime of streams creating ice dams and reducing stream flow/water quality from operation of chilled pipeline<br>Phy12: Altered groundwater and surface water flow characteristics from warming of the ground temperature<br>Phy13: Reduction of flood storage capacity from placement of pipeline or aboveground facility in floodplain<br>Phy14: Spills and leaks contaminating the surrounding surface or groundwater<br>Phy21: Noise impacts from pressure relief valves and pipeline blowdowns<br>Phy23: Introduction of non-native species to aquatic ecosystem from ballast water<br>Phy27: Increased risk to nearby public from operation of the pipeline<br>Phy28: Terrorism and security risk with operation of the pipeline<br>Phy30: Pipeline rupture causing spill of NGLs | Phy6: Impacts to soils and geology from frost heaves and thaw bulbs from operations of the buried pipeline | Phy1: Impacts to paleontological resources<br>Phy2: Alterations to drainage patterns causing changes to local soils and geology<br>Phy3: Impacts to soils or bedrock from excavation and blasting<br>Phy5: Impacts to soils and geology from use of material sites during construction<br>Phy7: Altered water quality from water withdrawals to support construction activities<br>Phy8: Increased sedimentation, reduced water quality, and changes to stream profile and structure from excavation activities and disturbance of ground cover<br>Phy15: Increased sediment loading and reduced flood storage capacity from excavation of borrow material pits<br>Phy16: Temporary air quality effects associated with construction<br>Phy17: Long-term or permanent impacts to air quality from operation and maintenance of aboveground facilities<br>Phy18: Impacts to the FNSB nonattainment zone from construction and operations of the Fairbanks Lateral<br>Phy19: Temporary noise effects associated with construction<br>Phy20: Long-term or permanent noise effects from operation and maintenance of pipeline and aboveground facilities<br>Phy22: Increased navigation would increase pollution in Alaska waters from wastewater discharge<br>Phy24: Impeding navigability while conducting open-cut stream crossing method during construction<br>Phy26: Impeding navigability during construction of Yukon River crossing. |
| | **Low** | Phy9: Increased sedimentation and contamination of ground or surface water from spills of drilling mud<br>Phy25: Unintended release of drilling fluids while conducting HDD stream crossing method during construction<br>Phy29: Pipeline movement from hazards | Phy4: Impacts to soils containing permafrost from thaw settlement | No effects listed |

**TABLE 6.1-3  Criteria for Ranking Potential Effects on Biological Resources**

|  | High | Moderate | Low |
|---|---|---|---|
| Intensity | The effect would substantially change the population size or range of the species, including the distribution of plant communities. | The effect would have a measurable change in the range or size of a population. | The effect would impact a few individuals in a population and would not affect the range or population size of a species or plant community. |
| Geographic Scope | The effect would occur on a statewide or national basis, or throughout the study area. | The effect would occur at a borough or community level, or on a limited portion of the study area. | The effect would be site specific or occur within a few isolated locations. |
| Frequency and Duration | The effect would occur for a duration of greater than 3 years or through operations of the proposed Project. | The effect would occur intermittently for a duration of 1 to 3 years. | The effect would occur intermittently for a duration of less than 1 year. |
| Magnitude | Evaluated based on the average of intensity, geographic scope, and frequency/duration as determined above. | | |
| Probability | Probability greater than 0.6. | Probability in the 0.3 to 0.6 range. | Probability of less than 0.3. |

**TABLE 6.1-4  Biological Resources Effects Summary (Proposed Action)**

| Potential Effect | Proposed Action | Int. | Geo. | Freq. /Dur. | Mag. | Prob. |
|---|---|---|---|---|---|---|
| | | Criteria considered to develop magnitude ranking | | | Ranking | |
| **Vegetation** | | | | | | |
| Bio1: Impacts from clearing, grubbing, grading in the ROW | Temporary erosion and sedimentation impacts and destruction of plant root stock delaying vegetation recovery. | L | M | L | L | H |
| Bio2: Impacts from equipment use in ROW during construction | Propagation of invasive and non-native plants would outcompete and displace native plants reducing biological diversity and community composition. | L | M | L | L | M |
| Bio3: Impacts from trenching in the ROW | Rehabilitative success of the vegetation would be low if the topsoil and subsoil strata were not preserved. | L | M | L | L | H |
| Bio4: Impacts from blasting in the ROW | Additional disturbance to vegetation. | L | L | L | L | M |
| Bio5: Fragmentation of vegetation along the ROW | Long recovery time for vegetation outside of the permanent ROW. | L | L | M | L | H |
| Bio6: Impacts from backfilling in the ROW | Seed germination and root establishment may be inhibited, and reduced water infiltration if natural soil strata are not maintained for vegetation reestablishment. | L | M | M | M | M |
| Bio7: Impacts from dust deposition from road use for construction | Particulate matter from road dust landing on surrounding plants which would interfere with plant photosynthesis and respiration.  When compared to Bio19 under Wetlands, this effect includes all vegetation so the magnitude is ranked as Moderate. | M | M | L | M | H |
| Bio8: Impact of TEWS upon vegetation | Additional disturbance to vegetation from temporary extra work space. | L | L | L | L | H |
| Bio9: Impacts from mowing during operations | Mowing forested vegetation regularly in the permanent ROW. | L | M | H | M | H |
| Bio10: Impacts from aboveground facilities development | Permanent loss of vegetation for facility development. | M | M | H | M | H |
| Bio11: Impacts from access road development | Vegetation loss, dust deposition, non-native invasive plant dispersal, fragmentation. | M | M | H | M | H |

**TABLE 6.1-4  Biological Resources Effects Summary (Proposed Action)**

| Potential Effect | Proposed Action | Int. | Geo. | Freq./Dur. | Mag. | Prob. |
|---|---|---|---|---|---|---|
| | | Criteria considered to develop magnitude ranking | | | Ranking | |
| **Wetlands** | | | | | | |
| Bio12: Disturbance impacts from grading and trenching over the centerline primarily in frozen soils | Disturbance to subsoil, topsoil and surface hydrology. | L | M | L | L | H |
| Bio13: Fragmentation impacts from grading and trenching over the centerline primarily in frozen soils | Fragmentation has to potential to divide wetland systems, disrupting or altering vegetation, subsoil and hydrology. | L | L | L | L | M |
| Bio14: Disturbance from equipment use in ROW during construction on ice pads and ice roads | Temporary disturbance to subsurface soil, topsoil vegetation, and surface hydrology from heavy equipment use and excavation. | L | M | L | L | H |
| Bio15: Invasive species from equipment used during construction | Propagation of invasive and non-native plants would outcompete and displace native plants reducing biological diversity and community composition. | L | M | L | L | M |
| Bio16: Soil change associated with equipment use in ROW during construction on ice pads and ice roads | Construction activities result in temporary erosion and soil compaction. | L | M | L | L | L |
| Bio17: Impacts from backfilling | Seed germination and root establishment may be inhibited, and reduced water infiltration if natural soil strata are not maintained for vegetation reestablishment. | L | M | L | L | L |
| Bio18: Impacts from rehabilitation of vegetation | Propagation of invasive and non-native plants would outcompete and displace native plants reducing biological diversity and community composition. | L | M | L | L | M |
| Bio19: Impact of dust deposition from road use for construction | Particulate matter from road dust landing on surrounding plants which would interfere with plant photosynthesis and respiration.  When compared to Bio7 under Vegetation, there are fewer roads planned in and around wetlands so the magnitude is ranked as Low. | L | M | L | L | M |
| Bio20: Impacts from mowing during operations | Only non-forested wetland classes would exist in the permanent ROW. | L | M | H | M | H |
| Bio21: Impacts from aboveground facilities development | Permanent loss of wetlands for facility development. | L | L | H | M | H |
| Bio22: Loss of wetlands from access road development | Permanent loss of wetlands from road development. | L | L | H | M | H |
| Bio23: Dust deposition impacts from access road development | Dust deposition into surrounding wetlands altering water and soil chemistry, and hydrologic disturbance. | L | L | H | M | H |
| Bio24: Impacts on plants from access road development | Non-native and invasive plant dispersal. | L | L | H | M | M |
| Bio25: Wetland fragmentation from access road development | Fragmentation of wetland areas. | L | L | H | M | H |
| Bio26: Thermokarst from access road development | Potential for thermokarst development. | L | L | H | M | M |

TABLE 6.1-4  Biological Resources Effects Summary (Proposed Action)

| Potential Effect | Proposed Action | Int. | Geo. | Freq./Dur. | Mag. | Prob. |
|---|---|---|---|---|---|---|
| | | Criteria considered to develop magnitude ranking | | | Ranking | |
| **Wildlife** | | | | | | |
| Bio27: Impacts from disturbance associated with noise from construction activities | Construction machinery noise disturbs animal activities. | L | L | M | L | M |
| Bio28: Impacts from construction activities on wildlife habitat | Construction activities will create a temporary disturbance to wildlife habitat. | L | L | M | L | M |
| Bio29: Impacts from construction activities on wildlife mortality | Increased wildlife mortality due to an increase in vehicle and train traffic during proposed Project construction. | L | L | M | L | M |
| Bio30: Impacts from maintenance of the permanent ROW (mowing forested vegetation) | Permanent disturbance to wildlife habitat - leaving the habitat unsuitable for some wildlife species. | L | M | H | M | H |
| Bio31: Impacts related to ease of access from access road development | Access roads facilitate hunter access to remote areas increasing wildlife harvests. | L | L | H | M | M |
| Bio32: Impact upon habitat fragmentation from access road development | Access roads will increase fragmentation of habitat. | L | L | H | M | H |
| Bio33: Impacts from access road use during operations phase | Increased wildlife mortality due to vehicle and train traffic during the operations phase. | L | L | H | M | M |
| Bio34: Impacts from aerial and ground based inspections of the pipeline | ROW surveillance activities will temporarily disturb wildlife. | L | L | H | M | M |
| Bio35: Impacts from maintenance of permanent access roads | Maintenance activities include spreading salt on roads in winter and may increase wildlife mortality due to wildlife attraction to salt licking on road. | L | L | H | M | L |
| Bio36: Delayed wildlife movement from development of aboveground facilities | Development of aboveground facilities will delay movement of wildlife during construction. | L | L | M | L | M |
| Bio37: Displacement of wildlife from development of aboveground facilities | Development of aboveground facilities will displace wildlife due to noise and human activity during construction. | L | L | M | L | M |
| Bio38: Impact on predator/prey relationship from operations of aboveground facilities | Increase subsidized predator populations and may affect prey abundance, distribution, and demography. | L | L | H | M | L |
| Bio39: Dust deposition impact from road use during operations | Fugitive dust landing along roadsides in the winter exposing vegetation faster than non-dusted areas. | L | L | H | M | H |
| Bio40: Loss of habitat associated with operations of aboveground facilities | Operations of aboveground facilities will result in loss of nesting habitat, breeding territories and cover. | L | L | H | M | M |
| **Fisheries** | | | | | | |
| Bio41: Impact on fish habitat from water withdrawal for proposed Project use | Water withdrawal from lakes for road and pad construction and work camp use Lowers dissolved oxygen concentration which may stress or kill fish. | L | L | L | L | L |
| Bio42: Impact on fish behavior from water withdrawal for proposed Project use | Water withdrawal from lakes for road and pad construction and work camp use causes water level fluctuation which may cause a change in fish behavior, distribution and growth. | L | L | L | L | L |

**TABLE 6.1-4  Biological Resources Effects Summary (Proposed Action)**

| Potential Effect | Proposed Action | Criteria considered to develop magnitude ranking | | | Ranking | |
|---|---|---|---|---|---|---|
| | | Int. | Geo. | Freq. /Dur. | Mag. | Prob. |
| Bio43: Impact on fish mortality from water withdrawal for proposed Project use | Water withdrawal from lakes for road and pad construction and work camp use may kill or injure fish or invertebrates from mechanical stress, entrainment in withdrawn waters, and impingement on intake structures. | L | L | L | L | L |
| Bio44: Impact on invertebrate population from water withdrawal for proposed Project use | Water withdrawal from lakes for road and pad construction and work camp use can reduce the invertebrate population due to fluctuating water levels that reduce macrovegetation availability as food, shelter and for egg deposition. | M | L | L | L | L |
| Bio45: Impacts from of delayed melting from ice road development across drainages | Ice bridging across streams could alter fish movement, behavior, and productivity due to delayed melting of the bridged ice. | L | L | L | L | M |
| Bio46: Impacts of flooding from ice road development across drainages | Grounding of ice results in flooding which could alter riparian habitat, stream flow and in stream habitat temporarily which could affect survival, behavior and productivity of fish. | L | L | L | L | M |
| Bio47: Impacts from all identified stream crossing methods | Temporary in stream habitat alteration and channel profile causing gill irritation from increased sedimentation. | L | L | L | L | M |
| Bio48: Impact from open cut crossing method | Temporary increase in sedimentation and erosion along the stream bank, loss of riparian vegetation, altered channel morphology. | L | L | L | L | M |
| Bio49: Impact from open cut isolation crossing method | Injury may occur to certain fish species and life stages which may be more susceptible when diverting water around the construction area. | L | L | L | L | M |
| Bio50: Impact of blasting on fish habitat | Blasting causes increased sedimentation, noise, vibration and altered channel morphology adversely impacting fish behavior and health. | L | L | L | L | M |
| Bio51: Impacts of blasting on fish mortality | Blasting may injure or kill fish from rupture of the swim bladder. | L | L | L | L | L |
| Bio52: Impact of blasting and stunning fish | Blasting may temporarily stun fish and increase susceptibility to predation. | L | L | L | L | M |
| Bio53: Impacts from HDD | HDD drilling fluids unintentionally released into surface waters inhibit fish and invertebrate respiration due to fouled gills resulting in a lack of oxygen. | L | L | L | L | L |
| Bio54: Impacts from mowing the ROW including riparian areas | Instability of stream banks, reduced water quality, and reduced cover. | L | M | H | M | M |
| Bio55: Impacts from aboveground facilities | Contaminants run off into drainages altering water quality fouling gills reducing oxygen absorption. | L | L | H | M | M |
| Bio56: Impacts from access road development | Contaminants run off into drainages altering water quality fouling gills reducing oxygen absorption for fish. | L | L | H | M | M |
| Bio57: Impacts from culvert installation during access road development | Temporary in stream habitat loss to fish from water diversion. | L | L | H | M | H |
| Bio58: Impacts from culvert installation | Loss of rearing, foraging and spawning habitat in reach of stream where culvert is placed. | L | L | H | M | H |
| Bio59: Impacts from bridge placement | Loss of riparian habitat at bridge location reducing habitat for fish. | L | L | H | M | H |
| Bio60: Impacts from road use associated with bridge placement | Increased sedimentation in stream from road use (dust and grading) affecting health of fish. | L | L | H | M | H |

TABLE 6.1-4  Biological Resources Effects Summary (Proposed Action)

| Potential Effect | Proposed Action | Criteria considered to develop magnitude ranking | | | Ranking | |
|---|---|---|---|---|---|---|
| | | Int. | Geo. | Freq. /Dur. | Mag. | Prob. |
| **Marine Mammals** | | | | | | |
| Bio61: Impacts from vessel use related to noise | Vessel noise from engine causes temporary avoidance behavior of marine mammals. | L | M | M | **M** | **M** |
| Bio62: Impacts from vessel use related to masking natural sounds | Vessel noise causes temporary inability for marine mammals to hear natural sounds (masking) for communication, locating predators and prey, and navigation. | L | M | M | **M** | L |
| Bio63: Impacts from vessel movement | Vessel movement offers the potential for collision with a marine mammal. | L | M | M | **M** | L |
| Bio64: Impacts from vessel use related to invasive species | Vessel use increases risk of unintentional transport of invasive species reducing habitat quality for marine mammals. | L | L | M | L | L |
| Bio65: Impacts of vessel use related to hazardous material spills | Vessel use leads to small leaks of fuel and lubricants and subsequent exposure for marine mammals. | L | L | M | L | M |
| **Threatened and Endangered (T&E) Species** | | | | | | |
| Bio66: Impact to T&E marine mammals from vessel use regarding avoidance behavior | Temporary avoidance behavior of T&E marine mammals from vessel noise created from their engines. | L | M | M | **M** | **M** |
| Bio67: Impacts upon T&E marine mammals from vessel use with regard to masking natural sounds | Temporary inability for T&E marine mammals to hear natural sounds (masking) for communication, locating predators and prey, and navigation. | L | M | M | **M** | L |
| Bio68: Impacts from vessel movement on T&E marine mammals | A potential collision with a vessel and a T&E marine mammal. | L | M | M | **M** | L |
| Bio69: Impacts from vessel use related to invasive species on T&E marine mammals | Unintentional transport of invasive species reducing habitat quality for T&E marine mammals. | L | L | M | L | L |
| Bio70: Impacts from construction activity of the GCF and pipeline on the North Slope | Collision between migrating T&E birds and vessel traffic or GCF development on the North Slope. | L | L | L | L | L |
| Bio71: Impacts from vessel use related to hazardous material spills and T&E species | Vessel use leads to small leaks of fuel and lubricants and subsequent exposure. | L | L | M | L | M |
| Bio72: Impacts from construction activity of the GCF and pipeline on the North Slope on polar bears | Construction disturbs a few polar bears and temporarily alters bear behavior and that of their prey. | L | L | L | L | L |
| Bio73: Impacts from construction activity of the GCF and pipeline on the North Slope on T&E birds | Construction creates a disturbance to bird breeding/nesting habitat. | L | M | L | L | L |
| Bio74: Impacts from road and facility development on T&E species | Development results in an increase in predator populations. | L | M | H | **M** | **M** |

**FIGURE 6.1-2     Ranking Matrix of Potential Effects on Biological Resources (Proposed Action)**

| | | PROBABILITY | | |
|---|---|---|---|---|
| | | **Low** | **Moderate** | **High** |
| **MAGNITUDE** | **High** | No effects listed | No effects listed | No effects listed |
| | **Moderate** | Bio35: Impacts from maintenance of permanent access roads<br>Bio38: Impact on predator/prey relationship from operations of aboveground facilities<br>Bio62: Impacts from vessel use related to masking natural sounds<br>Bio63: Impacts from vessel movement<br>Bio67: Impacts upon T&E marine mammals from vessel use with regard to masking natural sounds<br>Bio68: Impacts from vessel movement on T&E marine mammals | Bio6: Impacts from backfilling in the ROW<br>Bio24: Impacts on plants from access road development<br>Bio26: Thermokarst from access road development<br>Bio31: Impacts related to ease of access from access road development<br>Bio33: Impacts from access road use during operations phase<br>Bio34: Impacts from aerial and ground based inspections of the pipeline<br>Bio40: Loss of habitat associated with operations of aboveground facilities<br>Bio54: Impacts from mowing the ROW including riparian areas<br>Bio55: Impacts from aboveground facilities<br>Bio56: Impacts from access road development<br>Bio61: Impacts from vessel use related to noise<br>Bio66: Impact to T&E marine mammals from vessel use regarding avoidance behavior<br>Bio74: Impacts from road and facility development on T&E species | Bio7: Impacts from dust deposition from road use for construction<br>Bio9: Impacts from mowing during operations<br>Bio10: Impacts from aboveground facilities development<br>Bio11: Impacts from access road development<br>Bio20: Impacts from mowing during operations<br>Bio21: Impacts from aboveground facilities development<br>Bio22: Loss of wetlands from access road development<br>Bio23: Dust deposition impacts from access road development<br>Bio25: Wetland fragmentation from access road development<br>Bio30: Impacts from maintenance of the permanent ROW (mowing forested vegetation)<br>Bio32: Impact upon habitat fragmentation from access road development<br>Bio39: Dust deposition impact from road use during operations<br>Bio57: Impacts from culvert installation during access road development<br>Bio58: impacts from culvert installation<br>Bio59: Impacts from bridge placement<br>Bio60: Impacts from road use associated with bridge placement |
| | **Low** | Bio16: Soil change associated with equipment use in ROW during construction on ice pads and ice roads<br>Bio17: Impacts from backfilling<br>Bio41: Impact on fish habitat from water withdrawal for proposed Project use<br>Bio42: Impact on fish behavior from water withdrawal for proposed Project use<br>Bio43: Impact on fish mortality from water withdrawal for proposed Project use<br>Bio44: Impact on invertebrate population from water withdrawal for proposed Project use<br>Bio51: Impacts of blasting on fish mortality<br>Bio53: Impacts from HDD<br>Bio64: Impact of vessel use related to invasive species<br>Bio69: Impacts from vessel use related to invasive species on T&E marine mammals<br>Bio70: Impacts from construction activity of the GCF and pipeline on the North Slope<br>Bio72: Impacts from construction activity of the GCF and pipeline on the North Slope on polar bears<br>Bio73: Impacts from construction activity of the GCF and pipeline on the North Slope on T&E birds | Bio2: Impacts from equipment use in ROW during construction<br>Bio4: Impacts from blasting in the ROW<br>Bio13: Fragmentation impacts from grading and trenching over the centerline primarily in frozen soils<br>Bio15: Invasive species from equipment used during construction<br>Bio18: Impacts from rehabilitation of vegetation<br>Bio19: Impacts of dust deposition from road use for construction<br>Bio27: Impacts from disturbance associated with noise from construction activities<br>Bio28: Impacts from construction activities on wildlife habitat<br>Bio29: Impacts from construction activities on wildlife mortality<br>Bio36: Delayed wildlife movement from development of aboveground facilities<br>Bio37: Displacement of wildlife from development of aboveground facilities<br>Bio45: Impacts from of delayed melting from ice road development across drainages<br>Bio46: Impacts of flooding from ice road development across drainages<br>Bio47: Impacts from all identified stream crossing methods<br>Bio48: Impact from open cut crossing method<br>Bio49: Impact from open cut isolation crossing method<br>Bio50: Impact of blasting on fish habitat<br>Bio52: Impact of blasting and stunning fish<br>Bio65: Impacts of vessel use related to hazardous material spills<br>Bio71: Impacts from vessel use related to hazardous material spills and T&E species | Bio1: Impacts from clearing, grubbing, grading in the ROW<br>Bio3: Impacts from trenching in the ROW<br>Bio5: Fragmentation of vegetation along the ROW<br>Bio8: Impacts from TEWS upon vegetation<br>Bio12: Disturbance impacts from grading and trenching over the centerline primarily in frozen soils<br>Bio14: Disturbance from equipment use in ROW during construction on ice pads and ice roads |

**TABLE 6.1-5  Criteria for Ranking Potential Effects on Socioeconomic Resources**

| | | High | Moderate | Low |
|---|---|---|---|---|
| Intensity (by resource group) | Land Use | Effects on land use are termed high if these entail an irretrievable (or at least long term) commitment of resources inconsistent with other possible uses, require legislative action to permit use, or would adversely impact special use lands. | Effects on land use are termed moderate if these entail an irretrievable (or at least long term) commitment of resources, but are not large in extent or not novel. | Effects on land use are termed low if they do not reach the threshold for moderate. |
| | Recreation & Visual Resources | Recreation & Visual Resource effects are termed high if degraded to a point that resources could no longer be used for recreational purposes and/or the visible landscape(s) were altered for many years. | Recreation & Visual Resource effects are termed moderate if the affected areas could still be used for the intended purposes, albeit with some loss of value(s). | Recreation & Visual Resource effects are termed low if these do not attain the threshold for moderate. |
| | Socioeconomics | Effects on socioeconomics are termed high if these entail a long term change in socioeconomic conditions. | Effects on socioeconomics are termed moderate if these entail a long term change in socioeconomic conditions but are not large in extent or not novel. | Effects on socioeconomics are termed low if they do not reach the threshold for moderate. |
| | Subsistence | Cause acute or highly observable changes in user access or subsistence harvests of key resources with no viable alternative to engage in these activities or harvest these resources elsewhere. | Cause observable changes in user access or subsistence harvests of key resources with limited alternatives to engage in these activities or harvest these resources elsewhere. | Cause observable changes in user access or subsistence harvests of resources with multiple alternatives to engage in these activities or harvest these resources elsewhere. |
| Geographic Scope | | The extent of the effect would occur at the national and/or state level. | The extent of the effect would occur primarily within one of the major study areas (Alaska North Slope, Central, or Anchorage-Cook Inlet area). | The extent would be site-specific at a few locations. |
| Frequency and Duration | | The effect would occur for a duration of greater than 3 years or through operations of the project. | The effect would occur intermittently for a duration of less than 3 years. | The effect would occur intermittently for a duration of less than 1 year. |
| Magnitude | | Evaluated based on the average of intensity, geographic scope, and frequency/duration as determined above. | | |
| Probability | | Probability greater than 0.6. | Probability in the 0.3 to 0.6 range. | Probability of less than 0.3. |

TABLE 6.1-6  Socioeconomic Resources Effects Summary (Proposed Action)

| Potential Effect | Proposed Action | Criteria considered to develop magnitude ranking | | | Ranking | |
|---|---|---|---|---|---|---|
| | | Int. | Geo. | Freq. / Dur. | Mag. | Prob. |
| Land Use and Related | | | | | | |
| Soc1: Land used during construction | 10,902 acres used during construction (Table 5.9-2). | M | H | M | M | H |
| Soc2: Impact of temporary access roads during construction | 648 acres used during construction (Table 5.9-6(a)). | L | L | M | L | H |
| Soc3: Forest types cleared for construction activities | 4,501 acres of various forest types cleared for construction (Table 5.9-8).  Geographic scope is judged to be moderate because although the ROW spans the middle of the state, only some areas are forested and the overall footprint is small. | H | M | M | M | H |
| Soc4: Farmland of local importance affected by construction | 845 acres affected during construction activities (Table 5.9-11). | L | L | M | L | H |
| Soc5: Denali National Park Route Variation construction impacts | 185 acres affected during construction (Table 5.9-2), Federal legislation required. | H | L | M | M | H |
| Soc6: Impact of solid waste associated with construction camps | Waste disposed in ADEC-approved disposal sites, construction camps located on existing permitted construction sites (5.9-14). | L | L | M | L | H |
| Soc7: Impact of permanent access roads during operations phase | 628 acres used during operations (Table 5.9-6a). | H | L | H | M | H |
| Soc8: Impact of permanent ROW throughout operations phase | 3,439.6 acres included in permanent ROW (Table 5.9-5a). | M | M | H | M | H |
| Soc9: Forest affected by the permanent ROW during operations | 1,339.5 acres of forest affected by permanent ROW (Table 5.9-5a). | L | M | H | M | H |
| Soc10: Farmland of local importance affected by operations | 223.3 acres affected during construction activities (Table 5.9-11). | L | L | H | M | H |
| Soc11: Operational footprint of aboveground facilities | 81.4 acres occupied by aboveground facilities (Table 5.9-5(b)).  Aboveground facilities during the operations phase are widely dispersed across the state but the relatively small footprint of the separate facilities suggests a 'low' ranking for the magnitude of the geographic extent for these facilities. | L | L | H | M | H |
| Soc12: Impact associated with  Denali National Park Route Variation during operations | 60.6 acres affected by the permanent ROW (Table 5.9-5(a)). | L | L | H | M | H |
| Soc13: Solid waste generated during operations | Waste disposed in ADEC-approved disposal sites (5.9-14) | L | L | H | M | H |
| Recreation | | | | | | |
| Soc14: Disruption of recreational activities and access along the pipeline route during construction | Possible impact on recreational experience of cruise ship passengers. | L | L | M | L | L |

TABLE 6.1-6  Socioeconomic Resources Effects Summary (Proposed Action)

| Potential Effect | Proposed Action | Criteria considered to develop magnitude ranking | | | Ranking | |
|---|---|---|---|---|---|---|
| | | Int. | Geo. | Freq. / Dur. | Mag. | Prob. |
| Soc15: Disruption of recreational activities and access along roads during construction | Use of public roads to transport pipe, heavy equipment, and personnel could result in potential impacts due to traffic congestion. | M | M | M | M | M |
| Soc16: Impacts of construction activity due to construction materials and noise generation | Particular concern with construction near isolated recreation areas, such as designated wilderness areas. | M | L | M | M | M |
| Soc 17: Impacts to water dependent recreation due to stream crossings | Proposed Project construction in and near water bodies could result in water quality impacts, generate noise and visual impacts, and restrict access to water bodies. | M | M | L | M | L |
| Soc18: Impact of influx of construction workers on recreation | Possible competition for recreational facilities (e.g., campgrounds, access to fishing or hunting areas). | M | L | M | M | M |
| Soc19: Impact of construction of above ground facilities on recreation | Temporary restrictions and delays accessing nearby recreation sites. | L | L | L | L | H |
| Soc20: Impact on recreation from construction camps, pipeline yards, and material sites | Could result in temporary restrictions and delays in accessing nearby recreation sites.  There could also be some impact associated with construction noise. | L | L | L | L | L |
| Soc21: Recreation impacts of ROW during operations phase | Minor restrictions to access.  Self-contained underground facility minimizes impacts. | L | L | H | M | L |
| Soc22: Recreation impact associated with Denali National Park Route Variation during operations | Minor restrictions to access in the Park.  Self-contained underground facility minimizes impacts. | M | L | H | M | H |
| Soc23: Impact of operation of facilities associated with the pipeline and recreation. | Long-term operations and maintenance assimilated into industrial character of the region. | L | L | H | M | H |
| Visual Resources | | | | | | |
| Soc24: Visual contrast[6] during mainline proposed Project construction | Effects limited in duration because localized construction activity is short. | L | L | L | L | L |
| Soc25: Visual contrast during construction of Fairbanks Lateral | Limited impacts. | L | L | L | L | L |
| Soc26: Visual impact of construction of aboveground facilities | Limited impacts. | L | L | L | L | L |
| Soc27: Impacts of construction on visual resources associated with the Denali National Park Route Variation | Denali NPP has high seasonal recreation and tourist use and such users have high sensitivity.  During the visitor season, short-term moderate to high visual impacts are expected. | H | L | L | M | H |
| Soc28: Impact on visual resources during operations | Pipeline buried for most of its length.  Right of way visible in several areas—visual contrast greatest in areas requiring hill cuts and new bridge crossings. | L | L | H | M | L |

_____

[6] The effect on visual resources associated with earthwork, exposure of bare soils, and presence of construction workers and equipment.

**TABLE 6.1-6  Socioeconomic Resources Effects Summary (Proposed Action)**

| Potential Effect | Proposed Action | Criteria considered to develop magnitude ranking | | | Ranking | |
|---|---|---|---|---|---|---|
| | | Int. | Geo. | Freq. / Dur. | Mag. | Prob. |
| Soc29: Impacts of operating aboveground facilities on visual resources | Long-term operations and maintenance assimilated into industrial character of the region. | L | L | H | M | L |
| Soc30: Impacts of operations on visual resources associated with Denali National Park Route Variation | Long-term impacts limited and weak because most of pipeline is buried and ROW re-vegetated. | L | L | H | M | L |
| **Socioeconomics** | | | | | | |
| Soc31: Employment during the construction phase | Increased employment for duration of construction period (Table 5.12-12). | M | M | M | M | H |
| Soc32: Population and housing during construction | Non-resident construction workers would temporarily increase population in study areas (See Table 5.12-13 for AGDC work camp housing estimates). | M | M | M | M | H |
| Soc33:Tax revenues during construction | Expected to increase local tax revenues in the Mat-Su, Denali, and FNS Boroughs. | L | M | M | M | H |
| Soc34: Impact on quality of life during construction | Impacted by changes in traffic density, changes in natural resources or environmental quality, access restrictions, alterations to visual resources, and increased hunter effort, costs, and risks. | L | M | M | M | L |
| Soc35: Environmental Justice during the construction phase | Analysis identifies both positive and negative impacts, but concludes net effects would be minor. | L | M | L | L | H |
| Soc36: Construction of Denali National Park Route Variation | Analysis concludes that impacts to socioeconomics would be negligible. | L | L | M | L | H |
| Soc37: Employment during operations phase | Some long-term jobs created. | L | L | H | M | H |
| Socc38: Housing during operations phase | Operations personnel would require housing. | L | L | H | M | H |
| Soc39: Tax revenues during operations phase | Estimated $168 million local and state property tax revenues in year 1. (Table 5.12-19) Additionally it is estimated that a total of $358.6 million annually revenues would accrue from royalties, production, and corporate taxes. (Table 5.12-16). | H | H | H | H | H |
| Soc40: Quality of life during operations phase | Overall impact expected to be negligible to minor. | L | L | H | M | H |
| Soc41: Environmental Justice during operations phase | Minor or no environmental impacts foreseen. | L | L | H | M | H |
| Soc42: Denali National Park Route Variation during operations phase | Analysis concludes that impacts to socioeconomics would be negligible.  Some positive impacts arising from production taxes, royalties, and corporate taxes (total $5.2 million annually). | L | L | H | M | H |
| **Subsistence** | | | | | | |
| Soc43: Impacts to subsistence resource availability from construction | Construction of the ROW and temporary and permanent access roads impacts local subsistence resources for users. | M | H | L | M | H |
| Soc44: Impacts to subsistence user access from construction | Construction of the ROW and temporary and permanent access roads changes access to subsistence resources for users. | M | H | L | M | M |
| Soc45: Impacts to subsistence loss of use area from construction | Construction of the ROW and temporary and permanent access roads removes lands available for subsistence use. | M | L | M | M | H |

TABLE 6.1-6  Socioeconomic Resources Effects Summary (Proposed Action)

| Potential Effect | Proposed Action | Criteria considered to develop magnitude ranking | | | Ranking | |
|---|---|---|---|---|---|---|
| | | Int. | Geo. | Freq. / Dur. | Mag. | Prob. |
| Soc46: Impacts to subsistence associated with contamination concerns from construction | Construction impacts include concerns regarding resource contamination from dust and smoke, burning wastes, spills and fire. | L | H | M | M | L |
| Soc47: Hunter avoidance of subsistence resources from influx of construction workers | Changes in resource location and availability cause subsistence users to access new areas (hunter avoidance). | M | L | M | M | M |
| Soc48: Increased competition for subsistence resources from influx of construction workers | Increased competition for local resource puts pressure on subsistence users to seek other resources. | M | H | M | M | M |
| Soc49: Noise impact on subsistence resource availability during construction | Construction noise can influence subsistence resource availability. | M | H | L | M | H |
| Soc50: Noise impact on subsistence resource avoidance behavior during construction | Construction noise can influence subsistence resource users' choice of hunting grounds (hunter avoidance). | M | M | L | M | M |
| Soc51: Impacts to subsistence resource availability from operations along ROW and roads | Activities associated with operating the pipeline can decrease subsistence resource availability. | L | H | H | M | M |
| Soc52: Impacts to subsistence resource access from operations along ROW and roads | Some areas may have increased access and alter access to subsistence users. | L | H | H | M | M |
| Soc53: Impacts to subsistence resource competition from operations along ROW and roads | New roads could increase competition for subsistence resources. | L | H | H | M | M |
| Soc54: Impacts to subsistence resource availability from maintenance and operations activities | Maintenance and operations along the ROW may impact subsistence resource availability. | L | L | H | M | H |
| Soc55: Impacts on subsistence user avoidance from maintenance and operations activities | Maintenance and operations activities can influence subsistence resource users' choice of hunting and harvesting grounds. | L | L | H | M | M |
| Soc56: Impacts on subsistence competition from local workforce population | Increase in local workforce can lead to increased competition for subsistence resources. | L | H | H | M | H |
| Soc57: Potential for contamination of subsistence resources for pipeline operations | Operations contribute to concerns regarding resource contamination from dust and smoke, burning wastes, spills and fire. | L | L | H | M | L |
| Soc58: Impact of aboveground facilities on subsistence user avoidance | Loss of lands for new facilities will influence subsistence users' choice of lands for hunting and harvesting.  The proposed compressor station near Minto Flats Game Refuge could introduce additional noise, emissions, and activity and disrupt subsistence users and resources. | L | L | H | M | M |
| Soc59: Impact of aboveground facilities on subsistence user access | Permanent facilities and roads may restrict subsistence user access. | L | L | H | M | M |

FIGURE 6.1-3        Ranking Matrix of Potential Effects on Socioeconomic Resources (Proposed Action)

| | | PROBABILITY | | |
|---|---|---|---|---|
| | | **Low** | **Moderate** | **High** |
| **MAGNITUDE** | **High** | No effects listed | No effects listed | Soc39: Tax revenues during operations phase |
| | **Moderate** | Soc 17: Impacts to water dependent recreation due to stream crossings<br>Soc21: Recreation impacts of ROW during operations phase<br>Soc28: Impact on visual resources during operations<br>Soc30: Impacts of operations on visual resources associated with Denali National Park Route Variation<br>Soc34: Impact on quality of life during construction<br>Soc46: Impacts to subsistence associated with contamination concerns from construction<br>Soc57: Potential for contamination of subsistence resources for pipeline operations | Soc15: Disruption of recreational activities and access along roads during construction<br>Soc16: Impacts of construction activity due to construction materials and noise generation<br>Soc18: Impact of influx of construction workers on recreation<br>Soc44: Impacts to subsistence user access from construction<br>Soc47: Hunter avoidance of subsistence resources from influx of construction workers<br>Soc48: Increased competition for subsistence resources from influx of construction workers<br>Soc50: Noise impact on subsistence resource avoidance behavior during construction<br>Soc51: Impacts to subsistence resource availability from operations along ROW and roads<br>Soc52: Impacts to subsistence resource access from operations along ROW and roads<br>Soc53: Impacts to subsistence resource competition from operations along ROW and roads<br>Soc55: Impacts on subsistence user avoidance from maintenance and operations activities<br>Soc58: Impact of aboveground facilities on subsistence user avoidance<br>Soc59: Impact of aboveground facilities on subsistence user access | Soc1: Land used during construction<br>Soc3: Forest types cleared for construction activities<br>Soc5: Denali National Park Route Variation construction impacts<br>Soc7: Impact of permanent access roads during operations phase<br>Soc8: impact of permanent ROW throughout operations phase<br>Soc9: Forest affected by the permanent ROW during operations<br>Soc10: Farmland of local importance affected by operations<br>Soc11: Operational footprint of aboveground facilities<br>Soc12: Impact associated with Denali National Park Route Variation during operations<br>Soc13: Solid waste generated during operations<br>Soc22: Recreation impact associated with Denali National Park Route Variation during operations<br>Soc23: Impact of operation of facilities associated with the pipeline and recreation<br>Soc27: Impacts of construction on visual resources associated with the Denali National Park Route Variation<br>Soc31: Employment during the construction phase<br>Soc32: Population and housing during construction<br>Soc33:Tax revenues during construction<br>Soc37: Employment during operations phase<br>Soc38: Housing during operations phase<br>Soc40: Quality of life during operations phase<br>Soc41: Environmental Justice during operations phase<br>Soc42: Denali National Park Route Variation during operations phase Soc43: Impacts to subsistence resource availability from construction<br>Soc45: Impacts to subsistence loss of use area from construction<br>Soc49: Noise impact on subsistence resource availability during construction<br>Soc54: Impacts to subsistence resource availability from maintenance and operations activities<br>Soc56: Impacts on subsistence competition from local workforce population |
| | **Low** | Soc14: Disruption of recreational activities and access along the pipeline route during construction<br>Soc20: Impact on recreation from construction camps, pipeline yards, and material sites<br>Soc24: Visual contrast during mainline proposed Project construction<br>Soc25: Visual contrast during construction of Fairbanks Lateral<br>Soc26: Visual impact of construction of aboveground facilities<br>Soc29: Impacts of operating aboveground facilities on visual resources | No effects listed | Soc2: Impact of temporary access roads during construction<br>Soc4: Farmland of local importance affected by construction<br>Soc6: Impact of solid waste associated with construction camps<br>Soc19: Impact of construction of above ground facilities on recreation<br>Soc35: Environmental Justice during the construction phase<br>Soc36: Construction of Denali National Park Route Variation<br>Soc37: Employment during operations phase<br>Soc38: Housing during operations phase |

TABLE 6.1-7  Impacts of the No Action Alternative.

| Potential Effect | No Action Alternative | Magnitude Factors | | | Ranking | |
|---|---|---|---|---|---|---|
| | | Int. | Geo. | Freq. /Dur. | Mag. | Prob. |
| **Physical Resources** | | | | | | |
| Phy1 – 30 (except Phy18 noted below) | These impacts would not occur therefore they cannot by ranked. | - | - | - | - | - |
| Phy18:  Impacts to the FNSB nonattainment zone from construction and operations of the Fairbanks Lateral | The No Action Alternative foregoes the expected improvement to air quality in the Fairbanks North Star Borough region.  This option also foregoes the effects positive cumulative effects on public associated with improved air quality from the use of cleaner fuels in the Fairbanks North Star Borough region. | M | L | H | **M** | **H** |
| **Biological Resources** | | | | | | |
| Bio1 - 74 | These impacts would not occur therefore they cannot by ranked. | - | - | - | - | - |
| **Socioeconomic Resources** | | | | | | |
| Soc 1 – 59 (except Soc31, 33, 37 & 39 noted below) | These impacts would not occur therefore they cannot by ranked. | - | - | - | - | - |
| Soc31: Employment during the construction phase | The No Action Alternative foregoes increased employment for duration of construction period (Table 5.12-12). | M | M | M | **M** | **H** |
| Soc33:Tax revenues during construction | Under the No Action Alternative, expected increase in local tax revenues in the Mat-Su, Denali, and FNS Boroughs does not occur. | L | M | M | **M** | **H** |
| Soc37: Employment during operations phase | The No Action Alternative foregoes the creation of long-term jobs during the operations and maintenance phase. | L | L | H | **M** | **H** |
| Soc39: Tax revenues during operations phase | Under the No Action Alternative, an estimated $168 million local and state property tax revenues in year 1 are not realized (Table 5.12-19). The state would not receive an additional estimated total of $358.6 million annually in revenues from royalties, production, and corporate taxes (Table 5.12-16). | H | H | H | **H** | **H** |

**FIGURE 6.1-4    Ranking Matrix of Potential Effects on All Resources (No Action Alternative)**

| | | PROBABILITY | | |
|---|---|---|---|---|
| | | Low | Moderate | High |
| **MAGNITUDE** | **High** | No effects listed | No effects listed | Soc39: Tax revenues during operations phase |
| | **Moderate** | No effects listed | No effects listed | Phy18: Impacts to the FNSB nonattainment zone from construction and operations of the Fairbanks Lateral<br>Soc31: Employment during the construction phase<br>Soc33 Tax revenues during construction<br>Soc37: Employment during operations phase |
| | **Low** | No effects listed | No effects listed | No effects listed |

TABLE 6.1-8  Impacts Associated with the Denali Route Variation Alternative that are Different from the Proposed Action

| Potential Effect | Denali Route Variation Alternative | Magnitude Factors | | | Ranking | |
|---|---|---|---|---|---|---|
| | | Int. | Geo. | Freq. /Dur. | Mag. | Prob. |
| **Physical Resources** | | | | | | |
| Phy8:  Increased sedimentation, reduced water quality, and changes to stream profile and structure from excavation activities and disturbance of ground cover | Four fewer stream crossings associated with this alternative reduce direct effect overall.  Excavation activities and disturbance of ground cover would impact surface water quality downstream due to erosion.  Sedimentation would increase resulting in increased turbidity reducing water quality.  Permanent impacts could include changes to the stream profile and structure (bed and hyporheic zone) at crossing locations. | M | H | M | **M** | **H** |
| Phy24:  Impeding navigability while conducting open-cut stream crossing method during construction | The Nenana River is crossed two more times than for the proposed action.  Navigability along waterways using open-cut methods would be temporarily impeded by construction materials and equipment during the pipeline construction process. | H | M | L | **M** | **H** |
| Phy25:  Unintended release of drilling fluids while conducting HDD stream crossing method during construction | With this Alternative, the Nenana River is crossed two more times than for the proposed action.  Unintended release of drilling fluids may occur while conducting the HDD stream crossing method during construction. | M | L | L | L | L |
| **Biological Resources** | | | | | | |
| Bio47: Impacts from all identified stream crossing methods | Four fewer stream crossings associated with this alternative reduce direct effect overall.  Temporary in stream habitat alteration and channel profile causing gill irritation from increased sedimentation. | L | L | L | L | M |
| Bio48: Impact from open cut crossing method | Four fewer stream crossings associated with this alternative reduce direct effect overall.  Temporary increase in sedimentation and erosion along the stream bank, loss of riparian vegetation, altered channel morphology. | L | L | L | L | M |
| Bio49: Impact from open cut isolation crossing method | Four fewer stream crossings associated with this alternative reduce direct effect overall.  Injury may occur to certain fish species and life stages which may be more susceptible when diverting water around the construction area. | L | L | L | L | M |
| **Socioeconomic Resources** | | | | | | |
| Soc 17: Impacts to water dependent recreation due to stream crossings | Four fewer stream crossings associated with this alternative reduce direct effect overall.  Proposed Project construction in and near water bodies could result in water quality impacts, generate noise and visual impacts, and restrict access to water bodies. | M | M | L | **M** | L |
| Soc22: Recreation impact associated with  Denali National Park Route Variation during operations | Minor restrictions to access.  Self-contained underground facility minimizes impacts. | M | L | H | **M** | **H** |
| Soc27: Impacts of construction on visual resources associated with the Denali National Park Route Variation | Denali NPP has high seasonal recreation and tourist use and such users have high sensitivity.  During the visitor season, short-term moderate to high visual impacts are expected. | H | L | L | **M** | **H** |
| Soc30: Impacts of operations on visual resources associated with Denali National Park Route Variation | Long-term impacts limited and weak because most of pipeline is buried and ROW re-vegetated. | L | L | H | **M** | L |
| Soc42: Denali National Park Route Variation | Analysis concludes that impacts to socioeconomics would be negligible.  Some positive impacts arising from production taxes, royalties, and corporate taxed (total $5.2 million annually). | L | L | H | **M** | **H** |

| FIGURE 6.1-5 | Ranking Matrix of Impacts Associated with the Denali Route Variation Alternative that are Different from the Proposed Action[7] | | |
|---|---|---|---|
| | PROBABILITY | | |
| | Low | Moderate | High |
| MAGNITUDE — High | No effects listed | No effects listed | No effects listed |
| MAGNITUDE — Moderate | Soc 17: Impacts to water dependent recreation due to stream crossings<br>Soc30: Impacts of operations on visual resources associated with Denali National Park Route Variation | No effects listed | Phy8: Increased sedimentation, reduced water quality, and changes to stream profile and structure from excavation activities and disturbance of ground cover<br>Phy24: Impeding navigability while conducting open-cut stream crossing method during construction<br>Soc22: Recreation impact associated with Denali National Park Route Variation during operations<br>Soc27: Impacts of construction on visual resources associated with the Denali National Park Route Variation<br>Soc42: Denali National Park Route Variation |
| MAGNITUDE — Low | Phy25: Unintended release of drilling fluids while conducting HDD stream crossing | Bio47: Impacts from all identified stream crossing methods<br>Bio48: Impact from open cut crossing method<br>Bio49: Impact from open cut isolation crossing method | No effects listed |

[7] The potential impacts shown in Figure 6.1-5 are ranked the same as they were ranked under the proposed action because the impacts associated with the Denali Route Variation are not significantly different than those of the entire proposed Project.

**TABLE 6.1-9  Potential Effects of the Applicant's Preferred Option that are Different than the Proposed Action**

| Potential Effect | Applicant Preferred Yukon River Crossing Option: New Suspension Bridge | Magnitude Factors | | | Ranking | |
|---|---|---|---|---|---|---|
| | | Int. | Geo. | Freq. /Dur. | Mag. | Prob. |
| **Soils and Geology** | | | | | | |
| Phy1:  Impacts to paleontological resources | A new suspension bridge across the Yukon could encounter unknown paleontological resources (any physical evidence of past life, including fossilized remains, impressions, and traces of plants and animals). | M | M | M | M | H |
| Phy3:  Impacts to soils or bedrock from excavation and blasting | Construction of the new suspension bridge will have greater impact on soils and bedrock than Option 2. | L | H | M | M | H |
| Phy4:  Impacts to soils containing permafrost from thaw settlement | The new suspension bridge may impact permafrost in the local area of the crossing when compared with Option 2. Otherwise, for the rest of the pipeline, limited impacts to soils containing permafrost would occur from thaw settlement from use of temporary ice/gravel roads, and ice/gravel pads to stage and transport materials and equipment. | L | L | L | L | M |
| **Navigation Resources** | | | | | | |
| Phy26: Impeding navigability during construction of Yukon River crossing. | For the Yukon River Crossing, if the new bridge option is selected (the preferred option), large vessels would likely be required in the Yukon River during the construction season until the new pipeline suspension bridge is fully built.  These vessels would likely impede other local vessel traffic during the construction phase of the proposed Project.  In addition other pipeline construction activities may impact navigation in other navigable waters. | H | L | L | M | H |
| **Vegetation** | | | | | | |
| Bio1: Impacts from clearing, grubbing, grading in the ROW | The Applicant's Preferred Option involves slightly more land than would be used for Option 2 and could have a slightly larger effect on temporary erosion and sedimentation impacts and destruction of plant root stock delaying vegetation recovery. | L | M | L | L | H |
| **Wetlands** | | | | | | |
| Bio12: Disturbance impacts from grading and trenching over the centerline primarily in frozen soils | The Applicant's Preferred Option involves slightly more land than would be used for Option 2 and could have a slightly larger effect on subsoil, topsoil and surface hydrology. | L | M | L | L | H |
| **Wildlife** | | | | | | |
| Bio28: Impacts from construction activities on wildlife habitat | The Applicant's Preferred Option involves slightly more land than would be used for Option 2 and could have a slightly larger effect on the temporary disturbance to wildlife habitat during construction. | L | L | M | L | M |
| **Visual Resources** | | | | | | |
| Soc26: Visual impact of construction of aboveground facilities | The Applicant's Preferred Option requires construction of a new suspension bridge crossing the Yukon River. Limited impacts overall during the construction phase. | L | L | L | L | L |
| Soc28: Impact on visual resources during operations | The new suspension bridge adds a visual element to the existing scenery.  However, the pipeline is buried for most of its length.  Pipeline right of way visible in several areas— visual contrast greatest in areas requiring hill cuts and new bridge crossings.  Over the entire pipeline ROW, the addition of one bridge crossing does not materially impact visual resources. | L | L | H | M | L |

FIGURE 6.1-6      Ranking Matrix of Impacts of the Applicant's Preferred Option that are Different than the Proposed Action

| | | PROBABILITY | | |
|---|---|---|---|---|
| | | Low | Moderate | High |
| MAGNITUDE | High | No effects listed | No effects listed | No effects listed |
| | Moderate | Soc28: Impact on visual resources during operations | No effects listed | Phy1:  Impacts to paleontological resources<br>Phy3:  Impacts to soils or bedrock from excavation and blasting<br>Phy26: Impeding navigability during construction of Yukon River crossing. |
| | Low | Soc26: Visual impact of construction of aboveground facilities | Phy4:  Impacts to soils containing permafrost from thaw settlement<br>Bio28: Impacts from construction activities on wildlife habitat | Bio1: Impacts from clearing, grubbing, grading in the ROW<br>Bio12: Disturbance impacts from grading and trenching over the centerline primarily in frozen soils |

TABLE 6.1-10        Potential Effects of Option 2 that are Different than the Proposed Action

| Potential Effect | Yukon River Crossing Option 2: Use of Existing E. L. Patton Bridge | Magnitude Factors | | | Ranking | |
|---|---|---|---|---|---|---|
| | | Int. | Geo. | Freq. /Dur. | Mag. | Prob. |
| **Soils and Geology** | | | | | | |
| Phy1: Impacts to paleontological resources | Option 2 has no impact on unknown paleontological resources because existing structures are utilized for the Yukon crossing. For the rest of the pipeline route, the possibility of encountering unknown resources is higher. | M | M | M | **M** | **H** |
| Phy3: Impacts to soils or bedrock from excavation and blasting | Option 2 has minimal construction impacts activities relative to soils and bedrock. | L | H | M | **M** | **H** |
| Phy4: Impacts to soils containing permafrost from thaw settlement | Option 2 uses existing structures. Otherwise, for the rest of the pipeline, limited impacts to soils containing permafrost would occur from thaw settlement from use of temporary ice/gravel roads, and ice/gravel pads to stage and transport materials and equipment. | L | L | L | **L** | **M** |
| **Navigation Resources** | | | | | | |
| Phy26: Impeding navigability during construction of Yukon River crossing. | During construction on the existing bridge, some interruptions in navigation are possible and other pipeline construction activities may impact navigation in other navigable waters. | H | L | L | **M** | **H** |
| **Vegetation** | | | | | | |
| Bio1: Impacts from clearing, grubbing, grading in the ROW | Option 2 involves less land than would be used for the Applicant's Preferred Option and could have a slightly lesser effect on temporary erosion and sedimentation impacts and destruction of plant root stock delaying vegetation recovery. | L | M | L | **L** | **H** |
| **Wetlands** | | | | | | |
| Bio12: Disturbance impacts from grading and trenching over the centerline primarily in frozen soils | Option 2 involves less land than would be used for the Applicant's Preferred Option and could have a slightly lesser effect on subsoil, topsoil and surface hydrology. | L | M | L | **L** | **H** |
| **Wildlife** | | | | | | |
| Bio28: Impacts from construction activities on wildlife habitat | Option 2 involves less land than would be used for the Applicant's Preferred Option and could have a slightly lesser effect on the temporary disturbance to wildlife habitat during construction. | L | L | M | **L** | **M** |
| **Visual Resources** | | | | | | |
| Soc26: Visual impact of construction of aboveground facilities | Option 2 adds equipment to an existing bridge and minimizes visual impact. Limited impacts overall during the construction phase. | L | L | L | **L** | **L** |
| Soc28: Impact on visual resources during operations | Option 2 adds equipment to an existing bridge and minimizes visual impact. However, the pipeline is buried for most of its length. Pipeline right of way visible in several areas—visual contrast greatest in areas requiring hill cuts and new bridge crossings. Over the entire pipeline ROW, the use of an existing bridge crossing does not materially impact visual resources. | L | L | H | **M** | **L** |

FIGURE 6.1-7      Ranking Matrix of Impacts of Option 2 that are Different than the Proposed Action

| | | PROBABILITY | | |
|---|---|---|---|---|
| | | Low | Moderate | High |
| MAGNITUDE | High | No effects listed | No effects listed | No effects listed |
| | Moderate | Soc28: Impact on visual resources during operations | No effects listed | Phy1: Impacts to paleontological resources<br>Phy3: Impacts to soils or bedrock from excavation and blasting<br>Phy26: Impeding navigability during construction of Yukon River crossing. |
| | Low | Soc26: Visual impact of construction of aboveground facilities | Phy4: Impacts to soils containing permafrost from thaw settlement<br>Bio28: Impacts from construction activities on wildlife habitat | Bio1: Impacts from clearing, grubbing, grading in the ROW<br>Bio12: Disturbance impacts from grading and trenching over the centerline primarily in frozen soils |

TABLE 6.1-11        Potential Effects of Option 3 that are Different than the Proposed Action

| Potential Effect | Yukon River Crossing Option 3: HDD | Int. | Geo. | Freq. /Dur. | Mag. | Prob. |
|---|---|---|---|---|---|---|
| | | **Magnitude Factors** | | | **Ranking** | |
| **Soils and Geology** | | | | | | |
| Phy1: Impacts to paleontological resources | Option 3 has a smaller footprint than the Applicant's Preferred Option and would have less impact on paleontological resources in the local area when compared with the Applicant's Preferred Option. For the rest of the pipeline route, the possibility of encountering unknown resources is higher. | M | M | M | **M** | **H** |
| Phy3: Impacts to soils or bedrock from excavation and blasting | HDD construction of a Yukon River crossing will Construction of the new suspension bridge will have greater impact on soils and bedrock than Option 2. | L | H | M | **M** | **H** |
| Phy4: Impacts to soils containing permafrost from thaw settlement | HDD drilling may impact permafrost in the area of the crossing. Otherwise, for the rest of the pipeline, limited impacts to soils containing permafrost would occur from thaw settlement from use of temporary ice/gravel roads, and ice/gravel pads to stage and transport materials and equipment. | L | L | L | **L** | **M** |
| **Navigation Resources** | | | | | | |
| Phy26: Impeding navigability during construction of Yukon River crossing. | HDD construction will not have adverse impacts on navigation. However, other pipeline construction activities may still impact navigation in other navigable waters. | H | L | L | **M** | **H** |
| **Vegetation** | | | | | | |
| Bio1: Impacts from clearing, grubbing, grading in the ROW | Option 3 requires less land area than the Applicant's Preferred Option and more land area than Option 2, placing the potential effects as intermediate between the other options with regard to temporary erosion and sedimentation impacts and destruction of plant root stock delaying vegetation recovery. | L | M | L | **L** | **H** |
| **Wetlands** | | | | | | |
| Bio12: Disturbance impacts from grading and trenching over the centerline primarily in frozen soils | Option 3 requires less land area than the Applicant's Preferred Option and more land area than Option 2, placing the potential effects as intermediate between the other options with regard to subsoil, topsoil and surface hydrology. | L | M | L | **L** | **H** |
| **Wildlife** | | | | | | |
| Bio28: Impacts from construction activities on wildlife habitat | Option 3 requires less land area than the Applicant's Preferred Option and more land area than Option 2, placing the potential effects as intermediate between the other options with regard to temporary disturbance to wildlife habitat during construction. | L | L | M | **L** | **M** |
| **Visual Resources** | | | | | | |
| Soc26: Visual impact of construction of aboveground facilities | Option 3 reduces impacts to visual resources by eliminating a possible new suspension bridge or equipment attached to an existing bridge. Limited impacts overall during the construction phase. | L | L | L | **L** | **L** |
| Soc28: Impact on visual resources during operations | Option 3 reduces impacts to visual resources by eliminating a possible new suspension bridge or equipment attached to an existing bridge. The pipeline is buried for most of its length. Pipeline right of way visible in several areas— visual contrast greatest in areas requiring hill cuts and new bridge crossings. Over the entire pipeline ROW, the elimination of one bridge crossing does not materially impact visual resources. | L | L | H | **M** | **L** |

| FIGURE 6.1-8 | | Ranking Matrix of Impacts of Option 3 that are Different than the Proposed Action | |
|---|---|---|---|
| | | PROBABILITY | |
| | Low | Moderate | High |
| **MAGNITUDE** High | No effects listed | No effects listed | No effects listed |
| Moderate | Soc28: Impact on visual resources during operations | No effects listed | Phy1:  Impacts to paleontological resources<br>Phy3:  Impacts to soils or bedrock from excavation and blasting<br>Phy26: Impeding navigability during construction of Yukon River crossing. |
| Low | Soc26: Visual impact of construction of aboveground facilities | Phy4:  Impacts to soils containing permafrost from thaw settlement<br>Bio28: Impacts from construction activities on wildlife habitat | Bio1: Impacts from clearing, grubbing, grading in the ROW<br>Bio12: Disturbance impacts from grading and trenching over the centerline primarily in frozen soils |

# SUBJECT INDEX

# Index

## A

abandon, 2-61, 5.2-11, 5.5-21, 5.9-14, 5.13-23, 5.15-17, 5.22-3, 5.23-21, 5.23-26, 5.23-75

abatement, 1-30, 5.17-8, 5.17-14, 5.17-15

accident, ES-21, ES-22, ES-23, 2-19, 2-31, 5.3-7, 5.4-25, 5.5-15, 5.7-16, 5.15-5, 5.15-6, 5.15-10, 5.15-48, 5.15-59, 5.15-60, 5.15-65, 5.15-67, 5.15-69, 5.15-70, 5.15-89, 5.15-91, 5.15-92, 5.15-93, 5.15-95, 5.15-99, 5.15-100, 5.15-101, 5.15-127, 5.15-128, 5.15-131, 5.15-136, 5.15-137, 5.16-15, 5.19-1, 5.19-6, 5.19-10, 5.19-11, 5.19-13, 5.23-8, 5.23-60, 6-15, 6-18, 6-28

acoustics, 5.7-13, 5.7-14, 5.7-17

adverse effect, ES-19, ES-20, ES-25, ES-26, 5.2-71, 5.6-2, 5.6-18, 5.6-20, 5.6-29, 5.6-32, 5.8-5, 5.9-46, 5.10-29, 5.10-30, 5.10-31, 5.10-37, 5.12-3, 5.12-21, 5.12-47, 5.12-48, 5.12-49, 5.13-2, 5.13-3, 5.13-28, 5.13-29, 5.13-35, 5.13-36, 5.13-37, 5.15-88, 5.15-157, 5.21-2, 5.22-4, 5.23-55, 5.23-60, 6-11, 6-13

affected environment, ES-11, 5-1, 5.1-1, 5.2-1, 5.2-7, 5.2-31, 5.3-1, 5.4-1, 5.4-2, 5.5-1, 5.6-1, 5.7-1, 5.8-1, 5.8-2, 5.8-5, 5.8-6, 5.8-7, 5.8-8, 5.8-9, 5.8-11, 5.8-12, 5.8-16, 5.8-17, 5.8-18, 5.8-20, 5.8-24, 5.8-28, 5.9-1, 5.10-1, 5.10-27, 5.11-1, 5.12-1, 5.12-3, 5.13-3, 5.15-9, 5.15-13, 5.15-88, 5.15-115, 5.16-1, 5.17-1, 5.18-6

agency, ES-1, ES-5, ES-15, ES-17, 1-1, 1-5, 1-6, 1-7, 1-8, 1-12, 1-16, 1-17, 1-21, 1-23, 1-24, 1-25, 1-26, 1-27, 1-28, 1-29, 1-31, 2-26, 2-33, 2-46, 2-61, 4-25, 5-1, 5.1-1, 5.2-11, 5.2-13, 5.2-14, 5.2-76, 5.3-7, 5.3-19, 5.3-24, 5.3-29, 5.3-32, 5.4-19, 5.4-30, 5.5-28, 5.5-35, 5.6-2, 5.8-1, 5.8-24, 5.9-1, 5.9-32, 5.9-38, 5.9-41, 5.9-47, 5.9-52, 5.9-53, 5.10-1, 5.10-2, 5.10-4, 5.10-25, 5.12-18, 5.13-2, 5.13-27, 5.13-28, 5.15-5, 5.15-6, 5.15-7, 5.15-25, 5.15-99, 5.15-104, 5.15-138, 5.15-154, 5.15-155, 5.15-158, 5.16-5, 5.16-7, 5.16-11, 5.16-16, 5.17-1, 5.18-1, 5.18-4, 5.18-8, 5.19-1, 5.21-1, 5.22-1, 5.22-2, 5.23-1, 5.23-3, 5.23-6, 5.23-11, 5.23-16, 5.23-26, 5.23-27, 5.23-30, 5.23-31, 5.23-33, 5.23-34, 5.23-36, 5.23-37, 5.23-46, 5.23-50, 5.23-51, 5.23-52, 5.23-53, 5.23-55, 5.23-58, 5.23-59, 5.23-66, 5.23-68, 5.23-73

aggradation, ES-11, 5.1-1, 5.1-13, 5.1-23, 4, 6-3

agriculture, ES-13, ES-19, 5.2-8, 5.2-18, 5.2-19, 5.2-20, 5.2-21, 5.3-14, 5.5-16, 5.9-13, 5.9-16, 5.9-17, 5.9-18, 5.9-20, 5.9-21, 5.9-27, 5.9-28, 5.9-37, 5.9-38, 5.9-53, 5.9-57, 5.11-28, 5.15-24, 5.16-5, 5.21-1, 5.22-4, 6-10

Air Force Station, ES-18, 1-18, 5.9-5, 5.9-11, 5.9-59, 5.12-6

air quality, ES-6, ES-21, ES-26, 1-5, 1-9, 1-31, 3-6, 4-2, 4-15, 4-17, 5.12-47, 5.15-7, 5.15-11, 5.15-83, 5.15-103, 5.15-104, 5.15-129, 5.15-132, 5.15-139, 5.15-143, 5.15-145, 5.15-146, 5.15-150, 5.15-151, 5.15-158, 5.16-1, 5.16-5, 5.16-7, 5.16-8, 5.16-10, 5.16-11, 5.16-14, 5.16-18, 5.16-21, 5.16-22, 5.16-23, 5.16-24, 5.16-26, 5.16-28, 5.16-29, 5.16-31, 5.16-33, 5.16-34, 5.16-35, 5.21-5, 5.23-60, 5.23-61, 5.23-62, 5.23-80, 6-2, 6-16, 6-17, 6-16, 6-19, 6-23, 6-27, 6-29, 6-42

Aircraft Control and Warning, 5.13-8, 5.13-15, 5.13-42

Alaska Administrative Code, 1-30, 1-31, 1-32, 1-33, 2-19, 5.2-6, 5.2-13, 5.2-16, 5.2-17, 5.2-18, 5.2-21, 5.2-81, 5.3-14, 5.4-19, 5.6-1, 5.9-6, 5.9-7, 5.9-8, 5.9-11, 5.9-42, 5.9-43, 5.9-46, 5.10-2, 5.10-23, 5.15-88, 5.15-104, 5.16-12, 5.16-21, 5.16-26, 5.16-28, 5.16-29, 5.16-31, 5.16-33, 5.23-74, 5.23-75, 5.23-76, 5.23-77, 5.23-78, 5.23-79, 5.23-80, 5.23-81, 5.23-82, 5.23-83, 5.23-84, 5.23-85, 5.23-86, 5.23-87

Alaska Bureau of Vital Statistics, 5.15-48, 5.15-56, 5.15-59, 5.15-60, 5.15-62, 5.15-64, 5.15-65, 5.15-70, 5.15-71, 5.15-73, 5.15-89, 5.15-159

Alaska Department of Environmental Conservation, 1-9, 1-12, 1-25, 1-28, 1-30, 1-31, 2-19, 2-26, 4-5, 5.1-24, 5.2-1, 5.2-5, 5.2-6, 5.2-7, 5.2-8, 5.2-9, 5.2-11, 5.2-13, 5.2-15, 5.2-16, 5.2-17, 5.2-21, 5.2-22, 5.2-26, 5.2-27, 5.2-28, 5.2-31, 5.2-38, 5.2-40, 5.2-41, 5.2-46, 5.2-51, 5.2-54, 5.2-55, 5.2-58, 5.2-81, 5.15-84, 5.15-88, 5.15-103, 5.15-104, 5.15-129, 5.15-139, 5.15-141, 5.15-148, 5.15-159, 5.15-160, 5.16-6, 5.16-12, 5.16-21, 5.16-22, 5.16-23, 5.16-24, 5.16-26, 5.16-28, 5.16-30, 5.16-31, 5.16-33, 5.16-35, 5.16-36, 5.16-38, 5.21-5, 5, 7, 5.23-34, 6-37

Alaska Department of Fish and Game, ES-15, ES-16, 1-12, 1-25, 1-31, 1-32, 2-33, 5.2-82, 5.3-34, 1, 2, 5.5-2, 5.5-3, 5.5-4, 5.5-6, 5.5-8, 5.5-14, 5.5-17, 5.5-33, 5.5-41, 5.5-42, 5.5-43, 5.5-44, 5.5-45, 5.5-46, 5.5-47, 5.5-48, 5.6-2, 5.6-3, 5.6-9, 5.6-10, 5.6-11, 5.6-12, 5.6-14, 5.6-16, 5.6-18, 5.6-20, 5.6-24, 5.6-25, 5.6-27, 5.6-28, 5.6-32, 5.6-35, 5.6-36, 5.6-37, 5.6-38, 5.6-39, 5.6-40, 5.7-24, 5.8-32, 5.9-7, 5.9-36, 5.9-46, 5.9-54, 5.9-57, 5.10-1, 5.10-5, 5.10-21, 5.10-23, 5.10-24, 5.10-25, 5.10-26, 5.10-30, 5.10-37, 5.12-7, 5.12-51, 5.15-37, 5.15-38, 5.15-39, 5.15-40, 5.15-41, 5.15-42, 5.15-

43, 5.15-44, 5.15-45, 5.15-46, 5.15-47, 5.15-159, 5.15-160, 5.15-166, 5.23-5, 5.23-6, 5.23-28, 5.23-30, 5.23-32, 5.23-33, 5.23-36, 5.23-38, 5.23-43, 5.23-52, 5.23-58, 5.23-59

Alaska Department of Health and Social Services, 5.15-4, 5.15-6, 5.15-12, 5.15-33, 5.15-34, 5.15-49, 5.15-50, 5.15-51, 5.15-52, 5.15-53, 5.15-56, 5.15-69, 5.15-74, 5.15-76, 5.15-77, 5.15-78, 5.15-101, 5.15-108, 5.15-109, 5.15-110, 5.15-113, 5.15-115, 5.15-116, 5.15-117, 5.15-119, 5.15-121, 5.15-122, 5.15-139, 5.15-159, 5.15-160, 5.15-161, 5.15-162, 5.15-163, 5.15-164, 5.15-174, 5.15-185, 5.15-186

Alaska Department of Natural Resources, ES-14, ES-15, ES-16, ES-18, 1-1, 1-7, 1-8, 1-11, 1-23, 1-32, 2-35, 5.2-3, 5.2-8, 5.2-9, 5.2-24, 5.2-31, 5.2-32, 5.2-44, 5.2-55, 5.2-57, 5.2-81, 5.2-82, 5.3-14, 5.3-29, 5.3-34, 5.4-19, 5.5-27, 5.5-28, 5.6-10, 5.6-14, 5.6-18, 5.6-28, 5.6-35, 5.6-36, 5.9-6, 5.9-7, 5.9-11, 5.9-13, 5.9-15, 5.9-22, 5.9-34, 5.9-35, 5.9-36, 5.9-42, 5.9-42, 5.9-51, 5.9-53, 5.9-54, 5.9-57, 5.9-58, 5.10-1, 5.10-2, 5.10-5, 5.10-6, 5.10-20, 5.10-21, 5.10-22, 5.10-23, 5.10-24, 5.10-25, 5.10-26, 5.10-30, 5.10-37, 5.10-38, 5.11-4, 5.11-7, 5.11-34, 5.13-1, 5.13-4, 5.13-8, 5.13-9, 5.13-11, 5.13-16, 5.13-17, 5.13-18, 5.13-25, 5.13-27, 5.13-30, 5.13-41, 5.18-3, 5.18-4, 5.18-5, 5.18-6, 5.18-12, 5.19-1, 5.19-2, 5.19-14, 5.22-2, 5.23-16, 5.23-17, 5.23-18, 6-10

Alaska Department of Transportation, 1-33, 5.15-67, 5.15-69, 5.15-96, 5.15-98, 5.15-99, 5.15-104, 5.15-159, 5.15-164, 5.15-165

Alaska Department of Transportation and Public Facilities, 1-25, 2-27, 2-28, 5.1-21, 5.3-14, 5.3-35, 5.4-20, 5.9-3, 5.9-8, 5.9-11, 5.9-27, 5.9-36, 5.9-44, 5.9-57, 5.9-58, 5.13-9, 5.13-41, 5.13-44, 5.15-3, 5.15-165, 5.22-2, 5.23-54, 5.23-54, 5.23-75

Alaska Energy Authority, 4-4

Alaska Gas Inducement Act, 6-1

Alaska Gasline Development Corporation, ES-2, ES-3, ES-11, ES-15, ES-17, ES-20, ES-22, ES-23, 1-1, 1-3, 1-4, 1-5, 1-7, 1-8, 1-9, 1-11, 1-34, 2-1, 2-2, 2-14, 2-15, 2-16, 2-17, 2-18, 2-19, 2-20, 2-22, 2-24, 2-26, 2-27, 2-28, 2-31, 2-33, 2-34, 2-35, 2-36, 2-39, 2-40, 2-42, 2-43, 2-46, 2-54, 2-56, 2-57, 2-58, 2-59, 2-60, 2-61, 3-2, 3-7, 4-5, 4-8, 4-11, 4-13, 4-15, 4-17, 4-19, 4-21, 4-27, 5-1, 5.1-20, 5.1-21, 5.1-23, 5.1-24, 5.2-1, 5.2-11, 5.2-13, 5.2-25, 5.2-27, 5.2-30, 5.2-61, 5.2-62, 5.2-63, 5.2-64, 5.2-65, 5.2-66, 5.2-67, 5.2-70, 5.2-72, 5.2-73, 5.2-74, 5.2-75, 5.2-76, 5.2-77, 5.2-79, 5.2-80, 5.2-81, 5.2-82, 5.3-1, 5.3-20, 5.3-22, 5.3-29, 5.3-30,

5.3-31, 5.3-32, 5.3-33, 5.3-34, 5.4-1, 5.4-2, 5.4-13, 5.4-14, 5.4-15, 5.4-16, 5.4-17, 5.4-19, 5.4-20, 5.4-22, 5.4-23, 5.4-25, 5.4-27, 5.4-28, 5.4-31, 5.4-32, 5.4-33, 5.4-34, 5.5-1, 5.5-15, 5.5-27, 5.5-28, 5.5-29, 5.5-30, 5.5-33, 5.5-34, 5.5-36, 5.5-37, 5.5-38, 5.5-39, 5.5-41, 5.6-1, 5.6-2, 5.6-17, 5.6-18, 5.6-20, 5.6-21, 5.6-23, 5.6-24, 5.6-25, 5.6-26, 5.6-29, 5.6-30, 5.6-32, 5.6-33, 5.6-34, 5.6-35, 5.6-36, 5.7-7, 5.7-14, 5.7-16, 5.7-19, 5.7-22, 5.8-1, 5.8-3, 5.8-4, 5.8-5, 5.8-7, 5.8-8, 5.8-9, 5.8-11, 5.8-12, 5.8-16, 5.8-17, 5.8-18, 5.8-24, 5.8-27, 5.8-30, 5.8-32, 5.9-6, 5.9-13, 5.9-14, 5.9-15, 5.9-18, 5.9-20, 5.9-21, 5.9-25, 5.9-27, 5.9-50, 5.9-54, 5.9-56, 5.9-58, 5.10-10, 5.10-27, 5.10-28, 5.10-31, 5.10-32, 5.11-15, 5.11-21, 5.11-25, 5.11-27, 5.11-30, 5.11-31, 5.11-32, 5.11-34, 5.12-26, 5.12-27, 5.12-28, 5.12-31, 5.12-32, 5.12-33, 5.12-34, 5.12-35, 5.12-36, 5.12-37, 5.12-38, 5.12-39, 5.12-40, 5.12-42, 5.12-43, 5.12-44, 5.12-49, 5.12-51, 5.12-52, 5.13-27, 5.13-29, 5.13-32, 5.15-1, 5.15-2, 5.15-3, 5.15-79, 5.15-80, 5.15-82, 5.15-83, 5.15-88, 5.15-91, 5.15-96, 5.15-97, 5.15-98, 5.15-99, 5.15-103, 5.15-108, 5.15-111, 5.15-125, 5.15-151, 5.15-159, 5.15-165, 5.16-13, 5.16-14, 5.16-15, 5.16-16, 5.16-18, 5.16-19, 5.16-20, 5.16-21, 5.16-22, 5.16-23, 5.16-24, 5.16-25, 5.16-26, 5.16-28, 5.16-29, 5.16-31, 5.16-33, 5.16-34, 5.16-35, 5.16-36, 5.16-38, 5.17-8, 5.17-13, 5.17-14, 5.17-15, 5.18-6, 5.18-8, 5.18-9, 5.18-10, 5.18-11, 5.18-12, 5.19-2, 5.19-3, 5.19-6, 5.19-7, 5.19-12, 5.19-13, 5.19-14, 5.21-2, 5.22-1, 5.22-2, 5.22-4, 5.22-5, 5.23-1, 5.23-2, 5.23-3, 5.23-4, 5.23-5, 5.23-6, 5.23-7, 5.23-8, 5.23-9, 5.23-10, 5.23-11, 5.23-12, 5.23-13, 5.23-14, 5.23-15, 5.23-16, 5.23-17, 5.23-18, 5.23-19, 5.23-20, 5.23-21, 5.23-24, 5.23-26, 5.23-27, 5.23-29, 5.23-32, 5.23-33, 5.23-34, 5.23-35, 5.23-36, 5.23-37, 5.23-38, 5.23-39, 5.23-43, 5.23-44, 5.23-45, 5.23-46, 5.23-47, 5.23-48, 5.23-51, 5.23-52, 5.23-53, 5.23-54, 5.23-55, 5.23-56, 5.23-57, 5.23-58, 5.23-59, 5.23-60, 5.23-61, 5.23-62, 5.23-63, 5.23-64, 5.23-89, 6-2, 6-24, 6-39

Alaska Heritage Resource Survey, 5.13-1, 5.13-8, 5.13-9, 5.13-11, 5.13-15, 5.13-16, 5.13-17, 5.13-18, 5.13-25, 5.13-27, 5.13-29, 5.13-30, 5.13-31, 5.13-32, 5.13-33, 5.13-37, 5.13-38, 5.13-40, 6-13

Alaska National Interest Lands Conservation Act, 1-8, 1-10, 1-25, 5.9-2, 5.9-3, 5.9-5, 5.9-6, 5.9-40, 5.9-56, 5.10-2, 5.10-5, 5.15-108, 5.15-131, 5.15-153, 5.15-154

Alaska Native Claims Settlement Act, 1-27, 5.9-12, 5.23-57, 5.23-58, 5.23-59

Alaska Natural Gas Transportation System, 5.15-173

Alaska Natural Heritage Program, 5.3-7, 5.3-14, 5.3-15, 5.3-21, 5.3-32, 5.3-34

Alaska Pipeline Project, ES-7, ES-24, ES-25, 1-6, 1-34, 4-9, 4-10, 4-27, 6-1

Alaska Pollutant Discharge Elimination System, 1-9, 1-28, 1-31, 5.2-15, 5.2-17, 5.6-25, 5

Alaska Power Authority, 4-4, 5.11-3

Alaska Railroad Corporation, 1-25, 1-33, 2-24, 2-26, 2-27, 5.3-6, 5.3-21, 5.8-8, 5.9-7, 5.9-11, 5.9-58, 5.11-15, 5.13-27, ii5.15-91, 5.15-92, 5.15-94, 5.15-103, 5.15-111, 5.15-166, 5.15-167, 5.18-7, 5.18-8, 5.18-12

Alaska Regulatory Commission, 5.5-44

Alaska Stand Alone Gas Project, ES-1, ES-22, 1-1, 1-34, i2-28, 2-57, 2-60, 2-61, 3-1, 3-2, 3-3, 3-4, 3-6, 4-11, 4-17, 4-20, 4-25, ii5.2-62, 5.2-82, 5.4-34, 5.5-41, 5.6-36, 5.7-22, 5.8-3, 5.8-32, 5.9-60, 5.10-38, i5.11-6, 5.11-32, 5.11-33, 5.11-34, i5.12-29, 5.12-30, 5.12-45, 5.12-46, 5.12-47, 5.12-52, 5.13-41, 5.15-79, 5.15-80, 5.15-81, 5.15-82, 5.15-84, 5.15-86, 5.15-87, 5.15-102, 5.15-107, 5.15-113, 5.15-123, 5.15-124, 5.15-126, 5.15-129, 5.15-131, 5.15-136, 5.15-151, 5.15-152, 5.15-153, 5.15-165, 5.16-38, 5.18-12, 5.19-12, 5.19-14, 5.23-3, 5.23-37, 5.23-47, 5.23-48, 5.23-50, 5.23-51, 6-1, 6-12, 6-17

Alaska Statutes, 1-3, 1-7, 1-11, 1-30, 1-31, 1-32, 1-33, 4-20, 5.2-16, 5.6-1, 5.6-11, 5.6-20, 5.8-31, 5.9-6, 5.9-8, 5.9-9, 5.9-10, 5.9-29, 5.9-36, 5.9-37, 5.9-43, 5.9-53, 5.10-22, 5.10-25, 5.12-43, 5.12-45, 5.16-12, 5.18-3, 5.18-4, 5.18-5, 5.18-6, 5.23-2, 5.23-74, 5.23-75, 5.23-77, 5.23-78, 5.23-79, 5.23-80, 5.23-81, 5.23-87

Alaska Traditional Diet Project, 5.15-47

alignment, ES-5, ES-19, 1-16, 2-42, 4-9, 4-14, 4-17, 5.1-8, 5.1-16, 5.1-21, 5.2-6, 5.3-14, 5.4-4, 5.4-11, 5.9-5, 5.10-28, 5.10-36, 5.11-31, 5.11-32, 5.15-48, 5.19-12, 5.19-13, 5.22-2, 5.23-5, 5.23-45, 5.23-47, 5.23-48, 5.23-49, 5.23-50, 5.23-51, 6-11

alluvial, 5.1-4, 5.1-6, 5.1-7, 5.1-8, 5.1-9, 5.1-10, 5.2-3, 5.2-23, 5.2-24, 5.2-33, 5.3-2, 5.3-3, 5.3-4, 5.3-5, 5.11-8

alluvium, 5.1-6, 5.1-7, 5.1-8, 5.1-9, 5.2-23, 5.3-4

alternative, ES-1, ES-6, ES-7, ES-8, ES-11, 1-1, 1-6, 1-7, 1-15, 1-18, 1-20, 1-23, 1-26, 2-42, 4-1, 4-2, 4-3, 4-6, 4-7, 4-9, 4-10, 4-11, 4-14, 4-17, 4-19, 4-21, 4-23, 4-24, 4-25, 4-26, 5-1, 5.1-19, 5.2-1, 5.2-11, 5.2-14, 5.2-15, 5.3-18, 5.3-28, 5.4-1, 5.4-13, 5.4-21, 5.5-9, 5.5-40, 5.6-34, 5.8-3, 5.9-5, 5.9-11, 5.9-44, 5.9-45, 5.9-47, 5.9-48, 5.9-52, 5.9-56, 5.10-1, 5.10-4, 5.10-6, 5.10-27, 5.10-36, 5.11-31, 5.12-1,

5.12-3, 5.12-21, 5.12-25, 5.12-49, 5.13-40, 5.15-6, 5.15-9, 5.15-14, 5.15-25, 5.15-79, 5.15-81, 5.15-82, 5.15-113, 5.15-123, 5.15-124, 5.15-143, 5.15-151, 5.15-158, 5.16-14, 5.16-18, 5.16-34, 5.17-6, 5.18-1, 5.18-6, 5.21-5, 5.22-1, 6-1, 6-2, 6-7, 6-8, 6-10, 6-13, 6-14, 6-21, 6-22, 6-23, 6-25, 6-36, 6-44

Ambient Air Quality Standards, 5.15-103, 5.15-104, 5.16-6

American Community Survey, 5.12-1, 5.12-10, 5.12-16, 5.12-21, 5.12-54, 5.12-55, 5.15-15, 5.15-23, 5.15-26, 5.15-28, 5.15-30, 5.15-183

American Indian or Alaska Native, 5.12-22, 5.12-24, 5.12-25, 5.12-48, 5.15-13, 5.15-17, 5.15-18, 5.15-19, 5.15-20, 5.15-21, 5.15-22, 5.15-23, 5.15-24, 5.15-35, 5.15-36, 5.15-61, 5.15-62, 5.15-71, 5.15-74, 5.15-76, 5.15-110, 5.15-155

American Indian Religious Freedom Act of 1978, 1-25, 5.13-2

American Meteorological Society, 5.13-42, 5.16-1, 5.16-38

American National Standards Institute, 2-58

American Petroleum Institute, 2-28, 5.15-126

amphidromous, 5.6-1

anadromous, ES-13, ES-16, 1-31, 5.2-19, 5.2-21, 5.2-63, 5.6-1, 5.6-3, 5.6-7, 5.6-9, 5.6-10, 5.6-13, 5.6-20, 5.6-24, 5.6-26, 5.6-27, 5.6-29, 5.6-30, 5.6-31, 5.6-32, 5.10-29, 5.15-37, 5.23-5, 5.23-10, 5.23-74, 6-8

animals
    big game, 5.5-14, 5.10-3, 5.10-30, 5.21-2, 5.21-4
    game birds, ES-15, 5.5-1, 5.5-2, 5.5-3, 5.5-17, 5.21-4
    non-game, 1-29, 1-31
    small game, 5.5-3, 5.5-40, 5.21-4
    waterfowl, 3-7, 4-13, 5.4-3, 5.4-24, 5.5-2, 5.5-3, 5.5-10, 5.5-11, 5.5-17, 5.5-18, 5.5-26, 5.5-31, 5.5-32, 5.5-33, 5.5-38, 5.5-44, 5.5-45, 5.8-35, 5.8-38, 5.9-3, 5.10-3, 5.10-5, 5.10-8, 5.10-20, 5.10-21, 5.10-24, 5.10-25, 5.10-26, 5.10-30, 5.15-18, 5.18-5, 5.21-2, 5.21-4

anode, 2-50, 5.19-8

anthropogenic, 5.3-21, 5.5-38, 5.5-44, 5.7-12, 5.7-20, 5.8-13, 5.8-15, 5.8-16, 5.15-150, 5.16-1

aquatic, ES-25, 1-6, 2-39, 2-40, 5.2-15, 5.2-16, 5.2-18, 5.2-19, 5.2-20, 5.2-21, 5.2-22, 5.2-23, 5.2-79, 5.4-3, 5.4-17, 5.4-24, 5.5-24, 5.6-18, 5.6-19, 5.6-23, 5.6-24, 5.6-25, 5.6-26, 5.6-34, 5.6-35, 5.7-16, 5.8-17, 5.8-21, 5.9-7, 5.15-106, 5.18-5, 5.18-8, 5.18-9, 5.18-11, 5.23-14, 5.23-19, 5.23-20, 5.23-22, 5.23-39, 5.23-42, 6-28, 6-29

aquifer, 5.2-7, 5.2-8, 5.2-14

Archeological Resources Protection Act, 1-32

Arctic National Wildlife Refuge, 5.9-5, 5.9-6, 5.9-33, 5.9-34, 5.10-5, 5.10-19, 5.10-28, 5.10-34, 5.11-7

Arctic Slope Regional Corporation Energy Services, 2-15, 2-61, 5.4-1, 5.4-4, 5.4-11, 5.4-12, 5.4-14, 5.4-15, 5.4-16, 5.4-22, 5.4-23, 5.4-27, 5.4-28, 5.4-32, 5.4-33, 5.4-34, 5.9-20, 5.9-21, 5.9-58, 5.13-1, 5.13-35, 5.13-41

Arctic Small Tool tradition, 5.13-5

Area of Critical Environmental Concern, 5.3-15, 5.3-35, 5.5-30, 5.5-31, 5.5-32, 5.5-33, 5.5-34, 5.9-32, 5.9-40

Area of Potential Effect, 5.13-1, 5.13-2, 5.13-28, 5.13-29

area of potential effects, 5.13-1, 5.13-2, 5.13-27, 5.13-28, 5.13-29, 5.22-4

Areas where water flows from the stream bed up into the water column, 5.6-7, 5.6-20, 5.6-35

artifact, 5.15-70, 5.15-137, 5.15-143

Atlantic Richfield Company, 5.8-32, 5.13-8, 5.13-11, 5.13-46

avoidance, ES-26, 2-34, 5.2-16, 5.4-1, 5.5-39, 5.7-15, 5.8-7, 5.8-10, 5.8-13, 5.8-33, 5.12-49, 5.21-4, 5.23-29, 5.23-30, 5.23-32, 5.23-33, 5.23-35, 5.23-36, 5.23-55, 5.23-56, 5.23-59, 6-7, 6-34, 6-35, 6-40, 6-41

**B**

backfill, 2-31, 2-34, 2-35, 2-39, 2-40, 2-43, 2-46, 2-48, 2-54, 5.3-23, 5.4-19, 5.4-20, 5.6-21, 5.6-23, 5.6-34, 5.11-13, 5.15-2, 5.15-126, 5.22-2, 5.23-14, 5.23-20, 5.23-27, 5.23-28, 6-30, 6-31, 6-35

Bald and Golden Eagle Protection Act, 5.5-1, 5.5-34, 5.8-1, 5.23-26

ballast, 5.6-19, 5.7-16, 5.18-5, 5.18-8, 6-28, 6-29

barrel, 23, 1-31, 5.12-43, 5.12-46, 5.15-147, 5.19-8, 5.19-13

baseline, 5.2-22, 5.8-6, 5.11-30, 5.12-1, 5.12-3, 5.13-1, 5.15-6, 5.15-9, 5.15-25, 5.16-11

bedrock, ES-11, 2-33, 2-43, 5.1-1, 5.1-4, 5.1-8, 5.1-9, 5.1-13, 5.1-14, 5.1-17, 5.1-20, 5.2-23, 5.2-31, 5.3-4, 5.3-22, 6-25, 6-26, 6-29, 6-46, 6-47, 6-48, 6-49, 6-50, 6-51

Behavioral Risk Factor Surveillance System, 5.15-33, 5.15-56, 5.15-162, 5.15-168

benthic, 5.6-24, 5.6-34, 5.7-8, 5.8-5, 5.8-11, 5.8-21

Best Available Control Technology, 5.16-26, 5.16-28, 5.16-29, 5.16-31, 5.23-61, 5.23-62

Best Available Retrofit Technology, 5.16-10

biodiversity, 5.4-25, 5.4-30, 5.5-25, 5.5-43, 5.18-8, 6-28

Biological Assessment, 5.5-42, 5.7-7, 5.7-22, 5.8-1, 5.8-2, 5.8-3, 5.8-32, 5.8-36

biota, 5.6-18, 5.6-25

Birnirk period, 5.13-5

blasting, ES-22, 1-30, 2-33, 2-34, 2-39, 5.1-20, 5.3-22, 5.4-17, 5.6-23, 5.6-24, 5.6-35, 5.12-48, 5.15-85, 5.15-126, 5.16-20, 5.16-21, 5.17-7, 5.23-27, 5.23-28, 5.23-29, 5.23-32, 5.23-33, 5.23-35, 5.23-38, 5.23-58, 5.23-63, 6-17, 6-26, 6-29, 6-30, 6-33, 6-35, 6-46, 6-47, 6-48, 6-49, 6-50, 6-51

blowdown, 2-18, 5.16-25, 5.16-27, 5.16-29, 5.16-30, 5.17-13

borrow site, 2-57, 5.22-2

British Thermal Unit, 5.15-139, 5.15-147, 5.15-151, 5.15-152

broadband, 5.7-19

Bureau of Indian Affairs, 5.9-12

Bureau of Land Management, ES-1, ES-5, ES-18, ES-19, 1-1, 1-7, 1-8, 1-9, 1-16, 1-20, 1-21, 1-23, 1-27, 2-22, 2-35, 2-36, 2-61, 4-25, 5.1-4, 5.1-7, 5.1-19, 5.1-25, 5.1-26, 5.1-27, 5.2-3, 5.2-33, 5.2-48, 5.2-82, 5.2-83, 5.3-1, 5.3-2, 5.3-5, 5.3-15, 5.3-16, 5.3-17, 5.3-18, 5.3-29, 5.3-34, 5.3-35, 5.3-36, 5.4-19, 1, 5.5-24, 5.5-26, 5.5-27, 5.5-28, 5.5-30, 5.5-34, 5.5-42, 5.5-48, 5.6-2, 5.6-3, 5.6-7, 5.6-8, 5.6-9, 5.6-27, 5.6-28, 5.6-34, 5.6-36, 5.6-39, 5.6-40, 5.8-2, 5.9-1, 5.9-2, 5.9-4, 5.9-5, 5.9-11, 5.9-14, 5.9-24, 5.9-30, 5.9-31, 5.9-32, 5.9-33, 5.9-40, 5.9-54, 5.9-59, 5.9-60, 5.10-1, 5.10-4, 5.10-11, 5.10-13, 5.10-15, 5.10-17, 5.10-18, 5.10-20, 5.10-25, 5.10-27, 5.10-28, 5.10-38, 5.10-39, 5.11-1, 5.11-2, 5.11-3, 5.11-9, 5.11-11, 5.11-14, 5.11-19, 5.11-21, 5.11-24, 5.11-34, 5.11-35, 5.11-36, 5.13-2, 5.13-9, 5.13-23, 5.13-32, 5.13-42, 5.13-49, 5.13-50, 5.15-17, 5.15-69, 5.15-108, 5.15-116, 5.15-117, 5.15-154, 5.15-167, 5.15-183, 5.18-3, 5.18-12, 5.23-16, 5.23-45, 5.23-66, 5.23-68, 5.23-69, 6-10

Bureau of Ocean Energy Management, 5.8-24, 5.8-27

Bureau of Reclamation, 1-32, 2-27, 5.1-22, 5.11-31, 5.15-3, 5.22-2, 5.22-3, 5.23-11, 5.23-41

**C**

Canadian Association of Petroleum Producers, 5.5-44

Canadian Wildlife Service, 5.2-6

Carbon Capture and Sequestration, 4-5

carbon dioxide, 2-15, 2-17, 3-2, 5.4-24, 5.16-5, 5.16-16, 5.16-17, 5.16-22, 5.16-24, 5.16-25, 5.16-27, 5.16-28, 5.16-29, 5.16-30, 5.16-32, 5.16-33, 5.16-34, 5.16-35, 5.16-39, 5.23-60, 6-16

cathodic protection, 2-50, 2-54, 2-58, 2-60, 5.19-8, 5.23-9

Census Area, 5.3-35, 5.5-5, 5.12-1, 5.12-3, 5.12-4, 5.12-5, 5.12-6, 5.12-15, 5.12-17, 5.12-18, 5.12-21, 5.12-22, 5.12-25, 5.12-31, 5.12-45, 5.12-48, 5.15-5, 5.15-48, 5.15-50, 5.15-51, 5.15-52, 5.15-53, 5.15-59, 5.15-62, 5.15-142

Census Tract, 5.12-18, 5.12-19, 5.12-21, 5.12-22, 5.12-25, 5.12-48, 5.12-50, 5.13-45

Census-Designated Place, 5.9-8, 5.11-6

Central Gas Facility, ES-3, 2-1, 3-1, 3-2, 3-3, 3-4, 4-7, 5.5-37

centrifugal compressors, 2-16, 5.15-8, 5.17-11

Chugach Electric Association, 4-3

clay, 2-40, 5.1-6, 5.1-7, 5.1-14, 5.2-3, 5.2-8, 5.2-66

Clean Air Act, 1-9, 1-28, 1-30, 5.15-104, 5.15-152, 5.15-153, 5.15-185, 5.16-7, 5.16-8, 5.16-10, 5.16-11, 5.16-12, 5.16-16, 5.16-17, 5.16-18, 5.16-33, 5.16-36, 5.23-65, 5.23-69, 5.23-70

Clean Air Act Amendments, 5.16-10, 5.16-13, 5.16-14

Clean Water Act, 1-1, 1-6, 1-7, 1-9, 1-27, 1-28, 1-30, 1-31, 4-24, 5.2-15, 5.2-16, 5.2-17, 5.2-22, 5.2-27, 5.2-40, 5.2-54, 5.4-1, 5.4-35, 5.18-2, 5.18-3, 5.18-4, 5.23-19, 5.23-20, 5.23-65, 5.23-69, 5.23-70, 5.23-83

cleanup, ES-23, 2-19, 2-35, 2-43, 2-50, 5.2-11, 5.3-23, 5.4-25, 5.15-84, 5.15-86, 5.19-13, 5.21-3, 5.22-3

clearing, ES-13, ES-14, ES-19, 2-31, 2-36, 2-48, 2-50, 2-54, 2-57, 5.2-63, 5.3-22, 5.3-25, 5.3-29, 5.4-17, 5.4-21, 5.5-1, 5.5-27, 5.5-29, 5.5-37, 5.5-48, 5.6-34, 5.9-53, 5.11-12, 5.11-14, 5.11-32, 5.12-39, 5.15-2, 5.15-85, 5.16-21, 5.21-4, 5.21-5, 5.23-16, 5.23-26, 5.23-32, 5.23-33, 5.23-48, 6-5, 6-6, 6-11, 6-30, 6-35, 6-46, 6-47, 6-48, 6-49, 6-50, 6-51

climate, ES-22, ES-26, 5.1-1, 5.1-13, 5.3-1, 5.3-2, 5.3-3, 5.3-4, 5.3-5, 5.4-24, 5.4-25, 5.4-34, 5.8-5, 5.8-6, 5.8-7, 5.8-11, 5.8-13, 5.8-15, 5.8-17, 5.8-18, 5.8-28, 5.8-33, 5.10-19, 5.13-4, 5.13-5, 5.13-12, 5.13-20, 5.15-7, 5.15-11, 5.15-139, 5.15-177, 5.16-1, 5.16-4, 5.16-5, 5.16-16, 5.16-17, 5.16-38, 5.23-49

climate change, ES-22, ES-26, 5.1-13, 5.2-83, 5.4-24, 5.4-25, 5.4-34, 5.4-35, 5.6-38, 5.8-6, 5.8-7, 5.8-11, 5.8-13, 5.8-15, 5.8-17, 5.8-18, 5.8-28, 5.15-7, 5.15-11, 5.15-182, 5.16-1,

5.16-4, 5.16-5, 5.16-16, 5.16-17, 5.16-38, 5.16-39

Coal to Liquids, ES-24, 4-5

Code of Federal Regulations, ES-22, 1-6, 1-8, 1-9, 1-10, 1-11, 1-25, 1-27, 1-29, 1-32, 2-18, 2-28, 2-33, 2-35, 2-58, 2-59, 4-25, 4-26, 5.4-1, 5.8-35, 5.9-1, 5.9-22, 5.9-40, 5.10-1, 5.10-2, 5.13-1, 5.13-2, 5.13-27, 5.15-88, 5.15-105, 5.15-126, 5.15-134, 5.16-11, 5.16-12, 5.16-13, 5.16-14, 5.16-15, 5.16-16, 5.16-18, 5.16-21, 5.16-22, 5.16-24, 5.16-26, 5.16-27, 5.16-28, 5.16-30, 5.16-32, 5.16-33, 5.16-34, 5.16-35, 5.18-1, 5.18-2, 5.18-11, 5.19-2, 5.19-6, 5.19-7, 5.19-12, 5.19-13, 5.23-8, 5.23-19, 5.23-34, 5.23-61, 5.23-62, 5.23-65, 5.23-66, 5.23-67, 5.23-68, 5.23-69, 5.23-70, 5.23-71, 5.23-72, 5.23-73, 5.23-79, 5.23-82, 5.23-83, 6-18

colluvium, 5.1-8, 5.1-9, 5.3-4

commercial construction, ES-3, ES-13, ES-19, ES-24, 1-4, 1-5, 2-59, 4-3, 4-19, 5.1-24, 5.2-4, 5.2-8, 5.2-11, 5.2-80, 5.6-6, 5.6-7, 5.6-10, 5.6-12, 5.6-13, 5.6-14, 5.7-15, 5.7-16, 5.7-19, 5.8-6, 5.8-7, 5.8-9, 5.8-10, 5.8-11, 5.8-18, 5.8-21, 5.8-24, 5.8-28, 5.9-12, 5.9-13, 5.9-32, 5.9-34, 5.9-41, 5.9-43, 5.9-43, 5.9-50, 5.9-53, 5.9-55, 5.9-56, 5.10-19, 5.10-22, 5.10-37, 5.11-7, 5.11-8, 5.11-13, 5.11-14, 5.11-15, 5.12-18, 5.12-31, 5.12-38, 5.13-6, 5.13-7, 5.13-8, 5.15-97, 5.15-98, 5.15-139, 5.15-140, 5.15-149, 5.15-151, 5.16-5, 5.16-13, 5.16-14, 5.18-3, 5.18-5, 5.18-6, 5.18-8, 5.21-2, 5.22-3, 5.23-84, 6-10

Community Information Summaries, 5.15-15, 5.15-159

compensatory mitigation, 5.2-16, 19, 20, 5.23-21

Compliance Assurance Monitoring, 5.16-8, 5.16-15, 5.16-16

Comprehensive Conservation Plan, 5.9-34, 5.9-61, 5.10-5

Comprehensive Environmental Response Compensation and Liability Act, 5.2-11, 5.16-36

Comprehensive Waste Management Plan, 2-26, 5.2-73, 5.2-79, 5.15-88, 5.15-105, 5.15-125, 5.15-129

compressor station, ES-7, ES-11, ES-20, ES-22, 1-3, 2-1, 2-2, 2-14, 2-15, 2-16, 2-17, 2-18, 2-19, 2-22, 2-48, 2-50, 2-54, 2-58, 2-59, 2-61, 4-8, 4-11, 4-21, 5.1-19, 5.2-63, 5.2-72, 5.2-73, 5.2-74, 5.2-75, 5.3-28, 5.4-25, 5.4-26, 5.4-29, 5.5-39, 5.9-20, 5.10-32, 5.10-33, 5.11-12, 5.11-23, 5.11-25, 5.11-26, 5.11-27, 5.12-34, 5.12-35, 5.12-36, 5.12-37, 5.13-35, 5.15-7, 5.15-8, 5.15-107, 5.15-129, 5.15-138, 5.16-9, 5.16-12, 5.16-14, 5.16-24, 5.16-25, 5.16-27,

5.16-28, 5.16-32, 5.17-10, 5.17-11, 5.22-2, 5.22-3, 5.23-8, 5.23-14, 5.23-22, 5.23-48, 5.23-61, 5.23-63, 5.23-66, 6-1, 6-11, 6-12, 6-16, 6-17, 6-19, 6-40

conclusion, 5.15-121, 5.15-131, 5.15-138, 5.15-154, 5.16-4

conclusions, ES-1, 4-6, 4-23, 5.8-3, 5.15-10, 5.15-106, 5.15-109, 5.15-131, 5.21-6, 6-1

Conditions imposed by PHMSA, 5.9-10

connected actions, ES-1, ES-3, ES-23, ES-24, ES-25, 3-1, 3-2, 5.20-1, 6-1

Conservation System Unit, 1-10, 1-25, 5.9-3, 5.9-5, 5.9-40, 5.9-41

construction
    schedule, 5.5-30, 5.6-20, 5.15-158, 5.16-21, 5.16-23, 5.16-35, 5.16-36, 5.23-22, 5.23-26, 5.23-36, 5.23-46, 5.23-52, 5.23-53, 5.23-57, 5.23-59, 5.23-64
    workforce, ES-19, ES-20, ES-21, 5.10-29, 5.10-32, 5.10-34, 5.10-35, 5.12-46, 5.15-1, 5.15-5, 5.15-7, 5.15-80, 5.15-85, 5.15-101, 5.15-102, 5.15-112, 5.15-113, 5.15-114, 5.15-168, 5.15-182, 54, 6-14, 6-40, 6-41

construction camps, 1-3, 2-19, 2-24, 2-26, 2-54, 2-57, 5.2-75, 5.2-76, 5.4-25, 5.5-40, 5.9-14, 5.10-35, 5.10-36, 5.11-30, 5.12-39, 5.13-3, 5.13-39, 5.15-3, 5.15-7, 5.15-87, 5.15-101, 5.15-108, 5.15-111, 5.15-125, 5.16-9, 5.16-12, 5.16-14, 5.16-24, 5.16-25, 5.16-33, 6-37, 6-38, 6-41

construction impacts, ES-8, 4-11, 5.2-63, 5.2-68, 5.2-69, 5.2-79, 5.2-80, 5.8-8, 5.15-82, 5.15-83, 5.15-106, 5.15-124, 5.15-130, 5.15-131, 5.15-132, 5.21-3, 6-37, 6-40, 6-41, 6-48

Construction Phase, 5.7-14, 5.11-18, 5.11-19, 5.11-33

contingency plans, 2-42, 5.2-11, 5.23-34, 5.23-35

contractor yards, 2-15

Cook Inlet Natural Gas Liquid Extraction Plant, 2-1, 5.9-38, 5.15-15, 5.18-11

Cooperating Agencies, ES-1, 1-1, 1-7, 1-8, 1-12, 1-23, 1-25, 4-25, 5.13-2

corrosion, 2-28, 2-34, 2-50, 2-54, 2-58, 2-59, 2-60, 5.2-20, 5.15-135, 5.19-2, 5.19-8, 5.23-9, 6-28

Council on Environmental Quality, 1-6, 1-9, 1-10, 1-26, 4-1, 4-28, 5.12-3, 5.12-18, 5.12-21, 5.12-52, 5.22-1, 1, 89

critical habitat, ES-18, 1-29, 1-30, 3-5, 5.4-3, 5.8-1, 5.8-2, 5.8-4, 5.8-5, 5.8-6, 5.8-7, 5.8-8, 5.8-9, 5.8-11, 5.8-12, 5.8-13, 5.8-15, 5.8-16, 5.8-17, 5.8-19, 5.8-20, 5.8-21, 5.8-24, 5.23-75, 6-9

crossings
    pipeline, 5.9-42, 5.18-2, 5.23-6

railroad, ES-23, 2-22, 2-33, 2-60, 5.4-11, 5.9-51, 5.9-56, 5.11-8, 5.11-23, 5.19-3, 5.19-12, 6-10

river, ES-23, 4-11, 4-19, 5.2-80, 5.6-25, 5.18-9, 5.19-12, 5.23-4, 5.23-8

road, ES-23, 2-22, 5.4-11, 5.6-19, 5.9-51, 5.19-12

stream, ES-16, ES-17, ES-22, 3-4, 4-20, 4-21, 5.2-61, 5.2-63, 5.2-65, 5.2-66, 5.2-67, 5.2-69, 5.2-73, 5.2-80, 5.6-3, 5.6-9, 5.6-10, 5.6-13, 5.6-19, 5.6-21, 5.6-26, 5.6-27, 5.6-29, 5.6-30, 5.6-31, 5.6-32, 5.12-48, 5.13-28, 5.15-131, 5.18-6, 5.18-9, 5.18-10, 5.18-11, 5.23-5, 5.23-24, 5.23-36, 5.23-37, 5.23-39, 5.23-40, 5.23-41, 5.23-64, 6-5, 6-8, 6-18, 6-23, 6-38, 6-41, 6-44, 6-45

utility, ES-18, 5.9-39, 5.9-51, 5.23-41, 6-10

waterbody, 2-22, 2-40, 5.2-63, 5.2-71, 5.2-72, 5.2-74, 5.2-76, 5.4-11, 5.6-24, 5.11-21, 5.11-23, 5.23-38

wetland, 2-22, 5.4-11, 5.4-31

Crude Oil, ES-5.12-55, 5.15-184

cumulative effects, ES-1, ES-23, ES-24, ES-25, ES-26, 5.15-7, 5.15-11, 5.15-82, 5.15-83, 5.15-101, 5.15-109, 5.15-124, 5.15-129, 5.15-132, 5.15-136, 5.15-138, 5.15-154, 5.15-155, 5.20-1, 5.20-2, 5.20-3, 5.20-4, 5.20-5, 5.20-6, 5.20-7, 5.20-10, 5.20-18, 5.20-21, 5.20-25, 5.20-26, 5.20-28, 5.20-34, 5.20-35, 5.20-36, 5.20-37, 5.20-38, 5.20-39, 5.20-40, 5.20-41, 5.20-42, 5.20-44, 5.20-49, 5.20-50, 5.20-51, 5.20-52, 5.20-53, 5.20-54, 5.23-41, 6-2, 6-21, 6-42

cumulative impacts, ES-11, 1-18, 4-8, 5-1, 5.9-28, 5.15-154, 5.15-158, 6-1

## D

decibel, ES-22, 3-6, 5.7-15, 5.15-8, 5.17-1, 5.17-2, 5.17-3, 5.17-4, 5.17-7, 5.17-8, 5.17-9, 5.17-10, 5.17-11, 5.17-12, 5.17-13, 5.17-14, 5.17-15, 5.23-63, 6-17

decommissioning, 5.15-150

degree day, 5.15-142

Demand-Side Management and Energy Efficiency, 4-6

Denali - The Alaska Gas Pipeline, LLC, ES-8, ES-11, ES-12, ES-18, ES-19, ES-20, 1-10, 1-17, 1-20, 1-21, 1-25, 1-34, 2-2, 4-17, 4-18, 4-19, 4-20, 4-23, 4-24, 4-25, 4-28, 5.1-3, 5.1-10, 5.1-16, 5.1-24, 5.2-1, 5.2-4, 5.2-8, 5.2-36, 5.2-38, 5.2-45, 5.2-48, 5.2-70, 5.2-80, 5.2-82, 5.3-1, 5.3-2, 5.3-6, 5.3-7, 5.3-14, 5.3-15, 5.3-20, 5.3-24, 5.3-25, 5.3-27, 5.3-28, 5.3-32, 5.3-33, 5.3-35, 5.3-36, 5.4-1, 5.4-2, 5.4-4, 5.4-11,

5.4-12, 5.4-14, 5.4-15, 5.4-22, 5.4-23, 5.4-33,
1, 5.5-1, 5.5-15, 5.5-33, 5.5-36, 5.5-40, 5.6-1,
5.6-3, 5.6-32, 5.6-33, 5.7-21, 5.8-1, 5.8-3,
5.8-4, 5.9-1, 5.9-2, 5.9-3, 5.9-5, 5.9-6, 5.9-9,
5.9-11, 5.9-13, 5.9-15, 5.9-16, 5.9-17, 5.9-18,
5.9-19, 5.9-20, 5.9-21, 5.9-23, 5.9-24, 5.9-25,
5.9-26, 5.9-27, 5.9-28, 5.9-29, 5.9-33, 5.9-34,
5.9-36, 5.9-38, 5.9-39, 5.9-40, 5.9-44, 5.9-48,
5.9-49, 5.9-51, 5.9-54, 5.9-56, 5.9-57, 5.9-58,
5.9-59, 5.9-60, 5.10-2, 5.10-5, 5.10-6, 5.10-8,
5.10-11, 5.10-19, 5.10-21, 5.10-22, 5.10-28,
5.10-30, 5.10-31, 5.10-34, 5.10-35, 5.10-36,
5.10-37, 5.10-38, 5.10-39, 5.11-3, 5.11-4,
5.11-6, 5.11-9, 5.11-10, 5.11-14, 5.11-15,
5.11-16, 5.11-20, 5.11-25, 5.11-28, 5.11-30,
5.11-31, 5.11-32, 5.11-33, 5.11-34, 5.11-35,
5.12-1, 5.12-4, 5.12-5, 5.12-6, 5.12-7, 5.12-8,
5.12-9, 5.12-10, 5.12-11, 5.12-12, 5.12-13,
5.12-16, 5.12-17, 5.12-19, 5.12-20, 5.12-21,
5.12-23, 5.12-25, 5.12-27, 5.12-28, 5.12-30,
5.12-40, 5.12-42, 5.12-45, 5.12-46, 5.12-47,
5.12-49, 5.12-50, 5.12-51, 5.12-56, 5.13-12,
5.13-15, 5.13-16, 5.13-25, 5.13-30, 5.13-40,
5.13-41, 5.15-1, 5.15-4, 5.15-14, 5.15-20,
5.15-21, 5.15-22, 5.15-30, 5.15-34, 5.15-35,
5.15-48, 5.15-58, 5.15-59, 5.15-62, 5.15-65,
5.15-69, 5.15-73, 5.15-74, 5.15-76, 5.15-156,
5.15-158, 5.16-8, 5.16-9, 5.16-10, 5.16-11,
5.16-18, 5.16-23, 5.16-34, 5.16-35, 5.17-4,
5.17-6, 5.17-15, 5.17-16, 5.18-6, 5.18-11,
5.19-3, 5.19-6, 5.21-1, 5.22-1, 5.22-4, 5.22-5,
5.23-88, 6-1, 6-2, 6-3, 6-5, 6-6, 6-10, 6-11, 6-
12, 6-13, 6-14, 6-17, 6-19, 6-21, 6-22, 6-23,
6-25, 6-37, 6-38, 6-39, 6-41, 6-42, 6-44, 6-45
Denali Borough, 1-34, 5.9-9, 5.9-10, 5.9-29, 5.9-
38, 5.9-56, 5.9-59
Department of Labor & Workforce Development,
5.12-5, 5.12-6, 5.12-7, 5.12-10, 5.12-12, 5.12-
16, 5.12-29, 5.12-51, 5.12-52, 5.12-53, 5.12-
56, 5.15-32, 5.15-33, 5.15-164, 5.15-171
direct impacts, ES-26, 2-40, 5.4-28, 5.6-23, 5.6-
24, 5.6-30
discharge, ES-13, 1-6, 1-7, 1-9, 1-27, 1-28, 2-
35, 2-57, 4-26, 5.1-4, 5.1-6, 5.1-10, 5.1-17,
5.2-3, 5.2-15, 5.2-16, 5.2-33, 5.2-63, 5.2-76,
5.2-79, 5.4-1, 5.4-3, 5.6-19, 5.6-25, 5.6-26,
5.15-60, 5.18-2, 5.18-3, 5.18-8, 5.23-6, 5.23-
7, 5.23-11, 5.23-17, 5.23-19, 5.23-42, 5.23-
65, 5.23-83, 5.23-84, 5.23-87, 6-28, 6-29
Distant Early Warning, 5.13-7
Division of Homeland Security & Emergency
Management, 1-33
dust, ES-15, ES-19, 2-56, 5.2-76, 5.3-23, 5.3-29,
5.3-31, 5.3-33, 5.4-17, 5.4-19, 5.4-28, 5.4-29,
5.4-30, 5.5-35, 5.6-32, 5.9-55, 5.10-30, 5.11-
26, 5.11-28, 5.11-29, 5.11-31, 5.12-36, 5.12-

48, 5.15-56, 5.15-103, 5.15-104, 5.16-21,
5.16-22, 5.16-23, 5.16-24, 5.16-35, 5.21-2,
5.21-3, 5.21-5, 5.22-3, 5.23-12, 5.23-16, 5.23-
17, 5.23-23, 5.23-32, 5.23-43, 5.23-61, 6-10,
6-19, 6-30, 6-31, 6-32, 6-33, 6-35, 6-40

## E

easement, ES-14, ES-19, 2-19, 2-24, 2-31, 2-54,
4-14, 5.3-20, 5.3-25, 5.4-13, 5.4-14, 5.4-15,
5.4-25, 5.5-36, 5.9-11, 5.9-18, 5.9-22, 5.9-24,
5.9-25, 5.9-27, 5.9-43, 5.9-50, 5.9-50, 5.9-52,
5.9-54, 5.9-56, 5.9-58, 5.10-2, 5.10-3, 5.10-
29, 5.12-28, 5.12-33, 5.18-5
echolocation, 5.7-11, 5.7-16
ecology, 5.3-36, 5.7-9, 5.8-37
Emergency Response Plan, 5.15-134
Endangered Species Act, ES-15, ES-17, ES-18,
1-29, 1-30, 3-4, 5.3-14, 5.3-32, 5.5-1, 5.5-24,
5.5-26, 5.6-19, 5.7-1, 5.7-7, 5.7-12, 5.8-1,
5.8-2, 5.8-1, 5.8-2, 5.8-3, 5.8-4, 5.8-7, 5.8-11,
5.8-19, 5.8-31, 5.8-36, 5.21-4, 5.23-65, 5.23-
66, 5.23-67, 5.23-68, 5.23-69, 5.23-70, 5.23-
71, 5.23-73, 6-9
Energy Information Administration, 5.12-43,
5.12-55, 5.15-124, 5.15-147, 5.15-171, 5.15-
184, 5.16-5
ENSTAR Natural Gas Company, ES-3, ES-24,
2-1, 2-15, 2-17, 2-18, 4-2, 4-11, 4-17, 4-19, 4-
28, 5.2-80, 5.2-82, 5.15-151, 5.15-172
entrainment, 2-40, 5.6-19, 5.6-39, 6-32
environment, ES-6, ES-17, ES-18, ES-23, 1-7,
1-26, 1-27, 1-28, 1-29, 1-31, 2-18, 2-39, 4-1,
5-1, 5.1-23, 5.2-11, 5.2-16, 5.4-30, 5.5-6, 5.6-
2, 5.6-24, 5.6-30, 5.6-33, 5.7-1, 5.7-14, 5.7-
16, 5.7-21, 5.8-3, 5.8-4, 5.8-15, 5.8-25, 5.9-
40, 5.9-47, 5.10-1, 5.10-30, 5.11-1, 5.11-3,
5.11-8, 5.11-14, 5.11-26, 5.11-28, 5.11-29,
5.11-30, 5.11-31, 5.11-32, 5.12-18, 5.13-1,
5.13-4, 5.13-8, 5.13-11, 5.13-14, 5.13-16,
5.13-21, 5.13-22, 5.13-30, 5.13-32, 5.13-33,
5.13-40, 5.15-25, 5.15-72, 5.15-80, 5.15-84,
5.15-87, 5.15-126, 5.15-138, 5.15-179, 5.17-
1, 5.18-8, 5.19-1, 5.21-1, 5.22-1, 5.23-1, 5.23-
39, 5.23-44, 5.23-69, 6-4, 6-21
Environmental Impact Assessment, 5.15-124,
5.15-147, 5.15-171, 5.15-172, 5.15-174, 5.15-
186, 5.16-5
Environmental Impact Statement, ES-1, ES-2,
ES-5, ES-6, 1-1, 1-6, 1-7, 1-8, 1-9, 1-10, 1-11,
1-12, 1-13, 1-14, 1-15, 1-16, 1-17, 1-18, 1-20,
1-21, 1-22, 1-23, 1-24, 1-25, 1-26, 1-28, 2-1,
2-28, 2-61, 3-2, 4-1, 4-2, 4-21, 4-25, 4-26, 4-
28, 5.1-24, 5.2-83, 5.3-36, 5.6-39, 5.8-35, 5.9-
32, 5.9-40, 5.9-60, 5.9-61, 5.10-1, 5.10-20,

5.10-38, 5.10-39, 5.11-2, 5.11-3, 5.11-35, 5.11-36, 5.12-48, 5.12-49, 5.12-53, 5.13-1, 5.13-50, 5.15-1, 5.15-3, 5.15-4, 5.15-5, 5.15-6, 5.15-7, 5.15-9, 5.15-102, 5.15-113, 5.15-116, 5.15-117, 5.15-121, 5.15-138, 5.15-154, 5.15-154, 5.15-157, 5.15-158, 5.15-166, 5.15-178, 5.15-183, 5.15-185, 5.19-8, 5.23-4, 6-1, 6-21, 6-23

environmental justice, ES-20, 1-18, 1-26, 5.12-1, 5.12-3, 5.12-18, 5.12-25, 5.12-26, 5.12-48, 5.12-49, 5.12-52, 5.15-7, 5.23-65, 5.23-66, 5.23-68, 5.23-69, 5.23-70, 5.23-72, 6-12, 6-13, 6-39, 6-41

Environmental Protection Agency, ES-1, 1-1, 1-7, 1-8, 1-9, 1-10, 1-23, 1-26, 1-27, 1-28, 1-29, 1-31, 2-19, 2-57, 4-1, 4-15, 4-17, 5.2-1, 5.2-5, 5.2-7, 5.2-9, 5.2-13, 5.2-14, 5.2-15, 5.2-17, 5.2-22, 5.2-26, 5.2-31, 5.2-38, 5.2-46, 5.2-51, 5.2-54, 5.2-58, 5.2-82, 5.2-83, 5.4-1, 5.4-29, 5.4-34, 5.4-35, 5.8-1, 5.12-18, 5.12-53, 5.12-56, 5.15-1, 5.15-7, 5.15-103, 5.15-104, 5.15-107, 5.15-116, 5.15-139, 5.15-144, 5.15-147, 5.15-148, 5.15-150, 5.15-152, 5.15-153, 5.15-171, 5.15-172, 5.15-179, 5.15-184, 5.15-185, 5.16-1, 5.16-5, 5.16-6, 5.16-7, 5.16-8, 5.16-9, 5.16-10, 5.16-12, 5.16-14, 5.16-15, 5.16-16, 5.16-17, 5.16-18, 5.16-22, 5.16-24, 5.16-27, 5.16-28, 5.16-30, 5.16-32, 5.16-34, 5.16-35, 5.16-38, 5.16-39, 5.17-1, 5.17-2, 5.17-4, 5.17-16, 5.17-17, 5.18-2, 5.18-3, 5.18-12, 5.18-13, 5.21-1, 5.22-1, 5.23-7, 5.23-17, 5.23-20, 5.23-34, 5.23-61, 5.23-62, 5.23-89

Environmental Systems Research Institute, 5.8-38, 5.10-10, 5.17-4, 5.17-5, 5.17-6, 5.17-16

environmentally sensitive area, 2-33, 4-24, 5.6-24

eolian, 5.1-4, 5.1-7, 5.1-8, 5.1-9, 5.3-2, 5.3-5

ephemeral stream, 5.6-21

epidemic, 5.13-22

erosion, ES-14, ES-17, ES-21, ES-25, 2-28, 2-33, 2-34, 2-35, 2-39, 2-43, 2-59, 5.1-5, 5.1-18, 5.1-20, 5.1-22, 5.1-23, 5.1-24, 5.2-11, 5.2-33, 5.2-63, 5.2-65, 5.2-66, 5.2-67, 5.2-68, 5.2-71, 5.2-72, 5.2-73, 5.2-74, 5.2-75, 5.2-76, 5.2-77, 5.2-80, 5.3-19, 5.3-23, 5.3-24, 5.3-25, 5.3-37, 5.4-2, 5.4-16, 5.4-17, 5.4-20, 5.4-29, 5.5-27, 5.5-35, 5.6-21, 5.6-23, 5.6-26, 5.6-28, 5.6-29, 5.6-33, 5.6-34, 5.11-7, 5.12-40, 5.13-28, 5.13-38, 5.15-130, 5.21-3, 5.21-5, 5.23-2, 5.23-4, 5.23-5, 5.23-6, 5.23-7, 5.23-10, 5.23-11, 5.23-12, 5.23-13, 5.23-14, 5.23-15, 5.23-16, 5.23-17, 5.23-18, 5.23-22, 5.23-23, 5.23-33, 5.23-35, 5.23-37, 5.23-40, 5.23-41, 5.23-49, 5.23-52, 5.23-61, 6-3, 6-4, 6-5, 6-13, 6-26, 6-27, 6-30, 6-31, 6-33, 6-44, 6-46, 6-48, 6-50

Erosion Sediment Control Plan, 2-33, 2-39, 5.3-19

Essential Fish Habitat, 5.6-2, 5.6-9, 5.6-20, 5.6-38, 5.23-36

ethnographic, 5.13-4, 5.13-7, 5.13-24

evapotranspiration, 5.4-3

Evolutional Significant Units, 5.6-20

Executive Order, 1-10, 1-25, 1-26, 5.2-11, 5.2-14, 5.3-14, 5.12-3, 5.12-18, 5.12-48, 5.13-2, 5.23-65, 5.23-66, 5.23-68, 5.23-69, 5.23-70, 5.23-72

## F

Fairbanks Lateral, ES-8, ES-20, 2-1, 2-2, 2-14, 2-15, 2-16, 2-17, 2-18, 2-20, 2-22, 2-28, 2-55, 3-1, 4-8, 4-13, 4-14, 5.1-3, 5.2-1, 5.2-35, 5.2-69, 5.2-70, 5.2-71, 5.2-72, 5.2-73, 5.2-74, 5.2-75, 5.2-76, 5.3-1, 5.3-2, 5.3-6, 5.3-20, 5.3-25, 5.3-27, 5.3-29, 5.3-30, 5.3-31, 5.4-1, 5.4-4, 5.4-11, 5.4-12, 5.4-13, 5.4-14, 5.4-15, 5.4-21, 5.4-22, 5.4-23, 5.4-26, 5.4-27, 5.5-1, 5.5-3, 5.5-24, 5.5-33, 5.5-36, 5.5-37, 5.5-39, 5.5-40, 5.6-1, 5.6-3, 5.6-27, 5.6-28, 5.6-29, 5.8-1, 5.8-3, 5.8-4, 5.9-9, 5.9-13, 5.9-14, 5.9-15, 5.9-17, 5.9-18, 5.9-19, 5.9-20, 5.9-21, 5.9-22, 5.9-23, 5.9-24, 5.9-25, 5.9-26, 5.9-27, 5.9-29, 5.9-37, 5.9-41, 5.9-44, 5.9-48, 5.9-54, 5.9-55, 5.10-8, 5.10-11, 5.10-26, 5.10-31, 5.11-6, 5.11-8, 5.11-22, 5.11-23, 5.11-25, 5.11-28, 5.11-29, 5.12-31, 5.12-32, 5.12-33, 5.12-37, 5.12-41, 5.12-42, 5.13-3, 5.13-30, 5.13-33, 5.13-34, 5.15-2, 5.15-88, 5.15-103, 5.15-142, 5.16-7, 5.16-8, 5.16-16, 5.16-23, 5.16-24, 5.16-36, 5.17-4, 5.17-9, 5.17-10, 5.17-12, 5.18-6, 5.18-10, 5.19-4, 5.21-4, 5.21-5, 5.22-3, 5.22-5, 6-1, 6-27, 6-29, 6-38, 6-41, 6-42, 6-43

Fairbanks Natural Gas, 1-5, 1-35, 5.15-139, 5.15-140, 5.15-151, 5.15-152, 5.15-172, 5.15-173

Fairbanks North Star Borough, 1-25, 1-33, 2-1, 5.2-17, 5.6-1, 5.9-9, 5.9-12, 5.9-29, 5.9-37, 5.9-48, 5.9-59, 5.12-1, 5.12-4, 5.12-5, 5.12-7, 5.12-8, 5.12-10, 5.12-12, 5.12-13, 5.12-15, 5.12-16, 5.12-17, 5.12-19, 5.12-22, 5.12-25, 5.12-31, 5.12-32, 5.12-33, 5.12-39, 5.12-42, 5.12-47, 5.12-48, 5.15-19, 5.15-20, 5.15-139, 5.15-145, 5.15-146, 5.15-147, 5.15-149, 5.15-150, 5.15-174, 5.15-177, 5.16-7, 5.16-8, 5.16-16, 5.16-23, 5.16-36, 5.16-37, 6-27, 6-29, 6-42, 6-43

Farmland Protection Policy Act, 5.9-55

fault crossings, 2-20, 5.2-63, 5.23-4, 5.23-5

fauna, 5.4-25, 5.8-21, 5.13-4, 5.13-5

Federal Emergency Management Agency, 5.2-4, 5.2-11, 5.2-12, 5.2-13, 5.2-16, 5.2-33, 5.2-48, 5.2-60, 5.2-71, 5.2-72, 5.2-73, 5.2-74, 5.2-82

Federal Energy Regulatory Commission, 4-4, 4-9, 4-10

Federal Highway Administration, 5.11-3, 5.11-35, 5.15-68, 5.15-184, 5.17-16

Federal Land Policy and Management Act, 1-8, 1-27, 5.9-1, 5.9-2, 5.9-22, 5.9-30, 5.9-32, 5.10-1, 5.11-1, 5.23-66, 5.23-68, 5.23-69

Federal Railway Administration, 5.15-91, 5.15-92

Federal Register, ES-5, 1-15, 1-20, 1-34, 4-25, 5.6-24, 5.8-5, 5.8-6, 5.8-7, 5.8-8, 5.8-9, 5.8-11, 5.8-12, 5.8-16, 5.8-17, 5.8-19, 5.8-20, 5.8-21, 5.8-24, 5.8-25, 5.8-28, 5.8-35, 5.8-36, 5.13-2, 5.15-113, 5.15-127, 5.15-135, 5.15-172, 5.15-173, 5.23-1, 5.23-89

Federal Transit Administration, 5.15-8, 5.17-3, 5.17-4, 5.17-8, 5.17-9, 5.17-11, 5.17-12, 5.17-13, 5.17-14, 5.17-15, 5.17-16

Fish and Wildlife Coordination Act, 1-29, 1-31, 5.8-1, 5.23-65, 5.23-70

fisheries, ES-26, 1-12, 1-17, 1-25, 1-29, 1-30, 1-31, 5.4-3, 5.5-48, 5.6-7, 5.6-10, 5.6-12, 5.6-13, 5.6-14, 5.6-23, 5.6-26, 5.6-36, 5.6-37, 5.6-38, 5.6-39, 5.6-40, 5.7-7, 5.7-22, 5.7-23, 5.8-18, 5.8-21, 5.8-33, 5.8-34, 5.8-35, 5.8-36, 5.8-38, 5.10-5, 5.10-29, 5.13-49, 5.21-5, 5.23-78, 6-32

floodplains, ES-13, ES-14, 1-26, 5.1-7, 5.1-8, 5.1-10, 5.2-1, 5.2-3, 5.2-11, 5.2-12, 5.2-14, 5.2-16, 5.2-33, 5.2-48, 5.2-60, 5.2-61, 5.2-75, 5.2-77, 5.3-2, 5.3-3, 5.3-4, 5.3-5, 5.4-3, 5.6-38, 5.21-3, 6-5

flora, 5.3-32, 5.3-35, 5.5-27, 5.8-21, 5.15-108

flume, 2-36, 2-39, 2-40, 5.2-65, 5.6-23, 5.23-13, 5.23-37

fluvial systems, 5.2-79, 5.6-26

forests, ES-15, ES-19, 1-31, 4-17, 5.1-1, 5.1-13, 5.2-66, 5.3-3, 5.3-4, 5.3-5, 5.3-6, 5.3-7, 5.3-17, 5.3-20, 5.3-22, 5.3-25, 5.3-26, 5.3-27, 5.3-28, 5.3-29, 5.3-30, 5.3-31, 5.3-33, 5.3-34, 5.3-35, 5.3-36, 5.4-2, 5.4-10, 5.4-14, 5.4-16, 5.4-21, 5.4-22, 5.4-28, 5.4-32, 5.5-3, 5.5-5, 5.5-6, 5.5-7, 5.5-8, 5.5-10, 5.5-11, 5.5-12, 5.5-13, 5.5-16, 5.5-17, 5.5-18, 5.5-21, 5.5-22, 5.5-23, 5.5-24, 5.5-26, 5.5-28, 5.5-29, 5.5-34, 5.5-36, 5.5-38, 5.5-39, 5.5-40, 5.9-6, 5.9-7, 5.9-16, 5.9-17, 5.9-18, 5.9-19, 5.9-20, 5.9-21, 5.9-24, 5.9-25, 5.9-26, 5.9-34, 5.9-41, 5.9-42, 5.9-53, 5.9-54, 5.9-55, 5.9-56, 5.9-58, 5.10-2, 5.10-3, 5.10-6, 5.10-12, 5.10-15, 5.10-21, 5.10-38, 5.11-4, 5.11-6, 5.11-8, 5.11-9, 5.11-14, 5.11-19, 5.11-22, 5.11-24, 5.11-25, 5.11-27, 5.11-28, 5.11-31, 5.11-33, 5.13-13, 5.13-45, 5.13-46, 5.13-50, 5.15-131, 5.15-134, 5.15-180, 5.16-5, 5.19-13, 5.21-2, 5.21-4, 5.23-77, 6-5, 6-7, 6-11, 6-12, 6-23, 6-37, 6-41

fossil, 21, 22, 5.1-18, 5.1-19, 5.1-20, 5.1-27, 5.15-83, 5.15-101, 5.15-124, 5.15-139, 5.15-152, 5.16-5, 5.16-16, 5.16-18, 5.16-23, 5.16-25, 5.16-27, 5.16-29, 5.16-30, 5.16-33, 5.16-34, 5.21-5, 5.22-1, 5.22-5, 5.23-60, 6-15, 6-16, 6-20, 6-27

fossil fuel resources, ES-21, ES-22, 5.15-83, 5.15-101, 5.15-124, 5.15-139, 5.15-152, 5.16-5, 5.16-16, 5.16-25, 5.16-27, 5.16-29, 5.16-30, 5.16-33, 5.22-1, 5.22-5, 6-15, 6-20

fragmentation, ES-15, ES-16, 5.3-22, 5.3-29, 5.3-33, 5.3-35, 5.3-36, 5.4-19, 5.4-20, 5.4-28, 5.4-30, 5.5-24, 5.5-25, 5.5-27, 5.5-29, 5.5-37, 5.5-39, 5.5-43, 5.5-47, 5.9-46, 5.21-4, 5.21-5, 23, 6-7, 6-30, 6-31, 6-32, 6-35

frost bulb, ES-12, 5.6-33

frost heave, ES-12, 5.1-14, 5.1-22, 5.1-23, 5.6-33, 5.19-12, 6-4, 6-26, 6-28, 6-29

fugitive dust, ES-15, 5.2-71, 5.3-31, 5.4-17, 5.4-25, 5.4-26, 5.15-10, 5.15-103, 5.15-104, 5.15-125, 5.15-129, 5.15-136, 5.16-18, 5.16-21, 5.16-22, 5.16-23, 5.16-24, 5.16-25, 5.16-27, 5.16-29, 5.16-30, 5.16-32, 5.16-33, 5.16-34, 5.16-35, 5.21-5, 5.23-16, 5.23-17, 5.23-22, 5.23-32, 5.23-60, 6-16, 6-27

future plans, 5.15-101

## G

Game Management Units, 5.5-2, 5.5-5, 5.5-14, 5.5-15, 5.5-16

Gas Conditioning Facility, ES-3, ES-11, ES-18, ES-20, ES-24, 1-3, 2-1, 2-2, 2-3, 2-4, 2-14, 2-15, 2-16, 2-17, 2-18, 2-22, 2-24, 2-48, 2-50, 2-55, 2-56, 2-59, 3-1, 3-2, 3-3, 3-4, 3-6, 4-7, 4-21, 5.1-3, 5.1-21, 5.2-24, 5.2-64, 5.2-67, 5.2-71, 5.2-73, 5.2-74, 5.3-2, 5.3-28, 5.3-30, 5.4-5, 5.4-25, 5.4-27, 5.4-29, 5.5-15, 5.5-37, 5.5-38, 5.6-3, 5.6-17, 5.6-19, 5.6-27, 5.6-28, 5.6-30, 5.7-19, 5.8-3, 5.8-5, 5.8-6, 5.8-11, 5.8-15, 5.8-16, 5.8-17, 5.8-23, 5.8-24, 5.8-27, 5.8-30, 5.9-1, 5.9-2, 5.9-3, 5.9-5, 5.9-7, 5.9-8, 5.9-9, 5.9-13, 5.9-14, 5.9-15, 5.9-17, 5.9-18, 5.9-19, 5.9-20, 5.9-21, 5.9-22, 5.9-23, 5.9-24, 5.9-25, 5.9-26, 5.9-27, 5.9-28, 5.9-29, 5.9-30, 5.9-33, 5.9-34, 5.9-37, 5.9-38, 5.9-40, 5.9-41, 5.9-42, 5.9-44, 5.9-45, 5.9-46, 5.9-48, 5.9-54, 5.9-55, 5.10-8, 5.10-11, 5.10-18, 5.10-26, 5.10-32, 5.11-7, 5.11-12, 5.11-13, 5.11-23, 5.11-24, 5.11-26, 5.12-33, 5.12-34, 5.12-37, 5.12-38, 5.12-41, 5.12-43, 5.12-44, 5.12-45, 5.12-46, 5.12-47, 5.13-3, 5.13-11, 5.13-30,

5.13-34, 5.13-38, 5.13-39, 5.15-97, 5.15-124, 5.15-129, 5.16-7, 5.16-25, 5.16-27, 5.17-5, 5.17-10, 5.17-11, 5.18-8, 5.18-10, 5.19-3, 5.19-4, 5.22-5, 5.23-35, 5.23-61, 6-8, 6-12, 6-16, 6-34, 6-35

General Management Plan, 5.9-60, 5.10-19, 5.11-35

geo-fabric, 2-43, 5.4-16, 5.4-17, 5.4-19, 5.4-20

Geographic Information System, 5.2-3, 5.2-72, 5.2-74, 5.3-20, 5.4-2, 5.13-41

geology, ES-11, ES-24, 2-48, 3-2, 5.1-1, 5.1-19, 5.1-23, 5.1-24, 5.1-25, 5.1-26, 5.1-27, 5.2-7, 5.2-23, 5.13-7, 5.13-49, 5.23-11, 5.23-13, 5.23-41, 6-3, 6-24, 6-26, 6-29, 6-46, 6-48, 6-50

geotechnical, 2-43, 4-14, 5.1-20, 5.1-21, 5.22-2

geotextile, 2-33

gill net, 5.6-11

glacial, 5.1-4, 5.1-6, 5.1-7, 5.1-9, 5.1-10, 5.1-11, 5.1-13, 5.1-17, 5.1-19, 5.2-23, 5.2-33, 5.3-2, 5.3-3, 5.3-5, 5.5-20, 5.5-21, 5.6-6, 5.6-7, 5.6-12, 5.13-4, 5.13-20, 5.13-31

Golden Valley Electric Association, 4-3, 4-5, 4-6, 4-28

grading, ES-13, ES-14, 2-31, 2-36, 2-48, 2-50, 2-54, 2-57, 5.1-4, 5.2-63, 5.3-19, 5.3-23, 5.4-13, 5.4-19, 5.5-27, 5.5-29, 5.5-37, 5.6-34, 5.11-13, 5.11-31, 5.15-2, 5.15-85, 5.16-21, 5.22-2, 5.22-3, 5.23-6, 5.23-11, 5.23-18, 5.23-22, 5.23-49, 6-3, 6-5, 6-30, 6-31, 6-33, 6-35, 6-46, 6-47, 6-48, 6-49, 6-50, 6-51

grasslands, 5.3-20, 5.3-21, 5.3-26, 5.3-29, 5.3-31, 5.5-5, 5.5-23, 5.5-26, 5.5-36, 5.8-20, 5.21-2

green house gas(es), ES-22, ES-26, 5.16-1, 5.16-5, 5.16-16, 5.16-17, 5.16-22, 5.16-24, 5.16-27, 5.16-28, 5.16-30, 5.16-32, 5.16-34, 5.16-35

Green House Gases, ES-22, ES-26, 5.16-1, 5.16-5, 5.16-16, 5.16-17, 5.16-22, 5.16-24, 5.16-27, 5.16-28, 5.16-30, 5.16-32, 5.16-34, 5.16-35

groundwater, ES-13, ES-14, ES-23, 2-19, 2-34, 5.2-1, 5.2-4, 5.2-5, 5.2-6, 5.2-7, 5.2-8, 5.2-9, 5.2-11, 5.2-14, 5.2-19, 5.2-20, 5.2-22, 5.2-24, 5.2-31, 5.2-33, 5.2-41, 5.2-45, 5.2-46, 5.2-47, 5.2-48, 5.2-55, 5.2-58, 5.2-59, 5.2-61, 5.2-66, 5.2-69, 5.2-71, 5.2-73, 5.2-74, 5.2-75, 5.2-76, 5.2-77, 5.2-78, 5.2-79, 5.2-81, 5.4-3, 5.4-4, 5.6-3, 5.6-35, 5.6-36, 5.15-11, 5.15-84, 5.15-85, 5.19-13, 5.21-3, 5.23-10, 5.23-77, 5.23-86, 5.23-87, 6-5, 6-26, 6-27, 6-29

## H

habitat, ES-8, ES-15, ES-16, ES-17, ES-18, ES-26, 1-17, 1-18, 1-26, 1-31, 2-33, 3-4, 3-5, 4-13, 5.2-11, 5.2-22, 5.2-63, 5.2-65, 5.2-66, 5.2-67, 5.2-71, 5.3-15, 5.3-22, 5.3-33, 5.3-35, 5.4-1, 5.4-2, 5.4-3, 5.4-17, 5.4-18, 5.4-25, 5.4-28, 5.4-30, 5.4-34, 5.5-1, 5.5-2, 5.5-3, 5.5-5, 5.5-6, 5.5-7, 5.5-8, 5.5-13, 5.5-14, 5.5-17, 5.5-18, 5.5-24, 5.5-25, 5.5-26, 5.5-27, 5.5-28, 5.5-29, 5.5-30, 5.5-31, 5.5-32, 5.5-34, 5.5-35, 5.5-37, 5.5-38, 5.5-39, 5.5-41, 5.5-42, 5.5-43, 5.6-1, 5.6-2, 5.6-9, 5.6-10, 5.6-13, 5.6-14, 5.6-18, 5.6-19, 5.6-20, 5.6-21, 5.6-23, 5.6-24, 5.6-25, 5.6-26, 5.6-27, 5.6-29, 5.6-30, 5.6-31, 5.6-32, 5.6-33, 5.6-34, 5.6-38, 5.7-7, 5.7-8, 5.7-11, 5.7-13, 5.7-16, 5.7-17, 5.7-19, 5.7-20, 5.8-1, 5.8-2, 5.8-5, 5.8-6, 5.8-7, 5.8-9, 5.8-10, 5.8-11, 5.8-12, 5.8-13, 5.8-15, 5.8-16, 5.8-17, 5.8-18, 5.8-19, 5.8-20, 5.8-21, 5.8-23, 5.8-24, 5.8-27, 5.8-28, 5.8-31, 5.8-37, 5.8-38, 5.9-2, 5.9-3, 5.9-7, 5.9-35, 5.9-41, 5.9-43, 5.9-44, 5.9-45, 5.9-46, 5.10-5, 5.10-22, 5.12-47, 5.12-48, 5.13-13, 5.15-10, 5.15-11, 5.15-106, 5.15-131, 5.16-4, 5.18-9, 5.18-11, 5.21-1, 5.21-4, 5.21-6, 5.22-2, 5.22-3, 5.22-4, 5.23-6, 5.23-23, 5.23-26, 5.23-27, 5.23-28, 5.23-29, 5.23-30, 5.23-31, 5.23-32, 5.23-35, 5.23-36, 5.23-37, 5.23-38, 5.23-39, 5.23-40, 5.23-42, 5.23-43, 5.23-44, 5.23-49, 5.23-50, 5.23-73, 6-7, 6-8, 6-23, 6-24, 6-25, 6-32, 6-33, 6-34, 6-35, 6-44, 6-46, 6-47, 6-48, 6-49, 6-50, 6-51

habituate, 5.5-35, 5.5-39, 5.5-40

haul out, 5.7-6, 5.7-7, 5.7-12, 5.7-16, 5.7-18, 5.7-20, 5.8-11

hazardous air pollutant, 5.16-12, 5.16-13, 5.16-14, 5.16-26, 5.23-81

Hazardous Air Pollutant, 5.16-12, 5.16-13, 5.16-14, 5.16-26

hazards, ES-22, ES-23, 1-26, 1-28, 1-31, 5.1-17, 5.1-22, 5.1-24, 5.1-26, 5.2-11, 5.2-13, 5.2-16, 5.2-17, 5.2-21, 5.2-33, 5.2-60, 5.2-82, 5.2-83, 5.8-24, 5.8-30, 5.15-13, 5.15-126, 5.15-134, 5.15-135, 5.19-1, 5.19-7, 5.19-9, 5.19-10, 5.19-12, 5.23-46, 5.23-87, 6-28, 6-29

Health and Human Services, 5.15-34, 5.15-71, 5.15-170, 5.15-184

Health Effects Categories, 5.15-6, 5.15-7, 5.15-9, 5.15-13, 5.15-82, 5.15-83, 5.15-89, 5.15-100, 5.15-124, 5.15-158

Health Impact Analysis, 5.15-4, 5.15-5, 5.15-6, 5.15-9, 5.15-10, 5.15-13, 5.15-25, 5.15-90, 5.15-107, 5.15-110, 5.15-113, 5.15-117, 5.15-121, 5.15-124, 5.15-128, 5.15-163, 5.15-186, 6-1, 6-15

Health Professional Shortage Areas, 5.15-34, 5.15-162

Health Resource Services Administration, 5.15-34, 5.15-184

Health Resources and Services Administration, 5.15-34, 5.15-184

Healthy Worker Effect, 5.15-101

high consequence area, ES-22, 5.19-6

High Consequence Areas, ES-22, 5.19-6

Homer Electric Association, 4-3, 5.13-15, 5.13-16, 5.13-18, 5.13-27, 5.13-30, 5.13-31, 5.13-37

horizontal directional drill, ES-13, ES-15, ES-16, 2-22, 2-24, 2-36, 2-39, 2-40, 2-41, 2-42, 2-43, 5.1-23, 5.1-24, 5.2-64, 5.2-65, 5.2-66, 5.2-67, 5.2-68, 5.2-70, 5.2-71, 5.2-72, 5.2-73, 5.2-74, 5.2-76, 5.2-78, 5.2-80, 5.3-26, 5.3-27, 5.3-33, 5.4-11, 5.4-13, 5.4-16, 5.4-31, 5.6-2, 5.6-21, 5.6-24, 5.6-26, 5.6-27, 5.6-28, 5.6-29, 5.6-30, 5.6-32, 5.6-33, 5.7-21, 5.8-4, 5.9-15, 5.9-16, 5.9-17, 5.9-19, 5.10-31, 5.11-21, 5.11-22, 5.12-30, 5.13-31, 5.15-88, 5.16-23, 5.17-9, 5.18-7, 5.18-9, 5.18-10, 5.18-11, 5.18-12, 5.21-3, 5.22-3, 5.22-5, 5.23-10, 5.23-24, 5.23-25, 5.23-38, 5.23-39, 6-3, 6-4, 6-5, 6-6, 6-7, 6-8, 6-10, 6-11, 6-12, 6-16, 6-18, 6-19, 6-24, 6-25, 6-26, 6-28, 6-29, 6-33, 6-35, 6-44, 6-45, 6-50

Horizontal Directional Drilling, ES-13, ES-15, ES-16, 2-22, 2-24, 2-36, 2-39, 2-40, 2-41, 2-42, 2-43, 5.1-23, 5.1-24, 5.2-64, 5.2-65, 5.2-66, 5.2-67, 5.2-68, 5.2-70, 5.2-71, 5.2-72, 5.2-73, 5.2-74, 5.2-76, 5.2-78, 5.2-80, 5.3-26, 5.3-27, 5.3-33, 5.4-11, 5.4-13, 5.4-16, 5.4-31, 5.6-2, 5.6-21, 5.6-24, 5.6-26, 5.6-27, 5.6-28, 5.6-29, 5.6-30, 5.6-32, 5.6-33, 5.7-21, 5.8-4, 5.9-15, 5.9-16, 5.9-17, 5.9-19, 5.11-21, 5.11-22, 5.12-30, 5.13-31, 5.15-88, 5.16-23, 5.17-9, 5.18-7, 5.18-9, 5.18-10, 5.18-11, 5.18-12, 5.21-3, 5.22-3, 5.22-5, 5.23-10, 5.23-24, 5.23-25, 5.23-38, 5.23-39, 6-3, 6-4, 6-5, 6-6, 6-7, 6-8, 6-10, 6-11, 6-12, 6-16, 6-18, 6-19, 6-24, 6-25, 6-26, 6-28, 6-29, 6-33, 6-35, 6-44, 6-45, 6-50

hovercraft, 5.7-19, 5.18-8

hydrogen sulfide, 2-17, 5.2-71, 5.16-27, 5.16-28, 5.16-30, 5.16-32

Hydrogeomorphic Classification, ES-15, 5.4-2, 5.4-3, 5.4-4, 5.4-11, 5.4-12, 5.4-13, 5.4-15, 5.4-21, 5.4-23, 5.4-31, 5.4-33

Hydrologic Unit Code, 5.2-5, 5.2-24, 5.2-35, 5.2-36, 5.2-48, 5.2-50

hydrology, 5.1-20, 5.4-1, 5.4-2, 5.4-17, 5.4-19, 5.6-23, 5.6-35, 5.18-9, 5.21-5, 5.23-7, 5.23-11, 5.23-22, 6-31, 6-46, 6-48, 6-50

hydrostatic testing, 1-28, 2-35, 2-56, 5.2-63, 5.2-79, 5.6-25, 5.6-29, 5.15-86, 5.15-87, 5.15-88, 5.21-3, 5.22-3, 5.23-34, 5.23-42, 6-19, 6-26

hyporheic zone, ES-13, ES-16, 5.2-65, 5.6-21, 5.6-33, 5.6-35, 6-26, 6-44

## I

Iditarod National Historic Trail, 1-8, 1-27, 5.9-30, 5.9-32, 5.13-25

igneous rock, 5.1-7

impact, ES-1, ES-8, ES-11, ES-13, ES-14, ES-15, ES-16, ES-17, ES-18, ES-19, ES-20, ES-21, ES-22, ES-25, ES-26, 1-12, 1-18, 1-26, 2-15, 2-42, 2-61, 3-1, 3-6, 4-1, 4-6, 4-8, 4-13, 4-20, 4-21, 4-26, 5-1, 5.1-13, 5.1-18, 5.1-20, 5.2-13, 5.2-14, 5.2-61, 5.2-65, 5.2-66, 5.2-67, 5.2-69, 5.2-76, 5.2-79, 5.2-80, 5.3-19, 5.3-25, 5.3-26, 5.3-28, 5.3-31, 5.3-33, 5.4-13, 5.4-16, 5.4-21, 5.4-24, 5.4-26, 5.4-27, 5.4-28, 5.4-29, 5.4-30, 5.4-33, 5.5-29, 5.5-33, 5.5-34, 5.5-39, 5.6-2, 5.6-23, 5.6-28, 5.6-31, 5.6-35, 5.7-14, 5.7-16, 5.8-3, 5.8-4, 5.8-7, 5.8-9, 5.8-10, 5.8-15, 5.9-40, 5.9-46, 5.9-48, 5.10-1, 5.10-27, 5.10-32, 5.11-1, 5.11-12, 5.11-13, 5.11-15, 5.11-19, 5.11-20, 5.11-21, 5.11-23, 5.11-26, 5.11-27, 5.11-28, 5.11-29, 5.11-30, 5.11-31, 5.11-32, 5.11-34, 5.12-29, 5.12-31, 5.12-33, 5.12-34, 5.12-35, 5.12-38, 5.12-40, 5.12-47, 5.13-31, 5.13-35, 5.13-37, 5.15-5, 5.15-8, 5.15-9, 5.15-10, 5.15-12, 5.15-13, 5.15-56, 5.15-77, 5.15-80, 5.15-82, 5.15-89, 5.15-100, 5.15-101, 5.15-102, 5.15-105, 5.15-106, 5.15-107, 5.15-108, 5.15-109, 5.15-112, 5.15-113, 5.15-114, 5.15-115, 5.15-117, 5.15-118, 5.15-123, 5.15-124, 5.15-125, 5.15-128, 5.15-129, 5.15-130, 5.15-131, 5.15-132, 5.15-133, 5.15-134, 5.15-135, 5.15-136, 5.15-137, 5.15-138, 5.15-146, 5.15-150, 5.15-152, 5.15-153, 5.15-154, 5.15-170, 5.15-172, 5.15-178, 5.16-10, 5.16-11, 5.16-26, 5.16-28, 5.16-29, 5.16-31, 5.16-33, 5.17-7, 5.17-8, 5.17-9, 5.17-10, 5.17-11, 5.17-12, 5.17-13, 5.17-14, 5.17-15, 5.17-16, 5.18-1, 5.18-8, 5.18-12, 5.19-6, 5.19-13, 5.21-4, 5.22-3, 5.22-4, 5.23-1, 5.23-2, 5.23-4, 5.23-6, 5.23-21, 5.23-23, 5.23-24, 5.23-45, 5.23-47, 5.23-48, 5.23-50, 5.23-51, 5.23-52, 6-2, 6-3, 6-4, 6-5, 6-7, 6-6, 6-7, 6-8, 6-9, 6-10, 6-11, 6-13, 6-14, 6-15, 6-16, 6-17, 6-18, 6-19, 6-21, 6-22, 6-23, 6-24, 6-26, 6-28, 6-30, 6-32, 6-35, 6-36, 6-37, 6-38, 6-39, 6-40, 6-41, 6-44, 6-45, 6-46, 6-47, 6-48, 6-49, 6-50, 6-51

impacts, ES-1, ES-2, ES-6, ES-7, ES-8, ES-11, ES-12, ES-13, ES-14, ES-15, ES-16, ES-17, ES-18, ES-19, ES-20, ES-21, ES-22, ES-23,

ES-25, ES-26, 1-1, 1-5, 1-8, 1-12, 1-17, 1-18, 1-25, 1-26, 1-27, 1-28, 1-32, 2-15, 2-18, 2-19, 2-20, 2-22, 2-34, 2-39, 2-42, 2-43, 2-46, 2-54, 2-61, 3-1, 3-2, 3-4, 3-6, 3-7, 4-1, 4-2, 4-4, 4-6, 4-8, 4-11, 4-13, 4-19, 4-20, 4-21, 4-23, 4-24, 4-25, 4-26, 5-1, 5.1-13, 5.1-18, 5.1-19, 5.1-20, 5.1-21, 5.1-22, 5.1-23, 5.1-24, 5.2-1, 5.2-3, 5.2-11, 5.2-13, 5.2-14, 5.2-16, 5.2-61, 5.2-63, 5.2-65, 5.2-66, 5.2-67, 5.2-68, 5.2-69, 5.2-71, 5.2-73, 5.2-74, 5.2-75, 5.2-76, 5.2-77, 5.2-78, 5.2-79, 5.2-80, 5.2-83, 5.3-1, 5.3-14, 5.3-18, 5.3-19, 5.3-22, 5.3-23, 5.3-25, 5.3-26, 5.3-27, 5.3-28, 5.3-29, 5.3-31, 5.3-32, 5.3-33, 5.3-34, 5.4-1, 5.4-11, 5.4-13, 5.4-16, 5.4-17, 5.4-20, 5.4-21, 5.4-24, 5.4-25, 5.4-26, 5.4-27, 5.4-28, 5.4-29, 5.4-30, 5.4-31, 5.4-33, 5.4-34, 5.4-35, 5.5-1, 5.5-2, 5.5-15, 5.5-24, 5.5-25, 5.5-27, 5.5-28, 5.5-29, 5.5-30, 5.5-33, 5.5-34, 5.5-35, 5.5-36, 5.5-39, 5.5-40, 5.5-41, 5.6-1, 5.6-2, 5.6-9, 5.6-14, 5.6-18, 5.6-20, 5.6-21, 5.6-23, 5.6-24, 5.6-25, 5.6-26, 5.6-28, 5.6-29, 5.6-30, 5.6-31, 5.6-32, 5.6-33, 5.6-34, 5.6-35, 5.7-14, 5.7-16, 5.7-19, 5.8-3, 5.8-4, 5.8-7, 5.8-9, 5.8-10, 5.8-13, 5.8-15, 5.8-24, 5.8-27, 5.8-33, 5.8-37, 5.9-3, 5.9-14, 5.9-15, 5.9-36, 5.9-40, 5.9-45, 5.9-45, 5.9-46, 5.9-47, 5.9-48, 5.9-51, 5.9-53, 5.10-1, 5.10-27, 5.10-28, 5.10-29, 5.10-30, 5.10-31, 5.10-32, 5.10-33, 5.10-34, 5.10-35, 5.10-36, 5.10-37, 5.11-1, 5.11-3, 5.11-12, 5.11-13, 5.11-14, 5.11-15, 5.11-17, 5.11-19, 5.11-21, 5.11-22, 5.11-23, 5.11-24, 5.11-26, 5.11-27, 5.11-28, 5.11-29, 5.11-30, 5.11-31, 5.11-32, 5.11-33, 5.11-34, 5.11-35, 5.12-25, 5.12-26, 5.12-27, 5.12-29, 5.12-30, 5.12-31, 5.12-32, 5.12-33, 5.12-34, 5.12-35, 5.12-36, 5.12-37, 5.12-38, 5.12-39, 5.12-40, 5.12-42, 5.12-47, 5.12-48, 5.12-49, 5.12-53, 5.12-54, 5.13-1, 5.13-28, 5.13-31, 5.13-33, 5.13-35, 5.13-37, 5.13-45, 5.15-1, 5.15-4, 5.15-5, 5.15-6, 5.15-7, 5.15-8, 5.15-9, 5.15-10, 5.15-11, 5.15-12, 5.15-13, 5.15-36, 5.15-56, 5.15-77, 5.15-79, 5.15-80, 5.15-81, 5.15-82, 5.15-83, 5.15-84, 5.15-87, 5.15-88, 5.15-89, 5.15-92, 5.15-98, 5.15-99, 5.15-100, 5.15-101, 5.15-102, 5.15-103, 5.15-104, 5.15-105, 5.15-106, 5.15-107, 5.15-108, 5.15-109, 5.15-110, 5.15-112, 5.15-113, 5.15-114, 5.15-115, 5.15-117, 5.15-118, 5.15-122, 5.15-123, 5.15-124, 5.15-125, 5.15-128, 5.15-129, 5.15-130, 5.15-131, 5.15-132, 5.15-133, 5.15-134, 5.15-135, 5.15-136, 5.15-137, 5.15-138, 5.15-146, 5.15-150, 5.15-152, 5.15-153, 5.15-154, 5.15-155, 5.15-154, 5.15-157, 5.15-158, 5.15-163, 5.15-168, 5.15-170, 5.15-172, 5.15-175, 5.15-176, 5.15-178, 5.15-182, 5.15-184, 5.15-185, 5.15-186, 5.16-4, 5.16-10, 5.16-11, 5.16-18, 5.16-23, 5.16-26, 5.16-28, 5.16-29, 5.16-31, 5.16-33, 5.16-34, 5.17-6, 5.17-7, 5.17-8, 5.17-9, 5.17-10, 5.17-11, 5.17-12, 5.17-13, 5.17-14, 5.17-15, 5.17-16, 5.18-1, 5.18-2, 5.18-8, 5.18-9, 5.18-10, 5.18-11, 5.18-12, 5.19-6, 5.19-10, 5.19-13, 5.21-1, 5.21-2, 5.21-3, 5.21-4, 5.21-5, 5.21-6, 5.22-2, 5.22-3, 5.22-4, 5.23-1, 5.23-2, 5.23-4, 5.23-6, 5.23-7, 5.23-9, 5.23-10, 5.23-12, 5.23-13, 5.23-14, 5.23-15, 5.23-16, 5.23-17, 5.23-19, 5.23-20, 5.23-21, 5.23-22, 5.23-23, 5.23-24, 5.23-25, 5.23-26, 5.23-28, 5.23-29, 5.23-30, 5.23-32, 5.23-35, 5.23-36, 5.23-37, 5.23-38, 5.23-39, 5.23-40, 5.23-41, 5.23-42, 5.23-43, 5.23-44, 5.23-45, 5.23-46, 5.23-47, 5.23-48, 5.23-49, 5.23-50, 5.23-51, 5.23-52, 5.23-53, 5.23-54, 5.23-56, 5.23-57, 5.23-58, 5.23-59, 5.23-60, 5.23-61, 5.23-62, 5.23-63, 5.23-64, 5.23-89, 6-1, 6-2, 6-3, 6-4, 6-5, 6-7, 6-6, 6-7, 6-8, 6-9, 6-10, 6-11, 6-12, 6-13, 6-14, 6-15, 6-16, 6-17, 6-18, 6-19, 6-21, 6-22, 6-23, 6-24, 6-25, 6-26, 6-27, 6-28, 6-29, 6-30, 6-31, 6-32, 6-33, 6-34, 6-35, 6-36, 6-37, 6-38, 6-39, 6-40, 6-41, 6-42, 6-43, 6-44, 6-45, 6-46, 6-47, 6-48, 6-49, 6-50, 6-51

Important Bird Areas, 5.5-18, 5.5-32, 5.5-33, 5.5-34

impoundment, ES-15, 5.2-13, 5.4-29

incidents, ES-23, 2-60, 5.8-23, 5.15-89, 5.15-91, 5.15-93, 5.15-95, 5.15-122, 5.15-126, 5.15-135, 5.15-136, 5.15-178, 5.19-1, 5.19-2, 5.19-7, 5.19-8, 5.19-9, 5.19-10, 5.19-14, 5.23-10, 5.23-34, 5.23-67, 5.23-71, 5.23-72, 6-28

incubation period, 5.6-2

Indian Tribal Consultation, 1-12

Indian Tribe, 1-13

indirect impacts, 5.5-28, 5.8-4, 5.21-6

industry standards, 2-58, 3-7, 5.19-12

infrastructure, ES-14, ES-21, ES-24, 2-17, 2-24, 2-34, 2-54, 3-6, 4-11, 5.1-17, 5.1-21, 5.2-68, 5.2-75, 5.3-19, 5.5-38, 5.8-3, 5.8-15, 5.9-8, 5.9-46, 5.9-47, 5.9-50, 5.10-3, 5.11-4, 5.11-7, 5.11-8, 5.11-9, 5.11-13, 5.11-21, 5.11-22, 5.11-26, 5.11-27, 5.11-30, 5.11-33, 5.12-26, 5.12-31, 5.12-39, 5.12-41, 5.12-42, 5.12-43, 5.12-45, 5.12-46, 5.13-8, 5.13-29, 5.13-31, 5.13-33, 5.15-4, 5.15-6, 5.15-10, 5.15-11, 5.15-13, 5.15-79, 5.15-80, 5.15-87, 5.15-88, 5.15-97, 5.15-100, 5.15-109, 5.15-125, 5.15-128, 5.15-136, 5.15-154, 5.15-156, 5.18-11, 5.19-1, 5.22-1, 5.22-4, 5.23-45, 5.23-60, 6-3, 6-11, 6-15, 6-19

Integrated Gasification Combined Cycle, 4-5, 4-7

Intergovernmental Panel on Climate Change, 5.2-71, 5.2-83, 5.4-24, 5.4-34, 5.4-35, 5.16-1, 5.16-4, 5.16-38, 5.16-39

International Whaling Commission, 5.8-6, 5.8-34
interstitial space, 5.6-35
intertidal, 5.5-11, 5.6-7, 5.8-18
intrastate, 1-3, 1-6, 2-1, 5.15-82, 5.19-1, 6-1
invasive species, 1-26, 5.3-7, 5.3-14, 5.3-21,
    5.4-18, 5.4-24, 5.4-28, 5.5-25, 5.5-28, 5.6-5,
    5.6-19, 5.6-35, 5.7-16, 5.12-48, 5.15-106,
    5.23-25, 5.23-49, 6-31, 6-34, 6-35

**J**

**K**

Kansas, 5.8-35
Key Observation Points, 5.11-17, 5.11-18, 5.11-
    19, 5.11-20, 5.11-21, 5.11-32, 5.11-33, 5.11-
    34

**L**

land
agricultural, ES-19, 5.9-16, 5.9-18, 5.9-20, 5.9-
    21, 5.9-27, 5.9-28, 5.9-53, 5.9-57, 5.21-2,
    5.22-4, 6-10
forest, 1-31, 5.1-1, 5.9-24, 5.9-26, 5.9-41, 5.9-
    53, 5.9-55, 5.9-56, 5.10-6, 5.21-2, 77
rangeland, 5.1-1, 5.9-55
Land and Water Conservation Fund, 1-10, 1-30,
    1-32, 4-20, 5.9-5, 5.10-2, 5.10-31
land owner, 1-1, 1-7, 5.3-25, 5.4-12, 5.9-11, 5.9-
    13, 5.9-14, 5.9-15, 5.9-39, 5.9-52, 5.9-58,
    5.10-3, 5.11-23, 5.15-14, 5.22-4
land use, ES-18, ES-25, 1-7, 1-17, 1-33, 1-34, 2-
    22, 2-24, 3-5, 5.2-14, 5.2-26, 5.2-40, 5.3-26,
    5.3-27, 5.4-24, 5.8-12, 5.9-1, 5.9-2, 5.9-6,
    5.9-8, 5.9-9, 5.9-10, 5.9-11, 5.9-13, 5.9-14,
    5.9-15, 5.9-28, 5.9-29, 5.9-30, 5.9-34, 5.9-35,
    5.9-36, 5.9-37, 5.9-39, 5.9-40, 5.9-42, 5.9-44,
    5.9-48, 5.9-50, 5.9-53, 5.9-54, 5.9-55, 5.9-56,
    5.10-6, 5.10-28, 5.11-23, 5.11-29, 5.11-31,
    5.12-37, 5.12-39, 5.12-42, 5.13-1, 5.13-6,
    5.13-24, 5.15-14, 5.16-5, 5.17-3, 5.18-6, 5.21-
    1, 5.21-2, 5.22-4, 5.23-45, 5.23-78, 5.23-88,
    6-10, 6-36, 6-37, 6-41
leach, 5.6-30, 5.6-31
liquefaction, 1-34, 5.1-14, 5.1-22, 6-4
Liquefied Natural Gas, ES-7, ES-8, ES-24, ES-
    26, 1-4, 1-5, 1-6, 1-11, 1-34, 3-1, 4-3, 4-7, 4-
    9, 4-10, 4-23, 5.15-112, 5.15-139, 5.15-186,
    5.16-17
loess, 5.1-4, 5.1-9, 5.1-10

**M**

macrohabitat, 3-5, 5.8-13, 5.8-15, 5.8-16
Magnuson-Stevens Fishery Conservation and
    Management Act, 5.6-2
Mainline block Valve, 2-18, 2-22, 2-50, 5.3-30,
    5.11-28
mainline valves, ES-20, 1-3, 2-1, 2-2, 5.3-28,
    5.4-20, 5.4-29, 5.10-34, 5.11-12, 5.12-37,
    5.13-3, 5.16-24, 5.16-32, 5.17-10, 5.17-13,
    5.22-2, 5.23-48, 6-11, 6-19
maintenance, ES-11, ES-13, ES-19, ES-20, ES-
    22, ES-23, ES-25, ES-26, 1-3, 1-11, 1-33, 2-
    27, 2-28, 2-35, 2-39, 2-54, 2-56, 2-57, 2-59,
    2-60, 3-2, 3-4, 3-5, 3-6, 4-17, 4-20, 4-21, 5-1,
    5.1-23, 5.2-61, 5.2-66, 5.2-67, 5.2-68, 5.2-69,
    5.2-73, 5.2-74, 5.2-75, 5.2-77, 5.2-79, 5.2-80,
    5.3-18, 5.3-25, 5.3-29, 5.3-31, 5.4-13, 5.4-16,
    5.4-20, 5.4-21, 5.5-25, 5.5-35, 5.6-23, 5.6-26,
    5.6-28, 5.6-29, 5.6-30, 5.6-31, 5.6-33, 5.7-21,
    5.8-23, 5.9-6, 5.9-9, 5.9-29, 5.9-40, 5.9-47,
    5.9-48, 5.9-48, 5.9-52, 5.10-30, 5.10-31, 5.10-
    32, 5.10-33, 5.10-34, 5.10-35, 5.11-7, 5.11-
    12, 5.11-19, 5.11-21, 5.11-23, 5.11-27, 5.11-
    28, 5.11-29, 5.11-31, 5.12-26, 5.12-31, 5.12-
    32, 5.12-37, 5.12-38, 5.12-40, 5.12-41, 5.12-
    42, 5.13-14, 5.13-29, 5.13-34, 5.13-35, 5.13-
    36, 5.13-37, 5.13-38, 5.13-39, 5.13-40, 5.13-
    41, 5.15-4, 5.15-8, 5.15-10, 5.15-12, 5.15-79,
    5.15-80, 5.15-82, 5.15-86, 5.15-124, 5.15-
    125, 5.15-128, 5.15-129, 5.15-130, 5.15-132,
    5.15-133, 5.15-135, 5.15-137, 5.15-138, 5.15-
    139, 5.15-143, 5.16-7, 5.16-15, 5.16-16, 5.16-
    24, 5.16-27, 5.16-28, 5.16-30, 5.16-32, 5.16-
    33, 5.16-34, 5.16-36, 5.17-9, 5.17-10, 5.17-
    13, 5.17-14, 5.17-16, 5.18-11, 5.19-1, 5.19-2,
    5.19-6, 5.19-9, 5.21-1, 5.21-3, 5.21-4, 5.22-2,
    5.22-3, 5.23-2, 5.23-6, 5.23-8, 5.23-9, 5.23-
    11, 5.23-15, 5.23-31, 5.23-32, 5.23-35, 5.23-
    45, 5.23-48, 5.23-62, 5.23-75, 5.23-78, 6-3, 6-
    6, 6-7, 6-11, 6-18, 6-19, 6-27, 6-29, 6-32, 6-
    35, 6-38, 6-39, 6-40, 6-41, 6-42
Marine Mammal Protection Act, 1-29, 1-30, 5.7-
    1, 5.7-9, 5.8-1, 5.8-7
masking, 5.7-19, 5.8-8, 6-34, 6-35
Matanuska Electric Association, 4-3
Matanuska-Susitna Borough, 1-34, 5.2-17, 5.9-
    10, 5.9-29, 5.11-25, 5.16-8
Maximum Achievable Control Technology, 5.16-
    8, 5.16-13, 5.16-14, 5.16-26, 61
maximum allowable operating pressure, 2-15, 2-
    35, 5.19-1, 5.19-3, 5.19-6
median, 5.12-16, 5.12-19, 5.15-26, 5.15-28,
    5.15-62

Medically Underserved Area, 5.15-15, 5.15-34, 5.15-162
Medically Underserved Populations, 5.15-34
megawatt, 2-19, 4-4, 4-5, 4-6, 5.2-53, 5.16-13
metamorphic rocks, 5.1-6, 5.1-9, 5.3-5
meter station, 2-1, 2-2, 2-18, 2-22, 2-50, 2-54, 5.4-25, 5.4-29
microhabitat, 5.23-37
microns, 5.15-104
migration, 1-29, 1-31, 5.1-13, 5.1-23, 5.4-24, 5.5-1, 5.5-10, 5.5-11, 5.5-12, 5.5-17, 5.5-18, 5.5-20, 5.5-21, 5.5-29, 5.5-30, 5.5-32, 5.5-33, 5.6-1, 5.6-2, 5.6-6, 5.6-10, 5.6-19, 5.6-24, 5.7-19, 5.8-6, 5.8-20, 5.8-21, 5.8-24, 5.8-27, 5.8-30, 5.8-38, 5.9-46, 5.10-33, 5.15-26, 5.15-33, 5.15-84, 5.23-26, 5.23-30, 5.23-36
Migratory Bird Treaty Act, 1-29, 5.5-1, 5.5-17, 5.5-34, 5.5-35, 5.8-1, 5.23-26, 5.23-65, 5.23-66, 5.23-68, 5.23-69, 5.23-70
migratory birds, 1-26, 3-4, 5.3-25, 5.4-17, 5.5-1, 5.5-17, 5.5-28, 5.5-34, 5.5-9, 5.9-6, 5.10-20
Milepost, ES-18, ES-25, 1-17, 2-1, 2-2, 2-14, 2-16, 2-17, 2-18, 2-22, 2-26, 2-36, 2-55, 4-11, 4-14, 4-17, 4-19, 4-20, 5.1-3, 5.1-13, 5.1-21, 5.1-24, 5.2-3, 5.2-53, 5.2-62, 5.2-67, 5.2-68, 5.2-71, 5.2-72, 5.2-73, 5.2-74, 5.2-80, 5.3-2, 5.3-6, 5.3-7, 5.3-20, 5.3-26, 5.3-27, 5.3-28, 5.3-29, 5.3-30, 5.3-32, 5.4-4, 5.4-14, 5.4-15, 5.4-21, 5.4-22, 5.4-23, 5.4-25, 5.4-26, 5.4-27, 5.4-31, 5.4-32, 5.4-33, 5.5-14, 5.5-20, 5.5-24, 5.5-31, 5.5-32, 5.5-33, 5.5-33, 5.5-34, 5.5-36, 5.5-38, 5.5-40, 5.6-1, 5.6-3, 5.6-27, 5.6-28, 5.6-29, 5.6-30, 5.6-32, 5.6-33, 5.7-21, 5.8-30, 5.9-1, 5.9-2, 5.9-3, 5.9-5, 5.9-7, 5.9-8, 5.9-9, 5.9-10, 5.9-13, 5.9-14, 5.9-15, 5.9-16, 5.9-17, 5.9-18, 5.9-19, 5.9-20, 5.9-21, 5.9-22, 5.9-23, 5.9-24, 5.9-25, 5.9-26, 5.9-27, 5.9-28, 5.9-29, 5.9-30, 5.9-32, 5.9-33, 5.9-34, 5.9-36, 5.9-37, 5.9-38, 5.9-39, 5.9-40, 5.9-41, 5.9-42, 5.9-43, 5.9-44, 5.9-45, 5.9-46, 5.9-48, 5.9-49, 5.9-48, 5.9-49, 5.9-51, 5.9-54, 5.9-55, 5.10-12, 5.10-18, 5.10-20, 5.10-21, 5.10-22, 5.10-26, 5.10-28, 5.10-31, 5.10-32, 5.10-33, 5.10-34, 5.10-35, 5.10-36, 5.11-2, 5.11-6, 5.11-7, 5.11-8, 5.11-9, 5.11-14, 5.11-15, 5.11-17, 5.11-19, 5.11-21, 5.11-26, 5.11-27, 5.11-28, 5.11-30, 5.11-31, 5.11-32, 5.11-33, 5.11-34, 5.12-27, 5.12-28, 5.12-34, 5.12-35, 5.12-40, 5.12-42, 5.12-50, 5.13-3, 5.13-9, 5.13-16, 5.13-27, 5.13-30, 5.13-31, 5.13-35, 5.13-40, 5.15-1, 5.15-2, 5.15-158, 5.18-6, 5.18-10, 5.18-11, 5.19-3, 5.19-4, 5.22-5, 6-1, 6-3, 6-5, 6-6, 6-7, 6-8, 6-10, 6-13, 6-14, 6-23
Mineral Leasing Act, 1-1, 1-7, 1-8, 1-9, 1-27, 5.9-1, 5.23-66, 5.23-68

mineral resources, 1-1, 1-18, 1-27, 5.1-1, 5.1-20, 5.2-5, 5.2-21, 5.3-19, 5.4-3, 5.4-4, 5.4-11, 5.4-12, 5.4-15, 5.4-23, 5.4-31, 5.4-33, 5.5-5, 5.5-16, 5.5-30, 5.5-31, 5.8-7, 5.8-9, 5.8-10, 5.8-17, 5.8-35, 5.9-1, 5.9-7, 5.9-11, 5.9-12, 5.9-32, 5.9-37, 5.9-40, 5.9-41, 5.9-59, 5.10-25, 5.12-6, 5.12-26, 5.12-42, 5.13-7, 5.13-8, 5.13-23, 5.13-45, 5.13-49, 5.15-112, 5.15-113, 5.23-26, 5.23-66, 5.23-68, 5.23-69
Minerals Management Service, 5.8-17, 5.8-35, 5.8-36, 5.13-45, 5.13-48, 5.13-49
mitigation, ES-1, ES-11, ES-16, ES-22, ES-23, ES-26, 2-43, 4-21, 4-24, 4-26, 5-1, 5.2-1, 5.2-16, 5.2-61, 5.2-66, 5.2-67, 5.2-76, 5.2-77, 5.2-79, 5.3-1, 5.3-24, 5.3-25, 5.4-1, 5.4-18, 5.4-19, 5.5-1, 5.5-15, 5.5-28, 5.5-35, 5.5-40, 5.6-1, 5.6-2, 5.6-19, 5.6-21, 5.6-24, 5.6-26, 5.6-35, 5.8-8, 5.8-24, 5.9-36, 5.9-47, 5.9-52, 5.10-1, 5.11-13, 5.12-49, 5.15-6, 5.15-12, 5.15-13, 5.15-113, 5.15-137, 5.15-138, 5.15-154, 5.16-36, 5.17-8, 5.17-14, 5.17-15, 5.18-9, 5.19-12, 5.23-1, 5.23-3, 5.23-4, 5.23-10, 5.23-11, 5.23-13, 5.23-16, 5.23-19, 5.23-20, 5.23-21, 5.23-22, 5.23-23, 5.23-24, 5.23-25, 5.23-26, 5.23-27, 5.23-28, 5.23-29, 5.23-30, 5.23-31, 5.23-32, 5.23-35, 5.23-36, 5.23-38, 5.23-41, 5.23-42, 5.23-44, 5.23-45, 5.23-46, 5.23-47, 5.23-48, 5.23-50, 5.23-51, 5.23-52, 5.23-53, 5.23-55, 5.23-56, 5.23-58, 5.23-60, 5.23-61, 5.23-63, 5.23-64, 6-15
module, 2-17, 2-48
molt, 5.7-11, 5.8-21, 5.8-25
monitoring, 1-28, 2-42, 2-60, 5.1-22, 5.2-6, 5.2-11, 5.2-15, 5.2-31, 5.2-46, 5.2-58, 5.3-24, 5.3-32, 5.3-35, 5.5-24, 5.5-28, 5.5-40, 5.8-6, 5.8-32, 5.9-47, 5.13-3, 5.15-6, 5.15-13, 5.15-150, 5.15-158, 5.15-177, 5.16-7, 5.16-12, 5.16-13, 5.16-14, 5.16-15, 5.16-17, 5.18-9, 5.19-1, 5.19-12, 5.21-4, 5.23-7, 5.23-10, 5.23-19, 5.23-20, 5.23-23, 5.23-25, 5.23-28, 5.23-31, 5.23-34, 5.23-38, 5.23-42, 5.23-52, 5.23-56, 5.23-81
Montana, ES-19, 5.1-25, 5.2-54, 5.2-56, 5.2-57, 5.2-60, 5.2-80, 5.6-13, 5.10-6, 5.10-9, 5.10-23, 5.10-28, 5.10-36, 5.13-27, 5.13-31, 6-11
montioring, 1-28, 2-42, 2-60, 5.1-22, 5.2-6, 5.2-11, 5.2-15, 5.2-31, 5.2-46, 5.2-58, 5.3-24, 5.3-32, 5.3-35, 5.5-24, 5.5-28, 5.5-40, 5.8-6, 5.8-32, 5.9-47, 5.13-3, 5.15-6, 5.15-13, 5.15-150, 5.15-158, 5.15-177, 5.16-7, 5.16-12, 5.16-13, 5.16-14, 5.16-15, 5.16-17, 5.18-9, 5.19-1, 5.19-12, 5.21-4, 5.23-7, 5.23-10, 5.23-19, 5.23-20, 5.23-23, 5.23-25, 5.23-28, 5.23-31, 5.23-34, 5.23-38, 5.23-42, 5.23-52, 5.23-56, 5.23-81
moraine, 5.1-7, 5.3-2

morphology, ES-16, 5.6-23, 5.7-9, 5.23-8, 5.23-13, 5.23-38, 5.23-41, 6-33, 6-44

morphs, 5.7-10

mowing, ES-14, ES-15, ES-16, ES-19, 5.2-66, 5.2-68, 5.3-21, 5.3-25, 5.4-16, 5.4-21, 5.5-35, 5.6-26, 5.6-29, 5.6-30, 5.6-33, 5.10-30, 5.23-45, 6-30, 6-31, 6-32, 6-33, 6-35

Municipal Light & Power, 4-3

# N

National Ambient Air Quality Standards, 5.15-103, 5.15-104, 5.15-116, 5.15-129, 5.15-132, 5.15-138, 5.15-139, 5.15-141, 5.15-143, 5.15-145, 5.15-146, 5.15-152, 5.16-5, 5.16-7, 5.16-8, 5.16-9, 5.16-11, 5.16-12, 5.16-16, 5.16-36, 5.16-39

National Emission Standards for Hazardous Air Pollutants, 5.16-8, 5.16-13, 5.16-14

National Emissions Standards for Hazardous Air Pollutants, 5.16-14

National Environmental Policy Act, ES-1, ES-2, ES-6, 1-1, 1-6, 1-7, 1-8, 1-9, 1-12, 1-18, 1-23, 1-25, 1-27, 2-42, 3-1, 3-2, 4-1, 4-23, 4-24, 4-25, 4-28, 5.4-1, 5.8-1, 5.9-2, 5.12-18, 5.12-53, 5.13-1, 5.13-28, 5.13-47, 5.15-1, 5.15-25, 5.16-36, 5.21-1, 5.22-1, 5.23-1, 5.23-44, 5.23-65, 5.23-66, 5.23-67, 5.23-68, 5.23-69, 5.23-70, 5.23-71, 5.23-72, 5.23-89

National Flood Insurance Program, 5.2-16

National Historic Preservation Act, 1-27, 1-32, 5.13-1, 5.13-2, 5.13-27, 5.13-28

National Historic Preservation Act of 1986, 1-27, 1-32, 5.13-1, 5.13-2, 5.13-27, 5.13-28

National Hydrography Dataset, 5.2-3, 5.2-84

National Institute for Occupational Safety and Health, 5.15-90

National Land Cover Database, 5.3-6, 5.3-8, 5.3-9, 5.3-10, 5.3-11, 5.3-12, 5.3-13, 5.3-20, 5.3-30

National Marine Fisheries Service, 1-12, 1-29, 5.3-32, 5.6-2, 5.6-20, 5.6-38, 5.7-1, 5.7-6, 5.7-7, 5.7-16, 5.7-22, 5.7-23, 5.8-1, 5.8-2, 5.8-4, 5.8-5, 5.8-6, 5.8-7, 5.8-8, 5.8-9, 5.8-10, 5.8-11, 5.8-12, 5.8-17, 5.8-18, 5.8-32, 5.8-33, 5.8-34, 5.8-35, 5.8-36, 5.21-4, 5.23-36, 5.23-44, 5.23-71, 5.23-73

National Oceanic and Atmospheric Administration, 1-12, 1-25, 1-29, 1-30, 5.6-9, 5.7-6, 5.7-7, 5.7-8, 5.7-9, 5.7-10, 5.7-11, 5.7-12, 5.7-13, 5.7-22, 5.7-23, 5.8-6, 5.8-8, 5.8-17, 5.8-18, 5.8-36, 5.15-142, 5.15-177, 5.19-11, 5.19-14

National Oceanic and Atmospheric Association, 1-12, 1-25, 1-29, 1-30, 5.6-9, 5.7-6, 5.7-7,

5.7-8, 5.7-9, 5.7-10, 5.7-11, 5.7-12, 5.7-13, 5.7-22, 5.7-23, 5.8-6, 5.8-8, 5.8-17, 5.8-18, 5.8-36, 5.15-142, 5.15-177, 5.19-11, 5.19-14

National Park Service, ES-11, ES-18, 1-1, 1-7, 1-8, 1-10, 1-23, 1-25, 1-30, 4-19, 5.1-1, 5.3-14, 5.3-15, 5.3-16, 5.3-17, 5.3-24, 5.3-36, 5.9-1, 5.9-2, 5.9-3, 5.9-5, 5.9-11, 5.9-33, 5.9-40, 5.9-51, 5.9-52, 5.9-54, 5.9-56, 5.9-60, 5.10-1, 5.10-2, 5.10-5, 5.10-18, 5.10-19, 5.10-21, 5.10-37, 5.10-38, 5.10-39, 5.11-3, 5.11-33, 5.11-35, 5.12-6, 5.13-44, 5.13-45, 5.23-45, 5.23-46, 5.23-53, 6-10

National Petroleum Reserve Alaska, 5.2-3, 5.8-21, 5.8-28

National Pollutant Discharge Elimination System, 1-9, 1-28, 1-30, 1-31, 5.2-15, 5.2-17, 17

National Register of Historic Places, 1-32, 5.13-2, 5.13-8, 5.13-9, 5.13-15, 5.13-25, 5.13-28, 5.13-31, 5.13-50, 5.22-4

National Response Center, 5.1-21, 5.1-26, 5.1-27, 5.15-157, 5.15-158, 5.15-177, 5.15-178

National Wetland Inventory, 15, 5.4-2, 5.4-4, 5.4-11, 5.4-12, 5.4-13, 5.4-14, 5.4-21, 5.4-22, 5.4-28, 5.4-31, 5.4-32

National Wetlands Inventory, ES-15, 5.4-2, 5.4-4, 5.4-11, 5.4-12, 5.4-13, 5.4-14, 5.4-21, 5.4-22, 5.4-28, 5.4-31, 5.4-32

National Wildlife Refuge, ES-19, 5.5-2, 5.9-5, 5.9-6, 5.9-34, 5.9-41, 5.9-61, 5.10-5, 5.10-8, 5.10-9, 5.10-10, 5.10-19, 5.10-20, 5.10-39, 5.11-6, 5.11-7, 5.11-8, 6-11

native plants, ES-14, ES-15, 5.1-23, 5.3-7, 5.3-14, 5.3-21, 5.3-24, 5.3-32, 5.3-35, 5.4-30, 5.5-27, 5.5-28, 5.23-18, 5.23-49, 6-30, 6-31

natural gas, ES-1, ES-2, ES-3, ES-6, ES-7, ES-8, ES-20, ES-21, ES-22, ES-23, ES-24, ES-25, 1-1, 1-3, 1-5, 1-6, 1-7, 1-9, 1-10, 1-11, 1-18, 1-25, 1-31, 2-1, 2-2, 2-15, 2-16, 2-17, 2-18, 2-50, 2-61, 3-1, 3-2, 4-1, 4-2, 4-3, 4-4, 4-5, 4-6, 4-7, 4-9, 4-10, 4-21, 4-23, 4-24, 4-28, 5.1-18, 5.2-5, 5.2-68, 5.3-28, 5.4-25, 5.5-40, 5.5-43, 5.9-1, 5.9-3, 5.9-40, 5.9-48, 5.11-12, 5.11-19, 5.12-25, 5.12-26, 5.12-31, 5.12-33, 5.12-43, 5.12-44, 5.13-3, 5.13-31, 5.15-1, 5.15-2, 5.15-8, 5.15-81, 5.15-82, 5.15-83, 5.15-88, 5.15-101, 5.15-124, 5.15-126, 5.15-129, 5.15-136, 5.15-138, 5.15-139, 5.15-140, 5.15-147, 5.15-148, 5.15-149, 5.15-151, 5.15-152, 5.15-153, 5.16-9, 5.16-12, 5.16-13, 5.16-14, 5.16-17, 5.16-18, 5.16-23, 5.16-27, 5.16-28, 5.16-30, 5.16-32, 5.16-35, 5.17-9, 5.17-10, 5.17-11, 5.17-12, 5.17-16, 5.19-1, 5.19-2, 5.19-7, 5.19-8, 5.19-10, 5.19-11, 5.21-5, 5.23-60, 5.23-61, 5.23-62, 5.23-66, 5.23-68, 6-1, 6-2, 6-12, 6-15, 6-17, 6-16, 6-18, 6-19, 6-23

Natural Gas Liquid Extraction Plant, ES-20, 1-3, 2-1, 2-2, 2-10, 2-11, 2-14, 2-15, 2-16, 2-17, 2-18, 2-19, 2-22, 2-24, 2-48, 2-50, 2-56, 3-1, 4-7, 4-21, 5.2-74, 5.3-28, 5.3-30, 5.4-25, 5.4-26, 5.4-27, 5.5-29, 5.5-38, 5.5-39, 5.6-30, 5.10-8, 5.10-11, 5.10-27, 5.10-33, 5.10-34, 5.11-12, 5.11-13, 5.11-23, 5.11-25, 5.11-28, 5.11-29, 5.12-36, 5.12-37, 5.12-38, 5.12-41, 5.12-42, 5.12-46, 5.13-3, 5.13-36, 5.13-38, 5.13-39, 5.15-88, 5.18-11, 6-1, 6-8

natural gas liquids, ES-1, ES-3, 1-1, 1-3, 2-16, 3-1, 4-1, 5.5-40, 5.11-12, 5.15-1, 5.15-81, 5.15-88, 5.17-10, 6-1

Natural Heritage Program, 5.3-7, 5.3-34, 5.3-35, 5.5-24

Natural Liquified Gas, ES-1, ES-11, 23, 26, 1-5, 1-11, 2-14, 2-17, 2-18, 2-19, 2-56, 2-59, 2-60, 4-7, 4-8, 5.2-64, 5.2-74, 5.5-40, 5.9-14, 5.9-19, 5.15-124, 5.16-9, 5.16-12, 5.16-14, 5.16-24, 5.16-25, 5.16-30, 5.16-31, 5.16-32, 5.17-5, 5.17-10, 5.17-12, 5.19-13, 5.22-2, 6-28

Natural Resources Conservation Service, 5.9-27, 5.9-61

navigable waters, 1-1, 1-7, 1-8, 1-11, 1-27, 1-28, 1-29, 5.2-15, 5.2-16, 5.15-86, 5.18-1, 5.18-2, 5.18-3, 5.18-5, 5.18-10, 5.18-11, 5.23-65, 6-46, 6-48, 6-50

Nebraska, 5.16-2, 5.16-3

New Source Review, 5.16-8, 5.16-10, 5.16-11, 5.16-12, 5.16-16, 5.16-17, 5.16-36

nitrogen dioxide, 5.16-5, 5.16-6, 5.16-7, 5.16-9, 5.16-11

No Action Alternative, ES-1, ES-6, ES-26, 4-1, 4-2, 4-23, 5.1-19, 5.2-61, 5.3-18, 5.4-13, 1, 5.5-28, 5.6-14, 5.7-14, 5.8-1, 5.8-4, 5.9-39, 5.10-27, 5.11-12, 5.12-25, 5.13-29, 5.16-18, 5.17-6, 5.18-7, 5.21-1, 5.22-1, 6-2, 6-3, 6-14, 6-15, 6-21, 6-22, 6-23, 6-25, 6-42, 6-43

noise, ES-15, ES-17, ES-18, ES-19, ES-20, ES-21, ES-22, ES-26, 3-5, 3-6, 5.5-22, 5.5-24, 5.5-27, 5.5-29, 5.5-33, 5.5-39, 5.5-40, 5.6-23, 5.7-14, 5.7-15, 5.7-16, 5.7-17, 5.7-19, 5.7-20, 5.7-21, 5.7-24, 5.8-7, 5.8-8, 5.8-9, 5.8-10, 5.8-16, 5.8-19, 5.8-23, 5.8-24, 5.8-30, 5.8-31, 5.8-32, 5.9-55, 5.10-29, 5.10-30, 5.10-33, 5.10-34, 5.10-35, 5.10-36, 5.10-37, 5.12-25, 5.12-36, 5.12-48, 5.12-49, 5.13-28, 5.13-35, 5.13-36, 5.15-7, 5.15-8, 5.15-107, 5.15-130, 5.15-158, 5.17-1, 5.17-2, 5.17-3, 5.17-4, 5.17-5, 5.17-6, 5.17-7, 5.17-8, 5.17-9, 5.17-10, 5.17-11, 5.17-12, 5.17-13, 5.17-14, 5.17-15, 5.17-16, 5.17-17, 5.21-2, 5.21-4, 5.23-26, 5.23-28, 5.23-38, 5.23-44, 5.23-63, 5.23-64, 5.23-70, 6-10, 6-13, 6-14, 6-17, 6-23, 6-27, 6-28, 6-29, 6-31, 6-32, 6-33, 6-34, 6-35, 6-38, 6-40, 6-41, 6-44

Non-native Invasive Plants, ES-14, ES-15, 5.2-66, 5.3-22, 5.3-24, 5.3-25, 5.3-29, 5.3-32, 5.4-18, 5.4-19, 5.4-21, 5.4-25, 5.4-30, 5.5-28, 5.5-40, 5.6-26, 5.23-17, 5.23-22, 5.23-23, 5.23-25, 5.23-26

North Slope, 5.6-15

North Slope Borough, 1-19, 1-25, 1-33, 2-1, 5.2-17, 5.2-33, 5.2-83, 5.13-1, 5.13-8, 5.13-11

Notice of Intent, 5, 1-1, 1-15, 4-4

noxious weeds, 5.3-14, 5.4-19, 5.5-40

## O

Occupational Safety and Health Administration, 5.2-73, 5.15-105

Office of History and Archaeology, 1-32, 5.13-1, 5.13-4, 5.13-8, 5.13-9, 5.13-11, 5.13-16, 5.13-18, 5.13-25, 5.13-27, 5.13-30, 5.13-41, 5.23-55, 5.23-56

Oil Discharge Prevention and Contingency Plan, 2-26

Oklahoma, 5.7-24, 5.13-47

Operation and Maintenance, ES-20, ES-23, 2-27, 2-54, 2-59, 2-60, 5.10-8, 5.10-11, 5.12-31, 5.12-32, 5.12-34, 5.12-35, 5.12-36, 5.12-37, 5.12-38, 5.12-39, 5.12-41, 5.12-42, 5.12-46, 5.12-50, 5.15-124, 5.15-126, 5.15-131, 5.15-132, 5.19-7, 5.19-11, 5.23-7, 5.23-8, 5.23-9, 5.23-54, 6-5, 6-12

Operation and Material Sites, 5.1-22

operations
  abnormal, 2-60, 2-61, 5.19-7
  normal, 2-60, 5.18-4, 5.23-8
  operations impacts, 5-1

Operations Phase, 5.11-20, 5.11-21, 5.11-34

opportunistic, 5.5-38, 5.8-7, 5.15-37

ordinary high water mark, 5.2-67, 5.6-28, 5.6-31, 5.18-4, 10, 43, 74

organic matter, ES-13, 5.1-1, 5.1-8, 5.2-61, 5.4-4, 5.6-18, 6-26

overburden, 2-35, 5.1-19, 5.23-21

## P

Paleo-Arctic tradition, 5.13-4

paleontology, ES-12, ES-13, ES-24, 5.1-1, 5.1-18, 5.1-19, 5.1-20, 5.1-26, 5.1-27, 5.23-66, 5.23-68, 6-4, 6-26, 6-29, 6-46, 6-47, 6-48, 6-49, 6-50, 6-51

palsas, 5.11-7

palustrine, 5.4-4

palustrine emergent wetland, 5.4-3, 5.4-4, 5.4-10, 5.4-14, 5.4-22, 5.4-28, 5.4-32

palustrine forested wetland, 5.4-2, 5.4-14, 5.4-22, 5.4-28, 5.4-32, 6-6

palustrine scrub shrub wetland, 5.4-3, 5.4-10, 5.4-14, 5.4-22, 5.4-28, 5.4-32

Particulate Matter, 1-17, 5.15-85, 5.15-103, 5.15-104, 5.15-116, 5.15-124, 5.15-129, 5.15-132, 5.15-139, 5.15-140, 5.15-141, 5.15-143, 5.15-144, 5.15-145, 5.15-146, 5.15-147, 5.15-148, 5.15-149, 5.15-150, 5.15-152, 5.15-174, 5.15-185, 5.16-5, 5.16-6, 5.16-7, 5.16-8, 5.16-9, 5.16-11, 5.16-12, 5.16-16, 5.16-18, 5.16-21, 5.16-22, 5.16-24, 5.16-25, 5.16-26, 5.16-27, 5.16-28, 5.16-29, 5.16-30, 5.16-31, 5.16-32, 5.16-33, 5.16-34, 5.16-35, 5.16-36, 5.16-37, 5.23-61, 6-16, 6-27

pelagic, 5.7-13, 5.8-18

permafrost, ES-11, ES-12, ES-13, 2-36, 3-2, 4-14, 5.1-1, 5.1-4, 5.1-5, 5.1-6, 5.1-7, 5.1-8, 5.1-9, 5.1-10, 5.1-11, 5.1-13, 5.1-14, 5.1-18, 5.1-19, 5.1-20, 5.1-21, 5.1-22, 5.1-23, 5.1-24, 5.1-25, 5.2-8, 5.2-23, 5.2-24, 5.2-31, 5.2-33, 5.2-34, 5.2-41, 5.2-48, 5.2-55, 5.2-66, 5.2-71, 5.2-77, 5.3-2, 5.3-3, 5.3-4, 5.3-5, 5.3-32, 5.4-3, 5.4-29, 5.5-6, 5.6-33, 5.13-14, 5.23-4, 6-3, 6-4, 6-25, 6-26, 6-27, 6-29, 6-46, 6-47, 6-48, 6-49, 6-50, 6-51

permits, ES-11, ES-16, ES-17, ES-19, ES-24, ES-25, 1-1, 1-7, 1-8, 1-9, 1-10, 1-25, 1-27, 1-28, 1-29, 1-30, 1-31, 1-32, 1-33, 1-34, 2-26, 2-27, 2-35, 2-39, 2-40, 2-43, 2-46, 2-58, 4-5, 4-6, 4-9, 4-10, 4-19, 4-24, 4-25, 4-26, 5-1, 5.2-15, 5.2-16, 5.2-17, 5.2-63, 5.2-73, 5.4-13, 5.5-1, 5.5-2, 5.5-34, 5.5-35, 5.6-2, 5.6-9, 5.6-14, 5.6-18, 5.6-19, 5.6-20, 5.6-24, 5.6-25, 5.6-27, 5.6-30, 5.6-31, 5.8-1, 5.9-3, 5.9-7, 5.9-8, 5.9-9, 5.9-10, 5.9-11, 5.9-12, 5.9-14, 5.9-28, 5.9-29, 5.9-37, 5.9-40, 5.9-41, 5.9-43, 5.9-45, 5.9-46, 5.9-47, 5.9-51, 5.9-52, 5.9-55, 5.10-1, 5.10-3, 5.10-30, 5.10-31, 5.13-2, 5.15-87, 5.15-88, 5.15-98, 5.15-104, 5.15-125, 5.15-129, 5.15-154, 5.16-8, 5.16-10, 5.16-11, 5.16-12, 5.16-15, 5.16-17, 5.16-21, 5.16-22, 5.16-23, 5.16-26, 5.16-28, 5.16-29, 5.16-31, 5.16-32, 5.16-33, 5.16-35, 5.18-1, 5.18-2, 5.18-4, 5.18-6, 5.19-1, 5.19-13, 5.21-2, 5.22-4, 5.23-1, 5.23-2, 5.23-3, 5.23-6, 5.23-11, 5.23-17, 5.23-18, 5.23-20, 5.23-24, 5.23-26, 5.23-27, 5.23-36, 5.23-37, 5.23-38, 5.23-39, 5.23-43, 5.23-44, 5.23-53, 5.23-54, 5.23-61, 5.23-65, 5.23-66, 5.23-67, 5.23-68, 5.23-69, 5.23-70, 5.23-71, 5.23-72, 5.23-73, 5.23-74, 5.23-75, 5.23-76, 5.23-77, 5.23-78, 5.23-79, 5.23-80, 5.23-81, 5.23-82, 5.23-83, 5.23-84, 5.23-85, 5.23-86, 5.23-87, 5.23-88, 6-16, 6-36

petroleum hydrocarbon, 5.2-54

Petroleum Systems Integrity Office, 5.19-1, 5.19-14

photosynthesis, 5.3-23, 5.3-31, 5.4-29, 6-30, 6-31

pig, ES-20, 1-3, 2-1, 2-2, 2-14, 2-15, 2-17, 2-18, 2-22, 2-50, 5.2-74, 5.2-75, 5.4-25, 5.4-31, 5.10-34, 5.11-28, 5.11-29, 5.12-37, 5.12-38, 5.13-3, 5.135.23--37, 5.16-24, 5.16-32, 5.17-10, 5.22-2, 48, 6-11, 6-19

pig launcher, ES-20, 1-3, 2-2, 2-14, 2-15, 2-17, 2-18, 2-22, 2-50, 5.2-74, 5.2-75, 5.4-25, 5.10-34, 5.11-23, 5.11-28, 5.11-29, 5.12-37, 5.12-38, 5.13-3, 5.13-37, 5.16-24, 5.16-32, 5.17-13, 5.22-2, 5.23-48, 6-11, 6-19

pigging facilities, ES-11, 4-21, 5.2-63, 5.12-38

pipe

    bending, 2-34, 5.19-12

    stringing, 2-22, 2-32, 2-34, 2-39, 2-46, 5.4-11, 5.5-27, 5.5-33

    welding, 2-32, 2-34, 2-39, 2-46, 5.5-27, 5.19-2

pipe storage sites, ES-11, 4-21

Pipeline and Hazardous Materials Safety Administration, 1-1, 1-7, 1-8, 1-11, 1-23, 1-29, 2-48, 5.15-126, 5.15-127, 5.15-135, 5.15-178, 5.19-1, 5.19-2, 5.19-8, 5.19-10, 5.19-11, 5.19-13, 5.19-14

Pipeline Hazardous Material Safety Administration, 1-1, 1-7, 1-8, 1-11, 1-23, 1-29, 2-48, 5.15-126, 5.15-127, 5.15-135, 5.15-178, 5.19-1, 5.19-2, 5.19-8, 5.19-10, 5.19-11, 5.19-13, 5.19-14

Pipeline Route Alternatives, ES-6, ES-8, 4-1, 4-11, 4-14, 4-28

polychlorinated biphenyls, 5.2-7

Port of Anchorage, ES-17, ES-18, 5.7-1, 5.7-12, 5.7-13, 5.7-14, 5.7-15, 5.7-20, 5.7-21, 5.7-23, 5.8-3, 5.8-7, 5.8-8, 5.8-10, 5.8-18, 5.8-19, 5.18-6, 5.18-7, 5.18-8, 5.18-12, 5.23-44

Port of Seward, ES-17, ES-18, ES-26, 2-24, 5.6-19, 5.6-20, 5.7-1, 5.7-7, 5.7-13, 5.7-14, 5.7-15, 5.7-16, 5.7-17, 5.7-18, 5.7-20, 5.8-3, 5.8-4, 5.8-8, 5.8-9, 5.8-10, 5.8-18, 5.8-19, 5.18-6, 5.18-7, 5.18-8, 5.23-44

potential impacts, ES-13, ES-14, ES-15, ES-16, ES-17, ES-18, ES-21, ES-23, 1-1, 2-14, 2-42, 2-43, 3-5, 4-2, 4-17, 4-26, 5.1-23, 5.2-7, 5.2-61, 5.2-65, 5.2-66, 5.2-69, 5.2-71, 5.2-72, 5.2-73, 5.2-74, 5.2-75, 5.2-77, 5.3-18, 5.3-23, 5.3-31, 5.4-2, 5.4-13, 5.4-16, 5.4-17, 5.4-24, 5.4-25, 5.4-30, 5.4-34, 5.4-35, 5.5-26, 5.5-30, 5.5-35, 5.6-18, 5.6-19, 5.6-20, 5.6-24, 5.6-29, 5.6-33, 5.7-14, 5.7-23, 5.8-4, 5.8-16, 5.8-31, 5.9-1, 5.9-47, 5.10-27, 5.10-28, 5.10-30, 5.10-37, 5.11-1, 5.12-30, 5.15-8, 5.15-25, 5.16-15, 5.18-1, 5.18-8, 5.18-10, 5.19-6, 5.21-4, 5.22-

1, 5.22-3, 1, 10, 12, 17, 23, 26, 37, 44, 52, 6-8, 6-23, 6-28, 6-38, 6-45

Potentially Affected Communities, 5.15-12, 5.15-13, 5.15-14, 5.15-15, 5.15-25, 5.15-26, 5.15-27, 5.15-28, 5.15-29, 5.15-34, 5.15-35, 5.15-74, 5.15-76, 5.15-87, 5.15-103, 5.15-105, 5.15-109, 5.15-115, 5.15-119, 5.15-122, 5.15-123, 5.15-125, 5.15-129, 5.15-133, 5.15-134, 5.15-135, 5.15-136

prehistory, 5.13-3, 5.13-11

Preliminary Jurisdictional Determination, ES-15, 5.4-1, 5.4-2, 5.4-4, 5.4-33, 5.23-19

Prevention of Significant Deterioration, 1-9, 1-28, 1-30, 5.15-129, 5.16-8, 5.16-10, 5.16-11, 5.16-12, 5.16-16, 5.16-17, 5.16-22, 5.16-23, 5.16-26, 5.16-28, 5.16-29, 5.16-31, 5.16-35, 5.16-36, 5.23-61, 5.23-81, 6-16

Programmatic Agreement, 5.13-2, 5.13-9, 5.13-41, 5.13-45, 5.15-170, 5.15-172, 5.15-176

Project facilities, ES-3, ES-20, 2-1, 2-20, 2-54, 5.8-16, 5.9-7, 5.9-36, 5.9-53, 5.10-26, 5.10-30

Project Purpose and Need, 1-3, 1-7, 4-7

property value, 5.12-1, 5.12-25, 5.12-26, 5.12-27, 5.12-31, 5.12-32, 5.12-33, 5.12-34, 5.12-35, 5.12-36, 5.12-37, 5.12-39, 5.12-40, 5.12-41, 5.12-42, 5.12-46

public services, ES-19, 5.9-8, 5.9-38, 5.10-29, 5.10-30

Public Water Systems, 5.2-7, 5.2-9, 5.2-31, 5.2-38, 5.2-46, 5.2-51, 5.2-58

pump stations, 5.9-29, 5.13-18, 5.15-20

**Q**

**R**

railroad, ES-19, ES-21, ES-23, 2-22, 2-24, 2-27, 2-33, 2-46, 2-60, 4-11, 4-20, 5.3-27, 5.4-11, 5.5-25, 5.8-8, 5.9-26, 5.9-27, 5.9-45, 5.9-51, 5.9-56, 5.11-4, 5.11-8, 5.11-9, 5.11-13, 5.11-23, 5.13-14, 5.13-15, 5.13-18, 5.13-24, 5.13-37, 5.15-2, 5.15-91, 5.15-92, 5.15-93, 5.15-94, 5.15-95, 5.15-103, 5.19-2, 5.19-12, 5.22-2, 6-10, 6-15

reclamation, 1-32, 5.5-27, 5.9-14, 5.11-31, 5.22-2, 5.22-3, 5.23-11, 5.23-52

Record of Decision, 1-22, 4-25, 4-26, 5.9-40, 5.9-60, 5.9-61, 5.11-2, 5.11-35

Regional Integrated Resource Plan, 4-27

rehabilitation, ES-14, ES-15, ES-17, 5.1-20, 5.3-19, 5.3-22, 5.3-23, 5.3-24, 5.15-56, 5.23-18, 5.23-23, 5.23-25, 5.23-49, 6-31, 6-35

residential construction, 1-4, 1-5, 4-17, 5.2-6, 5.9-13, 5.9-29, 5.9-38, 5.9-50, 5.9-55, 5.11-8, 5.11-13, 5.11-14, 5.11-31, 5.15-33, 5.15-139, 5.15-140, 5.15-146, 5.15-147, 5.15-149, 5.15-150, 5.15-151, 5.16-5, 5.17-4, 5.21-1, 5.22-4

Resource Management Plans, 5.9-30, 5.10-4, 5.10-26, 5.11-2, 5.11-3

Resources Conservation and Recovery Act, 1-10, 1-28

responses, ES-1, ES-5, ES-6, ES-21, 1-10, 1-11, 1-15, 1-24, 1-28, 1-33, 2-26, 2-61, 3-7, 5.1-6, 5.1-14, 5.1-18, 5.2-7, 5.2-11, 5.2-19, 5.2-82, 5.3-34, 5.4-25, 5.4-26, 5.4-34, 5.5-41, 5.5-48, 5.6-40, 5.7-22, 5.8-32, 5.8-38, 5.12-52, 5.13-2, 5.13-8, 5.13-23, 5.15-5, 5.15-86, 5.15-99, 5.15-105, 5.15-134, 5.15-158, 5.15-165, 5.15-167, 5.15-178, 5.16-35, 5.16-36, 5.16-38, 5.17-2, 5.17-3, 5.18-9, 5.19-1, 5.19-7, 5.19-12, 5.23-8, 5.23-14, 5.23-34, 5.23-66, 5.23-68, 5.23-69, 6-14

restoration, 1-26, 2-35, 2-39, 2-40, 2-43, 5.3-24, 5.4-35, 5.9-47, 5.11-13, 5.11-29, 5.11-31, 5.19-7, 5.21-4, 5.22-2, 5.22-3, 5.23-18, 5.23-19, 5.23-37, 5.23-49

revegetation, ES-16, 2-35, 2-43, 5.1-20, 5.2-77, 5.3-14, 5.3-23, 5.3-24, 5.3-26, 5.3-35, 5.3-37, 5.4-18, 5.4-19, 5.4-35, 5.5-27, 5.5-28, 5.23-2, 5.23-16, 5.23-17, 5.23-18, 5.23-21, 5.23-24, 5.23-25, 5.23-49, 5.23-51, 5.23-52, 5.23-89

Richardson Highway Route Alternative, ES-8, 4-11, 4-13, 4-24

richness, 5.4-30

right-of-way, ES-1, ES-7, ES-8, ES-11, ES-13, ES-14, ES-15, ES-16, ES-18, ES-19, ES-20, ES-21, ES-22, ES-25, ES-26, 1-1, 1-7, 1-9, 1-10, 1-11, 1-25, 1-27, 1-32, 1-33, 2-15, 2-19, 2-20, 2-22, 2-24, 2-26, 2-28, 2-31, 2-34, 2-35, 2-36, 2-42, 2-48, 2-54, 2-57, 2-59, 2-60, 4-8, 4-11, 4-13, 4-19, 4-20, 4-21, 5.1-20, 5.1-21, 5.1-23, 5.1-24, 5.2-1, 5.2-2, 5.2-3, 5.2-4, 5.2-5, 5.2-9, 5.2-23, 5.2-24, 5.2-26, 5.2-36, 5.2-38, 5.2-40, 5.2-46, 5.2-50, 5.2-51, 5.2-60, 5.2-61, 5.2-63, 5.2-65, 5.2-66, 5.2-67, 5.2-68, 5.2-69, 5.2-71, 5.2-72, 5.2-73, 5.2-74, 5.2-75, 5.2-76, 5.2-80, 5.3-1, 5.3-6, 5.3-18, 5.3-19, 5.3-20, 5.3-21, 5.3-22, 5.3-23, 5.3-24, 5.3-25, 5.3-26, 5.3-27, 5.3-28, 5.3-29, 5.3-31, 5.3-32, 5.3-33, 5.4-1, 5.4-2, 5.4-11, 5.4-12, 5.4-13, 5.4-14, 5.4-15, 5.4-16, 5.4-17, 5.4-18, 5.4-19, 5.4-20, 5.4-21, 5.4-22, 5.4-23, 5.4-25, 5.4-27, 5.4-28, 5.4-29, 5.4-31, 5.4-33, 1, 2, 5.5-1, 5.5-2, 5.5-3, 5.5-4, 5.5-5, 5.5-10, 5.5-14, 5.5-16, 5.5-17, 5.5-19, 5.5-20, 5.5-24, 5.5-25, 5.5-26, 5.5-27, 5.5-28, 5.5-29, 5.5-30, 5.5-31, 5.5-33, 5.5-34, 5.5-35, 5.5-36, 5.5-37, 5.5-40, 5.6-1, 5.6-5, 5.6-9, 5.6-17, 5.6-20, 5.6-26, 5.6-28,

5.6-29, 5.6-30, 5.6-33, 5.7-19, 5.8-3, 5.8-4,
5.9-1, 5.9-2, 5.9-3, 5.9-5, 5.9-6, 5.9-8, 5.9-11,
5.9-12, 5.9-13, 5.9-15, 5.9-16, 5.9-17, 5.9-18,
5.9-19, 5.9-20, 5.9-21, 5.9-22, 5.9-23, 5.9-24,
5.9-25, 5.9-26, 5.9-27, 5.9-28, 5.9-29, 5.9-32,
5.9-33, 5.9-40, 5.9-41, 5.9-51, 5.9-52, 5.9-53,
5.9-54, 5.9-55, 5.9-56, 5.9-57, 5.9-58, 5.10-2,
5.10-3, 5.10-28, 5.10-29, 5.10-30, 5.10-32,
5.11-6, 5.11-7, 5.11-12, 5.11-13, 5.11-14,
5.11-19, 5.11-20, 5.11-31, 5.11-32, 5.11-33,
5.11-34, 5.12-28, 5.12-29, 5.12-31, 5.12-39,
5.12-40, 5.12-41, 5.12-42, 5.13-1, 5.13-3,
5.13-8, 5.13-9, 5.13-11, 5.13-15, 5.13-16,
5.13-25, 5.13-27, 5.13-28, 5.13-29, 5.13-30,
5.13-31, 5.13-32, 5.13-33, 5.13-35, 5.13-37,
5.13-38, 5.15-1, 5.15-2, 5.15-7, 5.15-13, 5.15-
14, 5.15-34, 5.15-101, 5.15-127, 5.15-130,
5.15-131, 5.15-133, 5.15-165, 5.16-21, 5.16-
33, 5.18-8, 5.18-9, 5.18-10, 5.19-2, 5.19-3,
5.19-12, 5.21-1, 5.21-2, 5.21-3, 5.21-4, 5.22-
1, 5.22-2, 5.22-3, 5.22-4, 5.22-5, 5.23-2, 5.23-
7, 5.23-12, 5.23-16, 5.23-18, 5.23-22, 5.23-
23, 5.23-24, 5.23-27, 5.23-29, 5.23-30, 5.23-
31, 5.23-32, 5.23-33, 5.23-36, 5.23-37, 5.23-
38, 5.23-45, 5.23-46, 5.23-48, 5.23-49, 5.23-
51, 5.23-55, 5.23-75, 5.23-76, 5.23-79, 5.23-
87, 6-3, 6-4, 6-5, 6-6, 6-7, 6-10, 6-11, 6-13, 6-
14, 6-16, 6-19, 6-24, 6-25, 6-30, 6-31, 6-32,
6-33, 6-35, 6-37, 6-38, 6-39, 6-40, 6-41, 6-44,
6-46, 6-47, 6-48, 6-49, 6-50, 6-51
riparian, ES-13, ES-16, ES-17, 5.2-65, 5.2-67,
5.2-68, 5.2-69, 5.2-77, 5.4-3, 5.5-5, 5.5-6,
5.5-7, 5.5-8, 5.5-14, 5.5-16, 5.5-17, 5.5-24,
5.5-26, 5.5-37, 5.6-19, 5.6-21, 5.6-23, 5.6-26,
5.6-28, 5.6-29, 5.6-32, 5.6-33, 5.6-34, 5.9-35,
5.10-22, 5.21-5, 5.22-3, 5.23-12, 5.23-40, 6-
33, 6-35, 6-44
riparian habitats, 5.5-6, 5.5-14, 5.5-16, 5.9-35,
5.21-5, 5.22-3
risk assessment, 5.15-5, 5.15-9, 5.15-12, 5.15-
89, 5.15-100, 5.15-102, 5.15-105, 5.15-109,
5.15-114, 5.15-116, 5.15-123, 5.15-125, 5.15-
127, 5.15-128, 5.15-129, 5.15-131, 5.15-132,
5.15-133, 5.15-135, 5.15-137, 5.15-153, 5.19-
2
roads
access roads, ES-1, ES-11, ES-17, 2-19, 2-27,
2-28, 2-46, 2-57, 4-21, 5.1-19, 5.2-61, 5.2-71,
5.2-72, 5.2-74, 5.2-76, 5.3-29, 5.3-31, 5.3-32,
5.4-13, 5.4-20, 5.4-27, 5.4-28, 5.4-29, 5.4-31,
5.5-24, 5.5-28, 5.5-29, 5.5-34, 5.5-35, 5.5-37,
5.5-40, 5.6-31, 5.9-15, 5.9-20, 5.9-21, 5.9-53,
5.10-27, 5.10-32, 5.10-35, 5.12-39, 5.12-40,
5.13-3, 5.13-37, 5.13-38, 5.15-2, 5.15-99,
5.15-130, 5.16-22, 5.16-24, 5.16-35, 5.21-2,
5.21-4, 5.22-3, 5.22-4, 5.23-12, 5.23-17, 5.23-

22, 5.23-23, 5.23-30, 5.23-31, 5.23-32, 5.23-
37, 5.23-45, 5.23-46, 5.23-47, 5.23-48, 5.23-
55, 6-7, 6-20, 6-32, 6-35, 6-37, 6-39, 6-41
highways, ES-8, ES-24, ES-25, ES-26, 1-6, 1-
33, 2-28, 2-33, 2-42, 2-46, 4-10, 4-11, 4-19,
4-20, 5.1-23, 5.1-27, 5.2-36, 5.2-63, 5.3-21,
5.3-26, 5.4-18, 5.4-21, 5.5-15, 5.5-35, 5.6-26,
5.6-28, 5.9-3, 5.9-8, 5.9-22, 5.9-36, 5.9-44,
5.10-2, 5.10-3, 5.10-4, 5.10-14, 5.10-19, 5.10-
20, 5.10-26, 5.10-27, 5.10-31, 5.10-39, 5.11-
1, 5.11-4, 5.11-7, 5.11-8, 5.11-13, 5.11-27,
5.11-28, 5.12-10, 5.12-30, 5.13-2, 5.13-9,
5.13-15, 5.13-18, 5.13-27, 5.13-32, 5.15-2,
5.15-17, 5.15-18, 5.15-19, 5.15-22, 5.15-68,
5.15-69, 5.15-90, 5.15-91, 5.15-93, 5.15-95,
5.15-103, 5.15-130, 5.16-14, 5.16-15, 5.18-1,
5.18-4, 5.19-13, 5.23-41, 5.23-45, 5.23-51,
5.23-53, 5.23-77
rut period, 5.5-30

**S**

Safe Drinking Water Act, 1-9, 5.2-5, 5.2-14
safety standards, 1-29, 2-17, 2-18, 2-35, 2-58,
5.15-126, 5.19-13
Section 106 National Historic Preservation Act,
1-32, 5.13-1, 5.13-2, 5.13-27, 5.13-28, 5.22-4,
5.23-55, 5.23-79
sedimentary rocks, 5.1-6
sedimentation, ES-13, ES-14, ES-16, ES-17,
5.1-18, 5.1-23, 5.2-61, 5.2-65, 5.2-66, 5.2-67,
5.2-68, 5.2-76, 5.2-77, 5.2-79, 5.2-80, 5.3-19,
5.4-2, 5.4-16, 5.4-20, 5.4-29, 5.4-30, 5.6-21,
5.6-23, 5.6-28, 5.6-32, 5.6-33, 5.6-34, 5.21-5,
5.23-10, 5.23-11, 5.23-12, 5.23-13, 5.23-14,
5.23-15, 5.23-23, 5.23-35, 5.23-37, 5.23-38,
5.23-39, 5.23-40, 5.23-41, 6-26, 6-29, 6-30,
6-33, 6-44, 6-45, 6-46, 6-48, 6-50
Sedimentation, Rehabilitation and Restoration
Plan, ES-16
sediments, 2-28, 2-33, 2-39, 5.1-4, 5.1-6, 5.1-7,
5.1-9, 5.1-10, 5.1-14, 5.1-17, 5.1-18, 5.1-23,
5.2-3, 5.2-11, 5.2-13, 5.2-21, 5.2-22, 5.2-23,
5.2-24, 5.2-27, 5.2-28, 5.2-39, 5.2-40, 5.2-47,
5.2-51, 5.2-52, 5.2-55, 5.2-59, 5.2-66, 5.2-76,
5.2-77, 5.3-3, 5.3-5, 5.3-19, 5.3-24, 5.4-3,
5.6-23, 5.6-25, 5.6-26, 5.6-33, 5.6-34, 5.6-35,
5.6-39, 5.6-40, 5.8-5, 5.13-29, 5.13-32, 5.13-
38, 5.15-84, 5.21-3, 5.23-5, 5.23-6, 5.23-13,
5.23-14, 5.23-20, 5.23-21, 6-5, 6-26, 6-27, 6-
29
Seward Electrical Association, 4-3
Significant Non-Complier, 5.2-5, 5.2-7, 5.2-9,
5.2-26, 5.2-31, 5.2-38, 5.2-46, 5.2-51, 5.2-58,
5.2-81

Social Determinants of Health, 5.15-6, 5.15-11, 5.15-117, 5.15-118

sociocultural, 5.13-1, 5.15-133, 5.15-155, 6-12

socioeconomics, ES-20, ES-25, 2-54, 3-6, 5.9-9, 5.12-1, 5.12-3, 5.12-18, 5.12-25, 5.12-26, 5.12-27, 5.12-30, 5.12-49, 5.15-9, 5.15-14, 5.15-26, 5.15-33, 5.15-82, 5.15-106, 5.15-123, 5.15-172, 5.23-52, 6-1, 6-12, 6-21, 6-23, 6-36, 6-39, 6-44

Soil and Water Conservation District, 5.9-27, 5.9-55

Soil Survey Geographic database, 5.9-61

soils, ES-11, ES-12, ES-15, ES-19, ES-23, ES-24, ES-25, 1-32, 2-19, 2-33, 2-34, 2-42, 2-43, 2-46, 2-48, 2-50, 3-2, 5.1-1, 5.1-4, 5.1-5, 5.1-7, 5.1-8, 5.1-9, 5.1-11, 5.1-13, 5.1-14, 5.1-19, 5.1-20, 5.1-21, 5.1-22, 5.1-23, 5.1-24, 5.1-26, 5.1-27, 5.2-7, 5.2-9, 5.2-33, 5.2-71, 5.2-72, 5.2-74, 5.2-75, 5.2-77, 5.2-79, 5.3-1, 5.3-2, 5.3-3, 5.3-4, 5.3-5, 5.3-19, 5.3-21, 5.3-22, 5.3-23, 5.3-24, 5.3-32, 5.3-35, 5.3-37, 5.4-1, 5.4-2, 5.4-3, 5.4-4, 5.4-11, 5.4-12, 5.4-13, 5.4-15, 5.4-16, 5.4-17, 5.4-18, 5.4-19, 5.4-20, 5.4-23, 5.4-25, 5.4-29, 5.4-30, 5.4-31, 5.4-33, 5.5-6, 5.5-27, 5.6-21, 5.6-24, 5.6-33, 5.6-34, 5.9-27, 5.9-37, 5.9-55, 5.11-12, 5.11-14, 5.11-22, 5.11-26, 5.11-28, 5.11-29, 5.11-31, 5.11-32, 5.12-30, 5.13-32, 5.15-84, 5.15-85, 5.16-21, 5.16-23, 5.17-9, 5.18-10, 5.19-2, 5.19-9, 5.19-12, 5.19-13, 5.23-4, 5.23-5, 5.23-6, 5.23-7, 5.23-10, 5.23-11, 5.23-12, 5.23-13, 5.23-14, 5.23-17, 5.23-18, 5.23-21, 5.23-22, 5.23-23, 5.23-25, 5.23-40, 5.23-41, 5.23-48, 5.23-49, 6-3, 6-4, 6-4, 6-11, 6-24, 6-25, 6-26, 6-28, 6-29, 6-30, 6-31, 6-35, 6-38, 6-46, 6-47, 6-48, 6-49, 6-50, 6-51

Sounds Pressure Level, 5.17-1

South Dakota, 5.8-13

SPCP, 2-26, 5.2-73, 5.2-75, 5.2-79, 5.15-86, 5.15-105, 5.15-129, 5.23-43

Special Flood Hazard Areas, 5.2-11

Special Recreation Management Areas, 5.9-32

Spill Prevention Control and Countermeasure Plan, 2-26, 5.2-73, 5.2-79, 5.15-105, 5.15-129

Spill Prevention, Control, and Countermeasure, 1-10, 1-28, 2-19, 5.2-71, 5.2-74, 5.15-86

spills, ES-23, 1-28, 1-31, 2-18, 2-19, 2-60, 5.2-7, 5.2-26, 5.2-66, 5.2-71, 5.2-74, 5.2-79, 5.4-25, 5.6-30, 5.6-33, 5.7-16, 5.8-5, 5.8-7, 5.8-8, 5.8-9, 5.8-10, 5.8-11, 5.8-15, 5.8-17, 5.8-18, 5.8-19, 5.10-30, 5.13-33, 5.15-85, 5.15-86, 5.19-13, 5.23-19, 5.23-42, 5.23-43, 6-26, 6-28, 6-29, 6-34, 6-35, 6-40

spoil, 2-20, 2-22, 2-33, 5.3-33, 5.4-11, 5.4-31, 5.13-32

staging area, 5.2-79, 5.5-2, 5.5-18, 5.21-4

staking, 5.13-8, 5.23-23

State Emergency Response Commission, 1-33

State Forest, 1-25, 5.10-6, 5.10-10, 5.10-21, 5.10-26, 5.10-28, 5.10-30, 5.10-31, 5.10-32, 5.10-33, 5.10-34, 5.10-35, 5.10-36, 5.10-37, 5.11-28, 5.11-30, 5.12-55, 5.15-174

State Historic Preservation Office, 1-32, 5.13-2

State Historic Preservation Officer, ES-13, 1-32, 5.13-2

State Implementation Plan, 5.15-143, 5.16-7, 5.16-10, 5.16-11, 5.16-12, 5.16-16, 5.16-36, 6-27

State Park, 5.3-15, 5.3-17, 5.3-18, 5.9-5, 5.9-29, 5.9-36, 5.9-51, 5.10-2, 5.10-6, 5.10-8, 5.10-22, 5.10-23, 5.10-28, 5.10-30, 5.10-31, 5.10-34, 5.10-35, 5.10-36, 5.11-4, 5.11-9, 5.11-14, 5.11-25, 5.11-28, 5.11-30

State Pipeline Coordinators Office, ES-1, 1-1, 1-7, 1-8, 1-11, 1-23, 5.9-6

State Recreational Area, 5.9-5, 5.10-2, 5.10-6, 5.10-9, 5.10-10, 5.10-23, 5.10-24, 5.10-28, 5.10-30, 5.10-34, 5.10-36

stock, ES-14, ES-15, ES-18, 2-43, 5.2-18, 5.2-19, 5.2-20, 5.2-21, 5.4-17, 5.4-18, 5.6-2, 5.6-11, 5.7-1, 5.7-7, 5.7-8, 5.7-9, 5.7-10, 5.7-11, 5.7-12, 5.7-17, 5.8-6, 5.8-7, 5.8-8, 5.8-19, 5.8-32, 5.8-33, 6-30, 6-46, 6-48, 6-50

Storm Water Pollution Prevention Plan, 2-27, 2-33, 2-39, 5.2-77, 5.3-19, 5.3-24, 5.15-3, 5.23-7, 5.23-17

Stormwater Pollution Prevention Plan, 2-27, 2-33, 2-39, 5.2-77, 5.3-19, 5.3-24, 5.15-3, 5.23-7, 5.23-17

straddle and off-take facility, ES-11, ES-20, 1-3, 2-1, 2-2, 2-14, 2-15, 2-16, 2-17, 2-18, 2-22, 2-48, 2-50, 4-14, 4-15, 4-21, 5.2-72, 5.2-73, 5.2-74, 5.4-26, 5.5-39, 5.5-40, 5.10-33, 5.11-12, 5.11-23, 5.11-25, 5.11-28, 5.12-36, 5.12-38, 5.13-3, 5.13-35, 5.13-36, 5.13-38, 5.13-39, 5.15-14, 5.16-9, 5.16-12, 5.16-14, 5.16-24, 5.16-25, 5.16-29, 5.16-32, 5.17-10, 5.17-11, 5.17-12, 5.22-2, 5.23-48, 5.23-61, 6-1, 6-11, 6-12, 6-19

subnivean, 5.8-16

substrate, ES-16, 2-42, 5.2-65, 5.3-34, 5.6-2, 5.6-21, 5.6-23, 5.6-24, 5.6-26, 5.6-34, 5.7-14, 5.23-37, 5.23-39, 5.23-41, 5.23-44

Subsurface water that is recharged by infiltration and enters streams through seepage and springs, ES-13, ES-14, ES-23, 2-19, 2-34, 5.2-1, 5.2-4, 5.2-5, 5.2-6, 5.2-7, 5.2-8, 5.2-9, 5.2-11, 5.2-14, 5.2-19, 5.2-20, 5.2-22, 5.2-24, 5.2-31, 5.2-33, 5.2-41, 5.2-45, 5.2-46, 5.2-48, 5.2-58, 5.2-61, 5.2-66, 5.2-69, 5.2-71, 5.2-73, 5.2-74, 5.2-75, 5.2-76, 5.2-77, 5.2-79, 5.4-3, 5.4-4, 5.6-3, 5.6-35, 5.15-11, 5.15-84, 5.15-

85, 5.19-13, 5.21-3, 5.23-10, 5.23-77, 5.23-86, 5.23-87, 6-5, 6-26, 6-27, 6-29

succession, 5.3-4, 5.3-25, 5.3-26, 5.3-34, 5.4-18, 5.4-21, 5.5-29, 5.8-20, 5.13-5

Supervisory Control and Data Acquisition, 2-60, 5.15-134

surface water, ES-13, 2-28, 2-35, 2-42, 5.2-1, 5.2-3, 5.2-4, 5.2-5, 5.2-6, 5.2-7, 5.2-8, 5.2-9, 5.2-19, 5.2-24, 5.2-26, 5.2-27, 5.2-31, 5.2-33, 5.2-36, 5.2-38, 5.2-40, 5.2-50, 5.2-51, 5.2-61, 5.2-63, 5.2-65, 5.2-66, 5.2-67, 5.2-71, 5.2-75, 5.2-76, 5.2-77, 5.2-79, 5.2-84, 5.3-3, 5.4-3, 5.6-5, 5.6-24, 5.6-29, 5.6-30, 5.6-31, 5.6-35, 5.15-84, 5.15-88, 5.21-3, 5.22-3, 5.23-11, 5.23-12, 5.23-15, 5.23-23, 5.23-24, 5.23-86, 5.23-87, 6-5, 6-19, 6-21, 6-24, 6-25, 6-26, 6-27, 6-29, 6-33, 6-44

surveying, 2-31, 5.3-14, 5.3-19, 5.13-3, 5.13-8

Susitna Matanuska Area Plan, 5.9-35, 5.9-36, 5.9-42, 5.9-43

Synthetic Organic Contaminants, 5.2-7

System Alternatives, ES-6, ES-7, 4-1, 4-7

**T**

taiga, 5.3-36, 5.5-8, 5.5-26

tank farm, ES-25, 2-16, 2-19, 5.15-8, 5.17-11

tank farms, 2-19

temperate, 5.2-31, 5.7-7, 5.7-9, 5.7-10

Temporary Construction Easement, 2-24, 2-42, 4-14, 4-17, 5.9-27, 5.9-58

Temporary Extra Workspaces, ES-1, 2-15, 2-22, 2-24, 2-31, 2-48, 4-15, 4-17, 5.3-18, 5.3-20, 5.3-25, 5.3-26, 5.3-27, 5.3-28, 5.3-33, 5.3-34, 5.4-2, 5.4-11, 5.4-13, 5.4-31, 5.4-34, 5.5-24, 5.5-29, 5.5-41, 5.9-18, 5.9-24, 5.9-25, 5.9-27, 5.9-40, 5.9-41, 5.9-42, 5.9-43, 5.9-44, 5.9-44, 5.9-45, 5.9-46, 5.9-48, 5.9-49, 5.9-49, 5.9-50, 5.9-54, 5.23-12, 5.23-23, 6-30, 6-35

terrorism, ES-23, 5.19-11, 6-28, 6-29

Thermo-Electric-Generator, 2-50, 2-52

thermokarst, 5.1-10, 5.1-14, 5.2-33, 5.2-71, 5.3-32, 5.4-29, 6-31

thermoregulation, 5.7-7

thoracic, 5.7-10

Threatened & Endangered Species, ES-18, 3-5, 5.3-32, 5.7-1, 5.8-1, 5.8-37, 44, 6-9

threshold, 5.7-15, 5.12-19, 5.15-8, 5.16-10, 5.16-11, 5.16-15, 5.16-16, 5.16-17, 5.16-22, 5.16-24, 5.16-27, 5.16-28, 5.16-30, 5.16-32, 5.16-34, 5.16-35, 5.16-36, 5.17-3, 5.17-8, 5.17-9, 5.17-11, 5.17-12, 5.17-13, 5.17-14, 5.17-15, 5.17-16, 6-36

Thule people, 5.13-6

till, 5.1-4, 5.1-11, 5.3-3

Tons Per Year, 5.15-150, 5.16-10, 5.16-11, 5.16-12, 5.16-14, 5.16-16, 5.16-17, 5.16-22, 5.16-24, 5.16-25, 5.16-27, 5.16-28, 5.16-29, 5.16-30, 5.16-32, 5.16-33, 5.16-34, 5.16-35, 5.16-36, 82

topsoil, ES-14, 2-20, 2-33, 2-34, 2-43, 5.1-19, 5.1-20, 5.3-19, 5.3-22, 5.3-23, 5.4-17, 5.10-29, 5.13-29, 5.23-18, 5.23-21, 5.23-24, 5.23-49, 5.23-50, 6-30, 6-31, 6-46, 6-48, 6-50

topsoil segregation, 5.1-20

total maximum daily load, 5.2-22, 5.2-54, 5.2-55, 5.2-69

traditional cultural properties, 5.13-32, 5.13-37, 5.22-3, 6-20

Traditional Cultural Properties, 5.13-32, 5.13-37

traditional knowledge, 5.6-20

Traditional Land Use Inventory, 5.13-1, 5.13-11, 5.13-30, 5.13-47

Trans Alaska Pipeline System, ES-19, ES-23, ES-25, ES-26, 2-26, 2-46, 4-9, 4-11, 4-14, 5.1-20, 5.1-24, 5.2-5, 5.2-6, 5.2-23, 5.2-26, 5.2-32, 5.2-34, 5.2-38, 5.2-40, 5.2-43, 5.2-46, 5.2-48, 5.2-51, 5.2-63, 5.2-76, 5.2-83, 5.3-1, 5.3-21, 5.3-22, 5.3-24, 5.3-26, 5.3-33, 5.4-18, 5.4-21, 5.4-30, 5.5-25, 5.5-27, 5.5-28, 5.5-34, 5.5-35, 5.5-47, 5.6-9, 5.6-17, 5.6-26, 5.9-26, 5.9-27, 5.9-32, 5.9-44, 5.9-51, 5.9-56, 5.11-7, 5.11-26, 5.11-27, 5.11-30, 5.13-8, 5.13-9, 5.13-11, 5.13-12, 5.13-30, 5.13-31, 5.15-79, 5.15-80, 5.15-81, 5.15-90, 5.15-106, 5.15-107, 5.15-110, 5.15-111, 5.15-112, 5.15-119, 5.15-120, 5.15-130, 5.15-134, 5.15-157, 5.15-174, 5.19-12, 5.19-13, 5.23-41, 6-10

TransCanada Alaska Company, LLC, 1-6

transient non-community, 5.23-85

Transportation Research Board, 5.15-177

trenching, 15, 19, 2-20, 2-31, 2-32, 2-34, 2-39, 2-43, 2-54, 5.1-19, 5.4-17, 5.5-27, 5.11-12, 5.11-32, 5.15-2, 5.23-22, 5.23-27, 5.23-28, 5.23-48, 6-11, 6-26, 6-30, 6-31, 6-35, 6-46, 6-47, 6-48, 6-49, 6-50, 6-51

tributary, ES-17, 5.6-12, 5.6-31

**U**

Unanticipated Discovery Plan, 5.13-32, 5.13-40, 6-13

United Nations Framework Convention on Climate Change, 5.16-1, 5.16-4, 5.16-39

United States, 1-1, 1-7, 1-8, 1-9, 1-11, 1-12, 1-27, 1-28, 1-29, 1-30, 2-15, 2-61, 5.1-1, 5.1-25, 5.1-27, 5.2-1, 5.2-4, 5.2-8, 5.2-14, 5.2-15, 5.2-16, 5.2-83, 5.2-84, 5.3-7, 5.3-21, 5.3-22, 5.3-35, 5.3-36, 5.4-1, 5.4-18, 5.4-24, 5.4-34, 5.4-35, 5.5-18, 5.5-42, 5.5-44, 5.6-35, 5.6-37,

5.6-38, 5.6-39, 5.8-1, 5.8-12, 5.9-5, 5.9-27, 5.9-33, 5.9-34, 5.9-55, 5.10-1, 5.10-3, 5.11-35, 5.12-1, 5.12-3, 5.12-4, 5.12-11, 5.12-15, 5.12-18, 5.12-21, 5.12-29, 5.12-54, 5.13-2, 5.13-12, 5.13-15, 5.13-23, 5.13-24, 5.13-50, 5.13-51, 5.15-34, 5.15-35, 5.15-49, 5.15-54, 5.15-55, 5.15-61, 5.15-66, 5.15-68, 5.15-71, 5.15-74, 5.15-75, 5.15-76, 5.15-77, 5.15-96, 5.15-101, 5.15-113, 5.15-114, 5.15-142, 5.15-168, 5.15-169, 5.15-170, 5.15-179, 5.15-183, 5.15-184, 5.16-6, 5.16-8, 5.16-16, 5.16-24, 5.16-35, 5.16-40, 5.18-1, 5.18-2, 5.18-4, 5.19-1, 5.19-14, 5.21-1, 5.22-1, 5.23-65, 6-6

United States Army Corps of Engineers, ES-1, ES-5, 1-1, 1-6, 1-7, 1-8, 1-9, 1-12, 1-13, 1-14, 1-15, 1-16, 1-18, 1-20, 1-22, 1-23, 1-24, 1-27, 1-32, 1-35, 2-39, 3-7, 4-24, 4-25, 4-26, 4-27, 5.1-27, 5.2-15, 5.2-16, 5.3-32, 5.4-1, 5.4-2, 5.4-35, 5.8-1, 5.8-38, 5.12-49, 5.12-52, 5.13-2, 5.13-8, 5.13-50, 5.15-1, 5.15-4, 5.15-6, 5.15-7, 5.15-13, 5.15-183, 5.15-185, 5.18-2, 5.18-6, 5.18-7, 5.18-9, 5.18-10, 5.18-11, 5.18-12, 5.18-13, 5.22-4, 5.23-19, 5.23-20, 5.23-21, 5.23-55, 5.23-56, 5.23-64, 5.23-6-18, 6-22

United States Coast Guard, 1-1, 1-7, 1-8, 1-11, 1-23, 1-29, 5.2-16, 5.18-1, 5.18-2, 5.18-3, 5.18-6, 5.18-8

United States Code, 1-1, 1-6, 1-7, 1-8, 1-9, 1-10, 1-11, 1-25, 1-27, 1-28, 1-29, 1-30, 1-31, 1-32, 1-33, 4-25, 5.2-14, 5.4-10, 5.5-1, 5.5-17, 5.9-2, 5.13-2, 5.15-105, 5.16-8, 5.18-1, 5.21-1, 5.22-1

United States Department of Agriculture, 5.1-27, 5.3-35, 5.9-27, 5.9-55, 5.9-61

United States Department of Defense, 5.9-1, 5.9-5, 5.9-11

United States Department of the Interior, 5.13-48, 5.13-49

United States Department of Transportation, ES-22, 1-11, 1-23, 1-29, 2-18, 2-28, 2-33, 2-34, 2-35, 2-54, 2-58, 2-60, 5.3-22, 5.15-96, 5.18-11, 5.19-1, 5.19-2, 5.19-3, 5.19-6, 5.19-7, 5.23-28, 6-18

United States Environmental Protection Agency, ES-5, 1-20, 5.16-35, 5.17-17

United States Fish and Wildlife Service, ES-18, 1-12, 1-29, 1-31, 3-5, 3-7, 5.3-32, 5.4-2, 5.4-16, 5.4-35, 5.5-1, 5.5-2, 5.5-3, 5.5-17, 5.5-25, 5.5-48, 5.7-1, 5.8-1, 5.8-2, 5.8-3, 5.8-4, 5.8-5, 5.8-7, 5.8-8, 5.8-9, 5.8-11, 5.8-12, 5.8-15, 5.8-17, 5.8-18, 5.8-19, 5.8-21, 5.8-23, 5.8-24, 5.8-25, 5.8-27, 5.8-30, 5.8-37, 5.8-38, 5.9-1, 5.9-5, 5.9-34, 5.9-61, 5.10-1, 5.10-5, 5.10-19, 5.10-20, 5.10-39, 5.21-4, 5.23-5, 5.23-30, 5.23-32, 5.23-33, 5.23-44, 5.23-45, 5.23-59

United States Geological Survey, 4-3, 5.1-1, 5.1-5, 5.1-15, 5.1-27, 5.2-1, 5.2-2, 5.2-3, 5.2-4, 5.2-5, 5.2-6, 5.2-7, 5.2-8, 5.2-9, 5.2-11, 5.2-13, 5.2-26, 5.2-28, 5.2-31, 5.2-33, 5.2-34, 5.2-37, 5.2-38, 5.2-39, 5.2-45, 5.2-46, 5.2-47, 5.2-48, 5.2-49, 5.2-50, 5.2-51, 5.2-52, 5.2-58, 5.2-59, 5.2-60, 5.2-64, 5.2-70, 5.2-72, 5.2-73, 5.2-74, 5.2-83, 5.2-84, 5.3-35, 5.9-14, 5.9-16, 5.9-17, 5.9-18, 5.9-19, 5.9-21, 5.9-25, 5.9-54, 5.9-61, 5.13-8, 5.13-14, 5.13-50, 5.16-1, 5.16-40

US Army Corps of Engineers, ES-1, ES-5, 1-1, 1-6, 1-7, 1-8, 1-9, 1-12, 1-13, 1-14, 1-15, 1-16, 1-18, 1-20, 1-22, 1-23, 1-24, 1-27, 1-32, 1-35, 2-39, 3-7, 4-24, 4-25, 4-26, 4-27, 5.1-27, 5.2-15, 5.2-16, 5.3-32, 5.4-1, 5.4-2, 5.4-35, 5.8-1, 5.8-38, 5.12-49, 5.12-52, 5.13-2, 5.13-8, 5.13-50, 5.15-1, 5.15-4, 5.15-6, 5.15-7, 5.15-13, 5.15-183, 5.15-185, 5.18-2, 5.18-6, 5.18-7, 5.18-9, 5.18-10, 5.18-11, 5.18-12, 5.18-13, 5.22-4, 5.23-19, 5.23-20, 5.23-21, 5.23-55, 5.23-56, 5.23-64, 6-18, 6-22

US Coast Guard, 1-1, 1-7, 1-8, 1-11, 1-23, 1-29, 5.2-16, 5.18-1, 5.18-2, 5.18-3, 5.18-6, 5.18-8

US Department of Agriculture, 5.1-27, 5.3-35, 5.9-27, 5.9-55, 5.9-61

US Department of Transportation, ES-22, 1-11, 1-23, 1-29, 2-18, 2-28, 2-33, 2-34, 2-35, 2-54, 2-58, 2-60, 5.3-22, 5.15-68, 5.15-96, 5.18-11, 5.19-1, 5.19-2, 5.19-3, 5.19-6, 5.19-7, 5.23-28, 6-18

US Environmental Protection Agency, ES-5, 1-20, 5.16-35, 5.17-17

US Fish and Wildlife Service, ES-18, 1-12, 1-29, 1-31, 3-5, 3-7, 5.3-32, 5.4-2, 5.4-16, 5.4-35, 5.5-1, 5.5-2, 5.5-3, 5.5-17, 5.5-25, 5.5-48, 5.7-1, 5.8-1, 5.8-2, 5.8-3, 5.8-4, 5.8-5, 5.8-7, 5.8-8, 5.8-9, 5.8-11, 5.8-12, 5.8-15, 5.8-17, 5.8-18, 5.8-19, 5.8-21, 5.8-23, 5.8-24, 5.8-25, 5.8-27, 5.8-30, 5.8-37, 5.8-38, 5.9-1, 5.9-5, 5.9-34, 5.9-61, 5.10-1, 5.10-5, 5.10-19, 5.10-20, 5.10-39, 5.21-4, 5.23-5, 5.23-30, 5.23-32, 5.23-33, 5.23-44, 5.23-45, 5.23-59

US Geological Survey, 4-3, 5.1-1, 5.1-5, 5.1-15, 5.1-27, 5.2-1, 5.2-2, 5.2-3, 5.2-4, 5.2-5, 5.2-6, 5.2-7, 5.2-8, 5.2-9, 5.2-11, 5.2-13, 5.2-26, 5.2-28, 5.2-31, 5.2-33, 5.2-34, 5.2-37, 5.2-38, 5.2-39, 5.2-45, 5.2-46, 5.2-47, 5.2-48, 5.2-49, 5.2-50, 5.2-51, 5.2-52, 5.2-58, 5.2-59, 5.2-60, 5.2-64, 5.2-70, 5.2-72, 5.2-73, 5.2-74, 5.2-83, 5.2-84, 5.3-35, 5.9-14, 5.9-16, 5.9-17, 5.9-18, 5.9-19, 5.9-21, 5.9-25, 5.9-54, 5.9-61, 5.13-8, 5.13-14, 5.13-50, 5.16-1, 5.16-40

## V

variance, 5.23-84

vegetation, ES-12, ES-13, ES-14, ES-15, ES-16, ES-17, ES-19, ES-20, ES-25, 1-32, 2-19, 2-36, 2-59, 3-2, 3-4, 4-17, 4-19, 5.1-1, 5.1-20, 5.1-21, 5.1-22, 5.1-23, 5.2-4, 5.2-23, 5.2-63, 5.2-65, 5.2-66, 5.2-67, 5.2-68, 5.2-69, 5.2-71, 5.2-77, 5.2-80, 5.3-1, 5.3-2, 5.3-3, 5.3-4, 5.3-5, 5.3-6, 5.3-7, 5.3-18, 5.3-19, 5.3-20, 5.3-21, 5.3-22, 5.3-23, 5.3-24, 5.3-25, 5.3-26, 5.3-27, 5.3-28, 5.3-29, 5.3-30, 5.3-31, 5.3-32, 5.3-33, 5.3-34, 5.3-35, 5.3-36, 5.3-37, 5.4-1, 5.4-2, 5.4-3, 5.4-13, 5.4-16, 5.4-17, 5.4-18, 5.4-19, 5.4-20, 5.4-21, 5.4-29, 5.4-30, 1, 5.5-3, 5.5-5, 5.5-6, 5.5-10, 5.5-11, 5.5-12, 5.5-13, 5.5-16, 5.5-24, 5.5-26, 5.5-27, 5.5-28, 5.5-29, 5.5-34, 5.5-35, 5.5-37, 5.5-40, 5.5-48, 5.6-23, 5.6-26, 5.6-28, 5.6-29, 5.6-30, 5.6-32, 5.6-33, 5.6-34, 5.8-2, 5.10-23, 5.10-30, 5.11-4, 5.11-8, 5.11-9, 5.11-12, 5.11-13, 5.11-14, 5.11-19, 5.11-22, 5.11-24, 5.11-26, 5.11-27, 5.11-28, 5.11-29, 5.11-30, 5.11-31, 5.11-32, 5.11-33, 5.11-34, 5.12-40, 5.13-20, 5.13-28, 5.13-29, 5.13-32, 5.13-33, 5.21-3, 5.21-4, 5.21-5, 5.22-2, 5.22-3, 5.23-12, 5.23-14, 5.23-16, 5.23-17, 5.23-18, 5.23-19, 5.23-20, 5.23-21, 5.23-22, 5.23-23, 5.23-24, 5.23-25, 5.23-26, 5.23-32, 5.23-33, 5.23-42, 5.23-45, 5.23-48, 5.23-49, 5.23-50, 5.23-51, 5.23-52, 6-4, 6-5, 6-6, 6-11, 6-12, 6-19, 6-24, 6-26, 6-30, 6-31, 6-32, 6-33, 6-35, 6-44, 6-46, 6-46, 6-48, 6-50

vertical support members, 2-20, 3-2, 5.2-77

Vertical Support Members, 2-36, 2-37, 3-2, 3-6

vibration decibels, 5.15-8, 5.17-3, 5.17-4, 5.17-7, 5.17-8, 5.17-9, 5.17-11, 5.17-12, 5.17-13, 5.17-14, 5.17-15, 5.17-16

visual resource management, 5.11-1, 5.11-2, 5.11-3, 5.11-9, 5.11-12, 5.11-15, 5.11-21, 5.11-26, 5.11-27, 5.11-32, 5.11-35, 6-11

Visual Resource Management, 5.11-1, 5.11-2, 5.11-3, 5.11-9, 5.11-12, 5.11-15, 5.11-21, 5.11-26, 5.11-27, 5.11-32, 5.11-35, 6-11

visual resources, ES-11, ES-25, 3-6, 4-21, 5.11-1, 5.11-2, 5.11-3, 5.11-4, 5.11-12, 5.11-13, 5.11-23, 5.11-26, 5.11-27, 5.11-30, 5.11-32, 5.12-26, 5.12-40, 5.12-48, 5.23-48, 5.23-50, 5.23-51, 5.23-52, 6-23, 6-24, 6-25, 6-38, 6-39, 6-41, 6-44, 6-45, 6-46, 6-47, 6-48, 6-49, 6-50, 6-51

Volatile Organic Compounds, 5.15-10, 5.15-103, 5.15-129, 5.16-11, 5.16-18, 5.16-25, 5.16-27, 5.16-29, 5.16-30, 5.16-33, 5.16-36

## W

water body, 5.6-19, 5.6-24, 5.10-27, 5.15-86, 6-5, 6-8, 6-27

water crossing, ES-13

Water Quality Standards, 5.2-13, 5.2-18, 5.2-22, 5.2-27, 5.2-28, 5.2-38, 5.2-39, 5.2-40, 5.2-46, 5.2-47, 5.2-48, 5.2-51, 5.2-52, 5.2-54, 5.2-55, 5.2-58, 5.2-59

water resources, ES-13, ES-25, 1-32, 3-4, 5.1-23, 5.2-1, 5.2-13, 5.2-61, 5.2-63, 5.2-65, 5.2-66, 5.2-67, 5.2-68, 5.2-69, 5.2-71, 5.2-72, 5.2-73, 5.2-74, 5.2-75, 5.2-76, 5.2-77, 5.2-78, 5.2-80, 5.2-84, 5.4-17, 5.4-34, 5.6-37, 5.6-39, 5.10-1, 5.10-29, 5.15-7, 5.15-9, 5.18-1, 5.21-3, 5.21-4, 5.22-3, 5.23-10, 5.23-36, 6-26

waterbodies, ES-13, ES-22, ES-25, 2-24, 2-31, 2-33, 2-34, 2-36, 2-39, 2-40, 2-42, 3-4, 3-7, 5.1-23, 5.2-3, 5.2-6, 5.2-13, 5.2-22, 5.2-27, 5.2-40, 5.2-54, 5.2-61, 5.2-63, 5.2-71, 5.2-79, 5.4-3, 5.4-20, 5.6-1, 5.6-2, 5.6-5, 5.6-20, 5.6-23, 5.6-24, 5.6-26, 5.6-30, 5.6-31, 5.6-35, 5.8-21, 5.9-43, 5.18-3, 5.18-11, 5.21-3, 5.23-10, 5.23-11, 5.23-12, 5.23-15, 5.23-38, 5.23-39, 5.23-41, 5.23-42

watershed, 5.2-1, 5.2-3, 5.2-5, 5.2-6, 5.2-11, 5.2-23, 5.2-24, 5.2-26, 5.2-27, 5.2-28, 5.2-33, 5.2-34, 5.2-35, 5.2-36, 5.2-37, 5.2-38, 5.2-39, 5.2-40, 5.2-41, 5.2-45, 5.2-46, 5.2-47, 5.2-48, 5.2-49, 5.2-50, 5.2-51, 5.2-52, 5.2-54, 5.2-55, 5.2-58, 5.2-59, 5.2-60, 5.2-63, 5.2-64, 5.2-68, 5.2-70, 5.6-2, 5.6-25, 5.23-19

weather, 2-31, 2-54, 5.2-54, 5.7-19, 5.8-24, 5.8-27, 5.8-30, 5.11-13, 5.15-2, 5.15-142, 5.15-150, 5.17-1, 5.17-8, 5.19-9, 5.19-14

Western Area Power Administration, 5.5-41, 5.5-47, 5.7-10, 5.7-24, 5.8-3, 5.8-6, 5.8-9, 5.8-17, 5.8-34, 5.8-36, 5.9-44, 5.13-13, 5.13-14, 5.13-42, 5.13-48, 5.15-61, 5.15-170, 5.16-22, 5.16-24, 5.16-35

wetland, ES-8, ES-15, 2-22, 2-36, 2-43, 2-46, 3-4, 4-13, 4-15, 4-20, 4-21, 5.2-7, 5.2-14, 5.2-71, 5.3-1, 5.3-2, 5.3-4, 5.3-6, 5.3-20, 5.3-26, 5.3-30, 5.4-1, 5.4-2, 5.4-4, 5.4-11, 5.4-12, 5.4-13, 5.4-14, 5.4-15, 5.4-16, 5.4-17, 5.4-18, 5.4-19, 5.4-20, 5.4-21, 5.4-22, 5.4-23, 5.4-24, 5.4-25, 5.4-26, 5.4-27, 5.4-28, 5.4-29, 5.4-30, 5.4-31, 5.4-32, 5.4-33, 5.5-5, 5.5-10, 5.5-17, 5.5-29, 5.5-35, 5.5-37, 5.5-39, 5.5-40, 5.8-21, 5.9-16, 5.9-17, 5.9-18, 5.9-19, 5.9-20, 5.9-21, 5.11-31, 5.11-33, 5.15-86, 5.21-3, 5.21-5, 5.23-12, 5.23-19, 5.23-20, 5.23-21, 5.23-22, 5.23-23, 5.23-24, 5.23-25, 6-6, 6-7, 6-12, 6-23, 6-31

wetlands, ES-8, ES-11, ES-15, ES-25, 1-1, 1-6, 1-7, 1-26, 1-27, 1-28, 2-20, 2-22, 2-24, 2-31, 2-33, 2-34, 2-36, 2-39, 2-43, 2-46, 2-61, 3-4, 4-11, 4-13, 4-15, 4-17, 4-19, 4-20, 4-21, 4-26, 4-27, 5.1-23, 5.2-1, 5.2-3, 5.2-5, 5.2-7, 5.2-14, 5.2-15, 5.2-61, 5.2-63, 5.2-71, 5.3-1, 5.3-2, 5.3-3, 5.3-4, 5.3-5, 5.3-6, 5.3-7, 5.3-18, 5.3-20, 5.3-26, 5.3-27, 5.3-30, 5.3-34, 5.3-37, 5.4-1, 5.4-2, 5.4-3, 5.4-4, 5.4-5, 5.4-6, 5.4-7, 5.4-8, 5.4-9, 5.4-10, 5.4-11, 5.4-12, 5.4-13, 5.4-14, 5.4-15, 5.4-16, 5.4-17, 5.4-18, 5.4-19, 5.4-20, 5.4-21, 5.4-22, 5.4-23, 5.4-24, 5.4-25, 5.4-26, 5.4-27, 5.4-28, 5.4-29, 5.4-30, 5.4-31, 5.4-32, 5.4-33, 5.4-34, 5.4-35, 5.5-5, 5.5-10, 5.5-17, 5.5-29, 5.5-34, 5.5-35, 5.5-36, 5.5-37, 5.5-38, 5.5-39, 5.5-40, 5.5-41, 5.6-1, 5.6-2, 5.6-24, 5.6-35, 5.8-21, 5.8-25, 5.9-7, 5.9-16, 5.9-17, 5.9-18, 5.9-19, 5.9-20, 5.9-21, 5.9-58, 5.10-25, 5.11-4, 5.11-7, 5.11-24, 5.11-25, 5.11-28, 5.11-31, 5.11-33, 5.15-11, 5.15-86, 5.21-3, 5.21-5, 5.22-3, 5.23-2, 5.23-12, 5.23-19, 5.23-20, 5.23-21, 5.23-22, 5.23-23, 5.23-24, 5.23-25, 5.23-47, 5.23-65, 5.23-66, 5.23-68, 5.23-69, 5.23-70, 5.23-89, 6-5, 6-6, 6-7, 6-12, 6-23, 6-24, 6-25, 6-30, 6-31, 6-35, 6-46, 6-48, 6-50
wintering ground, 5.7-12, 5.8-10, 5.8-25
World Health Organization, 5.15-4, 5.15-25, 5.15-112, 5.15-186

## X

## Y

Yukon-Koyukuk Census Area, 2-1, 5.9-9, 5.12-1, 5.12-4, 5.12-5, 5.12-7, 5.12-8, 5.12-10, 5.12-12, 5.12-13, 5.12-15, 5.12-16, 5.12-17, 5.12-19, 5.12-21, 5.12-22, 5.12-25, 5.12-27, 5.12-31, 5.12-32, 5.12-33, 5.12-35, 5.12-36, 5.12-42, 5.12-45, 5.12-47, 5.12-48, 6-12

## 4.14   GREENHOUSE GASES AND CLIMATE CHANGE

## 4.14.1   Introduction

### 4.14.1.1   Context

The Earth maintains a temperature level that can sustain life as a result of the natural greenhouse gas (GHG) effect. Energy from the sun, in the forms of heat and light, is either immediately reflected or absorbed by the Earth's surface or, to a lesser extent, its atmosphere. In order for the Earth's heat to remain in a steady state, the incoming solar energy must, on average, remain equal to the outgoing energy radiated into space. However, some of the infrared radiation, or heat radiated outward by the Earth's surface, is absorbed by certain gases in the atmosphere and then radiated back down to the surface – effectively trapping the heat. This phenomenon of the greenhouse effect is illustrated in Figure 4.14.1-1.



Source: Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report, 2007

**Figure 4.14.1-1          Image of the Greenhouse Effect**

Certain gases, including those that occur naturally in the atmosphere such as carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$), water vapor, and ozone, in addition to manufactured industrial pollutants such as hydrofluorocarbons (HFCs), have the ability to trap outbound radiation within the troposphere (i.e., the layer of the atmosphere closest to the surface) and keep

it within the Earth's atmosphere. Collectively, these gases are called *greenhouse gases* for their ability to contribute to the greenhouse effect. GHGs are characterized in terms of their global-warming potential (GWP), a relative measure of how effective a given gas is at trapping heat and how long the gas resides within the atmosphere. This metric is commonly normalized in terms of carbon dioxide-equivalents ($CO_2e$) and then given a time horizon, with 1 unit of $CO_2$ having a 100-year GWP of 1, whereas an equivalent amount of $CH_4$ will have a 100-year GWP of 25 (Intergovernmental Panel on Climate Change [IPCC] 2007).

Throughout the Earth's geologic history, GHGs have been released through natural sources, such as $CO_2$ emitted from aerobic respiration or organic decomposition. These emissions have been generally counter-balanced by natural sinks that absorb $CO_2$, such as vegetation and forests, due to plant photosynthesis (which absorbs atmospheric $CO_2$) and absorption of $CO_2$ by oceans. However, since the beginning of the industrial revolution, levels of GHGs emitted as a result of human activities, commonly referred to as anthropogenic GHG emissions, have added to GHG accumulation and exacerbated the GHG effect, resulting in greater amounts of heat being trapped within the atmosphere. The anthropogenic activities that emit GHGs include the combustion of fossil fuels, industrial processes, land use change, deforestation, agricultural production, solvent use, and waste management.

According to the IPCC in its Summary for Policymakers of the Working Group I contribution to the Fifth Assessment Report (IPCC 2013)[1], warming of the climate system is unequivocal and each of the last three decades has been successively warmer at the Earth's surface than any preceding decade since 1850. Furthermore, over the period 1880 to 2012, the globally averaged combined land and ocean surface temperature data show a warming of 0.85 degrees Celsius (1.5 degrees Fahrenheit) (IPCC 2013). This warming has coincided with increased concentrations of GHGs in the atmosphere. The IPCC, in addition to other institutions, such as the National Research Council and the United States (U.S.) Global Change Research Program (USGCRP), have concluded that it is extremely likely[2] that global increases in atmospheric GHG concentrations and global temperatures are caused by human activities.

A warmer planet causes large-scale changes that reverberate throughout the Earth's climate system, including higher sea levels, changes in precipitation, and altered weather patterns (e.g., an increase in more extreme weather events). These climate change shifts can, in turn, affect other processes and spark changes that cascade through natural systems to affect ecosystems, societies, and human health. The time horizon for many of these effects is reasonably foreseeable within the 21st century, though projections are subject to uncertainty. The amount to which these effects are attributable to any single man-made project is very small; however, given their magnitude when combined, these effects warrant discussion.

---

[1] The IPCC's Fifth Assessment Report will comprise a series of publications that reflect the work of three working groups: Working Group I (WG-I), which is assessing the physical scientific aspects of the climate system and climate change; Working Group II (WG-II), which is assessing the vulnerability of socio-economic and natural systems to climate change and options for adapting to it; and Working Group III (WG-III), which is assessing options for mitigating climate change. At the time of writing this Final Environmental Impact Statement, the IPCC had published its Summary for Policymakers of the WG-I contribution to the Fifth Assessment Report (IPCC 2013). The underlying main report, "Underlying Scientific-Technical Assessment" for WG-I, as well as the outputs from WG-II and WG-III, have not yet been published.
[2] IPCC attributes the likelihood of *extremely likely* to be 95 to 100 percent.

Several federal agencies are currently evaluating the science of climate change including the National Aeronautics and Space Administration and the National Oceanic and Atmospheric Administration. The U.S. Central Intelligence Agency (CIA), the U.S. Department of State (the Department), and the Department of Defense are addressing climate change as an important issue that may impact national security interests (CIA 2009, U.S. Department of State 2013, U.S. Department of Defense 2010).

### 4.14.1.2   Scope of Assessment

This section presents the relationship between the proposed Project and climate change in the following ways and as illustrated in Figure 4.14.1-2:

- **Emissions**—an assessment of the emissions of GHGs that would be associated with the proposed Project. This includes both direct and indirect emissions attributable to the construction and operation of the pipeline (see Section 4.14.2, Direct and Indirect Greenhouse Gas Emissions), as well as incremental indirect emissions associated with the lifecycle[3] of Western Canadian Sedimentary Basin (WCSB) crude oil that would be transported by the proposed Project (see Section 4.14.3, Incremental Indirect Lifecycle Greenhouse Gas Emissions, which provides a summary of Appendix U, Lifecycle Greenhouse Gas Emissions of Petroleum Products from WCSB Oil Sands Crudes Compared with Reference Crudes, containing the detailed study undertaken);

- **Contributions to Climate Change**—how the proposed Project and lifecycle GHG emissions, along with other sources of GHGs, could cumulatively contribute to climate change (see Section 4.14.4, Cumulative Greenhouse Gas Emissions and Climate Change Impacts); and

- **Proposed Project Area Effects**—an assessment of the effects that future projected climate change (e.g., temperature and precipitation changes) could have in the proposed Project area, including both effects directly on construction and operation of the proposed Project (see Section 14.4.5, Climate Change Impacts on the Proposed Project) and synergistic effects on the wider potential resource impacts of the proposed Project (see Section 14.4.6, Climate Change Impacts on the Affected Environment and Associated Impacts).

The relevant GHG and climate change considerations for alternatives to the proposed Project are presented in Section 2.2, Description of Alternatives.

For the lifecycle GHG emissions assessment, information, data, methods, and analyses used in this discussion are based on information provided in the 2011 Final Environmental Impact Statement (EIS) and the 2013 Draft Supplemental EIS, as well as new information relevant to environmental concerns that has become available since the Final EIS and Draft Supplemental EIS publication. This section also represents a new section compared to the Draft Supplemental EIS, where GHG and climate change text and sections (Sections 3.12, 4.12, 4.14, and 4.15 of the Draft Supplemental EIS) have been consolidated under one section.

---

[3] *Lifecycle* refers to the different stages of the WCSB oil sands-derived crudes and reference crudes, which *upstream* of the proposed Project includes extraction/mining and upgrading, and *downstream* considers refining and end-product combustion. It also includes consideration of intermediate products and wastes as well as transportation.



**Figure 4.14.1-2        Relationship between Climate Change and the Proposed Project**

### 4.14.1.3    *Summary of Key Findings*

The key findings for this section regarding GHG emissions are as follows:

- Construction GHG emissions associated with fuel and electricity use in support of construction sites, camps, and other sources such as open burning are estimated to be 0.24 million metric tons of $CO_2$ equivalents (MMTCO₂e).

- Operating emissions associated with electricity consumption (used primarily for pump stations and project infrastructure) and fugitive emissions are estimated to be 1.44 MMTCO₂e per year.

- The total annual lifecycle emissions associated with production, refining, and combustion of 830,000 barrels per day (bpd) of oil sands crude oil transported through the proposed Project, as determined through this assessment, are approximately 147 to 168 MMTCO₂e. The

equivalent annual lifecycle GHG emissions from 830,000 bpd of the four reference crudes (representing crude oils currently refined in Gulf Coast area[4] refineries) examined in this section are estimated to be 124 to 159 MMTCO$_2$e. The range of incremental GHG emissions (i.e., the amount by which the emissions would be greater than the reference crudes) for crude oil that would be transported by the proposed Project is estimated to be 1.3 to 27.4 MMTCO$_2$e annually[5]. This is equivalent to annual GHG emissions from combusting fuels in approximately 270,833 to 5,708,333 passenger vehicles, the CO$_2$ emissions from combusting fuels used to provide the energy consumed by approximately 64,935 to 1,368,631 homes for 1 year, or the annual CO$_2$ emissions of 0.4 to 7.8 coal fired power plants.

- The estimated range of potential emissions is large because there are many variables such as which reference crude or which study is used for the comparison.

The above estimates represent the total incremental emissions associated with production and consumption of 830,000 bpd of oil sands crude compared to the reference crudes. These estimates represent the potential increase in emissions attributable to the proposed Project if one assumed that approval or denial of the proposed Project would directly result in a change in production of 830,000 bpd of oil sands crudes in Canada (and the consequential change in production due to displacement of the reference crudes). However, as set forth in Section 1.4, Market Analysis, such a change is not likely to occur. Section 1.4 notes that approval or denial of any one crude oil transport project, including the proposed Project, is unlikely to significantly impact the rate of extraction in the oil sands, or the continued demand for heavy crude oil at refineries in the United States (based on expected oil prices, oil-sands supply costs, transport costs, and supply-demand scenarios).

The 2013 Draft Supplemental EIS estimated how oil sands production would be affected by long-term constraints on pipeline capacity (if such constraints resulted in higher transportation costs and if long-term West Texas Intermediate [WTI]-equivalent oil prices were less than $100). The Draft Supplemental EIS also estimated a change in GHG emissions associated with such changes in production. The additional data and analysis included in this Final Supplemental EIS provide greater insights into supply costs and the range of prices in which pipeline constraints would be most likely to impact production. If WTI-equivalent prices fell to around approximately $65 to 75 per barrel, if there were long-term constraints on any new pipeline capacity and if such constraints resulted in higher transportation costs, then there could be a substantial impact on oil sands production levels. This is discussed further in Section 1.4.5.4, Implications for Production.

---

[4] Unless otherwise specified, in this Final Supplemental EIS the Gulf Coast area includes coastal refineries from Corpus Christi, Texas, through the New Orleans, Louisiana, region. See Section 1.4, Market Analysis, for a description of refinery regions.

[5] Because the estimates of lifecycle emissions from oil sands (i.e., 147 to 168 MMTCO$_2$e) and the four reference crudes (i.e., 124 to 159 MMTCO$_2$e) both represent ranges across various studies, it is not possible to subtract the high and low bounds from each to arrive at the net emissions result. Instead, the results for oil sands crudes from one study need to be consistently compared against the results for the other reference crudes from the same study to produce the final net emissions result (i.e., 1.3 to 27.4 MMTCO$_2$e).

The key elements for this section regarding climate change are as follows:

- The GHG emission impacts of the proposed Project have been discussed with reference to other GHG emission levels and how these cumulatively contribute to climate change. Direct and indirect emissions associated with the proposed Project, as well as those of alternative actions, contribute to cumulative global GHG emissions together with those of other past, present, and reasonably foreseeable future actions. GHG emissions differ from other impact categories discussed in this Final Supplemental EIS in that all GHG emissions of the same magnitude contribute to global climate change equally regardless of the source or geographic location where they are emitted.

- Information on GHG emissions associated with the production of the oil sands crude oil in Canada are discussed in the context of total Canadian emissions, as reported by Environment Canada.

- An analysis was performed to evaluate the potential impacts of climate change on the proposed Project construction and operations. A number of sources were reviewed and cited as part of this analysis, and used to establish the projected climate changes for the proposed Project lifetime, comprising increased summer temperatures and temperature extremes, as well as increased annual precipitation, including more severe storm events. Climate conditions during the 1- to 2-year construction period would not be expected to differ much from current conditions. Keystone has represented that the proposed Project is designed in accordance with U.S. Department of Transportation (USDOT) regulations and the Pipeline Hazardous Material Safety Administration (PHMSA) Special Conditions (see Appendix B, Potential Releases and Pipeline Safety), and that these design standards are sufficient to accommodate the projected different future conditions resulting from climate change.

- Consideration has also been given to the impacts and effects that have been presented in this Final Supplemental EIS that are attributable to the proposed Project, and whether the projected climate changes could further exacerbate or influence these identified impacts and effects.

### 4.14.1.4   Greenhouse Gas Regulatory Requirements and Standards

In 2007, the U.S. Supreme Court ruled that GHGs are air pollutants under the Clean Air Act (CAA) and its implementing regulations (42 U.S. Code 7401 et seq., as amended in 1977 and 1990). Since that time, several state and federal regulatory programs have been implemented to address increasing levels of GHG emissions in the United States. The U.S. Environmental Protection Agency (USEPA) has promulgated regulations for GHG reporting and permitting for stationary sources. States across the United States, including those where the proposed Project would be located, have joined regional climate initiatives and adopted standards to mandate an increase in the use of renewable energy sources. These programs are described in the subsections below.

## Federal Programs

### *Endangerment Finding and Cause or Contribute Findings*

On April 2, 2007, in Massachusetts versus the USEPA, 549 U.S. 497, the Supreme Court found that GHG emissions are air pollutants within the meaning of the CAA. The Court held that the USEPA Administrator must determine whether or not emissions of GHGs from new motor vehicles cause or contribute to air pollution, which may reasonably be anticipated to endanger public health or welfare, or whether the science is too uncertain to make a reasoned decision. In making these decisions, the Administrator is required to follow the language of Section 202(a) of the CAA. The Supreme Court decision resulted from a petition for rulemaking under Section 202(a) filed by more than a dozen environmental, renewable energy, and other organizations. As a result of this decision, on April 24, 2009, the USEPA proposed the Endangerment Finding and the Cause or Contribute Findings for Greenhouse Gases under Section 202(a) of the CAA. USEPA's Endangerment Finding refers to current and projected concentrations of the mix of six key GHGs ($CO_2$, $CH_4$, $N_2O$, HFCs, perfluorocarbons [PFCs], and sulfur hexafluoride [$SF_6$]) in the atmosphere threaten the public health and welfare of current and future generations (USEPA 2013d). The Administrator further proposed to find that the combined emissions of $CO_2$, $CH_4$, $N_2O$, and HFCs from new motor vehicles and motor vehicle engines contribute to the atmospheric concentrations of these key GHGs and hence to the threat of climate change. This is referred to as the Cause or Contribute Finding. The Endangerment Finding under Section 202(a) of the CAA was signed by the USEPA Administrator on December 7, 2009, and published in the Federal Register on December 15, 2009. The final rule became effective on January 14, 2010.

### *Greenhouse Gas Reporting Program*

On October 30, 2009, the USEPA promulgated regulations to establish the first comprehensive reporting program, namely the Greenhouse Gas Reporting Program (GHGRP), to collect data on GHG emissions from upstream and downstream sources and suppliers. The final GHG Reporting Rule became effective on December 29, 2009. Prior to the establishment of the GHGRP, the USEPA collected voluntarily-reported emissions data from various sectors. However, these data were not comprehensive, and, in some cases, they were incomplete or inconsistent. The GHGRP requires that comprehensive, accurate, and consistent facility-level GHG data and information be made available for the purpose of using it to make well-informed policy and regulatory decisions addressing climate change

The GHGRP requires reporting of $CO_2$, $CH_4$, $N_2O$, HFCs, PFCs, $SF_6$, and other fluorinated gases, including nitrogen trifluoride and hydrofluorinated ethers. Approximately 8,000 facilities from nine sectors of the U.S. economy with 41 source categories (emission sources), accounting for about 85 to 90 percent of industrial GHGs emitted in the United States, are represented in reporting year 2012. The sectors covered by the GHGRP include, among others, petroleum and natural gas systems, refineries, and chemicals. In order to balance burden and coverage, the GHGRP establishes a reporting threshold for most reporters of 25,000 $MMTCO_{2e}$ per year emissions or supply.

The first installment of regulations promulgated in 2009 required reporters to begin collecting data starting in 2010 and to start reporting annually in 2011. Subsequent rules were promulgated in 2010, which finalized the requirements for additional sectors, including petroleum and natural gas systems (Subpart W of the GHGRP [USEPA 2013e]), to begin 2011 data collection and

2012 annual reporting. All reporters subject to the GHGRP are now required to submit annual reports in March of each year. These reports cover information collected over the previous calendar year.

The source categories that fall under the petroleum and natural gas systems sector (Subpart W of the GHGRP) include onshore and offshore petroleum and natural gas production; natural gas processing and transmission/compression; underground natural gas storage; and liquefied natural gas storage and import and export equipment. The USEPA did not propose to include the crude oil transportation segment of the petroleum and natural gas industry in this rulemaking. Crude oil transportation results in a small contribution to the total $CO_2$ and $CH_4$ fugitive and vented emissions in the petroleum and natural gas industry, with storage tanks—the largest source—already being covered under petroleum and natural gas production. Crude oil is commonly transported by barge, tanker, rail, truck, and pipeline. The combustion emissions resulting from these modes of transportation are covered in other Subparts of the GHGRP that are not applicable to the Project. Consequently, the proposed Project would not trigger GHG reporting under the GHGRP.

*Greenhouse Gas Tailoring Rule*

On June 3, 2010, the USEPA issued a final rule that establishes an approach to addressing GHG emissions from stationary sources under the CAA permitting programs with an effective date of August 2, 2010. The rule sets thresholds for GHG emissions that define when the CAA permits under the Prevention of Significant Deterioration (PSD) and the Title V Operating Permits programs are required for new or existing industrial facilities. The rule tailors the emissions thresholds to limit which facilities must obtain permits and covers nearly 70 percent of the national GHG emissions that come from stationary sources, including those from the nation's largest emitters (e.g., power plants, refineries, and cement production facilities).

Preconstruction permits are required of any new or modified stationary source with emissions greater than promulgated thresholds. In order to obtain such a permit, a facility must demonstrate it will use Best Available Control Technologies to minimize GHG emissions.

For sources constructed from July 1, 2011 to June 30, 2013, the rule requires PSD permitting for first-time construction projects that emit GHG emissions of at least 100,000 tons per year (tpy), even if they do not exceed the permitting thresholds for any other pollutant. In addition, sources that emit or have the potential to emit at least 100,000 tpy $CO_2e$ and that undertake a modification that increases net emissions of GHG by at least 75,000 tpy $CO_2e$ are also subject to PSD requirements. Additionally, for the first time, the Tailoring Rule-established operating permit requirements apply to sources based on their GHG emissions, even if they would not apply based on emissions of any other pollutant. Facilities that potentially emit at least 100,000 tpy $CO_2e$ are subject to Title V permitting requirements. The proposed Project is not subject to PSD (see Section 3.12.2.2, Regulatory Requirements) and would have emissions of $CO_2e$ less than the applicable thresholds for any of the stationary sources (i.e., construction camps and pump stations). Emissions from mobile sources (on-road and non-road) are not included in the emission estimates for permit applicability of a stationary source. Consequently, the proposed Project would not be subject to the federal GHG permitting rule.

On December 2, 2010, the USEPA released its guidance for limiting GHG emissions based on the CAA requirement for new and modified emission sources to employ Best Available Control Technology to limit GHGs if subject to the PSD permitting program. As a result, the guidance focuses on the process that state agencies should use as they are developing permits for individual sources to determine whether there are technologies available and feasible for controlling GHG emissions from those sources. The guidance is not a formal rulemaking and does not establish regulations, but it provides permitting authorities more detail on USEPA expectations for the implementation of its new GHG permitting requirements.

## National Fuel Economy Standards

In April 2010, the USEPA and USDOT National Highway Traffic Safety Administration (NHTSA) finalized a new joint regulation for GHG emissions and fuel economy for passenger cars and light trucks for model years 2012 to 2016. This national program updates existing Corporate Average Fuel Economy (CAFE) standards, and requires model year 2016 vehicles to achieve an average of 35.5 miles per gallon. The USEPA regulates GHG emissions from passenger vehicles up to 8,500 pounds gross vehicle weight rating (plus medium-duty sport-utility vehicles and passenger vans up to 10,000 pounds).

In September 2011, the USEPA and USDOT finalized a new rule regulating fuel economy standards for commercial medium and heavy duty on-highway vehicles and work trucks (heavy-duty vehicles) for model years 2014 to 2018. The rule covered three regulatory categories of heavy-duty vehicles: combination tractors; pick-up trucks and vans; and vocational trucks, as well as gasoline and diesel heavy-duty vehicle engines.

In August 2012, the USEPA and USDOT finalized new standards for passenger cars and light trucks for model years 2017 to 2025 that will raise the average fuel economy to 54.5 miles per gallon for model year 2025 vehicles. According to the Final Rule, the new standards were designed to achieve an overall doubling of fuel efficiency for new vehicles (NHTSA 2012).

## Federal Initiatives

### Council on Environmental Quality's National Environmental Policy Act Guidance Document on Climate Change

On February 18, 2010, the Council on Environmental Quality (CEQ) published the *Draft National Environmental Policy Act (NEPA) Guidance on Consideration of the Effects of Climate Change and Greenhouse Gas Emissions* for public review and comment. This draft guidance has been withdrawn from consideration, and new draft guidance is expected to be available in the near future. These guidelines would describe ways in which federal agencies can improve their consideration of GHG emissions and climate change effects during the evaluation of proposals for federal actions subject to NEPA review.

### Climate and Clean Air Coalition to Reduce Short-Lived Climate Pollutants

On February 16, 2012, the Department announced the formation of the Climate and Clean Air Coalition to Reduce Short-Lived Climate Pollutants (CCAC), a new global initiative focusing on the reduction of black carbon, HFCs, and $CH_4$ (CCAC 2013). The founding coalition partners are Bangladesh, Canada, Ghana, Mexico, Sweden, and the United States, together with the United Nations Environment Programme. To date, an additional 28 countries, including the European

Commission and nine individual European Union member states, as well as, numerous non-state parties and science advisories have joined the coalition. The pollutants that are the focus of this initiative have relatively short durations once emitted—on the order of a few days to a few years—but are responsible for up to one third of the global warming effects the Earth has experienced. Due to their shorter lifetime, actions to reduce emissions will quickly lower atmospheric concentrations of these pollutants, thereby yielding a relatively rapid climate response. This initiative is meant to incentivize new actions as well as highlight and build upon existing efforts, such as the Global Alliance for Clean Cookstoves, the Arctic Council, the Montreal Protocol, and the Global Methane Initiative. It is also meant to complement global actions to reduce $CO_2$ emissions. The Department's announcement of the Coalition specifically named sources of black carbon that pertain to the proposed Project, including diesel trucks and agricultural burning (CCAC 2013).

### The President's Climate Action Plan

The President's Climate Action Plan has three key pillars: cut carbon pollution in America, prepare the United States for impacts of climate change, and lead international efforts to combat global climate change and prepare for its impacts (White House 2013). Under the carbon pollution reduction pillar, the President's Climate Action Plan measures include:

- Cutting carbon pollution from power plants;

- Promoting leadership in renewable energy by accelerating clean energy permits and expanding and modernizing the electric grid;

- Increasing long-term investment in clean energy innovation;

- Building a 21st century transportation sector by increasing fuel efficiency;

- Reducing energy bills for homes and businesses;

- Reducing other GHG emissions (such as HFCs and $CH_4$); and

- Providing federal leadership in GHG emissions reduction.

To prepare the United States for climate change impacts, the Obama administration plans to focus on three initiatives: building stronger and safer communities and infrastructure, including establishing local task forces on climate preparedness and supporting communities as they prepare for climate impacts; protecting the economy and natural resources, including identifying vulnerabilities of key sectors to climate change and support climate resilient investments; and providing tools using sound science to manage climate change impacts.

The Obama administration plans to lead international climate change efforts by working with other countries to take action, such as combating short-lived climate pollutants, expanding clean energy use, and cutting energy waste. The administration also plans to lead efforts to address climate change through international negotiations, including the follow-on to the United Nations Framework Convention on Climate Change.

**State and Provincial Programs**

Several regional and state programs have been enacted to lower GHG emissions. The Western Climate Initiative (WCI) is a regional, multi-sector, GHG reduction initiative that includes California and several Canadian provinces. The initiative has a goal to reduce regional emissions by 15 percent below 2005 levels by 2020 while simultaneously creating jobs, enhancing energy independence, and protecting human health and the environment. This program is the most comprehensive carbon-reduction strategy designed to date in North America. Participants set regional GHG targets and implement emission trading policies to reduce GHGs from the region. California, British Columbia, and Quebec have moved forward with the first of two phases of the cap-and-trade system, which began on January 1, 2012. Ontario and Manitoba are committed to implementation programs soon, but have not yet begun implementation.

The recommended cap-and-trade program has a broad scope that includes seven GHGs ($CO_2$, $CH_4$, $N_2O$, HFCs, PFCs, $SF_6$, and nitrogen trifluoride). The first phase of the cap-and-trade program covers emissions from electricity generation, including imported electricity, industrial combustion at large sources, industrial process emissions, fossil-fuel consumption for transportation, and residential fuel use. Together, these sectors cover two-thirds of all emissions in the WCI region. The second phase will begin in January 2015 and expands to any transportation fuel as well as other commercial, residential, and industrial fuels not included in the initial phase. When fully implemented in 2015, the program will cover nearly 90 percent of GHG emissions in the WCI region.

The province of Alberta, Canada, has enacted legislation that regulates GHG emissions; the legislation requires that large emitters report their emissions and take mandatory actions to reduce emissions. Industry emissions that are greater than 50,000 tons must be reported annually using a specified gas reporting standard, and the emissions intensity of emissions greater than 100,000 tons must be reduced by 12 percent through the following mechanisms:

- Improving operations

- Purchasing offsets—the purchases of offsets are regulated and can be purchased from sectors that have voluntarily reduced their emissions in Alberta. Offsets are created using protocols approved by the government of Alberta and must be verified by an independent third party.

- Contribute to the Climate Change and Emissions Management Fund—firms may pay $15 per ton of emissions into the fund in order to meet the 12 percent reduction target. The fund will assist in achieving the goals of Alberta's Climate Change strategy to support the development and application of transformative technologies.

- Purchase or use Emissions Performance Credits—these credits are generated by facilities that have achieved the 12 percent mandatory reduction. Emissions Performance Credits may be sold to other facilities or banked for future use. However, they can only be used once and not in the same year they are generated (Environment and Sustainable Resource Development 2013).

The governors of Nebraska, South Dakota, and Kansas, along with nine other Midwestern governors and Manitoba, Canada, are members of the Energy Security and Climate Stewardship Platform for the Midwest. The platform lists goals for energy efficiency improvements, low-carbon transportation fuel availability, renewable electricity production, and carbon capture

and storage (CCS)[6] development. In addition to goals related to energy efficiency, renewable energy sources, and biofuel production, the platform lays out objectives with respect to carbon capture and storage. In 2010, members formed a CCS task force to assist Midwest states in meeting regional goals for CCS between 2012 and 2015. The task force has compiled recommendations for priority CCS projects, analyzed key statutory and regulatory frameworks for states to consider, and reported current efforts in the Midwest with respect to CCS (Midwestern Governors Association 2013). By 2020, all new coal plants in the region are meant to capture and store $CO_2$ emissions. Numerous policy options are described for states to consider as they work towards these goals. The platform also lays out six cooperative regional agreements. These agreements establish a Carbon Management Infrastructure Partnership, a Midwestern Biobased Product Procurement System, coordination across the region for biofuels development, and a working group to pursue a collaborative, multi-jurisdictional electricity transmission initiative. States adopting all or part of the platform from the proposed Project area include South Dakota, Kansas, Nebraska, and North Dakota, as well as the Canadian Province of Manitoba.

On November 15, 2007, Kansas joined five other states and Manitoba, Canada, to establish the Midwest Greenhouse Gas Reduction Accord. South Dakota, three other states, and one Canadian province are observers to the process. Under the Accord, members agree to establish regional GHG reduction targets, including a long-term target of 60 to 80 percent below 2007 emissions levels, and to develop a multi-sector cap-and-trade system to help meet the targets. Other initiatives included establishing and implementing a GHG emissions reductions tracking system and implementing other policies, such as low-carbon fuel standards, to aid in reducing emissions. While the Midwest Greenhouse Gas Reduction Accord has not been formally suspended, the participating jurisdictions are no longer actively pursuing it (Center for Climate and Energy Solutions [C2ES] 2012).

In January 2009, nine Northeastern and Mid-Atlantic states formed the Regional Greenhouse Gas Initiative (RGGI) to cap annual emissions from power plants in the region as a part of a mandatory, market-based effort to reduce GHG emissions (RGGI 2009). This initiative capped emissions at 188 million metric tons of $CO_2$ for 2009 through 2011, and 165 million metric tons of $CO_2$ for 2012 through 2014 (RGGI 2012). Beginning in 2015, the initiative will reduce the cap by 2.5 percent each year through 2019. As of 2012, a total of 29 states and the District of Columbia have enacted Renewable Portfolio Standards (RPSs)[7] (Lawrence Berkeley National Lab 2012). In 2012, the total RPS account for 54 percent of total U.S. retail electricity sales. In South Dakota, House Bill 1272, which established a voluntary Renewable Portfolio objective of 10 percent by 2015, was signed into law on February 21, 2008. Montana has enacted a RPS with a goal of 15 percent renewable energy sources by 2015.

Twenty states and the District of Columbia each authorized statewide GHG emission reduction targets to be achieved by a specified date (C2ES 2013a). For example, in August 2009, the state of New York issued an Executive Order to reduce the state's GHG emissions 80 percent from

---

[6] Carbon capture and storage (CCS), also referred to as carbon capture and sequestration, is a technological approach aimed at preventing the release of $CO_2$ into the atmosphere. The technology involves capturing $CO_2$ produced by industrial processes and then injecting it deep into a rock formation with properties to allow permanent storage.

[7] An RPS is a regulation that requires the increased production of energy from renewable energy sources.

1990 levels by 2050. Colorado set emission targets in 2008, which was a statewide goal to reduce GHG emissions at 20 percent below 2005 levels by 2020 and 80 percent below 2005 levels by 2050.

California, Oregon, and Washington have established emission performance standards for electricity generation (C2ES 2013b). Various criteria are used as the basis for determining a performance standard. For example, the standard for a coal-fired generator could be based on *best available control technology* or follow a *lowest achievable emission rate* target. New York is in the process of starting a similar program.

Low carbon fuel standard (LCFS) policies have been adopted in California, British Columbia, and the European Union, and are in development in Oregon, Washington, and 11 states in the Northeast and Mid-Atlantic regions (C2ES 2012). These standards generally require that overall carbon values of lifecycle GHG emissions for transportation fuels decrease by up to 10 percent over the next decade, although the definition of fuels and the percent reduction over time differ across jurisdictions. More carbon-intensive fuels include those derived from crude oil sources in the WCSB, Venezuela, Nigeria, the Middle East, and California (IHS Cambridge Energy Research Associates, Inc. [IHS CERA] 2010). The impact of LCFS on the U.S. market demand for oil sands crude oil is speculative at this time since few jurisdictions have implemented these standards.

One concern regarding the adoption of LCFS policies in certain jurisdictions is that GHG-intensive crudes will simply be routed to other markets through emissions leakage or shuffling,[8] which could result in no net reduction in GHG emissions (Yeh and Sperling 2010), or even a slight increase (Barr 2010). Implementation of LCFS policies applied more widely in United States, and international markets would help mitigate the potential effect of crude shuffling and emissions leakage. Additional analysis about the potential relationship between the proposed Project and separate regulatory or market measures aimed at improving fuel efficiency or promoting alternative energy sources for crude oil is included in Section 2.2, Description of Alternatives.

---

[8] According to Sperling and Yeh (2009), "…a major challenge for the LCFS is avoidance of 'shuffling' or 'leakage.' Companies will seek the easiest way of responding to the new LCFS requirements. That might involve shuffling production and sales in ways that meet the requirements of the LCFS but do not actually result in any net change. For instance, a producer of low-GHG cellulosic biofuels in Iowa could divert its fuel to California markets and send its high carbon corn ethanol elsewhere. The same could happen with gasoline made from tar sands and conventional oil. Environmental regulators will need to account for this shuffling in their rule making. This problem is mitigated and eventually disappears as more states and nations adopt the same regulatory standards and requirements."

## 4.14.2    Direct and Indirect Greenhouse Gas Emissions

This section addresses the direct and indirect potential contributions of the proposed Project to GHG emissions associated with construction and operation of the pipeline.

### 4.14.2.1    Construction Emissions

The construction phase of the proposed Project would result in GHG emissions arising from the following sources or activities:

- Clearing of land in the proposed right-of-way (ROW) via machinery and open burning on some portions of disturbed land (0.5 percent of the land projected to be disturbed, based on information received from TransCanada Keystone Pipeline, LP [Keystone]);

- Backup emergency generator engines running at eight construction camps;[9]

- Indirect (off-site) electricity usage at the eight construction camps;

- On-road and non-road vehicles used for the construction of the proposed pipeline; and

- On-road and non-road vehicles used for the construction of the pump stations.

The pipeline would be constructed in Montana, South Dakota, and Nebraska simultaneously in 10 construction spreads, of which each would require an average of 6 to 8 months to complete. Eight construction camps, which would house personnel working on the construction of the proposed Project, would be powered by electricity from the local utility (grid). During upset conditions when commercial power supply is interrupted (assume 500 hours per camp), one 400-kilowatt backup emergency generator engine per camp would be used. On-road vehicles such as various types of diesel-powered trucks and non-road vehicles such as diesel-powered bulldozers and loaders would be used throughout the entire construction phase along the pipeline route and at the 20 pump stations in Montana, South Dakota, Nebraska, and Kansas (see Table 4.12-1).

For the entire duration of the construction phase, the estimated GHG emissions amount to 244,153 metric tons of $CO_2e$,[10] which can be seen below in Table 4.14-1. The GHG emissions

---

[9] The contractor yards would likely have small trailer offices connected to the grid. In comparison to the contractor camps, indirect GHG emissions associated with electricity usage at the contractor yards or elsewhere would be small and were not estimated.

[10] The IPCC developed the GWP concept to compare the ability of different GHGs to trap heat in the atmosphere over a certain period of time. GWPs are typically assessed over a time period of 100 years, although shorter or longer timeframes can also be used. The CEQ NEPA Guidance on Climate Change does not recommend the use of any particular GWP values for estimating GHGs as $CO_2e$. To date, federal agencies have not used one consistent set of GWP values. This Final Supplemental EIS uses the 100-year GWP values for $CO_2$ (1), $CH_4$ (25), and nitrous oxide (298) from the IPCC's Fourth Assessment Report (IPCC 2007). For comparison, the Fourth Assessment Report's 20-year GWP values are 72 for $CH_4$ and 289 for nitrous oxide (IPCC 2007). Because $CO_2$ is the predominant GHG that would be emitted during construction and operation of the proposed Project, the use of the 20-year GWP values (instead of the 100-year GWP values) would not have a significant effect on the overall $CO_2e$ emissions calculated.

associated with the construction of the connected actions[11] are deemed minimal relative to the proposed Project, and have not been calculated.

**Table 4.14-1    Estimated Direct and Indirect Construction Emissions for the Proposed Project**

| Emission Source/Activity | Greenhouse Gas Emissions (tons) | | | | Greenhouse Gas Emissions (metric tons) |
|---|---|---|---|---|---|
| | $CO_2$ | $CH_4$ | $N_2O$ | $CO_2e$[a] | $CO_2e$ |
| Construction Camp Emergency Generators[b] | 1,218 | 0.05 | 0.02 | 1,224 | 1,110 |
| Construction Non-road (Pipeline)[c] | 147,155 | 14.3 | 6.41 | 149,424 | 135,556 |
| Construction On-road (Pipeline)[d] | 5,197 | 0.30 | 0.53 | 5,363 | 4,865 |
| Open Burning[e] | 51.6 | 0.36 | NA[f] | 60.7 | 55.1 |
| Construction Camp Electricity Usage (Commercial Power Supply)[g] | 91,306 | 1.61 | 1.56 | 91,810 | 83,290 |
| Construction Non-road (Pump Stations)[c] | 19,360 | 1.99 | 0.89 | 19,676 | 17,850 |
| Construction On-road (Pump Stations)[d] | 1,585 | 0.07 | 0.13 | 1,624 | 1,474 |
| **Total** | **265,872** | **18.7** | **9.54** | **269,182** | **244,200** |

[a] $CO_2e$ calculated used 100-year GWPs from IPCC's Fourth Assessment Report of 1, 25, and 298 for $CO_2$, $CH_4$, and $N_2O$, respectively (IPCC 2007).
[b] Construction camp emission estimates include eight camps (four in Montana, three in South Dakota, and one in Nebraska) with one 400-kilowatt generator engine per camp operating for a total of 500 hours (when commercial power supply is interrupted).
[c] Non-road $CO_2$ emission factors for diesel and gasoline fuelled equipment were derived using methodology described in Exhaust and Crankcase Emission Factors for Nonroad Engine Modeling for Compression Ignition (USEPA 2010b) and Spark-Ignition Engines (USEPA 2010c), respectively. $CH_4$ and $N_2O$ factors were taken from Table 13.6 of The Climate Registry General Reporting Protocol Version 1.1 (TCR 2008); converted from g/gal to lb/hp-hr based on a density of 7.05 lb/gal for diesel and 6.17 lb/gal for gasoline, and a brake specific fuel consumption obtained from USEPA's Median Life, Annual Activity, and Load Factor Values for Nonroad Engine Emissions Modeling (USEPA 2010a).
[d] On-road GHG emission factors taken from The Climate Registry - General Reporting Protocol, Version 1.1 (TCR 2008). Total miles traveled estimated based on number of equipment, daily hours of operation per equipment, each operating 6 days per week, 24 to 34 weeks (an average of 30 weeks was assumed for calculations) per spread, and an assumed 5 vehicle miles traveled per hour.
[e] $CH_4$ emissions from open burning were calculated using an equation from Air Pollutant Emissions associated with Forest, Grassland, and Agricultural Burning in Texas (Fraser et al. 2002): *Emissions (lb) – Emission Factor (lb/ton)* Fuel Consumption (tons/acre)* area burned (acres)*. Approximately 15,296 acres of land are expected to be disturbed in total—Montana (5,462 acres), South Dakota (5,778 acres), Nebraska (3,985 acres), Kansas (15 acres), and North Dakota (56 acres)—but area expected to be burned was assumed to be only 0.5 percent of the total acreage. Fuel load or consumption factors for hay/grass were taken from Fraser et al. 2002. Fuel load or consumption factor for tree tops and stumps were taken from USEPA AP-42 Table 13.1-1 (USEPA 1996). Values applicable to the Rocky Mountain region (MT = Region 1; SD and NE = Region 2) were used.
[f] NA = not applicable
[g] Electrical power requirement for each camp is assumed to be 1.6 megawatts. GHG emission factors were taken from USEPA's eGRID2012 version 1 data base (USEPA 2013a).

---

[11] Connected actions are those that 1) automatically trigger other actions which may require environmental impact statements, 2) cannot or will not proceed unless other actions are taken previously or simultaneously, 3) are interdependent parts of a larger action and depend on the larger action for their justification.

Keystone would minimize the extent of land clearing for ROWs and expect that contractors would maintain construction equipment and vehicles in accordance with manufacturer's recommendations. Keystone would implement the following measures[12] to minimize production of GHGs during construction:

- Contractors would be required to ensure that motorized equipment is operating only when required (no unnecessary idling); this requirement would be reinforced during training of the construction workforce and during construction.

- Utilization of construction camps with associated contractor yards would reduce the overall number of personal vehicles being operated to drive to and from the construction yards each day.

- Contractors would utilize state of the art equipment to increase energy efficiency and effectiveness.

- Throughout construction, contractors would be required to conduct regular maintenance and inspections of their equipment. Deteriorated parts would be required to be promptly repaired or replaced.

- Keystone would limit the construction disturbance and land clearing to the minimum necessary to safely build the proposed Project.

- Following construction, areas disturbed during construction would be revegetated as soon as possible.

### 4.14.2.2    Operational Emissions

During the operation phase of the proposed Project, GHG emissions would arise from both direct (Scope 1) and indirect (Scope 2) sources. A summary of these emissions can be found in Table 4.14-2. Direct operating emissions would include minimal fugitive $CH_4$ emissions at connections both along the main proposed pipeline and at the pump stations. These fugitive $CH_4$ emissions would be emitted from approximately 55 intermediate mainline valves along the pipeline route and from the 20 pump stations. Emissions from the use of maintenance vehicles (at least twice per year) and aircraft for aerial inspection (at least once every 2 weeks) during the proposed Project operations are expected to be negligible. Indirect operating emissions from the proposed Project would be associated with electricity generation needed to power the pump stations.

The proposed Project includes 20 pump stations: six in Montana, seven in South Dakota, five in Nebraska, and two in Kansas. Each pump station would consist of four to six pumps driven by electric motors (exp Energy Services Inc. 2012). The pumps are rated at 6,500 horsepower (hp), and annual electricity usage from pump stations in Montana (1,274,317 megawatt-hour(s) per year [MWh/year]), South Dakota (1,486,703 MWh/year), Nebraska (1,061,931 MWh/year), and Kansas (424,772 MWh/year) were provided by Keystone.[13] Using USEPA's e-GRID factors for

---

[12] These measures would reduce GHG emissions compared to those calculated.

[13] This electricity usage has been updated from that assumed in the Draft Supplemental EIS, in which pumps were assumed to run continuously; updated information indicates that pumps would run at less than full load.

the regions in which the pump stations would be located, the indirect operating emissions for the proposed Project are estimated to be 1.44 MMTCO$_2$e[14] per year, as shown in Table 4.14-2.

**Table 4.14-2    Direct and Indirect Annual Operating GHG Emissions for the Proposed Project**

| Emission Source/Activity | GHG Emissions (Tons/Year) | | | | GHG Emissions (Metric Tons/Year) |
| --- | --- | --- | --- | --- | --- |
| | CO$_2$ | CH$_4$ | N$_2$O | CO$_2$e[f] | CO$_2$e |
| Fugitive Emissions (Pipeline) [a, b] | Negligible | 0.001[e] | NA | 0.02 | 0.02 |
| Fugitive Emissions (Pump Stations) [a, c] | NA | 0.08 | NA | 1.97 | 1.78 |
| Electricity Usage (Pump Stations)[d] | 1,582,304 | 27.5 | 26.9 | 1,591,007 | 1,443,352 |
| **Total** | **1,582,304** | **27.5** | **26.9** | **1,591,009** | **1,443,354** |

[a] Direct fugitive CH4 emissions were estimated from total organic carbon emission rates based on CH$_4$'s typical weight fraction of 0.15 (USEPA AP-42, Section 5.2, [USEPA 2008]). Total organic carbon emission factors taken from Texas Commission on Environmental Quality's Equipment Leak Fugitives document, (Texas Commission on Environmental Quality 2008). Emission factors pertaining to Oil and Gas Production Operations for Heavy Oil <20 degrees American Petroleum Institute (API) gravity were used.

[b] Pipeline CH$_4$ emissions include combined fugitive emissions from approximately 55 intermittent mainline valves along the pipeline route in Montana (25), South Dakota (15), and Nebraska (15).

[c] Pump station CH$_4$ emissions include combined fugitive emissions from 18 pump stations along the pipeline corridor in the three states plus two pump stations in Kansas (i.e., 20 pump stations total). Each pump station was assumed to have the following components: 13 valves, and 109 flanges and connectors. There are a total of 187 pumps along the entire route, with each pump station having either 4, 5, or 6 pumps.

[d] Indirect GHG emissions from electricity usage were estimated using annual electricity usage (MWh/year) in each state and appropriate regional e-Grid emission factors (USEPA eGRID2012 version 1 database for Year 2009) (USEPA 2013a). Most parts of Montana fall under the NWPP eGRID region; however, the portion of the proposed pipeline that crosses Montana is within the MROW region.

[e] NA = not applicable

[f] Carbon dioxide equivalents (CO$_2$e) calculated used 100-year GWPs from IPCC's Fourth Assessment Report of 1, 25, and 298 for CO$_2$, CH$_4$, and N$_2$O, respectively (IPCC 2007).

As shown above, the total annual GHG emissions from the proposed pipeline operation amount to 1.44 MMTCO$_2$e per year.[15] To put these emissions into context, the annual CO$_2$e emissions from the proposed Project are equivalent to CO$_2$e emissions from approximately 300,000 passenger vehicles operating for 1 year, or 71,928 homes using electricity for 1 year.[16] The GHG emissions associated with operation of the connected actions are deemed minimal relative to the proposed Project, and have not been calculated.

---

[14] This calculated GHG emissions value assumes that the pumps along the pipeline alignment operate at their full hp capacity (i.e., 6,500 hp). This is a conservative assessment because in reality very few pumps would reach their motor hp. If it was assumed that the pumps would operate on average at 90 percent of their design condition loading, and the variable speed drive would operate the pump at partial load on average 85 percent, an operating hp of 3,569 would be obtained. The GHG emissions with the pumps operating at this hp would be 0.79 MMTCO$_2$e (55 percent of the GHG emissions noted in the text).

[15] In 2010, total U.S. GHG emissions (CO$_2$e from anthropogenic activities) amounted to approximately 6,822 million metric tons (USEPA 2012), which used the 100-year GWP values from IPCC's Second Assessment Report (IPCC 1996). Globally, approximately 30,326 million metric tons of CO$_2$ emissions were added to the atmosphere via the combustion of fossil fuels in 2010 (IEA 2012).

[16] Equivalencies based on USEPA's GHG Equivalency Calculator (USEPA 2013b).

Keystone would implement the following measures to minimize energy consumption and production of GHGs during operation of the proposed Project:

- Contractors would be required to conduct regular maintenance and inspections of their equipment, including pumps associated with pump station operations. Deteriorated parts would be required to be promptly repaired or replaced.

- The proposed Project's pump station design incorporates state of the art equipment that has been engineered and manufactured to a high level of energy efficiency. The 6,500 hp induction motors are in excess of 97 percent efficient, compared to motors used in the existing Keystone pipeline, which are 96.1 to 96.6 percent efficient. Each pump station includes a variable frequency motor drive, which is rated at 96 percent or better in efficiency. This electronic equipment provides precise flow/speed control to allow the pump to operate at the point of peak efficiency and eliminates the need for a pressure control valve, which would otherwise waste pressure and, therefore, energy. This equipment also has the added benefit of minimizing current in-rush[17] during motor starts.

- The main line pumps of the pump station have been tested at 91 to 92 percent efficiency, compared to a best efficiency range between 87.1 to 88.6 percent for the existing Keystone pipeline pumps. This high efficiency rating is achieved through a specialized manufacturing process, producing highly polished internal pump components. In addition, many of the proposed Project pump stations would have power factor correction capacitor banks installed. These banks also improve the efficiency of the utility power system to a 95 percent power factor.

Electrical power would be supplied to the pump stations by local cooperatives or utilities that determine how the power would be generated, including renewable sources (such as wind and solar power, which result in fewer GHG emissions than fossil-fuel based sources). Several proposed Project-area states have RPS that mandate power companies to generate a portion of their power from renewable sources: Montana's RPS is 15 percent by 2015, South Dakota's RPS is 10 percent by 2015, and Kansas's RPS is 20 percent by 2020. Nebraska has no RPS.

### 4.14.2.3   Black Carbon

The GHG emissions in Tables 4.12-1 and 4.12-2 do not include black carbon (soot), which is a climate forcing agent that is a product of incomplete combustion. Black carbon is a particle rather than a GHG, with a much shorter atmospheric lifespan on the order of 5.3 to 15 days, depending on the meteorological conditions where it is removed from the atmosphere in precipitation or through deposition, compared to the lifespan of $CO_2$, which is on the order of hundreds of years (U.S. Climate Change Science Program 2008, Archer et al. 2009). This Final Supplemental EIS does not include a discussion of black carbon emissions because the available science and information available suggest that they are a negligible contribution alongside the sources of GHG emissions associated with construction and operation of the proposed Project. There is no generally accepted method for summarizing and normalizing the different effects that black carbon emissions have on the climate (NHTSA 2012). This is a result of the high level of

---

[17] This is where motors draw several times their full load current while starting.

uncertainty regarding the total climate effect of black carbon emissions and in expressing black carbon emissions in terms of $CO_2$ equivalence. The climate forcing from black carbon occurs through numerous mechanisms including changes in albedo[18]—particularly when deposited on ice surfaces—increasing cloud droplet concentrations and thickening low-level clouds.

Land clearing by brush burning is also a source of black carbon emissions, although the level of burning for the proposed Project will be minimal. During burning, in addition to black carbon, a range of other pollutants also get emitted, including organic carbon (Rao and Somers 2010). The ratio of black carbon emissions to other pollutants varies by fuel and combustion environment. Black carbon and organic carbon can have different effects with respect to climate influences: black carbon tends to warm the environment by absorbing incoming and outgoing radiation, whereas organic carbon tends to reflect radiation back to space, producing a cooling effect (Bond et al. 2011, Hansen et al. 2005).[19] Compared to combustion of fossil fuels, carbon emissions from biomass burning have a much higher fraction of organic carbon than black carbon, meaning that the net overall warming effect from black carbon is likely to be negligible as the net cooling effect from organic carbon emissions largely offsets black carbon emissions (Chow et al. 2011).

Land clearing activities associated with the construction of the proposed Project will include removal and open burning of native brush along the proposed pipeline route mostly consisting of wheatgrass, deciduous trees, and prairie sand reed. The ratio of organic carbon to black carbon emitted from burning these types of vegetation is very high, roughly twice as great as from fossil fuel sources (Chow et al. 2011). The net forcing effect, consequently, is very small for these biomass sources. As a result, the net forcing from black carbon and organic carbon emissions from brush burning associated with the proposed Project's construction phase is subject to a wide range of uncertainty, but is generally unlikely to make a major net contribution to global warming.

## 4.14.3   Incremental Indirect Lifecycle Greenhouse Gas Emissions

This section, based on additional information and analysis in Appendix U, Lifecycle Greenhouse Gas Emissions, estimates the incremental lifecycle GHG emissions associated with WCSB crude oils that would be transported by the proposed Project compared to reference crudes that would likely be displaced. The analysis was undertaken based on a review of existing lifecycle studies and models that estimate GHG emissions and implications for WCSB oil sands-derived crudes in comparison to reference crudes currently being distributed and refined in the United States. The analysis estimated the full lifecycle GHG emissions of the WCSB crude oils and the reference crudes (see Figure 4.14.3-1). The reference crudes were selected as examples of crudes that are likely to be displaced from the U.S. crude oil market and/or the world crude oil market by increases in crude oil produced from the WCSB. Because crude oil produced in the WCSB

---

[18] *Albedo* refers to the reflectivity of a surface.

[19] This does not account for brown carbon, which has an absorbing component; however, at this time, the brown carbon emissions from brush are not available. A recent study (Chung et al. 2012) suggests the radiative forcing of organic carbon (including brown carbon) is negligible over most of the United States and Canada. This could suggest that the vegetation in these regions is not a significant contributor to organic matter forcing. As this study is based on satellite observations, which do not differentiate between the sources of combustion, the Department has considered well-recognized peer-reviewed and governmental reports that are applicable to the proposed Project in its response.

generally has higher lifecycle GHG emissions than the potentially displaced reference crude oils, increases in WCSB crude oil in the U.S. (or world) market would increase overall lifecycle GHG emissions of the crude oils consumed.



Photo Sources: Suncor Energy 2010, Shell 2009

**Figure 4.14.3-1        Simplified Lifecycle of Crude Oils**

The emissions associated with production, refining, and end use of the crude oil that would be transported by the proposed Project are assessed as potential indirect or cumulative effects. Indirect effects of an action include those that are caused by an action and occur later in time or farther away in distance but that are still reasonably foreseeable. Indirect effects may include growth-inducing effects. Cumulative effects are those that result from the incremental impact of the action when added to other past, present, and reasonably foreseeable future actions.

Section 1.4, Market Analysis, and Section 2.2, No Action Alternative, assesses whether the proposed pipeline is likely to induce growth or change (or otherwise impact) the rate of extraction in the oil sands in Canada, the refining activities in the U.S. Petroleum Administration for Defense District (PADD) 3 Gulf Coast, and end-use combustion of crude-oil derived transportation fuels. The findings from those sections form part of the broader assessment performed on GHG emissions associated with the project. This section assesses the lifecycle emissions of oil sands crude oils compared to other crude oils using existing studies, and provides a range of GHG emissions estimates.

The total capacity of the proposed Project is 830,000 bpd. Of that 830,000 bpd of capacity, up to 100,000 bpd is reserved for production from Montana and North Dakota that would be delivered to the proposed Project in Baker, Montana. The proposed pipeline may also transport conventional crude oils from Alberta, Canada, in addition to oil sands crudes. Although not all of the capacity of the proposed Project would be used to transport oil sands crude oils, however, the estimates in this section are based on 830,000 bpd of oil sands crudes to present a conservative, high-end estimate of emissions associated with crude oil that could be transported by the proposed Project.

For completeness and comparison purposes, the GHG emissions associated with land use changes attributable to the WCSB crude oil mining, and to a lesser extent *in situ* extraction methods, have also been calculated, as has the relative importance of how petroleum coke is addressed in the lifecycle analyses.

### 4.14.3.1   Lifecycle Analysis Framework of Fuels

Figure 4.14.3-1 illustrates the simplified crude oil lifecycle, which considers the key stages from extraction through to end-product (fuel) combustion. Consideration of all of these important stages, using a lifecycle analysis (LCA) approach, provides an opportunity for a comprehensive assessment and understanding of the direct and indirect GHG emissions associated with a given project.

The primary carbon and energy flows are those associated with the production of three premium fuel products—gasoline, diesel, and kerosene/jet fuel—by refining crude oil. In addition to the premium fuels, other secondary co-products such as petroleum coke, liquefied petroleum gas, and sulfur are produced as well. Primary carbon flows characterize most of the carbon in the system (crude is processed into premium fuel products which are combusted and converted to $CO_2$), and primary energy flows in the system are those involved in extracting, upgrading, refining, transporting, and combusting the crude and premium fuel products.

In addition to primary flows, there are a range of secondary energy and carbon flows and emissions to consider. Because these flows are outside the primary operations associated with fuel production, they are often characterized differently across studies or excluded from LCAs, and estimates of specific process inputs and emission factors vary according to the underlying methods and data sources used in the assessment. Examples of secondary carbon flows associated with petroleum products include the production and use of petroleum coke; non-energy uses of petroleum, such as lubricating oils, petrochemicals, and asphalt; and changes in biological or soil carbon stocks as a result of land-use change. Secondary energy flows come from sources imported into the system, such as purchased electricity or natural gas and energy required to build capital equipment and infrastructure.

Primary carbon and energy flows are integral to the economics of the oil industry and are well-defined in the LCA studies reviewed for this assessment. Secondary carbon and energy flows typically include aspects of the industry that are considered more peripheral and are therefore less well-defined in the studies. These differences in the level of definition and characterization of secondary flows limit the extent to which they can be effectively modeled in lifecycle assessments.

The boundaries applied to LCA studies influence the final GHG emissions. Different LCA boundaries can be selected, as described below in Figure 4.14.3-2; it is important that these boundary conditions are considered and understood when results are analyzed to ensure appropriate and consistent interpretation:

- Wells-to-Refinery (WTR)—considers emissions from upstream production of fuels, mining/extraction, upgrading, and transport to refinery;

- Wells-to-Tank (WTT)—considers emissions from WTR plus refining and distribution; and

- Wells-to-Wheels (WTW)—includes all stages in WTT plus emissions from fuel combustion.



Photo Sources: Suncor Energy 2010, Shell 2009

**Figure 4.14.3-2    Crude Oil Lifecycle Boundaries**

A full WTW analysis of GHG emissions is an essential part of this assessment to ensure that the differences and similarities in lifecycle stages are defined and accounted for. For example, extraction techniques for crude oils differ depending upon the type of crude oil extracted, the nature of the reservoir, and the age of the reservoir. These different techniques can use

substantially different amounts of energy and result in different amounts of GHG emissions. In addition, heavier hydrocarbon fractions may be removed and processed[20] at upgraders prior to transportation for some oil sands, whereas for all reference crudes, heavier hydrocarbon removal or processing occurs at the refinery stage. With respect to similarities, once the premium fuel products have been refined, the transportation and end-use combustion (and the associated GHG emissions) are the same irrespective of the original crude source.

### 4.14.3.2    Methodology and Approach

**Review of Existing Studies**

A review was undertaken of existing lifecycle studies and models that estimate GHG emissions and implications for oil sands-derived crudes in comparison to reference crudes.

The studies and models included in this assessment (see Appendix U, Lifecycle Greenhouse Gas Emissions, Table 3-1, for the full list and references for the studies) were selected by the Department in conjunction with USEPA, U.S. Department of Energy, and the CEQ on the following basis:

- The studies evaluate oil sands crudes in comparison to selected reference crude oils;

- The studies focus on GHG impacts throughout the crude oil lifecycle;

- The studies were published within the last 10 years, and most were published within the last 5 years; and

- The studies represent the perspectives of various stakeholders, including industry, governmental organizations, and non-governmental organizations.

In particular, four studies from the list of those selected by the agencies were subsequently used to develop the GHG emission estimates for WCSB oil sands crudes and reference crudes. Jacobs Consultancy (2009),[21] TIAX (2009), and National Energy Technology Laboratory (NETL 2008, 2009)[22] provided sufficient independent information to develop internally-consistent averages for the mix of oil-sands crudes likely to be transported by the proposed Project.

There are numerous crude oil sources in the global energy markets, and these crude oils have differing GHG intensities based upon their properties (such as API gravity), the method of extraction, and the refinery process utilized. Figure 4.14.3-3 illustrates a range of crude oil GHG intensities.

---

[20] Often referred to as *cracking*.

[21] In 2012, Jacobs Consultancy released another crude oil LCA study, however, because Jacobs Consultancy (2012) focuses on European markets, this analysis continued to use Jacobs Consultancy (2009). For more detailed information on the various studies, see Appendix U, Lifecycle Greenhouse Gas Emissions.

[22] NETL (2009) is an update of the (2008) study that provided more information. The two NETL reports are considered together as one study in our analysis.



Source: Jacobs Consultancy 2012

Notes: This figure is reproduced to illustrate the range of GHG intensities for different crudes based on origin, properties, and refining processes. Jacobs Consultancy 2012 evaluated WTW emissions for crude oils sent to European markets. The results shown are for refineries in the U.S. Gulf Coast, but include transportation and delivery to Europe.

**Figure 4.14.3-3    Illustration of GHG Intensities for Different Crude Oils**

Four reference crudes were selected to reflect a range of crude oil sources and GHG intensities currently being distributed and refined in the United States, as follows:

- The average U.S. barrel consumed in 2005, providing a baseline for fuels produced from the average crude consumed in the United States;

- Venezuela Bachaquero and Mexico Maya, which are representative of heavy crudes currently refined in the Gulf Coast area.[23] These crudes, and/or other similar heavy crudes produced in Latin America, are the crudes that would likely be displaced in the United States market by WCSB crude. As shown in Figure 4.14.3-3, Venezuela Bachaquero (shown as *Venezuelan* in the figure) lies at the upper end of the WTW GHG emission estimates; and

- Saudi Light (i.e., Middle Eastern Sour), which is assumed to be the balancing grade for world crude oil supplies in the short to medium term. Although Saudi Light is not a direct competitor to heavy crude oils in complex refineries, assuming it is the balancing grade for

---

[23] The results in TIAX 2009 and NETL 2008, 2009 reflect refining at PADD 3 Gulf coast refineries; Jacobs 2009 results reflect refining at PADD 2 Midwest refineries. See Section 1.4, Market Analysis, for a description of refinery regions and PADD locations.

world oil supplies means it is the crude that would likely ultimately be left in the ground. This assumption is based on the view that generally in the global market, only the Organization of the Petroleum Exporting Countries has spare production capacity that can be increased or decreased to balance the global crude market. As shown in Figure 4.14.3-3, Middle Eastern Sour (shown as *Saudi Arabia* in the figure) lies at the lower end of the WTW GHG emissions estimates.

The time period over which GHG estimates of WCSB oil sands and reference crudes are valid is a critical design factor. Most studies focused on recent conditions or years for which data were available. Since the lifecycle emissions of both WCSB oil sands crudes and reference crudes will change over the design lifetime of the proposed Project, comparisons based on current data will not account for future changes that could alter the differential between oil sands and reference crudes. How the differential will change in the future is not known, but determining if currently available studies have evaluated the impact is important, and this issue has been further considered with respect to several factors that could play a role in influencing GHG emission estimates in the near or long term.

An extensive assessment of the age of secondary data was conducted for four studies that were used to develop WTW GHG emission estimates for WCSB oil sands crudes in Section 6.0 of Appendix U, Lifecycle Greenhouse Gas Emissions (Jacobs Consultancy 2009, NETL 2008, NETL 2009, and TIAX 2009). The assessment showed that the studies sought to use the latest data available but, where data were limited, resorted to older studies for certain parameters. The older sources of secondary data are primarily for modeling reference crudes, with studies generally using more recent data for modeling WCSB oil sands crudes. According to the U.S. EIA, U.S. crude oil production is the highest it has been since 1992, at an average of 7 million bpd in November and December of 2012 (EIA 2013a). While there are many factors contributing to supply growth, a large factor is the emergence of light tight oil.[24] The U.S. crude oil share of total refinery crude slate has grown significantly over the last 7 years primarily as the result of increased tight oil production and decreased imports. While information on the lifecycle GHG emission implications of tight oil is limited, analysis of available studies (CARB OPGEE 2013 and MathPro 2013) indicates the emissions from production may increase while emissions from refining may decrease.

**Crude Types and Extraction**

The analysis also sought to understand how different crude types and extraction technologies associated with the oil sands crudes may affect GHG emissions. Two main methods of extracting bitumen are currently used in the WCSB oil sands:

- Shallower oil sands deposits (less than 75 meters below the surface) are typically removed using conventional mining methods, and the bitumen is separated from the rock and fine tailings.

---

[24] *Tight oil* refers to oil found in low-permeability and low-porosity reservoirs, typically shale. Bakken crude is considered tight oil. The technology of extracting crude oil from tight rock formations has only recently been exploited, but produces and supplies large quantities of crude oil into the domestic market. Shale oil extraction is a completely different process than oil sands development.

- Deeper oil sands deposits (more than 75 meters below the surface) are recovered using *in situ* methods. Most *in situ* recovery methods currently in operation involve injecting steam into an oil sands reservoir to heat the bitumen, and thus decreasing the bitumen's viscosity, enabling it to flow out of the reservoir sand matrix to collection wells. Steam is either injected using cyclic steam stimulation (CSS), where the same well cycles between periods of steam injection and bitumen production, or by steam-assisted gravity drainage (SAGD), where a pair of horizontal wells is drilled; the top well is used for steam injection and the bottom well for bitumen production.

GHG emissions vary by the type of extraction process used to produce bitumen. Due to the high energy demands for steam production, steam injection *in situ* methods are generally more GHG-intensive than mining operations. The studies reviewed indicate that *in situ* methods of extraction emit between 3 and 9 percent more GHGs than mining (on a WTW basis) (see Table 4-5 of Appendix U, Lifecycle Greenhouse Gas Emissions, for more details).

Once extracted, raw bitumen has a viscosity that is too high to be transported via pipeline. It is either blended with diluents[25] to lower its viscosity (the resulting blended bitumen is referred to as *diluted bitumen or dilbit*) and enable better flow through a pipeline, or is sent to an upgrader where the bitumen is partially refined—to remove the heavier hydrocarbon fractions (also known as *residuum*)—into synthetic crude oil (SCO),[26] which is a lower-viscosity crude oil with a resulting lower sulfur content. Bitumen that is blended with SCO produces synbit.

**Other Factors**

Other factors that affect GHG emissions intensity and were considered in the study in the process of estimating the differential between oil sands crude and the reference crudes included:

- Overall steam-oil ratios (SORs)[27] in CSS and SAGD processes (lower SORs are less energy intensive);

- Type of upgrading processes;

- Use of electricity cogeneration and export in facilities being studied;

- Accounting for the effects of upgrading in estimates of emissions related to refining;

- Accounting for the effects of diluting bitumen throughout the full lifecycle;

- Inclusion or exclusion of considerations for energy required to recover crudes from conventional oil reservoirs in reference crudes;

- Transportation distances; and

- Inclusion or exclusion of co-products within the LCA boundaries – such as petroleum coke (see Section 4.14.3.3).

---

[25] Diluting raw bitumen with lighter hydrocarbons
[26] Upgrading to produce SCO lowers the viscosity of bitumen by removing the heaviest fraction of the oil (known as residuum).
[27] The SOR measures the volume of steam used to produce one unit volume of oil, and is a metric used to quantify the efficiency of oil recovery processes.

Sections 4.2, 4.3, and 4.4 of Appendix U, Lifecycle Greenhouse Gas Emissions, provide detailed discussions of these factors.

### 4.14.3.3    Petroleum Coke

Petroleum coke is a co-product produced by thermal decomposition (breaking down by heat) of residuum into lighter hydrocarbons, which occurs either during bitumen upgrading to create SCO prior to transportation or when transported dilbit or reference crudes are refined (see Figure 4.14.3-2). Petroleum coke is approximately 95 percent carbon by weight, and is a co-product that has very low demand in the U.S. marketplace and is therefore shipped to overseas markets, primarily China, for use as a fuel source. Petroleum coke is an important consideration in assessing lifecycle GHG emissions. It must be ensured that petroleum coke produced at the upgrader during production of SCO from oil sands bitumen is treated consistently in lifecycle analyses with petroleum coke produced at the refinery for transported dilbit and reference crudes. The LCA studies reviewed for this analysis applied different assumptions and approaches to include or exclude petroleum coke and other co-products from the LCA boundaries. These assumptions are discussed in Section 4.2.3.1 of Appendix U, Lifecycle Greenhouse Gas Emissions.

The actual net GHG emissions from petroleum coke, however, depend on the final end use of the petroleum coke (i.e., whether it is stockpiled or combusted). The fate of petroleum coke is influenced by market effects and access to markets, and varies depending on whether petroleum coke is produced at WCSB oil sands upgrading facilities in Alberta, Canada, or at U.S. Gulf Coast refineries. Section 5 of Appendix U, Lifecycle Greenhouse Gas Emissions, contains a detailed discussion of petroleum coke and market effects, and concludes that the lifecycle GHG emissions from the production and combustion of petroleum coke from oil sands should fundamentally be similar to heavy reference crudes due to the following:

- A barrel of raw bitumen will produce roughly the same amount of petroleum coke as a barrel of heavy crude, such as Venezuelan Bachaquero or Mexican Maya, which are commonly refined in the Gulf Coast;[28]

- Approximately half the upgrader petroleum coke manufactured in Alberta is stockpiled and not combusted, and therefore not emitting GHGs. This is due primarily to the lack of cost-effective routes to get the petroleum coke to market;

- Even if the share of petroleum coke stockpiled at upgraders in Canada declines, lifecycle GHG emissions from oil sands will nonetheless continue to be similar to the heavy reference crudes because oil sands contain approximately the same amount of petroleum coke as the heavy reference crudes;

---

[28] WCSB oil sands crude contain a similar fraction of vacuum residuum—the fraction of crude oil that is commonly used to produce petroleum coke, among other products—as other heavy crudes, such as Mexican Mayan and Venezuelan Bachaquero; see the discussion in Appendix U, Lifecycle Greenhouse Gas Emissions, for more information.

- Petroleum coke manufactured from heavy crude oils (both heavy crudes and oil sands) at U.S. Gulf Coast area refineries is combusted and GHG emissions from transportation to the China market need to be considered;

- The likely transportation of displaced reference crudes to alternative markets (e.g. Mexican Maya transported 10,000 miles to China rather than 700 miles to the Gulf Coast); and

- SCO has lower refining emissions because all the residuum processing was done at the upgrader.

The oil sands lifecycle petroleum coke-associated GHG emissions would likely be higher than the U.S. average barrel, especially with rapidly expanding shale oil production in North America, where the shale oils typically have a lighter composition and therefore do not result in as much petroleum coke production. Section 4.14.3.6, Near- and Long-Term Trends that Could Affect WTW GHG Emissions, provides further assessment of the petroleum coke GHG emissions specific to the proposed Project.

### 4.14.3.4   Land Use Change

Land use change emissions refer to land-related lifecycle GHGs emitted as a result of human activities, such as development, deforestation, and other physical impacts to the land. These can include immediate GHG releases from land disturbance as well as long-term changes to GHG sequestration patterns from changes in ecosystems. The land use changes resulting from WCSB oil sands development include the development of infrastructure, deforestation, and disturbance of peat-forming marshland to facilitate petroleum extraction. The use of mining techniques results in greater acreage of land use change than *in situ* and conventional crude extraction processes.

Carbon is sequestered and stored in several land-based stocks, including above- and below-ground biomass (i.e., biomass carbon stocks), and soil organic carbon (i.e., soil carbon stocks). Extraction of both conventional crudes and bitumen and the subsequent reclamation of extraction sites affect the levels of carbon in these stocks through several key carbon flows. These include immediate carbon release from land clearance and soil disturbance, foregone carbon sequestration, and carbon uptake during land reclamation. Foregone sequestration refers to the carbon which would have been sequestered had a land-based carbon sink where carbon is stored, such as in a peatland, not been cleared for development.

Section 4.2.3.3 of Appendix U, Lifecycle Greenhouse Gas Emissions, provides estimates of carbon stocks, carbon sequestration rates, and land reclamation rates for Canadian boreal forests and peatlands based on available studies. These studies conclude that oil sands developments will result in net releases of carbon from land-based stocks, and one study (Yeh et al. 2010) found that the net contribution of land use change to lifecycle emissions from WCSB oil sands development is relatively small, with the land use GHG emissions amounting to less than 0.4 to 2.5 percent of WTW lifecycle GHG emissions from oil sands production (considering both surface mining and *in-situ* production) over a 150-year modeling period. Section 4.14.3.5, Incremental GHG Emissions, provides further assessment of the land use GHG emissions specific to the proposed Project.

### 4.14.3.5    Incremental GHG Emissions

**GHG Emissions Comparisons between Crudes**

An analysis was undertaken to calculate GHG emissions associated with both WCSB oil sands crudes[29] and the reference crudes (that will be displaced). To ensure a consistent and like-for-like comparison of GHG emissions between WCSB oil sands crudes and the reference crudes, the WTW GHG emissions estimates were converted from barrels of crude to a weighted-average kilograms carbon dioxide equivalent ($kgCO_2e$) per barrel of gasoline and distillates (i.e., the total sum of gasoline, diesel, and jet fuel products) based on the yield of gasoline and distillates per barrel of crude for each respective study. The calculations also acknowledged the different methods used in GHG-intensity estimates between the studies reviewed. The ranges of WTW GHG emissions estimates from the studies for the relevant reference crudes are provided in Table 4.14-3 for each of the WTW lifecycle stages.

**Table 4.14-3    Ranges of WTW GHG Emissions per Barrel for Weighted-Average Crudes by Lifecycle Stage**

| Crude Type | GHG Emissions $kgCO_2e$ per Barrel of Gasoline and Distillates[a] | | | | | |
|---|---|---|---|---|---|---|
| | Crude Oil Extraction/ Production[b] | Crude Oil Transport | Refining | Finished Fuel Transport | Fuel Combustion[c] | WTW Total |
| WCSB Oil Sands | 74 - 105 | 1 - 9 | 59 - 71 | 2 - 5 | 387 - 393 | 533 - 568 |
| U.S Average (2005) | 36 | 7 | 47 | 5 | 393 | 488 |
| Middle Eastern Sour | 1 – 43 | 5 - 15 | 55 – 69 | 2 - 5 | 390 - 396 | 456 - 526 |
| Mexican Maya | 17 – 68 | 1 - 6 | 63 – 74 | 2 - 5 | 390 - 398 | 470 - 549 |
| Venezuelan | 23 - 55 | 1 - 7 | 58 - 86 | 2 - 5 | 390 - 405 | 485 - 553 |

[a] The yield of gasoline and distillates (i.e., premium fuel products) is calculated as the total volume of gasoline, diesel, and kerosene or kerosene-based jet fuel, divided by total refinery output.
[b] Includes upgrading for WCSB oil sands crudes.
Notes: GHG = greenhouse gas; IE = emissions from lifecycle stage included in other lifecycle stage; $kgCO_2e$ = kilograms carbon dioxide equivalent; SCO = synthetic crude oil; WCSB = Western Canadian Sedimentary Basin; WTW = well-to-wheels
Because these values represent a range drawn from the results of various studies, it is not possible to add them together to get to the total results. Instead, the results from one study need to be consistently summed with results from that study to produce the final result. For results by study, see Table 6-3 (for WCSB Oil Sands Crudes) and Table 6-12 (for Reference Crudes) in Appendix U, Lifecycle Greenhouse Gas Emissions.
[c] The fuel combustion lifecycle stage results in a range because each of the respective studies has a different relative yield of gasoline and distillates.

When comparing weighted average WTW GHG emissions estimates for WCSB oil sands crudes to those of reference crudes replaced by WCSB oil sands crudes transported by the proposed Project, the higher WTW emissions for WCSB oil sands crudes are largely driven by higher mining/extraction emissions. It also illustrates that the majority of WTW GHG emissions occur in the end use combustion phase, and that these emissions are consistent across all crudes. For illustration purposes, Figure 4.14.3-4 demonstrates this effect by comparing weighted average

---

[29] It is assumed that the composition of WCSB oil sands crude that would be transported by the proposed Project would be 80 percent dilbit and 20 percent SCO.

WCSB oil sands crudes to WTW emissions from relevant references crudes across the WTW lifecycle stages (using the specific data set from NETL 2009).



Sources: NETL 2009

Notes: In this chart, all emissions are per barrel of gasoline and distillates. Venezuela Conventional is used as the NETL reference crude for Venezuela Bachaquero in this analysis. This is a medium crude, not a heavy crude; thus, the NETL values are compared against a lighter Venezuelan reference crude than other studies.
GHG = greenhouse gas, WCSB = Western Canadian Sedimentary Basin, WTW = well-to-wheels

**Figure 4.14.3-4      WTW Weighted-Average GHG Emissions from the Mix of WCSB Oil Sands Crudes Compared to Reference Crudes in NETL (2009)**

This trend is further demonstrated in Figure 4.14.3-5, which indicates the GHG intensity of crudes likely to be transported in the proposed Project relative to each of the four reference crudes on a gasoline basis. The weighted average mix of oil sands crudes is 2 to 13 percent[30]

---

[30] The results from NETL show that the GHG intensity of the weighted average mix of oil sands crudes is 18 percent higher than the Venezuelan crude. Venezuela Conventional is used as the NETL reference crude for Venezuela Bachaquero in this analysis; this is a medium crude, not a heavy crude; thus, the NETL values are compared against a lighter Venezuelan reference crude than other studies in Figure 4.14.3-5.

higher in WTW GHG emissions compared to heavy reference crudes, and 8 to 19 percent higher compared to the lighter reference crudes.



Sources: NETL 2009, Jacobs 2009, TIAX 2009

Notes: All emissions are per megajoule (MJ) of reformulated gasoline with the exception of NETL 2009, which is per megajoule of conventional gasoline. Venezuela Conventional is used as the NETL reference crude for Venezuela Bachaquero in this analysis; this is a medium crude, not a heavy crude; thus, the NETL values are compared against a lighter Venezuelan reference crude than other studies.

**Figure 4.14.3-5    Percent Change in Near-Term WTW Weighted-Average GHG Emissions from the Mix of Oil Sands Crudes that may be Transported in the Proposed Project Relative to Reference Crudes**

**Well-to-Tank (WTT) Considerations**

As introduced earlier, WTT analyses include the emissions associated with the processes up to, but not including, combustion of the refined products. Since final product combustion generally makes up approximately 70 to 80 percent of the WTW emissions and is the same regardless of the crude source, comparing crudes on a WTT basis accentuates their relative differences by only considering GHG emissions up to the refinery gate and excluding finished fuel combustion.

Compared to the WTW results in Figure 4.14.3-5 (showing that weighted average mix of oil sands crudes are 3 to 13 percent[31] higher in WTW GHG emissions compared to heavy reference crudes, and 8 to 19 percent higher compared to the lighter reference crudes), Figure 4.14.3-6 illustrates the same trends from the WTT perspective. The resulting percentage increases are much larger because they are calculated using the same numerator as in the WTW calculations, but with a much smaller denominator.



Sources: Data from NETL 2009, Jacobs Consultancy 2009, TIAX 2009

Notes: In this chart, all emissions are per MJ of reformulated gasoline with the exception of NETL 2009, which is per MJ of conventional gasoline. Venezuela Conventional is used as the NETL reference crude for Venezuela Bachaquero in this analysis. This is a medium crude, not a heavy crude; thus, the NETL values are compared against a lighter Venezuelan reference crude than other studies. The percent differentials refer to results for scenarios from the various studies and are calculated using the oil sands results relative to the corresponding study's reference crudes.

**Figure 4.14.3-6     Comparison of the Percent Differential for Various WTT GHGs from Gasoline Produced from WCSB Oil Sands Relative to Reference Crudes**

---

[31] Venezuela Conventional is used as the NETL reference crude for Venezuela Bachaquero in this analysis; this is a medium crude, not a heavy crude; thus, the NETL values are compared against a lighter Venezuelan reference crude than other studies. The 18 percent shown in Figure 4.14.3-5 for NETL is a medium Venezuelan crude.

**Treatment of Petroleum Coke in WTW GHG Emission Estimates**

The combustion of co-products is a significant issue for GHG emissions along the lifecycle of both WCSB oil sands and other crudes. The issue of petroleum coke has been summarized in Section 4.14.3.3, Petroleum Coke, and this section shows the contribution of petroleum coke to WTW GHG emissions estimates for WCSB oil sands crudes and other reference crudes.

Table 4.14-4 shows the range of GHG emissions from production and combustion of petroleum coke and other co-products. For WCSB oil sands crudes, the table also shows GHG emissions accounting for stockpiling at Canadian upgraders, assuming that an 80/20 ratio of dilbit to SCO is transported by the proposed Project, that none of the bitumen produced from dilbit is stockpiled, and that 54 percent of the bitumen produced from SCO is stockpiled at Canadian upgraders (Energy Resources Conservation Board [ERCB] 2013). Table 4.14-4 also calculates the GHG gains achieved (referred to as substitution credit) associated with the petroleum coke that is used to offset coal-fired electricity generation.[32] Coal accounted for nearly half the increase in global energy use over the past decade, and China was responsible for nearly half of global coal use in 2009 (IEA 2011). Against this demand, the influx of new coke into the market and the impact it might have on the coal and electricity markets is relatively small. If all the produced coke from the proposed Project were shipped to China, this would only replace 0.16 percent of the coal currently consumed there.

The results from Table 4.14-4 are used below to include the net GHG contribution of co-products—particularly from the production and combustion of petroleum coke—in the WTW GHG emissions for WCSB oil sands and other reference crudes.

---

[32] The combustion of petroleum coke offsets GHG emissions from coal-fired electricity production, and this offset has been assumed to be on a one-to-one basis per unit of energy (from Jacobs Consultancy 2009). The comparison is made on an energy basis—as opposed to a mass basis—because energy is the final desired output when petroleum coke or coal are used as fuels. Further detail is provided in Section 6.2 of Appendix U, Lifecycle Greenhouse Gas Emissions.

**Table 4.14-4     Range of GHG Emissions from the Production and Combustion of Petroleum Coke and Other Co-Products for WCSB Oil Sands Crudes and Other Reference Crudes**

| Crude | GHG Emissions from Production and Combustion of Petroleum Coke and Other Co-Products (kgCO2-equivalent per barrel of gasoline and distillates) | Substitution Credit for Combustion of Petroleum Coke[c] (kgCO2-equivalent per barrel of gasoline and distillates) | Net GHG Emissions from Production, Combustion of Petroleum Coke and Other Co-Products and Coal Substitution (kgCO2-equivalent per barrel of gasoline and distillates) |
|---|---|---|---|
| WCSB oil sands | 110 - 156 / 98 - 152[a] | 0 - 132 / 0 - 118[a] | 0 - 13 / 0 - 11[a] |
| U.S. Average (2005)[b] | 131 | Not calculated | Not calculated |
| Middle Eastern Sour | 36 - 124 | 0 - 61 | 0 – 6 |
| Mexican Maya | 99 - 132 | 0 - 100 | 0 – 9 |
| Venezuelan | 105 - 126 | 0 - 103 | 0 - 10 |

[a] The second value for WCSB oil sands crudes represents petroleum coke emissions from WCSB oil sands emissions, accounting for stockpiling at Canadian upgraders. Stockpiling of petroleum coke at Canadian upgraders assumes an 80/20 ratio of dilbit to SCO, in the proposed Project, that none of the petroleum coke produced from dilbit is stockpiled, and that 54 percent of the petroleum produced from SCO is stockpiled at Canadian upgraders (ERCB 2013).

[b] The 2005 U.S. average crude is based on NETL (2008, 2009), which includes the production and combustion of co-products other than petroleum coke (i.e., residual fuel oil, light and heavy ends). The study did not calculate a substitution credit for these values, so it has not been included for the WCSB oil sands and reference crude results that are based on NETL—including the 2005 U.S. average.

[c] The substitution credit represents petroleum coke production that goes into fuels markets, which results in more coke consumed and displaces the consumption of some coal.

Notes: Please refer to Section 6.3 and Table 6-11 in Appendix U, Lifecycle Greenhouse Gas Emissions, for full details of these calculations and for results by study.

Because these values represent a range drawn from the results of various studies, it is not possible to add them together to get to the net emission results. Instead, the results from one study need to be consistently summed with results from that study to produce the final result.

## Land Use Emissions

The GHG emissions from land clearing for WCSB oil sands projects were not included in the NETL, Jacobs, or TIAX studies. The study by Yeh et al. (2010), published after these reports were released, estimated land use GHG intensity for oil sands developments and included GHG emissions from losses in soil carbon, biomass, forgone $CO_2$ sequestration in peatland, and $CH_4$ emissions from tailings ponds. The Yeh et al. (2010) estimates range from 3.9 to 10.24 gCO2e/MJ refinery feedstock for surface mining extraction and 0 to 0.23 gCO2e/MJ refinery feedstock for *in situ* extraction. Those estimates were used in one LCA study to calculate the magnitude of land use change emissions relative to incremental GHG emissions from WCSB oil sands crudes transported through the proposed Project (Jacobs Consultancy 2012). Jacobs Consultancy 2012, using data from Yeh et al. 2010, provided land use emissions estimates for oil sands mining and *in situ* extraction. Table 4.14-5 below summarizes how each land use change source contributes to the total land use change emissions for each extraction method.

**Table 4.14-5    Share of Total GHG Emissions from Land Use Change by Land Use Change Source**

| Land Use Change Source | Oil Sands Mining | Oil Sands In Situ |
|---|---|---|
| Soil $CO_2$ | 25% | 86% |
| Biomass $CO_2$ | 1% | 0% |
| Foregone Sequestration of $CO_2$ | 1% | 14% |
| Tailing Pond $CH_4$ | 55% | 0% |
| Jacobs Estimate of $CH_4$ from Mine Face | 18% | NA |

Source: Jacobs Consultancy 2012 (Table 5-8) on a bitumen basis, based on Yeh et al. 2010 (Table 3)

Note: NA = not applicable

Jacobs Consultancy 2012 calculated values for Yeh et al.'s central estimate only. This Final Supplemental EIS took the high and low estimates from Yeh et al. (2010), and scaled by an equivalent yield of SCO from bitumen to calculate the full range. These values were converted using the energy content of bitumen and the yield of gasoline and distillates per barrel of bitumen from Jacobs to calculate low, central, and high estimates of net land use GHGs for surface mining and *in situ* WCSB oil sands crudes (see Section 6.1.1 of Appendix U, Lifecycle Greenhouse Gas Emissions). Finally, weighted average low, central, and high estimates of annual land use change GHG emissions were calculated based on the assumed composition of WCSB oil sands crude that the proposed Project would transport (i.e., 80 percent *in situ* dilbit, 18.6 percent surface mining SCO, and 1.4 percent *in situ* SCO). The median weighted average annual land-use change emissions for WCSB oil sands crudes were estimated to be approximately 4.9 kg$CO_2$e/barrel of gasoline and distillates, with a range of 0.8 to 10.8 kg$CO_2$e per barrel of gasoline and distillates (see Table 4.14-6).

**Table 4.14-6    Range in Net Land Use GHG Intensity of Surface Mining and *In Situ* Extraction Methods, and the Weighted Average Mix of WCSB Oil Sands Crudes**

| Extraction method | Land use intensity (calculated) (kg$CO_2$e/bbl gasoline and distillates) | | |
|---|---|---|---|
| | Central | Low | High |
| Surface Mining | 24.3 | 4.3 | 52.5 |
| In situ | 0.4 | 0.0 | 1.3 |
| Weighted Average[a] | 4.9 | 0.8 | 10.8 |

[a] Calculated based on assumed composition of WCSB oil sands crude that will be transported by the proposed Project.

Notes: Please refer to Section 6.1.1 and Tables 6-4, 6-5, and 6-6 in Appendix U, Lifecycle Greenhouse Gas Emissions, for further detail on these calculations and for results by study.

The results from Table 4.14-6 are used below to separately show the contribution of land use change emissions to lifecycle GHGs for oil sands crudes (see Table 4.14-8).

**Estimates of Incremental GHG Emissions**

This section draws together the different contributing factors for GHG emissions in order to calculate the GHG emissions associated with crude oil that would be transported by the proposed Project.

The total lifecycle emissions associated with production, refining, and combustion of 830,000 bpd of oil sands crude oil is approximately 147 to 168 $MMTCO_2e$ per year.[33] The annual lifecycle GHG emissions from 830,000 bpd of the four reference crudes examined in this section are estimated to be 124 to 159 $MMTCO_2e$. The range of incremental GHG emissions for crude oil that would be transported by the proposed Project is estimated to be 1.3 to 27.4 $MMTCO_2e$ annually.[34, 35] Figure 4.14.3-7 presents these emissions and the associated incremental emissions.

---

[33] This emissions estimate, 147 to 168 $MMTCO_2e$, could be considered an increase in total global $CO_2$ emissions if one assumed the full 830,000 bpd of additional supply was equivalent to 830,000 bpd of additional demand/consumption. A working document from the Stockholm Environmental Institute estimated GHG emissions associated with different assumptions about whether additional oil sands crude would make it to market, and the potential impact increased oil supplies could have on increased oil consumption by lowering crude oil prices. It estimated that an additional 830,000 bpd of additional global crude oil supply could result in a total increase in global oil demand/consumption of approximately 500,000 bpd in 2020. According to the estimates in the working paper, such an increase in global demand/consumption could produce approximately 93 $MMTCO_2e$ emissions per year (Lazarus and Erickson 2013).

[34] Because the estimates of lifecycle emissions from oil sands (i.e., 147 to 168 $MMTCO_2e$) and the four reference crudes (i.e., 124 to 159 $MMTCO_2e$) both represent ranges across various studies, it is not possible to subtract the high and low bounds from each to arrive at the net emissions result. Instead, the results for oil sands crudes from one study need to be consistently compared against the results for the other reference crudes from the same study to produce the final net emissions result (i.e., 1.3 to 27.4 $MMTCO_2e$).

[35] These estimates include GHG emissions from co-product combustion and any offsets for displacement of coal from petroleum coke co-products, as calculated in Table 4.14-4.



Notes:
1) The columns plotted are illustrative to show the order of magnitude of GHG emissions for the different lifecycle stages (TIAX 2009 data was used as a mid-range data set; for the 2013 Current Baseline, Mexican Maya was used at the Reference Crude).
2) The range bars represent the range of GHG emissions estimated across the three studies (NETL 2009, Jacobs 2009, TIAX 2009) and each of the reference crudes.
3) The results are based on the preceding results presented in Section 4.14.3.5, Incremental GHG Emissions, which are from Appendix U, Lifecycle Greenhouse Gas Emissions, and based on NETL 2009, Jacobs 2009, TIAX 2009.
4) 2013 Current Baseline: This represents today's position of the WTW GHG emissions currently being emitted based on 830,000 bpd of each of the selected reference crudes (the column is for TIAX Mexican Maya as per note 1, and the range bar is for all reference crudes).
5) 830,000 bpd Oil Sands Production: This assumes the proposed Project is built and a maximum of 830,000 bpd of WCSB crude oil that otherwise would not have been produced is transported to the Gulf Coast refineries.
6) Incremental Emissions: This represents the difference between the 2013 Current Baseline and the 830,000 bpd Oil Sands Production, and excludes consideration of the Market Analysis. The orange bar represents incremental emissions. The bar itself is for a single crude (Mexican Maya) from the TIAX study. The range bar is representative of all studies and reflects the 1.3 to 27.4 MMTCO$_2$e annual incremental emissions presented in the Final Supplemental EIS. These Incremental Emissions represent the potential increase in emissions attributable to the proposed Project if one assumed that approval or denial of the proposed Project would directly result in a change in production of 830,000 bpd of oil sands crudes in Canada. However, as set forth in Section 1.4, Market Analysis, such a change is not likely to occur. Section 1.4 notes as stated in the conclusion of the Draft Supplemental EIS that approval or denial of any one crude oil transport project, including the proposed Project, remains unlikely to significantly impact the rate of extraction in the oil sands, or the continued demand for heavy crude oil at refineries in the United States (based on expected oil prices, oil-sands supply costs, transport costs, and supply-demand scenarios).

**Figure 4.14.3-7     WTW GHG Emissions from Weighted Average WCSB Oil Sands Crudes, and Incremental WTW GHG Emissions from Displacing Reference Crudes**

The estimated range of potential emissions is large because there are many variables, including the reference crude that is displaced, which reference crude is used for the comparison, and which study is used for the comparison. Below is more summary information explaining the range:

- The upper end of this range, the 27.4 MMTCO$_2$e estimate, is based on comparing the average emissions for 830,000 bpd of oil sands crude (the total capacity of the proposed Project), assuming the displaced reference crude is a light, low-GHG crude oil, such as Middle-Eastern Sour, and looking at emissions estimates from the NETL study.

  - Based on these same assumptions, and looking at the Jacobs Study, the estimate would be approximately 9.0 MMTCO$_2$e.

  - Based on these same assumptions, and looking at the TIAX Study, the estimate would be approximately 22.2 MMTCO$_2$e.

- The lower end of the range, down to the 1.3 MMTCO$_2$e estimate, is based on assuming the displaced reference crude is a heavy crude such as Mexican Maya or Venezuelan heavy, and looking at the results from the Jacobs study.

  - Based on these same assumptions, and looking at the TIAX Study, the estimate would be approximately 5.9 MMTCO$_2$e for Venezuelan heavy to 17.4 MMTCO$_2$e for Mexican Maya.

  - Based on the assumption that the displaced reference crude is Mexican Maya, and looking at the NETL Study, the estimate would be approximately 18.4 MMTCO$_2$e.[36]

The above estimates represent the total incremental emissions associated with production and consumption of 830,000 bpd of oil sands crude compared to the reference crudes. These estimates represent the potential increase in emissions attributable to the proposed Project if one assumed that approval or denial of the proposed Project would directly result in a change in production of 830,000 bpd of oil sands crudes in Canada. However, as set forth in Section 1.4, Market Analysis, such a change is not likely to occur. Section 1.4 notes that as stated in the conclusion of the Draft Supplemental EIS, approval or denial of any one crude oil transport project, including the proposed Project, is unlikely to significantly impact the rate of extraction in the oil sands, or the continued demand for heavy crude oil at refineries in the United States

---

[36] Venezuelan Conventional is used as the NETL reference crude for Venezuelan Bachaquero in this analysis. This is a medium crude, not a heavy crude. Therefore, the NETL comparison uses a lighter Venezuelan reference crude than the Jacobs and TIAX studies.

(based on expected oil prices, oil-sands supply costs, transport costs, and supply-demand scenarios).[37]

The incremental GHG emissions associated with production and consumption of 830,000 bpd of oil sands crude oil compared to the reference crudes is estimated to be 1.3 to 27.4 MMTCO$_2$e annually.[38] This is equivalent to annual GHG emissions from combusting fuels in approximately 270,833 to 5,708,333 passenger vehicles, the CO$_2$ emissions from combusting fuels used to provide the energy consumed by approximately 64,935 to 1,368,631 homes for 1 year, or the annual CO$_2$ emissions of 0.37 to 7.8 coal fired power plants.

The increments presented here are based on lifecycle emission estimates for current or near-term conditions in the world oil market. Over time, however, the GHG emission estimates for fuels derived from both oil sands crude oils and the reference crude oils are likely to change. For instance, it would likely become more energy-intensive to produce reference crudes over time as fields mature and secondary and tertiary recovery techniques, such as CO$_2$ or water flooding, are required to maintain production levels. Many of the reference crude oil reservoirs are 1 to 2 miles (or more) underground or under the ocean floor, and exploration efforts for new deep oil reservoirs would continue as known reservoirs deplete. GHG emissions from mining and *in situ* SAGD oil sands crude production have decreased over the last decade (IHS CERA 2012).[39] Although it is unclear how the GHG intensity of reference crudes relative to oil sands crudes will change over time, if these trends continue (i.e., the GHG intensity for future reference crudes continued upward and the GHG intensity of future oil sands production continued downward), then the differential in WTW GHG emissions of oil sands crudes would decrease relative to reference crudes. See Section 4.1.4 of Appendix U, Lifecycle Greenhouse Gas Emissions, for a discussion of factors that could influence the GHG emissions intensity of both WCSB oil sands and other reference crudes in the future.

The full summary of results for all studies and reference crudes is shown in Table 4.14-7.

---

[37] The Draft Supplemental EIS estimated how oil sands production would be affected by long-term constraints on pipeline capacity (if such constraints resulted in higher transportation costs) if long-term WTI-equivalent oil prices were less than $100. The Draft Supplemental EIS also estimated a change in GHG emissions associated with such changes in production. The additional data and analysis included in this Final Supplemental EIS provide greater insights into supply costs and the range of prices in which pipeline constraints would be most likely to impact production. If WTI-equivalent prices fell to around approximately $65 to $75 per barrel, if there were long-term constraints on any new pipeline capacity, and if such constraints resulted in higher transportation costs, then there could be a substantial impact on oil sands production levels. This is discussed further in Section 1.4.5.4, Implications for Production.

[38] The Draft Supplemental EIS indicated that this range to be 3.3 to 20.8 MMTCO$_2$e per year, but noted that the NETL (2008, 2009) study did not account for production and combustion of co-products, and that the calculated incremental GHG emissions could increase by 30 percent if these were accounted. The upper end of the range in the Final Supplemental EIS reflects the inclusion of co-products in the calculated results based on the NETL study.

[39] The estimate of oil sands GHG intensity used in this Final Supplemental EIS is based on an approximate 80 percent mix of *in situ* production. This estimated mix of *in situ* production is based on the pipeline design specifications, which assume up to an approximate 80 percent mix of diluted bitumen that is derived primarily from *in situ* projects.

**Table 4.14-7    Incremental WTW GHG Emissions from Weighted-Average WCSB Oil Sands Crudes Relative to Reference Crudes**

| Crude Contribution | 2013 Current Baseline, 830,000 bpd of Reference Crude(s)[a] | 830,000 bpd Oil Sands Production[b] | Incremental Emissions (Excluding Consideration of Market Analysis)[c] |
|---|---|---|---|
| WCSB oil sands | Not currently transported | 147-168 | -- |
| U.S. Average (2005) | 145 | -- | 23.5 |
| Middle Eastern Sour | 124-151 | -- | 9.0-27.4 |
| Mexican Maya | 129-158 | -- | 2.2-18.4 |
| Venezuelan[d] | 141-159 | -- | 1.3-25.7 |
| Summary Range | 124-159 | 147-168 | 1.3-27.4 |

Notes: Because these values represent a range drawn from the results of various studies, it is not possible to add them together to get to the net emission results. Instead, the results from one study need to be consistently summed with results from that study to produce the final result.

[a] Based on a combination of the WTW GHG emissions for the reference crudes provided in Table 4.14-3 and the net petroleum coke GHG emissions in Table 4.14-4 for 830,000 bpd.

[b] Based on a combination of the WTW GHG emissions for the WCSB crude oil provided in Table 4.14-3 and the net petroleum coke GHG emissions in Table 4.14-4 (assuming all petroleum coke is combusted) for 830,000 bpd.

[c] Incremental Emissions: This represents the difference between the 2013 Current Baseline and the 830,000 bpd Oil Sands Production, and excludes consideration of the Market Analysis. These Incremental Emissions represent the potential increase in emissions attributable to the proposed Project if one assumed that approval or denial of the proposed Project would directly result in a change in production of 830,000 bpd of oil sands crudes in Canada. However, as set forth in Section 1.4, Market Analysis, such a change is not likely to occur.

[d] Venezuelan Conventional is used as the NETL reference crude for Venezuelan Bachaquero in this analysis. This is a medium crude, not a heavy crude, thus, the NETL values are compared against a lighter Venezuelan reference crude than other studies.

If these incremental emissions are summed for the entirety of the proposed Project timeframe (construction plus 50 operational years), the total accumulated range of incremental WTW GHG emissions attributable to the proposed Project and associated with the crude oil that could be transported by the proposed Project would be as summarized in Table 4.14-8. This estimate does not account for factors that could change the relative GHG intensity of WCSB oil sands crudes compared to other reference crudes, which are discussed in Section 4.14.3.6, Near- and Longer-Term Trends that Could Affect WTW GHG Emissions.

**Table 4.14-8    Accumulated Incremental WTW GHG Emissions over Proposed Project Lifetime**

| Crude | Construction GHG Emissions[a] | Land Use Change Emissions[b] | 50-Year Incremental GHG Emissions[c] | Accumulated Incremental GHG Emissions[d] |
|---|---|---|---|---|
| | MMTCO$_2$e | | | |
| Incremental GHG Emissions for Construction and Operation of the Proposed Project plus Incremental Emissions Associated with Production and Consumption of 830,000 bpd of Oil Sands Crude[d] | 0.24 | 70 | 65 - 1,370 | 135 - 1,430 |

Notes: GHG = greenhouse gas, MMTCO$_2$e = million metric tons carbon dioxide equivalent, WTW = well-to-wheels
[a] Results are from Table 4.14-1.
[b] Results are from Table 4.14-6, where the results were converted to annual GHG emissions by multiplying by the maximum throughput of the proposed Project (830,000 bpd), assuming operation over the full 365 days in a year. The throughput of the proposed Project was normalized to a basis of gasoline and distillates using the yields in each study. The result was multiplied by 50 years.
[c] Results from Table 4.14-7 multiplied by 50 years. Does not account for changes in pipeline throughput over time or changes in the GHG intensity of WCSB oil sands crudes relative to other reference crudes in the future. Operational GHG emissions are assumed to be covered in the incremental emissions as part of the lifecycle assessment.
[d] Calculated by summing the Construction GHG Emissions, Land Use Change Emissions and 50-Year Incremental GHG Emissions.

### 4.14.3.6    Near- and Longer-Term Trends that Could Affect WTW GHG Emissions

The increments presented here are based on lifecycle emission estimates for current or near-term conditions in the world oil market. Over time, however, the GHG emission estimates for fuels derived from both oil sands crude oils and the reference crude oils are likely to change. Since the lifecycle emissions of both WCSB oil sands crudes and reference crudes will change over the design lifetime of the proposed Project, comparisons based on current data will not account for future changes that could alter the differential between oil sands and reference crudes. How the differential will change in the future is not known, but determining if currently-available studies have established the impact is important. This section discusses key factors that could play a role in influencing GHG emission estimates in the near- or long-term.

**Emergence of Tight Oil Production, Decrease in U.S. Imports, and Change in Average U.S. Crude Slate Mix**

U.S. crude oil production is the highest it has been since 1992, at an average of 7 million bpd in November and December of 2012 (EIA 2013b). While many factors contribute to supply growth, a large factor is the emergence of tight oil. Domestic tight oil production has increased from 0.19 million bpd in 2005 to 1.22 million bpd in 2011 (EIA 2013c). Figure 4.14.3-8 below illustrates these trends.



Source: EIA 2013c

**Figure 4.14.3-8      U.S. Domestic Crude Production by Source from 1990 to 2040**

In addition to the emergence of tight oil, a decrease in crude oil imports is changing the U.S. crude oil slate mix. Crude oil imports have fallen nearly 16 percent from 2005 to 2012, as shown in Figure 4.14.3-9 (EIA 2013d).



Source: EIA 2013d

**Figure 4.14.3-9     U.S. Crude Oil Imports from 2002 to 2012**

The U.S. crude oil share of total refinery crude slate has grown significantly over the last 7 years, primarily as the result of increased tight oil production and decreased imports. The crude volumes from countries supplying the U.S. have decreased significantly (as shown in Table 4-3 of Appendix U, Lifecycle Greenhouse Gas Emissions). IHS CERA, however, found in preliminary results from a recent assessment that the GHG intensity of the U.S. average crude baseline has *not changed materially* between 2005 and 2012 despite significant changes to the crude mix (IHS CERA 2013).[40, 41] Applying GHG intensities developed by NETL (2009) to the 2012 crude mix in Table 4-3 of Appendix U, Lifecycle Greenhouse Gas Emissions, the reduction

---

[40] IHS CERA (2013) estimated that the differential between the WTW GHGs for oil sands crudes and their derived 2012 U.S. average crude mix is 9 percent higher, which is 3 percent lower than the IHS CERA 2012 report of a 12 percent differential with the NETL 2005 U.S. average crude mix. IHS CERA attributes the difference to the uncertainty in calculating carbon intensities. IHS CERA (2013) also used a different methodology from NETL to estimate the average crude mix and the GHG emissions for each crude stream.

[41] Brandt (2012) found that the most important factor affecting the comparability of studies is whether study results are industry average oil-sands fuel pathways, or modeled emissions from specific oil sands projects. This methodological difference overshadows the other sources of between-model variability.

in WTW GHG intensity is estimated to be on the order of 1 percent for gasoline produced from the average crude mix in the United States between 2005 and 2012. These estimates indicate that the overall change in the GHG intensity of the U.S. average crude is minor, as increases in higher-GHG intensity crudes have been offset by greater volumes of lower-GHG intensity crudes.

**Impact on Crude Oil Extraction and Refining GHG Emissions**

The GHG emissions associated with the raw material acquisition and refining stages of the NETL 2009 LCA study are likely to change due to increased tight oil production, decreased crude oil imports, and a shifting crude slate mix. Little information is available on tight oil production lifecycle effects in the recent U.S. crude oil market; however, analysis of the available studies indicates the emissions from production may increase while emissions from refining may decrease (CARB OPGEE 2013 and MathPro 2013), as discussed in Section 4.1.4 of Appendix U, Lifecycle Greenhouse Gas Emissions.

**Other Factors That May Influence the Longer-Term GHG Emissions of WCSB Oil Sands and Reference Crudes**

Many factors will likely affect the lifecycle GHG emissions of both WCSB oil sands and reference crudes over time. First, GHG emissions from extraction will increase in the future for most reference crudes as it will take more energy to extract crude from increasingly depleted oil fields and to explore for further resources. In comparison, many WCSB oil sands are near the surface. This means that, for surface-mined bitumen, energy requirements are likely to stay relatively constant. At the same time, *in situ* extraction, which is generally more energy- and GHG-intensive than mining, will represent a larger share of the overall oil sands production in the future, increasing from about 45 percent of 2009 oil sands production to an estimated 58 percent by 2022 (ERCB 2013). In particular, the share of SAGD *in situ* extraction methods is projected to rise from roughly 20 percent in 2011 to 45 percent of oil sands production in 2030 (IHS CERA 2012).[42] As with reference crudes, reservoir quality is expected to decline over time and could lead to increased energy needs for extracting bitumen using *in situ* methods (IHS CERA 2012), though this *depletion effect* has not been observed yet and may be relatively minor (Brandt et al. 2013). While these factors could increase oil sands lifecycle emissions, some analysts also predict that technical innovations will likely continue to reduce the GHG-intensity of *in situ* SAGD operations. For example, decreased steam use and new hybrid steam-solvent techniques could reduce WTT GHG emissions by as much as 5 to 20 percent for *in situ* production (IHS CERA 2012). IHS CERA 2012 also describes a new mining method that will eliminate the upgrading step and reduce WTW GHG emissions by 6 percent. Jacobs Consultancy (2012) investigated several technologies and process improvements that are reducing the carbon intensity of WCSB oil sands crude production. These efficiencies could reduce the WTW carbon intensity of refined products from oil sands crudes by 7 to 5 percent for *in situ* and mining extraction methods, respectively (Jacobs Consultancy 2012).

---

[42] Although the balance of mining and *in situ* extraction will change in the future, there are incentives for producers to keep GHG intensity as low as possible. For example, Alberta's climate policy requires that oil sands producers and other large industrial GHG emitters reduce their emissions intensity by 12 percent from an established baseline.

Over the longer term, CCS technologies could reduce the GHG footprint of WCSB oil sands crudes. The feasibility and timeframe for widespread adoption and commercialization of CCS remains highly uncertain (Alberta Carbon Capture and Storage Development Council 2009).

Alternatively, traditional oil wells will likely require more energy intensive techniques to continue extracting oil. For example, all conventional crudes such as Saudi Arab Light and most of U.S. production prior to the shale oil boom are in various stages of declining production, requiring enhanced production techniques with larger energy intensities per barrel of oil produced. This is because traditional oil extraction techniques can only extract between 45 and 55 percent of the oil in the reservoir. To extract more oil, enhanced oil recovery techniques (formerly called *Tertiary Recovery Techniques*) must be used (Tzimas et al. 2005). These techniques are not only more expensive, but are usually more energy intensive, especially in terms of increased electricity consumption (NETL 2009), and potentially more harmful to the environment (USEPA 2013c). Also, these enhanced oil recovery techniques can only currently extract an additional 5 to 15 percent of the oil in the reservoir, which means that additional techniques will need to be developed to continue extracting oil from these reservoirs (Tzimas et al. 2005).

The gap in WTT GHG emissions between WCSB oil sands and reference crudes may narrow as reference crude production becomes more energy intensive, and if the energy intensity of oil sands *in situ* production becomes more efficient. On the other hand, there is considerable uncertainty regarding the extent to which petroleum coke combustion could increase and the rate of adoption of CCS and development of $CO_2$ pipeline infrastructure.

## 4.14.4    Cumulative Greenhouse Gas Emissions and Climate Change Impacts

This section provides a summary of the GHG emissions of the proposed Project described in the previous sections, along with information on other GHG emission levels to provide additional context for the proposed Project's GHGs and potential impacts.

### 4.14.4.1    GHG Emissions

Tables 4.14-7 and 4.14-8 present the annual and lifetime[43] GHG emissions respectively attributable to the proposed Project. These total direct and indirect emissions associated with the proposed Project, as well as those of alternative actions, contribute to cumulative global GHG emissions together with those of other past, present, and reasonably foreseeable future actions. GHG emissions differ from other impact categories discussed in this Final Supplemental EIS in that all GHG emissions of the same magnitude contribute to global climate change equally regardless of the source or geographic location where they are emitted. Therefore, a consideration of the alternative actions and other past, present, and reasonably foreseeable future actions that contribute to cumulative global GHG emissions would include any global action that emits any quantity of GHGs.

---

[43] The estimate of incremental lifetime GHG emissions does not account for changes in pipeline throughput over time. The GHG intensities of WCSB oil sands crudes and reference crudes are based on current analyses reflecting recent extraction, processing, refining operations and conditions. This estimate does not account for changes that could occur in the GHG intensity of WCSB oil sands crudes relative to reference crudes, as discussed in Section 4.14.3.6, Near- and Long-Term Trends that Could Affect WTW GHG Emissions.

### 4.14.4.2   Emissions and Impacts in Context

The total lifecycle emissions associated with production, refining, and combustion of 830,000 bpd of oil sands crude oil transported through the proposed Project are approximately 147 to 168 MMTCO$_2$e; however, the equivalent annual lifecycle GHG emissions from 830,000 bpd of the four reference crudes (representing crude oils currently refined in Gulf Coast area refineries) are estimated to be 124 to 159 MMTCO$_2$e. The range of incremental GHG emissions (i.e., the amount by which the emissions would be greater than the reference crudes) for crude oil that would be transported by the proposed Project is estimated to be 1.3 to 27.4 MMTCO$_2$e annually. This is equivalent to annual GHG emissions from combusting fuels in approximately 270,833 to 5,708,333 passenger vehicles, the CO$_2$ emissions from combusting fuels used to provide the energy consumed by approximately 64,935 to 1,368,631 homes for 1 year, or the annual CO$_2$ emissions of 0.37 to 7.8 coal fired power plants.

These estimates represent the potential increase in emissions attributable to the proposed Project if one assumed that approval or denial of the proposed Project would directly result in a change in production of 830,000 bpd of oil sands crudes in Canada. However, as set forth in Section 1.4, Market Analysis, such a change is not likely to occur.[44]

Contributions to the buildup of GHGs in the atmosphere vary greatly from country to country and depend heavily on the level of industrial and economic activity, population, standard of living, character of a country's buildings and transportation system, available energy options, and climate. Emissions from the United States account for approximately 16 percent of total global CO$_2$ emissions, and Canada's account for approximately 1.7 percent (WRI 2013).

Transportation CO$_2$ emissions comprise roughly 12 percent of total global GHG emissions. Emissions from transportation are primarily due to the combustion of petroleum-based fuels to power vehicles. Global transportation CO$_2$ emissions have increased by 39 percent from 1990 to 2009 (WRI 2013).

The emissions associated with extraction of the oil sands would occur in Canada and are subject to Canadian federal, provincial, and local regulations; this Final Supplemental EIS is presenting information from Canadian government reports on Canada's emissions trends. According to Environment Canada, Canada's total GHG emissions in 2011 were 702 MMTCO$_2$e (Environment Canada 2013). To meet its commitment to the Copenhagen Accord (made at the 15th session of the Conference of Parties to the United Nations Framework Convention on Climate Change) to reduce emissions in the range of 17 percent below 2005 levels, Canada needs to achieve a target emission level in 2020 of 607 MMTCO$_2$e. The Government of Canada currently projects that Canadian emissions in 2020 will be 734 MMTCO$_2$e (Environment Canada 2013).

In 2011, the oil and gas sector accounted for 163 MMTCO$_2$e (23 percent of Canada's emissions). Environment Canada projects this to grow to 200 MMTCO$_2$e by 2020 (27 percent of the projected Canadian emissions). The increase in the oil and gas sector is attributable to the

---

[44] Section 1.4, Market Analysis, notes that as stated in the conclusion of the Draft Supplemental EIS, approval or denial of any one crude oil transport project, including the proposed Project, is unlikely to significantly impact the rate of extraction in the oil sands, or the continued demand for heavy crude oil at refineries in the United States (based on expected oil prices, oil-sands supply costs, transport costs, and supply-demand scenarios).

projected growth in oil sands production, which outpaces decreases in the production of conventional oil and in the downstream sectors. Total emissions associated with oil sands production (including upgrading bitumen to synthetic crude oil) was 55 MMTCO$_2$e in 2010 (8 percent of Canadian emissions). This is projected to grow to 101 MMTCO$_2$e in 2020 (14 percent of Canadian emissions).[45]

The total capacity of the proposed Project could transport up to 830,000 bpd of crude oil. If the full capacity of the proposed Project transported only oil sands bitumen delivered to market as diluted bitumen, it could transport approximately 575,000 to 625,000 bpd of bitumen[46], or approximately one third of the projected production increase in the Environment Canada report. Approximately 100,000 bpd of the proposed Project's capacity is reserved for production in Montana and North Dakota, which would reduce the bitumen capacity of the proposed Project to approximately 500,000 to 525,000 bpd.

The weighted-average range of GHG emissions from oil sands extraction and upgrading across NETL, Jacobs Consultancy, and TIAX is 74 to 105 kgCO$_2$e per barrel of gasoline and distillates. The annual GHG emissions from the extraction of this 830,000 bpd of oil sands crude would be between 20 to 27 MMTCO$_2$e, equivalent to 20 to 27 percent of total emissions from Canadian oil sand production in 2020.[47]

## 4.14.5    Climate Change Impacts on the Proposed Project

This section presents the setting and context of climate change, as well as, an analysis of the potential impacts of climate change on the construction and operation of the proposed Project.

### 4.14.5.1    Setting and Context

#### Historical Climate Trends

Changes to the global climate have been observed over the past century. Between 1895 and 2009, the annual average global temperature has increased, and the states in which the proposed Project would be constructed and operated are, on average, warmer than they have been in the past. The northern states (i.e., Montana and North Dakota) have experienced relatively greater

---

[45] The Environment Canada report projects production and emissions trends only out to 2020. The Environment Canada report calculates these emissions based on growth in bitumen production from 1.7 million bpd in 2010 to 3.3 million bpd in 2020. Further context for the climate change impacts of oil sands production is estimated in an article by Swart and Weaver (2012), which estimated the temperature change impacts from the GHG emissions resulting from combustion of the entire Alberta oil sands. The authors estimate the economically viable proven reserves of the Alberta oil sands of 170 billion barrels of oil-in-place equals 22 billion metric tons of carbon. The authors estimate that, if all proven reserves were combusted, they would emit 80,667 MMTCO$_2$ and would result in a warming potential of 0.03°C. The estimates in Swart and Weaver (2012) are based on the emissions from oil sands crude combustion alone and do not include indirect emissions from natural gas, diesel, and electricity use during bitumen extraction, upgrading, and refining and do not account for GHGs other than CO$_2$. Including indirect emissions and non-CO$_2$ GHGs would increase the temperature change potential from the combustion of all known WCSB oil sands.

[46] This is based on an estimated diluent ratio of 25 percent to 30 percent.

[47] The estimates from NETL, Jacobs, and TIAX are based on LCAs of the inputs and activities at oil sands extraction, but not all of these emissions would occur at Canadian oil sands production facilities: these lifecycle estimates include a broader range of emissions than those strictly from oil sands production.

warming compared to southern states (BOR 2011a); in addition, more of that warming has been observed in the winter. In North Dakota, the average temperature in the winter increased by 5°F between 1895 and 2009, while in Nebraska there was only a 1.8°F increase over the same period. The historical changes in temperature are presented for each of the proposed Project states in Table 4.14-9. These historical climate trends are expected to continue and to intensify according to GHG emissions levels (both man-made and natural) and the associated climate change projections (IPCC 2007 and 2012).

**Table 4.14-9     Historical Changes in Temperature by State (1895-2009)**

| State | Annual Average Increase (°F) | Summer Average Increase (°F) | Winter Average Increase (°F) |
|---|---|---|---|
| Montana[a] | 1.6 | 1.0 | 1.7 |
| North Dakota[b] | 2.9 | 1.8 | 5.0 |
| South Dakota[b] | 2.2 | 1.6 | 3.9 |
| Nebraska[b] | 1.2 | 0.7 | 1.8 |
| Kansas[b] | 1.1 | 0.6 | 2.0 |

[a] Source: Michelle Breckner, personal communication, October 12, 2012
[b] Source: High Plains Regional Climate Center (HPRCC) 2012

## Projected Climate Change Effects

Climate changes can produce a range of effects, such as direct effects that include increases/decreases in temperature and precipitation on a seasonal basis, as well as indirect effects including increases in freeze-thaw cycles along with increased occurrences of flooding/drought and wind erosion of soil. It can also lead to broader effects such as changes to the natural environment (e.g., vegetation changes).

As part of preparation of this Final Supplemental EIS, an analysis was performed to evaluate the potential impacts of climate change on the proposed Project construction and operations. The analysis identified available, credible information on the projected climate change effects and the time horizons of these changes to identify potential impacts. The climate projections examined as part of this analysis were *downscaled* from general circulation models for North America. Downscaling disaggregates and refines climate modeling results from a global to a regional scale of relevant interest, or to a finer scale. Since this analysis relied on the downscaled model results reported by existing studies, less information was available on the possible extreme conditions and, by extension, the *worst-case* scenarios. There is, however, general consensus among the downscaled general circulation models[48] about average future climate change effects and that severe storm events will increase in frequency and duration (USGCRP 2013).

A number of sources were reviewed and cited as part of this analysis. IPCC reviews existing studies, multiple global climate models, and multiple regional climate models and generates non-numerical confidence levels for heat waves and extreme weather events for North America (IPCC 2012). The High Resolution Interpolation of Climate Scenarios for the Conterminous

---

[48] The term *downscaled general circulation models* is generally applied to models and studies where future climate predictions are downscaled from the global to regional level.

United States and Alaska Derived from General Circulation Model Simulations study (Joyce et al. 2011) downscaled four global climate models and averaged the model results for eight climate regions in the United States. Of the sources reviewed, it was determined that this study provides the most complete set of data available for application to the proposed Project across all the climate regions. However, due to the averaging of all the models, it likely underestimates the possible climate extremes. Where possible, other studies such as those from the U.S. Global Change Research Program (USGCRP 2009 and 2013) and BOR (2011a and 2011b) were referenced to obtain further detail on the possible extremes. Cumulatively, these studies covered the proposed Project areas with respect to projected climate effects.

Climate change projections have been included for a range of future carbon emissions scenarios. The IPCC developed several future scenarios for GHG emissions; these were dependent on population and economic growth, as well as technology for fuel use and fuel production (IPCC 2007). These scenarios are used to project the degree and severity of climate change effects.

The emissions scenarios examined for this Final Supplemental EIS included a high (A2) scenario, a medium (A1B) scenario, and a low (B1) scenario.[49] These emissions scenarios are presented in Figure 4.14.5-1.

This analysis has taken a precautionary approach by using the worst-case projections (A2 scenario) to ensure potential impacts and outcomes are not underestimated. The climate change effects examined as part of this study can be broadly grouped into two categories: temperature and precipitation.

The proposed pipeline route would cross through Montana, South Dakota, and Nebraska, with ancillary facilities (e.g., access roads, pump stations, and construction camps) in North Dakota and Kansas. These areas correspond to the Dry Temperate and Prairie climate regions referenced in Joyce et al. 2011. These region designations are specific to this section on climate change impacts, and do not correspond with region designations discussed in other sections of this Final Supplemental EIS.

---

[49] The three selected scenarios are described in the 2007 IPCC report as follows: The A2 scenario is a heterogeneous world with rapid population growth and slow economic development and technological innovation rates. The A1B scenario assumes rapid economic growth and a world population that peaks around 2050. Technological innovation and adoption of energy-efficient technologies is balanced and does not rely on any one energy source. The B1 scenario assumes very rapid economic growth, a world population that peaks around 2050, and a very fast innovation and adoption of energy-efficient technologies. The economy makes rapid changes toward services and information.



Source: IPCC 2007

**Figure 4.14.5-1        Emissions Scenarios**

The proposed pipeline route would primarily be in the Dry Temperate climate region and cross into the Prairie climate region toward the southern end of the route. Due to the linear nature of the proposed Project, the pipeline would cross a number of diverse climates as the route threads north to south from the mountain ranges of the continental divide toward Steele City, Nebraska. When climate change is overlaid atop these diverse regions, there are localized changes to temperature and precipitation.

In general, A2 scenario modeling results for each of these two climate regions show the same overall trends in temperature and precipitation, with some variation in the magnitude of the change. Therefore, for each category of climate effect, general changes for the United States are summarized below prior to a review of the projections for each climate region. A map further detailing the locations of the climate regions relative to the states is presented in Figure 4.14.5-2.



Source: Joyce et al. 2011

**Figure 4.14.5-2        Climate Regions of the United States**

The climate projection data for the two climate regions (from Joyce et al. 2011) are presented in Appendix V, Literature Review. Further summaries and analysis of these data are presented by climate effect category in the following sections. Given that the proposed Project has a nominal operating life of 50 years, from 2015 to 2065, the most relevant of the data are in the 2010 to 2039 and 2040 to 2069 timeframes. However, projected data from 2070 to 2099 are also included because, historically, pipelines have been known to remain in service longer than 50 years.

**Temperature**

By 2040 to 2069, the national average annual temperature is predicted to increase above the baseline of 1980 to 2009[50] by between 2.8°F and 6.6°F, depending on the model and the emissions scenario evaluated (USGCRP 2009). These changes would modify the seasonal patterns such that spring arrives earlier and summer lasts longer and is generally hotter, both in terms of its average and peak temperatures. Winters have already experienced and are expected to continue to experience the greatest degree of change from historical norms, and these changes would result in the winter season becoming shorter and warmer than in the recent past (USGCRP 2009).

---

[50] A lengthy period of climate data is used as a baseline because, for long-term climate modeling, a single baseline year is typically not used. A time period of historical data is used for long-term climate modeling since these will show the historical trend line as a starting point.

For western and central North America, multiple general circulation models predict, with high confidence in the opinion of IPCC, that heat waves and warm spells will likely be more frequent, more intense, and longer in duration (IPCC 2012). Increased temperature over a shortened time span would be expected to have a number of implications, including an increase in the likelihood of soil contraction, a shorter cool season, a shorter duration of frost periods, and more freeze-thaw cycles. The predicted average incremental temperature increases in the two climate regions for the three scenarios referenced above are presented in Table 4.14-10. Predicted temperatures for the two regions are discussed below.

**Table 4.14-10   Projected Changes in Average Mean Daily Maximum Temperatures (2010-2099)**

| | | Climate Regions | | | | | |
|---|---|---|---|---|---|---|---|
| Temperature Changes | | Dry Temperate | | | Prairie | | |
| | | High Emissions A2 | Medium Emissions A1B | Low Emissions B1 | High Emissions A2 | Medium Emissions A1B | Low Emissions B1 |
| Annual Mean Daily Max Temp Δ[a] from 1980-2009 (°F) | Baseline | 59.2 | 59.2 | 59.1 | 65.8 | 66.0 | 66.0 |
| | 2010-2039 | 1.8 | 2.4 | 2.0 | 2.1 | 2.4 | 1.8 |
| | 2040-2069 | 4.6 | 4.6 | 3.3 | 4.6 | 4.6 | 3.1 |
| | 2070-2099 | 7.7 | 6.4 | 4.4 | 7.8 | 6.4 | 4.1 |
| Winter Mean Daily Max Temp Δ from 1980-2009 (°F) | Baseline | 36.3 | 36.3 | 36.2 | 41.2 | 41.1 | 41.1 |
| | 2010-2039 | 1.3 | 1.8 | 1.3 | 1.5 | 2.1 | 1.2 |
| | 2040-2069 | 3.8 | 3.9 | 3.0 | 4.0 | 4.4 | 3.1 |
| | 2070-2099 | 6.3 | 5.4 | 4.1 | 6.9 | 6.3 | 4.2 |
| Summer Mean Daily Max Temp Δ from 1980-2009 (°F) | Baseline | 82.4 | 82.4 | 82.5 | 87.7 | 88.2 | 88.3 |
| | 2010-2039 | 2.6 | 3.0 | 2.3 | 2.7 | 2.7 | 2.1 |
| | 2040-2069 | 5.5 | 5.5 | 3.5 | 5.2 | 4.7 | 2.7 |
| | 2070-2099 | 8.8 | 7.4 | 4.5 | 8.6 | 6.5 | 3.9 |

Source: Joyce et al. 2011

[a] Δ = change

Just as the current trends presented in Table 4.14-10 demonstrate, the temperature increases are occurring at different rates depending on existing climatic trends. The predicted average incremental temperature and precipitation increases for the Great Plains for 2041 to 2070 are presented in Figure 4.14.5-3 (USGCRP 2013).

Final Supplemental Environmental Impact Statement                                    Chapter 4
Keystone XL Project                                                    Environmental Consequences



Source: USGCRP 2013

**Figure 4.14.5-3        Temperature and Precipitation Change for the Great Plains**

### Dry Temperate Climate Region

Under the A2 scenario, by 2040 to 2069, the annual maximum mean daily summer temperature is projected to increase by as much as 5.5°F in the Dry Temperate climate region (Joyce et al. 2011). This would result in a new daily mean summer maximum temperature of 88°F, which would also mean that the temperature extremes for the region would be expected to be greater than historical extremes. The Dry Temperate climate region is expected to have more frequent, longer, and more extreme (intense) events, including days with extreme cold and frosts (HPRCC 2012).

### Prairie Climate Region

For the Prairie climate region, the A2 scenario predicts an annual maximum mean daily summer temperature increase of as much as 5.2°F for the region by 2040–2069. The inter-annual temperature variability[51] is projected to increase by 15 to 40 percent under the A2 scenario (Joyce et al. 2011), suggesting that although temperature is expected to rise, it could vary widely between seasons.

**Precipitation**

Annual precipitation is expected to increase across most of the climate regions from the 1980 to 2009 baseline depending on the emissions scenario. More of the precipitation is predicted to be associated with severe storm events (USGCRP 2009), which are projected to increase in frequency over future time periods. The model projections also indicate a greater inter-annual variability, suggesting that there might be more variability between seasons (e.g., periods of drought interspersed by heavy precipitation events).

Increased rainfall in a shortened time span increases the likelihood of flooding, soil submersion, heavy snow, runoff, sinkholes, riverbed scour, washouts, landslides, and (in mountain regions) avalanches (USGCRP 2009). The predicted precipitation changes in the two climate regions for the three scenarios referenced above are presented in Table 4.14-11. Predicted precipitation for the two regions is discussed below.

**Table 4.14-11   Projected Changes in Precipitation by Climate Region (2010-2099)**

| | | Climate Regions | | | | | |
|---|---|---|---|---|---|---|---|
| **Precipitation** | | **Dry Temperate** | | | **Prairie** | | |
| | | **High Emissions A2** | **Medium Emissions A1B** | **Low Emissions B1** | **High Emissions A2** | **Medium Emissions A1B** | **Low Emissions B1** |
| **Annual** | Baseline | 16.7 | 16.7 | 16.7 | 35.1 | 34.7 | 34.7 |
| **Precipitation** | 2010-2039 | 0.5 | 0.2 | 0.3 | 0.2 | 0.2 | 0.0 |
| **Δ in inches from 1980-** | 2040-2069 | 0.5 | 0.9 | 1.0 | 0.6 | 0.8 | 1.8 |
| **2009** | 2070-2099 | 0.9 | 0.9 | 0.9 | 0.6 | 1.7 | 1.3 |

Source: Joyce et al. 2011

---

[51] Inter-annual temperature variability is the relative change in temperature that occurs between years.

*Dry Temperate Climate Region*

Precipitation increases are expected between 2010 and 2099. Under the A2 scenario, the increase in average annual precipitation for the Dry Temperate climate region by 2040 to 2069 is projected to be 0.5 inch. For parts of the Dry Temperate climate region in the Missouri River Basin, by 2050, the projected increases in temperature will offset increases in precipitation in that evapotranspiration is predicted to result in a net loss in the water balance. The net loss in the water balance would be further compounded by less snowpack accumulation and more precipitation falling as rain earlier in the season. Though there is less certainty around this prediction, this phenomenon could result in more acute runoff events. An increase in the intensity of precipitation events is also predicted with each successive decade (BOR 2011b).

*Prairie Climate Region*

Precipitation increases are also expected between 2010 and 2099. Under the A2 emissions scenario, the increase in average annual precipitation for the Dry Temperate climate region by 2040 to 2069 is projected to be 0.6 inch. The studies examined did not include an evaluation of the net impact upon the water balance in this portion of the Missouri River Basin; however, because of the geologic formation of the Red River in a low lying basin, climate change is expected to further exacerbate flooding (USGCRP 2013).

### 4.14.5.2   *Impacts on the Proposed Project*

The climate modeling results described above show that there are relatively small differences between projected temperature changes across the two climate regions. For precipitation, the relative differences are greater, mainly due to the differences in the baseline precipitation rates for the two climate regions.

The sections below present the potential impacts of climate change on construction and operation of the proposed Project. The analysis primarily focuses on the direct impacts to the pipeline; however, there are also potential impacts to the infrastructure supporting the pipeline and human communities.

**Construction**

The construction of the proposed pipeline is planned to occur in 2015; if construction occurs on that schedule, climate conditions during the 1- to 2-year construction period would not be expected to differ much from current conditions, even under worst-case modeling scenarios. Keystone has confirmed that the measures identified in the Construction, Mitigation, and Reclamation Plan (CRMP) (see Appendix G) are sufficient to deal with any potential predicted effects as described above. These measures address the effects of extreme weather conditions, including high precipitation effects such as an extremely wet ROW, high stream flows, and increased scour potential, and drought effects such as increased dust and vegetation stress.

**Operation**

From a temperature perspective, projections suggest warmer winter temperatures, a shorter cool season, a shorter duration of the time period that frost occurs, and more freeze-thaw cycles per year, which could lead to an increased number of episodes of soil contraction and expansion. In summer, warmer summer temperatures, increased number of hot days, increased number of

consecutive hot days, and longer summers are predicted, which could lead to impacts associated with heat stress and wildfire risks. Keystone has confirmed that the proposed Project is designed in accordance with USDOT regulations and the PHMSA Special Conditions (see Appendix B, Potential Releases and Pipeline Safety), and that these design standards are sufficient to accommodate an increased number of hot days or consecutive hot days. Keystone has also stated that because the proposed pipeline would be buried to at least 4 feet of cover to the top of the pipe, it would be below most surface temperature impacts, including wild fires and frequent freezing and thawing.

With respect to precipitation, the potential for increased winter and spring precipitation with increase in frequency of heavy precipitation events could result in increased runoff and stream flow; increased potential for flooding, erosion, washouts, and hydraulic scour in streambeds; as well as increased periods of soil saturation and increased risk of subsidence. The potential for increased severity, frequency, and duration of droughts could lead to an increase in episodes of soil contraction and movement. Keystone has stated that the design of the proposed Project in accordance with USDOT regulations and the PHMSA Special Conditions (see Appendix B, Potential Releases and Pipeline Safety) is sufficient to accommodate the effects of increased precipitation and increased drought. In addition, Keystone has stated that the design of pipeline crossings of all waterbodies is required (through these design standards in conjunction with the state permit conditions) to accommodate lateral stream migration and scour. In addition, areas where subsidence is known to be present would be designed accordingly. Finally, the magnitude and intensity of severe storm events can exacerbate existing trends found in precipitation, including the likelihood of flooding, soil submersion, heavy snow, runoff, sinkholes, riverbed scour, washouts, landslides, and (in mountain regions) avalanches (USGCRP 2009).

## 4.14.6 Climate Change Impacts on the Affected Environment and Associated Impacts

The affected environment and the identified environmental consequences described in Chapter 3, Affected Environment, and Chapter 4, Environmental Consequences, also need to be considered in the context of a potential change in climate as detailed in Section 4.14.5, Climate Change Impacts on the Proposed Project. Because climate change impacts are only likely to be experienced in the long term, this discussion focuses on climate change impacts during operation of the proposed Project.

Broad climate change effects will occur to varying levels to natural resources and the environment along the proposed Project corridor. However, these changes will occur irrespective of the presence of the proposed Project. This section therefore seeks to focus on the impacts that have been presented in this Final Supplemental EIS that are attributable to the proposed Project, and further consider whether the projected climate changes could further exacerbate or influence the identified impacts.

### 4.14.6.1 Soils

Potential impacts to soil resources associated with future climate change and construction and operation of the proposed Project and connected actions could include additional soil erosion and loss of topsoil from projected increases in temperature and annual precipitation. Soil erosion may result in loss of valuable topsoil from its original location through wind and/or water erosion.

A small portion of the proposed Project route would cross drought-prone soils. Drought-prone soils would be relatively more prone to wind erosion.

To address concerns related to potential soil erosion, Keystone has developed specific construction, reclamation, and post-construction procedures detailed in the Project CMRP (see Appendix G). The CMRP document itemizes construction, erosion control, and revegetation procedures to avoid and reduce soil erosion. Additional procedures are also described in Sandy Prairie Construction/Reclamation Unit Plan (see Appendix R, Construction/Reclamation Plans and Documentation). In addition, the proposed Project ROW would be monitored to ensure that reclamation and revegetation efforts are successful. Any proposed Project areas where reclamation and revegetation efforts are initially unsuccessful would be re-evaluated.

### 4.14.6.2   Water Resources

**Surface Waters**

The key potential surface water impacts associated with the proposed Project identified in Sections 3.3 and 4.3, Water Resources, relate to the pipeline construction as the pipeline crosses rivers, streams, and surface impoundments. Bank failure or improper restoration can lead to erosion points, which in turn can have impacts on habitat and fisheries. Following construction, the proposed Project plan stipulates that the proposed Project ROW, staging areas, and temporary access locations would be reclaimed and/or restored to as near pre-construction conditions as possible. The proposed Project design addresses near-term weather extremes and climate adjustment by specifying construction methods and mitigations for stream bed scour and lateral bank/channel migration. With these committed measures, and considering the short duration of the construction period and subsequent restoration period (up to 2 years post-construction), the projected climate changes are not anticipated to exacerbate the potential impacts already identified.

Climate change has the potential to exacerbate changes to hydraulic and hydrologic systems, particular in severe storm events. Channel migration zones and historic flood plains may be altered through the life of the proposed Project. Keystone stipulates that the proposed Project's design accommodates potential changes to surface water hydrology and the associated hydraulics attributable to future weather extremes and climate change. Keystone would employ industry-accepted engineering practices for the design of the proposed Project, including adequate setbacks from erodible bluff and bank locations. This would help protect against future channel changes due to weather extremes or climate adjustment, although additional analysis on extreme flood events would enable the design to be fully assessed.

**Groundwater Resources**

Groundwater systems will be susceptible to potential spills and releases from the proposed Project as described in Section 4.3, Water Resources. During extended drought conditions, recharge to the aquifers would be less and the need for municipalities and landowners to pump would be greater; therefore, this greater dependence on pumping would have the effect of lowering the water table. Increasing pumping could increase the distance that a spill or release will need to travel to impact ground water. However, during an extended drought, groundwater availability would be reduced, making the resource more valuable.

### 4.14.6.3   *Wetlands*

The key impacts associated with wetlands due to the proposed Project relate to disturbance of the wetlands due to construction activities and potential operational-related impacts such as spills (as presented in Sections 3.4 and 4.4, Wetlands). Keystone has committed to return wetlands to a pre-construction level whenever possible. Wetlands that recover rapidly from construction and operational-related impacts (such as spills) would likely be the least affected by minimal changes in weather and climate. However, some wetlands with narrower environmental tolerances, or those that take longer to restore and stabilize, would be potentially susceptible to additional impacts from projected climate changes. Wetlands within the proposed Project area may be particularly susceptible to climate-related changes if they are still in a state of transition or recovery from proposed Project-related impacts 10 to 20 years following construction. For example, wetland communities that require long-term timeframes for restoration, such as scrub-shrub and forested wetlands, could be more susceptible to negative impacts resulting from climate change. Other proposed Project area wetlands that may be more susceptible to climate related impacts include: riparian wetlands that may be affected by larger flood events in adjacent rivers and streams and depressional or pothole wetlands that rely primarily on precipitation, not groundwater, for hydrology (e.g., Prairie Pothole and Rainwater Basin wetlands). Where projected climate changes are creating or exacerbating drought conditions due to decreased precipitation, wetlands recovering from construction or operational-related impacts may be more susceptible to loss.

### 4.14.6.4   *Terrestrial Vegetation*

Impacts due to the proposed Project (see Section 4.5, Terrestrial Vegetation) would relate to the land disturbance required for the pipeline ROW and from construction-related impacts. Keystone is committed to post-construction restoration (as detailed in the CMRP, see Appendix G), and therefore long-term impacts to terrestrial vegetation communities are anticipated to be minimal. With the commitment to these mitigation measures, and considering the short duration of the construction period as well as the relatively short restoration periods in most areas required to reach pre-construction conditions, the projected climate changes are not anticipated to exacerbate the impacts to terrestrial vegetation already identified.

The primary impacts (approximately 59 percent) to terrestrial vegetation from the proposed Project would be to grassland/pasture communities. The proposed Project crosses an estimated 9,071 acres and 523 miles of Grassland/pasture. Research of the potential effects of increased atmospheric $CO_2$ and the anticipated changing weather patterns on these habitats suggests that inter annual variability makes predictions of the affects very difficult. The U.S. Department of Agriculture (2013) Forest Service Climate Change Resource Center states, "on a large scale grassland-suitable habitat in the U.S. is expected to increase, but projections vary by grassland type. Climate suitable for Great Plains grasslands is expected to remain relatively stable with some expansion to the north in Canada and retraction on the eastern and southern boundaries."

There are unique biological, chemical, and physical relationships/interactions that make predicting the long-term effects difficult. Specifically with changing weather patterns, the resulting changes in species composition and overall changes in grassland distribution will likely vary by region and by year, and will particularly depend on the frequency of droughts, floods, and fires. These natural processes are important for sustaining the ecological integrity of such

sensitive community types; however, fluctuations in frequency could substantially alter the species composition and diversity.

### 4.14.6.5    Fisheries

Potential long-term and permanent impacts from construction and operation of the proposed Project include increased water temperature; transfer of non-native or invasive plants, animals, or pathogens; increased sedimentation; bank and floodplain alteration; and loss of shading, nutrients, and cover.

Proposed Project-related impacts to water temperature are anticipated to be limited and generally minor overall; however, an increase in water temperature due to climate change could add to this impact. Increased sedimentation resulting from the proposed Project could be amplified by climate change impacts that result in increased erosion or flood magnitude, frequency, and duration. Similarly, potential impacts of the proposed Project that result in the loss of shading, nutrients, and cover, or any other bank or floodplain alterations are also subject to climate change impacts, particularly those that affect the hydrologic regime, sediment supplies, and riparian vegetation. The proposed Project has the potential to transfer non-native or invasive plants, animals, or pathogens into waterbodies along the proposed route, though it is uncertain whether climate-related impacts would make conditions more or less favorable regarding spread and/or persistence. However, it could be presumed that most native fish species will be adversely impacted by climate change, thus leaving them more vulnerable to problems associated with non-native and invasive species.

### 4.14.6.6    Wildlife and Threatened & Endangered Species

As presented in Sections 4.6, Wildlife, potential wildlife impacts associated with the proposed Project include:

- Habitat loss, alteration, and fragmentation;

- Direct mortality during construction and operation (e.g., vehicle collisions, power line/power pole collisions, etc.);

- Indirect mortality because of stress or avoidance of feeding due to exposure to construction and operations noise, low-level helicopter or airplane monitoring overflights, and from increased human activity;

- Reduced breeding success from exposure to construction and operations noise as well as from increased human activity;

- Reduced survival or reproduction due to less availability of edible plants, reduced cover, and increased exotic and invasive plants; and

- Increased predation (i.e., nest parasitism, creation of corridors used by predators, and poaching).

In some of these instances, the impacts are associated with disturbance during the construction activities, and are therefore short-term in their duration. The projected changes in climate are not expected to exacerbate these short-term and temporary impacts. Some of the impacts identified would be of a longer duration and associated with permanent changes such as the removal of permanent vegetation from the ROW, might increase the number of predators to some species.

For these longer term impacts, climate change may add to the stress some species may be experiencing. As explained below, the American burying beetle (*Nicrophorus americanus*) (see Section 4.8, Threatened and Endangered Species and Species of Conservation Concern) is one such species that would be impacted by the proposed Project and climate change.

A 5-year review was completed for the American burying beetle, which identified the potential effects of global climate change on American burying beetle habitat and disease (U.S. Fish and Wildlife Service 2008a). The effects of more frequent extreme weather events on the American burying beetle populations have not been assessed. Nevertheless, some predictions, although anecdotal, can be made about how weather events may affect the species, such as the projected gradual drying trend predicted in the summer months in South Dakota and Nebraska through 2050. The American burying beetle is subject to desiccation; thus, a drying trend may result in the contraction of the species' range over the next 50 years (i.e., the life of the proposed Project) (see the 2013 USFWS Biological Opinion in Appendix H, 2012 Biological Assessment, 2013 USFWS Biological Opinion, and Associated Documents). An elevation in winter temperatures could result in the species not going completely dormant and using extra fat reserves, potentially precluding the species from being able to overwinter. This could also result in a range contraction for the species (see the 2013 USFWS Biological Opinion in Appendix H, 2012 Biological Assessment, 2013 USFWS Biological Opinion, and Associated Documents).

### 4.14.6.7   Land Use

Section 4.9, Land Use, Recreation, and Visual Resources, describes the impacts of the proposed Project on land use and land ownership, recreation and special interest areas, and visual resources. As described in Section 4.9, the vast majority of land impacted by operation of the proposed Project would be privately owned land that is used either for agriculture or rangeland. Overall impacts on land use and ownership would be small and limited to restrictions on some kinds of land development activities (i.e., construction of structures) in the permanent ROW. Operation of the proposed Project would not likely affect recreational resources. Permanent impacts to visual resources would be limited to the presence of new pump stations as well as some changes in vegetation patterns along the proposed pipeline route. Impacts attributable to connected actions would be similar, although visual impacts would be higher in the case of transmission lines.

To the degree that the proposed Project is designed in a way to accommodate anticipated climate change (as discussed in Sections 4.14.5, Climate Change Impacts on the Proposed Project, and 4.14.6, Climate Change Impacts on the affected Environment and Associated Impacts), climate change would not be expected to exacerbate the Land Use, Recreation, and Visual Resources impacts described above.

### 4.14.6.8   Socioeconomics

Higher average annual temperatures, increased precipitation, and greater inter-annual variability could affect agriculture, which employs approximately 18,000 people in the counties that make up the economic corridor, as defined in Section 3.10, Socioeconomics. Changes in agriculture could result in a greater or lesser need for employment depending on the nature of the changes and whether; for example, climate change would make the proposed Project area more suited to different types of crops or livestock practices, requiring different levels of employment. Change

in agricultural employment, in turn, could affect population and the demand for housing. Climate change would not be expected to affect other, non-agricultural employment.

Climate change could increase the cost of some public services, such as road repair and transportation infrastructure maintenance, as a result of increased wear and tear and damages caused by more extreme weather events. Such events could also require increased or enlarged police and emergency services coverage. Such increased costs could result in reduced property values if property taxes needed to increase substantially to make up for the increased costs of providing public services.

The projected annual temperature increases and longer and hotter summer periods could exacerbate poor air quality conditions such as those caused by ozone. Decreased air quality could have a disproportionate effect on environmental justice populations in such areas, especially those areas that are or contain Health Professional Shortage Areas and Medically Underserved Areas.

### 4.14.6.9    Cultural Resources

As presented in Section 4.11, Cultural Resources, the principal impacts of the proposed Project on cultural resources first relate to physical disturbance to artifacts and cultural sites, and second to historic and culturally significant landscapes. In both cases, the projected climate changes are not expected to exacerbate or change the nature of these impacts.

### 4.14.6.10   Air Quality and Noise

Air quality is strongly dependent on weather and is therefore sensitive to climate change. The two air pollutants of most concern are surface ozone and particulate matter. Ozone is produced in the troposphere by photochemical oxidation of carbon monoxide, $CH_4$, and non-methane volatile organic compounds by the hydroxyl radical in the presence of reactive nitrogen oxides. Ozone pollution is mostly a summer problem because of the photochemical nature of the source (i.e., it increases with temperature increase). Particulate matter (PM) includes sulphate, nitrate, organic carbon, elemental carbon, soil dust, and sea salt. The first four components are mostly present as fine particles less than 2.5 millimeters in diameter, and these are of most concern for human health. Sulfate, nitrate, and organic carbon are produced within the atmosphere by oxidation of sulfur dioxide, nitrogen oxides, and non-methane volatile organic compounds. Carbon particles are also emitted directly by combustion. Seasonal variation of PM is complex and location dependent; precipitation is its main atmospheric sink (Jacob and Winner 2009).

As indicated earlier in this section, some of the projected climate changes by 2040 to 2069 include:

- Increase in national average annual temperature above the baseline of 1980 to 2009 by between 2.8°F and 6.6°F;

- Modification of seasonal patterns such that spring arrives earlier and summer lasts longer and is generally hotter, both in terms of its average and peak temperatures; and

- Increase in annual precipitation.

The projected annual temperature increases and longer and hotter summer periods could increase summertime surface ozone. Recent climate studies find that climate change alone would increase summertime surface ozone and temperature in polluted regions by 1 to 10 parts per billion over

the coming decades, with the largest effects in urban areas and during pollution episodes (Jacob and Winner 2009). This implies that stronger emission controls would be needed in the future to meet a given air quality standard. The effect of climate change on PM is more complicated and uncertain than for ozone. Precipitation frequency and mixing depth are important driving factors, but projections for these variables are often unreliable. Wild fires fueled by climate change could become an increasingly important PM source; however, future increases in annual precipitation could reduce PM concentrations (fugitive dust) in some regions. Recent climate studies find that climate change would affect PM concentrations in polluted environments by +0.1-1 microgram per cubic meters over the coming decades (Jacob and Winner 2009).

### 4.14.6.11   *Potential Releases*

Overall, the anticipated effects of climate change on potential dilbit releases would be no different from the effects on potential releases from any other crude oil because the characteristics of dilbit are similar to those of heavy crude oil. Therefore, the effect of climate change on release frequency of the proposed pipeline has been considered, along with severity of a spill from the pipeline.

Temperature, changes in seasonal patterns, increased short-term precipitation, and increased periods of drought would not directly affect the operation of the proposed Pipeline. This is because of the insulating and protective nature of soil surrounding a buried pipeline from aboveground climatic changes. The pipeline could potentially be affected by secondary effects brought on by climatic change such as increased flooding and drought, which could create ground instability conditions (i.e., natural damage) and endanger a buried pipeline to increased stress on its structure. Statistically, leak frequency due to natural damage is very low compared to other causes of leaks (Section 4.13, Potential Releases) and is unlikely to exceed the frequency caused by corrosion, the most likely cause for a loss of pipeline integrity.

Climate change could have an effect on the severity of a spill. Shorter winters and higher winter temperatures reduce the timeframe when the cold weather could make oil more difficult to flow and thereby decrease the distance of oil spreading. Extended drought conditions allow oil to be more readily absorbed by soil, reducing overland spreading and vertical migration to groundwater. Additionally, deeper groundwater conditions that occur during drought also increase the distance for oil to travel to reach that groundwater. Therefore, the potential to affect groundwater could be reduced, and the severity of an impact could be reduced. Periods of increased precipitation and flooding could have the most effect on a spill severity. Increased precipitation increases soil moisture content, reducing the ability of oil to seep into the ground and increasing the distance that oil could spread overland. Increased high water in streams and rivers would result in greater flow velocities, meaning a release to these features could travel longer distances before response teams could contain the oil. Additionally, response measures are more difficult to implement during high water conditions, also resulting in longer distances that oil could migrate.

Although the changes in climate could have an effect on pipeline integrity and the severity of a spill, modern construction design and mitigation, including the PHMSA Special Conditions

applied to the proposed Project, are expected to result in a substantial reduction in incident[52] frequency (Section 4.13, Potential Releases). As a result, these preventative measures and standards developed by organizations such as the American Petroleum Institute, National Association of Corrosion Engineers, American Society of Mechanical Engineers, as well as PHMSA have the capacity to address changes in climate for at least the design life of the proposed Project.

## 4.14.7   References

Alberta Carbon Capture and Storage Development Council. 2009. Accelerating Carbon Capture and Storage Implementation in Alberta. Website: http://www.energy.alberta.ca/Initiatives/1690.asp. Accessed January 27, 2011.

Archer, D., M. Eby, V. Brovkin, A. Ridgwell, L. Cao, U. Mikolajewicz, K. Caldeira, K. Matsumoto, G. Munhoven, A. Montenegro, and K. Tokos. 2009. Atmospheric Lifetime of Fossil Fuel Carbon Dioxide. Annual Review of Earth and Planetary Sciences, 37(1), 117–134. doi:10.1146/annurev.earth.031208.100206.

Barr Engineering Company. 2010. Low Carbon Fuel Standard "Crude Shuffle" Greenhouse Gas Impacts Analysis. June. Website: http://www.npra.org/files/Crude_Shuffle_Report_0616101.pdf. Accessed September 2012.

BOR. See U.S. Bureau of Reclamation.

Bond, T.C., Xarzycki, C., Flanner, M.G., and Koch, D.M. 2011. Quantifying immediate radiative forcing by black carbon and organic matter with the Specific Forcing Pulse. Atmospheric Chemistry and Physics, 11, pp 1505-1525.

Brandt, A. 2012. Variability and Uncertainty in Life Cycle Assessment Models for Greenhouse Gas Emissions from Canadian Oil Sands Production. Environmental Science and Technology, 2012, vol. 46, pp. 1253-1261.

Brandt, A.R.; J. Englander; and S. Bharadwaj. 2013. The energy efficiency of oil sands extraction: Energy return ratios from 1970 to 2010, Energy v55 June. pp. 693-702. Website: http://www.sciencedirect.com/science/article/pii/S0360544213002776. Accessed December 2013.

Breckner, M. 2012, October 12. Email interview.

C2ES. See Center for Climate and Energy Solutions.

CARB OPGEE. 2013. El-Houjeiri, H. and A.R. Brandt. Oil Production Greenhouse Gas Emissions Estimator (OPGEE) v1.1 Draft A. Model date February 23, 2013. Website: https://pangea.stanford.edu/researchgroups/eao/research/opgee-oil-production-greenhouse-gas-emissions-estimator.

CCAC. See Climate and Clean Air Coalition to Reduce Short-Lived Climate Pollutants.

---

[52] The terms *incident* and *accident* can be used interchangeably or with specified definitions in various agency reports and databases. For the purposes of this report, the term *incident* has been selected for consistency.

Central Intelligence Agency (CIA). 2009. CIA Opens Center on Climate Change and National Security. Website: https://www.cia.gov/news-information/press-releases-statements/center-on-climate-change-and-national-security.html. Accessed July 31, 2013

Center for Climate and Energy Solutions (C2ES). 2012. Low Carbon Fuel Standard. Updated July 5, 2012. Website: http://www.c2es.org/us-states-regions/policy-maps/low-carbon-fuel-standard. Accessed September 2012.

_____. 2013a. Greenhouse Gas Emissions Targets, by State. Website: http://www.c2es.org/us-states-regions/policy-maps/emissions-targets. Accessed July 29, 2013.

_____. 2013b. Standards and Caps for Electricity GHG Emissions, by State. Website: http://www.c2es.org/us-states-regions/policy-maps/electricity-emissions-caps. Accessed July 29, 2013.

Chow, J.C.; J.G. Watson; L.-W.A. Chen; D.H. Lowenthal; N. Motallebi. 2011. PM2.5 source profiles for black and organic carbon emission inventories. Atmos. Environ., 45(31):5407-5414.

Chung, C. E.; V. Ramanathan; and D. Decremer. 2012. Observationally constrained estimates of carbonaceous aerosol radiative forcing. Proceedings of the National Academy of Sciences, 109(29), 11624–11629. doi:10.1073/pnas.1203707109.

CIA. See Central Intelligence Agency.

Climate and Clean Air Coalition to Reduce Short-Lived Climate Pollutants (CCAC). 2013. Executive Summary. Updated June 2013. Website: http://www.unep.org/ccac/Portals/24183/docs/ccac/CCAC%20Executive%20summary%202013.pdf. Accessed August 9, 2013.

EIA. See U.S. Energy Information Administration.

Energy Resources Conservation Board (ERCB). 2013. ST39: Alberta Mineable Oil Sands Plant Statistics.

Environment Canada. (2013). Canada's Emissions Trends 2013. Government of Canada. Retrieved October 25, 2013, from http://www.ec.gc.ca/ges-ghg/default.asp?lang=En&n=985F05FB-1.

Environment and Sustainable Resource Development. 2013. Greenhouse Gas Reduction Program. Alberta Environment and Sustainable Resource Development. Website: http://environment.alberta.ca/01838.html. Accessed October 7, 2013.

ERCB. See Energy Resources Conservation Board.

exp Energy. See exp Energy Services Inc.

exp Energy Services Inc. 2012. TransCanada Keystone XL Pipeline Project: Supplemental Environmental Report for the Nebraska Reroute. September 5, 2012.

Fraser, D., M. Anderson, and D. Allen. 2002. Air pollutant emissions associated with forest, grassland, and agricultural burning in Texas. Atmospheric Environment, 36, pp. 3779-3792.

Hansen, J., Sato, M., Ruedy, R., Nazarenko, L., Lacis, A., Schmidt, G. A., Russell, G., Aleinov, I., Bauer, M., Bauer, S., Bell, N., Cairns, B., Canuto, V., Chandler, M., Cheng, Y., Del Genio, A., Faluvegi, G., Fleming, E., Friend, A., Hall, T., Jackman, C., Kelley, M., Kiang, N., Koch, D., Lean, J., Lerner, J., Lo, K., Menon, S., Miller, R., Minnis, P., Novakov, T., Oinas, V., Perlwitz, J., Rind, D., Romanou, A., Shindell, D., Stone, P., Sun, S., Tausnev, N., Thresher, D., Wielicki, B., Wong, T., Yao, M., and Zhang, S. 2005. Efficacy of climate forcings. Journal of Geophysical Research, Volume 110, D18104, doi:18110.11029/12005jd005776, 2005.

High Plains Regional Climate Center (HPRCC). 2012. Climate Change on the Prairie: A Basic Guide to Climate Change in the High Plains Region. NOAA, University of Nebraska. Website: http://www.hprcc.unl.edu. Accessed October 2, 2012.

HPRCC. See High Plains Regional Climate Center.

IEA. See International Energy Agency.

International Energy Agency (IEA). 2011. World Energy Outlook, 2011. International Energy Agency.

_____. 2012. Key World Energy Statistics. Paris, France.

IHS Cambridge Energy Research Associates, Inc. (IHS CERA). 2010. Oil Sands, Greenhouse Gases, and U.S. Oil Supply: Getting the Numbers Right.

_____. 2012. Oil Sands, Greenhouse Gases, and U.S. Oil Supply Getting the Numbers Right—2012 Update.

_____. 2013. Preliminary Results: Comparing GHG Intensity of the Oil Sands and the Average US Crude Today. IHS CERA Insight. August 9.

IHS CERA. See IHS Cambridge Energy Research Associates, Inc.

IPCC. See Intergovernmental Panel on Climate Change.

Intergovernmental Panel on Climate Change (IPCC). 2007. Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (Eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

_____. 2012. Managing the Risks of Extreme Events and Disasters to Advance Climate Change Adaptation. A Special Report of Working Groups I and II of the Intergovernmental Panel on Climate Change [Field, C.B., V. Barros, T.F. Stocker, D. Qin, D.J. Dokken, K.L. Ebi, M.D. Mastrandrea, J.K. Mach, G.-K. Plattner, S.K. Allen, M. Tignor, and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

_____. 2013. Summary for Policymakers. In: Climate Change 2013: The Physical Science Basis. Contribution of Working Group I to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Stocker, T.F., D. Qin, G.-K. Plattner, M. Tignor, S. K. Allen, J. Boschung, A. Nauels, Y. Xia, V. Bex and P.M. Midgley (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Jacob, D.J. and D.A. Winner. 2009. Effect of Climate Change on Air Quality. Published in the Atmospheric Environment, Volume 43, Pages 51-63, 2009.

Jacobs Consultancy. 2009. Life Cycle Assessment Comparison of North American and Imported Crudes. Alberta Energy Research Institute and Jacobs Consultancy.

_____. 2012. EU Pathway Study: Life Cycle Assessment of Crude Oils in a European Context. Alberta Petroleum Marketing Commission and Jacobs Consultancy.

Joyce, L.A., D.T. Price, D.W. McKenney, R.M. Siltanen, P. Papadopol, K. Lawrence, and D.P. Coulson. 2011. High Resolution Interpolation of Climate Scenarios for the Conterminous USA and Alaska Derived from General Circulation Model Simulations. Gen. Tech. Rep. RMRS-GTR-263. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station.

Lawrence Berkeley National Lab. 2012. Renewables Portfolio Standards in the United States: A Status Update. Presentation by Galen Barbose, Lawrence Berkeley National Lab. Website: http://www.cleanenergystates.org/assets/2012-Files/RPS/RPS-SummitDec2012Barbose.pdf. Accessed July 25, 2013.

Lazarus, M. and P. Erickson. 2013. Greenhouse Gas Emissions Implications of the Keystone XL Pipeline. Stockholm Environmental Institute, Working Paper 2013-11. Website: http://www.sei-international.org/mediamanager/documents/Publications/Climate/SEI-WP-2013-11-KeystoneXL-price-effects.pdf. Accessed December 20, 2013.

MathPro Inc. (MathPro). 2013. Effects of Possible Changes in Crude Oil Slate on the U.S. Refining Sector's $CO_2$ Emissions. March 29. Website: http://www.theicct.org/sites/default/files/publications/ICCT_Refinery_GHG_Study_Proj_Report_Apr2013.pdf. Accessed July 24, 2013.

Midwestern Governors Association. 2013. CCS (Carbon Capture and Storage) Task Force. About CCS Initiatives. Midwestern Governors Association. Website: http://www.midwesterngovernors.org/ccs.htm. Accessed July 25, 2013.

National Highway Traffic Safety Administration (NHTSA). 2012. Corporate Average Fuel Economy Standards: Passenger Cars and Light Trucks, Model Years 2017-2025. Final Environmental Impact Statement. Docket No. NHTSA-2011-0056. Website: http://www.nhtsa.gov/Laws+&+Regulations/CAFE+-+Fuel+Economy/Environmental+Impact+Statement+for+CAFE+Standards,+2017-2025. Accessed June 25, 2013.

National Energy Technology Laboratory (NETL). 2008. Development of Baseline Data and Analysis of Life Cycle Greenhouse Gas Emissions of Petroleum-Based Fuels. November 26, 2008.

_____. 2009. An Evaluation of the Extraction, Transport and Refining of Imported Crude Oils and the Impact of Life Cycle Greenhouse Gas Emissions. March 27.

NETL. See National energy Technology Laboratory.

NHTSA. See National Energy Technology Laboratory.

Rao, V., and J. Somers. 2010. Black Carbon as a Short-Lived Climate Forcer: A profile of emission sources and co-emitted pollutants. USEPA.

Regional Greenhouse Gas Initiative (RGGI). 2009. About RGGI Benefits Website. Retrieved July 29, 2013, from: http://www.rggi.org/docs/RGGI_Fact_Sheet.pdf.

_____. 2012. The RGGI CO2 Cap. Website: http://www.rggi.org/design/overview/cap. Accessed July 29, 2013.

RGGI. See Regional Greenhouse Gas Initiative.

Shell. 2009. Athabasca oil sands digger. Photograph. 11 June 2009. Creative Commons. Website: http://www.flickr.com/photos/28953088@N08/5484849587. Accessed December 18, 2013. License found at: http://creativecommons.org/licenses/by-nc-nd/2.0/deed.en.

Sperling, D., and S. Yeh. 2009. Low Carbon Fuel Standards. Issues in Science and Technology, Winter 2009, pp. 57-66. Website: http://www.arb.ca.gov/fuels/lcfs/1208lcfs_issues.pdf. Accessed September 2012.

Suncor Energy. 2010. Firebag Steam Generation – Suncor Energy. Photograph. Creative Commons. 9 July 2010. Website: http://www.flickr.com/photos/50332928@N07/4777169143/in/photolist-8h9eXe-8hcuxh-8hcusY. Accessed December 18, 2013. License found at: http://creativecommons.org/licenses/by-nc-nd/2.0/deed.en.

Swart, N.C. and A.J. Weaver. 2012. The Alberta Oil Sands and Climate. Nature Climate Change, 2:134-136. doi:10.1038/nclimate1421.

TCR. See The Climate Registry.

Texas Commission on Environmental Quality. 2008. Equipment Leak Fugitives document, January 2008.

The Climate Registry (TCR). 2008. The Climate Registry General Reporting Protocol, Table 13.1, version 1.1, May 2008.

TIAX LLC. 2009. Comparison of North American and Imported Crude Oil Lifecycle GHG Emissions. Alberta Energy Research Institute and TIAX LLC.

Tzimas, E., A. Georgakaki, C. Garcia Cortes, and S.D. Peteves. 2005. Enhanced Oil Recovery using Carbon Dioxide in the European Energy System. Institute for Energy, Petten, The Netherlands. December 2005.

U.S. Bureau of Reclamation (BOR). 2011a. Technical Service Center. West-Wide Climate Risk Assessments: Bias-Corrected and Spatially Downscaled Surface Water Projections. Denver: US Department of the Interior, 2011. Print. 86-68210–2011-01.

_____. 2011b. Alexander, P., L. Brekke, G. Davis, S. Gangopadhyay, K. Grantz, C Hennig, C. Jerla, D. Llewellyn, P. Miller, T. Pruitt, D. Raff, T. Scott, M. Tansey, and T. Turner. Reclamation, SECURE Water Act Section 9503(c)—Reclamation Climate Change and Water, Report to Congress. Publication. U.S. Department of the Interior and Bureau of Reclamation, April 2011. Website: http://www.usbr.gov/climate/SECURE/docs/SECUREWaterReport.pdf. Accessed October 4, 2012.

U.S. Climate Change Science Program. 2008. Atmospheric Aerosol Properties and Climate Impacts. A Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research. [M. Chin, R.A. Kahn, S.E. Schwartz, and P. DeCola (Eds.)]. National Aeronautics and Space Administration: Washington, DC. 128 pgs. Website: http://downloads.climatescience.gov/sap/sap2-3/. Accessed June 1, 2013.

U.S. Department of Agriculture. 2013.Forest Service. Climate Change Resource Center. Grasslands and Climate Change. http://www.fs.fed.us/ccrc/topics/grasslands/. Website accessed: June 3, 2013

U.S. Department of Defense. 2010. Quadrennial Defense Review Report. Website: http://www.defense.gov/qdr/images/QDR_as_of_12Feb10_1000.pdf. Accessed July 31, 2013.

U.S. Department of State. 2013. Policy Issues: Global Climate Change. Website: http://www.state.gov/e/oes/climate/index.htm. Accessed July 31, 2013

U.S. Energy Information Administration (EIA). 2013a. U.S. crude oil production tops 7 million barrels per day, highest since December 1992. Website: http://www.eia.gov/todayinenergy/detail.cfm?id=10171. Accessed July 23, 2013.

_____. 2013b. U.S. crude oil production tops 7 million barrels per day, highest since December 1992. Website: http://www.eia.gov/todayinenergy/detail.cfm?id=10171. Accessed July 23, 2013.

_____. 2013c. Annual Energy Outlook 2013 Early Release Overview. Website: http://www.eia.gov/forecasts/aeo/er/pdf/0383er(2013).pdf. Accessed July 23, 2013.

_____. 2013d. U.S. Imports by Country of Origin. Website: http://www.eia.gov/dnav/pet/pet_move_impcus_a2_nus_epc0_im0_mbblpd_a.htm. Accessed July 23, 2013.

U.S. Environmental Protection Agency (USEPA). 1996. AP-42 Compilation of Air Pollutant Emission Factors, Chapter 13.1, Wildfires and Prescribed Burning. October 1996. Office of Air and Radiation.

_____. 2008. AP-42 Compilation of Air Pollutant Emission Factors, Chapter 5.2, Transportation and Marketing of Petroleum Liquids, June 2008.

_____. 2010a. Median Life, Annual Activity, and Load Factor Values for Nonroad Engine Emissions Modeling, EPA-420-R-10-016, NR-005d, July 2010.

_____. 2010b. Exhaust and Crankcase Emission Factors for Nonroad Engine Modeling-Compression-Ignition, EPA-420-R-10-018, NR-009d, July 2010.

_____. 2010c. Exhaust Emission Factors for Nonroad Engine Modeling: Spark Ignition, EPA-420-R-10-019, NR-010f, July 2010.

_____. 2012. Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2010. April 15, 2012. Website: http://www.epa.gov/climatechange/emissions/usinventoryreport.html.

_____. 2013a. Emissions and Generation Resource Integrated Database, eGRID2012 version 1 database, Year 2009. Website: http://www.epa.gov/cleanenergy/energy-resources/egrid/ index.html. Accessed August 1, 2013.

_____. 2013b. Greenhouse Gas Equivalencies Calculator. Website: http://www.epa.gov/clean energy/ energy-resources/calculator.html. Accessed August 3, 2013.

_____. 2013c. Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990—2011. U.S. Environmental Protection Agency, Washington, DC, USA. EPA 430-R-13-001.

_____. 2013d. Endangerment and Cause or Contribute Findings for Greenhouse Gases under Section 202(a) of the Clean Air Act. EPA Climate Change website. Last updated June 21, 2013. Website: http://www.epa.gov/climatechange/endangerment/. Accessed August 9, 2013.

_____. 2013e. Subpart W – Petroleum and Natural Gas Systems – under the Greenhouse Gas Reporting Program. USEPA website. Last updated October 23, 2013. Website: http://www.epa.gov/ghgreporting/reporters/subpart/w.html. Accessed October 28, 2013.

U.S. Global Change Research Program (USGCRP). 2009. Global Climate Change Impacts in the U.S. T.R. Karl, J.M. Melillo, and T.C. Peterson (eds.). United States Global Change Research Program. Cambridge University Press, New York, NY, USA.

_____. 2013. Draft National Climate Assessment. January 11, 2013.

USGCRP. See United States Global Change Research Program.

White House. 2013. The President's Climate Action Plan. Website: http://www.whitehouse.gov/sites/default/files/image/president27sclimateactionplan.pdf. Accessed July 31, 2013.

WRI. 2013. Climate Analysis Indicators Tool (CAIT) 2.0. Washington, DC: World Resources Institute (WRI). Retrieved October 25, 2013 from http://cait.wri.org.

Yeh, S., and D. Sperling. 2010. Low carbon fuel standards: Implementation scenarios and challenges. Energy Policy, doi:10.1016/j.enpol.2010.07.012

Yeh, S., S.M. Jordaan, A.R. Brandt, M.R. Turetsky, S. Spatari, and D.W. Keith. 2010. Land Use Greenhouse Gas Emissions from Conventional Oil Production and Oil Sands. Environmental Science & Technology: Article ASAP. doi:10.1021/es1013278. Website: SSRN: http://ssrn.com/abstract=1613046.

Final Supplemental Environmental Impact Statement
Keystone XL Project

Chapter 4
Environmental Consequences

-Page Intentionally Left Blank-



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**REGION 10**
1200 Sixth Avenue, Suite 900
Seattle, WA 98101-3140

OFFICE OF THE
REGIONAL
ADMINISTRATOR

January 22, 2013

Mr. Randel Perry
U.S. Army Corps of Engineers, Seattle District
Care of: GPT/ BNSF Custer Spur EIS Co-lead Agencies
1100 112th Avenue Northeast, Suite 400
Bellevue, Washington 98004

Dear Mr. Perry:

The U.S. Environmental Protection Agency has reviewed the U.S. Army Corps of Engineers' September 21, 2012 Notice of Intent to prepare an Environmental Impact Statement for the proposed Gateway Pacific Terminal Bulk Dry Goods Shipping Facility and the Custer Rail Expansion Projects (the Gateway Pacific project). This EIS will be prepared with the Washington Department of Ecology and Whatcom County as Co-Lead Agencies, leading to a single, comprehensive analysis of the potential environmental impacts of the proposal. EPA's comments are provided pursuant to our authorities under the National Environmental Policy Act, Section 309 of the Clean Air Act, the Clean Water Act and our responsibilities as a Cooperating Agency.

The purpose of an EIS is both to provide decision makers with necessary information regarding potential environmental impacts before a decision is made and to inform the public debate. The Gateway Pacific project is one of several terminal projects proposed in the Pacific Northwest to provide for the export of coal being extracted from the Powder River Basin. These proposed projects are of great interest to the local communities, and we appreciate your efforts to hold several public meetings during this scoping period.

EISs for projects of this magnitude regularly evaluate a broad range of potential environmental impacts. The EIS for this project should examine the direct environmental impacts from constructing and operating the new terminal and expanding the existing rail spur line, including the impacts to on-site wetlands (over 150 acres), streams and nearshore habitat, as well as habitat important to herring and salmon.

In addition to looking at direct impacts in the immediate vicinity of the proposed terminal, CEQ regulations (Section 1502.16) instruct agencies to consider other effects that are reasonably foreseeable. Thus, in addition to considering the impacts occurring at and near the site of the terminal, we recommend that the EIS evaluate the potential impacts along the full route associated with transportation of dry bulk goods, including coal, to the new terminal. That evaluation would appropriately include the potential increases in fugitive coal dust and diesel emissions that would accompany the additional rail traffic to the proposed new terminal, and the potential related human health impacts to communities along the proposed routes. These types of impacts are exactly the kind of reasonably foreseeable potential impacts that NEPA was designed to address.

Other reasonably foreseeable impacts that we recommend be evaluated in the EIS include the potential for effects in the United States from combustion of the exported coal. The anticipated use of the terminal is shipping bulk commodities, mostly low-sulfur, low-ash coal, primarily to Asia. Because pollutants,

including mercury, particulate matter and ozone precursors, can travel long distances in the air, we would recommend using existing models to review the reasonably foreseeable potential for air and water quality impacts in the United States. The life cycle greenhouse gas emissions associated with the project are also appropriate to consider in this analysis. The methodologies for conducting that analysis are available and well developed; the Corps could draw on good examples of life cycle greenhouse gas emissions done in NEPA analyses by other federal agencies.

EPA also recommends that environmental impacts from increases in regional rail traffic and combustion of coal in receiving markets be examined in the context of other proposed export facilities in the Pacific Northwest region, so that reasonably foreseeable cumulative environmental impacts from additional facilities can be understood before a decision is made, as NEPA contemplates. The cumulative effects analysis would appropriately include increases in regional train traffic and related air quality effects on human health, and the potential for effects to human health and the environment from increases in the long-range transportation of air pollution, including greenhouse gas emissions.

We also note that there are several Tribes that have expressed interest in the proposed project, and we believe it will be important that the Corps engage in meaningful government-to-government consultations with Tribes. In particular, we are aware that Tribes have raised questions over potential impacts to fish habitat and cultural resources from the terminal and increased marine traffic, in addition to the decreased water quality from fugitive coal dust.

We appreciate the coordination you have carried out to date, and we look forward to working with you as a Cooperating Agency in developing the EIS. EPA has expertise and data that may be useful to you in preparing your analysis of potential impacts, and we are prepared to provide technical assistance, including more detailed information on recommended approaches for modeling and predicting impacts and suggestions for potential mitigation measures. If you have any questions, please contact me or Christine Reichgott at (206) 553-1601 or by electronic mail at reichgott.christine@epa.gov.

Sincerely,

Dennis J. McLerran
Regional Administrator







# Life Cycle Greenhouse Gas Emissions from Electricity Generation

As clean energy increasingly becomes part of the national dialogue, lenders, utilities, and lawmakers need the most comprehensive and accurate information on GHG emissions from various sources of energy to inform policy, planning, and investment decisions. The National Renewable Energy Laboratory (NREL) recently led the Life Cycle Assessment (LCA) Harmonization Project, a study that gives decision makers and investors more precise estimates of life cycle GHG emissions for renewable and conventional generation, clarifying inconsistent and conflicting estimates in the published literature, and reducing uncertainty.

Over the last thirty years, thousands of LCAs have been published for a variety of electricity generation technologies. These LCAs have shown wide-ranging results. Variability can be attributed to technologies evaluated (e.g., differing system designs, commercial versus conceptual systems, system operating assumptions, technology improvements over time) and LCA methods and assumptions. Analysts at NREL developed and applied a systematic approach to review the LCA literature, identify primary sources of variability and, where possible, reduce variability in GHG emissions estimates through a procedure called "harmonization." This harmonization methodology is based on a two-step meta-analytical approach, which statistically combines the results of multiple studies, as follows:

*Systematic Literature Review.* NREL considered more than 2,100 published LCA studies on utility-scale electricity generation from wind, solar photovoltaic (PV), concentrating solar power (CSP), biopower, geothermal, ocean energy, hydropower, nuclear, natural gas, and coal technologies. Systematic review, comprising three rounds of screening by multiple experts, narrowed the field to select references that met strict criteria for quality, relevance, and transparency. Less than 15% of the original pool of references passed this review process.

*Harmonization and Data Analysis.* After the systematic review, NREL applied harmonization to adjust the published GHG emission estimates to a consistent set of methods and assumptions, specific to the technology under investigation, in two main stages:

- *System harmonization* ensured studies used a consistent set of included processes (e.g., system boundary, set of evaluated GHGs) and metrics (e.g., global warming potentials).

## LCA of Energy Systems

LCA can help determine environmental burdens from "cradle to grave" and facilitate more consistent comparisons of energy technologies.



Figure 1. Generalized life cycle stages for energy technologies
*Source: Sathaye et al. (2011)*

Life cycle GHG emissions from renewable electricity generation technologies are generally less than those from fossil fuel-based technologies, based on evidence assembled by this project. Further, the proportion of GHG emissions from each life cycle stage differs by technology. For fossil-fueled technologies, fuel combustion during operation of the facility emits the vast majority of GHGs. For nuclear and renewable energy technologies, the majority of GHG emissions occur upstream of operation.

- *Technical harmonization* of key performance parameters (e.g., capacity factor, thermal efficiency) or primary energy resource characteristics (e.g., solar resource, fossil fuel heating value) ensured consistent values that reflect a modern reference system (typically a modern facility operating in the United States).

To date, NREL has completed harmonization of life cycle GHG emissions for wind, PV, CSP, nuclear, and coal technologies, with analysis of natural gas technologies forthcoming.

**NREL is a national laboratory of the U.S. Department of Energy,
Office of Energy Efficiency and Renewable Energy, operated by the Alliance for Sustainable Energy, LLC.**

Life Cycle Greenhouse Gas Emissions (g $CO_2$e/kWh)

Legend:
- Maximum
- 75th Percentile
- Median
- 25th Percentile
- Minimum

| Technology | Photovoltaics (C-Si and Thin Film) | | Concentrating Solar Power (Trough and Tower) | | Wind (Offshore and Onshore) | | Nuclear (Light Water) | | Coal (Sub- and Supercritical, IGCC, Fluidized Bed) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Published | Harmonized | Published | Harmonized | Published | Harmonized | Published | Harmonized | Published | Harmonized |
| Estimates | 46 | | 36 | | 126 | | 99 | | 164 | |
| References | 17 | | 10 | | 49 | | 27 | | 53 | |

| Electricity Generation Technology | Photovoltaics (C-Si and Thin Film) | Concentrating Solar Power | | Wind (Onshore and Offshore) | Nuclear (Light Water) | Coal (Sub- and Supercritical, IGCC, Fluidized Bed) |
|---|---|---|---|---|---|---|
| | | Trough | Tower | | | |
| Driving Parameter | Solar Irradiation (kWh/m²/year) | Solar Fraction (%) | Operating Lifetime (years) | Capacity Factor (%) | Operating Lifetime (years) | Carbon Dioxide Emission Factor (kg CO₂/kWh) |
| Definition | Amount of solar energy incident upon a unit area of collector in the solar field during one year | Percentage of electricity produced only from solar energy | Assumed lifetime for the LCA or facility | Ratio of actual electricity generated to the maximum potential electricity generation | Assumed lifetime for the LCA or facility | Mass of carbon dioxide emitted per kilowatt-hour of net electricity generated—a function of thermal efficiency, coal carbon content, and coal lower heating value |
| Published Range | 900-2,143 | 75-100 | 25-40 | 9-71 | 25-60 | 0.64-1.64 |
| Harmonized Value | 1700 | 100 | 30 | Onshore: 30 Offshore: 40 | 40 | 0.97 |

Published and harmonized estimates of life cycle GHG emissions for solar (PV and CSP), wind, nuclear, and coal technologies are compared in the figure on this page. The figure includes the median value, the number of estimates, and the number of references analyzed for each technology. These results show that:

- Total life cycle GHG emissions from renewables and nuclear energy are much lower and generally less variable than those from fossil fuels. For example, from cradle to grave, coal-fired electricity releases about 20 times more GHGs per kilowatt-hour than solar, wind, and nuclear electricity (based on median estimates for each technology).

- Harmonization reduces the variability of GHG emissions estimates to varying degrees (from about 25% to 70%) for the technologies evaluated. The key drivers of variability are a subset of the factors harmonized for each technology, with the most important listed in the table.

- Harmonization has little impact on the median value of the technologies evaluated. A shift of 20% or less was typically observed for analyzed technologies.

Harmonization provides increased precision and helps clarify the impacts of specific electricity generation choices, producing more robust and policy-relevant results. Project developers, investors, manufacturers, and utilities can use harmonized estimates as building blocks to making their own estimates for specific projects or to inform policy and investment decisions.

See also:
- For general information about the LCA Harmonization project: www.nrel.gov/harmonization
- For data visualization and downloading: http://en.openei.org/lca
- For journal articles from the LCA Harmonization Project and other LCA meta-analyses: http://jie.yale.edu/LCA-meta-analysis.

**References**
Sathaye et al. (2011). "Renewable Energy in the Context of Sustainable Development." In *IPCC Special Report on Renewable Energy Sources and Climate Change Mitigation*, [O. Edenhofer et al. (eds)], Cambridge University Press, 84 pp., http://srren.ipcc-wg3.de/report/IPCC_SRREN_Ch09.pdf/.



National Renewable Energy Laboratory
15013 Denver West Parkway
Golden, CO 80401
303-275-3000 • www.nrel.gov

NREL is a national laboratory of the U.S. Department of Energy, Office of Energy Efficiency and Renewable Energy, operated by the Alliance for Sustainable Energy, LLC.

NREL/FS-6A20-57187 • January 2013

*Photo credits (page 1, left to right): Photo from iStock/13737597, NREL/PIX 19284, iStock/12123595, NREL/PIX 16933, NREL/PIX 18381, NREL/ PIX 19163*

Printed with a renewable-source ink on paper containing at least 50% wastepaper, including 10% post consumer waste.



the **EN3RGY** lab

ANALYSIS FACTS

Life Cycle Analysis

# Role of Alternative Energy Sources

*Natural Gas Technology Assessment*

## Project Description

This analysis evaluates the role of natural gas in the energy supply of the U.S. Natural gas is evaluated with respect to resource base, market growth, environmental profile, costs, barriers, risks, and what others are saying.

## Resource Base and Growth

The U.S. supply of natural gas includes conventional and unconventional extraction technologies from domestic and imported sources. Total U.S. demand for natural gas was 24.1 trillion cubic feet (Tcf) in 2010 and is projected to grow to 26.5 Tcf by 2035 (EIA, 2012). Due to new extraction technologies, shale gas is a growing portion of the natural gas supply. The declining performance of conventional onshore wells has resulted in a gradual decline in their contribution to the U.S. natural gas supply.



*Natural gas prices were low in 2010, but production climbed 4.8% and natural gas rig counts rose 22% due to an adherence to lease and drilling contracts (Baker-Hughes, 2012; EIA, 2012). As natural gas prices dropped further in 2011, producers rapidly reduced new well development.*

## CONTACTS

**Timothy J. Skone, P.E.**
Office of Strategic Energy Analysis & Planning
National Energy Technology Laboratory
626 Cochrans Mill Road
P.O. Box 10940
Pittsburgh, PA   15236-0940
412-386-4495
timothy.skone@netl.doe.gov

**Robert James, Ph.D.**
Office of Strategic Energy Analysis & Planning
National Energy Technology Laboratory
3610 Collins Ferry Road
P.O. Box 880
Morgantown, WV   26507-0880
304-285-4309
robert.james@netl.doe.gov

## PUBLICATION INFORMATION

**Publication Number**
DOE/NETL- 2012/1539

**Publication Date**
May 11, 2012

## NATIONAL ENERGY TECHNOLOGY LABORATORY

Albany, OR   •   Fairbanks, AK   •   Morgantown, WV   •   Pittsburgh, PA   •   Sugar Land, TX

**Website: www.netl.doe.gov**

**Customer Service: 1-800-553-7681**



U.S. DEPARTMENT OF
**ENERGY**



The high production rates, low rig counts, and declining natural gas prices are due in part to the improved recovery rates of natural gas, which have been made possible by new technologies, specifically horizontal drilling, seismic testing, and hydrofracking. Given the increase in shale gas production in the U.S., domestic natural gas prices are projected to remain low over the next few years due to a supply growth that exceeds demand growth.

In 2010 natural gas represented 19% of total energy consumed by U.S. electric utilities and 24% of net electricity generation (EIA, 2012). The U.S. natural gas power fleet has combined cycle (NGCC) and simple cycle (GTSC) power plants with a production-weighted efficiency of 47% (EPA, 2010).

## Environmental Profile

This analysis includes a cradle-to-grave life cycle analysis (LCA) of natural gas power, beginning with the acquisition of natural gas and ending with electricity delivered to the consumer. A full list of air, water, and land metrics were inventoried. Conventional and unconventional natural gas sources were modeled. Conventional sources include onshore, offshore, and associated gas; unconventional sources include coal bed methane (CBM), tight gas, and shale gas.

Of the natural gas extracted from the ground and used for the U.S. supply mix, only 89% is delivered to the power plant or city gate. The 11% reduction between extraction and delivery is due to the use of natural gas by compressors and processing equipment, point source emissions that are flared, and fugitive emissions. These flows are shown in the Sankey diagram above.

Conventional and unconventional natural gas extraction methods have different greenhouse gas (GHG) burdens, but the energy conversion facility is the key driver of life cycle environmental burdens. Compared to coal-fired power, natural gas has higher upstream GHG emissions, but the higher efficiency of natural gas power plants results in lower life cycle GHG emissions from natural gas power.

The results in the chart at right do not include GHG emissions from land use change. GHG emissions from land use change are small in comparison to other life cycle GHG emissions. For NGCC power (without carbon capture and sequestration (CCS)) using the 2010 domestic mix of natural gas, land use represents 0.6 percent of total life cycle GHG emissions.



**Acronyms:** EXPC (Existing Pulverized Coal), IGCC (Integrated Gasification Combined Cycle), SCPC (Supercritical Pulverized Coal), NGCC (Natural Gas Combined Cycle), GTSC (Gas Turbine Simple Cycle)

## Costs

A life cycle cost (LCC) analysis was conducted to determine the costs of natural gas power per MWh of electricity delivered to the consumer. Capital and fuel costs are key drivers of the cost of electricity (COE) for NGCC systems. Capital costs are based on the NETL bituminous baseline report (NETL, 2010) and range from $428 to $2,030 per kW; GTSC has the lowest capital costs and NGCC with CCS has the highest capital costs. Operations and maintenance (O&M) costs are dominated by fuel costs; this analysis uses the average 2010 spot price of natural gas ($4.39/million Btu) (EIA, 2012).



The COE for NGCC is $48.7/MWh and $74.8/MWh for NGCC with CCS. CCS adds 54% to the COE of NGCC. The COE of GTSC is $59.8/MWh; GTSC power is less efficient than NGCC systems, so its COE is dominated by fuel costs. The overall uncertainty in COE is dominated by uncertainties in capital and fuel costs.

## Barriers

Unconventional natural gas extraction methods could result in the depletion of surface water, deterioration of surface water quality, and relatively high GHG emissions from natural gas wells, although the results of this analysis do not necessarily support this conclusion.

If shale gas production increases in the Northeast U.S., the pipeline industry will have to increase the capacity of its Northeast gas transmission network. The capacity of existing natural gas pipelines can be increased by adding new compressor stations or running new pipelines along existing right-of-ways (Langston, 2011).

## Risks

Legislative uncertainty is a non-technical obstacle to the development shale gas plays. New York recently placed a moratorium on horizontal drilling of natural gas wells in 2010 (NYSDEC, 2010). In June 2011, the New York State Department of Environmental Conservation released new recommendations that favored high-volume fracking on privately-owned land as long as it is not near aquifers (NYSDEC, 2011). These new recommendations were faced with opposition, including a New York State Supreme Court ruling in February 2012 that enforced the right of municipalities to use zoning laws to prohibit oil and natural gas drilling (Navarro, 2012). Pennsylvania's legislature is also grappling with issues related to shale gas extraction, including the decision on whether to impose an impact fee on gas extraction (Maher, 2011).

## Expert Opinions

According to some researchers, the life cycle GHG emissions from natural gas power could be higher than other fossil energy technologies (Howarth et al, 2011). Other research shows water quality impacts from poor extraction processes (Osborn et al, 2011).

## References

Baker-Hughes. (2012). *Baker Hughes U.S. Rig Count - Year to Year Comparison for Gas*. B. H. Incorporated.

EIA. (2012). *AEO2012 Early Release Overview*. (DOE/EIA-0383ER(2012)). U.S. Energy Information Administration

EPA. (2010). Emissions & Generation Resource Integrated Database (eGrid). from United States Environmental Protection Agency

Osborn, S. G., Vengosh, A., Warner, N. R., & Jackson, R. B. (2011). Methane contamination of drinking water accompanying gas-well drilling and hydraulic fracturing. Proceedings of the National Academy of Sciences. doi: 10.1073/pnas.1100682108.

Howarth et al. (2011). Methane and the greenhouse-gas footprint of natural gas from shale formations. *Climatic Change, 106(4)*, 679-690. Loi: 10.1007/x10584-011-0061-5.

Langston, S. (2011, March 15, 2011). [Personal communication between Langston, El Paso Pipeline Partners, Houston, TX, and J. Littlefield, Booz Allen Hamilton, Pittsburgh, PA].

Maher, K. (2011). Pennsylvania Weighs Levy on Natural-Gas Wells. *The Wall Street Journal*. May 14, 2011.

Navarro, M. (2012). *Judge's Ruling Complicates Hydrofracking Issue in New York*. The New York Times.

NETL. (2010). *Cost and Performance Baseline for Fossil Energy Plants, Volume 1: Bituminous Coal and Natural Gas to Electricity Report*. (DOE/NETL-2010/1397). Pittsburgh, PA: National Energy Technology Laboratory.

NYSDEC. (2010). Marcellus Shale. Retrieved October 31, 2011, 2011, from http://www.dec.ny.gov/energy/46288.html

NYSDEC. (2011). *New Recommendations Issued in Hydraulic Fracturing Review*. New York State Department of Environmental Conservation.





**NATIONAL ENERGY TECHNOLOGY LABORATORY**



## Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production

**October 24, 2011**

**DOE/NETL-2011/1522**



U.S. DEPARTMENT OF **ENERGY**

# Disclaimer

This report was prepared as an account of work sponsored by an agency of the United States Government. Neither the United States Government nor any agency thereof, nor any of their employees, makes any warranty, express or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference therein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States Government or any agency thereof. The views and opinions of authors expressed therein do not necessarily state or reflect those of the United States Government or any agency thereof.

# Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production

## DOE/NETL-2011/1522

### Final Report

### October 24, 2011

### NETL Contact:

### Timothy J. Skone, P.E.

### Senior Environmental Engineer

### Office of Strategic Energy Analysis and Planning

**National Energy Technology Laboratory**
**www.netl.doe.gov**

**Prepared by:**

**Timothy J. Skone, P.E.**

**National Energy Technology Laboratory**


**James Littlefield and Dr. Joe Marriott**

**Energy Sector Planning and Analysis**

**Booz Allen Hamilton, Inc.**

**DOE Contract Number DE-FE0004001**

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production

# Acknowledgments

This report was prepared by **Energy Sector Planning and Analysis (ESPA)** team for the United States Department of Energy (DOE), National Energy Technology Laboratory (NETL).  This work was completed under DOE NETL Contract DE-FE0004001, and ESPA Task 150.02.

The authors wish to acknowledge the excellent guidance, contributions, and cooperation of the NETL and DOE staff, particularly:

*Strategic Center for Natural Gas and Oil*

**Maria Vargas,** Deputy Director

**Albert Yost,** E&P Technical Manager

*Department of Energy, Office of Oil and Natural Gas*

**Christopher Freitas**, Senior Program Manager

The authors also wish to acknowledge the valuable feedback and contributions of the following reviewers:

*Argonne National Laboratory*

**Dr. Michael Wang**, Senior Scientist

*El Paso Corporation*

**Fiji George**, Carbon Strategies Director

*Environmental Defense Fund*

**Dr. Ramon Alvarez**, Senior Scientist

*Massachusetts Institute of Technology, MIT Energy Initiative*

**Dr. Qudsia Ejaz**, Postdoctoral Associate

**Dr. Sergey Paltsev**, Principal Research Scientist

*Resources for the Future*

**Jan Mares**, Senior Policy Advisor

This page intentionally left blank

# Table of Contents

**Executive Summary** .................................................................................................................. iv
**1 Introduction** ........................................................................................................................... 1
**2 Inventory Method, Assumptions, and Data** ....................................................................... 1
  2.1 Boundaries ............................................................................................................................ 1
  2.2 Basis of Comparison (Functional Unit) .............................................................................. 2
    2.2.1 Global Warming Potential ............................................................................................. 2
  2.3 Representativeness of Inventory Results ............................................................................. 3
    2.3.1 Temporal ....................................................................................................................... 3
    2.3.2 Geographic .................................................................................................................... 3
    2.3.3 Technological ................................................................................................................ 3
  2.4 Model Structure ................................................................................................................... 4
  2.5 Data ...................................................................................................................................... 6
    2.5.1 Sources of Natural Gas ................................................................................................. 6
    2.5.2 Natural Gas Composition .............................................................................................. 8
    2.5.3 Data for Natural Gas Extraction ................................................................................... 9
    2.5.4 Data for Natural Gas Processing ................................................................................. 11
    2.5.5 Data for Natural Gas Transport ................................................................................... 14
    2.5.6 Data for Other Energy Sources ................................................................................... 15
    2.5.7 Data for Energy Conversion Facilities ....................................................................... 16
    2.5.8 Summary of Key Model Parameters ........................................................................... 19
**3 Inventory Results** ................................................................................................................. 20
  3.1 Average Upstream Inventory Results ................................................................................ 20
  3.2 Results for Marginal Production ........................................................................................ 26
  3.3 Comparison to Other Fossil Energy Sources .................................................................... 28
  3.4 Role of Energy Conversion ............................................................................................... 28
**4 Discussion** ............................................................................................................................. 31
  4.1 Comparison to Other Natural Gas LCAs .......................................................................... 31
  4.2 Data Limitations ................................................................................................................ 35
    4.2.1 Data Uncertainty ......................................................................................................... 35
    4.2.2 Data Availability ......................................................................................................... 36
  4.3 Recommendations for Improvement .................................................................................. 37
    4.3.1 Reducing the GHG Emissions of Natural Gas Extraction and Delivery ..................... 37
    4.3.2 Reducing the GHG Emissions of Natural Gas and Coal-fired Electricity ................... 37
  4.4 Conclusions ....................................................................................................................... 38
**References** ................................................................................................................................. 39
**Appendix A: Data and Calculations for Greenhouse Gas Inventory** ......................................... A-1
**Appendix B: Inventory Results in Alternate Units** .................................................................... B-1

# List of Tables

Table ES-1: Average and Marginal Upstream Greenhouse Gas Emissions (lbs CO$_2$e/MMBtu) .......... v
Table 2-1: IPCC Global Warming Potentials (Forster, et al., 2007) ...................................................... 2
Table 2-2: Mix of U.S. Natural Gas Sources (EIA, 2011a) ................................................................... 6
Table 2-3: Natural Gas Composition on a Mass Basis .......................................................................... 8
Table 2-4: Other Point Source and Fugitive Emissions from Natural Gas Extraction ....................... 11
Table 2-5: Other Point Source and Fugitive Emissions from Natural Gas Processing ....................... 13
Table 2-6: Coal Properties ................................................................................................................... 15
Table 2-7: Power Plant Performance Characteristics ......................................................................... 18
Table 2-8: Key Parameters for Six Types of Natural Gas Sources ..................................................... 19
Table 3-1: Natural Gas Losses from Extraction and Transportation ................................................. 22
Table 3-2: Production Rate Assumptions for Average and Marginal Cases ....................................... 26
Table 3-3: Average and Marginal Upstream Greenhouse Gas Emissions (lbs CO$_2$e/MMBtu) .......... 27
Table 4-1: Parameter Comparison between NETL and EPA Natural Gas Modeling ......................... 34

# List of Figures

Figure ES-1: Natural Gas and Coal GHG Emissions Comparison ........................................................ iv
Figure ES-2: Cradle-to-Gate Reduction in Delivered Natural Gas for 2009 ........................................ v
Figure 2-1: Life Cycle Stages and Boundary Definitions ..................................................................... 2
Figure 2-2: Natural Gas LCA Modeling Structure ............................................................................... 5
Figure 2-3: Fleet Baseload Heat Rates for Coal and Natural Gas (EPA, 2010) ................................. 16
Figure 3-1: Upstream Cradle-to-gate Natural Gas GHG Emissions by Source .................................. 20
Figure 3-2: Upstream Cradle-to-gate Natural Gas GHG Emissions by Source and GWP ................. 21
Figure 3-3: Cradle-to-Gate Reduction in Extracted Natural Gas ....................................................... 22
Figure 3-4: Expanded Greenhouse Gas Results for Barnett Shale Gas ............................................. 23
Figure 3-5: Expanded Greenhouse Gas Results for Onshore Natural Gas ........................................ 24
Figure 3-6: Sensitivity of Onshore and Shale GHGs to Changes in Parameters ............................... 25
Figure 3-7: Sensitivity of GHGs Results to Pipeline Distance ........................................................... 26
Figure 3-8: Comparison of Upstream GHG Emissions for Various Feedstocks ................................ 28
Figure 3-9: Life Cycle GHG Emissions for Electricity Production ..................................................... 29
Figure 3-10: Comparison of Power Production GHG Emissions on 100- and 20-year GWPs .......... 30
Figure 4-1: Natural Gas Well Development vs. Natural Gas Production (EIA, 2011b, 2011c) .......... 33
Figure 4-2: Comparison of Natural Gas Upstream GHGs from Other Studies .................................. 35

# Acronyms and Abbreviations

| | | | |
|---|---|---|---|
| AGR | Acid gas removal | kWh | Kilowatt-hour |
| API | American Petroleum Institute | lb, lbs | Pound, pounds |
| bbl | Barrel | LCA | Life cycle assessment, analysis |
| Bcf | Billion cubic feet | LNG | Liquefied natural gas |
| BOE | Barrel of oil equivalent | m | Meter |
| Btu | British thermal unit | $m^3$ | Meters cubed |
| CBM | Coal bed methane | Mbbl | Thousand barrels |
| CCS | Carbon capture and sequestration | Mcf | Thousand cubic feet |
| cf | Cubic feet | MJ | Megajoule |
| $CH_4$ | Methane | MMbbl | Million barrels |
| $CO_2$ | Carbon dioxide | MMBtu | Million British thermal units |
| $CO_2e$ | Carbon dioxide equivalent | MMcf | Million cubic feet |
| DOE | Department of Energy | MW | Megawatt |
| eGRID | Emissions & Generation Resource Integrated Database | MWh | Megawatt-hour |
| EIA | Energy Information Administration | $N_2O$ | Nitrous oxide |
| EPA | Environmental Protection Agency | NETL | National Energy Technology Laboratory |
| ERCOT | Electric Reliability Council of Texas | NG | Natural gas |
| EUR | Estimated ultimate recovery | NGCC | Natural gas combined cycle |
| EXPC | Existing pulverized coal | NMVOC | Non-methane volatile organic compound |
| g | Gram | NREL | National Renewable Energy Laboratory |
| gal | Gallon | | |
| Gg | Gigagram | PRB | Powder River Basin |
| GHG | Greenhouse gas | psig | Pounds per square inch gauge |
| GTSC | Gas turbine simple cycle | PT | Product transport |
| GWP | Global warming potential | RMA | Raw material acquisition |
| $H_2S$ | Hydrogen sulfide | RMT | Raw material transport |
| hp-hr | Horsepower-hour | SCPC | Super critical pulverized coal |
| IGCC | Integrated gasification combined cycle | T&D | Transmission and distribution |
| | | Tcf | Trillion cubic feet |
| IPCC | Intergovernmental Panel on Climate Change | ton | Short ton (2,000 lb) |
| | | tonne | Metric ton (1,000 kg) |
| kg | Kilogram | UP | Unit process |
| km | Kilometer | | |

This page intentionally left blank

# Executive Summary

Natural gas-fired baseload power production has life cycle greenhouse gas emissions 42 to 53 percent lower than those for coal-fired baseload electricity, after accounting for a wide range of variability and compared across different assumptions of climate impact timing. The lower emissions for natural gas are primarily due to differences in the current fleets' average efficiency – 53 percent for natural gas versus 35 percent for coal, and a higher carbon content per unit of energy for coal than natural gas. Even using unconventional natural gas, from tight sands, shale and coal beds, and compared with a 20-year global warming potential (GWP), natural gas-fired electricity has 39 percent lower greenhouse gas emissions than coal per delivered megawatt-hour (MWh) using current technology.

In a life cycle analysis (LCA), comparisons must be based on providing an equivalent service or function, which in this study is the delivery of 1 MWh of electricity to an end user. This life cycle greenhouse gas inventory also developed upstream (from extraction to delivery to a power plant) emissions for delivered energy feedstocks, including six different domestic sources of natural gas, of which three are unconventional gas, and two types of coal, and then combines them both into domestic mixes. These are important characterizations for the LCA community, and can be used as inputs into a variety of processes. However, these upstream, or cradle-to-gate, results are not appropriate to compare when making energy policy decisions, since the two uncombusted fuels do not provide an equivalent function. These results highlight the importance of specifying an end-use basis—not necessarily power production—when comparing different fuels.

**Figure ES-1: Natural Gas and Coal GHG Emissions Comparison**



Despite the conclusion that natural gas has lower greenhouse gases than coal on a delivered power basis, the extraction and delivery of the gas has a large climate impact —32 percent of U.S. methane emissions and 3 percent of U.S. greenhouse gases (EPA, 2011b). As **Figure ES-2** shows, there are significant emissions and use of natural gas—13 percent at the city or plant gate—even without considering final distribution to small end-users. The vast majority of the reduction in extracted

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production

natural gas —64 percent cradle-to-gate—are not emitted to the atmosphere, but can be attributed to the use of the natural gas as fuel for extraction and transport processes such as compressor operations. Increasing compressor efficiency would lower both the rate of use and the $CO_2$ emissions associated with the combustion of the gas for energy. Note that this figure accounts for the total mass of natural gas extracted from the earth, including water, acid gases, and other non-methane content.

But, with methane making up 75 to 95 percent of the natural gas flow, there are many opportunities for reducing the climate impact associated with direct venting to the atmosphere. A further 24 percent of the natural gas losses can be characterized as point source, and have the potential to be flared—essentially a conversion of GWP-potent methane to carbon dioxide.

**Figure ES-2: Cradle-to-Gate Reduction in Delivered Natural Gas for 2009**



The conclusions drawn from this analysis are robust to a wide array of assumptions. However, as with any inventory, they are dependent on the underlying data, and there are many opportunities to enhance the information currently being collected. This analysis shows that the results are both sensitive to and impacted by the uncertainty of a few key parameters: use and emission of natural gas along the pipeline transmission network; the rate of natural gas emitted during unconventional gas extraction processes such as well completion and workovers; and the lifetime production of wells, which determine the denominator over which lifetime emissions are placed.

**Table ES-1: Average and Marginal Upstream Greenhouse Gas Emissions (lbs $CO_2e$/MMBtu)**

| Source | | Average | Marginal | Percent Change |
|---|---|---|---|---|
| Conventional | Onshore | 34.2 | 20.1 | -41.2% |
| | Offshore | 14.3 | 14.1 | -1.4% |
| | Associated | 18.5 | 18.4 | -0.8% |
| Unconventional | Tight | 32.4 | 32.4 | 0.0% |
| | Shale | 32.5 | 32.5 | 0.0% |
| | Coal Bed Methane | 19.1 | 19.3 | 1.4% |
| Liquefied Natural Gas | | 42.8 | 42.5 | -0.6% |

This analysis inventoried both average and marginal production rates for each natural gas type, with results shown in **Table ES-1**. The average represents natural gas produced from all wells, including older and low productivity stripper wells. The marginal production rate represents natural gas from

newer, higher productivity wells. The largest difference was for onshore conventional natural gas, which had a 41 percent reduction in upstream greenhouse gas emissions from 20.1 to 34.2 lbs $CO_2e$/MMBtu when going from marginal to average production rates. This change has little impact on emissions from power production.

This inventory and analysis are for greenhouse gases only, and there are many other factors that must be considered when comparing energy options. A full inventory of conventional and toxic air emissions, water use and quality, and land use is currently under development, and will allow comparison of these fuels across multiple environmental categories. Further, all options need to be evaluated on a sustainable energy basis, considering full environmental performance, as well as economic and social performance, such as the ability to maintain energy reliability and security. There are many opportunities for decreasing the greenhouse gas emissions from natural gas and coal extraction, delivery and power production, including reducing fugitive methane emissions at wells and mines, and implementing advanced combustion technologies and carbon capture and storage.

This page intentionally left blank

# 1 Introduction

Natural gas is seen as a cleaner burning and flexible alternative to other fossil fuels, and is used in residential, commercial, industrial, and transportation applications in addition to an expanding role in power production. However, the primary component of natural gas by mass is methane, which is also a powerful greenhouse gas—8 to 72 times as potent as carbon dioxide (Forster et al., 2007). Losses of this methane to the atmosphere during the extraction, transmission, and delivery of natural gas to end users made up 32 percent of U.S. 2009 total methane emissions, and 3 percent of all greenhouse gases (EPA, 2011b). The rate of loss, and the associated emissions, varies with the source of natural gas—both the geographic location of the formation, as well as the technology used to extract the gas.

This report expands upon previous life cycle assessments (LCA) performed by the National Energy Technology Laboratory (NETL) of natural gas power generation technologies by describing in detail the greenhouse gas emissions due to extracting, processing and transporting various sources of natural gas to large end users, and the combustion of that natural gas to produce electricity. Emissions inventories are created for the 2009 average natural gas production, but also for natural gas produced from the next highly-productive well for each source of natural gas. This context allows analysis of what the emissions are, and also what they could be in the future.

This analysis also includes an expanded system which compares the life cycle greenhouse gases (GHGs) from baseload natural gas-fired power plants with the GHGs generated by coal-fired plants, including extraction and transportation of the respective fuels. This comparison provides perspective on the scale of fuel extraction and delivery emissions relative to subsequent emissions from power generation and electricity transmission.

Beyond presenting the inventory, the goal of this report is to provide a clear presentation of NETL's natural gas model, including documentation of key assumptions, data sources, and model sensitivities. Further, areas of large uncertainty in the inventory are highlighted, along with areas for potential improvement for both data collection and greenhouse gas reductions.

This greenhouse gas inventory and analysis are part of a larger comprehensive life cycle assessment being performed on the same natural gas system. That assessment effort includes new sources of shale gas and expands the inventory beyond greenhouse gases to include criteria and hazardous air pollutants, water use and quality, direct and indirect land use and greenhouse gases from land use change.

# 2 Inventory Method, Assumptions, and Data

This ISO 14040-compliant inventory and analysis applies the LCA framework to determine the greenhouse gas burdens of natural gas extraction, transport and use in the U.S. The boundaries, basis of comparison, model structure, and data used by this analysis are discussed below. Further detail is available in the Appendix to this document.

## 2.1 Boundaries

The first piece of this analysis is a cradle-to-gate greenhouse gas inventory that focuses on raw material acquisition and transport; as such, it is also referred to as an upstream inventory, upstream being a relative term (relative, in this case, to the power plant). As shown in **Figure 2-1**, and in more detail in **Figure 2-2**, the boundary of Stage #1 includes all construction and operation activities necessary to extract fuel from the earth, and ends when fuel is extracted, prepared, and ready for final transport to the power plant. Stage #2 includes all construction and operation activities necessary to

move fuel from the extraction and processing point to the power plant, and ends at the power plant gate. The boundary of the upstream inventory of natural gas does not include the distribution system of natural gas to small end users, but rather is representative of delivery to a large end user such as a power plant or even a city gate.

The second piece of this analysis is a cradle-to-grave context to compare the greenhouse gas emissions of natural gas extraction and transport with those of electricity production and transmission. Neither piece of analysis includes the use of the produced product, but rather ends when the product is delivered. Coal-fired power systems are used as a further point of comparison.

### Figure 2-1: Life Cycle Stages and Boundary Definitions



## 2.2 Basis of Comparison (Functional Unit)

To establish a basis for comparison, the LCA method requires specification of a functional unit, the goal of which is to define an equivalent service provided by the systems of interest. Within the cradle-to-gate boundary of this analysis, the functional unit is 1 MMBtu of fuel delivered to the gate of an energy conversion facility or other large end user. When the boundaries of the analysis are expanded to include power production, the functional unit is the delivery of 1 MWh of electricity to the consumer. In both contexts, the period over which the service is provided is 30 years.

### 2.2.1 Global Warming Potential

Greenhouse gases in this inventory are reported on a common mass basis of carbon dioxide equivalents ($CO_2e$) using the global warming potentials (GWP) of each gas from the 2007 Intergovernmental Panel on Climate Change (IPCC) Fourth Assessment Report (Forster, et al., 2007). The default GWP used is the 100-year time frame, but in some cases, results for the 20-year time frame are presented as well. Selected results comparing all three time frames are included in the Appendix. **Table 2-1** shows the GWPs used for the greenhouse gases inventoried in this study.

### Table 2-1: IPCC Global Warming Potentials (Forster, et al., 2007)

| GHG | 20-year | 100-year (Default) | 500-year |
|---|---|---|---|
| $CO_2$ | 1 | 1 | 1 |
| $CH_4$ | 72 | 25 | 7.6 |
| $N_2O$ | 289 | 298 | 153 |
| $SF_6$ | 16,300 | 22,800 | 32,600 |

## 2.3 Representativeness of Inventory Results

This inventory uses data gathered from a variety of sources, each of which represents a particular temporal period, geographic location, and state of technology. Since the results of this study are the combination of each of those sources, this section discusses what the results of this study represent in each of those categories.

### 2.3.1 Temporal

The natural gas upstream inventory results best represent the year 2009, because of the use of the 2009 EIA natural gas production data to create the mix of natural gas sources in the domestic average result and well production rates for each source of natural gas. The year-over-year change to that mix of natural gas sources is small, and the results could represent a period from 2004 to 2012.

This study does not attempt to forecast technological advances or market shifts that might significantly change production rates or emissions of less mature formations.

The inventory results through the conversion of fuel to electricity represent the year 2010 for NETL system study-based technologies and the year 2007 for the fleet average values for coal and natural gas, since this is the vintage of the latest eGRID data release (EPA, 2010). Again, there would be little year-over-year change to the information, and so this LCA could reasonably represent a longer time period, from 2004 to 2015.

Some information included in this inventory pre-dates the temporal period stated above, but was determined to be the latest or highest quality available data.

The time frame of this study is 30 years, but that does not accurately represent a well drilled 30 years from now and operating 60 years into the future. An assumption is made about resource availability based on current estimated ultimate recovery values, and forecasts from the Energy Information Administration (EIA).

### 2.3.2 Geographic

The results of this inventory are representative of the lower 48 United States. Natural gas from Alaska is neither explicitly included nor excluded, nor are imports and exports. In some situations, source data may not break out information about geographic location, and so is implicitly included in this inventory. However, the error associated with this type of inclusion—or exclusion—is small.

### 2.3.3 Technological

The natural gas upstream inventory results include two distinct technological representations. The first is a baseline result which represents average 2009 natural gas production, including production from older, less productive wells. Production data from that year is used to create an average domestic mix of natural gas sources, and the production rate of each source well is generally based on 2009 well count and production data. The second set of results is representative of a new marginal unit of natural gas produced in 2009; these results use a variety of methods to create production rates for wells which would create the next unit of natural gas.

The results of this inventory are representative of currently installed technology as of 2011. This installed base is different from current technology because it includes much older equipment that is still operating.

## 2.4 Model Structure

All results for this inventory were calculated by NETL's LCA model for natural gas power systems. This model is an interconnected network of operation and construction blocks. Each block in the model, referred to as a unit process, accounts for the key inputs and outputs of an activity. The inputs of a unit process include the purchased fuels, resources from nature (fossil feedstocks, biomass, or water), and man-made raw materials. The outputs of a unit process include air emissions, water effluents, solid waste, and product(s). The role of an LCA model is to converge on the values for all intermediate flows within the interconnected network of unit processes and then scale the flows of all unit processes to a common basis, or functional unit.

The network of unit processes used for the modeling of natural gas power is shown in **Figure 2-2**. Note that only the RMA and RMT portions of the model are necessary to determine the upstream environmental burdens of natural gas; a broader scope—from raw material acquisition through delivery of electricity—is necessary to determine the cradle-to-grave environmental burdens of natural gas power. For simplicity, the following figure shows the extraction and delivery for a generic natural gas scenario; NETL's actual model uses six parallel modules to arrive at the life cycle results for a mix of six types of natural gas. This figure also shows a breakdown of the RMA stage into extraction and processing sub-stages.

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production

**Figure 2-2: Natural Gas LCA Modeling Structure**



## 2.5 Data

The primary unit processes of this model are based on data compiled by NETL. Secondary unit processes, such as production of construction materials besides steel, are based on third party data. A full description of data sources is available in the Appendix.

Where data for the inventory is available, high and low values are collected, along with a nominal value. When results are presented, three cases are shown: a nominal case, a high case and a low case. The high and low results (error bars on the results) are a deterministic representation of the variability on the data and not indicative of an underlying distribution or likelihood.

### 2.5.1 Sources of Natural Gas

This inventory and analysis includes results for natural gas domestically extracted from six sources in the lower 48 states:

1. Conventional onshore
2. Associated
3. Conventional offshore
4. Tight sands
5. Shale formations (Barnett)
6. Coal bed methane

This is not a comprehensive list of natural gas extracted or consumed in the United States. Natural gas extracted in Alaska, 2 percent of domestically extracted natural gas, is included as conventional onshore production. The Haynesville shale play makes up a large portion of unconventional shale production, but it is assumed here that the Barnett play is representative of all shale production. Imported natural gas (18 percent of 2009 total consumption, 88 percent of which is imported via pipeline from Canada) is not included. About 12 percent of imports in 2009 were brought in as liquefied natural gas (LNG) from a variety of countries of origin. While this inventory includes a profile for LNG from offshore extraction in Trinidad and Tobago, this natural gas is not included in the domestic production mix.

**Table 2-2** shows the makeup of the domestic production mix in the United States in 2009 and the mix of conventional and unconventional extraction. Note that in 2009 unconventional natural gas sources make up 56 percent of production and the majority of consumption in the Unites States (EIA, 2011a).

Table 2-2: Mix of U.S. Natural Gas Sources (EIA, 2011a)

| Source | Conventional | | | Unconventional | | |
|---|---|---|---|---|---|---|
| | Onshore | Associated | Offshore | Tight | Shale | CBM |
| Domestic Mix | 25% | 13% | 7% | 31% | 16% | 9% |
| Type Mix | 44% | | | 56% | | |
| | 56% | 15% | 29% | 56% | 28% | 15% |

The characteristics of these six sources of natural gas are summarized next, including a description of the extraction technologies.

#### 2.5.1.1 Onshore

Conventional onshore natural gas is recovered by vertical drilling techniques. Once a conventional onshore natural gas well has been discovered, the natural gas reservoir does not require significant preparation or stimulation for natural gas recovery. Compressors are used to move natural gas

through all process equipment and pressurize it for pipeline transport. Approximately 25 percent (5.2 TCF) of U.S. natural gas production is from conventional onshore gas wells (EIA, 2011a).

An intermittent procedure called liquids unloading is performed at mature onshore conventional natural gas wells to remove water and other liquids from the wellbore; if these liquids are not removed, the flow of natural gas is impeded. Another intermittent activity is a well workover, which is necessary to repair damage to the wellbore and replace downhole equipment, if necessary.

Natural gas is lost through intentional venting, which may be necessary for safety reasons, during well completion when natural gas recovery equipment or gathering lines have not yet been installed, or when key process equipment is offline for maintenance. When feasible, vented natural gas can be recovered and flared, which reduces the global warming potential of the vented natural gas by converting methane to carbon dioxide. Losses of natural gas also result from fugitive emissions due to the opening and closing of valves, and processes where it is not feasible to use vapor recovery equipment.

### 2.5.1.2 Offshore

Conventional offshore natural gas is recovered by vertical drilling techniques, similar to onshore. Once a conventional offshore natural gas well has been discovered, the natural gas reservoir does not require significant preparation or stimulation for natural gas recovery. A natural gas reservoir must be large in order to justify the capital outlay for the completion of the well and construction of an offshore drilling platform, so production rates tend to be very high. Approximately 13 percent (2.7 TCF) of the United States natural gas supply in 2009 was from the conventional extraction from offshore natural gas wells (EIA, 2011a).

### 2.5.1.3 Associated

Associated natural gas is co-extracted with crude oil. The extraction of onshore associated natural gas is similar to the extraction methods for conventional onshore natural gas (discussed above). Similar to conventional onshore and offshore natural gas wells, associated natural gas extraction includes losses due to well completion, workovers, and fugitive emissions. Since the natural gas is co-produced with petroleum, the use of oil/gas separators is necessary to recover natural gas from the mixed product stream. Another difference between associated natural gas and other conventional natural gas sources is that liquid unloading is not necessary for associated natural gas wells because the flow of petroleum prevents the accumulation of liquids in the well. Approximately 7 percent (1.4 TCF) of U.S. natural gas production is from conventional onshore oil wells (EIA, 2011a). The majority of these wells are in Texas and Louisiana (EIA, 2010).

### 2.5.1.4 Tight Gas

The largest single source of domestically produced natural gas, and the largest share of unconventional natural gas, is tight gas. From naturalgas.org, tight gas is defined as follows:

> …trapped in unusually impermeable, hard rock, or in a sandstone or limestone formation that is unusually impermeable and non-porous (tight sand). In a conventional natural gas deposit, once drilled, the gas can usually be extracted quite readily, and easily. A great deal more effort has to be put into extracting gas from a tight formation. Several techniques exist that allow natural gas to be extracted, including fracturing and acidizing. However, these techniques are also very costly. Like all unconventional natural gas, the economic incentive must be there to incite

companies to extract this costly gas instead of more easily obtainable, conventional natural gas (NGSA, 2010).

Approximately 31 percent (6.6 TCF) of natural gas produced domestically is from tight deposits. This analysis assumes tight gas wells are vertically drilled and hydraulically fractured.

### 2.5.1.5 Shale

Natural gas is also dispersed throughout shale formations, such as the Barnett Shale region in northern Texas. Shale gas cannot be recovered using conventional extraction technologies, but is recovered through the use of horizontal drilling and hydraulic fracturing (hydrofracking). Horizontal drilling creates a wellbore that runs the length of a shale formation, and hydrofracking uses high pressure fluid (a mixture of water, surfactants, and proppants) for breaking apart the shale formation and facilitating the flow of natural gas. Hydrofracking is performed during the original completion of a shale gas well, but due to the steeply declining production curves of shale gas wells, hydrofracking is also performed during the workover of shale gas wells. Unlike conventional natural gas wells, shale gas wells do not require liquid unloading because wellbore liquids are reduced during workover operations. Natural gas from shale formations accounts for approximately 16 percent (3.3 TCF) of the U.S. natural gas production (EIA, 2011a).

### 2.5.1.6 Coal Bed Methane

Natural gas can be recovered from coal seams through the use of shallow horizontal drilling. The development of a well for coal bed methane requires horizontal drilling followed by a depressurization period during which naturally-occurring water is discharged from the coal seam. Coal bed methane (CBM) wells do not require liquid unloading and the emissions from CBM workovers are similar to those for shale gas wells. The production of natural gas from CBM wells accounts for approximately 9 percent (1.8 TCF) of the U.S. natural gas production (EIA, 2011a).

## 2.5.2 Natural Gas Composition

Relevant to all phases of the life cycle, the composition of natural gas varies considerably depending on source, and even within a source. For simplicity, a single assumption regarding natural gas composition is used, although that composition is modified as the natural gas is prepared for the pipeline (EPA, 2011a). **Table 2-3** shows the composition on a mass basis of production and pipeline quality natural gas. The pipeline quality natural gas has had water and acid gases ($CO_2$ and $H_2S$) removed, and non-methane VOCs either flared or separated for sale. The pipeline quality natural gas has higher methane content per unit mass. The energy content does not change significantly.

**Table 2-3: Natural Gas Composition on a Mass Basis**

| Component | Production | Pipeline Quality |
|---|---|---|
| $CH_4$ (Methane) | 78.3% | 92.8% |
| NMVOC (Non-methane VOCs) | 17.8% | 5.54% |
| $N_2$ (Nitrogen) | 1.77% | 0.55% |
| $CO_2$ (Carbon dioxide) | 1.51% | 0.47% |
| $H_2S$ (Hydrogen Sulfide) | 0.50% | 0.01% |
| $H_2O$ (Water) | 0.12% | 0.01% |

## 2.5.3 Data for Natural Gas Extraction

This analysis models the extraction of natural gas by characterizing key construction and operation activities at the natural gas wellhead. A summary of each unit process of NETL's model of natural gas extraction is provided below. **Appendix A** includes comprehensive documentation of the data sources and calculations for these unit processes.

### 2.5.3.1 Well Construction

Data for the construction and installation of natural gas wellheads are based on the energy requirements and linear drill speed of diesel-powered drilling rigs, the depths of wells, and the casing materials required for a wellbore. Construction and installation are one-time activities that are apportioned to each unit of natural gas operations by dividing all construction and installation emissions by the lifetime in years and production in million cubic feet of a typical well.

### 2.5.3.2 Well Completion

The data for well completion describe the emission of natural gas that occurs during the development of a well, before natural gas recovery and other equipment have been installed at the wellhead. Well completion is an episodic emission; it is not a part of daily, steady-state well operations, but represents a significant emission from an event that occurs one time in the life of a well.

The methane emissions from the completion of conventional and unconventional wells are based on emission factors developed by EPA (EPA, 2011a). Conventional wells produce 36.65 Mcf/completion and unconventional wells produce 9,175 Mcf/completion (EPA, 2011a).

Within the unconventional well category, NETL adjusted EPA's completion emission factors to account for the different reservoir pressures of unconventional wells. NETL used EPA's emission factor of 9,175 Mcf of methane per completion for Barnett Shale gas wells. NETL adjusted this emission factor downward for tight gas in order to account for the lower reservoir pressures of tight gas wells. The pressure of a well (and, in turn, the volume of natural gas released during completion) is associated with the production rate of a well and therefore was used to scale the methane emission factor. The production rate of tight gas wells is 40 percent of that for Barnett Shale wells (with EURs of 1.2 BCF for tight gas vs. 3.0 BCF for Barnett Shale), and thus NETL assumes that the completion emission factor for tight gas wells is 3,670 Mcf of methane per completion (40 percent × 9,175 = 3,670).

CBM wells also involve unconventional extraction technologies, but have lower reservoir pressures than shale gas or tight gas wells. The corresponding emission factor of CBM wells is 49.57 Mcf of methane per completion, which is the well completion factor that EPA reports for low pressure wells (EPA, 2011a).

The analysis tracks flows on a mass basis, so it is necessary to convert these emission factors from a volumetric to a mass basis. For instance, when factoring for the density of natural gas, a conventional completion emission of 36.65 Mcf is equivalent to 1,540 lbs. $CH_4$/completion.

### 2.5.3.3 Liquid Unloading

The data for liquids unloading describe the emission of natural gas that occurs when water and other condensates are removed from a well. These liquids impede the flow of natural gas from the well, and thus producers must occasionally remove the liquids from the wellbore. Liquid unloading is necessary for conventional gas wells—it is not necessary for unconventional wells or associated gas

wells. Liquid unloading is an episodic emission; it is not a part of daily, steady-state well operations, but represents a significant emission from the occasional maintenance of a well.

The methane emissions from liquids unloading are based on the total unloading emissions from conventional wells in 2007, the number of active conventional wells in 2007, and the average frequency of liquids unloading (EPA, 2011a). The resulting emission factor for liquids unloading is 776 lb $CH_4$/episode.

### 2.5.3.4 Workovers

Well workovers are necessary for cleaning wells and, in the case of shale and tight gas wells, use hydraulic fracturing to re-stimulate natural gas formations. The workover of a well is an episodic emission; it is not a part of daily, steady-state well operations, but represents a significant emission from the occasional maintenance of a well. As stated in EPA's technical support document of the petroleum and natural gas industry (EPA, 2011a), conventional wells produce 2.454 Mcf of methane per workover. EPA assumes that the emissions from unconventional well workovers are equal to the emission factors for unconventional well completion (EPA, 2011a). Thus, for unconventional wells, this analysis uses the same emission factors for well completion (discussed above) and well workovers.

Unlike well completions, well workovers occur more than one time during the life of a well. For conventional wells, there were approximately 389,000 wells and 14,600 workovers in 2007 (EPA, 2011a), which translates to 0.037 workovers per well-year. Similarly, for unconventional wells, there were approximately 35,400 wells and 4,180 workovers in 2007 (EPA, 2011a), which translates to 0.118 workovers per well-year.

### 2.5.3.5 Other Point Source Emissions

Routine emissions from natural gas extraction include gas that is released from wellhead and gathering equipment. These emissions are referred to as "other point source emissions." This analysis assumes that a portion of these emissions are flared, while the balance is vented to the atmosphere. For conventional wells, 51 percent of other point source emissions are flared, while for unconventional wells, a 15 percent flaring rate is used (EPA, 2011a).

Data for the other point source emissions from natural gas extraction are based on EPA data that are based on 2006 production (EPA, 2011a) and show the annual methane emissions for onshore and offshore wells. This analysis translated EPA's data from an annual basis to a unit of production basis by dividing the methane emission rate by the natural gas production rate in 2006. The emission factors for other point source emissions from natural gas extraction are shown in **Table 2-4**.

### 2.5.3.6 Other Fugitive Emissions

Routine emissions from natural gas extraction include fugitive emissions from equipment not accounted for elsewhere in NETL's model. These emissions are referred to as "other fugitive emissions," and cannot be captured for flaring. Data for other fugitive emissions from natural gas extraction are based on EPA data for onshore and offshore natural gas wells (EPA, 2011a). EPA's data is based on 2006 production (EPA, 2011a) and shows the annual methane emissions for specific extraction activities. This analysis translated EPA's annual data to a unit production basis by dividing the methane emission rate by the natural gas production rate in 2006. The emission factors for other fugitive emissions from natural gas extraction are included in **Table 2-4**.

### 2.5.3.7 Valve Fugitive Emissions

The extraction of natural gas uses pneumatic devices for the opening and closing of valves and other control systems. When a valve is opened or closed, a small amount of natural gas leaks through the valve stem and is released to the atmosphere. It is not feasible to install vapor recovery equipment on all valves and other control devices at a natural gas extraction site, and thus the pneumatic operation of valves results in the emission of fugitive gas.

Data for the fugitive emissions from valves (and other pneumatically-operated devices) are based on EPA data for onshore and offshore gas wells (EPA, 2011a). EPA's data are based on 2006 production (EPA, 2011a) and show the annual methane emissions for specific extraction activities. This analysis translated EPA's annual data to a unit production basis by dividing the methane emission rate by the natural gas production rate. The emission factors for fugitive valve emissions from natural gas extraction are included in **Table 2-4**.

**Table 2-4: Other Point Source and Fugitive Emissions from Natural Gas Extraction**

| NG Extraction Emission Source | Onshore Extraction | Offshore Extraction | Units |
|---|---|---|---|
| Other Point Source Emissions | 7.49E-05 | 3.90E-05 | lb $CH_4$/lb NG extracted |
| Other Fugitive Emissions | 1.02E-03 | 2.41E-04 | lb $CH_4$/lb NG extracted |
| Valve Fugitive Emissions (including pneumatic devices) | 2.63E-03 | 1.95E-06 | lb $CH_4$/lb NG extracted |

### 2.5.3.8 Venting and Flaring

Venting and flaring are necessary in situations where a natural gas (or other hydrocarbons) stream cannot be safely or economically recovered. Venting and flaring may occur when a well is being prepared for operations and the wellhead has not yet been fitted with a valve manifold, when it is not financially preferable to recover the associated natural gas from an oil well or during emergency operations when the usual systems for gas recovery are not available.

The combustion products of flaring at a natural gas well include carbon dioxide, methane, and nitrous oxide. The mass composition of unprocessed natural gas (referred to as "production natural gas") is 78.3 percent $CH_4$, 1.51 percent $CO_2$, 1.77 percent nitrogen, and 17.8 percent non-methane hydrocarbons (NMVOCs) (EPA, 2011a). This composition is used to model flaring at the natural gas processing plant. Flaring has a 98 percent destruction efficiency (98 percent of carbon in the flared gas is converted to $CO_2$), the methane emissions from flaring are equal to the two percent portion of gas that is not converted to $CO_2$, and $N_2O$ emissions from flaring are based on EPA AP-42 emission factors for stationary combustion sources (API, 2009).

## 2.5.4 Data for Natural Gas Processing

This analysis models the processing of natural gas by developing an inventory of key gas processing operations, including acid gas removal, dehydration, and sweetening. Standard engineering calculations were applied to determine the energy and material balances for the operation of key natural gas equipment. A summary of NETL's natural gas processing data is provided below. **Appendix A** includes comprehensive documentation of the data sources and calculations for NETL's natural gas processing data.

### 2.5.4.1 Acid Gas Removal

Raw natural gas contains hydrogen sulfide ($H_2S$), a toxic gas that reduces the heat content of natural gas. Amine-based processes are the predominant technologies for acid gas removal (AGR). The energy consumed by an amine reboiler accounts for the majority of energy consumed by the AGR process. Reboiler energy consumption is a function of the amine flow rate, which, in turn, is related to the amount of $H_2S$ removed from natural gas. The $H_2S$ content of raw natural gas is highly variable, with concentrations ranging from one part per million on a mass basis to 16 percent by mass in extreme cases. An $H_2S$ concentration of 0.5 percent by mass of raw natural gas (Foss, 2004) is modeled in this analysis.

In addition to absorbing $H_2S$, the amine solution also absorbs a portion of methane from the natural gas. This methane is released to the atmosphere during the regeneration of the amine solvent. The venting of methane from natural gas sweetening is based on emission factors developed by the Gas Research Institute; natural gas sweetening releases 0.000971 lb of methane per lb of natural gas sweetened (API, 2009).

Raw natural gas contains naturally-occurring $CO_2$ that contributes to the acidity of natural gas. A mass balance around the AGR unit, which balances the mass of gas input with the mass of gas venting and natural gas product, shows that 0.013 lb of naturally-occurring $CO_2$ is vented per lb of processed natural gas.

Non-methane volatile organic compounds (NMVOCs) are a co-product of AGR. A mass balance shows that 84 percent of the vented gas from the AGR process is NMVOC. They are separated and sold as a high value product on the market. Co-product allocation based on the energy content of the natural gas stream exiting the AGR unit and the NMVOC stream was used to apportion life cycle emissions and other burdens between the natural gas and NMVOC products.

### 2.5.4.2 Dehydration

Dehydration is necessary to remove water from raw natural gas, which makes it suitable for pipeline transport and increases its heating value. The configuration of a typical dehydration process includes an absorber vessel in which glycol-based solution comes into contact with a raw natural gas stream, followed by a stripping column in which the rich glycol solution is heated in order to drive off the water and regenerate the glycol solution. The regenerated glycol solution (the lean solvent) is recirculated to the absorber vessel. The methane emissions from dehydration operations include combustion and venting emissions. This analysis estimates the fuel requirements and venting losses of dehydration in order to determine total methane emissions from dehydration.

NETL's data for natural gas dehydration accounts for the reboiler used by the dehydration process, the flow rate of glycol solvent, and the methane vented from the regeneration of glycol solvent. All of these activities depend on the concentrations of gas and water that enter and exit the dehydration process. The typical water content for untreated natural gas is 49 lbs. per million cubic feet (MMcf). In order to meet pipeline requirements, the water vapor must be reduced to 4 lbs./MMcf of natural gas (EPA, 2006). The flow rate of glycol solution is three gallons per pound of water removed (EPA, 2006), and the heat required to regenerate glycol is 1,124 Btu/gallon (EPA, 2006).

### 2.5.4.3 Valve Fugitive Emissions

The processing of natural gas uses pneumatic devices for the opening and closing of valves and other process control systems. When a valve is opened or closed, a small amount of natural gas leaks through the valve stem and is released to the atmosphere. It is not feasible to install vapor recovery

equipment on all valves and other control devices at a natural gas processing plant, and thus the pneumatic operation of valves results in the emission of fugitive gas.

Data for the fugitive emissions from pneumatic devices are based on EPA data for gas processing plants (EPA, 2011a). EPA's data is based on 2006 production (EPA, 2011a) and shows the annual methane emissions for specific processing activities. This analysis translated EPA's annual data to a unit production basis by dividing the methane emission rate by the natural gas processing rate in 2006. The emission factor for valve fugitive emissions from natural gas processing is included in **Table 2-5**.

### 2.5.4.4  Other Point Source Emissions

Routine emissions from natural gas processing include gas that is released from processing equipment not accounted for elsewhere in NETL's model. These emissions are referred to as "other point source emissions." This analysis assumes that 100 percent of other point source emissions from natural gas processing are captured and flared.

Data for the other point source emissions from natural gas processing are based on EPA data that are based on 2006 production (EPA, 2011a) and show the annual methane emissions for specific gas processing activities. This analysis translated EPA's data from an annual basis to a unit of production basis by dividing the methane emission rate by the natural gas processing rate in 2006. The emission factor for other point source emissions from natural gas processing is included in **Table 2-5**.

### 2.5.4.5 Other Fugitive Emissions

Routine emissions from natural gas processing include fugitive emissions from processing equipment not accounted for elsewhere in NETL's model. These emissions are referred to as "other fugitive emissions." and cannot be captured for flaring.

Data for the other fugitive emissions from natural gas processing are based on EPA data that are based on 2006 production (EPA, 2011a) and show the annual methane emissions for specific gas processing activities. This analysis translated EPA's data from an annual basis to a unit of production basis by dividing the methane emission rate by the natural gas processing rate in 2006. The emission factor for other fugitive emissions from natural gas processing is included in **Table 2-5**.

Table 2-5: Other Point Source and Fugitive Emissions from Natural Gas Processing

| NG Processing Emission Source | Value | Units |
|---|---|---|
| Other Point Source Emissions | 3.68E-04 | lb $CH_4$/lb NG processed |
| Other Fugitive Emissions | 8.25E-04 | lb $CH_4$/lb NG processed |
| Valve Fugitive Emissions (including pneumatic devices) | 6.33E-06 | lb $CH_4$/lb NG processed |

### 2.5.4.6 Venting and Flaring

The venting and flaring process for natural gas processing is similar to that of natural gas extraction, described in **Section 2.5.3.8**, except all of the other point source emissions at the natural gas processing plant are flared. The combustion products of flaring at a natural gas processing plant include carbon dioxide, methane, and nitrous oxide.  The mass composition of pipeline quality natural gas is 92.8 percent $CH_4$, 0.47 percent $CO_2$, 0.55 percent nitrogen, and 5.5 percent NMVOCs; this composition is used to model flaring at the natural gas processing plant. Flaring has a 98 percent destruction efficiency (98 percent of carbon in the flared gas is converted to $CO_2$); the methane

emissions from flaring are equal to the two percent portion of gas that is not converted to $CO_2$; and $N_2O$ emissions from flaring are based on EPA AP-42 emission factors for stationary combustion sources (API, 2009).

### 2.5.4.7 Natural Gas Compression

Compressors are used to increase the natural gas pressure for pipeline distribution. This analysis assumes that the inlet pressure to compressors at the natural gas extraction and processing site is 50 psig and the outlet pressure is 800 psig. Three types of compressors are used at natural gas processing plants: gas-powered reciprocating compressors, gas-powered centrifugal compressors, and electrically-powered centrifugal compressors.

Reciprocating compressors used for industrial applications are driven by a crankshaft that can be powered by 2- or 4-stroke diesel engines. Reciprocating compressors are not as efficient as centrifugal compressors and are typically used for small scale extraction operations that do not justify the increased capital requirements of centrifugal compressors. The natural gas fuel requirements for a gas-powered, reciprocating compressor used for natural gas extraction are based on a compressor survey conducted for natural gas production facilities in Texas (Burklin & Heaney, 2006).

Gas-powered centrifugal compressors are commonly used at offshore natural gas extraction sites. The amount of natural gas required for gas powered centrifugal compressor operations is based on manufacturer data that compares power requirements to compression ratios (the ratio of outlet to inlet pressures).

If the natural gas extraction site is near a source of electricity, it has traditionally been financially preferable to use electrically-powered equipment instead of gas-powered equipment. This is the case for extraction sites for Barnett Shale located near Dallas-Fort Worth. The use of electric equipment is also an effective way of reducing the noise of extraction operations, which is encouraged when an extraction site is near a populated area. An electric centrifugal compressor uses the same compression principles as a gas-powered centrifugal compressor, but its shaft energy is provided by an electric motor instead of a gas-fired turbine.

Centrifugal compressors (both gas-powered and electrically-powered) lose natural gas through a process called wet seal degassing, which involves the regeneration of lubricating oil that is circulated between the compressor shaft and housing. This analysis uses an EPA study that sampled venting emissions from 15 offshore platforms (Bylin et al., 2010) and implies a wet seal degassing emission factor of 0.0069 lb of natural gas/lb of processed natural gas.

## 2.5.5 Data for Natural Gas Transport

This analysis models the transport of natural gas by characterizing key construction and operation activities for pipeline transport. A summary of NETL's natural gas transport data is provided below. **Appendix A** includes comprehensive documentation of the data sources and calculation methods for NETL's natural gas transport data.

### 2.5.5.1 Natural Gas Transport Construction

The construction of a natural gas pipeline is based on the linear density, material requirements, and length for pipeline construction. A typical natural gas transmission pipeline is 32 inches in diameter and is constructed of carbon steel. Construction is a one-time activity that is apportioned to each unit of natural gas transport by dividing all construction burdens by the book life in years and throughput in million cubic feet of the pipeline.

### 2.5.5.2 Natural Gas Transport Operations

Data for the operation of a natural gas pipeline are based on national inventory data for methane emissions from natural gas transmission (EPA, 2011b) and a national pipeline compressor survey compiled by EIA (Gaul, 2011). Air emissions from pipeline operations are calculated by applying AP-42 emission factors to the portion of pipeline natural gas that is combusted for compressor power. Seven percent of U.S. natural gas pipeline compressors rely on electric power, and thus the emission profile of the U.S. electricity grid is used to model the emissions associated with electric compressor operations. Finally, the estimated transport capacity of U.S. national gas pipelines (in ton-miles) is applied to the other pipeline variables in order to correlate pipeline emissions with pipeline distance.

## 2.5.6 Data for Other Energy Sources

The overall goal of this analysis is to understand the greenhouse gas burdens of natural gas extraction and transport. However, the modeling of the conversion of natural gas energy to electricity and electricity transmission is necessary in order to understand how significant extraction and transport are in the cradle-to-grave life cycle context. Additionally, including a comparison both to the upstream greenhouse gases from coal extraction and transport, and the conversion of coal to electricity allows comparison of the fuels on a common basis.

Coal was chosen as a comparable fossil energy source to natural gas that will be used for power production. Because a mix of natural gas sources is developed to represent a domestic production average, a similar method was followed for developing an average domestic coal extraction and transport profile. Two sources of coal are used in the mix, and a wide range of uncertainty is applied to sensitive parameters to ensure the domestic average is captured. The two coal sources are:

- Illinois No. 6 Underground-mined Bituminous
- Powder River Basin Surface-mined Sub-bituminous

**Table 2-6** shows the properties used for each type of coal, as well as the proportion of U.S. supply used to create the average profile. The methane content is indicative of what is emitted to the atmosphere during the mining process, not the methane contained in the coal in the formation or after mining.

**Table 2-6: Coal Properties**

| Coal Type | U.S. Supply Share (% by energy) | Energy Content (Btu/lb) | Carbon Content (% by mass) | Methane Emissions (cf $CH_4$/ton) |
|---|---|---|---|---|
| Sub-bituminous | 69% | 8,564 | 50.1% | 8 – 98 (51) |
| Bituminous | 31% | 11,666 | 63.8% | 360 – 500 (422) |
| Average | | 9,526 | 54.3% | |

Additional information for the Illinois No. 6 profile can be found in the appendix and in the NETL document, *Life Cycle Analysis: Supercritical Pulverized Coal (SCPC) Power Plant (NETL, 2010e)*. Additional information for the Powder River Basin coal extraction and transport profile can be found in the appendix to this document.

*Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production*

## 2.5.7 Data for Energy Conversion Facilities

The simplest way to compare the full life cycle of coal and natural gas is to produce electricity, although there are alternative uses for both feedstocks. To compare inputs of coal and natural gas on a common basis, production of baseload electricity was chosen. Seven different power plant options are used – three for natural gas and four for coal. Three of the options include carbon capture technology and sequestration infrastructure. Two of the options are U.S. fleet averages based on eGRID data, while the remainder are NETL baseline models. For the U.S. fleet average power plants, **Figure 2-3** shows the distribution of heat rates and associated efficiencies from eGRID. To arrive at the samples shown below, plants smaller than 200MW, with capacity factors lower than 60 percent, and with primary feedstock percentages below 85 percent were cut. The boxes are the first and third quartiles, and the whiskers the 5th and 95th percentiles. The division in the boxes is the median value. The black diamond is the mean, and the orange diamond is the production-weighted mean.

**Figure 2-3: Fleet Baseload Heat Rates for Coal and Natural Gas (EPA, 2010)**



### 2.5.7.1 Natural Gas Combined Cycle (NGCC)

The NGCC power plant is based a 555-MW thermoelectric generation facility with two parallel, advanced F-Class gas fired combustion turbines. Each combustion turbine is followed by a heat recovery steam generator that produces steam that is fed to a single steam turbine. The NGCC plant consumes natural gas at a rate of 75,900 kg/hr and has an 85 percent capacity factor. Other details on the fuel consumption, water withdrawal and discharge, and emissions to are detailed in NETL's bituminous baseline (NETL, 2010a). The carbon capture scenario for NGCC is configured a Fluor Econamine carbon dioxide capture system that recovers 90 percent of the $CO_2$ in the flue gas

Full description, input data and results for this power plant can be found in the report, *Life Cycle Analysis: Natural Gas Combined Cycle (NGCC) Power Plant (NETL, 2010d).*

### 2.5.7.2 Gas Turbine Simple Cycle (GTSC)

The GTSC plant uses two parallel, advanced F-Class natural gas-fired combustion turbines/generators. The performance of the GTSC plant was adapted from NETL baseline of NGCC power by considering only the streams that enter and exit the combustion turbines/generators and not

accounting for any process streams related to the heat recovery systems used by combined cycles. The net output of the GTSC plant is 360 MW and it has an 85 percent capacity factor.

### 2.5.7.3 U.S. 2007 Average Baseload Natural Gas

The average baseload natural gas plant was developed using data from eGRID on plant efficiency (EPA, 2010). The most recent eGRID data is representative of 2007 electricity production. The average heat rate was calculated for plants with a capacity factor over 60 percent and a capacity greater than 200MW to represent those plants performing a baseload role. The average efficiency (weighted by production, so the efficiency of larger, more productive plants had more weight) was 53.4 percent. This heat rate is applied to the energy content of natural gas (which ranges from 990 and 1,030 Btu/cf) in order to determine the feed rate of natural gas per average U.S. natural gas power. Similarly, the carbon content of natural gas (which ranges from 72 percent to 80 percent) is factored by the feed rate of natural gas, 99 percent oxidation efficiency, and a molar ratio of 44/12 to determine the $CO_2$ emissions per unit of electricity generation.

### 2.5.7.4 Integrated Gasification Combined Cycle (IGCC)

The plant modeled is a 640 MW IGCC thermoelectric generation facility located in southwestern Mississippi utilizing an oxygen-blown gasifier equipped with a radiant cooler followed by a water quench. A slurry of Illinois No. 6 coal and water is fed to two parallel, pressurized, entrained flow gasifier trains. The cooled syngas from the gasifiers is cleaned before being fed to two advanced F-Class combustion turbine/generators. The exhaust gas from each combustion turbine is fed to an individual heat recovery steam generator where steam is generated. All of the net steam generated is fed to a single conventional steam turbine generator. A syngas expander generates additional power.

This facility has a capacity factor of 80 percent. For the carbon capture case, the plant is a 556 MW facility with a two-stage Selexol solvent process to capture both sulfur compounds and $CO_2$ emissions.  The captured $CO_2$ is compressed and transported 100 miles to an undefined geographical storage formation for permanent sequestration, in a saline formation.

Full description, input data and results for this power plant can be found in the report, *Life Cycle Analysis: Integrated Gasification Combined Cycle (IGCC) Power Plant (NETL, 2010c).*

### 2.5.7.5 Supercritical Pulverized Coal (SCPC)

This plant is a 550 MW facility located at a greenfield site in southeast Illinois utilizing a single-train supercritical steam generator. Illinois No. 6 pulverized coal is conveyed to the steam generator by air from the primary air fans. The steam generator supplies steam to a conventional steam turbine generator. Air emission control systems for the plant include a wet limestone scrubber that removes sulfur dioxide, a combination of low-nitrogen oxides burners and overfire air, and a selective catalytic reduction unit that removes nitrogen oxides, a pulse jet fabric filter that removes particulates, and mercury reductions via co-benefit capture.

The carbon capture case is a 546 MW plant configured with 90 percent CCS utilizing an additional sulfur polishing step to reduce sulfur content and a Fluor Econamine FG Plus process. The captured $CO_2$ is compressed and transported 100 miles to an undefined geographical storage formation for permanent sequestration, in a saline formation.

Full description, input data and results for this power plant can be found in the report, *Life Cycle Analysis: Supercritical Pulverized Coal (SCPC) Power Plant (NETL, 2010e).*

### 2.5.7.6 Existing Pulverized Coal (EXPC)

This case is an existing pulverized coal power plant that fires coal at full load without capturing carbon dioxide from the flue gas. This case is based on a 434 MW plant with a subcritical boiler that fires Illinois No. 6 coal, has been in commercial operation for more than 30 years, and is located in southern Illinois. The net efficiency of this power plant is 35 percent.

Full description, input data and results for this power plant can be found in the report, *Life Cycle Analysis: Existing Pulverized Coal (EXPC) Power Plant (NETL, 2010b)*.

### 2.5.7.7 U.S. 2007 Average Baseload Coal

Using a similar method to the fleet average natural gas baseload plant, a mean and weighted average efficiency of 35.1 percent were pulled from eGRID. Using the coal characteristics detailed in **Table 2-6**, a feed rate and emissions rate were created.

For each option, the transmission and distribution (T&D) of electricity incurs a 7 percent loss, resulting in the production of additional electricity and extraction of necessary fuel to overcome this loss. All upstream life cycle stages scale according to this loss factor.

Construction is included in the four NETL developed models. It accounts for less than 1 percent of overall greenhouse gas impact, and so was excluded from the total for the fleet average plants.

The performance characteristics of the power plants modeled in this analysis are summarized in **Table 2-7**. Note that for the average natural gas and coal power plants, low, nominal and high values are indicated.

**Table 2-7: Power Plant Performance Characteristics**

| Property | | | Natural Gas | | | Coal | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | NGCC | GTSC | Avg. NG | IGCC | IGCC (w/ CCS) | SCPC | SCPC (w/ CCS) | EXPC | Avg. Coal |
| **Performance** | | | | | | | | | | | |
| Net Output | MW | | 555 | 360 | > 200 | 640 | 556 | 550 | 546 | 434 | > 200 |
| Heat Rate[1] | Btu/kWh | L | 6,798 | 11,323 | 7,334 | 8,756 | 10,458 | 8,687 | 12,002 | 9,749 | 11,090 |
| | | N | | | 7,043 | | | | | | 10,321 |
| | | H | | | 6,387 | | | | | | 9,708 |
| Efficiency | % | L | 50.2% | 30.1% | 46.5% | 39.0% | 32.6% | 39.3% | 28.4% | 35.0% | 30.8% |
| | | N | | | 48.4% | | | | | | 33.1% |
| | | H | | | 53.4% | | | | | | 35.1% |
| Capacity Fac. | % | | 85% | 85% | > 60% | 80% | 80% | 85% | 85% | 85% | > 60% |
| **Feedstocks** | | | | | | | | | | | |
| Natural Gas | cf/MWh | | 6,619 | 11,025 | 6,858 | - | - | - | - | - | - |
| Ill. No. 6 Coal | lb/MWh | | - | - | - | 730 | 876 | 745 | 1,036 | 734 | 649 |
| PRB Coal | lb/MWh | | - | - | - | - | - | - | - | - | 355 |
| **Air Emissions** | | | | | | | | | | | |
| CO$_2$ | lb/MWh | | 804 | 1,100 | 817 | 1,723 | 206 | 1,768 | 244 | 2,075 | 1,999 |
| **CO$_2$ Capture** | % | | n/a | n/a | n/a | n/a | 90% | n/a | 90% | n/a | n/a |

---

[1] L, N, H indicated Low, Nominal (default), and High values, respectively.

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production

## 2.5.8 Summary of Key Model Parameters

The following table summarizes the key parameters that affect the life cycle results for the extraction of natural gas. This includes the amounts of methane emissions from routine activities, frequency and emission rates from non-routine operations, depths of different well types, flaring rates of vented gas, production rates, and domestic supply shares.

**Table 2-8: Key Parameters for Six Types of Natural Gas Sources**

| Property (Units) | Onshore | Associated | Offshore | Tight Sands | Shale | CBM |
|---|---|---|---|---|---|---|
| **Natural Gas Source** | | | | | | |
| Production Rate (Mcf/day) | 66 | 121 | 2,800 | 110 | 274 | 105 |
| (Range) | (46 - 86) | (85 - 157) | (1,960 - 3,641) | (77 - 143) | (192 - 356) | (73 - 136) |
| **Natural Gas Extraction Well** | | | | | | |
| Flaring Rate (%) | 51% (41 - 61%) | | | 15% (12 - 18%) | | |
| Well Completion (Mcf/episode) | 47 | | | 4,657 | 11,643 | 63 |
| Well Workover (Mcf/episode) | 3.1 | | | 4,657 | 11,643 | 63 |
| Well Workover Frequency (Episode/well/yr) | 1.1 | | | 3.5 | | |
| Liquids Unloading (Mcf/episode) | 23.5 | n/a | 23.5 | n/a | n/a | n/a |
| Liquids Unloading Frequency (Episodes/well) | 930 | n/a | 930 | n/a | n/a | n/a |
| Valve Emissions, Fugitive (lb $CH_4$/Mcf) | 0.11 | | 0.0001 | 0.11 | | |
| Other Sources, Point Source (lb $CH_4$/Mcf) | 0.003 | | 0.002 | 0.003 | | |
| Other Sources, Fugitive (lb $CH_4$/Mcf) | 0.043 | | 0.01 | 0.043 | | |
| **Acid Gas Removal (AGR) and $CO_2$ Removal Unit** | | | | | | |
| Flaring Rate (%) | 100% | | | | | |
| $CH_4$ Absorbed (lb $CH_4$/Mcf) | 0.04 | | | | | |
| $CO_2$ Absorbed (lb $CO_2$/Mcf) | 0.56 | | | | | |
| $H_2S$ Absorbed (lb $H_2S$/Mcf) | 0.21 | | | | | |
| NMVOC Absorbed (lb NMVOC/Mcf) | 6.59 | | | | | |
| **Glycol Dehydrator Unit** | | | | | | |
| Flaring Rate (%) | 100% | | | | | |
| Water Removed (lb $H_2O$/Mcf) | 0.045 | | | | | |
| $CH_4$ Emission Rate (lb $CH_4$/Mcf) | 0.0003 | | | | | |
| **Valves & Other Sources of Emissions** | | | | | | |
| Flaring Rate (%) | 100% | | | | | |
| Valve Emissions, Fugitive (lb $CH_4$/Mcf) | 0.0003 | | | | | |
| Other Sources, Point Source (lb $CH_4$/Mcf) | 0.02 | | | | | |
| Other Sources, Fugitive (lb $CH_4$/Mcf) | 0.03 | | | | | |
| **Natural Gas Compression at Gas Plant** | | | | | | |
| Compressor, Gas-powered Reciprocating (%) | 100% | 100% | | 100% | 75% | 100% |
| Compressor, Gas-powered Centrifugal (%) | | | 100% | | | |
| Compressor, Electrical, Centrifugal (%) | | | | | 25% | |
| **Natural Gas Emissions on Transmission Infrastructure** | | | | | | |
| Pipeline Transport Distance (mi.) | 604 (483 - 725) | | | | | |
| Pipeline Emissions, Fugitive (lb $CH_4$/Mcf-mi.) | 0.0003 | | | | | |
| **Natural Gas Compression on Transmission Infrastructure** | | | | | | |
| Distance Between Compressors (mi.) | 75 | | | | | |
| Compressor, Gas-powered Reciprocating (%) | 78% | | | | | |
| Compressor, Gas-powered Centrifugal (%) | 19% | | | | | |
| Compressor, Electrical, Centrifugal (%) | 3% | | | | | |

# 3 Inventory Results

This section includes upstream results for the average production case, marginal upstream results, and results after conversion to electricity.

## 3.1 Average Upstream Inventory Results

This analysis defines upstream activities as the raw material acquisition and transport activities that are necessary for the delivery of fuel to a power plant. The results of this analysis include the upstream GHG emissions for natural gas. For the natural gas supply chain, upstream includes well operations and natural gas processing activities, as well as the pipeline transport of natural gas from the extraction site to a power plant.



**Figure 3-1: Upstream Cradle-to-gate Natural Gas GHG Emissions by Source**

**Figure 3-1** shows the comparative upstream greenhouse gases of the six sources of domestic gas, imported liquefied natural gas, and the 2009 mix of all of those sources, broken out by life cycle stage. These results are based on IPCC 100-year GWP. The domestic average of 28.4 lbs. $CO_2e$/MMBtu and its associated uncertainty are shown overlaying the percentages for the other types of gas. This average is calculated using the percentages shown in **Table 2-2**. It is worth noting here that the RMT result is the same for all types of natural gas. It is assumed in this study that natural gas is a commodity that is indistinguishable once put on the transport network, so the distance traveled is the same for all types of natural gas. The distance parameter is adjustable, so if a natural gas type with a short distance to markets were evaluated, the RMT value would be smaller.

Offshore sourced natural gas has the lowest greenhouse gases of any source. This is due to the very high production rate of offshore wells and an increased emphasis on controlling methane emissions for safety and risk-mitigation reasons.

Imported gas has a significantly higher greenhouse gases than even domestic unconventional extraction. It is fundamentally an offshore extraction process, which has the lowest GHGs of all the

sources. The additional impact is due to the refrigeration, ocean transport and liquefaction processes. Uncertainty is highest for the unconventional sources due to high episodic emissions (well completions, workovers, etc.) and a wide range of observed production rates to allocate those emissions.

The key sources of GHG emissions in the natural gas supply chain are the combustion of fossil fuels and the venting of methane from natural gas processing and compression equipment.

**Figure 3-2: Upstream Cradle-to-gate Natural Gas GHG Emissions by Source and GWP**



The results in **Figure 3-2** compare the basic results from **Figure 3-1** across two sets of global warming potentials (detailed in **Table 2-1**). Converting the inventory of greenhouse gases to 20-year GWP, where methane's factor increases from 25 to 72, magnifies the difference between conventional and unconventional sources of natural gas, and the importance of methane losses to the cradle-to-gate GHG results.

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production

Figure 3-3: Cradle-to-Gate Reduction in Extracted Natural Gas



The Sankey diagram shown in **Figure 3-3** shows the reduction in natural gas (not solely methane) from extraction to delivery at the plant gate. This information is also not weighted by global warming potential. **Table 3-1** shows the same information in table form. Of the natural gas extracted from the ground, only 87 percent is delivered to the plant or city gate; 13 percent is either used internally for power, released at a point source and then flared – if applicable, or lost as a fugitive emission. It is important to recognize that not all of this gas is emitted to the atmosphere. In fact, 64 percent of the reduction in natural gas is used to power various processing equipment, most significantly compressors providing motive force for the natural gas. Further, 23 percent are point source emissions, generally concentrated enough to be flared; this, importantly from a climate change perspective, converts the methane to carbon dioxide. Only 13 percent of emissions are considered fugitive: spatially separated emissions difficult to capture or control.

Table 3-1: Natural Gas Losses from Extraction and Transportation

| Process | Raw Material Acquisition | | Transport | Total |
|---------|------------|------------|-----------|-------|
|  | Extraction | Processing |  |  |
| Extracted from Ground | 100.0% |  |  | 100.0% |
| Fugitive Losses | 1.2% | 0.1% | 0.5% | 1.8% |
| Point Source Losses (Vented or Flared) | 0.8% | 2.2% | 0.0% | 3.0% |
| Flare and Fuel Use | 0.0% | 7.6% | 0.8% | 8.4% |
| Delivered to End User |  |  |  | 86.9% |

By expanding the underlying data in NETL's model, a better understanding of the key contributions to natural gas emissions can be achieved. **Figure 3-4** shows the GHG contribution of specific extraction and transport activities for the Barnett Shale profile. This figure further shows the contribution of methane ($CH_4$), nitrous oxide ($N_2O$) and carbon dioxide ($CO_2$) to the total greenhouse gases. Similar data exists for each source of natural gas, as well as for the domestic average.

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production



Figure 3-4: Expanded Greenhouse Gas Results for Barnett Shale Gas

This figure shows clearly how important methane is to the total greenhouse gas emissions. In most energy systems, carbon dioxide is the primary concern, but for natural gas extraction, processing and transport, the methane drives the result, and most of the uncertainty. With this unconventional gas, the importance (and associated uncertainty) associated with episodic emissions such as well completion and workover can be seen as well. Well construction, on the other hand, contributes less than 1 percent to the total. Moreover, from the compressors at the last stage of the processing step along with the compressor operations and fugitive emissions on the pipeline, the importance of transport can be seen from these results.

**Figure 3-5** shows similar cradle-to-gate results for the natural gas extracted from conventional onshore wells. As with the shale profile, the major contributors are the fuel use and fugitive emissions from the transport, and episodic emissions like liquid unloading. Liquid unloading along contributes 45 percent to the total emissions, and the majority of the uncertainty as well. The uncertainty indicated here is due to a wide range in production rate, not the emission factor for liquids unloading. As discussed in the modeling method, production rate is used to apportion episodic emissions.

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production



Figure 3-5: Expanded Greenhouse Gas Results for Onshore Natural Gas

This analysis uses a parameterized modeling approach that allows the alteration and subsequent analysis of key variables. Doing so allows the identification of variables that have the greatest effect on results. Sensitivity results are shown in **Figure 3-6**. Parameters were adjusted and displayed regardless of whether uncertainty information was collected for that parameter. Percentages above are relative to a unit change in parameter value; all parameters are changed by the same percentage, allowing comparison of the magnitude of change to the result across all parameters. Positive results indicate that an increase in the parameter leads to an increase in the result. A negative value indicates an inverse relationship; an increase in the parameter would lead to a decrease in the overall result.

For example, a 5 percent increase in shale Production Rate would result in a 2.1 percent (5 percent of 42 percent) decrease in cradle-to-gate GHGs, from 32.5 to 31.8 lbs. $CO_2e$/MMBtu. A corresponding 5 percent increase in onshore Production rate results in a 2.3 percent decrease to 33.4 lbs. $CO_2e$/MMBtu. Thus, onshore is more sensitive to changes in production rate than shale gas.

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production



**Figure 3-6: Sensitivity of Onshore and Shale GHGs to Changes in Parameters**

The results in **Figure 3-6** show that both the onshore and shale profiles are sensitive to changes in pipeline distance, which is currently set to 604 miles for all profiles. As more unconventional sources like Marcellus shale which is close to major demand centers (New York, Boston, Toronto) come on the market, the average distance natural gas has to travel will go down, decreasing the overall impact.

The pipeline transport of natural gas is inherently energy intensive because compressors are required to continuously alter the physical state of the natural gas in order to maintain adequate pipeline pressure. Further, the majority of compressors on the U.S. pipeline transmission network are powered by natural gas that is withdrawn from the pipeline. **Figure 3-7** shows the sensitivity of natural gas losses to pipeline distance. The study default for domestic sources of natural gas is 604 miles, which was determined by solving for the distance at which the per-mile emissions were equivalent to the U.S. annual natural gas transmission methane emissions in 2009. See **Appendix A** for full discussion on determining a default distance.

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production



Figure 3-7: Sensitivity of GHGs Results to Pipeline Distance

## 3.2 Results for Marginal Production

Marginal production is defined here as the next unit of natural gas produced not included in the average, presumably from a new, highly productive well for each type of natural gas. Since older, less productive wells are ignored as part of these results, the production rate per well is much higher, episodic emissions are spread across more produced gas, and the corresponding GHG inventory is lower. **Table 3-2** shows the production rate assumptions used for both the average and marginal cases.

Table 3-2: Production Rate Assumptions for Average and Marginal Cases

| Source | Well Count | Dry Production (Tcf) | Production Rate (Mcf/day) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Average | | | Marginal | | |
| | | | N | L (-30%) | H (+30%) | N | L (-30%) | H (+30%) |
| Onshore | 216,129 | 5.2 | 66 | 46 | 86 | 593 | 297 | 1,186 |
| Offshore | 2,641 | 2.7 | 2,801 | 1,961 | 3,641 | 6,179 | 3,090 | 12,358 |
| Associated | 31,712 | 1.4 | 121 | 85 | 157 | 399 | 200 | 798 |
| Tight Sands | 162,656 | 6.6 | 111 | 78 | 144 | 110 | 77 | 143 |
| Shale | 32,797 | 3.3 | 274 | 192 | 356 | 274 | 192 | 356 |
| CBM | 47,165 | 1.8 | 105 | 73 | 136 | 105 | 73 | 136 |

Results are shown below in **Table 3-3**. The marginal and average production rates for the unconventional sources (tight, shale and CBM) were identical, and so there is no change shown below. There was a significant change in the production rate for all the mature conventional sources. Large numbers of the wells from each of these sources are nearing the end of the useful life, and have dramatically lower production rates, bringing the average far below what would be expected of a new well of each type.

**Table 3-3: Average and Marginal Upstream Greenhouse Gas Emissions (lbs CO₂e/MMBtu)**

| Source | | Average | Marginal | Percent Change |
|---|---|---|---|---|
| Conventional | Onshore | 34.2 | 20.1 | -41.2% |
| | Offshore | 14.3 | 14.1 | -1.4% |
| | Associated | 18.5 | 18.4 | -0.8% |
| Unconventional | Tight | 32.4 | 32.4 | 0.0% |
| | Shale | 32.5 | 32.5 | 0.0% |
| | Coal Bed Methane | 19.1 | 19.3 | 1.4% |
| Liquefied Natural Gas | | 42.8 | 42.5 | -0.6% |

Interestingly, although the production rates for both associated gas and offshore gas change significantly, there is little change to the upstream value: a drop of 0.8 percent and 1.4 percent respectively. This has to do with the characteristics of these types of wells; the flow of natural gas in offshore wells is so strong that there is no need to periodically perform liquids unloading, and for associated wells, the petroleum co-product is constantly removing any liquid in the well. This means the only episodic emission (one which would need to be allocated by lifetime production of the well) is the construction or completion of the well, which is small in both cases, as a percentage of overall emissions.

That leaves onshore conventional production as the only source which shows a significant difference (a drop of 41.2 percent) between the average and marginal production. There are over 200,000 active onshore conventional wells, over 80 percent of which have daily production below the average rate of 138 Mcf/day (EIA, 2010). Yet, when this marginal natural gas is run through electricity generation, there is only a 7 percent drop in greenhouse gas emissions.

## 3.3 Comparison to Other Fossil Energy Sources

Additional insight can be gained by comparing the life cycle of natural gas power to those of coal. The upstream GHG emissions for various fuels are shown in **Figure 3-8**.

Figure 3-8: Comparison of Upstream GHG Emissions for Various Feedstocks



Compared on an upstream energy basis, natural gas has higher GHG emissions than coal. Comparing the domestic mixes from **Figure 3-8**, natural gas is nominally 116 percent more greenhouse gas intense than coal. Gassier bituminous coal such as Illinois No. 6 is more comparable, but only makes up 31 percent of domestic consumption on an energy basis.

## 3.4 Role of Energy Conversion

The per unit energy upstream emissions comparisons shown above are somewhat misleading in that a unit of coal and natural gas often provide different services. If they do provide the same service, they often do so with different efficiencies—it is more difficult to get useful energy out of coal than it is out of natural gas. To provide a common basis of comparison, different types of natural gas and coal are run through various power plants and converted to electricity. Note that there are alternative uses of both fuels, and as such, different bases on which they could be compared. However, in the United States, the vast majority of coal is used for power production, and so provides the most relevant comparison. **Figure 3-9** compares results for natural gas and coal power on the basis of 1 MWh of electricity delivered to the consumer. In addition to the NETL baseline fossil plants with and without carbon capture and sequestration, these results include a simple cycle gas turbine (GTSC) and representations of fleet average baseload coal and natural gas plants, as described in **Section 2.5.7**.



Figure 3-9: Life Cycle GHG Emissions for Electricity Production

In contrast to the upstream results, which showed a significantly higher GHGs for natural gas than coal, these results show that natural gas power, on a 100-year GWP basis, has a much lower impact than coal power without capture, even when using unconventional natural gas. Even when using less efficient simple cycle turbines, which provide peaking power to the grid, there are far fewer greenhouse gases emitted than for coal-fired power. Because of different the different roles played by these plants, the fairest comparison is the domestic mix of coal run through an average baseload coal power plant with the domestic mix of natural gas run through the average baseload natural gas plant. In that case, the coal-fired plant has emissions of 2,475 lbs. $CO_2e$/MWh, more than double the emissions of the natural –gas fired plant at 1,162 lbs. $CO_2e$/MWh.

**Figure 3-10** shows the same results but applying and comparing 100- and 20-year IPCC global warming potentials to the inventoried greenhouse gases.

**Figure 3-10: Comparison of Power Production GHG Emissions on 100- and 20-year GWPs**



**Figure 3-10** shows that even when using a GWP of 72 for CH$_4$ to increase the relative impact of upstream methane from natural gas, gas-fired power still has lower GHGs than coal-fired power. This conclusion holds across a range of fuel sources (conventional vs. unconventional for natural gas, bituminous vs. average for coal) and a range of power plants (GTSC, NGCC, average for natural gas, and IGCC, SCPC, EXPC, and average for coal). The one situation where this conclusion changed is the use of unconventional natural gas in an NGCC unit with carbon capture compared to an IGCC unit with carbon capture. The high end of the range overlaps the nominal value for IGCC in this situation.

# 4 Discussion

The following section contains a comparison of the results of this analysis to other natural gas LCAs, a discussion on data limitations, recommendations for improvement and final conclusions.

## 4.1 Comparison to Other Natural Gas LCAs

Authors at universities and other government labs have conducted research on the natural gas life cycle. The methods and conclusions of three such papers are summarized below.

*Life Cycle Assessment of a Natural Gas Combined Cycle Power Generation System (Spath & Mann, 2000)*

This NREL study is somewhat dated, having been published in 2000, but using data from the 1990s. It is a high quality study, which makes solid assumptions and tests those assumptions with documented sensitivity analysis. It uses national, annual, top-down information to develop the upstream emissions for natural gas extraction and transportation. Because of this, there are no data specific to unconventional extraction. This study includes not only greenhouse gases but select criteria air emissions and an energy balance. A qualitative impact assessment is performed as well.

*Comparative Life-Cycle Air Emissions of Coal, Domestic Natural Gas, LNG, and SNG for Electricity Generation (Jaramillo, Griffin, & Matthews, 2007)*

This widely cited paper is the most recent publicly available, peer-reviewed study that directly compares life cycle greenhouse gas emissions of power generated from natural gas and coal. Due to concerns regarding gas price volatility at the time the paper was being written, it also includes a comparison of LNG and synthetic natural gas (SNG) from coal. Rather than attempting to represent the next megawatt-hour generated by using best available technology, it looks at average current megawatt-hours generated, so plant efficiencies tend to be lower and emission factors higher. It mixes technologies (NGCC vs. GTSC) and roles (baseload vs. peaking). Like the NREL study, the upstream emissions for both natural gas and coal are top-down numbers. These values are somewhat dated, and represent a homogeneous gas supply rather than breaking out unconventional extraction.

*Development of a Top Down Screening Model Using 2011 EPA Greenhouse Gas Inventory*

Although this study uses emission factors from the EPA that went into building the 2011 U.S. Greenhouse Gas Inventory, it did not use the annual emissions estimates to generate a top-down value. Rather, some of the EPA emission factors were applied against specific activities, combined with other data sources and standard engineering calculations in a comprehensive hybrid bottom-up approach.

For comparison purposes, NETL performed a top-down analysis of 2009 domestic natural gas production using EPA's 2011 GHG inventory. This top-down approach was not a comprehensive LCA, but was a screening method that resulted in an aggregated, national-level estimate of GHG emissions. The top-down approach gave a GHG result of 36.6 lbs. $CO_2e$/MMBtu of delivered natural gas to a large end user, with +30 percent and -19 percent uncertainty. NETL's comprehensive LCA model of natural gas gives a GHG result of 28.4 lbs. $CO_2e$/MMBtu of delivered natural gas, which is 24 percent lower than the top-down value derived from EPA's national inventory. The nominal top-down number from EPA's inventory is within NETL's uncertainty range, but NETL and EPA use many of the same emission factors for natural gas production, and thus an explanation of the 24 percent difference is necessary.

An overarching reason for the difference between EPA's national inventory and NETL's natural gas life cycle analysis model is that EPA's inventory is based on the emissions reported for an entire industry sector over one year, while NETL's model accounts for the operating characteristic of six types of natural gas extraction technologies over a 30-year period and then mixes the six types according to the 2009 U.S. natural gas supply profile. Three specific examples of this fundamental difference between modeling approaches are as follows:

1. A difference in method between activity-based scaling to the national level vs. well-specific production rates that scale results to each of six extraction types.
2. Differences in episodic emission factors for tight gas and the contribution of tight gas to the national inventory.
3. Time series discrepancies inherent in EPA's episodic emission factors.

Clarification on these differences is provided below.

For each type of natural gas well, NETL apportions episodic emission factors based on the production rate of a single well. These apportioned emissions are then compiled according to the relative contribution of each well type to the domestic mix to arrive at the domestic average emissions. EPA's national GHG inventory, on the other hand, does not use well production rates, but uses well activity counts for conventional and unconventional wells to scale up the episodic emission factors to a national level. It is possible that the production rates of the wells that were sampled during the development of EPA's episodic emission factors do not align with the average well production rates applied by NETL. Or the activity counts used by EPA do not align with the contribution of the six natural gas types to the national mix as modeled by NETL.

When modeling tight gas, NETL made adjustments to EPA's emission factors for well completions and workovers. A close look at EPA's documentation (EPA, 2011a) indicates that its unconventional completion and workover emission factors are representative of high-pressure, tight gas wells in the San Juan and Piceance Basins that were completed using a horizontal hydraulic fracturing method and have a high, for tight gas basins, EUR of approximately 2 to 4 BCF. NETL's survey of tight gas production in the U.S. determined that an EUR of 1.2 BCF is more representative of average U.S. tight gas production. The pressure of a well (and, in turn, the volume of natural gas released during completion) is associated with the production rate of a well and therefore was used to scale the methane emission factor for tight gas well completion and workovers. NETL uses an emission factor of 3,670 Mcf $CH_4$ per episode for the completion and workover of tight gas wells. It is worth noting that EPA does not distinguish between tight sands and shale gas in the annual inventory, a general category of unconventional natural gas is characterized by low and high pressure formations. NETL applied EPA's unconventional completion and workover emission factor for low pressure formations (49.57 Mcf $CH_4$) reported in Subpart W Technical Support Document (EPA, 2011a) to the coal bed methane well profile and the corresponding high pressure well emission factor to shale gas based on the correlation of representative EUR of 3 BCF for Barnett Shale and the San Juan and Piceance Basin EUR's representing a range of 2 to 4 BCF. While the EPA Subpart W Technical Support Document detailed the results for unconventional well completions and workovers for low pressure formations, the annual inventory (EPA, 2011a) discusses unconventional well activity as a single category assumed to be completed by hydraulic fracture, for the purposes of the inventory, and applies the high pressure formation emission factor of 9,175 Mcf $CH_4$ for all unconventional well completions and workovers in the annual activity count.

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production

The differences between the top-down and comprehensive approaches is further influenced by whether or not EPA explicitly accounts for tight gas production or simply includes tight gas within its conventional onshore natural gas activity factors. Tight gas represents 31 percent of the 2009 U.S. domestic natural gas supply, and thus the results for NETL's domestic mix are sensitive to changes in the tight gas results (the extent of this sensitivity is demonstrated by the tornado chart for the domestic natural gas mix). It is not clear if EPA includes tight gas within its conventional or unconventional category. If EPA accounts for tight gas in its conventional category, then liquids unloading would be incorrectly assigned to tight gas production, which would result in an overstated result. Alternatively, if EPA accounts for tight gas in its unconventional category, then a well completion and workover emission factor based on high production tight gas formations using horizontal hydraulic fracture was applied, which would result in an overstated result. This difference is only relevant in the comparative context between the two modeling approaches (screening versus comprehensive life cycle analysis). With respect to the purpose of the EPA national inventory approach, the effects are minimized based on the granularity of the overall analysis and the comparison of results at the national sector level. As described above, NETL adjusted the episodic emission factors for tight gas and coal bed methane based on well completion method and production profile.

EPA's documentation of unconventional emission factors are provided in its Subpart W document, which is the basis for its national inventory results (EPA, 2011a). EPA's 2009 GHG inventory is representative of 2009 natural gas production; however, a close look at EPA's Subpart W document reveals that the episodic emission factors are based on relatively small samples of natural gas wells from 2006 and 2007. It is common for LCAs to use data from a broad range of years. However, the behavior of the natural gas industry was especially volatile between 2007 and 2009. The imposition of emission factors that are representative of 2006 and 2007 upon other natural gas data that are representative of anomalous activity in 2009 creates a time-series lag that introduces uncertainty to the emission factor.

Figure 4-1: Natural Gas Well Development vs. Natural Gas Production (EIA, 2011b, 2011c)



**Figure 4-1** shows how increases in natural gas withdrawals lag between five and six years behind the increase in natural gas well drilling activity. Using a numerator with 2006 to 2007 data for well

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production

activity, and 2009 data for withdrawals for the numerator could cause an undefined level of uncertainty in the emission factor. The modeling approaches used by EPA and NETL (as described in the first item above) react differently to this time-series lag. It is possible that NETL's model diminishes these effects because it amortizes the emissions over a 30-year operating period. **Table 4-1** shows the differences among key parameters of the NETL and EPA models.

Table 4-1: Parameter Comparison between NETL and EPA Natural Gas Modeling

| Property[1] | Units | NETL | | | | | | EPA | |
|---|---|---|---|---|---|---|---|---|---|
| | | Onshore | Assoc. | Offshore | Tight Sands[2] | Barnett Shale | CBM[3] | Conv. | Unconv. |
| Contribution to 2009 Mix | Percent | 25% | 7% | 13% | 31% | 16% | 9% | n/a | n/a |
| Production Rate (30-yr average) | Mcf/day | 66 | 121 | 2,800 | 110 | 274 | 105 | n/a | n/a |
| Active Wells (2007) | Count | n/a | n/a | n/a | n/a | n/a | n/a | 431,035 | 41,790 |
| Flaring Rate at Well | Percent | 51% | 51% | 51% | 15% | 15% | 51% | 51% | 15% |
| Completion Emissions | Mcf $CH_4$/episode | 36.7 | 36.7 | 36.7 | 3,670 | 9,175 | 49.6 | 36.7 | 9,175 |
| Workover Emissions | Mcf $CH_4$/episode | 2.5 | 2.5 | 2.5 | 3,670 | 9,175 | 49.6 | 2.5 | 9,175 |
| Workover Frequency | Episodes/year | 0.04 | 0.04 | 0.04 | 0.12 | 0.12 | 0.12 | 0.04 | 0.12 |
| Liquids Unloading Emissions | Mcf $CH_4$/episode | 18.5 | n/a | 18.5 | n/a | n/a | n/a | 18.5 | n/a |
| Liquids Unloading Frequency | Episodes/year | 31 | n/a | 31 | n/a | n/a | n/a | 31 | 31 |

**Figure 4-2** shows comparative greenhouse gas emissions from the three studies reviewed above. Results from each study were converted to a common basis of 100-year Global Warming Potential in pounds $CO_2$e per MMBtu gas delivered. The NREL study did not have an explicit range of values, so the central estimate is shown. For Jaramillo et al., the central estimate is the average of the high and low values.

---

[1] All emission rates are prior to flaring.

[2] The tight sands emission factor for well completions and workovers was calculated by NETL by reducing EPA's completion and workover factor (3,670 Mcf $CH_4$) for unconventional wells. The emission rates for completions and workovers are associated with the production rates and reservoir pressures of a well.

[3] The CBM emission factor for well completions and workovers (49.57 Mcf $CH_4$) is from EPA's documentation of low pressure wells. While CBM wells are an unconventional source of natural gas, they have a low reservoir pressure and thus have lower emission rates from completions and workovers.

*Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production*



**Figure 4-2: Comparison of Natural Gas Upstream GHGs from Other Studies**

## 4.2 Data Limitations

A key objective of an LCA is to normalize all data to a common basis (the functional unit). Like all LCAs, this analysis is limited by data uncertainty and data limitations. Key instances of data uncertainty and limitation are summarized below.

### 4.2.1 Data Uncertainty

Episodic emissions, natural gas production rates, flaring rates, and pipeline distance are four areas of data uncertainty in this analysis and represented within the study results.

Episodic emission factors include the non-routine release of natural gas during well completion, workovers, and liquid unloading. The results of this analysis are sensitive to these episodic emissions. The data for episodic emissions from natural gas wells is limited to a relatively small sample of wells and includes data going back as far as 1996 (EPA, 2011a). These emission factors are not necessarily applicable to all natural gas wells. For instance, it is likely that some unconventional wells have been completed using best practices and thus have low completion emissions, while some conventional wells have been completed with poor practices and thus have high completion emissions. However, there is no basis for claiming that a more recent, larger sampling of natural gas wells would increase or decrease these emission factors.

This analysis uses the production rate for each type of natural gas well for apportioning episodic emissions to a unit of natural gas production. The production rates of unconventional natural gas wells (Barnett Shale, tight gas, and CBM wells) are based on estimated ultimate recovery (EUR) data that are specific to each formation and have specific geographical constraints (Lyle, 2011). Representativeness of unconventional production rate data provides a reasonable confidence range of +/-30 percent. Production data for conventional wells is more variable, exhibiting a 200 percent increase from the low to high production rates. This variability is due to the broad range in age, reservoir, and technology characteristics for conventional wells, making it difficult to define a "typical" conventional natural gas well.

Flaring rate is the portion of vented natural gas that is combusted; the unflared portion is released directly to the atmosphere. Conventional wells flare 51 percent of vented gas, while unconventional wells flare 15 percent of vented natural gas (EPA, 2011a). The natural gas processing plant is modeled at a 100 percent flaring rate. While technology is available to capture and flare virtually all of the vented natural gas from extraction and processing, economics and other practical concerns

often prevent the implementation of such technologies. To account for uncertainty, this analysis varied the default values for flaring rates by +/-20 percent. It is likely that there are natural gas wells that fall outside of this range; however, based on professional judgment, we expect this range to account for average natural gas production.

The transmission of natural gas by pipeline involves the combustion of a portion of the natural gas in compressors as well as fugitive losses of natural gas. The total natural gas combustion and fugitive emissions is a function of pipeline distance, which was estimated at an average distance of 604 miles. This distance is based on the characteristics of the entire transmission network and delivery rate for natural gas in the U.S. It is possible that some natural gas sources are located significantly closer to their final markets than other sources of natural gas. To account for this uncertainty, this analysis varies the average pipeline distance by +/- 20 percent, which is an uncertainty range based on professional judgment.

## 4.2.2 Data Availability

Most data required for this analysis were readily available. However, there are several instances for which more detailed data would enhance the functionality of the LCA model and allow further discernment among natural gas types.

- Formation-specific gas compositions ($CH_4$, $H_2S$, NMVOC, and water) for each natural gas type would allow the assignment of specific venting emissions for natural gas extraction and processing. It would also allow the calculation of the specific heat load required for natural gas processing equipment (acid gas removal and dehydration).

- The effectiveness of green completions and workovers would allow further scrutiny of the episodic emissions at wells and, possibly, further data granularity among the three unconventional well types (Barnett Shale, tight gas, and CBM wells).

- No data are available for the fugitive emissions from around wellheads (between the well casing and the ground). This is a possible emission source that could present a significant opportunity for reductions in natural gas losses at a specific wellhead or site, but is not expected to be a significant contribution from an average natural gas perspective.

- Data for water sourcing and production of other fluids used for hydraulic fracturing would expand the boundaries of this analysis further and provide more details on the activities that contribute most to the environmental burdens of unconventional natural gas production and delivery.

- Direct and indirect GHG emissions from land use from access roads and well pads would expand the scope of this analysis further and provide more details on the activities that contribute most to the environmental burdens of unconventional natural gas production and delivery.

- Data for the energy requirements of natural gas exploration would allow further comparisons between conventional and unconventional natural gas. Historically, conventional natural gas fields have been difficult to find, but relatively easy to develop once they are located (NGSA, 2010). In contrast, unconventional gas fields are easy to find, but require significant preparation before natural gas is recovered.

- The energy requirements for the treatment of flowback water from the hydraulic fracturing of unconventional wells would represent an environmental burden that could allow further differentiation among natural gas extraction types.

- The current EPA GHG inventory data for natural gas pipeline emissions includes methane emissions in one category. A split between venting and fugitive emissions from pipeline transport would facilitate recommendations for reducing pipeline losses. Vented emissions may present opportunities for recovery, while fugitive emissions may not represent feasible opportunities for recovery.

## 4.3 Recommendations for Improvement

Creating a greenhouse gas inventory from a life cycle perspective gives not only a more complete picture of the impact of the process in question, but also allows for identification for the areas of largest impact, and those with the greatest opportunity for improvement. Since this inventory is presented on two different bases, opportunities were identified in both the extraction and delivery of natural gas as well as the production of electricity from natural gas and coal.

### 4.3.1 Reducing the GHG Emissions of Natural Gas Extraction and Delivery

Unconventional gas sources (shale, tight sands, coal bed methane, etc.) now make up the majority of natural gas extraction. As such, the emissions released during well completion and periodic well workovers are a major contributor to the overall greenhouse gas footprint, and a large opportunity for reduction. However, due to the relatively recent development of unconventional resources, better data is needed to characterize this opportunity based on basin type, drilling method, and production in order to better identify the potential for reductions.

Transportation of processed natural gas to the point at which it is consumed – in this inventory, large end users such as power plants – makes up a large portion of the overall upstream impact. There are two components to this impact: the first is the use of energy to compress the natural gas – the initial compression to put the natural gas on the pipeline, and then periodic compression as the motive force to push the natural gas along the transmission system. The second component is fugitive emissions from joints in the pipeline and other equipment. Improving compressor efficiency not only increases the amount of sellable product, but reduces the greenhouse gases emitted delivering that product. Pipeline fugitive emissions could be reduced with both technology and best management practices.

### 4.3.2 Reducing the GHG Emissions of Natural Gas and Coal-fired Electricity

Although efforts to reduce methane emissions from natural gas and coal extraction and transportation are important and should be continued, most GHG emissions from their extraction, transportation and use comes in the form of post-combustion carbon dioxide. Three high-level opportunities for reducing these emissions include:

- Capture the $CO_2$ at the power plant and sequester it in a saline aquifer or oil bearing reservoir

- Improve existing power plant efficiency

- Invest in advanced power research, development, and demonstration

Further, all opportunities need to be evaluated on a sustainable energy basis, considering full environmental performance, as well as economic and social performance, such as the ability to maintain energy reliability and security.

## 4.4 Conclusions

This greenhouse gas (GHG) analysis inventories six different sources of natural gas, including three types of unconventional gas, combines them into a domestic mix, and then compares the inventory on both a delivered feedstock and delivered electricity basis to a similar domestic mix of coal. The results show that average coal, across a wide range of variability, and compared across different assumptions of climate impact timing, has lower greenhouse gas emissions than domestically produced natural gas when compared as a delivered energy feedstock—over 50 percent less than natural gas per unit of energy.

However, the conclusion that coal is the cleaner fuel flips once the fuels are converted to electricity in power plants with different efficiencies—53 percent for natural gas versus 35 percent for coal. Natural gas-fired electricity has a 42 percent to 53 percent lower climate impact than coal-fired electricity. Even when fired on 100 percent unconventional natural gas, from tight sands, shale and coal beds, and compared on a 20-year GWP, natural gas-fired electricity has 39 percent lower greenhouse gases than coal. This shifting conclusion based on a change in the basis of comparison highlights the importance of specifying an end-use basis—not necessarily power production—when comparing different fuels.

Despite the conclusion that natural gas has lower greenhouse gases than coal on a delivered power basis, the extraction and delivery of the gas has a large climate impact —32 percent of U.S. methane emissions and 3 percent of U.S. greenhouse gases. There are significant emissions and use of natural gas—13 percent at the city or plant gate—even without considering final distribution to small end-users. The vast majority of the reduction in extracted natural gas —70 percent cradle-to-gate—are not emitted to the atmosphere, but can be attributed to the use of the natural gas as fuel for extraction and transport processes such as compressor operations. Increasing compressor efficiency would lower both the rate of use and the $CO_2$ emissions associated with the combustion of the gas for energy.

But, with methane making up 75 to 95 percent of the natural gas flow, there are many opportunities for reducing the climate impact associated with direct venting to the atmosphere. A further 17 percent of the natural gas losses can be characterized as point source, and have the potential to be flared—essentially a conversion of GWP-potent methane to carbon dioxide.

The conclusions drawn from this inventory and the associated analysis are robust to a wide array of assumptions. However, as with any inventory, they are dependent on the underlying data, and there are many opportunities to enhance the information currently being collected. This analysis shows that the results are both sensitive to and impacted by the uncertainty of a few parameters: use and emission of natural gas along the pipeline transmission network; the rate of natural gas emitted during unconventional gas extraction processes such as well completion and workovers; and the lifetime production of wells, which determine the denominator over which lifetime emissions are placed.

This inventory and analysis are for greenhouse gases only, and there are many other factors that must be considered when comparing energy options. A full inventory of conventional and toxic air emissions, water use and quality, and land use is currently under development, and will allow comparison of these fuels across multiple environmental categories. Further, all opportunities need to be evaluated on a sustainable energy basis, considering full environmental performance, as well as economic and social performance, such as the ability to maintain energy reliability and security.

# References

API. (2009). Compendium of Greenhouse Gas Emissions Methodologies for the Oil and Natural Gas Industry. Retrieved from http://www.api.org/ehs/climate/new/upload/2009_GHG_COMPENDIUM.pdf

Burklin, C. E., & Heaney, M. (2006). *Natural Gas Compressor Engine Survey for Gas Production and Processing Facilities*. Houston, Texas.

Bylin, C., Schaffer, Z., Goel, V., Robinson, D., Campos, A. d. N., & Borensztein, F. (2010). *Designing the Ideal Offshore Platform Methane Mitigation Strategy*: Society of Petroleum Engineers.

EIA. (2010). United States Total 2009: Distribution of Wells by Production Rate Bracket. *www.eia.doe.gov*. Retrieved from http://www.eia.doe.gov/pub/oil_gas/petrosystem/us_table.html

EIA. (2011a). *Annual Energy Outlook 2011*. Washington, DC: U.S. Department of Energy, Energy Information Administration.

EIA. (2011b). Crude Oil and Natural Gas Exploratory and Development Wells. from Energy Information Administration: http://www.eia.gov/dnav/ng/ng_enr_wellend_s1_a.htm

EIA. (2011c). Natural Gas Gross Withdrawals and Production. *www.eia.doe.gov*. Retrieved from http://www.eia.doe.gov/dnav/ng/ng_prod_sum_a_EPG0_VRN_mmcf_a.htm

EPA. (2006). Replacing Glycol Dehydrators with Desiccant Dehydrators. *U.S. Environmental Protection Agency*. Retrieved from http://epa.gov/gasstar/documents/II_desde.pdf

EPA. (2010). Emissions & Generation Resource Integrated Database (eGrid). from United States Environmental Protection Agency: http://www.epa.gov/cleanenergy/energy-resources/egrid/

EPA. (2011a). *Background Technical Support Document - Petroleum and Natural Gas Industry*. Washington, D.C.: U.S. Environmental Protection Agency, Climate Change Division.

EPA. (2011b). *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2009* (No. EPA 430-R-11-005). Washington, D.C.: Environmental Protection Agency.

Forster, P., Ramaswamy, V., Artaxo, P., Berntsen, T., Betts, R., Fahey, D. W., et al. (2007). *Changes in Atmospheric Constituents and in Radiative Forcing*. Cambridge, United Kingdom and New York, NY, USA: Intergovernmental Panel on Climate Change.

Foss, M. M. (2004). *Interstate Natural Gas -- Quality Specifications & Interchangeability*. Sugar Land, Texas: Center for Energy Economics.

Gaul, D. (2011). Industry Economist, Office of Oil and Gas, Energy Information Administration. In J. Littlefield (Ed.). Washington, DC.

Jaramillo, P., Griffin, W. M., & Matthews, H. S. (2007). Comparative Life-Cycle Air Emissions of Coal, Domestic Natural Gas, LNG, and SNG for Electricity Generation. *Environmental Science & Technology, 41*(17), 6290-6296.

Lyle, D. (2011, November 10). Shales Revive Oilpatch, Gas Patch. *2011 North American Unconventional Yearbook, 2010*.

NETL. (2010a). *Cost and Performance Baseline for Fossil Energy Plants: Volume 1* (DOE/NETL-2010/1397). Pittsburgh, Pennsylvania: U.S. Department of Energy, National Energy Technology Laboratory.

NETL. (2010b). *Life Cycle Analysis: Existing Pulverized Coal (EXPC) Power Plant*. Pittsburgh, PA: Department of Energy, National Energy Technology Laboratory.

NETL. (2010c). *Life Cycle Analysis: Integrated Gasification Combined Cycle (IGCC)*. Pittsburgh, PA: Department of Energy, National Energy Technology Laboratory.

NETL. (2010d). *Life Cycle Analysis: Natural Gas Combined Cycle (NGCC) Power Plant*. Pittsburgh, PA: Department of Energy, National Energy Technology Laboratory.

NETL. (2010e). *Life Cycle Analysis: Supercritical Pulverized Coal (SCPC) Power Plant*. Pittsburgh, PA: Department of Energy, National Energy Technology Laboratory.

NGSA. (2010). Unconventional Natural Gas Resources. *NaturalGas.org*, from http://www.naturalgas.org/overview/unconvent_ng_resource.asp

Spath, P. L., & Mann, M. K. (2000). *Life Cycle Assessment of a Natural Gas Combined Cycle Power Generation System*: National Renewable Energy Laboratory.

# Appendix A:
# Data and Calculations for Greenhouse Gas Inventory

## Table of Contents

**A.1  Raw Material Acquisition: Natural Gas**........................................................................**A-2**

Well Construction and Installation..........................................................................A-2

Natural Gas Sweetening (Acid Gas Removal).........................................................A-3

Natural Gas Dehydration..........................................................................................A-6

Natural Gas Venting and Flaring .............................................................................A-7

Other Point Source and Fugitive Emissions..........................................................A-11

Natural Gas Compression .......................................................................................A-14

Well Decommissioning............................................................................................A-16

Compilation of Natural Gas Processes....................................................................A-16

Production Rates for Conventional Onshore Natural Gas Wells ............................A-18

**A.2  Raw Material Acquisition: Coal**....................................................................................**A-23**

Powder River Basin Coal.........................................................................................A-23

Illinois No. 6 Coal ...................................................................................................A-25

**A.3  Raw Material Transport: Natural Gas**..........................................................................**A-27**

Pipeline Construction and Decommissioning .........................................................A-27

Pipeline Operations .................................................................................................A-27

Calculation of Average Natural Gas Transmission Distance...................................A-28

**A.4  Raw Material Transport: Coal**.......................................................................................**A-30**

**References**..............................................................................................................................**A-31**

The energy and material flows tracked by NETL's life cycle analysis (LCA) method in support of this study are used to quantify emissions of greenhouse gases ($CO_2$, $CH_4$, and $N_2O$, $SF_6$) that would result from natural gas extraction and transport, and from coal extraction and transport. The methods for calculating these flows for the raw material acquisition (RMA) and raw material transport (RMT) of natural gas and coal are provided below.

Some common engineering conversions used in this study are:

- 1 tonne = 1,000 kg
- 1 kg = 2.205 lb
- 1 $m^3$ = 35.3 cf
- Natural Gas Density: 1 cf of natural gas = 0.042 lb natural gas
- Natural Gas Energy Content: 1,027 Btu/cf  natural gas
- The molar ratio of $CO_2$ to carbon is 44/12

## A.1    Raw Material Acquisition: Natural Gas

In this analysis, the boundary of the RMA for natural gas begins with the extraction of natural gas from nature and ends with processed natural gas ready for pipeline delivery. Key activities in the RMA of natural gas are as follows:

- Well construction and installation
- Natural gas sweetening (acid gas removal)
- Natural gas dehydration
- Natural gas venting and flaring
- Natural gas compression
- Well decommissioning

The data sources and assumptions for calculating the greenhouse gas (GHG) emissions from each RMA activity are provided below. In most cases, the methane emissions are calculated by using standard engineering calculations around key gas field equipment, followed by the application of the Environmental Protection Agency (EPA) AP-42 emission factors as necessary.

### *Well Construction and Installation*

NETL's LCA model of natural gas extraction includes the construction and installation activities for natural gas wells. Construction is defined as the cradle-to-gate burdens of key materials that embody key equipment and structures. Installation is defined as the activity of preparing a site, erecting buildings or other structures, and putting equipment in place.

The construction of natural gas wells requires a well casing that provides strength to the well bore and prevents contamination of the geological formations that surround the gas reservoir. In the case of offshore extraction, a large platform is also required.  A well is lined with a carbon steel casing that is held in place with concrete. A typical casing has an inner diameter of 8.6 inches, is 0.75 inches thick, and weighs 24 pounds per foot (NaturalGas.org, 2004). The weight of concrete used by the well walls is assumed to be equal to the weight of the steel casing. The total length of a natural gas well is variable, based on the natural gas extraction profile under consideration. The well lengths considered in this study are as follows: conventional onshore: 1,990 m; conventional offshore: 2,660 m; conventional onshore associated: 1,500 m; shale gas: 3,980 m; coal bed methane: 3,980 m; and tight gas: 2,525 m. The total weight of materials for the construction of a well bore is estimated by factoring the total well length by the linear weight of carbon steel and concrete.

The installation of natural gas wells includes the drilling of the well, followed by the installation of the well casing. Horizontal drilling is used for unconventional natural gas reserves where hydrocarbons are dispersed throughout a matrix of shale or coal. An advanced drilling rig has a drilling speed of 17.8 meters per hour, which translates to the drilling of a 7,000 foot well in approximately 10 days (NaturalGas.org, 2004). A typical diesel engine used for oil and gas exploration has a power of 700 horsepower and a heat rate of 7,000 Btu/hp-hr (EPA, 1995). The methane emissions from well installation is the product of the following three variables: heat rate of drilling engine (7,000 Btu/hp-hr), methane emission factor (EPA, 1995) for diesel combustion in stationary industrial engines (6.35E-05 lb/hp-hr), and the total drilling time (in hours).

The daily production rate of a natural gas well is an important factor in apportioning one-time construction activities or intermittent operations to a unit of natural gas production. Typical production rates vary considerably based on well type. Production rates also vary based on well specific factors, such as the age of the natural gas well. For instance, the average daily production rate for new, horizontal shale gas wells in the Barnett Shale region is as high as 2.5 million standard cubic feet (MMcf) per day, but declines at a rapid rate (Hayden & Pursell, 2005). The observed production rates in the Barnett Shale region decline 55 percent during the first year, 25 percent during the second year, 15 percent during the third year, and 10 percent each following year (Hayden & Pursell, 2005). The production rates for each type of natural gas well are shown in **Table A-12**. These production rates include the average production of natural gas wells in 2009 (the basis year of this analysis), as marginal production rates. Marginal production rates exclude poorly performing, mature wells that will likely be removed from service within a couple of years.

The construction and material requirements are apportioned to one kilogram of natural gas product by dividing them by the lifetime production of the well. The natural gas wells considered in this study are presumed to produce natural gas at the rates discussed above, with a lifetime of 30 years. Thus, construction and material requirements, and associated GHG emissions, are apportioned over the lifetime production rate specific to each type of natural gas well, based on average well production rates.

### *Natural Gas Sweetening (Acid Gas Removal)*

Raw natural gas contains varying levels of hydrogen sulfide ($H_2S$), a toxic gas that reduces the heat content of natural gas and causes fouling when combusted in equipment. The removal of $H_2S$ from natural gas is known as sweetening. Amine-based processes are the predominant technologies for the sweetening of natural gas.

The $H_2S$ content of raw natural gas is highly variable, with concentrations ranging from one part per million on a mass basis to 16 percent by mass in extreme cases. An $H_2S$ concentration of 0.5 percent by mass is modeled in this analysis. This $H_2S$ concentration is based on raw gas composition data compiled by the Gas Processors Association (Foss, 2004).

The energy consumed by the amine reboiler accounts for the majority of energy consumed by the sweetening process. Reboiler energy consumption is a function of the amine flow rate, which, in turn, is related to the amount of $H_2S$ removed from natural gas. Approximately 0.30 moles of $H_2S$ are removed per 1 mole of circulated amine solution (Polasek, 2006), the reboiler duty is approximately 1,000 Btu per gallon of amine (Arnold, 1999), and the reboiler has a thermal efficiency of 92 percent. The molar mass of amine solution is assumed to be 83 g/mole, which is estimated by averaging the molar mass of monoethanolamine (61 g/mole) and diethanolamine (105 g/mole). The density of the

amine is assumed to be 8 lb/gal (3.62 kg/gal). The calculation of energy input per kilogram of natural gas product is shown in **Equation 1**.

$$\frac{0.005 \; kg \; H_2S}{kg \; NG \; product} * \frac{1 \; kg \; mol \; H_2S}{34 \; kg \; H_2S} * \frac{1 \; kg \; mol \; amine}{0.30 kg \; mol \; H_2S} * \frac{83 \; kg \; amine}{kg \; mol \; amine} * \frac{1 \; gal \; amine}{3.62 \; kg \; amine} *$$
$$\frac{1,000 \; Btu \; reboiler \; duty}{gal \; amine} * \frac{1 \; Btu \; energy \; input}{0.92 \; Btu \; reboiler \; duty} = \frac{12.2 \; Btu}{kg \; NG \; product} = \frac{26.9 \; Btu}{lb \; NG \; product}$$

(Equation 1)

The amine reboiler combusts natural gas to generate heat for amine regeneration. This analysis applies EPA emission factors for industrial facilities (EPA, 1995) to the energy consumption rate discussed in the above paragraph in order to estimate the combustion emissions from amine reboilers.

The sweetening of natural gas is also a source of vented methane emissions. In addition to absorbing $H_2S$, the amine solution also absorbs a portion of methane from the natural gas. This methane is released to the atmosphere during the regeneration of the amine solvent. The venting of methane from natural gas sweetening is based on emission factors developed by the Gas Research Institute; natural gas sweetening releases 0.000971 lb of methane per lb per natural gas sweetened (API, 2009). The calculation of methane released by amine reboiler venting is shown in **Equation 2**.

$$\frac{0.0185 \; tonne \; CH_4}{10^6 \; cf \; NG} * \frac{1,000 \; kg}{tonne} * \frac{2.205 \; lb}{kg} * \frac{1 cf}{0.042 \; lb} = 9.71 \times 10^{-4} \; \frac{lb \; CH_4}{lb \; NG}$$

(Equation 2)

Raw natural gas contains naturally-occurring $CO_2$ that contributes to the acidity of natural gas. Most of this $CO_2$ is absorbed by the amine solution during the sweetening of natural gas and is ultimately released to the atmosphere when the amine is regenerated. This analysis calculates the mass of naturally-occurring $CO_2$ emissions from the acid gas recovery (AGR) unit by balancing the composition of production gas (natural gas that has been extracted but has not undergone significant processing) and pipeline-quality gas. Production gas contains 1.52 mass percent $CO_2$ and pipeline-quality natural gas contains 0.47 mass percent $CO_2$. A mass balance around the AGR unit, which balances the mass of gas input with the mass of gas venting and gas product, shows that 0.013 lb of naturally-occurring $CO_2$ is vented per lb of processed natural gas. The key constraints of this mass balance are the different compositions of input gas (production gas) and output gas (pipeline-quality gas) and the methane venting rate from amine regeneration. The mass balance around the AGR unit is illustrated by **Figure A-1**.

### Figure A-1: Mass Balance for Acid Gas Removal



As shown by the mass balance around the AGR unit, the majority (84 percent by mass) of the AGR vent stream is NMVOC. At this concentration, NMVOCs are a high-value energy product. Thus, from an LCA perspective, NMVOCs are a valuable co-product of the AGR process. Co-product allocation is used to apportion life cycle emissions and other burdens between the natural gas and NMVOC products.

In this analysis, the relative energy contents of the natural gas and NMVOC outputs from the AGR process are used as the basis for co-product allocation. The heating value of pipeline-quality natural gas is 24,452 Btu/lb (which is calculated from the default study value of 1,027 Btu/cf). The heating value of NMVOCs is 21,025 Btu/lb, which is calculated from the composition of the vent stream from the AGR unit and the heating values of each NMVOC component (The Engineering Toolbox, 2011); the calculation of the heating value of NMVOC is shown in **Table A-1**. As shown by the mass balance (**Figure A-1**), 0.157 lbs of NMVOC are produced for every lb of natural gas produced. When these mass flows are converted to an energy basis using the above heating values, 88.1 percent of the product leaving the AGR process is natural gas and 11.9 percent is NMVOCs. Thus, the natural gas model allocates 88.1 percent of the energy requirements and environmental emissions of acid gas removal to the natural gas product.

Table A-1: Heating Value of NMVOC Co-Product from AGR Process

| NMVOC Component | Percent Mass | Heating Value (Btu/lb) |
|---|---|---|
| $CH_4$ | 0% | 23,811 |
| Ethane | 44.1% | 20,525 |
| Propane | 26.7% | 21,564 |
| Iso-Butane | 5.9% | 21,640 |
| n-Butane | 10.4% | 21,640 |
| iso-Pentane | 3.0% | 20,908 |
| n-Pentane | 3.9% | 20,908 |
| Hexanes | 3.0% | 20,526 |
| Heptanes Plus | 2.9% | 21,000 |
| Other ($N_2$ and $CO_2$) | 0% | 0 |
| Composite Heating Value | | 21,025 |

The following table shows the energy consumption and GHG emissions for acid gas removal. These energy and emission factors do not account for the co-product allocation between natural gas and NMVOCs. The co-product allocation between natural gas and NMVOC is performed within the modeling software (GaBi).

For **Table A-2**, the energy used for acid gas removal is based on a 0.005 kg $H_2S$ per of raw natural gas, a molar loading of 0.30 mol H2S per mole of amine solution, and a reboiler duty of 1,000 Btu/gal of regenerated amine, and a reboiler efficiency of 92 percent. The $CH_4$ venting factor assumes that the reboiler vent is not flared.

**Table A-2: Acid Gas Removal (Sweetening)**

| Flow Name | Value | Units | Reference |
|---|---|---|---|
| Air Emission Factors | | | |
| $CO_2$ | 2.86 | lb $CO_2$/lb NG fuel | API 2009 |
| $N_2O$ | 1.52E-05 | lb $N_2O$/lb NG fuel | API 2009 |
| $CH_4$ (combustion) | 5.48E-05 | lb $CH_4$/lb NG fuel | API 2009 |
| Energy Inputs and Outputs | | | |
| Reboiler energy | 26.9 | Btu/lb NG product | calculated |
| Reboiler fuel | 2.26E-04 | lb NG fuel/lb NG product | calculated |
| Air Emissions | | | |
| $CO_2$ (combustion) | 6.47E-04 | lb $CO_2$/lb NG product | calculated |
| $CO_2$ (vented) | 0.013 | lb $CO_2$/lb NG product | calculated |
| $N_2O$ | 3.54E-06 | lb $N_2O$/lb NG product | calculated |
| $CH_4$ (combustion) | 1.27E-05 | lb $CH_4$/lb NG product | calculated |
| $CH_4$ (vented) | 9.71E-04 | lb $CH_4$/lb NG product | API 2009 |
| NMVOC (vented) | 0.157 | lb NMVOC/lb NG product | calculated |

*Natural Gas Dehydration*

Dehydration is necessary to remove water from raw natural gas, which makes it suitable for pipeline transport and increases its heating value. The configuration of a typical dehydration process includes an absorber vessel in which glycol-based solution comes into contact with a raw natural gas stream, followed by a stripping column in which the rich glycol solution is heated in order to drive off the water and regenerate the glycol solution. The regenerated glycol solution (the lean solvent) is recirculated to the absorber vessel. The methane emissions from dehydration operations include combustion and venting emissions. This analysis estimates the fuel requirements and venting losses of dehydration in order to determine total methane emissions from dehydration.

The fuel requirements of dehydration are a function of the reboiler duty. Due to the heat integration of the absorber and stripper streams, the reboiler, which is heated by natural gas combustion, is the only equipment in the dehydration system that consumes fuel. The reboiler duty (the heat requirements for the reboiler) is a function of the flow rate of glycol solution, which, in turn, is a function of the difference in water content between raw and dehydrated natural gas. The typical water content for untreated natural gas is 49 lbs/MMcf. In order to meet pipeline requirements, the water vapor must be reduced to 4 lbs/MMcf of natural gas (EPA, 2006). The flow rate of glycol solution is 3 gallons per pound of water removed (EPA, 2006), and the heat required to regenerate glycol is 1,124 Btu/gal (EPA, 2006). By factoring the change in water content, the glycol flow rate, and boiler heat requirements, the energy requirements for dehydration are 152,000 Btu/MMcf of dehydrated natural gas (as shown by **Equation 3** and **Equation 4** below). Assuming that the reboiler is fueled by natural gas, this translates to 1.48E-04 lb of natural gas combusted per lb of dehydrated natural gas (as shown by the equations below). The emission factor for the combustion of natural gas in boiler equipment produces 2.3 lb $CH_4$/million cf natural gas (API, 2009). After converting to common units, the above fuel consumption rate and methane emission factor translate to 8.09E-09 lb $CH_4$/lb NG treated.

$$\frac{3.00\ gal\ glycol}{lb\ water} * \frac{1,124\ Btu}{gal\ glycol} * \frac{(49-4)\ lb\ water}{MMCF\ NG} = \frac{152,000\ Btu}{MMcf\ NG} \qquad \textbf{(Equation 3)}$$

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production

$$\frac{152{,}000\ Btu}{MMcf\ NG} * \frac{MMcf\ NG}{10^6 cf\ NG} * \frac{1\ cf\ NG}{1027\ Btu} = \frac{1.48\times10^{-4}\ lb\ NG\ fuel}{lb\ NG\ product}$$

(Equation 4)

In addition to absorbing water, the glycol solution also absorbs methane from the natural gas stream. This methane is lost to evaporation during the regeneration of glycol in the stripper column.  Flash separators are used to capture most of methane emissions from glycol strippers; nonetheless, small amounts of methane are vented from dehydrators. The emission of methane from glycol dehydration is based on emission factors developed by the Gas Research Institute (API, 2009). Based on this emission factor, 8.06E-06 lb of methane is released for every pound of natural gas that is dehydrated.

For **Table A-3**, the energy used for dehydration is based on 3 gallons of glycol per pound of water removed, a reboiler duty of 1,124 Btu per gallon of glycol regenerated, and 45 pounds of water removed per MMcf of natural gas produced. The methane venting factor assumes that no flash separator is used to control venting emissions.

**Table A-3: Natural Gas Dehydration**

| Flow Name | Value | Units | Reference |
|---|---|---|---|
| Air Emission Factors | | | |
| $CO_2$ | 2.86 | lb $CO_2$/lb NG fuel | API 2009 |
| $N_2O$ | 1.52E-05 | lb $N_2O$/lb NG fuel | API 2009 |
| $CH_4$ (combustion) | 5.48E-05 | lb $CH_4$/lb NG fuel | API 2009 |
| Energy Inputs and Outputs | | | |
| Reboiler energy | 1.52E-01 | Btu/cf NG product | API 2009 |
| Reboiler fuel | 1.48E-04 | lb NG fuel/lb NG product | calculated |
| Air Emissions | | | |
| $CO_2$ | 4.24E-04 | lb $CO_2$/lb NG product | calculated |
| $N_2O$ | 2.26E-09 | lb $N_2O$/lb NG product | calculated |
| $CH_4$ (combustion) | 8.10E-09 | lb $CH_4$/lb NG product | calculated |
| $CH_4$ (venting) | 8.06E-06 | lb $CH_4$/lb NG product | API 2009 |

## *Natural Gas Venting and Flaring*

Venting and flaring are necessary in situations where a natural gas (or other hydrocarbons) stream cannot be safely or economically recovered. Venting and flaring may occur when a well is being prepared for operations and the wellhead has not yet been fitted with a valve manifold, when it is not financially preferable to recover the associated natural gas from an oil well, or during emergency operations when the usual systems for gas recovery are not available.

The combustion products of flaring include carbon dioxide, methane, and nitrous oxide.  The flaring emission factors published by the American Petroleum Institute (API, 2009) are based on the following recommendations by the Intergovernmental Panel on Climate Change (IPCC):

- If measured data are not available, assume flaring has a 98 percent destruction efficiency. Destruction efficiency is a measure of how much carbon in the flared gas is converted to $CO_2$ (API, 2009).

- The $CO_2$ emissions from flaring are the product the destruction efficiency, carbon content of the flared gas, the molar ratio of $CO_2$ to carbon (44/12). Methane is 75 percent carbon by mass, and the other hydrocarbons in natural gas are approximately 81 percent carbon by mass

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production

(Foss, 2004); the composite carbon content of natural gas is calculated by factoring these carbon compositions with the natural gas composition.

- Methane emissions from flaring are equal to the two percent portion of gas that is not converted to $CO_2$ (API, 2009).

- $N_2O$ emissions from flaring are based on EPA AP-42 emission factors for stationary combustion sources (API, 2009).

The mass composition of unprocessed natural gas (referred to as "production natural gas") is 78.8 percent $CH_4$, 1.5 percent $CO_2$, 1.78 percent nitrogen, and 17.9 percent non-methane hydrocarbons (NMVOCs) (EPA, 2011a). The mass composition of pipeline quality natural gas is 93.4 percent $CH_4$, 0.47 percent $CO_2$, 0.55 percent nitrogen, and 5.6 percent NMVOCs. The composition of production natural gas to model flaring during natural gas extraction, and the composition of pipeline quality natural gas is used to model flaring at the natural gas processing plant. The above method for estimating flaring emissions was applied to these gas compositions to develop flaring emission factors for production and pipeline natural gas. The following table summarizes the mass composition and flaring emissions for these two gas compositions.

Table A-4: Natural Gas Flaring

| Emission | Production NG | Pipeline NG | Units | Reference |
|---|---|---|---|---|
| Natural Gas Composition | | | | |
| $CH_4$ | 78.8% | 93.4% | % mass | (EPA, 2011a) |
| $CO_2$ | 1.52% | 0.47% | % mass | (EPA, 2011a) |
| Nitrogen | 1.78% | 0.55% | % mass | (EPA, 2011a) |
| NMVOC | 17.90% | 5.57% | % mass | (EPA, 2011a) |
| Flaring Emissions | | | | |
| $CO_2$ | 2.67 | 2.69 | lb $CO_2$/lb flared NG | API, 2009 |
| $N_2O$ | 8.95E-05 | 2.79E-05 | lb $N_2O$/lb flared NG | API, 2009 |
| $CH_4$ | 1.53E-02 | 1.81E-02 | lb $CH_4$/lb flared NG | API, 2009 |

The venting rate of natural gas is necessary to apply the above emission factors to a unit of natural gas production. Venting rates are highly variable and depend more on the production practices and condition of equipment at an extraction site that the type of natural gas reservoir. Thus, venting rates have been parameterized in the model to allow uncertainty analysis.

Recent data indicate that only 51 percent of vented natural gas from conventional natural gas extraction operations is flared and the remaining 49 percent is released to the atmosphere (EPA, 2011a). The flaring rate is even lower for unconventional wells, which flare 15 percent of vented natural gas (EPA, 2011a). The flaring rate at natural gas processing plants is assumed to be 100 percent.

*Venting from Well Completion*

The methane emissions from the completion of conventional and unconventional wells are based on emission factors developed by EPA (EPA, 2011a). Conventional wells produce 36.65 Mcf/completion and unconventional wells produce 9,175 Mcf/completion (EPA, 2011a). Barnett Shale and tight gas wells are high pressure wells, and thus have higher completion venting than coal bed methane and conventional wells (EPA, 2011a).

When modeling tight gas, adjustments were made to EPA's emission factors for well completions and workovers.  EPA's documentation (EPA, 2011a) indicates that its unconventional completion

and workover emissions are representative of high-pressure, tight gas wells in the San Juan and Piceance basins, which are horizontal wells that were completed using hydraulic fracturing and have an estimated ultimate recovery of 3 Bcf. A survey of tight gas production in the U.S. determined that an estimated ultimate recovery of 1.2 Bcf is more representative of U.S. tight gas production. The pressure of a well (and, in turn, the volume of natural gas released during completion) is associated with the production rate of a well and therefore was used to scale the methane emission factor for tight gas well completion and workovers. An emission factor of 3,670 Mcf $CH_4$ per episode for the completion and workover of tight gas wells is used.

Tight gas emissions are not the only emission factor adjusted for the model. While coal bed methane (CBM) wells are an unconventional source of natural gas, they have a low reservoir pressure and thus have relatively low emission rates from completions and workovers. The CBM emission factor used for the completion and workover of CBM wells is 49.57 Mcf $CH_4$ (EPA, 2011a). This is much lower than the completion and workover emission factor that EPA recommends for unconventional wells (9,175 Mcf $CH_4$).

The analysis tracks flows on a mass basis, so it is necessary to convert these emission factors from a volumetric to a mass basis. Using a natural gas density of 0.042 lb/cf (API, 2009) the methane emissions from conventional well completions are 1,538 lb/completion (698 kg/completion). For unconventional wells the venting rates are 386,000 lb/completion (175,000 kg/completion) for Barnett Shale, 2,090 lb/completion (946 kg/completion) for coal bed methane, and 154,000 lb/completion (70,064 kg/completion) for tight gas (EPA, 2011a).

*Venting from Well Workovers*

The methane emissions from the workover of conventional and unconventional wells are based on emission factors developed by EPA (EPA, 2011a). Conventional wells produce 2.454 Mcf/workover and unconventional wells produce 9,175 Mcf/workover. (Note that the workover emission factor for unconventional wells is the same as the completion emission factor for unconventional wells.) This analysis tracks flows on a mass basis, so it is necessary to convert these emission factors from a volumetric to a mass basis. Using a natural gas density of 0.042 lb/cf (API, 2009) and the conversion factor of 2.205 lb/kg, the methane emissions from well workovers are 103 lb/workover (46.7 kg/workover) for conventional wells. The workover venting rates for unconventional wells are assumed to be equal to their completion venting rates (EPA, 2011a).

Unlike well completions, well workovers occur more than one time during the life of a well. The frequency of well workovers was calculated using EPA's accounting of the total number of natural gas wells in the U.S. and the total number of workovers performed per year (all data representative of 2007). For conventional wells, there were approximately 389,000 wells and 14,600 workovers in 2007 (EPA, 2011a), which translates to 0.037 workovers per well-year. Similarly, for unconventional wells, there were approximately 35,400 wells and 4,180 workovers in 2007 (EPA, 2011a), which translates to 0.118 workovers per well-year.

*Venting from Liquid Unloading*

Liquid unloading is necessary for conventional gas wells. It is not necessary for unconventional wells or associated gas wells.

The methane emissions from the unloading of liquid from conventional wells are based on emission factors developed by EPA. In 2007, conventional wells produced 223 Bcf/year (EPA, 2011a), which is 4.25 million metric tons per year using a natural gas density of 0.042 lb/cf. There were

approximately 389,000 unconventional wells in 2007. When the annual emissions are divided by the total number of wells, the resulting emission factor is 10.9 metric tons per well-year.

Liquid unloading is a routine operation for conventional gas wells. The frequency of liquid unloading was calculated using EPA's assessment of two producers and the unloading activities for their wells (EPA, 2011a). From this sampling, EPA calculated that there are 31 liquid unloading episodes per well-year (EPA, 2011a).

When the emission factor for liquid unloading is divided by the average number of unloading episodes, the resulting methane emission factor is 776 lb/episode (352 kg/episode).

*Venting from Wet Seal Degassing*

The emission factor for wet seal degassing accounts for the natural gas lost during the regeneration of wet seal oil, which is used for centrifugal compressors. This analysis uses an EPA study that sampled venting emissions from 15 offshore platforms (Bylin et al., 2010). According to EPA's sampling of these platforms, the emissions from wet seal oil degassing are 33.7 million $m^3$ of methane annually. These platforms produce 4.88 billion $m^3$ of natural gas annually. When the emission factor for this category is divided by the production rate, the resulting emission factor is 0.00690 $m^3$ of vented gas per $m^3$ of produced gas. Assuming the emissions have the same density as the produced gas, this emission factor is 0.00690 lb of natural gas/lb produced natural gas.

*Fugitive Emissions from Pneumatic Devices*

The extraction and processing of natural gas uses pneumatic devices for the opening and closing of valves and other process control systems. When a valve is opened or closed, a small amount of natural gas leaks through the valve stem and is released to the atmosphere. It is not feasible to install vapor recovery equipment on all valves and other control devices at a natural gas extraction or processing site. Thus, this analysis assumes that the operation of pneumatic systems result in the emission of fugitive natural gas emissions.

Data for the fugitive emissions from pneumatic devices are based on EPA data for offshore wells, onshore wells, and gas processing plants (EPA, 2011a). EPA's data is based on 2006 production (EPA, 2011a) and shows the methane emissions for specific wellhead and processing activities. This analysis translated EPA's data to a basis of lb methane per lb of natural gas production by dividing the methane emission rate by the natural gas production rate. For example, the annual emissions from pneumatic devices used for offshore production are 7 MMcf of methane; when divided by the annual offshore production rate of 3,584,190 MMcf, this translates to an emission factor of 1.95E-06 lb of methane per lb of natural gas produced (this calculation assumes that the volumetric densities of methane and natural gas are the same). The fugitive emissions from pneumatic devices used by offshore wells, onshore wells, and natural gas processing plants are shown in the following table.

**Table A-5: Fugitive Emissions from Pneumatic Devices**

| Location | MMcf/yr (EPA, 2011a) | | Emission Factor |
|---|---|---|---|
| | $CH_4$ emission | NG Production | lb $CH_4$/lb NG |
| Onshore | 52,421 | 19,950,828 | 2.63E-03 |
| Offshore | 7.0 | 3,584,190 | 1.95E-06 |
| Processing | 93 | 14,682,188 | 6.33E-06 |

## *Other Point Source and Fugitive Emissions*

The emissions described above account for natural gas emissions from specific processes, including the episodic releases of natural gas during well completion, workovers, and liquid unloading, as well as routine releases from wet seal degassing, AGR, and dehydration. Natural gas is also released by other extraction and processing equipment. To account for these other emissions, NETL's model includes two additional emission categories: other point source emissions and other fugitive emissions. Other point source emissions account for natural gas emissions that are not accounted for elsewhere in model and can be recovered for flaring. Other fugitive emissions include emissions that are not accounted for elsewhere in the model and cannot be recovered for flaring.

EPA's Background Technical Support Document - Petroleum and Natural Gas Industry (EPA, 2011a) was used for quantifying the other point source and fugitive emissions from natural gas extraction and processing. A three-step process was used to filter EPA's venting and flaring data so that it is consistent with the boundary assumptions of this analysis:

1. Emissions that are accounted for by NETL's existing natural gas unit processes were not included in the categories for other point source and fugitive emissions. For example, EPA provides emission rates for well construction, well completion, dehydration, and pneumatic devices. The emissions from these activities are accounted for elsewhere in NETL's model and thus, to avoid double counting, are not included in the emission factors for other point and fugitive emissions.

2. Emissions that fall within NETL's boundary definitions for natural gas processing were moved from the natural gas extraction category to the natural gas processing category.

3. The EPA data (EPA, 2011a) does not discern between point source and fugitive emissions, so emissions were assigned to the point source or fugitive emission categories based on another EPA reference that provides more details on point source and fugitive emissions (Bylin, et al., 2010).

## *Other Point Source and Fugitive Emissions from Onshore Extraction*

The data for other point source and fugitive emissions from onshore extraction are shown in the following table. These data are based on EPA data representative of 2006 natural gas production (EPA, 2011a). The original data (EPA, 2011a) include emissions from construction, dehydration, compressors, well completion, and pneumatic devices; these processes are accounted for elsewhere in NETL's model and thus are not included in the emission factors for other point source and fugitive emissions. Additionally, emissions from Kimray pumps, condensate tanks, and compressor blowdowns are re-categorized as natural gas *processing* emissions in NETL's model, and are thus not included in the emission factors for natural gas *extraction*. Based on EPA's data (EPA, 2011a) and NETL's boundary assumptions, the emission factors for point source and fugitive emissions from onshore gas extraction are 7.49E-05 lb $CH_4$/lb NG extracted and 1.02E-03 lb $CH_4$/lb NG extracted, respectively. The data for these calculations are shown in **Table A-6**.

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production

**Table A-6: Other Point Source and Fugitive Emissions from Onshore NG Extraction**

| Emission Source | Emissions (MMcf/year) | Location (UP) | Point Source | Fugitive |
|---|---|---|---|---|
| **Normal Fugitives** | | | | |
| Gas Wells | 2,751 | Construction | | |
| Heaters | 1,463 | | 1,463 | |
| Separators | 4,718 | | | 4,718 |
| Dehydrators | 1,297 | Dehydrator | | |
| Meters/Piping | 4,556 | | | 4,556 |
| Small Reciprocating Compressor | 2,926 | Reciprocating Compressor | | |
| Large Reciprocating Compressor | 664 | Reciprocating Compressor | | |
| Large Reciprocating Stations | 45 | Reciprocating Compressor | | |
| Pipeline Leaks | 8,087 | | | 8,087 |
| **Vented and Combusted** | | | | |
| Completion Flaring | 0 | Well Completion V&F | | |
| Well Drilling | 96 | Well Completion | | |
| Coal Bed Methane | 3,467 | Well Completion | | |
| Pneumatic Device Vents | 52,421 | Pneumatic Devices | | |
| Chemical Injection Pumps | 2,814 | | | 2,814 |
| Kimray Pumps | 11,572 | In NG processing boundary | | |
| Dehydrator Vents | 3,608 | Dehydrator V&F | | |
| Condensate Tanks without Control Devices | 1,225 | In NG processing boundary | | |
| Condensate Tanks with Control Devices | 245 | In NG processing boundary | | |
| Gas Engines, Compressor Exhaust Vented | 11,680 | Gas Compressor | | |
| **Well Workovers** | | | | |
| Well Workovers, Gas Wells | 47 | Well Workovers | | |
| Well Workovers, Well Clean Ups (Low Pressure Gas Wells) | 9,008 | Well Workovers | | |
| **Blowdowns** | | | | |
| Blowdowns, Vessel | 31 | | 31 | |
| Blowdowns, Pipeline | 129 | | | 129 |
| Blowdowns, Compressors | 113 | In NG processing boundary | | |
| Blowdowns, Compressor Starts | 253 | In NG processing boundary | | |
| **Upsets** | | | | |
| Pressure Relief Valves | 29 | | | 29 |
| Mishaps | 70 | | | 70 |
| **Total Emissions** | 123,315 | | 1,494 | 20,403 |
| **Total NG Extracted** | 19,950,828 | | | |
| **Emission Rate (lb CH$_4$/lb NG extracted)** | | | 7.49E-05 | 1.02E-03 |

*Other Venting and Fugitive Emissions from Offshore Extraction*

The data for other point source and fugitive emissions from offshore extraction are shown in the following table. These data are based on EPA data representative of 2006 natural gas production (EPA, 2011a). The original data (EPA, 2011a) include emissions from drilling rigs, flares, centrifugal seals, glycol dehydrators, gas engines and turbines, and pneumatic pumps; these processes are accounted for elsewhere in NETL's model and thus are not included in the emission factors for other point source and fugitive emissions. Based on EPA's data (EPA, 2011a) and NETL's boundary assumptions, the emission factors for point source and fugitive emissions from offshore gas extraction are 3.90E-05 lb CH$_4$/lb NG extracted and 2.41E-04 lb CH$_4$/lb NG extracted, respectively. The data for these calculations are shown in **Table A-7.**

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production

**Table A-7: Other Point Source and Fugitive Emissions from Offshore NG Extraction**

| Emission Source | Emissions (MMcf/year) | Location (UP) | Point Source | Fugitive |
|---|---|---|---|---|
| Amine gas sweetening unit | 0.2 | AGR and $CO_2$ removal | | |
| Boiler/heater/burner | 0.8 | | 0.80 | |
| Diesel or gasoline engine | 0.01 | | 0.01 | |
| Drilling Rig | 3 | Construction | | |
| Flare | 24 | Venting and Flaring | | |
| Centrifugal Seals | 358 | Centrifugal Compressor | | |
| Connectors | 0.8 | | | 0.80 |
| Flanges | 2.4 | | | 2.38 |
| Open Ended Line | 0.1 | | | 0.10 |
| Other | 44 | | | 44.0 |
| Pump Fugitive | 0.5 | | | 0.50 |
| Valves | 19 | | | 19.00 |
| Glycol Dehydrator | 25 | Dehydrator | | |
| Loading Operation | 0.1 | | | 0.10 |
| Separator | 796 | | | 796 |
| Mud Degassing | 8.0 | | 8.00 | |
| Natural Gas Engines | 191 | Reciprocating compressor | | |
| Natural Gas Turbines | 3.0 | Centrifugal compressor | | |
| Pneumatic Pumps | 7.0 | Pneumatic Devices | | |
| Pressure Level Controls | 2.0 | | | 2.00 |
| Storage Tanks | 7.0 | | 7.00 | |
| Variable Exhaust Nozzle Exhaust Gas | 124 | | 124 | |
| Total Emissions | 1616 | | 140 | 865 |
| Total Processed NG | 3,584,190 | | | |
| Emission Rate (lb $CH_4$/lb NG extracted) | | | 3.90E-05 | 2.41E-04 |

*Other Venting and Fugitive Emissions from Natural Gas Processing*

The data for other point source and fugitive emissions from natural gas processing are shown in the following table. These data are based on EPA data representative of 2006 natural gas production (EPA, 2011a). The original data (EPA, 2011a) include emissions from reciprocating compressors, centrifugal compressors, AGR units, dehydrators, and pneumatic devices; these processes are accounted for elsewhere in NETL's model and thus are not included in the emission factors for other point source and fugitive emissions. Based on EPA's data (EPA, 2011a) and NETL's boundary assumptions, the emission factors for point source and fugitive emissions from natural gas processing are 3.68E-04 lb $CH_4$/lb NG extracted and 8.25E-04 lb $CH_4$/lb NG extracted, respectively. The data for these calculations are shown in **Table A-8**.

**Table A-8: Other Point Source and Fugitive Emissions from NG Processing**

| Emission Source | Emissions (MMcf/year) | Location (UP) | Point Source | Fugitive |
|---|---|---|---|---|
| **Normal Fugitives** | | | | |
| Plants | 1,634 | | 3,104 | |
| Recip Compressors | 17,351 | Reciprocating Compressor | | |
| Centrifugal Compressors | 5,837 | Centrifugal Compressor | | |
| **Vented and Combusted (Normal Operations)** | | | | |
| Compressor Exhaust, Gas Engines | 6,913 | Reciprocating Compressor | | |
| Compressor Exhaust, Gas Turbines | 195 | Centrifugal Compressor | | |
| AGR Vents | 643 | AGR and $CO_2$ removal | | |
| Kimray Pumps (Glycol Pump for Dehydrator) | 177 | | | 11,749 |
| Dehydrator Vents | 1,088 | Dehydrator venting & flaring | | |
| Pneumatic Devices | 93 | Pneumatic Device | | |
| **Routine Maintenance** | | | | |
| Blowdowns/Venting | 2,299 | | 2,299 | 366 |
| **Total Emissions** | 36,230 | | 5,403 | 12,115 |
| **Total Production** | 14,682,188 | | | |
| **Emissions Rate (lb $CH_4$/lb NG processed)** | | | 3.68E-04 | 8.25E-04 |

*Natural Gas Compression*

Compressors are used to increase the gas pressure for pipeline distribution. This analysis assumes that the inlet pressure to compressors at the natural gas extraction and processing site is 50 psig and the outlet pressure is 800 psig. The inlet pressure depends on the pressure of the natural gas reservoir and pressure drop during gas processing and thus introduces uncertainty to the model. The outlet pressure of 800 psig is a standard pressure for pipeline transport of natural gas.

The energy required for compressor operations is based on manufacturer data that compares power requirements to compression ratios (the ratio of outlet to inlet pressures). A two-stage compressor with an inlet pressure of 50 psig and an outlet pressure of 800 psig has a power requirement of 187 horsepower per MMcf of natural gas (GE Oil and Gas, 2005). Using a natural gas density of 0.042 lb/cf and converting to kilograms gives a compression energy intensity of 1.76E-04 MWh per kg of natural gas. This energy rate represents the required *output* of the compressor shaft; the *input* fuel requirements for compression vary according to compression technology. The two types of compressors used for natural gas operations are reciprocating compressors and centrifugal compressors. These two compressor types are discussed below.

Reciprocating compressors account for an estimated 75 percent of wellhead compression in the Barnett Shale gas play, and are estimated to accounted for all wellhead compression at conventional onshore, conventional onshore associated, and coal bed methane wells. Reciprocating compressors used for industrial applications are driven by a crankshaft that can be powered by 2- or 4-stroke diesel engines. Reciprocating compressors are not as efficient as centrifugal compressors and are typically used for small scale extraction operations that do not justify the increased capital requirements of centrifugal compressors. The natural gas fuel requirements for a gas-powered, reciprocating compressor used for natural gas extraction are based on a compressor survey conducted for natural gas production facilities in Texas (Houston Advanced Research Center, 2006). The average energy intensity of a gas-powered turbine is 8.74 Btu/hp-hr (Houston Advanced Research Center, 2006). Using a natural gas heating value of 1,027 Btu/cf (API, 2009), a natural gas density of 0.042 lb/cf (API, 2009), and converting to kilograms translates to 217 kg of natural gas per MWh of centrifugal, gas-powered turbine output. This fuel factor represents the mass of natural gas that is

combusted per compressor energy output. The carbon dioxide emissions from a gas-powered, 4-stroke reciprocating compressor are 110 lb/MMBtu of fuel input. Similarly, the methane emissions from the same type of reciprocating compressor are 1.25 lb/MMBtu of fuel input (EPA, 1995); these methane emissions result from leaks in compressor rod packing systems and are based on measurements conducted by the EPA on a sample of 22 compressors (EPA, 1995).

The emissions for the operation of wellhead compressors are shown in **Table A-9** below.

**Table A-9: Gas-Powered Reciprocating Compressor Operations**

| Air Emission Factors | | | |
|---|---|---|---|
| $CO_2$ | 110 lb/MMBtu fuel | 0.047 kg/MJ fuel | EPA 1995 |
| $CH_4$ | 1.25 lb/MMBtu fuel | 5.37E-04 kg/MJ fuel | EPA 1995 |
| **Energy Inputs and Outputs** | | | |
| Output shaft energy | 7.39E-05 MWh/lb | 1.63E-04 MWh/kg | GE 2005 |
| Heat rate | 478 lb NG/MWh | 217 kg NG/MWh | HARC 2006 |
| Fuel input | 3.54E-02 lb NG/lb NG | 3.54E-02 kg NG/kg NG | calculated |
| **Air Emissions** | | | |
| $CO_2$ | 0.095 lb/lb NG | 0.095 kg/kg NG | calculated |
| $CH_4$ | 1.08E-03 lb/lb NG | 1.08E-03 kg/kg NG | calculated |

Gas powered centrifugal compressors are commonly used at offshore natural gas extraction sites. The amount of natural gas required for gas powered centrifugal compressor operations is based on manufacturer data that compares power requirements to compression ratios (the ratio of outlet to inlet pressures). A two-stage centrifugal compressor with an inlet pressure of 50 psig and an outlet pressure of 800 psig has a power requirement of 187 horsepower per MMcf of natural gas (GE Oil and Gas, 2005). Using a natural gas density of 0.042 lb/cf and converting to kilograms gives a compression energy intensity of 1.76E-04 MWh per kg of natural gas.

**Table A-10: Gas-Powered Centrifugal Compressor Operations**

| Air Emission Factors | | | |
|---|---|---|---|
| $CO_2$ | 110 lb/MMBtu fuel | 0.047 kg/MJ fuel | EPA 1995 |
| $CH_4$ | 8.60E-03 lb/MMBtu fuel | 3.70E-06 kg/MJ fuel | EPA 1995 |
| $N_2O$ | 3.00E-03 lb/MMBtu fuel | 1.29E-06 kg/MJ fuel | EPA 1995 |
| **Energy Inputs and Outputs** | | | |
| Output shaft energy | 7.39E-05 MWh/lb | 1.63E-04 MWh/kg | GE 2005 |
| Heat rate | 443 lb NG/MWh | 201 kg NG/MWh | API 2009 |
| Fuel input | 3.28E-02 lb NG/lb NG | 3.28E-02 kg NG/kg NG | calculated |
| **Air Emissions** | | | |
| $CO_2$ | 0.088 lb/lb NG | 0.088 kg/kg NG | calculated |
| $CH_4$ | 6.89E-06 lb/lb NG | 6.89E-06 kg/kg NG | calculated |
| $N_2O$ | 2.40E-06 lb/lb NG | 2.40E-06 kg/kg NG | calculated |

Electrically-powered centrifugal compressors account for an estimated 25 percent of wellhead compression in the Barnett Shale gas play, but were not found to be utilized in substantial numbers outside of the Barnett Shale. If the natural gas extraction site is near a source of electricity, it has traditionally been financially preferable to use electrically-powered equipment instead of gas-powered equipment. This is the case for extraction sites for Barnett Shale located near Dallas-Fort Worth. The use of electric equipment is also an effective way of reducing the noise of extraction operations, which is encouraged when an extraction site is near a city.

An electric centrifugal compressor uses the same compression principles as a gas-powered centrifugal compressor, but its shaft energy is provided by an electric motor instead of a gas-fired turbine. The average power range of electrically-driven compressor in the U.S. natural gas transmission network is greater than 500 horsepower. This analysis assumes that compressors of this size have an efficiency of 95 percent (DOE, 1996). This efficiency is the ratio of mechanical power output to electrical power input. Thus, approximately 1.05 MWh of electricity is required per MWh of compressor energy output. The upstream emissions associated with the generation of electricity are modeled with the fuel mix of the Electric Reliability Council of Texas (ERCOT) grid, which is representative of electricity generation in Texas (the location of Barnett Shale). The air emissions from electricity generation are based on the 2005 fuel mix for the ERCOT region (Texas) and are modeled by NETL's LCA model for power generation. Electric compressors have negligible methane emissions because they do not require a fuel line for the combustion of product natural gas and incomplete combustion of natural gas is not an issue (EPA, 2011c). Electric compressors are also recommended by EPA's Natural Gas STAR program as a strategy for reducing system emissions of methane (EPA, 2011c).

**Table A-11: Electrically-Powered Centrifugal Compressor Operations**

| Air Emissions from Electricity Generation | | | |
|---|---|---|---|
| $CO_2$ | 1,784 lb/MWh | 809 kg/MWh | calculated |
| $N_2O$ | 2.29E-02 lb/MWh | 1.04E-02 kg/MWh | calculated |
| $CH_4$ | 2.36 lb/MWh | 1.07 kg/MWh | calculated |
| $SF_6$ | 2.23E-09 lb/MWh | 1.01E-09 kg/MWh | calculated |
| Energy Inputs and Outputs | | | |
| Output shaft energy | 7.39E-05 MWh/lb NG | 1.63E-04 MWh/kg | GE 2005 |
| Heat rate | 1.053 MWh/MWh | 1.053 MWh/MWh | API 2009 |
| Electricity input | 7.80E-05 MWh/lb NG | 1.72E-04 MWh/kg NG | calculated |
| Air Emissions | | | |
| $CO_2$ | 0.139 lb/lb NG | 0.139 kg/kg NG | calculated |
| $N_2O$ | 1.78E-06 lb/lb NG | 1.78E-06 kg/kg NG | calculated |
| $CH_4$ | 1.84E-04 lb/lb NG | 1.84E-04 kg/kg NG | calculated |
| $SF_6$ | 1.73E-13 lb/lb NG | 1.73E-13 kg/kg NG | calculated |

*Well Decommissioning*

This analysis assumes that the de-installation of a natural gas well incurs ten percent of the energy requirements and emissions as the original installation of the well.

*Compilation of Natural Gas Processes*

All energy and emissions data for the extraction of natural gas are described above. The compilation of these data into a model for natural gas extraction involves the connection of all unit processes into an interdependent network.

To model the extraction of natural gas from different sources (onshore, offshore, unconventional, etc.) it is necessary to tune each unit process within this network with a set of source-specific parameters. The assumptions used to adjust the unit processes into profiles of specific natural gas types are shown in **Table A-12**.

**Table A-12: Natural Gas Modeling Parameters**

| Property | Units | Onshore | Associated | Offshore | Tight Sands | Barnett Shale | Coal Bed Methane |
|---|---|---|---|---|---|---|---|
| *Natural Gas Source* | | | | | | | |
| Contribution to 2009 Natural Gas Mix | Percent | 23% | 7% | 13% | 32% | 16% | 9% |
| 2009 Production Rate | Mcf/day | 65.6 | 121 | 2,795 | 110 | 273 | 104 |
| Marginal Production Rate | Mcf/day | 592 | 398 | 6,165 | 110 | 273 | 76.2 |
| *Natural Gas Extraction Well* | | | | | | | |
| Flaring Rate at Extraction Well Location | Percent | 51% | 51% | 51% | 15% | 15% | 51% |
| Well Completion, Production Gas (prior to flaring) | Mcf/completion | 47 | 47 | 47 | 4,657 | 11,643 | 63 |
| Well Workover, Production Gas (prior to flaring) | Mcf/workover | 3.1 | 3.1 | 3.1 | 4,657 | 11,643 | 63 |
| Well Workover, Number per Well Lifetime | Workovers/well | 1.1 | 1.1 | 1.1 | 3.5 | 3.5 | 3.5 |
| Liquids Unloading, Production Gas (prior to flaring) | Mcf/episode | 23.5 | n/a | 23.5 | n/a | n/a | n/a |
| Liquids Unloading, Number per Well Lifetime | Episodes/well | 930 | n/a | 930 | n/a | n/a | n/a |
| Pneumatic Device Emissions, Fugitive | lb $CH_4$/Mcf | 0.05 | 0.05 | 0.01 | 0.05 | 0.05 | 0.05 |
| Other Sources of Emissions, Point Source (prior to flaring) | lb $CH_4$/Mcf | 0.003 | 0.003 | 0.002 | 0.003 | 0.003 | 0.003 |
| Other Sources of Emissions, Fugitive | lb $CH_4$/Mcf | 0.043 | 0.043 | 0.01 | 0.043 | 0.043 | 0.043 |
| *Natural Gas Processing Plant* | | | | | | | |
| *AGR and $CO_2$ Removal Unit* | | | | | | | |
| Flaring Rate for AGR and $CO_2$ Removal Unit | Percent | 100% | 100% | 100% | 100% | 100% | 100% |
| Methane Absorbed into Amine Solution | lb $CH_4$/Mcf | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 | 0.04 |
| Carbon Dioxide Absorbed into Amine Solution | lb $CO_2$/Mcf | 0.56 | 0.56 | 0.56 | 0.56 | 0.56 | 0.56 |
| Hydrogen Sulfide Absorbed into Amine Solution | lb $H_2S$/Mcf | 0.21 | 0.21 | 0.21 | 0.21 | 0.21 | 0.21 |
| NMVOC Absorbed into Amine Solution | lb NMVOC/Mcf | 6.59 | 6.59 | 6.59 | 6.59 | 6.59 | 6.59 |
| *Glycol Dehydrator Unit* | | | | | | | |
| Flaring Rate for Dehydrator Unit | Percent | 100% | 100% | 100% | 100% | 100% | 100% |
| Water Removed by Dehydrator Unit | lb $H_2O$/Mcf | 0.045 | 0.045 | 0.045 | 0.045 | 0.045 | 0.045 |
| Methane Emission Rate for Glycol Pump & Flash Separator | lb $CH_4$/Mcf | 0.0003 | 0.0003 | 0.0003 | 0.0003 | 0.0003 | 0.0003 |
| *Pneumatic Devices and Other Sources of Emissions* | | | | | | | |
| Flaring Rate for Other Sources of Emissions | Percent | 100% | 100% | 100% | 100% | 100% | 100% |
| Pneumatic Device Emissions, Fugitive | lb $CH_4$/Mcf | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 |
| Other Sources of Emissions, Point Source (prior to flaring) | lb $CH_4$/Mcf | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 |
| Other Sources of Emissions, Fugitive | lb $CH_4$/Mcf | 0.03 | 0.03 | 0.03 | 0.03 | 0.03 | 0.03 |
| *Natural Gas Compression at Gas Plant* | | | | | | | |
| Compressor, Gas-powered Combustion, Reciprocating | Percent | 100% | 100% | | 100% | 75% | 100% |
| Compressor, Gas-powered Turbine, Centrifugal | Percent | | | 100% | | | |
| Compressor, Electrical, Centrifugal | Percent | | | | | 25% | |

### *Production Rates for Conventional Onshore Natural Gas Wells*

The purpose of this discussion is to describe the data sources and calculations used to determine the typical production rate of conventional onshore natural gas wells. The population of conventional onshore wells is a lot more diverse that other types of natural gas wells, and thus it is necessary to distinguish between the large population of wells with low production rates and the relatively small population of wells with high production rates.

The Energy Information Administration (EIA) collects production data for oil and gas wells in the U.S. and organizes it according to production rates. The EIA data for total U.S. production is shown in **Table A-13**. The data in **Table A-13** are copied directly from EIA (EIA, 2010b) and show 22 production rate brackets. The lowest bracket includes wells that produce less than one barrel of oil equivalent (BOE) per day, and the highest bracket represents wells that produce more than 12,800 BOE per day. The EIA data have separate groups for oil wells and gas wells; from these data, we know that in 2009 the U.S. had 363,459 oil wells and 461,388 gas wells. These data also show the co-production of oil at gas wells as well as the average per well production rate within each production rate bracket.

The goal of this discussion is to focus on conventional onshore gas extraction. The data in **Table A-13** includes offshore production, and to develop a more accurate representation of onshore gas production, it is necessary to remove offshore data from the total U.S. profile. The EIA also has data for offshore production, as shown by **Table A-14**. By subtracting the offshore data from the total U.S. well profile, production data exclusive to onshore wells can be determined, as shown in **Table A-15**.

**Table A-13: U.S. Total 2009 Distribution of Wells by Production Rate Bracket (EIA, 2010b)**

| Prod. Rate Bracket (BOE/Day) | Oil Wells | | | | | | | Gas Wells | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # of Oil Wells | % of Oil Wells | Annual Oil Prod. (MMbbl) | % of Oil Prod. | Oil Rate per Well (bbl/Day) | Annual Gas Prod. (Bcf) | Gas Rate per Well (Mcf/Day) | # of Gas Wells | % of Gas Wells | Annual Gas Prod. (Bcf) | % of Gas Prod. | Gas Rate per Well (Mcf/Day) | Annual Oil Prod. (MMbbl) | Oil Rate per Well (bbl/Day) |
| 0-1 | 127,734 | 35.1 | 15.4 | 0.9 | 0.4 | 4.8 | 0.1 | 91,005 | 19.7 | 73.4 | 0.3 | 2.4 | 0.7 | 0.0 |
| 1-2 | 45,649 | 12.6 | 21.8 | 1.3 | 1.4 | 9.5 | 0.6 | 45,034 | 9.8 | 131.1 | 0.5 | 8.3 | 1.3 | 0.1 |
| 2-4 | 47,803 | 13.2 | 45.3 | 2.8 | 2.7 | 22.3 | 1.3 | 60,930 | 13.2 | 358.3 | 1.5 | 16.6 | 3.6 | 0.2 |
| 4-6 | 27,625 | 7.6 | 43.6 | 2.7 | 4.4 | 29.4 | 3.0 | 43,009 | 9.3 | 428.4 | 1.8 | 28.0 | 4.4 | 0.3 |
| 6-8 | 21,816 | 6.0 | 48.3 | 2.9 | 6.2 | 36.7 | 4.7 | 32,564 | 7.1 | 457.8 | 1.9 | 39.4 | 4.5 | 0.4 |
| 8-10 | 15,482 | 4.3 | 42.9 | 2.6 | 7.7 | 40.0 | 7.2 | 24,829 | 5.4 | 451.1 | 1.9 | 50.8 | 4.3 | 0.5 |
| 10-12 | 12,642 | 3.5 | 43.8 | 2.7 | 9.7 | 33.5 | 7.4 | 18,967 | 4.1 | 420.5 | 1.8 | 62.1 | 4.1 | 0.6 |
| 12-15 | 11,801 | 3.2 | 50.3 | 3.1 | 11.9 | 37.3 | 8.8 | 21,718 | 4.7 | 591.1 | 2.5 | 76.2 | 5.7 | 0.7 |
| 15-20 | 13,895 | 3.8 | 75.1 | 4.6 | 15.2 | 60.8 | 12.3 | 23,974 | 5.2 | 841.3 | 3.5 | 98.5 | 7.7 | 0.9 |
| 20-25 | 8,157 | 2.2 | 56.6 | 3.4 | 19.6 | 46.2 | 16.1 | 16,539 | 3.6 | 744.2 | 3.1 | 126.5 | 7.5 | 1.3 |
| 25-30 | 6,276 | 1.7 | 52.3 | 3.2 | 23.7 | 46.5 | 21.1 | 11,638 | 2.5 | 644.9 | 2.7 | 156.7 | 5.1 | 1.2 |
| 30-40 | 7,207 | 2.0 | 75.3 | 4.6 | 30.0 | 69.0 | 27.5 | 16,083 | 3.5 | 1,122.3 | 4.7 | 197.4 | 9.5 | 1.7 |
| 40-50 | 3,684 | 1.0 | 49.0 | 3.0 | 39.1 | 42.1 | 33.5 | 9,959 | 2.2 | 895.6 | 3.7 | 255.6 | 7.1 | 2.0 |
| 50-100 | 7,934 | 2.2 | 159.7 | 9.7 | 59.4 | 171.4 | 63.7 | 22,546 | 4.9 | 3,156.6 | 13.2 | 402.7 | 22.4 | 2.9 |
| 100-200 | 3,070 | 0.8 | 119.1 | 7.3 | 118.3 | 115.9 | 115.1 | 13,444 | 2.9 | 3,520.4 | 14.7 | 782.4 | 30.8 | 6.8 |
| 200-400 | 1,469 | 0.4 | 109.9 | 6.7 | 233.9 | 122.3 | 260.3 | 5,528 | 1.2 | 2,572.2 | 10.7 | 1,545.1 | 22.3 | 13.4 |
| 400-800 | 663 | 0.2 | 92.3 | 5.6 | 447.9 | 128.5 | 623.6 | 2,038 | 0.4 | 1,708.3 | 7.1 | 3,007.9 | 22.2 | 39.0 |
| 800-1,600 | 264 | 0.1 | 77.8 | 4.7 | 900.8 | 114.4 | 1,325.0 | 816 | 0.2 | 1,342.4 | 5.6 | 6,039.3 | 25.0 | 112.6 |
| 1,600-3,200 | 145 | 0.0 | 86.8 | 5.3 | 1,770.4 | 121.8 | 2,485.6 | 460 | 0.1 | 1,633.2 | 6.8 | 11,907.5 | 35.8 | 261.0 |
| 3,200-6,400 | 66 | 0.0 | 88.1 | 5.4 | 3,950.0 | 92.9 | 4,167.6 | 247 | 0.1 | 1,913.3 | 8.0 | 22,917.6 | 46.1 | 552.0 |
| 6,400-12,800 | 47 | 0.0 | 112.4 | 6.8 | 7,428.9 | 132.1 | 8,729.2 | 51 | 0.0 | 725.3 | 3.0 | 46,468.5 | 9.9 | 635.0 |
| > 12,800 | 30 | 0.0 | 176.5 | 10.7 | 18,162.2 | 136.8 | 14,083.1 | 9 | 0.0 | 227.5 | 0.9 | 84,081.9 | 3.3 | 1,204.3 |
| **Total** | **363,459** | **100.0** | **1,642.3** | **100.0** | **12.9** | **1,614.4** | **12.7** | **461,388** | **100.0** | **23,959.1** | **100.0** | **148.5** | **283.2** | **1.8** |

### Table A-14: Federal Gulf 2009 Distribution of Wells by Production Rate Bracket (EIA, 2010a)

| Prod. Rate Bracket (BOE/Day) | Oil Wells | | | | | | | Gas Wells | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | # of Oil Wells | % of Oil Wells | Annual Oil Prod. (Mbbl) | % of Oil Prod. | Oil Rate per Well (bbl/Day) | Annual Gas Prod. (MMcf) | Gas Rate per Well (Mcf/Day) | # of Gas Wells | % of Gas Wells | Annual Gas Prod. (MMcf) | % of Gas Prod. | Gas Rate per Well (Mcf/Day) | Annual Oil Prod. (Mbbl) | Oil Rate per Well (bbl/Day) |
| 0-1 | 46 | 1.5 | 3.1 | 0.0 | 0.3 | 4.8 | 0.4 | 116 | 4.4 | 52.2 | 0.0 | 1.9 | 0.7 | 0.0 |
| 1-2 | 23 | 0.8 | 6.5 | 0.0 | 1.2 | 10.2 | 1.9 | 55 | 2.1 | 112.1 | 0.0 | 8.2 | 1.7 | 0.1 |
| 2-4 | 40 | 1.3 | 30.4 | 0.0 | 2.5 | 43.0 | 3.5 | 70 | 2.7 | 278.2 | 0.0 | 15.8 | 4.2 | 0.2 |
| 4-6 | 37 | 1.2 | 41.6 | 0.0 | 4.0 | 71.0 | 6.8 | 74 | 2.8 | 538.6 | 0.0 | 27.4 | 8.1 | 0.4 |
| 6-8 | 43 | 1.4 | 66.9 | 0.0 | 5.4 | 108.4 | 8.8 | 51 | 1.9 | 499.7 | 0.0 | 37.8 | 8.2 | 0.6 |
| 8-10 | 46 | 1.5 | 101.6 | 0.0 | 7.0 | 169.0 | 11.7 | 43 | 1.6 | 609.0 | 0.0 | 50.0 | 6.4 | 0.5 |
| 10-12 | 32 | 1.1 | 89.2 | 0.0 | 9.2 | 111.5 | 11.5 | 35 | 1.3 | 547.3 | 0.0 | 56.6 | 14.5 | 1.5 |
| 12-15 | 65 | 2.2 | 229.0 | 0.0 | 11.3 | 267.8 | 13.2 | 51 | 1.9 | 1,041.6 | 0.1 | 69.9 | 28.1 | 1.9 |
| 15-20 | 99 | 3.3 | 448.9 | 0.1 | 14.1 | 676.8 | 21.2 | 89 | 3.4 | 2,557.3 | 0.1 | 93.8 | 43.2 | 1.6 |
| 20-25 | 101 | 3.4 | 625.5 | 0.1 | 18.6 | 792.3 | 23.5 | 84 | 3.2 | 3,023.3 | 0.2 | 121.1 | 56.3 | 2.3 |
| 25-30 | 111 | 3.7 | 856.6 | 0.2 | 23.1 | 937.8 | 25.3 | 77 | 2.9 | 3,140.6 | 0.2 | 146.8 | 59.5 | 2.8 |
| 30-40 | 216 | 7.2 | 2,107.2 | 0.4 | 28.5 | 2,821.7 | 38.2 | 126 | 4.8 | 7,456.0 | 0.4 | 191.8 | 109.5 | 2.8 |
| 40-50 | 189 | 6.3 | 2,403.6 | 0.4 | 37.1 | 2,952.2 | 45.6 | 108 | 4.1 | 7,788.0 | 0.4 | 240.3 | 175.6 | 5.4 |
| 50-100 | 638 | 21.3 | 13,471.4 | 2.5 | 60.5 | 16,722.2 | 75.1 | 351 | 13.3 | 42,876.5 | 2.3 | 394.8 | 718.7 | 6.6 |
| 100-200 | 506 | 16.9 | 21,060.9 | 3.9 | 118.8 | 23,817.1 | 134.4 | 388 | 14.7 | 99,838.2 | 5.3 | 815.0 | 1,272.4 | 10.4 |
| 200-400 | 303 | 10.1 | 23,902.4 | 4.4 | 234.2 | 27,232.1 | 266.9 | 357 | 13.5 | 171,637.2 | 9.1 | 1,587.1 | 2,113.7 | 19.5 |
| 400-800 | 157 | 5.2 | 24,319.8 | 4.5 | 465.6 | 28,928.2 | 553.8 | 281 | 10.6 | 267,687.1 | 14.2 | 3,139.7 | 3,352.2 | 39.3 |
| 800-1,600 | 124 | 4.1 | 37,018.6 | 6.8 | 911.9 | 51,361.6 | 1,265.2 | 155 | 5.9 | 297,842.7 | 15.8 | 6,179.4 | 5,209.8 | 108.1 |
| 1,600-3,200 | 86 | 2.9 | 53,804.6 | 9.9 | 1,901.4 | 73,151.5 | 2,585.1 | 72 | 2.7 | 281,825.9 | 15.0 | 12,283.7 | 5,179.9 | 225.8 |
| 3,200-6,400 | 58 | 1.9 | 79,016.7 | 14.5 | 4,001.7 | 81,878.3 | 4,146.6 | 34 | 1.3 | 259,606.8 | 13.8 | 24,584.0 | 4,941.2 | 467.9 |
| 6,400-12,800 | 45 | 1.5 | 107,626.0 | 19.8 | 7,472.5 | 126,500.1 | 8,782.9 | 16 | 0.6 | 234,073.5 | 12.4 | 53,797.6 | 909.8 | 209.1 |
| > 12,800 | 30 | 1.0 | 176,482.4 | 32.5 | 18,162.2 | 136,845.3 | 14,083.1 | 8 | 0.3 | 200,795.6 | 10.7 | 85,773.4 | 2,324.5 | 992.9 |
| Total | 2,995 | 100.0 | 543,712.9 | 100.0 | 541.3 | 575,403.0 | 572.8 | 2,641 | 100.0 | 1,883,827.2 | 100.0 | 2,396.7 | 26,538.1 | 33.8 |

**Table A-15: U.S. 2009 Distribution of Onshore Gas Wells (EIA, 2010a, 2010b)**

| Prod. Rate Bracket (BOE/day) | # of Gas Wells | % of Gas Wells | Annual Gas Prod. (Bcf) | % of Gas Prod. | Gas Rate per Well (Mcf/day) | Annual Oil Prod. (MMbbl) | Oil Rate per Well (bbl/day) | Gas Energy Equivalent (MMBtu/day) | Oil Energy Equivalent (MMBtu/day) | % of Energy from Gas | Adjusted Gas Rate per Well, (Mcf/Day)[1] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0-1 | 90,889 | 19.8% | 73.4 | 0.3% | 2.2 | 0.7 | 0.0 | 2.3 | 0.1 | 94.9% | 2.3 |
| 1-2 | 44,979 | 9.8% | 131.0 | 0.6% | 8.0 | 1.3 | 0.1 | 8.2 | 0.5 | 94.7% | 8.4 |
| 2-4 | 60,860 | 13.3% | 358.0 | 1.6% | 16.1 | 3.6 | 0.2 | 16.6 | 0.9 | 94.6% | 17.0 |
| 4-6 | 42,935 | 9.4% | 427.9 | 1.9% | 27.3 | 4.4 | 0.3 | 28.0 | 1.6 | 94.5% | 29.0 |
| 6-8 | 32,513 | 7.1% | 457.3 | 2.1% | 38.5 | 4.5 | 0.4 | 39.6 | 2.2 | 94.7% | 41.0 |
| 8-10 | 24,786 | 5.4% | 450.5 | 2.0% | 49.8 | 4.3 | 0.5 | 51.1 | 2.8 | 94.9% | 52.0 |
| 10-12 | 18,932 | 4.1% | 420.0 | 1.9% | 60.8 | 4.1 | 0.6 | 62.4 | 3.4 | 94.8% | 64.0 |
| 12-15 | 21,667 | 4.7% | 590.1 | 2.7% | 74.6 | 5.7 | 0.7 | 76.6 | 4.2 | 94.9% | 79.0 |
| 15-20 | 23,885 | 5.2% | 838.7 | 3.8% | 96.2 | 7.7 | 0.9 | 98.8 | 5.1 | 95.1% | 101.0 |
| 20-25 | 16,455 | 3.6% | 741.2 | 3.4% | 123.0 | 7.4 | 1.2 | 127.0 | 7.0 | 94.6% | 130.0 |
| 25-30 | 11,561 | 2.5% | 641.8 | 2.9% | 152.0 | 5.0 | 1.2 | 156.0 | 7.0 | 95.8% | 159.0 |
| 30-40 | 15,957 | 3.5% | 1,114.8 | 5.1% | 191.0 | 9.4 | 1.6 | 197.0 | 9.0 | 95.5% | 201.0 |
| 40-50 | 9,851 | 2.1% | 887.8 | 4.0% | 247.0 | 6.9 | 1.9 | 254.0 | 11.0 | 95.8% | 258.0 |
| 50-100 | 22,195 | 4.8% | 3,113.7 | 14.1% | 384.0 | 21.7 | 2.7 | 395.0 | 16.0 | 96.2% | 399.0 |
| 100-200 | 13,056 | 2.8% | 3,420.6 | 15.5% | 718.0 | 29.5 | 6.2 | 737.0 | 36.0 | 95.4% | 753.0 |
| 200-400 | 5,171 | 1.1% | 2,400.6 | 10.9% | 1,272.0 | 20.2 | 10.7 | 1,306.0 | 62.0 | 95.5% | 1,332.0 |
| 400-800 | 1,757 | 0.4% | 1,440.6 | 6.5% | 2,246.0 | 18.9 | 29.4 | 2,307.0 | 170.0 | 93.1% | 2,412.0 |
| 800-1,600 | 661 | 0.1% | 1,044.6 | 4.7% | 4,330.0 | 19.8 | 82.0 | 4,446.0 | 476.0 | 90.3% | 4,793.0 |
| 1,600-3,200 | 388 | 0.1% | 1,351.4 | 6.1% | 9,542.0 | 30.6 | 216.0 | 9,800.0 | 1,254.0 | 88.7% | 10,763.0 |
| 3,200-6,400 | 213 | 0.0% | 1,653.7 | 7.5% | 21,271.0 | 41.2 | 529.0 | 21,845.0 | 3,071.0 | 87.7% | 24,261.0 |
| 6,400-12,800 | 35 | 0.0% | 491.2 | 2.2% | 38,452.0 | 9.0 | 704.0 | 39,490.0 | 4,082.0 | 90.6% | 42,427.0 |
| > 12,800 | 1 | 0.0% | 26.7 | 0.1% | 73,163.0 | 1.0 | 2,673.0 | 75,138.0 | 15,501.0 | 82.9% | 88,256.0 |
| **Total** | **458,747** | **100.0%** | **22,075.4** | **100.0%** | **132.0** | **256.8** | **1.5** | **135.0** | **8.9** | **93.8%** | **140.0** |

---

[1] Adjusted by energy-based co-product allocation

### Co-product Allocation of Oil

The EIA data also shows that gas wells produce a small share of oil. On an energy basis, oil comprises approximately 3.8 to 17 percent of gas well production, depending on the production rate bracket. Using energy-based, co-product allocation, it is necessary to scale the production rates of the gas wells so they are representative of 100 percent gas production.

For example, a gas well that has daily production rates of 718 Mcf of natural gas and 6.2 barrels of oil has a total daily production of 773 MMBtu of energy. This energy equivalency is calculated using heating values of 1,027 Btu/cf for natural gas and 5.8 MMBtu/bbl for oil. If expressed solely on an energy-equivalent basis of natural gas, 773 MMBtu of energy is equal to 753 Mcf of natural gas. Thus, in this instance, accounting for the co-production of oil increases the nominal production rate of the gas well from 718 Mcf/day to 752 Mcf/day. Note that this nominal rate of 752 Mcf/day does not represent the actual gas produced by the well, but is an LCA accounting method that uses the relative energies of produced oil and natural gas to scale the gas production rate so it is representative of a well that produces only natural gas.

### Selection of Representative Production Brackets

The production rates of onshore conventional natural gas wells vary widely and are a function of reservoir properties, extraction technology, and age. As shown by the EIA data, the production rates of onshore gas wells range from less than 1 BOE/day to more than 12,800 BOE/day. There are not enough data to determine the split between conventional and unconventional wells within each production rate bracket; however, the total production of each bracket and the production rates of unconventional wells can be used to determine the most likely production rates for onshore conventional natural gas. The distribution of gas wells by total gas produced is shown in **Figure A-2**

The production categories in **Table A-15** include a large population of wells in the lowest production rate bracket; 19.8 percent of U.S. onshore natural gas wells produce less than one BOE per day. Similarly, the production rate bracket for 1 - 2 BOE/day includes 9.8 percent of natural gas wells, the production rate bracket for 2 - 4 BOE/day includes 13.3 percent of natural gas wells, and the production rate bracket for 4 - 6 BOE/day includes 9.4 percent of natural gas wells. While these four production rate brackets account for 52 percent of the total count of natural gas wells, they account for only 4.5 percent of total natural gas production.

The average production rate for conventional onshore natural gas wells in 2009 was 66 Mcf per day. This production rate was calculated by dividing the amount of onshore conventional natural gas that was produced in 2009 by the total number of onshore conventional natural gas wells in 2009.

The marginal production rate for conventional onshore natural gas was calculated by selecting the most productive region of the production rate brackets. The production rate brackets that include 40 to 800 BOE/day represent 51 percent of total onshore natural gas production. The average production rate of this range of wells is 592 Mcf/day.



Figure A-2: Distribution of Onshore Natural Gas Wells

## A.2    Raw Material Acquisition: Coal

Raw material extraction for coal incorporates extraction profiles for coal derived from the PRB, where sub-bituminous, low-rank coal extracted from thick coal seams (up to approximately 180 feet) via surface mines located in Montana and Wyoming, and coal derived from the Illinois No. 6 coal seam, where bituminous coal is extracted from approximately 2 to 15 foot seams via underground longwall and continuous mining. Each modeling approach is described below.

### Powder River Basin Coal

The PRB coal-producing region consists of counties in two states – Big Horn, Custer, Powder River, Rosebud, and Treasure in Montana, and Campbell, Converse, Crook, Johnson, Natrona, Niobrara, Sheridan, and Weston in Wyoming (EIA, 2009). PRB coal is advantageous in comparison to bituminous coals in that it has lower ash and sulfur content. However, PRB coal also has a lower heating value than higher rank coals (Clyde Bergemann, 2005). In 2007, there were 17 surface mines extracting PRB coal, which produced over 479 million short tons (EIA, 2009).

PRB coal is modeled using modern mining methods in practice at the following mines: Peabody Energy's North Antelope-Rochelle mine (97.5 million short tons produced in 2008), Arch Coal, Inc.'s Black Thunder Mine (88.5 million short tons produced in 2008), Rio Tinto Energy America's Jacobs Ranch (42.1 million short tons produced in 2008), and Cordero Rojo Operation (40.0 million short tons produced in 2008). These four mines were the largest surface mines in the United States in 2008 according to the National Mining Association's 2008 Coal Producer Survey (National Mining Association, 2009).

*Equipment and Mine Site*

Much of the equipment utilized for surface coal mining in the PRB is very large. GHG emissions that result from the production of construction materials required for coal extraction were quantified for the following equipment, within the model: track loader (10 pieces at 26,373 kg each); rotary drill (3 pieces at 113,400 kg each); walking dragline (3 pieces at 7,146,468 kg each); electric mining shovel (10 pieces at 1,256,728 kg each); mining truck (11 pieces at 278,690 kg each); coal crusher (1 piece at 115,212 kg); conveyor (1 piece at 1,064,000 kg); and loading silo (6 pieces at 10,909,569 kg each).

Coal seams are located relatively close to the ground surface in the PRB such that large-scale surface mining is common. The coal seam ranges in thickness from 42 to 184 feet thick (EPA, 2004a). Before overburden drilling and cast blasting can be carried out, topsoil and unconsolidated overburden must be removed from the consolidated overburden that is to be blasted.  These operations use both truck and shovel operations and bulldozing to move these materials to a nearby stockpile location so that they can be used in post-mining site reclamation.  Estimates are made for topsoil/overburden operations based on requirements reported in the Energy and Environmental Profile of the U.S. Mining Industry (DOE, 2002) for a hypothetical western surface coal mine.

*Overburden Blasting and Removal*

Blast holes are drilled into overburden for subsequent ammonium nitrate and fuel oil packing and detonation using large rotary drills.  Drills use electricity to drill 220-270 millimeter diameter holes through sandstone, siltstone, mudstone and carbonaceous shale that make up the overburden.  Typically this overburden contains water, which controls particulate emission associated with drilling activities.  For the purposes of this assessment it is assumed that drilling operations produce no direct emissions.  Electricity requirements for drilling are taken from the U.S. DOE report Mining Industry for the Future:  Energy and Environmental Profile of the U.S. Mining Industry (DOE, 2002).

Cast blasting is a blasting technique that was developed relatively recently, and has found broad application in large surface mines. Cast blasting comminutes (breaks into fragments/particles) overburden, and also moves an estimated 25-35 percent (modeled at 30 percent) of the blasted overburden to the target fill location (Mining Technology, 2007). The model assumes that blasting uses ammonium nitrate and fuel oil explosives with a powder factor[1] of 300 g per m$^3$ of overburden blasted (SME, 1990), and GHG emissions associated with explosive production and the blasting process are included in the model, based on EPA's AP-42 report (EPA, 1995).

Overburden removal is achieved primarily through dragline operations, with the remainder moved using large electric shovels. Dragline excavation systems are among the largest on-land machines, and utilize a large bucket suspended from a boom, where the bucket is scraped along the ground to fill the bucket. The bucket is then emptied at a nearby fill location. Electricity requirements for dragline operation combined with other on site operations, were estimated based on electricity usage at the North Antelope Rochelle Mine, to be approximately 971 kWh per 1000 tons of coal (Peabody, 2006). During this time dragline operation accounted for approximately 50% of the overburden energy.

---

[1] Powder factor refers to the mass of explosive needed to blast a given mass of material.

*Coal Recovery*

Following overburden removal, coal is extracted using truck and shovel-type operations. Because of the large scale of operations, large electric mining shovels (Bucyrus 495 High Performance Series) are assumed to be employed, with a bucket capacity of 120 tons, alongside 320-400 ton capacity mining trucks (Bucyrus International Inc., 2008).

The amount of coal that could be moved by a single shovel per year was determined by using data for the Black Thunder and Cordero Rojo coal mines (Mining Technology, 2007). A coal hauling distance of two miles is assumed, with a round-trip distance of four miles, based on evaluation of satellite imagery of mining operations. The extracted coal is ground and crushed to the necessary size for transportation. It is assumed that the coal does not require cleaning before leaving the mine site. The crushed coal is carried from the preparation facility to a loading silo by an overland conveyor belt. From the loading silo, the coal is loaded into railcars for transportation.

*Coal Bed Methane Emissions*

During coal acquisition, methane is released during both the coal extraction and post-mining coal preparation activities. While the PRB has relatively low specific methane content, the large thickness of the coal deposit (80 feet thick or more in many areas) has a large methane content per square foot of surface area. As a result the PRB has recently begun to be exploited on a large scale. Extraction of coal bed methane, prior to mining of the coal seam, results in a net reduction of the total amount of coal bed methane that is emitted to the atmosphere, since extracted methane is typically sold into the natural gas market, and eventually combusted.

For the purposes of this assessment, it is assumed that the coal seam in the area of active mining was previously drilled to extract methane. Based on recent data available from the EPA, coal bed methane emissions for surface mining, including the PRB, are expected to range from 8 to 98 standard cubic feet per ton (cf/ton) of produced coal, with a typical value of 51 cf/ton (EPA, 2011b).

**Illinois No. 6 Coal**

Illinois No. 6 coal is part of the Herrin Coal, and is a bituminous coal that is found in seams that typically range from about 2 to 15 feet in thickness, and is found in the southern and eastern regions of Illinois and surrounding areas. Illinois No. 6 coal is commonly extracted via underground mining techniques, including continuous mining and longwall mining. Illinois No. 6 coal seams may contain relatively high levels of mineral sediments or other materials, and therefore require coal cleaning (beneficiation) at the mine site. The following sections describe the unit processes modeled for Illinois No. 6 coal mining.

*Equipment and Mine Site*

Extraction of Illinois No. 6 coal requires several types of major equipment and mining components, in order to operate the coal mine. The following components were modeled for use during underground mining operations: site paving and concrete, conveyor belt, stacker/reclaimer, crusher, coal cleaning, silo, wastewater treatment, continuous miner, longwall mining systems (including shear head, roof supports, armored force conveyor, stage loader, and mobile belt tailpiece), and shuttle car systems with replacement. Overall, when considering materials requirements for the construction of these systems, the material inputs values shown in **Table A-16** were required for mine and mining system construction, on a per lb of coal output basis. GHG emissions associated

with the production of these materials were incorporated into the model and accounted for as
construction related emissions.

Table A-16: Construction Materials Required for Illinois No. 6 Coal Mining

| Construction Material | Amount | Units |
|---|---|---|
| Cold-Rolled Steel | 1.47E-05 | lb/lb coal produced |
| Hot-dip Galvanized Steel | 1.52E-06 | lb/lb coal produced |
| Rubber | 4.45E-07 | lb/lb coal produced |
| Steel Plate | 1.80E-04 | lb/lb coal produced |
| Concrete | 6.06E-05 | lb/lb coal produced |
| Rebar | 1.41E-06 | lb/lb coal produced |
| Polyvinylchloride Pipe | 1.30E-07 | lb/lb coal produced |
| Steel, Stainless, 316 | 6.77E-08 | lb/lb coal produced |
| Stainless Steel Cold Roll 431 | 6.77E-08 | lb/lb coal produced |
| Cast Iron | 3.38E-07 | lb/lb coal produced |
| Copper Mix | 8.11E-09 | lb/lb coal produced |
| Asphalt | 1.11E-03 | lb/lb coal produced |

## Coal Mine Operations

Operations of the coal mine were based on operation of the Galatia Mine, which is operated by the
American Coal Company and located in Saline County, Illinois. Sources reviewed in support of coal
mine operations include Galatia Mine production rates, electricity usage, particulate emissions,
methane emissions, wastewater discharge permit monitoring reports, and communications with
Galatia Mine staff. When data from the Galatia Mine were not available, surrogate data were taken
from other underground mines, as relevant.

Electricity is the main source of energy for coal mine operations. Electricity use for this model was
estimated based on previous estimates made by EPA for electricity use for underground mining and
coal cleaning at the Galatia Mine (EPA, 2008). The life cycle profile for electricity use is based on
eGRID2007. The Emissions and Generation Resource Integrated Database (eGRID) is a
comprehensive inventory of environmental attributes for electric power systems (EPA, 2010).

Although no Galatia Mine data were found that estimated the diesel fuel used during mining
operations, it was assumed that some diesel would be used to operate trucks for moving materials,
workers, and other secondary on-site operations. Therefore, diesel use was estimated for the Galatia
Mine from 2002 U.S. Census data for bituminous coal underground mining operations and associated
cleaning operations (U.S. Census Bureau, 2004). Emissions of GHGs were based on emissions
associated with the use of diesel. EPA Tier 4 diesel standards for non-road diesel engines were used,
since these standards would go into effect within a couple years of commissioning of the mine for
this study (EPA, 2004b).

## Coal Bed Methane

During the acquisition of Illinois No. 6 coal, methane is released during both the underground coal
extraction and the post-mining coal preparation activities. Illinois No. 6 coal seams are not nearly as
thick as PRB coals, and as a result are less commonly utilized as a resource for coal bed methane
extraction. Instead, methane capture may be applied during the coal extraction process. Based on
recent data available from the EPA, coal bed methane emissions for underground mining, including
mining within the Illinois No. 6 coal seam, are expected to range from 360 to 500 cf/ton of produced

coal, with a nominal value of 422 cf/ton (EPA, 2011b). It is assumed that no methane capture is applied for Illinois No. 6 coal.

## A.3   Raw Material Transport: Natural Gas

The boundary of raw material transport begins with receipt of processed natural gas at the extraction site and ends with the delivery of natural gas to an energy conversion facility. Methane emissions from pipeline operations are a function of pipeline distance. This analysis uses a pipeline transport distance of 604 miles (971.4 km), which is the average distance for natural gas pipeline transmission in the U.S. The data sources and assumptions for calculating the greenhouse gas emissions from construction and operation of natural gas transmission pipelines are discussed below.

### Pipeline Construction and Decommissioning

Carbon steel is the primary material used in the construction of natural gas pipelines. The mass of pipeline per unit length was determined using an online calculator (Steel Pipes & Tubes, 2009). The weight of valves and fittings were estimated at an additional 10 percent of the total pipeline weight. The pipeline was assumed to have a life of 30 years. The mass of pipeline construction per kilogram of natural gas was determined by dividing the total pipeline weight by the total natural gas flow through the pipeline for a 30-year period.

The decommissioning of a natural gas pipeline involves cleaning and capping activities. This analysis assumes that the decommissioning of a natural gas pipeline incurs 10 percent of the energy requirements and emissions as the original installation of the pipeline.

### Pipeline Operations

The U.S. has an extensive natural gas pipeline network that connects natural gas supplies and markets. Compressor stations are necessary every 50 to 100 miles along the natural gas transmission pipelines in order to boost the pressure of the natural gas. Compressor stations consist of centrifugal and reciprocating compressors. Most natural gas compressors are powered by natural gas, but, when electricity is available, electrically-powered compressors are used.

A 2008 paper published by the Interstate Natural Gas Association of America provides data from its 2004 database, which shows that the U.S. pipeline transmission network has 5,400 reciprocating compressors and over 1,000 gas turbine compressors (Hedman, 2008). Further, based on written communication from El Paso Pipeline Group, approximately three percent of transmission compressors are electrically driven (El Paso Pipeline Group, 2011). El Paso Pipeline Group has the highest transmission capacity of all natural gas pipeline companies in the U.S., and it is thus assumed that the share of electrically-powered compressors in their fleet is representative of the entire natural gas transmission network. Based on written communication with El Paso Pipeline Group (El Paso Pipeline Group, 2011), the share of compressors on the U.S. natural gas pipeline transmission network is approximately 78 percent reciprocating compressors, 19 percent turbine-powered centrifugal compressors, and 3 percent electrically-powered compressors.

The use rate of natural gas for fuel in transmission compressors was calculated from the Federal Energy Regulatory Commission (FERC) Form 2 database, which is based on an annual survey of gas producers and pipeline companies (FERC, 2010). The 28 largest pipeline companies were pulled from the FERC Form 2 database. These 28 companies represent 81 percent of NG transmission in 2008. The FERC data for 81 percent of U.S. natural gas transmission is assumed to be a representative sample of the fuel use rate of the entire transmission network. This data shows that

0.96 percent of natural gas product is consumed as compressor fuel. This fuel use rate was converted to a basis of kg of natural gas consumed per kg of natural gas transported by multiplying it by the total natural gas delivered by the transmission network in 2008 (EIA, 2011) and dividing it by the annual tonne-km of pipeline transmission in the U.S. (Dennis, 2005). The total delivery of natural gas in 2008 was 21 Tcf, which is approximately 400 billion kg of natural gas. The annual transport rate for natural gas transmission was steady from 1995 through 2003, at approximately 380 billion tonne-km per year. More recent transportation data are not available, and thus this analysis assumes the same tonne-km rate for 2008 as shown from 1995 through 2003.

The air emissions from the combustion of natural gas by compressors are estimated by applying EPA emission factors to the natural gas consumption rate of the compressors (EPA, 1995). Specifically, the emission profile of gas-powered, centrifugal compressors is based on emission factors for gas turbines; the emission profile of gas-powered, reciprocating compressors is based on emission factors for 4-stroke, lean burn engines. For electrically-powered compressors, this analysis assumes that the indirect emissions are representative of the U.S. average fuel mix for electricity generation.

The average power of electrically-driven compressors for U.S. NG transmission is assumed to be the same as the average power of all compressors on the transmission network. An average compressor on the U.S. natural gas transmission network has a power rating of 14,055 horsepower (10.5 MW) and a throughput of 734 million cubic feet of natural gas per day (583,000 kg NG/hour) (EIA, 2007). Electrically-driven compressors have efficiencies of 95 percent (DOE, 1996; Hedman, 2008). This efficiency is the ratio of mechanical power output to electrical power input. Thus, approximately 1.05 MWh of electricity is required per MWh of compressor energy output.

In addition to air emissions from combustion processes, fugitive venting from pipeline equipment results in the methane emissions to air. The fugitive emission rate for natural gas pipeline operations is based on data published by the Bureau of Transportation Statistics (BTS) and EPA. The transport data for natural gas transmission is based on ton-mileage estimates by BTS, which calculates 253 billion ton-miles of natural gas transmission in 2003 (Dennis, 2005). The 2003 data are the most recent data point in the BTS reference, and thus EPA's inventory data for the years 2000 and 2005 were interpolated to arrive at a year 2003 value of 1,985 million kg of fugitive methane emissions per year (EPA, 2011b). Dividing the EPA emission by the transport requirements and converting to metric units gives 5.37E-06 kg/kg-km.

### Calculation of Average Natural Gas Transmission Distance

The average pipeline distance for natural gas transport is determined by balancing national emission inventory (EPA, 2011b) and natural gas consumption data (EIA, 2011) with NETL's unit process emission factor for fugitive methane emissions from pipeline operations. **Equation 5** shows the national inventory and consumption data on the left-hand side and NETL's emission factor for fugitive methane on the right-hand side.

$$\frac{E_{methane}}{NG_{consumption}} = d * EF_{methane}$$

**(Equation 5)**

Where,

$E_{methane}$ = Total pipeline fugitive methane emissions (default = 2,115E+06 kg $CH_4$/yr)
$NG_{consumption}$ = consumption of natural gas (default = 21.84 MMBtu/yr)
$EF_{methane}$ = Emission factor for fugitive methane (default =9.97E-05 kg $CH_4$/MMBtu-km)

The default value for total fugitive emissions of methane from pipeline transmission are based on the 2009 national inventory emissions for natural gas transmission and storage reported by EPA (EPA, 2011b). The value reported by EPA is 2,115 Gg $CH_4$/yr, which is equal to 2,115 million kg $CH_4$/yr.

The default value for annual natural gas consumption is based on annual EIA statistics for natural gas production and consumption (EIA, 2011). The volume of natural gas transported by pipeline is 21.26 Tcf/year. This value is the midpoint of the volume of processed natural gas injected to the pipeline transmission network and the volume of natural gas delivered to consumers. In 2009 the volume of natural gas injected to the natural gas transmission network by NG processing plants was 21.56 Tcf; this volume was calculated by subtracting the natural gas consumption at the extraction and processing sites (1.28 Tcf) from total annual consumption (22.84 Tcf) (EIA, 2011). In 2009 the volume of natural gas delivered to consumers was 20.97 Tcf (EIA, 2011). The average volume of natural gas transmission was converted to an energy basis using an energy density of 1,027 Btu/cf; 21.26 Tcf/year is equivalent to 21.84 E+09 MMBtu. Converting to an energy basis (using a density of 0.042 lbs/cf and energy content of 1,027 Btu/cf) gives 21.84 billion MMBtu.

For **Equation 5** it is necessary to convert the emission factor for fugitive emissions from pipeline operations (calculated above) to an energy basis so that it can be factored with the annual consumption data for natural gas. The emission factor used by the pipeline unit process is 5.37E-06 kg/kg-km. Converting to an energy basis (using the conversion factors of 0.042 lb/cf NG and 1,027 Btu/cf) results in an emission factor of 9.97E-05 kg $CH_4$/MMBtu-km.

The unknown $d$ in **Equation 5** is the distance (km) that reconciles NETL's unit process with the national level data. Solving for $d$ gives the following equation:

$$d = \frac{E_{methane}}{NG_{consumption} * EF_{methane}}$$   **(Equation 6)**

Applying the default values to **Equation 6** gives a distance of 971 km (604 miles), as shown in **Equation 7**.

$$d = \frac{2,115 \times 10^6 kg\ CH_4/yr}{(21.84 \times 10^9 MMBtu/yr)(9.97 \times 10^{-5} kg CH_4/MMBtu\ km)} = 971\ km$$   **(Equation 7)**

The pipeline transport of natural gas results in losses of natural gas product to two activities: (1) fugitive emissions and (2) natural gas used as fuel in pipeline compressors. Based on the data and assumptions of this unit process, the transmission of natural gas a distance of 971 km results in a 1.45 percent loss of natural gas product (1.0148 kg of natural gas are injected into the pipeline to deliver 1.0 kg of natural gas to the consumer). The annual data for natural gas production and consumption (EIA, 2011) show a 2.81 percent loss of natural gas for transmission and distribution (natural gas processing plants produce 21.56 Tcf of natural gas and 20.97 Tcf of natural gas are delivered to consumers). The 2.81 percentage loss factor includes pipeline *distribution* in addition to pipeline transmission, and thus it is expected for the transmission losses (1.45 percent) to be lower than the transmission and distribution loss (2.81 percent).

The default values for key variables for NETL's model of natural gas pipeline transmission are shown in the **Table A-17**.

Table A-17: Natural Gas Transport to Large End User

| Natural Gas Emissions and Transmission Infrastructure | Units | Value |
|---|---|---|
| Pipeline Transport Distance (national average) | Miles | 604 |
| Distance Between Compressor Stations | Miles | 75 |
| Compression, Gas-powered, Reciprocating Engine | Percent | 78% |
| Compression, Gas-powered, Centrifugal Engine | Percent | 19% |
| Compression, Electrical, Centrifugal Engine | Percent | 3% |

## A.4   Raw Material Transport: Coal

Train transport was modeled for the transport of both PRB and Illinois No. 6 coal from mining sites to energy conversion facilities. Mined coal is presumed to be transported by rail from PRB and Illinois No. 6 coal mine sources, in support of electricity production. Coal is assumed to be transported via unit train, where a unit train is defined as one locomotive pulling 100 railcars loaded with coal. The locomotive is powered by a 4,400 horsepower diesel engine (General Electric, 2008) and each car has a 100-ton coal capacity (NETL, 2007).

GHG emissions for train transport are evaluated based on typical diesel combustion emissions for a locomotive engine.  Loss of coal during transport is assumed to be equal to the fugitive dust emissions; loss during loading at the mine is assumed to be included in the coal reject rate and no loss is assumed during unloading.  It is assumed that the majority of the railway connecting the coal mine and the energy conversion facility is existing infrastructure.  An assumed 25-mile rail spur was constructed between the energy conversion facility and the primary railway.

# References

API. (2009). *Compendium of Greenhouse Gas Emissions for the Oil and Natural Gas Industry.* American Petroleum Institute  Retrieved May 18, 2010, from http://www.api.org/ehs/climate/new/upload/2009_GHG_COMPENDIUM.pdf

Arnold. (1999). *Surface Production Operations: Design of gas-handling systems and facilities.* Houston, Texas: Gulf Professional Publishing.

Bucyrus International Inc. (2008). *Walking Draglines: The Range.*  Retrieved June 8, 2009, from http://www.bucyrus.com/pdf/surface/Draglines%20Trifold%200105.pdf

Bylin, C., Schaffer, Z., Goel, V., Robinson, D., Campos, A. d. N., & Borensztein, F. (2010). *Designing the Ideal Offshore Platform Methane Mitigation Strategy.* Paper presented at the SPE International Conferences on Health, Safety, and Environment in Oil and Gas Exploration and Production, Rio de Janeiro, Brazil.

Clyde Bergemann. (2005). PRB Coal Properties  Retrieved June 8, 2009, from http://www.cba-ssd.com/Applications/knowledgeBase/PRBcoal/PRBcoalProperty.htm

Dennis, S. M. (2005). Improved Estimates of Ton-Miles. *Journal of Transportation and Statistics, 8*(1).

DOE. (1996). *Buying an Energy-Efficient Electric Motor.* (DOE/GO-10096-314). U.S. Department of Energy  Retrieved May 18, 2010, from http://www1.eere.energy.gov/industry/bestpractices/pdfs/mc-0382.pdf

DOE. (2002). *Mining Industry of the Future - Energy and Environmental Profile of the U.S. Mining Industry, Chapter 2: Coal.*: U.S. Department of Energy  Retrieved June 4, 2009, from http://www.netl.doe.gov/KeyIssues/mining/coal.pdf

EIA. (2007). *Natural Gas Compressor Stations on the Interstate Pipeline Network: Developments Since 1996.* Washington, DC: Energy Information Administration Retrieved May 18, 2010, from http://www.eia.gov/FTPROOT/features/ngcompressor.pdf

EIA. (2009). *Annual Coal Report, 2009.* (DOE/EIA-0584(2009)). Washington, DC: Energy Information Administration Office of Oil, Gas, and Coal Supply Statistics  Retrieved June 8, 2009, from http://www.eia.doe.gov/cneaf/coal/page/acr/acr.pdf

EIA. (2010a). Energy Information Administration: Federal Gulf Distribution of Wells by Production Rate  Retrieved July 19, 2011, from http://www.eia.gov/pub/oil_gas/petrosystem/fg_table.html

EIA. (2010b). Energy Information Administration: United States Distribution of Wells by Production  Retrieved July 19, 2011, from http://www.eia.gov/pub/oil_gas/petrosystem/us_table.html

EIA. (2011). Energy Information Adminstration: Natural Gas Gross Withdrawals and Production  Retrieved April 5, 2011, from http://www.eia.doe.gov/dnav/ng/ng_prod_sum_a_EPG0_VRN_mmcf_a.htm

El Paso Pipeline Group (2011). [Compressor Profile of El Paso Pipeline Group].

EPA. (1995). *Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources.* (AP-42). U.S. Environmental Protection Agency, Office of Air Quality Planning and Standards  Retrieved May 18, 2010, from http://www.epa.gov/ttnchie1/ap42

EPA. (2004a). *Evaluation of Impacts to Underground Sources of Drinking Water by Hydraulic Fracturing of Coalbed Methane Reservoirs, Attachment 5: The Powder River Basin.* (EPA 816-R-04-003). U.S. Environmental Protection Agency  Retrieved June 4, 2009, from http://www.epa.gov/OGWDW/uic/pdfs/cbmstudy_attach_uic_attach05_powder.pdf

EPA. (2004b). *Final Regulatory Analysis: Control of Emissions from Nonroad Diesel Engines.* (EPA420-R-04-007). U.S. Environmental Protection Agency Office of Transportation and

Air Quality  Retrieved August 23, 2011, from
http://www.epa.gov/nonroaddiesel/2004fr/420r04007a.pdf

EPA. (2006). *Replacing Glycol Dehydrators with Desiccant Dehydrators.* U.S. Environmental Protection Agency  Retrieved June 1, 2010, from http://www.epa.gov/gasstar/documents/ll_desde.pdf

EPA. (2008). *Identifying Opportunities for Methane Recovery at U.S. Coal Mines: Profiles of Selected Gassy Underground Coal Mines 2002-2006.* (EPA 430-K-04-003). U.S. Environmental Protection Agency, Coalbed Methane Outreach Program  Retrieved August 23, 2011, from http://www.epa.gov/cmop/docs/profiles_2008_fmal.pdf

EPA. (2010). Emissions & Generation Resource Integrated Database (eGRID).  Retrieved June 7, 2011, from United States Environmental Protection Agency http://www.epa.gov/cleanenergy/energy-resources/egrid/

EPA. (2011a). *Greenhouse Gas Emissions Reporting from the Petroleum and Natural Gas Industry Background Technical Support Document.*  Washington, D.C.: U.S. Environmental Protection Agency, Climate Change Division  Retrieved August 23, 2011, from http://www.epa.gov/climatechange/emissions/downloads10/Subpart-W_TSD.pdf

EPA. (2011b). *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2009.* (EPA 430-R-11-005). Washington, D.C.: Environmental Protection Agency,  Retrieved August 23, 2011, from http://epa.gov/climatechange/emissions/usinventoryreport.html

EPA. (2011c). *Natural Gas STAR Recommended Technologies and Practices - Gathering and Processing Sector.* U.S. Environmental Protection Agency  Retrieved March 2, 2011, from http://www.epa.gov/gasstar/documents/gathering_and_processing_fs.pdf

FERC. (2010). Federal Energy Regulatory Commission: Form 2/2A - Major and Non-major Natural Gas Pipeline Annual Report: Data (Current and Historical)  Retrieved August 23, 2011, from http://www.ferc.gov/docs-filing/forms/form-2/data.asp

Foss, M. M. (2004). *Interstate Natural Gas - Quality Specifications & Interchangeability.*  Sugar Land, Texas: University of Texas Bureau of Economic Geology Center for Energy Economics  Retrieved August 23, 2011, from http://www.beg.utexas.edu/energyecon/lng/documents/CEE_Interstate_Natural_Gas_Quality_Specifications_and_Interchangeability.pdf

GE Oil and Gas. (2005). *Reciprocating Compressors.*  Florence, Italy:  Retrieved August 23, 2011, from http://www.ge-energy.com/content/multimedia/_files/downloads/Reciprocating%20Compressors.pdf

General Electric. (2008). The Evolution Series Locomotives  Retrieved August 14 2008, from http://www.getransportation.com/na/en/docs/806527_20020%20-%20B%20Evo[1][1].Series.lores.pdf

Hayden, J., & Pursell, D. (2005). *The Barnett Shale: Visitors Guid to the Hottest Gas Play in the U.S.*: Pickering Energy Partners  Retrieved June 14, 2010, from http://www.tudorpickering.com/pdfs/TheBarnettShaleReport.pdf

Hedman, B. (2008). *Waste Energy Recovery Opportunities for Interstate Natural Gas Pipelines.*  Interstate Natural Gas Association of America  Retrieved July 25, 2011, from http://www.ingaa.org/File.aspx?id=6210

Houston Advanced Research Center. (2006). *Natural Gas Compressor Engine Survey for Gas Production and Processing Facilities, H68 Final Report.*  Retrieved May 18, 2010, from http://www.utexas.edu/research/ceer/GHG/files/ConfCallSupp/H068FinalReport.pdf

Mining Technology. (2007). Cordero Rojo Coal Mine, WY, USA  Retrieved June 5, 2009, from http://www.mining-technology.com/projects/cordero/

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production

National Mining Association. (2009). *2008 Coal Producer Survey.* Retrieved August 23, 2011, from http://www.nma.org/pdf/members/coal_producer_survey2008.pdf

NaturalGas.org. (2004). Well Completion Retrieved July 1, 2010, from http://naturalgas.org/naturalgas/well_completion.asp#liftingwell

NETL. (2007). *Power Plant Water Usage and Loss Study.* Pittsburgh, PA: National Energy Technology Laboratory, from http://www.netl.doe.gov/technologies/coalpower/gasification/pubs/pdf/WaterReport_Revised%20May2007.pdf

NETL. (2010a). *Cost and Performance Baseline for Fossil Energy Plants, Volume 1: Bituminous Coal and Natural Gas to Electricity Report.* (DOE/NETL-2010/1397). Pittsburgh, PA: National Energy Technology Laboratory

NETL. (2010b). *Life Cycle Analysis: Existing Pulverized Coal (EXPC) Power Plant.* Pittsburgh, PA: National Energy Technology Laboratory,

NETL. (2010c). *Life Cycle Analysis: Integrated Gasification Combined Cycle (IGCC).* Pittsburgh, PA: Department of Energy, National Energy Technology Laboratory

NETL. (2010d). *Life Cycle Analysis: Natural Gas Combined Cycle (NGCC) Power Plant.* Pittsburgh, PA: Department of Energy, National Energy Technology Laboratory

NETL. (2010e). *Life Cycle Analysis: Supercritical Pulverized Coal (SCPC) Power Plant.* Pittsburgh, PA: National Energy Technology Laboratory,

Peabody. (2006). *Final Technical Report Powder River Coal Company Plant Wide Assessment.* Gillette, WY: Peabody Energy Company Retrieved August 23, 2011, from http://www.osti.gov/bridge/servlets/purl/881764-FjjYjV/881764.pdf

Polasek, J. (2006). *Selecting Amines for Sweetening Units.* Retrieved August 23, 2011, from http://www.bre.com/portals/0/technicalarticles/Selecting%20Amines%20for%20Sweetening%20Units.pdf

SME. (1990). *Surface Mining, 2nd Edition.* Society for Mining Metallurgy and Exploration Inc. Retrieved June 9, 2009, from http://books.smenet.org/Surf_Min_2ndEd/sm-toc.cfm?CFID=820561&CFTOKEN=64890436

Steel Pipes & Tubes. (2009). Steel Pipe Weight Calculator Retrieved May 1, 2009, from http://www.steel-pipes-tubes.com/steel-pipe-weight-calculator.html

The Engineering Toolbox. (2011). Fuel Gases - Heating Values Retrieved May 18, 2011, from http://www.engineeringtoolbox.com/heating-values-fuel-gases-d_823.html

U.S. Census Bureau. (2004). *Bituminous Coal Underground Mining: 2002.* (EC02-211-212112(RV)). U.S. Department of Commerce Retrieved August 23, 2011, from http://www.census.gov/prod/ec02/ec0221i212112.pdf

This page intentionally left blank

# Appendix B:
# Inventory Results in Alternate Units

**Table B-1: Upstream Greenhouse Gas Inventory Results for Natural Gas**

| Feedstock | GHG | lb/MMBtu | | | kg/MMBtu | | | g/MJ | | | ton/cf | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RMA | RMT | Total | RMA | RMT | Total | RMA | RMT | Total | RMA | RMT | Total |
| Avg. Gas | $CO_2$ | 5.93E+00 | 1.05E+00 | 6.98E+00 | 2.69E-01 | 4.76E-01 | 3.16E+00 | 2.55E+00 | 4.51E-04 | 3.00E-03 | 1.22E+01 | 2.16E+01 | 1.43E+01 |
| | $N_2O$ | 1.85E-04 | 2.02E-05 | 2.05E-04 | 8.39E-05 | 9.17E-06 | 9.31E-05 | 7.95E-05 | 8.69E-06 | 8.82E-05 | 3.80E-04 | 4.15E-05 | 4.22E-04 |
| | $CH_4$ | 6.42E-01 | 2.14E-01 | 8.56E-01 | 2.91E-01 | 9.69E-02 | 3.88E-01 | 2.76E-01 | 9.18E-02 | 3.68E-01 | 1.32E+00 | 4.39E-01 | 1.76E+00 |
| | $CO_2e$ (20-year) | 52.2 | 16.4 | 68.6 | 23.7 | 7.5 | 31.1 | 22.4 | 7.1 | 29.5 | 107.2 | 33.8 | 141.0 |
| | $CO_2e$ (100-year) | 22.0 | 6.4 | 28.4 | 10.0 | 2.9 | 12.9 | 9.5 | 2.7 | 12.2 | 45.3 | 13.1 | 58.4 |
| | $CO_2e$ (500-year) | 10.8 | 2.7 | 13.5 | 4.9 | 1.2 | 6.1 | 4.7 | 1.2 | 5.8 | 22.3 | 5.5 | 27.8 |
| Conv. Gas | $CO_2$ | 6.34E+00 | 1.05E+00 | 7.38E+00 | 2.87E+00 | 4.76E-01 | 3.35E+00 | 2.72E+00 | 4.51E-01 | 3.17E+00 | 1.30E+01 | 2.16E+01 | 1.52E+01 |
| | $N_2O$ | 2.14E-04 | 2.02E-05 | 2.35E-04 | 9.72E-05 | 9.17E-06 | 1.06E-04 | 9.22E-05 | 8.69E-06 | 1.01E-04 | 4.40E-04 | 4.15E-05 | 4.82E-04 |
| | $CH_4$ | 5.29E-01 | 2.14E-01 | 7.43E-01 | 2.40E-01 | 9.69E-02 | 3.37E-01 | 2.28E-01 | 9.18E-02 | 3.19E-01 | 1.09E+00 | 4.39E-01 | 1.53E+00 |
| | $CO_2e$ (20-year) | 44.5 | 16.4 | 60.9 | 20.2 | 7.5 | 27.6 | 19.1 | 7.1 | 26.2 | 91.4 | 33.8 | 125.2 |
| | $CO_2e$ (100-year) | 19.6 | 6.4 | 26.0 | 8.9 | 2.9 | 11.8 | 8.4 | 2.7 | 11.2 | 40.3 | 13.1 | 53.5 |
| | $CO_2e$ (500-year) | 10.4 | 2.7 | 13.1 | 4.7 | 1.2 | 5.9 | 4.5 | 1.2 | 5.6 | 21.3 | 5.5 | 26.8 |
| UnConv. Gas | $CO_2$ | 5.60E+00 | 1.05E+00 | 6.65E+00 | 2.54E+00 | 4.76E-01 | 3.02E+00 | 2.41E+00 | 4.51E-01 | 2.86E+00 | 1.15E+01 | 2.16E+01 | 1.37E+01 |
| | $N_2O$ | 1.62E-04 | 2.02E-05 | 1.82E-04 | 7.38E-05 | 9.17E-06 | 8.25E-05 | 6.95E-05 | 8.69E-06 | 7.82E-05 | 3.32E-04 | 4.15E-05 | 3.74E-04 |
| | $CH_4$ | 7.32E-01 | 2.14E-01 | 9.45E-01 | 3.32E-01 | 9.69E-02 | 4.29E-01 | 3.15E-01 | 9.18E-02 | 4.06E-01 | 1.50E+00 | 4.39E-01 | 1.94E+00 |
| | $CO_2e$ (20-year) | 58.3 | 16.4 | 74.8 | 26.5 | 7.5 | 33.9 | 25.1 | 7.1 | 32.1 | 119.8 | 33.8 | 153.6 |
| | $CO_2e$ (100-year) | 23.9 | 6.4 | 30.3 | 10.9 | 2.9 | 13.8 | 10.3 | 2.7 | 13.0 | 49.2 | 13.1 | 62.3 |
| | $CO_2e$ (500-year) | 11.2 | 2.7 | 13.9 | 5.1 | 1.2 | 6.3 | 4.8 | 1.2 | 6.0 | 23.0 | 5.5 | 28.5 |
| Onshore Gas | $CO_2$ | 7.18E+00 | 1.05E+00 | 8.23E+00 | 3.26E+00 | 4.76E-01 | 3.74E+00 | 3.09E+00 | 4.51E-01 | 3.54E+00 | 1.48E+01 | 2.16E+01 | 1.69E+01 |
| | $N_2O$ | 2.13E-04 | 2.02E-05 | 2.33E-04 | 9.66E-05 | 9.17E-06 | 1.06E-04 | 9.16E-05 | 8.69E-06 | 1.00E-04 | 4.38E-04 | 4.15E-05 | 4.79E-04 |
| | $CH_4$ | 8.21E-01 | 2.14E-01 | 1.03E+00 | 3.72E-01 | 9.69E-02 | 4.69E-01 | 3.53E-01 | 9.18E-02 | 4.45E-01 | 1.69E+00 | 4.39E-01 | 2.12E+00 |
| | $CO_2e$ (20-year) | 66.3 | 16.4 | 82.8 | 30.1 | 7.5 | 37.5 | 28.5 | 7.1 | 35.6 | 136.3 | 33.8 | 170.0 |
| | $CO_2e$ (100-year) | 27.8 | 6.4 | 34.2 | 12.6 | 2.9 | 15.5 | 11.9 | 2.7 | 14.7 | 57.0 | 13.1 | 70.2 |
| | $CO_2e$ (500-year) | 13.5 | 2.7 | 16.1 | 6.1 | 1.2 | 7.3 | 5.8 | 1.2 | 6.9 | 27.6 | 5.5 | 33.1 |
| Offshore Gas | $CO_2$ | 5.37E+00 | 1.05E+00 | 6.42E+00 | 2.44E+00 | 4.76E-01 | 2.91E+00 | 2.31E+00 | 4.51E-01 | 2.76E+00 | 1.10E+01 | 2.16E+01 | 1.32E+01 |
| | $N_2O$ | 2.55E-04 | 2.02E-05 | 2.75E-04 | 1.15E-04 | 9.17E-06 | 1.25E-04 | 1.09E-04 | 8.69E-06 | 1.18E-04 | 5.23E-04 | 4.15E-05 | 5.64E-04 |
| | $CH_4$ | 9.71E-02 | 2.14E-01 | 3.11E-01 | 4.40E-02 | 9.69E-02 | 1.41E-01 | 4.17E-02 | 9.18E-02 | 1.34E-01 | 1.99E-01 | 4.39E-01 | 6.38E-01 |
| | $CO_2e$ (20-year) | 12.4 | 16.4 | 28.9 | 5.6 | 7.5 | 13.1 | 5.3 | 7.1 | 12.4 | 25.5 | 33.8 | 59.3 |
| | $CO_2e$ (100-year) | 7.9 | 6.4 | 14.3 | 3.6 | 2.9 | 6.5 | 3.4 | 2.7 | 6.1 | 16.2 | 13.1 | 29.3 |
| | $CO_2e$ (500-year) | 6.1 | 2.7 | 8.8 | 2.8 | 1.2 | 4.0 | 2.6 | 1.2 | 3.8 | 12.6 | 5.5 | 18.1 |
| Assoc. Gas | $CO_2$ | 5.04E+00 | 1.05E+00 | 6.09E+00 | 2.29E+00 | 4.76E-01 | 2.76E+00 | 2.17E+00 | 4.51E-01 | 2.62E+00 | 1.04E+01 | 2.16E+01 | 1.25E+01 |
| | $N_2O$ | 1.42E-04 | 2.02E-05 | 1.62E-04 | 6.42E-05 | 9.17E-06 | 7.34E-05 | 6.09E-05 | 8.69E-06 | 6.96E-05 | 2.91E-04 | 4.15E-05 | 3.32E-04 |
| | $CH_4$ | 2.82E-01 | 2.14E-01 | 4.96E-01 | 1.28E-01 | 9.69E-02 | 2.25E-01 | 1.21E-01 | 9.18E-02 | 2.13E-01 | 5.80E-01 | 4.39E-01 | 1.02E+00 |
| | $CO_2e$ (20-year) | 25.4 | 16.4 | 41.8 | 11.5 | 7.5 | 19.0 | 10.9 | 7.1 | 18.0 | 52.2 | 33.8 | 85.9 |
| | $CO_2e$ (100-year) | 12.1 | 6.4 | 18.5 | 5.5 | 2.9 | 8.4 | 5.2 | 2.7 | 8.0 | 24.9 | 13.1 | 38.1 |
| | $CO_2e$ (500-year) | 7.2 | 2.7 | 9.9 | 3.3 | 1.2 | 4.5 | 3.1 | 1.2 | 4.2 | 14.8 | 5.5 | 20.3 |

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production

| Feedstock | GHG | lb/MMBtu | | | kg/MMBtu | | | g/MJ | | | ton/cf | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RMA | RMT | Total | RMA | RMT | Total | RMA | RMT | Total | RMA | RMT | Total |
| Tight Gas | $CO_2$ | 5.53E+00 | 1.05E+00 | 6.57E+00 | 2.51E+00 | 4.76E-01 | 2.98E+00 | 2.38E+00 | 4.51E-01 | 2.83E+00 | 1.13E+01 | 2.16E+00 | 1.35E+01 |
| | $N_2O$ | 1.57E-04 | 2.02E-05 | 1.78E-04 | 7.14E-05 | 9.17E-06 | 8.06E-05 | 6.77E-05 | 8.69E-06 | 7.64E-05 | 3.23E-04 | 4.15E-05 | 3.65E-04 |
| | $CH_4$ | 8.16E-01 | 2.14E-01 | 1.03E+00 | 3.70E-01 | 9.69E-02 | 4.67E-01 | 3.51E-01 | 9.18E-02 | 4.43E-01 | 1.68E+00 | 4.39E-01 | 2.11E+00 |
| | $CO_2$e (20-year) | 64.3 | 16.4 | 80.7 | 29.2 | 7.5 | 36.6 | 27.6 | 7.1 | 34.7 | 132.1 | 33.8 | 165.8 |
| | $CO_2$e (100-year) | 26.0 | 6.4 | 32.4 | 11.8 | 2.9 | 14.7 | 11.2 | 2.7 | 13.9 | 53.3 | 13.1 | 66.5 |
| | $CO_2$e (500-year) | 11.7 | 2.7 | 14.4 | 5.3 | 1.2 | 6.5 | 5.1 | 1.2 | 6.2 | 24.1 | 5.5 | 29.6 |
| CBM Gas | $CO_2$ | 5.45E+00 | 1.05E+00 | 6.50E+00 | 2.47E+00 | 4.76E-01 | 2.95E+00 | 2.34E+00 | 4.51E-01 | 2.79E+00 | 1.12E+01 | 2.16E+00 | 1.33E+01 |
| | $N_2O$ | 1.55E-04 | 2.02E-05 | 1.75E-04 | 7.03E-05 | 9.17E-06 | 7.95E-05 | 6.67E-05 | 8.69E-06 | 7.53E-05 | 3.18E-04 | 4.15E-05 | 3.60E-04 |
| | $CH_4$ | 2.86E-01 | 2.14E-01 | 5.00E-01 | 1.30E-01 | 9.69E-02 | 2.27E-01 | 1.23E-01 | 9.18E-02 | 2.15E-01 | 5.88E-01 | 4.39E-01 | 1.03E+00 |
| | $CO_2$e (20-year) | 26.1 | 16.4 | 42.5 | 11.8 | 7.5 | 19.3 | 11.2 | 7.1 | 18.3 | 53.6 | 33.8 | 87.4 |
| | $CO_2$e (100-year) | 12.7 | 6.4 | 19.1 | 5.7 | 2.9 | 8.6 | 5.4 | 2.7 | 8.2 | 26.0 | 13.1 | 39.1 |
| | $CO_2$e (500-year) | 7.7 | 2.7 | 10.3 | 3.5 | 1.2 | 4.7 | 3.3 | 1.2 | 4.4 | 15.7 | 5.5 | 21.2 |
| Shale Gas | $CO_2$ | 5.84E+00 | 1.05E+00 | 6.89E+00 | 2.65E+00 | 4.76E-01 | 3.13E+00 | 2.51E+00 | 4.51E-01 | 2.96E+00 | 1.20E+01 | 2.16E+00 | 1.42E+01 |
| | $N_2O$ | 1.74E-04 | 2.02E-05 | 1.94E-04 | 7.89E-05 | 9.17E-06 | 8.81E-05 | 7.48E-05 | 8.69E-06 | 8.35E-05 | 3.57E-04 | 4.15E-05 | 3.99E-04 |
| | $CH_4$ | 8.07E-01 | 2.14E-01 | 1.02E+00 | 3.66E-01 | 9.69E-02 | 4.63E-01 | 3.47E-01 | 9.18E-02 | 4.39E-01 | 1.66E+00 | 4.39E-01 | 2.10E+00 |
| | $CO_2$e (20-year) | 64.0 | 16.4 | 80.5 | 29.0 | 7.5 | 36.5 | 27.5 | 7.1 | 34.6 | 131.5 | 33.8 | 165.3 |
| | $CO_2$e (100-year) | 26.1 | 6.4 | 32.5 | 11.8 | 2.9 | 14.7 | 11.2 | 2.7 | 14.0 | 53.6 | 13.1 | 66.7 |
| | $CO_2$e (500-year) | 12.0 | 2.7 | 14.7 | 5.5 | 1.2 | 6.7 | 5.2 | 1.2 | 6.3 | 24.7 | 5.5 | 30.2 |
| LNG Gas | $CO_2$ | 2.93E+01 | 1.05E+00 | 3.04E+01 | 1.33E+01 | 4.76E-01 | 1.38E+01 | 1.26E+01 | 4.51E-01 | 1.31E+01 | 6.02E+01 | 2.16E+00 | 6.24E+01 |
| | $N_2O$ | 3.42E-04 | 2.02E-05 | 3.62E-04 | 1.55E-04 | 9.17E-06 | 1.64E-04 | 1.47E-04 | 8.69E-06 | 1.56E-04 | 7.02E-04 | 4.15E-05 | 7.44E-04 |
| | $CH_4$ | 2.78E-01 | 2.14E-01 | 4.91E-01 | 1.26E-01 | 9.69E-02 | 2.23E-01 | 1.19E-01 | 9.18E-02 | 2.11E-01 | 5.70E-01 | 4.39E-01 | 1.01E+00 |
| | $CO_2$e (20-year) | 49.4 | 16.4 | 65.8 | 22.4 | 7.5 | 29.9 | 21.2 | 7.1 | 28.3 | 101.5 | 33.8 | 135.2 |
| | $CO_2$e (100-year) | 36.4 | 6.4 | 42.8 | 16.5 | 2.9 | 19.4 | 15.6 | 2.7 | 18.4 | 74.7 | 13.1 | 87.8 |
| | $CO_2$e (500-year) | 31.5 | 2.7 | 34.2 | 14.3 | 1.2 | 15.5 | 13.5 | 1.2 | 14.7 | 64.7 | 5.5 | 70.1 |

**Table B-2: Upstream Greenhouse Gas Inventory Results for Marginal Natural Gas**

| Feedstock | GHG | lb/MMBtu | | | kg/MMBtu | | | g/MJ | | | ton/cf | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RMA | RMT | Total | RMA | RMT | Total | RMA | RMT | Total | RMA | RMT | Total |
| Marg. Onshore Gas | $CO_2$ | 5.11E+00 | 1.05E+00 | 6.16E+00 | 2.32E+00 | 4.76E-01 | 2.79E+00 | 2.20E+00 | 4.51E-01 | 2.65E+00 | 1.05E+01 | 2.16E+00 | 1.26E+01 |
| | $N_2O$ | 1.44E-04 | 2.02E-05 | 1.64E-04 | 6.53E-05 | 9.17E-06 | 7.44E-05 | 6.19E-05 | 8.69E-06 | 7.06E-05 | 2.96E-04 | 4.15E-05 | 3.37E-04 |
| | $CH_4$ | 3.41E-01 | 2.14E-01 | 5.55E-01 | 1.55E-01 | 9.69E-02 | 2.52E-01 | 1.47E-01 | 9.18E-02 | 2.38E-01 | 7.01E-01 | 4.39E-01 | 1.14E+00 |
| | $CO_2$e (20-year) | 29.7 | 16.4 | 46.1 | 13.5 | 7.5 | 20.9 | 12.8 | 7.1 | 19.8 | 61.0 | 33.8 | 94.8 |
| | $CO_2$e (100-year) | 13.7 | 6.4 | 20.1 | 6.2 | 2.9 | 9.1 | 5.9 | 2.7 | 8.6 | 28.1 | 13.1 | 41.2 |
| | $CO_2$e (500-year) | 7.7 | 2.7 | 10.4 | 3.5 | 1.2 | 4.7 | 3.3 | 1.2 | 4.5 | 15.9 | 5.5 | 21.4 |
| Marg. Offshore Gas | $CO_2$ | 5.34E+00 | 1.05E+00 | 6.39E+00 | 2.42E+00 | 4.76E-01 | 2.90E+00 | 2.30E+00 | 4.51E-01 | 2.75E+00 | 1.10E+01 | 2.16E+00 | 1.31E+01 |
| | $N_2O$ | 2.54E-04 | 2.02E-05 | 2.74E-04 | 1.15E-04 | 9.17E-06 | 1.24E-04 | 1.09E-04 | 8.69E-06 | 1.18E-04 | 5.21E-04 | 4.15E-05 | 5.62E-04 |
| | $CH_4$ | 9.01E-02 | 2.14E-01 | 3.04E-01 | 4.09E-02 | 9.69E-02 | 1.38E-01 | 3.87E-02 | 9.18E-02 | 1.31E-01 | 1.85E-01 | 4.39E-01 | 6.24E-01 |
| | $CO_2$e (20-year) | 11.9 | 16.4 | 28.3 | 5.4 | 7.5 | 12.9 | 5.1 | 7.1 | 12.2 | 24.4 | 33.8 | 58.2 |
| | $CO_2$e (100-year) | 7.7 | 6.4 | 14.1 | 3.5 | 2.9 | 6.4 | 3.3 | 2.7 | 6.0 | 15.8 | 13.1 | 28.9 |
| | $CO_2$e (500-year) | 6.1 | 2.7 | 8.7 | 2.8 | 1.2 | 4.0 | 2.6 | 1.2 | 3.8 | 12.5 | 5.5 | 18.0 |

| Feedstock | GHG | lb/MMBtu | | | kg/MMBtu | | | g/MJ | | | ton/cf | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RMA | RMT | Total | RMA | RMT | Total | RMA | RMT | Total | RMA | RMT | Total |
| Marg. Assoc. Gas | $CO_2$ | 4.91E+00 | 1.05E+00 | 5.96E+00 | 2.23E+00 | 4.76E-01 | 2.70E+00 | 2.11E+00 | 4.51E-01 | 2.56E+00 | 1.01E+01 | 2.16E+00 | 1.22E+01 |
| | $N_2O$ | 1.37E-04 | 2.02E-05 | 1.57E-04 | 6.22E-05 | 9.17E-06 | 7.14E-05 | 5.90E-05 | 8.69E-06 | 6.77E-05 | 2.82E-04 | 4.15E-05 | 3.23E-04 |
| | $CH_4$ | 2.82E-01 | 2.14E-01 | 4.95E-01 | 1.28E-01 | 9.69E-02 | 2.25E-01 | 1.21E-01 | 9.18E-02 | 2.13E-01 | 5.78E-01 | 4.39E-01 | 1.02E+00 |
| | $CO_2e$ (20-year) | 25.2 | 16.4 | 41.7 | 11.4 | 7.5 | 18.9 | 10.8 | 7.1 | 17.9 | 51.8 | 33.8 | 85.6 |
| | $CO_2e$ (100-year) | 12.0 | 6.4 | 18.4 | 5.4 | 2.9 | 8.3 | 5.2 | 2.7 | 7.9 | 24.6 | 13.1 | 37.8 |
| | $CO_2e$ (500-year) | 7.1 | 2.7 | 9.7 | 3.2 | 1.2 | 4.4 | 3.0 | 1.2 | 4.2 | 14.5 | 5.5 | 20.0 |
| Marg. Tight Gas | $CO_2$ | 5.53E+00 | 1.05E+00 | 6.57E+00 | 2.51E+00 | 4.76E-01 | 2.98E+00 | 2.38E+00 | 4.51E-01 | 2.83E+00 | 1.13E+01 | 2.16E+00 | 1.35E+01 |
| | $N_2O$ | 1.57E-04 | 2.02E-05 | 1.78E-04 | 7.14E-05 | 9.17E-06 | 8.06E-05 | 6.77E-05 | 8.69E-06 | 7.64E-05 | 3.23E-04 | 4.15E-05 | 3.65E-04 |
| | $CH_4$ | 8.16E-01 | 2.14E-01 | 1.03E+00 | 3.70E-01 | 9.69E-02 | 4.67E-01 | 3.51E-01 | 9.18E-02 | 4.43E-01 | 1.68E+00 | 4.39E-01 | 2.11E+00 |
| | $SF_6$ | 6.49E-09 | 2.50E-09 | 8.99E-09 | 2.94E-09 | 1.13E-09 | 4.08E-09 | 2.79E-09 | 1.07E-09 | 3.86E-09 | 1.33E-08 | 5.13E-09 | 1.85E-08 |
| | $CO_2e$ (20-year) | 64.3 | 16.4 | 80.7 | 29.2 | 7.5 | 36.6 | 27.6 | 7.1 | 34.7 | 132.1 | 33.8 | 165.8 |
| | $CO_2e$ (100-year) | 26.0 | 6.4 | 32.4 | 11.8 | 2.9 | 14.7 | 11.2 | 2.7 | 13.9 | 53.3 | 13.1 | 66.5 |
| | $CO_2e$ (500-year) | 11.7 | 2.7 | 14.4 | 5.3 | 1.2 | 6.5 | 5.1 | 1.2 | 6.2 | 24.1 | 5.5 | 29.6 |
| Marg. Shale Gas | $CO_2$ | 5.84E+00 | 1.05E+00 | 6.89E+00 | 2.65E+00 | 4.76E-01 | 3.13E+00 | 2.51E+00 | 4.51E-01 | 2.96E+00 | 1.20E+01 | 2.16E+00 | 1.42E+01 |
| | $N_2O$ | 1.74E-04 | 2.02E-05 | 1.94E-04 | 7.89E-05 | 9.17E-06 | 8.81E-05 | 7.48E-05 | 8.69E-06 | 8.35E-05 | 3.57E-04 | 4.15E-05 | 3.99E-04 |
| | $CH_4$ | 8.07E-01 | 2.14E-01 | 1.02E+00 | 3.66E-01 | 9.69E-02 | 4.63E-01 | 3.47E-01 | 9.18E-02 | 4.39E-01 | 1.66E+00 | 4.39E-01 | 2.10E+00 |
| | $CO_2e$ (20-year) | 64.0 | 16.4 | 80.5 | 29.0 | 7.5 | 36.5 | 27.5 | 7.1 | 34.6 | 131.5 | 33.8 | 165.3 |
| | $CO_2e$ (100-year) | 26.1 | 6.4 | 32.5 | 11.8 | 2.9 | 14.7 | 11.2 | 2.7 | 14.0 | 53.6 | 13.1 | 66.7 |
| | $CO_2e$ (500-year) | 12.0 | 2.7 | 14.7 | 5.5 | 1.2 | 6.7 | 5.2 | 1.2 | 6.3 | 24.7 | 5.5 | 30.2 |
| Marg. CBM Gas | $CO_2$ | 5.67E+00 | 1.05E+00 | 6.72E+00 | 2.57E+00 | 4.76E-01 | 3.05E+00 | 2.44E+00 | 4.51E-01 | 2.89E+00 | 1.16E+01 | 2.16E+00 | 1.38E+01 |
| | $N_2O$ | 1.62E-04 | 2.02E-05 | 1.83E-04 | 7.36E-05 | 9.17E-06 | 8.28E-05 | 6.98E-05 | 8.69E-06 | 7.85E-05 | 3.33E-04 | 4.15E-05 | 3.75E-04 |
| | $CH_4$ | 2.88E-01 | 2.14E-01 | 5.02E-01 | 1.31E-01 | 9.69E-02 | 2.28E-01 | 1.24E-01 | 9.18E-02 | 2.16E-01 | 5.92E-01 | 4.39E-01 | 1.03E+00 |
| | $CO_2e$ (20-year) | 26.5 | 16.4 | 42.9 | 12.0 | 7.5 | 19.5 | 11.4 | 7.1 | 18.4 | 54.4 | 33.8 | 88.1 |
| | $CO_2e$ (100-year) | 12.9 | 6.4 | 19.3 | 5.9 | 2.9 | 8.8 | 5.6 | 2.7 | 8.3 | 26.6 | 13.1 | 39.7 |
| | $CO_2e$ (500-year) | 7.9 | 2.7 | 10.6 | 3.6 | 1.2 | 4.8 | 3.4 | 1.2 | 4.5 | 16.2 | 5.5 | 21.7 |
| Marg. LNG Gas | $CO_2$ | 2.93E+01 | 1.05E+00 | 3.03E+01 | 1.33E+01 | 4.76E-01 | 1.38E+01 | 1.26E+01 | 4.51E-01 | 1.30E+01 | 6.01E+01 | 2.16E+00 | 6.23E+01 |
| | $N_2O$ | 3.41E-04 | 2.02E-05 | 3.61E-04 | 1.54E-04 | 9.17E-06 | 1.64E-04 | 1.46E-04 | 8.69E-06 | 1.55E-04 | 7.00E-04 | 4.15E-05 | 7.41E-04 |
| | $CH_4$ | 2.70E-01 | 2.14E-01 | 4.83E-01 | 1.22E-01 | 9.69E-02 | 2.19E-01 | 1.16E-01 | 9.18E-02 | 2.08E-01 | 5.54E-01 | 4.39E-01 | 9.92E-01 |
| | $CO_2e$ (20-year) | 48.8 | 16.4 | 65.2 | 22.1 | 7.5 | 29.6 | 21.0 | 7.1 | 28.0 | 100.2 | 33.8 | 133.9 |
| | $CO_2e$ (100-year) | 36.1 | 6.4 | 42.5 | 16.4 | 2.9 | 19.3 | 15.5 | 2.7 | 18.3 | 74.2 | 13.1 | 87.3 |
| | $CO_2e$ (500-year) | 31.4 | 2.7 | 34.1 | 14.2 | 1.2 | 15.4 | 13.5 | 1.2 | 14.6 | 64.5 | 5.5 | 69.9 |

**Table B-3: Upstream Greenhouse Gas Inventory Results for Coal**

| Feedstock | GHG | lb/MMBtu | | | kg/MMBtu | | | g/MJ | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | RMA | RMT | Total | RMA | RMT | Total | RMA | RMT | Total |
| Avg. Coal | $CO_2$ | 1.32E+00 | 1.33E+00 | 2.64E+00 | 5.97E-01 | 6.02E-01 | 1.20E+00 | 5.66E-01 | 5.71E-01 | 1.14E+00 |
| | $N_2O$ | 5.29E-04 | 3.21E-05 | 5.61E-04 | 2.40E-04 | 1.46E-05 | 2.54E-04 | 2.27E-04 | 1.38E-05 | 2.41E-04 |
| | $CH_4$ | 3.78E-01 | 7.23E-04 | 3.79E-01 | 1.72E-01 | 3.28E-04 | 1.72E-01 | 1.63E-01 | 3.11E-04 | 1.63E-01 |
| | $CO_2e$ (20-year) | 28.7 | 1.4 | 30.1 | 13.0 | 0.6 | 13.7 | 12.3 | 0.6 | 12.9 |
| | $CO_2e$ (100-year) | 10.9 | 1.4 | 12.3 | 5.0 | 0.6 | 5.6 | 4.7 | 0.6 | 5.3 |
| | $CO_2e$ (500-year) | 4.3 | 1.3 | 5.6 | 1.9 | 0.6 | 2.5 | 1.8 | 0.6 | 2.4 |
| Illinois No. 6 Coal | $CO_2$ | 2.53E+00 | 1.33E+00 | 3.86E+00 | 1.15E+00 | 6.02E-01 | 1.75E+00 | 1.09E+00 | 5.71E-01 | 1.66E+00 |
| | $N_2O$ | 3.97E-05 | 3.21E-05 | 7.18E-05 | 1.80E-05 | 1.46E-05 | 3.26E-05 | 1.71E-05 | 1.38E-05 | 3.09E-05 |
| | $CH_4$ | 9.40E-01 | 7.23E-04 | 9.41E-01 | 4.27E-01 | 3.28E-04 | 4.27E-01 | 4.04E-01 | 3.11E-04 | 4.05E-01 |
| | $SF_6$ | 4.98E-07 | 5.47E-12 | 4.98E-07 | 2.26E-07 | 2.48E-12 | 2.26E-07 | 2.14E-07 | 2.35E-12 | 2.14E-07 |
| | $CO_2e$ (20-year) | 70.3 | 1.4 | 71.7 | 31.9 | 0.6 | 32.5 | 30.2 | 0.6 | 30.8 |
| | $CO_2e$ (100-year) | 26.1 | 1.4 | 27.4 | 11.8 | 0.6 | 12.4 | 11.2 | 0.6 | 11.8 |
| | $CO_2e$ (500-year) | 9.7 | 1.3 | 11.0 | 4.4 | 0.6 | 5.0 | 4.2 | 0.6 | 4.7 |
| PRB Coal | $CO_2$ | 7.73E-01 | 1.33E+00 | 2.10E+00 | 3.51E-01 | 6.02E-01 | 9.53E-01 | 3.32E-01 | 5.71E-01 | 9.03E-01 |
| | $N_2O$ | 7.48E-04 | 3.21E-05 | 7.80E-04 | 3.39E-04 | 1.46E-05 | 3.54E-04 | 3.22E-04 | 1.38E-05 | 3.35E-04 |
| | $CH_4$ | 1.26E-01 | 7.23E-04 | 1.26E-01 | 5.70E-02 | 3.28E-04 | 5.74E-02 | 5.41E-02 | 3.11E-04 | 5.44E-02 |
| | $CO_2e$ (20-year) | 10.0 | 1.4 | 11.4 | 4.6 | 0.6 | 5.2 | 4.3 | 0.6 | 4.9 |
| | $CO_2e$ (100-year) | 4.1 | 1.4 | 5.5 | 1.9 | 0.6 | 2.5 | 1.8 | 0.6 | 2.4 |
| | $CO_2e$ (500-year) | 1.8 | 1.3 | 3.2 | 0.8 | 0.6 | 1.4 | 0.8 | 0.6 | 1.4 |

**Table B-4: Upstream Greenhouse Gas Inventory Results for Natural Gas-fired Power Generation**

| Power Plant (Feedstock) | GHG | lb/MWh | | | | | kg/MWh | | | | | g/MJ | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RMA | RMT | ECF | PT | Total | RMA | RMT | ECF | PT | Total | RMA | RMT | ECF | PT | Total |
| Fleet Baseload (Avg. Gas) | $CO_2$ | 5.81E+01 | 1.01E+01 | 8.75E+02 | 0.00E+00 | 9.43E+02 | 2.63E+01 | 4.60E+00 | 3.97E+02 | 0.00E+00 | 4.28E+02 | 7.31E+00 | 1.28E+00 | 1.10E+02 | 0.00E+00 | 1.19E+02 |
| | $N_2O$ | 1.81E-03 | 1.96E-04 | 2.45E-03 | 0.00E+00 | 4.45E-03 | 8.22E-04 | 8.88E-05 | 1.11E-03 | 0.00E+00 | 2.02E-03 | 2.28E-04 | 2.47E-05 | 3.08E-04 | 0.00E+00 | 5.61E-04 |
| | $CH_4$ | 6.31E+00 | 2.09E+00 | 2.44E-02 | 0.00E+00 | 8.42E+00 | 2.86E+00 | 9.46E-01 | 1.11E-02 | 0.00E+00 | 3.82E+00 | 7.95E-01 | 2.63E-01 | 3.07E-03 | 0.00E+00 | 1.06E+00 |
| | $SF_6$ | 4.80E-07 | 4.38E-12 | 0.00E+00 | 3.16E-04 | 3.16E-04 | 2.18E-07 | 1.99E-12 | 0.00E+00 | 1.43E-04 | 1.44E-04 | 6.04E-08 | 5.51E-13 | 0.00E+00 | 3.98E-05 | 3.99E-05 |
| | $CO_2e$ (20-year) | 513.0 | 160.4 | 877.0 | 5.2 | 1,555.6 | 232.7 | 72.8 | 397.8 | 2.3 | 705.6 | 64.6 | 20.2 | 110.5 | 0.6 | 196.0 |
| | $CO_2e$ (100-year) | 216.4 | 62.4 | 875.9 | 7.2 | 1,161.8 | 98.2 | 28.3 | 397.3 | 3.3 | 527.0 | 27.3 | 7.9 | 110.4 | 0.9 | 146.4 |
| | $CO_2e$ (500-year) | 106.3 | 26.0 | 875.1 | 10.3 | 1,017.7 | 48.2 | 11.8 | 396.9 | 4.7 | 461.6 | 13.4 | 3.3 | 110.3 | 1.3 | 128.2 |
| Fleet Baseload (Conv. Gas) | $CO_2$ | 6.22E+01 | 1.01E+01 | 8.75E+02 | 0.00E+00 | 9.47E+02 | 2.82E+01 | 4.60E+00 | 3.97E+02 | 0.00E+00 | 4.30E+02 | 7.84E+00 | 1.28E+00 | 1.10E+02 | 0.00E+00 | 1.19E+02 |
| | $N_2O$ | 2.10E-03 | 1.96E-04 | 2.45E-03 | 0.00E+00 | 4.75E-03 | 9.55E-04 | 8.88E-05 | 1.11E-03 | 0.00E+00 | 2.15E-03 | 2.65E-04 | 2.47E-05 | 3.08E-04 | 0.00E+00 | 5.98E-04 |
| | $CH_4$ | 5.26E+00 | 2.09E+00 | 2.44E-02 | 0.00E+00 | 7.37E+00 | 2.38E+00 | 9.46E-01 | 1.11E-02 | 0.00E+00 | 3.34E+00 | 6.62E-01 | 2.63E-01 | 3.07E-03 | 0.00E+00 | 9.28E-01 |
| | $SF_6$ | 5.26E-08 | 4.38E-12 | 0.00E+00 | 3.16E-04 | 3.16E-04 | 2.39E-08 | 1.99E-12 | 0.00E+00 | 1.43E-04 | 1.43E-04 | 6.63E-09 | 5.51E-13 | 0.00E+00 | 3.98E-05 | 3.98E-05 |
| | $CO_2e$ (20-year) | 441.3 | 160.4 | 877.0 | 5.2 | 1,483.9 | 200.2 | 72.8 | 397.8 | 2.3 | 673.1 | 55.6 | 20.2 | 110.5 | 0.6 | 187.0 |
| | $CO_2e$ (100-year) | 194.3 | 62.4 | 875.9 | 7.2 | 1,139.7 | 88.1 | 28.3 | 397.3 | 3.3 | 517.0 | 24.5 | 7.9 | 110.4 | 0.9 | 143.6 |
| | $CO_2e$ (500-year) | 102.5 | 26.0 | 875.1 | 10.3 | 1,013.9 | 46.5 | 11.8 | 396.9 | 4.7 | 459.9 | 12.9 | 3.3 | 110.3 | 1.3 | 127.8 |

| Power Plant (Feedstock) | GHG | lb/MWh | | | | | kg/MWh | | | | | g/MJ | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RMA | RMT | ECF | PT | Total | RMA | RMT | ECF | PT | Total | RMA | RMT | ECF | PT | Total |
| Fleet Baseload (UnConv. Gas) | CO$_2$ | 5.47E+01 | 1.01E+01 | 8.75E+02 | 0.00E+00 | 9.39E+02 | 2.48E+01 | 4.60E+00 | 3.97E+02 | 0.00E+00 | 4.26E+02 | 6.90E+00 | 1.28E+00 | 1.10E+02 | 0.00E+00 | 1.18E+02 |
| | N$_2$O | 1.58E-03 | 1.96E-04 | 2.45E-03 | 0.00E+00 | 4.22E-03 | 7.17E-04 | 8.88E-05 | 1.11E-03 | 0.00E+00 | 1.91E-03 | 1.99E-04 | 2.47E-05 | 3.08E-04 | 0.00E+00 | 5.32E-04 |
| | CH$_4$ | 7.15E+00 | 2.09E+00 | 2.44E-02 | 0.00E+00 | 9.26E+00 | 3.24E+00 | 9.46E-01 | 1.11E-02 | 0.00E+00 | 4.20E+00 | 9.01E-01 | 2.63E-01 | 3.07E-03 | 0.00E+00 | 1.17E+00 |
| | SF$_6$ | 8.20E-07 | 4.38E-12 | 0.00E+00 | 3.16E-04 | 3.17E-04 | 3.72E-07 | 1.99E-12 | 0.00E+00 | 1.43E-04 | 1.44E-04 | 1.03E-07 | 5.51E-13 | 0.00E+00 | 3.98E-05 | 3.99E-05 |
| | CO$_2$e (20-year) | 570.1 | 160.4 | 877.0 | 5.2 | 1,612.7 | 258.6 | 72.8 | 397.8 | 2.3 | 731.5 | 71.8 | 20.2 | 110.5 | 0.6 | 203.2 |
| | CO$_2$e (100-year) | 234.0 | 62.4 | 875.9 | 7.2 | 1,179.5 | 106.1 | 28.3 | 397.3 | 3.3 | 535.0 | 29.5 | 7.9 | 110.4 | 0.9 | 148.6 |
| | CO$_2$e (500-year) | 109.4 | 26.0 | 875.1 | 10.3 | 1,020.8 | 49.6 | 11.8 | 396.9 | 4.7 | 463.0 | 13.8 | 3.3 | 110.3 | 1.3 | 128.6 |
| Fleet Baseload (Marg. Onshore Gas) | CO$_2$ | 4.99E+01 | 1.01E+01 | 8.75E+02 | 0.00E+00 | 9.35E+02 | 2.26E+01 | 4.60E+00 | 3.97E+02 | 0.00E+00 | 4.24E+02 | 6.29E+00 | 1.28E+00 | 1.10E+02 | 0.00E+00 | 1.18E+02 |
| | N$_2$O | 1.41E-03 | 1.96E-04 | 2.45E-03 | 0.00E+00 | 4.05E-03 | 6.38E-04 | 8.88E-05 | 1.11E-03 | 0.00E+00 | 1.84E-03 | 1.77E-04 | 2.47E-05 | 3.08E-04 | 0.00E+00 | 5.10E-04 |
| | CH$_4$ | 3.33E+00 | 2.09E+00 | 2.44E-02 | 0.00E+00 | 5.44E+00 | 1.51E+00 | 9.46E-01 | 1.11E-02 | 0.00E+00 | 2.47E+00 | 4.20E-01 | 2.63E-01 | 3.07E-03 | 0.00E+00 | 6.86E-01 |
| | SF$_6$ | 9.27E-09 | 4.38E-12 | 0.00E+00 | 3.16E-04 | 3.16E-04 | 4.20E-09 | 1.99E-12 | 0.00E+00 | 1.43E-04 | 1.43E-04 | 1.17E-09 | 5.51E-13 | 0.00E+00 | 3.98E-05 | 3.98E-05 |
| | CO$_2$e (20-year) | 290.4 | 160.4 | 877.0 | 5.2 | 1,332.9 | 131.7 | 72.8 | 397.8 | 2.3 | 604.6 | 36.6 | 20.2 | 110.5 | 0.6 | 167.9 |
| | CO$_2$e (100-year) | 133.7 | 62.4 | 875.9 | 7.2 | 1,079.1 | 60.6 | 28.3 | 397.3 | 3.3 | 489.5 | 16.8 | 7.9 | 110.4 | 0.9 | 136.0 |
| | CO$_2$e (500-year) | 75.5 | 26.0 | 875.1 | 10.3 | 986.9 | 34.2 | 11.8 | 396.9 | 4.7 | 447.6 | 9.5 | 3.3 | 110.3 | 1.3 | 124.3 |
| GTSC (Avg. Gas) | CO$_2$ | 7.26E+01 | 1.27E+01 | 1.33E+03 | 0.00E+00 | 1.42E+03 | 3.29E+01 | 5.75E+00 | 6.04E+02 | 0.00E+00 | 6.42E+02 | 9.15E+00 | 1.60E+00 | 1.68E+02 | 0.00E+00 | 1.78E+02 |
| | N$_2$O | 2.27E-03 | 2.45E-04 | 2.86E-05 | 0.00E+00 | 2.54E-03 | 1.03E-03 | 1.11E-04 | 1.30E-05 | 0.00E+00 | 1.15E-03 | 2.86E-04 | 3.08E-05 | 3.61E-06 | 0.00E+00 | 3.20E-04 |
| | CH$_4$ | 7.90E+00 | 2.61E+00 | 2.13E-03 | 0.00E+00 | 1.05E+01 | 3.58E+00 | 1.18E+00 | 1.20E-03 | 0.00E+00 | 4.77E+00 | 9.95E-01 | 3.29E-01 | 3.32E-04 | 0.00E+00 | 1.32E+00 |
| | SF$_6$ | 6.00E-07 | 5.48E-12 | 4.34E-08 | 3.16E-04 | 3.17E-04 | 2.72E-07 | 2.48E-12 | 1.97E-08 | 1.43E-04 | 1.44E-04 | 7.56E-08 | 6.90E-13 | 5.47E-09 | 3.98E-05 | 3.99E-05 |
| | CO$_2$e (20-year) | 641.8 | 200.7 | 1,330.7 | 5.2 | 2,178.4 | 291.1 | 91.0 | 603.6 | 2.3 | 988.1 | 80.9 | 25.3 | 167.7 | 0.6 | 274.5 |
| | CO$_2$e (100-year) | 270.7 | 78.0 | 1,330.6 | 7.2 | 1,686.6 | 122.8 | 35.4 | 603.6 | 3.3 | 765.0 | 34.1 | 9.8 | 167.7 | 0.9 | 212.5 |
| | CO$_2$e (500-year) | 133.0 | 32.6 | 1,330.6 | 10.3 | 1,506.4 | 60.3 | 14.8 | 603.5 | 4.7 | 683.3 | 16.8 | 4.1 | 167.6 | 1.3 | 189.8 |
| NGCC (Avg. Gas) | CO$_2$ | 4.71E+01 | 8.23E+00 | 8.66E+02 | 0.00E+00 | 9.22E+02 | 2.14E+01 | 3.73E+00 | 3.93E+02 | 0.00E+00 | 4.18E+02 | 5.94E+00 | 1.04E+00 | 1.09E+02 | 0.00E+00 | 1.16E+02 |
| | N$_2$O | 1.47E-03 | 1.59E-04 | 3.33E-05 | 0.00E+00 | 1.66E-03 | 6.67E-04 | 7.21E-05 | 1.51E-05 | 0.00E+00 | 7.55E-04 | 1.85E-04 | 2.00E-05 | 4.20E-06 | 0.00E+00 | 2.10E-04 |
| | CH$_4$ | 5.12E+00 | 1.69E+00 | 1.31E-03 | 0.00E+00 | 6.82E+00 | 2.32E+00 | 7.68E-01 | 5.94E-04 | 0.00E+00 | 3.09E+00 | 6.46E-01 | 2.13E-01 | 1.65E-04 | 0.00E+00 | 8.59E-01 |
| | SF$_6$ | 3.89E-07 | 3.55E-12 | 7.55E-07 | 3.16E-04 | 3.17E-04 | 1.77E-07 | 1.61E-12 | 3.42E-07 | 1.43E-04 | 1.44E-04 | 4.91E-08 | 4.48E-13 | 9.51E-08 | 3.98E-05 | 4.00E-05 |
| | CO$_2$e (20-year) | 416.5 | 130.2 | 866.5 | 5.2 | 1,418.5 | 188.9 | 59.1 | 393.1 | 2.3 | 643.4 | 52.5 | 16.4 | 109.2 | 0.6 | 178.7 |
| | CO$_2$e (100-year) | 175.7 | 50.6 | 866.5 | 7.2 | 1,100.0 | 79.7 | 23.0 | 393.0 | 3.3 | 499.0 | 22.1 | 6.4 | 109.2 | 0.9 | 138.6 |
| | CO$_2$e (500-year) | 86.3 | 21.1 | 866.5 | 10.3 | 984.2 | 39.2 | 9.6 | 393.0 | 4.7 | 446.4 | 10.9 | 2.7 | 109.2 | 1.3 | 124.0 |
| NGCC/ccs (Avg. Gas) | CO$_2$ | 5.52E+01 | 9.65E+00 | 1.13E+02 | 0.00E+00 | 1.78E+02 | 2.51E+01 | 4.38E+00 | 5.13E+01 | 0.00E+00 | 8.07E+01 | 6.96E+00 | 1.22E+00 | 1.42E+01 | 0.00E+00 | 2.24E+01 |
| | N$_2$O | 1.72E-03 | 1.86E-04 | 5.18E-05 | 0.00E+00 | 1.96E-03 | 7.82E-04 | 8.45E-05 | 2.35E-05 | 0.00E+00 | 8.90E-04 | 2.17E-04 | 2.35E-05 | 6.53E-06 | 0.00E+00 | 2.47E-04 |
| | CH$_4$ | 6.01E+00 | 1.99E+00 | 1.71E-03 | 0.00E+00 | 7.99E+00 | 2.72E+00 | 9.01E-01 | 7.78E-04 | 0.00E+00 | 3.63E+00 | 7.57E-01 | 2.50E-01 | 2.16E-04 | 0.00E+00 | 1.01E+00 |
| | SF$_6$ | 4.57E-07 | 4.16E-12 | 8.81E-07 | 3.16E-04 | 3.17E-04 | 2.07E-07 | 1.89E-12 | 4.00E-07 | 1.43E-04 | 1.44E-04 | 5.75E-08 | 5.25E-13 | 1.11E-07 | 3.98E-05 | 4.00E-05 |
| | CO$_2$e (20-year) | 488.2 | 152.7 | 113.2 | 5.2 | 759.2 | 221.5 | 69.2 | 51.3 | 2.3 | 344.4 | 61.5 | 19.2 | 14.3 | 0.6 | 95.7 |
| | CO$_2$e (100-year) | 205.9 | 59.3 | 113.1 | 7.2 | 385.6 | 93.4 | 26.9 | 51.3 | 3.3 | 174.9 | 25.9 | 7.5 | 14.3 | 0.9 | 48.6 |
| | CO$_2$e (500-year) | 101.2 | 24.8 | 113.1 | 10.3 | 249.3 | 45.9 | 11.2 | 51.3 | 4.7 | 113.1 | 12.7 | 3.1 | 14.2 | 1.3 | 31.4 |

**Table B-5: Upstream Greenhouse Gas Inventory Results for Coal-fired Power Generation**

| Power Plant (Feedstock) | GHG | lb/MWh | | | | | kg/MWh | | | | | g/MJ | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RMA | RMT | ECF | PT | Total | RMA | RMT | ECF | PT | Total | RMA | RMT | ECF | PT | Total |
| Fleet Baseload (Avg. Coal) | $CO_2$ | 1.38E+01 | 1.39E+01 | 2.33E+03 | 0.00E+00 | 2.35E+03 | 6.26E+00 | 6.31E+00 | 1.06E+03 | 0.00E+00 | 1.07E+03 | 1.74E+00 | 1.75E+00 | 2.93E+02 | 0.00E+00 | 2.97E+02 |
| | $N_2O$ | 5.54E-03 | 3.36E-04 | 3.99E-02 | 0.00E+00 | 4.58E-02 | 2.51E-03 | 1.53E-04 | 1.81E-02 | 0.00E+00 | 2.08E-02 | 6.98E-04 | 4.24E-05 | 5.03E-03 | 0.00E+00 | 5.77E-03 |
| | $CH_4$ | 3.96E+00 | 7.57E-03 | 2.67E-02 | 0.00E+00 | 4.00E+00 | 1.80E+00 | 3.43E-03 | 1.21E-02 | 0.00E+00 | 1.81E+00 | 4.99E-01 | 9.54E-04 | 3.37E-03 | 0.00E+00 | 5.04E-01 |
| | $SF_6$ | 1.77E-06 | 5.73E-11 | 0.00E+00 | 3.16E-04 | 3.18E-04 | 8.03E-07 | 2.60E-11 | 0.00E+00 | 1.43E-04 | 1.44E-04 | 2.23E-07 | 7.22E-12 | 0.00E+00 | 3.98E-05 | 4.00E-05 |
| | $CO_2e$ (20-year) | 300.8 | 14.5 | 2,340.1 | 5.2 | 2,660.6 | 136.4 | 6.6 | 1,061.5 | 2.3 | 1,206.8 | 37.9 | 1.8 | 294.9 | 0.6 | 335.2 |
| | $CO_2e$ (100-year) | 114.6 | 14.2 | 2,339.2 | 7.2 | 2,475.2 | 52.0 | 6.4 | 1,061.1 | 3.3 | 1,122.7 | 14.4 | 1.8 | 294.7 | 0.9 | 311.9 |
| | $CO_2e$ (500-year) | 44.8 | 14.0 | 2,333.0 | 10.3 | 2,401.1 | 20.3 | 6.4 | 1,058.2 | 4.7 | 1,089.6 | 5.6 | 1.8 | 294.0 | 1.3 | 302.7 |
| EXPC (Illinois No. 6 Coal) | $CO_2$ | 2.24E+01 | 1.18E+01 | 2.23E+03 | 0.00E+00 | 2.27E+03 | 1.02E+01 | 5.34E+00 | 1.01E+03 | 0.00E+00 | 1.03E+03 | 2.83E+00 | 1.48E+00 | 2.81E+02 | 0.00E+00 | 2.85E+02 |
| | $N_2O$ | 3.52E-04 | 2.85E-04 | 3.77E-02 | 0.00E+00 | 3.83E-02 | 1.60E-04 | 1.29E-04 | 1.71E-02 | 0.00E+00 | 1.74E-02 | 4.44E-05 | 3.59E-05 | 4.75E-03 | 0.00E+00 | 4.83E-03 |
| | $CH_4$ | 8.35E+00 | 6.42E-03 | 2.51E-02 | 0.00E+00 | 8.38E+00 | 3.79E+00 | 2.91E-03 | 1.14E-02 | 0.00E+00 | 3.80E+00 | 1.05E+00 | 8.08E-04 | 3.17E-03 | 0.00E+00 | 1.06E+00 |
| | $SF_6$ | 4.42E-06 | 4.85E-11 | 6.11E-07 | 3.16E-04 | 3.21E-04 | 2.00E-06 | 2.20E-11 | 2.77E-07 | 1.43E-04 | 1.46E-04 | 5.57E-07 | 6.11E-12 | 7.70E-08 | 3.98E-05 | 4.04E-05 |
| | $CO_2e$ (20-year) | 623.7 | 12.3 | 2,243.5 | 5.2 | 2,884.7 | 282.9 | 5.6 | 1,017.6 | 2.3 | 1,308.5 | 78.6 | 1.6 | 282.7 | 0.6 | 363.5 |
| | $CO_2e$ (100-year) | 231.4 | 12.0 | 2,242.7 | 7.2 | 2,493.3 | 104.9 | 5.5 | 1,017.3 | 3.3 | 1,130.9 | 29.2 | 1.5 | 282.6 | 0.9 | 314.1 |
| | $CO_2e$ (500-year) | 86.1 | 11.9 | 2,236.8 | 10.3 | 2,345.0 | 39.0 | 5.4 | 1,014.6 | 4.7 | 1,063.7 | 10.8 | 1.5 | 281.8 | 1.3 | 295.5 |
| IGCC (Illinois No. 6 Coal) | $CO_2$ | 1.98E+01 | 1.04E+01 | 1.89E+03 | 0.00E+00 | 1.92E+03 | 8.98E+00 | 4.72E+00 | 8.57E+02 | 0.00E+00 | 8.71E+02 | 2.49E+00 | 1.31E+00 | 2.38E+02 | 0.00E+00 | 2.42E+02 |
| | $N_2O$ | 3.11E-04 | 2.52E-04 | 4.67E-05 | 0.00E+00 | 6.09E-04 | 1.41E-04 | 1.14E-04 | 2.12E-05 | 0.00E+00 | 2.76E-04 | 3.92E-05 | 3.17E-05 | 5.89E-06 | 0.00E+00 | 7.68E-05 |
| | $CH_4$ | 7.37E+00 | 5.66E-03 | 9.58E-03 | 0.00E+00 | 7.38E+00 | 3.34E+00 | 2.57E-03 | 4.35E-03 | 0.00E+00 | 3.35E+00 | 9.28E-01 | 7.13E-04 | 1.21E-03 | 0.00E+00 | 9.30E-01 |
| | $SF_6$ | 3.90E-06 | 4.28E-11 | 7.69E-07 | 3.16E-04 | 3.21E-04 | 1.77E-06 | 1.94E-11 | 3.49E-07 | 1.43E-04 | 1.45E-04 | 4.91E-07 | 5.40E-12 | 9.69E-08 | 3.98E-05 | 4.04E-05 |
| | $CO_2e$ (20-year) | 550.4 | 10.9 | 1,890.8 | 5.2 | 2,457.2 | 249.7 | 4.9 | 857.7 | 2.3 | 1,114.6 | 69.3 | 1.4 | 238.2 | 0.6 | 309.6 |
| | $CO_2e$ (100-year) | 204.2 | 10.6 | 1,890.4 | 7.2 | 2,112.4 | 92.6 | 4.8 | 857.5 | 3.3 | 958.2 | 25.7 | 1.3 | 238.2 | 0.9 | 266.2 |
| | $CO_2e$ (500-year) | 76.0 | 10.5 | 1,890.2 | 10.3 | 1,987.0 | 34.5 | 4.8 | 857.4 | 4.7 | 901.3 | 9.6 | 1.3 | 238.2 | 1.3 | 250.4 |
| IGCC/ccs (Illinois No. 6 Coal) | $CO_2$ | 2.33E+01 | 1.22E+01 | 2.46E+02 | 0.00E+00 | 2.81E+02 | 1.06E+01 | 5.55E+00 | 1.11E+02 | 0.00E+00 | 1.28E+02 | 2.94E+00 | 1.54E+00 | 3.10E+01 | 0.00E+00 | 3.54E+01 |
| | $N_2O$ | 3.66E-04 | 2.96E-04 | 9.13E-05 | 0.00E+00 | 7.54E-04 | 1.66E-04 | 1.34E-04 | 4.14E-05 | 0.00E+00 | 3.42E-04 | 4.61E-05 | 3.73E-05 | 1.15E-05 | 0.00E+00 | 9.50E-05 |
| | $CH_4$ | 8.67E+00 | 6.67E-03 | 1.15E-02 | 0.00E+00 | 8.69E+00 | 3.93E+00 | 3.02E-03 | 5.20E-03 | 0.00E+00 | 3.94E+00 | 1.09E+00 | 8.40E-04 | 1.45E-03 | 0.00E+00 | 1.10E+00 |
| | $SF_6$ | 4.59E-06 | 5.04E-11 | 8.72E-07 | 3.16E-04 | 3.21E-04 | 2.08E-06 | 2.29E-11 | 3.96E-07 | 1.43E-04 | 1.46E-04 | 5.78E-07 | 6.35E-12 | 1.10E-07 | 3.98E-05 | 4.05E-05 |
| | $CO_2e$ (20-year) | 648.1 | 12.8 | 246.6 | 5.2 | 912.7 | 294.0 | 5.8 | 111.9 | 2.3 | 414.0 | 81.7 | 1.6 | 31.1 | 0.6 | 115.0 |
| | $CO_2e$ (100-year) | 240.4 | 12.5 | 246.1 | 7.2 | 506.2 | 109.0 | 5.7 | 111.6 | 3.3 | 229.6 | 30.3 | 1.6 | 31.0 | 0.9 | 63.8 |
| | $CO_2e$ (500-year) | 89.5 | 12.3 | 245.9 | 10.3 | 358.0 | 40.6 | 5.6 | 111.5 | 4.7 | 162.4 | 11.3 | 1.6 | 31.0 | 1.3 | 45.1 |

Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production

| Power Plant (Feedstock) | GHG | lb/MWh | | | | | kg/MWh | | | | | g/MJ | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | RMA | RMT | ECF | PT | Total | RMA | RMT | ECF | PT | Total | RMA | RMT | ECF | PT | Total |
| SCPC (Illinois No. 6 Coal) | $CO_2$ | 1.94E+01 | 1.02E+01 | 1.91E+03 | 0.00E+00 | 1.94E+03 | 8.78E+00 | 4.61E+00 | 8.66E+02 | 0.00E+00 | 8.79E+02 | 2.44E+00 | 1.28E+00 | 2.41E+02 | 0.00E+00 | 2.44E+02 |
| | $N_2O$ | 3.04E-04 | 2.46E-04 | 6.99E-05 | 0.00E+00 | 6.20E-04 | 1.38E-04 | 1.12E-04 | 3.17E-05 | 0.00E+00 | 2.81E-04 | 3.83E-05 | 3.10E-05 | 8.81E-06 | 0.00E+00 | 7.81E-05 |
| | $CH_4$ | 7.20E+00 | 5.53E-03 | 8.98E-03 | 0.00E+00 | 7.22E+00 | 3.27E+00 | 2.51E-03 | 4.07E-03 | 0.00E+00 | 3.27E+00 | 9.07E-01 | 6.97E-04 | 1.13E-03 | 0.00E+00 | 9.09E-01 |
| | $SF_6$ | 3.81E-06 | 4.19E-11 | 8.26E-07 | 3.16E-04 | 3.21E-04 | 1.73E-06 | 1.90E-11 | 3.74E-07 | 1.43E-04 | 1.45E-04 | 4.80E-07 | 5.27E-12 | 1.04E-07 | 3.98E-05 | 4.04E-05 |
| | $CO_2e$ (20-year) | 538.0 | 10.6 | 1,910.1 | 5.2 | 2,463.9 | 244.0 | 4.8 | 866.4 | 2.3 | 1,117.6 | 67.8 | 1.3 | 240.7 | 0.6 | 310.5 |
| | $CO_2e$ (100-year) | 199.6 | 10.4 | 1,909.7 | 7.2 | 2,126.9 | 90.5 | 4.7 | 866.2 | 3.3 | 964.7 | 25.1 | 1.3 | 240.6 | 0.9 | 268.0 |
| | $CO_2e$ (500-year) | 74.3 | 10.2 | 1,909.5 | 10.3 | 2,004.3 | 33.7 | 4.6 | 866.2 | 4.7 | 909.2 | 9.4 | 1.3 | 240.6 | 1.3 | 252.5 |
| SCPC/ccs (Illinois No. 6 Coal) | $CO_2$ | 2.78E+01 | 1.46E+01 | 3.02E+02 | 0.00E+00 | 3.45E+02 | 1.26E+01 | 6.63E+00 | 1.37E+02 | 0.00E+00 | 1.56E+02 | 3.51E+00 | 1.84E+00 | 3.81E+01 | 0.00E+00 | 4.34E+01 |
| | $N_2O$ | 4.37E-04 | 3.53E-04 | 1.07E-04 | 0.00E+00 | 8.97E-04 | 1.98E-04 | 1.60E-04 | 4.85E-05 | 0.00E+00 | 4.07E-04 | 5.50E-05 | 4.45E-05 | 1.35E-05 | 0.00E+00 | 1.13E-04 |
| | $CH_4$ | 1.04E+01 | 7.95E-03 | 9.79E-03 | 0.00E+00 | 1.04E+01 | 4.69E+00 | 3.61E-03 | 4.44E-03 | 0.00E+00 | 4.70E+00 | 1.30E+00 | 1.00E-03 | 1.23E-03 | 0.00E+00 | 1.31E+00 |
| | $SF_6$ | 5.48E-06 | 6.02E-11 | 8.34E-07 | 3.16E-04 | 3.22E-04 | 2.48E-06 | 2.73E-11 | 3.78E-07 | 1.43E-04 | 1.46E-04 | 6.90E-07 | 7.58E-12 | 1.05E-07 | 3.98E-05 | 4.06E-05 |
| | $CO_2e$ (20-year) | 773.3 | 15.3 | 302.8 | 5.2 | 1,096.5 | 350.7 | 6.9 | 137.4 | 2.3 | 497.4 | 97.4 | 1.9 | 38.2 | 0.6 | 138.2 |
| | $CO_2e$ (100-year) | 286.8 | 14.9 | 302.4 | 7.2 | 611.3 | 130.1 | 6.8 | 137.2 | 3.3 | 277.3 | 36.1 | 1.9 | 38.1 | 0.9 | 77.0 |
| | $CO_2e$ (500-year) | 106.7 | 14.7 | 302.2 | 10.3 | 434.0 | 48.4 | 6.7 | 137.1 | 4.7 | 196.8 | 13.4 | 1.9 | 38.1 | 1.3 | 54.7 |





# Natural Gas and the Transformation of the U.S. Energy Sector: Electricity

Jeffrey Logan, Garvin Heath, and Jordan Macknick
*National Renewable Energy Laboratory*

Elizabeth Paranhos and William Boyd
*University of Colorado Law School*

Ken Carlson
*Colorado State University*

The Joint Institute for Strategic Energy Analysis is operated by the Alliance for Sustainable Energy, LLC, on behalf of the U.S. Department of Energy's National Renewable Energy Laboratory, the University of Colorado-Boulder, the Colorado School of Mines, the Colorado State University, the Massachusetts Institute of Technology, and Stanford University.

**Technical Report**
NREL/TP-6A50-55538
November 2012

Contract No. DE-AC36-08GO28308



Joint Institute for
Strategic Energy Analysis

# Natural Gas and the Transformation of the U.S. Energy Sector: Electricity

## Jeffrey Logan, Garvin Heath, and Jordan Macknick
*National Renewable Energy Laboratory*

## Elizabeth Paranhos and William Boyd
*University of Colorado Law School*

## Ken Carlson
*Colorado State University*

Prepared under Task No. WWJI.1010

**The Joint Institute for Strategic Energy Analysis is operated by the Alliance for Sustainable Energy, LLC, on behalf of the U.S. Department of Energy's National Renewable Energy Laboratory, the University of Colorado-Boulder, the Colorado School of Mines, the Colorado State University, the Massachusetts Institute of Technology, and Stanford University.**

JISEA® and all JISEA-based marks are trademarks or registered trademarks of the Alliance for Sustainable Energy, LLC.

The Joint Institute for
Strategic Energy Analysis
15013 Denver West Parkway
Golden, CO 80401
303-275-3000 • www.jisea.org

**Technical Report**
NREL/TP-6A50-55538
November 2012

Contract No. DE-AC36-08GO28308

**NOTICE**

This report was prepared by the Joint Institute for Strategic Energy Analysis and funded by its corporate sponsors. The Joint Institute for Strategic Energy Analysis is operated by the Alliance for Sustainable Energy, LLC, on behalf of the U.S. Department of Energy's National Renewable Energy Laboratory, the University of Colorado-Boulder, the Colorado School of Mines, the Colorado State University, the Massachusetts Institute of Technology, and Stanford University. Neither the United States government nor any agency thereof, nor any of their employees, makes any warranty, express or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference herein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States government or any agency thereof. The views and opinions of authors expressed herein do not necessarily state or reflect those of the United States government or any agency thereof.

Available electronically at http://www.osti.gov/bridge

Available for a processing fee to U.S. Department of Energy
and its contractors, in paper, from:

      U.S. Department of Energy
      Office of Scientific and Technical Information
      P.O. Box 62
      Oak Ridge, TN 37831-0062
      phone:  865.576.8401
      fax: 865.576.5728
      email:  mailto:reports@adonis.osti.gov

Available for sale to the public, in paper, from:

      U.S. Department of Commerce
      National Technical Information Service
      5285 Port Royal Road
      Springfield, VA 22161
      phone:  800.553.6847
      fax:  703.605.6900
      email: orders@ntis.fedworld.gov
      online ordering:  http://www.ntis.gov/help/ordermethods.aspx

Cover Photos: (left to right) PIX 12721, PIX 13995, © GM Corp., PIX 16161, PIX 15539, PIX 16701

Printed on paper containing at least 50% wastepaper, including 10% post consumer waste.

# About JISEA

The Joint Institute for Strategic Energy Analysis (JISEA) conducts interdisciplinary research—realized through teams drawn from the founding partners and a network of national and global affiliates—and provides objective and credible data, tools, and analysis to guide global energy investment and policy decisions. JISEA is focused on providing leading analysis; guiding decisions on energy, investment, and policy; and answering questions that enable a cost-effective transition to sustainable energy at significant speed and scale, while minimizing unintended impacts.

JISEA is operated by the Alliance for Sustainable Energy, LLC, on behalf of the U.S. Department of Energy's National Renewable Energy Laboratory (NREL), the University of Colorado-Boulder, the Colorado School of Mines, the Colorado State University, the Massachusetts Institute of Technology, and Stanford University. Each institution brings a unique set of capabilities to the partnership.

Learn more at JISEA.org.

# Foreword

We are very pleased to present this work on natural gas and the transformation of the United States' power sector. The subject is both highly topical and divisive. Very few people saw the dramatic changes coming that are being witnessed in the U.S. natural gas sector. The critical role of unconventional gas—and specifically, shale gas—has been dramatic. The changes taking place in the U.S. natural gas sector go well beyond the boundaries of traditional energy-sector analysis. They touch on areas as diverse as foreign policy and industrial competitiveness.

This makes the topic ripe for robust analytical work, which is the role of the Joint Institute for Strategic Energy Analysis (JISEA).

To help inform both the national and international dialogue on this subject, we have focused on a few key areas critical to decision makers.  These issues include greenhouse gas emissions, regulatory interventions, water management, and the portfolio of generation in the power sector.

As part of our series of studies on the U.S. energy system, this body of work continues to elucidate details related to life cycle greenhouse gas emissions of shale gas relative to other options for power generation. It also contributes new analysis related to water and regulatory frameworks that are evolving apace. Additionally, we evaluate various pathways for the evolution of the electric sector given a range of options for natural gas, other technologies, and policy.

Although the four principal areas of focus in this report are closely interrelated, each has its own specific needs in terms of analysis, investment risk, and policy design. We have presented detailed consideration of each area, with further appended supporting material, to contribute to the ongoing and increasing national and international dialogue.

We hope you enjoy the report and find the results and discussion useful for your work.

**Douglas J. Arent**
**Executive Director, JISEA**

# Preface

This report was developed with guidance from a cross-section of natural gas and electricity sector stakeholders. In 2011, JISEA convened a workshop with representatives from these organizations, some of whom also provided financial support for this work. That workshop resulted in identifying several key analytical issues for natural gas in the electric power sector that need to be addressed. Research, analysis, and writing were performed independently by the authors, with editorial oversight by JISEA. This study has been extensively peer reviewed. Findings, content, and conclusions of this study are the sole responsibility of the JISEA study team. JISEA provides objective information so that decision makers can make informed choices, but does not make its own policy recommendations.

Although the sponsoring organizations provided invaluable perspective and advice to the study group, individual members may have different views on one or more matters addressed in the report. The sponsoring organizations were not asked individually or collectively to endorse the report findings nor should any implied endorsement by the sponsoring organizations be assumed.

# Authors

**Jeffrey Logan,** Lead Author, Introduction and Chapters 4 and 5. Mr. Logan is a Senior Research Analyst and Section Supervisor at NREL. He has two decades of experience in clean energy policy analysis and project management, including prior appointments at the International Energy Agency in Paris and the Congressional Research Service in Washington, D.C.

**Garvin Heath**, Ph.D., Lead Author, Chapter 1. Dr. Heath is a Senior Scientist at NREL. He has 18 years of experience evaluating environmental impacts of energy technologies, both at NREL and the U.S. Environmental Protection Agency.

**Elizabeth deLone Paranhos**, J.D., Lead Author, Chapter 2. Ms. Paranhos is a Senior Research Fellow, Energy Innovation Initiative, University of Colorado Law School. She is an environmental attorney specializing in clean air and energy policy with ten years of experience. For the past three years, her practice has focused primarily on natural gas activities.

**William Boyd**, J.D., PhD, Co-Author, Chapter 2. Mr. Boyd is an associate professor at the University of Colorado Law School, where he teaches and conducts research in the areas of energy law and regulation, environmental law, and climate change law and policy. He is a fellow of the Renewable and Sustainable Energy Institute and serves as the University of Colorado representative on the JISEA program committee.

**Ken Carlson**, Ph.D., Lead Author, Chapter 3. Dr. Carlson is an Associate Professor in Civil and Environmental Engineering, Colorado State University, and the Director of the Colorado Energy Water Consortium (http://cewc.colostate.edu). He has 16 years of experience in energy and water engineering issues.

**Jordan Macknick,** Co-Author, Chapter 3. Mr. Macknick is an Energy and Environmental Analyst at NREL. He has seven years of experience evaluating international energy and water issues.

**Contributing NREL Authors**:  Noah Fisher, James Meldrum, Ph.D. (Chapter 1); Courtney Lee (Chapter 3); Anthony Lopez, Trieu Mai (Chapter 4).

**Study Director:**  Lynn Billman. Ms. Billman is a Senior Research Analyst and Section Supervisor at NREL. She has many years of experience leading major projects at NREL in all areas of renewable energy and energy efficiency.

## Suggested Citation

Joint Institute for Strategic Energy Analysis (JISEA). 2012. Natural Gas and the Transformation of the U.S. Energy Sector: Electricity. Logan, J., Heath, G., Paranhos, E., Boyd, W., Carlson, K., Macknick, J. *NREL/TP-6A50-55538*. Golden, CO, USA: National Renewable Energy Laboratory.

# Acknowledgments

The JISEA institutional partner universities—University of Colorado-Boulder, Colorado School of Mines, Colorado State University, Massachusetts Institute of Technology, Stanford University—provided instrumental support throughout this study effort. The engagement of our partner universities made this report possible.

The authors would like to thank the following individuals for research assistance:  Ashwin Dhanasekar, Shane White, and Xiaochen Yang of Colorado State University; Katie Patterson and Jamie Cavanaugh of the University of Colorado Law School; and Carolyn Davidson, Andrew Martinez, Patrick O'Donoughue, and Vanessa Pineda of the National Renewable Energy Laboratory.

We would like to thank the following organizations for their support and steering committee engagement: British Petroleum; Colorado Oil and Gas Association; ConocoPhillips; DB Climate Change Advisors; Electric Power Research Institute; GE Energy; National Grid; Southern Company; UBS Global Asset Management; and Xcel Energy.

This report has been reviewed in draft form by individuals chosen for their diverse perspectives and technical expertise. These reviews serve to make this report as technically sound as possible, and they ensure that the report meets institutional standards for objectivity, evidence, and responsiveness to the study scope.

We wish to thank the following individuals for their participation in the review of this report:

- Dan Bakal, Monika Freyman, Joe Kwasnik, and Ryan Salmon, CERES, and also for their engagement on the steering committee
- Dr. Stanley Bull, Midwest Research Institute
- Mr. Christopher Carr, J.D., C2E2 Strategies LLC
- Dr. Christa Court, Midwest Research Institute at the National Energy Technology Laboratory
- Dr. David Kline, NREL
- Dr. Joel Swisher, Stanford University and Rocky Mountain Institute
- Dr. Sue Tierney, The Analysis Group
- Dr. Azra Tutuncu, Colorado School of Mines
- Dr. Michael Webber, University of Texas
- Mr. Jeffrey Withum, Midwest Research Institute at the National Energy Technology Laboratory
- Dr. Mark Zoback, Stanford University

Additionally, the authors are grateful for review of Chapter 1 by Tim Skone of the National Energy Technology Laboratory and by Joe Marriott of Booz Allen Hamilton, who supports the National Energy Technology Laboratory. Prof. Hannah Wiseman of the Florida State University College of Law and Jon Goldstein with The Environmental Defense Fund also provided insightful review and helpful comments on the regulatory chapter. Daniel Steinberg of the National Renewable Energy Laboratory also provided key suggestions for the modeling scenarios.

# Acronyms and Abbreviations

| | |
|---|---|
| AGR | acid gas removal |
| bbl | barrels |
| Bcf | billion cubic feet |
| Bcf/d | billion cubic feet per day |
| BLM | Bureau of Land Management |
| Btu | British thermal unit(s) |
| CBM | coal-bed methane |
| CCS | carbon capture and sequestration |
| CERCLA | Comprehensive Environmental Response, Compensation, and Liability Act |
| CES | clean energy standard (also known as clean electricity standard) |
| cf | cubic feet |
| $CH_4$ | methane, the primary component of natural gas |
| $CO_2$ | carbon dioxide |
| $CO_2e$ | carbon dioxide equivalent |
| COGCC | Colorado Oil and Gas Conservation Commission |
| CSP | concentrating solar power |
| CWTs | centralized waste treatment facilities |
| EIA | Energy Information Administration |
| EPA | Environmental Protection Agency |
| EUR | estimated ultimate recovery |
| FF | frac flowback (water) |
| g | gram(s) |
| GHG | greenhouse gas |
| GIS | geographic information system |
| GW | gigawatt(s) |
| hp | horsepower |
| hr | hour |
| kg | kilogram(s) |
| kWh | kilowatt-hour(s) |
| lb | pound(s) |
| LCA | life cycle assessment |
| LNG | liquefied natural gas |
| MJ | megajoules |
| Mcf | thousand cubic feet |
| MMBtu | million British thermal unit(s) |
| NG-CC | natural gas combined-cycle |
| NG-CCS | natural gas generator with carbon capture and sequestration |
| NG-CT | natural gas combustion turbine |
| NGLs | natural gas liquids |
| $NO_x$ | nitrogen oxides |
| NREL | National Renewable Energy Laboratory |
| NSPS | New Source Performance Standards |
| POTWs | publicly owned treatment works |
| PW | produced water |
| PV | photovoltaic |

| | |
|---|---|
| RE | renewable energy (also known as renewable electricity) |
| RE Futures | Renewable Electricity Futures Study |
| ReEDS | Regional Energy Deployment System |
| SCC | Source Classification Code |
| scf | standard cubic foot |
| SEAB | Secretary of Energy Advisory Board Shale Gas Production |
| SolarDS | Solar Deployment System |
| TCEQ | Texas Commission on Environmental Quality |
| Tcf | trillion cubic feet |
| Tg | teragram(s), or million metric ton(s) |
| VOC | volatile organic compound |
| yr | year |

# Table of Contents

About JISEA ............................................................................................................................ iii
Foreword ................................................................................................................................ iv
Preface .................................................................................................................................... v
Acknowledgments ................................................................................................................. vii
Acronyms and Abbreviations ............................................................................................... viii
Executive Summary ................................................................................................................ 1
Introduction .......................................................................................................................... 11
1   Life Cycle Greenhouse Gas Emissions from Barnett Shale Gas Used to Generate Electricity . 16
    1.1 Introduction ................................................................................................................. 16
    1.2 Methods and Data ........................................................................................................ 19
    1.3 Results ......................................................................................................................... 24
    1.4 Conclusions ................................................................................................................. 35
2   Regulatory Framework Governing Unconventional Gas Development ........................................ 38
    2.1 Introduction ................................................................................................................. 38
    2.2 Federal Legal Framework ........................................................................................... 43
    2.3 State Statutory and Regulatory Frameworks ............................................................... 52
    2.4 Local Regulation and Social License to Operate ......................................................... 61
    2.5 Best Management Practices ......................................................................................... 64
    2.6 Conclusion and Key Findings ..................................................................................... 65
3   Key Issues, Challenges, and Best Management Practices Related to Water Availability and
    Management ...................................................................................................................... 67
    3.1 Introduction and Objectives ....................................................................................... 67
    3.2 Importance of Water for Shale Gas Development ........................................................ 68
    3.3 Assessment of Risks to Water Quantity and Water Quality ......................................... 69
    3.4 Data Availability and Gaps ......................................................................................... 86
    3.5 Best Management Practices (BMP) ............................................................................. 87
    3.6 Summary ...................................................................................................................... 89
    3.7 Conclusions and Next Steps ........................................................................................ 90
4   Natural Gas Scenarios in the U.S. Power Sector ....................................................................... 91
    4.1 Overview of Power Sector Futures .............................................................................. 91
    4.2 Assumptions and Limitations ...................................................................................... 92
    4.3 Reference Scenario ...................................................................................................... 94
    4.4 Coal Scenario .............................................................................................................. 99
    4.5 Clean Energy Standard Scenario ............................................................................... 103
    4.6 Advanced Technology Scenario ................................................................................ 109
    4.7 Natural Gas Supply and Demand Variations Scenario ............................................... 112
    4.8 Conclusions for Power Sector Modeling ................................................................... 118
5   Conclusions and Follow-On Research Priorities ...................................................................... 120
    5.1 Conclusions ............................................................................................................... 120
    5.2 Follow-on Research ................................................................................................... 121
Appendix A:  Shifting Coal Generation in U.S. States ............................................................ 122
Appendix B:  Details and Considerations of Methods ............................................................ 131
Appendix C:  Requirements, Standards, and Reporting ........................................................... 167
Appendix D:  Risk Factor Data ............................................................................................... 182
Appendix E:  Assumptions Used in ReEDS .............................................................................. 208
Glossary .................................................................................................................................. 217
References ............................................................................................................................... 221

# List of Figures

Figure 1. Estimate of life cycle GHG emissions from 2009 Barnett Shale gas combusted to generate electricity in a modern natural gas combined-cycle (NGCC) turbine compared to previously published estimates for unconventional (mostly shale) gas, conventional natural gas, and coal after methodological harmonization............................................................. 4

Figure 2. Range of electricity generated from natural gas plants in the scenario analysis............... 9

Figure 3. Volatility in fossil fuel costs for power generators ............................................................. 12

Figure 4. Coal-fired electricity generation is declining rapidly as the use of natural gas and renewable energy expand.................................................................................................. 13

Figure 5. Counties with non-zero gas production from the Barnett Shale formation in 2009, and other demarcations of the Barnett Shale area in Texas (TRRC 2012)................................ 19

Figure 6.  A life cycle assessment of electricity generated from natural gas involves estimating the GHG emissions from each life cycle stage......................................................................... 20

Figure 7. Greenhouse gas sources belonging to the natural gas industry in the 22-county Barnett Shale area; many are potentially controllable ................................................................. 22

Figure 8. Combustion at the power plant contributes the majority of GHG emissions from the life cycle of electricity generated from Barnett Shale gas...................................................... 26

Figure 9. Estimate of life cycle GHG emissions from 2009 Barnett Shale gas combusted to generate electricity in a modern natural gas combined-cycle (NGCC) turbine compared to previously published estimates for unconventional (mostly shale) gas, conventional natural gas, and coal after methodological harmonization........................................................... 28

Figure 10. Inventory-based analysis of production and processing fuel cycle stages showing that the majority of GHG emissions are $CO_2$ resulting from combustion, although the $CO_2e$ from methane emissions is significant ................................................................................ 31

Figure 11. EPA map of Underground Injection Control Program Primacy ........................................ 45

Figure 12. Variation in the rules for six states of rules covering natural gas fracking ................... 62

Figure 13. Description of shale gas development risks and characterization metrics ..................... 67

Figure 14. Water quality risks by phase of natural gas production.................................................. 70

Figure 15. Total number of producing wells in shale gas plays, 2009–2011 (TRRC 2012c; COGCC 2012b; LADNR 2012; PA DEP 2012a; Eagle Ford Shale 2012). ...................................... 71

Figure 16. Average water use per well (in millions of gallons) for five regions (2011) (Fracfocus.org). .................................................................................................................... 72

Figure 17. Water use per well for four formations, in millions of gallons. (fracfocus.org) ............. 72

Figure 18.  Wastewater production and total recycling at shale gas operations in Pennsylvania in 2011 (PA DEP 2012b)........................................................................................................... 73

Figure 19. Six shale plays considered in this study......................................................................... 75

Figure 20. Mining water withdrawals as a percent of total water withdrawals, 2005 (Kenny 2009). 79

Figure 21. Schematic of well that includes several strings of casing and layers of cement ........... 81

Figure 22. Colorado wastewater treatment methods, 2008–2011 (COGCC 2012a) ........................... 83

Figure 23. Pennsylvania wastewater treatment methods, 2008–2011 (PA DEP 2012b).................... 84

Figure 24. Scenarios evaluated in the power sector futures.................................................................. 92

Figure 25. Projected capacity in the Reference scenario, 2010–2050, for Baseline – Mid-EUR, Baseline – Low-EUR, and Baseline – Low-Demand cases............................................ 96

Figure 26. Projected generation in Reference scenario, 2010–2050, for Baseline – Mid-EUR, Baseline – Low-EUR, and Baseline – Low-Demand cases............................................ 97

Figure 27. Selected metrics for the Reference scenario, 2010–2050..................................................... 98

Figure 28. Assumed distribution of retirements in the Coal scenario by percentage of total coal capacity retired in 2025 in each balancing area of ReEDS ...................................... 101

Figure 29. Impacts of coal plant retirements and no new coal without CCS compared to the baseline for 2030 and 2050 .......................................................................................... 102

Figure 30. Selected metrics for the Coal cases, 2010–2050 ............................................................ 102

Figure 31. Projected generation in CES scenario, 2010–2050 for CES – High-EUR, CES – High-EUR, without CCS; and CES – Low-EUR cases ............................................................... 105

Figure 32. Selected metrics for the CES scenario, 2010–2050......................................................... 107

Figure 33. Map of new transmission required by 2050 in the CES – High-EUR case, and measures of new transmission needed in all cases, 2010–2050 .................................................................. 108
Figure 34. Generation in the Advanced Technology scenario, 2010–2050 ...................................... 111
Figure 35. Selected metrics for the Advanced Technology scenario, 2010–2050 .......................... 112
Figure 36. Selected metrics for the Natural Gas Supply Cost Variation case, 2010–2050 ............. 115
Figure 37. EIA LNG export scenarios and their projected impacts on domestic natural gas prices, 2010–2035 .................................................................................................................................. 116
Figure 38. Power generation mix in the Dash-to-Gas case ............................................................. 117
Figure 39. Selected metrics for the Dash-to-Gas case, 2010–2050 ................................................ 118
Figure 41. Changes in coal percentage of total net generation at the state level, 2008–2012 ........ 122
Figure 42. Changes in generation mix in Delaware; 2005–early 2012 ............................................ 123
Figure 43. Changes in generation mix in Tennessee; 2005–early 2012 .......................................... 123
Figure 44. Changes in generation mix in Georgia; 2005–early 2012 .............................................. 124
Figure 45. Changes in generation mix in Alabama; 2005–early 2012 ............................................. 124
Figure 46. Changes in generation mix in South Dakota; 2005–early 2012....................................... 125
Figure 47. Changes in generation mix in Mississippi; 2005–early 2012 .......................................... 125
Figure 48. Changes in generation mix in Virginia; 2005–early 2012................................................ 126
Figure 49. Changes in generation mix in Ohio; 2005–early 2012.................................................... 126
Figure 50. Changes in generation mix in North Carolina; 2005–early 2012..................................... 127
Figure 51. Changes in generation mix in Wisconsin; 2005–early 2012............................................ 127
Figure 52. Changes in generation mix in Michigan; 2005–early 2012 ............................................. 128
Figure 53. Changes in generation mix in Pennsylvania; 2005–early 2012....................................... 128
Figure 54. Changes in generation mix in Indiana; 2005–early 2012 ............................................... 129
Figure 55. Changes in generation mix in Massachusetts; 2005–early 2012 .................................... 129
Figure 56. Changes in generation mix in Iowa; 2005–early 2012.................................................... 130
Figure 57. Composition of production gas by county ...................................................................... 139
Figure 58. Variation among gas compositions across the 22 counties of the Barnett Shale play. 140
Figure 59. Distribution of site-level emissions allocated to gas ...................................................... 144
Figure 60. County-level gas production co-products by heat content................................................ 145
Figure 61. Basin-level gas processing co-products by heat content ................................................ 146
Figure 62. Proportion of GHG emissions associated with co-products ............................................ 147
Figure 63. Extent of Marcellus Shale ............................................................................................. 182
Figure 64. Marcellus Shale permits issued vs. number of wells drilled (PA DEP 2011b)................. 183
Figure 66. Histogram for 100 wells of total volumes (gallons) (fracfocus.org) ................................ 184
Figure 67. Total volume of produced water, 2006–2012 (PA DEP 2012b) ...................................... 186
Figure 68. Average volume of produced water per well, 2006–2011 (PA DEP 2012b) .................... 186
Figure 69. Pennsylvania violations (NEPA 2012)............................................................................ 188
Figure 70. Extent of Barnett Shale ................................................................................................ 189
Figure 71. Wells in Barnett Shale, 1995-2010 (TRRC, 2012c) ....................................................... 190
Figure 72. Gas production in the Barnett Shale (bcf), 1995-2010 (TRRC, 2012e)............................ 191
Figure 73. Histogram of 100 wells for total water volume (gallons) (fracfocus.org)......................... 192
Figure 74. Texas violations (Wiseman 2012).................................................................................. 193
Figure 75. Extent of Eagle Ford Shale play (Eagle Ford Shale 2012) ............................................ 194
Figure 76. Number of producing oil and gas wells in Eagle Ford (Eagle Ford Shale 2012)............. 195
Figure 77. Fresh-water use in Eagle Ford per well (fracfocus.org) ................................................. 196
Figure 78. Extent of Haynesville Shale .......................................................................................... 197
Figure 79. Monthly well count (2006–2011) (LADNR 2012b)........................................................... 197
Figure 80. Monthly gas production (2009–2011) (EIA 2011) ........................................................... 198
Figure 81. Fresh-water use for 100-well sample (fracfocus.org)...................................................... 199
Figure 82. Louisiana violations (Wiseman 2012) ............................................................................ 199
Figure 83. Extent of the San Juan Basin (USGS 2002a)................................................................. 200
Figure 84. Water disposal volumes and methods in La Plata County (million gallons) (COGCC 2012a)........................................................................................................................................ 202
Figure 85. Extent of Green River Formation................................................................................... 203
Figure 86.  Fresh-water use for 100-well sample (fracfocus.org)..................................................... 204
Figure 87. Volumes of hydraulic fracturing water (fracfocus.org).................................................... 205

# List of Tables

Table 1. Loss of Produced Gas along the Fuel Cycle ............................................................. 30
Table 2. Effects of Alternative, Spatially Uniform Estimates of Gas Composition on Inventoried GHG Emissions for the Barnett Shale Play ........................................................ 32
Table 3. Effects of Alternative, Spatially Uniform Estimates of Gas Composition on Estimated Production Emissions at the County-Level .......................................................... 33
Table 4. Description of Shale Plays and Basins Studied ........................................................ 41
Table 5. Compliance Monitoring and Enforcement Capabilities ............................................. 60
Table 6. Example Composition of Hydraulic Fracturing Fluids (GWPC and ALL Consulting 2009; API 2010) ............................................................................................................. 81
Table 7. Estimates of Total Gallons of Chemicals Used per Well .......................................... 82
Table 8. Overview of Data Availability .................................................................................. 87
Table 9. Description of Reference Scenario ........................................................................... 94
Table 10. Description of Coal Scenario ................................................................................. 99
Table 11. Description of CES Scenario ................................................................................. 103
Table 12. Assumed Reductions in Capital Costs for the Advanced Technology Scenario ........... 109
Table 13. Assumed On-shore Wind Improvements in Capacity Factors for the Advanced Technology Scenario ....................................................................................................... 109
Table 14. Description of Advanced Technology Scenario. ....................................................... 110
Table 15. Description of Natural Gas Supply and Demand Variations Scenario ......................... 113
Table 16. Non-Power Sector Natural Gas Demand Assumptions in the Natural Gas Demand Variations Case ............................................................................................................... 117
Table 17. Composition of Production Gas and Produced-Water Flash Gas in Barnett Shale Counties ............................................................................................................. 141
Table 18. 2009 Production Volumes from Barnett Shale Counties .......................................... 142
Table 19. EPA's AP-42 Compilation of Air Pollutant Emission Factors ................................... 149
Table 20. Count of Usability for each GHG Emissions Estimation Method for $CO_2$ and Methane . 150
Table 21. Life Cycle GHG Emissions Values (g $CO_2$e/kWh,100-yr) ....................................... 166
Table 22. State Revisions to Oil and Gas Laws ..................................................................... 167
Table 23. Fracking Fluid Disclosure Requirements ................................................................ 168
Table 24. Water Acquisition Requirements ........................................................................... 170
Table 25. Well Construction Standards ................................................................................. 172
Table 26. Baseline Monitoring Requirements ........................................................................ 174
Table 27. Closed-Loop or Pitless Drilling Requirements ........................................................ 175
Table 28. Produced Water Disposal ...................................................................................... 176
Table 29. Green Completion Requirements ........................................................................... 178
Table 30. Setback Requirements .......................................................................................... 180
Table 31. Analysis of Water Usage per Well (gallons) for 102 Marcellus Wells (fracfocus.org) ..... 183
Table 32.  Average Water Volume per Well by Well Type (gallons) (fracfocus.org) .................... 184
Table 33. Summary of Brine Produced (thousands of gallons) (PA DEP 2012b) ...................... 185
Table 34. Summary of Fracking Fluid Produced (thousands of gallons) (PA DEP 2012b) ........... 185
Table 35. Pennsylvania Violations (NEPA 2012) ................................................................... 188
Table 36. Statistics of Water Use (Gallons) (fracfocus.org) ................................................... 191
Table 37. Texas Violations (Wiseman 2012) ......................................................................... 193
Table 38. Fresh Water Use in Eagle Ford (in gallons) (fracfocus.org) ..................................... 195
Table 39. Analysis of Water Usage for 100 Haynesville Shale Wells (fracfocus.org) ................. 198
Table 40. Louisiana Violations (Wiseman 2012) .................................................................... 200
Table 41. Oil, Gas, and Water Production in La Plata County (COGCC 2012a) .......................... 201
Table 42.  Produced Water and Disposal Method in La Plata County (Million Gallons) (COGCC 2012a) ............................................................................................................. 201
Table 43. Produced Water and Disposal Method in the State of Colorado (Million Gallons) (COGCC  2012a) ............................................................................................................. 202
Table 44. Analysis of Water Usage for 100 Green River Formation Wells (fracfocus.org) ............ 204
Table 45. Production of Oil, Gas, and Water in Green River Basin (WOGCC 2012) ..................... 205
Table 46. Injection Volumes (WOGCC 2012) ........................................................................ 205

**Table 47. Severity of Environmental Impact (Wiseman 2012)** ........................................................... **207**

**Table 48. Technology Cost ($2010) and Performance Assumptions Used in ReEDS** ..................... **212**

**Table 49. Wind Performance Assumptions** ......................................................................................... **213**

**Table 50. CSP Performance Assumptions** .......................................................................................... **214**

**Table 51. Utility-Scale PV Performance Assumptions** ....................................................................... **215**

# Executive Summary

Domestic natural gas production was largely stagnant from the mid-1970s until about 2005. Planning had been under way by the early 2000s to construct about 40 liquefied natural gas import terminals along the U.S. coasts to meet anticipated rising demand. However, beginning in the late 1990s, advances linking horizontal drilling techniques with hydraulic fracturing allowed drilling to proceed in shale and other formations at much lower cost. The result was a slow, steady increase in unconventional gas production.

As the technology improved and spread, domestic shale gas output began to increase rapidly, such that by 2008 commentators began to routinely speak of a shale gas "boom." Today, shale gas accounts for about 30% of total U.S. natural gas production—up from only 4% in 2005—helping to make the United States the largest producer of natural gas in the world by 2009. Within a decade, the question of how much more dependent the country would become on natural gas imports had been replaced by how much the U.S. gas supply will affect the economics and geopolitics of energy around the globe.

Although the long-term outcome of the shale gas revolution is far from decided, significant shifts are already apparent in U.S. power markets. In that context, low-price natural gas has had the greatest impact to date on generation by coal power plants. Since 2008, coal's share of annual generation has declined from 48% to 36% as of August 2012. This switch from coal to natural gas, combined with growth of renewable energy generation, has led to a reduction of carbon dioxide emissions in the U.S. power sector of about 300 million tons—equivalent to 13% of total power sector emissions in 2008.

It remains unclear, however, whether natural gas will continue to exert such a dramatic impact on the power sector and the overall U.S. economy. If natural gas prices continue to stay at, or near, historically low levels, then a self-correction in the shale gas boom may occur. Due to price concerns, some companies have shifted away from drilling for dry gas and instead are focusing on plays that provide natural gas liquids. The ongoing debate is about what price is needed for unconventional natural gas production to be more sustainable over the medium term. As an example, analysis from Range Resources indicates that New York Mercantile Exchange prices of $4–$6/MMBtu are needed at the vast majority of plays to generate adequate returns on investment.[1] Other factors—including "use it or lose it" lease terms, reserve filings with the Securities and Exchange Commission, and the amount of natural gas liquids that can be recovered—all play a role in continuing investment decisions. But, for now, natural gas markets are still widely acknowledged as oversupplied, and storage facilities held record high amounts of gas as of mid-2012.

Hydraulic fracturing has received negative attention in many parts of the country—especially those areas not accustomed to the oil and gas industry—due to real and perceived environmental and social concerns. Water use and contamination, air pollution, greenhouse gas (GHG) emissions, and truck traffic are among the concerns that have strained the social license to operate, and they have been the subject of multiple national and international reports and

---

[1] Specifically, a 12% internal rate of return (IRR). The reference to this analysis appears in Ventura, J., 2012. "Uncovering Tomorrow's Energy Today," presentation at the Goldman Sachs Global Energy Conference 2012. 10 January 2012. Slide 11. Accessed 9 June 2012.

continued dialogue. Field practices associated with unconventional natural gas production have evolved rapidly in some regions, either from new regulatory requirements or voluntary company practices. These field practices are still evolving, can be uneven across regions, and are sometimes controversial.  At the same time, consolidation within the industry is shifting production from smaller to larger companies.

The Joint Institute for Strategic Energy Analysis (JISEA) designed this study to address four related key questions, which are a subset from the wider dialogue on natural gas:

1.  What are the life cycle greenhouse gas (GHG) emissions associated with shale gas compared to conventional natural gas and other fuels used to generate electricity?

2.  What are the existing legal and regulatory frameworks governing unconventional gas development at federal, state, and local levels, and how are they changing in response to the rapid industry growth and public concerns?

3.  How are natural gas production companies changing their water-related practices?

4.  How might demand for natural gas in the electric sector respond to a variety of policy and technology developments over the next 20 to 40 years?

## Major Findings

Although the questions analyzed in this report are interlinked to a certain extent, they have specific requirements in terms of analysis methodologies and associated stakeholders. The key findings are presented very briefly as follows:

- **Greenhouse gas emissions:**  Based on analysis of more than 16,000 sources of air-pollutant emissions reported in a state inventory of upstream and midstream natural gas industry, life cycle greenhouse gas emissions associated with electricity generated from Barnett Shale gas extracted in 2009 were found to be very similar to conventional natural gas and less than half those of coal-fired electricity generation.

- **Regulatory trends:**  The legal and regulatory frameworks governing shale gas development are changing in response to public concerns and rapid industry changes, particularly in areas that have limited experience with oil and gas development. All of the states examined in this study have updated their regulatory frameworks to address the opportunities and challenges associated with increasing unconventional natural gas production.

- **Water management:**  Many regions evaluated in this study are making greater use of innovative water management practices to limit real and perceived risks. However, a lack of reliable, publicly available water usage and management data—such as total water withdrawals, total wells drilled, water-recycling techniques, and wastewater management practices—currently hinders efforts to develop appropriately flexible and adaptive best management practices. Recent studies have documented a number of management practices related to the chemical makeup of fracking fluids, impacts on local freshwater, and on-site wastewater management that may be appropriate in many locations.

However, to date, no public studies have been published on cost-benefit, risk-mitigation potential, or the transferability of practices from one shale play to another.

- **Electric power futures:** A number of different future electric power scenarios were analyzed to evaluate both the implications of shale gas development and use, and various policy and technology changes. These scenarios include power plant retirements, advances in generation technologies, federal policies to reduce greenhouse gas emissions, and variations in natural gas supply and demand. We find that natural gas use for power generation grows strongly in most scenarios.

## Life Cycle Greenhouse Gas Emissions from Barnett Shale Gas Using Air-Quality Inventory Data

A national debate over life cycle GHG emissions[2] from shale natural gas erupted in 2011 after a study was released stating that shale gas had equivalent or even greater GHG emissions than coal.[3] Since then, a number of other published, peer-reviewed studies have included contrary findings,[4] although data limitations and methodological variability make conclusive statements problematic about the "real" GHG emission profile.

For Chapter 1, the study team conducted original research on life cycle GHG emissions associated with natural gas production in the Barnett Shale play in Texas. This estimate leverages high-resolution empirical data to a greater extent than previous assessments. The data sources and approach used in this study differ significantly from previous efforts, providing an estimate valuable for its complementary methodological approach to the literature.

The authors used inventories from 2009 that tracked emissions of regulated air pollutants by the natural gas industry in the Barnett Shale play. The Texas Commission on Environmental Quality (TCEQ) collected and screened these inventories. These data cover the characteristics and volatile organic compound (VOC) emissions of more than 16,000 individual sources in shale gas production and processing. Translating estimated emissions of VOCs into estimates of methane and carbon dioxide emissions was accomplished through the novel compilation of spatially heterogeneous gas composition analyses.

Major findings from this analysis of life cycle GHG emissions include:

- Electricity generated using a modern natural gas combined-cycle turbine combusting Barnett Shale gas produced and processed in 2009 has life cycle GHG emissions ranging between 420 and 510 grams carbon dioxide-equivalent emissions per kilowatt-hour (g

---

[2] GHG emissions considered within a life cycle assessment (LCA) include those from the "fuel cycle" of natural gas, which includes activities from well drilling and completion, through production, processing, and transport to the power plant, as well as from the life cycle of the power plant, which includes construction and decommissioning of the power plant and combustion of the fuel. Results are normalized per unit of electricity generated (kWh). See Figure 7 within Chapter 1 and the surrounding text for further description of the scope of this LCA.
[3] Howarth, R. W., R. Santoro, and A. Ingraffea. 2011. "Methane and the greenhouse gas footprint of natural gas from shale formations." *Climatic Change Letters*, DOI: 10.1007/s10584-011-0061-5 (http://www.springerlink.com/content/e384226wr4160653/fulltext.pdf).
[4] These studies include Burnham et al. 2012; Jiang et al. 2011; Skone et al. 2011; Stephenson et al. 2011; Hultman et al. 2011.

$CO_2e$/kWh) generated, depending on assumed lifetime production of a well, with a central estimate of about 440 g $CO_2e$/kWh—similar to levels reported in the literature from conventional natural gas and less than half that typical for coal-fired electricity generation (Figure 1).[5] Comparisons to conventional natural gas and coal are achieved through harmonization of 200 published estimates of life cycle GHG emissions for those two technologies.[6] Harmonization is a meta-analytical process that makes consistent the assumptions and methods between LCAs.



**Figure 1. Estimate of life cycle GHG emissions from 2009 Barnett Shale gas combusted to generate electricity in a modern natural gas combined-cycle (NGCC) turbine compared to previously published estimates for unconventional (mostly shale) gas, conventional natural gas, and coal after methodological harmonization.**

Notes: EUR = estimated ultimate recovery, or lifetime production; NGCC = natural gas combined-cycle turbine

---

[5] The results reported here do not include emissions associated with liquids unloading, a process that the natural gas industry recently reported as applicable to both conventional *and* unconventional wells, but without direct evidence for the Barnett Shale play. (See: Shires and Lev-On (2012).)
However, inclusion of these emissions would not qualitatively change our findings.
[6] See Whitaker et al. 2011 and O'Donoughue et al. 2012 for systematic review and harmonization of published estimates of life cycle GHG emissions from coal-fired and conventional natural gas-fired electricity generation, respectively.

- An estimated 7% to 15% of life cycle GHG emissions from electricity generation (mean = 9%) are from methane emissions throughout the fuel cycle of Barnett Shale gas (well pre-production activities through transmission), mostly from venting during completion and workover, and from the natural gas transmission pipeline network.
- GHG emissions result from many sources throughout the production and use of natural gas. Based on our analysis, more than half can be characterized as sources with potentially controllable leakage—for instance, from tanks or vents. Another 20% are combustion sources, which also have some emission control opportunities. Remaining sources, called fugitive emissions, are more challenging to control because of their dispersed nature.
- An estimated 1.5% of Barnett Shale produced gas is emitted to the atmosphere before reaching the power plant, much of which is potentially preventable, with an additional 5.6% of produced gas consumed along the process chain as fuel for different types of engines. Based on the estimated methane content of this produced gas and average assumed lifetime production of a well, this equates to a central estimate of leakage rate across the life cycle of 1.3% methane volume per volume of natural gas processed.
- Chemical composition of produced gas varies considerably within the Barnett Shale area such that at the county level, estimates of GHG emissions differ significantly from those based on composition averaged at a higher spatial resolution (play or nation). Variability in gas composition has implications for the understanding of emission sources and the design of regulatory emission control strategies.

## A Changing Regulatory Framework for Unconventional Gas Production

Chapter 2 examines the main federal, state, and local regulatory frameworks that govern unconventional natural gas development. Specifically, it focuses on requirements related to water withdrawals used for hydraulic fracturing, disclosure of chemicals used in hydraulic fracturing fluids, setbacks for wells, baseline water monitoring of surface water resources or water wells, well-construction standards, "green" or "reduced emission" completions, storage of waste in closed-loop systems, and the disposal of produced water. It also examines state compliance monitoring and enforcement capabilities, and the efforts by some local governments in key gas-producing states to limit—and, in some cases, ban—unconventional gas development. Major findings include the following:

- There is a trend toward more regulation at all levels of governance, but there has been a corresponding increase in regulatory fragmentation and differentiation at state and local levels. Better coordination and policy alignment among regulators can help to reduce risks to industry and the public of regulatory fragmentation—including uncertainty, delays, gaps, and redundancies across jurisdictions. Improved communication and sharing of information among regulators at all levels of government and across jurisdictions, as well as increased transparency in the form of publicly available data from industry, would help address regulatory fragmentation and inform regulatory development tailored to specific geographic and geologic characteristics.
- Compliance monitoring and enforcement varies across states, with significant implications for the efficacy of regulations, as well as public confidence. Increased public disclosure of voluntary information—as well as public disclosure of violations,

enforcement actions, and company compliance—would increase transparency, offer opportunities to highlight the compliance records of leading companies who have demonstrated a commitment to safe natural gas production, and help address public concerns.

- There is a significant range in the environmental performance of operators in the industry, with some operators performing at a level that goes beyond existing regulations and other operators falling short. There is an evolving portfolio of recommended practices emerging from across the stakeholder community; these practices can complement and supplement regulations.

- The varied state and local approaches to regulation can provide important opportunities for learning and innovation regarding substantive rules, the role of best practices, and compliance and enforcement. Regulators might consider adopting performance-based standards, rather than freezing today's "best management practices" into prescriptive rules that could become outdated.

## Management Practices in Shale Gas Production: Focus on Water

Chapter 3 addresses current water usage and water management practices at shale gas development sites and discusses risks to water availability and quality. We evaluated publicly available water usage data from six shale plays throughout the United States. When data were available, we conducted statistical analyses from a randomized sample of wells in each play to gauge current estimates of water usage per well. In addition, data were collected on current wastewater management techniques and volumes associated with managing produced water from wells along with the returned fracking fluids. Lastly, in addition to analyzing current industry practices, we evaluated how water usage, well number, and water management techniques have evolved over time, indicating that water risk and management issues in the future may differ from historical issues. Natural gas exploration and production has significant spatial variability in community and environmental issues, current practices, and regulations. Therefore, JISEA is also publishing the water-related results of this study in a web-based GIS format.

The three primary water impact risks are: regional resource depletion due to use of fresh water during hydraulic fracturing, surface water degradation, and groundwater degradation. Impact risks to water resources vary geographically based on three considerations: 1) where the water comes from, 2) what water use and management practices are followed on site for hydraulic fracturing, and 3) how and where produced water and frac flowback water are treated and/or disposed.

Major findings from this analysis of water impacts include the following:

- Risks to regional freshwater depletion depend on a variety of factors, including water use per well, total number of wells, water recycling rates, and regional water availability. Analysis of use data for four of the six regions from 2007 to 2011 indicated average water use per well ranges from 1.1 to 4.8 million gallons, with a multi-region average of 3.3 million gallons. The total magnitude of water usage depends on the number of wells drilled, which has increased in most regions from 2007 to 2011. In the Eagle Ford play, for example, gas wells increased from 67 in 2009 to 550 in 2011. Total freshwater usage depends on water recycling rates, which may vary greatly depending on location. In

2011, the highest rates of recycling were reported in Pennsylvania, where 37% of produced water and 55% of frac flowback water were recycled, representing nearly 200,000 gallons per well, or 4% of average water use per well in Pennsylvania. Total impacts on regional freshwater resources can be evaluated by comparing total freshwater uses with estimates of regional freshwater availability.

- Wastewater management practices vary regionally and show different trends from 2008 to 2011. In Pennsylvania, 80% of produced water and 54% of frac flowback water was treated through surface water discharge in 2008, whereas in 2011, less than 1% of produced water and frac flowback was treated through surface water discharge. In 2011, centralized disposal facilities and recycling are the primary wastewater management methods, accounting for 80% of produced water volumes and 99% of frac flowback volumes. In Colorado, surface water discharge of both produced water and frac flowback volumes has increased from 2% in 2008 to 11% in 2011. Management of produced water and frac flowback through onsite injection pits and evaporation ponds have remained the dominant practices from 2008 to 2011, representing 72% and 58%, respectively. Treatment at a centralized disposal facility has increased from 26% to 31% from 2008 to 2011. The management and transport of produced water and frac flowback water is considered to be the stage at which spills and leaks are most likely.

- A lack of reliable, publicly available water usage and management data hinders comprehensive analyses of water risks. Data are not publicly available for total water withdrawals, total gas wells drilled, flowback volume per well, water recycling techniques, wastewater management, and other management practices for many regions. These data would assist in developing appropriately flexible and adaptive best management practices. Certain resources—such as the State Review of Oil and Natural Gas Environmental Regulations (STRONGER) and FracFocus—have greatly increased public access to information about risks of hydraulic fracturing; however, further efforts would be beneficial.

- A variety of best management practices are currently being employed in different regions, but there is industry uncertainty over transferability, cost-effectiveness, and risk mitigation potential. Recent studies have documented a number of water-related management practices related to the chemical makeup of fracking fluids (disclosure of additives, minimizing or switching to more benign additives, baseline water quality testing), the impacts on local freshwater (measuring and reporting of volumes, water recycling, use of non-potable or non-water sources), and onsite wastewater management techniques (use of closed-loop drilling systems, elimination of flowback and freshwater mixing in open impoundments, use of protective liners at pad sites) that may be appropriate in many locations. However, to date, there are no publicly available studies that have performed cost-benefit analyses, evaluated the risk-mitigation potential of each strategy, or analyzed practices that could be transferred from one shale play to another.

## Modeling U.S. Electric Power Futures Given Shale Gas Dynamics

In Chapter 4, the study evaluates different electric power scenarios that are influenced by natural gas availability and price, as well as other key policy, regulatory, and technology factors. Many of the scenarios examine sensitivities for the estimated ultimate recovery (EUR) of gas fields. High-EUR corresponds to more abundant and inexpensive natural gas compared to Low-EUR.

Major findings from the electric sector analysis include the following:

- Natural gas demand by the power sector would grow rapidly—more than doubling from the 2010 level by 2050—in the Reference, or baseline, scenario.[7] Figure 2 illustrates the range of natural gas power generation in all scenarios. The main Reference scenario suggests that natural gas would replace coal as the predominant fuel for electricity generation. Attributes of this baseline scenario include rising power demand, stable greenhouse gas emissions, and slowly rising electricity prices that reflect natural gas availability and prices. By 2050, in the Reference scenario, gas could represent from 28% to 38% of power-sector generation compared to the 2010 portion of 20%.

- In a coal retirement scenario, natural gas, and wind to a lesser extent, replaces coal-based generation. Our modeling results indicate no impact on power sector reliability from 80 GW of coal retirements by 2025 on an aggregate scale, although additional detailed dispatch modeling is needed to evaluate localized impacts. National average retail electricity prices in the retirement scenario increase by less than 2% in 2030 compared to the baseline.

- Under a clean energy standard (CES) scenario, U.S. power sector carbon dioxide emissions would decrease by 90% between 2010 and 2050, with a corresponding 6%–12% increase in average retail electricity prices, including transmission build-out that ranges from 3 to 6 times more than the Reference scenario (measured in million MW-miles). Among the CES sensitivity scenarios, large quantities of variable renewable energy and flexible gas generation work synergistically to maintain system reliability requirements.

---

[7] A Reference scenario serves as a point of comparison with other alternative scenarios. The Reference assumes a fairly static view of the future, so it, and all alternative scenarios, should not be considered forecasts or predictions of the future.



**Figure 2. Range of electricity generated from natural gas plants in the scenario analysis**

- Advances in generation technologies can have a significant impact on estimated carbon emissions, electricity diversity, and prices. For example, nuclear capital costs would need to decline by half, while gas prices remain relatively high (as simulated in the low-EUR assumption), for the nuclear generating option to compete economically with other options. Wind and solar electricity could more than double by 2050 compared to the Reference scenario with continued improvements in the cost and performance of these technologies. Likewise, continued improvements in production techniques for unconventional natural gas production could enable natural gas to continue to grow market share.

- We consider a range of potential incremental costs associated with operating practices that could better address some of the public concerns in the production of unconventional natural gas. Some of these options include recycling larger amounts of frac flowback water, reducing methane releases to the atmosphere, setting well locations further from potentially sensitive communities, and assuring consistent use of best practices or regulations in well drilling and completions. Sensitivities in incremental costs were evaluated from $0.50/MMBtu to $2/MMBtu. For example, additional costs of $1/MMBtu associated with some or all of these several dozen operating practices would lead to a 17% reduction in gas use for power generation by 2050 compared to the Reference scenario; however, gas-fired generation still more than doubles from the 2010 level.

- A "dash-to-gas" scenario, where other sectors of the economy increase natural gas demand by 12 billion cubic feet per day by 2030, would likely result in higher domestic gas prices and lead to a roughly 20% reduction in power sector natural gas use by 2050 compared to the Reference scenario in that year, but still nearly twice the level used in 2010. Additional research is needed to understand how natural gas prices respond to rising demand in the new natural gas environment.

The rapid expansion of shale gas has created dynamic opportunities and challenges in the U.S. energy sector. How long the ascendancy of natural gas in the electric sector will last will be a function of a wide variety of market and policy factors. The story of unconventional gas is evolving rapidly, and in some cases, unexpectedly. Robust and up-to-date analysis will remain critical to informing the key decisions that must be made by all types of stakeholders in the energy and environmental arenas.

# Introduction

This report addresses several aspects of the changing context of natural gas in the U.S. electric power sector. Increasingly plentiful and affordable natural gas has catalyzed major changes in U.S. power generation and has helped to boost U.S. economic recovery. Increased substitution of natural gas for coal in power generation has also cut U.S. GHG emissions. However, processes to produce natural gas—shale gas in particular—have also elevated environmental and safety concerns in certain regions of the country. The rapid rise of natural gas is also beginning to drive more thought on longer-term energy policy issues such as the appropriate level of generation diversity (given the history of volatile prices for natural gas), and trajectories of natural gas use that will still allow GHG mitigation sufficient to address the climate challenge.

This report is intended to help inform those energy policy and investment discussions. This chapter first outlines the current dynamics of natural gas in the power sector and then describes how the remainder of the report addresses selected challenges and opportunities in the use of natural gas to generate electricity.

*Natural gas supply and demand are transforming the energy marketplace.* Natural gas prices have been relatively volatile over the past 40 years, at least compared to coal (see Figure 3). Today, advances in unconventional gas production, which include a host of technologies and processes beyond horizontal drilling and hydraulic fracturing,[8] have enabled a new market outlook. Shale production grew from less than 3 billion cubic feet per day (bcf/d) in 2006 to about 20 bcf/d by mid-2012.[9] Without this expansion, natural gas prices might be significantly higher because most other sources of domestic natural gas production are in decline.

Given the low-price outlook, many new potential uses for natural gas outside of power generation are being considered and developed—including the export of LNG, the use of compressed natural gas in vehicles, the construction of ethylene plants and other chemical facilities that use natural gas and associated products as a feedstock, and, potentially, investment in gas-to-liquids facilities that convert natural gas into synthetic petroleum products (i.e., diesel) that can be used as a transportation fuel in existing infrastructure. Efforts to further develop the latter may become particularly strong if the price gap shown in Figure 3 remains.

---

[8] For a description of this technological progress, see Seto (2011).
[9] In 2011, the U.S. power sector consumed about 22 bcf/d and the entire economy consumed about 67 bcf/d (EIA 2012b).



**Figure 3. Volatility in fossil fuel costs for power generators**

Source: EIA, "Monthly Energy Review," April 27, 2012.

However, given the current low-price environment, many producers have scaled back their plans to drill for dry natural gas, even as they accelerate drilling for wet natural gas (whose natural gas liquids are sold at prices comparable to petroleum products). These cutbacks have contributed to the recent increase in Henry Hub prices, from a low of $1.90/MMBtu in early 2012 to more than $3.60/MMBtu by November 2012. On the other hand, the number of rigs actively developing natural gas has declined sharply since 2009 while production continues to expand, indicating that producers are getting more output with less input (Ebinger et al. 2012). Where prices go next will be influenced by potential new sources of demand noted above, and by supply-side issues, including continued technology improvement, efforts to better protect the environment, and regulatory requirements.

*Coal-generated electricity is rapidly declining.* Dramatic changes are occurring in the U.S. electric power sector. These changes include a steep reduction in the portion of electric power coming from coal combustion, and a corresponding increase in that provided by natural gas and (to a lesser extent) renewable sources, especially wind power (see Figure 4). Eastern and southern regions are generally experiencing the most rapid shift in generation mix (see Appendix A for more detail). Coal's contribution to total annual U.S. power generation has fallen more rapidly over the past four years than in any time in the history of data collection—from roughly 48% of U.S. generation in 2008 to 36% as of August 2012. Had coal generation remained at the 2008 level, the U.S. power sector would be emitting roughly 300 million tons of additional $CO_2$ each year.[10]

---

[10] This is a "burner tip" analysis only and does not consider the full life cycle GHG emissions of coal or natural gas. Data for 2012 are based on a rolling 12-month sum ending in August. The carbon mitigation calculation is based on a 440 TWh reduction in coal generation and corresponding increase in natural gas combined-cycle generation of 310 TWh. Growth in certain renewable generation sources and a reduction in power demand make up the remaining



**Figure 4. Coal-fired electricity generation is declining rapidly as the use of natural gas and renewable energy expand**

Source: EIA, "Annual Energy Review," September 27, 2012; EIA "Electric Power Monthly," October 31, 2012. Data for 2012 includes generation through August only.

The primary drivers of these changes include low-priced natural gas resulting from rapidly growing shale gas production, an unusually warm 2011–2012 winter throughout much of the contiguous United States,[11] and the expectation that EPA will issue new or revised power plant regulations to further protect the environment.[12] It remains to be seen whether this trend of declining coal generation continues, stabilizes, or reverses itself.[13]

Hydraulic fracturing presents opportunities and challenges that are in the headlines daily. These opportunities include additional U.S. jobs, increased economic activity, potentially greater energy diversity (particularly in the transportation sector), and less reliance on imported fossil fuels. Challenges largely center on environmental and social concerns associated with shale gas

difference. See EIA Electric Power Monthly (October 2012) for more detail. Chapter 1 of this report addresses the issue of life cycle GHG emissions for various electric generating technologies.

[11] The U.S. Department of Energy reported that the number of heating degree days in the first quarter of 2012 were at the lowest level since record keeping began in 1895 (EIA 2012a).

[12] These rules include the Cross-States Air Pollution Rule (recently vacated, but backstopped by somewhat less restrictive requirements), the Mercury and Air Toxics Standard, the Clean Water Act Section 316(b) Water Intake Structures, and the Coal Combustion Residual requirements. Numerous studies attempt to estimate the potential impacts of some or all of these rules after they take effect (see CRS 2011; CERA 2011; and Credit Suisse 2010).

[13] In a May 22, 2012 presentation to investors, for example, ArchCoal stated that half of the coal generation recently lost to low-cost natural gas could be recovered when gas prices rise back above $3/MMBtu (Slone 2012). AEP also noted in an October 24, 2012 news story that it had seen some fuel switching from natural gas back to coal due to rising natural gas prices (Reuters, 2012).

production, especially through hydraulic fracturing.[14] These concerns are acute in some states and increasingly on the docket for federal regulators in several agencies. Current federal regulations to protect surface and underground water resources are less onerous for hydraulically fractured gas production than they are for conventional oil and gas drilling, although many states are passing or updating rules quickly as drilling expands (see Chapter 2, UT 2012, Zoback 2010). Companies are also making greater voluntary efforts to ensure the likelihood that air, water, land, and other resources are protected—at least compared to the early days of hydraulic fracturing—although these efforts are still not practiced universally (see Chapters 2 and 3).

A more general concern for policy makers centers on the role of natural gas versus other sources of electricity in the future: low-priced natural gas could disrupt the development of advanced nuclear or renewable energy technologies, for example, and delay the date when they are cost competitive with traditional energy options. If natural gas prices rose substantially after the power sector had evolved to become more reliant on that fuel, the economy could be vulnerable to an expensive and "locked-in" power sector.

This report focuses on four topics. First, Chapter 1 addresses the full life cycle GHG emissions of shale gas compared to other power generation options. Questions about these "cradle-to-grave" emissions began to appear in 2011 with several reports claiming that shale gas had life cycle GHG emissions as high as, or higher than, coal.[15] Controversy remains over how much methane is released to the atmosphere during the process of producing natural gas, in general, and shale gas, in particular. Chapter 1 uses a new approach to advance the state of knowledge about the life cycle GHG emissions from shale gas based on analysis of highly resolved inventories of air pollutant emissions completely independent of the data sources used in previous research.

Second, Chapter 2 surveys the legal and regulatory trends associated with shale gas production at both the federal and state level. Although federal agencies are taking an active role in ensuring that shale gas is produced safely, Congress has imposed some limitations on what agencies can regulate. The state role in regulating unconventional natural gas production is more pronounced and varied. Chapter 2 summarizes trends in regulatory action at six major unconventional gas plays/basins: Barnett Shale play and Eagle Ford Shale play in Texas, Haynesville Shale play in Texas and Louisiana, Marcellus Shale play in New York and Pennsylvania, North San Juan basin in Colorado, and Upper Green River basin in Wyoming.

Third, Chapter 3 assesses environmental and community risks associated with unconventional natural gas production in the same six regions identified in Chapter 2. It focuses particularly on water issues and company practices that impact water. Public concern over environmental and safety issues has been severe enough in some areas to delay or halt plans to develop unconventional production.

---

[14] See, for example, SEAB (2011a and 2011b), MIT (2011), and UT (2012). There is some confusion surrounding hydraulic fracturing and the potential for environmental impact. Those in industry typically use the term in a focused way, referring to the brief period of time that a high-pressure mixture of water, sand, and additives is being injected, and later, partially removed (flowback). The general public often takes a broader view and labels the entire process of producing unconventional gas or oil as hydraulic fracturing. Significant controversy results from the difference in semantics.
[15] See Lustgarten (2011) and Howarth et al. (2011), for example.

A GIS tool was developed to help evaluate:

- Water availability, use, and cost information

- Water flowback and produced water

- Best current practices for management.

Current practices and regulatory oversight need to be evaluated at a deeper level before the overall goal of determining the costs of acceptable practices can be achieved. Chapter 3 describes a comprehensive approach to evaluating risks and following practices so as to support greater public confidence.

In Chapter 4, we report on different U.S. electric power futures based on a variety of potential developments in technology, environmental protection, GHG mitigation, social license to operate, and gas demand outside the power sector. We use the National Renewable Energy Laboratory's (NREL's) Regional Energy Deployment System (ReEDS) to simulate the impact of these different futures, and benchmark information from Chapters 1–3 in the scenario analysis. Chapter 5 synthesizes findings and summarizes potential follow-on research.

# 1 Life Cycle Greenhouse Gas Emissions from Barnett Shale Gas Used to Generate Electricity

## 1.1 Introduction

According to the 2010 U.S. Greenhouse Gas Emissions Inventory (EPA 2012a), the natural gas industry[16] represents nearly a third of total methane emissions in the United States in 2010—the largest single category—and is also the fourth largest category of $CO_2$ emissions.[17] EPA, which produces the U.S. GHG inventory, significantly increased estimates of methane emissions from the natural gas industry for the 2009 inventory year, resulting from a change in its assessment of emissions from four activities, the most important of which were: well venting from liquids unloading (attributed only to conventional[18] wells by EPA); gas well venting during completions; and gas well venting during well workovers[19] (EPA 2011). The sum of these changes more than doubled the estimate of methane emissions from natural gas systems from the 2009 inventory compared to the 2008 inventory. EPA acknowledges what is well understood: the estimates of GHG emissions from the natural gas sector are highly uncertain, with a critical lack of empirical data to support GHG emission assessments (EPA 2011). This is especially acute for production of unconventional gas resources. Data gathering to support re-assessment of the EPA's U.S. GHG inventory and potential regulations is under way.

An emerging literature has attempted to estimate GHG emissions from unconventional natural gas production, based on the limited available information. Measurement of GHGs in the atmosphere, if they could be reliably attributed to specific sources, would be the ideal methodological approach. However, such measurements are expensive, attribution is challenging, and only one pilot study has been published to date based on measurements in one gas field—which, since the time of measurement, has implemented new practices based on changing state regulations (Petron et al. 2012). The state of the practice employs engineering-based modeling, based on as much empirical information as is possible to assemble.

Much of this emerging literature is guided by the methods of life cycle assessment (LCA), which in this context aims to estimate all GHG emissions attributable to natural gas used for a particular function: electricity, transportation, or primary energy content (e.g., heat). Attributable emissions are those from any activity in the process chain of producing the natural gas—from exploration and well pad preparation to drilling and completion—processing it to pipeline quality, transporting it to the location of end use, and combustion. In addition, the construction, operation and maintenance, and end-of-life decommissioning of the end-use technology are also considered.

---

[16] For purposes of the GHG Inventory, the natural gas industry includes exploration, production, processing, transmission, storage, and distribution of natural gas to the end user (EPA 2011).

[17] In 2010, total U.S. GHG emissions have been estimated as 6,822 Tg or million metric tons $CO_2$e (EPA 2012a). Of this total, 84% were from $CO_2$, with most of the remaining (10%) from methane. Direct emission from the combustion of fuels, including natural gas, for electricity generation contributes 2,258 Tg $CO_2$, or 33% of total GHG emissions. Natural gas systems contribute 247 Tg of $CO_2$e, or 3.6% of total emissions, 87% from emissions of methane.

[18] Defined as any non-stimulated well. This report follows EPA (2011) in recognizing "that not all unconventional wells involve hydraulic fracturing, but some conventional wells are hydraulically fractured, which is assumed to balance the over-estimate."

[19] The frequency of which has since been reduced from 10% of wells per year to 1% of wells per year (EPA 2012b).

LCAs are typically performed to compare the results from one system to another.[20] The focus of this chapter is to advance understanding of GHG emissions from the production and use of shale gas in the context of the electric power sector as compared to generation of electricity from conventionally produced natural gas. Natural gas once processed for pipeline transmission to end-use customers is a homogenous product, undifferentiated by source. End-use combustion of the natural gas has, by far, the largest contribution to life cycle GHG emissions (as is true for any fossil-fueled combustion technology); but is not a point of differentiation between conventional and unconventional natural gas. Therefore, this study focuses on the activities associated with production of natural gas because they are the points of potential differentiation between unconventional and conventional natural gas.

We additionally focus on emissions from natural gas processing, given current regulatory and scientific attention to emissions from the natural gas industry and opportunity provided by the unique data sources employed in this study. Furthermore, we rely on the multitude of previously published LCAs of conventionally produced natural gas, updated for recent changes in understanding (EPA 2011; EPA 2012b) and harmonized for methodological inconsistency, as embodied in our publication (O'Donoughue et al. 2012), for comparison to the results of this study. We also compare our results to those for coal-fired electricity generation based on a systematic review and harmonization of that LCA literature, because coal has been the largest source for electricity in the United States over the last 50-plus years (Whitaker et al. 2012).

Prior research comparing life cycle GHG emissions of electricity generated from shale gas to conventional gas has been inconclusive and remains highly uncertain. Both the magnitude and direction of difference reported in these publications vary (Howarth et al. 2011; Burnham et al. 2012; Jiang et al. 2011; Skone et al. 2011; Stephenson et al. 2011; Hultman et al. 2011). This is despite their reliance on very similar data sources (mostly EPA's GHG emission inventory and supporting documentation). Uncertainty in the underlying data sources drives the uncertainty in published results. Furthermore, inconsistent approaches to data use and other assumptions thwart direct comparison of the results of these studies and the development of collective understanding.

Separately, the authors have examined this literature using a meta-analytical technique called harmonization that clarifies the collective results of this emerging literature by adjustment to more consistent methods and assumptions (Heath et al. 2012). In that publication, the authors elucidate differences between previously published estimates of life cycle GHG emissions from combustion of shale gas for power production and key sensitivities identified in this literature. Key sensitivities include EUR and lifetime (years) of wells; emissions and emissions reduction practices from well completion and workover; and emissions and emission reduction practices from well liquids unloading, all of which vary from basin to basin and from operator to operator. A key conclusion from the assessment of previous estimates of unconventional gas life cycle GHG emissions is that given current uncertainties, it is not possible to discern with a high level of confidence whether more GHGs are emitted from the life cycle of shale gas or conventional gas used for electricity generation.

---

[20] For interested readers, many texts describe LCA principles and methods, such as Horne et al. (2009) and Vigon et al. (1993).

In this chapter, we present results from a new method of estimating life cycle GHG emissions from shale gas that takes advantage of unusually detailed and rarely produced empirical data specific to a shale gas play and year. Our empirical data sources and approach differ significantly from previous efforts. Broadly, we use the methods of air quality engineering, life cycle assessment, and energy analysis to estimate GHG emissions attributable to the generation of electricity from shale gas produced from the Barnett Shale play in Texas in 2009, the latest year with available data. There are several unique aspects of this research as compared to previous natural gas life cycle assessments:

- Highly resolved estimates of GHG emissions from shale gas production and processing developed at site (facility) and source (equipment and practices) levels.

- Use of industry-supplied and regulator quality-assured data regarding equipment, practices, and emissions developed with very high participation rates.

- Development of a publicly available data set of county-level, extended gas composition analyses of produced (raw) gas demonstrating wide variability of methane and VOC content within the Barnett Shale formation.

 It is critical to note that the new results reported here are not necessarily applicable to other plays or years. However, they are discussed in the context of other published literature, where the broad outlines of consistency found within this literature increases confidence in the results, albeit still hampered by many areas of uncertainty remaining to be addressed through further research.

Commercial production of shale gas began in the 1980s, starting in the Barnett Shale play in Texas. The Barnett Shale play continues to be a large source of gas, estimated at more than 6% of total U.S. natural gas production (Skone and James 2010). Data on production and processing activities in this 22-county[21] area (Figure 5) are some of the best available for any unconventional gas formation in the United States. For these reasons, the focus of the analysis of this chapter is shale gas produced from the Barnett Shale formation. As illustrated in Figure 5, the highest production occurred within the Dallas-Ft. Worth metropolitan area, which is in non-attainment for the National Ambient Air Quality Standard for ozone (and other pollutants).

---

[21] The Barnett Shale is sometimes referred to as consisting of 23 or 24 counties. However, this analysis focuses on the 22 counties with non-zero gas production for 2009 (TRRC 2012).



**Figure 5. Counties with non-zero gas production from the Barnett Shale formation in 2009, and other demarcations of the Barnett Shale area in Texas (TRRC 2012)**

## 1.2  Methods and Data

There are many different sources of GHG emissions in the natural gas industry (EPA 2011; ENVIRON 2010; API 2009), but the fundamental approach to estimating the magnitude of emission for all of them is:

$$[activity] * [emission\ factor] = [emission]$$

where the emission factor is in units of mass emission per unit activity, and "activities" for the natural gas industry range from counts of drilled wells or pieces of certain equipment to volume of natural gas produced, fuel combusted in an engine, or volume of water produced from a well (e.g., ENVIRON 2010; API 2009; EPA 1995). We call this approach *activity-based emission estimates*.

Different groupings of activity-based emission estimates lead to different types of results. *Inventories* aim to estimate emissions from a given chronological period, representing all activities occurring in that period. Inventories are developed with different foci: geographic, industrial sector, or pollutant. Few GHG emission inventories exist at higher spatial resolution than national, which aggregates industry- and pollutant-specific inventories produced at a national scale.

In contrast, LCAs aim to estimate all emissions attributable to a final product—here, a kilowatt-hour of electricity—scaling all the activities required over time and space to produce that unit of final product. Figure 6 depicts the scope of this LCA of electricity generated with natural gas, which covers all stages in the fuel cycle as well as the power plant's life cycle. As shown, this study combines an original inventory, for stages shown in blue, with best-available literature estimates for the remaining stages. Once co-products are separated from the produced gas, all emissions associated with their storage, processing, transport, and disposal or sale are considered outside of the system boundary for this study (as depicted with dashed lines).



**Figure 6. A life cycle assessment of electricity generated from natural gas involves estimating the GHG emissions from each life cycle stage**

Because LCAs track the conceptual process chain—rather than the real supply chain—they typically model idealized activities, informed by as much empirical data on real conditions as possible. More than 30 LCAs of conventional natural gas follow this modeling philosophy (O'Donoughue et al. 2012). LCAs on shale gas that follow this approach include one employing a simplified, generic model of the industry (Stephenson et al. 2011); three assessing the U.S. national average or otherwise non-formation-specific conditions (Burnham et al. 2012; Skone et al. 2011; Howarth et al. 2011); and two assessing specific formations—Jiang et al. (2011) on the Marcellus formation and Skone et al. (2011) on the Barnett Shale.

More recently, some LCAs have leveraged EPA's national inventory of the natural gas industry's GHG emissions from a given year to simulate the process chain (Hultman et al. 2011; Venkatesh et al. 2011). These latter assessments benefit from emission estimates meant to be more closely related to actual performance; however, their estimates carry significant uncertainty given the current state of knowledge of activities and emission factors of this industry. In addition, results will change from year to year as the level of activity changes and may not reflect the life cycle of activities for a well (e.g., completions nationally in a given year may contribute a larger fraction of total emissions than what is reflective of their contribution within the life cycle of a single well).

In contrast to such approaches, this study translates estimates of VOC emissions to GHG emissions, capitalizing on a uniquely detailed inventory of VOC emissions and activities collected by the TCEQ. This approach enables a high-resolution GHG inventory for the production and processing of natural gas in the Barnett Shale play, within which individual GHG emissions from all relevant sources are estimated. Then, this annual inventory of the natural gas industry is translated into a longitudinal life cycle assessment for electricity produced from combustion of Barnett Shale gas. A brief summary of the approach is described below, with details provided in Appendix B.

### 1.2.1  Developing a GHG Emissions Inventory

Inventories of GHG emissions follow a long tradition of inventories for regulated air pollutants such as nitrogen oxides ($NO_x$) and VOCs that, in combination with sunlight, are precursors of ozone. Because of their role in demonstrating compliance with the National Ambient Air Quality Standard for metropolitan areas, the unit of analysis of these inventories is the county and large, so-called *point sources*. Point-source inventories contain detailed information related to all sources of emissions within specific facilities and are based on activity and characteristics information supplied by those facilities. Smaller, non-mobile sources (called *area sources*) are too numerous for regular, facility-specific information collection efforts and instead are tracked as a class, with emission factors (often simplified) correlating emissions with readily tracked activity data. The natural gas industry has many large point sources (including processing plants, compressor stations, and some production sites); the more numerous, smaller entities (including most production sites and some processing and transmission facilities) are classified as area sources.

Motivated by changing practices in the industry, in 2009, the TCEQ initiated a special inventory to collect detailed information on the activities and characteristics of the smaller entities in the natural gas industry that are normally part of the area-source inventory, similar to what is collected routinely from large point sources (TCEQ 2011). The purpose of the special inventory is to update and improve the TCEQ's estimates of emissions of regulated air pollutants from area sources, focused on the rapidly growing shale gas industry in the Barnett Shale area surrounding the metropolitan area of Dallas-Ft. Worth. The availability of the TCEQ's special inventory, in conjunction with its standard point-source inventory (TCEQ 2010), enables estimates of GHG emissions from activities within this important play at much finer resolution—by geography and entity—than is typically possible.

This study estimates GHG emissions from more than 16,000 individual sources detailed in three different TCEQ emission inventories:[22] the 2009 Point Source Inventory, 2009 Special Inventory, and 2008 Area Source Inventory (Pring et al. 2010). As shown in Figure 7, sources are characterized into profiles, which we further group into three general categories: combustion sources, potentially controllable leakage, and fugitives.[23] We differentiate between *potentially controllable leakage* and *fugitives*, where the former typically involves gas released from an isolatable emission point and therefore is potentially controllable, and the latter comes from more dispersed leaks that are less feasible to control. Many of the individual sources analyzed in this report are potentially controllable, as are many additional emissions in the fuel cycle, which come from completions and workovers, waste disposal, and transmission. For each profile, we estimate emissions with a tiered approach based on the availability of data. In general, primary (most accurate) methods are based on reported volumes, such as fuel combusted or gas emitted, whereas secondary methods are based on reported VOC emissions or average usage conditions. We use primary methods for 83% of sources, secondary for 15%, and profile medians for the remaining 1%.

---

[22] Detailed inventory data were received through personal communication (TCEQ 2012).
[23] Skone et al. (2011) state that 25% of compressor engines in the Barnett Shale area are electrically powered, which would require the inclusion of emissions attributed to the generation of that electricity as an additional category. However, no electrically powered compressor engines are listed in the TCEQ data provided, and personal communication with the TCEQ (TCEQ 2012) stated that few, if any, such engines exist in the area.



**Figure 7. Greenhouse gas sources belonging to the natural gas industry in the 22-county Barnett Shale area; many are potentially controllable**

[a]Pneumatics, from the area source inventory, have no count of individual sources

The central principle for translating a VOC emission inventory to one that estimates GHG emissions is the recognition that methane is a VOC,[24] albeit the slowest-acting one (Seinfeld and Pandis 2006). The key to translating VOC emission estimates to methane emissions is the availability of gas composition analyses reporting the proportion of methane, VOCs, and other gases (e.g., $CO_2$) within a sample. For validation purposes, the TCEQ requested many such gas composition analyses from reporting entities, which have been assembled into the largest known play-specific and publicly available set of gas-composition analyses. Organized by county, this database allows for estimation of methane and $CO_2$ content in gas emitted through venting and fugitive sources by ratio. It is well understood by geologists, petroleum engineers, investors, and others that gas composition varies within a geologic shale gas basin (e.g., Bullin and Krouskop 2008; Bruner and Smosna 2011); however, this is the first LCA or GHG emissions inventory to explore the implications of this variability.

In addition, other valued hydrocarbon products, such as condensate and oil, are created during the production and processing of natural gas. A principle of LCA research called co-product allocation dictates that the burdens of a system should be shared among all valued products from that system (e.g., Horne et al. 2009). In this study, emissions are allocated with respect to their share of the total energy content of all products from the fuel cycle. In addition to weighting the emissions from each source according to associated condensate and oil production, this means

---

[24] The VOCs typically tracked in Texas and national (EPA) regulations are non-methane, non-ethane VOCs. Accordingly, this report follows standard convention and refers to the set of non-methane, non-ethane hydrocarbons as VOCs. However, measurements of the composition of a gas sample (a so-called "extended analysis") include methane.

that the 25% of the sources in the TCEQ inventories that are associated only with the storage and handling of these co-products (e.g., condensate tanks) have been omitted.[25]

### 1.2.2  From Inventory to LCA

The GHG emissions inventory estimated here draws mainly from the TCEQ Special Inventory and Point Source Inventory for sources within natural gas production and processing life cycle stages (see Figure 7) (TCEQ 2010, 2011). Natural gas *production* relates to ongoing activities for the extraction of gas at wellheads. Natural gas *processing* relates to ongoing activities for the conversion of the produced gas to the required quality, composition, and pressure for pipeline transport.[26] In addition, the TCEQ area-source inventory is leveraged to estimate emissions associated with some activities at produced water *disposal* sites (Pring et al. 2010).[27]

Emissions from all sources within a fuel cycle phase are summed and then divided by the energy content of gas produced in that year to estimate an emissions factor in terms of mass of GHG emissions per unit of energy content of gas. Gas production statistics come from the Texas Railroad Commission for the 22-county play (TRRC 2012). Each GHG is weighted by its Intergovernmental Panel on Climate Change (IPCC) 100-year global warming potential according to standard procedure to normalize to units of $CO_2e$ (Forster et al. 2007).[28] However, these emission factors cover only a portion of the natural gas fuel cycle, which itself is a subset of the life cycle of electricity generation from natural gas (Figure 6). Therefore, although the inventory data provide an important addition to the relatively sparse information about GHG emissions from shale gas development, literature sources are relied on for data on other emissions sources and life cycle stages—including sources such as completions, workovers, and liquids unloading—where there is considerable controversy currently about activity factors, emission reduction measures, and the magnitude of emissions.

Additional fuel-cycle stages include pre-production and transmission. *Pre-production* consists of one-time or episodic activities related to the preparation of wells, including the drilling and construction of well pads and wells, hydraulic fracturing to stimulate production, and well-completion activities. Emissions factors for these one-time activities, gathered from open literature (Santoro et al. 2011; EPA 2011; EPA 2012b; Skone et al. 2011), must be amortized over the lifetime production (EUR) of a well. *Transmission*, also estimated from literature data (Skone et al. 2011), involves the transport of processed gas to the power plant.[29]

This study combines fuel cycle emission factors into a full LCA by assuming a standard efficiency of conversion to electricity and adjusting for natural gas losses throughout the fuel cycle due to both leakage to the atmosphere and the use of production gas as fuel. This study

---

[25] Sources contained within the TCEQ inventories that are considered outside of the system boundary collectively represent 60% of total reported VOC emissions but a much smaller fraction of GHG emissions.
[26] Processing can occur either at wellheads or at separate processing facilities.
[27] Emissions from produced water tanks at produced water disposal sites are tracked by TCEQ; transport of the produced water to the disposal site and operation of engines at these sites are not considered in this analysis.
[28] Global warming potentials (GWP) are also reported by the IPCC for a 20 year horizon and 500 year. The 100-year GWP is used in this study to ensure consistency with the standard practice in LCA and GHG emission inventories. Results based on alternative GWPs or other metrics of climate impact could be developed based on the results reported here.
[29] Following Skone et al. (2011), we consider the final step of processing as initial compression to pipeline pressure.

assumes combustion in a modern natural gas combined-cycle facility with thermal conversion efficiency of 51% (higher heating value) to make the results comparable to the meta-analysis of electricity generated from combustion of conventionally produced natural gas (O'Donoughue et al. 2012). Many natural gas-fired power plants do not operate at this efficiency, and the results reported here can be easily adjusted to apply to alternative conditions. GHG emissions from power plant construction and decommissioning are also considered, amortized over the lifetime generation from the facility (O'Donoughue et al. 2012). Data on emissions from *combustion at power plant*, *power-plant construction*, and *power-plant decommissioning* come from open literature (Skone et al. 2011; Skone and James 2010).

The final estimate of life cycle GHG emissions is calculated as the sum of the estimated emissions from each life cycle stage, adjusted by the thermal efficiency and relevant production losses, as appropriate for each stage and detailed in the appendix. These full life cycle emissions are expressed in units of mass $CO_2e$ per kilowatt-hour generated.

## 1.3  Results

In this section, we present and discuss key findings. Because of their relevance to the current debate about GHG emissions from natural gas, the full LCA results are presented first, followed by a comparison of these results to other published estimates. Then, the primary research contribution of this chapter is detailed:  a high-resolution inventory analysis of the production and processing stages of the natural gas fuel cycle for Barnett Shale gas produced in 2009. Appendix B provides further results, including county-level analysis of production gas composition, allocation of emissions to co-products, and details supporting the presented results.

### 1.3.1  Life Cycle Emissions

GHG emissions from the natural gas fuel cycle are a focus in the public sphere and of the novel analysis of this study. However, the functional unit of the fuel cycle—a unit of energy content of processed natural gas delivered to the end user—is not easily comparable to that for other fuels for end-uses other than direct heating. Use of natural gas in the electric sector is the focus of this report and is the market for about 30% of natural gas production in 2011 (EIA 2012). Some have argued that future production of unconventional natural gas will only displace dwindling production of conventional natural gas (e.g., Howarth et al. 2012). However, others believe that natural gas could displace existing and new coal as fuel for electricity generation (e.g., Venkatesh et al. 2011; Hultman et al. 2011). Comparisons of the results to both alternatives are provided in the next section.

First, it is critical to emphasize the importance of GHG emissions from combustion at the power plant in the life cycle of natural gas electricity generation. The GHG emissions from combustion are primarily determined by the carbon content of the fuel and the efficiency of converting fuel (chemical) energy to electrical energy. Regardless of whether natural gas comes from conventional or unconventional sources, its chemical and thermal properties once processed are indistinguishable. With regard to carbon content of the fuel, coal has about 75% more carbon per unit fuel energy than gas. Regarding efficiency, when considering new power plants, most new natural gas generation assets will likely be natural gas combined-cycle, which has a characteristic higher heating value efficiency of 51% (O'Donoughue et al. 2012). This efficiency, chosen to maintain consistency with other studies for comparison purposes, does not reflect the existing

fleet of natural gas plants, but rather, it is characteristic of a modern, state-of-the-art facility. The existing fleet of coal power plants has an efficiency of close to 34% (Hultman et al. 2011), whereas new plants of either supercritical or integrated gasification combined-cycle designs will reach near 40% (MIT 2007). The efficiency improvement for natural gas combined-cycle plants over old or new coal plants is substantial, especially considering the inherent difference in carbon content of the two fuels (absent any coal decarbonization).

Assuming 51% efficiency for natural gas combined-cycle and 50 g $CO_2$/MJ carbon intensity of natural gas yields an estimate of nearly 360 g $CO_2$/kWh from combustion at the power plant. Other stages in the life cycle of the power plant (e.g., construction and decommissioning) add very little (~1 g $CO_2$e/kWh) to life cycle GHG emissions of electricity generation for fossil-fuel facilities because those emissions are amortized over lifetime generation.

Including the 2009 Barnett Shale fuel cycle emissions compiled in this study, total life cycle GHG emissions from natural gas combined-cycle electricity are estimated to be about 440 g $CO_2$e/kWh (Figure 8). Of this total, about 18% of life cycle GHG emissions (or 78 g $CO_2$e/kWh) are embodied in the fuel cycle of Barnett Shale gas, as defined in Figure 7. These fuel cycle emissions from unconventional gas are comparable to those estimated from the fuel cycle of conventional gas, which O'Donoughue et al. (2012) find have a median estimate of about 480 g $CO_2$e/kWh in the existing literature after methodological harmonization. (See the next section for further discussion and comparisons.) About 10% (or 42 g $CO_2$e/kWh) of life cycle emissions result from emissions of methane, mostly through venting during completion and workover and from the natural gas transmission pipeline network. These results are calculated assuming a base-case EUR of 1.42 bcf produced over the lifetime of a well, which is the play-average EUR used by the U.S. Energy Information Administration in their National Energy Modeling Systems (NEMS) model (INTEK 2011).

The results are fairly sensitive to alternative estimates of Barnett Shale well EUR, which other studies have found to be one of the most influential parameters on life cycle GHG emissions (Burnham et al. 2012; Stephenson et al. 2011; Skone et al. 2011; Jiang et al. 2011). Adjusting all one-time and episodic emissions by lower- and upper-bound estimates of well-level EUR (INTEK, 2011) yields estimates of life cycle GHG emissions that vary by nearly 100 g $CO_2$e/kWh. Figure 8 displays the use of reported lower- and upper-bounds of well-level EUR for the Barnett Shale play (INTEK 2011) of 0.45 and 4.26 bcf/well, respectively. Life cycle GHG emissions then range between about 420 and 510 g $CO_2$e/kWh owing to the tested variability in assumed EUR.



[a] Although lower estimates for this stage have been published, reported emissions increase as the comprehensiveness of processes considered increase. So we use the highest published estimate for this stage that provided results in a form that could be adjusted by EUR (Santoro et al. 2011).
[b] Based on EPA (2011) estimate of 9,175 Mcf natural gas emission/completion, 1% of wells/year workover rate (EPA 2012b), 30-year assumed lifetime (Skone et al. 2011), and 22-county, Barnett Shale average natural gas molecular weight of 20.1 lb/lb-mol and methane mass fraction of 66.2%.
[c] Based on Skone et al. (2011)
[d] Based on Skone and James (2010)
[e] Based on Skone et al. (2011)
[f] Multiple estimates, in parentheses, pertain to high EUR, base-case EUR, and low EUR, respectively. Single estimates pertain to stages without sensitivity to EUR. The error bar is plus or minus the total bar length (life cycle GHG emissions).

**Figure 8. Combustion at the power plant contributes the majority of GHG emissions from the life cycle of electricity generated from Barnett Shale gas**

### 1.3.2 Comparisons to Other Studies

There are three important points of comparison for the life cycle GHG emission results presented here:

1. Previous estimates for electricity generated from shale or other unconventional gas

2. Previous estimates for electricity generated from conventional gas

3. Previous estimates for electricity generated from coal.

Direct comparison of the results of LCAs is hindered by the sensitivity of results to alternative assumptions of key parameters and other methodological considerations. Harmonization, which is a meta-analytical approach to enable more direct comparison, has been demonstrated for a wide range of electricity generation technologies (e.g., Burkhardt et al. 2012; Warner and Heath 2012). For coal-fired electricity generation, Whitaker et al. (2012) harmonized 164 estimates from 53 LCAs on four coal generation technologies (i.e., subcritical, supercritical, integrated gasification combined cycle, and fluidized bed). More recently, this approach has been applied to the LCA literature on natural gas-fired electricity generation, where estimates from 42 LCAs on

conventionally produced natural gas (O'Donoughue et al. 2012) and 6 shale gas LCAs (Heath et al. 2012) have been harmonized. Results from these studies are used for comparing results of this report to those in the literature because they ensure fair and consistent comparisons and enable insight useful for broad decision-making.[30] It is important to note that the results of this study were developed using the same key assumptions and system boundaries as in the harmonization of the literature estimates for conventional and shale gas—and, more broadly, with those for coal.

Figure 9 displays the results of this chapter's analysis (base case and EUR sensitivity)—which estimates life cycle GHG emissions from Barnett Shale gas produced in 2009 and combusted to generate electricity in a modern natural gas combined-cycle turbine—compared to other estimates, which are based on a systematic review and harmonization of existing literature. Compared to other estimates for shale gas electricity generation, the base case results of this methodologically independent assessment are near the 25th percentile of harmonized estimates, which is similar for the comparison to harmonized conventional natural gas estimates. High and low EUR scenarios are also within the range of previous estimates for shale and conventional gas life cycle GHG emissions. The results are also found to be considerably lower than those for coal—nearly half of the median estimate of 980 g $CO_2e/kWh$ (Whitaker et al. 2012), even under low EUR conditions.

---

[30] Estimates of life cycle GHG emissions for specific facilities can legitimately differ from those produced through harmonization. See Heath and Mann (2012) and other harmonization articles in the Special Issue on Meta-Analysis of LCA in the *Journal of Industrial Ecology* (http://jie.yale.edu/LCA-meta-analysis) for further discussion.



**Figure 9. Estimate of life cycle GHG emissions from 2009 Barnett Shale gas combusted to generate electricity in a modern natural gas combined-cycle (NGCC) turbine compared to previously published estimates for unconventional (mostly shale) gas, conventional natural gas, and coal after methodological harmonization.** [31]

Notes: EUR = estimated ultimate recovery, or lifetime production; NGCC = natural gas combined-cycle turbine

The rest of this section briefly reviews the key differences that could explain the relationship between the results from this study and those from other shale gas LCA literature. More detailed discussion of each of the existing shale gas life cycle GHG emission estimates can be found in Heath et al. (2012). Differentiating factors that tend to reduce estimates of life cycle GHG emissions for our study compared to some others include:  equitably sharing the burdens of natural gas production with valuable co-products; not considering nitrous oxide emissions throughout the life cycle or non-$CO_2$ emissions from power-plant combustion; not considering embodied GHG emissions of purchased fuels; and not considering transport of produced water to disposal wells. None of the following factors are considered significant points of

---

[31] See O'Donoughue et al. (2012), Heath et al. (2012) and Whitaker et al (2012) for further description of the review and harmonization of estimates of life cycle GHG emissions from electricity generated from conventional natural gas, unconventional (mostly shale) gas and coal, respectively. The studies reviewed and harmonized in Heath et al. (2012) for unconventional (mostly shale) gas are: Howarth et al. (2011); Burnham et al. (2012); Jiang et al. (2011); Skone et al. (2011); Stephenson et al. (2011); Hultman et al. (2011).

underestimation: negligible impacts found in previous analyses,[32] contributions only to the fuel cycle (which represents 18% of total life cycle emissions), and negligible quantities of relevant sources.[33] Differentiating factors that tend to increase life cycle GHG emission estimates for particular literature estimates compared to ours include: higher natural gas leakage estimates (Howarth et al. 2011; Burnham et al. 2012; Skone et al. 2011; Hultman et al. 2011; Jiang et al. 2011); higher estimate of methane content of produced gas (Jiang et al. 2011; Burnham et al. 2012; Skone et al. 2011; Hultman et al. 2011); and inclusion of natural gas distribution for transport of gas to the power plant[34] (Jiang et al. 2011; Howarth et al. 2011; Hultman et al. 2011). On the other hand, EURs considered in this chapter are considerably lower than for other studies. This is especially true for the sensitivity analyses conducted by this and other studies, where the low-bound case for all other studies is at least twice the lower-bound estimate reported by EIA for the Barnett Shale play (INTEK 2011).[35]

A key distinguishing feature of the practices typically assumed for conventional as compared to unconventional wells is liquids unloading (i.e., periodic removal of liquids and other debris from a well). EPA has found that this practice occurs frequently—31 times per year on average (EPA 2011)—every year in the life of a well. And emissions from this practice, even when amortized over lifetime production of a well as in LCAs, are significant (e.g., Burnham et al. 2012). A recent survey of 91,000 wells by two industry associations suggests that at least for this sample, emissions from liquids unloading are nearly 80% lower than EPA's estimate (Shires and Lev-On 2012). Not only is the magnitude of emissions from liquids unloading controversial, but the same industry survey suggests that liquids unloading is also practiced on unconventional wells, reversing previous assumptions (Shires and Lev-On 2012). If liquids unloading were practiced on Barnett Shale wells,[36] then life cycle GHG emissions under average-EUR conditions would increase between 6 and 28 g $CO_2$e/kWh depending on the emission rate assumed[37] and potentially as high as 100 g $CO_2$e/kWh under low EUR conditions.

### 1.3.3  Fuel Cycle Methane Losses

Throughout each stage of the fuel cycle, a portion of the produced gas is used or lost: gas is used as a fuel for combustion activities, and it is lost when it leaks to the atmosphere either through potentially controllable leakage or fugitive emissions. As a potent GHG, methane emitted to the atmosphere is especially important to understand.

---

[32] For example, Skone et al. (2011) find that nitrous oxide contributes 0.04% to the total life-cycle GHG emissions for a natural gas combined-cycle plant. They also found that nitrous oxide and methane contribute 0.001% and 0.004%, respectively, to the GHG emissions from the energy-conversion facility (which primarily consist of fuel combustion emissions) for a natural gas combined-cycle plant.

[33] Fewer than ten engines in the inventory are identified as using purchased fuels (i.e., gasoline or diesel).

[34] To approximate an upper bound for such an omission, consider that even doubling the estimated emissions from transmission adds only 19 g $CO_2$e/kWh, or about 4%, to the total life-cycle GHG emissions.

[35] Base-case EURs were 3, 3.5, 3, 2.7, and 2 bcf for Howarth et al. (2011) (average of estimates reported in Table 1), Burnham et al. (2012), Skone et al. (2011), Jiang et al. (2011) and Stephenson et al. (2011), respectively. Lower bounds tested were 1.6, 2.1, 2.7, and 1 bcf for Burnham et al. (2012), Skone et al. (2011), Jiang et al. (2011), and Stephenson et al. (2011), respectively.

[36] Assuming 30-year well lifetime (Skone et al. 2011), 1.42 bcf EUR (INTEK, 2011), and 12% emission reductions (Burnham et al. 2012).

[37] The low estimate assumes an emission rate according to Shires and Lev-On (2012), whereas the high estimate assumes an emission rate according to EPA (2011).

This section reports two related metrics, each important for different purposes. The first metric we refer to as *natural gas losses*, which signifies the percentage of produced natural gas either lost or consumed along the fuel cycle, expressed in units of volume natural gas lost per volume natural gas produced.[38] The second metric we refer to as *methane leakage*, which signifies the volume of methane released to the atmosphere in relation to the amount of gas produced, expressed in units of volume methane emitted per volume natural gas produced. A leakage rate reported in these units enables rapid estimation of methane emissions based on a known amount of produced natural gas.

Based on the analysis of TCEQ inventories for natural gas production and processing emissions, as well as published estimates for other fuel cycle phases, this study estimates that 1.5% of produced gas is emitted to the atmosphere before reaching the power plant (see Table 1). Much of this is potentially preventable, with an additional 5.6% of produced gas consumed along the process chain as fuel for different types of engines. Based on the estimated methane content of this produced gas, this equates to a *leakage rate* across the fuel cycle of 1.3% methane volume per volume of natural gas processed, based on the assumed play-average EUR of 1.42 bcf/well. Because of the contribution of one-time emissions to these results, they are sensitive to EUR; low EUR corresponds to an estimated 2.8% methane leakage rate and the loss of 8.9% of produced gas across the fuel cycle, whereas high EUR corresponds to an estimated 0.8% leakage and 6.5% losses.

#### Table 1. Loss of Produced Gas along the Fuel Cycle[a]

|  | Completions and Workovers[b] | Production | Processing | Transmission[c] | Total |
|---|---|---|---|---|---|
| Extracted from Ground | 100.0% |  |  |  | 100.0% |
| Fugitive Losses | – | 0.1% | 0.0% | 0.5% | 0.6% |
| Potentially Controllable Leakage | 0.8% | 0.1% | 0.0% | 0.0% | 0.9% |
| Combusted as Fuel | – | 0.9% | 3.9% | 0.8% | 5.6% |
| Delivered to Power Plant |  |  |  |  | 92.9% |

[a] Reported as volume of natural gas consumed or lost per volume of natural gas produced
[b] See footnote to Figure 9
[c] From Skone et al. (2011)

### 1.3.4  Air Pollutant Emissions Inventory-Based GHG Emissions Estimates

This study develops emissions factors for the production and processing stages of shale gas development based on original estimates of GHG emissions from TCEQ inventories and the Texas Railroad Commission's production statistics. These emission factors are shown in Figure using the functional unit of grams $CO_2e$ per mega-joule of natural gas (i.e., g $CO_2e$/MJ).

---

[38] Although the use of natural gas in production and transportation processes is for beneficial purpose, it nonetheless represents the loss of a potentially marketable product. For instance, increasing the efficiency of engines at pipeline booster stations would increase the amount of product delivered to the end user. From this perspective, we employ the simplified terminology of "loss" of natural gas to include its use prior to sale to an end user.



**Figure 10. Inventory-based analysis of production and processing fuel cycle stages showing that the majority of GHG emissions are CO$_2$ resulting from combustion, although the CO$_2$e from methane emissions is significant**

Most noticeably, the majority of GHG (CO$_2$e) emissions in both of these life cycle stages comes from CO$_2$ emissions from combustion sources. These emissions represent 53% of the total GHG emissions for the production stage and 87% for the processing stage. In the production stage, 90% of CO$_2$ emissions come from a large number of four-cycle rich-burn engines, nearly all of which are not normally individually tracked in the point-source inventory. Of the 1,564 compressor engines contributing to CO$_2$ emissions during natural gas production, only seven are reported to the point-source inventory, with the vast remainder of sources (and 99.9% of the CO$_2$ emissions) being reported only in the special inventory. Although the point-source inventory is intended to cover major emissions sources, the large number of individually smaller sources that are only captured by the special inventory play an important role in the GHG emissions from natural gas production in the Barnett Shale play. In the processing stage, 49% of CO$_2$ combustion emissions come from 405 4-cycle, lean-burn engines; 21% from 273 4-cycle, rich burn; 20% from 552 external-combustion boilers and heaters; and the remaining CO$_2$ emissions come from natural gas turbines, other compression engines, and equipment flares. In contrast to the production stage, 76% of these sources—representing 79% of the CO$_2$ emissions—are covered by the point-source inventory. Direct emission of CO$_2$ from fugitives and from processing (to achieve pipeline-quality specifications) is negligible but included for completeness.

Of the remaining GHG emissions, more methane emissions come from potentially controllable gas leakages than from fugitives. Specifically, only 41% of methane released in the production stage comes from fugitives. The 49% of methane coming from potentially controllable leakage in the production stage is dominated by emissions from pneumatic pumps and controls, which are a focus of recent EPA regulations. In the processing stage, fugitives make up an even smaller proportion (10%) of overall methane leakage. Of the 21% of methane emissions in this life cycle stage coming from potentially controllable leakage, more than half comes from emissions from produced water tanks, and almost a third from emissions from glycol dehydrators. Despite only a small proportion of combustion emissions being methane, combustion activities still account for

69% of the total methane emitted in the processing stage as a result of the large numbers of engines.

## 1.3.5 Sensitivity to Gas Composition Analysis

Because it reflects a key differentiation of this study from previous analyses, this section explores the sensitivity of this study's results to assumptions about the composition of the produced gas. Specifically, this section compares the study's main results—which are based on county-specific gas composition estimates (see Appendix B)—with results based on two alternative assumptions about produced gas composition.

The first alternative calculates emissions using a play-level gas composition estimate, which reflects a production-weighted average of all county estimates with original data. The second alternative uses EPA's reported national average production gas composition (EPA 2011) as the estimated composition for all sources. The national average is used for comparison because most LCAs rely on this gas composition, even for play-specific estimates (e.g., Skone et al. 2011). Table 2 reports the difference in emission estimates for $CO_2$, methane, and $CO_2e$ using these alternative gas composition analyses compared to this study's spatially explicit approach (main results).

**Table 2. Effects of Alternative, Spatially Uniform Estimates of Gas Composition on Inventoried GHG Emissions for the Barnett Shale Play**

|  | Difference from Main Results | | |
| --- | --- | --- | --- |
|  | $CO_2$ | Methane | $CO_2e$ |
| Production and Processing Combined | | | |
| Main Results | – | – | – |
| Barnett Shale Average | -0.5% | 2.6% | 0.2% |
| National Average | -3.5% | 5.7% | -1.5% |

The overall impact is negligible of using spatially explicit estimates versus the Barnett Shale average, which is a production-weighted average of individual estimates:  the effect on the two different GHGs cancel out in terms of $CO_2e$. The impact of using national average gas composition estimates is larger, but still small. As shown by the difference in Barnett Shale average versus national average results, these impacts come not from shifting to uniform gas compositions, per se, but rather, from using gas composition estimates less reflective of the specific gas analyses obtained from locations within the Barnett Shale region.

However, estimates differ more substantially when looking at a finer scale, as shown in Table 3, which focuses on production-stage emissions estimates for the four top-producing counties in the Barnett Shale. Using Barnett Shale or national average gas composition can lead to estimates one-third lower or higher for Tarrant and Wise counties, respectively, compared to using the county-level average. This variation comes from the substantial difference in estimated gas composition across counties, also shown in the lower portion of Table 3 for the representative gas constituents of VOCs, $CO_2$, and methane. Note that Tarrant and Wise counties both deviate substantially from the Barnett Shale average, as well as from the national average.

**Table 3. Effects of Alternative, Spatially Uniform Estimates of Gas Composition on Estimated Production Emissions at the County-Level**

|  | Denton County[a] | Johnson County[a] | Tarrant County[a] | Wise County[a] | 22-County Total |
|---|---|---|---|---|---|
| Barnett Shale average vs. main results | 12% | -5% | -33% | 29% | 1% |
| National average vs. main results | 15% | -11% | -36% | 29% | -3% |

|  | Denton County[a] | Johnson County[a] | Tarrant County[a] | Wise County[a] | Barnett Shale play average[b] | National average[c] |
|---|---|---|---|---|---|---|
| Volatile organic compounds content[d] | 18% | 19% | 6% | 23% | 16% | 18% |
| $CO_2$ content[d] | 2% | 2% | 1% | 3% | 2% | 2% |
| Methane content[d] | 63% | 63% | 80% | 56% | 66% | 78% |

[a] Only the four top-producing counties in the Barnett Shale play are shown.
[b] Production-weighted average across the 22 counties of the Barnett Shale play
[c] As reported in EPA (2011)
[d] Percentage by mass

These results have implications for developing more accurate GHG emission inventories at sub-national levels and any regulatory system that might seek to identify high emitters within plays. Furthermore, when detailed activity data at the site or source level are developed, these data should be matched by detailed gas-composition analyses for the most accurate outcomes.

### 1.3.6  Areas for Improvement in Understanding

The estimate of life cycle GHG emissions from gas produced from Barnett Shale in 2009 reported here advances our understanding through rigorous analysis of more than 16,000 sources of emissions and accounts for the known spatial heterogeneity in gas composition within the Barnett Shale play. However, future efforts should explore the sensitivity of the estimates herein to the many contributing parameters and several other aspects because further improvement remains.

Chief among the areas for improvement are a greater number of recent measurements of emission factors and statistically representative surveys of current practices characterizing GHG emissions from the natural gas industry. For instance, there is a critical lack of measurements of emissions for completion and re-completion (workover) activities that account for different physical and operational conditions based on use of reduced-emission completion equipment, variations in gas flow during flowback and initial production, and mud degassing (EPA 2011; Shires and Lev-On 2012; CERA 2011; Burnham et al. 2012). Likewise, better and more recent measurements of fugitive emissions from well and processing equipment, as well as pipelines at all stages—gathering, transmission, and distribution lines—are warranted because the existing data are sparse and old. The prevalence of emission-reduction practices (e.g., flaring) during completion, workover, and other activities is another area of considerable lack of empirical information and variability in current assumptions (Heath et al. 2012) that would improve understanding of life cycle GHG emissions.

Furthermore, if other well-specific information—such as annual and lifetime gas, condensate, oil, and produced water production, and lifetime workovers—were available and could be

matched to the TCEQ emissions inventories, then fuel cycle and life cycle GHG emissions could be estimated at the well level. These results could allow for consideration of well-level variability, with implications for the design of efficient strategies to control emissions. In particular, given the substantial sensitivity of results to EUR (total life cycle GHG emissions differ from base results by -5% or +17% for upper and lower EUR estimates, respectively), better well-specific information on EUR will improve the precision of emissions estimates. However, EUR is neither geographically nor temporally constant; rather, it relates both to physical characteristics of natural gas deposits and to the (constantly evolving) technical and economic feasibility of recovery of that natural gas. An improved and sophisticated understanding of EUR is therefore necessary. Finally, production activity is often planned for a field based on a set of wells; when initial wells decline in production, they could be restimulated and other wells could be drilled within the same area (through new laterals or new surface sites). Considerable knowledge of these dynamics is currently lacking. Yet, it is important to understanding GHG emissions in the context of deployment strategies used by many large players.

We have assembled the largest publicly available database of gas composition analyses for a shale gas play, and the counties with highest production correspond to those with the greatest number of analyses. However, given the sensitivity of the study's county-level results to the gas composition, it appears to be warranted to devote further effort toward improving the availability of production gas composition analyses specific to a region of interest. A random-sampling campaign conducted by a third party would be an ideal match for the methods used in this chapter if they are deemed useful for future analyses. A nearer-term objective could be to simply increase the pool of gas analyses from any entity willing to make such data available. Results of such further investigation could have implications for developing more accurate GHG emission inventories at sub-national levels and any regulatory system that might seek to identify high emitters within plays.

Further investigation of emissions from liquids unloading from unconventional wells is also warranted given the potentially significant GHG emissions from this activity, as described above. An emissions sampling strategy that accounts for variability across geography, gas type, well type, operator size, and operational practices, among other factors, should lead to an improved understanding of the potential for GHG emissions from liquids unloading for conventional and unconventional wells. Additional activity data regarding frequency of unloading and how this might change over the lifetime of a well, proportion of wells requiring unloading, and prevalence and effectiveness of emission-reduction activities are necessary to develop a more complete understanding of the emissions from this practice. Finally, because emissions from this episodic activity are amortized over lifetime production for use in LCAs, more certainty in the estimate of EUR would improve the accuracy of life cycle emission estimates.

Practices in the natural gas industry change over time, as do resource characteristics. Estimates of GHG emissions should be periodically repeated to reflect those changing practices and characteristics, using the most up-to-date and accurate data on emissions, emission-reduction practices, resource characteristics and activities available. Estimates could also be developed for future conditions based on expected changes in practices due to, for instance, full implementation of promulgated regulations. Such estimates could be compared to goals for GHG

emission reduction to highlight whether additional emission reductions are necessary to reach those goals.

Analogously, industry practices and resource characteristics vary by location owing to differences in, for instance, geology, hydrology and state regulations. Estimates of GHG emissions should be developed in other locations using as much geographically specific data and information as possible. Furthermore, GHG emissions will also differ by gas type—not only by broad categories such as conventional and unconventional, but also, by different types of each, e.g., shale, tight, and coal-bed methane for unconventional, and associated, onshore, and offshore for conventional. GHG emissions for each of these types should be characterized so that a more accurate understanding of drivers of variability (if any) by type can inform discussions of opportunities to reduce emissions.

Finally, the bottom-up, engineering-based inventory of emissions should be confirmed through top-down atmospheric measurements. Literature suggests that emissions are typically underestimated through bottom-up approaches compared to concentrations of those same pollutants in the atmosphere (e.g., Townsend-Small et al. 2012; Petron et al. 2012). This effect likely results not only from issues such as non-reported sources, but also from inaccuracies that inherently arise from the use of non-specific methods that depend on average or ideal conditions. Although source attribution is still challenging and these measurements are expensive, they provide a much-needed confirmation of when inventories are accurate and when updates and improvements are necessary to support sound decision-making.

## 1.4 Conclusions

The aim of this research is to advance the state of knowledge of life cycle GHG emissions from electricity generated from shale gas extracted from a specific play—the Barnett Shale play in north Texas—using data sources independent of those used in previous LCAs of natural gas. We leveraged inventories of regulated air pollutants collected and screened by the Texas Commission on Environmental Quality for a 2009 special inventory of the Barnett Shale gas production, processing, and transportation sectors and their regular point- and area-source inventories in the 22-county Barnett Shale area. We used data supplied by the industry to TCEQ regarding the emissions and characteristics of more than 16,000 individual sources. The TCEQ inventories are used to estimate VOC emissions, a precursor of ozone. VOC emission estimates were translated to methane and $CO_2$ emissions by using gas composition analyses that report proportions by mass of each constituent. This study compiled a large dataset of such gas composition analyses at the county level, enabling a quantitative accounting of the significant variability that exists within the play of methane, $CO_2$, and other compounds.

Based on the analysis of TCEQ inventories and the addition of missing life cycle stages not included in those inventories, this study estimates that electricity generated using a modern natural gas combined-cycle turbine combusting Barnett Shale gas produced and processed in 2009 is associated with about 440 g $CO_2e$/kWh generated, with a sensitivity range based on published high and low EURs of 420 to 510 g $CO_2e$/kWh. Thus, the life cycle GHG emission result is sensitive to the lifetime production of wells, where additional research would be helpful to more precisely estimate life cycle GHG emissions. Regardless of this uncertainty, however, this chapter's main conclusion is that life cycle GHG emissions from electricity produced from Barnett Shale natural gas lie within the range of previously published estimates for GHG

emissions (after methodological harmonization) from electricity produced by either conventional or unconventional natural gas (O'Donoughue et al. 2012; Heath et al. 2012). Furthermore, this report's estimate of life cycle GHG emissions is less than half of the median of published estimates for coal-fired electricity generation (after methodological harmonization) (Whitaker et al. 2012). It should be noted that the estimate of life cycle GHG emissions developed here is not strictly applicable to other locations or years, and that several important aspects of uncertainty in the methods of this research should be improved through additional research. However, the broad agreement between the estimate developed here and those published independently for both unconventional and conventional gas increases confidence in our understanding of life cycle GHG emissions of natural gas used for electricity generation.

This study found that about 19% of base case life cycle GHG emissions results from the fuel cycle of Barnett Shale gas (pre-production through transmission). About 10% of base case life cycle GHG emissions are methane, mostly vented during completion and workover and released from the natural gas transmission pipeline network. Only 11% of life cycle GHG emissions depend on characteristics of shale gas (e.g., extraction techniques, composition); the vast majority of life cycle emissions are not affected by the type or origin of the gas because they occur after processing that has the function of creating a homogenous product.

With regard to the fuel cycle GHG emissions, which were the focus of the analytical effort of this chapter, the vast majority comes from $CO_2$—80% or more of which is emitted from combustion sources (mostly engines and turbines) in the production and processing stages. The majority of emissions coming from natural gas production activities is from sources not routinely tracked individually (because they do not meet regulatory thresholds) in a classic example of how important the more numerous small sources can be to total emissions and how challenging quantifying and reducing emissions from the natural gas industry will be for regulators. Only through special inventories, such as the one conducted in 2009 for the Barnett Shale area, is it possible to have the kinds of detailed information necessary to estimate source-specific emissions for the vast majority of production sources within this industry. By contrast, processing sources are typically larger, meeting the threshold for annual emissions reporting under the regular point-source inventory.

We find that methane leakage, though playing a smaller role in life cycle GHG emissions from this analysis of 2009 Barnett Shale gas as compared to others, comes mostly from what we have classified as potentially controllable sources, rather than from fugitives—with implications for the potential for GHG emission reductions in the natural gas industry. In gas production, 40% of methane released comes from fugitive sources; methane emitted from potentially controllable leakage in the production stage comes mostly from pneumatic pumps and controls, which are specifically addressed in recent EPA regulations. In the processing stage, fugitives make up an even smaller proportion (10%) of overall methane emissions. As for potentially controllable leakage in processing, half comes from emissions from produced water tanks and a third from glycol dehydrators.

Our method represents an improvement in accuracy by accounting for spatial differences in gas composition as compared to previous LCAs. For instance, methane content of raw gas from the top four producing counties ranges from 56% to 80%, with implications for how much methane is released in venting or fugitive emissions. Previous research has either used play-level average

gas composition (e.g., Jiang et al. [2011] for the Marcellus) or the national average. For Barnett Shale total emissions, the difference in results between using county-level gas composition compared to a play-wide average composition is relatively small; however, the improvement is more significant compared to using national average composition.

The overall results for the Barnett Shale play are only marginally sensitive to the variability in gas composition across the play because of offsetting differences. But the variability observed in gas composition has implications for accurate estimation of GHG emissions at finer spatial resolution, monitoring programs, and regulatory strategies. This study found differences in GHG emission estimates at the county level compared to estimates using national average figures; furthermore, inventories of the level of detail of the special inventory provide an important piece of the overall story of emissions. Therefore, accurate usage of such detailed information needs to be matched by more detailed input information, notably gas composition analyses. The database assembled for this study is a first step toward developing more robust databases in the Barnett and other natural gas basins around the country.

Improvements can be made to the estimate produced here of life cycle GHG emissions for 2009 Barnett Shale gas used in a modern combined cycle electricity generator. But this study's methodologically independent estimate confirms previous research on shale gas electricity generation. In addition, it is similar to previous estimates for generation using conventionally produced natural gas, and it is less than half of that estimated in other studies for coal. Liquids unloading, which is typically assumed to occur only for conventional wells, accounts for most of the difference between this study's estimate and that developed based on meta-analysis and updating of more than 40 references reporting life cycle GHG emissions for electricity generated from conventionally produced natural gas. However, evidence has emerged suggesting that liquids unloading is also a practice applicable to unconventional wells. If confirmed for Barnett Shale wells in particular, then it means that the estimate reported here should be updated accordingly. The high carbon content and significantly lower thermal efficiencies of coal-fired power plants account for their substantially higher life cycle GHG emissions.

# 2  Regulatory Framework Governing Unconventional Gas Development

## 2.1  Introduction

Rapid development of unconventional natural gas in the United States in recent years has raised a number of important environmental concerns, including ground and surface water contamination; disposal practices for frac flowback, produced water, and other associated drilling wastes; impacts on local and regional air quality; methane leakage and venting rates; and increased traffic, noise, and other community impacts. It is clear that regulations have increased at virtually all levels of governance in response to the unconventional gas boom. Various commissions, advocacy groups, and research organizations have weighed in on the pros and cons of additional regulation, including two reports issued by the Secretary of Energy Advisory Board Shale Gas Production Subcommittee ("SEAB Subcommittee").[39] But questions persist regarding the sufficiency of these regulations across differing jurisdictions and the adequacy of compliance monitoring and enforcement in the face of rapid growth.

Because of the "distributed" nature of unconventional gas development and the substantial increase in wells in key basins,[40] local land-use conflicts have erupted in certain areas of the country that have led to restrictions and moratoria on drilling by state, county, and municipal governments, raising questions about the industry's continued social license to operate in specific jurisdictions[41] (Dryden 2012; Middlefield 2012). In response, some states—notably Pennsylvania—have recently enacted legislation to restrict the ability of local governments to

---

[39] *See e.g.*, U.S. DOE, *Secretary of Energy Advisory Board Shale Gas Production Subcommittee, Ninety-Day Report,* (Aug. 11, 2011) and *Second Ninety-Day Report* (Nov. 18, 2011), http://www.shalegas.energy.gov/resources/081111_90_day_report.pdf; National Petroleum Council, *Prudent Development Realizing the Potential of North America's Abundant Natural Gas and Oil Resources* (2011), http://www.npc.org/NARD-ExecSummVol.pdf; Cardi Reports, *The Economic Consequences of Marcellus Shale Gas Extraction: Key Issues*, prepared on behalf of Cornell University (Sept. 2011), http://www.greenchoices.cornell.edu/downloads/development/marcellus/Marcellus_CaRDI.pdf; Thomas Kurth, et al., "American Law and Jurisprudence on Fracing," Haynes and Boone, LLP (2010), http://www.haynesboone.com/files/Publication/3477accb-8147-4dfc-b0b4-380441178123/Presentation/PublicationAttachment/195a3398-5f02-4905-b76d-3858a6959343/American_Law_Jurisprudence_Fracing.pdf ; Bipartisan Policy Center, Energy Project, *Shale Gas: New Opportunities, New Challenges* (Jan. 2012), http://www.scribd.com/doc/95194795/Shale-Gas-New-Opportunities-New-Challenges; Charles G. Groat and Thomas W. Grimshaw, *Fact-Based Regulation for Environmental Protection in Shale Gas*, report prepared for the Energy Institute, University of Texas at Austin (Feb. 2012), http://energy.utexas.edu/images/ei_shale_gas_regulation120215.pdf; Rebecca Hammer, et al, *In Fracking's Wake: New Rules are Needed to Protect Our Health and Environment from Contaminated Wastewater*, Natural Resources Defense Council (May 2012) http://www.nrdc.org/energy/files/Fracking-Wastewater-FullReport.pdf; International Energy Agency, Golden Rules for a Golden Age of Gas, 9-10 (May 29, 2012), http://www.worldenergyoutlook.org/media/weowebsite/2012/goldenrules/WEO2012_GoldenRulesReport.pdf (discussing the importance of public acceptance for continued expansion of unconventional gas development in the U.S. and abroad).

[40] For a graphic depiction of the rapid increase in shale gas wells in Pennsylvania, see U.S. Energy Information Administration, "Horizontal drilling boosts Pennsylvania's natural gas production," available at http://www.eia.gov/todayinenergy/detail.cfm?id=6390.

[41] Some national governments, including France and Bulgaria, have also banned hydraulic fracturing (BBC News 2012). For a list of current moratoria and bans, see Sierra Club, FRAC Tracker, http://www.sierraclub.org/naturalgas/rulemaking/.

regulate unconventional gas development.[42] Other states, such as Colorado, have engaged in multi-stakeholder processes to strengthen and continue to revise new rules for oil and gas development that have been embraced by multiple constituencies and paved the way for innovative legislation that is re-shaping the electric power sector in the state (COGCC 2008; Xcel 2012). See Textbox 1 for more on Colorado's recent experience. But even in those states, such as Colorado, where oil and gas development has been a feature of the landscape for decades, a number of communities have expressed concerns about the proximity and pace of unconventional gas development and are seeking to impose new restrictions on development.[43]

---

**Text Box 1:  Colorado's Clean Air-Clean Jobs Act**

In 2010, then Governor of Colorado Bill Ritter introduced landmark legislation that fundamentally altered the energy make-up of the state's electric power sector. The legislation, HB 1365, also known as the "Clean Air-Clean Jobs Act," required regulated utilities to reduce emissions of nitrogen oxides by 70% to 80% or greater from 900 megawatts of coal-fired generation by 2018 and meet certain "reasonably foreseeable" environmental requirements, such as lower ozone standards. To meet these targets, the state's regulated utilities proposed a plan that included retiring aging coal-fired power units, retrofitting others with state-of-the-art clean technology, and expanding capacity for units powered by natural gas and renewable energy sources. The Act had broad support from a number of constituencies including local Front Range governments, local and national non-governmental organizations, Xcel Energy and the natural gas industry (CCC 2010; Xcel 2012). Importantly, much of this support can be tied to the state's decision to first put in place strong rules for the development of its oil and gas resources before introducing legislation that would very likely lead to increased production. Many believe there is still work to be done to ensure that production is done properly statewide, especially in the Front Range, where new production is taking hold that did not exist to the same extent in 2008. However, many point to the Colorado model as an example of collaboration, innovation, and leadership that can be replicated elsewhere.

---

In short, the regulatory landscape affecting unconventional gas development is complex, dynamic, and multi-layered. Going forward, there is a risk of increased regulatory fragmentation within and among gas-producing basins, as well as a lack of coordination among the different government entities responsible for regulating and ensuring compliance with various aspects of unconventional gas development, leading to additional uncertainty, gaps, redundancies, potential delay for producers, and under-enforcement.[44] At the same time, leading companies continue to

---

[42] 58 Pa. Cons. Stat. § 3218; see also CO SB 088, introduced unsuccessfully Feb. 16, 2012.

[43] For example, Boulder County, Resolution No. 2012-16 (Feb. 2, 2012); Colorado Springs, Steve Bach, Mayor of Colorado Springs, "Memorandum on Administration of the Use of Regulations Set Forth in Chapter 7, City Code," (Nov. 28, 2011); the City of Erie, Ord. No. 09-2012 (Mar. 7, 2012); and the city of Longmont, Ord. No. O-2012-18 (Dec. 20, 2011)—all enacted temporary moratoria on applications for oil and gas development.

[44]For a recent report that surveys state shale gas regulation and similarly finds significant  variations among them, see Resources for the Future, "A Review of Shale Gas Regulations by State,"
http://www.rff.org/centers/energy_economics_and_policy/Pages/Shale_Maps.aspx.

develop and elaborate best practices[45] to control and/or mitigate some of the environmental impacts associated with unconventional gas development. Some of these corporate practices go beyond existing regulation and some have served as the basis for new regulations.[46] Although it is impossible to predict the precise mix of future regulation, it is likely that additional regulations will be adopted and implemented as unconventional gas development proceeds. These could affect the costs of producing unconventional gas, but without basin- and company-specific data, it is not possible to determine the amount of additional compliance costs associated with any particular regulatory scenario. This is an important area for future research.

This chapter examines the main federal, state, and local regulatory frameworks that govern unconventional natural gas development.[47] Specifically, this chapter focuses on requirements related to water withdrawals used for hydraulic fracturing, disclosure of chemicals used in hydraulic fracturing fluids, setbacks for wells, baseline water monitoring of surface water resources or water wells, well construction standards, "green" or "reduced emission" completions, storage of waste in closed-loop systems, and the disposal of produced water. It also examines state compliance monitoring and enforcement capabilities. The goal of the research was to identify changes and trends in the governing legal frameworks across the different basins, as well as key challenges going forward. Specific attention is given to regulatory uncertainty, fragmentation, gaps, and redundancies associated with the proliferation of new rules and regulations at multiple levels, as well as the implications of shifting public perception and support for gas development across various jurisdictions.

Due to time constraints, it was not possible to examine all impacts associated with gas development and corresponding regulatory responses. Key areas for future research include, for example, regulations aimed at reducing the risk of surface spills of acids and chemicals used in hydraulic fracturing, storm-water controls, open-pit requirements, and mitigation measures for truck traffic. Beyond the scope of this report is a complete discussion of the environmental and public health risks posed by unconventional gas development and an analysis of the extent to which the current regulatory and statutory regimes reduce such risks, or the extent to which voluntary implementation of best practices fill any gaps remaining.

The chapter focuses on six unconventional U.S. basins:  Barnett Shale play and Eagle Ford Shale play in Texas, Haynesville Shale play in Texas and Louisiana, Marcellus Shale play in New York and Pennsylvania, North San Juan basin in Colorado, and Upper Green River basin in Wyoming. As Table 4 illustrates, each of these basins is marked by distinct resource, geologic, and hydro-geologic characteristics, and each has had different historical and contemporary

---

[45] The term *best practices* used here has the same meaning as that used by the SEAB in that it refers to "improvements in techniques and methods that rely on measurement and field experience" (SEAB 2011a). Best practices are not static, but rather, continuously evolving, as evidenced by the rapid changes in technologies related to stimulation techniques, methane capture, and water recycling.

[46] See, for example, green completions, voluntary disclosure of chemicals used in hydraulic fracturing fluids, and reuse of produced and flowback waters. EPA specifically cited industry's voluntary use of green completions in promulgating recent federal standards to limit air pollution from new and modified stationary sources in the Crude Oil and Natural Gas Production Category (EPA 2012c).

[47] Statutes applying uniquely to federal lands or actions, such as the Federal Lands Policy and Management Act, National Environmental Protection Act, and Endangered Species Act, are not discussed. For a more complete description of the federal framework that applies to unconventional gas development, see EPA 2000 and Kurth 2010.

experiences with oil and gas development. Accordingly, unconventional gas development in each of these basins and jurisdictions poses a distinct set of environmental issues, and it is the subject of a different mix of state and local regulation.

**Table 4. Description of Shale Plays and Basins Studied**

| Primary Designation | Secondary Designation | Hydrocarbon Resources | Interest for Study | Production Characteristics |
|---|---|---|---|---|
| Barnett Shale Play | District 5, North Texas | Mostly dry gas, shale | Original shale gas basin, history, water stressed, near urban areas | 6,000–8,500 feet deep |
| Eagle Ford Shale Play | Oil Producing Counties, South Texas | Oil, NGLs and gas, shale | High activity, resource diversity, water stressed | Oil 4,000–8,000 feet, NGLs/gas 8,000–12,000 feet deep, average thickness 450 feet |
| Haynesville Shale Play | DeSoto Parish, Louisiana | Mostly dry gas, shale | Second-largest shale gas reserves in U.S., active production | 10,500–13,000 feet deep, high temperature and pressure |
| Marcellus Shale Play | Susquehanna River Basin, Ohio River Basin, Pennsylvania | Mostly dry gas, shale | Rapidly growing, diverse, area of significant public attention | 5,000–7,000 feet deep, 100–500 feet thick, largest shale gas reserves in U.S. |
| North San Juan Basin | La Plata County, Colorado | Coal-bed methane | Colorado regulations, distinct risks due to CBM production | Fruitland formation, 550–4,000 feet deep |
| Upper Green River Basin | Jonah Field, Pinedale Anticline Wyoming | Mostly dry gas, tight sands | Active production, ozone nonattainment | Vertical wells, 8,000–11,000 feet deep in tight sands |

This chapter also examines recent actions by local governments to ban, delay, or regulate hydraulic fracturing or gas development; responses to such actions by state courts and legislatures; and the implications of these developments for the industry's social license to operate in specific parts of the country.

Lastly, this chapter identifies several important examples where companies have adopted measures that go beyond compliance—namely, "green" completions, voluntary disclosure of chemicals used in hydraulic fracturing fluids, and reuse of produced and flowback waters. In some cases, these best practices have become the basis for new regulations (e.g., "green" completions). In others, they continue as voluntary actions that fill gaps or go beyond existing regulatory frameworks (e.g., reuse of produced and flowback waters).

The major conclusions that emerge from this analysis are as follows:

- Although there is a trend toward more regulation at all levels of governance, there has been a corresponding increase in regulatory fragmentation and differentiation at state and local levels. Better coordination and policy alignment among regulators can help to reduce risks of regulatory fragmentation including uncertainty, delays, gaps, and redundancies across jurisdictions. Improved communication and sharing of information between regulators at all levels of government and across jurisdictions—as well as increased transparency in the form of publicly reported and publicly available data from industry—will help ensure that regulations are coordinated and tailored to specific geographic and geologic characteristics. Appropriately designed regulations that reflect local conditions such as gas composition and geology reduce environmental risks and ensure more efficient resource recovery.

- Compliance monitoring and enforcement actions vary significantly across states, with significant implications for the efficacy of regulations, as well as public confidence in the ability of state regulators to ensure that development proceeds safely. Public disclosure of violations, enforcement actions, and company compliance would bring greater transparency and accountability to an industry that, by its nature, poses unique compliance and enforcement challenges due to the disparate and often remote location of facilities and its rapid development in recent years. It would also provide an opportunity to highlight the compliance records of leading companies that have demonstrated a commitment to safe natural gas production.

- There is a significant range in the environmental performance of operators in the industry, with some operators performing at a level that goes beyond existing regulations and other operators falling short. Ongoing consolidation in the industry could lead to more widespread adoption of best practices across the industry. However, additional implementation of beyond-compliance measures is unlikely to lead to less regulation given limited public acceptance of the concept of self-regulation in the industry. In some instances, the implementation of best practices may serve as the foundation for future regulation (Efstathiou 2012), which, in turn, could serve to level the playing field among producers and may help restore public trust in areas of the country where unconventional gas development has been controversial.

- There is a need for basin- and company-specific data to analyze the extent to which implementing beyond-compliance measures or additional regulation will affect the cost of producing natural gas and, by extension, the supply of gas to the electric power sector.[48] This study was not able to collect such data (see Chapter 4), but this will be a focus of a potential follow-up study.

- Notwithstanding the challenges of regulatory fragmentation, different state and local approaches to regulating unconventional natural gas development provide important opportunities for learning and innovation regarding substantive rules, the role of best practices, and process. Colorado, for example, recently implemented landmark legislation

---

[48] A recent report estimates that the application of 22 "Golden Rules" for shale gas development could add about 7% to the overall drilling and completion costs on a per well basis (IEA 2012). Assuming today's costs and prices are roughly equivalent, 7% added costs in the U.S. would amount to roughly an additional $0.25/MMBtu produced.

with the support of multiple constituencies, including the natural gas industry and environmental groups, that resulted in a dramatic shift in the state's electric power sector away from coal toward greater use of natural gas and renewable energy (see Chapter 1 for a discussion of the potential climate benefits associated with using natural gas as opposed to coal as a feedstock for electricity generation). This could not have happened absent an initial effort to revise the state's oil and gas laws. New York's decision to undertake a detailed and extensive study of the impacts associated with high-volume hydraulic fracturing has led to development of some of the most comprehensive rules in the country. It remains to be seen whether, if adopted, they alleviate public concerns regarding the risks associated with unconventional gas development .

## 2.2  Federal Legal Framework

The major federal environmental laws provide the overarching framework for regulating many of the environmental impacts associated with unconventional natural gas development. Some of these laws, however, contain explicit exemptions or definitional exclusions for natural gas development, resulting in a significant role for state regulation in key areas such as waste management, disclosure of chemicals used in hydraulic fracturing and releases, and well construction standards other than for underground-injection disposal wells. This section analyzes the federal regulatory framework governing air, water, and waste issues associated with unconventional gas development. It focuses on the scope of federal regulation, the extent to which state law fills any gaps left open by the federal regulatory scheme, recent legislative proposals and rule-makings, key trends, and the implications of a changing federal regulatory framework for future development.

### 2.2.1  Overview and Key Trends

Federal laws governing the air, water, and waste impacts associated with the production of unconventional natural gas vary in terms of scope. EPA has broad authority to regulate emissions of air pollutants, including GHGs, direct and indirect discharges of wastewater from point sources, and the injection of produced water into underground injection wells for disposal.[49] The federal government, primarily through the U.S. Department of the Interior, also has authority over the development of natural gas on federal and tribal lands. Federal oversight over the management of hazardous and solid wastes, reporting and disclosure requirements of toxic or hazardous releases, and the process of hydraulic fracturing itself is much more limited—and, in some cases, it is entirely absent given specific exemptions and definitional exclusions under certain federal laws such as the Resource Recovery and Conservation Act; the Comprehensive Environmental Response, Compensation and Liability Act; and the Safe Drinking Water Act.

Some federal exemptions have been the focus of proposed legislation in past and current Congresses,[50] and efforts to repeal or narrow these exemptions are likely to continue. Congress also recently requested that EPA conduct a study evaluating the potential impacts of hydraulic fracturing on drinking water (EPA 2011e). Depending on the results of this study, the first of

---

[49] An exception to this is section 112(n)(4) of the Clean Air Act, which contains prohibitions on the aggregation of hazardous air pollutant emissions from certain gas wells and other equipment that constrain regulation of such sources (42 U.S.C. § 7412(n)(4)).

[50] See, for example, The Fracturing Responsibility and Awareness Act of 2011, H.R. 1084.

which are due out sometime in 2012 with additional results in 2014, EPA may assume a more active role in regulating hydraulic fracturing—including reconsidering its determination that certain natural gas wastes are not hazardous, and recommending changes to the statutory framework that applies to the process of hydraulic fracturing. In the meantime, the states continue to play an important role in regulating various aspects of hydraulic fracturing. The extent to which states have filled gaps left open by federal regulation is discussed in Section 2.3.

The trend at the federal level is toward more regulation. As discussed in more detail below, a number of federal rules related to gas development have been finalized, proposed, or announced recently in response to increased development, and there have been repeated calls for new legislation. Taken together, these efforts indicate a growing interest in hydraulic fracturing and unconventional gas development at the federal level and the likelihood of additional federal regulation, and possibly legislation regarding the removal of certain exemptions in existing statutes, as has been proposed in the past.

## 2.2.2  Hydraulic Fracturing

The process of hydraulic fracturing, other than when diesel fuel is used, is expressly excluded from federal regulation under the Safe Drinking Water Act's Underground Injection Control program.[51] Were hydraulic fracturing not specifically excluded from the definition of *underground injection*, the natural gas industry would be required to comply with certain federal well construction, operation, and closure requirements, as well as disclosure requirements. This has been, and likely will continue to be, a source of controversy because numerous bills were introduced in 2009, 2010, and 2011 to bring the process of hydraulic fracturing within EPA's control (Martin et al. 2010).[52] Although prior attempts have all been unsuccessful, it is likely that similar legislation will be introduced in the future (Hammer and VanBriesen 2012). Additional pressure for greater federal regulation could also come as a result of EPA's hydraulic fracturing study if it concludes that the process of injecting fluids underground during hydraulic fracturing increases the risk of groundwater contamination.[53]

EPA recently published draft guidance governing the use of diesel in hydraulic fracturing fluids that includes requirements for diesel fuels used for hydraulic fracturing wells, technical recommendations for permitting, and a description of diesel fuels for EPA underground injection control permitting (EPA 2012b). As proposed, this guidance only applies where the EPA is the permitting authority. States with primacy over the Underground Injection Control program, which include Texas, Louisiana, and Wyoming, are not required to follow the guidance (Figure 11).

---

[51] 42 U.S.C. § 300h(d)(1)(B)(ii) (2005).

[52] The most recent efforts being The Fracturing Responsibility and Awareness Act of 2011, H.R. 1084.

[53] An area of ongoing controversy and debate is whether or not the process of hydraulic fracturing poses a greater risk of subsurface water contamination than other aspects of development that are common to all types of oil and gas production such as surface spills, impoundment failures, and faulty well construction (Groat and Grimshaw 2012; Hammer and VanBriesen 2012; Jones 2011).



**Figure 11. EPA map of Underground Injection Control Program Primacy[54]**

Given the limited federal role in this area, states are the primary regulators of well construction standards that apply to the process of hydraulic fracturing (see Section 2.3.3 below).[55] However, with respect to natural gas development on federal lands, the Bureau of Land Management (BLM) recently proposed a rule that would require the use of cement bond logs on surface casing and mechanical integrity testing prior to hydraulic fracturing to improve well integrity (BLM 2012). Both EPA's proposed diesel fuel guidance and BLM's proposed well construction standards help to provide greater regulatory certainty to the production of natural gas. However, state regulations remain central given the limited applicability of the EPA guidance and BLM standards.

### 2.2.3  Water Quality

As reported in various news media, for the public, some of the most prominent environmental concerns associated with unconventional gas development that have emerged are adverse impacts to groundwater and surface water resources. The major federal statutes protecting water quality—the Clean Water Act and the Safe Drinking Water Act—apply to various aspects of unconventional gas development, with different approaches and experiences in different parts of the country.

The Clean Water Act prohibits the unauthorized discharge of wastewater into the surface waters of the United States from point sources. Discharges may be authorized by permits issued under the National Pollutant Discharge Elimination System, whose permits require industry-specific, technology-based limits and water-quality-based effluent limitations. The latter vary depending

---

[54] EPA, "UIC Program Primacy," http://water.epa.gov/type/groundwater/uic/Primacy.cfm.
[55] Well integrity is essential not only to reduce risks associated with hydraulic fracturing, but also, with the entire universe of down-hole activities (i.e., wells that are not hydraulically fractured also pose a risk to surface and subsurface water sources if not properly cased, cemented, and monitored).

on local conditions because they are tailored to protect specific designated uses of surface waters.

EPA has established two national effluent limitation guidelines that apply to unconventional gas wells. The first completely prohibits the discharge into navigable waters of natural gas wastewater pollutants, such as produced water, drilling muds, or drill cuttings from any source associated with oil and gas production, field exploration, drilling, well completion, or well treatment, located east of the 98th meridian. [56] The second guideline applies to operators west of the 98th meridian and allows the discharge of produced water only if it may be used beneficially for agricultural or wildlife propagation. [57]

Indirect discharges to publicly owned treatment works (POTWs) and discharges from centralized waste treatment facilities (CWTs) are also subject to the Clean Water Act framework. However, EPA has not promulgated pretreatment standards that apply to the discharge of shale and coal-bed methane (CBM) wastewater to POTWs, leaving a gap in the federal framework that has been the source of considerable controversy. Discharges from CWTs are subject to federal technology-based standards, although these standards do not contain limits for all of the pollutants contained in natural gas wastewater—in particular, bromide or total dissolved solids. [58]

EPA's decision under the CWA to prohibit direct discharges of drilling wastewater to surface waters in states east of the 98th meridian, combined with limited injection well capacity in that part of the country (see Chapter 4, discussing the fact that Pennsylvania has only eight Class II underground disposal wells), has resulted in increased use of indirect discharges to POTWs and CWTs. Many POTWs, however, are not designed or permitted to handle the volumes and types of wastewater produced from the booming shale gas industry (Urbina 2011). In Pennsylvania, insufficient treatment capacity for shale gas wastewater resulted in contamination of state waters—in particular, elevated levels of total dissolved solids, organic chemicals, and metals (EPA 2011c)—prompting the state to request operators to voluntarily cease sending shale gas wastewater to older POTWs and also resulting in new state limits for total dissolved solids and chlorides[59] (EPA 2011b).

EPA has announced its intent to develop pretreatment standards for discharges of CBM and shale wastewater in 2013 and 2014, respectively (EPA 2011a). These standards should bring certainty to this area, reduce the likelihood that treated wastewater discharges from POTWs will contaminate surface waters, and improve public confidence in the ability of natural gas development to be done safely. Depending on how these standards are set, they may also drive the development of technologies to recycle and reuse wastewater. If, for example, EPA adopted a "no discharge" or otherwise stringent limit, operators would need to rely more heavily on other

---

[56] Onshore Subcategory Guidelines, 40 C.F.R. § 435.30 (2012). The 98th meridian runs through North Dakota, South Dakota, Nebraska, Kansas, Oklahoma, and Texas. Direct discharges of produced water west of the 98th meridian are permitted provided the water does not exceed specified parameters for oil or grease and can be used for agricultural or wildlife propagation. *Id.* § 435.50.

[57] *Id.* § 435.50. Produced water has an effluent limitation of 35 mg/L of oil and grease. *Id.* § 435.52.

[58] See 33 U.S.C. § 1317 (2012); EPA, "National Recommended Water Quality Criteria," available at http://water.epa.gov/scitech/swguidance/standards/criteria/current/index.cfm.

[59] 25 Pa. Code § 95.10(b)(3)(iv)-(vi).

forms of wastewater disposal such as underground injection or recycling. In parts of the country, such as Pennsylvania, where underground injection wells are limited, a "no discharge" standard could result in significantly more recycling and reuse—especially if doing so is less costly than transporting wastewater out of state for injection.

As noted above, in addition to complying with national effluent limitation guidelines, POTWs and CWTs discharging wastewater must comply with numeric limits on certain pollutants designed to ensure that discharges do not impair the designated uses of surface water bodies. Although EPA has established guidance for water-quality criteria for some natural gas wastewater, it does not cover all pollutants contained in wastewater (Hammer and VanBriesen 2012).[60] Additional guidance from EPA would provide a certain degree of certainty and more uniform protection because states rely on EPA guidance when adopting water-quality criteria, and EPA retains authority to promulgate its own criteria if it determines a state has failed to adopt adequate standards of its own. Notably, EPA recently signaled its intent to update water-quality criteria for chloride, which is arguably outdated because it was established well before the recent shale gas boom (EPA 2011b).

### 2.2.4  Hazardous and Solid Wastes

#### 2.2.4.1  Management of Waste

Subtitle C of the Resource Conservation and Recovery Act imposes stringent "cradle-to-grave" requirements that apply to the generation, transportation, treatment, storage, and disposal of hazardous waste.[61] Most of the wastes associated with natural gas drilling, however, are exempt from the Resource Conservation and Recovery Act's program for hazardous wastes. Specifically, drilling fluids, produced water, and other wastes "intrinsically related" to the production and development of natural gas are exempt from Subtitle C hazardous waste requirements.[62] As a result, management of these wastes is primarily a matter of state law. Non-exempt wastes, such as unused fracturing fluids, waste solvents, and used hydraulic fluids, are subject to the Resource Conservation and Recovery Act and may be covered under Subtitle C if they exhibit hazardous characteristics or are specifically listed as hazardous wastes. Exempt wastes not regulated as hazardous are subject to state rules because EPA has not promulgated regulations governing the management of oil and gas solid waste (NRLC 2012). Although this allows for regulation to be tailored to local geologic or hydrologic conditions, it also creates greater horizontal fragmentation, uncertainty, and the potential for inadequate state rules. See the discussion in Section 2.3.5.2 and Table 28 in Appendix C comparing state rules for produced water.

---

[60] The current guideline only applies to certain pollutants such as chloride, oil and grease, suspended solids, turbidity, and nitrates. See EPA, "National Recommended Water Quality Criteria," available at http://water.epa.gov/scitech/swguidance/standards/criteria/current/index.cfm.

[61] 40 C.F.R. pt. 260 et seq. Specifically, generators must ensure and fully document that their hazardous waste is properly identified, managed, and treated prior to recycling and disposal. They must comply with requirements for training and emergency arrangements (including having an emergency coordinator and testing and maintaining emergency equipment) and must track the shipment and receipt of their waste. Additionally, a hazardous waste generator is limited in the amount of waste it can accumulate. A large-quantity hazardous waste generator (one that generates 1,000 kg or more of hazardous waste per month) must move all the waste it generates off site within 90 days; a small-quantity generator must move all its waste off site within 180 days. See EPA, Regulations Governing Hazardous Waste Generators, at III-41-47, http://www.epa.gov/osw/inforesources/pubs/orientat/rom33.pdf.

[62] In addition, EPA has determined that produced water injected for enhanced recovery is not waste subject to the Resource Conservation and Recovery Act and is therefore exempt from regulation under the statute. However, produced water stored in above-ground impoundments is subject to state law (EPA 2000).

Some observers have called for the federal regulation of natural gas waste as hazardous under Subtitle C of the Resource Conservation and Recovery Act (Hammer and VanBriesen 2012). EPA has not signaled its intent to reverse its decision regarding the management of natural gas waste; however, it remains a possibility, and may turn, in part, on the outcome of EPA's study on hydraulic fracturing.

### 2.2.4.2  Liability for Releases of Hazardous Substances

The Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA), also known as "Superfund," imposes strict liability for releases of hazardous substances on owners and operators of "facilities" (which include natural gas production sites), as well as arrangers and transporters of hazardous substances. The definition of *hazardous substance* under CERCLA, however, is limited in its application to crude oil, petroleum, and natural gas.[63] Specifically, petroleum and crude oil—as well as hazardous substances that are normally mixed with or added to crude oil or crude oil fractions during the refining process—are not considered hazardous substances under the so-called "petroleum exclusion."[64] Also excluded from the definition of hazardous substances are natural gas, natural gas liquids, liquefied natural gas, and synthetic gas usable for fuel.[65] Releases of other hazardous substances from natural gas drilling operations, such as hydraulic fracturing fluids containing hazardous chemicals, are subject to standard CERCLA liability. Thus, federal law provides for some potential CERCLA liability for natural gas operators, but the scope of such liability is narrow. Moreover, even though some states, such as Colorado, Texas, and Pennsylvania, have adopted their own environmental cleanup legislation, these states have all retained the federal definition of hazardous substances.[66]

### 2.2.4.3  Reporting of Hazardous or Toxic Chemical Releases

Federal law imposes few reporting requirements on operators of natural gas production facilities for the release of hazardous or toxic chemicals. Under CERCLA, operators must report releases of hazardous substances above reportable quantities, although the same definition of hazardous

---

[63] 42 U.S.C. § 9601(14).

[64] *Id.* Discharges of oil from certain production facilities may be subject to the Clean Water Act's Oil Pollution Prevention Program, which requires covered facilities to prepare and implement Spill Prevention Control and Countermeasures to prevent oil discharges (EPA 2000).

[65] *Id.* at § 9601(14).

[66] New York has a state law mirroring CERCLA, including a state Superfund to pay for site cleanup when no responsible party can be identified or the responsible party has inadequate funds for the cleanup. The state requires reporting and cleanup of petroleum spills within the state through its spill response program and its Brownfield and Superfund laws. New York's Brownfield regulations still exclude "natural gas, natural gas liquids, liquefied natural gas, synthetic gas usable for fuel, or mixtures of natural gas and such synthetic gas" from the definition of "hazardous waste" and "contaminant," thereby removing natural gas from the law's application. New York Department of Environmental Conservation, *Chemical and Petroleum Spills*, http://www.dec.ny.gov/chemical/8428.html; see also New York General Remedial Program Requirements, N .Y. Comp. Codes R. & Regs. title 6, § 375-1.2(w)(1). Pennsylvania operates within the CERCLA framework, but also has separate state legislation to fill in gaps in CERCLA. Pennsylvania Department of Environmental Protection, *Superfund*, http://www.portal.state.pa.us/portal/server.pt?open=514&objID=589587&mode=2. This state legislation retains the exclusion for natural gas and petroleum from the definition of "hazardous substance" and "hazardous waste." Pennsylvania Hazardous Sites Cleanup Act, 756 Act 1988–108, sec. 103 (definitions of "hazardous substance" and "hazardous waste"). Colorado has a statute on hazardous waste cleanup that essentially authorizes the State to cooperate with the federal government in the implementation of CERCLA. Colorado Hazardous Waste Cleanup Act, C.R.S. § 25-16-101. The Colorado statute adopts the CERCLA definition of hazardous substance, thereby excluding petroleum and natural gas. *Id.*

substance applies here as it does to the statute's liability scheme.[67] Oil and gas operators are not required to report annual releases of toxic chemicals under rules promulgated pursuant to the Emergency Planning and Community Right-to-Know Act's Toxics Release Inventory or to disclose the chemicals used in hydraulic fracturing to members of the public or regulators due to the exemption of hydraulic fracturing under the Safe Drinking Water Act.[68]

Natural gas operators are subject to requirements to report or disclose chemicals stored on-site, although these are limited. Owners and operators of storage facilities holding in excess of 10,000 pounds of any hazardous chemical must submit chemical inventory information to state and local emergency response and fire officials.[69] In addition, under the Emergency Planning and Community Right-to-Know Act and regulations promulgated pursuant to the Occupational Safety and Health Act, natural gas operators using products containing hazardous chemicals must maintain material safety data sheets on site, and must make them available to state and local emergency response and fire officials, subject to trade secret protection.[70]

States are increasingly filling the gap related to public disclosure of the chemicals used in hydraulic fracturing fluids. As discussed in more detail below, there is a clear trend toward public disclosure of all chemicals, not just those listed on material safety data sheets (Table 23 in Appendix C). This trend is evident at the state level and in the recently proposed BLM rule, which would require disclosure for production on federal and tribal lands (BLM 2012).

In terms of other reporting requirements, EPA has announced an intention to gather data on the aggregate amounts of exploration and production chemical substances and mixtures used in hydraulic fracturing. It is unclear to what extent these regulations will fill any of the gaps that remain in federal reporting requirements. But EPA has signaled an intent to avoid vertical fragmentation by framing its proposal as one that "would not duplicate, but instead complement, the well-by-well disclosure programs of states"(EPA 2011d).[71] In addition, states may adopt their own reporting requirements for releases.[72]

### 2.2.4.4  Disposal of Produced Water

As noted above, states primarily regulate waste disposal. One exception is the disposal of produced water into Class II underground injection wells, which is regulated by EPA's Underground Injection Control program, although states with primacy issue the actual permits.[73] Some states have recently raised concerns regarding the disposal of produced water into Class II wells, in response to evidence linking such disposal to earthquakes (Niquette 2011; Hammer and VanBriesen 2012). For example, nine earthquakes were recorded recently in Youngstown, Ohio,

---

[67] 42 U.S.C. § 11004 (2012). EPA also requires operators to disclose "the source and analysis of the physical and chemical characteristics" of chemicals used in underground well stimulation permit applications (EPA 2008b).
[68] 42 U.S.C. § 11023(b) (2012) (EPA 2000; Wiseman 2010).
[69] 42 U.S.C. § 11022 (2012).
[70] *Id.*; 29 C.F.R. §1960.34(b)(6) (2012). Disclosure to the public of material safety data sheets is available upon written request.
[71] Letter from Stephen A. Owens, Assistant Administrator to Ms. Deborah Goldberg, Earthjustice re: TSCA Section 21 Petition Concerning Chemical Substances and Mixtures Used in Oil and Gas Exploration or Production, (Nov. 23, 2011), http://www.epa.gov/oppt/chemtest/pubs/EPA_Letter_to_Earthjustice_on_TSCA_Petition.pdf.
[72] See, for example, COGCC R. 906(b)(3) (requiring oil and gas producers to report spills that threaten to impact waters of the state).
[73] 40 C.F.R. § 144.6 (2010).

all of which were located within a half mile of an injection well, and all of which occurred within the first 11 months of injection of produced water into the well (Niquette 2011). Although scientists have yet to determine the cause of recent earthquakes, there have been instances in the past where injection wells used by other industries have been linked to earthquakes. (Holland 2011). This indicates that any causal relationship between underground injection of waste and seismic activity is not an impact unique to the natural gas industry. However, the volume of produced water associated with the significant increase in unconventional gas development across the country may place an increased strain on underground injection well capacity, especially in those areas where other disposal methods are less available. In addition to potentially causing earthquakes, underground injection of large amounts of produced water can increase the risk of subsurface contamination due to leaky wells.[74] Some suggest EPA should require the disposal of produced water into Class I, rather than Class II, wells because the former are subject to more rigorous standards on well construction, operation, and closure (Hammer and VanBriesen 2012). This will likely be an area of continuing public scrutiny and could be subject to additional state or federal regulation in the future.[75]

## 2.2.5  Air Quality

EPA has broad authority under the Clean Air Act to promulgate rules to reduce air pollution from natural gas sources. The most prominent air-quality issues associated with unconventional gas development include emissions of ozone precursors, VOCs and oxides of nitrogen, various hazardous air pollutants, and methane, all of which are subject to the basic Clean Air Act framework. Concentrated natural gas development has led to elevated ozone levels in rural parts of Wyoming and Utah where little other industrial activity occurs (Fruedenthal 2009; Streater 2010), and has also contributed to ozone pollution in more urban and industrial areas such as the Dallas Fort-Worth metropolitan area (Armendariz 2009). In 2012, the EPA responded to exceedances of the national health-based ambient air quality standards (i.e., National Ambient Air Quality Standards) for ozone in the Upper Green River basin by classifying the basin—for the first time—as in nonattainment with the 2008 8-hour National Ambient Air Quality Standard for ozone.[76] This listing could result in the state adopting more stringent rules to reduce emissions of VOCs and/or $NO_x$ from natural gas sources in the basin to meet its Clean Air Act obligations.

Until recently, EPA has exercised its Clean Air Act authority with respect to natural gas production by focusing on a select number of natural gas production sources such as new and modified gas-processing plants, glycol dehydrators, crude oil and condensate storage vessels, and select engines used in the natural gas supply chain (e.g., engines used to power compressors). Most of these rules were implemented long before the unconventional natural gas boom occurred.

---

[74] Personal conversation with Mark Williams, Professor of Geography and Fellow, INSTAAR, University of Colorado-Boulder, April 25, 2012.
[75] Notably, the Ohio Dept. of Natural Resources has enhanced Class II well permitting requirements, requiring seismic tests prior to construction of the well and ongoing monitoring, among other protections. Ohio Dept. of Natural Resources, Class II Disposal Well Reforms/Youngstown Seismic Activity Questions and Answers, http://ohiodnr.com/downloads/northstar/YoungstownFAQ.pdf.
[76] See EPA State Final Designations, April 2012 and May 2012, http://www.epa.gov/ozonedesignations/2008standards/state.htm.

In April 2012, however, EPA issued revised New Source Performance Standards (NSPS) and National Emission Standards for Hazardous Air Pollutants (NESHAPS) (EPA 2012c)[77] that update existing standards and apply new requirements to previously unregulated sources. Specifically, EPA's new rules add requirements limiting VOCs and hazardous air pollutants emitted from completions and recompletions of hydraulically fractured natural gas wells (known as the "reduced emission completion" or "green completion" requirement), pneumatic devices, storage vessels, compressors, and "small" glycol dehydrators located at major sources of hazardous air pollution (EPA 2012c). Certain of these requirements result in the co-benefit of reducing methane because, in many cases, controlling VOCs also results in methane reductions (EPA 2012c). In addition, EPA updated standards and limits that apply to gas processing plants and large glycol dehydrators located at major sources of air pollution (EPA 2012c).

The revised NSPS and NESHAPS regulations provide a national floor that addresses unevenness in state air requirements. For example, EPA's new green completion requirements impose a level of uniformity across states with respect to control of ozone precursors and methane from unconventional natural gas development, as illustrated in Table 29, Appendix C, which compares green completion requirements. These new requirements implement one of the key recommendations of the SEAB, that EPA "adopt rigorous standards for new and existing sources of methane, air toxics, ozone precursors and other air pollutants from shale gas operations[.]" (SEAB 2011a, 2011b). Prior to EPA's adoption of the reduced emission completion requirement, many operators voluntarily used green completion practices to maximize resource recovery, illustrating how certain best management practices can serve as the foundation for future regulation (Efstathiou 2012, EPA 2012c).

In August 2012, EPA released a rule that requires capture or high-efficiency combustion of associated gas produced from crude oil wells in the Fort Berthold Indian Reservation in North Dakota.[78] The rule applies during well completions and re-completions, the separation phase of oil production, and during production. Specifically, the rule requires that operators control emissions of VOCs by 90% during well completions or re-completions or perform a reduced-emission completion, route all produced gas and gas emissions to a control device capable of at least a 90% control efficiency upon production, and, within 90 days of production, capture all associated gas or route it to a control device capable of 98% control efficiency.

In September 2012, natural gas producers will also begin reporting GHG emissions from facilities subject to EPA's Mandatory Greenhouse Gas Reporting rule. As required by that rule, natural gas facilities that emit 25,000 metric tons of $CO_2e$ or more of GHGs will be required to report GHG emissions (EPA 2010). Operators have been granted a grace period to use less rigorous measurement practices initially, but the data collected will provide much greater certainty regarding actual methane leakage rates. Precise information regarding methane emissions from natural gas systems is essential to resolving discrepancies among life cycle assessments, such as those discussed in Chapter 1.

---

[77] U.S. E.P.A, Final Rule, "Oil and Natural Gas Sector: New Source Performance Standards and National Emission Standards for Hazardous Air Pollutants Reviews," http://www.epa.gov/airquality/oilandgas/pdfs/20120417finalrule.pdf.
[78] EPA, "Approval and Promulgation of Federal Implementation Plan for Oil and Natural Gas Well Production Facilities; Fort Berthold Indian Reservation (Mandan, Hidatsa, and Arikara Nations), ND" 77 Federal Register 48878 (August 15, 2012).

Despite EPA's broad authority to implement clean air measures, states retain significant room to regulate. States with delegated programs may implement standards more stringent than federal law, unless prohibited by state law from doing so. States retain authority to regulate sources and air pollutants not covered by existing federal rules, and states may also impose more stringent rules than federal to meet National Ambient Air Quality Standards for criteria pollutants.

## 2.3  State Statutory and Regulatory Frameworks

Against this backdrop of federal environmental regulation, state and local governments have adopted numerous laws and regulations governing unconventional gas development, with considerable variation across different states, especially regarding the handling of waste and wastewater, construction of wells other than underground injection disposal wells, and baseline water-monitoring requirements. States also have exclusive jurisdiction over water withdrawals, other than those occurring on federal lands,[79] and over various land-use controls such as setback requirements and zoning, some of which have been delegated to local governments. As discussed above, although a number of federal rules apply to protecting water and air resources, states also retain authority to develop more stringent standards and to regulate impacts or sources not covered by federal law. Prior to EPA's recent revisions of the NSPS and NESHAPS, some states—notably Colorado and Wyoming—adopted air regulations that went beyond then-existing federal standards [80] (WY DEQ 2010), whereas New York has proposed a number of regulations to protect water sources and ensure safer waste management that go beyond federal and other state rules. Some states have increased inspection capacity to respond to the rapid increase in unconventional gas development; however, there is considerable variation in state inspection capacities and enforcement approaches.

This section analyzes the state regulatory frameworks governing air, water, waste, and compliance and enforcement issues associated with unconventional gas development in Colorado, Wyoming, New York, Texas, Louisiana, and Pennsylvania. It focuses on the extent to which state law fills any gaps left open by the federal regulatory scheme, as well as on key trends, differences in the regulatory frameworks across the different basins, compliance monitoring, and enforcement capabilities and actions.

### 2.3.1  Overview and Key Trends

The wide variation in state approaches to the regulation of unconventional natural gas development reflects differences in resource characteristics (e.g., dry versus wet gas, deep shale versus shallow CBM), geology, and hydrology, as well as different experiences with oil and gas development and different approaches to and preferences for environmental protection. Across the country, states have responded to hydraulic fracturing in very different ways. Vermont, for example, recently enacted legislation banning hydraulic fracturing in the state.[81] New York, as noted, has imposed a temporary moratorium on drilling as it develops regulations.[82]  Recently, the Cuomo administration announced that it will undertake a public health study of the potential impacts of hydraulic fracturing and re-start the rule-making process prior to issuing any new

---

[79] See, for example, the proposed BLM rule, which requires operators to identify the source of water to be used in fracturing in order for the BLM to determine impacts and mitigation measures, if needed (BLM 2012).
[80] COGCC R. 805(b).
[81] H 464 (enacted May 16, 2012).
[82] 9 N.Y. Comp. Codes R. & Regs. tit. 9, § 7.41.

regulations.[83] A number of states (specifically Colorado, Wyoming, and Pennsylvania) have revised their oil and gas rules extensively—at least once, and in some cases, continue to do so—to respond to the uptick in unconventional resource development; Louisiana and Texas have engaged in much more limited revisions. New York, as noted above, is in the process of revising its regulations. Louisiana, Pennsylvania, and Colorado have all recently submitted their hydraulic fracturing rules to the State Review of Oil and Natural Gas Environmental Regulations for review, whereas Wyoming and Texas have not (and New York has not yet finalized its high-volume hydraulic fracturing regulations) (STRONGER, 2010; STRONGER 2011a; STRONGER 2011b). Pennsylvania and Louisiana significantly increased the number of oil and gas inspectors in response to increased development, whereas resources in other states appear quite limited. Data are limited and more research is needed, but there appears to be very little consistency in the ways that states record, respond to, and enforce against violations—including substantial ranges in penalties and the number of violations that result in enforcement actions. Areas highlighted as meriting additional attention from state regulators are improved transparency regarding compliance monitoring, company compliance histories, and enforcement actions.

Different regulatory approaches by states can lead to uncertainty, gaps, and/or redundancies in mitigating some of the more significant environmental risks associated with unconventional gas development and ensuring overall compliance. But they can also provide a source of policy innovation because different jurisdictions experiment with new approaches to regulating various aspects of shale gas development. An example is New York's proposal to require operators to document that, compared to available alternatives, chemical additives used in hydraulic fracturing fluids exhibit reduced aquatic toxicity and pose a lower potential risk to water resources and the environment.[84] For this reason, it is important that state regulators and policy makers share information and lessons learned with other states. National standards provide a baseline or floor in some areas, such as national effluent limitation guidelines for wastewater discharges and EPA's recent NSPS and National Emission Standards for Hazardous Air Pollutants. However, a permanent feature of the regulatory landscape appears to be the uneven and varied nature of state and local regulation and enforcement regarding most other aspects of shale gas development.

Despite the variety in specific state and local regulations and enforcement, some important trends are evident. All states reviewed here recently revised their oil and gas rules and/or laws to respond specifically to the increase in unconventional resource development. Colorado, New York, Wyoming, and Pennsylvania recently undertook extensive reviews and revisions of their laws and regulations that , in some cases, resulted in considerably more comprehensive—and in many instances, protective—rules than those in Louisiana and Texas. For example, Colorado and Wyoming have been leaders in rules to reduce emissions of ozone precursors, and New York and Pennsylvania are leaders in laws regarding measurement and public disclosure of water sources and waste. See Table 22, Appendix C, for a general description of revisions to state oil and gas laws.

---

[83] Danny Hakim, "Shift by Cuomo on Gas Drilling Prompts Both Anger and Praise," *New York Times,* Sept. 30, 2012.
[84] N.Y. Comp. Codes R. & Regs. tit. 6, §560. 3.

There is a clear trend in all of the states studied toward greater transparency—such as mandatory public disclosure of chemicals used in hydraulic fracturing and the composition of wastewater, reporting of the amounts and sources of water used in hydraulic fracturing, and more rigorous well-construction standards, including notifications of hydraulic fracturing and well completions. A key recommendation of the SEAB Subcommittee (SEAB 2011a) was greater transparency, in the form of public disclosure of the chemicals, amounts, and sources of water used or produced during hydraulic fracturing, baseline water monitoring measurements, and reduction and measurement of air emissions. These activities have the potential to lead to better public understanding and acceptance of natural gas development.

All states covered in this study have added requirements that providers of fluids used in hydraulic fracturing and/or operators disclose the contents of most chemicals to the public. These requirements are in addition to, and go beyond, federal requirements that require operators to maintain material safety data sheets for certain hazardous chemicals stored on-site in threshold quantities, and to report releases of hazardous chemicals in threshold quantities.[85] In addition, all of the states covered in this study require operators to report the amount and, in most cases, the source of water used in hydraulic fracturing either to the public or state regulators.

Other areas of state regulation or interest include: baseline water-monitoring requirements; use of closed-loop drilling systems to contain waste, rather than open, earthen pits; reporting or reduction of emissions of air pollutants; standards to ensure well integrity; and more active involvement on the parts of local government over drilling activities.

State compliance monitoring and enforcement capacity varies considerably, although significant data limitations across the different states mean that any comparisons should be considered provisional. Based on available data, some states—notably Pennsylvania and Louisiana— recently increased state inspection capabilities to respond to increased development, whereas resources in other states appear quite limited. The methods that states use to track and report violations and enforcement actions also differ substantially—with some states, notably Pennsylvania, making violations and enforcement actions publicly available via online databases; other states, notably Colorado and Wyoming, have been criticized for a lack of transparency and limited public access to such information.[86]

Variation across states in substantive regulations, as well as compliance monitoring and enforcement capacity, can be explained by a number of factors. Some are legal, such as federal effluent limitation guidelines that differ across regions and state statutes limiting the amount of penalties that can be assessed for violations. Others reflect differences in local environmental conditions (e.g., elevated ozone levels in the Upper Green River basin and Denver metropolitan area, respectively, led Wyoming and Colorado to adopt air rules that went beyond then-existing federal requirements, forming the basis for some of EPA's new NSPS rules); geologic and hydro-geologic conditions (e.g., developing shallow CBM resources poses unique risks that deep shale does not)[87]; proximity of drilling to densely populated areas or sensitive environmental

---

[85] 42 U.S.C. § 11021-11022 (2006); 55 Fed. Reg. 30,632 (July 26, 1990).
[86] See, for example, Earthworks (2012b) and Soraghan (2011).
[87] See, for example, COGCC R. 608(b)(4).

areas (e.g., setback requirements and buffer zones)[88]; historical and contemporary experiences with oil and gas development; and preferences for environmental protection.

## 2.3.2  Water Acquisition

The regulation of water withdrawals is primarily a matter of state and local, rather than federal, law. The legal framework governing water rights differs from state to state, although there is some consistency along regional lines.[89] There is a clear trend toward requiring operators to identify the sources of water used, report the amount of water used in hydraulic fracturing, and provide for incentives to promote reuse of water used in hydraulic fracturing such as by recycling flowback waters or production fluids. All states require operators to report on the amount of water used for hydraulic fracturing, as does BLM's new proposed rule.[90] In addition, both New York and Pennsylvania require operators to provide for the reuse and recycling of flowback water or production fluids in water management plans or wastewater source reduction strategies. States also have begun to require minimum in-stream flow below points of water withdrawal and other measures to ensure that aquatic wildlife, water quality, and other water users will not be adversely affected.[91]

A handful of local governments also regulate some aspects of water acquisition. For example, Archuleta County, Colorado, requires operators in the North San Juan basin to submit a water management plan that includes a plan for disposal or reuse, projected water use, identification of the water source, and water availability (Archuleta 2010). The City of Fort Worth, Texas, requires operators to describe the water source proposed to be used for drilling in application for permits to drill.[92] As unconventional gas development expands in various parts of the country, it seems likely that more local governments will seek to get involved in regulating aspects of water acquisition.

For more information related to state and local regulation of water withdrawals, see Table 24, Appendix C, Water Acquisition Requirements.

## 2.3.3  Hydraulic Fracturing and Well Construction Standards

State well-construction standards vary considerably, which to a certain extent can be explained by differences in local geology. However, certain safeguards do not depend on differences in local conditions. Standards that have been recommended to increase well integrity include the use of state-of-the-art cement bond logs, pressure testing of casing, monitoring and recording bradenhead annulus pressure, and assurances that surface casing is run below all known underground aquifers to reduce the risk of drinking water contamination from fluid or gas

---

[88] See, for example, setback requirements in the Barnett Shale and New York's proposed buffer zones to protect sources of drinking water, Appendix C.

[89] The two most common doctrines governing water rights are the prior appropriation and riparian doctrines. The prior appropriation doctrine provides rights to continued use of water to those who first put water to beneficial use and is the predominant regime in most of the West (CDWR 2012; Groat and Grimshaw 2012). In a riparian water rights system, water rights are tied to the ownership of land adjacent to water resources.

[90] DOI, Bureau of Land Management, Proposed Rule "Oil and Gas; Well Stimulation, Including Hydraulic Fracturing, on Federal and Indian Lands", May 4, 2012, http://www.doi.gov/news/pressreleases/loader.cfm?csModule=security/getfile&amp;pageid=293916.

[91] See, e.g., 58 Penn. Stat. § 3211(m)(2).

[92] Fort Worth, Tex., Ord. No. 18449-02-2009.

migration (SEAB 2011b). Of the states reviewed, only Colorado and Louisiana require the use of cement bond logs.[93] New York has proposed to require the use of cement bond logs. All states except Wyoming require some kind of pressure testing of casing, although the specifics vary regarding the testing and circumstances requiring testing. Colorado is the only state that requires monitoring of annulus pressure with bradenhead (Texas requires all wells to be equipped with bradenhead, but only requires a pressure test in certain instances). All states require surface casing to be set below known aquifers, although the specific requirements vary. For specific requirements, see Table 25 in Appendix C.

### 2.3.4   Baseline Water-Quality Monitoring

Requiring operators to conduct baseline monitoring of wells or water resources near gas operations is an important objective for all stakeholders because it results in science-based measurement data that can be used to identify whether or not well activities cause contamination. For example, in Pennsylvania, operators who conduct pre- and post-baseline water monitoring of nearby water sources can overcome a rebuttable presumption that a well operator is responsible for pollution of nearby water resources if the monitoring demonstrates that constituents found in the sampled water sources did not come from the well operator's activities.[94] In Colorado, the Colorado Oil and Gas Association instituted a voluntary baseline monitoring program, with results being submitted to the Colorado Oil and Gas Conservation Commission (COGCC), provided landowner consent.[95] Colorado requires baseline water testing in the North San Juan basin (as well as other parts of the state), in limited circumstances to protect sources of drinking water, resources located near CBM wells, and in the Greater Wattenberg Area.[96] New York has proposed to require operators to make reasonable attempts to sample and test all residential water wells within 1,000 feet of a well pad prior to commencing drilling. If no well is located within 1,000 feet, or the surface owner denies permission, then the operator must sample all wells within a 2,000-foot radius. Monitoring continues at specified intervals as determined by the U.S. Department of Environmental Conservation.[97] For more information related to state baseline monitoring requirements, see Table 26, Appendix C, Baseline Monitoring Requirements.

### 2.3.5   Storage and Management of Wastes

#### 2.3.5.1  Waste Storage

As noted above, waste storage is largely a matter of state and local law. The onsite storage of waste—such as produced and flowback water, drill cuttings, and fluids—is usually restricted to either storage tanks or open lined or unlined pits. Open pits pose a number of risks, including

---

[93] We do not include where state regulations refer to logs generally, as opposed to using the specific terminology "cement bond logs."

[94] 58 Pa. Cons. Stat. § 3218. In those instances where an operator is deemed responsible for contaminating or diminishing a private or public water source, he or she must restore or replace the water with an alternate source.

[95] Colorado Oil & Gas Association, "Colorado Oil & Gas Association Voluntary Baseline Groundwater Quality Sampling Program," http://www.coga.org/index.php/BaselineWaterSampling.

[96] Colorado requires baseline sampling of surface waters located downstream of drilling operations conducted near surface waters intended for drinking water and baseline sampling of water wells located near CBM wells. COGCC R. 317.b (2012). The state also recently added a statewide requirement that operators provide notice to surface and adjacent landowners, which must include instructions for the collection baseline water samples. COGCC R. 305.e.1.A (2012). Operators drilling in the Greater Wattenberg Area must also conduct limited baseline water sampling prior to drilling. COGCC R. 318A.

[97] Proposed N.Y. Comp. Codes R. & Regs. tit 6, § 560.5(d).

threats of drowning to migratory birds and wildlife, air pollution caused by the volatilization of hazardous or organic compounds, and soil and water contamination posed by overflowing pits or liner failures (Earthworks 2012, NM OCD 2008). According to the Ground Water Protection Council, "The containment of fluids within a pit is the most critical element in the prevention of shallow ground water contamination" (GWPC 2009). This study did not perform a comprehensive analysis of state pit requirements; however, a preliminary review revealed significant variation among state pit rules in terms of liner, monitoring, fencing, and other construction and operation requirements, which is complicated somewhat by the use of inconsistent nomenclature for pit types.

An alternative to the use of pits is the use of closed-loop or "pitless" drilling systems that require the storage of fluids in tanks, preferably closed tanks, rather than open pits. Closed-loop drilling reduces many of the risks associated with open pits (Earthworks 2012). Closed-loop drilling also "allows for enhanced monitoring of fluid levels and characteristics which allows for more efficient use of drilling fluids, reduces waste, encourages recycling, and reduces potential liability associated with waste management and reduces site closure costs"[98] (TRRC 2012). New York has proposed to require closed-loop drilling for drilling fluids and cuttings associated with high-volume hydraulic fracturing operations. Colorado, Pennsylvania, Wyoming, and Fort Worth (Texas), require the practice in certain situations, such as where drilling occurs in sensitive areas where there is a heightened risk of water contamination from pit failure or the implications of contamination are more severe if contamination does occur. A recent bill introduced in Colorado would have required enhanced use of this practice statewide.[99] BLM's proposed rule for development on public and tribal lands provides for the use of either closed-loop systems or pits (BLM 2012). For a comparison of state and local closed-loop drilling requirements, see Table 27, Appendix C, Closed-Loop or Pitless Drilling Requirements.

### 2.3.5.2 Produced Water Disposal

State requirements regarding the disposal of produced water also vary considerably. Some of this variation can be explained by local conditions, such as the scarcity of underground injection wells in Pennsylvania, as noted above. However, disparate regulatory requirements also contribute to state-by-state variation.

In general, natural gas operators have a variety of options for disposing of wastewater. These include discharging wastewater directly to surface waters, sending the waste to treatment facilities such as POTWs or CWTs authorized to discharge, disposal via underground injection well, reuse for further hydraulic fracturing, disposal into evaporation ponds or impoundments, or disposal via land application. However, legal and practical constraints can limit some of these options.

Of the states reviewed, Colorado, Wyoming, and Texas allow for direct discharges only in specified circumstances (e.g., if produced water meets national effluent limitation guidelines for agricultural or wildlife propagation). State requirements vary considerably with respect to indirect discharges to POTWs or CWT facilities. All of the states studied except New York allow for disposal or storage of produced water in evaporation or open pits, subject to specific

---

[98] NY SGEIS, § 7.1.7.4.
[99] SB 12-107 (introduced January 31, 2012).

circumstances where closed-loop systems are required. Similarly, all states except New York and Texas allow for produced water to be disposed of via land application, such as road-spreading or land farming, but the specific requirements and limits for doing so vary considerably. New York has proposed to require operators to demonstrate that all flowback water and production brine will be treated, recycled, or otherwise properly disposed of over the projected life of the well,[100] and also, that operators prepare a waste tracking form for flowback and production brine similar to what is required for medical waste.[101] Operators in Pennsylvania must prepare a wastewater source reduction strategy identifying the methods and procedures operators will use to maximize recycling and reuse of flowback or production fluids, and most states are increasingly encouraging reuse and recycling. Additional requirements to incent or require recycling and reuse of produced and flowback are likely given the heightened interest in reducing the risk of contamination posed by other disposal methods, and reducing impacts to freshwater resources associated with withdrawals. See Table 28, Appendix C, Produced Water Disposal, for specific state disposal requirements for produced water.

### 2.3.6  Air Quality

As discussed above, EPA and the states exercise joint authority over standards to limit or report amounts of air pollution from unconventional gas activities.

State regulation of air contaminants varies significantly, with Colorado and Wyoming containing some of the most comprehensive and rigorous requirements to reduce emissions statewide and in areas home to significant drilling activity. Some of Colorado's and Wyoming's air rules have been driven by exceedances of the national ambient air-quality standards for ozone. For example, Wyoming adopted more stringent requirements to reduce VOCs from natural gas operations in the Upper Green River basin in response to elevated levels of ozone in the winter, as did Colorado in response to violations of national ambient air-quality standards for ozone in parts of the Denver-Julesburg Basin in the Denver Metropolitan Area. Attainment of national ambient air-quality standards (i.e., National Ambient Air Quality Standards) is determined at regional and local levels (so-called "air quality management regions"); also, states have flexibility under the Clean Air Act in developing state implementation plans under the National Ambient Air Quality Standards program. Therefore, state air pollution requirements and controls vary considerably.

In addition to meeting baseline federal requirements, areas that fail to meet—or are at risk of failing to meet—national ambient air-quality standards may adopt additional measures beyond those that apply statewide in order to improve air quality. Indeed, many of the standards recently adopted by EPA in its recent NSPS—such as those that apply to completions and re-completions of hydraulically fractured wells, storage vessels, and pneumatic devices—are similar to those already required in the Upper Green River basin in Wyoming and in Colorado  (WY DEQ 2010, CDPHE 2012, COGCC 2008).[102]  A different situation exists for the Barnett Shale, also in an area that fails to meet national ambient air-quality standards for ozone, where the state imposes few limits on the emissions of VOCs and hazardous air pollutants; here, EPA's new rules will add a number of requirements. See Table 29, Appendix C, for a comparison of how EPA's new

---

[100] Proposed N.Y. Comp. Codes R. & Regs. tit 6, § 750-3.12.
[101] NY SGEIS, § 7.1.7.1.
[102] See also COGCC R. 805.

reduced-emission completion requirement (or "green completion") compares with existing requirements in the basins reviewed.[103]

Despite EPA's enhanced role in regulating air pollution, states retain substantial discretion to regulate uncovered sources or pollutants, or, where permitted under state law, adopt more stringent rules and/or require additional reporting. For example, Pennsylvania recently added a requirement that natural gas operators report annually amounts of air pollutants.[104] New York has also proposed additional clean-air measures, including a requirement that natural gas operators submit plans to reduce GHG emissions.[105] State requirements vary considerably related to the amount of associated natural gas that operators may flare or vent during production. As production increasingly shifts toward liquids and oil-rich formations, this issue is likely to be an area of continuing policy focus because EPA's reduced-emission completion requirement does not apply to associated gas emitted during the production phase of oil wells.[106] EPA's recent Fort Berthold Indian Reservation rule provides one example of how regulators, going forward, may address the problem of associated gas emissions.

A number of recent air studies and reports have raised questions related to the sufficiency of current air regulations to protect the health of local communities from hazardous air pollutants and reduce fugitive and vented methane emissions (McKenzie et al. 2012; Petron 2012). As the industry expands, especially into more densely populated areas, concerns regarding air quality and GHG emissions will likely persist and receive ongoing regulatory attention.

### 2.3.7  Compliance Monitoring and Enforcement

Compliance is essential if regulations are to serve their purpose of mitigating environmental risks. Significant challenges for compliance monitoring occur due to the unique nature of the unconventional natural gas industry, characterized by dispersed and often remotely located facilities controlled by numerous operators whose practices can vary significantly. On top of this, regulators face a rapidly changing industry as development, technologies, and practices continue to expand in scale and scope.

A number of reports that have addressed the adequacy of state compliance monitoring and enforcement capabilities conclude that state inspection and enforcement capacity varies significantly, as do state processes for recording and disseminating compliance histories to the public (Groat and Grimshaw 2012; Earthworks 2012b; Soraghan 2011). For example, as Table 5 illustrates, Colorado and Wyoming have 15 and 12 inspectors, respectively, dedicated to oil and gas facilities (Earthworks 2012b; Groat and Grimshaw 2012). Pennsylvania, by comparison, quadrupled its enforcement staff in 2010, resulting in 193 enforcement personnel, 65 of whom are inspectors (Earthworks 2012b). Similarly, Texas has 125 inspectors while Louisiana has 38 (Groat and Grimshaw 2012, LDNR 2011). Data for New York were not identified.

---

[103] Texas air rules are not comparable to EPA's recent rules in overall scope or rigor, with the exception of Fort Worth's "green completion" requirement. See Appendix C for green completion requirements.
[104] Act 13.
[105] NY SGEIS, § 7.6.8.
[106] For a discussion of this issue, see Clifford Kraus, *New York Times*, "In North Dakota, Flames of Wasted Gas Light the Prairie" (September 28, 2011).

As illustrated in Table 5, the number of inspections performed in each state varied considerably as well, although the data demonstrate a correlation between the number of inspectors and number of onsite inspections. Adequate inspection capability is critical to carry out the SEAB recommendation that "regulation of shale gas development should include inspections at safety-critical stages of well construction and hydraulic fracturing" (SEAB 2011a).

**Table 5. Compliance Monitoring and Enforcement Capabilities[107]**

| State | Inspectors (2010–2011) | Field Inspections (2010–2011) | Total Violations (2009–2011) | Percent of total Violations that are Procedural | Percent of Violations that Result in Enforcement[108] |
|-------|------------------------|-------------------------------|------------------------------|------------------------------------------------|------------------------------------------------------|
| CO | 15[109] | 16,228[110] | N/A | N/A | N/A |
| LA | 38[111] | 363 | 158 | 60 | 70 |
| PA | 65[112] | 298 | 2,280 | 22.4 | N/A |
| TX | 125 | N/A | 35[113] | 72[114] | 20 |
| WY | 12 | 2 | N/A | N/A | N/A |

Research conducted by the University of Texas identified significant variation among states in terms of the types of violations found (e.g., pit and tank construction and maintenance are the most common violations in Louisiana, whereas permitting violations are most common in Texas). Despite the variation in violations, it appears that most violations identified are minor or procedural violations. Note, however, that this does not necessarily mean that most environmental impacts associated with gas development are minor, nor that companies comply with more "serious" requirements at higher rates. A number of factors affect the types of violations that inspectors identify, such as the visibility of violations (e.g., special equipment is needed to detect and measure natural gas leaks from equipment), state inspector capacity to respond to complaints or conduct investigations, and types of complaints reported (Groat and Grimshaw 2012).

Enforcement varies considerably among states, as well. Table 5 illustrates that the percent of violations leading to enforcement actions differed significantly among states where data are available (e.g., 70% of violations noted resulted in enforcement actions in Louisiana compared to only 20% in Texas) (Groat and Grimshaw 2012; Soraghan 2011). Penalties also vary significantly across jurisdictions, due in part to statutory constraints limiting the amount of penalties a state may assess for a given violation (e.g., the maximum fine for a violation in Colorado is $1,000 per day, whereas enforcement authorities in Pennsylvania and Texas can issue fines of $5,000 and $10,000 per day, respectively) (Earthworks 2012b). Some have questioned whether monetary penalties are sufficient to deter non-compliance given the

---

[107] Data taken from Groat and Grimshaw (2012), unless otherwise noted.
[108] Soraghan 2011.
[109] Earthworks 2012b.
[110] *Id.*
[111] LDNR 2011.
[112] Earthworks, 2012b.
[113] See Chapter 4.
[114] These are for 2008–2011, rather than 2009–2011.

resources of some companies (Earthworks 2012; Soraghan 2011). Others posit that orders to cease production may be more likely to lead to compliance (Soraghan 2011).

Lastly, public dissemination regarding violations, enforcement actions, and company compliance histories also varies across states. Of the states reviewed, only Pennsylvania maintains a publicly searchable database of violations and enforcement actions. More complete and publicly available data on the compliance histories of companies are needed to understand the effectiveness of compliance and rules, as is more transparency and consistency in the ways that states record and report violations and impose penalties (SEAB 2011a). As with regulations themselves, unevenness in state compliance monitoring and enforcement capacity can lead to additional uncertainty and gaps as well as delay, because public mistrust of industry and regulators can undermine the industry's social license to operate, resulting in bans or moratoria on drilling.

### 2.3.8   Summary of State Statutory and Regulatory Framework

States are the primary regulators, inspectors, and enforcers of most impacts associated with unconventional natural gas development. Regulatory requirements, compliance monitoring, and enforcement capabilities vary across states. Some of this variation is reduced by the recent trend toward consistency in requirements related to the public disclosure of fluids and the amount and sources of water used in hydraulic fracturing. Additional regulation is likely in the area of well integrity standards—specifically, greater adoption of requirements to ensure adequate casing and cement jobs such as cement bond logs and pressure testing of casing. In addition, in light of continued public concern regarding adverse air, water, and waste impacts associated with unconventional gas development, states are likely to adopt regulations requiring baseline water-monitoring requirements, air-quality rules, and provisions that encourage or require greater reuse of produced and flowback waters. Some states may need to increase their inspection and enforcement resources to ensure that rules are being followed. Processes that provide greater transparency regarding state methods for identifying violations and bringing enforcement actions would help to improve public understanding of the extent to which additional resources are needed. Additional accountability and public trust are likely to result from self-reporting mechanisms that are publicly available, such as a joint industry non-governmental organization database on company compliance records (see SEAB 2011a).

## 2.4   Local Regulation and Social License to Operate

Across the country, communities have responded to the increased development of unconventional natural gas with mixed reactions. In half of the states reviewed for this study (Colorado, New York, and Pennsylvania), legislation has recently been proposed or enacted to limit the power of local governments to regulate unconventional gas development, or to make such local authority explicit (see Figure 12). In these states, 30 local governments have banned hydraulic fracturing or oil and gas development altogether, and an additional 73 have issued temporary moratoria pending review and potential revision of local land-use or other ordinances.[115] This section examines three different approaches to the issue of local authority,

---

[115] A handful of states have also banned or issued moratoria. In addition to New York, New Jersey (see A 3653 (introduced Jan. 6, 2011, http://www.njleg.state.nj.us/2010/Bills/A4000/3653_R1.HTM), and Maryland (see The Marcellus Shale Safe Drilling Act of 2011 H.B. 852 (effective June 1, 2011, http://mlis.state.md.us/2011rs/fnotes/bil_0002/hb0852.pdf) instituted temporary moratoriums on hydraulic fracturing; Vermont recently banned the practice (see H. 464 [enacted May 16, 2012]).

and provides an example of one set of requirements—setback requirements—intended to protect local communities and sensitive resources from adverse drilling impacts to illustrate differing approaches across and among states.



**Figure 12. Variation in the rules for six states of rules covering natural gas fracking**

States grappling with the issue of local control have adopted very different postures. At one end of the spectrum, Pennsylvania recently enacted legislation that places virtually all control over natural gas development in the hands of the state government.[116] This law, which went into effect April 16, 2012, elicited significant public opposition (Robinson 2012a; Robinson 2012b). A state court judge recently overturned those portions of the law restricting local governments from regulating oil and gas development on the basis that they unconstitutionally violate the substantive due process rights of local governments to enact zoning ordinances that protect the interests of neighboring property owners and neighborhood characteristics (Pellegrini 2012).

---

[116] Act 13 supersedes all local ordinances purporting to regulate oil and gas operations, other than those adopted pursuant to the Pennsylvania municipalities and planning code and Flood Plain Management Act and provides that "all local ordinances regulating oil and gas operations shall allow for the reasonable development of oil and gas resources." Municipalities must allow "oil and gas operations, other than activities at impoundment areas, compressor stations and processing plants as a permitted use in all zoning districts." The Act allows for the location of well pads within 300 feet of existing buildings, unless the wellhead is less than 500 feet from any existing building. Under the Act, counties may require oil and gas operators to pay impact fees ranging from $40,000 to $60,000 for the first year of production adjusted based on natural gas prices and inflation thereafter. 58 Pa. Cons. Stat. § 3218.

The Corbett Administration filed an appeal of that decision which is set to be heard by the Supreme Court of Pennsylvania on October 17, 2012.[117]

New York's approach to local control represents the other end of the spectrum. In that state, 26 localities have banned natural gas development or hydraulic fracturing altogether, two of which have been upheld as valid exercises of local zoning authority (Dryden 2012; Middlefield 2012). In addition, two bills have been proposed in New York that would allow local governments to enact or enforce laws and ordinances relating to oil, gas, and solution mining.[118]

In Colorado, the issue of local control over oil and gas drilling has become an increasingly prominent subject of discussion. Earlier this year, the Governor formed a multi-stakeholder task force to address the issue. The task force ultimately recommended "coordinated regulation through a collaborative approach…" (CDNR 2012), but what this means in practice remains to be seen. Five bills related to the topic of local control were introduced in the most recent legislative session.[119] In addition, four localities in the Front Range have moved to delay drilling pending a review of their oil and gas, land use, and public health laws; a fifth locality is currently considering a moratorium.[120] To date, the result of these reviews has been one set of final regulations issued by the City of Longmont, draft regulations issued by Boulder County,[121] and one set of operator agreements.[122] The City of Longmont finalized its ordinance in July 2012. The ordinance includes riparian and residential setbacks, disclosure requirements, water testing, wildlife protections, and a ban on drilling in residential areas.[123] Boulder County's draft revisions also contain residential and riparian setbacks, water-testing requirements, emergency response, and other measures intended to protect public health such as air-pollution controls.[124] Shortly after Longmont issued its ordinance, the Colorado Oil and Gas Conservation Commission filed a lawsuit against the City of Longmont alleging that state law preempts a

---

[117] Scott Detrow, *StateImpact*, "Corbett Administration Filed Act 13 Appeal with State Supreme Court" (July 27, 2012), http://stateimpact.npr.org/pennsylvania/2012/07/27/corbett-administration-files-act-13-appeal-with-state-supreme-court/.

[118] A8557 (Aug. 24, 2011) (authorizes local governments to address natural gas drilling in their zoning or planning ordinances); A3245 (Jan. 24, 2011) (would allow local governments to enact and enforce local laws/ordinances of general applicability).

[119] SB 088, introduced Feb. 16, 2012 (would have granted COGCC exclusive jurisdiction to regulate oil and gas operations); HB 1173, introduced Feb. 6, 2012 (would have required closed-loop systems for hydraulic fracturing fluid storage/containment); HB 1176, introduced Feb. 6, 2012 (would have mandated setbacks of at least 1000 feet from any school or residence in urban areas); HB 1277, introduced Feb. 20, 2012 (would have stated that oil and gas operators would be subject to the same local government control as for other types of mineral extraction, i.e., a shared state and local approach); SB 107, introduced May 5, 2012 (contained specific requirements, such as closed-loop drilling, water reporting requirements, and the prohibition of the use of carcinogens in hydraulic fracturing fluids).

[120] As noted above, these include Boulder County, Erie, Longmont, and Colorado Springs. At the time this chapter went to publication, the town of Lafayette, Colorado, was considering a temporary ban on oil and natural gas drilling. *NGI's Shale Daily*, "Another Colorado City Considering Drilling Restrictions" (September 6, 2012).

[121] At the time this Chapter went to publication, the Boulder County Planning Commission was considering proposed Land Use Code amendments to address drilling in the County. The City of Longmont finalized its oil and gas revisions to its Municipal Code, Ordinance O-2012-25, on July 17, 2012.

[122] Copies of the agreements are available on the Town of Erie's website, http://www.erieco.gov/CivicAlerts.aspx?AID=487 (last visited September 25, 2012).

[123] City of Longmont Ordinance O-2012-25 (July 17, 2012).

[124] Boulder County, Docket DC-12-0003: Amendments to Oil and Gas Development Regulations, http://www.bouldercounty.org/find/library/build/dc120003stafrecregs20120924.pdf.

number of the purported protections including the riparian and wildlife setbacks, residential well-site ban, disclosure rule, water-testing requirements, a requirement that operators use multi-well sites, and visual mitigation measures.[125] The Oil and Gas Conservation Commission has yet to take an official position on Boulder County's regulations. Nevertheless, the Commission's suit against Longmont may indicate that the approach recommended by the Governor's Task force earlier this year will tilt in favor of state rather than local regulation, with the amount of control retained by the local governments unclear.

Local governments across all states covered in this study are also seeking to impose additional setback requirements, but the governing state law on these requirements varies by jurisdiction. Local setback requirements that are more stringent than state law exist in the Barnett Shale play, Eagle Ford play, Marcellus Shale play in Pennsylvania, and North San Juan basin. There is considerable variety in setback requirements, as well as increasing public interest in this issue. Lack of consensus regarding the appropriate distance required to protect against adverse air, noise, visual, or water pollution may, in part, explain the continuing controversy over setback requirements (CU 2012). For a comparison of specific state and local requirements, see Table 30, Appendix C, Setback Requirements.

## 2.5  Best Management Practices

Various commissions and reports have stressed the need for continuous improvement in industry practices, as well as industry-led organizations dedicated to developing and disseminating information on best practices (SEAB 2011b; NPC 2011; IEA 2012). Technological innovation in the effort to control and mitigate some of the resource and environmental impacts of unconventional gas development can improve efficiency, reduce environmental risk, and bolster public confidence. As in many industries, leading operators in unconventional gas development have often performed at a level over and above existing regulatory requirements, providing important sources of innovation for new practices and regulations. Notably, a handful of important regulatory developments started as best management practices adopted by leading operators.

For example, as noted above, prior to EPA's adoption of its recent NSPS for the oil and gas sector, leading companies implemented reduced-emission completions ("green completions") to increase profits by maximizing sales of natural gas from the recovery of natural gas otherwise lost to the atmosphere; others voluntarily report chemicals used in hydraulic fracturing fluids to the Groundwater Protection Council's public FracFocus website.[126] Today, a number of companies are developing methods to recycle and reuse flowback and produced waters that reduce operator costs, as well as the risks associated with other forms of disposal.[127] As discussed in the following chapter, documenting such beyond-compliance best practices is an area that merits further study.

---

[125] Colorado Oil and Gas Conservation Commission v. City of Longmont (filed August 30, 2012 in the Boulder County District Court).
[126] See Ground Water Protection Council Chemical Disclosure Registry, http://fracfocus.org/.
[127] See GIS Mapping Tool in Chapter 4 of this report.

## 2.6  Conclusion and Key Findings

The combination of hydraulic fracturing and horizontal drilling has been hailed by some as the most important energy innovation of the last century, with dramatic implications for the economics and politics of energy in the United States and throughout the world. This "disruptive" technology has fueled a boom in unconventional gas development in various parts of the United States over the last 10 years. Law and regulation (at multiple levels) have struggled to keep up with the rapid growth of the industry. And the contemporary legal and regulatory landscape that applies to unconventional natural gas development is complex, dynamic, and multi-layered.

The federal government has demonstrated a keen and growing interest in this area, as evident by the prominent role natural gas plays in the current Administration's energy policy (White House 2011), the formation of the SEAB Subcommittee, and the announcement or promulgation of a number of new rules related to air and water quality, data collection regarding the aggregate amounts of chemicals used in fracturing fluids, and development on public lands discussed above. Additional federal regulations and new legislation are also possible. The results of EPA's study on the effects of hydraulic fracturing on drinking water could play a key part in directing any such changes.

States will continue to serve as the major source of regulation, with primary responsibility for well-construction standards, disclosure requirements for hydraulic fracturing fluid chemicals and water used during well stimulation, baseline water-monitoring requirements, waste management, and overall compliance monitoring and enforcement. State and local requirements—other than disclosure requirements regarding chemicals and water usage—vary considerably, and this is likely to continue as more states revise their rules to respond to new development. Greater coordination between regulators at all levels of government could help to reduce uncertainty and fragmentation,[128] as would greater reliance on the expertise contained in organizations such as the State Review of Oil and Natural Gas Environmental Regulation and the Ground Water Protection Council (SEAB 2011a; SEAB 2011b).

State compliance monitoring and enforcement capabilities vary widely. The limited data that have been assembled indicate most violations are minor, but that "enforcement actions are sparse compared to violations noted" (Groat and Grimshaw 2012). Substantially more data and research are needed to understand the extent to which companies are complying with state, local, and federal requirements.

This information gap could begin to be filled by greater reporting, via self-certification requirements that are publicly available, as well as by state databases, searchable by the public, that contain compliance and enforcement records. These activities would also bring greater certainty to this issue.

A number of commissions and industry associations have expressed support for continued development and implementation of beyond-compliance measures (SEAB 2011b; NPC 2011; IEA 2012), and the need for such measures to avoid controversy, delay, and continued

---

[128] For example, BLM's recent proposed rule notes the importance of consistency in federal and state disclosure requirements and the intent to provide consistency by lining up its requirements with those adopted in leading states.

opposition in certain parts of the country. As discussed in the following chapter, more work is needed to identify and evaluate such measures. Given the rapid pace of unconventional gas development in various parts of the country, best practices will have to complement regulation—and, in some cases, be folded into it. But as the regulatory landscape evolves, it will be important to establish a framework, where possible, that incentivizes the ongoing development and adoption of new state-of-the-art practices and technologies to minimize the risks associated with developing natural gas resources.

# 3   Key Issues, Challenges, and Best Management Practices Related to Water Availability and Management

## 3.1  Introduction and Objectives

Shale gas development has several categories of potential risks including air, water, land, and community (Figure 13). Examples of air risks include emissions of GHGs (largely methane) and hazardous air pollutants (e.g., benzene). Land impact risks include ecosystem degradation and land disturbance. Related to water, the risks are either quantity related (regional water depletion) or concerns of quality (surface or groundwater contamination). Community risks include excessive truck traffic and the noise, road damage, and other associated impacts. Induced seismicity is also considered a community issue and the broadest community risk from it could be the loss of the social license to operate (e.g., Energy Institute 2012; Robinson 2012; Zoback et al. 2010.)



**Figure 13. Description of shale gas development risks and characterization metrics**

This chapter focuses on the risks and impacts of shale gas development on water resources. Ongoing improvement of the quality and quantity of water resource-related data will inform decisions related to shale gas development. Data collected in this chapter mark the beginning of the risk characterization needed to adequately define best management practices. Specifically, unconventional shale gas development might impact water resources through four major causal routes—one related to water quantity and three related to water quality.

- Water Quantity:

  o Regional water depletion due to large volumes of freshwater use for hydraulic fracturing

- Water Quality:

  o Surface and groundwater degradation resulting from inadequate construction practices and well integrity

  o Surface and groundwater degradation resulting from inadequate onsite management of chemicals used in hydraulic fracturing

  o Surface and groundwater degradation resulting from inadequate wastewater management practices

To better understand the risks to water resources from shale gas production, the variety of risk factors related to water need to be further defined and a thorough spatial and temporal characterization should be completed. The science regarding risks and impacts of the shale gas industry is relatively new and still in a state of flux (EDF 2012; IEA 2012). For this project, we approached the topic by using available literature studies, public databases, and industry interactions.

We established the following objectives to assess the risks to water resources:

- Understand the quantities of water currently being used in six shale plays in the United States as they relate to current estimates of water availability and existing water uses

- Understand the quantities of flowback and produced water for each shale play and the wastewater management techniques employed

- Identify Best Management Practices, including quantity and quality impacts and costs

To accomplish these objectives, we studied six unique natural gas producing regions of the country (as identified in Chapter 2) to capture the spatial variability of water use, water availability, and wastewater management (see Table 8). The six regions include a coalbed methane (CBM) basin (North San Juan); a vertically fractured tight sand basin (Upper Green River); three primarily dry gas shale formations (Barnett, Haynesville, and Marcellus); and one shale formation that is producing condensates and oil along with natural gas (Eagle Ford).

## 3.2  Importance of Water for Shale Gas Development

The recent expansion of shale gas development is, in part, due to advances in horizontal drilling and hydraulic fracturing. As shale gas development continues to grow rapidly across the U.S., the demand for water used during site operations is also expected to increase (COGCC 2012b). Drilling and fracking operations involved in shale gas development require millions of gallons of water per well that must be acquired and transported to sites to fracture the shale formations (EPA 2011). Hydraulic fracturing is essential for tight formations such as shale because the

geological structure does not have the necessary permeability to allow natural gas to flow freely through the formation and into a wellbore (Arthur 2011). The current development of unconventional shale gas would not be economically viable without hydraulic fracturing, making it important to have an adequate, dependable supply of water to support fracking operations. Equally important is preventing fracking operations from negatively affecting a region's water resources, both in terms of quantity and quality.

Water used in hydraulic fracturing comes from several sources including surface water, groundwater, municipal potable water supplies, or reused water from other water sources (Veil 2010). To date, freshwater has been used for most hydraulic fracturing operations in most regions (Nicot 2012). Surface water, such as streams, rivers, creeks, and lakes, are the largest source of fresh water for operators in the Eastern United States. Groundwater can be a feasible source of water, but only when sufficient amounts are available. In Texas, groundwater is more commonly used than surface water. Public water supply might be an alternative in some regions, because permits for surface and groundwater can take more time to secure.

The impact of water usage will depend on the availability of local water resources, which can vary regionally depending on the geographic location of the shale play, ground and/or surface water sources, and competing demands for water from other users. In locations vulnerable to droughts, operational water needs could adversely impact the viability of gas production from tight formations (Vail 2010). Droughts, particularly in water-stressed regions (such as the arid Southwest), can limit the amount of available water, increasing the competition for water between potable water supplies, water for agriculture, and water for fuel.

## 3.3  Assessment of Risks to Water Quantity and Water Quality

Shale gas development may incur risks to both regional water quantity and quality. Quantity-related risks depend on the number of wells drilled, water use per well, amount of recycling or non-potable water use that occurs to offset freshwater demands, and local water availability. Quality-related risks depend on onsite construction techniques, onsite chemical management practices, and wastewater management practices. Risks may vary for any given shale gas development site. In many cases, risks to water resources extend beyond the location of the well being drilled, depending on the source location of the water and where wastewater is treated. Figure 14 shows the various risks to water resources that can result from hydraulic fracturing operations.



**Figure 14. Water quality risks by phase of natural gas production.**[129]

### 3.3.1  Risks to Water Quantity

#### 3.3.1.1  Current Industry Activities Affecting Water Use

A crucial component of hydraulic fracturing is securing a sufficient amount of water for operations. Water may not always be available on the lease site; therefore, developers may have to obtain access to water from a different location and transport water to the site. In such cases, the risks to water resource quantities are assessed with respect to the water's source location, not to where it is eventually used. Where operators source their water depends on several factors, such as location, availability, timing, and cost. The closer a water source is to a well, the lower are the operational costs, whether it be pumping or transporting the water by truck.[130] In many cases, the total amount of water required for multiple operating wells (and the permits required) will be greater than local daily flows. For example, in Pennsylvania, the Susquehanna River Basin Committee (SRBC), which oversees all water source permits in the basin, has approved permits totaling 108 MGD (million gallons per day) at 151 locations (as of September 1, 2011), whereas the estimated peak daily withdrawal of those locations is only around 30 MGD. This means that freshwater impoundments might need to be constructed to collect and store water over a period of time to eventually be used to supply water for drilling and developing multiple wells (SRBC 2012).

---

[129] Graphic adapted from (EPA, 2011).
[130] Trucks can often have an impact on rural roads, both in terms of increased traffic and increased wear on roads. Analysis of these impacts is beyond the scope of this paper.

Total water use at a shale gas development site depends on the number of wells drilled, water use per well, and amount of recycling that occurs. The term water "use" is used in this chapter, which, in part, reflects the ambiguity of whether the water usage reported in publicly available sources represents freshwater withdrawals, use of freshwater along with recycled water, water consumption, or a combination of these categories. Future research could clarify the definitions of water usage reported by industry.

**Number of wells**

In the areas for which data are available, the number of producing wells drilled each year has been increasing since 2009 (Figure 15).



**Figure 15. Total number of producing wells in shale gas plays, 2009–2011 (TRRC 2012c; COGCC 2012b; LADNR 2012; PA DEP 2012a; Eagle Ford Shale 2012).**

The greatest number of wells is in the Barnett Shale formation, increasing 16% from 2009 to 2011, with nearly 16,000 producing wells (TRRC 2012c). In the other formations considered in this study, the total numbers of wells are smaller, but have been increasing faster. From 2009 to 2011, the total number of wells increased by 45% in Colorado (COGCC 2012b), 76% in the Haynesville formation (LADNR 2012), 154% in the Marcellus formation (PA DEP, 2012a), and 721% in the Eagle Ford formation (Eagle Ford Shale 2012). In all of these formations, well drilling applications have continued to increase each year, indicating a continued trend for the near future.

**Water use per well**

Data on the water usage per well were available for five of the six regions considered here. Data from about 100 nominal wells were randomly collected for four regions (Marcellus, Barnett, Eagle Ford, and Haynesville) from www.fracfocus.org, a voluntary online chemical disclosure registry of the water used for fracturing. FracFocus provides statewide and county-wide data. Well data are classified according to their API number, county, fracture date, operator name, well name, well type (Oil/Gas), latitude, longitude, datum, and total water use (including fresh water, produced water, and/or recycled water). Water use statistics are compiled and are displayed in Appendix D.

Average water use from the 100-well study in the five regions ranges from 1.1 to 4.8 million gallons per well, with a multi-region average of 3.3 million gallons per well (Figure 16).



**Figure 16. Average water use per well (in millions of gallons) for five regions (2011) (Fracfocus.org).**

The Barnett, Eagle Ford, and Green River formations had average water uses of less than 4 million gallons per well, and the Marcellus formation had the highest average water use of 4.8 million gallons per well. Furthermore, considerable variation in water use per well within each formation is shown in Figure 17.



**Figure 17. Water use per well for four formations, in millions of gallons. (fracfocus.org)**

Note: Low and high error bars represent minimum and maximum reported water usage per wells, respectively. Upper and lower ends of boxes represent 75th and 25th percentile, respectively. Horizontal lines in boxes represent medians.

Results of the 100 well analyses indicate that water usage per well can vary by up to three orders of magnitude (29,000 gallons to 26 million gallons per well in the Barnett formation) depending on geology, type of well and drilling techniques, and industry practices. Median estimates of water usage per well are around five million gallons for the Marcellus, Eagle Ford, and Haynesville formations, yet individual wells can vary greatly. The Barnett formation has the second lowest median value of 2.3 million gallons per well, yet also the highest individual well value of 26 million gallons per well. These statistics do not indicate whether a portion of the water utilized for hydraulic fracturing includes recycled water.

**Recycling rates**

The impacts on local freshwater resources can be reduced by recycling produced water and frac flowback water. To use wastewater, a series of steps are commonly employed (Mantell, 2011). The water must often be stored in onsite holding tanks before treatment and is filtered or transported to another storage tank to test its remaining constituents. The water is then pumped or otherwise transported to another well location for reuse. Currently, only Pennsylvania tracks the amount of produced water and frac flowback water being recycled for reuse for drilling and hydraulic fracturing operations. Other states considered in this analysis do not have recycling or reuse as a category in their annual reporting forms, yet recycling may be occurring. In Pennsylvania, recycling of produced water has increased from 9% in 2008 to 37% in 2011 (PA DEP 2012b). In general, recycling of frac flowback water has increased from 2% in 2008 to 55% in 2011. In 2011, based on data reported, this recycling led to the reuse of about 65,000 gallons of produced water per well and 120,000 gallons of frac flowback water per well (Figure 18).



**Figure 18.  Wastewater production and total recycling at shale gas operations in Pennsylvania in 2011 (PA DEP 2012b)**

Although data are not available for recycling rates in other formations, certain state organizations actively encourage recycling practices. The Railroad Commission (RRC) of Texas has provided authorization for seven recycling projects in the Barnett formation, five of which are still active (TRRC 2012d). No recycling authorizations have been given for the Eagle Ford or Haynesville formations to date. The Colorado Oil and Gas Conservation Commission (COGCC) actively

encourages reuse and recycling of water used in well construction as well as produced water. Although there are no data of quantities, the COGCC notes that several operators in the Piceance Basin have constructed infrastructure for reusing water for drilling and completing new wells (COGCC, 2012b).

The feasibility of recycling and reusing produced water and frac flowback depends, in part, on how much and how quickly water returns to the surface. In the Marcellus and Barnett shale formations, Chesapeake Energy reports that about 500,000 to 600,000 gallons per well will return to the surface in the first 10 days, compared to about 250,000 gallons per well in the Haynesville formation (Mantell, 2011). How much of the produced water can be recycled depends on the chemical composition of the water, including its total dissolved solids (TDS), total suspended solids (TSS), and its concentration of chlorides, calcium, and magnesium. High TDS can increase unwanted friction in the fracking process. High TSS can plug wells and decrease the effectiveness of biocides. High concentrations of other elements can lead to high risks associated with scaling.

Recycling produced water and frac flowback can partially reduce the demand for freshwater sources for new hydraulic fracturing operations. The reduction in freshwater demand is limited by the amount of water that is returned to the surface. In general, the amount of water returned to the surface—and thus, the amount of water that could be recycled—is on the order of 10% of the freshwater requirements for developing a well with hydraulic fracturing. The volumes of produced water may vary widely from well to well, making it difficult to predict how much water is produced and how much recycling potential there is for each well.

**Water availability**

Local water availability conditions in the six study regions can vary greatly. Further information of each shale region can be found in Appendix D. An overview of the six regions is shown in Figure 19.



**Figure 19. Six shale plays considered in this study.**

### Marcellus Shale, PA

The Marcellus Shale is located within or nearby highly populated areas of the northeast U.S. occupying the states of New York, Pennsylvania, Maryland, West Virginia, and Ohio. Competition for water might be challenging for shale gas development. However, the area overlying the Marcellus Shale formation has abundant precipitation, making water readily available (Arthur 2010). Three major watershed basins overlie the formation: the Susquehanna, Delaware, and Ohio River Basins are the main suppliers of water for shale gas development. The Marcellus Shale is overlain by about 72% of the Susquehanna River Basin (SRB), 36% of the Delaware River Basin, and about 10% of the Ohio River Basin (Arthur 2010). The SRB drains 27,510 square miles, covering about half the land area of Pennsylvania and portions of Maryland and New York (Arthur 2010). Major streams and rivers in the SRB are potential surface water withdrawals for shale gas development.

### Texas water

Texas has dominated shale gas production in the U.S. over the past decade. The Barnett Shale was the sole producer in the early 2000s and accounted for about 66% of the U.S. shale gas production from 2007 to 2009 (Nicot 2012). Texas is subject to drought and wet period cycles that might become extreme with climate change and impact the water available. Water requirements are reported to the RRC of Texas. Surface water is owned and managed by the State and requires a water-right permit for diversions. Groundwater is owned mostly by landowners, but is generally managed by legislatively authorized groundwater conservation districts (Nicot 2012). Groundwater is generally available in each of the shale gas plays, and unlike surface water, groundwater is located close to production wells.

*Barnett Shale, TX*

The Barnett Shale is located in central Texas around the Dallas-Ft. Worth area. Precipitation is variable across the state of Texas. The mean annual precipitation in the Barnett area is about 790 mm per year (Nicot 2012).  About 60% of the water used in hydraulic fracturing operations in the Barnett Shale play comes from groundwater sources, specifically the Trinity and Woodbine aquifers in North Central Texas (Andrew et al. 2009). The Trinity Aquifer extends from south-central Texas to southeastern Oklahoma, and groundwater use varies across the Barnett Shale development area. For example, groundwater provides about 85% of total water supply in Cooke County, but only 1% for Dallas County (Andrew et al. 2009). Extensive development of the Trinity Aquifer in the Dallas-Ft Worth metropolitan area had caused groundwater levels to drop more than 500 feet in some areas (Andrew et al. 2009). For many rural areas, groundwater from the Trinity Aquifer remains the sole water source. Water use can vary widely from county to county depending on the pace of shale gas development. Municipal water use is dominant (greater than 85%) in the footprint of the Barnett Shale play in Denton and Tarrant counties; elsewhere, water use is mixed with some irrigation and manufacturing (Nicot 2012). Surface water is available in the Barnett Shale area, including major rivers and reservoirs; however, population growth is expected to increase demand for water resources and cause increasing competition. It is predicted that the net water use for shale gas production in the Barnet Shale play will increase from 1%–40% at the county level for selected counties (Nicot 2012).

*Eagle Ford Shale, TX*

The Eagle Ford Shale play is located in South Texas. The mean annual precipitation in the Eagle Ford Shale is about 740 mm per year (Nicot 2012). Surface water in the Eagle Ford Shale region is not as readily available and abundant as the northeast sections of Texas. A small portion of the Rio Grande River at the Mexican border is used, and several streams are ephemeral and recharge underlying aquifers. However, even when surface water is available, it is often not located adjacent to sites; therefore, trucking and piping of water is often required. Operators rely mostly on groundwater from the Carrizo Aquifer, though groundwater has already been partially depleted for irrigation in the Winter Garden region of South Texas (Nicot 2012). Over-extraction of groundwater for irrigation in the past limits water availability for current and future shale gas production (Nicot 2012). Water used in south Texas is variable; municipal water use is dominant (greater than 85%) in the footprint of the Eagle Ford in Web County (Nicot 2012). It is predicted that during the peak years of production, the net water use for shale gas production in the Eagle Ford Shale region will increase from 5% to 89% at the county level for selected counties (Nicot 2012).

**Haynesville Shale, LA**

The Haynesville Shale is located in East Texas and western Louisiana. The eastern part of Texas has high precipitation, with a mean annual precipitation of 1,320 mm per year, resulting in a widespread and abundant supply of surface water (Nicot 2012). The region also hosts large aquifers, specifically the Carrizo Wilcox and Queen City/Sparta Aquifers. Shale gas production in Louisiana relies heavily on local groundwater from the Carrizo Aquifer and currently derives about 75% of the water from surface water or lesser-quality shallow groundwater (Nicot 2012). The groundwater is more readily available in East Texas, with the only competition for water use being industrial and municipal demands (Nicot 2012). Furthermore, it is predicted that during the

peak years of production, the net water use for shale gas production in the Haynesville Shale region will increase from 7% to 136% at the county level for selected counties (Nicot 2012).

### San Juan Basin, CO

The San Juan Basin is located in the arid Southwest U.S., occupying the Four Corners area of Colorado, New Mexico, Arizona, and Utah. The basin is characterized by a wide range of topographic settings that include valleys, canyons, badlands, uplands, mesas, and buttes (Haerer 2009). Precipitation in the San Juan Basin varies regionally. Annual precipitation in the high mountain areas in Colorado can receive as much as 1,020 mm per year, whereas annual precipitation in lower altitudes of the central basin in New Mexico can receive less than 200 mm per year (Levings 1996). Runoff water from snow and precipitation, which flows into rivers such as the San Juan River, makes up a large portion of the surface water. However, because of high evaporation rates and the hot and dry climate of the Southwest, surface water in the basin is limited and has already been fully appropriated.

Thus, groundwater resources tend to be the only source of water in most of the basin, and they are used mainly for municipal, industrial, domestic, and stock purposes (Levings 1996). The San Juan structural basin is a major oil and gas producing area, and groundwater is produced as a byproduct of these operations (Levings 1996). Several major aquifers exist in the basin; most are unconfined and located within the Tertiary formations (Haerer 2009). The amount of available water varies, depending on the underlying geological rock formations. For example, the Fruitland Formation and Pictured Cliffs Sandstone are aquifers that are sources of drinking water along the northern margin of the basin and act as a single hydrologic unit. The Ojo Alamo Sandstone is the primary aquifer for the southern margins and is a possible source of groundwater (EPA 2004). Groundwater levels in the Fruitland Formation have declined significantly due to the development of energy resources in the San Juan Basin (Levings 1996).

### Green River Basin, WY

The Green River Basin is located in the southwest corner of Wyoming, northwest Colorado, and northeast Utah. The basin drains to the Green River, a major tributary to the Colorado River. On average, the basin receives about 250–400 mm of precipitation annually and less than 13% of the basin receives more than 500 mm (WWDC 2010). Precipitation is highest during the months of April and May and the least in December and February. There are four regional aquifer systems in the Wyoming side of the Green River Basin. The Cenozoic, Mesozoic, Paleozoic, and Precambrian aquifer systems range from the youngest and most heavily used to the oldest and least used, respectively (WWDC 2010). There are relatively little development of groundwater resources in the Green River Basin, and the recent increase in shale oil and gas development has relied on groundwater resources as the primary supply to the industry. In Wyoming, irrigated agriculture is the largest water consumer. However, the energy and mineral sectors have historically added volatility in water use and allocation, requiring large amounts of water (WWDC 2010). Groundwater in the basin is used for domestic and pubic supplies, and industrial uses including mining and irrigation. Oil and gas development has increased substantially in the Green River Basin and accounts for a large part of the increase in groundwater use (WWDC 2010).

### 3.3.1.2 Current Water Quantity Risks Resulting from Industry Activities

Risks to water quantity resulting from industry practices in shale gas development include reductions in both available surface water and groundwater. These risks occur in the areas from which water resources are sourced, not necessarily the hydraulic fracturing site. In areas where the levels of the groundwater table are already affected by multiple sectors' uses (e.g., agriculture, municipal water supply), large increases in use by any sector might affect water availability or the cost of pumping for all other users.

The water quantity risk to any given water basin depends on how much water is used and on the local water availability. Water usage in shale gas development, as described above, depends on the total number of wells, water use per well, and recycling rate. Water availability depends on local geologic and climatic conditions and on competing users of water. In the study regions, the total number of producing wells has been increasing steadily since 2008. With the exception of Pennsylvania, there are no data indicating a substantial increase in the recycling rate of wastewaters, and the total quantities of freshwater used for hydraulic fracturing have been increasing. The impact of recycling on reducing freshwater demands is limited by the amount of flowback and brine produced from each well. The use of non-freshwater sources, such as shallow brackish waters, could alleviate demands on freshwater; but there are no readily available data on availability or current usage of these water sources for shale gas operations.

Values of total water available physically and legally can be difficult to quantify, but our report analyzes the water usage of oil, gas, and mining activities as a percentage of all other existing water uses. On a state level, the amount of water currently withdrawn for hydraulic fracturing is a relatively minor fraction of total water withdrawals. In Colorado for example, total water diversions for hydraulic fracturing represent only 0.1% of all water diversions in the state (COGCC 2012b). In Texas, mining activities, which include hydraulic development, accounted for just 2% of total water withdrawals in 2011 (TDWB 2012).In Texas and Colorado, irrigation accounts for more than 55% and 85%, respectively, of total water withdrawals (COGCC 2012b; TDWB 2012).

Greater insights into risks to water resources can be gained by analysis on a geospatial scale smaller than the states, such as the county level. In many counties where shale gas development sites are located, mining activities already account for a substantial percentage of existing water usage (Figure 20) (Kenny et al. 2009).



**Figure 20. Mining water withdrawals as a percent of total water withdrawals, 2005 (Kenny 2009).**

In 2005, mining activities in Texas counties that overlapped with the Barnett, Eagle Ford, and Haynesville formations accounted for a large percentage of total water withdrawals. Similarly, counties in Louisiana overlapping with the Haynesville formation, counties in New Mexico overlapping with the Barnett and San Juan formations, and counties in Wyoming overlapping with the Green River formation show that mining activities account for water withdrawals representing 5% to over 60% of total withdrawals in that county. Thus, water use for mining activities already represents a substantial portion of total water usage in the regions where shale gas development is occurring. Rapid expansion of water required for hydraulic fracturing could impact local water availability, depending on water resources in each region. Further research is needed to evaluate the impact that the current and projected water use for mining activities, including hydraulic fracturing, could have on the water resources and other water demands in these regions.

### 3.3.2  Risks to Water Quality

#### 3.3.2.1  Current Industry Activities Affecting Water Quality

Risks to water resources depend on well and drilling construction practices, handling of chemicals on site, and wastewater management. Risks to water quality can occur at both the location of hydraulic fracturing and where water is stored or treated.

**Onsite well-construction and hydraulic fracturing practices**

In terms of risk to water resources, well design and construction phase is a crucial component of the hydraulic fracturing process. Proper well construction can separate the production operations from drinking water resources. Well construction involves drilling, casing, and cementing—all of which are repeated multiple times until a well is completed. Drilling is conducted with a drill bit, drill collars, drill pipe, and drilling fluid such as compressed air or a water- or oil-based liquid (EPA 2011). Water-based liquids typically contain a mixture of water, barite, clay, and

chemical additives (OilGasGlossary.com 2010). Once removed from the well, drilling liquids and cuttings must be treated, recycled, and/or disposed of.

Casing is steel pipe that separates the geologic formation from the materials and equipment in the well, and that also provides structural support. The casing is designed to withstand the external and internal pressures during the installation, cementing, fracturing, and operation of the well. Some operators might forego casing, in what is called an open-hole completion, if the geologic formation is considered strong enough structurally to not collapse upon itself. Casing standards vary regionally and are set by state regulations. Once the casing is in place, a cement slurry is pumped down the inside of the casing and forced between the formation and the casing exterior. The cement serves as a barrier to migration of fluids up the wellbore behind the casing, as well as a structural support for the casing. The cement sheath around the casing and the effectiveness of the cement in preventing fluid movement are the major factors in establishing and maintaining the mechanical integrity of the well; however, even a properly constructed well can fail over time due to stresses and corrosion (Bellabarba et al. 2008). For a given well, there may be multiple levels of drilling, casing, and cementing to prevent contamination of local water resources (Figure 21).

Once the well is constructed, the formation is hydraulically fractured. The hydraulic fracturing occurs over selected intervals where the well is designed to permit fluids to enter the formation. Hydraulic fracturing fluids, by volume, are mostly water and propping agents such as sand, designed to facilitate the fracturing and keep the new fractures open.

The chemicals present in hydraulic fracturing fluids can react with naturally occurring substances in the subsurface, causing these substances to be liberated from the formation (Falk et al. 2006; Long and Angino 1982). These naturally occurring substances include formation fluids (brine), gases (natural gas, carbon dioxide, hydrogen sulfide, nitrogen, helium), trace elements (mercury, lead, arsenic), radioactive materials (radium, thorium, uranium), and organic materials (organic acids, hydrocarbons, volatile organic compounds).



**Figure 21. Schematic of well that includes several strings of casing and layers of cement (EPA 2011)**

Once a well is no longer producing gas economically, it can either be re-fractured or plugged, to prevent possible fluid migration that could contaminate soils or waters (API 2009). A surface plug is used to prevent surface water from seeping into the wellbore and migrating into groundwater resources.

**Onsite handling of chemicals**

The chemicals used in fracking fluids are often mixed together on site with the propping agent (usually sand) and water. The types of chemicals and their volumes might vary from site to site and from developer to developer, depending on formation properties and developer common practices. Chemicals are stored on site in tanks before mixing and hydraulic fracturing operations begin. In general, 0.5% to 2% of the total volume of fracking fluid is made up of chemicals (GWPC and ALL Consulting 2009). The composition and relative amounts of chemicals might change from site to site. Table 6 provides an example of the variety and amounts of chemicals that comprise fracking fluid, where chemicals contribute 0.5% of the volume.

**Table 6. Example Composition of Hydraulic Fracturing Fluids (GWPC and ALL Consulting 2009; API 2010)**

| Component | Example Compounds | Purpose | Percent Composition (by Volume) | Volume of Component (Gallons)[131] |
|---|---|---|---|---|
| Water | | Deliver proppant | 90 | 2,970,000 |
| Proppant | Silica, quartz sand | Keep fractures open to allow gas flow out | 9.51 | 313,830 |

---

[131] Based on the average water use per well identified in this study, 3.3 million gallons

| Component | Example Compounds | Purpose | Percent Composition (by Volume) | Volume of Component (Gallons)[131] |
|---|---|---|---|---|
| Acid | Hydrochloric acid | Dissolve minerals, initiate cracks in rock | 0.123 | 4,059 |
| Friction Reducer | Polyacrylamide, mineral oil | Minimize friction between fluid and pipe | 0.088 | 2,904 |
| Surfactant | Isopropanol | Increase viscosity of fluid | 0.085 | 2,805 |
| Potassium Chloride | | Create a brine carrier fluid | 0.06 | 1,980 |
| Gelling Agent | Guar gum, hydroxyethyl cellulose | Thicken fluid to suspend proppant | 0.056 | 1,848 |
| Scale Inhibitor | Ethylene glycol | Prevent scale deposits in pipe | 0.043 | 1,419 |
| pH Adjusting Agent | Sodium carbonate, potassium carbonate | Maintain effectiveness of other components | 0.011 | 363 |
| Breaker | Ammonium persulfate | Allow delayed breakdown of gel | 0.01 | 330 |
| Crosslinker | Borate salts | Maintain fluid viscosity as temperature increases | 0.007 | 231 |
| Iron Control | Citric acid | Prevent precipitation of metal oxides | 0.004 | 132 |
| Corrosion Inhibitor | N,N-dimethyl formamide | Prevent pipe corrosion | 0.002 | 66 |
| Biocide | Glutaraldehyde | Eliminate bacteria | 0.001 | 33 |

In this example, we consider the average water use per well as identified in this study to be 3.3 million gallons. Therefore, the total volume of chemicals used—0.5% of the fracking fluid volume—is about 16,500 gallons per well. The total average volume of chemicals used in hydraulic fracturing fluids ranges from 5,500 to 96,000 gallons per well, given the wide range of water use per well, in addition to the chemical composition (Table 7).

**Table 7. Estimates of Total Gallons of Chemicals Used per Well**

| | 4.6 million gallons per well (average estimate) | 2.3 million gallons per well (low estimate) | 7.3 million gallons per well (high estimate) |
|---|---|---|---|
| Lower bound of chemical composition (0.5% of volume) | 16,500 gallons | 5,500 gallons | 24,000 gallons |
| Upper bound of chemical composition (2.0% of volume) | 66,000 gallons | 22,000 gallons | 96,000 gallons |

**Wastewater management practices**

After hydraulic fracturing operations, pressure decreases and fluids return to the surface before the well begins formal gas production. Although there are no standardized definitions, the used fracking fluids (frac flowback) and naturally occurring water resources (produced water) both return to the surface. In general, the frac flowback returns first at high rates (e.g., ~100,000 gallons per day) for a few days; then produced water surfaces at lower rates for the remainder of the well's lifetime (e.g., ~50 gallons per day). The rates of production and total volumes of frac flowback and produced water vary greatly within and between shale plays—ranging from 10% of original fracking fluid volume to as high as 75% (EPA 2011). Frac flowback and produced water both contain naturally occurring substances, including oil, gas, radionuclides, volatile organic compounds, and other compounds that could contaminate local water resources.

Frac flowback and produced water are stored on site in storage tanks or impoundment pits prior to treatment, recycling, and/or disposal (GWPC 2009).Onsite impoundments can be designed for short-term use (for storage purposes) or for long-term use (evaporation pits), and impoundment regulations and requirements can vary greatly by location.

Operators have a variety of options for managing wastewaters, including recycling and reusing, onsite evaporation in impoundments, onsite injection into wells, disposal at a centralized facility through evaporation or underground injection, and treatment through surface water treatment plants. Overall, national disposal methods are dominated by underground injection (EPA 2011). Current industry practices might vary from state to state, and have shown different trends from 2008 to 2011. For example, Colorado (Figure 22) and Pennsylvania (Figure 23) show stark differences and trends.



**Figure 22. Colorado wastewater treatment methods, 2008–2011 (COGCC 2012a)**



**Figure 23. Pennsylvania wastewater treatment methods, 2008–2011 (PA DEP 2012b)**

In Pennsylvania, surface water treatment decreased from 67% of total wastewater volumes in 2008 to less than 1% in 2011 (PA DEP 2012b). In contrast, in Colorado, surface water treatment increased from 2% of total wastewater volumes in 2008 to 11% in 2011 (COGCC 2012a). In Pennsylvania, recycling increased from 6% of total wastewater volumes in 2008 to 45% in 2011, whereas there are no data indicating any recycling occurring in Colorado. The dominant disposal method in Colorado remains injecting or evaporating wastewater fluids on site. Onsite disposal methods decreased in Colorado, managing 72% of total wastewater volumes in 2008 to 58% in 2011. In Pennsylvania, onsite well injection increased from 1% of total wastewater volumes in 2008 to 7% in 2011. Both states increased their use of centralized industrial disposal facilities between 2008 and 2011. In Pennsylvania, the use of centralized disposal facilities increased from 10% of total wastewater volumes in 2008 to 44% in 2011. In Colorado, the use of centralized disposal facilities increased from 26% of total wastewater volumes in 2008 to 31% in 2011.

Water disposal methods can change from year to year due to evolving regulations and industry experience. Data from 2008 showed a high percentage of surface water discharge for wastewaters in Pennsylvania; after 2008, there was a sharp decline. This is due to the changes to the Pennsylvania Department of Environmental Protection's (DEP) 25 Pa Code Chapter 95 Wastewater Treatment Requirements. These requirements were changed on April 11, 2009, after total dissolved solids levels were measured far above environmentally healthy levels in 2008 and 2009 (STRONGER, 2010). The high TDS was above drinking water standards in the Monongahela River. The TDS also promoted golden algae growth, resulting in higher toxicity levels in Drunkard Creek, killing over 30 different species of aquatic life. The new regulations required a maximum TDS discharge of 500 mg/L (STRONGER, 2010). This new regulation makes it uneconomical to use municipal water treatment in Pennsylvania because wastewaters can reach up to 360,000 mg/L TDS (USGS 2002b). In addition, injection has remained relatively unfavorable in Pennsylvania because the state has only eight Class II underground injection wells, three of which are commercially owned. The other injection wells are privately owned and only service the companies that own them (Phillips 2011).

Recycling operations can be more expensive than other waste management options. Recycling and reuse of water involves energy for treatment, and costs associated with storing water, transport of water, and transport and disposal of the solid wastes removed from the treated water.

In contrast, injecting wastewater into wells only involves the transport of water to an injection well and fees for the disposal. Recycling options can also be limited by high concentrations of materials that make recycling uneconomic.

### 3.3.2.2  Current Water-Quality Risks Resulting from Industry Activities

Risks to public water quality resulting from industry practices include risks to both surface water and groundwater sources, and they are not limited to the location of the hydraulic fracturing operation. Risks to surface and groundwater resources exist at each stage of development—well construction and hydraulic fracturing operations, chemical handling, and wastewater management.

Improper well construction or improperly plugged wells are one source of risk by which groundwater contamination can occur (PA DEP 2010b; McMahon et al. 2011). In addition to risks associated with construction integrity, risks are also associated with well durability for wells that are repeatedly hydraulically fractured. The potential exists for fracking fluids, as well as other naturally occurring substances, to reach groundwater sources if well construction or plugging operations are inadequate. The degree of risk will be dependent upon local geology, the composition of the chemicals and naturally occurring substances, and the mobility of the substances within the formation.

Another source of risk during the hydraulic fracturing operation in coalbed methane (CBM) reservoirs is the potential for the fractures to extend into aquifers or into pre-existing faults or fractures (natural or man-made) that might directly extend into aquifers. Currently, it is difficult to predict and control fracture location and lengths, and the overall risk will depend on the local geology and fracking practices used. In shale gas formations, decreasing pressure gradients and natural barriers in the rock strata serve as seals for the gas in the formation and also block the vertical migration of frack fluids (GWPC and ALL Consulting 2009). In contrast, CBM reservoirs, such as the North San Juan considered here, are mostly shallow and may also be co-located with drinking water resources. In CBM areas, hydraulic fracturing operations near a drinking water source might raise the risk of contamination of shallow water resources from hydraulic fracturing fluids (Pashin 2007; EPA 2011).

Another risk to water quality is the handling and mixing of chemicals on site. Risks include spills or leaks that might result from equipment failure, operational error, or accidents. Leaked chemicals could be released into bodies of surface water or could infiltrate groundwater resources. There have been reports of surface spills of hydraulic fracturing fluids; however, little is known about the frequency, severity, and causes of these spills (Lustgarten 2009; Lee 2011; Williams 2011). The risks to local water resources will depend on the proximity to water bodies, the local geology, quantity and toxicity of the chemicals, and how quickly and effectively clean-up operations occur.

Wastewater management practices have risks to water quality that potentially affect water resources both on and off site of the location of the shale gas development operations. Considering risks on site, spills of frac flowback or produced water could contaminate local surface and/or groundwater resources. In addition, there could be equipment failures (e.g., poorly constructed impoundments) during onsite wastewater storage prior to treatment. Potential offsite risks include spills or leakage that might occur during the transport of wastewaters to the location

where they will be treated. If surface water treatment is used, there is a risk of the surface water treatment plant not having the capabilities to fully treat the wastewater before it is released back into the hydrologic cycle (Puko 2010; Ward Jr. 2010; Hopey 2011).

From 2009 to 2011, Pennsylvania had 337 reported violations that were classified as "minor effect" or "substantial effect" (NEPA 2012). Violations of these types include the release of wastes or produced water on site in amounts less than 10 barrels (420 gallons). From 2009 to 2011, Texas had 14 reported "minor effect" or "substantial effect" violations, and one reported "major effect" violation. "Major effect" violations include large spills or improperly disposed of wastes greater than 10 barrels (420 gallons), small to large spills that were moved off site and impacted a resource such as a drainage ditch or wetland, and any spill of fracturing fluid greater than 1 barrel (42 gallons). For Colorado, the only publicly accessible statistics related to violations are Notices of Alleged Violations (NOAVs). The number of NOAVs does not represent the number of violations because violations do not necessarily lead to the issuance of NOAVs. Also, when NOAVs are issued, they may cite violations of more than one rule, order, or permit condition. Colorado violations could not be acquired, and data for violations in other states were not available. More detailed information about violations in states where data are available is listed in Appendix D. Further research is needed to fully determine the severity and cause of the reported violations.

## 3.4  Data Availability and Gaps

Substantial gaps in data availability prevent a full assessment of risks to water resources resulting from shale gas operations. Only certain statistics are publicly available for each region, and in some regions that cross state boundaries, information is only available for the part of a play that is in one state (Table 8.)

**Table 8. Overview of Data Availability**

| | Risk Factor or Analysis Metric | CO North San Juan | NM North San Juan | PA Marcellus | NY Marcellus | TX Barnett | TX Eagle Ford | LA Haynesville | WY Upper Green River |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Disposal methods/volumes | ◊ | | ◊ | ◊ | | | | ^ |
| 1a | Fraction of water recycled | ◊ | | ◊ | | | | | |
| 2 | Fresh water use | ^ | ^ | ◊ | | ^ | ^ | ◊ | ^ |
| 2a | *Fracturing water* | ◊ | | ◊ | | ◊ | ◊ | ◊ | ◊ |
| 2b | *Source permitting* | ^ | | ◊ | | ^ | ^ | ^ | ^ |
| 3 | PW/FF volumes | ◊ | | ◊ | | ^ | ^ | ^ | |
| 3a | *Injected volumes* | ◊ | | | | ^ | ^ | ◊ | ◊ |
| 4 | State regulations | | | | | ◊ | | | |
| 4a | *Rule violations* | | | ◊ | | | | | |
| 5 | Regional water use | | | ◊ | | | | | |
| 6 | Total wells | | | ◊ | | ^ | ◊ | | |
| 6a | *% Horizontal* | | | ◊ | | | ◊ | | |
| **Key** | | | | | | | | | |
| ◊ | Data available | | | | | | | | |
| ^ | Partial data available | | | | | | | | |

Comprehensive analyses of water risks are hindered by a lack of reliable, publicly available water usage and management data. Data are not publicly available for many regions for total water withdrawals, total wells drilled, water recycling techniques, wastewater management, and other management practices. These data would assist in developing appropriately flexible and adaptive best management practices. Certain resources—such as the State Review of Oil and Natural Gas Environmental Regulations (STRONGER) and FracFocus—have greatly increased public access to information about risks of hydraulic fracturing; but further efforts are desired. Data collection and availability could improve with further collaboration and interaction with industry stakeholders, as well as other stakeholders.

## 3.5  Best Management Practices (BMP)

Various attempts have been made to define best practices for water management (e.g., IEA 2012; Energy Institute 2012; ASRPG 2012; Chief O&G 2012; SEAB 2011; API 2010). Based on these reports, the following are best practices that are generally accepted to be important for understanding and minimizing risks related to water quantity and quality:

### 3.5.1  Monitoring and Reporting

- *Measure and publicly report the composition of water stocks and flow throughout the fracturing and cleanup process.* There is little information on the management of fracturing water from acquisition to disposal or recycle, both in terms of quality and quantity.

- *Adopt requirements for baseline water-quality testing.* Background testing is recognized for its value, but is often not standardized. Better guidance is needed for statistically defensible testing.

- *Fully disclose hydraulic fracturing fluid additives.* Disclosure of fracturing fluid chemicals on fracfocus.org is now in place in Colorado, Wyoming, and Texas and is being considered in several other states.

### 3.5.2  Water Quantity

- *Recycle wastewaters.* Freshwater demand can be minimized by treatment and reuse of produced water and frac flowback. Flowback water produced in the hydraulic fracturing process is returned at relatively high flows and might contain more chemicals of concern than produced water. Optimized handling of this fluid is important for mitigating risks to water quality and quantity because it can lessen the need for transport and wastewater disposal.

### 3.5.3  Water Quality

- *Use a closed-loop drilling system.* In closed-loop drilling processes, contaminated water is not exposed to air or pits where it could leak, thus eliminating the storage of discarded drilling fluids in open pits at the drilling site.

- *Eliminate flowback water mixing with fresh water in open impoundments.* Disposing of untreated flowback water in reservoirs containing fresh water to be used for hydraulic fracturing increases the risk of harmful spills or leaks.

- *Use protective liners at pad sites.* The use of liners or other protective devices at pad sites can contain minor spills and prevent environmental contamination. Proper collection and disposal equipment is also important to have on site.

- *Minimize use of chemical additives and promote the development and use of more environmentally benign alternatives.* "Green" hydraulic fracturing fluid has been developed—based on fluid mixtures from the food industry—that do not impair groundwater quality in the case of an inadvertent leak or spill.

A next step in developing BMPs for reducing risks to water resources in shale gas development is to evaluate the efficacy of each of the above BMPs (Kemp 2012; Energy Collective 2012). Currently, little or no data exist that analyze the effectiveness or cost-benefit tradeoffs of these BMPs. Further examination of BMPs could assist developers in evaluating important water management questions—such as whether installing protective liners at pad sites or reducing use of chemical additives would have a greater impact on reducing risks to water resources in their regions. A first step in this direction would be to develop a methodology for quantifying and comparing current water-management practices with potential risks.

In many cases, BMPs might be more appropriate or cost-effective for certain geological conditions than others. A further area of needed research is to evaluate the extent to which certain BMPs are applicable or effective across multiple types of formations. To better address this question, researchers could engage a variety of stakeholders—including industry, regulators, researchers, environmental groups, and the public—to understand what practices are currently in use, how effective they are at reducing the risk of water impacts, and where improvements are needed.

A major challenge facing some of these BMPs is that there are no national or state-level disclosure initiatives to track or evaluate the success of their implementation. For example, it is difficult to determine how many operators are currently employing (and with what success) the widely discussed BMP to use closed-loop drilling practices because operators are not required to report this information. Absent such reporting, data collection efforts would likely require close collaboration with multiple industry partners operating in a variety of locations, and this could be time-intensive.

## 3.6  Summary

We used publicly available datasets to provide an initial evaluation of water risks associated with hydraulic fracturing in six natural gas plays in the United States. Data were limited in every region; continued efforts to catalogue and publish water data will improve future analyses.

Hydraulic fracturing operations have the potential to impact water resources. One of the impact risks associated with water is regional resource depletion due to the use of fresh water during hydraulic fracturing. Water-use data were collected for five of the six regions with average use per well ranging from 1.1 to 5.8 million gallons, with a multi-region average of 3.3 million gallons per well. Total water usage can be estimated by determining the average water use per well, number of wells, and recycling rate; this total freshwater demand value can be compared with estimates of local water availability. Hydraulic fracturing demands are a small fraction of total state water demands, but they can be a substantial portion of water demands in the counties in which the hydraulic fracturing operations are active. If water must be transported from off site to a hydraulic fracturing site, water quantity risks might extend to counties where hydraulic fracturing is not occurring. In all regions considered, the number of wells drilled for hydraulic fracturing has increased each year since 2009. Recycling rates have increased significantly in Pennsylvania since 2009, when the state issued new regulations regarding the treatment of wastewaters.

A second impact risk associated with water is degradation of surface and groundwater quality. Water-quality impacts are a risk during the well construction, hydraulic fracturing, mixing of chemicals, and the wastewater management of shale gas development. As noted above, hundreds of substantial or major violations have been reported that have resulted in spills of produced water, frack fluids, or chemicals. However, it is not clear if water resources have been contaminated—and if so, to what extent—or by which pathway the spills occurred.

A better understanding of the potential contamination pathways (listed here) and their impacts to water resources could assist in identifying and evaluating the phases of operation that have the highest risk of impacting water quality. Potential contamination pathways during well construction and hydraulic fracturing are improper well construction, well degradation from repeated use, lengthy fractures, and improper well plugging. Potential contamination pathways during the mixing of chemicals phase are spills, accidents, and storage equipment failures. Potential contamination pathways at the hydraulic fracturing site during the management of wastewaters are onsite storage equipment failures and spills. Additional contamination pathways and risks occur during the transport of wastewaters to disposal facilities and the potential stress put on surface water treatment plants that might not be capable of treating the types of wastes produced from hydraulic fracturing operations.

Currently, a variety of BMPs are being employed in different regions to minimize risks to water resources. However, there is uncertainty in the industry concerning BMP transferability, cost-effectiveness, and risk mitigation potential. In addition, it is unclear to what extent these BMPs are being employed by different operators. Recycling of frac flowback and produced water is an accepted recommended practice, but limited information exists regarding prevalence, methods, and costs. Except for Pennsylvania, recycling data are not available from public databases, so it is difficult to estimate how much water is being reused in these regions.

## 3.7  Conclusions and Next Steps

Prior efforts, in addition to with this study, have identified the variety of water-related risks and potential contamination pathways resulting from shale gas development. However, existing publicly available data are not sufficient to perform a full risk assessment on a national or regional scale. A comprehensive and actionable risk assessment would require additional analyses, including the following:

- Quantitatively assess the magnitude of the impacts of the contamination pathways discussed in this report.
- Quantitatively assess the probability that the risks discussed will occur, based on existing industry practices.
- Identify the contamination pathways and risks that, at present, are adequately or inadequately addressed by current industry practices.
- Evaluate BMPs in terms of risk mitigation potential, cost-effectiveness, regional transferability, and industry prevalence.
- Evaluate in detail the wastewater recycling practices, including estimates of current recycling rates, estimates of total potential freshwater savings resulting from recycling, and a life cycle assessment (in terms of energy inputs, emissions, and costs) to identify thresholds for deciding whether to dispose of or recycle wastewaters.

The application of systematically developed BMPs could increase the transparency and consistency by which shale gas development occurs, providing benefits to industry and interested stakeholders. Effective BMPs follow from a defined prioritization of risks in the context of other risks. Risk prioritization would be facilitated by greater availability of industry data and current practices. Further collaboration and interaction with industry, and other stakeholders could improve data collection efforts and are a first step in achieving the analysis objectives above. Lastly, water resources are just one category of risk resulting from shale gas development. Future efforts could evaluate water-related risks and BMPs alongside other risks to air, land, and community.

# 4   Natural Gas Scenarios in the U.S. Power Sector

## 4.1   Overview of Power Sector Futures

This chapter summarizes results from modeling different U.S. power sector futures. These futures assess key questions affecting today's natural gas and electric power markets, including the impacts of:

- Forthcoming EPA rules on power plants

- Decarbonization options such as a clean energy standard (CES)

- Potential improvements in key generation technologies

- Higher costs for natural gas production assumed to arise from more robust environmental and safety practices in the field

- Expanded use of natural gas outside of the power generation sector.

The simulations were done using NREL's ReEDS model, incorporating findings from Chapters 1, 2, and 3, as applicable, and looking out to the year 2050.

ReEDS is a capacity expansion model that determines the least-cost combination of generation options that fulfill a variety of user-defined constraints such as projected load, capacity reserve margins, emissions limitations, and operating lifetimes. The model has a relatively rich representation of geographic and temporal detail so that it more accurately captures the unique nature of many generation options, as well as overall transmission and grid requirements. It is a power-sector-only model, so special steps were taken to consider the feedback effects of natural gas demand in other sectors of the economy. These steps, along with additional details about the model, are more fully described in Appendix E of this report.[132]

The scenario analysis presented here is not a prediction of how the U.S. electricity sector will evolve in the future—rather, it is an exercise to compare the relative impacts of different scenarios. Three Reference scenario cases are used as points of comparison for other scenarios based on policy, business, or technology change:

1. Baseline – Mid-EUR

2. Baseline – Low-EUR, and

3. Baseline – Low-Demand.

The modeling team explored four potential policy scenarios in addition to the Reference scenario:

1. A *Coal scenario*, driven by a combination of forthcoming EPA rules, low-cost natural gas, and the age of existing coal generators. Specifically, this scenario addresses the

---

[132] A full description of the model is also available at:
http://www.nrel.gov/analysis/reeds/pdfs/reeds_documentation.pdf.

question of what new capacity will need to be built if and when coal plants retire, and what impacts would result from proposed NSPS.

4. A *CES scenario* with carbon mitigation sufficient for the U.S. power sector to contribute its share in lowering emissions to a level that many scientists report is necessary to address the climate challenge (IPCC 2007; C2ES 2011). This simulates a CES similar to that proposed by Senator Jeff Bingaman, but analyzes impacts through 2050 (EIA 2012a).

5. An *Advanced Technology scenario* where several different generation options—nuclear, solar, and wind—achieve cheaper and thus more widespread deployment; and

6. A *Natural Gas Supply-Demand Variation scenario* for natural gas, aimed to simulate the impact of (1) steps taken to incrementally address environmental and safety concerns associated with unconventional gas production, and (2) significant growth in natural gas demand outside the power sector (Dash-to-Gas). In both cases, the incremental cost of securing natural gas for power generation results in different power sector futures over the long term.

The family of scenarios is summarized in Figure 24.



**Figure 24. Scenarios evaluated in the power sector futures**

## 4.2   Assumptions and Limitations

Technology cost and performance metrics used in ReEDS are presented in Appendix E. All costs in this study are listed in 2010 dollars unless otherwise noted.

Supply curves were developed to represent natural gas cost to the power sector and the response of this cost to increased power sector demand. The supply curves were developed based on linear regression analyses from multiple scenarios developed by the Energy Information Administration in the Annual Energy Outlook 2011 (EIA 2011).[133] The supply curves represent the price of fossil fuel to the power generators as a function of overall electric sector consumption of the fuel. In particular, as electric sector consumption increases, the marginal fossil fuel price to power generators (and all consumers of the fossil fuel) would increase. Within each year of the ReEDS optimization, the model sees this price response to demand through the linear supply curves. Three sets of supply curves were developed, representing different levels EUR[134] of natural gas. Additional detail on these supply curves is also outlined in Appendix E.

Current renewable tax incentives and state renewable portfolio standards are represented in the ReEDS model. Tax incentives include the modified accelerated cost recovery system for tax depreciation, the production tax credit for utility-scale wind technologies, and the investment tax credit for solar and geothermal technologies.[135] The tax credits are assumed to expire at their legislative end date and not be renewed. In particular, the wind production tax credit expires at the end of 2012, and the solar ITC declines from 30% to 10% in 2016. Although the solar and geothermal investment tax credits have no legislative end date, they are assumed to expire in 2030 as to not influence the long-term expansion decision of the model.

All scenarios evaluated here assume that 30 GW of coal-fired capacity will retire by 2025. The Coal scenario in Section 4.4 considers a higher level of coal retirement and has more detail on the assumed distribution of coal retirements.

ReEDS determines when new high-voltage electricity transmission infrastructure is required and tracks the costs associated with its deployment. It does not track the need to build new natural gas pipeline infrastructure, so those costs are not included in this analysis.

ReEDS is not designed to account for distributed generation; therefore, the penetration of distributed (residential and commercial) rooftop PV capacity was input exogenously into ReEDS from NREL's Solar Deployment Systems (SolarDS) model (Denholm et al. 2009). SolarDS is a market penetration model for commercial and residential rooftop PV, which takes as inputs rooftop PV technology costs, regional retail electricity rates, regional solar resource quality, and rooftop availability. In all cases, except in the Advanced Technology scenario, 85 GW of rooftop PV was assumed to come on line by 2050. This assumption was based on some of the Renewable Electricity Futures (RE Futures) Report 80%-by-2050 renewable electricity scenarios (NREL 2012).

---

[133] (EIA 2011). Annual Energy Outlook 2011 scenarios are projections out to the year 2035, and these results are extrapolated to 2050 for use in the ReEDS model. A separate supply curve was developed for each year to represent changes in projected supply and demand interactions as estimated in the multiple Annual Energy Outlook 2011 scenarios. The modeling team had already commenced work by the time the 2012 edition of the Annual Energy Outlook was released, so it could not take advantage of those newer data.

[134] EUR is the amount of natural gas (or petroleum) that analysts expect to be economically recovered from a reservoir over its full lifetime. Three potential measures of EUR are used throughout this study (High, Mid, and Low) to reflect the ranges of optimism and uncertainty over unconventional natural gas availability and price.

[135] Detailed information on these tax incentives can be found on the Database of State Incentives for Renewables and Efficiency at: http://www.dsireusa.org/.

## 4.3   Reference Scenario

Three different baseline cases were evaluated in the Reference scenario:

- Baseline – Mid-Estimated Ultimate Recovery (Mid-EUR) case, with average power demand growth and a moderate outlook for natural gas prices

- Baseline – Low-EUR case reflecting the potential for more limited—and hence, more expensive—natural gas

- Baseline – Low-Demand case with Mid-EUR expectations. Low demand for electricity could be the result of continued economic stagnation (low gross domestic product [GDP] growth) or successful efforts to curb energy demand through energy efficiency, demand response, smart grid, and other programs to reduce the need for new electricity supply.

A Baseline – High-EUR case was not considered in this family in order to keep the number of results manageable. As noted previously, the Reference scenario is not a prediction of the future U.S. electricity mix *per se*, but instead, it serves as a point of comparison for the other scenarios. Each baseline case in the Reference scenario is summarized in Table 9.

**Table 9. Description of Reference Scenario**

| Case Name | Assumption for Future Electricity Demand | Assumption for Estimated Ultimate Recovery (EUR) |
|---|---|---|
| Baseline – Low-EUR | Standard Growth (EIA 2010) | Low-level |
| Baseline – Mid-EUR | Standard Growth (EIA 2010) | Mid-level |
| Baseline – Low-Demand | Low Growth (NREL 2012) | Mid-level |

Figure 25 and Figure 26 present the projected growth of electric generating capacity and generation for each of the three baseline cases. In the Baseline – Mid-EUR case, total capacity grows from roughly 1,000 GW in 2010 to just over 1,400 GW in 2050. While nuclear and coal capacity decrease as a result of net aged-based retirements, natural gas combined-cycle and natural gas combustion-turbine capacities nearly double, with especially strong growth expected after 2030 when nuclear and coal retirements accelerate. On-shore wind capacity grows steadily from roughly 40 GW in 2010 to nearly 160 GW in 2050, representing about 3 GW of new additions each year on average over the period—a significant reduction from deployment in recent years. In all three baseline cases, oil and gas steam-turbine capacity is fully retired by roughly 2035 due to their low efficiency. Nuclear capacity also declines in all three baseline cases beginning around 2030 as plants reach the end of their operational lifetime and licensing arrangements, and no new plants are built due to uncompetitive economics. As noted above, rooftop PV is not endogenously calculated by ReEDS, but was exogenously assumed for each of the scenarios and baseline cases. Under the technology cost assumptions used, utility-scale PV showed more limited growth compared to natural gas and wind, reaching roughly 10 GW by 2030 and 20 GW by 2050.

The Baseline – Low-EUR case considers a future in which natural gas is less abundant, and thus more expensive, than the Baseline – Mid-EUR case. The primary impact in such a future is less

natural gas capacity and more coal and wind. For example, in this baseline case, the cumulative installed wind capacity reaches about 200 GW by 2050.

In the final Baseline – Low-Demand case, growth in natural gas capacity is affected the most, although wind and coal also see little to no growth.

Considering the associated generation futures in these three baseline cases may be more instructive because capacity alone does not indicate how power plants are operated. Generation from natural gas combined-cycle plants doubles over the 40-year period, growing especially rapidly starting around 2030 because it is used to make up for the retired nuclear and coal generation (see Figure 26). Generation from natural gas combustion-turbine is almost too small to see in these charts, but plays an important role in meeting peak load needs. In the Baseline – Low-EUR case, new coal capacity is added and its generation plays a growing role in meeting power demand after 2030. This new coal is not needed in a low-demand future, and little new wind or other renewable energy generation is needed either.

Figure 27 presents four key metrics for the baseline family of cases. First, natural gas consumption rises 2.5-fold from 2010 to 2050 in the Baseline – Mid-EUR case, but still nearly doubles in the other two cases. Second, average real natural gas prices that generators pay are expected to nearly double by 2050 in the Baseline – Mid-EUR case,[136] while the Baseline – Low-EUR case would see higher prices throughout the period. A Baseline – Low-Demand future will put far less pressure on natural gas prices because they peak at just over $8/MMBtu in 2050. Third, $CO_2$ emissions from the power sector are expected to remain relatively flat throughout the period. In the Baseline – Low-Demand case, emissions decline significantly as existing coal is replaced with natural gas. Finally, average real prices paid for retail electricity grow steadily through 2050 to roughly $130/MWh in the Baseline – Mid-EUR and Baseline – Low-EUR cases, but are about $15/MWh cheaper in the Baseline – Low-Demand case.

---

[136] Prices to power generators are higher than well head prices by approximately $1/MMBtu, but vary by region.



**Figure 25. Projected capacity in the Reference scenario, 2010–2050, for Baseline – Mid-EUR, Baseline – Low-EUR, and Baseline – Low-Demand cases**



**Figure 26. Projected generation in Reference scenario, 2010–2050, for Baseline – Mid-EUR, Baseline – Low-EUR, and Baseline – Low-Demand cases**



**Figure 27. Selected metrics for the Reference scenario, 2010–2050**

### 4.3.1  Implications of Reference Scenario

An electric power future as envisioned in the Baseline – Mid-EUR case would include rapid growth in natural gas generation and less reliance on coal and nuclear power. In effect, natural gas and coal swap positions compared to their historical levels. One concern in such a future is that if volatility returns to natural gas prices after additional new capacity is built—and coal plants are already retired—the economy will be more directly exposed to fluctuating electricity prices. Careful consideration of the benefits and costs of such a shift in generation diversity is warranted.

Although $CO_2$ emissions do not grow signficantly in such a future, they also do not begin to transition to a trajectory that many scientists believe is necessary to avoid dangerous impacts from climate change. GHG emission reductions of up to 80% by 2050 (compared to 2000 levels)

are considered necessary by most climate scientists to stabilize atmospheric concentrations of GHG and prevent the most serious impacts from a changing climate (IPCC 2007). The Reference scenario results do not put the U.S. power sector on a trajectory to meet this target.

A low power demand future, consistent with recently observed trends,[137] may provide greater generator diversity and prevent a potential over-reliance on natural gas. This Baseline – Low-Demand case also has lower emissions and price impacts, although growth in low-carbon energy deployment slows significantly.

## 4.4   Coal Scenario

This scenario considers two cases:

- *Coal Plant Retirements case:* The impact of retiring an aggregate 80 GW of coal-fired generation by 2025

- *No New Coal without CCS case:* The impact of not allowing any new coal-fired generating capacity to be built unless it is equipped with CCS technology, which is similar to the proposed EPA New Source Performance Standard rule[138]

As noted previously, the baseline in all scenarios assumes that 30 GW of coal will retire by 2025 due to endogenous age-based rules, plus additional retirements of other aging non-coal-fired plants. Many studies have been published that estimate the potential impact of the forthcoming EPA rules—and increasingly, low-priced natural gas—that are assumed to drive the decision to retire existing plants (Macedonia et al. 2011). A more fundamental reason for retirement may be that about two-thirds of the U.S. coal fleet was built in the 1970s or before (SNL 2011). The two cases evaluated in the Coal scenario are summarized in Table 10. Text Box 2 provides additional information on the EPA rules.

**Table 10. Description of Coal Scenario**

| Case Name | Coal Capacity Retired by 2025 (GW) | Assumption for natural gas Estimated Ultimate Recovery (EUR) |
|---|---|---|
| Coal Plant Retirements | 80 | Mid-level |
| No New Coal without CCS | 30 (same as Reference) | Mid-level |

As noted previously, there are two forthcoming EPA rules that are likely to cause many older coal-fired plants to consider either costly retrofits to control pollution or retirement as a more economic solution: the Cross-States Air Pollution Rule and the Mercury and Air Toxics Standard. Two other EPA rules are under development that would attempt to address concerns about (1) water intake structures for cooling purposes at most power plants (the 316(b) rule) and (2) disposal of coal combustion residuals, also known as the coal ash rule.

---

[137] Total net power generation in the U.S. peaked in 2007, according to EIA statistics, and has not yet returned to pre-recession levels (EIA 2012c).
[138] For additional background on the proposed NSPS ruling, see http://epa.gov/carbonpollutionstandard/.

**Text Box 2: Coal Plant Retirements, EPA Rules, and Low-Price Natural Gas**

Over the past few years, power sector analysts have debated the impact of new and forthcoming EPA rules on coal plant retirements. These rules include, but are not limited to, the following:

- Cross-States Air Pollution Rule
- Mercury and Air Toxics Standard
- Clean Water Act Section 316(b) cooling water intake structure ruling
- Coal Combustion Residual Rule.

Selected highlights of the rules include:

**Cross-States Air Pollution Rule:** Limits fine particulate emissions and ozone *transport* in many eastern state power plants by reducing $SO_x$ and $NO_x$ emissions. Compliance options include the installation of low-$NO_x$ burners, catalytic reduction, and scrubbers. The U.S. Court of Appeals struck down this rule in August 2012, and an earlier version known as the Clean Air Interstate Rule will be enforced in its place until EPA redesigns it.

**Mercury and Air Toxics Standard:** Reduces mercury, acid gases, trace metals and organics emissions at power plants by requiring maximum achievable control technology. Compliance options include scrubbers, filters, and activated carbon injection. Final rule released, and a 3-year compliance period is under way, although legal challenges are also mounting.

**316(b):** Protects fish and aquatic life from entrapment or entrainment in cooling-water intake structures at power plants. Compliance options include screens, barriers, nets, or cooling towers. The date for issuing the final rule was recently pushed back from July 2012 to June 2013.

**Coal Combustion Residual Rule:** Establishes standards to manage risk of post-combustion coal waste from power plants. There are two regulatory options under consideration by EPA with different ramifications on power generation cost and impact.

Dozens of studies have been conducted to estimate the impact of these rules on power generators, although most were conducted before the rules were finalized and natural gas prices plummeted in early 2012. Relatively straight-forward financial analysis can be used to determine if it is better to retrofit a power plant so that it can comply with the new rule or retire it. However, real-world decision-making depends on a host of other factors—including future market outlook and plans, portfolio risk management, potential carbon regulations, and reliability assessments.

Some studies anticipated relatively minor impacts from plant retirements (5–20 GW by 2020) (EIA 2011; BPC 2011), whereas others forecast major potential impact and reliability concerns (30–75 GW by 2020) (EEI 2011; CERA 2011; NERA 2011). As of early 2012, about 35 GW of coal-fired generators had already announced that they would retire before 2020. At the same time, as natural gas prices plummeted through 2011 and 2012, generators ramped up operation of natural gas combined-cycle units and scaled back on use of coal generation.

The fuel switching that has already occurred primarily due to low gas prices is equivalent to about 60 GW of coal-fired capacity, although this calculation assumes the coal plants are operated infrequently (32% capacity factor). Most of the oldest coal generators in the U.S. fleet are operated infrequently and have fewer pollution controls. Although fuel switching is a voluntary decision by power generators—and hence, optimized to maximize profits in most cases—the impact of the forthcoming EPA rules will apply different decision-making criteria on top of the inexpensive natural gas driver. Thus, many of the studies conducted to assess the impact of coal plant retirements may need to be redone to account for both drivers of changing generation.

Although most existing studies have anticipated anywhere from 20 to 70 GW of coal retirements by 2020 due to these rules, natural gas price forecasts have fallen below levels that many of the studies used to evaluate the retrofit-retirement decision. The level chosen for this study, 80 GW, is based on these lower natural gas prices and a longer time horizon (2025). *Where* the retirements occur is another important assumption because it will impact whether or not new plants or transmission lines need to be built to replace the lost generation, or if existing natural gas combined-cycle plants can be operated more frequently to meet the load. The retirement distribution chosen was based mainly on the age of existing coal plants and the degree to which they had already installed pollution control devices such as activated-carbon injection and flue-gas desulfurization. Figure 28 displays where existing coal plants were retired, and shows the percentage of coal capacity that is assumed to shut down in each balancing area.



**Figure 28. Assumed distribution of retirements in the Coal scenario by percentage of total coal capacity retired in 2025 in each balancing area of ReEDS**

The impacts of the two coal cases are summarized in Figure 29 for the years 2030 and 2050. In the Coal Plant Retirements case (where a net 50 GW of additional retirements are seen, compared to the baseline in 2025), most of the retired coal in 2030 is replaced with natural gas combined-cycle, although some additional new wind generation is also added. In the No New Coal without CCS case, there is no difference from the Baseline – Mid-EUR through 2030 because no new coal plants were built by then in the baseline. Cumulative $CO_2$ emission savings are significant in the Coal Plant Retirements case: 3,300 million tons of $CO_2$ between 2011 and 2050, even if annual reductions are more modest (see Figure 30). The impact of retirements on average real electricity prices is also modest.



**Figure 29. Impacts of coal plant retirements and no new coal without CCS compared to the baseline for 2030 and 2050**



**Figure 30. Selected metrics for the Coal cases, 2010–2050**

### 4.4.1  Implications of Coal Scenario Findings

Coal retirements are replaced on a nearly one-to-one basis with natural gas, although wind plays a small role in the early years. In later years, more new coal is built, compared to the baseline, and less wind. In aggregate, however, coal retirements lead to a notable reduction in cumulative $CO_2$ emissions at relatively modest cost. Initial statistically based analysis does not indicate any difficulty in maintaining adequate reserve margins needed for reliability purposes, although this evaluation is done at a relatively coarse level. A more detailed dispatch model would be required for realistic evaluation of grid reliability issues in such a coal retirement case.

The No New Coal without CCS case, intended to simulate the NSPS, has little impact in early years, but does prevent the construction of new coal after 2030. Compared to the Reference scenario, where new coal does come on line after 2030, the No New Coal without CCS case does

not have any new coal coming on line through 2050 because CCS is not an economic option. In this case, natural gas combined-cycle and wind contribute equally to replace what coal would have been built in the baseline.

## 4.5    Clean Energy Standard Scenario

After cap-and-trade legislation failed to pass the U.S. Senate in 2010, CES became the preferred vehicle for those decision makers seeking to mitigate GHG emissions in the U.S. power sector.[139] A CES sets targets for the sale of qualifying clean energy generation over time, similar to a renewable portfolio standard,[140] but awards credits roughly based on the relative carbon weighting of emissions compared to standard coal-fired generation (EIA 2012a). In this analysis, new nuclear and renewable generators receive 100% crediting because they have no burner-tip emissions; natural gas combined-cycle generation receives 50% crediting when used without CCS and 95% crediting with CCS; and coal receives 90% crediting, but only with CCS. This analysis follows the current CES legislation under discussion in Congress[141] calling for an 80% clean energy target in 2035, but extends the target to reach 95% by 2050.

Full life cycle GHG emission values could be used in the CES crediting, rather than the current burner-tip estimates, to provide a more representative picture of climate impacts. As discussed in Chapter 1, the current understanding of the full life cycle emissions of unconventional gas is not significantly different from the values noted above; therefore, this analysis does not attempt to use them. As additional information becomes available, however, follow-on research could evaluate the impacts of different crediting values on the long-run evolution of the U.S. power sector.

Three separate CES cases are considered here:

- CES – High-EUR case

- CES – High-EUR case where CCS is not available, either for technical, economic, or social reasons

- CES – Low-EUR case.

Table 11 summarizes the three cases evaluated in the CES scenario.

**Table 11. Description of CES Scenario**

| Case Name | Is Carbon Capture and Sequestration Available/Economic? | Assumption for Estimated Ultimate Recovery (EUR) |
|---|---|---|
| CES – High-EUR | Yes | High-level |
| CES – High-EUR, without CCS | No | Mid-level |
| CES – Low-EUR | Yes | Mid-level |

---

[139] Three Senate leaders have put forth CES legislation since then: Senator Lindsay Graham (SC), Senator Dick Lugar (IN), and Senator Jeff Bingaman (NM).

[140] For more background on renewable portfolio standards and clean energy standards, see (C2ES 2012).

[141] On March 1, 2012, Senator Jeff Bingaman introduced the Clean Energy Standard Act of 2012. More information on the bill is available at: http://www.energy.senate.gov/public/index.cfm/democratic-news?ID=67e21415-e501-42c3-a1fb-c0768242a2aa.

Figure 31 presents the impacts of the three CES cases on generation through 2050. In the early years before 2030, natural gas replacing coal is the primary contributor to meeting the rising CES targets. Beginning around 2030, however, natural gas is no longer able to contribute to meeting the target without CCS because it receives only 50% crediting toward the target. Instead, coal with CCS, wind, and natural gas with CCS are the next-cheapest options in the CES – High-EUR case. If CCS is not available (CES – without CCS), wind generation is the next-cheapest alternative to take its place. In such a case, renewable energy sources contribute about 80% of total generation by 2050.[142]

A CES power future with more costly natural gas (CES – Low-EUR) would result in less natural gas generation, more solar and wind, and reliance on coal CCS rather than gas CCS compared to the CES – High-EUR case.

---

[142] NREL recently published the RE Futures study that evaluates many of the technical issues and challenges of operating the grid with such high percentages of renewable energy. See NREL (2012) for more detail.



**Figure 31. Projected generation in CES scenario, 2010–2050 for CES – High-EUR, CES – High-EUR, without CCS; and CES – Low-EUR cases**

The amount of natural gas used in the CES scenario varies significantly by case, as shown in Figure 32. In all cases, however, it peaks around 2030, and prices remain lower than the Baseline – Mid-EUR case through 2050. Power sector gas demand temporarily falls after 2030 in the CES – High-EUR case, but begins to climb again around 2040 as natural gas CCS becomes an economic contributor to the CES target. When CCS is not available, natural gas consumption continues to decline and is back at 2010 levels by 2050. In the CES – Low-EUR case, natural gas usage remains muted throughout the scenario lifetime as other options meet the target more economically. Average real electricity prices would increase compared to the Baseline – Mid-EUR case beginning in roughly 2020 and settle at levels between 6% and 12% higher by 2050.

By 2050, $CO_2$ emissions from the U.S. power sector decline by more than 80% in all CES cases compared to the baseline. Coal generation without CCS has disappeared by that time in all cases. The power sector would be on a trajectory in all CES cases to achieve that sector's contribution to carbon mitigation commensurate with levels the Intergovernmental Panel on Climate Change deems necessary to stabilize atmospheric concentrations of greenhouse gases (IPCC 2007) at a level that could avoid the most dangerous aspects of climate change.

Because the CES cases project a very large build-out of wind power, ReEDS tracks the amount of new transmission lines needed to deliver power from where it is generated to where it is used. The estimated costs of building this new transmission infrastructure are included in the capacity analysis. Figure 33 presents a geospatial map of where new transmission lines would be required through 2050. The vast majority of this new wind generation would be constructed in the Midwestern states for use throughout the Eastern Interconnect. Smaller quantities would be built in the Western and Electric Reliability Council of Texas (ERCOT) Interconnects. The greatest amount of transmission is needed when CCS is not available, and wind must play an even larger role. In this case, more than twice the amount of transmission, as measured in million megawatt-miles of capacity, would be needed compared to the CES – High-EUR case in 2050 (or six-times the amount as the Baseline – Mid-EUR case).

### 4.5.1  Implications of CES Scenario

The CES options analyzed here indicate that the U.S. power sector could achieve significant decarbonization by 2050 at relatively modest economic costs, although barriers to building sufficient transmission may be formidable (NREL 2012). About six times more transmission is needed in the CES – without CCS case than in the Baseline – Mid-EUR case by 2050, and three times as much in the CES – High-EUR case. A greater diversity of power generation is achieved when CCS is available and economic for use on coal or gas plants. Heavy reliance on the need for transmission is also lessened when CCS is available. Additional research should be considered to evaluate potential natural gas infrastructure barriers in such a scenario of high variable renewable energy generation.

In all CES cases, large quantities of variable renewable energy are supported and firmed by flexible natural gas generators. Natural gas generators help enable a power generation mix that relies heavily on variable renewable technologies such as wind and solar.



**Figure 32. Selected metrics for the CES scenario, 2010–2050**





**Figure 33. Map of new transmission required by 2050 in the CES – High-EUR case, and measures of new transmission needed in all cases, 2010–2050**

## 4.6   Advanced Technology Scenario

The Advanced Technology scenario considers additional progress in the evolution of cost and performance metrics of certain generation options compared to the Baseline – Mid-EUR case. Two cases are considered here:

- *Advanced Nuclear:* A 50% reduction in the capital costs of nuclear generation by 2020. This scenario also uses a Low-EUR assumption for natural gas.

- *Advanced Renewable Electricity (RE):*[143] Capital costs for utility-scale solar PV, concentrating solar power (CSP) with thermal storage, and wind are assumed to decline, as shown in Table 12. In addition, improvements in performance of advanced RE technologies are assumed to be more significant, as shown in Table 13 (e.g., in 2050, Class 5 wind is assumed to have an annual capacity factor of 46% compared with 43% in the baseline). CSP is assumed to have the same performance as in the baseline, but with towers available at an earlier time (2015 instead of 2025), resulting in higher performance earlier. Furthermore, distributed PV was exogenously input and assumed to reach 240 GW of capacity by 2050,[144] compared to 85 GW in the baseline. This case uses a Mid-EUR natural gas assumption.

**Table 12. Assumed Reductions in Capital Costs for the Advanced Technology Scenario**

|  | 2020 ($/kW) | 2050 ($/kW) |
|---|---|---|
| Advanced Nuclear | 6,200 → 3,100 | 6,200 → 3,100 |
| Advanced On-shore Wind | 2,012 → 1,964 | 2,012 → 1,805 |
| Advanced PV | 2,550 → 2,213 | 2,058 → 1,854 |
| Advanced CSP | 6,638 → 4,077 | 4,778 → 2,982 |

**Table 13. Assumed On-shore Wind Improvements in Capacity Factors for the Advanced Technology Scenario**

|  | Class 3 | Class 4 | Class 5 | Class 6 | Class 7 |
|---|---|---|---|---|---|
| **2020** | 0.33 → 0.38 | 0.37 → 0.42 | 0.42 → 0.45 | 0.44 → 0.48 | 0.46 → 0.52 |
| **2050** | 0.35 → 0.38 | 0.38 → 0.43 | 0.43 → 0.46 | 0.45 → 0.49 | 0.46 → 0.53 |

Table 14 summarizes the major assumptions used in the Advanced Technology scenario.

---

[143] Advanced RE capital costs and performance improvements were taken from the RE Futures report (NREL 2012), evolutionary technology improvement (RE-ITI) cost projection.
[144] This projection is based on the SunShot Vision Report (DOE 2012).

**Table 14. Description of Advanced Technology Scenario**

| Case Name | Cost Assumption | Assumption for Estimated Ultimate Recovery (EUR) |
|---|---|---|
| Advanced Nuclear | Nuclear capital costs decline by 50% in 2020 compared to the baseline scenario. | Low-level |
| Advanced RE | Wind, PV, and CSP capital costs decline as shown in Table 12. Performance improvements as described above and shown in Appendix E. | Mid-level |

The impact of potential improvements in these two categories of technology is shown in Figure 34. The primary impact in the Advanced Nuclear case is that enough new nuclear generation is built to offset the decline in age-based retirements by the end of the modeling period.[145] Additionally, because this case assumes a Low-EUR for natural gas (and thus, higher prices), some new coal plants are also built beginning in 2030 to meet load. The new coal plants largely offset the carbon abatement that otherwise would have occurred due to the new nuclear generation. Retail prices are also higher during most of the reporting period because the Low-EUR assumption was made (see Figure 35).

In the Advanced RE case, wind and solar generation expands considerably compared to the Reference scenario. In the case of wind, this illustrates the sensitivity of potential expansion because the assumed cost reductions and performance improvements were relatively modest. Growth in utility-scale PV capacity is substantial in this case, while actual generation increases more modestly due to the relatively low capacity factor that solar achieves. By 2050, $CO_2$ emissions decline by a little more than one-quarter compared to the baseline, while retail electricity prices are also slightly lower due to the assumed reduction in cost for RE technologies (Figure 35).

### 4.6.1  Implications of the Advanced Technology Scenario Findings

Under the assumptions used in this analysis, nuclear generation does not become cost competitive with other options until capital costs decline by roughly one-half from today's level and natural gas prices are assumed to be relatively high (Low-EUR). Even under the cost assumptions used in the Advanced Nuclear case, new coal was still competitive with the cheaper nuclear, offsetting some of the carbon advantages of nuclear. Despite these apparently high hurdles, breakthroughs in advanced nuclear designs are possible (OECD 2011; Martin 2012) and could contribute meaningfully to a more diverse and energy-secure power future in the United States.

Even modest reductions in capital costs for renewable energy technologies can have significant impact on their competitiveness compared to baseline assumptions. Wind power appears particularly sensitive to assumed reductions in capital cost and performance improvements, expanding nearly 100% compared to the baseline with capital cost reductions of about 10%. Similar reductions in utility PV capital costs lead to near-identical impacts in the deployment of that technology, whereas a greater reduction in CSP capital costs would be needed to see a large expansion in the role of that technology.

---

[145] This case was also evaluated under High-EUR and Mid-EUR gas futures, but nuclear was not competitive in that environment, so only the Low-EUR results are shown here.



**Figure 34. Generation in the Advanced Technology scenario, 2010–2050**



**Figure 35. Selected metrics for the Advanced Technology scenario, 2010–2050**

## 4.7   Natural Gas Supply and Demand Variations Scenario

Two separate cases are considered here:

- *Natural Gas Supply Cost Variations:* Variations in natural gas supply costs that could result either from additional state or federal regulations, or from more costly field practices that suppliers follow to better protect the environment. The impact of these incremental natural gas costs on the power sector over the longer-term are simulated using ReEDS. This analysis covers a broad range of potential incremental costs associated with producing natural gas in a way that commands stronger public support yet is still feasible for producers and consumers. Chapters 2 and 3 of this study discuss practices that could result in this more secure outcome on the supply side, but does not arrive at actual estimates of incremental cost impacts in $/MMBtu terms. The values used here could still be helpful to those who know what their incremental costs are, or to a broader audience in the future when cost estimates are available.

- *Natural Gas Demand Variations:* Variations in demand for natural gas outside the power sector that could result from a "dash-to-gas" across the larger economy. This dash-to-gas could occur in the export of LNG, greater use of natural gas in vehicles (either as compressed natural gas throughout the fleet, or as LNG in heavy-duty vehicles). Under a dash-to-gas case, natural gas prices rise due to the greater demand and make it more expensive for power generators to use natural gas generation.

Table 15 summarizes key assumptions used in the Supply and Demand Variations scenario.

**Table 15. Description of Natural Gas Supply and Demand Variations Scenario**

| Case Name | Focus | Assumption for Estimated Ultimate Recovery |
|---|---|---|
| Natural Gas Supply Cost Variations | Evaluate impact to power sector as incremental natural gas production costs increase from $0.50/MMBtu to $2/MMBtu | Mid-level |
| Natural Gas Demand Variations (Dash-to-Gas) | Evaluate impact to power sector as natural gas demand in other sectors increases by 12 bcf/d by 2026 | High-level |

### 4.7.1   Natural Gas Supply Cost Variations

Figure 36 illustrates adjustments to the natural gas supply curves that could result when additional measures are taken to protect the environment when producing natural gas. These measures could be the result of new regulations or different practices in the field. Examples of these added costs might include the following:

- Activities such as recycling or treating a greater quantity of water supply used in hydraulic fracturing

- Minimizing the amount of methane that is released to the atmosphere before, during, and after fracturing a well

- Casing wells in a more robust and consistent way

- Practicing more robust techniques of cement bond logging

- Substituting more environmentally benign options for traditional hydraulic fracturing additives

- Engaging local stakeholders in dialogues in advance of drilling to ensure their concerns are heard and addressed

- Enforcing larger setbacks from potentially sensitive communities

- Disposing of or treating flowback water in improved ways.

Few publicly available studies estimate what these specific costs might be and how they vary by region. The International Energy Agency (IEA) recently published Golden Rules for a Golden Age of Natural Gas (IEA 2012), a very general statement of 22 steps that should be considered when producing natural gas. The IEA report stated that, "We estimate that applying the Golden Rules could increase the overall financial cost of development a typical shale-gas well by an estimated 7%."[sic] (IEA 2012). Therefore, if it normally costs $3.00/MMBtu to develop shale gas, the Golden Rules cost would be $0.21/MMBtu higher at a typical play. This is nominally consistent with, although lower than, recent estimates of the costs of complying with pending federal rules—including the new EPA air regulations for oil and gas producers, which might cost between $0.32 and $0.78/MMBtu, according to one analyst (Book 2012). Informal consultations associated with this study suggest that maximizing water recycling might result in $0.25/MMBtu in added costs. The additional costs that could result from enhanced environmental and safety practices in the field, noted in Chapters 2 and 3, were unable to be quantified. However, it is clear that these costs will vary by region and that many additional safeguards could be practiced at less than an incremental cost of $1/MMBtu. A 2009 study funded by the American Petroleum

Institute anticipated much higher costs if new federal regulations were imposed on natural gas producers (IHS 2009).

To assess the potential impacts of these incremental supply costs, this study considers a range of additional costs—starting from $0.50/MMBtu and going up to $2/MMBtu in increments of $0.50/MMBtu—and evaluates the impacts on the long-range evolution of the power sector when these costs are applied. Figure 36 shows the reduction in natural gas use in the power sector as incremental costs are increasingly applied. At the upper limit, natural gas consumption for power generation declines from roughly 15 quads[146] in the Baseline – Mid-EUR case to 10 quads (incremental $2/MMBtu added) by 2050. With a $0.50/MMBtu added cost of gas production, the long-term impacts are far more modest—resulting in a reduction of gas use for power generation in 2050 of less than 2 quads. Coal—and wind, to a lesser extent—replaces the generation lost by the more expensive gas. Other impacts associated with these assumed incremental costs appear relatively modest.

---

[146] To roughly convert from quads to bcf/d, multiply by 2.6. Thus, 15 quads per year equal about 38.5 bcf/d.



**Figure 36. Selected metrics for the Natural Gas Supply Cost Variation case, 2010–2050**

### 4.7.2  Natural Gas Demand Variations (Dash-to-Gas)

The Natural Gas Demand Variations case considers the impact to potential expansion of natural gas generation if a significant shift to natural gas occurs in other sectors of the economy. Specifically, it looks at the combined potential of new LNG exports, natural gas vehicle deployment (both compressed natural gas and LNG in heavy-duty trucking), and use in industrial and chemical applications and any other sector that in aggregate reaches 12 bcf/d by 2026.

A growing number of studies analyze the impact of LNG exports on domestic natural gas prices (EIA 2012b; Pickering 2010; Deloitte 2011; Ebinger et al. 2012). Estimates vary considerably depending on methodology used, location, and assumptions about overall gas availability. The case examined here uses the methodology in the EIA LNG exports scenario as a basis for the full

economy "dash-to-gas."[147] Thus, it takes the "high and slow" EIA-derived price impact of exporting 12 bcf/d of LNG by 2026 and uses it to represent the impact of a combined 12 bcf/d in the total economy, distributed among LNG exports, vehicle use, industrial use, and any other applications (see Figure 37 and Table 16).



Source: U.S. EIA based on DOE Office of Fossil Energy request letter



Source: U.S. EIA, National Energy Modeling System

**Figure 37. EIA LNG export scenarios and their projected impacts on domestic natural gas prices, 2010–2035**

---

[147] The upper limits (i.e., high/rapid scenario) of the EIA study have been criticized by some (Ebinger et al. 2012) as too extreme and not representative of how LNG exports might really occur. Although the study in this report uses the second-most extreme (high/slow) LNG export scenario considered by the EIA, the scenario is constructed to capture a wider range of potential natural gas end-uses than just LNG exports.

**Table 16. Non-Power Sector Natural Gas Demand Assumptions in the Natural Gas Demand Variations Case**

|  | 2010 | 2020 | 2030 | 2040 | 2050 |
|---|---|---|---|---|---|
|  | | (billions of cubic feet per day) | | | |
| LNG Exports | 0 | 5.0 | 7.3 | 5.0 | 0 |
| Vehicles[148] | 0 | 1.5 | 2.7 | 3.0 | 0 |
| Industry/Other | 0 | 1.5 | 2.0 | 1.5 | 0 |
| **Subtotal** | 0 | 8.0 | 12.0 | 9.5 | 0 |

In the Natural Gas Demand Variations (dash-to-gas) case, gas prices rise by a maximum of 29% above the Reference scenario value in 2026 before re-equilibrating. The power sector mix is similar to the Baseline – Low-EUR case (compare Figure 38 with Figure 26), although still slightly more reliant on natural gas generation. A dash-to-gas future, then, would restrict gas generation to less than doubling by 2050 compared to the 2010 level. The larger macroeconomic impacts associated with this future were not evaluated; however, overall gas demand declines by about 3 quads by 2050 (Figure 39) compared to the baseline. The price of natural gas for power generators rises by a maximum of $2/MMBtu above the baseline value in the early 2020s before returning to the baseline level in 2050, when the other sectors are assumed to terminate their extra reliance on natural gas (see Figure 39).



**Figure 38. Power generation mix in the Dash-to-Gas case**

---

[148] These estimates for compressed natural gas use in vehicles are proposed by Wellkamp and Weiss (2010).



**Figure 39. Selected metrics for the Dash-to-Gas case, 2010–2050**

### 4.7.3  *Implications of the Natural Gas Supply and Demand Variations Findings*

Many additional measures could be taken by producers to address the real and perceived risks associated with unconventional natural gas production at a modest impact to the evolution of the power sector. If total costs from a long list of potential practices reached $1.00/MMBtu, natural gas usage in the 2050 power sector might be expected to decline from 2.5 times the 2010 level in the Baseline to 2 times in the Supply Variation case. Costs associated with ensuring stronger public support of unconventional gas and oil production would vary by region and producer. Technologies associated with unconventional natural gas production are under rapid development, so the cost impacts will be changing dynamically. Follow-on research should attempt to gather additional data from producers to better estimate what the real cost would be of addressing issues of social license to operate on a basin-by-basin level. The question for industry might then be: Are these added costs worth absorbing—and an acceptable price to pay—to ensure both greater public and utility-sector confidence in the production practice over the longer term?

Understanding the price impacts of a Dash-to-Gas case is still poorly characterized due to the newness of the recent change in natural gas supply outlook. Based on currently available estimates, a fairly strong dash-to-gas in other sectors of the economy would have a visible, although still marginal, impact on the evolution of the electric power sector—with natural gas use declining somewhat due to the higher prices and other forms of generation increasing to take its place. As additional experience and estimates of this elasticity become available, follow-on research should re-examine the impacts.

## 4.8  Conclusions for Power Sector Modeling

The role of natural gas in the U.S. power sector is sensitive to assumptions about EUR. More research is needed to better understand how much gas will ultimately be recovered from unconventional plays.

Coal retirements and fuel switching are already occurring ahead of the rollout of EPA rules. The modeling results indicate that any new plants needed to replace retiring coal would mostly be fired by natural gas and that on an aggregate level, reliability standards are maintained without an unusual level of new construction. This analysis did not attempt to evaluate location-specific reliability impacts associated with coal-plant retirements; more granular dispatch models would be needed to investigate those questions with more certainty.

The CES modeling results indicate that substantial reductions in $CO_2$ emissions are achievable at modest cost, although transmission barriers could stand in the way. When CCS is not available under a CES, generation options decline, the need for new transmission expands significantly, and the power mix becomes less diverse. Therefore, CCS is an important option for a low-carbon power sector, but may not be essential.

Continued focus on technology research, development, and deployment is needed to bring down costs and ensure a diverse power mix in the future. Even modest reductions in renewable energy capital costs and improvements in performance may have a meaningful impact on their continued deployment in the future. Continued advancements in technologies used to find and produce unconventional gas could also have a strong impact on improving the social license to operate at an acceptable price, and thus, should be pursued at all levels.

Finally, increased costs associated with potential changes in field practices of natural gas producers were evaluated over a fairly broad range. If these costs turn out to be less than an incremental $1/MMBtu, then the long-term impact on natural gas in the power sector is not significantly different from the baseline conclusions: gas demand for power generation declines by about 17% while $CO_2$ emissions increase marginally. An important outcome of this study—and a potential question for follow-on research and discussion—would be whether these additional costs associated with protecting the environment, improving safety, and commanding public confidence are worthwhile to society and gas producers.

Natural gas appears plentiful and at historically low price levels for the foreseeable future, but going forward, decision makers may want to pay special attention to generation diversity. An undesirable outcome would result if a major shift to natural gas generation occurred before a substantial rise in natural gas prices—due, for example, to mischaracterizations of EUR, a failure to earn the social license to operate, or some other reason that may currently be considered "unlikely." Continuing research, development, and deployment over a wide variety of generation and gas production options can help prevent such an outcome. It would also provide greater flexibility in addressing the threat of climate change.

# 5   Conclusions and Follow-On Research Priorities

## 5.1  Conclusions

Major, high-level findings derived from the research conducted in this study include:

- Life cycle greenhouse gas emissions associated with electricity generated from the Barnett Shale play gas in 2009 were found to be very similar to conventional natural gas and less than half of those associated with coal-fired power generation.

- Low-priced natural gas has led to more than 300 terawatt-hours of fuel switching from coal to gas in the U.S. power sector between 2008 and 2012. This switching, in combination with rapid growth in certain renewable energy generation sources, has led to a reduction in power-sector carbon dioxide emissions of about 300 million tons—about 13% of the sector's total. This fuel switching may stop or reverse itself if natural gas prices rise relative to coal. Natural gas can play an important role in greenhouse gas mitigation over the short- to mid-term, but if policymakers pursue an 80% mitigation target by 2050, carbon capture and sequestration may need to be commercially viable by 2030 for natural gas power generation to continue growing.

- The legal and regulatory frameworks governing shale gas development are changing in response to public concerns, particularly in regions that have less experience with oil and gas development. All of the states examined in this study have updated their regulatory frameworks to address the opportunities and challenges associated with greater unconventional natural gas production. Better coordination and information sharing among regulators may help ensure efficient and safe production, while greater availability of transparent and objective data may help address some of the public's concerns.

- States and natural gas producers are developing additional, often voluntary, field practices to ensure that shale gas can be produced with high standards of environmental protection—although these standards are not always uniformly followed. Continued advances in technologies and practices could help address public concern over unconventional gas production. Some data, such as the amount of water used per well in hydraulic fracturing, are readily available and can be analyzed on a regional basis. However, a lack of publicly available information on industry practices limits a full-scale assessment of water risks associated with shale gas operations. Further collaboration and interaction with industry partners could help improve data collection efforts.

- A suite of different future electric power scenarios was evaluated to test the implications of different policy and technology changes. These scenarios include power plant retirements, advances in generation technologies, federal policies to reduce greenhouse gases, and variations in natural gas supply and demand. The study found that natural gas use grows robustly in nearly all scenarios over the next two decades. Over the longer term, natural gas demand for electricity generation faces greater uncertainty, leading to larger ranges of change in gas demand—including the case where demand in 2050 is roughly the same as that in 2010 in the event a clean energy standard is pursued and carbon capture and sequestration is not commercially available (see Figure 32).

Readers should consult corresponding chapters to view more comprehensive findings and ensure that the appropriate context is conveyed with each finding.

## 5.2  Follow-on Research

Because of time and budget constraints, the research team could not investigate some issues as fully as warranted. Each chapter identifies areas where additional research would likely lead to improved understanding on certain issues. Selected follow-on research taken from this larger list is presented below. Please refer to the main chapters for a more comprehensive discussion on these follow-on research topics.

- More field-measurement-based research on methane leakage and mitigation options at unconventional gas production facilities (outside of the Barnett Shale play) considering geographic and operational variability at well, play, and national scales.

- More industry- and basin-specific research to estimate the incremental costs associated with various regulatory scenarios, including more robust environmental standards in unconventional gas production. Additional social research to understand how improved standards might impact public perception of gas production and the social license to operate. Additional economic research to understand how higher costs would impact producers, and the degree to which they might be able to pass costs on directly to consumers.

- More comprehensive evaluation of risks in shale gas production and how they can be best addressed using new technologies and field practices. Increased quantitative understanding of the magnitude and probability of risks to water resources that result from current industry practices and proposed best management practices. More comprehensive evaluation of the regional diversity of risks, costs, and effective industry practices inherent in shale gas development.

- Greater understanding of the impact of additional natural gas demand, especially liquefied natural gas exports, on domestic and international prices. In general, greater certainty and understanding of natural gas price volatility and estimated ultimate recovery in the relatively new abundant natural gas environment would also be beneficial.

- Finally, this study did not use a modeling tool that simulated operation and expansion of natural gas pipelines. Follow-on work that included such capabilities might identify additional opportunities and barriers to growth in electric power natural gas use.

# Appendix A:  Shifting Coal Generation in U.S. States

This appendix summarizes recent data on changes in coal-fired electricity generation published by the Energy Information Administration (EIA) of the U.S. Department of Energy. Many of these changes are due to some combination of low-priced natural gas, aging coal generators, and impending regulations from EPA. However, some changes—especially in small states—could be unrelated. Using data at the state level—rather than the larger boundaries of regional transmission organizations or independent system operators—is somewhat artificial when showing changes in electricity generation. Nevertheless, state-level data are convenient, and important trends can be seen in the grouping of some states.

Figure 41 presents a snapshot of the change in coal-fired generation percentage between 2008 and the first 2 months of 2012 for most states. The charts that follow provide additional information on how changes in generation mix have occurred in the first 15 states shown in Figure 41.



Data: U.S. Energy Information Administration, Electric Power Monthly, data through February 2012.
Note: DC, RI, and VT are not included.

**Figure 41. Changes in coal percentage of total net generation at the state level, 2008–2012**

Figure 42 through Figure 56 show how generation mix has changed between 2005 and early 2012 for the 15 states with the largest drop in coal percentage as a percent of total net generation. The data for all of these figures come from the U.S. Energy Information Administration, "Electric Power Monthly." The data are through February 2012, and the 2012 data include only January and February net generation. Some seasonal effect is reflected in the 2012 year-to-date data points.



**Figure 42. Changes in generation mix in Delaware; 2005–early 2012**



**Figure 43. Changes in generation mix in Tennessee; 2005–early 2012**



**Figure 44. Changes in generation mix in Georgia; 2005–early 2012**



**Figure 45. Changes in generation mix in Alabama; 2005–early 2012**



**Figure 46. Changes in generation mix in South Dakota; 2005–early 2012**



**Figure 47. Changes in generation mix in Mississippi; 2005–early 2012**



**Figure 48. Changes in generation mix in Virginia; 2005–early 2012**



**Figure 49. Changes in generation mix in Ohio; 2005–early 2012**

126 – Appendix A



**Figure 50. Changes in generation mix in North Carolina; 2005–early 2012**



**Figure 51. Changes in generation mix in Wisconsin; 2005–early 2012**



**Figure 52. Changes in generation mix in Michigan; 2005–early 2012**



**Figure 53. Changes in generation mix in Pennsylvania; 2005–early 2012**



**Figure 54. Changes in generation mix in Indiana; 2005–early 2012**



**Figure 55. Changes in generation mix in Massachusetts; 2005–early 2012**



**Figure 56. Changes in generation mix in Iowa; 2005–early 2012**

# Appendix B:  Details and Considerations of Methods

This appendix offers details of data, methods, and results for Chapter 1. First, we define several terms relevant to estimating GHG emission factors from the TCEQ inventories.

The *basin* refers to 22 counties under which the Barnett Shale is being developed. Therefore, production in the basin includes production from the Barnett Shale as well as a small amount of additional production from other geological formations contained within the 22 counties.

As defined by the TCEQ (2010: p.23), "any source capable of generating emissions (for example, an engine or a sandblasting area) is called a facility. Thus, facility and emissions source, or 'source' for short, are synonymous." To avoid confusion, we use the term *source* to refer to any individual such facility.

Sources can be characterized into common types called *profiles*. Common examples of profiles include engines, turbines, fugitives, and tanks. Profiles are designated such that the emissions from sources with the same profile can all be estimated with a common method.

The term *site* refers to a physical location for which data are reported to the inventories, where each site consists of multiple different emissions sources. Each site is associated with a unique TCEQ account number and site name. Common examples of types of sites include wells, compressor stations, and gas processing plants. In the Special Inventory, sites are referred to as *leases*.

*Production gas* refers to the raw, unprocessed gas captured through development activities, and *pipeline gas* refers to the saleable final natural gas product. *Emissions* refer to tons of the specified pollutant(s) emitted per year, whereas *emission factors* refer to the amount of emissions associated with a unit of gas production. This report follows the EPA and TCEQ convention of referring to the set of non-methane, non-ethane hydrocarbons as *VOCs*.

## TCEQ Inventory Data

The TCEQ collects an annual, statewide emissions inventory for sources classified as point sources per 30 Texas Administrative Code §101.10. For this study, data were obtained for any sources within this inventory with Standard Industrial Classification (SIC) codes pertaining to the production and processing of natural gas. From the point-source inventory data, GHG emissions are estimated from amine units, boilers, compressor engines, flares, fugitives, glycol dehydrators, heaters, produced-water loadings, produced-water tanks, natural gas turbines, and vents.

To complement the point-source inventory, the TCEQ performs an Area Source Inventory every three years. Data were obtained from the 2008 Area Source Inventory on VOC emissions from pneumatics and produced-water disposal activities, which were not available in the other inventories. These data are reported only at the county level. To combine emissions estimated from pneumatics with those estimated from other inventories, these profile's emissions are adjusted by a factor equal to the change in gas production between 2008 and 2009, at the county level, as shown:

$$Adjustment = \frac{Q_{GWgas,2009}}{Q_{GWgas,2008}}$$

where:

$Adjustment$ = the county-level adjustment from 2008 to 2009 emissions estimates (unitless)

$Q_{GWgas,2008}$ = volume of gas-well gas produced in 2008 (Mcf)

$Q_{GWgas,b,2009}$ = volume of gas-well gas produced in 2009 (Mcf).

In 2009, the TCEQ performed a Special Inventory, for which it requested detailed equipment and production information for stationary emissions sources associated with Barnett Shale oil and gas production, transmission, processing, and related activities. The Special Inventory data cover only stationary emissions sources on site for more than 6 months that were not reported to the 2009 Point Source Inventory. These sources are used in this study to estimate GHG emissions from amine units, boilers, heaters, compressor engines, flares, fugitives, glycol dehydrators, produced-water loadings, produced-water tanks, and vents.

Some emissions sources are not reported to the Special Inventory that nonetheless contribute to the reported site-level total in that inventory. These sources are likely omitted because their emissions are below thresholds for reporting requirements for that inventory. However, although they may be individually negligible, their collective impact is significant—with the sum of the VOC emissions reported for all individual sources equaling only 93% of the sum of all site-level totals reported, across the entire inventory. To account for this underreporting, emissions estimated from Special Inventory data are scaled at the site-level by the inverse of the percentage of site VOCs accounted for by the individual sources reported at each site, as follows:

$$Correction_{site} = \frac{1}{\left[\frac{\sum_{k \in K_n} VOC_k}{VOC_n}\right]} = \frac{VOC_n}{\sum_{k \in K_n} VOC_k} \geq 1$$

where:

$Correction_{site}$ = the site-level correction for non-reported sources (unitless)

$VOC_k$ = the mass of VOCs emitted from source $k$ annually, where $k \in K_n$ is the set of reported sources at site $n$ (tonne/year)

$VOC_n$ = the reported total mass of VOCs emitted from site $n$ annually (tonne/year).

In addition, to account for a stated 98% level of completion for the Special Inventory, all emissions estimated from the inventory's data by the inverse of that completion rate are also adjusted by the inverse of this estimate, as follows:

$$Correction_{inventory} = \frac{1}{98\%} = 1.0204$$

## Stages of the Natural Gas Life Cycle

Emissions factors are compiled from the profiles associated with each life cycle stage.

### Pre-Production Stage

The pre-production process stage consists of episodic activities related to the preparation of wells. Activities in this stage include the drilling and construction of wells, hydraulic fracturing of shale to stimulate production, and various well-completion activities, which specifically involve the following:

- *Drilling rigs* are used for drilling an oil or gas well. For the purpose of estimating emissions, rigs consist of a collection of diesel-powered engines, which are associated with combustion-generated GHG emissions.

- *Hydraulic fracturing* involves complex liquids, pumps, and trucks for transporting equipment and fluids, which are associated both with combustion-generated GHG emissions and with emissions from off-gassing and fugitives.

- *Well-construction activities* are associated with combustion-generated GHG emissions due to the use of heavy construction equipment.

- *Well-completion activities* involve the release of natural gas from a well before and during the installation of the equipment necessary for recovery of that gas.

### Natural Gas Production Stage

The production process stage consists of ongoing activities related to the extraction of natural gas at a gas well. Emissions sources include the following:

- *Compressor engines* are used to maintain well pressure and for other processes at the wellhead. These engines, which typically burn the production gas being extracted, are associated with combustion-generated GHG emissions.

- *Fugitives* occur from the unintentional release of production gas through leaks from equipment and connections throughout the natural gas process chain; therefore, they are identified with a process stage by the type of site at which they are found.

- *Vents and blowdowns* refer to the intentional release of gas from equipment throughout the natural gas process chain; therefore, they are identified with a process stage by the type of site at which they are found.

- *Pneumatics devices* are used to open and close valves and other control systems during natural gas extraction. These sources are associated with gas release emissions, which depend on the composition of their identified contents.

- *Miscellaneous material loading and tanks* refer to sources at production sites that are associated with any materials not expected to be co-products of natural gas processing, such as gasoline, diesel, or lubricating oil. These sources are associated with gas release emissions, which depend on the composition of their identified contents.

- *Condensate and crude-oil-related sources*, including loading areas and storage tanks, are associated with substantial VOCs but occur in the process chain only after the co-products have been separated from the natural gas process chain. Therefore, although these emissions sources sometimes are reported in natural gas emission inventories, they are outside the boundary of this analysis.

### Natural Gas Processing Stage

The processing process stage consists of ongoing activities related to converting the extraction production gas to the required quality, composition, and compression of pipeline gas. Activities in this stage include separating the condensate co-product from the gas, removing naturally occurring acid gases such as $CO_2$, lowering the moisture content of the gas, and pressurizing and heating the gas. These activities can occur at either the wellhead or at separate processing facilities, and they are associated with the following emissions sources:

- *Compressor engines and natural gas turbines* are used to pressurize the gas and power other processing activities. These engines, which typically burn the production gas being processed, are associated with combustion-generated GHG emissions.

- *Boilers and heaters*, which typically burn the production gas being processed, are used for processing activities, including the separation of condensate from natural gas and the reduction of ice crystals in the gas stream. Boilers and heaters are associated with combustion-generated GHG emissions.

- *Amine units*, also known as acid gas removal (AGR) units, remove acid gases, such as $CO_2$, from the production gas to help bring the gas composition to that required for pipeline gas. Amine units are associated with the release of GHGs through venting.

- *Glycol dehydrators* remove water from the production gas to help bring the gas composition to that required for pipeline gas. Dehydrators are associated with the release of GHGs through venting.

- *Fugitives* occur from the unintentional release of production gas through leaks from equipment and connections throughout the natural gas process chain; therefore, they are identified with a process stage by the type of site at which they are found. Because the precise composition of the fugitive gas cannot be identified, it is assumed that all fugitives consist of production gas.

- *Vents and blowdowns* refer to the intentional release of gas from equipment throughout the natural gas process chain; therefore, they are identified with a process stage by the type of site at which they are found. Because the precise composition of the vented gas cannot be identified, it is assumed that assume all vents and blowdowns consist of production gas.

- *Produced water handling*, including loading areas and storage tanks, is associated with gas release emissions, which are assumed identical in composition to water flash gas.

- *Flares* are combustion-based emission control devices used to convert methane from gas-release emissions into $CO_2$ from combustion emissions. Flares are used as controls on a variety of gas-release emission sources, including produced-water tanks, condensate tanks, and glycol dehydrators.

- *Miscellaneous material loading and tanks* refer to sources at processing sites that are associated with any materials not expected to be co-products of natural gas processing, such as gasoline, diesel, or lubricating oil. These sources are associated with gas-release emissions, which depend on the composition of their identified contents.

- *Separators* are used for processing oil and natural gas; however, only separators at oil sites vent to the atmosphere. Therefore, separators at sites producing only natural gas and not oil should be associated with no VOC emissions. Although these emissions sources sometimes are reported in natural gas emission inventories, they are outside the boundary of this analysis.

- *Thermal oxidizers* are used for processing natural gas, but only a negligible number are reported in the inventories used because of prohibitive capital costs. Therefore, although these emissions sources sometimes are reported in natural gas emission inventories, they are outside the boundary of this analysis.

### Waste Disposal Stage

Natural gas production and processing generates the byproduct of produced water, which must be disposed of because of its high level of contaminants, including salt, hydrocarbons, and various pollutants. Although these activities are associated with stationary and mobile emissions sources, the only tracked emission source for this category is that pertaining to tanks that store the produced water at disposal sites.

## Identification of Source Profiles and Attribution to Process Stages

This study identifies the process stage (e.g., production, processing, or transport) to which each source belongs using the provided site names in both inventories. To attribute sources to process stages, the profile associated with each source must first be identified. In the Special Inventory, each source is explicitly identified with the profile under which it was reported to the TCEQ. For the sources in the Point Source Inventory, however, the profile of each source is identified using additional provided information.

The primary source of information for this profile identification is the Source Classification Code (SCC). As described by the TCEQ (2010: p. 90), "A facility's SCC is an eight-digit EPA-developed code that associates emissions determinations with identifiable industrial processes. The TCEQ uses a facility's SCC for modeling, rulemaking, and SIP-related activities; therefore, a facility's SCC must be as accurate as possible. The EPA maintains a current list of SCCs under the 'EIS Code Tables (including SIC)' link at www.epa.gov/ttn/chief/eiinformation.html."

Despite the regulatory importance of the SCC classification, the SCCs provided in the Point Source Inventory do not identify the associated source's profile to the detail necessary for 254 (or 12%) of the 2,177 sources within the 22 counties of the basin. The remaining sources rely on the additional information within characteristics files provided by the TCEQ for specific profiles, such as tanks and engines, and by consistent coding schemes within the Facility Identification Number, which is self-designated by the respondents to the emissions inventory surveys. The study identifies 43 (or 2%) of the sources by characteristics files and 211 (or 10%) by the Facility Identification Number, which represent 1.4% and 2.0%, respectively, of the total VOCs reported for all reported sources within the 22 counties of the basin.

For those source categories that can exist at multiple types of process stages, the default assumption is that a location is a production facility (i.e., a well site), unless the site name ("Lease Name" in the Special Inventory and "Site Name" in the Point Source Inventory) is identifiable as belonging to a facility type associated with the processing stage, such as a

135 – Appendix B

processing plant or a compressor station, or with the disposal stage, such as salt-water disposal sites. In addition, four sites identified as disposal by this method are reassigned to production due to non-zero gas-well gas production statistics, which means all sources at those four sites are assigned to production, although some presumably relate to water-disposal activities instead. To the extent that this allocation method introduces an error, that error is not the omissions of emissions from the overall estimates, but rather, the incorrect allocation of total emissions across different process stages.

TCEQ inventory data are available for some pre-production processes, but such data cannot be used for original analysis because it incompletely covers the life cycle stage. Also, literature estimates available for supplementing the original analysis do not segregate between different processes as would be necessary for incorporation with the original analysis.

This study uses site-level allocation to select sources into the processing stage. The same site name in both the Point Source Inventory and the Special Inventory is used to positively identify processing sites, with the default stage for the remaining sites being production. Of the processing sites, following the recommendation of the TCEQ,[149] those that do not have any processing-related sources are designated as transmission sites, and accordingly, are considered outside the boundary of this analysis.

After site-level identification, processing-type sources at production sites are associated with the processing life cycle stage. Such equipment includes heaters, boilers, amine units, and dehydrators. In addition, following Stephenson et al. (2011), this study assumes that all tanks—and therefore, also all loading (which occurs after tanks in the process chain)—belong to the processing stage and not the production stage, regardless of where the tanks are physically located.

To avoid double counting with third-party emission factors for transmission, transmission sites (identified as non-well facilities without any processing equipment) are omitted from the analysis of TCEQ inventory data. Specifically, 833 sources are omitted from the special inventory and point-source inventory analyses as pertaining to transmission. This represents 5% of the total sources from these inventories, or about 10% of the $CO_2$ and the $CH_4$ emissions from these inventories.

## Spatially Explicit Estimation of Production Gas Composition

An important differentiation of this study's estimation approach from similar studies is that this study attempts to estimate the composition of production gas in a specific area. The methods used in this study improve upon the use of a general gas composition developed from national-level averages by 1) developing a novel gas composition estimate that is specific to a region of interest, but also by (2) further recognizing the spatial heterogeneity of this composition within the 22-county basin. Specifically, this method collects data on speciation of production gas and the flash gas from produced water to calculate the $CO_2$ and $CH_4$ emissions from numerous sources in the TCEQ Special Inventory using spatially explicit estimates of gas composition. The following factors come from this speciation:

---

[149] Personal communication (TCEQ 2012).

$f_C$ == the fraction of carbon in the production gas by mass (unitless)

$f_{CO_2}$ = the fraction of $CO_2$ in the production gas by mass (unitless)

$f_{CH_4}$ = the fraction of $CH_4$ in the production gas by mass (unitless)

$f_{VOC}$ = the fraction of VOCs in the production gas by mass (unitless)

$MW_{gas}$ = the molecular weight of the production gas (lb/lb-mole)

$HHV$ = the higher heating value of the production gas (Btu/scf).

These data are collected from supplementary files from the TCEQ's Barnett Shale Phase Two Special Inventory. As part of the quality assurance procedures of this Special Inventory, the TCEQ requested supplementary files from respondents. These files consist of a record of the written correspondence between the respondent and TCEQ, which varies considerably in content and form across different respondents. To estimate gas composition across the Barnett Shale region, this analysis focuses on included reports from independent laboratory analyses of the gas compositions, identifiable as pertaining to relevant samples of either production gas or of leaked gas in the form of vents or gaseous fugitives. Due to the nature and the origin of these files, the inclusion and reporting of such gas content analyses are not consistent across different files. Detailed supporting information—such as the specific origin of the sample tested, both with respect to process and geographic location—is not consistently available; therefore, it cannot be confirmed in many cases.

Given the disparate nature of these files and the inconsistent reporting of identifying information, these analyses therefore omit many reported composition analyses due to a lack of clarity regarding the geographical or process-source of the analyzed sample. Instead, those analyses are retained that can be assigned a location and content type with a reasonable level of confidence. The creation of these supplementary files and selection of a subset of them for obtaining gas composition analyses is neither random nor intended to be representative; therefore, such elimination does not introduce selection bias created by such omissions. The randomness of the errors will lead to attenuation bias of the analytical results, which is typical in cases of measurement error where there is no reasonably expected consistent bias to the error. In this context, measurement error should reduce the impact of calculating the spatial variation in gas content versus using the central estimate of gas content across the entire region.

In a related limitation of this method, we identified a substantial number of duplicate analyses in these records associated with different lease locations and even across different counties, based on identifying identical laboratory-assigned sample numbers and identical compositions to the reported level of precision provided by the same company. We attempted to identify and remove duplicate analyses; but misspecification in the dataset is possible because it is unclear in some cases which analysis is the original source.

From these data, county-level estimates of gas composition are developed separately for production gas, condensate flash, oil flash, and produced-water flash. Counties with one or more available composition analyses are assigned the composition analysis with the median level percentage-by-weight of methane in the reported composition analyses. In addition to providing a central estimate of gas composition for each county, this estimation of central tendency buffers the results against the impact of misspecifications of location described above.

We used a production-weighted average of the median adjacent counties' estimates with reported composition analyses for counties with no reported composition analyses. A production-weighted average of all reported composition analyses across the Barnett Shale region is used for the few counties with no reported composition analyses either for that county or for all adjacent counties.

In addition to attempting to err on the side of caution in including gas composition analyses, we estimated the sensitivity of the analysis to the gas composition by comparing results of this study's method—which uses the county-level gas composition estimates as described above for emissions estimates—to results using the same emissions estimation calculations with two different sets of alternative gas compositions: one reflecting the production-weighted average of this study's gas analyses from the TCEQ Special Inventory supplementary files and another reflecting standard assumptions of gas composition identified in the literature. Given the imperfect source of information and the assumptions on which this study's analysis depends, substantial variation between these different methods makes a compelling case for the importance of using geographically appropriate gas compositions that are accurate to a reasonably fine scale when estimating GHG emissions from natural gas extraction and production. This study's approach provides the best-available approximation, using the best-available data, of a spatially explicit definition of gas compositions relevant to estimating GHG emissions. To improve on this analysis, future data collection efforts should emphasize the measurement and reporting of spatially explicit gas compositions.

### Estimated Composition of Production Gas

The top panel of the Figure 57 presents the estimates of the main components of production gas from each of the 22 counties of the Barnett Shale play, as well as the Barnett Shale production-weighted average and the national average commonly used in the literature. Key parameters and production statistics for each county are also presented in Table 17 and Table 18. Components, which are shown in their mass percentage within the production gas, include methane, VOCs (as defined above to include all non-methane and non-ethane hydrocarbons), $CO_2$, and other gases. Primary gas species represented in the "other" category are nitrogen and ethane. The lower panel of Figure 57 depicts, for reference, the production volume for each county. Shown after each county's name is the number of unique analyses collected for that county—with counties estimated by a weighted average of adjacent county's compositions designated with an "A," rather than a number.



a "Other" gas include nitrogen, ethane, and any other non-methane, -VOC, or -carbon dioxide gases reported
b BS-AVERAGE refers to the production-weighted average gas composition in the 22-county Barnett Shale basin
c NATIONAL refers to the national average composition commonly used in the literature (EPA 2011)

**Figure 57. Composition of production gas by county**

NOTE: number of gas composition samples is reported in parentheses following each county name, where "A" denotes counties with no samples such that samples from adjacent counties were substituted.

The gas composition estimates for the six counties that represent the vast majority of production volumes are supported by high numbers of estimates. However, reflecting this study's non-random, targeted strategy for seeking these estimates, many of the estimates for the remaining counties come from either a small number of estimates or the weighted average of adjacent counties. Specifically, no usable estimates were found for 10 of the 22 counties.

The uncertainty inherent to this approach for obtaining gas analyses is highlighted by the difference in gas composition in Comanche County and Erath County versus the majority of the

counties. These compositions, which are both estimated by a single analysis from Erath County, show an abnormally large presence of nitrogen—and thus, are suspect of contamination with ambient air. However, the available information offers no verifiable support of such suspicion. The presence of such uncertainty emphasizes the need for better documentation of gas composition if this factor is to be used in further analysis or other factors, such as implementing regulations. However, it is important to note that the very low production volumes associated with these two counties means that their analyses have a nearly negligible impact on the overall results.



**Figure 58. Variation among gas compositions across the 22 counties of the Barnett Shale play**

The variation among gas compositions is demonstrated as being patterned across the 22 counties of the Barnett Shale play differently for different key parameters, as shown Figure 58. Such patterned distribution is to be expected if the observed variation reflects geological heterogeneity rather than simply uncertainty in the sampling methodology. The counties represented by weighted averages are located primarily on the western and eastern periphery of the region; therefore, the central north-south corridor represents both the majority of production and the estimates supported by larger samples. Along this corridor, parameters can be observed to vary relatively smoothly, although the differentiation between different parameters demonstrates the complexity of the variation in gas composition. In other words, this map demonstrates that gas composition varies across space, but also, it suggests that the complexity of this variation might extend to finer scales than the county level.

**Table 17. Composition of Production Gas and Produced-Water Flash Gas in Barnett Shale Counties**

| County | Production Gas | | | | | | Produced-Water Flash Gas | | |
|---|---|---|---|---|---|---|---|---|---|
| | Molecular Weight (lb/lb-mole) | Higher Heating Value (Btu/scf) | Carbon Content (% by mass) | Methane (% by mass) | VOCs (% by mass) | Carbon Dioxide (% by mass) | Methane (% by mass) | VOCs (% by mass) | $CO_2$ (% by mass) |
| Comanche | 23.86 | 813.78 | 43.6 | 32.2 | 12.9 | 0.2 | 33.5 | 24.8 | 31.1 |
| Erath | 23.86 | 813.78 | 43.6 | 32.2 | 12.9 | 0.2 | 43.1 | 34.8 | 7.8 |
| Eastland | 22.07 | 1,188.04 | 69.3 | 52.8 | 22.4 | 0.7 | 27.7 | 52.0 | 6.4 |
| Hill | 26.92 | 1,589.66 | 79.2 | 54.5 | 45.6 | 0.0 | 38.3 | 5.8 | 54.8 |
| Montague | 21.99 | 1,216.13 | 72.6 | 55.1 | 20.7 | 8.1 | 53.3 | 17.4 | 13.0 |
| Clay | 21.86 | 1,229.52 | 73.2 | 55.4 | 21.8 | 5.5 | 26.7 | 6.2 | 61.1 |
| Archer | 21.63 | 1,253.47 | 74.2 | 55.9 | 23.8 | 1.0 | 26.7 | 6.2 | 61.1 |
| Jack | 21.63 | 1,253.47 | 74.2 | 55.9 | 23.8 | 1.0 | 26.7 | 6.2 | 61.1 |
| Wise | 21.79 | 1,274.01 | 75.5 | 56.0 | 22.6 | 2.9 | 59.5 | 19.9 | 1.9 |
| Cooke | 21.76 | 1,199.75 | 72.2 | 56.5 | 20.0 | 8.1 | 46.8 | 17.2 | 18.0 |
| Palo Pinto | 21.72 | 1,261.53 | 74.3 | 56.9 | 24.3 | 0.8 | 27.7 | 52.0 | 6.4 |
| Stephens | 21.72 | 1,261.53 | 74.3 | 56.9 | 24.3 | 0.8 | 27.7 | 52.0 | 6.4 |
| Hood | 21.19 | 1,248.33 | 75.2 | 58.5 | 20.8 | 0.6 | 48.2 | 29.1 | 8.2 |
| Parker | 20.85 | 1,242.78 | 75.9 | 60.3 | 19.3 | 1.2 | 16.3 | 52.4 | 1.1 |
| Somervell | 20.71 | 1,224.89 | 75.3 | 61.5 | 19.0 | 1.6 | 40.1 | 10.0 | 46.4 |
| Bosque | 20.89 | 1,236.59 | 75.5 | 61.7 | 19.8 | 1.7 | 38.3 | 5.8 | 54.8 |
| Johnson | 20.57 | 1,226.04 | 75.8 | 62.5 | 18.7 | 1.8 | 38.3 | 5.8 | 54.8 |
| Denton | 20.54 | 1,218.65 | 75.4 | 62.5 | 17.9 | 1.9 | 34.8 | 14.5 | 33.3 |
| Shackelford | 20.12 | 1,191.89 | 74.8 | 66.2 | 15.9 | 1.6 | 33.5 | 24.8 | 31.1 |
| Ellis | 19.41 | 1,159.09 | 74.6 | 71.0 | 12.9 | 1.3 | 32.5 | 19.4 | 43.2 |
| Dallas | 18.63 | 1,112.74 | 73.9 | 75.4 | 9.0 | 1.1 | 23.9 | 39.5 | 23.1 |
| Tarrant | 17.92 | 1,072.83 | 73.3 | 80.2 | 5.6 | 0.9 | 20.7 | 46.7 | 20.1 |
| Barnett Shale Average[a] | 20.12 | 1,191.89 | 74.8 | 66.2 | 15.9 | 1.6 | 33.5 | 24.8 | 31.1 |
| National Average[b] | 17.40 | 1,027.00 | 75.0 | 78.3 | 17.8 | 1.5 | | | |

[a] Barnett Shale average is a production-weighted average of counties for which original gas compositions could be obtained

[b] National average production gas reported in EPA (2011)

**Table 18. 2009 Production Volumes from Barnett Shale Counties**

**Heat Content (MMBtu)**

| County | Oil | Condensate | Casinghead Gas | Gas-Well Gas | Combined Gas | County Total |
|--------|-----|-----------|----------------|--------------|--------------|--------------|
| Archer | 6,018,590 | 737 | 458,853 | 21,351 | 480,205 | 6,499,532 |
| Bosque | 0 | 98 | 0 | 354,480 | 354,480 | 354,578 |
| Clay | 3,514,046 | 37,503 | 494,346 | 351,615 | 845,961 | 4,397,511 |
| Comanche | 31,946 | 8,046 | 54,996 | 513,967 | 568,963 | 608,955 |
| Cooke | 11,740,372 | 43,729 | 4,394,033 | 485,521 | 4,879,554 | 16,663,655 |
| Dallas | 0 | 0 | 0 | 4,923,785 | 4,923,785 | 4,923,785 |
| Denton | 486,574 | 2,516,461 | 1,023,276 | 241,825,407 | 242,848,683 | 245,851,717 |
| Eastland | 1,491,957 | 314,574 | 834,641 | 3,916,728 | 4,751,369 | 6,557,901 |
| Ellis | 6,125 | 0 | 0 | 7,552,672 | 7,552,672 | 7,558,797 |
| Erath | 34,829 | 218,806 | 123,445 | 10,657,734 | 10,781,179 | 11,034,814 |
| Hill | 7,267 | 471 | 0 | 31,983,129 | 31,983,129 | 31,990,868 |
| Hood | 16,553 | 2,660,894 | 156,109 | 72,781,121 | 72,937,230 | 75,614,677 |
| Jack | 3,999,135 | 878,025 | 2,261,462 | 16,294,739 | 18,556,202 | 23,433,361 |
| Johnson | 0 | 318,855 | 0 | 570,667,212 | 570,667,212 | 570,986,067 |
| Montague | 11,979,935 | 34,090 | 9,682,791 | 350,290 | 10,033,081 | 22,047,106 |
| Palo Pinto | 3,232,091 | 525,481 | 6,957,154 | 16,076,018 | 23,033,172 | 26,790,743 |
| Parker | 73,886 | 1,672,455 | 730,069 | 112,696,107 | 113,426,176 | 115,172,517 |
| Shackelford | 4,108,140 | 66,203 | 849,166 | 2,234,492 | 3,083,658 | 7,258,000 |
| Somervell | 0 | 65,812 | 0 | 7,485,891 | 7,485,891 | 7,551,704 |
| Stephens | 12,811,777 | 291,120 | 3,525,626 | 11,751,922 | 15,277,548 | 28,380,445 |
| Tarrant | 0 | 241,264 | 0 | 563,514,077 | 563,514,077 | 563,755,341 |
| Wise | 2,400,875 | 5,017,491 | 6,426,006 | 222,654,526 | 229,080,532 | 236,498,898 |
| **Basin Total** | **61,954,098** | **14,912,113** | **37,971,973** | **1,899,092,788** | **1,937,064,761** | **2,013,930,972** |

## Co-Product Allocations

In addition to natural gas, the sources reported in the TCEQ inventories are associated with the marketed products of condensate and, in some cases, oil. In fact, gas companies are focusing all of their new investment in areas with wet gas, which has a higher VOC content, for its higher value. The principle of co-product allocation is that when there are multiple valued products from a single system, the burdens of that system should be shared among all products. This study uses energy-based co-product allocation, which weights the burdens (i.e., emissions) of each process by the ratio of energy contained in all co-products that is embodied in the product of interest.

The factor that is applied depends on the relevant life cycle stage of a source. For production sources, we use the finest grain of spatial resolution available. Specifically, emissions for all production sources in the Special Inventory are allocated among condensate, oil, and natural gas products at the *site level* using site-level production statistics, as follows:

$$Allocation_{site} = \frac{(Q_{GWgas,s}) * HHV_{pipe\ gas}}{(Q_{GWgas,s} + Q_{Cgas,s}) * HHV_{pipe\ gas} + Q_{oil,s} * HHV_{oil} + Q_{cond,s} * HHV_{cond}}$$

where:

$Allocation_{site}$ = the site-level, energy-basis co-product factor for gas produced by gas wells (unitless)

$Q_{GWgas,s}$ = the volume of gas-well gas produced at the site annually (Mcf)

$Q_{Cgas,s}$ = the volume of casinghead gas produced at the site annually[150] (Mcf)

$Q_{oil,s}$ = the volume of oil produced at the site annually (bbl)

$Q_{cond,s}$ = the volume of condensate produced at the site annually (bbl)

$HHV_{pipe\ gas}$ = the energy content of natural gas product (i.e., pipeline gas)

  o   1,027,000 Btu/Mcf for pipeline-quality gas

$HHV_{oil}$ = the energy content of oil

  o   5,800,000 Btu/bbl for crude oil[151]

$HHV_{cond}$ = the energy content of condensate

  o   5,418,000 Btu/bbl for plant condensate.[152]

As Figure 59 depicts, the majority of these site-level co-product allocation factors are at or close to 1—reflecting the fact that the majority of production within these counties is natural gas. However, Figure 59 also shows that 15% of the sites included within the Special Inventory produce no gas-well gas and, accordingly, the emissions from these sites do not contribute to the total emissions allocated to natural gas.

---

[150] Note that casinghead gas is a natural gas that is a co-product of oil production (produced by oil wells).
[151] API (2009), Table 3-8
[152] EIA (2011), Appendix A



**Figure 59. Distribution of site-level emissions allocated to gas**

Site-level production statistics are not available for sites in the Point Source Inventory, and relevant counties have negligible oil production, lowering the chance that production-stage point sources emissions are associated with oil production. Therefore, emissions are allocated for all production sources in the Point Source Inventory among condensate and natural gas products at the *county level* using county-level production statistics (Figure 60). Similarly, Area Source Inventory data are available only at the county-level; so they are most appropriately allocated among co-products at this scale. This allocation is calculated as follows:

$$Allocation_{county} = \frac{Q_{GW\,gas,c} * HHV_{pipe\,gas}}{Q_{GW\,gas,c} * HHV_{pipe\,gas} + Q_{cond,c} * HHV_{cond}}$$

where:

$Allocation_{county}$ = the county-level, energy-basis co-product factor for gas (unitless)

$Q_{GWgas,c}$ = the volume of gas-well gas produced in the county annually (Mcf)

$Q_{cond,c}$ = the volume of condensate produced in the county annually (bbl)

$HHV_{pipe\,gas}$ = the energy content of natural gas product (i.e., pipeline gas) (Btu/Mcf)

$HHV_{cond}$ = the energy content of condensate (Btu/bbl).



**Figure 60. County-level gas production co-products by heat content**

Regardless of the inventory in which the sources are described, emissions from processing sources are allocated at the *basin level* using basin-level production statistics. The relevant co-product allocation includes casinghead gas volumes as well as gas-well gas volumes because all natural gas—regardless of whether the production source is a gas or oil well—is processed at these sites. Some of these processing steps might occur after the condensate is separated, but the order of processing steps varies by site and is not identifiable in the data of the TCEQ inventories. Therefore, co-products are allocated as follows:

$$Allocation_{basin} = \frac{\left(Q_{GW\,gas,b} + Q_{Cgas,b}\right) * HHV_{pipe\,gas}}{\left(Q_{GW\,gas,b} + Q_{Cgas,b}\right) * HHV_{pipe\,gas} + Q_{cond,b} * HHV_{cond}}$$

where:

$Allocation_{basin}$ = the basin-level, energy-basis co-product factor for gas (unitless)

$Q_{GWgas,b}$ = the volume of gas-well gas produced in the basin annually (Mcf)

$Q_{Cgas,s}$ = the volume of casinghead gas produced in the basin annually (Mcf)

$Q_{cond}, b$ = the volume of condensate produced in the basin annually (bbl)

$HHV_{pipe\,gas}$ = the energy content of natural gas product (i.e., pipeline gas) (Btu/Mcf)

$HHV_{cond}$ = the energy content of condensate (Btu/bbl).

Note that some processing profiles pertain to processes that might occur after the condensate is separated from the process stream and, therefore, should not be partially allocated to that co-product. However, the specific order of processing steps is not readily identifiable in the data. In addition, the impact of neglecting this is small because condensate contributes less than 1% to the denominator of the allocation factor (Figure 61).

145 – Appendix B



**Figure 61. Basin-level gas processing co-products by heat content**

In addition, because condensate and crude oil are separately marketable products, co-product allocation means that the substantial VOCs in the TCEQ Inventories corresponding to the storage and handling of these co-products—once separated from the natural gas stream—are outside the boundary of natural gas production and processing. Therefore, this study omits about 25% of the individual sources reported in the two inventories, which collectively represent 60% of the total reported VOC emissions, because they are associated only with the production and processing of the co-products of crude oil and condensate.

Regarding the co-production of oil within the counties of the basin, note that the 84 sites identified as production sites in the Point Source Inventory are all located within the 7 counties listed below—which include their respective percentage of the co-product energy associated with oil production:

- Denton:  0.2% from oil
- Hood:  0.0% from oil
- Johnson:  0.0% from oil
- Palo Pinto:  12.1% from oil
- Parker:  0.1% from oil
- Tarrant:  0.0% from oil
- Wise:  1.0% from oil.

With the exception of Palo Pinto County, these values suggest the co-production of oil represents a negligible amount, and the sole production site in Palo Pinto County identified in the Point Source Inventory is a gas well, associated with zero oil production, as verified through an online query of the Texas Railroad Commission's production statistics database. Therefore, this study does not attribute any production-related emissions from the Point Source Inventory to a co-product of oil.

Overall, 1% of the estimated GHG emissions are allocated to condensate instead of natural gas. For comparison, note that Skone et al. (2011) base their co-product allocation on their reported

12% non-methane VOC whereas Stephenson et al. (2011) report 16.4% allocation to condensate, ethane, and liquid petroleum gas. However, this proportion varies substantially across the 22 counties of the Barnett Shale play, as shown in Figure 62. Even among top-producing counties, which are shown by the larger bars in the lower panel of the figure, significant portions of GHGs are attributed to condensate instead of natural gas—ranging from 0.5% condensate for Johnson County and Tarrant County to 1.7% for Wise County. More strikingly, only 91.7% and 92.7% of emissions in Montague County and Cooke County, respectively, are associated with the natural gas product.



Figure 62. Proportion of GHG emissions associated with co-products

# Estimation of Emissions by Source Profile

Emissions estimations generally use a "black box" approach, where a profile is associated with a life cycle stage by the purpose it serves rather than by its physical location. However, for those profiles possibly related to multiple stages, such as compressor engines and fugitives, each source is associated with the life cycle stage by the categorization of the site at which the source is found.

In general, emission sources can be categorized into two broad types of profiles: *combustion sources* and *gas-release sources*, with certain unique characteristics of certain processing activities leading to a third category. A tiered approach is used to calculate emissions, in which secondary calculation methods are applied when the data requirements for preferred methods are not met for an individual source. If neither method is possible with the available data, median estimates from other sources of the same profile are used. Overall, preferred methods were used for 79% of sources, secondary for 18%, and tertiary for the remaining 2%. The following paragraphs introduce the main categories and methodologies, which are adapted from the methodologies presented by ENVIRON (2010), API (2009), and EPA (1995), as appropriate. These emissions estimates include both routine and non-routine emissions estimates for 2009.

*Combustion sources* include compressor engines, boilers, heaters, and turbines. In these profiles, $CO_2$ emissions primarily come from chemical reactions during combustion, and methane emissions primarily come from the incomplete combustion of the combusted fuel. The composition of the fuel gas therefore influences the emissions, as do source characteristics and details of the level of usage of the source. This study's preferred methodology for calculating emissions from combustion sources is based on the quantity of fuel combusted and the composition of the fuel gas—as determined by a county-level estimation of production gas composition, assuming that the natural gas fuel used in all cases is the production gas at that site.

*Gas leakage sources* include both intentional and unintentional releases of gas. Within this category, there is a differentiation between *potentially controllable leakage* and *fugitives*, where the former typically involves gas released from an isolatable emission point and therefore is potentially controllable, and the latter comes from dispersed leaks and therefore is less feasible to control. This study's preferred methodology for calculating GHG emissions from gas-release sources therefore is based on the reported emissions of total VOCs and the ratio of $CO_2$ and $CH_4$ to VOCs in the released gas, which means it depends on the speciation of the released gas. Estimating these emissions assumes that production gas is the released gas in all cases, except when the profile is associated specifically with produced water handling; in this case, the released gas is assumed to be equivalent to the produced-water flash gas.

In addition, some processing sources require specialized estimation methods. For example, AGR units specifically remove $CO_2$ from the production gas. Therefore, this study's method for estimating $CO_2$ emissions from AGR differs substantially from that used for other profiles. Specifically, AGR units are associated with $CO_2$ emissions equal to the difference in $CO_2$ contained within the production gas and that in the final pipeline-quality gas.

The estimation of GHG emissions for different profiles consistently assumes that the speciation of production gas varies spatially based on the geology of the Barnett Shale. This variation can be reasonably represented by variation at the county level, as spatially interpolated from the

sample of gas composition analyses collected from supplementary Special Inventory files provided by the TCEQ.

Similarly, all natural gas represented in the following methodologies is assumed to be the production gas, except where explicitly noted (as in the AGR profile calculations). The speciation of this production gas is spatially explicit to the county level for production sources and the basin average composition for processing sources.

In addition, many profiles rely on standardized emission factors, which represent industry-level averages across the specifics of individual equipment. The majority of these emission factors are obtained from the EPA's AP-42, Compilation of Air Pollutant Emission Factors (EPA 1995). Factors applied are shown in Table 19.

**Table 19. EPA's AP-42 Compilation of Air Pollutant Emission Factors**

| Profile | $CO_2$ Emission Factor | $CH_4$ Emission Factor | VOC Emission Factor |
|---|---|---|---|
| External Combustion, Natural Gas[a] | 118 lb/MMBtu | 2.25e-3 lb/MMBtu | 5.39e-3 lb/MMBtu |
| External Combustion, Diesel[b,c] | 2710 kg/$10^3$m$^3$ | 0.0062 kg/$10^3$m$^3$ | 0.0240 kg/$10^3$m$^3$ |
| Internal Combustion, Natural Gas: 2-Stroke Lean-Burn[d] | 110 lb/MMBtu | 1.45 lb/MMBtu | 1.20e-01 lb/MMBtu |
| Internal Combustion, Natural Gas: 4-Stroke Lean-Burn[e] | 110 lb/MMBtu | 1.25 lb/MMBtu | 1.18e-01 lb/MMBtu |
| Internal Combustion, Natural Gas: 4-Stroke Rich-Burn[f] | 110 lb/MMBtu | 2.30e-01 lb/MMBtu | 2.96e-02 lb/MMBtu |
| Internal Combustion, Diesel | 164 lb/MMBtu[g] | 3.15e-02 lb/MMBtu[h] | 3.19e-01 lb/MMBtu[h] |
| Internal Combustion, Gasoline | 154 lb/MMBtu[g] | 1.89e-01 lb/MMBtu[h] | 1.911e00 lb/MMBtu[h] |
| Natural Gas Turbine[i] | 110 lb/MMBtu | 8.60e-03 lb/MMBtu | 2.10e-03 lb/MMBtu |
| Stationary Large-Bore Diesel Engines[j] | 2745 kg/$10^3$m$^3$ | 0.1548 kg/$10^3$m$^3$ | 1.7415 kg/$10^3$m$^3$ |

[a] EPA (1995), Table 1.4-2
[b] Diesel fuel is also used as a proxy for crude oil.
[c] EPA (1995)
[d] EPA (1995), Table 3.2-1
[e] EPA (1995), Table 3.2-2
[f] EPA (1995), Table 3.2-3
[g] EPA (1995), Table 3.3-1
[h] EPA (1995), Table 3.3-1, where total organic compounds from Exhaust = 2.1 for gasoline and total organic compounds from Exhaust = 0.35 for diesel, and Table 3.4-1, which states that total organic compounds by weight is 9% $CH_4$ and 91% non-$CH_4$ for the one diesel engine measured
[i] EPA (1995), Table 3.1-2a
[j] EPA (1995)

## *Tiered Methods Counts*

This study applies a tiered approach to the estimation of GHG emissions, in which preferred methods are applied when available data allow, and secondary methods otherwise. For those sources unable to use either method, we apply a tertiary method of assigning the median estimate for that profile. Table 20 demonstrates the count of the usability of each method across the two main inventories.

**Table 20. Count of Usability for each GHG Emissions Estimation Method for $CO_2$ and Methane**

|  | $CO_2$ | | | Methane | | |
|---|---|---|---|---|---|---|
|  | Method 1 | Method 2 | Method 3 | Method 1 | Method 2 | Method 3 |
| Amine Units | n/a | – | – | 4 | – | – |
| Blowdowns and Vents | 1,366 | 68 | 10 | 1,366 | 68 | 10 |
| Boilers and Heaters | 277 | – | 32 | 277 | – | 32 |
| Engines | 1,467 | 364 | 35 | 708 | 1,133 | 25 |
| Flares | 21 | – | 15 | n/a | – | – |
| Fugitives | 4,247 | – | 24 | 4,247 | – | 24 |
| Glycol Dehydrator | 79 | 21 | 14 | 79 | 21 | 14 |
| Produced-Water Loading | 1,948 | – | 11 | 1,948 | – | 11 |
| Produced-Water Tanks | 4,429 | – | 106 | 4,429 | – | 106 |
| Special Inventory Total | 13,834 | 453 | 247 | 13,058 | 1,222 | 222 |
| Engines | – | 673 | – | – | 673 | – |
| Flares | – | 17 | – | n/a | – | – |
| Other combustion | – | 264 | – | – | 264 | – |
| Gas Leakage Sources | – | 735 | – | – | 735 | – |
| Produced-Water Tanks | 90 | – | – | 90 | – | – |
| Point-Source Inventory Total | 90 | 1,689 | 0 | 90 | 1,672 | 0 |
| Combined Total | 13,924 | 2,142 | 247 | 13,148 | 2,894 | 222 |

## *General Leakage Profiles*

General leakage profiles include *blowdowns*, *fugitives*, *pneumatics*, and *vents*. Data on blowdowns, fugitives, and vents are obtained from both the Point Source Inventory and the Special Inventory, and data on pneumatics are obtained from the Area Source Inventory. Although these different sources have different causes, they are calculated by similar methods. Because these profiles occur at both production and processing sites, sources are assigned to the stage to which the site belongs.

The primary methods for estimating $CO_2$ and methane emissions use the reported volume of gas released and this study's estimate of the composition of that gas. Where data are not available on volume of gas released, the secondary method uses the reported volume of VOC emissions and a ratio of the GHG to VOCs in the gas composition. These methods for calculating $CO_2$ and methane emissions for leakage sources are adapted from ENVIRON's (2010) discussion of leakage sources, including well-completion venting, well blowdowns, permitted fugitives, and unpermitted fugitives.

Note that unlike most profiles, inventory data on pneumatics come from the Area Source Inventory, which provides county-level data without individual source counts. Therefore, although emissions from pneumatics are calculated using methods analogous to other leakage profiles, such calculation occurs at the county level based on aggregated, county-level emissions reported in the inventory.

### Carbon Dioxide Emissions:  Primary Method

$$E_{CO_2} = Q_{vented} * \left(\frac{1.0\,lb-mole}{379.3\,scf}\right) * MW_{gas} * f_{CO_2} * \frac{1\,tonne}{2204.62\,lb}$$

where:

$E_{CO_2}$ = the mass of $CO_2$ emitted by the source annually (tonne/year)

$Q_{vented}$ = the total annual volume of gas emitted through the leakage source (scf/year)

$MW_{vented}$ = the molecular weight of the vented gas (lb/lb-mole)

$f_{CO_2}$ = the fraction of $CO_2$ in the leaked gas by mass (unitless).

### Carbon Dioxide Emissions:  Secondary Method

$$E_{CO_2} = E_{VOC} * \frac{f_{CO_2}}{f_{VOC}}$$

where:

$E_{CO_2}$ = the mass of $CO_2$ emitted by the source annually (tonne/year)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

$f_{CO_2}$ = the fraction of $CO_2$ in the production gas by mass (unitless)

$f_{VOC}$ = the fraction of VOCs in the production gas by mass (unitless).

### Methane Emissions:  Primary Method

$$E_{CH_4} = Q_{vented} * \left(\frac{1.0\,lb-mole}{379.3\,scf}\right) * MW_{gas} * f_{CH_4} * \frac{1\,tonne}{2204.62\,lb}$$

where:

$E_{CH_4}$ = the mass of $CH_4$ emitted by the source annually (tonne/year)

$Q_{vented}$ = the total annual volume of gas emitted through the leakage source (tonne/year)

$MW_{vented}$ = the molecular weight of the vented gas (lb/lb-mole)

$f_{CH_4}$ = the fraction of $CH_4$ in the leaked gas by mass (unitless).

### Methane Emissions: Secondary Method

$$E_{CH_4} = E_{VOC} * \frac{f_{CH_4}}{f_{VOC}}$$

where:

$E_{CH_4}$ = the mass of $CH_4$ emitted by the source annually (tonne/year)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

$f_{CO_2}$ = the fraction of $CO_2$ in the production gas by mass (unitless)

$f_{VOC}$ = the fraction of VOCs in the production gas by mass (unitless).

## Compression Engines Profile

Data on compressor engines are obtained from the Special Inventory and the Point Source Inventory. Because these profiles occur at both production and processing sites, the sources are assigned to the stage to which the site belongs.

The primary methods for estimating $CO_2$ and methane emissions use the reported volume of fuel combusted and this study's estimate of the composition of that fuel, as well as the engine characteristics in the case of methane. Where the volume of fuel combusted is not available, the secondary method for $CO_2$ emissions uses engine characteristics and operations data, some of which is based on standard assumptions; the secondary method for methane emissions uses the reported volume of VOC emissions and a ratio of the GHG-to-VOCs-related, profile-specific emission factors.

In addition to data availability, the secondary method is preferred for sources that failed a simple data-consistency screen, or "ratio test," based on the ratio of reported fuel consumption to an expected gas usage value, calculated as:

$$ratio = \frac{Q_{fuel}}{EFU} = \frac{Q_{fuel}}{MDC * \frac{t_{annual}}{HHV}}$$

where:

$ratio$ = the test value, where any ratio within a factor of 10 of matching (i.e., between 10% and 1000%) is accepted (unitless)

$Q_{fuel}$ = the total annual amount of fuel combusted (MMscf/year)

$EFU$ = the expected fuel usage (MMscf/year)

$MDC$ = the reported maximum design capacity of the engine (MMBtu/hour)

$t_{annual}$ = the annual hours of usage of the engine (hour/year)

$HHV$ = a standardized higher heating value of the fuel, assumed to be 1,150 (Btu/scf).

A final criterion for using the primary method for methane emissions is the reported absence of emissions controls installed on the engine. Ideally, the primary method should be weighted by methane-control efficiency. However, the reported data on VOC control efficiency demonstrate substantial inconsistency, and standardized methane control ratings for engines are not readily available. So, this study assumes that any controls applied affect methane and VOCs equivalently and therefore applies our secondary method for all engines that report the presence of controls. Because the Point Source Inventory does not include information on controls, the

secondary method is used, which accounts for the possibility of emissions controls, for all engines in that inventory.

*Carbon Dioxide Emissions:  Primary Method*

$$E_{CO_2} = Q_{fuel} * \left(\frac{1.0 lb-mole}{379.3 scf}\right) * MW_{gas} * f_C * f_O * \left(\frac{44g-CO_2}{12g-C}\right) * \frac{1 tonne}{2204.62 lb}$$

where:

$E_{CO_2}$ = the mass of $CO_2$ emitted by the source annually (tonne/year)

$Q_{fuel}$ = the total annual amount of fuel combusted (scf/year)

$MW_{gas}$ = the molecular weight of the combusted gas (lb/lb-mole)

$f_C$ = the fraction of carbon in the combusted fuel by mass (unitless)

$f_O$ = the fraction of fuel carbon oxidized to $CO_2$ by mass, assumed to be 1.0 by convention (unitless).

*Carbon Dioxide Emissions:  Secondary Method*

$$E_{CO_2} = HP * LF * f_e * EF_{CO_2} * t_{annual}$$

where:

$E_{CO_2}$ = the mass of $CO_2$ emitted by the source annually (tonne/year)

$HP$ = the engine rating (hp)

$LF$ = the load factor of the engine (unitless)

$f_e$ = the energy-basis conversion factor for the engine (Btu/hp-hr)

$EF_{CO_2}$ = the emissions factor of $CO_2$ on an energy basis (tonne/Btu)

$t_{annual}$ = the annual hours of usage of the engine (hr/year).

*Methane Emissions:  Primary Method*

$$E_{CH_4} = Q_{fuel} * HHV * EF_{CH_4}$$

where:

$E_{CH_4}$ = the mass of $CH_4$ emitted by the source annually (tonne/year)

$Q_{fuel}$ = the total annual amount of fuel combusted (scf/year)

$HHV$ = the higher heating value of the fuel (Btu/scf)

$EF_{CH_4}$ = the emissions factor of $CH_4$ on an energy basis (tonne/Btu).

*Methane Emissions: Secondary Method*

$$E_{CH_4} = E_{VOC} * \frac{EF_{CH_4}}{EF_{VOC}}$$

where:

$E_{CH_4}$ = the mass of CH₄ emitted by the source annually (tonne/year)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

$EF_{CH_4}$ = the emissions factor of CH₄ on an energy basis (tonne/Btu)

$EF_{VOC}$ = the emissions factor of VOCs on an energy basis (tonne/Btu).

In addition to the standard assumptions described above, these methods depend on the following assumptions:

- The load factor (*LF*) is assumed to be 0.8 for compressor engines with an engine rating greater than 500 hp and 0.7 otherwise, based on the results of a 2005 study of compressor engines in Texas performed by the TCEQ.[153]

- The energy-basis conversion factor (*$f_e$*) for all natural gas internal combustion engines is 7858 Btu/hp-hr.[154]

- The annual hours of usage of the engine (*$t_{annual}$*) are 8,760 hr/year for engines without specific usage data, which includes all engines in the Point Source Inventory.

- Any reduction in CO₂ released from the engine related to emissions controls is negligible.

### Boilers, Heaters, and Turbines

Data on boilers and heaters are obtained from the Special Inventory, and data on boilers, heaters, and turbines are obtained from the Point Source Inventory. Although turbines substantially differ from boilers and heaters, estimation of emissions follows equivalent methods for all three profiles in the Point Source Inventory. Also, although boilers and heaters can occur at both production and processing sites, they are associated with natural gas processing; therefore, boilers and heaters are assigned to the processing stage.

The primary methods for estimating CO₂ and methane emissions use the reported volume of fuel combusted and this study's estimate of the composition of that fuel. Where the volume of fuel combusted is not available, the secondary method for estimating emissions uses the reported volume of VOC emissions and a ratio of the GHG-to-VOCs-related, profile-specific emission factors.

---

[153] Personal communication with TCEQ (TCEQ 2012)
[154] ENVIRON (2010), p.84

*Carbon Dioxide Emissions:  Primary Method*

$$E_{CO_2} = Q_{fuel} * \left(\frac{1.0 lb-mole}{379.3 scf}\right) * MW_{gas} * f_C * f_O * \left(\frac{44 g-CO_2}{12 g-C}\right) * \frac{1 tonne}{2204.62 lb}$$

where:

$E_{CO_2}$ = the mass of $CO_2$ emitted by the source annually (tonne/year)

$Q_{fuel}$ = the total annual amount of fuel combusted (scf/year)

$MW_{gas}$ = the molecular weight of the combusted gas (lb/lb-mole)

$f_C$ = the fraction of carbon in the combusted fuel by mass (unitless)

$f_O$ = the fraction of fuel carbon oxidized to $CO_2$ by mass, assumed to be 1.0 by convention (unitless).

*Carbon Dioxide Emissions:  Secondary Method*

$$E_{CO_2} = E_{VOC} * \frac{f_{CO_2}}{f_{VOC}}$$

where:

$E_{CO_2}$ = the mass of $CO_2$ emitted by the source annually (tonne/year)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

$EF_{CO_2}$ = the emissions factor of $CO_2$ on an energy basis (tonne/Btu)

$EF_{VOC}$ = the emissions factor of VOCs on an energy basis (tonne/Btu).

*Methane Emissions:  Primary Method*

$$E_{CH_4} = Q_{fuel} * HHV * EF_{CH_4}$$

where:

$E_{CH_4}$ = the mass of $CH_4$ emitted by the source annually (tonne/year)

$Q_{fuel}$ = the total annual amount of fuel combusted (scf/year)

$HHV$ = the higher heating value of the fuel (Btu/scf)

$EF_{CH_4}$ = the emissions factor of $CH_4$ on an energy basis (tonne/Btu).

*Methane Emissions:  Secondary Method*

$$E_{CH_4} = E_{VOC} * \frac{f_{CH_4}}{f_{VOC}}$$

where:

$E_{CH_4}$ = the mass of $CH_4$ emitted by the source annually (tonne/yr)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

155 – Appendix B

$EF_{CH_4}$ = the emissions factor of $CH_4$ on an energy basis (tonne/Btu)

$EF_{VOC}$ = the emissions factor of VOCs on an energy basis (tonne/Btu).

### Amine Units / Acid Gas Removal

AGR, such as by amine units, removes $CO_2$ from the production gas. Therefore, this study's method for estimating $CO_2$ emissions from AGR differs substantially from that used for other profiles. AGR units are associated with $CO_2$ emissions equal to the difference in $CO_2$ contained within the production gas and that in the final pipeline-quality gas. Unlike other emissions sources, the $CO_2$ emissions from amine units are calculated as a single, aggregated basin-wide estimate that does not depend on the number of sources in the inventories.

Specifically, the estimated emissions are estimated as follows:

$$E_{CO_2} = \left[ MW_{prod} * f_{CO_2\,prod} - MW_{pipe} * f_{CO_2\,pipe} \right] * Q_{prod} * \frac{1lb - mole}{379.3\ scf}$$

where:

$E_{CO_2}$ = mass of $CO_2$ emitted by all AGR sources in the basin annually (tonne/year)

$MW_{prod}$ = the average molecular weight of production gas within the basin (lb/lb-mole)

$f_{CO_2\,prod}$ = the average percentage $CO_2$, by mass, in the production gas (unitless)

$MW_{pipe}$ = the molecular weight of pipeline-quality natural gas[155] (lb/lb-mole)

$f_{CO_2\,pipe}$ = the average percentage $CO_2$, by mass, in pipeline gas[156] (unitless)

$Q_{prod}$ = the volume of natural gas produced within the basin annually (scf).

In contrast, methane emissions from AGR are estimated using calculation methods equivalent to those provided in that of General Leakage Sources, as previously discussed.

### Dehydrators

GHG emissions from dehydrators are calculated using separate emissions factors depending on the life cycle stage of the site at which the source sites. In the Point Source Inventory, all dehydrators are all at processing sites; but in the Special Inventory, dehydrators exist at both production and processing sites. Therefore, following API (2009), this study uses an emission factor of 275.57 scf/MMscf gas processed for production sites, adjusting the $CH_4$ content from the 78.8 molar percentage assumed in that reference. Alternatively, if a dehydrator is identified at a processing site, this study uses an emission factor of 121.55 scf/MMscf gas processed and adjusts the molar $CH_4$ content from 86.8%.

---

[155] Set to 17.4 lb/lb-mole, as provided by EPA (1995) and used by ENVIRON (2010)

[156] Set to 0.47%, as per EPA (2011). To the extent that this value overestimates the $CO_2$ content in pipeline-quality gas, it underestimates $CO_2$ emissions from acid gas removal, and vice versa.

For those dehydrators identified as having a control present in the Special Inventory, and assuming that all dehydrators in the Point Source Inventory have emission controls, this study assumes a 98% control efficiency for methane and a 0% efficiency for $CO_2$. Otherwise, this study assumes 0% efficiency of control for both emissions types. The 98% efficiency assumption is supported by standard efficiency assumptions for flares, as well as a reported 97% efficiency for separator-condensers (Schievelbein 1997), an alternative method of control for dehydrators.

### *Primary Methods*

For dehydrators at production sites:

$$E_{CH_4} = P * 0.0052859 * \left[\frac{f_{CH_4,county}*MW_{gas,county}}{16}\right] * \left[\frac{1}{0.788}\right] * (1 - CE)$$

$$E_{CO_2} = P * 0.0052859 * \left[\frac{f_{CH_4,county}*MW_{gas,county}}{16}\right] * \left[\frac{1}{0.788}\right] \frac{f_{CO_2,county}}{f_{CH_4,county}}$$

and for Dehydrators at Processing sites:

$$E_{CH_4} = P * 0.0023315 * \left[\frac{f_{CH_4,basin}*MW_{gas,basin}}{16}\right] * \left[\frac{1}{0.868}\right] * (1 - CE)$$

$$E_{CO_2} = P * 0.0023315 * \left[\frac{f_{CH_4,basin}*MW_{gas,basin}}{16}\right] * \left[\frac{1}{0.868}\right] \frac{f_{CO_2,basin}}{f_{CH_4,basin}}$$

where CE = 0.98 if controlled, 0 otherwise, and P is the volume of gas processed. Controls do not affect $CO_2$ emissions, which are weighted by the ratio of $CO_2$ to $CH_4$ (by weight) in the production gas, by county.

### *Secondary Methods*

For Dehydrators without P (which includes all Point Source Inventory dehydrators), the secondary method is based on VOC emissions:

$$E_{CH_4} = E_{VOC} * \frac{f_{CH_4}}{f_{VOC}}$$

$$E_{CO_2} = E_{VOC} * \left(\frac{1}{1-CE}\right) * \frac{f_{CO_2}}{f_{VOC}}$$

### *Flares*

Due to a lack of sufficient information for identifying the specific source to which each flare is associated, this study identifies a flare's process stage by the type of site at which it is found and assumes that all flares combust production gas. This approach will likely overestimate natural gas process-chain emissions due to some of the flares controlling emissions from condensate and crude oil tanks, which should be omitted through co-product allocation; but the overestimation is expected to be small because total flare emissions are small. Only those that can be identified as emissions control for condensate tanks are removed; those that can be identified as combined emissions control for an included profile and condensate tanks are kept. Although this leads to a

likely overestimation of emissions from flaring, flares only account for a small proportion of overall emissions, so this overestimation is expected to be small.

For $CO_2$ emissions, the primary method, which depends on knowing the amount of gas combusted, treats flares equivalently to other combustion sources. The secondary method uses reported VOC emissions and an assumed 98% efficiency to back-calculate the volume of gas combusted. Methane emissions are assumed to be attributed to the original source that is controlled by the flares and therefore are neither calculated nor assigned to this profile.

### Carbon Dioxide Emissions:  Primary Method

$$E_{CO_2} = \left(Q_{waste} + Q_{pilot}\right) * \left(\frac{1.0 lb-mole}{379.3 scf}\right) * MW_{gas} * f_C * f_O * \left(\frac{44g-CO_2}{12g-C}\right) * \frac{1 tonne}{2204.62 lb}$$

where:

$E_{CO_2}$ = the mass of $CO_2$ emitted by the source annually (tonne/year)

$Q_{waste}$ = the total annual amount of waste gas combusted (scf/year)

$Q_{pilot}$ = the total annual amount of pilot gas combusted (scf/year)

$MW_{gas}$ = the molecular weight of the combusted gas (lb/lb-mole)

$f_C$ = the fraction of carbon in the combusted fuel by mass (unitless)

$f_O$ = the fraction of fuel carbon oxidized to $CO_2$ by mass, assumed to be 1.0 by convention (unitless).

### Carbon Dioxide Emissions:  Secondary Method

$$E_{CO_2} = E_{VOC} * \left(\frac{1}{f_{VOC}}\right) * \left(\frac{1}{1-CE}\right) * f_C * f_O * CE$$

where:

$E_{CO_2}$ = the mass of $CO_2$ emitted by the source annually (tonne/year)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

$f_{VOC}$ = the fraction of VOCs in the combusted gas by mass (unitless)

$CE$ = the assumed control efficiency of the flare, 98% (unitless)

$f_C$ = the fraction of carbon in the combusted gas by mass (unitless)

$f_O$ = the fraction of combusted gas carbon oxidized to $CO_2$ by mass, assumed to be 1.0 by convention (unitless).

## Loading and Tanks

For produced-water loading and produced-water tanks, GHG emissions are calculated from VOC emissions and the ratio of VOCs to GHGs in the water flash gas.

*Carbon Dioxide Emissions:  Primary Method*

$$E_{CO_2} = E_{VOC} * \frac{f_{CO_2}}{f_{VOC}}$$

where:

$E_{CO_2}$ = the mass of $CO_2$ emitted by the source annually (tonne/year)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

$f_{CO_2}$ = the fraction of $CO_2$ in the produced-water flash gas by mass (unitless)

$f_{VOC}$ = the fraction of VOCs in the produced-water flash gas by mass (unitless).

*Methane Emissions:  Primary Method*

$$E_{CH_4} = E_{VOC} * \frac{f_{CH_4}}{f_{VOC}}$$

where:

$E_{CH_4}$ = the mass of $CH_4$ emitted by the source annually (tonne/yr)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/yr)

$f_{CO_2}$ = the fraction of $CO_2$ in the produced-water flash gas by mass (unitless)

$f_{VOC}$ = the fraction of VOCs in the produced-water flash gas by mass (unitless).

## Calculations of Gas Losses from Production and Processing

### Gas Release Sources

Profiles reporting gas release sources include amine units, blowdowns, fugitives, glycol dehydrators, and vents.

### Natural Gas Lost, Method 1:  From Reported Vented Volume

When the volume of gas vented is listed (only for some vents in the Special Inventory), the only calculation is a simple unit conversion, as follows:

$$Q_{NG,lost} = Q_{vented} * \left( \frac{1MM}{1e6} \right)$$

where:

$Q_{NG,lost}$ = the volume of natural gas lost or used by the source annually (MMscf/year)

$Q_{vented}$ = the total annual volume of gas emitted from the source (scf/year).

## Natural Gas Lost, Method 2:  From Reported VOC Emissions

For most gas leakage sources, the volume of gas released is not directly reported. For these, the volume of gas released can be calculated from the amount of VOC emissions, as follows:

$$Q_{NG,lost} = E_{VOC} * \frac{1}{f_{VOC}} * \left(\frac{2204.62 lb}{1 tonne}\right) * \left(\frac{1}{MW_{gas}}\right) * \left(\frac{379.3 scf}{1.0 lb - mole}\right) * \left(\frac{1MM}{1e6}\right)$$

where:

$Q_{NG,lost}$ = the volume of natural gas lost or used by the source annually (MMscf/year)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

$f_{VOC}$ = the fraction of VOCs in the production gas by mass (unitless)

$MW_{gas}$ = the molecular weight of the production gas (lb/lb-mole).

## Engines

Engines and other combustion sources (i.e., boilers and heaters) both sometimes include a direct report of the volume of fuel used. But only engines report the characteristics used for the ratio test, described in the section above on compressor engine emissions, and Method 2. Therefore, these combustion sources are calculated differently.

### Natural Gas Lost, Method 1:  From Reported Volume of Fuel Used

When the volume of gas combusted is listed (only relevant for some Special Inventory sources) and passes this study's Ratio Test for data entry issues, the value can be used directly, as follows:

$$Q_{NG,lost} = Q_{fuel}$$

where:

$Q_{NG,lost}$ = the volume of natural gas lost or used by the source annually (MMscf/yr)

$Q_{fuel}$ = the total annual volume of fuel combusted by the source (MMscf/year).

### Natural Gas Lost, Method 2:  Using Engine Characteristics

The secondary method uses engine characteristics to estimate the amount of fuel used, which is equivalent to the natural gas lost for these sources.

$$Q_{NG,lost} = HP * LF * f_e * \frac{1}{HHV} * t_{annual} * \left(\frac{1MM}{1e6}\right)$$

where:

$Q_{NG,lost}$ = the volume of natural gas lost or used by the source annually (MMscf/year)

$HP$ = the engine rating (hp)

$LF$ = the load factor of the engine (0.8 or 0.7, depending on horsepower)

$f_e$ = the energy-basis conversion factor for the engine (Btu/hp-hr)

$HHV$ = the higher heating value of the fuel (Btu/scf)

$t_{annual}$ = the annual hours of usage of the engine (hr/year).

## Non-Engine Combustion

Engines and other combustion sources (i.e., boilers and heaters) both sometimes include direct report of the volume of fuel used. But only engines have the characteristics used both for the Ratio Test and Method 2. Therefore, these combustion sources are calculated differently.

### Natural Gas Lost, Method 1:  From Reported Volume of Fuel Used

When the volume of gas combusted is listed (which is only relevant for some Special Inventory sources), the value can be used directly, as follows:

$$Q_{NG,lost} = Q_{fuel}$$

where:

$Q_{NG,lost}$ = the volume of natural gas lost or used by the source annually (MMscf/year)

$Q_{fuel}$ = the total annual volume of fuel combusted by the source (MMscf/year)

### Natural Gas Lost, Method 2: From Reported VOC Emissions

This alternative method only applies to Point Source Inventory non-engine combustion sources:

$$Q_{NG,lost} = E_{VOC} * \frac{1}{EF_{VOC}} * \left(\frac{2204.62lb}{1tonne}\right) * \left(\frac{1}{HHV}\right) * \left(\frac{1MM}{1e6}\right)$$

where:

$Q_{NG,lost}$ = the volume of natural gas lost or used by the source annually (MMscf/year)

$E_{VOC}$ = the mass of VOCs emitted by the source annually (tonne/year)

$EF_{VOC}$ = the VOC emission factor for the source (lb/MMBtu)

$HHV$ = the higher heating value of the fuel (Btu/scf).

## Methane Lost, for All Sources: Convert from Natural Gas Lost

For all sources, the conversion from estimated natural gas lost to estimated methane lost is completed as shown:

$$Q_{CH_4,lost} = Q_{NG,lost} * \frac{MW_{gas}}{MW_{CH_4}} * f_{CH_4}$$

where:

$Q_{NG,lost}$ = the volume of natural gas lost or used by the source annually (MMscf/year)

$Q_{CH_4,lost}$ = the volume of $CH_4$ lost or used by the source annually (MMscf/year)

$f_{CH_4}$ = the fraction of $CH_4$ in the production gas by mass (unitless)

$MW_{gas}$ = the molecular weight of the production gas (lb/lb-mole)

$MW_{CH_4}$ = the molecular weight of $CH_4$ (16.0 lb/lb-mole).

## Summary of Adjustments to Estimated Emissions

Emissions from production sources in the Point Source Inventory are adjusted by allocation across co-products at the county-level, as follows:

$$E_{final} = [E_{raw}] * [Allocation_{county}]$$

where:

$E_{raw}$ = the unadjusted emissions estimate, e.g.,

$$E_{CO_2} = Q_{fuel} * \left(\frac{1.0lb - mole}{379.3scf}\right) * MW_{gas} * f_C * f_O * \left(\frac{44g - CO_2}{12g - C}\right) * \frac{1tonne}{2204.62lb}$$

$Allocation_{county}$ = the county-level allocation of emissions across co-products.

Emissions from production sources in the Area Source Inventory are adjusted by allocation across co-products at the county level and the adjustment for changes in production volumes, as follows:

$$E_{final} = [E_{raw}] * [Allocation_{county}] * [Adjustment_{county}]$$

where:

$E_{raw}$ = the unadjusted emissions estimate

$Allocation_{county}$ = the county-level allocation of emissions across co-products

$Adjustment_{county}$ = the county-level adjustment of emissions from 2008 to 2009 estimates.

Adjustments to emissions from production sources in the Special Inventory differ from this by (1) allocation across co-products at the site-level, rather than at the county-level, (2) requiring site-level and inventory-level corrections, and (3) not requiring the production volume adjustment, as follows:

$$E_{final} = [E_{raw}] * [Correction_{site}] * [Correction_{inventory}] * [Allocation_{site}]$$

where:

$E_{raw}$ = the unadjusted emissions estimate

$Correction_{site}$ = the site-level adjustment factor that accounts for the non-report of sources at the site that are below the reporting threshold for the Special Inventory

$Correction_{inventory}$ = the adjustment factor to all Special Inventory results that accounts for the "98% completion rate" of the inventory reported by the TCEQ

$Allocation_{site}$ = the site-level allocation of emissions across co-products.

Emissions from processing sources in the Point Source Inventory are adjusted by allocation across co-products at the basin-level, as follows:

$$E_{final} = [E_{raw}] * [Allocation_{basin}]$$

where:

$E_{raw}$ = the unadjusted emissions estimate

$Allocation_{basin}$ = the basin-level allocation of emissions across co-products.

Finally, emissions from processing sources in the Special Inventory are adjusted by the inventory-level and site-level corrections and by allocation across co-products at the basin level, as follows:

$$E_{final} = [E_{raw}] * [Correction_{site}] * [Correction_{inventory}] * [Allocation_{basin}]$$

where:

$E_{raw}$ = the unadjusted emissions estimate

$Correction_{site}$ = the site-level adjustment factor that accounts for the non-report of sources at the site that are below the reporting threshold for the Special Inventory

$Correction_{inventory}$ = the adjustment factor to all Special Inventory results that accounts for the "98% completion rate" of the inventory reported by the TCEQ

$Allocation_{basin}$ = the basin-level allocation of emissions across co-products.

## Greenhouse Gas Emission Factors

To create emissions factors for process stages, the sum of estimated emissions for sources in each stage is divided by the production volume of gas associated with those emissions. The relevant statistics exist at the county level for production sources and at the basin level for processing sources.

For sources in the production stage, emissions and production can be associated at the county level. This emission factor focuses only on natural gas production from gas wells, omitting the

casinghead gas produced as a co-product from oil wells. Specifically, for $CH_4$ emissions associated with production (and where $CO_2$ is calculated analogously):

$$EF_{CH_4,prod,i} = \frac{\sum_{n \in N_{prod,i}} E_{CH_4,n}}{Q_{GWgas,i}}$$

where:

$EF_{CH_4,prod,i}$ = the $CH_4$ emission factor for production in county $i$ (tonne/Mcf)

$E_{CH_4,n}$ = the mass of $CH_4$ emitted from source $n$ annually (tonne/year)

$N_{prod,i}$ = the set of production sources in county $i$

$Q_{GWgas,i}$ = the volume of gas produced from gas wells in county $i$ annually (Mcf/year).

For sources in the processing stage, however, emissions and production can only be associated at the basin level because centralized processing sites likely process Barnett Shale gas produced in neighboring counties. In addition, the gas processed by these facilities includes gas produced both from gas wells and oil wells (i.e., casinghead gas), and the denominator includes the sum of these two volumes, accordingly. Specifically, for $CH_4$ emissions associated with processing (and where $CO_2$ is calculated analogously):

$$EF_{CH_4,proc} = \frac{\sum_{n \in N_{proc}} E_{CH_4,n}}{Q_{GWgas} + Q_{Cgas}}$$

where:

$EF_{CH_4,proc}$ = the $CH_4$ emission factor for processing in the basin (tonne/Mcf)

$E_{CH_4,n}$ = the mass of $CH_4$ emitted from source $n$ annually (tonne/year)

$N_{proc}$ = the set of processing sources in the basin

$Q_{GWgas}$ = the volume of gas-well gas produced in the basin annually (Mcf/year)

$Q_{Cgas}$ = the volume of casinghead gas produced in the basin annually (Mcf/year).

The estimation strategy for the processing stage is exposed to a risk of leakage of production volumes both into and out of the basin, where the former corresponds to emissions caused by the processing of gas not accounted for in the basin's production statistics and the latter to gas included in the production statistics that is not accounted for in the processing emissions because such processing occurs outside the basin. The potential for bias from leakage is expected to be small because of the costs incurred in shipping unprocessed gas unnecessarily, as well as the relatively small amount of production in neighboring counties (the sum of which is only 8% the sum of gas production within the basin). Further, the potential for leakage in both directions increases the likelihood that any bias introduced by one direction of leakage will be cancelled by that in the other direction. But if not completely cancelling, the small scale of production outside the basin suggests that the sum of leakage would be out of the basin, meaning the estimates will underestimate emission factors.

# From Inventory to LCA

The final estimate of life cycle GHG emissions is calculated as:

$$EF_{LifeCycle} = \left(\frac{1}{TE}\right)$$
$$* \left[\frac{EF_{PreProduction}}{L_1} + \frac{EF_{Production}}{L_2} + \frac{EF_{Processing}}{L_3} + \frac{EF_{Transmission}}{L_4} + \frac{EF_{Disposal}}{L_2}\right]$$
$$+ EF_{Combustion} + EF_{Construction} + EF_{Decommissioning}$$

where:

$EF_{LifeCycle}$ = the emission factor for the entire life cycle (g GHG/kWh generated)

$TE$ = the thermal efficiency of the power plant (kWh-equivalent input/kWh generated)

$EF_{PreProduction}$ = the emission factor for all pre-production processes, including completions and workovers, amortized by the lifetime EUR (g GHG/kWh-equivalent extracted)

$EF_{Production}$ = the emission factor for all production processes (g GHG/kWh-equivalent produced)

$EF_{Processing}$ = the emission factor for all gas processing processes (g GHG/kWh-equivalent processed)

$EF_{Transmission}$ = the emission factor for all processed gas transmission processes (g GHG/kWh-equivalent transmitted)

$EF_{Disposal}$ = the emission factor for all produced-water disposal processes (g GHG/kWh-equivalent produced)

$EF_{Combustion}$ = the emission factor for combustion at the power plant, based on the assumed TE (g GHG/kWh generated)

$EF_{Construction}$ = the emission factor for all power-plant construction processes, amortized over the lifetime production of the power plant (g GHG/kWh generated)

$EF_{Decommissioning}$ = the emission factor for all power-plant decommissioning processes, amortized over the lifetime production of the power plant (g GHG/kWh generated)

$L_1$ = a loss factor representing the portion of gas extracted that remains in the product flow to be used as an input for combustion, reflecting process-chain losses inclusive of this life cycle stage onward (kWh-equivalent extracted/kWh-equivalent input)

$L_2$ = a loss factor representing the portion of gas produced that remains in the product flow to be used as an input for combustion, reflecting process-chain losses inclusive of this life cycle stage onward (kWh-equivalent produced/kWh-equivalent input)

$L_3$ = a loss factor representing the portion of gas processed that remains in the product flow to be used as an input for combustion, reflecting process-chain losses inclusive of this life cycle stage onward (kWh-equivalent processed/kWh-equivalent input)

$L_4$ = a loss factor representing the portion of gas transmitted that remains in the product flow to be used as an input for combustion, reflecting process-chain losses inclusive of this life cycle stage onward (kWh-equivalent transmitted/kWh-equivalent input).

Using this formula, life cycle GHG emissions are estimated as shown in Table 21.

**Table 21. Life Cycle GHG Emissions Values (g $CO_2$e/kWh,100-yr)**

| | | Not Separated | From $CO_2$ | From Methane | Sum Base-EUR | Sum High-EUR | Sum Low-EUR |
|---|---|---|---|---|---|---|---|
| | EUR (bcf) | | | | 1.42 | 4.26 | 0.45 |
| **Fuel Cycle** | Pre-Production (non-completions)[a] | | 13.9 | | 13.9 | 4.6 | 44.6 |
| | Completions and Workovers[b] | | | 20.2 | 20.2 | 6.7 | 65.0 |
| | Production | | 3.3 | 3.0 | 6.3 | 6.3 | 6.3 |
| | Processing | | 15.6 | 2.4 | 18.0 | 18.0 | 18.0 |
| | Produced Water Disposal | | 0.0 | 0.7 | 0.7 | 0.7 | 0.7 |
| | Transmission[c] | | 3.2 | 16.2 | 19.4 | 19.4 | 19.4 |
| **Power Plant** | Construction and Decommissioning[d] | 1.2 | | | 1.2 | 1.2 | 1.2 |
| | Combustion at Power Plant[e] | | 359.0 | | 359.0 | 359.0 | 359.0 |
| **Overall** | Life Cycle | 1.2 | 395.0 | 42.4 | 438.6 | 415.8 | 514.1 |

[a] Although lower estimates for this stage have been published, reported emissions increase as the comprehensiveness of processes considered increase. So we use the highest published estimate for this stage that provided results in a form that could be adjusted by EUR (Santoro et al., 2011).

[b] Based on EPA (2011) estimate of 9,175 Mcf natural gas emission/completion, 1% of wells/year workover rate (EPA 2012b), 30-year assumed lifetime (Skone et al. 2011), and 22-county, Barnett Shale average natural gas molecular weight of 20.1 lb/lb-mol and 66.2% methane by mass.

[c] Based on Skone et al. (2011)

[d] Based on Skone and James (2010)

[e] Based on Skone et al. (2011)

# Appendix C:  Requirements, Standards, and Reporting

**Table 22. State Revisions to Oil and Gas Laws**

| | |
|---|---|
| **PA** | Updated regulations in 2010. Particular emphasis on well construction, disclosure, handling and disposal of recovered fluids. New 2012 legislation also created new setbacks, environmental impact analysis requirements, new fees, floodplain drilling restrictions, restoration requirements, general containment requirements, public disclosure requirements, restricted local control. |
| **NY** | Proposed major overhaul of regulations in 2011 specifically to address high-volume hydraulic fracturing. Some of the most comprehensive rules in the nation. Added new subpart 560 containing definitions specific to high-volume hydraulic fracturing, setback, reporting, weil construction, and reclamation standards. |
| **CO** | Major overhaul of regulations in 2009. In 2011, revised disclosure rule, added a requirement that operators must notify Commission within 48 hours of intention to fracture and provide landowners within 500 feet of proposed oil and gas location information regarding fracturing and how to collect baseline monitoring. |
| **WY** | Updated regulations in 2010. Revised disclosure and pit requirements; strengthened presumptive Best Available Control Technology requirements for air emissions (green completions in Jonah Pinedale Anticline Area and Concentrated Development Areas). |
| **TX** | Updated air rules and implemented disclosure rule in January 2012. |
| **LA** | Finalized new disclosure rule in October 2011. |

**Table 23. Fracking Fluid Disclosure Requirements**

| | Colorado | Louisiana | New York | Pennsylvania | Texas | Wyoming |
|---|---|---|---|---|---|---|
| **State Code** | COGCC Rule 205A | La. Admin Code. tit. 43, pt. XIX, § 118 | Draft SGEIS 8.2.1.1 | Act 13, §3222, 3222.1 | 16 Tex. Admin Code § 3.29 | WOGCC Rules, Ch. 3 § 45 |
| **Takes Effect** | February 1, 2012 | October 20, 2011 | Proposed 2011 | April 16, 2012[157] | February 1, 2012 | October 17, 2011 |
| **Duty to Report?** | Yes. Names of products in fracking fluids, chemicals in fracking fluids, associated chemical abstract numbers. | Yes. Names of products in fracking fluid, chemical ingredients in fracking fluid, chemical concentrations of hazardous chemicals. | Yes. Fracking fluid additive products and material safety data sheets | Yes. Names of products in fracking fluid, chemicals in fracking fluid, associated chemical abstract service numbers. | Yes. Names of products in fracking fluid, associated chemical abstract numbers, volume of fracking fluid. | Yes. Names of products in fracking fluid, chemicals present in fluid, associated chemical abstract service numbers, volume of fracking fluid. |
| **To Whom?** | Yes, to Frac Focus provided public can search information by company, chemical ingredient, geographic area, and other criteria by Jan. 1, 2013. If not, COGCC will build its own searchable database.<br><br>Must also provide landowners within 500 feet of the well with information regarding fracking and baseline water sampling.[158] | Office of Conservation, district manager or Frac Focus | NY Department of Environmental Conservation for public disclosure | PA Department of Environmental Protection or Frac Focus. Similar requirement to CO that Frac Focus must be searchable by Jan. 1, 2013, or DEP may require other form of public disclosure. | Yes, to Frac Focus. | Yes to WOGCC website. |

---

[157] Note, however, that Act is enjoined pending resolution of legal challenge to its constitutionality on other grounds.

[158] 2 CCR 404-1, R. 305.e.(1).A. (2012).

| | Colorado | Louisiana | New York | Pennsylvania | Texas | Wyoming |
|---|---|---|---|---|---|---|
| **When?** | No later than 60 days after completion of fracking operation or no later than 120 days after commencement of fracking operation. | Within 20 days after operations are complete. | Prior to drilling. | Within 60 days of completion of well completion | On or before date operator submits Well Completion Report; operator must also upload required information to Disclosure Registry. | Before fracking begins (APD) and after operation is complete (Well Completion Report Form). |
| **Trade Secret Exemption?** | Yes, for chemicals but not for chemical family name. | Yes, for chemicals but not for chemical family. | Yes, but must still disclose information regarding properties and effects of hazardous chemical. | Yes, for chemicals but not for chemical family. Claims governed by PA's "Right to Know" law, which requires companies submit trade secret information to the DEP. Citizens may challenge information. | Yes, for chemicals but not for chemical family.[159] | Yes, operator can make a request to WOGCC to keep proprietary information confidential. |
| **Trade Secret Disclosure?** | Yes, trade secrets must be disclosed to medical professional in event of medical emergency, to Commission to respond to a spill, release or complaint or if needed for diagnosis or treatment of exposed individual. Disclosure must be kept confidential. | Yes, if required to be provided to a health care professional, doctor, or nurse. | Yes to health professionals, employees and designated representatives. | Yes, if required to be provided to a health care professional in event of an emergency. Disclosure must be kept confidential. | Yes, to health professionals and emergency responders to diagnose, treat, or otherwise respond to an emergency. Disclosure must be kept confidential. | No. |

[159] The Texas law contains provisions that allow landowners on whose property operations are taking place, landowners with adjacent property to operations, or state departments and agencies with jurisdiction over matters relevant to trade secret information to challenge a claim of trade secret.

169 – Appendix C

### Table 24. Water Acquisition Requirements

| Play/Basin | Permit for Withdrawal | Reporting | Other Requirements | Recycling |
|---|---|---|---|---|
| **North San Juan (Colorado)** | Permit for groundwater withdrawal outside designated ground water basin.[160] | Must report total volume of water used in fracking job to Frac Focus.[161] | Local requirements apply.[162] | None.[163] |
| **Upper Green River (Wyoming)** | Yes[164] | Yes, limited to amount, not source.[165] | None identified. | None. |
| **Marcellus (New York)** | Yes[166] | Operator must identify source of water in permit and report annually on aggregate amounts withdrawn or purchased.[167] | Monitoring and other requirements to ensure no degradation to water quality and quantity.[168] | Must develop a wastewater source reduction strategy identifying the methods and procedures operators will use to maximize recycling and reuse of flow back or production fluid either to fracture other wells or for approved beneficial uses.[169] |

---

[160] C.R.S. §§ 37-90-137, 37-92-308 (2011). See also http://cogcc.state.co.us/Library/Oil_and_Gas_Water_Sources_Fact_Sheet.pdf. The Colorado Ground Water Commission may define and alter designated groundwater basins within the state based on adequate factual information. See C.R.S. §37-90-106 (2012).

[161] COGCC R. 205A(b)(2)(A)(viii) (2012).

[162] See, for example, Archuleta County Land Use Code Section 9.2: Archuleta County's Oil and Gas Development Permit Provisions (Amended Dec. 2010) http://www.archuletacounty.org/Planning/Section%209%20-%20Mining%20December%202010.pdf.

[163] See Response of the Colorado Oil and Gas Conservation Commission to the STRONGER Hydraulic Fracturing Questionnaire, 32, http://cogcc.state.co.us/Library/HydroFracStronger/COGCC_Response_To_STRONGER_06132011.pdf (noting that R. 907(a)(3) encourages recycling by encouraging operators to submit waste management plans that may provide for reuse of waste water. Rules 903 and 907 encourage recycling by providing for multi-well pits. R. 902.e and 903.a.(4) creates new pit classification for multi-well pits. "These pits are often centrally located in the oil or gas field, are used to store fluids from multiple wells, and may include treatment areas where fracturing flowback fluids and produced water can be brought up to specifications. COGCC is also working with several operators on waste sharing plans that will facilitate the reuse and recycling of fracturing fluids and produced water."

[164] National Conference of State Legislatures, "State Water Withdrawal Regulations," http://www.ncsl.org/issues-research/env-res/state-water-withdrawal-regulations.aspx.

[165] Conversation with Rick Marvel, engineer, WOGCC, May 29, 2012.

[166] NYSGEIS § 7.1.1.1. Withdrawal permits will include conditions to monitor and enforce water quality and quantity standards and requirements. If withdrawing from within 500 feet of wetlands, must require monitoring during pump test. Lowering groundwater levels at or below wetlands is a significant impact triggering site-specific State Environmental Quality Review Act review. Withdrawals from groundwater within 500 feet of private wells also trigger site-specific State Environmental Quality Review Act reviews.

[167] Id.

[168] See Id (discussing various standards such as passby flow requirements, water conservation practices, and protections for aquatic life that may be included by permit).

[169] NYSGEIS § 5.12.

| Play/Basin | Permit for Withdrawal | Reporting | Other Requirements | Recycling |
|---|---|---|---|---|
| **Marcellus (Pennsylvania)** | Cannot withdraw without approved water management plan.[170] | Report list of water sources used under approved water management plan and volume of water.[171] | Water management plan that includes plan for reuse of fluids.[172] | Water management plan must include plan for reuse of fluids used to fracture wells.[173] Well completion report must include total volume of water recycled.[174] |
| **Haynesville (Louisiana)** | None identified. | Must report water source and volumes after completion or recompletion.[175] | None. | Regulations recognize processing of E&P waste into reusable materials as alternative to other means of disposal and authorizes commercial facilities for the purpose of generating reusable material.[176] |
| **Eagle Ford (Texas)** | Yes.[177] | Report total volume of water used in fracking to Frac Focus.[178] | None identified. | None. |
| **Barnett (Texas)** | Yes. | Report total volume of water used in fracking to Frac Focus.[179] | None identified. | None. |

---

[170] 58 PA Con. Stat. ch. 32, § 3211(m). Condition of all permits to hydraulically fracture natural gas wells in unconventional formations.

[171] *Id.* § 3222(b.1)(1)(vi) (2012).

[172] 58 PA Con. Stat. ch. 32, § 3211(m). Operators must develop water management plan, which must be approved by DEP, governing withdrawals or use of water. Approval of plan is contingent on determination that withdrawal/use will not adversely affect quantity or quality of water, will protect and maintain designated and existing uses of water supply, will not cause adverse impact to water quality in watershed and will include a reuse plan for fluids for hydraulically fractured wells. If plan is operated in accord with conditions established by the Susquehanna River Basin Commission, the Delaware River Basin Commission or the Great Lakes Commission, it is presumed to meet above conditions.

[173] 58 PA Con. Stat. ch. 32, §. 3211(m)(2)(iv).

[174] *Id.* § 3222(b.1)(1)(vi) (2012).

[175] Well History and Work Resume Report, Form WH-1, Louisiana Hydraulic Fracturing State Review, 5 (March 2011), http://www.strongerinc.org/documents/Final%20Louisiana%20HF%20Review%203-2011.pdf.

[176] La. Admin. Code tit. 43:XIX, § 565 (2010).

[177] Tex. Water Code, tit. 2, ch. 11. *See also* http://www.rrc.state.tx.us/barnettshale/wateruse.php Short-term permits issued by Texas Commission on Environmental Quality Regional Offices and permits for more than 10 acre-feet of water or for a term lasting more than 1 year are issued by the Commission's Water Rights Permitting Team.

[178] 16 Tex. Admin. Code § 3.29(c)(2)(A)(viii) (2011).

[179] *Id.*

**Table 25. Well Construction Standards**

| Play/Basin/ Jurisdiction | Cement Bond Log | Minimum Surface Casing Depth | Pressure Tests for Casing | Monitor Bradenhead Annulus Pressure |
|---|---|---|---|---|
| Federal Lands[180] | Yes. | None. | Yes. Mechanical integrity test required before each well stimulation operation. | No. But must continuously monitor and record pressure during well stimulation and notify if annulus pressure increases by more than 500 lbs per square inch. |
| North San Juan (Colorado) | Yes. Required on all production casing, or in the case of production liner, the intermediate casing.[181] | None specified in rules, but OGCC requires casing be set at least 50 feet below aquifer to ground surface. | Yes. Must test production casing during completion and production.[182] | Must monitor and record bradenhead annulus pressure during fracking and notify COGCC of conditions indicating fracking fluids have escaped producing reservoir.[183] |
| Upper Green River (Wyoming) | No specific requirement.[184] | None specified but casing must be run below known or reasonably estimated utilizable fresh water levels.[185] | No. Mechanical integrity tests may be required but not mandatory.[186] | No |
| Barnett (Texas) | No. | None specified but all usable-quality water zones be isolated and sealed off to effectively prevent contamination or harm.[187] | All casing must be steel casing that has been hydrostatically pressure tested with an applied pressure at least equal to max. pressure to which pipe will be subjected in the well | All wells must be equipped with a bradenhead. Must notify district office when pressure develops between any two strings of casing. Must perform a pressure test with bradenhead if well shows pressure on the bradenhead.[188] |

[180] BLM (2012). "Proposed Rule: Oil and Gas; Well Stimulation, Including Hydraulic Fracturing, on Federal and Indian Lands," Department of Interior, May 4, 2012, http://www.doi.gov/news/pressreleases/loader.cfm?csModule=security/getfile&amp;pageid=293916.

[181] COGCC R. 317(o).

[182] *Id.* at 317(j).

[183] *Id.* at 341.

[184] WOGCC Rules, ch. 3, §§ 12, 21, requires submission of well logs, which includes "electrical, radioactive, or other similar log runs," which may, but does not necessarily, include cement bond logs.

[185] *Id.* § 22(a)(i).

[186] *Id.* § 45.

[187] 16 Tex. Admin. Code § 3.13.

[188] *Id.* § 3.17.

| Play/Basin/ Jurisdiction | Cement Bond Log | Minimum Surface Casing Depth | Pressure Tests for Casing | Monitor Bradenhead Annulus Pressure |
|---|---|---|---|---|
| **Eagle Ford (Texas)** | No. | None specified but all usable-quality water zones must be isolated and sealed off to effectively prevent contamination or harm.[189] | All casing must be steel casing that has been hydrostatically pressure tested with an applied pressure at least equal to the maximum pressure to which pipe will be subjected in the well. | All wells must be equipped with a bradenhead. Must notify district office when pressure develops between any two strings of casing. Must perform a pressure test with bradenhead if well shows pressure on the bradenhead.[190] |
| **Haynesville (Louisiana)** | Yes, operator must run cement bond log, temperature survey, X-ray log, density log, or other acceptable test.[191] | None.[192] | Surface, intermediate, and producing casing must be tested depending on their depth.[193] | No. |
| **Marcellus (New York)** | Department may require a cement bond long or other measures to ensure adequacy of the bond.[194] | Must be set to at least 75 feet beyond deepest fresh water zone or bedrock, whichever is deeper. | No.[195] | No. |
| **Marcellus (Pennsylvania)** | In response to a potential natural gas migration incident, the department may require operator to evaluate adjacent oil and gas wells with different measures, including cement bond logs.[196] | Must be set 50 feet below deepest fresh groundwater or at least 50 feet into consolidated rock, whichever is deeper.[197] | Yes. New casing must have an internal pressure rating that is at least 20% greater than anticipated maximum pressure to which casing will be exposed. Used casing must be pressure tested after cementing and before continuation of drilling.[198] | No. |

---

[189] *Id.* § 3.13.
[190] *Id.* § 3.17.
[191] La. Admin. Code, tit. 43, pt. XIX, §419(A)(3).
[192] *Id.* § 109.
[193] *Id.*
[194] N.Y. Comp. Codes R. & Regs. tit. 6, ch. V, §559.6(d)(2).
[195] *Id.* § 557.2.
[196] 25 Pa. Code § 78.89.
[197] *Id.* § 78.83.
[198] *Id.* § 78.84.

173 – Appendix C

**Table 26. Baseline Monitoring Requirements**

| Play/Basin | Requirement |
|---|---|
| **North San Juan (Colorado)** | Operators drilling within 301–2,640 feet of surface water intended to be used for drinking water must collect baseline water samples from the surface water prior to drilling and 3 months after the conclusion of drilling or completion.[199]<br>Operators must collect water well samples from nearby wells prior to drilling, as well as 1, 3, and 6 years after completion.[200]<br>Operators must provide landowners within 500 feet of proposed oil and gas location with instruction as to how to collect baseline water samples.[201] |
| **Marcellus (New York)** | Operator must make reasonable attempt to sample and test all residential water wells within 1,000 feet of a wellpad; must be sampled prior to commencing drilling. If no well is located within 1,000 feet, or the surface owner denies permission, then the operator must sample all wells within a 2,000-foot radius. Monitoring continues at specified intervals as determined by the DEC.[202] |
| **Marcellus (Pennsylvania)** | PA law provides for a rebuttable presumption that a well operator is responsible for pollution of a private or public water supply if the supply is within 2,500 feet of an unconventional well and the pollution occurred within 12 months of the later of the completion, drilling, stimulation or alteration of the well. Operators can overcome this presumption by undertaking a pre-drilling or pre-alteration survey that demonstrates pre-existing contamination or if landowner or water purveyor refuses to allow the operator to test.[203] |

---

[199] 2 Colo. Code Regs. § 404-1; COGCC R. 317B(d)(e). Samples must be tested for BTEX, TDS, metals, and other specified parameters in the rules.

[200] Various Commission Orders. *See* COGCC Response to STRONGER, 4, available at http://cogcc.state.co.us/Library/HydroFracStronger/COGCC_Response_To_STRONGER_06132011.pdf. R. 608 extends the requirements set forth in Commission Orders to other parts of the state with CBM wells and requires operators to identify all plugged and abandoned wells within ¼ mile of proposed CBM well, assess the risk of leaking gas or water, make a reasonable good-faith effort to conduct pre-production soil gas survey of all plugged and abandoned wells within ¼ mile of proposed CBM well and post-production survey 1 and every 3 years after production has commenced, and sample water wells located within ¼ or ½ mile from proposed CBM well and within 1, 3, and 6 years thereafter.

[201] 2 Colo. Code Regs. § 404-1; COGCC R. 305.e.(1).A. (2012).

[202] N.Y. Comp. Codes R. & Regs. tit 6, § 560.5(d).

[203] 58 Pa. Cons. Stat § 3218(c).

**Table 27. Closed-Loop or Pitless Drilling Requirements**

| Play/Basin | Requirement | Date Adopted |
|---|---|---|
| **North San Juan (Colorado)** | Pitless drilling within 301–500 feet of surface water intended to be used for drinking water. Pitless drilling or containment of all flowback and stimulation fluids in liner pits within 501–2,640 feet of surface water intended to be used for drinking water unless operator can demonstrate pit will not adversely affect waters.[204] | 2008 |
| **Upper Green River (Wyoming)** | Closed system required where groundwater is less than 20 feet below surface.[205] | 2010 |
| **Marcellus (New York)** | Closed-loop tank system for drilling fluids and cuttings produced from horizontal drilling unless an acid rock drainage mitigation plan for on-site burial of such cuttings is approved by department.[206] Cuttings contaminated with oil-based mud or polymer-based mud must be contained and managed in a closed-loop tank system.[207] | Proposed 2011 |
| **Marcellus (Pennsylvania)** | Prohibits storage and disposal of production fluids and brine in pits unless permitted under Clean Streams Law.[208] | 2010 |
| **Barnett (Texas)** | Closed-loop mud system required for all drilling and reworking operations unless operations located on open space of at least 25 acres and not within 1,000 feet of residence or certain public places.[209] | 2009 |

---

[204] COGCC R. 317B(d)(1), (e)(1); R. 904. Colorado does not define pitless drilling. The definition of *pit* is a "natural or man-made depression in the ground used for oil or gas exploration or production purposes. Pit does not include steel, fiberglass, concrete or other similar vessels which do not release their contents to surrounding soils." COGCC R. 100.

[205] WY ADC Oil Gen. ch. 4, § 1(u). Commission has authority to require closed system in other instances to protect surface and ground water, human beings, wildlife and livestock. *Id.* Closed system "includes, but is not limited to, the use of a combination of solids control equipment (e.g., unconventional shakers, flow line cleaners, desanders, desilters, mud cleaners, centrifuges, agitators, and necessary pumps and piping) incorporated in a series on the rig's steel mud tanks, or a self-contained unit that eliminates the need for a reserve pit for the purpose of dumping and dilution of drilling fluids for the removal of entrained drilling solids. A closed system for the purpose of the Commission's rules does not automatically include the use of a small pit, even to receive cuttings." WY ADC Oil Gen. ch.1, § 2(k).

[206] NY Dept. of Envtl Conservation Proposed Rules, 6 N.Y. Comp. Codes R. & Regs. § 560.6. Closed-loop drilling system means a pitless drilling system where all drilling fluids and cuttings are contained at the surface within piping, separation equipment and tanks. 6 N.Y. Comp. Codes R. & Regs. § 750-3.2.

[207] New York Department of Environmental Conservation Proposed Rules, 6 N.Y. Comp. Codes R. & Regs. § 560.7.

[208] PA Office of Oil and Gas Mgmt. Rules, ch. 78.57.

[209] Fort Worth, Tex. Ordinance, § 15-42(A)(3), (A)(38)(b) (2009).

**Table 28. Produced Water Disposal**

| State | Direct | Indirect | Underground Injection Control | Ponds | Land | Reuse |
|---|---|---|---|---|---|---|
| CO | Yes, if water meets criteria for wildlife or agricultural propagation. CBM discharges via permit.[210] | Yes | Yes | Yes | Yes, water must meet state water-quality standard for agricultural/livestock use.[211] | Encouraged[212] |
| WY | Yes, if water meets criteria for wildlife or livestock watering or other agricultural uses.[213] | Yes | Yes | Yes | Yes, with permission.[214] | Encouraged[215] |
| TX | Yes[216] | No[217] | Yes | Yes, with permit.[218] | No[219] | No provisions |
| PA | No | Yes, for new and expanded discharges meeting standards. | Yes | Yes | Yes[220] | Yes[221] |
| NY | No | Yes operator must analyze POTW capacity and create contingency plan if the primary wastewater disposal is at POTW. | Yes[222] | No | Only with permission.[223] | Encouraged[224] |

---

[210] Colorado follows national effluent limitations. 2 Colo. Code Regs. §404-1; COGCC R. 907.

[211] 2 Colo. Code Regs. §404-1, COGCC R. 907. Standard is 3,500 mg/l.

[212] No specific requirements but COGCC R. 907(a)(3) encourages recycling by encouraging operators to submit waste management plans which may provide for reuse of waste water, see http://cogcc.state.co.us/Library/HydroFracStronger/COGCC_Response_To_STRONGER_06132011.pdf

[213] WY Water Quality Rules & Regs, ch. 2, appendix H. *See also* WOGCC Rules, ch. 4 §1 (ee).

[214] WOGCC Rules, ch. 4 §1 (mm)

[215] *Id.* § 1(z). No specific requirements although "Commission encourages the recycling of drilling fluids and by administrative action approves the transfer of drilling fluids intended for recycling.

[216] Personal communication with John Becker, Texas Railroad Commission.

[217] Based on conversation with Phillip Urbany, engineer, TX Commission on Environmental Quality, May 29, 2012.

[218] 16 Tex. Admin. Code §3.8(d)(2).

[219] Our research did not identify any prohibition on land application but also no clear authorization.

[220] 25 Pa. Code §78.63.

[221] AB 13, Sec. 3211(m).

| State | Direct | Indirect | Underground Injection Control | Ponds | Land | Reuse |
|-------|--------|----------|-------------------------------|-------|------|-------|
| LA | No[225] | Discharge to a POTW is not a permissible disposal method for produced water in Louisiana.[226] | Yes | Yes | Yes[227] | No provisions |

---

[222] N.Y. Comp. Codes R. & Regs. tit. 6, §750-1.24. *See also* 40 C.F.R. 144 & 146.

[223] Revised SGEIS at 7-60: Those wanting to road spread production brine must petition for a beneficial use determination. NORM concentrations in Marcellus Shale likely won't allow road spreading of brine, but "[a]s more data becomes available, it is anticipated that petitions for such use will be evaluated by the Department."

[224] Proposed N.Y. Comp. Codes R. & Regs., tit. 6, §560.7. Removed pit fluids must be disposed, recycled or reused as described in approved fluid disposal plan. Operator must submit fluid disposal plan (see regs at 750. 3.12).

[225] EPA National effluent limitation, *see* 40 CFR ch. I, subch. N; see also http://www.deq.louisiana.gov/portal/Portals/0/planning/Permits%20Docs/Timeline022912mcm-Version%204.pdf (discharges prohibited onto vegetated areas, soil, intermittently exposed sediment surface, lakes, rivers, streams, bayous, canals, or other surface waters regionally characterized as upland, freshwater swamps, freshwater marshes, natural or manmade water bodies bounded by freshwater swamp/marsh).

[226] *See* La. Admin Code titl. 43, pt. XIX, §313.

[227] *Id.* §313(D).

177 – Appendix C

## Table 29. Green Completion Requirements

| Play/Basin/Jurisdiction | Requirement | Flaring/Venting Allowed | Local |
|---|---|---|---|
| Federal[228] | Hydraulically fractured gas production wells must capture and route all saleable gas to a sales line during flowback starting in 2015. Exception for low-pressure wells. Does not apply to exploratory or delineation wells. | Pit flaring allowed until 2015 and thereafter allowed for non-recoverable gas. Venting allowed where flaring presents safety hazard or if flowback is noncombustible. | N/A |
| North San Juan (Colorado)[229] | Must use green completion practices to route saleable gas to sales line as soon as practicable. Does not apply to low-pressure or wells with less than 500 MCFD of naturally flowing gas. Exception for exploratory wells and wells not sufficiently proximate to sales lines. | Gaseous phase of non-flammable effluent may be flared or vented until flammable gas is encountered for safety reasons. During upset conditions. If variance granted. | Cannot vent or flare well directly to atmosphere without first going to separation equipment or portable tank.[230] |
| Upper Green River (Wyoming)[231] | Must eliminate VOCs and hazardous air pollutants to the extent practicable by routing liquids to tanks and gas to sales line or collection system. Does not apply to exploratory wells. | Permitted when required by specific operational events or circumstances. | None |

---

[228] U.S. EPA, Final Rule, Oil and Natural Gas Sector: "New Source Performance Standards and National Emission Standards for Hazardous Air Pollutants Reviews," (2012).
[229] COGCC R. 805(b)(3).
[230] Archuleta County Land Use Code Sec. 9.2.6.3: Archuleta County's Oil and Gas Development Permit Provisions (Amended Dec. 2010)  http://www.archuletacounty.org/DocumentView.aspx?DID=295.
[231] Wyoming Oil and Gas Production Facilities, ch. 6, § 2 Permitting Guidance (March 2010), http://deq.state.wy.us/aqd/Oil%20and%20Gas/March%202010%20FINAL%20O&G%20GUIDANCE.pdf.

| Play/Basin/Jurisdiction | Requirement | Flaring/Venting Allowed | Local |
|---|---|---|---|
| **Barnett (Texas)** | None | N/A | All wells that have a sales line must use techniques or methods that minimize the release of natural gas and vapors to the environment during flowback except wells permitted prior to July 1, 2009, or the first well on a pad site.[232] |
| **Marcellus (New York)** – *Proposed* | REC whenever sales line available.[233] | Yes, if no sales line available. | None identified |

---

[232] Fort Worth, Tex., Ordinance No. 18449-02-2009, § 15-42(A)(28).

[233] Proposed mitigation requirement via permit condition. New York Department of Environmental Compliance, Revised Draft SGEIS, §7.6.8.

### Table 30. Setback Requirements

| Play/Basin | State-Distance from home | State-Distance from Private Water Well | State-Distance from source of drinking water | Local | Vertical fragmentation? |
|---|---|---|---|---|---|
| Barnett (Texas) | 200 feet[234] | None | None | 600 feet from home, 200 feet to fresh water well[235] | Yes |
| Eagle Ford (Texas) | 200 feet | None | None | 500 feet from home,[236] 200 feet from home[237] | Yes |
| Haynesville (Louisiana) | 500 feet[238] | None | None | None | No |
| Marcellus (Pennsylvania) | 500 feet[239] | 500 feet[240] | 1,000 feet[241] | 200 feet from home or water well[242] | Yes, under current law[243] |
| Marcellus (New York) | None | 500 feet[244] | 500 feet[245] | N/A[246] | Yes, in that localities have banned development altogether, and if the state moratorium is lifted, it seems likely localities will attempt to regulate this area |

[234] Tex. Local Gov't Code 253.005(c).

[235] Fort Worth, Tex.; Ordinance No. 18449-02-2009.

[236] City of Burleson, Tex., Ordinance B-790-09.

[237] Fayette County, Tex., Ordinance. Local zoning ordinance provides for the same 200-foot setback limit from residential homes but ordinance notes "Zoning Hearing Board may attach additional conditions to protect the public's health, safety, and welfare, including increased setbacks."

[238] State of La. Office of Conservation, Order No. U-HS (Aug. 1, 2009), http://dnr.louisiana.gov/assets/docs/news/2009/U-HS.pdf. *See also Louisiana Hydraulic Fracturing State Review*, (Mar. 2011), 5.

[239] Act 13, § 3215(a) (Unconventional wells cannot be drilled within 500 ft. of building or water well, without consent of the owner of the building or well).

[240] *Id.* DEP shall grant a variance from specified setback requirements if the restriction deprives the owner of the oil and gas rights of the right to produce or share in the oil or gas underlying the surface tract. Note, the statute also provides for a 300-foot setback from streams, springs, other bodies of water identified on a U.S. Geological Survey map, or wetlands, although these "shall" also be waived upon submission of a plan containing additional measures to protect waters. *Id.* § 3215(b).

[241] *Id.*

[242] South Franklin Township, Pa.; Ordinance No. 4-2008 (Wells may not be drilled within 200 feet from an existing habitable structure or existing water well without express written consent of the owner).

[243] Act 13 supersedes all local ordinances purporting to regulate oil and gas operations, other than those adopted pursuant to Pennsylvania municipalities and planning code and Flood Plain Management Act. However, implementation of this provision of the law has been enjoined pending resolution of a legal challenge brought by a number of local governments.

[244] Proposed 6 N.Y. Comp. Codes R. & Regs. 560.4(a)(1) (Well pad must be at least 500 ft. from a private water well unless waived by water well owner).

[245] *Id.* at 560.4(a)(2) (Well pads may not be located within 500 feet of the boundary of a primary aquifer). In addition, NY prohibits well pads within a primary aquifer, 100-year floodplain, and within 2,000 ft. of any public

| Play/Basin | State-Distance from home | State-Distance from Private Water Well | State-Distance from source of drinking water | Local | Vertical fragmentation? |
|---|---|---|---|---|---|
| North San Juan (Colorado) | 150 feet[247] | None | Buffer Zones to protect surface water intended for drinking water | 450 from home without consent[248] | Yes |
| Upper Green River (Wyoming) | 350 feet[249] | None | None | None | No |

---

water supply well, reservoir, natural lake or man-made impoundment except those constructed for fresh water storage associated with hydraulic fracturing, and river or stream intakes. *Id.* at 560.4(a)(2)-(4).

[246] Our research did not identify any local laws directly regulating unconventional gas development in NY.

[247] COGCC R. 603(a). In high-density areas, wellheads must be at least 350 ft. from buildings. *Id.* at 603.e(2).

[248] Chapter 90 – La Plata County's Oil and Gas regulations, § 90-122: http://co.laplata.co.us/sites/default/files/departments/planning/chapter_90_adopted_12_7_2010.pdf ; Archuleta County Land Use Code Section 9.2.6.2: Archuleta County's Oil and Gas Development Permit Provisions (Amended Dec. 2010) http://www.archuletacounty.org/DocumentCenter/Home/View/295.

[249] Pits, wellheads, pumping units, tanks and treaters shall be located no closer than 350 ft. from designated public places. Supervisor may extend setbacks or grant exceptions for good cause. WY ADC Oil Gen. ch. 3, § 22(b).

# Appendix D:  Risk Factor Data

This appendix provides more detailed information on the six selected shale plays considered in this study. For each play, where data are available, we provide 1) an overview of the shale play geology and resource potential, 2) trend data on the number of wells being drilled, 3) information about water usage per well, 4) information on produced water volumes and wastewater management practices, 5) issues associated with freshwater acquisition, and 6) reported data on violations. In addition, this appendix provides more information about the severity index used for water violations (D.7).

## Marcellus Shale Play, Pennsylvania

### Overview

The Marcellus Shale formation extends across 600 miles within four states, covering an area of about 54,000 square miles. The thickness of the formation varies, but is typically thicker in the east (up to 250 feet) and thins toward the west (Sumi 2008). The Marcellus Shale is the middle Devonian layer between the upper Middle Devonian Mahantango and underlying Middle Devonian Onodaga Limestone formation (USGS 2011). Estimates of the total economically recoverable natural gas in the basin have changed significantly over the years—from an initial estimate of 1.9 trillion cubic feet (Tcf) in 2002 to 168–516 Tcf in 2008 (UM 2010). The U.S. Geological Survey recently estimated mean undiscovered resources for natural gas liquids of 3,379 million barrels and for natural gas of 84,198 billion cubic feet (USGS 2011).

Figure 63 shows the extent and approximate depth of the Macellus formation, which underlies New York, Pennsylvania, Maryland, West Virginia, and Ohio.



**Figure 63. Extent of Marcellus Shale**

### Number of Wells

As of December 15, 2011, the Marcellus Shale Basin had 88 active operators. More than 9,600 permits have been submitted, with 9,328 issued. Only 36 permits have been denied since 2005 (PA DEP 2011a).The operators with the most permits in the Marcellus Shale include Chesapeake

Appalachia LLC with 1,614 drilling permits, Range Resources Appalachia LLC with 917 permits, and Talisman Energy USA Inc., with 896 permits (PA DEP 2012e).

However, the number of permits does not necessarily reflect the number of wells drilled. Only 44% of the permits resulted in a drilled well (PA DEP 2011b). Figure 64 shows the total number of permits vs. wells drilled in 2010. Figure 65 shows the total number of wells drilled in 2011.



**Figure 64. Marcellus Shale permits issued vs. number of wells drilled (PA DEP 2011b)**

## *Water Usage per Well*

Some 102 wells in the Marcellus Shale of Pennsylvania were randomly selected for an analysis of water usage per well. The total volume of water per well was acquired through fracfocus.org, and all other information (e.g., latitude, longitude, spud date) was gathered from the fractracker.com data set, "All Wells Marcellus," a compilation of data from the Pennsylvania Department of Environmental Protection (DEP). API numbers and well location files were cross checked between the fractracker and fracfocus data sets. Reporting to fracfocus is voluntary, causing some data to not match official API numbers and latitude/longitude found in regulated DEP data. If discrepancies occurred, then fracfocus data were discarded and a new well was chosen. Table 31 shows results for the 102 wells in Pennsylvania.

**Table 31. Analysis of Water Usage per Well (gallons) for 102 Marcellus Wells** (fracfocus.org)

| Mean | Max | Min | Range | Standard Deviation |
|---|---|---|---|---|
| 4,842,070 | 9,548,784 | 430,584 | 9,118,200 | 1,690,457 |
| **Median** | **Upper Quartile** | **Lower Quartile** | **Interquartile Range** | **Skewness** |
| 4,567,320 | 5,802,941 | 3,912,996 | 1,889,945 | 0.4422 |

As seen in Table 31, the average volume per well was about 4,842,000 gallons. It is important to note the large range of values—with a minimum of 430,584 gallons and a maximum of 9,548,784 gallons.  A histogram (Figure 66) displaying the total volume of water was created by evenly distributing the range of values into twenty bins and then counting the total number of wells for each bin.



**Figure 66. Histogram for 100 wells of total volumes (gallons)** (fracfocus.org)

**Table 32.  Average Water Volume per Well by Well Type (gallons)** (fracfocus.org)

| Well Type | Vertical | Horizontal |
|---|---|---|
| Average | 5,431,035 | 4,756,042 |
| Sample Size | 13 | 89 |

The effect of a small sample size can be seen in the comparison of average water used by type in vertical and horizontal wells in Table 32. In general, horizontal wells use much more water than vertical wells—a vertical well typically uses 0.5 to 1 million gallons of water, whereas a horizontal well uses between 4 to 8 million gallons of water (Natural Gas 2010). Further data collection is needed to provide a better comparison of vertical and horizontal wells.

### *Produced Water*

The DEP has official production and waste reporting data on its Oil and Gas Reporting website (PA DEP 2012b). The website contains statewide data that can be downloaded on production and waste on a yearly basis. Each waste data set contains the total waste for each well per year, with the waste described by quantity, waste type, and disposal method. Before 2010, waste reports were not well organized, and an online reporting system had not yet been created, causing many wells to be excluded from the data sets. Furthermore, a server malfunction caused the loss of any relevant 2007 data. Since 2010, all waste produced by all wells in Pennsylvania have been

accurately reported. However, reporting period dates have changed to biannual, rather than annual.

Brine production and fracking fluid flowback were analyzed. Although the DEP does not have an official definition of flowback and brine, flowback can be considered the water produced before the well is put into production on a gas line.

For our analysis, natural gas wells in the Marcellus Basin were filtered out from DEP data. We observed that portions of a well's waste were reported multiple times if the waste was taken to more than one treatment facility. The duplicate data were removed from the analysis.

Brine and fracking fluid wastes were divided and analyzed separately. The results can be seen in Tables 33 and 34, along with Figures 67 and 68, with all units in gallons.

**Table 33. Summary of Brine Produced (thousands of gallons)** (PA DEP 2012b)

| Year | Total Wells | Total Volume | Average Volume Per Well | Disposal Method | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Brine/Industrial Water Treatment Plant | Injection Disposal Well | Municipal Sewage Treatment Plant | Other | Reuse Other Than Road Spreading | Road Spreading | Landfill |
| **2006** | 14 | 160.4 | 14.2 | 124.9 | 0 | 30.6 | 0 | 0 | 4.8 | 0 |
| **2008** | 204 | 50,211.0 | 246.1 | 1,345.1 | 775.9 | 40,067.1 | 3,457.8 | 4,501.9 | 63.0 | 0 |
| **2009** | 445 | 231,316.3 | 519.7 | 169,860.5 | 4,707.5 | 36,402.4 | 16,466.8 | 3,875.8 | 3.1 | 0 |
| **July 2010-June 2011** | 1,614 | 287,088.1 | 177.8 | 123,623.9 | 35,541.3 | 2,711.6 | 19,931.4 | 105,248.4 | 7.8 | 23.3 |

**Table 34. Summary of Fracking Fluid Produced (thousands of gallons)** (PA DEP 2012b)

| Year | Total Wells | Total Volume | Average Volume Per Well | Disposal Method | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Brine/Industrial Water Treatment Plant | Injection Disposal Well | Municipal Sewage Treatment Plant | Other | Reuse Other Than Road Spreading | Road Spreading | Landfill |
| **2006** | 2 | 255.4 | 127.7 | 255.4 | 0 | 0 | 0 | 0 | 0 | 0 |
| **2008** | 106 | 46,881.9 | 442.3 | 8,792.4 | 0 | 25,238.7 | 11,717.3 | 1,133.3 | 0 | 0 |
| **2009** | 225 | 105,869.6 | 470.5 | 24,505.2 | 610.2 | 46,570.4 | 26,371.2 | 7,812.4 | 0 | 0 |
| **July 2010-June2011** | 1,128 | 249,336.3 | 221.0 | 110,377.0 | 945.1 | 284.9 | 646.1 | 137,009.5 | 138.1 | 73.4 |



**Figure 67. Total volume of produced water, 2006–2011** (PA DEP 2012b)



**Figure 68. Average volume of produced water per well, 2006–2011** (PA DEP 2012b)

Based on Figure 67, the quantity of both produced brine and fracking fluid are clearly increasing each year—due to the increasing number of wells drilled each year. The final reporting period (July 2010–June 2011) had 1,614 wells producing brine, which is 1,169 more wells than the 2009 period (PA DEP 2012b). As seen in Figure 68, the increase in total brine and fracking fluid does not correlate with average produced brine and fracking fluid per well. There is no recognizable trend in produced water per well, as 2009 had a higher average than any other year.

### *Water Acquisition*

Water withdrawal permit information for the Marcellus in this study focused on the Susquehanna River Basin (SRB). The Marcellus formation underlies 72% of the SRB, covering most of Pennsylvania and part of New York (Arthur 2010). The Susquehanna River Basin Commission

(SRBC) has been the forerunner in determining water usage regulations, monitoring, and permits. The SRBC actively regulates water withdrawal by oil and gas operators; all water withdrawal outside of the SRB is regulated by the DEP.

SRBC issues a report on all approved water sources for natural gas development in the SRB (SRBC 2012a). These permits include the fresh-water source, as well as the maximum allowed uptake per day. These uptakes are rarely at capacity and, according to the SRBC, many sources are used for redundancy due to passby flow conditions when water levels are low (SRBC, 2012a). It is possible to source where operators obtain their water. For example, SWEPI, LP has three different public water suppliers in three different counties. Public water supply does not have a maximum allowed daily uptake, whereas all other supplies do. SWEPI only has one docket approval for a fresh-water source—the Allegheny River in Warren County. This permit allows up to 3 million gallons per day (mgd) of water to be used. SWEPI sources the rest of its water from other drilling companies who share their water permits. Overall, SWEPI has eight different water sources, ranging from 0.217 to 3 mgd. Additional information is available regarding percentage of ground-water to surface-water permits and amounts of water used (SRBC 2011a).

## Cost of Acquisition

Fees are associated with fresh-water withdrawal permits. The schedule includes a breakdown of a tiered fee system based on withdrawal amount, as well as consumptive vs. non-consumptive use (SRBC 2011a). Consumptive use is defined in 18 CFR § 806.3 as, "The loss of water transferred through a manmade conveyance system or any integral part thereof… injection of water or wastewater into a subsurface formation from which it would not reasonably be available for future use in the basin, diversion from the basin, or any other process by which the water is not returned to the waters of the basin undiminished in quantity (e-CFR 2012)."

On a per gallon basis, the SRBC fees range from \$0.00685–0.1425/gallon for consumptive use, and \$0.0030–0.07475/gallon for non-consumptive withdrawals (SRBC 2011a).

Considering SWEPI, LP, it can be seen that a typical docket of 0.250 mgd of surface water would cost \$9,975 if the water was not used consumptively. If the use is consumptive, then \$1,000 is added as an annual compliance and monitoring fee. There will also be a consumptive-use mitigation fee if the company wishes to use the fee as a method of compliance with 18 CFR §806.22(b). This section states that during low flow periods, several steps may be taken to mitigate consumptive use. One option is to reduce water withdrawal from a source equal to the consumptive use of the operator. Another option is to take water from another approved source. If these or the other provided options are not chosen, the company may choose to pay a fee of \$0.29 per 1,000 gallons of water consumed. In the case of SWEPI, this may be an additional cost of \$72.50. Companies pay for metering systems and report to the SRBC on a daily basis for each well on its water use.

Another source of fresh water is public supply. The cost of this source varies from utility to utility, but most rates can be found on utility websites. Rates vary significantly from supplier to supplier, and oftentimes unique deals are made between supplier and operator. The deal between East Resources Management, LLC and Morningside Heights Water District approves up to 400,000 gallons per day at a rate of \$0.0145 per gallon (Pressconnects 2010). This is 60% greater

than water supplier P.A. American Water, which charges $0.008979 per gallon (American Water 2012).

The above costs refer to obtaining water and do not cover the price of transporting the water. Most water is transported by either pumping or trucking. PSU estimates average trucking costs of $0.2 per gallon (Pressconnects 2010). Further analysis of water-supply distances to wells would need to be studied using GIS to assess the actual cost of water transportation.

### Violations

The majority of the violations reported from 2009–2011 fall under the category of "minor - no effect" (Figure 69 and Table 35) (NEPA 2012). "Procedural" violations account for about 20%, and "minor effect" and "substantial" account for about 10%. Also, it should be noted that there are no "major" violations. This data set includes all of the violations from 2009–2011 (NEPA 2012). Further information on violations can be found in D.7 of this appendix.



**Gravity of Environmental Effect**

2280 Total Violations 2009-2011

**Figure 69. Pennsylvania violations (NEPA 2012)**

**Table 35. Pennsylvania Violations (NEPA 2012)**

| | | |
|---|---|---|
| Procedural | 510 | 22.4% |
| Minor - no effect | 1433 | 62.9% |
| Minor effect | 173 | 7.6% |
| Substantial | 164 | 7.2% |
| Major | 0 | 0.0% |
| Total | 2280 | |

# Barnett Shale Play, Texas

## Overview

In the early 1900s, geological mapping noted a thick, black, organic-rich shale in an outcrop near the Barnett stream (TRRC 2012e). The Barnett Shale formation exists under extensive areas in Texas and crops out on the flanks of the Llano Uplift, 150 miles to the south of the core area (Figure 70). Current boundaries of the formation are due primarily to erosion (TDWB 2007). The Fort Worth Basin is bounded by tectonic features to the east—notably, the Ouachita Overthrust, an eroded, buried mountain range—and to the north by the uplifted Muenster and Red River Arches. The Barnett Shale dips gently toward the core area and the Muenster Arch from the south where it crops out and thins considerably to the west; its base reaches a maximum depth of ~8,500 ft (subsea) in the northeast. The depth to the top of the Barnett ranges from ~4,500 ft in northwestern Jack County, to ~2,500 ft in southwest Palo Pinto County, to ~3,500 ft in northern Hamilton County, to ~6,000 ft in western McLennan County, to ~7,000 to 8,000 ft in the Dallas-Fort Worth area. Further west in Throckmorton, Shackelford, and Callahan Counties, the depth to the Barnett ranges between ~4,000 and 2,000 ft (TDWB 2007).

The U.S. Geological Survey (USGS) estimated the mean gas resources at 26.7 Tcf (USGS 2004).



**Figure 70. Extent of Barnett Shale**

Figure 70 shows the extent of the Barnett Shale in Texas. The formation is actually considered to be a hydrocarbon source, reservoir, and trap, all at the same time. As a reservoir, it is known as a "tight" gas reservoir, indicating that the gas is not easily extracted. However, hydraulic fracturing technology has made it possible to extract the gas (TRRC, 2012d). For the Barnett Shale, permeability ranges from microdarcies to nanodarcies, porosity ranges from 0.5% to 6%, and water saturation is below 50%.

Future development will be hampered, in part, because major portions of the field are in urban areas, including the rapidly growing Dallas-Fort Worth Metroplex. Some local governments are researching means by which they can drill on existing public land (e.g., parks) without disrupting

other activities so they may obtain royalties on any minerals found. Others are seeking compensation from drilling companies for roads damaged by overweight vehicles, because many of the roads are rural and not designed for use by heavy equipment. In addition, drilling and exploration have generated significant controversy (TRRC, 2012d).

### *Number of Wells*

The Barnett Shale has experienced substantial development over the last decade, as evidenced by the number of wells (Figure 71) and estimates of total gas production (Figure 72).



**Figure 71. Wells in Barnett Shale, 1995-2010 (TRRC, 2012c)**



**Figure 72. Gas production in the Barnett Shale (bcf), 1995-2010 (TRRC, 2012e)**

## *Water Usage per Well*

Table 36 shows the analysis results on 100 Barnett Shale wells selected randomly from fracfocus.org.

**Table 36. Statistics of Water Use (Gallons) (fracfocus.org)**

| Mean | Max | Min | Range | Standard Deviation |
|------|-----|-----|-------|--------------------|
| 2,537,853.848 | 26,315,125 | 29,186 | 26,285,939 | 3,512,472.559 |
| **Median** | **Upper Quartile** | **Lower Quartile** | **Interquartile Range** | **Skewness** |
| 1,293,306 | 4,298,286 | 86,751 | 4,211,535 | 3.500964058 |



**Figure 73. Histogram of 100 wells for total water volume (gallons)** (fracfocus.org)

As seen in Table 36, the average volume per well was 2,537,853 gallons, with values ranging from 29,186 gallons to 26,315,125 gallons (fracfocus.org). Figure 73 is a histogram displaying the total volume of water, created by evenly distributing the range of values into twenty bins and then counting the total number of wells for each bin.

### *Produced Water*

No produced water data are available for Barnett shale. However, the Railroad Commission (RRC) of Texas requires every operator to report—into a query system—how much water is disposed. The current method used for disposal in the Barnett Shale is deep-well injected. The Injection Volume Query from the RRC database was used and monthly county-wide or operator-wide injected volumes can be obtained (TRRC 2011).

### *Violations*

Figure 74 expresses the violations from 2009–2011 in Texas according to the severity of environmental effect (Wiseman 2012). Of the 35 total violations (Table 37), 35% of the violations are "minor - no effect" and "substantial." "Procedural" account for about 20%, and "major" and "minor effect" account for 3%. It should be noted that these violations only include wells for which formal compliance or administrative orders were issued. Therefore, these data are not comprehensive and do not represent the total number of violations. Further information on violations can be found in D.7 of this appendix.



**Figure 74. Texas violations** (Wiseman 2012)

**Table 37. Texas Violations** (Wiseman 2012)

| Texas | | |
|---|---|---|
| Procedural | 8 | 22.9% |
| Minor - no effect | 12 | 34.3% |
| Minor effect | 1 | 2.9% |
| Substantial | 13 | 37.1% |
| Major | 1 | 2.9% |
| Total | | 35 |

# Eagle Ford Shale Play, Texas

## Overview

The Eagle Ford Shale play extends across 23 counties, covering an area of 20,000 square miles (Figure 75). The Eagle Ford Shale has an average thickness of 250 feet and contains an estimated 21 Tcf of shale gas and 3 billion barrels of shale oil (EIA 2011).



**Figure 75. Extent of Eagle Ford Shale play** (Eagle Ford Shale 2012)

## Number of Wells

In 2008, Petrohawk drilled the first well in the Eagle Ford Shale, and since then, gas production has more than doubled—from 108 bcf in 2010 to 287 bcf in 2011. Oil production increased from more than 4 million barrels in 2010 to more than 36 million barrels in 2011 (TRRC 2012a). Increased production reflects the increases in drilling permits issued and in the number of oil and gas wells. Figure 76 shows the total number of producing oil and gas wells over the past three years.



**Figure 76. Number of producing oil and gas wells in Eagle Ford** (Eagle Ford Shale 2012)

With 2,826 issued drilling permits in 2011 alone, the well count in Eagle Ford may steadily increase (Eagle Ford Shale 2012).

*Water Usage per Well*

Wells in the Eagle Ford Shale were randomly selected from fracfocus.org. Figure 77 shows a histogram of the water used per well, and Table 38 shows the average, maximum, and minimum water used per well.

**Table 38. Fresh Water Use in Eagle Ford (in gallons)** (fracfocus.org)

| Mean | Max | Min | Range | Standard Deviation |
|------|-----|-----|-------|--------------------|
| 3,751,751 | 7,084,098 | 77,658 | 7,006,440 | 1,276,506 |
| **Median** | **Upper Quartile** | **Lower Quartile** | **Interquartile Range** | **Skewness** |
| 3,608,905 | 4,386,965 | 3,116,039 | 1,270,927 | -0.079 |



**Figure 77. Fresh-water use in Eagle Ford per well** (fracfocus.org)

The Texas Commission of Environmental Quality monitors surface water use in Texas. Surface water rights are issued to operators, and withdrawal amounts can be found on the TCEQ website (http://www.tceq.texas.gov/). However, withdrawal information is based on water-right number and is not shown on a well-to-well basis (TCEQ 2012).

## Haynesville Shale Play, Louisiana

### Overview

The Haynesville Shale extends over large sections of southwestern Arkansas, northwest Louisiana, and East Texas (Figure 19). It is up to 10,500 to 13,000 feet below the surface, with an average thickness of about 200–300 feet, and overs an area of about 9,000 square miles (TRRC 2012f).

Haynesville Shale is an important shale gas play in East Texas and Louisiana. Estimated recoverable reserves are as much as 60 Tcf, with each well producing 6.5 bcf on average (Hammes 2009). The formation came into prominence in 2008 as a potentially major shale gas resource, and production has boomed since late March 2008 (TRRC 2011). Producing natural gas from the Haynesville Shale requires drilling wells from 10,000 to 13,000 feet deep, with the formation being deeper nearer the Gulf of Mexico. The Haynesville Shale has recently been estimated to be the largest natural gas field in the contiguous 48 states, with an estimated 250 Tcf of recoverable gas (Nossiter 2008).



**Figure 78. Extent of Haynesville Shale**

The Haynesville Shale is lithologically heterogeneous, but is often an organic-rich mudstone. The composition varies greatly according to the geographic location and stratigraphic position of the mudstones—from calcareous mudstone near the ancient carbonate platforms and islands, to argillaceous mudstone in areas where submarine fans prograded into the basin and diluted organic matter. The Haynesville formation was deposited about 150 million years ago in a shallow offshore environment (Geology.com, 2012b).

### *Number of Wells*

The State of Louisiana, Department of Natural Resources, provides information on monthly well counts. Well counts (Figure 79) have varied from 2009–2011 as old wells are abandoned and new wells are drilled and leased. However, total gas production (Figure 80) has increased from 2009–2011.



**Figure 79. Monthly well count (2006–2011)** (LADNR 2012b)

The total number of wells shows a significant drop at the end of 2010, after some natural fractures were seen in the formation cores extracted during test drilling. These fractures suggest

the risk of anthropogenic faulting of the surrounding land; however, drilling continued after these problems were resolved.



**Figure 80. Monthly gas production (2009–2011)** (EIA 2011)

Production is increasing almost linearly, despite a drop in well count. At the end of 2011, production was twice that in 2009.

### Water Usage per Well

One hundred wells in the Haynesville Shale were randomly selected. Table 39 gives statistics on water usage, and Figure 81 is a histogram of the distribution of water usage distributed evenly into twenty bins.

**Table 39. Analysis of Water Usage for 100 Haynesville Shale Wells (fracfocus.org)**

| Mean | Max | Min | Range | Standard Deviation |
|------|-----|-----|-------|--------------------|
| 4,568,683 | 9,567,936 | 8,736 | 9,559,200 | 2,243,797 |
| **Median** | **Upper Quartile** | **Lower Quartile** | **Interquartile Range** | **Skewness** |
| 4,925,256 | 6,255,663 | 3,875,203 | 2,380,460 | -0.578 |



**Figure 81. Fresh-water use for 100-well sample** (fracfocus.org)

## *Violations*

Figure 82 expresses the violations from 2008–2011 in Louisiana according to the severity of environmental effect. A majority of the violations are in the "procedural" category (Table 40). "Minor - no effect" violations make up about 30%, and "minor effect," "substantial," and "major" account for less than 10% (Wiseman 2012). These data include mostly Haynesville wells with compliance orders from January 1, 2008 through July 14, 2011. About 83 additional well incidents had insufficient information to be categorized. Further information on violations can be found in D.7 of this appendix.



**Figure 82. Louisiana violations** (Wiseman 2012)

**Table 40. Louisiana Violations (Wiseman 2012)**

| Procedural | 95 | 59.8% |
|---|---|---|
| Minor - no effect | 49 | 30.7% |
| Minor effect | 3 | 1.9% |
| Substantial | 11 | 7.1% |
| Major | 1 | 0.6% |
| Total | 158 | |

## Upper San Juan Basin, Colorado, New Mexico

### Overview

The San Juan Basin covers an area of about 7,500 square miles across the Colorado and New Mexico border in the Four Corners region (Figure 83). It spans about 100 miles north-south in length and 90 miles east-west in width. In the San Juan Basin, the total thickness of all coalbeds ranges from 20 to more than 80 feet. Coalbed methane production occurs primarily in coals of the Fruitland Formation, but some coalbed methane is trapped within the underlying and adjacent Pictured Cliffs Sandstone; many wells are present in both zones (EPA 2004).



**Figure 83. Extent of the San Juan Basin** (USGS 2002a)

The Fruitland Formation is the primary coal-bearing unit of the San Juan Basin, as well as the target of most coalbed methane production. The Fruitland coals are thick and have individual beds up to 80 feet thick. The formation is composed of interbedded sandstone, siltstone, shale,

and coal. Some of the most important natural-gas-producing formations include the Fruitland, Pictured Cliffs, Mesaverde, Dakota, and Paradox formations and are located in La Plata County. Early development of natural gas began here in the 1920s. In La Plata County, coalbed methane production began in the late 1970s. Traditional natural gas reserves have been—and continue to be—developed at a steady pace (USGS 2002a).

Two types of natural gas wells exist within La Plata County: conventional and coalbed. Conventional gas wells are usually deeper—3,500 to 10,000 feet—and extract gas and oil from sandstone formations such as the Mesaverde and Dakota (La Plata Energy Council 2012). The shallower coalbed gas wells generally range from 1,000 to 4,000 feet deep and extract gas from coal-bearing formations (EPA 2004). The Fruitland formation is La Plata County's methane-rich coalbed formation.

## Produced Water

Conventional wells initially produce large volumes of gas and very little water. Over time, gas production declines and water increases. Coalbed wells are just the opposite, producing large quantities of water and low gas quantities at the beginning; later, water production declines and gas production increases. Table 41 shows oil, gas, and water production from 2007–2011.

**Table 41. Oil, Gas, and Water Production in La Plata County** (COGCC 2012a)

| Year | Oil Production (bbl) | Gas Production (Mcf) | Water Production (bbl) |
|------|---------------------|----------------------|------------------------|
| 2007 | 35,883 | 412,488,324 | 24,032,308 |
| 2008 | 38,038 | 425,541,599 | 20,154,062 |
| 2009 | 33,975 | 425,439,680 | 24,177,214 |
| 2010 | 33,396 | 422,450,451 | 31,942,703 |
| 2011 | 26,747 | 373,116,167 | 21,231,213 |

Based on the database provided by the Colorado Oil and Gas Conservation Commission (COGCC), five methods are used to dispose of water in La Plata County: disposal in a central pit well, injection on lease, disposal at a commercial disposal facility, evaporation in an onsite pit, and through surface discharge (COGCC 2012a). Table 42 and Figure 84 show disposal methods in La Plata County from 2007 to 2011.

**Table 42.  Produced Water and Disposal Method in La Plata County (Million Gallons) (COGCC 2012a)**

| Disposal Method | 2011 | 2010 | 2009 | 2008 | 2007 | Average |
|-----------------|------|------|------|------|------|---------|
| Central Disposal Pit Well | 637 | 1,213 | 726 | 646 | 736 | 791 |
| Injected on Lease | 350 | 362 | 175 | 201 | 179 | 253 |
| Commercial Disposal Facility | 47 | 60 | 61 | 53 | 37 | 52 |
| Onsite Pit | 2 | 2 | 1 | 2 | 1 | 1 |
| Surface Discharge | NON | NON | NON | NON | NON | |
| SUM | 1,036 | 1,638 | 963 | 901 | 953 | 1,098 |
| Percentage | 60% | 61% | 51% | 48% | 57% | 55% |
| Estimation | 1,725 | 2,697 | 1,876 | 1,872 | 1,674 | 1,969 |



**Figure 84. Water disposal volumes and methods in La Plata County (million gallons)** (COGCC 2012a)

There is no surface discharge in La Plata County and minimal use of onsite pits. The most widely used method of disposal in La Plata County is a central disposal pit well. Some 70% of produced water is disposed in a central disposal pit well, 23% of produced water is injected on the lease, and 4.7% goes to a commercial disposal facility. Trends in the state of Colorado (Table 43) differ from those in La Plata County (Table 42).

**Table 43. Produced Water and Disposal Method in the State of Colorado (Million Gallons) (COGCC 2012a)**

| Disposal Method | 2011 | 2010 | 2009 | 2008 | 2007 | Average |
|---|---|---|---|---|---|---|
| Central Disposal Pit Well | 4,609 | 3,314 | 3,237 | 3,135 | 3,678 | 3,595 |
| Injected on Lease | 8,095 | 11,243 | 6,715 | 7,194 | 11,666 | 8,983 |
| Commercial Disposal Facility | 1,248 | 2,266 | 1,665 | 1,303 | 962 | 1,489 |
| Onsite Pit | 3,001 | 2,962 | 3,213 | 5,128 | 3,588 | 3,579 |
| Surface Discharge | 2,191 | 1,218 | 1,219 | 283 | 677 | 1,117 |
| Sum | 19,144 | 21,003 | 16,049 | 17,042 | 20,572 | 18,762 |

## *Violations*

For the state of Colorado, the only publicly accessible statistics related to violations are Notices of Alleged Violations (NOAVs). The number of NOAVs does not represent the number of violations because violations do not necessarily lead to the issuance of NOAVs. Additionally, when NOAVs are issued, they may cite violations of more than one rule, order, or permit condition. Colorado violations could not be acquired.

# Green River Basin, Wyoming

## Overview

The Green River Basin Oil Shale Field, as seen in Figure 85, is located in Wyoming, Utah, and Colorado, on the western flank of the Rocky Mountains. The main part of the Green River Basin Formation is located in the southwest portion of Wyoming. The Colorado oil shale is expected to hold the largest amount of oil from shale. Specifically, the Piceance Creek Basin is the large producer for oil shale in the Green River Formation (Oil Shale Gas 2012).

The estimates of the oil resource within the Green River Formation range from 1.3 to 2.0 trillion barrels. Because not all resources are recoverable, a moderate estimate of recoverable oil is about 800 billion barrels (Oil Shale Gas 2012).



**Figure 85. Extent of Green River Formation**

The Jonah Field is located in the northern part of the Green River Basin and has produced more than 1.0 Tcf of gas since production commenced in 1992 (Oil Shale Gas 2012). Development of this field resulted from applying advanced fracture stimulation techniques. The field has undergone several iterations of development, with some sections of the field currently being developed on 10-acre well spacing; the current well spacing is around 20 acres. The field produces from a series of stacked reservoirs within the Cretaceous Mesaverde and Lance Formations. The field is bounded between two faults forming a wedge-shaped field.

## Water usage per well

One hundred wells in the Green River Formation were randomly selected. Table 44 gives statistics about water usage, and Figure 86 is a histogram of water usage distributed evenly into twenty bins.

**Table 44. Analysis of Water Usage for 100 Green River Formation Wells (fracfocus.org)**

| Mean | Max | Min | Range | Standard Deviation |
|---|---|---|---|---|
| 1,076,417 | 4,451,034 | 14,467 | 4,436,567 | 1,230,306 |
| **Median** | **Upper Quartile** | **Lower Quartile** | **Interquartile Range** | **Skewness** |
| 367,522 | 1,665,741 | 201,280 | 1,464,461 | 1.40 |



**Figure 86.  Fresh-water use for 100-well sample** (fracfocus.org)

Figure 87 shows the volumes of hydraulic fracturing fluids used in Wyoming by county.



**Figure 87. Volumes of hydraulic fracturing water (fracfocus.org)**

## Produced Water

Table 45 expresses the total oil, gas, and water produced within the Green River Basin from 2007–2011.

**Table 45. Production of Oil, Gas, and Water in Green River Basin (WOGCC 2012)**

| Year | Oil Production (barrels) | Gas Production (Mcf) | Water Production (Barrels) |
|------|--------------------------|----------------------|----------------------------|
| 2007 | 15,491,483 | 1,218,888,397 | 125,613,453 |
| 2008 | 15,824,924 | 1,371,741,392 | 150,830,391 |
| 2009 | 15,925,806 | 1,428,200,434 | 158,560,401 |
| 2010 | 20,544,588 | 1,418,379,334 | 169,901,204 |
| 2011 | 15,385,222 | 1,347,348,632 | 177,151,681 |

Table 46 provides injection volumes by field, although not all fields are represented.

**Table 46. Injection Volumes** (WOGCC 2012)

| Field | 2007 (bbl) | 2008 (bbl) | 2009 (bbl) | 2010 (bbl) | 2011 (bbl) |
|-------|-----------|-----------|-----------|-----------|-----------|
| Big Piney | 577,239 | 167,646 | 189,178 | 70,354 | 40,247 |
| Bison Basin | 1,989,960 | 2,564,857 | 2,223,756 | 2,354,332 | 2,296,464 |
| Brady | 4,419,146 | 2,612,544 | 1,943,879 | 2,003,854 | 4,688,163 |
| Cow Creek | 4,406,339 | 8,174,082 | 4,635,125 | 5,517,186 | 6,288,081 |
| Fontenelle | 111,267 | 117,390 | 115,376 | 110,948 | 102,167 |
| Green River Bend | 592,890 | 381,857 | 549,775 | 616,873 | 432,311 |
| Jonah | 1,367,707 | 2,010,190 | 1,588,080 | 1,991,187 | 2,703,926 |

| Field | 2007 (bbl) | 2008 (bbl) | 2009 (bbl) | 2010 (bbl) | 2011 (bbl) |
|---|---|---|---|---|---|
| LaBarge | 167,441 | 1,653,772 | 1,752,291 | 2,079,953 | 1,344,187 |
| Lost Soldier | 23,577,864 | 25,017,789 | 32,557,565 | 29,490,274 | 37,367,198 |
| Mahoney Dome | 926,644 | 721,983 | 1,188,006 | 1,085,123 | 1,111,673 |
| McDonald Draw | 535,996 | 494,630 | 414,810 | 388,833 | 377,482 |
| Patrick Draw | 1,551,255 | 4,012,343 | 1,196,017 | 1,020,284 | 1,179,744 |
| Pinedale | 954,458 | 6,749,055 | 11,951,930 | 12,027,080 | 11,482,543 |
| Saddle Ridge | 221,413 | 206,610 | 227,843 | 231,330 | 208,498 |
| Star Corral | 288,567 | 221,015 | 172,686 | 190,853 | 175,222 |
| Tierney | 1,083,636 | 1,813,532 | 1,660,262 | 1,831,283 | 1,004,778 |
| Tip Top | 455,781 | 548,822 | 427,670 | 387,878 | 389,175 |
| WC | 16,900,921 | 33,853,193 | 31,456,801 | 24,984,327 | 12,428,968 |
| Wertz | 20,610,169 | 25,384,888 | 1,953,919 | 24,188,672 | 30,240,574 |

## Severity of Environmental Impact Matrix

Table 47 shows the categorization of environmental impacts for shale gas operations.

**Table 47. Severity of Environmental Impact (Wiseman 2012)**

| Severity of environmental effect | Activity for which violation occurred | Enforcement action | Environmental factors |
|---|---|---|---|
| Procedural | - Permitting<br>- Reporting<br>- Testing<br>- Financial assurance | "All ranges (violation noted" through notice of violation and/or administrative order) | No indication in violation/field notes that failure to obtain permit, report, conduct a test, or provide financial guarantee resulted in environmental damage |
| Minor - no effect | - Equipment failures<br>- Pit construction, operation, and maintenance<br>- Failure to prevent oil and gas waste<br>- Commingling oil and gas<br>- Site maintenance, such as moving weeds<br>- Sign posting and hazard labels | "All ranges (violation noted" through notice of violation and/or administrative order) | No indication in field notes that violation resulted in any environmental damage |
| Minor effect | - Equipment failures that led to release<br>- Pit construction, operation, and maintenance that led to release<br>- Air pollution<br>- Spills<br>- Disposal | Violation noted, or NOV/administrative order paired with very small environmental effect | Small spills and improperly disposed wastes (typically less than 5 barrels of produced water or oil) that did not move offsite or otherwise suggest substantial environmental damage. Small quantities of air emissions (e.g., slightly over the daily limit). |
| Substantial | - Equipment failures that led to release<br>- Pit construction, operation, and maintenance that led to release<br>- Failure to plug well twelve months after abandonment or inactivity<br>- Air pollution<br>- Spills<br>- Disposal | Violation noted, or NOV/administrative order + substantial environmental effect; remediation order | Medium spills and improperly disposed wastes (typically more than 5 barrels and less than 10 for produced water or oil that stayed on site). For fracturing fluid spills, any spill more than 1 barrel was considered major. |
| Major | - Equipment failures that led to release<br>- Pit construction, operation, and maintenance that led to release<br>- Air pollution<br>- Spills<br>- Disposal | Violation noted, or NOV/administrative order + > substantial environmental effect (or high penalty + substantial environmental effect); remediation order + major environmental effect | Large spills or improperly disposed of wastes (typically 10 or more barrels, small to large spills that moved off site and impacted a resource (e.g., drainage ditch, wetland). Any spill of fracturing fluid > 1 barrel. |

# Appendix E: Assumptions Used in ReEDS

## What is ReEDS?[250]

The Regional Energy Deployment System is an optimization model used to assess the deployment of electric power generation technologies and transmission infrastructure throughout the contiguous United States into the future. The model, developed by NREL, is designed to analyze critical energy issues in the electric sector, especially with respect to the effect of potential energy policies such as clean energy and renewable energy standards or carbon restrictions.

ReEDS provides a detailed treatment of electricity-generating and electrical storage technologies, and specifically addresses a variety of issues related to renewable energy technologies—including accessibility and cost of transmission, regional quality of renewable resources, seasonal and diurnal generation profiles, variability of wind and solar power, and the influence of variability on the reliability of the electrical grid. ReEDS addresses these issues through a highly discretized regional structure, explicit statistical treatment of the variability in wind and solar output over time, and consideration of ancillary services requirements and costs.

### Qualitative Model Description

To assess competition among the many electricity generation, storage, and transmission options throughout the contiguous United States, ReEDS chooses the cost-optimal mix of technologies that meet all regional electric power demand requirements, based on grid reliability (reserve) requirements, technology resource constraints, and policy constraints. This cost-minimization routine is performed for each of twenty 2-year periods from 2010 to 2050. The major outputs of ReEDS include the amount of generator capacity and annual generation from each technology, storage capacity expansion, transmission capacity expansion, total electric sector costs, electricity price, fuel prices, and $CO_2$ emissions. Time in ReEDS is subdivided within each 2-year period, with each year divided into four seasons with a representative day for each season, which is further divided into four diurnal time slices. Also, there is one additional summer-peak time slice. These 17 annual time slices enable ReEDS to capture the intricacies of meeting electric loads that vary throughout the day and year—with both conventional and renewable generators.

Although ReEDS includes all major generator types, it has been designed primarily to address the market issues that are of the greatest significance to renewable energy technologies. As a result, renewable and carbon-free energy technologies and barriers to their adoption are a focus. Diffuse resources such as wind and solar power come with concerns that conventional dispatchable power plants do not have, particularly regarding transmission and variability. The ReEDS model examines these issues primarily by using a much greater level of geographic disaggregation than do other long-term, large-scale, capacity expansion models. ReEDS uses 356 different resource regions in the continental United States. These 356 resource supply regions are grouped into four levels of larger regional groupings—balancing areas, reserve-sharing groups,

---

[250] "What is ReEDS?" is taken from the 2011 detailed documentation for the ReEDS model.
Short, W., et al., Regional Energy Deployment System (ReEDS). NREL Technical report NREL/TP-6A20-46534, August 2011. http://www.nrel.gov/analysis/reeds/.

North American Electric Reliability Council regions,[251] and interconnects. States are also represented for the inclusion of state policies.

Many of the data inputs in ReEDS are tied to these regions and derived from a detailed GIS model/database of the wind and solar resource, transmission grid, and existing plant data. The geographic disaggregation of renewable resources enables ReEDS to calculate transmission distances, as well as the benefits of dispersed wind farms, PV arrays, or CSP plants supplying power to a demand region. Offshore wind is distinguished from onshore wind both in terms of technology cost/performance and resources. The wind and CSP supply curves are subdivided into five resource classes based on the quality of the resource—strength and dependability of wind or solar isolation.

Regarding resource variability and grid reliability, ReEDS also allows electric and thermal storage systems to be built and used for load shifting, resource firming, and ancillary services. Four varieties of storage are supported: pumped hydropower, batteries, compressed air energy storage, and thermal storage in buildings.

Along with wind and solar power data, ReEDS provides supply curves for hydropower, biomass, and geothermal resources in each of the 134 balancing areas. The geothermal and hydropower supply curves are in megawatts of recoverable capacity, and the biomass supply curve is in million British thermal units of annual feedstock production. In addition, other carbon-reducing options are considered. Nuclear power is an option, as is CCS on some coal and natural gas plants. CCS is treated simply, with only an additional capital cost for new coal and gas-fired power plants for the extra equipment and an efficiency penalty to account for the parasitic loads of the separation and sequestration process. Also, a limited set of existing coal plants can choose to retrofit to CCS for an associated cost, as well as a performance, penalty. The major conventional electricity-generating technologies considered in ReEDS include hydropower, simple- and combined-cycle natural gas, several varieties of coal, oil/gas steam, and nuclear. These technologies are characterized in ReEDS by the following:

- Capital cost ($/MW)

- Fixed and variable operating costs ($/MWh)

- Fuel costs ($/MMBtu)

- Heat rate (MMBtu/MWh)

- Construction period (years)

- Equipment lifetime (years)

- Financing costs (such as nominal interest rate, loan period, debt fraction, debt-service-coverage ratio)

- Tax credits (investment or production)

---

[251] North American Electric Reliability Corporation, October 2010. "2010 Long-Term Reliability Assessment." http://www.nerc.com/files/2010%20LTRA.pdf. Accessed November 2, 2011.

- Minimum turndown ratio (%)
- Quick-start capability and cost (%, $/MW)
- Spinning reserve capability
- Planned and unplanned outage rates (%).

Renewable and storage technologies are governed by similar parameters—accounting for fundamental differences. For instance, heat rate is replaced with round-trip efficiency in pure storage technologies, and the dispatchability parameters—such as fuel cost, heat rate, turndown ratio, and operating reserve capability—are not used for non-dispatchable wind and solar technologies. These variable generation technologies are further characterized by changes in generation levels over the course of a year.

The model includes consideration of distinguishing characteristics of each conventional generating technology. There are several types of coal-fired power plants within ReEDS, including pulverized coal with and without sulfur dioxide scrubbers, advanced pulverized coal, integrated gasification combined cycle, biomass co-firing, and integrated gasification combined cycle with CCS options. Coal-plant generation is discouraged from daily cycling via a cost penalty, which represents a combination of additional fuel burned, heat rate drop-off, and mechanical wear-and-tear. Natural gas plants represented in ReEDS include simple-cycle combustion turbines, combined-cycle plants, and combined-cycle with CCS plants. Combined-cycle natural gas plants can provide some spinning reserve and quick-start capability, and simple-cycle gas plants can be used cheaply and easily for quick-start power. Nuclear power is represented as one technology in ReEDS and is considered to be baseload.

Retirement of conventional generation and hydropower can be modeled through exogenous specification of planned retirements or based on usage characteristics of the plants. All retiring non-hydro renewable plants are assumed to be refurbished or replaced immediately because the site is already developed and has transmission access and other infrastructure.

ReEDS tracks emissions of carbon and sulfur dioxide from both generators and storage technologies. Caps can be imposed at the national level for these emissions, and constraints can also be applied to impose caps at state or regional levels. There is another option of applying a carbon tax instead of a cap; the tax level and ramp-in pattern can be defined exogenously. In addition, ReEDS can impose clean energy or renewable energy standards at the regional or national level.

Annual electric loads and fuel price supply curves are exogenously specified to define the system boundaries for each period of the optimization. To allow for the evaluation of scenarios that might depart significantly from the Reference scenario, price elasticity of demand is integrated into the model: the exogenously defined demand projection can be adjusted up or down based on a comparison of an estimated business-as-usual electricity price path and a calculation of electricity price within the model for each of the twenty 2-year periods. For coal and natural gas

pricing, supply curves based on the Annual Energy Outlook[252] have been developed and used in ReEDS.

*Natural Gas Supply Curve Background and Development*

The EIA's Annual Energy Outlook 2011 has two specific scenarios that attempt to model the effects of high or low abundance of natural gas supply: High-EUR and Low-EUR. The High-EUR scenario increases the total unproved technically recoverable shale gas resource from 827 Tcf in the Mid-EUR baseline scenario to 1,230 Tcf. In addition, the ultimate recovery per shale gas well is 50% higher than in the baseline scenario. Low-EUR reduces recoverable shale gas resource to 423 Tcf and 50% lower ultimate recovery per shale gas well than in the Mid-EUR baseline scenario.

Deriving the coefficients for this study relied on assuming a linear regression model and employing an ordinary least-squares method. Linear regression is a statistical technique that examines the relationship between one dependent variable (Y) and multiple explanatory variables, or regressors (X), taking the linear form:

$$Y_i = \beta_0 + \beta_1 * X_1 + \beta_2 * X_2 + \cdots \beta_n * X_n + \varepsilon_i$$

The estimated coefficients represent the marginal impact of a 1-unit change in each independent variable $X_i$ on Y. Linear regression is often used for prediction or forecasting.[253]

In this case, because the objective was to develop a model to closely model the relationship between natural gas in the electric sector and consumption in the electric sector in different scenarios, the electric-sector price was modeled based on the following predictors: electric-sector consumption, economy-wide consumption, year (2012–2035), and the natural gas scenario case.[254] Each electric-sector price for each of the Annual Energy Outlook scenarios from 2012–2035 was treated as an independent observation used to estimate coefficients in the following model:

$$Electric\ Sector\ Price_i$$
$$= \beta_0 + \beta_1 * Electric\ Sector\ Consumption_i + \beta_2$$
$$* Economy - wide\ Consumption_i$$
$$+ \sum_{j=1}^{12} \beta_j * Year + \sum_{k=1}^{4} \beta_k * Natural\ Gas\ Scenario + \varepsilon_i$$

Observations that occurred in High-EUR and Low-EUR were coded accordingly, creating two additional intercept shifter "dummy" variables. The year, rather than coded as continuous, was coded as a dummy variable to capture non-linear variation from year to year. To account for the

---

[252] Annual Energy Outlook 2011. DOE/EIA-0383. Washington, DC: U.S. Energy Information Administration.

[253] Damodar, Gujarati. Basic Econometrics (5th edition). McGraw Hill, 2007.

[254] Data for 2008–2011 as well as outlier scenarios (polmax0314a, polmaxlco20321a, polmaxlp0316a, lgbama050218a, lgbama200218a, aeo2010r1118a, oghtec110209a, ogltec110209a, hilng110209a, lolng110209a) were removed when running the model.

predictor influence of economy-wide consumption, the average value for the year and the scenario for each data point were multiplied by $\beta_2$ (the derived electric-sector consumption coefficient). As a result, the intercept varied by year and by scenario, while the slope remained the same across year and scenario. The intercept and shifter for the years 2036–2050 was held constant with model results in 2035.

The following tables summarize the assumptions used in ReEDS for: technology costs and performance (Table 48), wind performance (Table 49), CSP performance (Table 50), and utility-scale PV performance (Table 51).

**Table 48. Technology Cost ($2010) and Performance Assumptions Used in ReEDS**

| | | Capital Cost ($/kW) | Variable O&M ($/MWh) | Fixed O&M ($/kW-yr) | Heat Rate (MMBtu/MWh) |
|---|---|---|---|---|---|
| **Coal Integrated Gasification Combined-Cycle CCS** | | | | | |
| | 2010 | 4,075 | 7 | 32 | 9.0 |
| | 2020 | 4,075 | 7 | 32 | 9.0 |
| | 2030 | 4,075 | 7 | 32 | 7.9 |
| | 2040 | 4,075 | 7 | 32 | 7.9 |
| | 2050 | 4,075 | 7 | 32 | 7.9 |
| **CSP** | | | | | |
| | 2010 | 7,179 (8,217)[a] | NA | 50 (80) | NA |
| | 2020 | 6,639 (4,077) | NA | 50 (66) | NA |
| | 2030 | 5,398 (2,983) | NA | 50 (51) | NA |
| | 2040 | 4,778 (2,983) | NA | 50 (47) | NA |
| | 2050 | 4,778 (2,983) | NA | 50 (45) | NA |
| **Combined-Cycle Plants** | | | | | |
| | 2010 | 1,250 | 4 | 6 | 7.5 |
| | 2020 | 1,250 | 4 | 6 | 6.7 |
| | 2030 | 1,250 | 4 | 6 | 6.7 |
| | 2040 | 1,250 | 4 | 6 | 6.7 |
| | 2050 | 1,250 | 4 | 6 | 6.7 |
| **Combined-Cycle Plants CCS** | | | | | |
| | 2010 | 3,348 | 10 | 19 | 10.0 |
| | 2020 | 3,267 | 10 | 19 | 10.0 |
| | 2030 | 3,267 | 10 | 19 | 10.0 |
| | 2040 | 3,267 | 10 | 19 | 10.0 |
| | 2050 | 3,267 | 10 | 19 | 10.0 |
| **Simple-Cycle Combustion Turbines** | | | | | |
| | 2010 | 661 | 30 | 5 | 12.5 |
| | 2020 | 661 | 30 | 5 | 10.3 |
| | 2030 | 661 | 30 | 5 | 10.3 |
| | 2040 | 661 | 30 | 5 | 10.3 |
| | 2050 | 661 | 30 | 5 | 10.3 |

| | | Capital Cost ($/kW) | Variable O&M ($/MWh) | Fixed O&M ($/kW-yr) | Heat Rate (MMBtu/MWh) |
|---|---|---|---|---|---|
| **New Coal** | | | | | |
| | 2010 | 2,937 | 4 | 23 | 10.4 |
| | 2020 | 2,937 | 4 | 23 | 9.4 |
| | 2030 | 2,937 | 4 | 23 | 9.0 |
| | 2040 | 2,937 | 4 | 23 | 9.0 |
| | 2050 | 2,937 | 4 | 23 | 9.0 |
| **Nuclear** | | | | | |
| | 2010 | 6,199 (3,100) | NA | 129 | 9.7 |
| | 2020 | 6,199 (3,100) | NA | 129 | 9.7 |
| | 2030 | 6,199 (3,100) | NA | 129 | 9.7 |
| | 2040 | 6,199 (3,100) | NA | 129 | 9.7 |
| | 2050 | 6,199 (3,100) | NA | 129 | 9.7 |
| **Utility-Scale PV** | | | | | |
| | 2010 | 4,067 (4,067) | NA | 51 (21) | NA |
| | 2020 | 2,560 (2,013) | NA | 46 (20) | NA |
| | 2030 | 2,351 (1,912) | NA | 42 (15) | NA |
| | 2040 | 2,191 (1,797) | NA | 38 (13) | NA |
| | 2050 | 2,058 (1,720) | NA | 33 (9) | NA |
| **Wind Offshore** | | | | | |
| | 2010 | 3,702 (3,702) | 0 (23) | 101 (16) | NA |
| | 2020 | 3,355 (3,284) | 0 (17) | 101 (16) | NA |
| | 2030 | 3,042 (2,912) | 0 (14) | 101 (16) | NA |
| | 2040 | 3,042 (2,744) | 0 (12) | 101 (16) | NA |
| | 2050 | 3,042 (2,744) | 0 (12) | 101 (16) | NA |
| **Wind Onshore** | | | | | |
| | 2010 | 2,012 (2,012) | 0 (8) | 60 (12) | NA |
| | 2020 | 2,012 (1,964) | 0 (5) | 60 (12) | NA |
| | 2030 | 2,012 (1,865) | 0 (5) | 60 (12) | NA |
| | 2040 | 2,012 (1,805) | 0 (5) | 60 (12) | NA |
| | 2050 | 2,012 (1,805) | 0 (5) | 60 (12) | NA |

[a] Advanced RE Scenario assumptions displayed in parentheses

### Table 49. Wind Performance Assumptions

| Wind Power Class | On-Shore Wind | Off-Shore Wind |
|---|---|---|
| **2010** | | |
| Class 3 | 0.32 (0.35)[a] | 0.36 (0.37) |
| Class 4 | 0.36 (0.39) | 0.39 (0.41) |
| Class 5 | 0.42 (0.43) | 0.45 (0.44) |
| Class 6 | 0.44 (0.46) | 0.48 (0.48) |
| Class 7 | 0.46 (0.50) | 0.50 (0.52) |

| Wind Power Class | On-Shore Wind | Off-Shore Wind |
|---|---|---|
| **2020** | | |
| Class 3 | 0.33 (0.38) | 0.37 (0.39) |
| Class 4 | 0.37 (0.42) | 0.39 (0.44) |
| Class 5 | 0.42 (0.45) | 0.45 (0.47) |
| Class 6 | 0.44 (0.48) | 0.48 (0.51) |
| Class 7 | 0.46 (0.52) | 0.50 (0.55) |
| **2030** | | |
| Class 3 | 0.35 (0.38) | 0.38 (0.40) |
| Class 4 | 0.38 (0.43) | 0.40 (0.45) |
| Class 5 | 0.43 (0.46) | 0.45 (0.48) |
| Class 6 | 0.45 (0.49) | 0.48 (0.51) |
| Class 7 | 0.46 (0.53) | 0.50 (0.55) |
| **2040** | | |
| Class 3 | 0.35 (0.38) | 0.38 (0.40) |
| Class 4 | 0.38 (0.43) | 0.40 (0.45) |
| Class 5 | 0.43 (0.46) | 0.45 (0.48) |
| Class 6 | 0.45 (0.49) | 0.48 (0.51) |
| Class 7 | 0.46 (0.53) | 0.50 (0.55) |
| **2050** | | |
| Class 3 | 0.35 (0.38) | 0.38 (0.40) |
| Class 4 | 0.38 (0.43) | 0.40 (0.45) |
| Class 5 | 0.43 (0.46) | 0.45 (0.48) |
| Class 6 | 0.45 (0.49) | 0.48 (0.51) |
| Class 7 | 0.46 (0.53) | 0.50 (0.55) |

[a] Advanced RE Scenario assumptions displayed in parentheses

### Table 50. CSP Performance Assumptions

| Wind Power Class | Capacity Factor |
|---|---|
| **2010** | |
| Class 1 | 0.28 (0.28)[a] |
| Class 2 | 0.37 (0.37) |
| Class 3 | 0.42 (0.42) |
| Class 4 | 0.44 (0.44) |
| Class 5 | 0.46 (0.46) |
| **2020** | |
| Class 1 | 0.28 (0.37) |
| Class 2 | 0.37 (0.47) |
| Class 3 | 0.42 (0.52) |
| Class 4 | 0.44 (0.54) |
| Class 5 | 0.46 (0.56) |
| **2030** | |
| Class 1 | 0.37 (0.37) |

| Wind Power Class | Capacity Factor |
|---|---|
| Class 2 | 0.47 (0.47) |
| Class 3 | 0.52 (0.52) |
| Class 4 | 0.54 (0.54) |
| Class 5 | 0.56 (0.56) |
| **2040** | |
| Class 1 | 0.37 (0.37) |
| Class 2 | 0.47 (0.47) |
| Class 3 | 0.52 (0.52) |
| Class 4 | 0.54 (0.54) |
| Class 5 | 0.56 (0.56) |
| **2050** | |
| Class 1 | 0.37 (0.37) |
| Class 2 | 0.47 (0.47) |
| Class 3 | 0.52 (0.52) |
| Class 4 | 0.54 (0.54) |
| Class 5 | 0.56 (0.56) |

[a] Advanced RE Scenario assumptions displayed in parentheses

**Table 51. Utility-Scale PV Performance Assumptions**

| Year | Capacity Factor |
|---|---|
| 2010 | 0.16–0.27 |
| 2020 | 0.16–0.27 |
| 2030 | 0.16–0.27 |
| 2040 | 0.16–0.27 |
| 2050 | 0.16–0.27 |

# Treating Plant Retirement in ReEDS[255]

Assumptions about the retirement of conventional-generating units can have considerable cost implications. Considerations that go into the decision-making process on whether or not an individual plant should be retired involve a number of factors—specifically, the economics of plant operations and maintenance. Projecting these economic considerations into the future given the uncertainties involved is beyond the scope of ReEDS. Instead, ReEDS uses the following three retirement options that are not strictly economic:

- *Scheduled lifetimes for existing coal, gas, and oil.* These retirements are based on lifetime estimate data for power plants from Ventyx (2010). Near-term retirements are based on the officially reported retirement date as reported by EIA 860, EIA 411, or Ventyx unit research (Ventyx 2010). If there is no officially reported retirement date, a lifetime-based

---

[255] This section was taken from existing documentation of the ReEDS model.
Short, W. et al. (2011). "Regional Energy Deployment System (ReEDS)," NREL Technical report NREL/TP-6A20-46534, August 2011. http://www.nrel.gov/analysis/reeds/.

retirement is estimated based on the unit's commercial online date and the following lifetimes:

- o Coal units (< 100 MW) = 65 years
- o Coal units (> 100 MW) = 75 years
- o Natural gas combined-cycle unit = 55 years
- o Oil-gas-steam unit = 55 years

- *Usage-based retirements of coal.* In addition to scheduled retirements, coal technologies, including co-fired coal with biomass, can retire based on proxies for economic considerations. Any capacity that remains unused for energy generation or operating reserves for 4 consecutive years is assumed to retire. Coal capacity is also retired by requiring a minimum annual capacity factor; after every 2-year investment period, if a coal unit has a capacity factor of less than this minimum capacity factor during the 2-year period, an amount of coal capacity is retired such that the capacity factor increases to this minimum threshold (10% in 2030, 20% in 2040, and 30% in 2050). Coal plants are not retired under this algorithm until after 2020.

- *Scheduled nuclear license-based retirements.* Nuclear power plants are retired based on the age of the plant. Under default assumptions, older nuclear plants that are on line before 1980 are assumed to retire after 60 years (one re-licensing renewal), whereas newer plants (on line during or after 1980) are assumed to retire after 80 years (two relicensing renewals). Other options can be implemented, such as assuming 60- or 80-year lifetimes for all nuclear plants.

# Glossary

| | |
|---|---|
| annulus | The space between two concentric lengths of pipe or between pipe and the hole in which it is located. |
| associated gas | Natural gas that occurs with crude oil reservoirs, either as free gas or dissolved in solution. It is usually produced with crude oil. |
| basin | A petroleum geology term that refers to a dip in the Earth's crust usually filled or being filled with sediment. Basins are usually relatively large areas where oil and gas can be found. |
| billion cubic feet (bcf) | Unit used to measure large quantities of gas, approximately equal to 1 trillion British thermal units. |
| billion cubic feet per day (bcf/d) | Unit used to measure the daily volume of gas produced, stored, transported, or consumed. |
| bradenhead | A device that is used during inner-string grouting or pressure grouting operations. The bradenhead is situated at the top of the well casing, where it allows a drill pipe to be extended into the well while the well head is sealed and the annulus between the well casing and drill pipe is pressurized. Also termed casing head, cement head, or largen head. |
| British thermal unit (Btu) | An energy unit equivalent to the amount of energy needed to raise the temperature of 1 pound of water 1°F from 58.5°F to 59.5°F under standard pressure of 30 inches of mercury. Commonly used for measuring gas and other energy sales quantities. |
| burner tip | The point of end-use consumption of a particular fuel. |
| cement bond log | A representation of the integrity of the cement job, especially whether the cement is adhering solidly to the outside of the casing. The log is typically obtained from one of a variety of sonic-type tools. |
| coal-bed methane (CBM) | Natural gas, primarily methane, generated during coal formation and recovered by pumping water from coal seams, allowing gas to escape through shallow wells. It is generally referred to as one type of unconventional gas. |
| closed-loop drilling | Drilling and fracturing operation that contains all fluids in tanks and other closed-to-the-atmosphere equipment. Closed-loop drilling does not use open pits and therefore can reduce the risks of leaks and spills. |
| Combined-cycle | An electric generating technology in which conventional gas combustion turbines are combined with heat-recovery, steam-powered generation units, increasing the overall efficiency of the generating facility. Electricity is produced from both the feed gas, as well as from otherwise lost waste heat exiting gas turbines. In a conventional steam power generating facility, electricity is generated only from the feed gas. |
| completion | Preparing a newly drilled well for production; usually involves setting casing (pipe that lines the interior of a well to prevent caving and protect against ground-water contamination) and perforating the casing to establish communication with the producing formation. |
| compressed natural gas | Highly compressed natural gas stored and transported in high-pressure containers, typically greater than 3,000 pounds per square inch (200 bar); commonly used for transport fuel. |
| condensates | Light hydrocarbon compounds that condense into liquid at surface temperatures and pressures. They are generally produced with natural gas. |
| cubic feet (cf) | Common unit of measurement of gas volume equivalent to the amount of gas required to fill a volume of 1 cubic foot under given temperature and pressure conditions. |

| deep-well injection | Technique for disposal of frac flowback or produced water in deep formations isolated from producing zones and fresh-water aquifers. |
| --- | --- |
| dry gas | Natural gas, mainly methane, that remains after liquid hydrocarbon components have been removed, making it suitable for pipeline shipping, liquefied natural gas processing, or industrial usage. |
| ethane ($C_2H_6$) | A normally gaseous natural gas liquid hydrocarbon extracted from natural gas or refinery gas streams. |
| flaring | The process of disposing uncommercial or otherwise unwanted gas by burning. Operators often flare associated gas in regions with limited gas markets. |
| formation | Refers to either a certain layer of the Earth's crust, or a certain area of a layer; often refers to the area of rock where a petroleum or natural gas reservoir is located. |
| fracturing (or fracking) | See hydraulic fracturing. |
| frac flowback | Fluids that are returned to the surface immediately following hydraulic fracturing that include mostly the injected water, sand, and chemicals used for the fracturing. |
| geographic information system (GIS) | Integrated hardware, software, and data used for capturing, managing, analyzing, and displaying all forms of geographically referenced information. |
| gas-to-liquids process | A process that converts natural gas into synthetic liquid petroleum products, such as diesel fuel and blending feedstock. |
| glycol dehydrators | Facilities in which a glycol-based process removes water from produced natural gas, often in the field and before processing. The removal of water is needed to prevent corrosion and water freezing in pipelines. |
| green completion | Using technology to recover gas that may otherwise be vented or flared during the completion phase of a natural gas well. Also known as reduced emission completions. |
| harmonization | A meta-analytical procedure for adjusting published estimates from life cycle assessment to develop a set of directly comparable estimates. Harmonization clarifies a body of published estimates in ways useful to decision-making and future analyses. See nrel.gov/harmonization for further description and resources. |
| hydraulic fracturing (or hydrofracking) | The process of creating fractures in non-porous rock using specially formulated, water-based solutions forced into wells at extremely high pressure; the cracks in the rock allow for the release and collection of the natural gas. Fracking can be done in vertical or horizontal wells. |
| induced seismicity | Seismic activity (e.g., earthquakes) that is caused by injection of fluids into deep formations in proximity to natural faults. |
| life cycle assessment (LCA) | A technique to assess environmental impacts associated with all stages of a product's life from "cradle to grave" (i.e., from raw material extraction through materials processing, manufacture, distribution, use, repair and maintenance, and disposal or decommissioning). LCAs can be applied to water, energy, greenhouse gas emissions, or other metrics of interest. |
| liquefied natural gas (LNG) | Natural gas, mainly methane, that has been cooled to very low temperature (-259°F) so that it will condense into a transportable colorless and odorless liquid. |
| methane ($CH_4$) | The lightest and most abundant of the hydrocarbon gases, it is the principal component of natural gas and LNG. |
| natural gas | Naturally occurring mixture of hydrocarbon gases from underground sources composed mainly of methane (more than 85% in some cases), ethane, propane, butane, pentane, and impurities including carbon dioxide, helium, nitrogen, and hydrogen sulfide. |

| | |
|---|---|
| natural gas liquids | Natural gas components—including ethane, propane, butane, pentane, and condensates—that are liquid at surface conditions. It does not include methane, which remains in gaseous phase at surface conditions. |
| New York Mercantile Exchange | The first U.S. exchange to trade natural gas futures contracts; the New York Mercantile Exchange has contracts with major delivery points. |
| play (shale play, shale gas play) | A geographic area that has been targeted for exploration due to favorable geoseismic survey results, well logs, or production results from a new well in the area. An area comes into play when it is generally recognized that there is an economic quantity of oil or gas to be found. |
| primacy (primary enforcement responsibility) | The authority to implement the Underground Injection Control Program. To receive primacy, a state, territory, or tribe must demonstrate to EPA that its Underground Injection Control Program is at least as stringent as the federal standards; the state, territory, or tribal Underground Injection Control requirements may be more stringent than the federal requirements. EPA may grant primacy for all or part of the Underground Injection Control Program (e.g., for certain classes of injection wells). |
| produced water | Water that is extracted with the oil and gas from the producing formation. Produced water is usually highly saline and not usable without treatment. |
| quad | A unit of energy equal to $10^{15}$ Btu, roughly equal to 1 Tcf. |
| reserves | Volumes of hydrocarbons that have a chance of being economically and technically producible. |
| reservoir | A subsurface rock or formation having sufficient porosity and permeability to store and transmit fluids such as gas, oil, and water. Reservoirs are typically composed of sedimentary rocks with an overlying or adjoining impermeable seal or cap rock. |
| shale gas | Shale gas is defined as a natural gas produced from shale rock. Shale has low matrix permeability; therefore, gas production in commercial quantities requires fracturing or other stimulation to improve permeability. |
| social license to operate | A project that has the ongoing approval within the local community and other stakeholders, ongoing approval or broad social acceptance, and, most frequently, as ongoing acceptance. |
| trillion cubic feet (Tcf) | Unit used to measure large quantities of gas, typically reserve sizes. Approximately equal to 1 quad of energy. |
| unconventional gas | Unconventional gas refers to gas produced from coal seams (coal-bed methane), shale rocks (shale gas), and rocks with low permeability (tight gas). Once gas is produced from these reservoirs, it has the same properties of gas produced from conventional (i.e., sedimentary reservoirs with high porosity and permeability) sources. Unconventional gas may have high levels of natural gas liquids (an exception is coal-seam gas, which tends to be very dry with high proportion of methane versus natural gas liquids) and may have low or high levels of carbon dioxide and high and low levels of sulfur (sour or sweet). Because unconventional reservoirs have low permeability, artificial methods to increase gas flows, such as mechanical or chemical fracking, is often required before the wells are able to produce commercial quantities of gas. |

| Underground Injection Control Program | The program that EPA, or an approved state, is authorized to implement under the Safe Drinking Water Act that is responsible for regulating the underground injection of fluids. This includes setting the minimum federal requirements for construction, operation, permitting, and closure of underground injection wells. There are six categories of wells regulated under the Underground Injection Control ranging from Class I to Class VI. Class I wells are the most technologically sophisticated and are used to inject wastes into deep, isolated rock formations below the lowermost underground source of drinking water. Class I wells may inject hazardous waste, non-hazardous industrial waste, or municipal wastewater. Class II wells are typically used by the oil and gas industry to inject brines and other fluids associated with oil and gas production, or storage of hydrocarbons. |
|---|---|
| volatile organic compound (VOC) | Gases and vapors, such as benzene, released by petroleum refineries, natural gas drilling, petrochemical plants, plastics manufacturing, and the distribution and use of gasoline. VOCs include carcinogens and chemicals that react with sunlight and nitrogen oxides to form ground-level ozone, a component of smog. |
| water recycling | Collection of frac flowback or produced water and treating the fluid for beneficial use that include hydraulic fracturing, agriculture, or release to streams. |
| well completion | Well completion incorporates the steps taken to transform a drilled well into a producing one. These steps usually include casing, cementing, perforating, gravel packing, and installing a production tree. |
| well head | The assembly of fittings and valve equipment used for producing a well and maintaining surface control of a well. |
| wet gas | Natural gas with significant natural gas liquid components. Also sometimes called rich gas. |
| workover | Work performed in a well after its completion in an effort to secure production where there has been none, restore production that has ceased, or increase production. Workovers for unconventional wells involve re-fracturing (re-stimulation). |

# References

**Introduction**

CERA (Cambridge Energy Research Associates). (2011). "Staying Power: Can U.S. Coal Plants Dodge Retirement for Another Decade?" CERA.

CRS (Congressional Research Service). (2011). "EPA's Regulation of Coal-Fired Power: Is a Train-Wreck Coming?" Library of Congress.

Credit Suisse. (2010). "Growth from Subtraction."

Ebinger, C.; Massy, K.; Avasarala, G. (2012). "Liquid Markets: Assessing the Case for U.S. Exports of Liquefied Natural Gas." Brookings Institute.

EIA, "Annual Energy Review," October 2011

EIA. (2012a). "Annual Energy Outlook 2012 Early Release Overview." Washington, D.C.: U.S. Department of Energy EIA.

EIA, "Monthly Energy Review," April 27, 2012.

EIA "Electric Power Monthly," May 29, 2012

EIA (Energy Information Administration). (2012b). "Short Term Energy Outlook." Washington, D.C.: U.S. Department of Energy EIA.

Howarth, R.; Santoro, R.; Ingraffea, A. (2011). "Methane and the Greenhouse Gas Footprint of Natural Gas from Shale Formations." *Climatic Change Letters*. DOI 10.1007/s10584-011-0061-5.

Lustgarten, A. (2011). "Climate Benefits of Natural Gas May Be Overstated." *ProPublica*. http://www.propublica.org/article/natural-gas-and-coal-pollution-gap-in-doubt.

MIT (Massachusetts Institute of Technology). (2011). *The Future of Natural Gas: An Interdisciplinary MIT Study*. Cambridge, Mass.: MIT Energy Initiative.

Reuters (2012). "AEP Sees Coal-to-Gas Switching Reversing as Natgas Prices Rise," 24 October 2012, New York..

SEAB (Secretary of Energy Advisory Board). (2011a). "Shale Gas Production Subcommittee 90-Day Report." Washington, D.C.: U.S. DOE.

SEAB. (2011b). "Shale Gas Production Subcommittee Second Ninety Day Report." Washington, D.C.: U.S. DOE.

Seto, C. (2011). "Technology in Unconventional Gas Resources." Supplemental Paper 2.3 in *The Future of Natural Gas; An Interdisciplinary MIT Study*. http://web.mit.edu/mitei/research/studies/natural-gas-2011.shtml.

Slone, D. (2012). "Future Outlook for Coal." Presentation to investors, ArchCoal.

UT (University of Texas). (2012). "Fact-Based Regulation for Environmental Protection in Shale Gas Development." Austin: University of Texas Energy Institute.

Zoback, M.; Kitasei, S.; Copithorne, B. (2010). "Addressing the Risks from Shale Gas Development." Washington, D.C.: WorldWatch Institute.

## Chapter 1

API (American Petroleum Institute). (2009). *Compendium of Greenhouse Gas Emissions Methodologies for the Oil and Natural Gas Industry.* http://www.api.org/ehs/climate/new/upload/2009_GHG_COMPENDIUM.pdf.

Broderick, J.; Anderson, K.; Wood, R.; Gilbert, P.; Sharmina, M,; Footit, A.; Glynn, S.; Nicholls, F. (2011). "Shale Gas: An Updated Assessment of Environmental and Climate Change Impacts." Manchester, UK: University of Manchester Tyndall Centre.

Bruner K and Smosna R. 2011. A Comparative Study of the Mississippian Barnett Shale, Fort Worth Basin, and Devonian Marcellus Shale, Appalachian Basin. DOE/NETL-2011/1478. http://www.netl.doe.gov/technologies/oil-gas/publications/brochures/DOE-NETL-2011-1478%20Marcellus-Barnett.pdf.

Bullin K and Krouskop P. 2008, Compositional Variety Complicates Processing Plans for US Shale Gas. http://www.bre.com/portals/0/technicalarticles/Keith%20Bullin%20-%20Composition%20Variety_%20US%20Shale%20Gas.pdf. Based on a presentation to the Annual Forum, Gas Processors Association—Houston Chapter, Oct. 7, 2008, Houston, TX.

Burkhardt, J.; Heath, G.; Cohen, E. (2012). "Life Cycle Greenhouse Gas Emissions from Trough and Tower Concentrating Solar Power Electricity Generation: Systematic Review and Harmonization." *Journal of Industrial Ecology.* DOI: 10.1111/j.1530-9290.2012.00474.x.

Burnham, A.; Han, J.; Clark, C.; Wang, M.; Dunn, J.; Palou-Rivera, I. (2012). "Life cycle Greenhouse Gas Emissions of Shale Gas, Natural Gas, Coal and Petroleum." *Environmental Science & Technology* (46); pp. 619–627.

CERA. (2011). "Mismeasuring Methane: Estimating Greenhouse Gas Emissions from Upstream Natural Gas Development." www.ihs.com/images/MisMeasuringMethane082311.pdf.

EIA (Energy Information Administration). (2011). *Annual Energy Review 2010.* Washington, D.C.: U.S. DOE Energy Information Administration. http://205.254.135.24/totalenergy/data/annual/pdf/aer.pdf.

EIA. (2012). *Natural Gas Consumption by End Use.* Washington, D.C.: U.S. DOE Energy Information Administration. http://205.254.135.7/dnav/ng/ng_cons_sum_dcu_nus_m.htm.

ENVIRON. (2010.) "Oil and Gas Exploration and Production Greenhouse Gas Protocol. Task 2 Report: Significant Source Categories and Technical Review of Estimation Methods." Prepared

for Western States Regional Air Partnership (WRAP) Oil and Gas Greenhouse Gas Protocol Steering Committee.

EPA (U.S. Environmental Protection Agency). (1995). "Compilation of Air Pollutant Emission Factors. Vol. 1: Stationary Point and Area Sources." *AP-42,* 5th ed. http://www.epa.gov/ttnchie1/ap42/.

EPA. (2011). "Greenhouse Gas Emissions Reporting from the Petroleum and Natural Gas Industry." Washington, D.C.: U.S. EPA Climate Change Division. http://www.epa.gov/climatechange/emissions/downloads10/Subpart-W_TSD.pdf.

EPA. (2012a). *Inventory of Greenhouse Gas Emissions and Sinks: 1990-2010.* Washington, D.C.: U.S. EPA. http://www.epa.gov/climatechange/emissions/usinventoryreport.html.

EPA. (2012b). "Oil and Natural Gas Sector: Standards of Performance for Crude Oil and Natural Gas Production, Transmission, and Distribution." Washington, D.C.: U.S. EPA Climate Change Division.

Forster, P.; Ramaswamy, V.; Artaxo, P.; Berntsen, T.; Betts, R.; Fahey, D. W.; Haywood, J.; Lean, J.; Lowe, D. C.; Myhre, G.; Nganga, J.; Prinn, R.; Raga, G.; Schulz, M.; Dorland, R.V. (2007). "Changes in Atmospheric Constituents and in Radiative Forcing." In *Climate Change 2007: The Physical Science Basis.* Eds. S. Solomon et al. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. Cambridge, UK and New York: Cambridge University Press.

Heath, G.; Mann, M. (2012.) "Background and Reflections on the LCA Harmonization Project." *Journal of Industrial Ecology.* DOI: 10.1111/j.1530-9290.2012.00478.x.

Heath. G.; Arent, D.; O'Donoughue, P. (2012.) "Harmonization of Initial Estimates of Shale Gas Life Cycle GHG Emissions for Electric Power Generation." NREL Technical Report.

Horne R, Grant T, Verghese K. 2009. *Life Cycle Assessment: Principles, Practice and Prospects.* CSIRO Publishing: Collingwood, Australia.

Howarth, R.W.; Santoro, R.; Ingraffea, A.; Phillips, N.; Townsend-Small, A. (2011). "Methane and the Greenhouse-Gas Footprint of Natural Gas from Shale Formations." *Climatic Change* (106); pp. 679–690.

Hultman, N.; Rebois, D.; Scholten, M.; Ramig, C. (2011.) "The Greenhouse Impact of Unconventional Gas for Electricity Generation." *Environmental Research Letters* (6); 044008. doi:10.1088/1748-9326/6/4/044008.

INTEK. (2011). "Review of Emerging Resources: U.S. Shale Gas and Shale Oil Plays." Prepared by INTEK for U.S. Energy Information Administration (EIA).

Jiang, M.; Griffin; Hendrickson; Jaramillo; VanBriesen; Venkatesh. (2011). "Life Cycle Greenhouse Gas Emissions of Marcellus Shale Gas." *Environmental Research Letters* 6:034014 (doi:10.1088/1748-9326/6/3/034014).

MIT (Massachusetts Institute of Technology). (2007.) *The Future of Coal: An Interdisciplinary MIT Study*. Cambridge, MA: MIT. http://web.mit.edu/coal/.

O'Donoughue, P.; Dolan, S.; Heath, G. (2012). "Life Cycle Greenhouse Gas Emissions from Natural Gas–Fired Electricity Generation: Systematic Review and Harmonization." *Journal of Industrial Ecology* (conditionally accepted).

Petron, G.; Frost, G.; Hirsch, A.; Montzka, S.; Karion, A.; Miller, B.; Trainer, M.; Sweeney, C.; Andrews, A.; Miller, L.; Kofler, J.; Dlugokencky, E.; Patrick, L.; Moore, T.; Ryerson, T.; Siso, C.; Kolodzey, W.; Lang, P.; Conway, T.; Novelli, P.; Masarie, K.; Hall, B.; Guenther, D.; Kitzis, D.; Miller, J.; Welsh, D.; Wolfe, D.; Neff, W.; Tans, P. (2012). "Hydrocarbon Emissions Characterization in the Colorado Front Range –A Pilot Study." *Journal of Geophysical Research* (117). D04304, doi:10.1029/2011JD016360.

Pring, M.; Hudson, D.; Renzaglia, J.; Smith, B.; Treimel, S. (2010). *Characterization of Oil and Gas Production Equipment and Develop a Methodology to Estimate Statewide Emissions*. Prepared for Texas Commission on Environmental Quality.

Santoro, R.L.; Howarth, R.H.; Ingraffea, A.R. (2011). "Indirect Emissions of Carbon Dioxide from Marcellus Shale Gas Development." Ithaca, N.Y.: Cornell University Agriculture, Energy, & Environment Program. http://www.eeb.cornell.edu/howarth/Marcellus.htm.

Schievelbein, V.H. (1997). "Reducing Methane Emissions from Glycol Dehydrators." Society of Petroleum Engineers/EPA Exploration and Production Environmental Conference, March 3–5, Dallas, Texas. http://www.onepetro.org/mslib/servlet/onepetropreview?id=00037929.

Seinfeld J and Pandis S. 2006. *Atmospheric Chemistry and Physics: From Air Pollution to Climate Change*. John Wiley & Sons: Boston.

Shires, T. and Lev-On, M. (2012). *Characterizing Pivotal Sources of Methane Emissions from Unconventional Natural Gas Production: Summary and Analysis of API and ANGA Survey Responses*. Prepared for the American Petroleum Institute and the American Natural Gas Association.

Skone, T. and James, R. (2010). "Life Cycle Analysis: Natural Gas Combined Cycle (NGCC) Power Plant." DOE/NETL-403-110509. Washington, D.C.: U.S. DOE National Energy Technology Laboratory. http://www.netl.doe.gov/energyanalyses/refshelf/PubDetails.aspx?Action=View&PubId=353.

Skone, T.; Littlefield, J.; Marriott, J. (2011). "Life Cycle Greenhouse Gas Inventory of Natural Gas Extraction, Delivery and Electricity Production." DOE/NETL-2011/1522. Washington, D.C.: U.S. DOE National Energy Technology Laboratory. http://www.netl.doe.gov/energy-analyses/pubs/NG-GHG-LCI.pdf.

Stephenson, T.; Valle, J.; Riera-Palou, X. 2011. "Modeling the Relative GHG Emissions of Conventional and Shale Gas Production." *Environmental Science & Technology* (45); pp. 10757–10764.

TCEQ (Texas Commission on Environmental Quality). (2010). "2009 Emissions Inventory Guidelines." TCEQ Publication RG-360A/09. http://www.tceq.texas.gov/assets/public/comm_exec/pubs/rg/rg360/rg36009/rg-360a.pdf.

TCEQ. (2011). "Barnett Shale Phase Two Special Inventory Data." http://www.tceq.texas.gov/airquality/point-source-ei/psei.html.

TCEQ. (2012). Personal communication with Garvin Heath of TCEQ.

Townsend-Small, A.; Tyler, S.C.; Pataki, D.E.; Xu, X.; Christensen, L.E. (2012). "Isotopic Measurements of Atmospheric Methane in Los Angeles, California, USA: Influence of 'Fugitive' Fossil Fuel Emissions." *Journal of Geophysical Research* 117, D07308, doi:10.1029/2011JD016826.

TRRC (Texas Railroad Commission). (2012). "Production Data Query System (PDQ)." http://webapps2.rrc.state.tx.us/EWA/productionQueryAction.do.

Venkatesh; Jaramillo; Griffin; Matthews. (2011) "Uncertainty in Life Cycle Greenhouse Gas Emissions from United States Natural Gas End-Uses and Its Effects on Policy." *Environmental Science & Technology* (45); pp. 8182–8189.

Vigon B, Tolle D, Cornaby B, Latham H, Harrison C, Boguski T, Hunt R, Sellers J. 1993. Life cycle Assessment: Inventory Guidelines and Principles. Prepared for the U.S. Environmental Protection Agency, Cincinnati Ohio. EPA/600/R-92/245. http://infohouse.p2ric.org/ref/14/13578.pdf

Warner, E.; Heath, G. (2012). "Life Cycle Greenhouse Gas Emissions from Nuclear Electricity Generation: Systematic Review and Harmonization." *Journal of Industrial Ecology.* DOI: 10.1111/j.1530-9290.2012.00472.x.

Whitaker, M.; Heath, G.; O'Donoughue, P.; Vorum, M. (2012). "Life Cycle Greenhouse Gas Emissions from Coal-Fired Electricity Generation: Systematic Review and Harmonization." *Journal of Industrial Ecology.* DOI: 10.1111/j.1530-9290.2012.00465.x.

## Chapter 2

Archuleta County Land Use Code Sec. 9.2.6.3: Archuleta County's Oil and Gas Development Permit Provisions (Amended Dec. 2010). http://www.archuletacounty.org/Planning/Section 9 - Mining December 2010.pdf

Armendariz, A. (2009). "Emissions from Natural Gas Production in the Barnett Shale Area and Opportunities for Cost-Effective Improvements." http://www.edf.org/sites/default/files/9235_Barnett_Shale_Report.pdf.

BBC News. (2012). "Bulgaria Bans Shale Gas Drilling with 'Fracking' Method."

BLM (Bureau of Land Management). (2012). "Proposed Rule: Oil and Gas; Well Stimulation, Including Hydraulic Fracturing, on Federal and Indian Lands."

http://www.doi.gov/news/pressreleases/loader.cfm?csModule=security/getfile&amp;pageid=293916.

BPC (Bipartisan Policy Center). (2012). "Shale Gas: New Opportunities, New Challenges." http://www.scribd.com/doc/95194795/Shale-Gas-New-Opportunities-New-Challenges.

Cardi Reports. (2011). "The Economic Consequences of Marcellus Shale Gas Extraction: Key Issues." Prepared for Cornell University. http://www.greenchoices.cornell.edu/downloads/development/marcellus/Marcellus_CaRDI.pdf.

CCC (Colorado Conservation Voters). (2010). "Governor's Signature Brings Colorado a Step Closer to Cleaner Air." http://www.westernresourceadvocates.org/media/archive10/CleanAirCleanJobs.pdf.

CDWR (Colorado Division of Water Resources). (2012). "Water Sources and Demand for the Hydraulic Fracturing of Oil and Gas Wells in Colorado from 2010 through 2015." Colorado Division of Water Resources, Colorado Water Conservation Board, Colorado Oil and Gas Conservation Commission. http://cogcc.state.co.us/Library/Oil_and_Gas_Water_Sources_Fact_Sheet.pdf.

CDNR (Colorado Department of Natural Resources). (2012). "Recommendations from the Task Force Established by Executive Order 2012-002 Regarding Mechanisms to Work Collaboratively and Coordinate State and Local Oil and Gas Regulatory Structures." http://www.colorado.gov/cs/Satellite?blobcol=urldata&blobheadername1=Content-Disposition&blobheadername2=Content-Type&blobheadervalue1=inline;+filename%3D%22TaskForceLetter.pdf%22&blobheadervalue2=application/pdf&blobkey=id&blobtable=MungoBlobs&blobwhere=1251786375291&ssbinary=true.

CDPHE (Colorado Department of Health and the Environment). (2008). "Statement of Purpose and Basis, Regulation XII, Section XIX.K." http://www.cdphe.state.co.us/regulations/airregs/5CCR1001-9.pdf.

CDPHE (Colorado Department of Health and the Environment). (2012). Regulation Number 7, XII, "Control of Ozone Via Ozone Precursors." http://www.cdphe.state.co.us/regulations/airregs/5CCR1001-9.pdf

COGCC (Colorado Oil and Gas Conservation Commission). (2008). "Statement of Basis, Specific Statutory Authority, and Purpose." 2 Colo. Code. Regs. 404-1. http://cogcc.state.co.us/rulemaking/StaffPreHearState/ProposedStatementBasisAuthorityPurpose.pdf.

COGCC. (2012). "Setback Stakeholder Group." http://cogcc.state.co.us/library/setbackstakeholdergroup/SetbackStakeholderGroup.asp.

CU (University of Colorado). (2012). "Study Shows Air Emissions Near Fracking Sites May Pose Health Risk." CU-Denver press release.

http://www.ucdenver.edu/about/newsroom/newsreleases/Pages/health-impacts-of-fracking-emissions.aspx.

Dryden. (2012). "Anschutz Exploration Corp. v. Town of Dryden." 35 Misc.3d 450 (S. Ct. Tompkins County).

Earthworks. (2012). "Alternatives to Pits." http://www.earthworksaction.org/issues/detail/alternatives_to_pits.

Earthworks. (2012b). "Colorado Oil & Gas Enforcement – Violations." http://www.earthworksaction.org/issues/detail/colorado_oil_gas_enforcement_violations.

Efstathiou Jr., J. (2012). "Drillers Say Costs Manageable from Pending Gas Emissions Rule." http://www.bloomberg.com/news/2012-04-17/drillers-say-costs-manageable-from-pending-gas-emissions-rule.html, April 17, 2012.

EPA (U.S. Environmental Protection Agency). (2000). "Profile of the Oil and Gas Extraction Industry." http://www.epa.gov/compliance/resources/publications/assistance/sectors/notebooks/oilgas.pdf.

EPA. (2008). "EPA Form 7520-6: Underground Injection Control Permit Application." http://www.epa.gov/safewater/uic/pdfs/reportingforms/7520-6.pdf.

EPA. (2011a). "EPA Announces Schedule to Develop Natural Gas Wastewater Standards." http://yosemite.epa.gov/opa/admpress.nsf/0/91E7FADB4B114C4A8525792F00542001.

EPA. (2011b). "Letter from Jon M. Capacasa, EPA Region III, to Kelly Jean Heffner, Pennsylvania Department of Environmental Protection." http://www.epa.gov/region3/marcellus_shale/pdf/letter/heffner-letter5-12-11.pdf.

EPA. (2011c). "Letter from Shawn M. Garvin, EPA Region III, to Michael Krancer, Pennsylvania Department of Environmental Protection." http://www.uppermon.org/Marcellus_Shale/EPA-PADEP-Marcellus-7Mar11.html.

EPA. (2011d). "Letter from Stephen A. Owens, EPA, to Deborah Gold, Earthjustice, re: TSCA Section 21 Petition Concerning Chemical Substances and Mixtures Used in Oil and Gas Exploration or Production." http://www.epa.gov/oppt/chemtest/pubs/EPA_Letter_to_Earthjustice_on_TSCA_Petition.pdf.

EPA (2011e). "EPA's Study of Hydraulic Fracturing and Its Potential Impact on Drinking Water Resources," Environmental Protection Agency, http://www.epa.gov/hfstudy/.

EPA. (2012a). "Area Designations for 2008 Ground-level Ozone Standards." http://www.epa.gov/ozonedesignations/2008standards/index.htm.

EPA. (2012b). "Hydraulic Fracturing Under the Safe Drinking Water Act," Environmental Protection Agency, http://water.epa.gov/type/groundwater/uic/class2/hydraulicfracturing/hydraulic-fracturing.cfm.

EPA. (2012c). "Oil and Natural Gas Sector: New Source Performance Standards and National Emission Standards for Hazardous Air Pollutants Reviews." Final Rule. http://www.epa.gov/airquality/oilandgas/pdfs/20120417finalrule.pdf.

Freudenthal. (2009). "Letter from Wyoming Governor Dave Freudenthal to Carol Rushin, EPA Region VIII, re: Wyoming 8-Hour Ozone Designation Recommendation, 12 March 2009, http://deq.state.wy.us/out/downloads/Rushin%20Ozone.pdf.

Groat, C.; Grimshaw, T. (2012). "Fact-Based Regulation for Environmental Protection in Shale Gas." Austin: University of Texas Energy Institute. http://energy.utexas.edu/images/ei_shale_gas_regulation120215.pdf.

GWPC (2009). "Modern Shale Gas Development in the United States: A Primer." Ground Water Protection Council. http://www.gwpc.org/sites/default/files/Shale%20Gas%20Primer%202009.pdf

Hammer, R.; VanBriesen, J. (2012). "In Fracking's Wake: New Rules Are Needed to Protect Our Health and Environment from Contaminated Wastewater." Natural Resources Defense Council. http://www.nrdc.org/energy/files/Fracking-Wastewater-FullReport.pdf.

Holland, A. (2011). Oklahoma Geological Survey, Examination of Possibly Induced Seismicity from Hydraulic Fracturing in the Eola Field, Garvin County, Oklahoma 18, http://www.ogs.ou.edu/pubsscanned/openfile/OF1_2011.pdf.

IEA (2012). "Golden Rules for a Golden Age of Gas." International Energy Agency. http://www.worldenergyoutlook.org/media/weowebsite/2012/goldenrules/WEO2012_GoldenRulesReport.pdf.

Jones, E.A. (2011). "Testimony for the US House Committee on Science, Space, and Technology: Review of Hydraulic Fracturing Technology." http://science.house.gov/sites/republicans.science.house.gov/files/documents/hearings/Hydraulic%20Fracturing%20Written%20Testimony-Final-5-9-2011%20jones.pdf.

Kurth, T. (2010). "American Law and Jurisprudence on Fracing." Haynes and Boone LLP. http://www.haynesboone.com/files/Publication/3477accb-8147-4dfc-b0b4-380441178123/Presentation/PublicationAttachment/195a3398-5f02-4905-b76d-3858a6959343/American_Law_Jurisprudence_Fracing.pdf.

Martin, J., Susan M. Mathiascheck & Sarah Gleich. (2010). "Fractured Fairytales: The Context and Regulatory Constraints for Hydraulic Fracturing." Rocky Mountain Mineral Law Foundation Annual Institute Paper 3, December Issue.

McKenzie, L. et al. (2012). "Human Health Risk Assessment of Air Emissions from Development of Unconventional Natural Gas Resources." University of Colorado School of Public Health and Garfield County Board of County Commissioners. http://www.erierising.com/human-health-risk-assessment-of-air-emissions-from-development-of-unconventional-natural-gas-resources/. (See upcoming issue of *Journal of Geophysical Research*).

Middlefield. (2012). "Cooperstown Holstein Corp. v. Town of Middlefield." 943 N.Y.S.2d 722 (S. Ct. Otsego County).

Niquette, M. (2011). "Fracking Has Formerly Stable Ohio City Aquiver over Quakes," Bloomberg News. http://www.bloomberg.com/news/2011-12-14/fracking-has-formerly-stable-ohio-city-aquiver-over-earthquakes.html.

NPC (National Petroleum Council). (2011). " Prudent Development Realizing the Potential of North America's Abundant Natural Gas and Oil Resources." http://www.npc.org/NARD-ExecSummVol.pdf.

New Mexico Oil Conservation Division. (2008). *Cases Where Pit Substances Contaminated New Mexico's Ground Water."* http://www.emnrd.state.nm.us/ocd/documents/GWImpactPublicRecordsSixColumns20081119.pdf.

NRLC (Natural Resources Law Center). (2012). "Solid Waste." http://www.oilandgasbmps.org/resources/solidwaste.php.

Ohio Dep't of Natural Resources, (2012). Preliminary Report on the Northstar 1 Class II Injection Well and the Seismic Events in the Youngstown, Ohio, Area 17, http://ohiodnr.com/downloads/northstar/UICreport.pdf.

Railroad Commission of Texas. (RRC 2009. Self-Evaluation Report, *available at* http://www.sunset.state.tx.us/82ndreports/rct/ser.pdf.

Petron, G.; Frost, G.; Hirsch, A.; Montzka, S.; Karion, A.; Miller, B.; Trainer, M.; Sweeney, C.; Andrews, A.; Miller, L.; Kofler, J.; Dlugokencky, E.; Patrick, L.; Moore, T.; Ryerson, T.; Siso, C.; Kolodzey, W.; Lang, P.; Conway, T.; Novelli, P.; Masarie, K.; Hall, B.; Guenther, D.; Kitzis, D.; Miller, J.; Welsh, D.; Wolfe, D.; Neff, W.; Tans, P. (2012). "Hydrocarbon Emissions Characterization in the Colorado Front Range –A Pilot Study." *Journal of Geophysical Research* (117). D04304, doi:10.1029/2011JD016360.

PA DEP (Pennsylvania Department of Environmental Protection). (2010). "STRONGER Pennsylvania Hydraulic Fracturing State Review." http://www.strongerinc.org/documents/PA%20HF%20Review%20Print%20Version.pdf.

Robinson. (2012a). "Robinson Township, et al. v. Pennsylvania, Complaint for Declaratory Judgment and Injunctive Relief." http://c4409835.r35.cf2.rackcdn.com/03-29-10_part-1-of-the-final-petition.pdf; http://c4409835.r35.cf2.rackcdn.com/03-29-13_part-2-of-the-final-petition.pdf.

Robinson. (2012b). "Robinson Township, et al. v. Pennsylvania, No. 284 M.D., Order (Commonwealth Court Pa.) http://canon-mcmillan.patch.com/articles/judge-grants-injunction-in-act-13-challenge#pdf-9548282.

SEAB (Secretary of Energy Advisory Board). (2011a). "Shale Gas Production Subcommittee 90-Day Report," Washington, D.C. DOE.
http://www.shalegas.energy.gov/resources/081811_90_day_report_final.pdf.

SEAB. (2011b). "Shale Gas Production Subcommittee Second Ninety Day Report." Washington, D.C.: DOE. http://www.shalegas.energy.gov/resources/111811_final_report.pdf.

Soraghan, M. (2011). "Oil and Gas: Puny Fines, Scant Enforcement Leave Drilling Violators with Little to Fear." http://www.eenews.net/public/Greenwire/2011/11/14/1.

Streater, S. (2010). "Air Quality Concerns May Dictate Uintah Basin's Natural Gas Drilling Future." *New York Times*, October 1. http://www.nytimes.com/gwire/2010/10/01/01greenwire-air-quality-concerns-may-dictate-uintah-basins-30342.html?pagewanted=1.

State Review of Oil & Natural Gas Environmental Regulations (STRONGER). (2010). Pennsylvania Hydraulic Fracturing State Review."
http://www.strongerinc.org/documents/PA%20HF%20Review%20Print%20Version.pdf.

State Review of Oil & Natural Gas Environmental Regulations (STRONGER). (2011a). "Colorado Hydraulic Fracturing State Review."
http://www.strongerinc.org/documents/Colorado%20HF%20Review%202011.pdf.

State Review of Oil & Natural Gas Environmental Regulations (STRONGER). (2011b). "STRONGER Louisiana Hydraulic Fracturing State Review."
http://www.shalegas.energy.gov/resources/071311_stronger__louisiana_hfreview.pdf.

TRCC (Texas Railroad Commission). "Waste Minimization in Drilling Operations."
http://www.rrc.state.tx.us/forms/publications/wasteminmanual/wastemindrillingops.php.

Urbina, I. (2011). "Regulation Lax as Gas Wells' Tainted Water Hits Rivers." *New York Times*, Feb. 26. http://www.nytimes.com/2011/02/27/us/27gas.html?_r=1&pagewanted=all.

White House. (2011). "Blueprint for a Secure Energy Future."
http://www.whitehouse.gov/sites/default/files/blueprint_secure_energy_future.pdf.

Wiseman, H. (2010). "Regulatory Adaptation in Fractured Appalachia," *Villanova Environmental Law Journal* (21:2).

Western Regional Air Partnership (2010-2012) Phase III Oil/Gas Emissions Inventories,
http://www.wrapair.org/forums/ogwg/PhaseIII_Inventory.html.

WYDEQ (Wyoming Department of Environmental Quality). (2010). "Oil and Gas Production Facilities Chapter 6, Section 2 Permitting Guidance."
http://deq.state.wy.us/aqd/Oil%20and%20Gas/March%202010%20FINAL%20O&G%20GUIDANCE.pdf.

Xcel Energy. (2012). "Colorado Clean Air–Clean Jobs Plan."
http://www.xcelenergy.com/Environment/Doing_Our_Part/Clean_Air_Projects/Colorado_Clean_Air_-_Clean_Jobs_Plan.

## Chapter 3

American Water. (2012). "Pennsylvania, Rates Information."
http://www.amwater.com/paaw/customer-service/rates-information.html.

API (American Petroleum Institute). (2009a). "Environmental Protection For Onshore Oil and Gas Production Operations and Leases." API Recommended Practice 51R, first edition. Washington, DC: American Petroleum Institute. July.
http://www.api.org/plicy/exploration/hydraulicfracturing/upload/API_RP_S1R.pdf

API (American Petroleum Institute). (2010b). "Freeing Up Energy—Hydraulic Fracturing: Unlocking America's Natural Gas Resources." Washington, DC: American Petroleum Institute. July.

Andrew, A., Folger P., Humphries, M., Copland C., Tiemann, M., Meltz, R., and Brougher, C. (2009). "Unconventional Gas Shales: Development, Technology and Policy Issues." Congressional Research Service.

API (American Petroleum Institute). (2010). *Water Management Associated with Hydraulic Fracturing*, 1st ed. API Publishing.

ASRPG (Appalachian Shale Recommended Practice Group). (2012). "Recommended Standards and Practices."
http://media.marketwire.com/attachments/201204/44703_ASRPGStandardsandPracticesDocumentApril302012.pdf.

Arthur, J., Uretsky, M., and Wilson, P. (2010). "Water Resources and Use for Hydraulic Fracturing in the Marcellus Shale Region." ALL Consulting.

ASRPG (Appalachian Shale Recommended Practice Group). (2012). "Recommended Standards and Practices."
http://media.marketwire.com/attachments/201204/44703_ASRPGStandardsandPracticesDocumentApril302012.pdf.

Bellabarba, M., Bulte-Loyer, H., Froelich, B., Le Roy-Delage, S., Kujik, R., Zerouy, S., Guillot, D., Meroni, N., Pastor, S., & Zanchi, A. (2008). "Ensuring Zonal Isolation beyond the Life of the Well. Oil Field Review, 18-31.

Chief Oil and Gas, LLC. (2012). http://www.chiefog.com/marcellus_shale_best_practices

COGCC (Colorado Oil and Gas Conservation Commission). (2012a). "2011 Report To the Water Quality Control Commission and Water Quality Control Division of the Colorado Department of Public Health and Environment," February.

COGCC. (2012b). "Fact Sheet: Water Sources and Demand for the Hydraulic Fracturing of Oil and Gas Wells in Colorado from 2010 through 2015." http://cogcc.state.co.us/Library/Oil_and_Gas_Water_Sources_Fact_Sheet.pdf.

Colorado Oil & Gas Enforcement Violations. (n.d.). http://www.earthworksaction.org/issues/detail/colorado_oil_gas_enforcement_violations

Coyote Gulch. (2012). http://coyotegulch.wordpress.com/2012/02/10/cogcc-water-use-for-hydraulic-fracturing-expected-to-increase-from-4-5-billion-gallons-now-to-6-billion-gallons-in-2015/.

Davies, R.J., Mathias, S., Moss, J., Hustoft, S., Newport, L., (2012) "Hydraulic Fractures: How Far Can They Go?," *Marine and Petroleum Geology*, 4:2012, 22-27.

Eagle Ford Shale. (2012). "Drilling Rig Count." http://www.eaglefordshale.com/.

e-CFR (Electronic Code of Federal Regulations). (2012). http://ecfr.gpoaccess.gov/cgi/t/text/text-idx?c=ecfr;sid=57f213bf40c3061120a3e54288372e1c;rgn=div5;view=text;node=18%3A2.0.3.3.3;idno=18;cc=ecfr#18:2.0.3.3.3.1.11.5.

EDF (Environmental Defense Fund). (2012). "Natural Gas: Challenge or Opportunity? Public Health and the Environment Must Come First." http://www.edf.org/sites/default/files/EDF-Natural-Gas-Fact-Sheet-May2012.pdf.

EIA (U.S. Energy Information Administration). (2011). "Review of Emerging Resources: U.S. Shale Gas and Shale Oil Plays." ftp://ftp.eia.doe.gov/natgas/usshaleplays.pdf.

Energy Collective. (2012). "Gas Industry's First Stabs at 'Standards' & 'Practices': How Much Do They Reduce Accident Risk?" http://theenergycollective.com/node/83870?utm_source=tec_newsletter&utm_medium=email&utm_campaign=newsletter.

Energy Institute. (2012). *Fact-Based Regulation for Environmental Protection in Shale Gas Development.* http://energy.utexas.edu/images/ei_shale_gas_regulation120215.pdf.

EPA (U.S. Environmental Protection Agency). (2004). "Evaluation of Impacts to Underground Sources of Drinking Water by Hydraulic Fracturing of Coalbed Methane Reservoirs. Attachment 1, The San Juan Basin."

EPA (U.S. Environmental Protection Agency). (2011). "Plan to Study the Potential Impacts of Hydraulic Fracturing on Drinking Water Resources." EPA/600/R-11/122. http://www.epa.gov/hfstudy/HF_Study__Plan_110211_FINAL_508.pdf

Falk, H., Lavergren, U., and Bergback, B. (2006). "Metal Mobility in Alum Shale from Öland, Sweden." <u>Journal of Geochemical Exploration</u>, 90(3), 157-165.