Geology.com. (2012). "Haynesville Shale: News, Lease and Royalty Information." http://geology.com/articles/haynesville-shale.

GWPC (Ground Water Protection Council). (2009). "State Oil and Natural Gas Regulations Designed to Protect Water Resources." Washington, DC: U.S. Department of Energy, National Energy Technology Laboratory. http://data.memberclicks.com/site/coga/GWPC.pdf.

GWPC (Ground Water Protection Council) & ALL Consulting. (2009). Modern Shale Gas Development in the US: A Primer. Contract DE-FG26-04NT15455. Washington, DC: U.S. Department of Energy, Office of Fossil Energy and National Energy Technology Laboratory. http://www.netl.doe.gov/technologies/oil-gas/publications/EPreports/Shale_Gas_Primer_2009.pdf

Haerer, D. and McPherson, B. (2009). "Evaluating the Impacts and Capabilities of Long Term Subsurface Storage in the Context of Carbon Sequestration in the San Juan Basin, NM and CO." Energy Procedia. Vol 1. Pg. 2991-2998

Hoffman, J. (2011). "Water Use and the Shale Gas Industry." Susquehanna River Basin Commission presentation. http://www.stcplanning.org/usr/Program_Areas/Energy/Naturalgas_Resources/SRBC_Presentation_Sept_2011.pdf.

Hopey, D. (2011). Radiation-fracking Link Sparks Swift Reactions. *Pittsburgh Post-Gazette*. March 5. http://www.post-gazette.com/pg/11064/1129908-113.stm.

IEA (International Energy Agency). (2012). *Golden Rules for a Golden Age of Gas: World Energy Outlook.*

JISEA (Joint Institute for Strategic Energy Analysis). (2011). "Prospectus: The Role of Natural Gas in the U.S. Energy Sector: Electric Sector Analysis."

Kelso, M. (2011). "All MS Drilled Wells in PA (2011-12-16)." Fractracker.org. http://data.fractracker.org/cbi/dataset/datasetPreviewPage?uuid=-01a3a9acd627f511e1b64be84bd739fae9.

Kemp, J. (2012). http://blogs.reuters.com/john-kemp/.

Kenny, J.F.; Barber, N.L.; Hutson, S.S.; Linsey, K.S.; Lovelace, J.K.; Maupin, M.A. Estimated Use of Water in the United States in 2005. (2009). U.S. Geological Survey Circular 1344. Reston, VA: USGS.

King, H. (2012). "Marcellus Shale – Appalachian Basin Natural Gas Play." http://geology.com/articles/marcellus-shale.shtml.

LADNR (Louisiana Department of Natural Resources). (2012). Haynesville Shale Wells Activity by Month. http://dnr.louisiana.gov/assets/OC/haynesville_shale/haynesville_monthly.pdf

Lee, M. (2011). "Chesapeake Battles Out-Of-Control Marcellus Gas Well." *Bloomberg*. April 20. http://www.bloomberg.com/news/2011-04-20/chesapeake-battles-out-of-control-gas-well-spill-in-pennsylvania.html

Levings, G.W., Kernodle, J.M., and Thorn, C.R. (1996). "Summary of the San Juan Structural Basin Regional Aquifer-System Analysis, New Mexico, Colorado, Arizona, and Utah." U.S. Geological Survey. Water-Resources Investigations Report 95-4188.

LOGA (Louisiana Oil & Gas Association). "Public Databases." www.dnr.louisiana.gov

Lustgarten, A. (2009). Frack Fluid Spill in Dimock Contaminates Stream, Killing Fish. ProPublica. September 21. http://www.propublica.org/article/frack-fluid-spill-in-dimock-contaminates-stream-killing-fish-921

Mantell, M. (2011).  Produced Water Reuse and Recycling Challenges and Opportunities across Major Shale Plays. EPA Hydraulic Fracturing Study Technical Workshop #4. March 29-30, 2011. http://www.epa.gov/hfstudy/09_Mantell_-_Reuse_508.pdf

McMahon, P. B., Thomas, J. C., and Hunt, A. G. (2011). "Use of Diverse Geochemical Data Sets to Determine Sources and Sinks of Nitrate and Methane in Groundwater, Garfield County, Colorado, 2009." U.S. Geological Survey Scientific Investigations Report 2010–5215. Reston, VA: US Department of the Interior, U.S. Geological Survey.

Natural Gas. (2010). "Water Withdrawals for Development of Marcellus Shale Gas in Pennsylvania." Marcellus Education Fact Sheet. Penn State College of Agricultural Sciences, Pennsylvania State University. http://pubs.cas.psu.edu/freepubs/pdfs/ua460.pdf.

NEPA (2012). "List of Violations." NEPA Gas Action: http://nepagasaction.org/index.php?option=com_content&view=category&id=54:lists-of-violations&Itemid=75.

Nicot, J. and Scanlon, B.  2012. "Water Use for Shale-Gas Production in Texas, U.S." Environmental Science and Technology. Vol. 46. Pg. 3580-3586.

NRC (Natural Resources Commission). 312 IAC 16-5-21; filed Feb 23, 1998, 11:30 a.m.: 21 IR 2346; readopted filed Nov 17, 2004, 11:00 a.m.: 28 IR 1315

NRC. (2004). "Article 16. Oil and Gas." Indiana Administrative Code. www.in.gov/legislative/iac/T03120/A00160.PDF.

NEPA (2012). "List of Violations." NEPA Gas Action: http://nepagasaction.org/index.php?option=com_content&view=category&id=54:lists-of-violations&Itemid=75.

OilGasGlossary.com. (2010). *Drilling fluid definition*. Retrieved February 3, 2011, from http:// oilgasglossary.com/drilling-fluid.html

PA DEP (Pennsylvania Department of Environmental Protection). (2010). "STRONGER Pennsylvania Hydraulic Fracturing State Review." http://www.strongerinc.org/documents/PA%20HF%20Review%20Print%20Version.pdf.

PA DEP (Pennsylvania Department of Environmental Protection). (2010b). "Consent Order and Settlement Agreement (Commonwealth of Pennsylvania Department of Environmental Protection and Cabot Oil & Gas Corporation). PA: Pennsylvania Department of Environmental Protection. December.

PA DEP (Pennsylvania Department of Environmental Protection). (2011a). "Permits Issued – Wells Drilled Map." http://files.dep.state.pa.us/OilGas/BOGM/BOGMPortalFiles/OilGasReports/2012/2011Wellspermitte-drilled.pdf.

PA DEP. (2011b). http://www.dep.state.pa.us/dep/deputate/minres/oilgas/Marcellus%20Wells%20permitted-drilled%20NOVEMBER%202011.gif.

PA DEP. (2011c). http://www.dep.state.pa.us/dep/deputate/minres/oilgas/2011%20wells%20drilled.gif.

PA DEP (2012a). http://files.dep.state.pa.us/OilGas/BOGM/BOGMPortalFiles/OilGasReports/2012/

PA DEP (2012b). PA DEP Oil & Gas Reporting Website. https://www.paoilandgasreporting.state.pa.us/publicreports/Modules/Welcome/Welcome.aspx

Pashin, J. C. (2007). "Hydrodynamics of Coalbed Methane Reservoirs in the Black Warrior Basin: Key to Understanding Reservoir Performance and Environmental Issues." Applied Geochemistry, 22, 2257-2272.

Phillips, S. (2011). "Burning Question: Where are PA's Deep Injection Wells?" http://stateimpact.npr.org/pennsylvania/2011/09/22/burning-question-where-are-pas-deep-injection-wells/.

Pressconnects. (2010). "A Reply Letter about Agreement to Sell Water to East Resources Management, LLC to Mr. Scott Blauvelt of East Resources Management, LLC from Rita Y. McCarthy, Town Manager of Painted Post, NY." http://www.pressconnects.com/assets/pdf/CB164390922.PDF.

Puko, T. (2010). "Drinking Water From Mon Deemed Safe. *The Pittsburgh Tribune-Review*. August 7. http://www.pittsburghlive.com/x/pittsburghtrib/news/s_693882.html.

Rassenfoss, S. (2011). "From Flowback to Fracturing: Water Recycling Grows in the Marcellus Shale." *Journal of Petroleum Technology*. http://www.spe.org/jpt/print/archives/2011/07/12Marcellus.pdf.

Rights, and Local Community Needs. (2010). http://www.ela-iet.com/EMD/MARCELLUS_SHALE_GAS_DEVELOPMENT.pdf.

Robinson, J. (2012). "Reducing Environmental Risk Associated with Marcellus Shale Gas Fracturing." *Oil and Gas Journal.* http://www.ogj.com/articles/print/vol-110/issue-4/exploration-development/reducing-environmental.html.

SEAB. (2011). "Shale Gas Production Subcommittee Second Ninety Day Report," November 18. Washington, D.C.: DOE. http://www.shalegas.energy.gov/resources/111811_final_report.pdf.

SEAB. (2011). "Shale Gas Production Subcommittee Second Ninety Day Report," November 18. Washington, D.C.: DOE. http://www.shalegas.energy.gov/resources/111811_final_report.pdf.

SRBC (Susquehanna River Basin Commission). (2010). "Natural Gas Well Development in the Susquehanna River Basin." http://www.srbc.net/programs/docs/ProjectReviewMarcellusShale(NEW)(1_2010).pdf.

SRBC. (2011a). "Regulatory Program Fee Schedule." http://www.srbc.net/programs/docs/Regulatory%20Program%20Fee%20Schedule%20FY%202012%206_23_2011.pdf.

SRBC. (2011b). "Water Resource Portal, GIS Map." http://gis.srbc.net/.

SRBC. (2012a). "Approved Water Sources for Natural Gas Development." http://www.srbc.net/downloads/ApprovedSourceList.pdf

SRBC. (2012b). "Frequently Asked Questions (FAQs): SRBC's Role in Regulating Natural Gas Development." http://www.srbc.net/programs/natural_gas_development_faq.htm.

State Review of Oil & Natural Gas Environmental Regulations (STRONGER). (2010). "Pennsylvania Hydraulic Fracturing State Review." http://www.strongerinc.org/documents/PA%20HF%20Review%20Print%20Version.pdf

Sumi, L. (2008). "Shale Gas: Focus on the Marcellus Shale." For the Oil & Gas Accountability Project/Earthworks. http://www.earthworksaction.org/files/publications/OGAPMarcellusShaleReport-6-12-08.pdf?pubs/OGAPMarcellusShaleReport-6-12-08.pdf.

TCEQ (Texas Commission on Environmental Quality). (2012). "Water Rights Database and Related Files." http://www.tceq.texas.gov/permitting/water_supply/water_rights/wr_databases.html, accessed May 2012.

TRRC. (Texas Railroad Commission) (2011). "H10 Filing System, Injection Volume Query." http://webapps.rrc.state.tx.us/H10/searchVolume.do;jsessionid=PFLTyx8rpmyb3h2hvvkTvwvD

06v32MrVQpfj7YNmp4hLLGjhypTc!-
2019483779?fromMain=yes&sessionId=133831371055223.

TRRC. (2012a). "Eagle Ford Information." http://www.rrc.state.tx.us/eagleford/index.php.

TRRC. (2012b). "Eagle Ford Task Force Finds South Texas Water Supply Sufficient." Press release. http://www.rrc.state.tx.us/commissioners/porter/press/012612.php.

TRRC. (2012c). "Newark, East (Barnett Shale) Well Count." 1993 through July 19, 2012. http://www.rrc.state.tx.us/barnettshale/barnettshalewellcount_1993-2012.pdf

TRRC (2012d). "Water use in the Barnett Shale." http://www.rrc.state.tx.us/barnettshale/wateruse_barnettshale.php

TRRC. (Texas Railroad Commission). (2012e). "Barnett Shale Information." http://www.rrc.state.tx.us/barnettshale/index.php

TRRC. (2012f). "Haynesville/Bossier Shale Information." http://www.rrc.state.tx.us/bossierplay/index.php

TWDB (Texas Water Development Board). (2012). "State Water Plan." http://www.twdb.state.tx.us/publications/state_water_plan/2012/2012_SWP.pdf.

UM (University of Maryland). (2010). "Marcellus Shale Gas Development: Reconciling Shale Gas Development with Environmental Protection, Landowner." UM School of Public Policy.

USGS (U.S. Geological Survey). (2002a). "Assessment of Undiscovered Oil and Gas Resources of the San Juan Basin of New Mexico and Colorado." http://pubs.usgs.gov/fs/fs-147-02/FS-147-02.pdf.

USGS. (2002b). "TDS in Selected Petroleum Provinces." http://energy.cr.usgs.gov/prov/prodwat/provcomp.htm

USGS. (2003). "Assessment of Undiscovered Oil and Gas Resources of the Bend Arch–Fort Worth Basin Province of North-Central Texas and Southwestern Oklahoma." http://pubs.usgs.gov/fs/2004/3022/fs-2004-3022.html.

USGS. (2011). "National Assessment of Oil and Gas: Assessment of Undiscovered Oil and Gas Resources of Devonian Marcellus Shale of the Appalachian Basin Province." http://pubs.usgs.gov/fs/2011/3092/pdf/fs2011-3092.pdf.

Veil, J. 2010. "Oil and Natural Gas Technology Final Report Water Management Technologies Used by Marcellus Shale Gas Producers." Argonne National Laboratory.

Ward Jr., K. (2010). "Environmentalists Urge Tougher Water Standards. *The Charleston Gazette*. July 19. http://sundaygazettemail.com/News/201007190845.

Williams, D.O. (2011). "Fines for Garden Gulch Drilling Spills Finally to be Imposed after More than Three Years." *The Colorado Independent*. June 21.
http://coloradoindependent.com/91659/fines-for-garden-gulch-drilling-spills-finally-to-be-imposed-after-more-than-three-years.

Wiseman, H. (2012). "Regulation of Shale Gas Development: Fact-based Regulation for Environmental Protection in Shale Gas Resource Development," Energy Institute, University of Texas, Austin.

WRA (Western Resource Advocates). (2012). "Fracking Our Future, Measuring Water and Community Impacts from Hydraulic Fracturing."
http://www.westernresourceadvocates.org/frackwater/WRA_FrackingOurFuture_2012.pdf.

WWDC (Wyoming Water Development Commission). (2010).  "Green River Basin Plan."  WY Water Development Commission Basing Planning Program.

Yoxtheimer, D. (2011). "Water Resource Management for Marcellus Natural Gas." Penn State Cooperative Extension Water Resources Webinar Series.
https://meeting.psu.edu/p88048189/?launcher=false&fcsContent=true&pbMode=normal.

Zoback, M.; Kitasei, S.; Copithorne, B. (2010). "Addressing the Environmental Risks from Shale Gas Development."
http://www.worldwatch.org/files/pdf/Hydraulic%20Fracturing%20Paper.pdf.

**Chapter 4**
Book, K. (2012). "Assessing the Case for U.S. Exports of Liquefied Natural Gas." Brookings Institution speech.

BPC (Bipartisan Policy Center). (2011). "Environmental Regulation and Electric System Reliability."

CERA (Cambridge Energy Research Associates). (2011). "Staying Power: Can U.S. Coal Plants Dodge Retirement for Another Decade?"

C2ES. (2011). (Formerly Pew Center on Global Climate Change). "Responses to the Senate Energy and Natural Resources Committee CES White Paper." Center for Climate and Energy Solutions.

C2ES. (2012). (Formerly Pew Center on Global Climate Change). "Renewable and Alternative Energy Portfolio Standards." Center for Climate and Energy Solutions.

Deloitte (2011). "Made in America: The Economic Impact of LNG Exports from the United States," Deloitte Center for Energy Solutions and Deloitte Marketplace.

Denholm, P.; Drury, E.; Margolis, R. (2009). "Solar Deployment System (Solar DS) Model: Documentation and Base Case Results." National Renewable Energy Lab, Golden, CO: NREL.

DOE (U.S. Department of Energy). (2012). "SunShot Vision Study."

Ebinger, C.; Massy, K.; Avasarala, G. (2012). "Liquid Markets: Assessing the Case for U.S. Exports of Liquefied Natural Gas." Brookings Institute.

EEI (Edison Electric Institute). (2011). "Potential Impacts of Environmental Regulation on the U.S. Generation Fleet." Prepared for EEI by ICF International.

EIA (U.S. Energy Information Administration). (2010). *Annual Energy Outlook 2010.* Washington, D.C.: U.S. Department of Energy EIA.

EIA. (2011). *Annual Energy Outlook 2011.* Washington, D.C.: U.S. Department of Energy EIA.

EIA. (2012a). "Analysis of the Clean Energy Standard Act of 2012." Washington, D.C.: U.S. Department of Energy EIA.

EIA. (2012b). "Effect of Increased Natural Gas Exports on Domestic Energy Markets." Washington, D.C.: U.S. Department of Energy EIA.

EIA. (2012c). "Electric Power Monthly." Washington, D.C.: U.S. Department of Energy EIA.

IEA (International Energy Agency). (2012). "Golden Rules for the Golden Age of Natural Gas."

IHS. (2009). "Measuring the Economic and Energy Impacts of Proposals to Regulate Hydraulic Fracturing." IHS Global Insight.

IPCC (Intergovernmental Panel on Climate Change). (2007). "Summary for Policymakers." In *Climate Change 2007: Mitigation. Contribution of Working Group III to the Fourth Assessment Report of the IPCC*, ed. B. Metz, O.R. Davidson, P.R. Bosch, R. Dave, L.A. Meyer. Cambridge, UK and New York: Cambridge University Press.

Macedonia, J.; Kruger, J.; Long, L.; McGuiness, M. (2011). "Environmental Regulation and Electricity System Reliability." Bipartisan Policy Center.

Martin, R. (2012). *Superfuel: Thorium, the Green Energy Source for the Future.* New York: Palgrave Macmillan.

NERA (2011). "Proposed CATR + MACT." Prepared by NERA Economic Consulting for American Coalition for Clean Coal Electricity.

NREL (National Renewable Energy Laboratory). (2012). "Renewable Energy Futures."

OECD (Organization of Economic Cooperation and Development). (2011). "Current Status, Technical Feasibility and Economics of Small Nuclear Reactors." OECD Nuclear Energy Agency.

Pickering, G. (2010. "Market Analysis for Sabine Pass LNG Export Terminal." Navigant Consulting.

SNL. (2011). Figure derived by NREL using SNL Financial Database query, 2011.

Wellkamp, N.; Weiss, D. (2010). "American Fuel: Developing Natural Gas for Heavy Vehicles." Center for American Progress.



# NATIONAL ENERGY TECHNOLOGY LABORATORY



# Life Cycle Analysis: Natural Gas Combined Cycle (NGCC) Power Plant

September 10, 2012

DOE/NETL-403-110509



U.S. DEPARTMENT OF ENERGY

# Disclaimer

This report was prepared as an account of work sponsored by an agency of the United States Government.  Neither the United States Government nor any agency thereof, nor any of their employees, makes any warranty, express or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference therein to any specific commercial product, process, or service by trade name, trademark, manufacturer, or otherwise does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States Government or any agency thereof.  The views and opinions of authors expressed therein do not necessarily state or reflect those of the United States Government or any agency thereof.

# Life Cycle Analysis: Natural Gas Combined Cycle (NGCC) Power Plant

August 25, 2012

NETL Contact:

**Timothy J. Skone, P.E.**
**Senior Environmental Engineer**

**Robert James**
**General Engineer**
**Office of Systems, Analyses, and Planning**

**National Energy Technology Laboratory**
**www.netl.doe.gov**

**Prepared by:**

**Science Applications International Corporation (SAIC)**

**Research and Development Solutions, LLC (RDS)**

**Updated by:**

**Booz Allen Hamilton, Inc.**

**Greg Cooney**

**Kristyn Ivey**

**Matt Jamieson**

**James Littlefield**

**Dr. Joe Marriott**

**DOE Contract Number DE-FE0004001**

# Acknowledgements

This report was updated by the Energy Sector Planning and Analysis (ESPA) team for the United States Department of Energy (DOE), National Energy Technology Laboratory (NETL). This work was completed under DOE NETL Contract Number DE-FE0004001. This work was performed under ESPA Task 150.04.02.

The authors wish to acknowledge the excellent guidance, contributions, and cooperation of the NETL and DOE staff, particularly

**Robert James Ph.D.**, NETL Technical Manager

This page intentionally left blank.



*Final Report: NGCC-LCA*

# Table of Contents

Table of Contents ................................................................................................................ I
List of Tables .................................................................................................................... III
List of Figures ................................................................................................................... V
List of Acronyms and Abbreviations ............................................................................ VII
Executive Summary ........................................................................................................... 1
  Purpose of the Study .......................................................................................................... 1
  Scope of the Study ............................................................................................................. 2
  Modeling Boundaries ......................................................................................................... 2
  Key Modeling Assumptions ............................................................................................... 4
  Summary Results ............................................................................................................... 6
  Key Results ........................................................................................................................ 8
**1.0**    **Introduction** ....................................................................................................... 11
  1.1    Purpose ................................................................................................................... 12
  1.2    Study Boundary and Modeling Approach ............................................................. 13
      *1.2.1*   *Life Cycle Stages* ................................................................................... 16
      *1.2.2*   *Technology Representation* ................................................................... 20
      *1.2.3*   *Timeframe Represented* ......................................................................... 20
      *1.2.4*   *Data Quality and Inclusion within the Study Boundary* ....................... 20
      *1.2.5*   *Cut-Off Criteria for the Life Cycle Boundary* ...................................... 21
      *1.2.6*   *Life Cycle Cost Analysis Approach* ....................................................... 22
      *1.2.7*   *Environmental LCI & GWP Impact Assessment Approach* .................... 24
  1.3    Software Analysis Tools ........................................................................................ 26
      *1.3.1*   *Life Cycle Cost Analysis* ....................................................................... 26
      *1.3.2*   *Environmental Life Cycle Analysis* ....................................................... 26
  1.4    Summary of Study Assumptions ........................................................................... 27
  1.5    Report Organization ............................................................................................... 29
**2.0**    **Life Cycle Stages: LCI Results and Cost Parameters** .................................... 30
  2.1    Life Cycle Stage 1: Raw Material Extraction ....................................................... 30
      *2.1.1*   *Imported Natural Gas* ............................................................................ 30
      *2.1.2*   *Domestic Natural Gas* ........................................................................... 32
      *2.1.3*   *LCC Data Assumption* ............................................................................ 34
      *2.1.4*   *Stage #1 – Natural Gas Well* .................................................................. 35
      *2.1.5*   *Stage #1 – Pipeline Between Offshore Extraction and Liquefaction* ...... 38
      *2.1.6*   *Stage #1 – Liquefaction Facility* ........................................................... 39
      *2.1.7*   *Stage #1 – LNG Tanker* .......................................................................... 40
      *2.1.8*   *Stage #1 – Regasification Facility* ......................................................... 41
      *2.1.9*   *Stage #1 – Total Emissions and Water Withdrawal/Consumption* ......... 42
      *2.1.10*   *Stage #1 – LCC Data Assumption* ...................................................... 47
  2.2    Life Cycle Stage #2: Raw Material Transport ...................................................... 47
  2.3    Life Cycle Stage #3: Energy Conversion Facility for NGCC without CCS ......... 48
      *2.3.1*   *LCC Data Assumption* ............................................................................ 49
      *2.3.2*   *LCC Results* ............................................................................................ 52
      *2.3.3*   *Greenhouse Gas Emissions* .................................................................... 52
      *2.3.4*   *Air Pollutant Emissions* ......................................................................... 54
      *2.3.5*   *Water Withdrawal and Consumption* ..................................................... 55
  2.4    Life Cycle Stage #3: Energy Conversion Facility for NGCC with CCS (Case 2) ........ 57



*Final Report: NGCC-LCA*

| | | |
|---|---|---|
| *2.4.1* | *LCC Data Assumption* | *58* |
| *2.4.2* | *LCC Results* | *61* |
| *2.4.3* | *Greenhouse Gas Emissions* | *63* |
| *2.4.4* | *Air Pollutant Emissions* | *65* |
| *2.4.5* | *Water Withdrawal and Consumption* | *66* |
| 2.5 | Life Cycle Stages #4 & #5: Product Transport and End Use | 66 |
| **3.0** | **Interpretation of Results** | **68** |
| 3.1 | LCI results: NGCC With Imported NG Without CCS | 68 |
| *3.1.1* | *Greenhouse Gas Emissions* | *69* |
| *3.1.2* | *Air Emissions* | *71* |
| *3.1.3* | *Water Withdrawal and Consumption* | *71* |
| 3.2 | LCI results: NGCC With Domestic NG Without CCS | 72 |
| *3.2.1* | *Greenhouse Gas Emissions* | *73* |
| *3.2.2* | *Air Emissions* | *75* |
| *3.2.3* | *Water Withdrawal and Consumption* | *75* |
| 3.3 | LCI results: NGCC With Imported NG with CCS | 76 |
| *3.3.1* | *Greenhouse Gas Emissions* | *78* |
| *3.3.2* | *Air Emissions* | *79* |
| *3.3.3* | *Water Withdrawal and Consumption* | *80* |
| 3.4 | LCI results: NGCC With Domestic NG with CCS | 81 |
| *3.4.1* | *Greenhouse Gas Emissions* | *82* |
| *3.4.2* | *Air Emissions* | *84* |
| *3.4.3* | *Water Withdrawal and Consumption* | *85* |
| 3.5 | Land Use | 86 |
| *3.5.1* | *Definition of Primary and Secondary Impacts* | *86* |
| *3.5.2* | *Land Use Metrics* | *87* |
| *3.5.3* | *Method* | *88* |
| *3.5.4* | *Transformed Land Area Results* | *91* |
| *3.5.5* | *Land Use GHG Emissions Results* | *99* |
| 3.6 | Comparative Results | 103 |
| *3.6.1* | *Comparative LCC Results* | *103* |
| 3.7 | Sensitivity Analysis | 110 |
| *3.7.1* | *Sensitivity Analysis of Cost Assumptions* | *110* |
| *3.7.2* | *Sensitivity Analysis of LCI Assumptions* | *115* |
| **4.0** | **Summary** | **126** |
| **5.0** | **Air Emissions and Water for Delivered Natural Gas** | **128** |
| **6.0** | **Recommendations** | **130** |
| **7.0** | **References** | **131** |



# List of Tables

Table ES-1 Key Modeling Assumptions ........................................................................... 5

Table ES-2 Comparative GHG Emissions ($CO_2e$/MWh Delivered) for Cases 1-4 ................. 7

Table 1-1 Global LCC Analysis Parameters................................................................... 23

Table 1-2 Criteria Air Pollutants Included in Study Boundary ..................................... 25

Table 1-3 Global Warming Potential for Various Greenhouse Gases for 100-Yr Time Horizon
(IPCC, 2007).................................................................................................. 26

Table 1-4 Study Assumptions by LC Stage.................................................................... 28

Table 2-1 Domestic Natural Gas Well Profiles .............................................................. 34

Table 2-2 Air Emissions from Foreign Offshore Well Installation/Deinstallation, Construction,
and Operation, kg/kg Natural Gas................................................................. 37

Table 2-3 Air Emissions from Domestic Well Installation/Deinstallation, Construction, and
Operation, kg/kg Natural Gas ....................................................................... 38

Table 2-4 Air Emissions from Pipeline Construction, Installation/Deinstallation, and Operation,
kg/kg Natural Gas Between Offshore Extraction and Liquefaction Facility ....... 39

Table 2-5 Air Emissions from Natural Gas Liquefaction Installation/Deinstallation, Construction,
and Operations, kg/kg Natural Gas............................................................... 40

Table 2-6 Air Emissions due to LNG Tanker Construction, Operation, and Berthing, kg/kg LNG
Transported .................................................................................................. 41

Table 2-7 Air Emissions from Regasification Facility Installation/Deinstallation, Construction,
and Operation, kg/kg Natural Gas Output .................................................... 42

Table 2-8 NGCC Stage #1 GHG Emissions (on a Mass [kg] and kg $CO_2e$ Basis)/kg NG ready
for Transport ............................................................................................... 44

Table 2-9 Air Pollutant Emissions from NGCC Stage #1, kg/kg NG Ready for Transport......... 45

Table 2-10 Water Withdrawal and Consumption during NGCC Stage #1 for Imported and
Domestic NG, kg/kg NG Ready-for-Transport............................................... 47

Table 2-11 Air Emissions and Water Use for Pipeline Transport of Natural Gas, kg/kg NG
delivered to NGCC facility ........................................................................... 48

Table 2-12 Cost Data from the NETL Baseline Report and Necessary LCC Input Parameters for
NGCC without CCS...................................................................................... 50

Table 2-13 Annual Feedrates for Feed/Fuel and Utilities for NGCC Case without CCS ............ 51

Table 2-14 Switchyard/ Trunkline Component Costs (Values in $2006)............................ 51

Table 2-15 NGCC without CCS Stage #3 GHG Emissions in kg and kg $CO_2e$/MWh Plant Output
.................................................................................................................... 53

Table 2-16 NGCC without CCS Stage #3 Air Pollution Emissions, kg/MWh Plant Output ....... 55

Table 2-17 NGCC without CCS Stage #3 Water Withdrawal and Consumption, kg/MWh Plant
Output ........................................................................................................ 56

Table 2-18 NGCC Facility with CCS Cost Parameters and Assumption Summary ................. 59

Table 2-19 Annual Feedrate for Feed/Fuel and Utilities for NGCC Case with CCS.................. 59

Table 2-20 Summary of $CO_2$ Pipeline Capital and Fixed Costs.......................................... 60

Table 2-21 NGCC with CCS Stage #3, GHG Emissions (kg and kg $CO_2e$) /MWh Plant Output64

Table 2-22 NGCC with CCS Stage #3 Air Emissions, kg /MWh Plant Output......................... 65

Table 2-23 NGCC with CCS Stage #3 Water Withdrawal and Consumption, kg /MWh Plant
Output ........................................................................................................ 66

Table 3-1 Water and Emissions Summary for NGCC without CCS using Imported NG, kg/MWh
Delivered Energy ......................................................................................... 69



*Final Report: NGCC-LCA*

Table 3-2 GHG Emissions for NGCC without CCS using Imported NG, kg $CO_2e$ /MWh Delivered Energy .................................................................................................. 70

Table 3-3 Water and Emissions Summary for NGCC without CCS using Domestic NG, kg/MWh Delivered Energy .................................................................................................. 73

Table 3-4 GHG Emissions for NGCC without CCS using Domestic NG, kg $CO_2e$ /MWh Delivered Energy .................................................................................................. 74

Table 3-5 Water and Emissions Summary for NGCC with CCS using Imported NG, kg /MWh Delivered Energy .................................................................................................. 77

Table 3-6 GHG Emissions for NGCC with CCS using Imported NG, kg $CO_2e$ /MWh Delivered Energy .................................................................................................. 78

Table 3-7 Water and Emissions Summary for NGCC with CCS using Domestic NG, kg /MWh Delivered Energy .................................................................................................. 82

Table 3-8 GHG Emissions for NGCC with CCS using Domestic NG, kg $CO_2e$ /MWh Delivered Energy .................................................................................................. 83

Table 3-9 Primary Land Use Change Metrics Considered in this Study ............................... 87

Table 3-10 Facility Locations ............................................................................................... 89

Table 3-11 Key Facility Assumptions ................................................................................... 90

Table 3-12 Existing Land Use Categories for Natural Gas Extraction Areas ....................... 91

Table 3-13 Existing Land Use Categories for Natural Gas Pipeline Transport ..................... 92

Table 3-14 Total Transformed Land Area: Domestic Natural Gas Supply Without CCS Case ... 97

Table 3-15 Total Transformed Land Area: Domestic Natural Gas Supply With CCS Case ........ 97

Table 3-16 Total Transformed Land Area: Foreign Natural Gas Supply Without CCS ............. 98

Table 3-17 Total Transformed Land Area: Foreign Natural Gas Supply With CCS Case .......... 98

Table 3-18 Total Land Use GHG Emissions: Domestic Natural Gas Supply Without CCS Case .................................................................................................................. 101

Table 3-19 Total Land Use GHG Emissions: Domestic Natural Gas Supply With CCS Case .. 101

Table 3-20 Total Land Use GHG Emissions: Foreign Natural Gas Supply Without CCS Case 102

Table 3-21 Total Transformed Land Area: Foreign Natural Gas Supply With CCS Case ......... 102

Table 3-22 Comparison of the LCOE Results for the NGCC Cases without and with CCS ..... 103

Table 3-23 LCC Uncertainty Analysis Parameters ............................................................... 111

Table 3-24 Sensitivity Analysis Parameters ........................................................................ 116

Table 3-25 GHG Emissions (kg $CO_2e$/MWh) for Cases Without CCS and Sensitivity of Increase in Construction Requirements ........................................................................ 117

Table 3-26 GHG Emissions (kg $CO_2e$/MWh) for Cases With CCS and Sensitivity of Increase in Construction Requirements ........................................................................ 118

Table 3-27 Air Pollutants (kg/MWh) for Cases Without CCS and Sensitivity of Increase in Construction Requirements ........................................................................ 120

Table 3-28 Air Pollutants (kg/MWh) for Cases With CCS and Sensitivity of Increase in Construction Requirements ........................................................................ 121

Table 5-1 Environmental Burdens for Acquisition and Transport of NG from Eight Sources, kg/kg Delivered Natural Gas ........................................................................ 128



*Final Report: NGCC-LCA*

# List of Figures

Figure ES-0-1 Case Comparison by Life Cycle Stage................................................................. 3
Figure ES-0-2 Study Boundary....................................................................................................... 4
Figure ES-0-3 Comparative Levelized Cost of Delivered Energy ($/kWh) for NGCC with and without CCS .................................................................................................................... 6
Figure 1-1 Conceptual Life Cycle Boundary ............................................................................. 12
Figure 1-2 Study Boundary ........................................................................................................... 16
Figure 1-3 Comparison of Cases by Life Cycle Stage .............................................................. 19
Figure 2-1 Flow of Natural Gas Imports and Exports, 2007 (EIA, 2009b) ......................... 31
Figure 2-2 Map of Trinidad and Tobago Including Locations of Interest ............................ 32
Figure 2-3 Natural Gas Prices for the Lifetime of the Plant .................................................. 35
Figure 2-4 NGCC Stage # 1 GHG Emissions per kg of Imported and Domestic NG Ready-for-Transport on a Mass (kg) and kg $CO_2$e Basis ..................................................... 43
Figure 2-5 Air Pollutant Emissions from NGCC Stage #1 for Imported and Domestic NG, kg/kg NG Ready-for-Transport............................................................................................. 46
Figure 2-6 Process Flow Diagram, NGCC without $CO_2$ Capture (NETL, 2010)....................... 49
Figure 2-7 LCOE Results for NGCC Case without CCS ........................................................ 52
Figure 2-8 NGCC without CCS Stage #3 GHG Emissions in kg and kg $CO_2$e/MWh Plant Output ....................................................................................................................................... 54
Figure 2-9 NGCC without CCS Stage #3 Air Pollution Emissions, kg /MWh Plant Outp.......... 55
Figure 2-10 Block Flow Diagram Summarizing the Major Streams of the NGCC Process with Integrated Carbon Capture (NETL, 2010) .................................................................... 58
Figure 2-11 LCOE for NGCC Case without CCS .................................................................... 62
Figure 2-12 LCOE for NGCC Case with CCS ......................................................................... 62
Figure 2-13 Capital Costs ($/kW) for NGCC Case with and without CCS............................. 63
Figure 2-14 NGCC with CCS Stage #3, GHG Emissions (kg and kg $CO_2$e) /MWh Plant .......... 65
Figure 2-15 NGCC with CCS Stage #3 Air Emissions, kg/MWh Plant Output.......................... 66
Figure 3-1 GHG Emissions for NGCC without CCS using Imported NG, kg $CO_2$ /MWh Delivered Energy .................................................................................................................... 70
Figure 3-2 Air Emissions for NGCC without CCS using Imported NG, kg /MWh Delivered Energy ...................................................................................................................................... 71
Figure 3-3 Water Withdrawal and Consumption for NGCC without CCS using Imported NG, kg/MWh Delivered Energy ................................................................................................... 72
Figure 3-4 GHG Emissions for NGCC without CCS using Domestic NG, kg $CO_2$ /MWh Delivered Energy .................................................................................................................... 74
Figure 3-5 Air Emissions for NGCC without CCS using Domestic NG, kg /MWh Delivered Energy ...................................................................................................................................... 75
Figure 3-6 Water Withdrawal and Consumption for NGCC without CCS using Domestic NG, kg/MWh Delivered Energy ................................................................................................... 76
Figure 3-7 GHG Emissions for NGCC with CCS using Imported NG, kg $CO_2$ /MWh Delivered Energy ...................................................................................................................................... 79
Figure 3-8 Air Emissions for NGCC with CCS using Imported NG, kg/MWh Delivered Energy ...................................................................................................................................... 80
Figure 3-9 Water Withdrawal and Consumption for NGCC with CCS using Imported NG, kg/MWh Delivered Energy ................................................................................................... 81
Figure 3-10 Air Emissions for NGCC with CCS using Domestic NG, kg $CO_2$ /MWh Delivered Energy ...................................................................................................................................... 84



Figure 3-11 Air Emissions for NGCC with CCS using Domestic NG, kg/MWh Delivered Energy ................................................................................................................. 85

Figure 3-12 Water Withdrawal and Consumption for NGCC with CCS using Domestic NG, kg/MWh Delivered Energy ............................................................................. 86

Figure 3-13 Existing Condition Land Use Assessment: LNG Facility Site ..................... 93

Figure 3-14 Existing Condition Land Use Assessment: Regasification Facility Site ................ 94

Figure 3-15 Existing Condition Land Use Assessment: NGCC Site............................... 95

Figure 3-16 Total Transformed Land Area (m$^2$/MWh) .................................................... 96

Figure 3-17 Total Land Use GHG Emissions (kg CO$_2$e/MWh) ...................................... 100

Figure 3-18 Comparative LCOE ($/kWh) for NGCC with and without CCS...................... 104

Figure 3-19 Comparative GHG Emissions (kg CO$_2$e/MWh Delivered) for NGCC with and without CCS ..................................................................................................... 106

Figure 3-20 Comparison of Air Emissions (kg/MWh Delivered Energy) for NGCC without CCS ...................................................................................................................... 107

Figure 3-21 Comparison of Air Emissions (kg/MWh Delivered Energy) for NGCC with CCS 108

Figure 3-22 Comparative Water Withdrawal and Consumption for NGCC with and without CCS ...................................................................................................................... 109

Figure 3-23 Total Transformed Land Area for NGCC with and without CCS ..................... 110

Figure 3-24 Uncertainty Analysis LCOE Ranges for the NGCC Case without CCS .............. 112

Figure 3-25 Percent Change due to Uncertainty Analysis from Base Case LCOE for the NGCC Case without CCS ............................................................................................. 113

Figure 3-26 Uncertainty Analysis LCOE Results for the NGCC Case with CCS...................... 114

Figure 3-27 Percent Change from Base Case LCOE for the NGCC Case with CCS................ 115

Figure 3-28 Sensitivity of GWP to Changes in 10,000 Mile LNG Tanker Transport Distance, kg/MWh Transported ........................................................................................ 122

Figure 3-29 Stage #2 Non-GHG Emission Increases Due to Increased LNG Tanker Travel, kg/kg LNG ..................................................................................................................... 123

Figure 3-30 Life Cycle GHG Reductions from Domestic NGCC Power without CCS Due to Reduced LC Stage #2 Pipeline Distances................................................................ 124

Figure 3-31 Stage #2 Non-GHG Emission Decreases Due to Decreased Pipeline Distance for Domestic NG, kg/MWh .................................................................................... 125

Figure 5-1 Comparative Upstream Global Warming Potential by Natural Gas Source............. 129

# List of Acronyms and Abbreviations

| | |
|---|---|
| °C | Degree Celsius |
| °F | Degree Fahrenheit |
| ACSR/AW | Aluminum Conductors, Aluminum-Clad Steel Reinforced |
| AEO | Annual Energy Outlook |
| ALNG | Atlantic LNG Company of Trinidad and Tobago |
| ARRA | American Recovery and Reinvestment Act |
| ASTM | American Society for Testing and Material Standards |
| AVB | Aluminum Vertical Break |
| Btu | British thermal unit |
| CAP | Criteria Air Pollutant |
| CCF | Capital Charge Factor |
| CCS | Carbon Capture and Sequestration |
| $CH_4$ | Methane |
| cm | Centimeter |
| CTG | Combustion Turbine Generator |
| CO | Carbon Monoxide |
| $CO_2$ | Carbon Dioxide |
| $CO_2e$ | Carbon Dioxide Equivalent |
| COE | Cost of Electricity |
| DOE | Department of Energy |
| EERE | Energy Efficiency and Renewable Energy |
| EIA | Energy Information Administration |
| EIS | Environmental Impact Statements |
| EPA | Environmental Protection Agency |
| EPC | Engineer/Procure/Construct |
| $F_i$ | Consumption of Fuel per Unit of Product |
| g | Gram |
| G&A | General and Administrative |
| GHG | Greenhouse Gases |
| GWP | Global Warming Potential |
| $H_2S$ | Hydrogen Sulfide |
| HC | Hydrocarbons |
| Hg | Mercury |
| hrs | Hours |
| HRSG | Heat Recovery Steam Generator |
| IKP | University of Stuttgart |
| IPCC | Intergovernmental Panel on Climate Change |
| ISO | International Organization of Standardization |
| kg | Kilogram |
| kg/MWh | Kilogram per Megawatt Hour |
| km | Kilometer |
| kV | Kilovolt |
| kWh | Kilowatt-Hour |
| lb | Pound |
| LC | Life Cycle |
| LCA | Life Cycle Analysis |



| | |
|---|---|
| LCC | Life Cycle Cost |
| LCI | Life Cycle Inventory |
| LCI&C | Life Cycle Inventory and Cost |
| LCIA | Life Cycle Impact Assessment |
| LCOE | Levelized Cost of Electricity |
| LNB | Low-Nitrogen Oxides Burner |
| LNG | Liquefied Natural Gas |
| MACRS | Modified Accelerated Cost Recovery System |
| MJ | Mega-Joule |
| mm | Millimeter |
| MMV | Measurement, Monitoring, and Verification |
| MTPA | Metric Tonnes per Annum |
| MW | Megawatt |
| MWe | Megawatts (electric) |
| MWh | Megawatt Hour |
| $N_2O$ | Nitrous Oxide |
| NETL | National Energy Technology Laboratory |
| NG | Natural Gas |
| NGCC | Natural Gas Combined Cycle |
| $NH_3$ | Ammonia |
| $NO_X$ | Oxides of Nitrogen |
| O&M | Operations and Maintenance |
| Pb | Lead |
| PM | Particulate Matter |
| $PM_{10}$ | Particulate Matter (diameter 10 micrometer) |
| $PM_{2.5}$ | Particulate Matter (diameter 2.5 micrometer) |
| ppmv | Parts per Million Volume |
| psia | Pounds per Square Inch Absolute |
| PV | Present Value |
| R&D | Research and Development |
| RDS | Research and Development Solutions |
| scf | Standard Cubic Feet |
| SCR | Selective Catalytic Reduction |
| $SF_6$ | Sulfur Hexafluoride |
| $SO_2$ | Sulfur Dioxide |
| $SO_X$ | Sulfur Oxide |
| TBD | To Be Determined |
| TS&M | $CO_2$ Transportation, Sequestration, and Monitoring |
| U.S. | United States |
| VOC | Volatile Organic Chemical |



*Final Report: NGCC-LCA*

# Executive Summary

This analysis evaluates the emissions footprint of natural gas combined cycle (NGCC) technology, including production and delivery stages upstream and downstream of the NGCC facility.  The stages include: fuel acquisition and transportation, the conversion of the fuel to energy, and finally the delivery of the energy to the customer.  Also included in the study are the raw material and energy requirements.  Additionally the energy cost contributions from each of these stages has been evaluated.

The analysis examines two NGCC energy conversion cases with two natural gas supply scenarios.  One case assumes that the NGCC facility emits the full amount of carbon dioxide ($CO_2$) resulting from the combustion of the fuel, the second case builds upon the first case by adding $CO_2$ removal capability to remove 90% of the $CO_2$ from the facility flue gas.  The case that captures 90% of the $CO_2$ includes the additional capture equipment, compression equipment, pipeline and injection well materials and energy requirements.  The two natural gas supply scenarios include imported and domestic scenarios.  As modeled in this analysis, imported natural gas is transported as liquefied natural gas (LNG) from Trinidad and Tobago to the U.S., and domestic natural gas is a mix of five extraction technologies currently employed in the U.S.

## Purpose of the Study

The purpose of this study is to model the economic and environmental life cycle (LC) performance of two NGCC power generation facilities over a 30-year period based on case studies presented in the NETL 2010 report, *Cost and Performance Baseline for Fossil Energy Plants: Volume 1* (NETL, 2010).  It is assumed that both plants are built as new greenfield construction projects.  The NETL report provides detailed information on the facility characteristics, operating procedures, and costs for two NGCC facilities, one with carbon capture and sequestration (CCS) and one without.  In addition to the energy generation facility, the economic and environmental performances of processes upstream and downstream of the power facility are considered.

Two NGCC cases are considered for evaluation:

- Case 1: (NGCC without CCS) A 555-megawatt electric (MWe) (net power output) NGCC thermoelectric generation facility, in southern Mississippi, utilizing two parallel, advanced F-Class natural gas-fired combustion turbines/generators (CTGs).  Each CTG is followed by a heat recovery steam generator (HRSG).  All net steam produced in the two HRSGs flows to a single steam turbine.  This case is configured without CCS.

- Case 2: (NGCC with CCS) A 474-MWe (net power output) NGCC thermoelectric generation facility, in southern Mississippi, utilizing the same configuration used in Case 1, and consisting of two parallel, advanced F-Class natural gas-fired CTGs.  Each CTG is followed by a HRSG, and all of the net steam produced in the HRSGs flows to a single steam turbine.  This case is configured with CCS, and steam is extracted from the steam turbine to provide heat needed for the Fluor Econamine $CO_2$ capture system for solvent regeneration.



*Final Report: NGCC-LCA*

In addition to the energy generation facility, the environmental performances of processes upstream and downstream of the NGCC facility are considered. The upstream LC stages (natural gas extraction and transport) include two supply scenarios for natural gas. The first supply case is foreign offshore natural gas extraction, followed by liquefaction, ocean transport, regasification, and pipeline transport to the NGCC facility. The second supply case is a mix of domestic extraction technologies with pipeline transport to the NGCC facility.

The two energy generation cases and the two natural gas supply cases result in a total of four scenarios for this analysis:

- NGCC with imported LNG without CCS
- NGCC with domestic NG without CCS
- NGCC with imported LNG with CCS
- NGCC with domestic NG with CCS

The cost of natural gas as received by the NGCC facility is the same for imported natural gas (via the LNG route) and domestic natural gas. Natural gas is a commodity, and thus the market price of natural gas does not differentiate between two types of extraction and delivery systems. Thus the economic boundaries of the LCC do not differentiate among the different natural gas sources.

## Scope of the Study

For this cradle-to-grave analysis, all stages of power generation are considered. The upstream LC stages (natural gas extraction and transport) are modeled for both NGCC cases. The downstream LC stage (electricity distribution) is also included. Cost considerations provide the constant dollar levelized cost of delivered electricity (LCOE) and the total plant cost (TPC) over the study period. Environmental inventories include Greenhouse Gas emissions (GHG); criteria air pollutants, mercury (Hg), and ammonia ($NH_3$) emissions to air, water withdrawal and consumption, and land use (acres transformed). The GHG inventories were further analyzed using global warming potential (GWP) values from the Intergovernmental Panel on Climate Change (IPCC).

## Modeling Boundaries

Critical to the modeling effort is the determination of the extent of the boundaries in each LC stage. The individual LC stages for both cases are identified in **Figure ES-1**. The LC stages cover the following: raw material extraction, raw material transport, energy conversion, transmission and distribution, and end use. The primary inputs and outputs along with the study boundaries are illustrated in **Figure ES-2** for the two cases.



*Final Report: NGCC-LCA*



**Figure ES-0-1 Case Comparison by Life Cycle Stage**

The specific assumptions made in the model are listed below:

- **Life Cycle Stage #1** includes the fuels and materials used in the construction, installation/deinstallation, and operation of natural gas wells and, in the case of imported natural gas, the pipelines and liquefaction facilities necessary for LNG. In the case of imported natural gas, this stage includes the construction and operation of an LNG tanker, the operation of the tanker escort and jetty terminal, and the construction and operation of a regasification facility.

*Final Report: NGCC-LCA*

- **Life Cycle Stage #2** includes the materials and fuels for pipeline transport of natural gas to NGCC plant.

- **Life Cycle Stage #3** includes the fuels and emissions for the commissioning and decommissioning of the NGCC plant; construction materials for major plant equipment; fuels, emissions, capital and operations and maintenance (O&M) costs for the operation of the NGCC plant; construction materials for the switchyard and trunkline system; and, for the CCS case, the construction, operation, and costs for the equipment and infrastructure to capture, compress, transport, inject, and monitor $CO_2$..

- **Life Cycle Stage #4** includes the delivery of the electricity to the customer, transmission line losses, and emissions of $SF_6$ from power circuit breakers associated with the transmission line. The main transmission grid is not included in the modeling boundary as it is assumed to previously exist.

- **Life Cycle Stage #5** assumes all delivered electricity is used by a non-specific, 100% efficient process and is not included in the model.



**Figure ES-0-2 Study Boundary**

## Key Modeling Assumptions

Central to the modeling effort are the assumptions upon which the entire model is based. **Table ES-1** lists the key modeling assumptions for the NGCC cases. As an example, the study boundary assumptions indicate that the study period is 30 years, interest costs are not considered, and the model does not include effects due to human interaction. The sources for these assumptions are listed in the table as well. Assumptions originating in this report are labeled as "Present Study," while other comments originating in the NETL Cost and Performance Baseline



*Final Report: NGCC-LCA*

for Fossil Energy Power Plants study, Volume 1: Bituminous Coal and Natural Gas to Electricity Report are labeled as "NETL Baseline Report."

### Table ES-1 Key Modeling Assumptions

| Primary Subject | | Assumption | Source |
|---|---|---|---|
| **Study Boundary Assumptions** | | **Study Boundary Assumptions** | |
| Temporal Boundary | | 30 years | NETL Baseline Report |
| Cost Boundary | | "Overnight" | NETL Baseline Report |
| **LC Stage #1: Raw Material Acquisition** | | | |
| Imported | Extraction Location | Trinidad and Tobago | Present Study |
| | Fuel Feedstock | Natural Gas | NETL Baseline Report |
| | Gas Extraction Construction and Operation Costs | Included in Gas Delivery Price | Present Study |
| | LNG Tanker Distance Traveled (one way) | 2,260 nautical miles | Present Study |
| | U.S. LNG Terminal Location | Lake Charles, Louisiana | Present Study |
| | LNG Infrastructure Construction and Operation Costs | Included in Gas Delivery Price | Present Study |
| Domestic | Extraction Location | Mix of 7 Domestic Locations | Present Study |
| | Fuel Feedstock | Natural Gas | NETL Baseline Report |
| | Gas Extraction Construction and Operation Costs | Included in Gas Delivery Price | Present Study |
| **LC Stage #2: Raw Material Transport** | | | |
| Construction and Operation Costs for Pipeline to Power Plant | | Included in Gas Delivery Price | Present Study |
| Pipeline Distance from LNG Terminal to Power Plant | | 208 miles | Present Study |
| Pipeline Distance from Domestic Extraction/Processing to Power Plant | | 604 miles | NETL Natural Gas Technology Assessment |
| **LC Stage #3: Power Plant** | | | |
| Power Plant Location | | Southern Mississippi | Present Study |
| NGCC Net Electrical Output (without CCS) | | 555 MW | NETL Baseline Report |
| NGCC Net Electrical Output (with CCS) | | 474 MW | NETL Baseline Report |
| Auxiliary Boiler Fuel | | Natural Gas | Present Study |
| Trunk Line Constructed Length | | 50 miles | Present Study |
| $CO_2$ Compression Pressure for CCS Case | | 2,215 psi | NETL Baseline Report |
| $CO_2$ Pipeline Length for CCS Case | | 100 miles | Present Study |
| Sequestered $CO_2$ Loss Rate for CCS Case | | 1% in 100 years | Present Study |
| Power Plant Capital and Operation Cost | | | NETL Bituminous Baseline |
| **LC Stage #4: Product Transport** | | | |
| Transmission Line Loss | | 7% | Present Study |
| Transmission Grid Construction | | Pre-existing | Present Study |

*Final Report: NGCC-LCA*

## Summary Results

**Figure ES-0-3** shows the comparison of LCOE components in $/kWh delivered energy.  Fuel costs have the largest impact on the results.  The total LCOE results for the NGCC case with CCS exceed the LCOE results for the NGCC case without CCS by 51 percent.  Although each cost parameter (O&M, labor, utilities, and feedstocks) increases with the addition of CCS, the largest increase is for the capital cost component at 139 percent.



**Figure ES-0-3 Comparative Levelized Cost of Delivered Energy ($/kWh) for NGCC with and without CCS**

**Table ES-2** compares the GHG emissions (kilogram [kg] $CO_2e$/MWh ($CO_2e$ /unit of delivered energy) for four cases (NGCC *without* CCS for imported and domestic natural gas, and NGCC *with* CCS for imported and domestic natural gas).  On an LC stage basis, the energy conversion facility (Stage #3) for NGCC without CCS dominates all the other stages for GHG emissions.  However, when CCS is included, the global warming potential (GWP) burdens for the extraction and delivery of natural gas (Stage #1 and #2) produce more GWP burdens than the energy conversion facility (Stage #3).  This indicates that particularly with imported LNG feed, not only the energy conversion facility should be considered to reduce GHG emissions.  Sulfur hexafluoride ($SF_6$) emissions are not seen as a large contributor to the total GWP, ranging from 0.62 to 2.4 percent of total GWP (depending on the scenario).



*Final Report: NGCC-LCA*

**Table ES-2 Comparative GHG Emissions (CO₂e/MWh Delivered) for Cases 1-4**

| Emissions (kg CO$_2$e /MWh) | Stage #1: Raw Material Acquisition | Stage #2: Raw Material Transport | Stage #3: NGCC Plant | Stage #4: Transmission & Distribution | Total |
|---|---|---|---|---|---|
| **NGCC with Imported NG without CCS** | | | | | |
| CO$_2$ | 1.05E+02 | 1.42E+00 | 3.93E+02 | 0.00E+00 | 4.99E+02 |
| N$_2$O | 3.61E-01 | 1.06E-03 | 3.90E-03 | 0.00E+00 | 3.66E-01 |
| CH$_4$ | 2.39E+01 | 6.62E+00 | 1.49E-02 | 0.00E+00 | 3.05E+01 |
| SF$_6$ | 3.29E-03 | 2.05E-04 | 7.81E-03 | 3.27E+00 | 3.28E+00 |
| Total GWP | 1.29E+02 | 8.05E+00 | 3.93E+02 | 3.27E+00 | 5.33E+02 |
| **NGCC with Domestic NG without CCS** | | | | | |
| CO$_2$ | 2.08E+01 | 3.95E+00 | 3.93E+02 | 0 | 4.18E+02 |
| N$_2$O | 2.01E-01 | 1.27E-03 | 3.90E-03 | 0 | 1.79E-01 |
| CH$_4$ | 4.77E+01 | 1.92E+01 | 1.49E-02 | 0 | 6.69E+01 |
| SF$_6$ | 5.31E-03 | 2.05E-04 | 7.81E-03 | 3.27E+00 | 3.28E+00 |
| Total GWP | 6.88E+01 | 2.32E+01 | 3.93E+02 | 3.27E+00 | 4.88E+02 |
| **NGCC with Imported NG with CCS** | | | | | |
| CO$_2$ | 1.23E+02 | 1.67E+00 | 5.13E+01 | 0 | 1.76E+02 |
| N$_2$O | 4.23E-01 | 1.44E-03 | 7.01E-03 | 0 | 4.31E-01 |
| CH$_4$ | 2.80E+01 | 7.76E+00 | 1.95E-02 | 0.00E+00 | 3.58E+01 |
| SF$_6$ | 3.85E-03 | 2.40E-04 | 9.11E-03 | 3.27E+00 | 3.28E+00 |
| Total GWP | 1.51E+02 | 9.43E+00 | 5.13E+01 | 3.27E+00 | 2.15E+02 |
| **NGCC with Domestic NG with CCS** | | | | | |
| CO$_2$ | 2.44E+01 | 4.62E+00 | 5.13E+01 | 0 | 8.03E+01 |
| N$_2$O | 2.35E-01 | 1.72E-03 | 7.01E-03 | 0 | 2.44E-01 |
| CH$_4$ | 5.59E+01 | 2.25E+01 | 1.95E-02 | 0 | 7.85E+01 |
| SF$_6$ | 6.22E-03 | 2.40E-04 | 9.11E-03 | 3.27E+00 | 3.28E+00 |
| Total GWP | 8.06E+01 | 2.71E+01 | 5.13E+01 | 3.27E+00 | 1.62E+02 |

In summary, CCS added to an NGCC facility can greatly reduce the LC GWP of the energy conversion process.  However, although CCS removes 90 percent of the CO$_2$ emissions from the NGCC facility, the energy consumption and emissions of Stage #1 and Stage #2 bring the total GWP reduction to 60 percent for the imported natural gas scenarios and 67 percent for the domestic natural gas scenarios.  Additional NGCC life cycle inventory and cost (LCI&C)



assessments will need to be completed to determine the GWP of domestic and pipeline-imported (from Mexico and Canada) natural gas.

Adding CCS increases the LCOE by 51 percent, from \$.068/kWh to \$0.103/kWh of delivered electricity. This indicates that advancements in CCS technologies that reduce the capital investment and operating costs would most significantly reduce the overall cost differences between the two cases. Other tradeoffs from the addition of CCS include more water and land use. Approximately 44 percent more water is needed for cooling applications during the carbon capture process. This result suggests that depending on the location of the NGCC plant, including (or retrofitting with CCS) may not be practical due to limited water supply. Additional land use is needed to install the $CO_2$ pipeline, which is assumed to impact grass and forest land. Investors and decision makers can use the results presented in this report to weigh the benefits of carbon mitigation to the additional cost of investing in CCS technology. Additionally, these results suggest that investment in research and development (R&D) to advance CCS technologies and lower capital investment costs will have a positive effect on reducing the difference in LCOE between the cases.

Sensitivity analysis was performed on several cost and environmental inventory parameters. Capital costs and high price case feedstock/utility costs have the largest impact on LCOE. This indicates that investors will need to take care when analyzing capital cost parameters for a given NGCC plant. Additionally, these results highlight the uncertainty of natural gas feed prices and the impact they can have on the overall economics of an NGCC plant.

A sensitivity analysis was performed on the quantity of construction materials used throughout the entire life cycle as well as the transportation distances for LNG tankers and natural gas pipelines. Minor impacts were observed when the mass of construction material inputs was increased three times the base case values, indicating that high uncertainty for material inputs does not contribute to high uncertainty in total LC results. In particular, GHG emissions are not significantly affected by a three-fold increase in construction material inputs, demonstrating a 0.4 to 0.7 increase in total $CO_2e$ for scenarios without CCS and a 1.3 to 2.6 percent increase in total $CO_2e$ for scenarios with CCS. Increases in heavy metal (Hg and Pb), carbon monoxide (CO), and sulfur oxide ($SO_x$) emissions were observed due to their dominance in the upstream profiles for construction materials; the effect of these non-GHG emissions cannot be evaluated further without conducting an impact analysis.

The sensitivity analysis of tanker transport distance showed a large affect on Stage #2 GWP and non-GHG air emissions when distance is increased from delivery from Trinidad versus Egypt. Overall, increasing transport distance from 2,260 to 10,000 miles increases the total GWP for NGCC power without CCS by 7.8 percent. Additionally, reducing the pipeline distance between regasification facility and the NGCC plant reduces the $CH_4$, $NO_X$, and CO emissions in Stage #2.

## Key Results

- Adding 90 percent $CO_2$ capture and storage to an NGCC platform will increase the full life cycle cost of power from 6.8¢ to 10.3¢ per kWh – a 51 percent increase.

- GHG emissions for natural gas extraction and transport increase slightly when adding a CCS system. This is due to the parasitic power required for CCS. The 90 percent $CO_2$ capture at the power plant results in a 60 percent reduction in total Life Cycle GHG



emissions when using imported natural gas, and a 67 percent reduction in total Life Cycle GHG emissions when using domestic natural gas.

- The difference in LCOE, and GHG emissions between NGCC without CCS and NGCC with CCS result in a GHG avoided cost of $110/tonne and $107/tonne for imported and domestic scenarios, respectively.

- There is little difference in the GWP of the upstream extraction sources of natural gas, whether it is extracted domestically or in a foreign gas field.  However, the processing and transport of natural gas using liquefaction and regasification significantly increases the upstream emissions of imported natural gas.



This page intentionally left blank.



# 1.0   Introduction

In 2008 the United States consumed approximately 41 quadrillion ($10^{14}$) British thermal units (Btu) of electricity, which is equivalent to 1.2 billion megawatt hours (MWh) per year of electricity generation (EIA, 2009a).  The 2009 Energy Information Administration's (EIA) Annual Energy Outlook (AEO) reference case projects a growth to 47.9 quadrillion Btu per year by 2030[1].  Although coal is the dominant feedstock for electricity generation in the United States, concerns about greenhouse gases (GHGs) and other emissions associated with coal-fired power generation have increased the projected use of alternative energy sources such as renewables, nuclear power, and natural gas.  In AEO 2009, natural gas is projected to account for 16.4 ±1 percent of electricity generation between 2006 and 2030 (EIA, 2009a), a different trend than was seen in AEO 2008, which projected a decrease in natural gas electricity generation between 2005 and 2030[2].  Determining what, if any, environmental benefits and economic burdens are associated with natural gas-fired power generation over its life cycle (LC) could provide valuable insight for predicting future investments in energy conversion technology.

The U.S. Department of Energy's (DOE) National Energy Technology Laboratory (NETL) has endeavored to quantify the environmental burdens and resource demands associated with building, operating, and retiring various thermoelectric generation technologies; both conventional and advanced technologies using fossil, nuclear, and renewable fuels.  This quantification will be accomplished, in part, through a series of life cycle inventory and cost analysis (LCI&C) studies.  While NETL has performed similar studies on selected electricity generation technologies in the past, an effort is underway to further expand this capability.

This report compares the economic and environmental LC performance of natural gas combined cycle (NGCC) electricity generation pathways, with and without carbon capture and sequestration (CCS) capability.  During NGCC, natural gas is combusted in a turbine, and the energy of the exiting flue gas is captured using a heat recovery steam generator (HRSG).  NGCC is said to have a higher efficiency than coal combustion and gasification (NETL, 2010).  However, to fully quantify the differences (whether benefits or disadvantages) between NGCC and other generation technologies, the full environmental and economic performance needs to be evaluated over the LC of the system; the results of this LC evaluation provide a comparison point for competing electricity generating pathways assessed within NETL's LCI&C Program.  **Figure 1-1** shows the economic and environmental boundaries of this LCI&C.

---

[1] These data were retrieved from AEO 2009 without consideration of the American Recovery and Reinvestment Act (ARRA).

[2] AEO 2008 projected an overall decrease from approximately 14 to 10 percent for natural gas used in electricity generation, with an average value over the study period (2005-2030) of 14 ±2 percent.  Additionally, AEO 2009 with ARRA projects approximately 16 percent use of natural gas for electricity generation in 2006 and 2030, with a dip during the middle of the study period (approximately 2010-2025), resulting in the same average value over the entire study period (2006-2030) of 14 ±2 percent.   This difference in 2009 cases is due to projected stimulation of renewable energy use through ARRA.



*Final Report: NGCC-LCA*



**Figure 1-1 Conceptual Life Cycle Boundary**

The following terms relating to LCI&C are used as defined throughout this document:

- Life Cycle (LC): Consecutive and interlinked stages of a product system, from raw material acquisition to the use stage.

- Life Cycle Inventory (LCI): The specific phase of the LCI&C which includes data collection, review, and verification; and modeling of a product system to estimate emissions.

- Life Cycle Costing (LCC): The determination of cost parameters (levelized cost of electricity [LCOE] and net present value [NPV]) for the LCI&C throughout the study period.

## 1.1 Purpose

This study models the LC of two NGCC power generation facilities based on case studies presented in the NETL 2010 report, *Cost and Performance Baseline for Fossil Energy Plants: Volume 1* (NETL, 2010).  The NETL report provides detailed information on the operating procedures and costs for two NGCC facilities (Case 13 and Case 14); the data were used significantly during this study.  Throughout the remainder of this document, the NETL *Cost and Performance Baseline for Fossil Energy Plants: Volume 1* will be referred to as the "Baseline Report."



*Final Report: NGCC-LCA*

There are two power plant scenarios under consideration in this study:

- Case 1: (NGCC without CCS) A 555-megawatt electric (MWe) (net power output) NGCC thermoelectric generation facility, in southern Mississippi, utilizing two parallel, advanced F-Class natural gas-fired combustion turbines/generators (CTGs). Each CTG is followed by a HRSG. All net steam produced in the two HRSGs flows to a single steam turbine. This case is configured without CCS.

- Case 2: (NGCC with CCS) A 474-MWe (net power output) NGCC thermoelectric generation facility, in southern Mississippi, utilizing the same configuration used in Case 1, and consisting of two parallel, advanced F-Class natural gas-fired CTGs. Each CTG is followed by a HRSG, and all of the net steam produced in the HRSGs flows to a single steam turbine. This case is configured with post-combustion CCS, and steam is extracted from the steam turbine to provide heat needed for the Fluor Econamine carbon dioxide ($CO_2$) capture system for solvent regeneration.

The same NGCC technologies are used in both cases; the difference in technologies between the two cases is whether or not a CCS system is employed. The cases with CCS include the additional transport and storage of the captured carbon.

In addition to the energy generation facility, the environmental performances of processes upstream and downstream of the facility are considered. The upstream LC stages (natural gas extraction and transport) include two supply scenarios for natural gas. The first supply case is foreign offshore natural gas extraction, followed by liquefaction, ocean transport, regasification, and pipeline transport to the NGCC facility; the second supply case is a mix of domestic extraction technologies with pipeline transport to the NGCC facility.

The two energy generation cases and the two natural gas supply cases result in a total of four scenarios for this analysis:

- NGCC with imported LNG without CCS
- NGCC with domestic NG without CCS
- NGCC with imported LNG with CCS
- NGCC with domestic NG with CCS

The study time period (30 years) allows for the determination of long-term cost and environmental impacts associated with the production and delivery of electricity generated by NGCC. Although not within the scope of this report, the overarching purpose of this study is to compare these results to other competing electricity generating pathways assessed within NETL's LCI&C Program.

## 1.2   Study Boundary and Modeling Approach

The following directives were used to establish the boundary of this study and outline the modeling approach:

- The basis (i.e., functional unit) of NETL electricity generation studies is defined generally as the net work (output from the process minus losses during the delivery and use of the product) in MWh over the 30-year study period. Therefore, for this study, the functional unit is the range of MWh output from both energy generation facilities (with and without CCS). To calculate results, the environmental and economic data from each



*Final Report: NGCC-LCA*

stage was totaled, and then normalized to a 1 MWh basis for comparison. Additionally, results from each stage are reported on a unit process reference flow basis. For example, results from natural gas extraction and transport are presented on a kilogram (kg) of natural gas basis, and results from energy conversion and electricity transmission are presented on a MWh basis.

- All primary processes (defined as the flow of energy and materials needed to support generation of electricity from natural gas) from extraction of natural gas, natural gas transport, electricity generation, electricity transport, and end use are accounted for.

- The following phases are considered for primary processes:

    o **Construction**: Emissions associated with the production of materials used during the construction of a process (e.g., steel used to build a power plant). Energy use and associated emissions due to the operation of a process.

    o **Installation/Deinstallation or Commissioning/Decommissioning**: Installation/commissioning is the energy and emissions associated with the site preparation and erection of a facility. Deinstallation/decommissioning includes the energy use and emissions associated with removing a facility and, if necessary, returning the land to its original state.

    o **Operations**: Energy and emissions due to the operation of a process.

- Secondary operations (defined as inputs not immediately needed for the flow of energy and materials, such as the material input for construction) that contribute significantly to mass and energy of the system or environmental or cost profiles are also included within the study boundary. Significance is defined in **Section 1.2.5.** Examples of secondary operations include, but are not limited to:

    o Construction of equipment and infrastructure to support each pathway (e.g., natural gas extraction site, power plant, transport equipment, etc.), with the exception of the power grid for electricity transport and end use being considered "pre-existing."

    o Provision of secondary energy carriers and materials (e.g., electrical power from the U.S. power grid, diesel fuel, heavy fuel oil, concrete production, steel production, etc.).

    o Carbon dioxide transport and injection into the sequestration site.

- Construction of infrastructure (pipelines, transmissions lines) is omitted from the study boundary if it is determined that they would exist without the construction of the studied facility or fuel extraction operation. For example, it is assumed that the transmission lines of the electrical grid would exist with or without the new energy conversion facility, and are thus not included in the model. However, the switchyard and trunkline, which connect the new energy conversion facility to the transmission lines/grid, would not exist without the new facility and are thus included in the LCI&C.

- Cost parameters were collected for primary operations in order to perform the LCC analysis. These cost parameters account for all significant capital and operating and maintenance (O&M) contributions.



*Final Report: NGCC-LCA*

- Detailed upstream cost profiles for secondary material and energy production are not required for the LCC analysis. Material purchase costs (for the secondary materials) are considered inclusive of upstream production costs in the final product cost.

- The cost of natural gas as received by the NGCC facility is the same for imported natural gas (via the LNG route) and domestic natural gas. Natural gas is a commodity, and thus the market price of natural gas does not differentiate between two types of extraction and delivery systems.

- The LCI includes the following magnitude evaluations from each primary and significant secondary operation: anthropogenic GHG emissions, criteria air pollutant (CAP) emissions, mercury (Hg) and ammonia ($NH_3$) emissions to air, water withdrawal and consumption, and land use. All emission results are reported in terms of mass (kg) released per functional unit and unit process reference flow, when applicable; water withdrawals and consumption are reported on the same basis. Land use is reported as transformed land (type and amount [square meters] of land transformed).

- Indirect land use (or secondary land use effects) is not considered within the boundary of this study. Indirect changes in land use occur as a result of the primary land use effects. For instance, installation of an NGCC plant in a rural area (primary effect is removal of agriculture or native vegetation and installation of uses associated with an NGCC plant) may cause plant employees to move nearby, causing increased urbanization in the affected area (secondary effect).

- If a process produces a co-product that, due to the purpose of the study, cannot be included within the study boundary, the allocation procedure will be determined using the following steps (in decreasing order of preference) as defined in International Organization of Standardization (ISO) 14044 (ISO, 2006):

  o Avoid allocation by either dividing the process into sub-processes or expanding the boundaries.

  o When allocation cannot be avoided, inputs and outputs should be divided among the products, reflecting the physical relationships between them.

  o When physical relationships do not establish basis for allocation, other relationships should be considered.

  However, no allocation was needed for this study.

The following sections expand on the specific system boundary definition and modeling used for this study. Inputs and outputs from primary operations are shown in **Figure 1-2**. This simplified diagram illustrates how primary input materials move through the system, resulting in primary outputs.



*Final Report: NGCC-LCA*



**Figure 1-2 Study Boundary**

## 1.2.1 Life Cycle Stages

The following text defines the LC stages considered in this study and outlines specifications for the primary operations for each stage. Secondary operations are included based on data availability. If data are available, the operation is included for completeness. If data are not available, surrogate data is assumed or the operation is considered insignificant due to cut-off criteria specifications.

- **Life Cycle Stage #1 (for Imported NG)**: Raw Material Acquisition

    o Boundary begins with the onshore construction of the natural gas drilling platform and transportation of the platform by tow boats to the offshore site near Trinidad and Tobago (for discussion on the location decision, please see **Section 2.1**).

    o Boundary includes construction materials for all known well components and operation of the well and drilling platform.

    o Boundary includes construction materials and operation of the liquefaction facility, storage tank complex, and jetty loading terminal in Trinidad and Tobago. The construction of a natural gas pipeline from the offshore well to the liquefaction and storage facility is also included.

    o Boundary includes the loading of natural gas onto the LNG tanker in Trinidad and Tobago.



*Final Report: NGCC-LCA*

- The construction and operation (including docking and berthing/deberthing) of the LNG tanker are included in this stage. This boundary also includes operation of the tanker escort, which involves two tug boats for each tanker trip.
- The boundary ends with the construction materials and operation of the jetty terminal, regasification facility, and storage tank complex in Lake Charles, Louisiana.

- **Life Cycle Stage #1 (for Domestic NG)**: Raw Material Acquisition
  - Boundary begins with construction materials and installation requirements for natural gas wells.
  - Boundary includes the operation of natural gas wells, including extraction, oil/gas separation (where applicable), dehydration, acid gas removal (sweetening), and compression.
  - Boundary ends with natural gas ready for pipeline transport.

- **Life Cycle Stage #2 (for Imported NG)**: Raw Material Transport: LNG Tanker and Pipeline, LNG Vaporization
  - Boundary begins with the construction of a pipeline from the storage facility in Lake Charles to the NGCC plant in southeastern Mississippi. Natural gas losses during the operation of the pipeline are also included.
  - Boundary ends when the natural gas in the pipeline reaches the fence line of the NGCC plant, located in southeastern Mississippi.

- **Life Cycle Stage #2 (for Domestic NG)** Raw Material Transport: Natural Gas Pipeline
  - The boundary begins with the construction and operation of pipelines from domestic natural gas extraction sites to the NGCC plant in southeastern Mississippi. Natural gas losses during the operation of the pipeline are included.
  - Boundary ends when the natural gas in the pipeline reaches the fence line of the NGCC plant, located in southeastern Mississippi.

- **Life Cycle Stage #3**: Energy Conversion Facility: NGCC Plant, with or without CCS
  - Boundary begins with natural gas entering the NGCC plant, with or without CCS.
  - Construction and decommissioning of the plant structure and major plant equipment are included.
  - Operation of the NGCC plant is included for both cases.
  - Capital and O&M costs are calculated for the operation of the plant for both cases.
  - Construction and operation are included for the switchyard and trunkline system that delivers the generated power to the grid.
  - For the NGCC plant with CCS, the boundary includes the following:



*Final Report: NGCC-LCA*

- - Carbon dioxide is compressed to 2,215 pounds per square inch absolute (psia) at the NGCC plant. No additional compression is required at the injection site.
  - Construction and operations of plant equipment required for CCS.
  - Construction and operation of a $CO_2$ pipeline from the plant site in Mississippi to a non-specific saline formation sequestration site 100 miles away. Losses of $CO_2$ from the pipeline during transport and injection are also included.
  - Construction of the pipeline and casing for $CO_2$ injection at the sequestration site.
  - Costs associated with the operation of measurement, monitoring, and verification (MMV) of $CO_2$ sequestration at the sequestration site (environmental impacts of MMV are not considered within the study boundary).
  - o Boundary ends when the power created at the NGCC plant is placed onto the grid and $CO_2$ is verified and sequestered.
- **Life Cycle Stage #4**: Product Transportation: Electrical Grid
  - o Boundary begins when the power is placed on the grid.
  - o Electricity losses due to transmission and distribution are included.
  - o Boundary ends when the power is pulled from the grid.
- **Life Cycle Stage #5**: End User: Electricity Consumption
  - o Boundary begins and ends when the power is pulled from the grid. All NETL power generation LCI&C studies assume electricity is used by a non-specific, 100 percent-efficient process.

The system boundary is consistently applied for all of the pathways included in the study. A comparison of the pathways by LC stage is depicted in **Figure 1-3**.



*Final Report: NGCC-LCA*



**Figure 1-3 Comparison of Cases by Life Cycle Stage**

Assessing the environmental LC perspective of each scenario requires that all significant material and energy resources be tracked back to the point of extraction from the earth (commonly referred to as the "cradle" in LCI&C terminology).  While the primary material flow in this study is natural gas into electricity, many other material and energy inputs are considered significant and must be accounted for to accurately depict the LCI&C.  These are considered secondary materials, and examples from this study include concrete, steel, and fuels such as diesel and heavy fuel oil.  Cradle-to-grave (i.e., raw material acquisition through delivery of a finished product to the end user) environmental profiles for secondary materials are considered for all significant secondary material inputs.



*Final Report: NGCC-LCA*

## 1.2.2  Technology Representation

The NGCC plant without CCS is a mature technology and is well represented in full-scale power plant applications.  The cost estimates for this case represent the "nth" plant, as done in the Baseline Report (NETL, 2010).

Carbon capture technology for the NGCC capture cases is not well developed, as it has not been proven in full-scale power plant applications.  The cost estimates for this case represents proven technology for CCS and "nth" plant (when the technology is considered to be fully developed) for the NGCC plant.

## 1.2.3  Timeframe Represented

The economic and environmental profiles are compared on a 30-year operating time period, referred to as the "Study Period."  The base year for the study was 2010 (e.g., Year 1) because the time required for plant and equipment construction would realistically happen before the following Year 1 assumptions were made.  All capital investments were considered as "overnight costs" (assumed to be constructed overnight and hence no interest charges) and applied to Year 1 along with the corresponding O&M costs.  Similarly, all environmental consequences of construction were assumed to occur on an overnight basis.  All processes were thereby considered to be fully operational on day one of the 30-year study period.  It was assumed that the life of all facilities and connected infrastructure is equal to that of the power plant.

## 1.2.4  Data Quality and Inclusion within the Study Boundary

High quality, transparent data were used for all inputs and outputs into each LC stage when available.  To the greatest possible extent, transparent publicly available data sources were used to model each pathway.  When available, data which was geographically, temporally, and technologically accurate was used for the LCI and LCC.  However, that quality of data could not realistically be collected for each primary and secondary input and output to an LC stage.  Therefore, the following additional data sources were used within this study:

- When data were not publically available or purchasable, non-transparent data were used.  For this study, purchasable data included secondary material LC profiles available from the GaBi modeling software database (GaBi data can be purchased publicly).

- In the event that neither public nor non-public data were available, surrogate data or engineered calculations were used.

When primary data (collected directly from operation of the technology being studied) was not available, uncertainty in data quality associated with geographic, temporal, or technological considerations was minimized using the following criteria:

- Data from the United States for similar processes were always preferred and used when available.

- Data for a process (or similar process) based on averages or best available technologies had to be dated from 1990 to present.

- European data were considered only for similar technologies or processes (consistent in scope and magnitude) when U.S. data were not available.



- If no data were available for the technology (or a reasonably similar technology), surrogate data were used.

Any data collected using an additional data source or different geographical, temporal, or technological specification was subject to uncertainty and sensitivity analysis depending on the significance of said data on the LC stage results.  Sensitivity analysis results are discussed during interpretation of results (**Section 3.7**), and specific assumptions for each data input are listed by stages in **Appendix A**.

### 1.2.4.1 *Exclusion of Data from the Life Cycle Boundary*

Data were collected for each primary and significant secondary input and output to each LC stage (as defined by the system boundary) except the following, which for the reasons discussed were considered outside the boundary and scope of NETL power generation LCI&Cs.

Humans functioning within the system boundary have associated materials and energy demand as a burden on the environment.  For humans working within the boundaries of this study, activities such as commuting to and from work and producing food are part of the overall LC.  However, to consider such human activities would tremendously complicate the LC.  First, quantifying the human-related environmental inflows and outflows would require a formidable data collection and analysis effort; second, the method for allocating human-related environmental flows to fuel production would require major assumptions.  For example, if human activities are considered from a consequential perspective, it would be necessary to know what the humans would be doing if the energy conversion facility of this study did not exist; it is likely that these humans would be employed by another industry and would still be commuting and eating, which would result in no difference in environmental burdens from human activities with or without the energy conversion facility.  For the LCC, labor costs associated with the number of employees at each energy conversion facility was included.

Low-frequency, high-magnitude, non-predictable environmental events (e.g., non-routine/fugitive/accidental releases) were not included in the system boundaries because such circumstances are difficult to associate with a particular product.  However, more frequent or predictable events, such as material loss during transport or scheduled maintenance shut downs, were included when applicable.

## 1.2.5   Cut-Off Criteria for the Life Cycle Boundary

"Cut-off criteria" defines the significance of materials and processes included in the system boundary and in general is represented as a percent of significance related to the mass, cost, or environmental burden of a system (ISO, 2006).  If the input or output of a process is less than the given percentage of all inputs and outputs into the LC stage, then that process can be excluded.  Whenever possible, surrogate or purchasable data assumptions were used, as they are preferred over using a cut-off limit.  However, when the cut-off criteria was used, a significant material input was defined as a material or environmental burden that has a greater than 1percent per unit mass of the principal product of a unit process (e.g., 0.01 gram [g] per unit g).  A significant energy input is defined as one that contributes more than one percent of the total energy used by the unit process.  Although cost is not recommended as a basis to determine cut-off for LCI data, cost-based cut-off considerations were applicable to LCC data.



*Final Report: NGCC-LCA*

## 1.2.6   Life Cycle Cost Analysis Approach

The LCC analysis captures the significant capital and O&M expenses incurred by the NGCC cases with and without CCS for their assumed 30-year life.  The LCC provides the constant dollar LCOE and the present value (PV) of the production and delivery of energy over the study period (in years).  PV (also called net present value) is the sum of all years' discounted after-tax cash flows, and represents the viability of investment in a particular technology (DOE, 1997).

Cash flow is affected by several factors, including cost (capital, O&M, replacement, and decommissioning or salvage), book life of equipment, Federal and state income taxes, tax and equipment depreciation, interest rates, and discount rates.  For NETL LCC assessments, Modified Accelerated Cost Recovery System (MACRS) deflation rates are used.  O&M cost are assumed to be consistent over the study period except for the cost of energy and feedstock materials determined by EIA.

Capital investment costs are defined in the Baseline Report as including "equipment (complete with initial chemical and catalyst loadings), materials, labor (direct and indirect), engineering and construction management, and contingencies (process and project)."  The following costs are excluded from the Baseline Report definition:

- Escalation to period-of-performance.
- All taxes, with the exception of payroll taxes.
- Site-specific considerations (including, but not limited to seismic zone, accessibility, local regulatory requirements, excessive rock, piles, laydown space, etc.).
- Labor incentives in excess of a five-day/10-hour work week.
- Additional premiums associated with an Engineer/Procure/Construct (EPC) contracting approach.

The capital costs were assumed to be "overnight costs" (not incurring interest charges) and are expressed in 2007 dollars.  Accordingly, all cost data from previous reports and forthcoming studies are normalized to 2007 dollars.  In accordance with the Baseline Report, all values are reported in January 2007 dollars; it is the assumption of this study that there is no difference between December 2006 dollars and January 2007 dollars.  **Table 1-1** summarizes the LCC economic parameters that were applied to both pathways.



*Final Report: NGCC-LCA*

**Table 1-1 Global LCC Analysis Parameters**

| Property | Value | Units |
|---|---|---|
| Reference Year Dollars | December 2006/January 2007 | Year |
| Assumed Start-Up Year | 2010 | Year |
| Real After-Tax Discount Rate | 10.0 | Percent |
| After-Tax Nominal Discount Rate | 12.09 | Percent |
| Assumed Study Period | 30 | Years |
| MACRS Depreciation Schedule Length | Variable | Years |
| Inflation Rate | 1.87 | Percent |
| State Taxes | 6.0 | Percent |
| Federal Taxes | 34.0 | Percent |
| Total Tax Rate | 38.0 | Percent |
| **Fixed Charge Rate Calculation Factors** | | |
| Capital Charge Factor – wo-CCS | 0.1502 | -- |
| Capital Charge Factor – w-CCS | 0.1567 | -- |
| Levelization Factor – wo-CCS | 1.43 | -- |
| Levelization Factor – w-CCS | 1.41 | -- |
| **Start Up Year (2010) Feedstock & Utility Prices** | **$2006 Dollars** | |
| Natural Gas[1] | 6.76 | $/MMBtu |
| Process Water[2] | 0.00049 (0.0019) | $/L ($/gal) |

1. AEO 2008 Table 3 Energy Prices by Sector and Source: Electric Power- Natural Gas (EIA, 2008).

2. Rafelis Financial Consulting, PA.  Rafelis Financial Consulting 2002 Water and Wastewater Rate Survey, Charlotte, NC.

The LCC analysis uses a revenue requirement approach which is commonly used for financial analysis of power plants.  This approach uses the cost of delivered electricity (COE) for a comparison basis, which works well when trying to evaluate different plant configurations.  COE is levelized over a 20-year period, although the plant is modeled for a 30-year lifetime.  The method for the 20-year LCOE is based on the NETL Power Systems Financial Model (NETL, 2008).  The LCOE is calculated using the PV costs.  All PV costs were levelized using a capital charge factor (CCF) for capital costs and a levelization factor for O&M costs.  The LCOE is determined using the following equation from the Baseline Report (NETL, 2010).

$$LCOE_P = \frac{(CCF_P)(TOC) \ + (LF)[(OC_{F1}) + (OC_{F2}) + \ldots] + (CF)(LF)[(OC_{V1}) + (OC_{V2}) + \ldots]}{(CF)(MWh)}$$



*Final Report: NGCC-LCA*

where

| | |
|---|---|
| $LCOE_P$ = | levelized cost of electricity over P years, \$/MWh |
| P = | levelization period (e.g., 10, 20 or 30 years) |
| $CCF_P$ = | capital charge factor for a levelization period of P years (0.1502 for w/o-CCS, 0.1567 for w-CCS) |
| TOC = | total overnight cost, \$ |
| LF = | levelization factor (a single levelization factor is used in each case because a single escalation rate is used for all costs) (1.432773 for w/o-CCS, 1.410939 for w-CCS) |
| $OC_{Fn}$ = | category n fixed operating cost for the initial year of operation (but expressed in "first-year-of-construction" year dollars) |
| CF = | plant capacity factor |
| $OC_{Vn}$ = | category n variable operating cost at 100 percent CF for the initial year of operation (but expressed in "first-year-of-construction" year dollars) |
| MWh = | annual net megawatt-hours of power generated at 100 percent CF |

### 1.2.7  Environmental LCI & GWP Impact Assessment Approach

The following pollutant emissions and land and water resource consumptions were considered as inventory metrics within the study boundary:

- GHG Emissions: $CO_2$, methane ($CH_4$), nitrous oxide ($N_2O$), and sulfur hexafluoride ($SF_6$) are included in the study boundary.

- CAPs are designated as such because permissible levels are regulated on the basis of human health and/or environmental criteria as set forth in the Clean Air Act (EPA, 1990). Six CAPs are currently monitored by the Environmental Protection Agency (EPA) and are therefore included in the LCI of current NETL LCI&C studies, as shown in **Table 1-2**.



*Final Report: NGCC-LCA*

**Table 1-2 Criteria Air Pollutants Included in Study Boundary**

| Emissions to Air | Abbreviation | Description |
|---|---|---|
| Carbon Monoxide | CO | -- |
| Nitrogen Oxides | $NO_X$ | Includes all forms of nitrogen oxides. |
| Sulfur Dioxide | $SO_2$ | Includes $SO_2$ and other forms of sulfur oxides. |
| Volatile Organic Compounds | VOCs | VOCs combined with $NO_X$ and sunlight form ozone in the atmosphere. Releases of VOCs are reported as a precursor to ozone formation. VOCs are also reported as non-methane VOCs to avoid double counting with reported methane emissions. |
| Particulate Matter | PM | Includes all forms of PM: $PM_{10}$, $PM_{2.5}$, and unspecified mean aerodynamic diameter. |
| Lead | Pb | -- |

- Air emissions of Hg and $NH_3$ are included within the study boundaries due to their potential impact when assessing current and future electricity generation technologies.

- Water withdrawal and consumption is inventoried, including that extracted directly from a body of water (above or below ground) and water obtained from municipal or industrial water source. The amount of water required to support a procedure or process can be discussed in terms of withdrawal or consumption. Within NETL LCI&C studies, water withdrawal is defined as the total amount of water that is drawn in support of a process or facility. For instance, water withdrawal for an energy conversion facility would include all water that is supplied to the facility, via municipal supply, pumped groundwater, surface water uptake, or from another source. Water consumption is defined as water withdrawal minus water discharged from a process or facility. For instance, water consumption for an energy conversion facility would be calculated by subtracting the amount of liquid water discharged by the facility from the facility's water withdrawal, as previously defined.

- Transformed land area (i.e., square meters of land transformed) is considered in NETL life cycle analysis (LCA) studies for primary land use change. The transformed land area metric estimates the area of land that is altered from a reference state. Land use effects are not discussed for each stage in **Section 2.0**; the method and results for this inventory are discussed in **Section 3.5**.

Global warming potential (GWP) is also evaluated in NETL LCI&C studies. The final quantities of GHG emissions for each gas included in the study boundary were converted to a common basis of comparison using their respective GWP for a 100-year time horizon. These factors quantify the radiative forcing potential of each gas as compared to $CO_2$. The most recent 100-year GWP values reported by the Intergovernmental Panel on Climate Change (IPCC) are listed in **Table 1-3** (IPCC, 2007).



*Final Report: NGCC-LCA*

**Table 1-3 Global Warming Potential for Various Greenhouse Gases for 100-Yr Time Horizon (IPCC, 2007)**

| GHG | 2007 IPCC GWP (CO$_2$e) |
|-----|-------------------------|
| CO$_2$ | 1 |
| CH$_4$ | 25 |
| N$_2$O | 298 |
| SF$_6$ | 22,800 |

The purpose of this study and all other NETL electricity generation studies is to perform and publish transparent LCI&Cs.  Assuming this goal is achieved, any additional impact category related to the studied LCI data metrics can be applied to the LCI&C results.  Thus, while it was not within the scope of this work to apply all available impact assessment methods, others can use this work to apply impact assessment methods of their own choosing.  As methods are updated and developed, and when the LCI&C community reaches a consensus on their accuracy, other impact methods may be considered in future NETL LCI&Cs.

## 1.3   Software Analysis Tools

The following software analysis tools were used to model each of the study pathways.  Any additional modeling conducted outside of these tools is considered a "data source" used to inform the analysis process.

### 1.3.1   Life Cycle Cost Analysis

An LCC model was developed as part of this study to calculate the LCOE ($/MWh) for each of the scenarios.  The LCC model was developed in Microsoft® Excel to document the sources of economic information, while ensuring that all pathways utilize the same economic factors.  The model calculates all costs on an LC stage basis, and then sums the values to determine the total LCC.  This process enables the differentiation of significant cost contributions identified within the LCC model.

The LCC model was developed in-house by Research and Development Solutions, LLC (RDS) as part of the project effort.  The LCC model leverages the experience gained in developing a similar cost model in the previous LCI&C studies conducted by NETL.

### 1.3.2   Environmental Life Cycle Analysis

GaBi 4, developed by the University of Stuttgart (IKP) and PE INTERNATIONAL of Germany, was used to conduct the environmental LCI.  GaBi 4 is an ISO 14040-compliant modular software system used for managing large data volumes.  In addition to adding data for a specific study into the GaBi framework, one can make use of the large database of LCI profiles included in GaBi for various energy and material productions, assembly, transportation, and other production and construction materials that can be used to assist in modeling the LC of each pathway.  The GaBi 4 software has the ability to analyze the contribution from an individual process or groups of processes (referred to as "Plans") to the total LC emissions.  Plans, processes, and flows form modular units that can be grouped to model sophisticated processes, or



*Final Report: NGCC-LCA*

assessed individually to isolate effects. The GaBi system follows a process-based modeling approach and works by performing comprehensive balancing (mass and energy) around the various processes within a model. GaBi 4 is a database-driven tool designed to assist practitioners in documenting, managing, and organizing LCI data. Data pulled from the GaBi 4 database and used within this study was considered non-transparent and was subject to sensitivity analysis. For this study, only secondary (or higher order) operations are characterized using GaBi profiles; all primary data were characterized by an additional reference source (peer reviewed journal, government report, manufacturer specifications, etc.) and entered into the GaBi framework.

## 1.4   Summary of Study Assumptions

Central to the modeling effort are the assumptions upon which the entire model is based. **Table 1-4** lists the key modeling assumptions for the NGCC with and without CCS cases. As an example, the study boundary assumptions indicate that the study period is 30 years, interest costs are not considered, and the model does not include effects due to human interaction. The sources for these assumptions are listed in the table as well. Assumptions originating in this report are labeled as "Present Study"; comments originating in the NETL *Cost and Performance Baseline for Fossil Energy Power Plants study, Volume 1: Bituminous Coal and Natural Gas to Electricity Report* are labeled as "NETL Baseline Report" and comments originating in the *Role of Alternative Energy Sources: Natural Gas Technology Assessment Report* (NETL, 2012) are labeled as "NETL Natural Gas Technology Assessment."



*Final Report: NGCC-LCA*

**Table 1-4 Study Assumptions by LC Stage**

| Primary Subject | | Assumption | Source |
|---|---|---|---|
| **Study Boundary Assumptions** | | **Study Boundary Assumptions** | |
| Temporal Boundary | | 30 years | NETL Baseline Report |
| Cost Boundary | | "Overnight" | NETL Baseline Report |
| **LC Stage #1: Raw Material Acquisition** | | | |
| Imported | Extraction Location | Trinidad and Tobago | Present Study |
| | Fuel Feedstock | Natural Gas | NETL Baseline Report |
| | Gas Extraction Construction and Operation Costs | Included in Gas Delivery Price | Present Study |
| | LNG Tanker Distance Traveled (one way) | 2260 nautical miles | Present Study |
| | U.S. LNG Terminal Location | Lake Charles, Louisiana | Present Study |
| | LNG Infrastructure Construction and Operation Costs | Included in Gas Delivery Price | Present Study |
| Domestic | Extraction Location | Mix of 7 Domestic Locations | Present Study |
| | Fuel Feedstock | Natural Gas | NETL Baseline Report |
| | Gas Extraction Construction and Operation Costs | Included in Gas Delivery Price | Present Study |
| **LC Stage #2: Raw Material Transport** | | | |
| Construction and Operation Costs for Pipeline to Power Plant | | Included in Gas Delivery Price | Present Study |
| Pipeline Distance from LNG Terminal to Power Plant | | 208 miles | Present Study |
| Pipeline Distance from Domestic Extraction/Processing to Power Plant | | 604 miles | NETL Natural Gas Technology Assessment |
| **LC Stage #3: Power Plant** | | | |
| Power Plant Location | | Southern Mississippi | Present Study |
| NGCC Net Electrical Output (without CCS) | | 555 MW | NETL Baseline Report |
| NGCC Net Electrical Output (with CCS) | | 474 MW | NETL Baseline Report |
| Auxiliary Boiler Fuel | | Natural Gas | Present Study |
| Trunk Line Constructed Length | | 50 miles | Present Study |
| $CO_2$ Compression Pressure for CCS Case | | 2,215 psi | NETL Baseline Report |
| $CO_2$ Pipeline Length for CCS Case | | 100 miles | Present Study |
| Sequestered $CO_2$ Loss Rate for CCS Case | | 1% in 100 years | Present Study |
| Power Plant Capital and Operation Cost | | | NETL Bituminous Baseline |
| **LC Stage #4: Product Transport** | | | |
| Transmission Line Loss | | 7% | Present Study |
| Transmission Grid Construction | | Pre-existing | Present Study |



*Final Report: NGCC-LCA*

## 1.5    Report Organization

This study includes two comprehensive LCI and cost parameter studies for electricity production via NGCC with and without CCS.  The method, results, and conclusions are documented in the following report sections:

**Section 1.0 – Introduction:** Discusses the purpose and scope of the study.  The system boundaries for each pathway and LC stages are described, as well as the study modeling approach.

**Section 2.0 – Life Cycle Stages LCI and Cost Parameters:** Provides an overview of each LC stage and documents the economic and environmental LC results.  For both cases, all stages are the same except for Stage #3; a description and results for Stage #3 of both cases will be included in this section.

**Section 3.0 – Interpretation of Results:** Detailed analysis of the advantages and disadvantages of NGCC electricity generation with and without CCS.  Analysis includes comparison of metrics (CAPs, Hg and $NH_3$ emissions to air, water and land use), GWP impact assessment, and sensitivity analysis results.

**Section 4.0 – Summary:** Discusses the overall study results and conclusions.

**Section 5.0 – Upstream Emissions Profiles:** Environmental results on the basis of delivered natural gas (upstream profiles) broken out by source are displayed here.

**Section 6.0 – Recommendations:** Provides suggestions for future improvements to the evaluation of LCC and environmental emissions related to complex energy systems, as well as recommendations on areas for further study.

**Section 7.0 – References:** Provides citation of sources (government reports, conference proceedings, journal articles, websites, etc.) that were used as data sources or references throughout this study.

**Appendix A – Process Modeling Data Assumptions and GaBi Modeling Inputs:**

Detailed description of the modeling properties, assumptions, and reference sources used to construct each process and LC stage.  All modeling assumptions are clearly documented in a concise and transparent manner

.



*Final Report: NGCC-LCA*

# 2.0 Life Cycle Stages: LCI Results and Cost Parameters

For each of the following LC stages, key details on LCI and LCC data assumptions for all major processes used to extract and transport natural gas, convert natural gas to electricity, capture and sequester $CO_2$ (when applicable), and transmit electricity are discussed. Additionally, the environmental metrics (GHG emissions, CAP emissions, Hg and $NH_3$ emissions, water withdrawal/consumption, and land use) are quantified for each stage. The LCC results are given for Stage #3 only; LCC assumptions for Stage #1 and Stage #2 are not quantified until Stage #3, and the COE at the end of Stage #5 can be assumed equal to the cost calculated at the gate of the conversion facility. All stages are applicable to both cases except Stage #3, where the description and results are discussed separately for each case. The discussion of Stage #4 and Stage #5 are combined.

## 2.1   Life Cycle Stage 1: Raw Material Extraction

This analysis models two pathways for the supply of natural gas to an NGCC facility: imported natural gas and domestic natural gas.

The Stage #1 boundaries for imported natural gas begin with the extraction and processing of natural gas at a foreign offshore platform, and include a mix of offshore and onshore pipeline transport to a liquefaction facility. LNG is loaded onto an LNG ocean tanker. The LNG is shipped from Port Fortin, Trinidad, to the Trunkline LNG terminal in Lake Charles, Louisiana, where it is unloaded into a storage tank. The LNG is stored at the terminal as a liquid until it is warmed (regasified) for shipment (the boundary ends). The LCI data in this stage includes the construction and operation of the tanker (including docking or berthing), and the installation, construction, and operation of the regasification facility.

The Stage #1 boundaries for domestic natural gas begin with the extraction and processing of natural gas using a five-technology mix of extraction sites, and end with natural gas ready for pipeline transport. Details on the Stage #1 pathways for imported and domestic natural gas are provided below.

### 2.1.1   Imported Natural Gas

In 2007, the United States imported approximately $4.6 \times 10^6$ million cubic feet ($ft^3$) of natural gas (EIA, 2009b). Although the majority was through pipelines from Canada (82 percent), approximately 17 percent of natural gas imports were LNG. LNG is transported via LNG tanker from locations all over the world, as represented in **Figure 2-1** (EIA, 2009b). Although LNG imports in 2007 (according to AEO 2009) were high compared to 2006 and 2008, overall imports are predicted to increase with increasing natural gas demand (EIA, 2009a); therefore, determining the LCI&C of an NGCC facility powered with LNG will offer environmental and economic insight into the growth of LNG use in the United States. Trinidad and Tobago was chosen because the majority of LNG (58 percent in 2007) is imported from that region (**Figure 2-1**).

*Final Report: NGCC-LCA*



**Figure 2-1 Flow of Natural Gas Imports and Exports, 2007 (EIA, 2009b)**

The raw material acquisition stage operations begin with the extraction of natural gas from the deepwater gas fields located off the east coast of Trinidad.  The extraction activities of offshore natural gas wells include the construction and installation of the extraction platform and extraction and processing operations.  For the energy and material flows directly associated with offshore natural gas extraction, this analysis uses the same offshore extraction data for the imported and domestic natural gas scenarios.  Details on the activities for offshore natural gas extraction are provided in **Section 2.1.4**.

Once the gas is extracted and cleaned, it is piped underwater from the deepwater field location to the eastern shore of Trinidad.  Once there, the gas is further piped onshore, across Trinidad to the Atlantic LNG Company of Trinidad and Tobago (ALNG) facility, where it is liquefied, stored, and loaded onto a LNG tanker for transport.  The pipeline distance traveled from the offshore extraction platform to the liquefaction facility in Trinidad and Tobago is 100 km (63 miles).  **Figure 2-2** is included to help visualize the transport activities required during Stage #1 (map adapted from *maps.google.com*).

*Final Report: NGCC-LCA*



**Figure 2-2 Map of Trinidad and Tobago Including Locations of Interest**

## 2.1.2   Domestic Natural Gas

This analysis includes unit processes for domestic natural gas extracted from six sources: (1) conventional onshore gas, (2) conventional offshore gas, (3) conventional onshore associated gas, (4) shale formations (Barnett, Marcellus), (5) coal bed methane and (6) tight gas.  The characteristics of these extraction sources are summarized below and in **Table 2-1**.

Conventional onshore natural gas is recovered by vertical drilling techniques.  Once a conventional onshore gas well has been discovered, the natural gas reservoir does not require significant preparation or stimulation for natural gas recovery.  Approximately 22.64 percent of U.S. natural gas production is from conventional onshore gas wells (NETL, 2012).  An average conventional onshore gas wells of has a daily production rate between 46 and 86 Mcf.

Conventional offshore natural gas is recovered by vertical drilling techniques.  Once a conventional offshore gas well has been discovered, the natural gas reservoir does not require significant preparation or stimulation for natural gas recovery.  A natural gas reservoir must be large in order to justify the capital outlay for the completion of the well and construction of an offshore drilling platform.  Approximately 12.1 percent of the U.S. natural gas supply is from the conventional extraction from offshore natural gas wells (NETL, 2012).  The majority of U.S. offshore wells are in the Gulf of Mexico.  An average offshore natural gas well has a daily production rate of 1,960 to 3,641 Mcf.

Associated natural gas is co-extracted with crude oil.  The extraction of onshore associated gas is similar to the extraction methods for conventional onshore gas (discussed above).  The use of oil/gas separators is necessary to recover natural gas from the mixed product stream.  Approximately 6.6 percent of U.S. natural gas production is from conventional onshore oil wells (EIA, 2009b).  The majority of these wells are assumed to be in Texas and Louisiana (EIA, 2009).  The production rates of onshore associated gas wells is highly variable, but an average



associated gas well in the U.S. produces anywhere from 85 to 157 Mcf of natural gas per day (NETL, 2012).

Natural gas is dispersed throughout the shale formation in northern Texas (Barnett Shale) and the northeast U.S. (Marcellus Shale). Shale gas cannot be recovered using conventional extraction technologies, but is recovered through the use of horizontal drilling and hydraulic fracturing (hydrofracing). Horizontal drilling creates a wellbore that runs the length of a shale formation, and hydrofracing uses high pressure fluid (a mixture of water, surfactants, and proppants) for breaking apart the shale reservoir and facilitating the flow of natural gas. Natural gas from Barnett Shale accounts for approximately 21.07 percent of the U.S. natural gas production. The average daily output of a natural gas well in the Barnett Shale is 192 to 356 Mcf (NETL, 2012). Natural gas from Marcellus Shale accounts for approximately 2.45% of the U.S. natural gas production. The average daily output of a natural gas well in the Marcellus Shale is 201 to 450 Mcf (NETL, 2012).

Natural gas can be recovered from coal seams through the use of horizontal drilling. The development of a well for coal bed methane requires horizontal drilling followed by a depressurization period during which naturally-occurring water is discharged from the coal seam. The production of natural gas from coalbed methane (CBM) wells accounts for approximately 9.38 percent of the U.S. natural gas production (EIA, 2009b). There are viable coal bed methane deposits nationwide, but the majority of CBM production occurs in the Rocky Mountain region (ALL Consulting, 2004). The average daily output of the CBM wells of this analysis is 73 to 136 Mcf (NETL, 2012).

Tight gas extraction accounts for approximately 26.78% of the U.S. natural gas production. The average daily output of a natural gas well per tight gas extraction is 77 to 143 Mcf (NETL, 2012).



*Final Report: NGCC-LCA*

**Table 2-1 Domestic Natural Gas Well Profiles**

| Natural Gas Source | Geography | Drilling Method | Production (1,000 cubic feet/day) | U.S. Supply Share (%) |
|---|---|---|---|---|
| Conventional Onshore | Southern U.S. (Texas and Louisiana) | vertical | 46-86 | 22.64% |
| Conventional Offshore | Gulf of Mexico | vertical | 1,960-3,641 | 12.10% |
| Conventional Onshore Associated | Southern U.S. (Texas and Louisiana) | vertical | 85-157 | 6.60% |
| Barnett Shale | Northern Texas | horizontal | 192-356 | 21.07% |
| Marcellus Shale | Northeast U.S. (Pennsylvania, West Virginia, New York) | horizontal | 201-450 | 2.45% |
| Coal Bed Methane | Rocky Mountain Region | horizontal | 73-136 | 9.38% |
| Tight Gas | Western U.S. (Colorado, Wyoming, New Mexico) | vertical | 77-143 | 26.78% |

## 2.1.3  LCC Data Assumption

The following text defines assumptions made to determine the cost of producing and transporting natural gas to the energy conversion facility in Stage 1 and Stage 2.  Because the natural gas is not used until the plant site, no cost modeling results are necessary for this stage.  All cost model results are reported in **Section 2.3.2: Stage 3 LCC Data Assumptions and Results**.  AEO values were used for feed/fuel costs (i.e., fuel used as inputs to a unit process or LC stage) over the lifetime of the plant, beginning in 2010 and ending in 2040 (EIA, 2008).  The AEO forecasts to 2030, so the final 10 years of the plant lifetime were extended beyond 2030 using regression of feedstock and other utility prices.  All AEO values are in 2006 dollars.  The AEO 2008 reference case predicts a growth of 2.4 percent/year for the U.S. economy between the study period of 2006 to 2030 (EIA, 2008).  In order to reflect the uncertainty associated with projection economic growth, AEO 2008 also includes high and low economic growth cases.  The high case assumes higher growth in population, labor force, and productivity.  This in turn lowers inflation and interest rates, increasing investment, disposable income, and industrial production.  This all results in a three percent/year increase in economic output compared to 2.4 percent for the reference case.  Conversely, the low case assumes the opposite; with less growth in population, labor, and productivity resulting in an economic growth of only 1.8 percent per year.  **Figure 2-3** shows AEO 2008 Reference case values (Table 3, Energy Prices by Sector and Source: Electric Power- Natural Gas).  Due to the abrupt changes in the values from 2005 to 2030, the forecasted values for 2031 to 2040 assume the same trend as the values for 2022 to 2030, rather than assuming the trend of the entire set of AEO values.  A standard line equation was used; however, only the final eight years of the AEO forecasts were used.  This is a simplification.

NETL

*Final Report: NGCC-LCA*



**Figure 2-3 Natural Gas Prices for the Lifetime of the Plant**

1.  Prices ($/MMBtu) prior to 2030 calculated using AEO values (Reference Case/High Price Case Table 3 ($2006/MMBtu). Values post-2030 were extended using a regression based on the calculated values for price ($/MMBtu) 2005 through 2030.

### 2.1.4   Stage #1 – Natural Gas Well

The construction, installation, deinstallation, and operation of natural gas wells are included in this analysis.

#### 2.1.4.1 *Natural Gas Well Construction and Installation*

The construction and installation of natural gas wells includes the drilling of the well, followed by the installation of a well casing that provides strength to the well bore and prevents contamination of the geological formations that surround the gas reservoir. Vertical drilling is used for conventional wells, which recover natural gas from reservoirs with large pockets of oil or natural gas. Horizontal drilling is used for unconventional natural gas reserves where the distribution of hydrocarbon is dispersed throughout a matrix of shale or coal. Horizontal drilling is often accompanied by hydrofracing operations.

A typical well casing is made from carbon steel, has an inner diameter of 8.6 inches, and weighs 24 pounds per foot (Natural Gas.org, 2004). The weight of concrete used by the well walls is assumed to be equal to the weight of the steel casing. The total weight of materials for the construction of a well bore is estimated by factoring the total well length by the linear weight of carbon steel and concrete.



*Final Report: NGCC-LCA*

Offshore extraction operations require a drilling platform that provides a stable surface for the wellhead and associated equipment. Offshore drilling platforms can be secured to the ocean floor using flexible cables or rigid beams. The material requirements for the construction of an offshore platform, as modeled in this analysis, are based on the materials reported for an offshore platform in the Gulf of Mexico (Offshore-technology.com, 2010).

### 2.1.4.2 *Natural Gas Well Operation*

The key operation processes for natural gas extraction include compression, dehydration, sweetening, flaring, oil/gas separation, water use, and water quality. These operations are summarized below.

Compressors are used at the natural gas wellhead to increase the gas pressure for pipeline distribution. The operating parameters of a compressor depend on the natural pressure at the wellhead, which varies from reservoir to reservoir and decreases with increasing well life. Centrifugal compressors are preferred for large-scale extraction operations because they are more efficient than reciprocating compressors. Additionally, the smooth operations of centrifugal compressors, in contrast to the vibrations of reciprocating compressors, make centrifugal compressors preferable for offshore extraction operations because it is important to minimize vibrations on offshore platforms. Reciprocating compressors used for industrial applications are driven by a crankshaft that can be powered by 2- or 4-stroke diesel engines. Reciprocating compressors are not as efficient as centrifugal compressors and are typically used for small scale extraction operations that do not justify the increased capital requirements of centrifugal compressors.

Dehydration is necessary to remove water from raw natural gas, which makes it suitable for pipeline transport and increases its heating value. The configuration of a typical dehydration process includes an absorber vessel in which a glycol solution comes into contact with a raw natural gas stream, followed by a stripping column in which the rich glycol solution is heated in order to drive off the water and regenerate the solution. The regenerated glycol solution (the lean solvent) is recirculated to the absorber vessel.

Raw natural gas contains varying levels of hydrogen sulfide ($H_2S$), a toxic gas that reduces the heat content of natural gas and causes fouling when combusted in equipment. The removal of $H_2S$ from natural gas is known as "sweetening." Amine-based processes are the predominant technologies for the sweetening of natural gas. The $H_2S$ content of raw natural gas is highly variable, with typical concentrations ranging from 5.7E-05 kg of $H_2S$ per kg of natural gas to 0.16 kg of $H_2S$ per kg of natural gas. This analysis assumes an $H_2S$ concentration of 2.3E-05 kg of $H_2S$ per kg of natural gas (which is equivalent to 1 mole of $H_2S$ per kg of natural gas).

Flaring is an intermittent operation, necessary in situations where a natural gas (or other hydrocarbon) stream cannot be safely or economically recovered. Flaring may occur when a well is being prepared for operations and the wellhead has not yet been fitted with a valve manifold, when it is not financially preferable to recover the associated natural gas from an oil well, or during emergency operations when the usual systems for gas recovery are not available.

**Table 2-2** summarizes the air emissions from foreign offshore wells. The majority of GHG, CO, $NO_x$, VOCs, and particulate matter (PM) emissions are due to the combustion of natural gas required for natural gas extraction processing operations. The majority of sulfur dioxide ($SO_2$) emissions occur during well construction and are attributable to the combustion of diesel and



*Final Report: NGCC-LCA*

upstream electricity required for the production and delivery of construction materials. The offshore extraction and processing of natural gas does not produce significant levels of heavy metal or ammonia emissions.

**Table 2-2 Air Emissions from Foreign Offshore Well Installation/Deinstallation, Construction, and Operation, kg/kg Natural Gas**

| Pollutants | Well Installation/ Deinstallation | Well Construction | Well Operation | Total |
|---|---|---|---|---|
| **GHG Emissions (kg/kg NG)** | | | | |
| $CO_2$ | 1.54E-04 | 2.56E-04 | 1.49E-01 | 1.50E-01 |
| $N_2O$ | 7.94E-10 | 1.27E-08 | 7.09E-06 | 7.10E-06 |
| $CH_4$ | 2.03E-07 | 2.42E-07 | 2.51E-03 | 2.52E-03 |
| $SF_6$ | 7.53E-12 | 0.00E+00 | 9.74E-17 | 7.53E-12 |
| **Non-GHG Air Emissions (kg/kg NG)** | | | | |
| Pb | 5.26E-13 | 6.93E-10 | 4.04E-12 | 6.97E-10 |
| Hg | 6.97E-13 | 1.83E-11 | 1.43E-13 | 1.92E-11 |
| $NH_3$ | 1.15E-10 | 0 | 3.85E-10 | 5.00E-10 |
| CO | 5.02E-07 | 1.72E-06 | 3.06E-05 | 3.28E-05 |
| $NO_X$ | 2.21E-06 | 4.59E-07 | 1.31E-04 | 1.34E-04 |
| $SO_2$ | 1.82E-07 | 7.12E-07 | 3.54E-06 | 4.44E-06 |
| VOC | 9.02E-08 | -8.80E-16 | 3.05E-04 | 3.05E-04 |
| PM | 1.67E-09 | 3.52E-07 | 2.31E-09 | 3.56E-07 |
| Water Withdrawal | 1.33E-03 | 2.57E-03 | 3.28E-03 | 7.18E-03 |
| Wastewater Outfall | 1.17E-03 | 0 | 8.33E-01 | 8.34E-01 |
| Water Consumption | 1.58E-04 | 2.57E-03 | -8.30E-01 | -8.27E-01 |

**Table 2-3** summarizes the air emissions from domestic wells, which include a mix of six extraction technologies used in the U.S. As is the case with the data for offshore wells, the majority GHG, CO, $NO_X$, and VOCs emissions are due to the combustion of natural gas required for natural gas extraction processing operations. The GHG and $NO_x$ emissions are higher for the mix of domestic wells than for the offshore well due to the relatively low efficiencies and high



*Final Report: NGCC-LCA*

$NO_x$ rates of the reciprocating compressors used by onshore wells. Additionally, in contrast to the data for offshore extraction, the majority of $SO_2$ emissions are associated with well operations and are attributable to the upstream electricity consumed by gas extraction from Barnett Shale. Wells in the Barnett Shale region are close to metropolitan areas and use electrically-powered compressors instead of gas-powered compressors, which results in lower operating costs and reduces the noise associated with extraction operations. The domestic extraction and processing of natural gas does not produce significant levels of heavy metal or ammonia emissions.

**Table 2-3 Air Emissions from Domestic Well Installation/Deinstallation, Construction, and Operation, kg/kg Natural Gas**

| Pollutants | Well Installation/ Deinstallation | Well Construction | Well Operation | Total |
|---|---|---|---|---|
| **GHG Emissions (kg/kg NG)** | | | | |
| $CO_2$ | 2.88E-03 | 4.78E-03 | 1.32E-01 | 1.40E-01 |
| $N_2O$ | 1.48E-08 | 2.37E-07 | 4.25E-06 | 4.51E-06 |
| $CH_4$ | 3.79E-06 | 4.52E-06 | 1.28E-02 | 1.28E-02 |
| $SF_6$ | 1.41E-10 | 0 | 1.42E-09 | 1.56E-09 |
| **Non-GHG Air Emissions (kg/kg NG)** | | | | |
| Pb | 9.82E-12 | 1.29E-08 | 5.36E-11 | 1.30E-08 |
| Hg | 1.30E-11 | 3.42E-10 | 1.26E-10 | 4.81E-10 |
| NH3 | 2.15E-09 | 0.00E+00 | 5.22E-09 | 7.37E-09 |
| CO | 9.38E-06 | 3.21E-05 | 2.50E-04 | 2.91E-04 |
| NOX | 4.12E-05 | 8.56E-06 | 3.18E-03 | 3.23E-03 |
| SO2 | 3.40E-06 | 1.33E-05 | 2.26E-05 | 3.93E-05 |
| VOC | 1.68E-06 | -1.64E-14 | 2.55E-03 | 2.55E-03 |
| PM | 3.12E-08 | 6.58E-06 | 2.04E-07 | 6.81E-06 |
| Water Withdrawal | 2.48E-02 | 4.79E-02 | 1.14E+00 | 1.21E+00 |
| Wastewater Outfall | 2.19E-02 | 0 | 1.40E+00 | 1.42E+00 |
| Water Consumption | 2.95E-03 | 4.79E-02 | -2.57E-01 | -2.06E-01 |

## 2.1.5   Stage #1 – Pipeline Between Offshore Extraction and Liquefaction

**Table 2-4** summarizes the air emissions from the construction, installation/deinstallation and operation of a pipeline between offshore extraction and the liquefaction facility.



*Final Report: NGCC-LCA*

**Table 2-4 Air Emissions from Pipeline Construction, Installation/Deinstallation, and Operation, kg/kg Natural Gas Between Offshore Extraction and Liquefaction Facility**

| Pollutants | Offshore Pipeline Installation/ Deinstallation | Offshore Pipeline Construction | Offshore Pipeline Operations | Total |
|---|---|---|---|---|
| **GHG Emissions (kg/kg NG)** | | | | |
| $CO_2$ | 6.04E-05 | 4.26E-04 | 3.40E-03 | 3.89E-03 |
| $N_2O$ | 1.18E-09 | 2.38E-08 | 5.12E-09 | 3.01E-08 |
| $CH_4$ | 4.20E-08 | 4.51E-07 | 6.23E-04 | 6.24E-04 |
| $SF_6$ | 1.39E-17 | 0 | 7.07E-11 | 7.07E-11 |
| **Non-GHG Emissions (kg/kg NG)** | | | | |
| Pb | 2.01E-13 | 1.30E-09 | 2.53E-12 | 1.30E-09 |
| Hg | 2.54E-14 | 3.43E-11 | 6.26E-12 | 4.06E-11 |
| $NH_3$ | 1.64E-09 | 0 | 2.55E-10 | 1.90E-09 |
| CO | 1.78E-07 | 3.15E-06 | 7.00E-08 | 3.40E-06 |
| $NO_X$ | 5.15E-07 | 6.94E-07 | 5.83E-07 | 1.79E-06 |
| $SO_2$ | 3.88E-08 | 1.21E-06 | 1.08E-06 | 2.33E-06 |
| VOC | 1.83E-08 | -1.65E-15 | 9.41E-08 | 1.12E-07 |
| PM | 4.61E-10 | 5.00E-07 | 1.01E-08 | 5.10E-07 |
| Water Withdrawal | 5.98E-05 | 4.78E-03 | 1.18E-02 | 1.66E-02 |
| Wastewater Outfall | 8.90E-06 | 0 | 1.09E-02 | 1.09E-02 |
| Water Consumption | 5.09E-05 | 4.78E-03 | 8.75E-04 | 5.71E-03 |

## 2.1.6   Stage #1 – Liquefaction Facility

**Table 2-5** summarizes the emissions associated with the liquefaction facility installation/de-installation, construction, and operation.  For this process, most emissions are dominated by operations.  The liquefaction facility uses approximately 13 percent of the natural gas input as an energy source during operations, and the majority of combustion and $CO_2$ emissions are due to natural gas combustion.



*Final Report: NGCC-LCA*

Table 2-5 Air Emissions from Natural Gas Liquefaction Installation/Deinstallation, Construction, and Operations, kg/kg Natural Gas

| Pollutants | Liquefaction Installation/ Deinstallation | Liquefaction Construction | Liquefaction Operation | Total |
|---|---|---|---|---|
| **GHG Emissions (kg/kg NG)** | | | | |
| $CO_2$ | 7.10E-04 | 6.44E-04 | 4.28E-01 | 4.30E-01 |
| $N_2O$ | 1.72E-08 | 2.22E-08 | 5.13E-07 | 5.52E-07 |
| $CH_4$ | 3.44E-07 | 9.45E-07 | 0 | 1.29E-06 |
| $SF_6$ | 1.08E-16 | 3.15E-11 | 0 | 3.15E-11 |
| **Non-GHG Emissions (kg/kg NG)** | | | | |
| Pb | 1.56E-12 | 8.94E-10 | 0 | 8.95E-10 |
| Hg | 2.13E-13 | 4.27E-11 | 0 | 4.29E-11 |
| $NH_3$ | 2.69E-08 | 1.14E-10 | 6.47E-04 | 6.47E-04 |
| CO | 3.93E-06 | 3.18E-06 | 6.86E-05 | 7.57E-05 |
| $NO_X$ | 6.24E-06 | 1.24E-06 | 4.79E-04 | 4.87E-04 |
| $SO_2$ | 3.11E-07 | 1.69E-06 | 1.37E-05 | 1.57E-05 |
| VOC | 1.42E-07 | 4.19E-08 | 0 | 1.84E-07 |
| PM | 3.58E-09 | 5.87E-07 | 0 | 5.91E-07 |
| Water Withdrawal | 4.65E-04 | 8.12E-03 | 1.73E-01 | 1.82E-01 |
| Wastewater Outfall | 6.91E-05 | 4.85E-03 | 4.04E-02 | 4.53E-02 |
| Water Consumption | 3.95E-04 | 3.27E-03 | 1.33E-01 | 1.36E-01 |

## 2.1.7  Stage #1 – LNG Tanker

**Table 2-6** summarizes the air emissions from LNG tanker construction and operation, including berthing.  LNG tanker commissioning/decommissioning is not included separately due to lack of data.  Berthing operations are important to consider because the security issues of an LNG tanker require escorts to be present when a tanker is brought close to shore.  When the LNG tanker has reached the dock it uses residual fuel oil to power the tanker during LNG offloading.  LNG



*Final Report: NGCC-LCA*

tanker construction emissions are due to the LC emission of aluminum, steel plate, and stainless steel manufacturing.

**Table 2-6 Air Emissions due to LNG Tanker Construction, Operation, and Berthing, kg/kg LNG Transported**

| Pollutants | LNG Tanker Construction | LNG Tanker Operation | LNG Tanker Berthing Operation | Total |
|---|---|---|---|---|
| **GHG Emissions kg/kg LNG** | | | | |
| $CO_2$ | 1.12E-03 | 7.09E-02 | 9.31E-03 | 8.13E-02 |
| $N_2O$ | 3.41E-08 | 8.97E-08 | 2.26E-07 | 3.50E-07 |
| $CH_4$ | 1.36E-06 | 1.65E-04 | 1.08E-05 | 1.77E-04 |
| $SF_6$ | 6.29E-14 | 6.40E-15 | 4.09E-15 | 7.34E-14 |
| **Non-GHG Emissions kg/kg LNG** | | | | |
| Pb | 9.90E-10 | 9.26E-11 | 4.85E-11 | 1.13E-09 |
| Hg | 6.40E-11 | 1.08E-11 | 4.52E-12 | 7.93E-11 |
| $NH_3$ | 2.32E-09 | 3.16E-08 | 2.70E-07 | 3.04E-07 |
| CO | 9.23E-06 | 4.80E-04 | 4.29E-06 | 4.93E-04 |
| $NO_X$ | 1.95E-06 | 8.62E-04 | 3.73E-05 | 9.01E-04 |
| $SO_2$ | 4.66E-06 | 1.18E-05 | 2.69E-05 | 4.34E-05 |
| VOC | 1.26E-07 | 8.43E-06 | 1.89E-06 | 1.04E-05 |
| PM | 1.22E-06 | 2.12E-07 | 6.03E-08 | 1.49E-06 |
| Water Withdrawal | 7.07E-03 | 2.75E-02 | 3.32E-03 | 3.79E-02 |
| Wastewater Outfall | 3.23E-03 | 4.09E-03 | 2.46E-03 | 9.79E-03 |
| Water Consumption | 3.84E-03 | 2.34E-02 | 8.54E-04 | 2.81E-02 |

## 2.1.8   Stage #1 – Regasification Facility

**Table 2-7** summarizes the air emissions from the installation/deinstallation, construction, and operation of the regasification facility. Emissions are dominated by operations, which consumes approximately 1.6 percent of LNG input for onsite power. Additionally, diesel is used for pumps and back-up generators. Diesel is combusted during installation/deinstallation to power construction equipment, and concrete and steel plant manufacturing LC emissions make up the construction profile.



*Final Report: NGCC-LCA*

**Table 2-7 Air Emissions from Regasification Facility Installation/Deinstallation, Construction, and Operation, kg/kg Natural Gas Output**

| Pollutants | Regasification Installation/ De-installation | Regasification Construction | Regasification Operation | Total |
|---|---|---|---|---|
| **GHG Emissions kg/kg NG** | | | | |
| $CO_2$ | 2.34E-04 | 2.65E-04 | 4.20E-02 | 4.25E-02 |
| $N_2O$ | 5.06E-09 | 9.96E-09 | 1.34E-07 | 1.49E-07 |
| $CH_4$ | 5.05E-07 | 1.49E-07 | 3.15E-03 | 3.15E-03 |
| $SF_6$ | 1.94E-11 | 0.00E+00 | 8.45E-10 | 8.65E-10 |
| **Non-GHG Emissions kg/kg NG** | | | | |
| Pb | 1.56E-12 | 3.80E-10 | 3.05E-11 | 4.12E-10 |
| Hg | 1.81E-12 | 2.38E-11 | 7.49E-11 | 1.01E-10 |
| $NH_3$ | 5.23E-09 | 0.00E+00 | 3.09E-09 | 8.32E-09 |
| CO | 6.52E-07 | 1.71E-06 | 1.01E-05 | 1.25E-05 |
| $NO_X$ | 1.66E-06 | 5.46E-07 | 2.39E-05 | 2.61E-05 |
| $SO_X$ | 3.87E-07 | 6.08E-07 | 1.31E-05 | 1.41E-05 |
| VOC | 3.41E-07 | -7.43E-16 | 1.14E-06 | 1.48E-06 |
| PM | 2.53E-08 | 2.66E-07 | 1.22E-07 | 4.13E-07 |
| Water Withdrawal | 3.33E-03 | 1.04E-03 | 1.41E-01 | 1.45E-01 |
| Wastewater Outfall | 2.99E-03 | 0.00E+00 | 1.60E-01 | 1.63E-01 |
| Water Consumption | 3.40E-04 | 1.04E-03 | -1.94E-02 | -1.81E-02 |

## 2.1.9   Stage #1 – Total Emissions and Water Withdrawal/Consumption

### 2.1.9.1 *Greenhouse Gas Emissions*

**Figure 2-4** compares the GHG emissions for Stage #1 on a per kg LNG produced basis (ready for transport). GHG emissions are calculated on both a mass (kg) and kg $CO_2$ equivalent ($CO_2e$)



*Final Report: NGCC-LCA*

basis to highlight the differences in impact when considering the warming potential of a pollutant versus only the mass emitted.  The GWP values used to calculate $CO_2e$ are listed in **Table 1-3**.



**Figure 2-4 NGCC Stage # 1 GHG Emissions per kg of Imported and Domestic NG Ready-for-Transport on a Mass (kg) and kg $CO_2e$ Basis**

The $CO_2$ emissions from well operations represent a significant contribution to Stage #1 activities for imported and domestic natural gas; however, the GHG emissions for Stage #1 for imported natural gas are dominated by the $CO_2$ emissions during liquefaction.

Table 2-8 summarizes the emissions graphed above.  The total GWP for Stage #1 for imported natural gas is 0.87 kg $CO_2e$ per kg LNG and the total GWP for Stage #1 for domestic natural gas is 0.46 kg $CO_2e$ per kg natural gas.  It is important to note the differences between the results in **Tables 2-5** and **2-8** when compared to **Tables 2-2** through **2-4**.  For each individual unit process, results are reported on the reference flow of that process, i.e. 1 kg of natural gas exiting the well site, offshore/onshore pipeline, or liquefaction facility.  However, the results shown in **Tables 2-5** and **2-8** are an aggregation of all Stage #1 unit processes and are on the basis of total natural gas exiting Stage #1. Therefore, due to material losses throughout the chain of unit processes, the values presented in **Tables 2-5** and **2-8** are higher than values in **Tables 2-2** through **2-4**.



*Final Report: NGCC-LCA*

**Table 2-8 NGCC Stage #1 GHG Emissions (on a Mass [kg] and kg CO2e Basis)/kg NG ready for Transport**

| GHG Emissions (kg/kg NG) | Imported Natural Gas | | | | | | | | | | | | Domestic Natural Gas | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Well | | Pipeline from Offshore Extraction to Liquefaction | | Liquefaction Facility | | LNG Tanker | | Regasification Facility | | Total | | Well | |
| | kg/kg LNG | kg CO₂e /kg LNG | kg/kg LNG | kg CO₂e /kg LNG | kg/kg LNG | kg CO₂e /kg LNG | kg/kg LNG | kg CO₂e /kg LNG | kg/kg LNG | kg CO₂e /kg LNG | kg/kg LNG | kg CO₂e /kg LNG | kg/kg NG | kg CO₂e /kg NG |
| $CO_2$ | 1.50E-01 | 1.50E-01 | 3.89E-03 | 3.89E-03 | 4.30E-01 | 4.30E-01 | 8.13E-02 | 8.13E-02 | 4.25E-02 | 4.25E-02 | 7.08E-01 | 7.08E-01 | 1.40E-01 | 1.40E-01 |
| $N_2O$ | 7.10E-06 | 2.12E-03 | 3.01E-08 | 8.97E-06 | 5.52E-07 | 1.64E-04 | 3.50E-07 | 1.04E-04 | 1.49E-07 | 4.44E-05 | 8.18E-06 | 2.44E-03 | 4.51E-06 | 1.34E-03 |
| $CH_4$ | 2.52E-03 | 6.30E-02 | 6.24E-04 | 1.56E-02 | 1.29E-06 | 3.23E-05 | 1.77E-04 | 4.43E-03 | 3.15E-03 | 7.88E-02 | 6.47E-03 | 1.62E-01 | 1.28E-02 | 3.20E-01 |
| $SF_6$ | 7.53E-12 | 1.72E-07 | 7.07E-11 | 1.61E-06 | 3.15E-11 | 7.18E-07 | 7.34E-14 | 1.67E-09 | 8.65E-10 | 1.97E-05 | 9.75E-10 | 2.22E-05 | 1.56E-09 | 3.56E-05 |
| Total GWP | | 2.15E-01 | | 1.95E-02 | | 4.30E-01 | | 8.58E-02 | | 1.21E-01 | | 8.72E-01 | | 4.61E-01 |



*Final Report: NGCC-LCA*

2.1.9.2 *Air Pollutant Emissions*

**Table 2-9** and **Figure 2-5** summarize the air emissions (excluding GHGs) that are released during Stage #1. These emissions are shown on the basis of one kg of natural gas ready for transport.

**Table 2-9 Air Pollutant Emissions from NGCC Stage #1, kg/kg NG Ready for Transport**

| Emissions (kg/kg LNG) | Foreign Natural Gas | | | | | | Domestic Natural Gas |
|---|---|---|---|---|---|---|---|
| | Well | Pipeline from Offshore Extraction to Liquefaction | Liquefaction Facility | LNG Tanker | Re-gasification Facility | Total | Well |
| Pb | 6.97E-10 | 1.30E-09 | 8.95E-10 | 1.13E-09 | 4.12E-10 | 4.43E-09 | 1.30E-08 |
| Hg | 1.92E-11 | 4.06E-11 | 4.29E-11 | 7.93E-11 | 1.01E-10 | 2.83E-10 | 4.81E-10 |
| NH₃ | 5.00E-10 | 1.90E-09 | 6.47E-04 | 3.04E-07 | 8.32E-09 | 6.47E-04 | 7.37E-09 |
| CO | 3.28E-05 | 3.40E-06 | 7.57E-05 | 4.93E-04 | 1.25E-05 | 6.17E-04 | 2.91E-04 |
| NOₓ | 1.34E-04 | 1.79E-06 | 4.87E-04 | 9.01E-04 | 2.61E-05 | 1.55E-03 | 3.23E-03 |
| SO₂ | 4.44E-06 | 2.33E-06 | 1.57E-05 | 4.34E-05 | 1.41E-05 | 8.00E-05 | 3.93E-05 |
| VOC | 3.05E-04 | 1.12E-07 | 1.84E-07 | 1.04E-05 | 1.48E-06 | 3.17E-04 | 2.55E-03 |
| PM | 3.56E-07 | 5.10E-07 | 5.91E-07 | 1.49E-06 | 4.13E-07 | 3.36E-06 | 6.81E-06 |

*Final Report: NGCC-LCA*



**Figure 2-5 Air Pollutant Emissions from NGCC Stage #1 for Imported and Domestic NG, kg/kg NG Ready-for-Transport**

The non-GHG air emissions during Stage #1 are due mostly to fuel combustion used to power pipeline installation, and the installation and operation of the drill platform and liquefaction facility. Natural gas is the primary fuel for the wells, pipelines, and liquefaction facility, and thus low levels of $SO_x$ emissions are produced by Stage #1 processes. Ammonia emissions that occur during liquefaction are a result of the use of an amine system to remove $CO_2$ and hydrogen sulfide ($H_2S$) (acid gas) from the natural gas (ConocoPhillips, 2005). Lead, Hg, and PM emissions are all small for this stage.

### 2.1.9.3 *Water Withdrawal and Consumption*

Table 2-10 shows water withdrawal, outfall, and consumption in Stage #1 on the basis of 1 kg of natural gas ready for transport. The domestic natural gas scenario has a high share of onshore wells, which, according to the data of this analysis, consume more water than offshore wells. Offshore wells may have lower water requirements than onshore wells, but the Stage #1 results for imported natural gas also include the water requirements incurred during liquefaction. The water consumed by liquefaction is necessary for meeting the cooling demands of gas compression (URS, 2005). The total Stage #1 water consumption for imported natural gas is -0.65 kg/kg NG, and the Stage #1 water consumption for domestic natural gas is 0.21 kg/kg NG.



*Final Report: NGCC-LCA*

**Table 2-10 Water Withdrawal and Consumption during NGCC Stage #1 for Imported and Domestic NG, kg/kg NG Ready-for-Transport**

| GHG Emissions (kg/kg LNG) | Imported Natural Gas | | | | | | Domestic Natural Gas |
|---|---|---|---|---|---|---|---|
| | Well | Pipeline from Offshore Extraction to Liquefaction | Liquefaction Facility | LNG Tanker | Regasification Facility | Total | Well |
| Water Withdrawal | 7.18E-03 | 1.66E-02 | 1.82E-01 | 3.79E-02 | 1.45E-01 | 3.89E-01 | 1.21E+00 |
| Wastewater Outfall | 8.34E-01 | 1.09E-02 | 4.53E-02 | 9.79E-03 | 1.63E-01 | 1.06E+00 | 1.42E+00 |
| Water Consumption | -8.27E-01 | 5.71E-03 | 1.36E-01 | 2.81E-02 | -1.81E-02 | -6.75E-01 | -2.06E-01 |

### 2.1.10 Stage #1 – LCC Data Assumption

The cost data for natural gas are delivered prices to the power plant, which account for upstream costs. Prices are discussed in Stage #1 assumptions (**Section 2.1.3**) and therefore are not repeated here.

## 2.2   Life Cycle Stage #2: Raw Material Transport

To review the activities required for the transport of imported and domestic natural gas are significantly different. This analysis models the transport of imported natural gas via a liquefaction/regasification process in which the natural gas received is in the form of LNG and is transported in a specially-designed marine vessel to a U.S. port where it is regasified (end Stage #1) and then placed in a natural gas pipeline for delivery to the NGCC facility (Stage #2). The transport of domestic natural gas requires only the transport of natural gas in a natural gas pipeline (Stage #2).

The pipeline distance from the regasification facility to the NGCC plant was estimated at 208 miles. (The processes for the construction and operation of natural gas pipelines are summarized in **Section 2.1.5** and are thus not repeated here.)

For the domestic natural gas pathway, the boundary for Stage #2 begins with the receipt of natural gas from a natural gas extraction and processing site, includes 971 km (603 miles) of pipeline transport, and ends with the delivery of natural gas to the NGCC facility. The pipeline transport distance for domestic natural gas was estimated from the geographic distribution of domestic wells and the location of the NGCC facility. (The processes for the construction and operation of natural gas pipelines are provided in **Section 2.1.5** and are thus not repeated here.)

**Table 2-11** shows the air emissions and water flows for the pipeline transport of natural gas.



*Final Report: NGCC-LCA*

**Table 2-11 Air Emissions and Water Use for Pipeline Transport of Natural Gas, kg/kg NG delivered to NGCC facility**

| Pollutants | Pipeline Installation/ Deinstallation | Pipeline Construction | Pipeline Operation | Total |
|---|---|---|---|---|
| **GHG Emissions (kg/kg NG)** | | | | |
| $CO_2$ | 1.52E-04 | 3.68E-04 | 9.15E-03 | 9.67E-03 |
| $N_2O$ | 3.04E-09 | 2.05E-08 | 4.42E-09 | 2.80E-08 |
| $CH_4$ | 4.71E-08 | 3.90E-07 | 1.80E-03 | 1.80E-03 |
| $SF_6$ | 1.43E-17 | 0.00E+00 | 6.11E-11 | 6.11E-11 |
| **Non-GHG Air Emissions (kg/kg NG)** | | | | |
| Pb | 2.06E-13 | 1.12E-09 | 2.18E-12 | 1.12E-09 |
| Hg | 2.96E-14 | 2.97E-11 | 5.41E-12 | 3.51E-11 |
| $NH_3$ | 4.62E-09 | 0.00E+00 | 2.21E-10 | 4.84E-09 |
| CO | 5.03E-07 | 2.72E-06 | 6.05E-08 | 3.29E-06 |
| $NO_X$ | 1.45E-06 | 6.00E-07 | 5.04E-07 | 2.56E-06 |
| $SO_2$ | 6.68E-08 | 1.04E-06 | 9.36E-07 | 2.05E-06 |
| VOC | 1.88E-08 | -1.42E-15 | 8.13E-08 | 1.00E-07 |
| PM | 4.72E-10 | 4.32E-07 | 8.76E-09 | 4.41E-07 |
| Water Withdrawal | 6.12E-05 | 4.13E-03 | 1.02E-02 | 1.44E-02 |
| Wastewater Outfall | 9.11E-06 | 0.00E+00 | 9.42E-03 | 9.43E-03 |
| Water Consumption | 5.21E-05 | 4.13E-03 | 7.56E-04 | 4.94E-03 |

## 2.3   Life Cycle Stage #3: Energy Conversion Facility for NGCC without CCS

Development of the LCI and assessments for the NGCC case without CCS are based on the process description detailed in Case 13 of the Baseline Report (NETL, 2010). The Baseline Report provides detailed stream flow data for major unit processes and describes assumptions made for supporting unit processes with respect to material and energy requirements. The block



*Final Report: NGCC-LCA*

flow diagram shown in **Figure 2-6** was taken from the Baseline Report and provides a simplified illustration of the interaction between major unit processes of the NGCC case without CCS. This figure shows a single CTG, a single HRSG, and one steam turbine – not representative of the two CTGs, two HRSGs, and single steam turbine sparing philosophy, but meant to give a simplified representation of the NGCC process. Ambient air (stream 1) and natural gas (stream 2) are combined in the dry low $NO_X$ burner (LNB) of the two gas turbines (only one shown), which is operated to control the rotor inlet temperature at approximately 1,399°C (2,550°F). Combustion flue gas (stream 3) exits the gas turbines at 631°C (1,167°F) and passes into the HRSG. An HRSG (one associated with each gasifier) generates both the main steam and reheat steam for the single steam turbine. Flue gas exits the HRSG at 104°C (220°F) and passes to the plant stack.



**Figure 2-6 Process Flow Diagram, NGCC without CO2 Capture (NETL, 2010)**

Primary inputs associated with operation of the NGCC without CCS are natural gas and process water. Construction materials for the plant, plant equipment, and trunkline/switchyard system are also included in Stage #3. Because this stage contains the main operating process, the economic and environmental burdens of this stage are large compared to the preceding and subsequent LC stages.

### 2.3.1 LCC Data Assumption

Capital, material, and operating costs for both an NGCC power plant without CCS was needed to calculate the total plant cost in PV and LCOE. **Table 2-12** lists the cost data and input parameters used to model the LCC for the NGCC plant without CCS. All values were reported in 2006 dollars and taken directly from the Baseline Report (NETL, 2010). It is assumed that replacement costs for the plant are included in the variable O&M costs taken from the Baseline Report. Fixed labor costs were not amended to account for the change in location of the NGCC plants; therefore, the labor costs listed in **Table 2-12** still account for labor rates from the Midwest rather than Mississippi. Although this is recognized as a data limitation, the difference in rates was not assumed to make enough difference in results to warrant the complex



*Final Report: NGCC-LCA*

recalculations necessary to account for the location change.  Initial start-up costs are considered to be two percent of the total plant costs (capital investment) minus the costs for contingencies. This is included in the analysis as part of the capital investment costs.

**Table 2-12 Cost Data from the NETL Baseline Report and Necessary LCC Input Parameters for NGCC without CCS**

| Parameters | NGCC |
|---|---|
| Electricity Net (MWe) | 555 |
| Capacity Factor | 85% |
| Initial Start-up Costs ($)[1] | $0 |
| Capital Investment (Total Overnight Cost) | $398,290,000 |
| Fixed O&M Costs, Labor Cost ($/yr)[2] | $12,399,377 |
| Variable O&M Cost ($/yr)[3] | $5,373,063 |

1. Initial start-up costs are wrapped into the capital investment.
2. Labor rates were not amended from the Baseline Report labor rates, despite re-location of the NGCC facilities from the Midwest to Mississippi.
3. Variable O&M costs exclude process water costs, and include replacement costs.

Natural gas prices were calculated separately from the total O&M costs in the Baseline Report. These prices were defined previously (**Section 2.1.1**).  The process water needed was included in the O&M costs of the Baseline Report, but for the purposes of this analysis were not included in the O&M costs used, as annual process water costs were calculated based on another source and the quantity of water withdrawal, stated in the Baseline Report.  Process water costs were estimated based on a Water and Wastewater Rate Survey Report (Rafaelis Financial Consulting, 2002).  On a per liter basis, process water costs $0.00044.  The total quantity of process water withdrawal and consumption was taken from the Baseline Report.  Because 50 percent of the water is purchased from the municipal supply, only 50 percent of the listed quantity was used to determine the cost of process water for these cases (NETL, 2010).

**Table 2-13** defines the feed rate of each input.  Annual feed rates for natural gas and process water were assumed from the Baseline Report.



*Final Report: NGCC-LCA*

**Table 2-13 Annual Feedrates for Feed/Fuel and Utilities for NGCC Case without CCS**

| Input | Annual Feedrate |
|---|---|
| Natural Gas (MMBtu/day) | 90,562 |
| Water Needed (gallons/day)[1] | 850,320 |

1.   Quantity listed accounts for the portion of water included in the costs of the plant.  It is assumed that only half of the process water used in the plant is considered in the costs for the plant.

### 2.3.1.1 *Switchyard and Trunkline System*

Included in the costs for Stage #3 are the capital costs for the switchyard and trunkline.  Costs for the switchyard/trunkline system are not included in the Baseline Report, so additional sources of information were used.  The switchyard system is composed of two components.  These include circuit breakers and disconnect switches.  Components in the trunkline are conductors and transmission towers.

There are four $SF_6$ gas circuit breakers and eight aluminum vertical break (AVB) disconnect switches used in the switchyard.  Because no cost information could be found for a 345-kilovolt (kV) circuit breaker, the cost for the circuit breaker is for a breaker rated at 362 kV.  The AVB Disconnect Switches are rated at 345 kV.  Cost for the switchyard components are based on disclosed and non-disclosed manufacturer estimates.   In total, the switchyard capital costs are approximately $1,040,101 (Zecchino, 2008).

The trunkline system is made up of 294 towers and three aluminum-clad steel reinforced conductors spanning 80 kilometers (50 miles).  The entire trunkline system equals $45,589,656 (ICF Consulting Ltd, 2002).

The cost for the total switchyard and trunkline system, including all four components in previously specified quantities, equals $46.6 million.  All costs for the switchyard/ trunkline system include only the cost of purchasing the component.  Installation, labor, and additional material costs that may be necessary to install the system components are not included in the cost estimate.  O&M costs are considered to be negligible and will not be included in the analysis.  It is assumed that switchyard/trunkline life is the same as the plant life (30 years); therefore, no capital replacement costs are considered in the analysis.  A seven percent transmission loss from the switchyard/trunkline system will be considered when calculating the LCOE for each case.  **Table 2-14** gives a summary of the costs for the trunkline, switchyard, and total system.

**Table 2-14 Switchyard/ Trunkline Component Costs (Values in $2006)**

| Component | Total Cost |
|---|---|
| Trunkline | $45,589,657 |
| Switchyard | $1,040,101 |
| Total System | $46,629,758 |



*Final Report: NGCC-LCA*

### 2.3.2  LCC Results

**Figure 2-7** presents the LCOE for the NGCC case without CCS.  As the results indicate, the utilities including the natural gas feed and process water account for the largest portion of the total LCC.  The LCOE for the utilities is equal to $0.0463/kWh.  This is only at the NGCC energy conversion facility.  The remaining cost components including labor, variable O&M costs, and capital costs for the Natural Gas combined cycle (NGCC) facility are equal to $0.0040/kWh, $0.0018/kWh, and $0.0139/kWh, respectively.  Switchyard/trunkline system and decommissioning are considered only as capital costs and  are equal to $0.0016/kWh.  The total LCOE value for the NGCC case without CCS is equal to $0.0677/kWh.

Note that this calculation is valid for all types of natural gas extracted.  As natural gas is a commodity, the price at which it is sold on the open market does not distinguish by origin.  If the price of gas is too low, operators of high cost extraction operations would not operate their facilities.



**Figure 2-7 LCOE Results for NGCC Case without  CCS**

### 2.3.3  Greenhouse Gas Emissions

**Table 2-15** and **Figure 2-8** shows the GHG emissions associated with the NGCC without CCS plant, on an MWh plant output basis.  Carbon dioxide is the dominant pollutant, with the largest emissions associated with the combustion of natural gas.  The total GWP of this stage is 367 kg $CO_2$e per MWh plant output, with greater than 99 percent due to NGCC plant operations.



*Final Report: NGCC-LCA*

**Table 2-15 NGCC without CCS Stage #3 GHG Emissions in kg and kg CO$_2$e/MWh Plant Output**

| GHG Emissions | Plant Construction | | Plant Commissioning/ Decommissioning | | Plant Operation w/o CCS | | Total | |
|---|---|---|---|---|---|---|---|---|
| | kg/MWh | kg CO$_2$e /MWh | kg/MWh | kg CO$_2$e /MWh | kg/MWh | kg CO$_2$e /MWh | kg/MWh | kg CO$_2$e /MWh |
| CO$_2$ | 2.94E-01 | 2.94E-01 | 9.05E-02 | 9.05E-02 | 3.67E+02 | 3.67E+02 | 3.67E+02 | 3.67E+02 |
| N$_2$O | 1.06E-05 | 3.15E-03 | 1.50E-06 | 4.48E-04 | 2.07E-06 | 6.17E-04 | 1.41E-05 | 4.21E-03 |
| CH$_4$ | 2.38E-04 | 5.96E-03 | 3.12E-04 | 7.81E-03 | 7.51E-06 | 1.88E-04 | 5.58E-04 | 1.40E-02 |
| SF$_6$ | 5.13E-12 | 1.17E-07 | 1.56E-08 | 3.56E-04 | 3.04E-07 | 6.94E-03 | 3.20E-07 | 7.30E-03 |
| Total GWP | | 3.03E-01 | | 9.92E-02 | | 3.67E+02 | | 367 |



**Figure 2-8 NGCC without CCS Stage #3 GHG Emissions in kg and kg CO2e/MWh Plant Output**

## 2.3.4   Air Pollutant Emissions

**Table 2-16** and Figure 2-9 show the air pollutants released during NGCC plant operations on a per MWh output basis.  The two dominate emissions during plant operations are $NO_X$ and $NH_3$.  Nitrogen oxide is a combustion emission which is controlled by LNB and selective catalyst reduction (SCR) to 2.5 parts per million volume (ppmv) stack gas at 15 percent oxygen.  During SCR, $NH_3$ and a catalyst are used to control $NO_X$, and as the catalyst degrades, $NH_3$ is released to the stack (Mack and Patchett, 1997).  The $NH_3$ emissions shown in **Table 2-16** and **Figure 2-9** for NGCC plant operations are a result of this slip, which is reported as 10 ppmv $NH_3$ at the end of catalyst life (NETL, 2010).  The Baseline Report assumes zero $SO_X$, PM, and Hg emissions associated with natural gas combustion (NETL, 2010).  Carbon monoxide and $SO_X$ emissions during construction are due to the LC emissions of material inputs and are dominated by steel plate manufacturing.



*Final Report: NGCC-LCA*

**Table 2-16 NGCC without CCS Stage #3 Air Pollution Emissions, kg/MWh Plant Output**

| Emissions kg/MWh | Plant Construction | Plant Commissioning/ Decommissioning | Plant Operations w/o CCS | Total |
|---|---|---|---|---|
| Pb | 4.14E-07 | 6.08E-10 | 2.12E-06 | 2.54E-06 |
| Hg | 2.16E-08 | 1.39E-09 | 0.00E+00 | 2.30E-08 |
| $NH_3$ | 1.93E-07 | 6.11E-07 | 1.75E-02 | 1.75E-02 |
| CO | 2.01E-03 | 6.31E-04 | 2.74E-04 | 2.92E-03 |
| $NO_X$ | 5.74E-04 | 3.53E-04 | 2.76E-02 | 2.85E-02 |
| $SO_2$ | 8.56E-04 | 2.50E-04 | 1.96E-06 | 1.11E-03 |
| VOC | 1.08E-05 | 2.39E-05 | 0.00E+00 | 3.47E-05 |
| PM | 3.47E-04 | 2.32E-06 | 0.00E+00 | 3.50E-04 |



**Figure 2-9 NGCC without CCS Stage #3 Air Pollution Emissions, kg /MWh Plant Outp**

## 2.3.5   Water Withdrawal and Consumption

**Table 2-17** shows water withdrawal and consumption for the NGCC plant without CCS.  The most water is consumed during plant operation due to cooling water evaporation.  Water withdrawal and consumption during decommissioning is due to the LC impacts of diesel fuel.



*Final Report: NGCC-LCA*

**Table 2-17 NGCC without CCS Stage #3 Water Withdrawal and Consumption, kg/MWh Plant Output**

| Water kg/MWh | Plant Construction | Plant Commissioning/ Decommissioning | Plant Operations w/o CCS | Total |
|---|---|---|---|---|
| Water Withdrawal | 1.59E+00 | 2.65E+00 | 9.67E+02 | 9.71E+02 |
| Wastewater Outfall | 2.65E-01 | 2.41E+00 | 2.18E+02 | 2.20E+02 |
| Water Consumption | 1.33E+00 | 2.38E-01 | 7.49E+02 | 7.51E+02 |



*Final Report: NGCC-LCA*

## 2.4   Life Cycle Stage #3: Energy Conversion Facility for NGCC with CCS (Case 2)

The block flow diagram shown in **Figure 2-10** was taken from the Baseline Report and provides a simplified illustration of the interaction between major unit processes of the NGCC case with CCS (NETL, 2010).  This figure shows a single CTG, a single HRSG, and one steam turbine – not representative of the two CTGs, two HRSGs, single steam turbine, and two carbon separation units sparing philosophy, but meant to give a simplified representation of the NGCC process.  Ambient air (stream 1) and natural gas (stream 2) are combined in the dry LNB of the two gas turbines (only one shown), which is operated to control the rotor inlet temperature at approximately 1,399°C (2,550°F).  Combustion flue gas (stream 3) exits the gas turbines at 631°C (1167°F) and passes into the HRSG.  An HRSG (one associated with each gasifier) generates both the main steam and reheat steam for the single steam turbine.  Flue gas exits the HRSG at 139°C (283°F) and passes to the two amine units (stream 4).  Carbon dioxide-lean flue gas is released to the air via flue stack (stream 5) and separated $CO_2$ travels to the six-stage compression unit process (stream 6).  Equivalent masses of reboiler steam and condensate return enter and leave the amine unit at temperatures of 288°C (550°F) and 149°C (300°F), respectively.  The plant has a significantly lower net power output, 474 megawatts (MW), than the NGCC Case 1 without CCS because of extraction of steam from the steam turbine and the significantly higher auxiliary power load required for operation of the amine unit for $CO_2$ capture and for $CO_2$ compression.  The NGCC's carbon capture facility comprises two major elements: separation of $CO_2$ using an amine-based absorption/stripping process and subsequent conditioning and compression of separated $CO_2$.



*Final Report: NGCC-LCA*



**Figure 2-10 Block Flow Diagram Summarizing the Major Streams of the NGCC Process with Integrated Carbon Capture (NETL, 2010)**

### 2.4.1  LCC Data Assumption

Assumptions for NGCC case Stage #1 and Stage #2, as well as the assumptions for costs for Stage #3, are described within the previous sections relating to Stage #1 and Stage #2 and the NGCC facility without CCS.  Listed below in **Table 2-18** are the assumptions and parameters used to determine the NGCC with CCS cost analysis results.



*Final Report: NGCC-LCA*

**Table 2-18 NGCC Facility with CCS Cost Parameters and Assumption Summary**

| Parameter | NGCC w/ CCS |
|---|---|
| Electricity Net (MWe) | 474 |
| Capacity Factor | 85% |
| Initial Costs ($)[1] | $0 |
| Capital Investment (Total Overnight Cost) | $23,558,816 |
| Fixed O&M Costs, Labor Cost ($/yr)[2] | $19,939,120 |
| Variable O&M Cost ($/yr)[3] | $10,746,126 |

1.   Initial start-up costs are wrapped into the Capital Investment costs.
2.   Labor rates were not amended from the Baseline Report labor rates, despite re-location of the NGCC facilities from the Midwest to Mississippi.
3.   Variable O&M costs exclude process water costs and include replacement costs.

The assumptions applied to the NGCC case with CCS are the same as those applied to the feed/fuel and utilities used for the NGCC case without CCS, as shown in **Table 2-19**.

**Table 2-19 Annual Feedrate for Feed/Fuel and Utilities for NGCC Case with CCS**

| Inputs | Feedrate |
|---|---|
| Natural Gas (MMBtu/day) | 90,562 |
| Water Needed (gallons/day)[1] | 1,432,800 |

1.   Quantity listed accounts for the portion of water included in the costs of the plant. It is assumed that only half of the process water used in the plant is considered in the costs for the plant.

### 2.4.1.1 $CO_2$ Transportation, Sequestration, and Monitoring

For the NGCC case with CCS, $CO_2$ transportation, sequestration, and monitoring (TS&M) costs are included in the Stage #3 costs. Contributing to the TS&M costs are the capital and O&M costs for the $CO_2$ pipeline, injection wells, and O&M costs for the monitoring of the sequestration site.

### 2.4.1.2 $CO_2$ Pipeline

For the NGCC with CCS scenario, the $CO_2$ pipeline transports supercritical $CO_2$ from the NGCC facility to a geological sequestration site. The costs of the $CO_2$ pipeline are based on a 161 km (100 mile) pipeline with a diameter of 30.5 centimeters (12 inches). The diameter of the pipeline is sized so that no booster compressor stations are required. Captured $CO_2$ is compressed at the power plant to a pressure of 2,200 psig (15.2 MPa) and exits the pipeline at 1,200 psig (8.4 MPa), an adequate pressure for injection. The following costs are based on NETL's quality



*Final Report: NGCC-LCA*

guidelines for carbon dioxide transport and storage costs (NETL, 2010b) and are expressed in 2007 dollars.

The capital costs of the pipeline are based on materials, labor, right of way, one $CO_2$ surge tank, and miscellaneous costs. The total capital costs for the $CO_2$ pipeline in this analysis are $126 million. The NGCC facility with carbon capture has a net capacity of 474,000 kW, so the total capital costs for the 100-mile $CO_2$ pipeline are $265/kW.

The $CO_2$ pipeline has fixed O&M costs of $8,632/mile-yr. When factored by the pipeline distance and divided by the net capacity of the NGCC power plant with carbon capture, the fixed O&M costs for the $CO_2$ pipeline are $1,821/MW-yr. The $CO_2$ pipeline does not have any variable O&M costs.

**Table 2-20** summarizes the $CO_2$ pipeline capital and O&M costs.

**Table 2-20 Summary of $CO_2$ Pipeline Capital and Fixed Costs**

| $CO_2$ Pipeline | NGCC w/ CCS |
|---|---|
| $CO_2$ Pipeline Capital (100 mile pipeline) | $126,000,000 |
| $CO_2$ Pipeline fixed O&M | $733,681/yr |

### 2.4.1.3 *$CO_2$ Injection*

The $CO_2$ injection site is a saline formation with a well that is 1,236 meters (4,055 feet) deep. $CO_2$ is injected at a pressure of 1,220 psig (8.4 MPa). One injection well can hold up to 10,300 short tons of $CO_2$. The following costs are based on NETL's quality guidelines for carbon dioxide transport and storage costs (NETL, 2010f) and are expressed in 2007 dollars.

The capital costs for the injection site are $24.7 million and include site screening and evaluation, well construction, and injection equipment. On the basis of the capacity of the associated NGCC power plant (474,000 kW), these capital costs are $52.2/kW.

The fixed O&M costs for the injection site are $141,000/year and include normal daily expenses, surface maintenance, and subsurface maintenance. On the basis of the capacity of the associated NGCC power plant (474 MW), the fixed O&M costs are $297/MW-yr.

The variable O&M costs for the injection site are $12,000/yr and account for the consumables used for the operation of the injection site. On the basis of the total electricity produced by the associated NGCC power plant (3.53 million MWh/yr), the variable O&M costs are $0.00344/MWh.

### 2.4.1.4 *$CO_2$ Monitoring*

The $CO_2$ injection site is monitored during the life of the associated power plant (30 years) plus an additional 50 years. Monitoring methods include ongoing electromagnetic and gravity surveys as well as periodic seismic surveys. Monitoring costs are a variable O&M cost and are $0.306 per tonne of $CO_2$. On the basis of the associated NGCC power plant, which captures 1.34 million



*Final Report: NGCC-LCA*

tonnes $CO_2$/yr and produces 3.53 million MWh/yr, the total costs for monitoring are $0.116/MWh.

### 2.4.2   LCC Results



**Figure 2-11** and **Figure 2-12** present the LC LCOE costs broken up by cost component for the case without and with CCS, respectively.  Included in the costs of the NGCC energy conversion facility with CCS is the $CO_2$ removal and compression system.  The primary contributor to the total LC LCOE for the NGCC case with CCS is the fuel costs, which comprise 53 percent of total LC LCOE.  The fuel contribution for the without CCS case is 68 percent.  Capital costs, which include construction of the NGCC facility as well as carbon capture, transport, and sequestration infrastructure, account for 36 and 23 percent of total LC LCOE for the with and without CCS cases, respectively.

*Final Report: NGCC-LCA*



**Figure 2-11  LCOE for NGCC Case without CCS**



**Figure 2-12 LCOE for NGCC  Case with CCS**

Total Overnight Cost (TOC) includes the cost of equipment, materials, labor, engineering and construction management, and contingencies related to the construction of a facility.  It also includes owner's costs, such as the acquisition of land, licenses, or administrative costs. In this study, the capital costs include those of the energy conversion facility, switchyard and trunkline, and decommissioning activities.  In the cases for CCS, the capital costs also include the $CO_2$ pipeline and injection well. The TPC for the NGCC facilities are normalized to the basis of net power output, which is 555 MW for the NGCC facility and 474 MW for the NGCC facility with CCS.  (Net power output does not account for the capacity factor of the energy conversion facility or the transmission loss of electricity.)  The TOC of the base NGCC facility is $802/kW;



*Final Report: NGCC-LCA*

89 percent of this TPC is related to the energy conversion facility, and the balance is related to the switchyard and trunkline and decommissioning activities. The TOC of the NGCC facility with CCS is $1,913/kW, which is 139 percent higher than the base NGCC facility. For the NGCC facility with CCS, 78 percent of the TOC is related to the energy conversion facility, 14 percent is related to the $CO_2$ pipeline and injection well, and the balance is related to the switchyard and trunkline and decommissioning activities. The TPC of the NGCC facilities are presented in **Figure 2-13**.



| | NGCC wo-CCS | NGCC w-CCS |
|---|---|---|
| Total Capital ($/kW) | 801.963964 | 1912.6 |
| ■ $CO_2$ Injection Well | 0 | 52.2 |
| ■ $CO_2$ Pipeline | 0 | 265 |
| ■ Switchyard & Trunkline | 83.96396396 | 98.4 |
| ■ Plant | 718 | 1497 |

**Figure 2-13 Capital Costs ($/kW) for NGCC Case with and without CCS**

## 2.4.3 Greenhouse Gas Emissions

**Table 2-21** and **Figure 2-14** show the GHG emissions associated with the NGCC with CCS plant, on an MWh plant output basis. Carbon dioxide is still the dominant GHG pollutant, with the largest emissions associated with the combustion of natural gas. However, the addition of CCS reduces the magnitude of those emissions by a nominal 90 percent (NETL, 2010). Emissions associated with the $CO_2$ pipeline is also included and a small amount (less than one percent of the total on both a mass [kg] and kg $CO_2$e basis) of additional GHG emissions are associated with that process. The total GWP of Stage #3 with CCS is 47.9 kg $CO_2$e per MWh plant output.



*Final Report: NGCC-LCA*

**Table 2-21 NGCC with CCS Stage #3, GHG Emissions (kg and kg CO2e) /MWh Plant Output**

| GHG Emissions | Plant Construction | | Plant Installation/ Deinstallation | | Plant Operation with CCS | | Total | |
|---|---|---|---|---|---|---|---|---|
| | kg/MWh | kg CO2e /MWh | kg/MWh | kg CO2e /MWh | kg/MWh | kg CO$_2$e /MWh | kg/MWh | kg CO$_2$e /MWh |
| CO$_2$ | 4.30E-01 | 4.30E-01 | 1.36E-01 | 1.36E-01 | 4.73E+01 | 4.73E+01 | 4.79E+01 | 4.79E+01 |
| N$_2$O | 1.72E-05 | 5.11E-03 | 2.41E-06 | 7.18E-04 | 2.41E-06 | 7.17E-04 | 2.20E-05 | 6.55E-03 |
| CH$_4$ | 3.72E-04 | 9.29E-03 | 3.49E-04 | 8.73E-03 | 8.80E-06 | 2.20E-04 | 7.30E-04 | 1.82E-02 |
| SF$_6$ | 5.82E-12 | 1.33E-07 | 1.67E-08 | 3.80E-04 | 3.57E-07 | 8.13E-03 | 3.73E-07 | 8.51E-03 |
| Total GWP | | 4.44E-01 | | 1.46E-01 | | 4.74E+01 | | 4.79E+01 |

*Final Report: NGCC-LCA*



**Figure 2-14 NGCC with CCS Stage #3, GHG Emissions (kg and kg CO₂e) /MWh Plant**

### 2.4.4   Air Pollutant Emissions

**Table 2-22** and **Figure 2-15** show the air pollutants released during NGCC plant operations on a per MWh output basis.  Nitrogen oxide and $NH_3$ dominate, as was seen in the case without CCS due to natural gas combustion and SCR end of catalyst life $NH_3$ slip.  Less than one percent of air emissions are associated with the addition of the $CO_2$ pipeline.

**Table 2-22 NGCC with CCS Stage #3 Air Emissions, kg /MWh Plant Output**

| Emissions (kg/MWh) | Plant Construction | Plant Installation/ Deinstallation | Plant Operations | Total |
|---|---|---|---|---|
| Pb | 7.66E-07 | 7.21E-10 | 2.12E-06 | 2.89E-06 |
| Hg | 3.13E-08 | 1.49E-09 | 0.00E+00 | 3.27E-08 |
| $NH_3$ | 2.18E-07 | 1.85E-06 | 1.90E-02 | 1.90E-02 |
| CO | 2.96E-03 | 9.28E-04 | 3.21E-04 | 4.21E-03 |
| $NO_X$ | 8.08E-04 | 7.66E-04 | 3.04E-02 | 3.19E-02 |
| $SO_2$ | 1.27E-03 | 2.76E-04 | 2.30E-06 | 1.55E-03 |
| VOC | 1.22E-05 | 3.21E-05 | 0 | 4.43E-05 |
| PM | 5.14E-04 | 2.64E-06 | 0 | 5.17E-04 |

*Final Report: NGCC-LCA*



**Figure 2-15 NGCC with CCS Stage #3 Air Emissions, kg/MWh Plant Output**

### 2.4.5  Water Withdrawal and Consumption

**Table 2-23** shows water withdrawal and consumption for the NGCC plant with CCS. As with the case without CCS, the most water is consumed during plant operation due to cooling water evaporation. Water withdrawal for the $CO_2$ pipeline and plant decommissioning is due to the LC impacts of diesel fuel.

**Table 2-23 NGCC with CCS Stage #3 Water Withdrawal and Consumption, kg /MWh Plant Output**

| Water kg/MWh | Plant Construction | Plant Commissioning/ Decommissioning | Plant Operations with CCS | Total |
|---|---|---|---|---|
| Water Withdrawal | 2.99E+00 | 2.86E+00 | 1.92E+03 | 1.93E+03 |
| Wastewater Outfall | 3.01E-01 | 2.58E+00 | 4.85E+02 | 4.88E+02 |
| Water Consumption | 2.69E+00 | 2.81E-01 | 1.44E+03 | 1.44E+03 |

## 2.5   Life Cycle Stages #4 & #5: Product Transport and End Use

Once the electricity is produced and sent through the switchyard and trunkline system it is ready for transmission, via the grid, to the user. A seven percent loss in electricity during transmissions was assumed for all the NETL power LCA studies (Bergerson, 2005; EIA, 2007). This loss only impacts the cost parameters, as no environmental inventories are associated with



transmission loss. The transmission line was considered existing infrastructure, therefore, the construction of the line, along with the associated costs, emissions, and land use changes, was not included within the system boundaries for this study.

However, $SF_6$ leakage does occur due to circuit breakers used through the U.S. transmission line system and was therefore included in the Stage #4 inventory. An average leakage rate of $1.4 \times 10^{-4}$ kg $SF_6$/MWh was calculated based on 2007 leakage rates reported by the EPA $SF_6$ Emission Reduction Partnership (EPA, 2007); additional consideration was given to leakage by companies outside the partnership to calculate the assumed leakage rate. Sulfur hexafluoride leakage during Stage #4 was calculated at $1.4 \times 10^{-4}$ kg/MWh (plant output minus transmission loss).

As with Stage #1 and Stage #2, costs associated with transmission losses are included with the Stage #3 results. Costs are based on an electricity output that considers both the 85 percent capacity factor of both NGCC plants and the seven percent loss during transmission.

Finally, in Stage #5, the electricity is delivered to the end user. All NETL power generation LCA studies assume electricity is used by a non-specific, 100 percent efficient process. This assumption avoids the need to define a unique user profile and allows all power generation studies to be compared on equal footing. Therefore, no environmental inventories or cost parameters were collected for Stage #5.



*Final Report: NGCC-LCA*

# 3.0 Interpretation of Results

The following sections report comparative assessment results over the complete LC for both cases considering GWP impact, LCC results, and quantification of total outputs for all other LCI metrics. In addition, this section will report the results of sensitivity analysis.

## 3.1   LCI results: NGCC With Imported NG Without CCS

**Table 3-1** summarizes all water withdrawals, consumption, and emissions from the NGCC case without CCS, in kg/MWh delivered to the end user, for each stage and the total LC. No environmental impacts are associated with Stage #5. Similarly, only GHG emissions associated with $SF_6$ leakage are included in Stage #4. Therefore, Stage #5 is not discussed further, and Stage #4 is discussed only in the context of GHG emissions.

It is important to note the differences between the values in **Table 3-1** and the previous values reported for each individual stage, as the values here are normalized to the functional unit of MWh delivered energy. Therefore the Stage #3 values presented in **Tables 2-14** to **2-16** will be slightly larger as the basis of MWh plant output does not included transmission loss during Stage #4. Additionally, normalizing Stage #1 and Stage #2 to a MWh delivered energy basis resulted in approximate normalization factors of 149 kg NG/MWh and 144 kg NG/MWh, respectively.



*Final Report: NGCC-LCA*

**Table 3-1 Water and Emissions Summary for NGCC without CCS using Imported NG, kg/MWh Delivered Energy**

| Emissions or Water Flows | Stage #1: Raw Material Acquisition | Stage #2: Material Transport | Stage #3: Energy Conversion Facility (w/o CCS) | Stage #4: Transmission & Distribution | Total |
|---|---|---|---|---|---|
| **GHG Emissions (kg/MWh)** | | | | | |
| $CO_2$ | 1.05E+02 | 1.42E+00 | 3.93E+02 | 0 | 4.99E+02 |
| $N_2O$ | 1.21E-03 | 4.12E-06 | 1.51E-05 | 0 | 1.23E-03 |
| $CH_4$ | 9.56E-01 | 2.65E-01 | 5.97E-04 | 0 | 1.22E+00 |
| $SF_6$ | 1.44E-07 | 8.99E-09 | 3.42E-07 | 1.43E-04 | 1.44E-04 |
| **Non-GHG Air Emissions (kg/MWh)** | | | | | |
| Pb | 6.56E-07 | 1.65E-07 | 2.71E-06 | 0 | 3.53E-06 |
| Hg | 4.18E-08 | 5.17E-09 | 2.46E-08 | 0 | 7.15E-08 |
| $NH_3$ | 9.58E-02 | 7.12E-07 | 1.88E-02 | 0 | 1.15E-01 |
| CO | 9.14E-02 | 4.84E-04 | 3.12E-03 | 0 | 9.50E-02 |
| $NO_X$ | 2.29E-01 | 3.77E-04 | 3.05E-02 | 0 | 2.60E-01 |
| $SO_2$ | 1.18E-02 | 3.01E-04 | 1.19E-03 | 0 | 1.33E-02 |
| VOC | 4.69E-02 | 1.47E-05 | 3.72E-05 | 0 | 4.70E-02 |
| PM | 4.97E-04 | 6.49E-05 | 3.74E-04 | 0 | 9.36E-04 |
| **Water Withdrawal and Consumption (kg/MWh)** | | | | | |
| Water Withdrawal | 5.75E+01 | 2.11E+00 | 1.04E+03 | 0 | 1.10E+03 |
| Wastewater Outfall | 1.57E+02 | 1.39E+00 | 2.36E+02 | 0 | 3.94E+02 |
| Water Consumption | -9.99E+01 | 7.27E-01 | 8.03E+02 | 0 | 7.04E+02 |

## 3.1.1  Greenhouse Gas Emissions

**Table 3-2** and **Figure 3-1** show the GHG emissions associated with the NGCC plant operations without CCS in kg $CO_2$e per MWh delivered to the end user.



*Final Report: NGCC-LCA*

**Table 3-2 GHG Emissions for NGCC without CCS using Imported NG, kg CO₂e /MWh Delivered Energy**

| GHG Emissions (kg CO$_2$e/ MWh) | Stage #1: Raw Material Acquisition | Stage #2: Material Transport | Stage #3: Energy Conversion Facility (w/o CCS) | Stage #4: Transmission & Distribution | Total |
|---|---|---|---|---|---|
| CO$_2$ | 1.05E+02 | 1.42E+00 | 3.93E+02 | 0.00E+00 | 4.99E+02 |
| N$_2$O | 3.61E-01 | 1.06E-03 | 3.90E-03 | 0.00E+00 | 3.66E-01 |
| CH$_4$ | 2.39E+01 | 6.62E+00 | 1.49E-02 | 0.00E+00 | 3.05E+01 |
| SF$_6$ | 3.29E-03 | 2.05E-04 | 7.81E-03 | 3.27E+00 | 3.28E+00 |
| Total GWP | 1.29E+02 | 8.05E+00 | 3.93E+02 | 3.27E+00 | 5.33E+02 |



**Figure 3-1 GHG Emissions for NGCC without CCS using Imported NG, kg CO₂e /MWh Delivered Energy**

The total GWP of NGCC without CCS using imported natural gas is 533 kg CO$_2$e per MWh delivered energy. Of the 533 kg CO$_2$e, 94 percent is due to CO$_2$ emissions. Methane accounts for 5.7 percent, N$_2$O for 0.1 percent, and SF$_6$ accounts for the remaining 0.6 percent. Approximately 74 percent of the total GWP is attributable to activities in Stage #3, which is dominated by natural gas combustion. Stage #1 attributes 24 percent due mainly to liquefaction facility operation.



*Final Report: NGCC-LCA*

### 3.1.2   Air Emissions

When compared to GHG emissions, particularly $CO_2$, all other air emissions are emitted on a much smaller scale. Although the scope of this study focuses on only the inventory of these emissions and conclusions are drawn only on a mass-emitted basis, further conclusions could be drawn using available impact assessment methodologies (Bare, Norris et al., 2003; SCS, 2008). **Figure 3-2** shows the air pollutant emissions (kg/MWh delivered) for the NGCC case without CCS using imported natural gas.



**Figure 3-2 Air Emissions for NGCC without CCS using Imported NG, kg /MWh Delivered Energy**

Nitrogen oxides, CO, and VOC emissions dominate this case, due mostly to fuel combustion. Sulfur oxide is emitted at slightly lower levels due to the use of natural gas as a fuel in many stages, which has negligible sulfur content. Sulfur dioxide ($SO_2$) emissions are dominated by Stage #1 where diesel and jet fuel are used during drill rig operations. Ammonia emissions are dominated by liquefaction facility operations in Stage #1.

### 3.1.3   Water Withdrawal and Consumption

**Figure 3-3** shows the total water withdrawal and water consumption for each stage and the total LC. Water withdrawal and consumption is dominated by energy conversion (Stage #3) due to cooling water requirements in the power plant.

*Final Report: NGCC-LCA*



**Figure 3-3 Water Withdrawal and Consumption for NGCC without CCS using Imported NG, kg/MWh Delivered Energy**

## 3.2   LCI results: NGCC With Domestic NG Without CCS

**Table 3-3** summarizes all air emissions and water flows from the NGCC case without CCS, in kg/MWh delivered to the end user, for each stage and the total LC.  No environmental impacts are associated with Stage #5.  Similarly, only GHG emissions associated with $SF_6$ leakage are included in Stage #4.  Therefore, Stage #5 is not discussed further, and Stage #4 is discussed only in the context of GHG emissions.

It is important to note the differences between the values in **Table 3-3** and the previous values reported for each individual stage, as the values here are normalized to the functional unit of MWh delivered energy. Therefore the Stage #3 values presented in **Tables 2-14** to **2-16** will be slightly larger as the basis of MWh plant output does not included transmission loss during Stage #4. Additionally, normalizing Stage #1 and Stage #2 to a MWh delivered energy basis resulted in approximate normalization factors of 149 kg NG/MWh and 147 kg NG/MWh, respectively.



*Final Report: NGCC-LCA*

**Table 3-3 Water and Emissions Summary for NGCC without CCS using Domestic NG, kg/MWh Delivered Energy**

| Emissions or Water Flows | Stage #1: Raw Material Acquisition | Stage #2: Material Transport | Stage #3: Energy Conversion Facility (w/o CCS) | Stage #4: Transmission & Distribution | Total |
|---|---|---|---|---|---|
| **GHG Emissions (kg/MWh)** | | | | | |
| $CO_2$ | 2.08E+01 | 3.95E+00 | 3.93E+02 | 0 | 4.18E+02 |
| $N_2O$ | 6.73E-04 | 4.93E-06 | 1.51E-05 | 0 | 6.93E-04 |
| $CH_4$ | 1.91E+00 | 7.69E-01 | 5.97E-04 | 0 | 2.68E+00 |
| $SF_6$ | 2.33E-07 | 8.99E-09 | 3.42E-07 | 1.43E-04 | 1.44E-04 |
| **Non-GHG Air Emissions (kg/MWh)** | | | | | |
| Pb | 1.94E-06 | 1.65E-07 | 2.71E-06 | 0 | 4.82E-06 |
| Hg | 7.18E-08 | 5.17E-09 | 2.46E-08 | 0 | 1.02E-07 |
| $NH_3$ | 1.10E-06 | 1.99E-06 | 1.88E-02 | 0 | 1.88E-02 |
| CO | 4.35E-02 | 6.23E-04 | 3.12E-03 | 0 | 4.72E-02 |
| $NO_X$ | 4.82E-01 | 7.80E-04 | 3.05E-02 | 0 | 5.13E-01 |
| $SO_2$ | 5.87E-03 | 3.15E-04 | 1.19E-03 | 0 | 7.37E-03 |
| VOC | 3.81E-01 | 1.59E-05 | 3.72E-05 | 0 | 3.81E-01 |
| PM | 1.02E-03 | 6.50E-05 | 3.74E-04 | 0 | 1.46E-03 |
| **Water Withdrawal and Consumption (kg/MWh)** | | | | | |
| Water Withdrawal | 1.81E+02 | 2.12E+00 | 1.04E+03 | 0 | 1.22E+03 |
| Wastewater Outfall | 2.12E+02 | 1.39E+00 | 2.36E+02 | 0 | 4.49E+02 |
| Water Consumption | -3.08E+01 | 7.30E-01 | 8.03E+02 | 0 | 7.73E+02 |

## 3.2.1  Greenhouse Gas Emissions

**Table 3-2** and **Figure 3-4** show the GHG emissions associated with the NGCC plant operations without CCS in kg $CO_2e$ per MWh delivered to the end user.



*Final Report: NGCC-LCA*

**Table 3-4 GHG Emissions for NGCC without CCS using Domestic NG, kg CO₂e /MWh Delivered Energy**

| GHG Emissions (kg CO$_2$e/ MWh) | Stage #1: Raw Material Acquisition | Stage #2: Material Transport | Stage #3: Energy Conversion Facility (w/o CCS) | Stage #4: Transmission & Distribution | Total |
|---|---|---|---|---|---|
| CO$_2$ | 2.08E+01 | 3.95E+00 | 3.93E+02 | 0 | 4.18E+02 |
| N$_2$O | 2.01E-01 | 1.27E-03 | 3.90E-03 | 0 | 1.79E-01 |
| CH$_4$ | 4.77E+01 | 1.92E+01 | 1.49E-02 | 0 | 6.69E+01 |
| SF$_6$ | 5.31E-03 | 2.05E-04 | 7.81E-03 | 3.27E+00 | 3.28E+00 |
| Total GWP | 6.88E+01 | 2.32E+01 | 3.93E+02 | 3.27E+00 | 4.88E+02 |



**Figure 3-4 GHG Emissions for NGCC without CCS using Domestic NG, kg CO₂e /MWh Delivered Energy**

The total GWP of NGCC without CCS using domestic natural gas is 488 kg CO$_2$e per MWh delivered energy. Of those 488 kg CO$_2$e, 85.6 percent is due to CO$_2$ emissions. Methane accounts for 13.7 percent, N$_2$O for 0.04 percent, and SF$_6$ accounts for the remaining 0.7 percent. Approximately 81 percent of the total GWP is attributable to activities in Stage #3, which is



*Final Report: NGCC-LCA*

dominated by natural gas combustion.  Stage #1 accounts for 14 percent of the life cycle GHG emissions due to operations at the liquefaction facility.

## 3.2.2  Air Emissions

When compared to GHG emissions, particularly $CO_2$, all other air emissions are emitted on a much smaller scale.  Although the scope of this study focuses on only the inventory of these emissions and conclusions are drawn only on a mass-emitted basis, further conclusions could be drawn using available impact assessment methodologies (Bare, Norris et al., 2003; SCS, 2008). **Figure 3-5** shows the air pollutant emissions (kg/MWh delivered) for the NGCC case without CCS using domestic natural gas.



**Figure 3-5 Air Emissions for NGCC without CCS using Domestic NG, kg /MWh Delivered Energy**

$NO_X$, CO, and VOC emissions dominate this case, due mostly to fuel combustion.  Sulfur oxide is emitted at slightly lower levels due to the use of natural gas as a fuel in many stages, which has negligible sulfur content.  $SO_2$ emissions are dominated by Stage #1 where diesel and jet fuel are used during drill rig operations.  Ammonia emissions are dominated by catalytic control of $NO_X$ emissions at the energy conversion facility in Stage #3.

## 3.2.3  Water Withdrawal and Consumption

**Figure 3-6** shows the total water withdrawal and water consumption for each stage and the total LC.  Water withdrawal and consumption is dominated by energy conversion (Stage #3) due to cooling water requirements in the power plant.

*Final Report: NGCC-LCA*



**Figure 3-6 Water Withdrawal and Consumption for NGCC without CCS using Domestic NG, kg/MWh Delivered Energy**

## 3.3    LCI results: NGCC With Imported NG with CCS

**Table 3-5** summarizes all water withdrawals and emissions from the NGCC case with CCS using imported natural gas, in kg/MWh, for each stage and the total LC.  As with the case without CCS, no environmental impacts are associated with Stage #5.  Similarly, only GHG emissions associated with $SF_6$ leakage are included in Stage #4.  Therefore, Stage #5 is not discussed further, and Stage #4 is discussed only in the context of GHG emissions.

It is important to note the differences between the values in **Table 3-5** and the previous values reported for each individual stage, as the values here are normalized to the functional unit of MWh delivered energy. Therefore the Stage #3 values presented in **Tables 2-22** to **2-24** will be slightly larger as the basis of MWh plant output does not include transmission loss during Stage #4. Additionally, normalizing Stage #1 and Stage #2 to a MWh delivered energy basis resulted in approximate normalization factors of 173.4 kg NG/MWh and 172.5 kg NG/MWh, respectively.



*Final Report: NGCC-LCA*

**Table 3-5 Water and Emissions Summary for NGCC with CCS using Imported NG, kg /MWh Delivered Energy**

| Emissions or Water Flows | Stage #1: Raw Material Acquisition | Stage #2: Material Transport | Stage #3: Energy Conversion Facility (with CCS) | Stage #4: Transmission & Distribution | Total |
|---|---|---|---|---|---|
| **GHG Emissions (kg/MWh)** | | | | | |
| $CO_2$ | 1.23E+02 | 1.67E+00 | 5.13E+01 | 0 | 1.76E+02 |
| $N_2O$ | 1.42E-03 | 4.83E-06 | 2.35E-05 | 0 | 1.45E-03 |
| $CH_4$ | 1.12E+00 | 3.10E-01 | 7.81E-04 | 0 | 1.43E+00 |
| $SF_6$ | 1.69E-07 | 1.05E-08 | 4.00E-07 | 1.43E-04 | 1.44E-04 |
| **Non-GHG Air Emissions (kg/MWh)** | | | | | |
| Pb | 7.69E-07 | 1.94E-07 | 3.09E-06 | 0 | 4.05E-06 |
| Hg | 4.90E-08 | 6.05E-09 | 3.50E-08 | 0 | 9.01E-08 |
| $NH_3$ | 1.12E-01 | 8.35E-07 | 2.03E-02 | 0 | 1.33E-01 |
| CO | 1.07E-01 | 5.67E-04 | 4.50E-03 | 0 | 1.12E-01 |
| $NO_X$ | 2.69E-01 | 4.41E-04 | 3.42E-02 | 0 | 3.03E-01 |
| $SO_2$ | 1.39E-02 | 3.53E-04 | 1.66E-03 | 0 | 1.59E-02 |
| VOC | 5.50E-02 | 1.73E-05 | 4.74E-05 | 0 | 5.50E-02 |
| PM | 5.83E-04 | 7.61E-05 | 5.53E-04 | 0 | 1.21E-03 |
| **Water Withdrawal and Consumption (kg/MWh)** | | | | | |
| Water Withdrawal | 6.74E+01 | 2.48E+00 | 2.06E+03 | 0.00E+00 | 2.13E+03 |
| Wastewater Outfall | 1.84E+02 | 1.63E+00 | 5.22E+02 | 0.00E+00 | 7.08E+02 |
| Water Consumption | -1.17E+02 | 8.52E-01 | 1.54E+03 | 0.00E+00 | 1.43E+03 |



*Final Report: NGCC-LCA*

### 3.3.1   Greenhouse Gas Emissions

**Table 3-6** shows the GHG emissions from **Table 3-5** based on kg $CO_2e$.

Table 3-6 GHG Emissions for NGCC with CCS using Imported NG, kg $CO_2e$ /MWh Delivered Energy

| GHG Emissions (kg $CO_2e$/MWh) | Stage #1: Raw Material Acquisition | Stage #2: Material Transport | Stage #3: Energy Conversion Facility (with CCS) | Stage #4: Transmission & Distribution | Total |
|---|---|---|---|---|---|
| $CO_2$ | 1.23E+02 | 1.67E+00 | 5.13E+01 | 0 | 1.76E+02 |
| $N_2O$ | 4.23E-01 | 1.44E-03 | 7.01E-03 | 0 | 4.31E-01 |
| $CH_4$ | 2.80E+01 | 7.76E+00 | 1.95E-02 | 0.00E+00 | 3.58E+01 |
| $SF_6$ | 3.85E-03 | 2.40E-04 | 9.11E-03 | 3.27E+00 | 3.28E+00 |
| Total GWP | 1.51E+02 | 9.43E+00 | 5.13E+01 | 3.27E+00 | 2.15E+02 |

The total GWP for NGCC with CCS using imported natural gas is 215 kg $CO_2e$ per MWh delivered energy. **Figure 3-7** compares the GHG emissions for each stage. When CCS is included, Stage #1 becomes the dominate stage for GHG emissions. Of these emissions, 70 percent are due to $CO_2$ emissions during Stage #1, which includes the energy intensive operation of the liquefaction facility. Carbon dioxide emissions for liquefaction were taken from data for the Darwin LNG facility run by Conoco Phillips in Australia (ConocoPhillips, 2005). They report 0.42 kg $CO_2$/kg LNG output, which is within the range reported by Jaramillo (Adapted from Tamura et al.) of 11-31 lb $CO_2$/MMBtu (0.24 to 0.67 kg $CO_2$/kg LNG) (Jaramillo, 2007; Tamura, Tanaka et al., 2001). However, reducing GHG emissions for Stage #1 to the lowest value in the range above only reduces GWP of Stage #1 by approximately 30 kg $CO_2e$ per MWh delivered energy; therefore, Stage #1 would still be the dominant GHG emitter for this case. Of the remaining GHG emissions, 4.4 percent are from Stage #2, 24 percent are from Stage #3, and 1.5 percent are from Stage #4.

*Final Report: NGCC-LCA*



**Figure 3-7 GHG Emissions for NGCC with CCS using Imported NG, kg CO₂e /MWh Delivered Energy**

## 3.3.2  Air Emissions

**Figure 3-8** compares the air emissions for each stage and the total LC.  Like the case without CCS, combustion emissions CO, NO$_X$, and VOC are dominate, with SO$_X$ and NH$_3$ from Stage #1 also attributing significantly to the non-GHG emissions.

*Final Report: NGCC-LCA*



**Figure 3-8 Air Emissions for NGCC with CCS using Imported NG, kg/MWh Delivered Energy**

### 3.3.3   Water Withdrawal and Consumption

**Figure 3-9** shows the total water withdrawal and water consumption for each stage and the total LC.  As with the case without CCS, water withdrawal and consumption is dominated by energy conversion (Stage #3) due to cooling water requirements in the power plant.

*Final Report: NGCC-LCA*



**Figure 3-9 Water Withdrawal and Consumption for NGCC with CCS using Imported NG, kg/MWh Delivered Energy**

## 3.4   LCI results: NGCC With Domestic NG with CCS

**Table 3-7** summarizes all water withdrawals and emissions from the NGCC case with CCS using domestic natural gas, in kg/MWh, for each stage and the total LC.  As with the case without CCS, no environmental impacts are associated with Stage #5.  Similarly, only GHG emissions associated with $SF_6$ leakage are included in Stage #4.  Therefore, Stage #5 is not discussed further, and Stage #4 is discussed only in the context of GHG emissions.

It is important to note the differences between the values in **Table 3-7** and the previous values reported for each individual stage, as the values here are normalized to the functional unit of MWh delivered energy. Therefore the Stage #3 values presented in **Tables 2-22** to **2-24** will be slightly larger as the basis of MWh plant output does not include transmission loss during Stage #4. Additionally, normalizing Stage #1 and Stage #2 to a MWh delivered energy basis resulted in approximate normalization factors of 175.1 kg NG/MWh and 172.5 kg NG/MWh, respectively.



*Final Report: NGCC-LCA*

**Table 3-7 Water and Emissions Summary for NGCC with CCS using Domestic NG, kg /MWh Delivered Energy**

| Emissions or Water Flows | Stage #1: Raw Material Acquisition | Stage #2: Material Transport | Stage #3: Energy Conversion Facility (with CCS) | Stage #4: Transmission & Distribution | Total |
|---|---|---|---|---|---|
| **GHG Emissions (kg/MWh)** | | | | | |
| $CO_2$ | 2.44E+01 | 4.62E+00 | 5.13E+01 | 0 | 8.03E+01 |
| $N_2O$ | 7.89E-04 | 5.78E-06 | 2.35E-05 | 0 | 8.18E-04 |
| $CH_4$ | 2.24E+00 | 9.01E-01 | 7.81E-04 | 0 | 3.14E+00 |
| $SF_6$ | 2.73E-07 | 1.05E-08 | 4.00E-07 | 1.43E-04 | 1.44E-04 |
| **Non-GHG Air Emissions (kg/MWh)** | | | | | |
| Pb | 2.27E-06 | 1.94E-07 | 3.09E-06 | 0 | 5.56E-06 |
| Hg | 8.42E-08 | 6.06E-09 | 3.50E-08 | 0 | 1.25E-07 |
| $NH_3$ | 1.29E-06 | 2.33E-06 | 2.03E-02 | 0 | 2.03E-02 |
| CO | 5.10E-02 | 7.31E-04 | 4.50E-03 | 0 | 5.62E-02 |
| $NO_X$ | 5.65E-01 | 9.14E-04 | 3.42E-02 | 0 | 6.00E-01 |
| $SO_2$ | 6.88E-03 | 3.69E-04 | 1.66E-03 | 0 | 8.91E-03 |
| VOC | 4.47E-01 | 1.86E-05 | 4.74E-05 | 0 | 4.47E-01 |
| PM | 1.19E-03 | 7.61E-05 | 5.53E-04 | 0 | 1.82E-03 |
| **Water Withdrawal and Consumption (kg/MWh)** | | | | | |
| Water Withdrawal | 2.12E+02 | 2.48E+00 | 2.06E+03 | 0 | 2.28E+03 |
| Wastewater Outfall | 2.48E+02 | 1.63E+00 | 5.22E+02 | 0 | 7.72E+02 |
| Water Consumption | -3.61E+01 | 8.56E-01 | 1.54E+03 | 0 | 1.51E+03 |

### 3.4.1   Greenhouse Gas Emissions

**Table 3-6** shows the GHG emissions from **Table 3-5** based on kg $CO_2e$.



*Final Report: NGCC-LCA*

**Table 3-8 GHG Emissions for NGCC with CCS using Domestic NG, kg $CO_2$e /MWh Delivered Energy**

| GHG Emissions (kg $CO_2$e/MWh) | Stage #1: Raw Material Acquisition | Stage #2: Material Transport | Stage #3: Energy Conversion Facility (with CCS) | Stage #4: Transmission & Distribution | Total |
|---|---|---|---|---|---|
| $CO_2$ | 2.44E+01 | 4.62E+00 | 5.13E+01 | 0 | 8.03E+01 |
| $N_2O$ | 2.35E-01 | 1.72E-03 | 7.01E-03 | 0 | 2.44E-01 |
| $CH_4$ | 5.59E+01 | 2.25E+01 | 1.95E-02 | 0 | 7.85E+01 |
| $SF_6$ | 6.22E-03 | 2.40E-04 | 9.11E-03 | 3.27E+00 | 3.28E+00 |
| Total GWP | 8.06E+01 | 2.71E+01 | 5.13E+01 | 3.27E+00 | 1.62E+02 |

The total GWP for NGCC with CCS is 206 kg $CO_2$e per MWh delivered energy. **Figure 3-10** compares the GHG emissions for each stage. When CCS is included, Stage #1 becomes the dominate stage for GHG emissions. Of these emissions, 69 percent are due to $CO_2$ emissions during liquefaction operations. Carbon dioxide emissions for liquefaction were taken from data for the Darwin LNG facility run by Conoco Phillips in Australia (ConocoPhillips, 2005). They report 0.42 kg $CO_2$/kg LNG output, which is within the range reported by Jaramillo (Adapted from Tamura et al.) of 11-31 lb $CO_2$/MMBtu (0.24 to 0.67 kg $CO_2$/kg LNG) (Jaramillo, 2007; Tamura, Tanaka et al., 2001). However, reducing GHG emissions for Stage #1 to the lowest value in the range above only reduces GWP of Stage #1 by approximately 30 kg $CO_2$e per MWh delivered energy; therefore, Stage #1 would still be the dominant GHG emitter for this case. Of the GHG emissions on a kg $CO_2$e basis, 51 percent are from Stage #1, 23 percent are from Stage #2, and 24 percent are from Stage #3.

*Final Report: NGCC-LCA*



**Figure 3-10 Air Emissions for NGCC with CCS using Domestic NG, kg CO₂e /MWh Delivered Energy**

### 3.4.2 Air Emissions

**Figure 3-11** compares the air emissions for each stage and the total LC. CO, $NO_X$, and VOC emissions result from fuel combustion, including the operation of diesel-power drilling rigs for natural gas wells and combustion of fuel at the energy conversion facility.

*Final Report: NGCC-LCA*



**Figure 3-11 Air Emissions for NGCC with CCS using Domestic NG, kg/MWh Delivered Energy**

### 3.4.3  Water Withdrawal and Consumption

**Figure 3-12** shows the total water withdrawal and water consumption for each stage and the total LC.  Water withdrawal and consumption is dominated by energy conversion (Stage #3) due to cooling water requirements in the power plant.

*Final Report: NGCC-LCA*



**Figure 3-12 Water Withdrawal and Consumption for NGCC with CCS using Domestic NG, kg/MWh Delivered Energy**

## 3.5   Land Use

Analysis of land use effects associated with a process or product is considered a central component of an LCA investigation, under both ISO 14044 and ASTM procedural standards. Additionally, the U.S. Environmental Protection Agency (EPA) released a final version of the Renewable Fuel Standard Program (RFS2; EPA, 2010). Included in RFS2 is a method for assessing land use change and associated GHG emissions that are relevant to this LCA. The land use analysis presented in this study is consistent with the proposed methodology presented in RFS2, and quantifies both the area of land changed, as well as the GHG emissions associated with that change.

### 3.5.1   Definition of Primary and Secondary Impacts

Land use effects can be roughly divided into primary and secondary.  In the context of this study, primary land use effects occur as a direct result of the LC processes needed to produce and deliver the alternative fuels.  Primary land use change is determined by tracking the change from an existing land use type (native vegetation, agricultural lands, barren areas) to a new land use that supports production.  Examples of facilities that result in land use change include coal mines, biomass feedstock cropping, and refining facilities.

Secondary land use effects are indirect changes in land use that occur as a result of the primary land use effects. For instance, installation of a coal mine in a rural area (primary effect is removal of agriculture or native vegetation and installation of uses associated with a coal mine) may cause coal mine employees to move nearby, causing increased urbanization in the affected area (secondary effect). Another common example of secondary land use is the large scale



*Final Report: NGCC-LCA*

displacement of agriculture as a result of biomass crop production: existing farmland is transformed into use for bioenergy production, and the lost farmland is displaced elsewhere, resulting in indirect impacts. Although some farmland would be affected under the present study, the magnitude of these effects would be limited in extent or in time. For instance, pipeline installation may affect a substantial area of agriculture; however, we assume that pipelines would be buried, and after a brief construction period, no farmland would be displaced. The permanent land area conversion required for other facilities is not large enough to warrant analysis of displaced agriculture. Therefore, only primary land use effects are considered within this study, while secondary land use effects are outside the scope of this study.

### 3.5.2 Land Use Metrics

A variety of land use metrics, which seek to numerically quantify changes in land use, have been devised in support of LCAs. Two common metrics in support of a process-oriented LCA are transformed land area (i.e., area of land transformed from a pre-existing state) and GHG emissions (kg $CO_2E$). The transformed land area metric estimates the area of land that is altered from a reference state, while the GHG metric quantifies the flux of carbon associated with that change (Fthenakis and Kim 2008), including the loss of carbon due to vegetation removal, the loss of soil carbon, and changes in the sequestration rate for carbon under the transformed land use, as compared to the existing land use. **Table 3-9** summarizes the land use metrics included in this study.

**Table 3-9 Primary Land Use Change Metrics Considered in this Study**

| Metric Title | Description | Units | Type of Impact |
|---|---|---|---|
| Transformed Land Area | Area of land that is altered from its original state to a transformed state during construction and operation of facilities. | square meters (acres) | Primary |
| Greenhouse Gas Emissions | Emissions of greenhouse gases due to land transformation, as defined above. | kg $CO_2$ equivalent (lbs $CO_2$ equivalent) | Primary |

For this study, the assessment of GHG emissions includes those emissions that would result from the following, for each LC Stage as relevant:

- Quantity of GHGs emitted due to biomass clearing during construction of each facility.

- Quantity of GHGs emitted from soil carbon following land transformation, for each facility.

- Comparison of existing state GHG sequestration to transformed state GHG sequestration, including biomass and soil carbon, for each facility.

GHG emissions from diesel fuel combustion during the construction of facilities, for each LC stage, are included in the overall results for this study, and are not accounted for in the land use assessment.



*Final Report: NGCC-LCA*

Additional land use metrics, such as potential damage to ecosystems or species, water quality changes, changes in human population densities, quantification of land quality (e.g., farmland quality), and many other land use metrics may conceivably be included in the land use analysis of an LCA. However, much of the data needed to support accurate analysis of these metrics are severely limited in availability (Canals, Bauer *et al.*, 2007; Koellner, 2007), or otherwise outside the scope of this study. Therefore, only transformed land area and GHG emissions are quantified for this study.

### 3.5.3  Method

As discussed previously, the land use metrics that will be used for this analysis quantify the land area that is transformed from its original state due to production of electricity, including supporting facilities. Calculations are based on a 30-year study period, or as relevant for each facility as discussed in the following text.

#### 3.5.3.1 *Transformed Land Area*

The transformed land area metric was evaluated using assumptions regarding facility size taken from the Baseline Report, as well as satellite imagery and total statewide land use patterns available from the USDA (2005), to assess and quantify original state land use. This was completed for each relevant facility including natural gas extraction areas, pipelines and other natural gas and liquefied natural gas transport facilities, the NGCC plant, CCS pipeline, and other installed facilities, for all LC Stages. The facility sizes and locations used elsewhere in the study were incorporated into the land transformed metric for consistency. Only LC Stages #1-4 include installation of facilities; LC Stage 5 was not considered (**Table 3-10**).



*Final Report: NGCC-LCA*

**Table 3-10 Facility Locations**

| LC Stage No. | Facility | Location |
|---|---|---|
| Stage #1 | Domestic NG Wells and Associated Infrastructure | Continental U.S. |
| | Cross-Trinidad and Tobago Pipeline | Southern Trinidad and Tobago |
| | LNG Facility | Southwestern Trinidad and Tobago |
| | Pipelines for Domestic Onshore NG Transport | Continental U.S. |
| | Regasification Facility | Lake Charles, LA |
| Stage #2 | NG Pipeline for Domestic and Foreign Offshore | Lake Charles, LA |
| Stage #3 | NGCC | Southern MS |
| | Trunkline | Southern MS |
| | CCS Pipeline | Southern MS |
| Stage #4-5 | Not Considered | Not Considered |

Removal of on-site, existing land use was assumed to be complete (100 percent removal) for all facilities. **Table 3-11** summarizes the facility sizes that were assumed for this analysis.



*Final Report: NGCC-LCA*

**Table 3-11 Key Facility Assumptions**

| Pathway | Facility | Total Area | Units | Key Assumptions |
|---|---|---|---|---|
| Conventional Onshore NG Extraction | Extraction; Normalized per Well | 10,177 (2.5) | m$^2$/well (acres/well) | Based on Canadian NG wells |
| Conventional Onshore Associated Gas | Extraction; Normalized per Well | 10,177 (2.5) | m$^2$/well (acres/well) | Based on Canadian NG wells |
| Coal Bed Methane Extraction | Extraction; Normalized per Well | 1,012 (0.25) | m$^2$/well (acres/well) | Average among several CBM basins |
| Tight Gas | Extraction; Normalized per Well | 20,234 (5) | m$^2$/well (acres/well) | Includes hydrofracking land area requirements |
| Barnett Shale Extraction | Extraction; Normalized per Well | 20,234 (5) | m$^2$/well (acres/well) | Includes hydrofracking land area requirements |
| Marcellus Shale Extraction | Extraction; Normalized per Well | 5,956 (1.5) | m$^2$/well (acres/well) | Includes hydrofracking land area requirements |
| All Domestic Onshore NG Pathways | Well Field to NGCC Pipelines | 22,073,762 (5,456) | m$^2$ (acres) | 50 foot construction width, 900 mile length |
| Foreign NG | Cross-Trinidad and Tobago Pipeline | 1,471,584 (363) | m$^2$ (acres) | 50 foot construction width, 60 mile length |
| Foreign NG | LNG Facility | 1,578,274 (390) | m$^2$ (acres) | 390 acre site, based on Yukon liquefaction site |
| Foreign NG | Regasification Facility | 134,760 (33) | m$^2$ (acres) | 33 acre site, based on surrogate data from the Gulf of Mexico |
| Foreign NG, Domestic Offshore | Pipeline to NGCC Facility, Landside Only | 613,160 (151) | m$^2$ (acres) | 50 foot construction width, 25 mile length |
| All | NGCC | 40,469 (10) | m$^2$ (acres) | 10 acres assumed based on Baseline Report |
| All | Trunkline | 14,716 (3.6) | m$^2$ (acres) | 30 foot width, 1 mile length |
| All | CCS Pipeline | 2,452,640 (364) | m$^2$ (acres) | 50 foot construction width, 100 mile length |

Due to its proximity to the NGCC facility, original state land use for the CCS pipeline and trunkline were assumed to consist of the same proportion of original state land use as the NGCC facility. This assumption is reasonable given generally similar original state land use types in the proximity of the site, and assuming that these additional facilities would not be routed through a city or large water feature.



*Final Report: NGCC-LCA*

## 3.5.4 Transformed Land Area Results

### 3.5.4.1 Domestic Onshore Natural Gas Extraction Areas: Conventional Onshore, Onshore Associated, Barnett Shale, and Coal Bed Methane

Precise locations for conventional onshore, onshore associated, Barnett Shale, and coal bed methane natural gas extraction facilities are not identified within this study. Generally speaking, these facilities may occur in various areas within the U.S., based on the availability and distribution of natural gas resources. For instance, conventional onshore and onshore associated natural gas production occurs in all states (EIA, 2010), while Barnett Shale natural gas production is limited to the Permian Basin of Texas. Coal bed methane production potential also exists in specific states, with most existing and potential future available resources located in Montana, Wyoming, New Mexico, Colorado, Oklahoma, and Illinois.

To evaluate the types of land area that would be transformed for natural gas extraction, existing land use was assessed based on state land use data available through the USDA (2005). The USDA (2005) breaks down each state in the U.S. into four land use categories: Cropland, Grassland/Pasture/Rangeland, Forest, and Urban/Special Use/Other. For the purposes of this analysis, we assumed that all facilities would be installed outside of urban and special use areas (special use/other areas, as defined in USDA (2005), include primarily natural preserve and parks areas), and that the Grassland/Pasture/Rangeland category is equivalent to grassland. For each NG pathway, **Table 3-12** shows a breakdown of the proportions of transformed land area that would be converted from cropland, grassland, or forest.

**Table 3-12 Existing Land Use Categories for Natural Gas Extraction Areas**

| Pathway | States | Cropland | Grassland | Forest |
|---|---|---|---|---|
| Conventional Onshore | National Average (lower 48 states) | 27.8% | 36.9% | 35.3% |
| Conventional Onshore Associated Gas | National Average (lower 48 states) | 27.8% | 36.9% | 35.3% |
| Coal Bed Methane | MT, WY, NM, CO, OK, IL | 22.6% | 56.8% | 20.7% |
| Tight Gas | CO, KS, MT, NE, ND, SD | 29.0% | 46.7% | 24.3% |
| Barnett Shale | Texas | 26.9% | 65.3% | 7.8% |
| Marcellus Shale | New York, Pennsylvania, West Virginia | 19.0% | 5.0% | 76.0% |
| Domestic and Foreign Offshore | Not Considered (see below) | n/a | n/a | n/a |

### 3.5.4.2 Domestic and Foreign Offshore Natural Gas Extraction Areas

Domestic and foreign offshore natural gas extraction would occur at wells located offshore in the ocean. Therefore, offshore natural gas extraction areas would not result in disturbance or alteration to land areas, and no land use change would occur. These areas are not considered further.



*Final Report: NGCC-LCA*

### 3.5.4.3 *Domestic Onshore Natural Gas Transport: Conventional Onshore, Onshore Associated, Barnett Shale, and Coal Bed Methane*

The analysis of existing land use for domestic onshore natural gas pipeline transport areas is similar to the analysis for domestic onshore natural gas extraction areas. Existing land use types were evaluated based on the likely location of a pipeline that would connect each category of natural gas resource type to the NGCC facility, which is assumed to be located in southern Mississippi. The states most likely to be intersected by such a pipeline were evaluated, based on U.S. Department of Agriculture USDA (2005) data, as discussed previously. Table 3-13 shows the proportions of each existing land use category that is expected to occur for each natural gas pathway.

**Table 3-13 Existing Land Use Categories for Natural Gas Pipeline Transport**

| Pathway | States | Cropland | Grassland | Forest |
|---|---|---|---|---|
| Conventional Onshore, Pipeline Transport | National Average (lower 48 states) | 27.8% | 36.9% | 35.3% |
| Conventional Onshore Associated Gas, Pipeline Transport | National Average (lower 48 states) | 27.8% | 36.9% | 35.3% |
| Coal Bed Methane, Pipeline Transport | WY, NE, KS, OK, AK, MS | 36.0% | 42.8% | 21.2% |
| Tight Gas, Pipeline Transport | National Average (lower 48 states) | 27.8% | 36.9% | 35.3% |
| Barnett Shale, Pipeline Transport | TX, LA, MS | 26.2% | 51.6% | 22.2% |
| Marcellus Shale, Pipeline Transport | NY, PA, WV, VA, KY, TN, GA, AL, MS | 21.8% | 6.3% | 71.9% |
| Domestic and Foreign Offshore, Pipeline Transport | Assessed Separately (see below) | n/a | n/a | n/a |

### 3.5.4.4 *Foreign Offshore Natural Gas Extraction: LNG Facility, Cross Trinidad and Tobago Pipeline*

Results from the analysis of land use at the LNG facility site indicated two primary land use categories: tropical forest and tropical grassland. As shown in **Figure 3-13**, tropical forest accounts for most of the total area (76% of total area), followed by tropical grassland (24% of total area). Minor areas containing other land uses, such as roads or minor drainages, were allocated to one of these two categories. Due to its proximity to the LNG facility site, the proportion of each existing land use category (i.e., proportion of tropical forest to tropical grassland) for the LNG facility site was also applied to the landside portion of the pipeline connecting the NG rig to the LNG facility.

*Final Report: NGCC-LCA*



**Figure 3-13 Existing Condition Land Use Assessment: LNG Facility Site**

3.5.4.5 *Regasification Facility*

Results from the analysis of land use at the regasification facility site indicated only one land use category, agriculture, which accounted for 100% of the area of the regasification facility, as shown in **Figure 3-14**. Small areas containing other land uses, such as roads and minor drainages, were allocated to this category, as relevant.

 *Final Report: NGCC-LCA*



**Figure 3-14 Existing Condition Land Use Assessment: Regasification Facility Site**

3.5.4.6  *NGCC, Short Pipeline to NGCC (Offshore Profiles Only), CCS Pipeline, Trunkline*

Results from the analysis of land use at the NGCC site indicated two primary land use categories: forest and grassland. As shown in **Figure 3-15**, forest accounts for most of the total area (61% of total area), followed by grassland (39% of total area). Small areas containing other land uses, such as roads or small drainages, were allocated to one of these two categories, as relevant. Due to proximity to the NGCC site, the proportion of each existing land use category (i.e., proportion of forest to grassland) for the NGCC site was also applied to the short pipeline to the NGCC (offshore profiles only), the trunkline and CCS pipeline.

 **Final Report: NGCC-LCA**



**Figure 3-15 Existing Condition Land Use Assessment: NGCC Site**

The total transformed land area for all LC Stages combined, on a square meters per MWh delivered basis, is shown in





*Final Report: NGCC-LCA*

**Figure** 3-16. As shown, total transformed land area for domestic natural gas extraction is approximately double that for foreign extraction. This occurs because the domestic natural gas extraction profile includes primarily onshore extraction and onshore pipeline transport, while the foreign natural gas profile includes only offshore extraction and primarily tanker transport. For domestic extraction, most of the land use change (a total of 0.21 m$^2$/MWh without CCS and 0.33 m$^2$/MWh with CCS) occurs as a result of natural gas transmission pipelines, which are 971 km (603 miles) long. For the foreign profile, total transformed land area is distributed more evenly among the facilities used for liquefaction and regasification, in addition to the pipelines.

Land use change for the with-CCS cases is also substantially higher than the without-CCS cases. The with and without-CCS cases are assumed to require the same amount of natural gas, over the course of the study period. However, the with-CCS cases have reduced generation capacity, as compared to the without-CCS cases, and it is this disparity that is responsible for the difference between the with- and without-CCS cases, on a per MWh delivered basis.



**Figure 3-16 Total Transformed Land Area (m$^2$/MWh)**

**Table** 3-14 through **Table 3-17** provide additional detail regarding how each of the facilities would cause land transformation, for domestic and foreign natural gas profiles, with and without CCS. These tables show transformed land area on the basis of the reference flow for each LC stage. LC Stages #4 and #5 are not shown, because no new facilities would be installed under these two stages, therefore, these two LC stages do not cause land transformation.

The tables below allow comparison among domestic and foreign natural gas supply pathways, with and without CCS. The NGCC plant would use the same amount of natural gas for the with-



*Final Report: NGCC-LCA*

CCS cases as for the without-CCS cases. As a result, comparing **Table 3-14** and **Table 3-15**, the transformed land area per reference flow for all facilities in LC Stages #1 and 2 would be the same between the without and with CCS cases. Transformed land area Stage #3 facilities, which have reference flows that depend on power output from the NGCC, are consequently higher for the with CCS case, relative to the without CCS case. Similar trends are shown for the foreign natural gas profiles.

**Table 3-14 Total Transformed Land Area: Domestic Natural Gas Supply Without CCS Case**

| Category | | LC Stage #1: Well Extraction | LC Stage #2: Pipeline Transport | LC Stage #3: NGCC | LC Stage #3: Trunkline |
|---|---|---|---|---|---|
| Units per Reference Flow | | $m^2$/kg NG extracted | $m^2$/kg NG transported | $m^2$/MWh | $m^2$/MWh |
| Land Use Category | Grassland, Tropical | 0 | 0 | 0 | 0 |
| | Forest, Tropical | 0 | 0 | 0 | 0 |
| | Grassland, Temperate | 4.65E-04 | 3.54E-04 | 1.27E-04 | 4.98E-05 |
| | Forest, Temperate | 2.25E-04 | 4.91E-04 | 1.99E-04 | 7.78E-05 |
| | Agriculture | 2.77E-04 | 3.00E-04 | 0 | 0 |
| Total Transformed Land Area | | 9.67E-04 | 1.15E-03 | 3.26E-04 | 1.28E-04 |

**Table 3-15 Total Transformed Land Area: Domestic Natural Gas Supply With CCS Case**

| Category | | LC Stage #1: Well Extraction | LC Stage #2: Pipeline Transport | LC Stage #3: NGCC | LC Stage #3: CCS Pipeline | LC Stage #3: Trunkline |
|---|---|---|---|---|---|---|
| Units per Reference Flow | | $m^2$/kg NG extracted | $m^2$/kg NG transported | $m^2$/MWh | $m^2$/MWh | $m^2$/MWh |
| Land Use Category | Grassland, Tropical | 0 | 0 | 0 | 0 | 0 |
| | Forest, Tropical | 0 | 0 | 0 | 0 | 0 |
| | Grassland, Temperate | 4.65E-04 | 3.54E-04 | 1.49E-04 | 9.04E-03 | 5.83E-05 |
| | Forest, Temperate | 2.25E-04 | 4.91E-04 | 2.33E-04 | 1.41E-02 | 9.12E-05 |
| | Agriculture | 2.77E-04 | 3.00E-04 | 0 | 0 | 0 |
| Total Transformed Land Area | | 9.67E-04 | 1.15E-03 | 3.83E-04 | 2.32E-02 | 1.50E-04 |



*Final Report: NGCC-LCA*

**Table 3-16 Total Transformed Land Area: Foreign Natural Gas Supply Without CCS**

| Category | | LC Stage #1: Pipeline | LC Stage #1: LNG Facility | LC Stage #1: Regasification Facility | LC Stage #2: NG Pipeline | LC Stage #3: NGCC | LC Stage #3: Trunk-line |
|---|---|---|---|---|---|---|---|
| Units per Reference Flow | | $m^2$/kg NG extracted | $m^2$/kg NG extracted | $m^2$/kg NG transported | $m^2$/kg NG transported | $m^2$/MWh | $m^2$/MWh |
| Land Use Category | Grassland, Tropical | 2.08E-05 | 2.23E-05 | 0 | 0 | 0 | 0 |
| | Forest, Tropical | 6.58E-05 | 7.05E-05 | 0 | 0 | 0 | 0 |
| | Grassland, Temperate | 0 | 0 | 0 | 1.41E-05 | 1.27E-04 | 4.98E-05 |
| | Forest, Temperate | 0 | 0 | 0 | 2.20E-05 | 1.99E-04 | 7.78E-05 |
| | Agriculture | 0 | 0 | 3.26E-04 | 0 | 0 | 0 |
| Total Transformed Land Area | | 8.65E-05 | 9.28E-05 | 3.26E-04 | 3.60E-05 | 3.26E-04 | 1.28E-04 |

**Table 3-17 Total Transformed Land Area: Foreign Natural Gas Supply With CCS Case**

| Category | | LC Stage #1: Pipeline | LC Stage #1: LNG Facility | LC Stage #2: Regasification Facility | LC Stage #1: NG Pipeline | LC Stage #3: NGCC | LC Stage #3: CCS Pipeline | LC Stage #3: Trunkline |
|---|---|---|---|---|---|---|---|---|
| Units per Reference Flow | | $m^2$/kg NG extracted | $m^2$/kg NG extracted | $m^2$/kg NG transported | $m^2$/kg NG transported | $m^2$/MWh | $m^2$/MWh | $m^2$/MWh |
| Land Use Category | Grassland, Tropical | 2.08E-05 | 2.23E-05 | 0 | 0 | 0 | 0 | 0 |
| | Forest, Tropical | 6.58E-05 | 7.05E-05 | 0 | 0 | 0 | 0 | 0 |
| | Grassland, Temperate | 0 | 0 | 0 | 1.41E-05 | 1.49E-04 | 9.04E-03 | 5.83E-05 |
| | Forest, Temperate | 0 | 0 | 0 | 2.20E-05 | 2.33E-04 | 1.41E-02 | 9.12E-05 |
| | Agriculture | 0 | 0 | 3.83E-04 | 0 | 0 | 0 | 0 |
| Total Transformed Land Area | | 8.65E-05 | 9.28E-05 | 3.83E-04 | 3.60E-05 | 3.83E-04 | 2.32E-02 | 1.50E-04 |



*Final Report: NGCC-LCA*

### 3.5.5 Land Use GHG Emissions Results

The total land use GHG emissions for all LC Stages combined, on a kg per MWh delivered basis, are shown in **Figure 3-17**. As shown, GHG emissions for the domestic natural gas extraction pathway are approximately the same as for foreign extraction. Note that the gross land required for the domestic extraction pathway is approximately double that of the foreign case (see previous discussion). The surprisingly similar results are caused primarily by differences in the vegetation types that would be disturbed under the domestic versus foreign pathways. Although the domestic pathway would disturb significantly more land area, the domestic pathway would also result in substantially more carbon uptake, as compared to the foreign pathway. Sequestration occurs because the analysis assumes that pipeline installation would not result in permanent land use change. To the contrary, it is assumed that pipelines would be installed underground, resulting in removal of surface vegetation and initial upset of soils. However, after two years, it is assumed that the initial land use would return to the disturbed area, and would resume carbon sequestration into biomass and soil organic matter. These areas would continue to sequester carbon for the remainder of the study period (28 years), according to country, state, and vegetation-specific carbon sequestration rates as documented for RFS2.

Similar to transformed land area, land use GHG emissions for the with-CCS cases are substantially higher than the without-CCS cases. Both the with- and without-CCS cases are assumed to require the same amount of natural gas, over the course of the study period. However, the with-CCS cases have reduced generation capacity, as compared to the without-CCS cases, and it is this disparity that is responsible for the difference between the with- and without-CCS cases, on a per MWh delivered basis. Installation of the $CO_2$ pipeline under the with-CCS case also contributes substantially to land use GHG emissions for the with-CCS cases. More precisely, destruction of a substantial amount of existing forest during CCS pipeline installation would not be fully offset by carbon uptake during the remainder of the study period. Therefore, GHG emissions associated with temperate forest loss under the domestic and foreign with-CCS cases contribute substantially to total land use GHG emissions.

*Final Report: NGCC-LCA*



**Figure 3-17 Total Land Use GHG Emissions (kg CO₂e/MWh)**

Table 3-18 through

**Table** 3-21 provide additional detail regarding how each of the facilities would cause land use related GHG emissions, for domestic and foreign natural gas profiles, with and without CCS. These tables show land use GHG emissions on the basis of the reference flow for each LC stage. LC Stages #4 and #5 are not shown, because no new facilities would be installed under these two stages, therefore, these two LC stages do not cause land use related GHG emissions.

The tables below allow comparison among domestic and foreign natural gas supply pathways, with and without CCS.  The NGCC plant would use the same amount of natural gas for the with-CCS cases as for the without-CCS cases.  As a result, comparing **Table 3-18** and **Table 3-19**, the land use GHG emissions per reference flow for all facilities in LC Stages #1 and 2 would be the same between the without- and with- CCS cases.  GHG emissions for Stage #3 facilities, which have reference flows that depend on power output from the NGCC, are consequently higher for the with CCS case, relative to the without-CCS case. Similar trends are shown for the foreign natural gas profiles.



*Final Report: NGCC-LCA*

**Table 3-18 Total Land Use GHG Emissions: Domestic Natural Gas Supply Without CCS Case**

| Category | | LC Stage #1: Well Extraction | LC Stage #2: Pipeline Transport | LC Stage #3: NGCC | LC Stage #3: Trunkline |
|---|---|---|---|---|---|
| Units per Reference Flow | | kg CO$_2$e/kg NG extracted | kg CO$_2$e /kg NG transported | kg CO$_2$e /MWh | kg CO$_2$e /MWh |
| Land Use Category | Grassland, Tropical | 0 | 0 | 0 | 0 |
| | Forest, Tropical | 0 | 0 | 0 | 0 |
| | Grassland, Temperate | 1.43E-03 | -1.07E-03 | 4.54E-04 | 1.77E-04 |
| | Forest, Temperate | 8.77E-03 | 6.03E-03 | 9.79E-03 | 3.83E-03 |
| | Agriculture | 0 | 0 | 0 | 0 |
| Total Transformed Land Area | | 1.02E-02 | 4.96E-03 | 1.02E-02 | 4.00E-03 |

**Table 3-19 Total Land Use GHG Emissions: Domestic Natural Gas Supply With CCS Case**

| Category | | LC Stage #1: Well Extraction | LC Stage #2: Pipeline Transport | LC Stage #3: NGCC | LC Stage #3: CCS Pipeline | LC Stage #3: Trunkline |
|---|---|---|---|---|---|---|
| Units per Reference Flow | | kg CO$_2$e /kg NG extracted | kg CO$_2$e /kg NG transported | kg CO$_2$e /MWh | kg CO$_2$e /MWh | kg CO$_2$e /MWh |
| Land Use Category | Grassland, Tropical | 0 | 0 | 0 | 0 | 0 |
| | Forest, Tropical | 0 | 0 | 0 | 0 | 0 |
| | Grassland, Temperate | 1.43E-03 | -1.07E-03 | 5.32E-04 | 3.22E-02 | 2.08E-04 |
| | Forest, Temperate | 8.77E-03 | 6.03E-03 | 1.15E-02 | 6.95E-01 | 4.49E-03 |
| | Agriculture | 0 | 0 | 0 | 0 | 0 |
| Total Transformed Land Area | | 1.02E-02 | 4.96E-03 | 1.20E-02 | 7.28E-01 | 4.69E-03 |



*Final Report: NGCC-LCA*

**Table 3-20 Total Land Use GHG Emissions: Foreign Natural Gas Supply Without CCS Case**

| Category | | LC Stage #1: Pipeline | LC Stage #1: LNG Facility | LC Stage #1: Regasification Facility | LC Stage #2: NG Pipeline | LC Stage #3: NGCC | LC Stage #3: Trunkline |
|---|---|---|---|---|---|---|---|
| Units per Reference Flow | | kg CO$_2$e /kg NG extracted | kg CO$_2$e /kg NG extracted | kg CO$_2$e /kg NG transported | kg CO$_2$e /kg NG transported | kg CO$_2$e /MWh | kg CO$_2$e /MWh |
| Land Use Category | Grassland, Tropical | -2.10E-04 | 2.98E-04 | 0 | 0 | 0 | 0 |
| | Forest, Tropical | -6.04E-04 | 4.34E-03 | 0 | 0 | 0 | 0 |
| | Grassland, Temperate | 0 | 0 | 0 | 3.62E-05 | 4.54E-04 | 1.77E-04 |
| | Forest, Temperate | 0 | 0 | 0 | 9.53E-06 | 9.79E-03 | 3.83E-03 |
| | Agriculture | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Transformed Land Area | | -8.15E-04 | 4.64E-03 | 0 | 4.58E-05 | 1.02E-02 | 4.01E-03 |

**Table 3-21 Total Transformed Land Area: Foreign Natural Gas Supply With CCS Case**

| Category | | LC Stage #1: Pipeline | LC Stage #1: LNG Facility | LC Stage #1: Regasification Facility | LC Stage #2: NG Pipeline | LC Stage #3: NGCC | LC Stage #3: CCS Pipeline | LC Stage #3: Trunk-line |
|---|---|---|---|---|---|---|---|---|
| Units per Reference Flow | | kg CO$_2$e /kg NG extracted | kg CO$_2$e /kg NG extracted | kg CO$_2$e /kg NG transported | kg CO$_2$e /kg NG transported | kg CO$_2$e /MWh | kg CO$_2$e /MWh | kg CO$_2$e /MWh |
| Land Use Category | Grassland, Tropical | -2.10E-04 | 2.98E-04 | 0 | 0 | 0 | 0 | 0 |
| | Forest, Tropical | -6.04E-04 | 4.34E-03 | 0 | 0 | 0 | 0 | 0 |
| | Grassland, Temperate | 0 | 0 | 0 | 3.62E-05 | 5.32E-04 | 3.22E-02 | 2.08E-04 |
| | Forest, Temperate | 0 | 0 | 0 | 9.53E-06 | 1.15E-02 | 6.95E-01 | 4.49E-03 |
| | Agriculture | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Transformed Land Area | | -8.15E-04 | 4.64E-03 | 0 | 4.58E-05 | 1.20E-02 | 7.28E-01 | 4.69E-03 |



*Final Report: NGCC-LCA*

## 3.6   Comparative Results

This section compares the cost and environmental results for four scenarios (two NGCC cases combined with two natural gas supply cases).

### 3.6.1   Comparative LCC Results

Natural gas is a commodity and so the price of natural gas paid by an NGCC facility does not change with respect to the extraction source of the natural gas. The LCC results of this analysis focus on NGCC with and without CCS and do not provide comparisons between imported and domestic natural gas.

Fuel costs are the largest contributor to the LCOE of both NGCC cost scenarios. The CCS system increases the LCOE of NGCC power by 52 percent.  This increase is due partly to the increased natural gas consumption rate per MWh of electricity, which is caused by the auxiliary power requirements of the CCS system.  The increased LCOE of the CCS scenario is also due to the additional capital and operating costs of the CCS system.  A summary of the LCOE by cost component for each case is given in **Table 3-22**, and represented graphically in **Figure 3-18**.

**Table 3-22 Comparison of the LCOE Results for the NGCC Cases without and with CCS**

| LCOE ($/kWh) | NGCC wo-CCS | NGCC w-CCS | Change |
|---|---|---|---|
| Capital | $0.016 | $0.037 | 139% |
| Fixed O&M | $0.004 | $0.008 | 100% |
| Variable O&M | $0.002 | $0.004 | 103% |
| Fuel O&M | $0.046 | $0.054 | 17% |
| Total LCOE | $0.068 | $0.103 | 52% |

*Final Report: NGCC-LCA*



**Figure 3-18 Comparative LCOE ($/kWh) for NGCC with and without CCS**



*Final Report: NGCC-LCA*

### 3.6.1.1 *Comparative GHG Results*

**Figure 3-19** compares the GHG emissions (kg $CO_2e$/MWh delivered) for the four cases of this analysis, which are based on two natural gas supply scenarios (imported natural gas via the LNG route and domestic natural gas) and two NGCC scenarios (with and without CCS).

For the imported and domestic cases *without* CCS, the total LC GHG emissions are 533 and 488 kg $CO_2e$/MWh, respectively. For the imported and domestic cases *with* CCS, the total LC GHG emissions are 215 and 162 kg $CO_2e$/MWh, respectively. The use of CCS at the NGCC plant results in a 60 percent reduction in total LC GHG emissions for the imported natural gas pathway and a 67 percent reduction for the domestic natural gas pathway. CCS results in significant GHG reductions at the NGCC plant, but it also reduces the overall efficiency of the NGCC plant. Based on equal amounts of natural gas combustion, an NGCC plant with CCS produces only 86 percent of the electricity produced by an NGCC plant without CCS. Since this analysis uses a functional unit of the delivery of one MWh of electricity, the efficiency loss caused by the CCS system in Stage #3 translates to higher burdens for upstream processes (Stage #1 and Stage #2).

The capture of $CO_2$ at the NGCC plant (Stage #3) accounts for the majority of LC GHG reductions. However, there are other activities upstream from the energy conversion facility for which carbon capture is not feasible. In particular, the combustion of natural gas during the liquefaction of natural gas accounts for 49 percent of the GHG emissions within Stage #1 of imported natural gas. Since liquefaction is not required for the domestic natural gas scenarios, based on a the functional unit of 1 MWh of delivered electricity, the Stage #1 GHG emissions for imported natural gas are 1.9 times higher than the Stage #1 GHG emissions for domestic natural gas.

Pipeline methane emissions are another significant source of GHG emissions, especially on the basis of the percent share of GHG emissions for the CCS scenarios. For the scenarios without CCS, methane emissions from pipeline transport (Stage #2) account for 1.2 to 3.9 percent of total life cycle $CO_2e$ emissions. For the scenarios with CCS, methane emissions from pipeline transport (Stage #2) account for 3.6 to 14 percent of total life cycle $CO_2e$ emissions. The domestic natural gas pathways represent the high boundary of these ranges because they have a longer pipeline transportation distance than the imported natural gas pathways. More details on the sensitivity between pipeline distance and methane emissions are provided in **Section 3.7.2**.

Based on the scope and boundaries of this analysis, sulfur hexafluoride emissions are not a large contributor to total GHG emissions. $SF_6$ emissions account for less than one percent of LC GHG emissions for cases without CCS and approximately 2 percent of LC GHG emissions for cases with CCS. Therefore, even when multiplied by its relatively large GWP (22,800 $CO_2e$) (IPCC, 2007), $SF_6$ emissions are overshadowed by other LC GHG emissions. The insignificant contribution of SF6 emissions to the total LC GHG emissions is illustrated by the short bars shown in Stage #4 (electricity transmission and distribution) **Figure 3-19**.



Case No. 1:20-cv-02484-MSK Document 85-2 filed 05/06/21 USDC Colorado pg 128 of 549

**Figure 3-19 Comparative GHG Emissions (kg $CO_2$e/MWh Delivered) for NGCC with and without CCS**



*Final Report: NGCC-LCA*

### 3.6.1.2 *Comparative Air Pollutant Emissions*

**Figure 3-20** and **Figure 3-21** compare the non-GHG air pollutants on a kg/MWh delivered energy basis. These figures allow a comparison of imported vs. domestic natural gas as well as a comparison of cases without CCS and cases with CCS.

Non-GHG emissions are dominated by CO and $NO_x$, which arise from the combustion of fuels (natural gas, diesel, and heavy fuel oil) by the primary activities throughout LC Stages #1, #2, and #3 as well as by secondary fuel and material production activities. $SO_x$ emissions arise from the combustion of diesel and heavy fuel oil in LC Stages #1 and #2, as well as from the secondary production of electricity used by the pipeline operations of Stage #2. $NH_3$ emissions result from liquefaction (Stage #1 for imported natural gas) and NGCC plant operations. Lead and Hg emissions do not represent a significant contribution to the LC emissions of any of the scenarios of this analysis and are highly concentrated in construction activities.

A comparison of **Figure 3-20** and **Figure 3-21** demonstrates that the addition of CCS does not result in a significant change to the non-GHG emissions. The slightly higher non-GHG emissions from the CCS cases are due to the normalization of the LC results to the functional unit of one MWh of delivered electricity (due to the decreased NGCC efficiency caused by the CCS system, more natural gas is combusted by the CCS cases than the cases that do not have CCS).



**Figure 3-20 Comparison of Air Emissions (kg/MWh Delivered Energy) for NGCC without CCS**



*Final Report: NGCC-LCA*

**Figure 3-21 Comparison of Air Emissions (kg/MWh Delivered Energy) for NGCC with CCS**

### 3.6.1.3 *Comparative Water Withdrawal and Consumption*

The LC results for water withdrawal and consumption are shown in **Figure 3-22**. The LC water consumed by the cases with CCS are approximately two times higher than the LC water consumed by the cases without CCS. This difference is due to the water requirements of the CCS system. The Econamine FG Plus[SM] process requires cooling water to reduce the flue gas temperature from 57°C to 32°C, cool the solvent (the reaction between $CO_2$ and the amine solvent is exothermic), remove the heat input from the additional auxiliary loads, and remove the heat in the $CO_2$ compressor intercoolers (NETL, 2010; Reddy, Johnson et al., 2008).

The extraction of natural gas (Stage #1) also results in significant water withdrawal and consumption. On the basis of one MWh of delivered electricity, the water consumed during the extraction of natural gas is approximately four times higher for domestic natural gas than for imported natural gas. This analysis assumes that imported natural gas is extracted solely from offshore extraction sites, while domestic natural gas is a mix of extraction sites with offshore extraction representing only 12 percent of domestic natural gas extraction. The data used by this analysis indicate that offshore extraction processes consume less water than onshore extraction processes, which partly due to the ability of offshore platforms to extract water from the natural gas reservoir and re-inject used water back into the reservoir.



**Figure 3-22 Comparative Water Withdrawal and Consumption for NGCC with and without CCS**



*Final Report: NGCC-LCA*

3.6.1.4 *Comparative Land Use Transformation*

The total transformed land area for all LC stages combined is shown in **Figure 3-23,** on a per MWh delivered basis. Land use change for the case with CCS is higher than that of the case without CCS. This is due to the additional land area required for the CCS pipeline, as well as the parasitic load of the CCS, which results in reduced power plant output. The majority of additional land use change is from grassland and forest.



**Figure 3-23 Total Transformed Land Area for NGCC with and without CCS**

## 3.7   Sensitivity Analysis

Sensitivity analysis is a "what-if" analysis approach that identifies the impact of system parameters, including assumptions, on the final results. The outcome of a sensitivity analysis is the knowledge of the magnitude of the change of an output for a given variation of a system parameter. A final result is said to be sensitive to a parameter if a small change in the parameter gives the result of a larger change in a final result.

Another application for sensitivity analysis is when uncertainty exists about a parameter. Reasons for the uncertainty could be due to, among others, an absence of data regarding the construction estimates for an energy conversion facility or a questionable emissions profile for a specific piece of equipment. Knowing the effect that a parameter has on final results can therefore reduce the uncertainty about the parameter.

### 3.7.1   Sensitivity Analysis of Cost Assumptions

To test the sensitivity of LCC for the NGCC cases with and without CCS, capital costs, variable O&M costs, fuel costs, and tax rates were varied (**Table 3-23**).



*Final Report: NGCC-LCA*

**Table 3-23 LCC Uncertainty Analysis Parameters**

| Parameter | Uncertainty Range |
|-----------|-------------------|
| Capital Costs | +/-30% |
| Variable O&M Costs | +/-30% |
| Natural Gas Price | +/-50% |
| Total Tax Rate | +/-10% |
| Capacity Factor | +/-5% |

The sensitivity of the LCC results to the fluctuation of capital and variable O&M costs was analyzed by inflating and deflating each by a factor of 30 percent, based on the Baseline Report's stated accuracy rating (NETL, 2010). This 30-percent range was applied to the capital costs for all major components of the LC, as well as the $CO_2$ pipeline and injection well for the case with CCS.

The price of natural gas is volatile, so a large uncertainty range of +/- 50 percent was applied around the 2010 average cost of $5.00/MMBtu.

The total tax rate used for the base case is 38 percent. This was varied by +/-10 percent. The range is 28 percent on the low side and 48 percent on the high side to account for possible fluctuation in taxes at both the Federal and state levels.

For the base case, the capacity factor is set at 85 percent. To test the sensitivity of the LCC to a change in the capacity factor, the capacity factor was varied from 80 percent to 90 percent.

### 3.7.1.1 *Sensitivity Analysis Results for Case 1: NGCC without CCS*

The results for the NGCC case without CCS uncertainty analysis indicate that the LCOE is most responsive to the change in natural gas price, followed by capital costs. Changes to the other cost parameters cause the LCOE results to change by 2 percent or less.

When the price for natural gas is increased by 50 percent, LCOE costs increase by 34 percent. Similarly, a 50 percent decrease in the natural gas price causes a 34 percent decrease in LCOE for NGCC without CCS. The range of COE for NGCC without CCS is $0.0445 to $0.0908 per kWh.

An increase and decrease in capital costs of 30 percent for all major components included in the analysis increased and decreased the total LC LCOE by +/- 7 percent. This translates to a range from $0.0630/kWh to $0.0723/kWh.

Varying the capacity factor by +/-5 percent from the base case 85 percent causes total LCOE to increase or decrease by less than 2 percent. This translates to a range of $0.0666/kWh to $0.0689/kWh.



*Final Report: NGCC-LCA*

Increasing the total tax rate (Federal plus state) by +/-10 percent resulted in a percent increase of 2.4 percent and a percent decrease of 1.8 percent.  The range for this is $0.0665/kWh to $0.0693/kWh.

Variable O&M costs increased and decreased by 30 percent, causing a change in the total LCOE for the case by less than one percent in both directions.  LCOE costs when O&M costs are increased and decreased had a range from $0.0671/kWh to $0.0682/kWh.

The ranges for LCOE results for NGCC without CCS with respect to changes in cost parameters are shown in **Figure 3-24** and **Figure 3-25**.



**Figure 3-24 Uncertainty Analysis LCOE Ranges for the NGCC Case without CCS**

1. Natural gas price is varied by +/- 50 percent.
2. Capital costs are a result of varying the base case capital costs by +/-30 percent.
3. Total taxes represent a variation in base case taxes of +/-10 percent.
4. Capacity factor represents the analysis of the case varying the capacity factor +/-5 of the base case.
5. O&M costs are a result of varying the base case variable O&M costs by +/-30 percent.

*Final Report: NGCC-LCA*



**Figure 3-25 Percent Change due to Uncertainty Analysis from Base Case LCOE for the NGCC Case without CCS**

1. Natural gas price is varied by +/- 50 percent.
2. Capital costs are a result of varying the base case capital costs by +/-30 percent.
3. Total taxes represent a variation in base case taxes of +/-10 percent.
4. Capacity factor represents the analysis of the case varying the capacity factor +/-5 of the base case.
5. O&M costs are a result of varying the base case variable O&M costs by +/-30 percent.

### 3.7.1.2 *Uncertainty Analysis Results for Case 2: NGCC with CCS*

Similar to the LCOE uncertainty results for NGCC without CCS, the results for the NGCC with CCS indicate that the LCOE is most responsive to the change in natural gas price, followed by capital costs. The LCOE results are not as sensitive to changes in other cost parameters.

When the price for natural gas is increased by 50 percent, LCOE costs increase by 26 percent. Similarly, a 50 percent decrease in the natural gas price causes a 26 percent decrease in LCOE for NGCC without CCS. The range of COE for NGCC without CCS is $0.0760 to $0.130 per kWh.

An increase and decrease in capital costs of 30 percent for all major components included in the analysis increased and decreased the total LC LCOE by +/- 11 percent.  This translates to a range from $0.0920/kWh to $0.114/kWh.



*Final Report: NGCC-LCA*

Varying the capacity factor by +/-5 percent from the base case 85 percent causes total LCOE to increase or decrease by approximately 2.5 percent. This translates to a range of $0.101/kWh to $0.106/kWh.

Increasing the total tax rate (Federal plus state) by +/-10 percent resulted in a percent increase of 3.8 percent and a percent decrease of 2.7 percent. The range for this is $0.100/kWh to $0.107/kWh.

Variable O&M costs were increased and decreased by 30 percent, causing a change in the total LCOE for the case by approximately one percent in both directions. LCOE costs when O&M costs are increased and decreased had a range from $0.102/kWh to $0.104/kWh.

The ranges for LCOE results for NGCC without CCS with respect to changes in cost parameters are shown in **Figure 3-26** and **Figure 3-27**.



**Figure 3-26 Uncertainty Analysis LCOE Results for the NGCC Case with CCS**

1. Natural gas price is varied by +/- 50 percent.
2. Capital costs are a result of varying the base case capital costs by +/-30 percent.
3. Total taxes represent a variation in base case taxes of +/-10 percent.
4. Capacity factor represents the analysis of the case varying the capacity factor +/-5 of the base case.
5. O&M costs are a result of varying the base case variable O&M costs by +/-30 percent.

*Final Report: NGCC-LCA*



**Figure 3-27 Percent Change from Base Case LCOE for the NGCC Case with CCS**

1. Capital costs are a result of varying the base case capital costs by +/- 30 percent.
2. Capacity factor represents the analysis of the case varying the capacity factor +/-5 of the base case.
3. O&M costs are a result of varying the base case variable O&M costs by +/- 30 percent.
4. Total taxes represent a variation in base case taxes of +/-10 percent.
5. High price case represents the use of AEO 2008 high price case natural gas values rather than the AEO 2008 reference case values used in the base case.

### 3.7.2  Sensitivity Analysis of LCI Assumptions

For this study, sensitivity analysis is performed on a few key parameters listed in **Table 3-24**. These parameters were chosen based on perceived impact and data quality.



*Final Report: NGCC-LCA*

**Table 3-24 Sensitivity Analysis Parameters**

| Parameter | Stages Effected | Value in Model | Sensitivity Range/Value | Source/Reasoning |
|---|---|---|---|---|
| Materials | 1, 2, 3 | Totals for steel, concrete, etc. | 3 times increase material amount (200 percent) | Arbitrary range to account for replacement parts, missed data |
| Tanker Transport Distance | 2 | 2260 miles | 10,000 miles | Miles to transport LNG from Egypt instead of Trinidad |
| NG Pipeline Distance | 2 | 900 miles | 450 miles | Decrease pipeline transport of domestic pathway by 50%, making it comparable to the Stage #2 pipeline distance for imported NG |

### 3.7.2.1 *Construction Material Contributions*

The effect of an additional three times the material input on GHG emissions for both NGCC cases are shown in **Table 3-25**. Stage #1, Stage #2, Stage #3, and total (all stages) emissions are shown; the GHG emissions for the remaining stages were not varied from the base case values.



*Final Report: NGCC-LCA*

**Table 3-25 GHG Emissions (kg CO₂e/MWh) for Cases Without CCS and Sensitivity of Increase in Construction Requirements**

| Emissions (kg CO₂e /MWh) | Stage #1: Raw Material Acquisition | | | Stage #2: Material Transport | | | Stage #3: Energy Conversion Facility (w/o CCS) | | | Stage #4: Transmission & Distribution | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Base | 3 × Base | % Increase | Base | 3 × Base | % Increase | Base | 3 × Base | % Increase | Base | Base | 3 × Base | % Increase |
| **NGCC with Imported NG without CCS** | | | | | | | | | | | | | |
| CO₂ | 1.05E+02 | 1.06E+02 | 1.09% | 1.42E+00 | 1.58E+00 | 10.76% | 3.93E+02 | 3.94E+02 | 0.21% | 0 | 4.99E+02 | 5.01E+02 | 0.43% |
| N₂O | 3.61E-01 | 3.72E-01 | 3.10% | 1.06E-03 | 3.30E-03 | 210.03% | 3.90E-03 | 1.22E-02 | 212.68% | 0 | 3.66E-01 | 3.88E-01 | 5.94% |
| CH₄ | 2.39E+01 | 2.39E+01 | 0.13% | 6.62E+00 | 6.63E+00 | 0.05% | 1.49E-02 | 4.44E-02 | 197.31% | 0 | 3.05E+01 | 3.06E+01 | 0.21% |
| SF₆ | 3.29E-03 | 3.68E-03 | 11.99% | 2.05E-04 | 2.05E-04 | 0.00% | 7.81E-03 | 8.57E-03 | 9.77% | 3.27E+00 | 3.28E+00 | 3.28E+00 | 0.04% |
| Total GWP | 1.29E+02 | 1.30E+02 | 0.92% | 8.05E+00 | 8.21E+00 | 1.97% | 3.93E+02 | 3.94E+02 | 0.22% | 3.27E+00 | 5.33E+02 | 5.35E+02 | 0.41% |
| **NGCC with Domestic NG without CCS** | | | | | | | | | | | | | |
| CO₂ | 2.08E+01 | 2.31E+01 | 10.97% | 3.95E+00 | 4.18E+00 | 5.91% | 3.93E+02 | 3.94E+02 | 0.21% | 0 | 4.18E+02 | 4.21E+02 | 0.80% |
| N₂O | 2.01E-01 | 2.23E-01 | 11.17% | 1.27E-03 | 4.02E-03 | 216.01% | 3.90E-03 | 1.22E-02 | 212.68% | 0 | 2.06E-01 | 2.39E-01 | 16.26% |
| CH₄ | 4.77E+01 | 4.78E+01 | 0.13% | 1.92E+01 | 1.92E+01 | 4.19% | 1.43E-02 | 4.44E-02 | 209.70% | 0 | 6.69E+01 | 6.70E+01 | 0.14% |
| SF₆ | 5.31E-03 | 6.27E-03 | 18.03% | 2.05E-04 | 2.05E-04 | 0.00% | 7.81E-03 | 8.57E-03 | 9.77% | 3.27E+00 | 3.28E+00 | 3.28E+00 | 0.05% |
| Total GWP | 6.88E+01 | 7.11E+01 | 3.45% | 2.32E+01 | 2.34E+01 | 4.50% | 3.93E+02 | 3.94E+02 | 0.22% | 3.27E+00 | 4.88E+02 | 4.92E+02 | 0.71% |



*Final Report: NGCC-LCA*

**Table 3-26 GHG Emissions (kg CO₂e/MWh) for Cases With CCS and Sensitivity of Increase in Construction Requirements**

| Emissions (kg CO$_2$e /MWh) | Stage #1: Raw Material Acquisition | | | Stage #2: Material Transport | | | Stage #3: Energy Conversion Facility (w/o CCS) | | | Stage #4: Transmission & Distribution | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Base | 3 × Base | % Increase | Base | 3 × Base | % Increase | Base | 3 × Base | % Increase | Base | Base | 3 × Base | % Increase |
| **NGCC with Imported NG without CCS** | | | | | | | | | | | | | |
| CO$_2$ | 1.23E+02 | 1.24E+02 | 1.09% | 1.67E+00 | 1.85E+00 | 10.76% | 5.13E+01 | 5.24E+01 | 2.21% | 0 | 1.76E+02 | 1.78E+02 | 1.51% |
| N$_2$O | 4.23E-01 | 4.36E-01 | 3.10% | 1.25E-03 | 3.86E-03 | 210.03% | 6.07E-03 | 1.90E-02 | 213.62% | 0 | 4.30E-01 | 4.59E-01 | 6.67% |
| CH$_4$ | 2.80E+01 | 2.81E+01 | 0.13% | 7.76E+00 | 7.77E+00 | 0.05% | 1.95E-02 | 5.73E-02 | 193.64% | 0 | 3.58E+01 | 3.59E+01 | 0.22% |
| SF$_6$ | 3.85E-03 | 4.31E-03 | 11.99% | 2.40E-04 | 2.40E-04 | 0.00% | 9.11E-03 | 9.92E-03 | 8.93% | 3.27E+00 | 3.28E+00 | 3.28E+00 | 0.04% |
| Total GWP | 1.51E+02 | 1.52E+02 | 0.92% | 9.43E+00 | 9.62E+00 | 1.97% | 5.13E+01 | 5.25E+01 | 2.31% | 3.27E+00 | 2.15E+02 | 2.18E+02 | 1.29% |
| **NGCC with Domestic NG without CCS** | | | | | | | | | | | | | |
| CO$_2$ | 2.44E+01 | 2.71E+01 | 10.97% | 4.62E+00 | 4.90E+00 | 5.91% | 5.13E+01 | 5.24E+01 | 2.21% | 0 | 8.03E+01 | 8.44E+01 | 5.09% |
| N$_2$O | 2.35E-01 | 2.61E-01 | 11.17% | 1.49E-03 | 4.71E-03 | 216.01% | 6.07E-03 | 1.90E-02 | 213.62% | 0 | 2.43E-01 | 2.85E-01 | 17.49% |
| CH$_4$ | 5.59E+01 | 5.60E+01 | 0.13% | 2.25E+01 | 2.25E+01 | 0.02% | 1.95E-02 | 5.73E-02 | 193.64% | 0 | 7.85E+01 | 7.86E+01 | 0.15% |
| SF$_6$ | 6.22E-03 | 7.34E-03 | 18.03% | 2.40E-04 | 2.40E-04 | 0.00% | 9.11E-03 | 9.92E-03 | 8.93% | 3.27E+00 | 3.28E+00 | 3.29E+00 | 0.06% |
| Total GWP | 8.06E+01 | 8.34E+01 | 3.45% | 2.71E+01 | 2.74E+01 | 1.03% | 5.13E+01 | 5.25E+01 | 2.31% | 3.27E+00 | 1.62E+02 | 1.67E+02 | 2.62% |



*Final Report: NGCC-LCA*

From the calculation of total GWP, it can be see that, although the percentage increase of individual pollutants can be large, a 200 percent increase in construction materials causes a 0.4 to 0.7 percent increase for the NGCC without CCS scenarios, and a 1.3 to 2.6 percent for the NGCC with CCS scenarios. This is because $CO_2$ emissions are dominated by the operation unit processes which include the combustion of fuels and are not directly related to construction materials. Therefore, construction material inputs have little impact on the overall GWP of the NGCC scenarios.

**Table 3-27** and **Table 3-28** show the sensitivity of non-GHG air pollutants to material inputs for NGCC cases without and with CCS, respectively. Mercury, Pb, and PM (and, to a lesser extent, $SO_x$, and CO) show significant *percent* increases because they are highly-concentrated in the cradle-to-gate profiles of construction materials such as concrete, steel plate, steel pipe, aluminum sheet, and cast iron.



*Final Report: NGCC-LCA*

**Table 3-27 Air Pollutants (kg/MWh) for Cases Without CCS and Sensitivity of Increase in Construction Requirements**

| Emissions (kg/MWh) | Stage #1: Raw Material Acquisition | | | Stage #2: Material Transport | | | Stage #3: Energy Conversion Facility (w/o CCS) | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Base | 3 × Base | % Increase | Base | 3 × Base | % Increase | Base | 3 × Base | % Increase | Base | 3 × Base | % Increase |
| **NGCC with Imported NG without CCS** | | | | | | | | | | | | |
| Pb | 6.56E-07 | 1.92E-06 | 191.97% | 1.65E-07 | 4.95E-07 | 199.61% | 2.71E-06 | 3.60E-06 | 32.72% | 3.53E-06 | 6.01E-06 | 70.08% |
| Hg | 4.18E-08 | 9.68E-08 | 131.59% | 5.17E-09 | 1.39E-08 | 169.17% | 2.46E-08 | 7.37E-08 | 200.00% | 7.15E-08 | 1.84E-07 | 157.80% |
| NH₃ | 9.58E-02 | 9.58E-02 | 0.01% | 7.12E-07 | 2.07E-06 | 190.88% | 1.88E-02 | 1.88E-02 | 0.01% | 1.15E-01 | 1.15E-01 | 0.01% |
| CO | 9.14E-02 | 9.85E-02 | 7.85% | 4.84E-04 | 1.43E-03 | 196.32% | 3.12E-03 | 8.78E-03 | 181.20% | 9.50E-02 | 1.09E-01 | 14.51% |
| NOₓ | 2.29E-01 | 2.34E-01 | 2.00% | 3.77E-04 | 9.81E-04 | 160.59% | 3.05E-02 | 3.25E-02 | 6.50% | 2.60E-01 | 2.67E-01 | 2.76% |
| SO₂ | 1.18E-02 | 1.47E-02 | 24.52% | 3.01E-04 | 6.28E-04 | 108.56% | 1.19E-03 | 3.55E-03 | 199.65% | 1.33E-02 | 1.89E-02 | 42.02% |
| VOC | 4.69E-02 | 4.71E-02 | 0.48% | 1.47E-05 | 2.03E-05 | 37.50% | 3.72E-05 | 1.11E-04 | 200.00% | 4.70E-02 | 4.73E-02 | 0.65% |
| PM | 4.97E-04 | 1.37E-03 | 175.81% | 6.49E-05 | 1.92E-04 | 196.03% | 3.74E-04 | 1.12E-03 | 200.00% | 9.36E-04 | 2.69E-03 | 186.88% |
| **NGCC with Domestic NG without CCS** | | | | | | | | | | | | |
| Pb | 1.94E-06 | 5.81E-06 | 199.18% | 1.65E-07 | 4.95E-07 | 199.61% | 2.71E-06 | 3.60E-06 | 32.72% | 4.82E-06 | 9.90E-06 | 105.47% |
| Hg | 7.18E-08 | 1.78E-07 | 147.72% | 5.17E-09 | 1.39E-08 | 169.19% | 2.46E-08 | 7.37E-08 | 200.00% | 1.02E-07 | 2.66E-07 | 161.46% |
| NH₃ | 1.10E-06 | 1.74E-06 | 58.27% | 1.99E-06 | 5.90E-06 | 196.74% | 1.88E-02 | 1.88E-02 | 0.01% | 1.88E-02 | 1.88E-02 | 0.03% |
| CO | 4.35E-02 | 5.59E-02 | 28.49% | 6.23E-04 | 1.85E-03 | 197.14% | 3.12E-03 | 8.78E-03 | 181.20% | 4.72E-02 | 6.65E-02 | 40.81% |
| NOₓ | 4.82E-01 | 4.97E-01 | 3.09% | 7.80E-04 | 2.19E-03 | 180.97% | 3.05E-02 | 3.25E-02 | 6.50% | 5.13E-01 | 5.31E-01 | 3.56% |
| SOₓ | 5.87E-03 | 1.09E-02 | 84.95% | 3.15E-04 | 6.68E-04 | 112.42% | 1.19E-03 | 3.55E-03 | 199.65% | 7.37E-03 | 1.51E-02 | 104.57% |
| VOC | 3.81E-01 | 3.81E-01 | 0.13% | 1.59E-05 | 2.38E-05 | 49.45% | 3.72E-05 | 1.11E-04 | 200.00% | 3.81E-01 | 3.82E-01 | 0.15% |
| PM | 1.02E-03 | 2.99E-03 | 194.00% | 6.50E-05 | 1.92E-04 | 196.03% | 3.74E-04 | 1.12E-03 | 200.00% | 1.46E-03 | 4.31E-03 | 195.63% |

**Table 3-28 Air Pollutants (kg/MWh) for Cases With CCS and Sensitivity of Increase in Construction Requirements**

| Emissions (kg/MWh) | Stage #1: Raw Material Acquisition | | | Stage #2: Material Transport | | | Stage #3: Energy Conversion Facility (w/o CCS) | | | Total | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Base | 3 × Base | % Increase | Base | 3 × Base | % Increase | Base | 3 × Base | % Increase | Base | 3 × Base | % Increase |
| **NGCC with Imported NG without CCS** | | | | | | | | | | | | |
| Pb | 7.69E-07 | 2.24E-06 | 191.97% | 1.94E-07 | 5.80E-07 | 199.61% | 3.09E-06 | 4.73E-06 | 53.07% | 4.05E-06 | 7.55E-06 | 86.43% |
| Hg | 4.90E-08 | 1.13E-07 | 131.59% | 6.05E-09 | 1.63E-08 | 169.17% | 3.50E-08 | 1.05E-07 | 199.95% | 9.01E-08 | 2.35E-07 | 160.70% |
| $NH_3$ | 1.12E-01 | 1.12E-01 | 0.01% | 8.35E-07 | 2.43E-06 | 190.88% | 2.03E-02 | 2.03E-02 | 0.01% | 1.33E-01 | 1.33E-01 | 0.01% |
| CO | 1.07E-01 | 1.15E-01 | 7.85% | 5.67E-04 | 1.68E-03 | 196.32% | 4.50E-03 | 1.26E-02 | 179.13% | 1.12E-01 | 1.30E-01 | 15.68% |
| $NO_x$ | 2.69E-01 | 2.74E-01 | 2.00% | 4.41E-04 | 1.15E-03 | 160.59% | 3.42E-02 | 3.68E-02 | 7.73% | 3.03E-01 | 3.12E-01 | 2.88% |
| $SO_2$ | 1.39E-02 | 1.73E-02 | 24.52% | 3.53E-04 | 7.37E-04 | 108.56% | 1.66E-03 | 4.95E-03 | 198.68% | 1.59E-02 | 2.29E-02 | 44.58% |
| VOC | 5.50E-02 | 5.52E-02 | 0.48% | 1.73E-05 | 2.37E-05 | 37.50% | 4.74E-05 | 1.30E-04 | 173.16% | 5.50E-02 | 5.54E-02 | 0.64% |
| PM | 5.83E-04 | 1.61E-03 | 175.81% | 7.61E-05 | 2.25E-04 | 196.03% | 5.53E-04 | 1.66E-03 | 199.94% | 1.21E-03 | 3.49E-03 | 188.10% |
| **NGCC with Domestic NG without CCS** | | | | | | | | | | | | |
| Pb | 2.27E-06 | 6.80E-06 | 199.18% | 1.94E-07 | 5.81E-07 | 199.61% | 3.09E-06 | 4.73E-06 | 53.07% | 5.56E-06 | 1.21E-05 | 117.97% |
| Hg | 8.42E-08 | 2.09E-07 | 147.72% | 6.06E-09 | 1.63E-08 | 169.19% | 3.50E-08 | 1.05E-07 | 199.95% | 1.25E-07 | 3.30E-07 | 163.36% |
| $NH_3$ | 1.29E-06 | 2.04E-06 | 58.27% | 2.33E-06 | 6.92E-06 | 196.74% | 2.03E-02 | 2.03E-02 | 0.01% | 2.03E-02 | 2.03E-02 | 0.04% |
| CO | 5.10E-02 | 6.55E-02 | 28.49% | 7.31E-04 | 2.17E-03 | 197.14% | 4.50E-03 | 1.26E-02 | 179.13% | 5.62E-02 | 8.02E-02 | 42.75% |
| $NO_x$ | 5.65E-01 | 5.82E-01 | 3.09% | 9.14E-04 | 2.57E-03 | 180.97% | 3.42E-02 | 3.68E-02 | 7.73% | 6.00E-01 | 6.22E-01 | 3.62% |
| $SO_x$ | 6.88E-03 | 1.27E-02 | 84.95% | 3.69E-04 | 7.83E-04 | 112.42% | 1.66E-03 | 4.95E-03 | 198.68% | 8.91E-03 | 1.85E-02 | 107.25% |
| VOC | 4.47E-01 | 4.47E-01 | 0.13% | 1.86E-05 | 2.79E-05 | 49.45% | 4.74E-05 | 1.30E-04 | 173.16% | 4.47E-01 | 4.47E-01 | 0.15% |
| PM | 1.19E-03 | 3.51E-03 | 194.00% | 7.61E-05 | 2.25E-04 | 196.03% | 5.53E-04 | 1.66E-03 | 199.94% | 1.82E-03 | 5.39E-03 | 195.89% |



*Final Report: NGCC-LCA*

### 3.7.2.2 *LNG Tanker Distance*

This analysis assumes that imported natural gas is transported from Trinidad & Tobago a distance of approximately 2,260 miles to the coast of Louisiana.  This assumption was made because the majority of LNG imports into the United States come from Trinidad & Tobago; however, these imports could come from other areas of the world.  The second largest overseas supplier of natural gas to the U.S. is Egypt, at an approximate distance of 10,000 miles from from the United States.  Therefore, sensitivity was run to determine the impact LNG tanker distance has on the overall results.

Increasing the one-way tanker distance from 2,260 to 10,000 miles (a 342 percent increase) increases total life cycle GHG emissions by 7.8 percent. In the base case, LNG tanker transport accounts for only 2.1 percent of life cycle GHG emissions, which explains why a large increase in LNG transport distance causes a disproportionately small increase in LNG transport burdens. The relative contribution of LNG tanker transport for the base and high distance cases is illustrated in **Figure 3-28**.



**Figure 3-28 Sensitivity of GWP to Changes in 10,000 Mile LNG Tanker Transport Distance, kg/MWh Transported**

**Figure 3-29** shows that the life cycle profile of non-GHG emissions is more sensitive to an increase in LNG transport distance. When LNG tanker transport is increased to 10,000 miles, LNG tanker transport is the largest contributor of life cycle CO and NOx emissions. These CO and $NO_X$ emissions are a product of diesel combustion during LNG tanker transport.



Figure 3-29 Stage #2 Non-GHG Emission Increases Due to Increased LNG Tanker Travel, kg/kg LNG

Final Report: NGCC-LCA

### 3.7.2.3 *Pipeline Distance*

Pipeline distance was decreased in Stage #2 for the domestic pathways, where pipelines are used to carry natural gas from natural gas extraction and processing sites to the NGCC plant.  This sensitivity was analyzed because the default pipeline transportation distance for Stage #2 is significantly higher for the domestic pathway than for the imported pathway (971 km vs. 335 km).  Thus, a sensitivity analysis of this parameter allows an evaluation of the extent to which a longer pipeline transportation distance adversely affects the LC results for the domestic pathways.

When the pipeline distance for domestic natural gas is reduced from 971 to 335 km, the total life cycle GHG emissions decrease by 3.2 percent.  For the NGCC case without CCS using domestic natural gas, pipeline transport of natural gas accounts for 4.7 percent of life cycle GHG emissions, so even large changes to pipeline distances result in disproportionately smaller changes to total life cycle GHG emissions.  The sensitivity between pipeline distance and life cycle GHG emissions is illustrated in **Figure 3-30.**



**Figure 3-30 Life Cycle GHG Reductions from Domestic NGCC Power without CCS Due to  Reduced LC Stage #2 Pipeline Distances**

A reduction in pipeline distance does not significantly affect non-GHG emissions.  Most of the energy required for the transport of natural gas via pipeline is generated from the combustion of natural gas, which has characteristically low emissions of Pb, Hg, CO, $NO_X$ and other non-GHG emissions.  The differences between non-GHG emissions for the two pipeline scenarios are illustrated in **Figure 3-31**.



**Figure 3-31 Stage #2 Non-GHG Emission Decreases Due to Decreased Pipeline Distance for Domestic NG, kg/MWh**

The above results represent the sensitivity of the domestic natural gas pipeline for an NGCC plant that does not use CCS. However, the results for the NGCC plant with CCS lead to similar results for all metrics except for $CO_2$. Since Stage #3 of the NGCC scenario with CCS captures 90 percent of $CO_2$ from NGCC combustion, the sensitivity between pipeline distance and pipeline-related $CO_2$ emissions is more pronounced for the CCS cases than for the non-CCS cases.



# 4.0 Summary

This study compares the LCI&C of two NGCC plants, with and without CCS. It was shown that CCS can be added to an NGCC facility to reduce the LC GWP. However, although CCS removes 90 percent of the $CO_2$ emissions from the NGCC facility, for this particular case the GWP impacts of Stage #1 and Stage #2 bring the total GWP reduction to only 61 to 71 percent. This is due to the environmental burdens of natural gas extraction, the $CO_2$ emissions during natural gas liquefaction (applicable only to imported natural gas pathways), and material losses during pipeline transport of natural gas. These results suggest that to further reduce the total LC GWP of NGCC life cycles, one would need to focus on carbon mitigation technologies during Stage #1 and Stage #2.

Additionally, adding CCS increases the LCOE by 42 percent, from approximately $0.09/MWh to $0.13/MWh of delivered electricity. This indicates that advancements in CCS technologies that reduce the capital investment and operating costs would most significantly reduce the overall cost differences between the two cases.

Other tradeoffs from the addition of CCS included more water and land use. Approximately 44 percent more water is needed for cooling applications during the carbon capture process. This result suggests that depending on the location of the NGCC plant, including (or retrofitting) with CCS may not be practical due to limited water supply. Additional land use is needed to install the $CO_2$ pipeline, which is assumed to impact grass and forest land. Investors and decision makers can use the results presented in this report to weigh the benefits of carbon mitigation to the additional cost of investing in CCS technology. Additionally, these results suggest that investment in research and development (R&D) to advance CCS technologies and lower capital investment costs will have a positive effect on reducing the difference in LCOE between the cases. Non-GHG emissions do not vary much between the cases indicating that no additional air pollutant benefits are achieved due to the inclusion of CCS.

Sensitivity analysis was performed on several cost and environmental inventory parameters. Capital costs and high price case feedstock/utility costs have the largest impact on LCOE. This indicates that investors will need to take care when analyzing capital cost parameters for a given NGCC plant. Additionally, these results highlight the uncertainty of natural gas feed prices and the impact they can have on the overall economics of an NGCC plant.

Sensitivity on environmental parameters was performed on construction material inputs, LNG tanker travel distance, and natural gas pipeline distance. Minor changes to the LC results were observed when the amount of construction materials were increased by a factor of three, indicating that a high degree of uncertainty for construction material inputs does not contribute to high uncertainty in total LC results. In particular, GHG emissions are not significantly affected by a three-fold increase in construction material inputs, demonstrating a 0.4 to 0.6 percent increase in total $CO_2e$ for scenarios without CCS and a 1.7 to 2.0 percent increase in total $CO_2e$ for scenarios with CCS. Increases in heavy metal, CO, and $SO_x$ emissions were observed due to their dominance in the upstream profiles for construction materials; the affect of these non-GHG emissions cannot be evaluated further without conducting an impact analysis. Sensitivity analysis of tanker transport distance showed a large impact on Stage #2 GWP and non-GHG air emissions when distance is increased from delivery from Trinidad versus Egypt. Overall, increasing transport distance from 2,260 to 10,000 miles increases the total GWP for both cases



(with and without CCS) by 23.5 percent and eight percent, respectively. Additionally, reducing the pipeline distance between regasification facility and the NGCC plant reduces the $CH_4$, $NO_X$, and CO emissions in Stage #2. These results give further proof that Stage #1 and Stage #2 processes have large impacts on the overall GWP and environmental burden of the NGCC cases.



# 5.0 Air Emissions and Water for Delivered Natural Gas

The above results are on the basis of one MWh of delivered electricity and aggregate the six extraction sources for domestic natural gas. The air emissions and water flows per delivery of one kilogram of natural gas for each of the five domestic sources as well as imported natural gas are shown in **Table 5-1**. These results represent the first two life cycle stages: raw material extraction and raw material transport.

**Table 5-1 Environmental Burdens for Acquisition and Transport of NG from Eight Sources, kg/kg Delivered Natural Gas**

| Emission or Water Flow | Domestic NG | | | | | | | Imported NG |
|---|---|---|---|---|---|---|---|---|
| | Conv. Onshore | Conv. Offshore | Assoc. Gas | Barnett Shale | Marcellus Shale | CBM | Tight Gas | Offshore |
| **GHG Emissions** | | | | | | | | |
| $CO_2$ | 1.93E-01 | 1.58E-01 | 1.50E-01 | 1.68E-01 | 1.70E-01 | 1.60E-01 | 1.60E-01 | 7.20E-01 |
| $N_2O$ | 4.92E-06 | 6.25E-06 | 3.50E-06 | 4.23E-06 | 1.11E-05 | 3.82E-06 | 3.82E-06 | 8.26E-06 |
| $CH_4$ | 2.16E-02 | 7.42E-03 | 1.12E-02 | 2.13E-02 | 2.08E-02 | 1.13E-02 | 2.14E-02 | 8.30E-03 |
| $SF_6$ | 2.70E-10 | 6.77E-11 | 1.47E-10 | 6.90E-09 | 9.94E-10 | 3.23E-10 | 2.18E-10 | 1.04E-09 |
| $CO_2e$ | 7.33E-01 | 3.45E-01 | 4.32E-01 | 7.02E-01 | 6.92E-01 | 4.44E-01 | 6.96E-01 | 9.30E-01 |
| **Non-GHG Air Emissions** | | | | | | | | |
| Pb | 2.03E-08 | 1.73E-09 | 9.02E-09 | 1.06E-08 | 1.33E-08 | 2.53E-08 | 1.56E-08 | 5.58E-09 |
| Hg | 5.62E-10 | 5.19E-11 | 2.52E-10 | 8.85E-10 | 4.40E-10 | 6.98E-10 | 4.33E-10 | 3.19E-10 |
| $NH_3$ | 1.67E-08 | 1.40E-08 | 1.49E-08 | 3.94E-08 | 2.01E-08 | 1.75E-08 | 1.59E-08 | 6.51E-04 |
| CO | 3.67E-04 | 3.30E-05 | 3.30E-04 | 2.66E-04 | 3.48E-04 | 3.82E-04 | 3.51E-04 | 6.24E-04 |
| $NO_X$ | 3.95E-03 | 1.22E-04 | 3.90E-03 | 3.00E-03 | 3.94E-03 | 3.97E-03 | 3.93E-03 | 1.56E-03 |
| $SO_2$ | 2.75E-05 | 6.02E-06 | 1.29E-05 | 1.18E-04 | 3.21E-05 | 3.39E-05 | 2.14E-05 | 8.24E-05 |
| VOC | 3.31E-03 | 2.67E-04 | 1.00E-03 | 3.30E-03 | 3.16E-03 | 1.02E-03 | 3.31E-03 | 3.19E-04 |
| PM | 1.02E-05 | 7.53E-07 | 4.47E-06 | 6.11E-06 | 6.78E-06 | 1.28E-05 | 7.84E-06 | 3.82E-06 |
| **Water** | | | | | | | | |
| Water Withdrawal | 7.99E-01 | 2.07E-02 | 7.36E-01 | 2.65E+00 | 9.76E-01 | 1.53E-01 | 1.57E+00 | 4.05E-01 |
| Water Outfall | 1.31E+00 | 7.40E-01 | 1.29E+00 | 1.43E+00 | 1.56E-01 | 6.12E+00 | 4.05E-01 | 1.08E+00 |
| Water Consumption | -5.08E-01 | -7.19E-01 | -5.53E-01 | 1.22E+00 | 8.20E-01 | -5.97E+00 | 1.17E+00 | -6.74E-01 |

**Figure 5-1** shows the upstream (extraction and transportation to plant gate) global warming potential of each natural gas source expressed in terms of kg $CO_2e$ per unit energy in MMBtu. The domestic pathways show a significantly lower GWP than imported LNG.



**Figure 5-1 Comparative Upstream Global Warming Potential by Natural Gas Source**



*Final Report: NGCC-LCA*

# 6.0 Recommendations

Based on the results from this study, the following recommendations are made for consideration during future LCI&C studies:

- Comparison of the results in the present study to other existing and advanced electricity generation technologies would provide more insight into overall LC environmental and economic benefits/tradeoffs between several options.

- Future analysis on carbon mitigation strategies that could be applied to the liquefaction facility and whether those technologies could be used to reduce the overall GWP of an NGCC process.

- Detailed analysis of the quantity and type of water resources available to the energy conversion facility would add insight into the ability to retrofit or build with CCS technology. If water is available at a higher cost, the consideration of this during LCC may add further insight.

- Detailed cost analysis of fuel production (upstream of the energy conversion facility) would add value to the LCC and provide a clear distinction between LCOE for the plant and LC LCOE.

- Inclusion of specific data for the carbon sequestration (i.e., injection) components would add value to the power generation cases with CCS.

- Little impact was seen from the inclusion of the $CO_2$ pipeline installation, deinstallation, and operations. The identification of a specific sequestration location and distance from the power facility would verify (or disprove) the LC contributions of the pipeline. Additionally, knowing the capacity of the sequestration site may indicate that, in future studies, more than one sequestration location will need to be utilized throughout the study period.



# 7.0 References

ALL Consulting (2004). Coal Bed Methane Primer: New Source of Natural Gas -- Environmental Implications. February, 2004.

ALNG (2006). Atlantic LNG: Company of Trindad and Tobago  [cited May 13 2009]  Available from: http://www.atlanticlng.com/.

Argonne National Laboratory (2008). Transportation Technology R&D Center, DOE H2A Delivery Analysis  [cited November 11th, 2008]  Available from: http://www.transportation.anl.gov/modeling_simulation/h2a_delivery_analysis/.

Arnold (1999). Surface Production Operations: Design of gas-handling systems and facilities. Gulf Professional Publishing. Houston, Texas. 1999.

API (2009). Compendium of Greenhouse Gas Emissions for the Oil and Natural Gas Industry. API. Washington, DC. 2009. http://www.api.org/ehs/climate/new/upload/2009_GHG_COMPENDIUM.pdf (Accessed May 18, 2010)EPA AP-42

Bare, Jane C., Norris, Gregory A., Pennington, David W., et al. (2003). "TRACI: The Tool for the Reduction and Assessment of Chemical and Other Environmental Impacts". Journal of Industrial Ecology 6 (3-4):49-78. http://www.epa.gov/ORD/NRMRL/std/sab/traci/index.html

Bergerson, Joule Andrea. (2005). Future Electricity Generation: An Economic and Environmental Perspective on Near-, Mid- and Long-Term Technology Options and Policy Implementations, Carnegie Mellon University, Pittsburgh, Pennsylvania.

Canals, L. M., Bauer, C., Depestele, J., et al. (2007). "Key Elements in a Framework for Land Use Impact Assessment within LCA". International Journal of Life Cycle Assessment 12:5-15.

ConocoPhillips,(2005). Dawmin LNG Operations Environmental Management Plan  [cited May 1 2009]  Available from: http://www.conocophillips.com.au/NR/rdonlyres/79B19009-8E3F-44A1-81A0-7E78F7227888/0/DLNGHSEPLN001_s05_r1.pdf.

Dennis (2005). Improved Estimates of Ton Miles. Journal of Transportation Statistics. Vol. 8, Issue 1. Bureau of Transportation Statistics, Washington, D.C. 2005.

DOE (1996). Buying an Energy-Efficient Electric Motor. Department of Energy, Industrial Technologies Program. 1996. http://www1.eere.energy.gov/industry/bestpractices/pdfs/mc-0382.pdf (Accessed May 18, 2010)\ EIA, 2007. Natural Gas Compressor Stations on the Interstate Pipeline Network: Developments Since 1996.

DOE (1997). Renewable Energy Technology Characterization. Department of Energy, Office of Utility Technologies, Energy Efficiency and Renewable Energy, Washington DC. Report Number TR-109496.

DOI (2001). Proposed Use of Floating Production, Storage, and Offloading Systems On the Gulf of Mexico Outer Continental Shelf. Department of the Interior, Minerals Management Services, New Orleans, Louisiana.  Report Number OCS EIS/EA MMS 2000-090.



EIA (2007). Annual Energy Outlook 2007 with Projections to 2030. Energy Information Administration. http://www.eia.doe.gov/oiaf/archive/aeo07/index.html. Report Number DOE/EIA-0383(2007).

EIA (2007b). http://tonto.eia.doe.gov/FTPROOT/features/ngcompressor.pdf. (Accessed May 18, 2010).

EIA (2008). Annual Energy Outlook 2008. Department of Energy, Energy Information Administration, Washington, D.C. Report Number DOE/EIA-0383.

EIA (2009a). Annual Energy Outlook 2009. Department of Energy, Energy Information Administration. http://www.eia.doe.gov/oiaf/aeo/index.html. DOE/EIA-0383(2009).

EIA (2009b). Natural Gas Annual 2007. Energy Information Administration, Office of Oil and Gas, Washington, DC. http://www.eia.doe.gov/pub/oil_gas/natural_gas/data_publications/natural_gas_annual/current/pdf/nga07.pdf. DOE/EIA-0131(07).

EIA (2009c). United States Total 2008: Distribution of Wells by Production Rate Bracket. Energy Information Administration. 2009.

EIA (2009d). *Natural Gas Year-In-Review*. http://www.eia.doe.gov/pub/oil_gas/natural_gas/feature_articles/2009/ngyir2008/ngyir2008.html (Accessed July 16, 2010).

EIA (2010). Personal communication with Damian Gaul, Natural Gas Division, Office of Oil and Gas, EIA. May 10, 2010.

EPA (1990). Clean Air Act. In Title 42, Chapter 85, Subchapter I, Part A, edited by U.S Environmental Protection Agency.

EPA (1995). Compilation of Air Pollutant Emission Factors, Volume I: Stationary Point and Area Sources, AP-42. US EPA Office of Air Quality Planniing and Standards. Research Triangle Park, North Carolina. 1995. http://www.epa.gov/ttnchie1/ap42 (Accessed May 18, 2010)

EPA (2006). Replacing Glycol Dehydrators with Desiccant Dehydrators, EPA, October 2006, Washington DC. http://www.epa.gov/gasstar/documents/ll_desde.pdf (Accessed June 1, 2010)

EPA (2007). SF6 Emission Reduction Partnership for Electric Power Systems : 2006 Annual Report. http://www.epa.gov/electricpower-sf6/documents/sf6_2006_ann_report.pdf.

EPA (2010). Inventory of Greenhouse Gas Emissions and Sinks: 1990-2008. U.S. EPA, Washington, D.C. April 15, 2010.

FERC (1995). Yukon Pacific LNG Project: Final Environmental Impact Statement. Office of Pipeline Regulation, Washington, DC. Report Number: FERC/EIS-0071.

GE Oil and Gas (2005). Reciprocating Compressors. General Electric Company. Florence, Italy. 2005.

Hayden, J., D. Pursell (2005). The Barnett Shale: Visitors Guide to the Hottest Gas Play in the US. Pickering Energy Partners. October 2005.



Houston Advanced Research Center (2006). Natural Gas Compressor Engine Survey for Gas Production and Processing Facilities, H68 Final Report. Houston Advanced Research Center. Houston, Texas. 2006. http://www.utexas.edu/research/ceer/GHG/files/ConfCallSupp/H068FinalReport.pdf (Accessed May 18, 2010)

ICF Consulting Ltd (2002). Unit Costs of Constructing New Transmission Assets at 380kV within the European Union, Norway, and Switzerland. DG TREN/European Commission. http://ec.europa.eu/energy/electricity/publications/doc/comp_cost_380kV_en.pdf. Study Contract NoTREN/CC/03-2002.

IPCC (2007). Climate Change 2007 Fourth Assessment Report. Edited by Intergovernmental Panel on Climate ChangeNew York: Cambridge University Press.

ISO (2006). Environmental management - Life Cycle assessment - Requirements and guidelines. International Standards Organization.  ISO - 14044:2006.

Jaramillo, Paulina. (2007). A Life Cycle Comparison of Coal and Natural Gas for Electricity Generation and the Production of Transportation Fuels, Civil and Environmental Engineering, Carnegie Mellon University, Pittsburgh, Pennsylvania.

Koellner, T. and Scholz, R.W. (2007). "Assessment of Land Use Impacts on the Natural Environment. Part 1: An Analytical Framework for Pure Land Occupation and Land Use Change". International Journal of Life Cycle Assessment 12:16-23.

Lunsford, K. (2006). Optimization of Amine Sweetening Units. Bryan Research and Engineering. 2006.

Mack, Stanley and Patchett, Joseph. (1997). SCR Catalyst Management Strategies to Reduce Operating Expenses. Paper presented at Conference on Selective Catalytic and Non-Catalytic Reduction for NOx Control.

Natural Gas.org (2004). Well Completion. http://naturalgas.org/naturalgas/well_completion.asp#liftingwell (Accessed July 1, 2010)

NETL (2010). Cost and Performance Baseline for Fossil Energy Plants: Volume 1. Department of Energy, National Energy Technology Laboratory, Pittsburgh, Pennsylvania.  Report Number DOE/NETL-2010/1397.

NETL (2012b). Quality Guidelines for Energy System Studies: Estimating Carbon Dioxide Transport and Storage Costs. Department of Energy, National Energy Technology Laboratory. Pittsburgh, Pennsylvania. Report Number DOE/NETL-2010/1447

NETL (2008). DOE/NETL's Power Systems Financial Model (PSFM)  [cited August 28, 2008] Available from: http://www.netl.doe.gov/technologies/coalpower/gasification/sys-analysis/.

NETL (2012). Role of Alternative Energy Sources: Natural Gas Technology Assessment Report. National Energy Technology Laboratory, Pittsburgh, Pennsylvania. DOE/NETL-2012/1539.



Offshore-technology.com (2010). Mars, Gulf of Mexico, USA. Net Resources International. http://www.offshore-technology.com/projects/mars/(Accessed June 11, 2010)

Polasek (2006). Selecting Amines for Sweetening Units. Bryan Research and Engineering. 2006.

Reddy, Satish, Johnson, Dennis and Gilmartin, John,(2008). Fluor's Econamine FG Plus[SM] Technology for $CO_2$ Capture at Coal-fired Power Plants. Fluors.

SCS (2008). LCSEA FRAMEWORK: Protocols for Conducting LCIA in Accordance with Draft ASTM E06.71.10. Scientific Certification Systems. http://www.scscertified.com/events/DOCS/AnnexA_LCSEA_0108F.pdf.

Stewart, E.J. (1994). Reduce Amine Plant Solvent Losses. Hydrocarbon Processing. Gulf Publishing. Houston, Texas. May 1994.

Tamura, I., Tanaka, T., Kagajo, T., et al. (2001). "Life Cycle $CO_2$ Analysis of LNG and City Gas". Applied Energy **68**:301-319.

URS (2005). Darwin LNG Plant Environmental Management Programme, Volume 1 - EMP Overview and Compliance Audit Register. URS Australia Pty Ltd.

U.S. Government Accountability Office (2010). Natural Gas Flaring and Venting: Opportunities to Improve Data and Reduce Emissions. Washington, D.C. July 2004. http://www.gao.gov/new.items/d04809.pdf (Accessed June 18, 2010)

Zecchino, Paul. (2008). Phone Conversation with HVB AE Power Systems, Ltd. Representative, October 24, 2008.

  the *WHITE HOUSE*    *PRESIDENT BARACK OBAMA*    

≡

# Briefing Room

Your Weekly Address

Speeches & Remarks

Press Briefings

**Statements & Releases**

White House Schedule

Presidential Actions

   Executive Orders

   Presidential Memoranda

   Proclamations

Legislation

   Pending Legislation

   Signed Legislation

   Vetoed Legislation

Nominations & Appointments

Disclosures

**The White House**
Office of the Press Secretary

For Immediate Release                                    March 31, 2015

SHARE THIS:

# FACT SHEET: U.S. Reports its 2025 Emissions Target to the UNFCCC



TWITTER

FACEBOOK

Case No. 1:20-cv-02484-MSK Document 87-2 filed 05/06/21 USDC Colorado    pg 158 of 549

### *State Department Submits President Obama's Ambitious 2025 Target to Cut U.S. Climate Pollution by 26-28 Percent from 2005 Levels*

To view the INDC submission, click **HERE**.

Building on the strong progress made under President Obama to curb the emissions that are driving climate change and lead on the international stage, today the United States submitted its target to cut net greenhouse gas emissions to the United Nations Framework Convention on Climate Change (UNFCCC). The submission, referred to as an Intended Nationally Determined Contribution (INDC), is a formal statement of the U.S. target, announced in China last year, to reduce our emissions by 26-28% below 2005 levels by 2025, and to make best efforts to reduce by 28%.

Last November, President Obama and President Xi – leaders of the largest economies and largest polluters – made the historic announcement of the respective post-2020 climate targets for the United States and China. For the first time, China committed to limit its greenhouse gas emissions, with a commitment to peak emissions around 2030 and to make best efforts to peak early, and to increase its share of non-fossil energy consumption to around 20 percent by 2030. Following that historic announcement, the European Union put forward an ambitious and achievable INDC to cut their emissions 40% by 2030. And just last week, Mexico announced that it would peak its overall net greenhouse gases by 2026, backed by strong unconditional policies and a new bilateral task force to drive climate policy harmonization with the United States.

With these actions, as well as strong INDCs submitted by Norway and Switzerland, countries representing over 50% of global $CO_2$ emissions have either announced or formally reported their targets. Today's action by the United States further demonstrates real momentum on the road to reaching a successful climate agreement this December in Paris and shows President Obama is committed to leading on the international stage.

The U.S. target will roughly double the pace of carbon pollution reduction in the United States from 1.2 percent per year on average during the 2005-2020 period to 2.3-2.8 percent per year on average between 2020 and 2025. This ambitious target is grounded in intensive analysis of cost-effective carbon pollution reductions achievable under existing law and will keep the United

States on the pathway to achieve deep economy-wide reductions of 80 percent or more by 2050. The Administration's steady efforts to reduce emissions will deliver ever-larger carbon pollution reductions, public health improvements, and consumer savings over time and provide a firm foundation to meet the new U.S. target.

## *Building on Progress*

Our leadership at the international level starts at home. In 2009, U.S. greenhouse gas emissions were projected to continue increasing indefinitely. When entering office, President Obama set an ambitious goal to cut emissions in the range of 17 percent below 2005 levels in 2020.  Throughout the first term, the Administration took strong actions to cut carbon pollution, including investing more than $80 billion in clean energy technologies under the Recovery Act, establishing historic fuel economy and appliance energy efficiency standards, doubling solar and wind electricity, and implementing ambitious energy efficiency measures.

Early in his second term, President Obama launched an ambitious Climate Action Plan focused on cutting carbon pollution, preparing the nation for climate impacts, and leading on the international stage to bring nations large and small to the table to pledge to act on climate change.  In addition to bolstering first-term efforts to ramp up renewable energy and efficiency, the Plan is cutting carbon pollution through new measures, including:

- *Clean Power Plan:* The Environmental Protection Agency (EPA) proposed guidelines for existing power plants in June 2014 that would reduce power sector emissions 30% below 2005 levels by 2030 while delivering $55-93 billion in annual net benefits from reducing carbon pollution and other harmful pollutants.

- *Standards for Heavy-Duty Engines and Vehicles:* In February 2014, President Obama directed EPA and the Department of Transportation to issue the next phase of fuel efficiency and greenhouse gas standards for medium- and heavy-duty vehicles by March 2016. These will build on the first-ever standards for medium- and heavy-duty vehicles (model years 2014 through 2018), proposed and finalized by this Administration.

- *Energy Efficiency Standards:* The Department of Energy set a goal of reducing carbon pollution by 3 billion metric tons cumulatively by 2030 through energy conservation standards issued during this Administration. The Department of Energy has finalized multiple measures addressing buildings sector emissions including energy conservation standards for 29 categories of appliances and equipment as well as a building code determination for commercial buildings. These measures will also cut consumers' annual electricity bills by billions of dollars.

- *Economy-Wide Measures to Reduce other Greenhouse Gases:* EPA and other agencies are taking actions to cut methane emissions from landfills, coal mining, agriculture, and oil and gas systems through cost-effective voluntary actions and common-sense regulations and standards.  At the same time, the State Department is working to slash global emissions of potent industrial greenhouse gases, called HFCs, through an amendment to the Montreal Protocol; EPA is cutting domestic HFC emissions through its Significant New Alternatives Policy (SNAP) program; and, the private sector has stepped up with commitments to cut global HFC emissions equivalent to 700 million metric tons through 2025.



**HOME**    **BRIEFING ROOM**    **ISSUES**    **THE ADMINISTRATION**    **PARTICIPATE**    **1600 PENN**

En Español  |  Accessibility  |  Copyright Information  |  Privacy Policy  |  USA.gov



United States Department of Agriculture

# Spruce Beetle Epidemic and Aspen Decline Management Response

## Final Environmental Impact Statement



**Forest Service**          **Grand Mesa, Uncompahgre,**          **February 2016**
                            **and Gunnison National Forests**

# SPRUCE BEETLE EPIDEMIC AND ASPEN DECLINE MANAGEMENT RESPONSE

## Final Environmental Impact Statement

## Delta County, Colorado

**Lead Agency:**  **USDA Forest Service**

**Responsible Official:**  **Scott Armentrout, Forest Supervisor**
**2250 Highway 50, Delta, CO 81416**

**For Information Contact:**  **Scott Williams**
**760-382-7371**
**scottwilliams@fs.fed.us**

**Abstract:** The Grand Mesa, Uncompahgre and Gunnison National Forests (GMUG) have prepared a Final Environmental Impact Statement (EIS) in compliance with the National Environmental Policy Act (NEPA) and other relevant Federal and State laws and regulations. Due to the ongoing spruce beetle epidemic and sudden aspen decline that is occurring across a broad landscape on the GMUG Forests, the GMUG proposes the Spruce Beetle Epidemic and Aspen Decline Management Response (SBEADMR) to adaptively implement vegetation management actions. The purpose and need is informed by the Western Bark Beetle Strategy (USDA 2011i) and guided by the GMUG National Forest Land and Resource Management Plan (Forest Plan), the National Cohesive Wildland Fire Management Strategy (USDA & USDI 2014), and other national-level policy and guidance. The focus of the proposed action is to actively manage spruce-fir and aspen vegetation to reduce hazards to the public and infrastructure, salvage dead and dying timber, reestablish forest cover and increase resiliency in green stands. Alternative 1 is the No Action Alternative. This alternative is used as a basis for comparing the effects of the Proposed Action and other alternatives. It assumes no implementation of any elements of the proposed action or other action alternatives. Alternative 2 is the Agency Preferred Action. This alternative uses an adaptive implementation approach to implement vegetation management activities across the landscape. Spruce stands with lower mortality would be partially harvested using uneven-aged management to increase spruce-fir resiliency. Both live green trees and pockets of dead and dying trees would be removed. In areas with higher overstory mortality, the amount of salvage harvest would increase. Aspen stands affected by sudden aspen decline would be prioritized for treatment with coppice cuts and/or prescribed fire, though selected aspen stands not currently affected would also be treated to increase resiliency. Alternative 3 focuses all proposed activities within the identified wildland urban interface (WUI) and roadside corridors. This Final EIS discloses the direct, indirect, and cumulative environmental impacts resulting from the action alternatives.

# SUMMARY

The Grand Mesa, Uncompahgre, and Gunnison National Forests (GMUG) propose to implement multiple vegetation management actions within the Spruce Beetle Epidemic and Aspen Decline Management Response (SBEADMR) project. This proposal is guided by the Ecological Restoration and Resilience Policy (FSM 2020), the GMUG National Forest Land and Resource Management Plan (Forest Plan), the National Cohesive Wildland Fire Management Strategy (USDA & USDI 2014), and it is adapted from the Western Bark Beetle Strategy (USDA 2011i).

The SBEADMR project proposes to treat spruce and aspen forests impacted by the ongoing spruce beetle epidemic and by sudden aspen decline (SAD), as well as those areas that are considered high risk for spruce beetle or SAD across the GMUG National Forests. The GMUG contains approximately 223,000 cumulative acres of spruce beetle mortality and 229,000 acres of affected aspen accumulated over the past decade, which corresponds to approximately 30% of the spruce-fir and aspen vegetation on the Forests. While insects and disease naturally occur in these ecosystems, prolonged drought and unusually high temperatures exacerbated these disturbances. The rate of change in tree mortality is extensive, and both the bark beetle infestation and SAD outbreak are likely to continue for several more years. The implications of these continued conditions include increased high mortality in spruce-dominated stands, decline of aspen stands, risk to the public and infrastructure from hazard trees, and changes in plant community and vegetation structure over time. Given the substantial mortality of spruce-fir and aspen forests on the GMUG over the past decade, and current Forest Plan direction, the need for the project is to manage forest vegetation to bring current and foreseeable conditions closer to desired conditions on landscapes available for active management. Furthermore, in the context of a changing climate conducive to more frequent and extensive wildfires in forests at high elevation *irrespective of tree condition* (Westerling et al. 2006, Agee 2007; Funk 2012; Rangwala and Rondeau), desired conditions for fire and fuels management include more locations across the landscape from which firefighters can safely and effectively manage or suppress fires for values at risk and/or resource benefit.

The purpose of the project is to reduce the safety threats of falling, dead trees and of managing wildfires in affected stands; treat affected stands via recovery of salvageable timber and subsequent re-establishment of desired forest conditions; and improve the resiliency of stands at-risk of insect and disease. In spruce stands, improved resiliency would be achieved via increasing diversity of age class and tree species. In aspen stands, resiliency treatments would be implemented to promote regeneration prior to full-stand mortality.

A maximum of 120,000 acres of National Forest System (NFS) lands –60,000 of commercial treatment and 60,000 of noncommercial treatment—within the GMUG are proposed under both action alternatives in this DEIS for treatments over an approximately 8-12 year implementation timeframe.

Comments on the proposed action, potential concerns, and opportunities for managing the SBEADMR project were solicited through varied public involvement and collaboration efforts. Those solicited for input included Forest Service resource specialists, tribal representatives, members of the public, other public agencies, adjacent property owners, and organizations. Methods used to request comments included: Publishing a Notice of Intent (NOI) in the Federal Register to prepare this Environmental Impact Statement (EIS); mailing a scoping letter that solicited comments to approximately 1,300 interested parties; conducting public meetings prior to and throughout the two-year planning process; publishing a Notice of Availability (NOA) in the Federal Register of the Draft EIS; mailing and e-mailing notice letters of the Draft EIS comment period to approximately 2,100 interested parties; and meetings with interested parties and individuals.

Comments received during scoping were used to help define issues, develop alternatives and mitigation measures, and analyze effects. Through review and analysis of the scoping comments, the Interdisciplinary Team (IDT) identified four substantial issues: (1) impacts from roads, (2) efficacy of resiliency treatments, (3) socioeconomic impacts to local communities, and (4) restricting treatments to address only public safety.

To address the issues, the IDT developed action alternatives, design features common to all action alternatives, and/or completed more analysis of the particular effect. The alternatives analyzed in detail in the Final EIS are briefly described as follows:

**Alternative 1: No Action** – The National Environmental Policy Act (NEPA) requires the study of the No Action Alternative and to use it as a basis for comparing the effects of the Proposed Action and other alternatives. This alternative assumes no implementation of the proposed action or any of the alternatives within the project area. Vegetation management would not take place unless authorized by other decisions. Vegetation structure would change over time through natural growth and mortality and events such as wildfires, storms, and insect or disease outbreaks. Under the No Action alternative, current management plans would continue to guide management of the project area. Routine activities not tied to this analysis such as scheduled road maintenance, treatment of noxious weeds, and fire suppression would also continue.

**Actions Common to All Action Alternatives**

Each action alternative proposed adaptive management implementation of a suite of treatments to address the effects of the spruce beetle epidemic and sudden aspen decline and promote resiliency to future insect outbreaks and disease.

Treatment methods used would consist of: 1) commercial mechanical treatment, which is ground-based mechanized timber cutting that produces a commercial product; SBEAMDR limits such to lands suitable for timber harvest; 2) non-commercial mechanical treatment, which is ground-based mechanized timber cutting that does not produce a commercial product, and includes use of mechanized equipment for tree cutting, mastication, and hand treatments using chainsaws; and 3) prescribed burning, which includes broadcast burning and pile burning. Both action alternatives

would use existing roads where possible and include some amount of road construction; all new roads would be decommissioned following project implementation.

The maximum total acres proposed for treatment is the same for both action alternatives, with 120,000 acres proposed for treatment across the life of this project. Approximately 4,000-6,000 acres of commercial harvest would be treated annually, and approximately 3,000-6,000 acres of non-commercial mechanical or prescribed burning treatments would be treated annually over the life of the project. While the maximum proposed treatment is the same, the *areas* where these treatments would be implemented differ by alternative.

Continued public participation during project implementation is a critical aspect of both action alternatives, and it is integrated into the adaptive implementation strategy.

**Alternative 2: Agency Preferred Action** – Alternative 2 analyzes 207,615 acres of potential disturbance acres. 190,014 of these acres are identified and analyzed as Priority Treatment Areas (PTAs), 17,388 acres as potential hazard tree treatments outside of PTAs, and 213 acres as potential new road disturbance outside of PTAs. Both PTAs and potential hazard tree treatments are located in spruce, aspen, and aspen-mix cover types. Of the PTA acres, approximately 59% (112,768 acres) are identified as commercially suitable timber acres, and 41% (77,246 acres) are identified for noncommercial treatment.

**Alternative 3: Wildland Urban Interface (WUI) Focus** – Alternative 3 shifts the geographic extent of treatments exclusively to 1) the wildland urban interface (WUI) and 2) outside the WUI, proximal to roads and additional human infrastructure. This alternative was developed to address public comments that proposed that treatments focus on public safety objectives.

The total area analyzed in Alternative 3 encompasses 127,023 acres. 102,159 of these acres are identified and analyzed as Priority Treatment Areas (PTAs), 24,695 acres as potential hazard tree treatments outside of PTAs, and 169 acres as potential new road disturbance outside of PTAs. Of the PTA acres, approximately 45% (45,967) are identified as commercially suitable timber acres, and 55% (56,192) are identified for noncommercial treatment. Both noncommercial and commercial PTAs in Alternative 3 total less than 60,000 acres, so treatments of hazard trees may or may not make up the difference. Depending on the extent of hazard trees within the identified roadside corridors over the life of the project, fewer total acres may be treated in Alternative 3, ranging from ~46,000-60,000 acres commercially to 56,192-60,000 acres noncommercially.

All treatment types and methods would remain the same as in Alternative 2.

Chapter 1 of this EIS identifies the purpose and need for the proposed actions as well as related National and Forest-level policy and direction. Given this purpose and need, the Deciding Official (Forest Supervisor) reviews the project record and analysis, the proposed action, issues identified during scoping, the alternatives, and the environmental consequences of implementing the proposed

Final Environmental Impact Statement
Spruce Beetle Epidemic and Aspen Decline Management Response

action and alternatives disclosed in this EIS. This forms the basis for the Deciding Official to make the following determinations:

- Whether or not the proposed action, alternatives, and effects analysis address the issues, are responsive to National policy/guidance/law and Forest Plan direction, and meet the purpose of and need for action described in the SBEADMR EIS;
- Whether or not the information in this analysis is sufficient to implement the proposed activities;
- Which actions, if any, to approve.

Final Environmental Impact Statement
Spruce Beetle Epidemic and Aspen Decline Management Response

# Table of Contents

**Summary**                                                                     **v**

**Chapter 1. Purpose and Need for Action**                                      **1**

  Document Structure                                                   1

  Background                                                           2

    Spruce                                                    3

    Aspen                                                     10

    Project Area                                              18

  Purpose and Need for Action                                          20

  Proposed Action                                                      21

  Management Direction and Strategies                                  21

    National Policy and Direction                            22

    National Strategy                                         23

    Forest Plan                                               23

  Decision Framework                                                   26

  Public Participation                                                 26

  Issues                                                               30

    Issue 1. Roads                                            31

    Issue 2. Effectiveness of Resiliency Treatments and the Need for Treatment   31

    Issue 3. Expanded Treatments to Provide Socioeconomic Benefits   32

    Issue 4. Treat Only for Human Health and Safety Purposes   33

  Other Related Efforts                                                33

**Chapter 2. Alternatives, Including the proposed action**                      **35**

  Introduction                                                         35

  Changes between the Draft and Final EIS                              35

  Alternatives Considered in Detail                                    36

    Alternative 1 (No Action Alternative)                     37

    Activities Common to All Action Alternatives              37

    Alternative 2 (Agency Preferred Action)                   54

    Alternative 3 (WUI Alternative)                           57

    Summary of Alternatives                                   61

Alternatives Considered but Eliminated from  Detailed Study          65

Comparison of Alternatives          68

**Chapter 3. Affected Environment and Environmental Consequences          75**

Changes between Draft and Final EIS          75

Introduction          76

  Geographic Areas - Grand Mesa          77

  Gunnison Basin North & South          79

  North Fork Valley          81

  San Juan          82

  Uncompahgre Plateau          84

Physical Environment          86

  Watershed and Soil Resources          86

  Transportation          197

  Air Quality          214

  Fire and Fuels          271

Biological Environment          337

  Compliance with Regulatory Direction          337

  Botany          338

  Noxious and Invasive Weeds          372

  Range          397

  Silviculture          399

  Wildlife          457

Social Environment          675

  Cultural          675

  Economics          685

  Recreation Use          711

  Scenic Quality and Visual Resources          732

Cumulative Effects – Actions Considered & Analysis Approach          741

Short-term Uses and Long-term Productivity          745

Unavoidable Adverse Effects          746

Irreversible and Irretrievable Commitments of Resources          746

Other Required Disclosures          747

Final Environmental Impact Statement
Spruce Beetle Epidemic and Aspen Decline Management Response

**Chapter 4. List of Preparers, Consultation and Coordination**  **749**

    A. PREPARERS  749

    B. GOVERNMENT AGENCIES AND TRIBAL GOVERNMENTS CONTACTED  750

**Index**  **755**

**Glossary**  **759**

**Bibliography / References**  **773**

# List of Tables

Table 1. Spruce-Fir Vegetation Characterization for the GMUG by Geographic Area, 2006. .................. 4

Table 2. Succession (Seral Stages) in Spruce-fir and Spruce-fir Aspen PNV Types by GA, 2006. .......... 5

Table 3. Current Aspen Vegetation Characterization for GMUG by Geographic Area, 2006. ................ 12

Table 4. Succession (Seral Stages) in Aspen PNV Types by GA, 2006. ...................................... 13

Table 5. Management Area Summary by Action Alternative. .................................................. 24

Table 6. Decision-Making Triggers for Adaptive Implementation in SBEADMR. ................................ 44

Table 7. Alternative 2: Summary of Analysis Acres ......................................................... 54

Table 8. Alternative 2: Summary of Analysis Acres by Geographic Area & Activity Type. ................. 55

Table 9. Alternative 2: Cover Type by PTA Treatment Category ............................................ 56

Table 10. Alternative 2 Maximum Road Treatments ......................................................... 57

Table 11. Alternative 3: Summary of Analysis Acres ...................................................... 58

Table 12. Alternative 3: Summary of Analysis Acres by Geographic Area & Activity Type. ............... 59

Table 13. Alternative 3: Cover Type by PTA Treatment Category ........................................... 60

Table 14. Alternative 3 Maximum Road Treatments ......................................................... 61

Table 15. Summary of Alternatives. ...................................................................... 61

Table 16. Comparison of Environmental Consequences of Alternatives. .................................... 68

Table 17. Indicators in each Watershed Condition Class Process Category ................................ 90

Table 18. Wetlands, Fens and Riparian Areas within the GMUG............................................. 95

Table 19. Minimum Horizontal Width of Water Influence Zones (WIZ). ..................................... 96

Table 20. Watershed Condition Class and Source Water Areas in Grand Mesa Watersheds ................. 101

Table 21. Streams in Grand Mesa Watersheds. ........................................................... 101

Table 22. Summary of "Aquatic Habitat Condition" Indicator for Grand Mesa Watersheds. ............. 102

Table 23. 303(d) Listed Impaired Waterbodies in Grand Mesa Watersheds.................................. 103

# CHAPTER 1. PURPOSE AND NEED FOR ACTION

## Document Structure _____

The Forest Service has prepared this Draft Environmental Impact Statement (DEIS) in compliance with the National Environmental Policy Act (NEPA) and other relevant Federal and State laws and regulations. This Environmental Impact Statement discloses the direct, indirect, and cumulative environmental impacts that would result from the proposed action and alternatives. The document is organized into four chapters:

*Chapter 1. Purpose and Need for Action:* The chapter includes information on the history of the project proposal, the purpose of and need for the project, and the agency's proposal for achieving that purpose and need. This section also details how the Forest Service informed the public of the proposal and how the public responded.

*Chapter 2. Alternatives, including the Proposed Action:* This chapter provides a more detailed description of the agency's proposed action as well as alternative methods for achieving the stated purpose. These alternatives were developed based on significant issues raised by the public and other agencies. This discussion also includes mitigation measures. Finally, this section provides a summary table of the environmental consequences associated with each alternative.

*Chapter 3. Affected Environment and Environmental Consequences:* This chapter describes the environmental effects of implementing the proposed action and other alternatives. This analysis is organized by resource area.

*Chapter 4. Interdisciplinary Team Membership:* This chapter provides a list of team members who participated to prepare this DEIS.

*Appendices:* The appendices provide more detailed descriptions of fundamental components of actions common to all alternatives.

*Index:* The index provides page numbers by topic.

Additional documentation, including more detailed analyses of project-area resources, may be found in the project planning record located at Grand Mesa, Uncompahgre, and Gunnison National Forests, 2250 Highway 50, Delta, CO 81416.

# Background _____

The Grand Mesa, Uncompahgre, and Gunnison (GMUG) National Forests are located on the western slope of the Southern Rockies and into the Colorado Plateau. Elevations of the 3,161,900 acre GMUG range from about 5,800 ft. (1,770 m) on the west foothills of Battlement Mesa, to over 14,200 ft. (4,330 m) on the high peaks of the San Juan and Saguache Mountains. All of the Grand Mesa, Uncompahgre, and Gunnison National Forests are on the western slope, as the Continental Divide forms the eastern and southeastern boundaries of the National Forests.

The GMUG includes diverse vegetation ranging from semi-desert, sagebrush, piñon-juniper, mountain shrublands, and ponderosa pine to lodgepole pine, Engelmann spruce, subalpine fir and quaking aspen to the alpine zone.

Annual precipitation on the GMUG ranges from about 10 inches (25.4 cm) per year in the bottom of the Gunnison Basin, to over 50 inches (127 cm) per year on the high peaks of the San Juan and Elk Mountains. Precipitation largely parallels elevation, with some notable exceptions in the rain shadows in the bottom of the Upper Gunnison Basin and the Cochetopa Hills area. Thus the higher precipitation areas are those associated by the higher mountain ranges – the Elk and West Elk Mountains, the San Juan Mountains, and the Grand and Battlement Mesas. The Cochetopa Hills and the Uncompahgre Plateau are on the low end of precipitation range for the Forests.

The GMUG has experienced approximately 223,000 cumulative acres of spruce beetle mortality and 229,000 acres of Sudden Aspen Decline accumulated over the past decade. Neighboring San Juan and Rio Grande National Forests have been experiencing a massive spruce beetle outbreak for the past decade.  The spruce beetles have spilled over the Continental Divide into the GMUG. From 2013-2014, the cumulative acreage affected by spruce beetles increased by approximately 64,000 acres on the GMUG (pers.comm. Tom Eager). The landscape south and east of Gunnison, Colorado bordering the Rio Grande National Forest, is one of the highest spruce mortality areas on the GMUG.  Mortality in spruce stands is expected to continue at relatively high levels for several years to come.

Similarly, aspen forests have been affected by Sudden Aspen Decline (SAD).  SAD was first noticed in southwestern Colorado in 2004 (Worrall et al. 2008). On the San Juan National Forest, large and growing patches with of crown thinning, branch dieback, and mortality were found. It occurred on a landscape scale and rapidly increased in area and severity. Over the next few years, SAD spread to the GMUG and throughout Colorado. Approximately 33% (over 229,000 acres) of the GMUG's 712,000 acres of aspen vegetation was affected from 2000 to 2010.  In 2009, the detection of new areas dropped considerably, and little new area has been mapped since then.  However, stands currently exhibiting SAD continue to decline.

Furthermore, these disturbances are occurring in the context of a changing climate. Over the past 100 years, Southwestern Colorado temperatures have increased, and modeled climate projections

for the region include warmer and longer frost-free summers, snowline moving up in elevation, earlier snowmelt, and consequently, a longer fire season.

Due to predicted warming, spruce beetle outbreaks could be more likely in the future. Higher summer temperatures can foster spruce beetle outbreaks by allowing beetles to reproduce every year rather than every two years (Bentz et al. 2010). Additionally, anticipated more frequent drought conditions place water-stressed stands at greater risk of insect and disease.

Climate changes could lead to larger fires and possibly fire with more high-severity area than in previous decades (Westerling et al. 2006, Agee 2007, Funk 2012). Modeled climate scenarios for the Gunnison Basin by 2035 indicate potential for the fire season to increase by one month; for fire frequency in high-elevation forests to increase from 4 to 12 times as often as experienced between 1971-2000; and for fire extent to increase from 6 to 11 times the extent burned between 1971-2000. These scenarios model severity and frequency irrespective of tree mortality (Rangwala and Rondeau, *Southwest Colorado Social-Ecological Climate Resilience (SECR) Project*).

The GMUG forest managers have developed the SBEADMR alternatives with the help of the public, partners, scientists and resource specialists to treat areas impacted by – and likely to be impacted by – insects and diseases in spruce and aspen forested ecotypes. The following sections contain a detailed description of the existing vegetation conditions in spruce-fir and aspen on the GMUG, the spruce beetle and SAD epidemics, and how changing climate impacts these species.

## Spruce

Engelmann spruce (*Picea engelmannii*) is an important species in the Southern Rockies. Engelmann spruce has value not only as timber, but also through the jobs and labor income connected to the harvesting of that value. The spruce-fir forests of the Southern Rockies provide "shade and shelter that help to maintain the winter snow pack and prevent quick runoff during the spring melt and summer storms" (Western Bark Beetle Strategy). Additionally, spruce-fir forests provide recreational opportunities to hikers, hunters, mountain bikers, campers, four-wheelers and skiers as well as outstanding scenic views. Engelmann spruce and subalpine fir on the GMUG serves as valuable habitat for the Canada lynx, a federally listed endangered species, plus several other species which are either endangered, threatened or under consideration of being protected. Additionally, spruce-fir stands also provide habitat for the main prey species of lynx (snowshoe hares) and its secondary prey item, red squirrel.

A detailed description of existing vegetation types for the five geographic areas encompassing the GMUG are available in comprehensive assessments completed in 2006 (USDA Forest Service, 2006e). Geographic areas (GA) are the Gunnison Basin, Uncompahgre Plateau, San Juan Mountains, Grand Mesa and the North Fork of the Gunnison River (See Figure 6).

Final Environmental Impact Statement
Spruce Beetle Epidemic and Aspen Decline Management Response

Habitat structural stages at the time of the assessment (2006) for spruce-fir for each geographic area are presented in Table 1. Data used to complete the assessment has had only minor adjustments since 2006. Overall, spruce-fir was dominated by mature and dense stand conditions (4B and 4C) across all GA. Where age data existed, most spruce-fir ranged in age from 100-200 years old. The highest percentage (>80%) of stands in a mature condition existed on the Grand Mesa, San Juan Mountains and the Uncompahgre Plateau. However, more than 50% of spruce-fir stands were in a mature condition for each of the GAs on the GMUG. Note that acres affected by beetles since 2006 are not reflected in this data. The following section, Spruce Beetles and Spruce Mortality, concludes with a discussion of how the GMUG spruce beetle epidemic has shifted the habitat structural stages.

Table 1. Spruce-Fir Vegetation Characterization for the GMUG by Geographic Area, 2006.

| GA | Cover Type | Composition of GA (% is of GA) | Age Distribution | Habitat Structural Stages[1] | Canopy Conditions |
|---|---|---|---|---|---|
| Gunnison Basin | Spruce-fir | 354,300 acres (25%) | Most spruce-fir is between 120 to 200 years. | 3A - 7%<br>3B – 20%<br>3C – 2%<br>4A- 10%<br>4B – 42%<br>4C – 19% | 21% single-storied<br><br>79% multi-storied<br><br>98% continuous canopy |
| Grand Mesa | Spruce-fir | 93,300 acres (26%)<br><br>(58% without aspen in species mix, 42% with aspen in the species mix) | Ranges from 10 to 210 years. Most spruce-fir is between 100-160 yr. old | 3A – 1%<br>3B – 5%<br>3C – 1%<br>4A – 7%<br>4B- 41%<br>4C- 46% | 34% - single-storied<br>71% - multi-storied<br>97% - continuous canopies |
| San Juan Mountains | Spruce-fir | 135,900 acres (36%) | Age data not available | 3A -5%<br>3B- 4%<br>3C-<1%<br>4A- 10%<br>4B – 50%<br>4C- 31% | 85% - single-storied<br>15% - multi-storied<br>79% - continuous canopies |
| North Fork Gunnison River | Spruce-fir | 121,800 acres (23%) | Age data not available | 3A – 5%<br>3B – 14%<br>3C – 2%<br>4A – 13%<br>4B – 38%<br>4C- 27% | 28% - single-storied<br>72% - multi-storied<br>99% - continuous canopies |
| Uncompahgre Plateau | Spruce-fir | 43,100 acres (7%) | Most spruce is between 80–140 yr. old<br>Most subalpine fir is between 40-120 yr. old. | 3A – 1%<br>3B- 7%<br>3C – 3%<br>4A – 4%<br>4B -47%<br>4C- 37% | 54% - single-storied<br>46% - multi-storied<br>92% - continuous canopies |

Grand Mesa, Uncompahgre, and Gunnison National Forests

Final Environmental Impact Statement
Spruce Beetle Epidemic and Aspen Decline Management Response

| GA | Cover Type | Composition of GA (% is of GA) | Age Distribution | Habitat Structural Stages[1] | Canopy Conditions |
|---|---|---|---|---|---|

| [1]Habitat Structural Stage | Size Class | Diameter | Crown Cover Percent |
|---|---|---|---|
| 1T/1M | Grass-Forb | Not applicable | 0 – 10% |
| 2T/2S | Shrub-Seedling | < 1 inch | 0 - 10% |
| 3A | Sapling-Pole | 1 – 9 inches | 11 – 40% |
| 3B | Sapling-Pole | 1 – 9 inches | 41 - 70% |
| 3C | Sapling-Pole | 1 – 9 inches | 71 - 100% |
| 4A | Mature | 9+ inches | 11 – 40% |
| 4B* | Mature | 9+ inches | 41 – 70% |
| 4C* | Mature | 9+ inches | 71 – 100% |

*These structural stages are considered most susceptible to spruce beetle infestation.*

To evaluate how current conditions compare to historic ranges, the 2006 assessments on the GMUG used the Vegetation Dynamics Development Tool (VDDT). Current knowledge on disturbance intervals and succession pathways were used to build models for the timber, woodland, and some shrub PNV types on the GMUG. Current conditions were then compared to model results to see where departures exist (Table 2). Generally speaking, the spruce-fir cover type was dominated by late-mid and late seral stages as compared to modeled PNV. The natural and human disturbance histories for the different geographic areas were reflected in the current conditions of 2006. Areas with more recent activities/disturbances had higher percentages in the earlier seral stages. Areas where disturbance regimes had been interrupted (i.e., fire suppression) tended to have higher percentages in the later seral stages, typically much higher than would have occurred historically when disturbances were not suppressed. Note that changes due to spruce beetle activity since 2006 are not reflected in this data.

Table 2. Succession (Seral Stages) in Spruce-fir and Spruce-fir Aspen PNV Types by GA, 2006.

| Spruce-Fir PNV | Early Seral | Early-Mid Seral | Late-Mid-Seral* | Late Seral* |
|---|---|---|---|---|
| *VDDT Model - PNV* | *27-32%* | *20-24%* | *12-13%* | *31-40%* |
| Existing Vegetation Condition | | | | |
| Grand Mesa | 8% | 40% | 52%* | |
| Gunnison Basin | 5% | 49% | 45%* | |
| North Fork Valley | 14% | 32% | 53%* | |
| San Juans | 1% | 43% | 56%* | |
| Unc. Plateau | 3% | 45% | 52%* | |
| | | | | |
| *VDDT Model - PNV* | *13-19%* | *22-29%* | *13-16%* | *35-49%* |
| Existing Vegetation Condition | | | | |
| Grand Mesa | 5% | 63% | 32%* | |
| Gunnison Basin | 4% | 63% | 33%* | |

| Spruce-Fir PNV | Early Seral | Early-Mid Seral | Late-Mid-Seral* | Late Seral* |
|---|---|---|---|---|
| North Fork Valley | 6% | 69% | 25%* | |
| San Juans | 1% | 24% | 75%* | |
| Unc. Plateau | 3% | 45% | 52%* | |
| *These seral stages are considered most susceptible to spruce beetle infestation.* | | | | |

## Spruce Beetles and Spruce Mortality

The spruce beetle (*Dendroctonus rufipennis*) is the primary disturbance agent for mature spruce trees at high elevation. On the GMUG, spruce beetles are currently infesting mostly Engelmann spruce; they prefer mature, large-diameter spruce trees, but will infest smaller trees once most of the larger trees are exhausted within a stand. The spruce beetle outbreaks are a natural event that eventually lead to the death of old stands and the initiation of new stands; however, warmer winters in recent years have allowed a larger number of beetles to survive. Substantial wind throw events in 2011 and 2012 created prime breeding habitat for spruce beetles, exacerbating the problem. Consequently, the beetle flight (when new adult beetles emerge from the dead tree) in recent summers has been the largest witnessed by entomologists in decades (USDA Forest Service 2013d, Forest Health Protection).

Once attacked by beetles, most trees typically die and eventually fall to the ground, adding dead and dry fuels that can increase wildfire hazard. Standing infected trees also increase the risk of wildfire; in the first two-three years of a bark beetle outbreak when dead trees still have needles, the likelihood of crown fires and ember lofting are higher. The dead needles that cling to the trees provide fuel that can ignite quickly during weather conditions conducive to fire (Page and Jenkins 2007). The short-term burst in elevated fire hazard associated with the dead needle phase poses an increased safety hazard for wildland firefighters engaged in tactical suppression of wildfires that threaten WUI and infrastructure outside WUI. Furthermore, unlike other species affected by bark beetle, spruce branches are fine enough that even when needles drop, the standing dead trees – with flammable fine branches – remain an elevated fire hazard. Though spruce-fir wildfire severity, including extent and frequency, is driven by climate, wildfire *behavior* in recently-dead spruce-fir and areas with heavy fuel loadings can create more unpredictable fire behavior that is more hazardous to manage.

Falling dead trees also have the potential to cause property damage and pose risks to human safety. Trees falling across roads and trails could block ingress/egress during emergency operations, such as during wildfire suppression operations. Falling tree hazards continue to increase the longer dead trees remain standing. In WUI areas, fuel treatments can increase defensible space and provide safe locations from which firefighters can initiate fire management actions.

Beetle outbreaks commonly occur following windthrow events.  Several current spruce beetle activity centers on the GMUG are known to have been initiated by windthrow. These types of

events are referred to as "eruptive" because beetles are produced locally in response to on-site conditions (e.g. blow-down of trees creating ideal habitat for beetles). Eruptive populations typically result in patchy mortality and infestation is at a much slower rate. Beetle activity on the Grand Mesa is currently operating as an eruptive population. Other spruce beetle activity centers have apparently originated from the beetles themselves dispersing during wind events. Sustained dry, windy weather over the past ten years has contributed to the epidemic (Pielke et al. 2005, Worrall et al. 2013, Worrall and Rehfeldt 2013). In these types of events, beetle populations are referred to as "inundative" because beetles are emigrating en masse from other locations. Inundative populations typically result in much higher tree mortality as seen on the southern-end of the Gunnison Ranger District. Tree ring records and recent weather data indicate that the past decade has been the hottest and driest in centuries (Worrall et al. 2013, Worrall and Rehfeldt 2014).

In addition, there are several documented climate trends across the western United States creating conditions conducive to beetle outbreaks:

- More precipitation in the form of rain, and less in the form of snow (Knowles et al. 2006), coupled with declining snowpack (Mote et al. 2005).
- Earlier peaks in streamflow (Stewart et al. 2005). This can already be seen in recent streamflow records set in the last few years in the area below the GMUG.
- Earlier spring onset (Cayan et al. 2001).

These climate patterns, together with disturbance such as windthrow and vast areas of susceptible forest, are supporting huge outbreaks across the landscape.

Each year the USDA Forest Service and the Colorado State Forest Service work collectively to aerially monitor insect and disease caused tree mortality or damage across all ownerships of Colorado's forested land. From 2002-2009, spruce beetle damage averaged in the range of 50,000 to 100,000 acres annually. The 2014 aerial forest health survey highlights revealed that the number of acres damaged has increased dramatically, rising to 485,000 acres statewide, an increase of 232,000 new acres. Spruce beetle expansion on the Gunnison National Forest alone was 54,000 new acres affected on 79,000 active acres (USDA Forest Service 2014d, Forest Health Protection), rising to a cumulative total of 223,000 affected acres to-date, or approximately 30% of the total spruce-fir vegetation on the GMUG. This increase in activity is indicative of a rapidly expanding outbreak. Based upon patterns of bark beetle kill that have occurred on adjacent Forests, continued and rapidly increasing mortality can be expected (Worrall et al. 2013, Worrall and Rehfeldt 2013).

Final Environmental Impact Statement
Spruce Beetle Epidemic and Aspen Decline Management Response



Figure 1. Annual acres affected by spruce beetle in Colorado (USDA Forest Service 2014d, Forest Health Protection).



Figure 2. Spruce beetle activity in Colorado 1996-2014 (USDA Forest Service 2014d, Forest Health Protection).

Generally trees down to 8 inch dbh and in some cases smaller trees are being affected (Eager, pers. comm).  Most (>90%) of mature over-story trees are dying from beetle infestation in affected areas, usually within 18 months to 2 years.  Regeneration of the understory can be extensive in some instances and lacking in others.  Where regeneration occurs, the stand is shifted from mature (habitat structural stage 4B and 4C) to shrub-seedling (habitat structural stage 2T/2S) or sapling pole (habitat structural stage 3A).

### Effects of Climate Change on Engelmann Spruce

The warming trend on the GMUG is expected to continue, with temperatures increasing 5.4 F to 7.0 F by the years 2040 – 2060 (Mearns and Barsugli, 2009). Although there has been no major trend in the Gunnison River stream flow over the past 60 years, there has been a trend toward earlier snowmelt and peak stream flow, leading to a longer growing season, which in turn increases the demand for water needed for healthy forests. Projections for annual precipitation range from a 10% decrease to no change. Most research for mid-latitude locations indicates the greatest temperature change should be at high elevations, where spruce-fir forests tend to occur. Even with no change in precipitation, the longer, warmer summers could lead to severe moisture stress. In order to explore effective methods of forest management under changing climatic conditions, a bioclimatic model created by Rehfeldt, et al. (2006) was used to project changes in climatic suitability for spruce in the western United States. Results projected a 47% drop in suitable spruce habitat in the decade around 2060, and a 72% loss of spruce habitat by 2090. Only 23% of habitat was expected to persist in place through 2100 (Rehfeldt, et. al 2006).

For application on the GMUG, the bioclimatic model was rebuilt using local data, more topographical predictors, newer global climate models (GCMs) and carbon scenarios, and higher-resolution climate data (Rehfeldt et al. 2015). The decade surrounding 2060 was selected as the target timeframe. Projections are an average of those from three GCMs and three greenhouse gas emission scenarios.

Habitat for spruce was classified into the following four zones, using the decade 2060 as the target timeframe:

- Lost Habitat – future climate is so unfavorable that spruce is unlikely to survive the century.
- Threatened Habitat – future climate will be unfavorable, but climate-based seed transfer guidelines and low basal areas may allow spruce to persist.
- Persistent Habitat – future climate is expected to be minimally favorable to favorable, through 2060.
- Emergent Habitat – Future climate is expected to be suitable to spruce; these areas are currently outside spruce habitat.

Final Environmental Impact Statement
Spruce Beetle Epidemic and Aspen Decline Management Response



Figure 3. Future climatic habitat zones of Engelmann spruce.

The Rehfeldt (2015) model (Figure 3) projects little remaining habitat for spruce on the
Uncompahgre Plateau, and substantial loss in the West Elk Mountains, east of Grand Mesa, and
south of the Black Canyon/Blue Mesa Reservoir. Much of the Grand Mesa and low elevations
elsewhere are in the threatened zone. Increases in suitability (emergent habitat) are expected in
high elevations in the eastern part of the GMUG. About 22% of the current spruce distribution is
classified as lost and 58% is classified as threatened, meaning that it is conceivable that 80% of
current spruce distribution may not continue into the next century. Projected rates of climate
change are faster than the response rate of natural systems (Davis, Shaw, and Etterson, 2005).
Thus, if no forest management action is taken, it will most likely result in the gradual conversion
of spruce forests in "lost" and threatened zones to other forest and non-forest cover types
(Rehfeldt, et al., 2015).

## Aspen

Aspen is an important component of GMUG's forests. Over 712,000 acres of aspen-dominated
forest type occur across the GMUG.

Aspen is a unique and important tree species in western North America, where aspen is the most diverse upland forest type. Of roughly 1,669 species of wood-decay fungi tallied in North America, Gilbertson (1980) noted 260 on aspen, more than on any other tree species, many of which are specialized on aspen. Bird species richness and total abundance are higher in aspen stands than in other North American montane habitats (e.g., Turchi *et al.* 1995), and many species show strong preferences for aspen trees or forests for nesting habitat (Flack 1976). Aspen modifies soil properties and microclimate in ways that foster luxuriant growth of varying herb and shrub layers, and are therefore major contributors to plant species diversity (Kuhn *et al.* 2011, Mueggler 1985). Aspen improves streamflow and habitat for plants and animals by improving water movement. Results of modeling based on rates of water movement by season in various tree species suggested significantly greater water yield from aspen than from conifer forests (Gifford *et al.* 1984). The importance of aspen communities to large ungulates such as elk is well known, and in dry forest ecosystems, patches of aspen are also hotspots of diversity for small mammals (Oaten & Larsen 2008). Thus, aspen is truly a keystone species, and as such its loss leads to substantial alteration of habitat conditions and loss of species diversity.

In addition, aspen forests have significant economic value based on tourism and fiber production. Esthetically, aspen contribute a major share of Colorado's scenic beauty. Tourism is the second largest industry in Colorado, with tourists spending $17 billion in the state in 2012 (Tourism Pays, Denver Convention and Visitor Bureau). The properties of aspen wood make it valuable for paneling, oriented strandboard, excelsior and chips (used in erosion control and oil-spill cleanup), all of which are or were produced in southwestern Colorado.

Finally, aspen forests, like other forest types, store considerable carbon in above- and below-ground biomass (and especially for aspen, in the soil). As aspen stands mature and regenerate, there is a cycle of carbon release and sequestration with a high net storage of carbon. If aspen forests are replaced by shrub or meadow communities with lower carbon storage capacities, the difference will contribute to atmospheric $CO_2$. Aspen mortality episodes in the aspen parkland of Alberta and Saskatchewan and in southwestern Colorado are expected to result in significant carbon release and positive feedbacks to climate change (Huang & Anderegg 2012, Michaelian *et al.* 2011).

Habitat structural stages for the aspen cover type for each geographic area on the GMUG, as assessed in 2006, are presented in Table 3 (USDA Forest Service, 2006e). Overall, aspen was dominated by mature and dense stand conditions (4B and 4C) across all GA. Where age data existed, most aspen ranged from 80 to 120 years old. The highest percentage (>70%) of stands in a mature condition existed on the Grand Mesa, San Juan Mountains and the Uncompahgre Plateau. The following section, *Sudden Aspen Decline (SAD),* concludes with a discussion of how sudden aspen decline on the GMUG has shifted structural stages.

Final Environmental Impact Statement
Spruce Beetle Epidemic and Aspen Decline Management Response

Table 3. Current Aspen Vegetation Characterization for GMUG by Geographic Area, 2006.

| GA | Cover Type | Composition of GA | Age Distribution | Habitat Structural Stages[1] | Canopy Conditions |
|---|---|---|---|---|---|
| Gunnison Basin | Aspen | 197,500 acres (14%) | Most aspen is between 80 to 120 years old. | 3A - 9%<br>3B – 34%<br>3C – 10%<br>4A- 5%<br>4B – 22%<br>4C – 21% | 26% single-storied<br>74% multi-storied<br>96% continuous canopy |
| Grand Mesa | Aspen | 94,500 acres (26%) (60% pure aspen, 39% with spruce-fir in species mix, 1% with other tree species in mix) | Ranges from 16 to 131 years. Most aspen is between 80-120 yr. old. | 2T- 2%<br>3A – 2%<br>3B- 10%<br>3C- 3%<br>4A – 1%<br>4B- 28%<br>4C- 54% | 27% - single-storied<br>73% - multi-storied<br>98% - continuous canopies |
| San Juan Mountains | Aspen | 76,200 acres 20%. | Age data not available | 3A – 9%<br>3B – 12%<br>3C – 1%<br>4A – 4%<br>4B – 71%<br>4C – 3% | 82% - single-storied<br>18% - multi-storied<br>71% - continuous canopies |
| North Fork Gunnison River | Aspen | 212,600 acres 40%. | Age data not available | 2T - <1%<br>3A – 7%<br>3B – 41%<br>3C – 6%<br>4A – 3%<br>4B – 16%<br>4C- 26% | 40% - single-storied<br>60% - multi-storied<br>99% - continuous canopies |
| Uncompahgre Plateau | Aspen | 160,100 acres 25% of NFS lands 4% of total GA 71% of aspen is on NFS land. | Most aspen is between 80-120 yr. old. | 2T – 1%<br>3A – 9%<br>3B – 25%<br>3C- 3%<br>4A – 2%<br>4B – 44%<br>4C – 16% | 65% - single-storied<br>35% - multi-storied<br>86% - continuous canopies |

| [1]Habitat Structural Stage | Size Class | Diameter | Crown Cover Percent |
|---|---|---|---|
| 1T/1M | Grass-Forb | Not applicable | 0 – 10% |
| 2T/2S | Shrub-Seedling | < 1 inch | 0 - 10% |
| 3A | Sapling-Pole | 1 – 9 inches | 11 – 40% |
| 3B | Sapling-Pole | 1 – 9 inches | 41 - 70% |
| 3C | Sapling-Pole | 1 – 9 inches | 71 – 100% |
| 4A | Mature | 9+ inches | 11 – 40% |
| 4B | Mature | 9+ inches | 41 - 70% |
| 4C | Mature | 9+ inches | 71 - 100% |

Final Environmental Impact Statement
Spruce Beetle Epidemic and Aspen Decline Management Response

Generally speaking, the aspen cover type was dominated by late-mid and late seral stages as compared to modeled PNV (Table 4; USDA Forest Service, 2006e).

Table 4. Succession (Seral Stages) in Aspen PNV Types by GA, 2006.

| Aspen PNV | Early Seral | Early-Mid Seral | Late-Mid-Seral | Late |
|---|---|---|---|---|
| *VDDT Model - PNV* | *8-14%* | *23-26%* | *17-24%* | *23-43%* |
| <u>Existing Vegetation Condition</u> | | | | |
| Grand Mesa | 3% | 15% | 82%* | |
| Gunnison Basin | 6% | 43% | 50%* | |
| North Fork Valley | 5% | 58% | 36%* | |
| San Juans | 4% | 25% | 72%* | |
| Unc. Plateau | 13% | 41% | 46%* | |

### Sudden Aspen Decline (SAD)

SAD was first noticed in southwestern Colorado in 2004 (Worrall *et al.* 2008). On the San Juan National Forest, large and growing patches of crown thinning, branch dieback, and mortality were found. It occurred on a landscape scale and rapidly increased in area and severity. Over the next few years, SAD spread to the Uncompahgre Plateau, the Grand Mesa, and the Gunnison River basin. Aspen throughout Colorado was affected. In 2008, 543,630 acres were affected in Colorado (Worrall *et al.* 2010). About 45% of that area was rated as "severe," indicating estimated mortality over 50% of the overstory.

From 2000-2010, 1,322,000 acres were impacted by SAD in the Southern Rockies ecoregion, with 1,216,000 acres in Colorado (an estimated 17% of the aspen cover type in the state) (Worrall *et al.* 2013). The GMUG was affected more severely, with approximately 31% (over 229,000 acres) of the GMUG's aspen affected from 2000 to 2010. In 2009, the detection of new areas dropped considerably, with few new areas mapped since that time. However, stands currently exhibiting SAD continue to decline, so aspen mortality continues.

Final Environmental Impact Statement
Spruce Beetle Epidemic and Aspen Decline Management Response



Figure 4. Change in climatic suitability for aspen (top) and overlying mapped aspen decline (bottom) (Worrall et al. 2013).

In Figure 4, the top map and underlying layer of bottom map indicates change in climatic suitability for aspen between the reference period, 1961-1990, and the decade preceding and accompanying the recent episode of SAD, 1997-2006 (provided by Andreas Hamann, Univ. Alberta). Blue indicates decrease in suitability; green an increase. SAD tended to occur where climate suitability decreased (blue areas do not necessarily have significant aspen). The mapped decline of aspen, show in red on the bottom map, is from aerial survey data gathered 2000-2010.

Although the cause of SAD was initially unknown, examinations of outbreaks found a link between moisture stress and SAD. Damage was highest at low elevations, where temperature is high and precipitation is low (Dudley 2011, Worrall *et al*. 2008). Damage tended to be high on south and west-facing slopes and on the shoulders and summits of slopes (Huang & Anderegg 2012, Worrall *et al*. 2008). Southwestern Colorado had a drying trend from the mid-1980s to 2002, culminating in a record drought in much of Colorado (Pielke *et al*. 2005). In 2002, areas with SAD had lower values of climate moisture index than did aspen areas that remained healthy (Worrall *et al*. 2010). Various moisture indices showed that the area underwent a protracted, severe moisture deficit (Worrall *et al*. 2013). Climatic suitability for aspen generally decreased around the time of SAD, and SAD tended to occur in marginal sites where suitability decreased the most (Figure 4).

While the evidence that severe, warm drought incited SAD was clear, a broader view gives a more comprehensive concept of the cause. Stand conditions, especially low density and openness, may have also predisposed stands to damage. Aspen bark beetles, bronze poplar borer, poplar borer, and Cytospora canker killed trees that had been stressed by drought (Marchetti *et al*. 2011). Thus, the predisposing and contributing factors played important roles, in addition to the inciting factor, drought.

A ground survey in 2007 and 2008 sampled the entire GMUG and the Mancos-Dolores Ranger District of the San Juan National Forest (Worrall *et al*. 2010). Areas identified as SAD by aerial survey had an average 54% recent crown loss and 45% mortality. SAD plots had higher root mortality than healthy plots (Worrall *et al*. 2010), and regeneration counts showed no evidence of increased suckering in response to the overstory damage (Dudley 2011, Worrall *et al*. 2010). Some patches of aspen at the lower-elevation fringe were completely dead with no regeneration. Remote sensing over 2009-2011 suggested that 30% of the total aboveground aspen biomass was dead in a large section of southwestern Colorado, with the resulting carbon emissions expected to provide an amplifying feedback to climate change (Huang & Anderegg 2012).

Approximately 54%% of the stands on the GMUG are experiencing regeneration, shifting the stand to a younger age class. Approximately 46% of the affected stands have limited (<120 stems/acre) or no regeneration.

### SAD vs. "Aspen Decline"

As described, sudden aspen decline is a rapid, landscape-scale deterioration of overstory aspen incited primarily by drought and warm temperatures. It is often confused with an older concept of "aspen decline". The latter refers to a long-term (over many decades) decrease in the area of aspen due primarily to succession (Bartos 2001, Bartos & Campbell 1998). Factors that have been suggested to lead to it include a large increase in aspen associated with fires during the time of European settlement, subsequent fire exclusion, and overgrazing (Bartos & Campbell 1998, Kulakowski *et al.* 2004).

### Effects of Climate Change on Aspen

Due to expected increases in dry weather, especially drought, more cases of SAD are expected. Suitability for aspen in the Southern Rockies is expected to deteriorate rapidly through the rest of the century.  Rehfeldt's (2015) bioclimatic model (Figure 4) and studies on climatic change point to a complete loss of aspen in some lower-elevation sites and on south slopes, while at the other extreme, aspen habitat is expected to persist and newly suitable habitat may emerge at higher elevations and north slopes.

As with spruce, aspen were also classified into suitable habitat by geographic zones based on expected climatic changes (Rehfeldt *et al.* 2015) .

- Lost Habitat– future climate will be so unfavorable that aspen is unlikely to survive the century.
- Threatened Habitat– future climate will be unfavorable, but young stands will probably survive.  Opportunities would exist to treat to distribute young patches on landscape and to help SAD stands recover.
- Persistent Habitat – future climate will remain suitable for aspen.  No climate-change adaptation needed, but normal management may proceed. Opportunities would exist to promote existing aspen near emergent habitat.
- Emergent Habitat – future climate will become suitable; areas are currently outside distribution.  Opportunites to facilitate migration into this zone would exist, via allowing or creating disturbance (mechanical and/or fire).

Final Environmental Impact Statement
Spruce Beetle Epidemic and Aspen Decline Management Response



Figure 5. Future habitat zones of aspen.

Results of the bioclimatic model show that 52% of the current aspen distribution on the GMUG is in the lost category and 42% is in the threatened category, meaning it is conceivable that 94% of current aspen distribution may not continue into the next century (Figure 5). In general, habitat will be lost at low elevations, especially on south aspects, while new habitat will emerge at elevations above the current distribution of aspen. Little suitable habitat is expected to remain on the Uncompahgre Plateau, the southern and eastern fringes of the Grand Mesa, and the western West Elks. The remainder is largely threatened, as persistent habitat is mostly limited to the southeastern portion of the GMUG. However, there are substantial areas of Emergent habitat in the higher elevations.

The following tactics have proven effective for aspen management:

1. Aspen stands dying from SAD can be regenerated when less than 50% of the stand has been affected. Stands can be treated by removing overstory through coppice cuts and prescribed fire.

2. Young stands of less than 40 years old have been found to be more resilient to drought; ensuring that there are significant patches of aspen under 40 years old will increase resilience of aspen clones.
3. Preparing a seed source and seedbed can facilitate aspen migration into newly suitable habitat.

The following strategy for aspen management is recommended by Worrall, et al. (2014) to employ the climate change projections:

1. **Resilience**: regenerate patches of mature aspen, or mixed stands with an aspen component in threatened habitat zone to increase younger component on the landscape.
2. **Recovery**: Treat previously affected SAD stands to aid recovery and regeneration, but treatments in the "lost" zone may not be durable.
3. **Migration**: Conduct treatments and/or allow natural disturbances to proceed in the persistent and emergent habitat zones in order to facilitate self-migration of aspen.

During extreme climate periods causing new SAD episodes, it may be necessary to prioritize resilience treatments in new SAD patches before canopy loss reaches 50%. Such treatments should also concentrate on the threatened habitat zone.

It should be recognized that while the bioclimatic model is quite effective at replicating the distribution of spruce and aspen at large scales, at smaller scales, errors of omission (predicting absence where spruce/aspen occur) and errors of commission (predicting presence where no spruce/aspen occurs) can be seen. Climate projections are based on a representative carbon pathway that may not represent the actual future trend in greenhouse gasses. For example, conditions projected for 2060 could occur sooner if emissions are higher than projected or later if they are lower. For these reasons, although boundaries between future habitat zones are mapped as though precise, ideally they should be regarded as a best estimate and the timing of projected changes as likely but uncertain.

## Project Area

The Spruce Beetle Epidemic and Aspen Decline Management Response project (SBEADMR) includes stands affected by the spruce beetle epidemic and sudden aspen decline, including those that are considered threatened or at high risk. The area covered by this project includes spruce, aspen, and spruce/aspen mix on National Forest System (NFS) lands within the GMUG, excluding designated Wilderness Areas, Roadless Areas, or are designated as a special area (Research Natural Areas, Botanical Areas, etc.). Consistent with previous Forest-wide planning efforts, the SBEADMR FEIS divides the GMUG Forests into distinct Geographic Areas (GAs; see **Error! Reference source not found.**). Throughout the FEIS, proposed actions are summarized and depicted by GA in order to provide more context both for analysis and for the interested public.

human health or environmental effect on these communities, increased susceptibility to wildfire could result. Consequently, additional unmeasurable indirect economic effects associated with increases in wildland fire-related costs are possible, which could result in impacts to local communities. However, there is no reason to suspect that any impacts will disproportionately affect minority and low income populations.

### Direct and Indirect Effects Common to All Action Alternatives

**Treatment Costs**

Vegetation treatment is associated with a decrease in wildfire suppression costs and a decrease in net resource damage (Mercer 2000). Treatments conducted within the wildland urban interface (WUI) are likely more expensive than treating non-WUI lands. One study found that mechanical "treatments occurring within the WUI were on average 62 percent more expensive than treatments occurring outside the WUI" (Calkin and Gebert 2006). The costs of treatment could potentially be underestimated if treatments were implemented within the WUI. The cost of sale preparation for salvage treatments includes both roadside (WUI) and non-roadside costs.

Fuel reduction projects in and outside of the WUI can significantly reduce the risk of damage to values at risk from catastrophic wildfire (WFLC 2010). However, assessing the cost-benefit ratio of fuel reduction projects is questionable without information on the degree to which treatment reduces the risk of wildfire near values at risk. Furthermore, the scale and cost of prevented wildfire damage to values at risk is uncertain and widely variable. Anticipated reductions in the threat to human life and decreases in wildland fire-related costs such as property loss, lost revenues and suppression costs are not included in the analysis of PNV for the alternatives. While the PNV of treatments is negative under all alternatives, the prevention of damage to values at risk from one large fire could significantly increase the PNV of treatments.

As a result of the treatments proposed under all of the alternatives, the long-term provision of forest products will provide the opportunity for timber market stewardship contracting and improved utilization. Populations in the analysis area would be supported by both recovery and resiliency treatments. Furthermore, resiliency treatments provide ecosystem services. Table 323 shows the project area's potential for forest products in terms of maximum expected forest product volumes from treatments proposed under each alternative. These are the maximum annual volumes expected to occur for 10 years, or the timeframe used here for analysis purposes.

**Timber Market**

The economic effects of increased merchantable timber as a result of the SBEADMR project are important to consider. The SBEADMR project could increase the amount of timber on the market and also has the potential to affect the local energy industry. In addition, while the management alternatives assume full utilization by local processing, there is a chance that the local market may

not be capable of full utilization of the resulting timber. As a result, the employment and labor income effects may be a maximum potential contribution under the alternatives.

While the market for timber may be recovering, the prospective new and current uses in the GMUG region have the potential to fill the gap. Public Law 108-7 grants the Forest Service ten-year authority to enter into stewardship contracts or agreements to achieve agency land management objectives and meet community needs, which can encourage lumber companies to invest in new technologies to improve harvest techniques in the long-term.

The timber industry may benefit from a higher quality harvest of wood products, and local economies could experience such benefits as increased jobs and income, public safety, and local energy supply. The majority of timber processing is anticipated to be performed by Montrose Forest Products, located in Montrose County, therefore concentrating the economic impacts from the timber industry to a smaller geographic region (i.e. the 10-county GMUG economic analysis area). However, indirect and induced effects outside of the timber industry are better captured in the broader 22-county analysis area.

In addition to the economic impacts from the commercial harvest, additional economic impacts could accrue from non-commercial SBEADMR projects that are not accounted for in the quantitative analysis. For example, a 12.5 megawatt biomass processing facility in the Eagle Valley can use by-products from the non-merchantable non-commercial as well as the commercial projects to sustain jobs in the area.

**Public Concern with Health and Human Safety**

The effects to human health and safety from water and air quality, wildfire risk, and hazard trees are assessed in other sections of this EIS.

**Non-Market Values**

Resource-related impacts addressed in other sections of this document have the potential to negatively impact non-market values in the short-term. These include soil compaction, soil sterilization, spread of noxious weeds, impacts to water quality or quantity, modified recreation opportunities during project implementation, impacts on air quality during treatments, impacts on visual resources from smoke or mechanical treatments, increases in temporary road density, increases in activity, impacts to wildlife, etc. These particular impacts may reflect the personal sensitivities of individuals to a change in their environment, may impact ecosystems that relate to particular uses of an individual (for example, presence of game during a hunting season in a particular hunting unit may be disrupted during implementation), or other non-use values (for example, clean air or water). The potential for physical impacts as identified in other sections will be mitigated through the use of design features inherent to all action alternatives, and these should be relatively short-term in nature; however, individuals and populations may perceive effects related to their experiences or preferences that may last much longer, such as impacts on a

viewshed or scenic vista or, at a smaller scale, the presence of slash, stumps or burn scars in a particular treatment unit.

The action alternatives also have the potential to positively impact non-market values. Prescribed burning would be completed to spur regeneration of aspen and reduce the risk from wildfire that is driven by fuel accumulations. Reduced risk of wildfire has economic benefits, but also has non-market values such as the peace of mind that fire-safe land can provide community members. Additional non-market benefits from regenerated aspen stands may include enhanced recreation that is aesthetically pleasing, improved biodiversity of plant and animal communities, and the protection of watersheds.

Effects from fuels treatments will mostly be localized and benefit the areas in the WUI. Enhanced public safety due to a reduced threat of wildfire is a non-market value that would be realized, for the most part, by people living and working in the WUI, where treatments are concentrated near communities and public infrastructure. In addition, the spruce salvage and resiliency treatments are expected to reduce crown fire risk for red-stage stands. Additionally, an indirect effect of removing some tree material through salvage treatment is that future fires may impart lower severity, leading to less disruption of soil and watershed-related ecosystem functions. However, these effects will not likely change the overall fire behavior in the surrounding areas or the overall provision of ecosystem services. Benefits may accrue in the local areas where treatments occur and properties within the WUI from reduced wildfire risk.

The spruce-fir resiliency treatments are expected to improve stand conditions. The resiliency treatments are expected to reduce the impact of the spruce beetle and other stressors on the stand, which would as improve aesthetics of viewsheds and/or recreational experiences in the long-term.

**Summary of Financial Efficiency**

Economic efficiency analysis measures the ratio of economic benefits to economic costs resulting from activities under the SBEADMR project. Vegetation treatments in SBEADMR are proposed to meet both commodity and non-commodity objectives. Not all associated costs and benefits can be monetized due to data limitations and uncertainty. Therefore, the following discussion of financial efficiency is primarily descriptive in its analysis of tradeoffs.

Table 322 summarizes the Present Net Value (PNV) of the different alternatives from the Forest Service perspective and includes all available quantifiable costs and benefits (revenue) associated with these activities. A 4 percent discount rate was used over a period of 10 years (2016-2025). Over the 10-year treatment period, SBEADMR is expected to cost the Forest Service between $34.7 million and $44.2 million. This is the discounted cost of the project to the government. The anticipated revenue for the Forest Service from the timber harvest (benefits) is expected to range from $13.1 million to $13.6 million.

Final Environmental Impact Statement
Spruce Beetle Epidemic and Aspen Decline Management Response

Table 322. Present Net Value of SBEADMR Treatments over 10-year Period, 4 Percent Discount Rate.

|  | No Action Alternative | Alternative 2 | Alternative 3 |
|---|---|---|---|
| PV Costs | $0 | $34,659,885 | $44,180,049 |
| PV Revenue | $0 | $13,626,305 | $13,139,651 |
| Present Net Value | $0 | -$21,033,580 | -$31,040,398 |

An important aspect of the financial efficiency analysis of forest treatment is the relationship between treatment (prescribed burning and mechanical thinning) and wildfire risk to values at risk in the WUI (incidence) and hazard (severity) reduction in the WUI. Mercer (2000) notes that treatment is associated with a decrease in wildfire suppression costs and a decrease in net resource damage; however, the precise relationship between treatment and wildfire cost reduction is not identified, and therefore neither quantified nor incorporated into the PNV analysis.

**Summary of Regional Economic Impact Analysis**

Employment and labor income supported by forest management actions under the action alternatives are displayed in Table 323 and Table 324. Results for Alternatives 2 and 3 reflect an increase in employment and income generated by proposed activities. These activities include harvesting and processing of commercial forest products, activities associated with resiliency treatments, and road work.

Table 323. Total (Direct, Indirect and Induced) Average Annual Employment and Labor Income for All Alternatives using 22-county analysis area.

| Category | No Action Alternative | Alternative 2 | Alternative 3 |
|---|---|---|---|
| Timber Harvest-Resiliency | 0 | 569 | 664 |
| Timber Harvest-Salvage | 0 | 758 | 616 |
| Vegetation Management Activities* | 0 | 43 | 33 |
| Road Work* | 0 | 4 | 3 |
| TOTAL | 0 | 1,374 | 1,315 |
| **Labor Income (thousands of 2012 dollars)** | | | |
| Timber Harvest-Resiliency | $0 | $21,756 | $25,382 |
| Timber Harvest-Salvage | $0 | $29,008 | $23,569 |
| Vegetation Management Activities* | $0 | $1,310 | $1,054 |
| Road Work* | $0 | $186 | $111 |
| TOTAL | $0 | $52,260 | $50,116 |

*Only contracted costs were included in the economic impact analysis. Economic impacts of work performed by the Forest Service is captured in the Forest Plan. Contracted activities are mastication, lop and scatter (estimated 67

Grand Mesa, Uncompahgre, and Gunnison National Forests

Final Environmental Impact Statement
Spruce Beetle Epidemic and Aspen Decline Management Response

percent contracted), thin and pile (estimated 67 percent contracted), site preparation, planting, road construction, road reconstruction, and road decommissioning (estimated 70 percent contracted).

Table 324. Total (Direct, Indirect and Induced) Average Annual Employment and Labor Income for All Alternatives using 10-county analysis area.

| Category | No Action Alternative | Alternative 2 | Alternative 3 |
|---|---|---|---|
| Timber Harvest-Resiliency | 0 | 579 | 676 |
| Timber Harvest-Salvage | 0 | 772 | 627 |
| Vegetation Management Activities* | 0 | 44 | 33 |
| Road Work* | 0 | 4 | 2 |
| TOTAL | 0 | 1,398 | 1,339 |
| Timber Harvest-Resiliency | $0 | $21,467 | $25,045 |
| Timber Harvest-Salvage | $0 | $28,623 | $23,256 |
| Vegetation Management Activities* | $0 | $1,337 | $1,068 |
| Road Work* | $0 | $146 | $87 |
| TOTAL | $0 | $51,574 | $49,457 |

*Only contracted costs were included in the economic impact analysis. Economic impacts of work performed by the Forest Service is captured in the Forest Plan. Contracted activities are mastication, lop and scatter (estimated 67 percent contracted), thin and pile (estimated 67 percent contracted), site preparation, planting, road construction, road reconstruction, and road decommissioning (estimated 70 percent contracted).

Economic impact analyses were performed using the broader 22-county analysis area, the targeted 10-county GMUG analysis area and a multi-regional approach. As seen by comparing Table 4 and Table 5, the estimated jobs impact to the 10-county area from the SBEADMR project is slightly greater than the jobs impact to the 22-county area; whereas the labor income impact to the 10-county area is slightly less than the labor income impact to the 22-county area. The results using the different analysis area were marginally different (less than 2 percent), likely due to variations in output per worker, industry presence, and relative size of impacts between the two analysis areas. Therefore, the majority of the economic impacts outlined for the broader analysis area will likely occur in the 10-county GMUG area. This is important to note since the jobs and income resulting from SBEADMR activities are expected to be concentrated in the smaller GMUG area.

**Environmental Justice**

In the 22-county analysis area, four counties, Montezuma, Rio Grande, Saguache, and Lake, have been identified as possible EJ populations, meeting minority and/or low-income criterion under EO 12898. Since vegetation treatments are not expected to occur in Montezuma, Rio Grande, or Lake Counties, no disproportionate high and adverse impacts to those EJ populations would be expected. They were included in the analysis area because they are considered part of the functional economy for the GMUG area, however, the social impacts will likely be minimal. Saguache County will likely receive vegetation treatments as a result of the SBEADMR project; however, the treatments would be spread out across the landscape and are not concentrated in

Case No. 1:20-cv-02484-MSK    Document 35-2    filed 05/06/21    USDC Colorado    pg 193 of 549



SHARE

Download Now

# Oxbow shifts to permanent shutdown of Elk Creek Mine



A coal silo in the town of Somerset owned by Oxbow Elk Creek Mine was taken down Friday. The silo, built in 1969, was used to load coal onto rail cars. It took 330 pounds of precisely placed dynamite to lay the 70-foot by 140-foot concrete structure away from Colorado Highway 133 and houses in the town.









Colorado Highway 133, where the firetrucks are pictured, was opened soon after the blast. No damage was done to the town or the highway.

By Dennis Webb
Saturday, April 30, 2016

Oxbow Mining has begun taking the steps to permanently close its Elk Creek Mine in Somerset, which up until late last year it had continued to hope to someday reopen.

"Our mine is sealed and we are demolishing coal handling facilities," said the company's president, Mike Ludlow.

Conveyors, coal and rail loadouts, and maintenance buildings are being removed in the first phase of reclaiming the mine site. On Friday, crews used explosives to bring down the facility's coal silo, briefly requiring closure of Colorado Highway 133.

Oxbow ceased mining at the site in late 2013, after a mine fire about a year earlier that resulted in it being unable to recover its expensive longwall mining machinery underground. The mine once employed hundreds. As recently as last May, Ludlow had held out the possibility that the mine could reopen at some point, even though it was selling off mining equipment there. But Ludlow said a decision was made later in the year to start demolition of coal handling facilities, and the federal Mine Safety and Health Administration now lists the mine as abandoned rather than idle or inactive.

"Right now the outlook for the coal market is still poor for a number of years in our view and the holding costs of the mine are fairly high. To reduce or eliminate those holding costs we elected to go into reclamation," Ludlow said.

He said all mine openings have been sealed with cement and dirt. Water hasn't been pumped from the mine for years now and is likely accumulating in lower portions.

Reclamation will likely take about one or two years, with the final phase involving applying topsoil and reseeding, Ludlow said. After that, Oxbow will be required to continue maintaining the property and holding a reclamation bond for a 10-year period before being released from the bond, he said.

Ludlow said four Oxbow employees currently are working at the site, along with a contractor that is doing demolition work.

Oil and gas developer Gunnison Energy Co. is now using some of the offices and mine site property. It's a sister company to Oxbow Mining, with both being owned by billionaire Bill Koch. Ludlow said the state Division of Reclamation, Mining and Safety has approved a revised reclamation plan letting the mine leave some buildings in place permanently near Highway 133 for commercial purposes. He said the Ragged Mountain Fire Protection District also has expressed interest in housing some equipment on the site.

Koch and Oxbow Mining at one point had hoped to acquire new longwall equipment to put back into the mine. That said, it wouldn't have been there very long. Ludlow said the company "had depleted most of the coal that we thought was economically recoverable from this area."

"This mine was scheduled to close soon, but not quite as soon as what actually happened."

However, Oxbow Mining had hopes of opening a new underground mine with a longwall operation in the Oak Mesa area north of Hotchkiss, after drilling exploration holes confirming that minable levels of coal reserves existed there. But Ludlow said it has elected not to pursue mining there because of the current market.

Ludlow noted that it's been a tough time for the coal industry recently, with more than 50 companies filing for bankruptcy. These include two major coal companies, Arch Coal and Peabody Energy, which respectively run the West Elk Mine near Somerset and the Twentymile Mine in Routt County. Last year those were the two most productive coal mines in Colorado.

Despite the industry's challenges, Ludlow said he thinks coal will continue to have a place in the U.S. economy. Even if the Environmental Protection Agency's Clean Power Plan survives a court challenge, it would only reduce the amount of coal used in power generation, not eliminate it, Ludlow noted.

Case No. 1:20-cv-02484-MSK Document 35-2 filed 05/06/21 USDC Colorado pg 196 of 549

Eventually, he said, he thinks domestic coal "supply and demand will reach equilibrium and the remaining companies will prosper."

## COMMENTS

Commenting is not available in this channel entry.



**TOP JOBS**

- **Delta-montrose Electric Association Opportunities**

  Delta-Montrose ElectricAssociation & Elevatecurrent job opening:

- **Customer Service And Collections Agents**

  Many STARTEKopportunities availableas we are still growing.Offeri...

- **Sales Professionals And Service Advisors Wanted**

  Sales Professionals and Service AdvisorsWantedWestern Colorado's ...

- **Office Manager - Ft**

  Full-timeOffice Managerwanted. High-end opticalpractice looki...

- **Heavy Civil Carpenters/carpenter Foremans**

  Heavy Civil Carpenters/ Carpenter ForemansRalph Wadsworth Construc...

- **Mind Springs Health Opportunities**

  MindSpringsHealth.org WestSpringsHospital.orgEMPLOYMENT O...

♥ Your Electric Bill

Finance your energy-efficient home upgrades.

hero

SAVE NOW

# Bowie idles Paonia mine

By Dennis Webb
Friday, February 26, 2016

The North Fork Valley is now down to one operating coal mine after Friday's announcement that the Bowie #2 Mine near Paonia is being idled.

Kentucky-based Bowie Resource Partners said in a news release that the action is occurring "as a result of continued market deterioration."

"The mine will remain idle while the market for Bowie #2 coal is evaluated," the company said.

The mine employs 108 full-time employees and one contractor. Bowie said it expects that 68 positions will be eliminated.

"Some of the affected employees will be relocated where possible to fill vacancies in other parts of the business; however, layoffs are unfortunately unavoidable," Gene E. DiClaudio, Bowie Resource Partners' chief operating officer, said in a news release.

Just a few years ago, Bowie #2 employed more than 300 miners. However, in 2014 it announced some 150 layoffs following the loss of a contract to supply the Tennessee Valley Authority. Last year it announced nearly 100 more layoffs as it idled its underground longwall mining operation so it could prepare a new longwall panel for mining. But it warned the layoffs could be permanent and said then it was continuing to evaluate the market for the mine's coal.

Another North Fork Valley mine, Oxbow Mining's Elk Creek Mine, was idled by late 2013 after problems a year earlier that led to a fire that stranded its longwall equipment underground in January 2013. Oxbow also had employed more than 300 miners at one time.

A third mine, West Elk, continues to operate in the valley, and in fact last year was the most productive coal mine in the state despite its production having dropped off slightly for the year. West Elk is owned by Arch Coal, a leading coal producer that recently filed for Chapter 11 bankruptcy reorganization due to continuing problems in the coal market.

The industry has been rocked by increasing competition from natural gas as a fuel for electricity production, and by increasing domestic regulations and challenges in the exports market.

Bowie's idling of its North Fork mine comes even as it is trying to acquire multiple coal mines from Peabody Energy, most notably its Foidel Creek operation outside Steamboat Springs, which ranked second in the state behind West Elk last year for coal production. However, Peabody recently said Bowie still is seeking to secure financing for that deal. Peabody is trying to sell assets as some industry observers believe it also could be on the brink of filing for bankruptcy.

Bowie also operates three underground mines in Utah.

The loss of coal jobs has hit the North Fork Valley hard because they have represented a proportionately high number of jobs in a relatively rural area. After the Elk Creek Mine's idling, the Region 10 League for Economic Assistance and Planning in Montrose, along with Delta and Gunnison counties, received a federal grant to develop an economic recovery plan. But Region 10's executive director, Michelle Haynes, has said while there's

an effort to diversify the economy, that doesn't reflect a desire to see less coal mining, and it's difficult to replace high-paying jobs that don't require a college degree.

## COMMENTS

Commenting is not available in this channel entry.



Taste of Home Cooking School
Sponsored by: City Market
Tickets On Sale Now!
Thursday, November 3, 2016
Two Rivers Convention Center
Order tickets:
GJSentinel.com/tasteofhome
The Daily Sentinel front desk
TasteofHomeGrandJunction.brownpapertickets.com
800-838-3006 • Brown Paper Tickets

**TOP JOBS**

- Ot/cota

  Larchwood Innsis now acceptingapplications forFull Time

- Sales Professionals And Service Advisors Wanted

  Sales Professionals and Service AdvisorsWantedWestern Colorado's ...

- District Manager

  The Board of Directors of the Grand River Mosquito Control District (...

- Patrol Deputy

  Rio Blanco County is seeking a for the Rangely District. Applicants...

- Computer Classes - Mesa County Workforce Center

  MESA COUNTY WORKFORCE CENTERInterested in advancing your comput...

- Class B Cdl Driver

  Accepting applications for Work M-F. Health and lifeinsurance, p...

| $229/Month | | Disclaimer |

Lease a 2017 Outback for $229/month for 36 months.
12,000 miles per year.

Grand Junction Subaru
651 Market Street • Grand Junction

SHARE ✉ f t

The 2017 Subaru Outback

View Retailer Inventory ▸

# West Elk Mine undergoes layoffs

By Dennis Webb
Thursday, June 2, 2016

The North Fork Valley is coping with the news that the last operating local coal mine is making layoffs as the coal industry in the valley continues contracting to a mere fraction of its former size.

Arch Coal said Thursday that it is laying off 80 employees at its West Elk Mine near Somerset. It said the action was made necessary by continuing challenges in the domestic and international markets for thermal coal, which is used in power generation.

"We want to thank the employees for their hard work, significant contributions and years of faithful service to West Elk," Jim Miller, general manager of the mine, said in a news release from Arch Coal. "We regret the need for this difficult action and the resulting impacts on our employees, their families and the North Fork community. We greatly appreciate the strong support we have received and we continue to pursue markets for West Elk's high-quality, low (pollution) emitting product."

The West Elk layoffs come as the North Fork Valley in recent years has seen the permanent closure of Oxbow Mining's Elk Creek Mine and multiple rounds of layoffs at Bowie Resource Partners' now-idled Bowie #2 Mine. Delta County Administrator Robbie LeValley said the three mines employed more than 1,200 miners as of about three years ago and the valley's mining employment had fallen to about 350 before the new West Elk layoffs.

Arch Coal had about 280 miners as of the end of March, according to the Colorado Division of Reclamation, Mining and Safety.

Paonia town administrator Jane Berry said everyone was talking about the new layoffs Thursday because the West Elk is the "last big holdout" in the valley, the last mine to have avoided ceasing operating. "The community feels the impact of all layoffs of each of the mines in a dramatic fashion because of how it affects our families and our communities and our schools," she said.

Arch Coal filed for Chapter 11 bankruptcy reorganization in January, one of numerous coal companies to have gone bankrupt as the industry struggles with competition from natural gas in the energy generation sector, slowing exports and increasing regulations related to the environmental impacts of burning and mining coal. At the time, Arch Coal had said the bankruptcy filing shouldn't in itself result in any mine closures or curtailments in operations, and in fact should strengthen the company's financial position. But it also said additional steps may be needed if market conditions continue to deteriorate.

"Up to this point, the (West Elk) operation has managed the current market downturn through cost-reduction initiatives, efficiency improvements, and natural attrition. However, lack of incremental coal demand has forced us to take further action to better align production and staffing levels with customer needs, and to ensure West Elk remains competitive long-term," Arch Coal said in its release.

Last year West Elk was Colorado's most productive coal mine, mining more than 5 million tons. But it has produced only about 550,000 tons altogether in the first three months of this year, according to state data. Even last year's state-leading production by West Elk was down more than a million tons from 2014.

LeValley said Delta County has been in communication with the mine and knows it has worked hard to stay at full employment.

Said Berry, "West Elk was really, really trying to hang in there (without making layoffs) and this is just unbelievable to hear about this."

LeValley said Delta County has continued to operate in a very fiscally conservative manner in preparation for further mining layoffs and associated revenue and budget impacts for the county.

The West Elk Mine sits in Gunnison County, where the tax-revenue impacts of falling production primarily will be felt.

However, "The majority of the (workers') families live in Delta County," LeValley said. "They send their kids to school in Delta County so the primary impact for Delta County is in the (affected) families."

Berry said that Paonia used to get up to about $125,000 a year from severance tax and mineral leasing revenues, and the latest projection is that it will be lucky to get about $40,000. The difference could pay for two full-time police officers, she said.

## COMMENTS

Commenting is not available in this channel entry.



**Taste of Home** Cooking School
Sponsored by: City Market
Tickets On Sale Now!
Thursday, November 3, 2016
Two Rivers Convention Center
Order tickets:
GJSentinel.com/tasteofhome
The Daily Sentinel front desk
TasteofHomeGrandJunction.brownpapertickets.com
800-838-3006 • Brown Paper Tickets

**TOP JOBS**

- **Facility Janitor**

  Full time w/benefits.Willing to train an energetic hard-working ...

- **Delivery Route**

  BUSINESS OPPORTUNITYWould you like to deliver newspapersa...

- **Dietary Aide/wait Staff - Part Time**

  Dietary Aide/Wait StaffPart TimeMust be at least 18 years ...

GIVE A GIFT
TO DEFEND WILDLIFE

GIVE NOW

DEFENDERS OF WILDLIFE

© Peter Norvig

# Power station slated to close; coal mine will shut down in 2022

### More than 300 jobs are to be affected by the three closures

By Gary Harmon

Thursday, September 1, 2016

Tri-State Generation and Transmission Association will close a coal-fired generation station and one coal mine as it moves to comply with plans to reduce regional haze, the co-op said.

The 100-megawatt Nucla Station is to close by the end of 2022 and the New Horizon Mine, which serves the station, is to close.

Also to close is Craig Station Unit One in Moffat County, by the end of 2025. Craig Station Unit Two and Unit Three will continue to operate, it will help to mitigate the effects of on employees with the retirement of Unit One, officials said.

More than 300 jobs stand to be affected by the closures.

Tri-State officials said they would work with local and state officials to help employees who lose their jobs as a result of the closures.

Tri-State announced the closures as part of an agreement with the Colorado Department of Public Health and Environment, U.S. Environmental Protection Agency, WildEarth Guardians and the National Parks Conservation Association.

The utility cited the "significant costs to install additional emissions controls" at both locations under the "increasingly stringent regional haze rule, the state and federal regulatory environment for coal-based generation and current and forecasted market conditions."

The National Parks Conservation Association hailed the agreement, saying that it would improve the air quality at a dozen "iconic Class I national parks and wilderness areas in Colorado and Utah."

As a result of the agreement, "there will be less climate pollution and places including Rocky Mountain, Canyonlands, and Arches, and landscapes across the southwest will realize cleaner air, as will their visitors and neighboring communities," the association said in a statement.

The agreement is expected to result in a 4.7 million metric-ton reduction in carbon dioxide emissions by 2025, the association said.

It's too soon to say how the employees at either station will be affected, Tri-State said.

Nucla Station employs 55, and 28 people work at the New Horizon Mine.

There are 283 employees at Craig Station.

"We will have a transition team to assess impacts and employee and community needs." Tri-State spokesman Lee Boughey said.

# # #

NOTE: A previous version of this story incorrectly stated all three Craig Station units were preparing to close. Only Craig Station Unit One is set for closure.

## COMMENTS

Commenting is not available in this channel entry.



### TOP JOBS

- Customer Service And Collections Agents

  Many STARTEKopportunities availableas we are still growing.Offeri...

- Entry Level Firefighter/emt, Firefighter/emt-intermediate And Firefighter/paramedic

  The Clifton Fire Protection District is accepting applications for. ...

- Property And Casualty Customer Service Agent

  Experienced, Licensed for large Grand JunctionInsurance Agency.Email...

- Delta-montrose Electric Association Opportunities

  Delta-Montrose ElectricAssociation & Elevatecurrent job opening:

- Heavy Civil Carpenters/carpenter Foremans

  Heavy Civil Carpenters/ Carpenter ForemansRalph Wadsworth Construc...

- Office Manager - Ft

  Full-timeOffice Managerwanted. High-end opticalpractice looki...



## Today in Energy

March 16, 2016

### Natural gas expected to surpass coal in mix of fuel used for U.S. power generation in 2016

**Annual share of total U.S. electricity generation by source (1950-2016)**
percent of total



**Source:** U.S. Energy Information Administration, *Monthly Energy Review*, and *Short-Term Energy Outlook* (March 2016)

For decades, coal has been the dominant energy source for generating electricity in the United States. EIA's *Short-Term Energy Outlook* (STEO) is now forecasting that 2016 will be the first year that natural gas-fired generation exceeds coal generation in the United States on an annual basis. Natural gas generation first surpassed coal generation on a monthly basis in April 2015, and the generation shares for coal and natural gas were nearly identical in 2015, each providing about one-third of all electricity generation.

The mix of fuels used for electricity generation has evolved over time. The recent decline in the generation share of coal, and the concurrent rise in the share of natural gas, was mainly a market-driven response to lower natural gas prices that have made natural gas generation more economically attractive. Between 2000 and 2008, coal was significantly less expensive than natural gas, and coal supplied about 50% of total U.S. generation. However, beginning in 2009, the gap between coal and natural gas prices narrowed, as large amounts of natural gas produced from shale formations changed the balance between supply and demand in U.S. natural gas markets.



**Source:** U.S. Energy Information Administration, *Electric Power Monthly*, and *Short-Term Energy Outlook* (March 2016)

Coal and natural gas generation shares over the past decade have been responsive to changes in relative fuel prices. For example, particularly low natural gas prices throughout much of 2012 following an extremely mild 2011–12 winter led to a significant rise in the natural gas generation share between 2011 and 2012, often displacing coal-fired generation. With higher natural gas prices in 2013 and 2014, coal regained some of its generation share. However, with a return to lower natural gas prices in 2015 favoring increased natural gas-fired generation, coal's generation share dropped again.

Environmental regulations affecting power plants have played a secondary role in driving coal's declining generation share over the past decade, although plant owners in some states have made investments to shift generation toward natural gas at least partly for environmental reasons. Looking forward, environmental regulations may play a larger role in conjunction with market forces. Owners of some coal plants will face decisions to either retire units or reduce their utilization rate to comply with requirements to reduce carbon dioxide emissions from existing fossil fuel-fired power plants under the Clean Power Plan, which is scheduled to take effect in 2022 but has recently been stayed by the Supreme Court pending the outcome of ongoing litigation.

Beyond the growing market share for natural gas-fired generation over the past decade, coal's generation share has also been reduced by the growing market share of renewables other than hydroelectric power, especially wind and solar. Unlike the growth of natural gas-fired generation, which has largely been market-driven, increased use of nonhydro renewables has largely been driven by a combination of state and federal policies. The use of renewable energy sources such as wind and solar has also grown rapidly in recent years so that generation from these types of renewables is now surpassing generation from hydropower.

The March 2016 STEO expects that the combination of market forces and government policies will continue to stimulate the use of natural gas and nonhydro renewables for power generation. In EIA's forecast, natural gas provides 33% of generation in 2016 while coal's share falls to 32%. The expected share of nonhydro renewables increases to 8% in 2016, with hydropower's share at 6%.

**Principal contributor:** Tyler Hodge

http://www.nap.edu/catalog/12794.html
We ship printed books within 1 business day; personal PDFs are available immediately.



Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use

Committee on Health, Environmental, and Other External Costs and Benefits of Energy Production and Consumption; National Research Council

ISBN: 0-309-14641-0, 350 pages, 6 x 9, (2010)

This PDF is available from the National Academies Press at: http://www.nap.edu/catalog/12794.html

Visit the National Academies Press online, the authoritative source for all books from the National Academy of Sciences, the National Academy of Engineering, the Institute of Medicine, and the National Research Council:

- Download hundreds of free books in PDF
- Read thousands of books online for free
- Explore our innovative research tools – try the "Research Dashboard" now!
- Sign up to be notified when new books are published
- Purchase printed books and selected PDF files

**Thank you for downloading this PDF. If you have comments, questions or just want more information about the books published by the National Academies Press, you may contact our customer service department toll-free at 888-624-8373, visit us online, or send an email to feedback@nap.edu.**

**This book plus thousands more are available at http://www.nap.edu.**

Copyright © National Academy of Sciences. All rights reserved.
Unless otherwise indicated, all materials in this PDF File are copyrighted by the National Academy of Sciences. Distribution, posting, or copying is strictly prohibited without written permission of the National Academies Press. Request reprint permission for this book.

THE NATIONAL ACADEMIES
*Advisers to the Nation on Science, Engineering, and Medicine*

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2
549

# HIDDEN COSTS OF
# ENERGY

## UNPRICED CONSEQUENCES OF ENERGY
## PRODUCTION AND USE

Committee on Health, Environmental, and Other External Costs
and Benefits of Energy Production and Consumption

Board on Environmental Studies and Toxicology

Division on Earth and Life Studies

Board on Energy and Environmental Systems

Division on Engineering and Physical Sciences

Board on Science, Technology, and Economic Policy

Policy and Global Affairs Division

NATIONAL RESEARCH COUNCIL
*OF THE NATIONAL ACADEMIES*

THE NATIONAL ACADEMIES PRESS
Washington, D.C.
**www.nap.edu**

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2

549

THE NATIONAL ACADEMIES PRESS     500 Fifth Street, NW     Washington, DC 20001

NOTICE: The project that is the subject of this report was approved by the Governing Board of the National Research Council, whose members are drawn from the councils of the National Academy of Sciences, the National Academy of Engineering, and the Institute of Medicine. The members of the committee responsible for the report were chosen for their special competences and with regard for appropriate balance.

This project was supported by Contract No. TOS-08-038 between the National Academy of Sciences and the U.S. Department of the Treasury. Any opinions, findings, conclusions, or recommendations expressed in this publication are those of the author(s) and do not necessarily reflect the view of the organizations or agencies that provided support for this project.

International Standard Book Number-13: 978-0-309-14640-1 (Book)
International Standard Book Number-10: 0-309-14640-2 (Book)
International Standard Book Number-13: 978-0-309-14641-8 (PDF)
International Standard Book Number-10: 0-309-14641-0 (PDF)
Library of Congress Control Number: 2010925089

Additional copies of this report are available from

The National Academies Press
500 Fifth Street, NW
Box 285
Washington, DC 20055

800-624-6242
202-334-3313 (in the Washington metropolitan area)
http://www.nap.edu

Copyright 2010 by the National Academy of Sciences. All rights reserved.

Printed in the United States of America.

Copyright © National Academy of Sciences. All rights reserved.

# THE NATIONAL ACADEMIES

*Advisers to the Nation on Science, Engineering, and Medicine*

The **National Academy of Sciences** is a private, nonprofit, self-perpetuating society of distinguished scholars engaged in scientific and engineering research, dedicated to the furtherance of science and technology and to their use for the general welfare. Upon the authority of the charter granted to it by the Congress in 1863, the Academy has a mandate that requires it to advise the federal government on scientific and technical matters. Dr. Ralph J. Cicerone is president of the National Academy of Sciences.

The **National Academy of Engineering** was established in 1964, under the charter of the National Academy of Sciences, as a parallel organization of outstanding engineers. It is autonomous in its administration and in the selection of its members, sharing with the National Academy of Sciences the responsibility for advising the federal government. The National Academy of Engineering also sponsors engineering programs aimed at meeting national needs, encourages education and research, and recognizes the superior achievements of engineers. Dr. Charles M. Vest is president of the National Academy of Engineering.

The **Institute of Medicine** was established in 1970 by the National Academy of Sciences to secure the services of eminent members of appropriate professions in the examination of policy matters pertaining to the health of the public. The Institute acts under the responsibility given to the National Academy of Sciences by its congressional charter to be an adviser to the federal government and, upon its own initiative, to identify issues of medical care, research, and education. Dr. Harvey V. Fineberg is president of the Institute of Medicine.

The **National Research Council** was organized by the National Academy of Sciences in 1916 to associate the broad community of science and technology with the Academy's purposes of furthering knowledge and advising the federal government. Functioning in accordance with general policies determined by the Academy, the Council has become the principal operating agency of both the National Academy of Sciences and the National Academy of Engineering in providing services to the government, the public, and the scientific and engineering communities. The Council is administered jointly by both Academies and the Institute of Medicine. Dr. Ralph J. Cicerone and Dr. Charles M. Vest are chair and vice chair, respectively, of the National Research Council.

**www.national-academies.org**

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

## COMMITTEE ON HEALTH, ENVIRONMENTAL, AND OTHER EXTERNAL COSTS AND BENEFITS OF ENERGY PRODUCTION AND CONSUMPTION

*Members*

**JARED L. COHON** (*Chair*), Carnegie Mellon University, Pittsburgh, PA
**MAUREEN L. CROPPER** (*Vice Chair*), University of Maryland, College Park
**MARK R. CULLEN**, Stanford University School of Medicine, Stanford, CA
**ELISABETH M. DRAKE** (retired), Massachusetts Institute of Technology, Auburndale, MA
**MARY R. ENGLISH**, University of Tennessee, Knoxville
**CHRISTOPHER B. FIELD**, Carnegie Institution of Washington, Stanford, CA
**DANIEL S. GREENBAUM**, Health Effects Institute, Boston, MA
**JAMES K. HAMMITT**, Harvard University Center for Risk Analysis, Boston, MA
**ROGENE F. HENDERSON**, Lovelace Respiratory Research Institute, Albuquerque, NM
**CATHERINE L. KLING**, Iowa State University, Ames
**ALAN J. KRUPNICK**, Resources for the Future, Washington, DC
**RUSSELL LEE**, Oak Ridge National Laboratory, Oak Ridge, TN
**H. SCOTT MATTHEWS**, Carnegie Mellon University, Pittsburgh, PA
**THOMAS E. MCKONE**, Lawrence Berkeley National Laboratory, University of California, Berkeley, CA
**GILBERT E. METCALF**, Tufts University, Medford, MA
**RICHARD G. NEWELL**,[1] Duke University, Durham, NC
**RICHARD L. REVESZ**, New York University School of Law, New York
**IAN SUE WING**, Boston University, Boston, MA
**TERRANCE G. SURLES**, University of Hawaii at Manoa, Honolulu, HI

*Consultants*

**TODD D. CAMPBELL**, Iowa State University, Ames
**MIKHAIL V. CHESTER**, University of California, Berkeley
**PHILIP W. GASSMAN**, Iowa State University, Ames
**NICHOLAS Z. MULLER**, Middlebury College, Middlebury, VT

---

[1]Resigned August 2, 2009, to accept appointment as administrator of the U.S. Energy Information Administration.

*v*

Copyright © National Academy of Sciences. All rights reserved.

*Staff*

**RAYMOND WASSEL**, Project Director, Board on Environmental Studies
and Toxicology
**STEVE MERRILL**, Director, Board on Science, Technology, and
Economic Policy
**JAMES ZUCCHETTO**, Director, Board on Energy and Environmental
Systems
**DAVID POLICANSKY**, Scholar
**KEEGAN SAWYER**, Associate Program Officer
**RUTH CROSSGROVE**, Senior Editor
**MIRSADA KARALIC-LONCAREVIC**, Manager, Technical Information
Center
**RADIAH ROSE**, Editorial Projects Manager
**JOHN BROWN**, Program Associate
**PATRICK BAUR**, Research Assistant

*Sponsor*

**U.S. DEPARTMENT OF THE TREASURY**

*vi*

Copyright © National Academy of Sciences. All rights reserved.

# BOARD ON ENVIRONMENTAL STUDIES AND TOXICOLOGY

*Members*

**ROGENE F. HENDERSON** (*Chair*), Lovelace Respiratory Research Institute, Albuquerque, NM
**RAMÓN ALVAREZ**, Environmental Defense Fund, Austin, TX
**TINA BAHADORI**, American Chemistry Council, Arlington, VA
**MICHAEL J. BRADLEY**, M.J. Bradley & Associates, Concord, MA
**DALLAS BURTRAW**, Resources for the Future, Washington, DC
**JAMES S. BUS**, Dow Chemical Company, Midland, MI
**JONATHAN Z. CANNON**, University of Virginia, Charlottesville
**GAIL CHARNLEY**, HealthRisk Strategies, Washington, DC
**RUTH DEFRIES**, Columbia University, New York, NY
**RICHARD A. DENISON**, Environmental Defense Fund, Washington, DC
**H. CHRISTOPHER FREY**, North Carolina State University, Raleigh
**J. PAUL GILMAN**, Covanta Energy Corporation, Fairfield, NJ
**RICHARD M. GOLD**, Holland & Knight, LLP, Washington, DC
**LYNN R. GOLDMAN**, Johns Hopkins University, Baltimore, MD
**JUDITH A. GRAHAM** (retired), Pittsboro, NC
**HOWARD HU**, University of Michigan, Ann Harbor
**ROGER E. KASPERSON**, Clark University, Worcester, MA
**TERRY L. MEDLEY**, E.I. du Pont de Nemours & Company, Wilmington, DE
**JANA MILFORD**, University of Colorado at Boulder, Boulder
**DANNY D. REIBLE**, University of Texas, Austin
**JOSEPH V. RODRICKS**, ENVIRON International Corporation, Arlington, VA
**ROBERT F. SAWYER**, University of California, Berkeley
**KIMBERLY M. THOMPSON**, Harvard School of Public Health, Boston, MA
**MARK J. UTELL**, University of Rochester Medical Center, Rochester, NY

*Senior Staff*

**JAMES J. REISA**, Director
**DAVID J. POLICANSKY**, Scholar
**RAYMOND A. WASSEL**, Senior Program Officer for Environmental Studies
**SUSAN N.J. MARTEL**, Senior Program Officer for Toxicology
**ELLEN K. MANTUS**, Senior Program Officer for Risk Analysis
**EILEEN N. ABT**, Senior Program Officer

*vii*

Copyright © National Academy of Sciences. All rights reserved.

**RUTH E. CROSSGROVE,** Senior Editor
**MIRSADA KARALIC-LONCAREVIC,** Manager, Technical Information
   Center
**RADIAH ROSE,** Manager, Editorial Projects

*viii*

Copyright © National Academy of Sciences. All rights reserved.

## BOARD ON ENERGY AND ENVIRONMENTAL SYSTEMS

*Members*

**DOUGLAS M. CHAPIN** (*Chair*), MPR Associates, Inc., Alexandria, VA
**ROBERT W. FRI** (*Vice Chair*), Resources for the Future, Bethesda, MD
**RAKESH AGRAWAL**, Purdue University, West Lafayette, IN
**WILLIAM F. BANHOLZER**, the Dow Chemical Company, Midland, MI
**ALLEN J. BARD**, University of Texas, Austin, TX
**ANDREW BROWN, JR.**, Delphi Corporation, Troy, Michigan
**MARILYN BROWN**, Oak Ridge National Laboratory, Oak Ridge, TN,
    and Georgia Institute of Technology, Atlanta, GA
**MICHAEL L. CORRADINI**, University of Wisconsin, Madison
**PAUL A. DECOTIS**, Long Island Power Authority, Albany, NY
**E. LINN DRAPER, JR.** (retired) American Electric Power, Inc., Lampasas,
    TX
**CHARLES H. GOODMAN** (retired), Southern Company Services, Inc.,
    Birmingham, AL
**SHERRI GOODMAN**, CNA, Alexandria, VA
**NARAIN HINGORANI**, Consultant, Los Altos Hills, CA
**WILLIAM F. POWERS** (retired), Ford Motor Company, Ann Arbor, MI
**MICHAEL P. RAMAGE** (retired), ExxonMobil Research and Engineering
    Company, Moorestown, NJ
**DAN REICHER**, Google.org, Warren, VT
**MAXINE L. SAVITZ** (retired), Honeywell, Inc., Los Angeles, CA
**MARK H. THIEMENS**, University of California, San Diego
**SCOTT W. TINKER**, University of Texas, Austin

*Senior Staff*

**JAMES ZUCCHETTO**, Director
**DUNCAN BROWN**, Senior Program Officer
**DANA CAINES**, Financial Associate
**ALAN CRANE**, Senior Program Officer
**K. JOHN HOLMES**, Senior Program Officer
**LANITA JONES**, Administrative Coordinator
**JASON ORTEGO**, Senior Program Assistant
**MADELINE WOODRUFF**, Senior Program Officer
**JONATHAN YANGER**, Senior Program Assistant

*ix*

Copyright © National Academy of Sciences. All rights reserved.

## BOARD ON SCIENCE, TECHNOLOGY, AND ECONOMIC POLICY

*Members*

**EDWARD E. PENHOET** (*Chair*), Alta Partners, San Francisco, CA
**LEWIS W. COLEMAN**, DreamWorks Animation, Glendale, CA
**MARY L. GOOD**, University of Arkansas. Little Rock
**RALPH E. GOMORY**, president emeritus, Alfred P. Sloan Foundation;
    New York University, New York, NY
**AMORY 'AMO' HOUGHTON, JR.** (former member of U.S. Congress),
    Cohasset, MA
**DAVID T. MORGENTHALER**, Morgenthaler Ventures, Cleveland, OH
**JOSEPH P. NEWHOUSE**, Harvard University, Boston, MA
**ARATI PRABHAKAR**, U.S. Venture Partners, Menlo Park, CA
**WILLIAM J. RADUCHEL**, independent director and investor, Great
    Falls, VA
**JACK W. SCHULER**, Crabtree Partners, Chicago, IL
**ALAN WILLIAM WOLFF**, Dewey & LeBoeuf LLP, Washington, DC

*Senior Staff*

**STEVE MERRILL**, Director
**DANIEL MULLINS**, Senior Program Associate

*x*

Copyright © National Academy of Sciences. All rights reserved.

## OTHER REPORTS OF THE BOARD ON
## ENVIRONMENTAL STUDIES AND TOXICOLOGY

Review of the Environmental Protection Agency's Draft IRIS Assessment of
    Tetrachloroethylene (2010)
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use (2009)
Contaminated Water Supplies at Camp Lejeune—Assessing Potential Health Effects
    (2009)
Review of the Federal Strategy for Nanotechnology-Related Environmental, Health,
    and Safety Research (2009)
Science and Decisions: Advancing Risk Assessment (2009)
Phthalates and Cumulative Risk Assessment: The Tasks Ahead (2008)
Estimating Mortality Risk Reduction and Economic Benefits from Controlling Ozone
    Air Pollution (2008)
Respiratory Diseases Research at NIOSH (2008)
Evaluating Research Efficiency in the U.S. Environmental Protection Agency (2008)
Hydrology, Ecology, and Fishes of the Klamath River Basin (2008)
Applications of Toxicogenomic Technologies to Predictive Toxicology and Risk
    Assessment (2007)
Models in Environmental Regulatory Decision Making (2007)
Toxicity Testing in the Twenty-first Century: A Vision and a Strategy (2007)
Sediment Dredging at Superfund Megasites: Assessing the Effectiveness (2007)
Environmental Impacts of Wind-Energy Projects (2007)
Scientific Review of the Proposed Risk Assessment Bulletin from the Office of
    Management and Budget (2007)
Assessing the Human Health Risks of Trichloroethylene: Key Scientific Issues (2006)
New Source Review for Stationary Sources of Air Pollution (2006)
Human Biomonitoring for Environmental Chemicals (2006)
Health Risks from Dioxin and Related Compounds: Evaluation of the EPA
    Reassessment (2006)
Fluoride in Drinking Water: A Scientific Review of EPA's Standards (2006)
State and Federal Standards for Mobile-Source Emissions (2006)
Superfund and Mining Megasites—Lessons from the Coeur d'Alene River Basin (2005)
Health Implications of Perchlorate Ingestion (2005)
Air Quality Management in the United States (2004)
Endangered and Threatened Species of the Platte River (2004)
Atlantic Salmon in Maine (2004)
Endangered and Threatened Fishes in the Klamath River Basin (2004)
Cumulative Environmental Effects of Alaska North Slope Oil and Gas Development
    (2003)
Estimating the Public Health Benefits of Proposed Air Pollution Regulations (2002)
Biosolids Applied to Land: Advancing Standards and Practices (2002)
The Airliner Cabin Environment and Health of Passengers and Crew (2002)
Arsenic in Drinking Water: 2001 Update (2001)
Evaluating Vehicle Emissions Inspection and Maintenance Programs (2001)
Compensating for Wetland Losses Under the Clean Water Act (2001)
A Risk-Management Strategy for PCB-Contaminated Sediments (2001)
Acute Exposure Guideline Levels for Selected Airborne Chemicals (seven volumes,
    2000-2009)
Toxicological Effects of Methylmercury (2000)
Strengthening Science at the U.S. Environmental Protection Agency (2000)

*xi*

Copyright © National Academy of Sciences. All rights reserved.

Scientific Frontiers in Developmental Toxicology and Risk Assessment (2000)
Ecological Indicators for the Nation (2000)
Waste Incineration and Public Health (2000)
Hormonally Active Agents in the Environment (1999)
Research Priorities for Airborne Particulate Matter (four volumes, 1998-2004)
The National Research Council's Committee on Toxicology: The First 50 Years (1997)
Carcinogens and Anticarcinogens in the Human Diet (1996)
Upstream: Salmon and Society in the Pacific Northwest (1996)
Science and the Endangered Species Act (1995)
Wetlands: Characteristics and Boundaries (1995)
Biologic Markers (five volumes, 1989-1995)
Science and Judgment in Risk Assessment (1994)
Pesticides in the Diets of Infants and Children (1993)
Dolphins and the Tuna Industry (1992)
Science and the National Parks (1992)
Human Exposure Assessment for Airborne Pollutants (1991)
Rethinking the Ozone Problem in Urban and Regional Air Pollution (1991)
Decline of the Sea Turtles (1990)

*Copies of these reports may be ordered from the National Academies Press*
*(800) 624-6242 or (202) 334-3313*
*www.nap.edu*

Copyright © National Academy of Sciences. All rights reserved.

## OTHER REPORTS OF THE BOARD ON ENERGY
## AND ENVIRONMENTAL SYSTEMS

Letter Report on Review of Site and Full-Fuel-Cycle Measurement Approaches to DOE/EERE Building Appliance Energy-Efficiency Standards (2009)

Assessing Economic Impacts of Greenhouse Gas Mitigation: Summary of a Workshop (2009)

Review of the 21st Century Truck Partnership (2008)

Review of the Research Program of the FreedomCAR and Fuel Partnership, Second Report (2008)

Transitions to Alternative Transportation Technologies—A Focus on Hydrogen (2008)

Letter Report: Assessment of Technologies for Improving Light-Duty Vehicle Fuel Economy (2008)

Review of DOE's Nuclear Energy Research and Development Program (2007)

Alternatives to the Indian Point Energy Center for Meeting New York Electric Power Needs (2006)

Prospective Evaluation of Applied Energy Research and Development at DOE (Phase Two) (2006).

Trends in Oil Supply and Demand, Potential for Peaking of Conventional Oil Production, and Possible Mitigation Options: A Summary Report of the Workshop (2006)

Review of the Research Program of the FreedomCAR and Fuel Partnership, First Report (2005).

Prospective Evaluation of Applied Energy Research and Development at DOE (Phase One): A First Look Forward (2005).

Letter Report: Methodology for Estimating Prospective Benefits of Energy Efficiency and Fossil Energy R&D (2004)

The Hydrogen Economy: Opportunities, Costs, Barriers and R&D Needs (2004)

Final Letter Report by the National Research Council Committee on Novel Approaches to Management of Greenhouse Gases from Energy Systems (2004)

Workshop Report: Novel Approaches to Carbon Management: Separation, Capture, Sequestration, and Conversion to Useful Products (2003)

Letter Report: Strategies and Alternatives for Future Hydrogen Production and Use (2003)

Letter Report: Critique of the Sargent and Lundy Assessment of Cost and Performance Forecasts for Concentrating Solar Power Technology (2002)

Making the Nation Safer, The Role of Science and Technology in Countering Terrorism: Panel on Energy Facilities and Cities (2002)

Effectiveness and Impact of Corporate Average Fuel Economy (CAFE) Standards (2002)

Review of the DOE's Vision 21 Research and Development Program—Phase I (2002)

The Disposition Dilemma: Controlling the Release of Solid Materials from Nuclear Regulatory Commission-Licensed Facilities (2002)

Energy Research at DOE: Was It Worth It?: Energy Efficiency and Fossil Energy Research 1978 to 2000 (2001)

Review of the Research Program of the Partnership for a New Generation of Vehicles, Seventh Report (2001)

Review of the Research Program of the Partnership for a New Generation of Vehicles, Sixth Report (2000)

Review of the U.S. Department of Energy's Office of Heavy Vehicle Technologies Program (2000)

*xiii*

Copyright © National Academy of Sciences. All rights reserved.

Vision 21: Fossil Fuel Options for the Future (2000)

Renewable Power Pathways: A Review of the U.S. Department of Energy's Renewable
Energy Programs (2000)

Letter Report on Recent Initiatives by the Office of Energy Efficiency & Renewable
Energy and the Office of Power Technologies (2000)

Review of DOE's Office of Fossil Energy's Research Plan for Fine Particulates (1999)

Review of the Research Strategy for Biomass-Derived Transportation Fuels (1999)

Review of the Research Program of the Partnership for a New Generation of Vehicles,
Fifth Report (1999)

Review of the Research Program of the Partnership for a New Generation of Vehicles,
Fourth Report (1998)

Review of the R&D Plan for the U.S. Department of Energy's Office of Advanced
Automotive Technologies (1998)

Effectiveness of the United States Advanced Battery Consortium as a Government-
Industry Partnership (1998)

Review of the Research Program of the Partnership for a New Generation of Vehicles,
Third Report (1997)

Application of Digital Instrumentation and Control Technology to Nuclear Power
Plant Operations and Safety (Phase 1, 1995; Phase 2, 1997)

Review of the Research Program of the Partnership for a New Generation of Vehicles,
Second Report (1996)

Decontamination & Decommissioning of Uranium Enrichment Facilities (1996)

Separations Technology and Transmutation Systems (1995)

Coal: Energy for the Future (1995)

Review of the Research Program of the Partnership for a New Generation of Vehicles,
First Report (1994)

Review of the Strategic Plan of the U.S. Department of Energy's Office of Conservation
and Renewable Energy (1993)

Nuclear Power: Technical and Institutional Options for the Future (1992)

Automotive Fuel Economy: How Far Should We Go? (1992)

The National Energy Modeling System (1992)

Potential Applications of Concentrated Solar Photons (1991)

Assessment of Research Needs for Wind Turbine Rotor Materials Technology (1991)

Alternative Applications of Atomic Vapor Laser Isotope Separation Technology (1991)

Fuels to Drive Our Future (1990)

Confronting Climate Change: Strategies for Energy Research and Development (1990)

Nuclear Engineering Education: Status and Prospects (1990)

University Research Reactors in the United States—Their Role and Value (1988)

*Copies of these reports may be ordered from the National Academies Press*
*(800) 624-6242 or (202) 334-3313*
*www.nap.edu*

*xiv*

Copyright © National Academy of Sciences. All rights reserved.

## OTHER REPORTS OF THE BOARD ON SCIENCE, TECHNOLOGY, AND ECONOMIC POLICY

21st Century Innovation Systems for Japan and the United States: Lessons from a Decade of Change: Report of a Symposium (2009)

Innovative Flanders: Innovation Policies for the 21st Century: Report of a Symposium (2008)

Innovation in Global Industries: U.S. Firms Competing in a New World (Collected Studies) (2008)

India's Changing Innovation System: Achievements, Challenges, and Opportunities for Cooperation: Report of a Symposium (2007)

Innovation Policies for the 21st Century: Report of a Symposium

Committee on Comparative Innovation Policy: Best Practice for the 21st Century (2007)

Innovation Inducement Prizes at the National Science Foundation (2007)

Enhancing Productivity Growth in the Information Age: Measuring and Sustaining the New Economy (2007)

The Telecommunications Challenge: Changing Technologies and Evolving Policies— Report of a Symposium (2006)

Aeronautics Innovation: NASA's Challenges and Opportunities (2006)

Measuring and Sustaining the New Economy, Software, Growth, and the Future of the U.S Economy: Report of a Symposium (2006)

Reaping the Benefits of Genomic and Proteomic Research: Intellectual Property Rights, Innovation, and Public Health (2006)

Deconstructing the Computer: Report of a Symposium (2005)

Partnering Against Terrorism: Summary of a Workshop (2005)

Research and Development Data Needs: Proceedings of a Workshop (2005)

Productivity and Cyclicality in Semiconductors: Trends, Implications, and Questions: Report of a Symposium (2005)

A Patent System for the 21st Century (2004)

Patents in the Knowledge-Based Economy (2003)

Securing the Future: Regional and National Programs to Support the Semiconductor Industry (2003)

Government-Industry Partnerships for the Development of New Technologies (2002)

Partnerships for Solid-State Lighting: Report of a Workshop (2002)

Using Human Resource Data to Track Innovation: Summary of a Workshop (2002)

Medical Innovation in the Changing Healthcare Marketplace: Conference Summary (2002)

Measuring and Sustaining the New Economy: Report of a Workshop (2002)

Trends in Federal Support of Research and Graduate Education (2001)

The Advanced Technology Program: Assessing Outcomes (2001)

A Review of the New Initiatives at the NASA Ames Research Center: Summary of a Workshop (2001)

Capitalizing on New Needs and New Opportunities: Government-Industry Partnerships in Biotechnology and Information Technologies (2001)

Building a Workforce for the Information Economy (2001)

*Copies of these reports may be ordered from the National Academies Press*
*(800) 624-6242 or (202) 334-3313*
*www.nap.edu*

*xv*

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

# Preface

The U.S. Congress directed the U.S. Department of the Treasury to arrange for a review by the National Academy of Sciences to define and evaluate the health, environmental, security, and infrastructural external costs and benefits associated with the production and consumption of energy—costs and benefits that are not or may not be fully incorporated into the market price of energy, into the federal tax or fee, or into other applicable revenue measures related to production and consumption of energy.

In response, the National Research Council established the Committee on Health, Environmental, and Other External Costs and Benefits of Energy Production and Consumption, which prepared this report. Biographic information on the committee members is presented in Appendix A.

In the course of preparing this report, the committee met six times. At two of the meetings, oral presentations were made by the following individuals at the invitation of the committee: Christopher Miller (staff for U.S. Senator Harry Reid); Mark Heil and John Worth (U.S. Department of the Treasury); Raymond Braitsch, Thomas Grahame, and Robert Marlay (U.S. Department of Energy); Robert Brenner and James Democker (U.S. Environmental Protection Agency); Arthur Rypinski (U.S. Department of Transportation); Nicholas Muller (Middlebury College); and Richard Tol (Economic and Social Research Institute, Dublin, Ireland). Interested members of the public at large were also given an opportunity to speak on these occasions. Subsequently, the committee held two teleconferences and one subgroup meeting to complete its deliberations.

In addition to the information from those presentations, the committee

*xvii*

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK  Document 85-2  filed 05/06/21  USDC Colorado  pg 2

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

made use of peer-reviewed scientific literature, government agency reports, and databases.

This report has been reviewed in draft form by individuals chosen for their diverse perspectives and technical expertise in accordance with procedures approved by the National Research Council Report Review Committee. The purpose of this independent review is to provide candid and critical comments that will assist the institution in making its published report as sound as possible and to ensure that the report meets institutional standards for objectivity, evidence, and responsiveness to the study charge. The review comments and draft manuscript remain confidential to protect the integrity of the deliberative process. We wish to thank the following for their review of this report: David T. Allen, University of Texas, Austin; William F. Banholzer, the Dow Chemical Company; Eric J. Barron, National Center for Atmospheric Research; Donald Boesch, University of Maryland; Dallas Burtraw, Resources for the Future; Douglas M. Chapin, MPR Associates, Inc.; A. Myrick Freeman, III, professor emeritus, Bowdoin College; Charles H. Goodman, Southern Company Services, Inc. (retired); Dale W Jorgenson, Harvard University; Nathaniel Keohane, Environmental Defense Fund; Jonathan I. Levy, Harvard School of Public Health; Erik Lichtenberg, University of Maryland; Robert O. Mendelsohn, Yale University; Armistead Russell, Georgia Institute of Technology; Kumares C. Sinha, Purdue University; Kerry Smith, Arizona State University; Kirk R. Smith, University of California, Berkeley; Susan Tierney, Analysis Group; and Michael Walsh, Independent Consultant.

Although the reviewers listed above have provided many constructive comments and suggestions, they were not asked to endorse the conclusions or recommendations, nor did they see the final draft of the report before its release. The review of this report was overseen by Lawrence T. Papay, Science Applications International Corporation (retired) and Charles E. Phelps, University of Rochester. Appointed by the National Research Council, they were responsible for making certain that an independent examination of this report was carried out in accordance with institutional procedures and that all review comments were carefully considered. Responsibility for the final content of this report rests entirely with the author committee and the institution.

We wish to thank Eric Barron (National Center for Atmospheric Research) and Robert Stavins (Harvard University) for their service as members of the committee during the early stages of this study; they resigned from the committee for personal reasons.

Ronnie Brodsky (University of Maryland) and Paulina Jaramillo and Constantine Samaras (Carnegie Mellon University) helped with information gathering and literature reviews. Joseph Maher (Resources for the Future) assisted in data analysis and in developing report illustrations. The commit-

Copyright © National Academy of Sciences. All rights reserved.

tee's work was assisted by staff of the National Research Council's Board
on Environmental Studies and Toxicology (BEST); the Board on Energy and
Environmental Systems (BEES); and the Board on Science, Technology, and
Economic Policy (STEP). We wish to thank Raymond Wassel, project direc-
tor, and James Reisa (director of BEST) Steve Merrill (director of STEP)
and James Zucchetto (director of BEES). Scientific and technical informa-
tion was provided by David Policansky, Keegan Sawyer, Patrick Baur, Alan
Crane, Leah Nichols, Duncan Brown, and Mirsada Karalic-Loncarevic. Lo-
gistical support was provided by John Brown and Daniel Mullins. Radiah
Rose managed the production of the report, Ruth Crossgrove was the
editor, and Steve Marcus served as a contributing editor.

> Jared Cohon, *Chair*
> Committee on Health, Environmental,
>     and Other External Costs and Benefits
>     of Energy Production and Consumption

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

549

Copyright © National Academy of Sciences. All rights reserved.

# Contents

**SUMMARY**                                                           3

**1   INTRODUCTION**                                                  22
Genesis of the Study, 22
Statement of Task, 23
Related Studies, 25
Defining and Measuring Externalities, 29
Selecting Energy Sources and Uses for This Study, 36
Framework for Evaluating External Effects, 43
The Policy Context for This Study, 54
Some Methodological Issues: Space, Time, and Uncertainty, 57
Organization of the Report, 63

**2   ENERGY FOR ELECTRICITY**                                       64
Background, 64
Electricity Production from Coal, 71
Electricity Production from Natural Gas, 109
Electricity Production from Nuclear Power, 125
Electricity Production from Wind, 136
Electricity Production from Solar Power, 142
Electricity Production from Biomass, 145
Transmission and Distribution of Electricity, 147
Summary, 148

*xxi*

Copyright © National Academy of Sciences. All rights reserved.

**3   ENERGY FOR TRANSPORTATION**   **154**

Background, 154

Approach to Analyzing Effects and Externalities of
   Transportation Energy Use, 157

Production and Use of Petroleum-Based Fuels, 165

Production and Use of Biofuels, 181

Electric Vehicles, 197

Natural Gas, 204

Hydrogen Fuel-Cell Vehicles, 207

Summary and Conclusions, 209


**4   ENERGY FOR HEAT**   **222**

Background, 222

Heat in Residential and Commercial Buildings, 226

Heat in the Industrial Sector, 228

Estimates of Externalities Associated with Energy Use for
   Heat, 232

Emissions of Greenhouse Gases, 240

Potential Damages Reductions in 2030, 241

Summary, 246


**5   CLIMATE CHANGE**   **248**

Overview of Quantifying and Valuing Climate-Change
   Impacts, 248

Impacts on Physical and Biological Systems, 261

Impacts on Human Systems, 266

Economic Damage from Irreversible and Abrupt Climate
   Change, 289

Aggregate Impacts of Climate Change, 294

Marginal Impacts of Greenhouse Gas Emissions, 300

Research Recommendations, 308


**6   INFRASTRUCTURE AND SECURITY**   **309**

Introduction, 309

Disruption Externalities in the Electricity-Transmission
   Grid, 309

Facility Vulnerability to Accidents and Attacks, 316

External Costs of Oil Consumption, 325

Security of Energy Supply, 330

National Security Externalities, 331

Conclusion, 336

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**7** **OVERALL CONCLUSIONS AND RECOMMENDATIONS** **337**
The Committee's Analyses, 337
Limitations in the Analyses, 338
Electricity Generation, 339
Transportation, 348
Heat Generation, 356
Climate Change, 358
Comparing Climate and Nonclimate Damage Estimates, 360
Overall Conclusions and Implications, 362
Research Recommendations, 367

**REFERENCES** **372**

**ABBREVIATIONS** **400**

**COMMON UNITS AND CONVERSIONS** **405**

**APPENDIXES**

**A** **BIOGRAPHIC INFORMATION ON THE COMMITTEE
ON HEALTH, ENVIRONMENTAL, AND OTHER
EXTERNAL COSTS AND BENEFITS OF ENERGY
PRODUCTION AND CONSUMPTION** **411**

**B** **A SIMPLE DIAGRAMMATIC EXAMPLE OF AN
EXTERNALITY** **420**

**C** **DESCRIPTION OF APEEP MODEL AND ITS
APPLICATION** **423**

**D** **DESCRIPTION OF GREET AND MOBILE6 MODELS
AND THEIR APPLICATIONS** **432**

**E** **SUPPLEMENTAL INFORMATION ON LAND-USE
EXTERNALITIES FROM BIOFUELS: A CASE STUDY
OF THE BOONE RIVER WATERSHED** **470**

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

# Boxes, Figures, and Tables

## BOXES

1-1   Statement of Task, 24
1-2   Definitions of Key Terms, 30

2-1   Airborne Particulate Matter, 69
2-2   Entrainment and Impingement of Aquatic Organisms by Thermal
      Power Plants, 131

4-1   Definition of Residential, Commercial, and Industrial Sectors,
      223
4-2   Energy for Heat in Steel Manufacture, 229
4-3   Zero-Energy Concept Home, 243

5-1   Estimating the Impacts of Climate Change on Agriculture, 280
5-2   Discounting and Equity Weighting, 302

## FIGURES

S-1   Distribution of aggregate damages among the 406 coal-fired
      power plants analyzed in this study, 7
S-2   Distribution of aggregate damages among the 498 natural-gas-
      fired power plants analyzed in this study, 9
S-3   Health effects and other nonclimate damages are presented by
      life-cycle component for different combinations of fuels and light-
      duty automobiles in 2005 and 2030, 14

*xxv*

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2

S-4     Greenhouse gas emissions (grams $CO_2$-eq)/VMT by life-cycle
        component for different combinations of fuels and light-duty
        automobiles in 2005 and 2030, 16

1-1     Marginal damage associated with $SO_2$ emissions in a year (x-
        axis) and the marginal cost of emitting $SO_2$ in a year (y-axis) for
        a hypothetical power plant (Firm 1) emitting $SO_2$, 34
1-2     Sources and forms of energy that provide the ability to do useful
        work, 37
1-3     Energy flows in the U.S. economy, 2007, 38
1-4     U.S. energy consumption by energy source in 2007, 39
1-5     U.S. consumption of energy by sector and fuel type in 2007, 40
1-6     U.S. delivered energy consumption by end-use sector in 2007, 41
1-7     Life-cycle analysis for energy use, 44

2-1     Major coal-producing regions in the United States (million short
        tons and percent change from 2006), 73
2-2     Methods of U.S. coal transport, 74
2-3     Injuries in U.S. coal-mining operations from 2000 to 2008, 76
2-4     U.S. coal production 1949-2007, by mining method, 79
2-5     Distribution of aggregate damages in 2005 by decile: Coal plants,
        89
2-6     Air-pollution damages from coal generation for 406 plants,
        2005, 90
2-7     Distribution of air-pollution damages per kWh for 406 coal
        plants, 2005, 93
2-8     Regional distribution of air-pollution damages from coal
        generation per kWh in 2005, 94
2-9     Coal combustion product beneficial use versus production, 104
2-10    U.S. natural gas well average productivity, 110
2-11    Natural gas production, consumption, and imports in the United
        States, 110
2-12    U.S. fatalities in oil and gas extraction from 1992 to 2007, 115
2-13    Injuries and illnesses in U.S. oil and natural gas extraction
        operations, 115
2-14    Distribution of aggregate damages in 2005 by decile: Natural-
        gas-fired plants, 119
2-15    Criteria-air-pollutant damages from gas generation for 498
        plants, 2005 (USD 2007), 120
2-16    Distribution of criteria-air-pollutant damages per kWh of
        emissions for 498 natural-gas-fired plants, 2005, 121
2-17    Regional distribution of criteria-air-pollutant damages from gas
        generation per kWh, 122

Copyright © National Academy of Sciences. All rights reserved.

2-18    Locations of operating nuclear power reactors in the United States, 126

2-19    Locations of nuclear power reactor sites undergoing decommissioning in the United States, 126

3-1     U.S. transportation energy consumption by mode and vehicle in 2003, 155

3-2     Overview of petroleum consumption, production, and imports from 1949 to 2007, 166

3-3     Location of U.S. oil refineries, 167

3-4     Products made from one barrel of crude oil (gallons), 167

3-5     U.S. refinery and blender net production of refined petroleum products in 2007, 168

3-6     Conceptual stages of fuel life cycle, 170

3-7     Health effects and other nonclimate damages are presented by life-cycle component for different combinations of fuels and light-duty automobiles in 2005 and 2030, 212

3-8     Greenhouse gas emissions (grams $CO_2$-eq)/VMT by life-cycle component for different combinations of fuels and light-duty automobiles in 2005 and 2030, 216

3-9     Aggregate operation, feedstock, and fuel damages of heavy-duty vehicles from air-pollutant emissions (excluding GHGs), 217

3-10    Aggregate operation, feedstock, and fuel damages of heavy-duty vehicles from GHG emissions, 218

4-1     Total U.S. energy use by sector, 2008, 224

4-2     U.S. energy consumption by source and sector, 2008 (quadrillion Btu), 225

4-3     Energy use, energy intensity, output, and structural effects in the industrial sector, 1985-2004, 230

4-4     Manufacturing sector consumption of natural gas as a fuel by industry, 2002, 232

4-5     Greenhouse gas emissions in the United States by sector, 239

5-1     Global anthropogenic GHG emissions, 251

5-2     Atmosphere-Ocean General Circulation Model projections of surface warming, 252

5-3     Global $CO_2$ emissions for 1940 to 2000 and emissions ranges for categories of stabilization scenarios from 2000 to 2100; and the corresponding relationship between the stabilization target and the probable equilibrium global average temperature increase above preindustrial levels, 255

5-4     Multimodel projected patterns of precipitation changes, 262

Copyright © National Academy of Sciences. All rights reserved.

5-5      Examples of regional impacts of climate change, 270
5-6      Mid-Atlantic wetland marginalization and loss as a consequence
         of sea-level rise, 273
5-7      Impact of increased temperature and precipitation on agricultural
         productivity, 282
5-8      Irreversible precipitation changes by region, 291
5-9      Dependence of GHG damage on the amount of temperature
         change, 298
5-10     Dependence of GHG damage, as a percent of global gross
         domestic product, on the amount of temperature change, 299

6-1      Illustration of monopsony, 327

7-1      Distribution of aggregate damages from coal-fired power plants
         by decile, 340
7-2      Air-pollution damages from coal-fired electricity generation for
         406 plants in 2005, 341
7-3      Distribution of air-pollution damages per kilowatt-hour for 406
         coal plants in 2005, 342
7-4      Distribution of aggregate damages from natural-gas-fired power
         plants by decile, 343
7-5      Air-pollution damages from natural-gas-fired electricity
         generation for 498 plants, 2005, 345
7-6      Health effects and other nonclimate damages are presented by
         life-cycle component for different combinations of fuels and light-
         duty automobiles in 2005 and 2030, 352
7-7      Greenhouse gas emissions (grams $CO_2$-eq)/VMT by life-cycle
         component for different combinations of fuels and light-duty
         automobiles in 2005 and 2030, 355

B-1      Pollution abatement and cost per ton of abatement, 421

E-1      The Boone River Watershed, 472

## TABLES

1-1      Committee Study Approach for Energy Sources and Consumption
         Sectors, 42
1-2      Illustrative Impacts of Producing Electricity from Coal, 46
1-3      Illustrative Impact Categories Pathways, 50

2-1      Net Electricity Generation by Energy, 65

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

2-2     Energy for Electricity: Impacts and Externalities Discussed,
        Quantified, or Monetized, 70
2-3     Coal Classification by Type, 72
2-4     Five Leading Coal-Producing States, 2007, by Mine Type and
        Production, 73
2-5     Estimated Recoverable Reserves for the 10 States with the
        Largest Reserves by Mining Method for 2005, 74
2-6     Estimated Injuries, Illnesses, and Fatalities during Rail Transport
        of Coal for Electricity Power, 2007, 79
2-7     Distribution of Criteria-Air-Pollutant Damages Associated with
        Emissions from 406 Coal-Fired Power Plants in 2005, 89
2-8     Distribution of Criteria-Air-Pollutant Damages per Ton of
        Emissions from Coal-Fired Power Plants, 90
2-9     Distribution of Criteria-Air-Pollutant Damages per Kilowatt-
        Hour Associated with Emissions from 406 Coal-Fired Power
        Plants in 2005, 92
2-10    $NO_x$ and $SO_2$ Emissions (2002) from Coal-Fired Electricity
        Generation by Age of Power Plant, 95
2-11    Distribution of Pounds of Criteria-Pollutant-Forming Emissions
        per Megawatt-Hour by Coal-Fired Power Plants, 2005, 97
2-12    2007 Coal Combustion Product (CCP) Production and Use
        Survey Results, 102
2-13    IPCC Range of Aggregate Costs for $CO_2$ Capture, Transport, and
        Geological Storage, 106
2-14    Distribution of Criteria-Pollutant Damages Associated with
        Emissions from 498 Gas-Fired Power Plants in 2005, 118
2-15    Distribution of Criteria-Pollutant Damages per kWh Associated
        with Emissions from 498 Gas-Fired Power Plants in 2005, 118
2-16    Distribution of Pounds of Criteria-Pollutant-Forming Emissions
        per Megawatt-Hour by Gas-Fired Power Plants, 2005, 121
2-17    Distribution of Damages per Ton of Criteria-Pollutant-Forming
        Emissions by Gas-Fired Power Plants, 122
2-18    U.S. Nuclear Power Reactors Undergoing Decommissioning, 127

3-1     Vehicle-Fuel Technologies in the Committee's Analysis, 162
3-2     Number of U.S. Aircraft, Vehicles, Vessels, and Other
        Conveyances, 169
3-3     Health and Other Non-GHG Damages from a Series of Gasoline
        and Diesel Fuels Used in Light-Duty Automobiles, 178
3-4     Health and Other Damages Not Related to Climate Change
        from a Series of Gasoline and Diesel Fuels Used in Heavy-Duty
        Vehicles, 179

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

3-5     Carbon Dioxide Equivalent ($CO_2$-eq) Emissions of GHGs from a
        Series of Gasoline and Diesel Fuels, 180
3-6     Feedstocks Identified in AEF Report and Partial List of Their
        Externalities, 183
3-7     Water Quality and Externalities Estimated for Ethanol Scenarios,
        192
3-8     Estimated Ethanol Production from Feedstocks in the Boone
        River Watershed, 194
3-9     Monetized Land-Use Damages of the Boone River Case Study,
        195
3-10    Comparison of Health and Other Non-GHG Damages from
        Conventional Gasoline to Three Ethanol Feedstocks, 196
3-11    Plausible Light-Duty-Vehicle Market Shares of Advanced Vehicles
        by 2020 and 2035, 199
3-12    Energy Use During Vehicle Manufacturing and Disposal of Light-
        Duty-Vehicles, 200
3-13    Comparison of Health and Other Non-GHG Damage Estimates
        for Hybrid- and Electric-Vehicle Types with Conventional
        Gasoline, 2005 and 2030, 203
3-14    Health and Other Non-GHG Damages from CNG Light-Duty
        Autos and Trucks (Values Reported in Cents/VMT), 206
3-15    Carbon Dioxide Equivalent ($CO_2$-eq) Emissions of GHGs
        from CNG Autos and Light-Duty Trucks Compared with
        Reformulated Gasoline Vehicles (Grams/VMT), 207
3-16    Health and Other Non-GHG Damages from Hydrogen Fuel-Cell
        Autos Compared with Reformulated Gasoline Autos, 208
3-17    Carbon Dioxide Equivalent ($CO_2$-eq) Emissions of GHGs
        from Hydrogen Fuel-Cell Autos Compared with Reformulated
        Gasoline Autos, 209
3-18    Relative Categories of Damages 2005 and 2030 for Major
        Categories of Light-Duty Fuels and Technologies, 210
3-19    Relative Categories of GHG Emissions in 2005 and 2030 for
        Major Categories of Light-Duty Fuels and Technologies, 215

4-1     U.S. Nonelectric Energy Consumption by Source and End-Use
        Sector: Years 2007 and 2030 (EIA Estimates) (Quadrillion Btu),
        229
4-2     Residential Sector Natural Gas Use for Heat: National Damage
        Estimates from Air Pollutants (Excluding Greenhouse Gases)
        (Cents/MCF) (2007 USD). (Damage Estimated from 2002 NEI
        Data for 3,100 Counties), 234

Copyright © National Academy of Sciences. All rights reserved.

4-3     Residential Sector Natural Gas Use for Heat: Regional Damage
        Estimates (Excluding Greenhouse Gases) (Cents/MCF). (Damage
        Estimated from 2002 NEI Data for 3,100 Counties), 236

4-4     Commercial Sector Natural Gas Use for Heat: National Damage
        Estimates from Air Pollutants (Excluding Greenhouse Gases)
        (Cents/MCF), 237

5-1     Characteristics of Post-Third Assessment Report (TAR)
        Stabilization Scenarios and Resulting Long-Term Equilibrium
        Global Average Temperature and the Sea-Level Rise Component
        from Thermal Expansion Only, 254

5-2     Climate-Related Observed Trends of Various Components of the
        Global Freshwater Systems, 265

5-3     Examples of Possible Impacts of Climate Change Due to Changes
        in Extreme Weather and Climate Events, Based on Projections to
        the Mid- to Late 21st Century, 268

5-4     Water Availability Effects from Climate Change for Selected
        Studies (Percent of Contemporaneous GDP Around 2100), 271

5-5     Values of the Benchmarking Parameter, 274

5-6     Benchmark Sea-Level Rise Estimates in FUND, 276

5-7     Estimates of Total Damage Due to Climate Change from
        Benchmark Warming (Percent Change in Annual GDP), 295

5-8     Marginal Global Damages from GHG Emissions: Estimates from
        Widely Used Models, 297

5-9     Indicative Marginal Global Damages from Current GHG
        Emissions ($/Ton $CO_2$-eq), 302

5-10    Illustration of Ranges of Climate-Related Damages for Selected
        Categories of Energy Use in the United States, 2005, 307

6-1     Net Stock of Energy-Related Fixed Assets in 2007 ($Billions),
        310

6-2     Estimates of the Average Cost of Outages, 312

6-3     LNG Infrastructure and Safety Record, 318

6-4     Average Number and Volume of Oil Spills on U.S. Soil, 1990-
        1998, 320

6-5     Annual Averages for Significant Pipeline Incidents, 2002-2006,
        322

6-6     Annual Averages for Pipelines per Ton Miles, 2002-2006, 323

6-7     U.S. Oil Dependence, 326

7-1     Relative Categories of Health and Other Nonclimate-Change
        Damages 2005 and 2030 for Major Categories of Light-Duty
        Vehicle Fuels and Technologies, 350

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

7-2       Relative Categories of GHG Emissions 2005 and 2030 for Major
          Categories of Light-Duty Vehicle Fuels and Technologies, 354
7-3       Monetized Damages Per Unit of Energy-Related Activity, 361

C-1       Epidemiology Studies Used in APEEP, 427
C-2       Concentration-Response Studies Used in APEEP, 428
C-3       Value of Human Health Effects in APEEP, 428
C-4       Value of Nonmarket Impacts of Air Pollution, 428

D-1       GREET 2.7a Vehicle Manufacturing Results for Cars, 436
D-2       GREET 2.7a Vehicle Manufacturing Results for SUVs, 436
D-3       GREET Energy and Emission Factors for Light-Duty Autos in
          2005, 438
D-4       GREET Energy and Emission Factors for Light-Duty Trucks 1 in
          2005, 442
D-5       GREET Energy and Emission Factors for Light-Duty Trucks 2 in
          2005, 446
D-6       GREET Energy and Emission Factors for Light-Duty Autos in
          2020, 450
D-7       GREET Energy and Emission Factors for Light-Duty Trucks 1 in
          2020, 454
D-8       GREET Energy and Emission Factors for Light-Duty Trucks 2 in
          2020, 458
D-9       Mobile6.2 Energy and Emission Factors for Heavy-Duty Vehicles
          in 2005, 462
D-10      Mobile6.2 Energy and Emission Factors for Heavy-Duty Vehicles
          in 2030, 463
D-11      Comparison of Emission Factors (g/VMT) for a Light-Duty
          Gasoline Automobile in 2005, 463
D-12      Comparison of Emission Factors (g/VMT) for a Light-Duty
          Diesel Automobile in 2005, 463
D-13      Mobile6.2 Ammonia Emissions (g/VMT), 465

E-1       Boone River Watershed Baseline Cropping Pattern, 472

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

# HIDDEN COSTS OF ENERGY

## UNPRICED CONSEQUENCES OF ENERGY PRODUCTION AND USE

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

549

Copyright © National Academy of Sciences. All rights reserved.

# Summary

Modern civilization is heavily dependent on energy from sources such as coal, petroleum, and natural gas. Yet, despite energy's many benefits, most of which are reflected in energy market prices, the production, distribution, and use of energy also cause negative effects. Beneficial or negative effects that are not reflected in energy market prices are termed "external effects" by economists. In the absence of government intervention, external effects associated with energy production and use are generally not taken into account in decision making.

When prices do not adequately reflect them, the monetary value assigned to benefits or adverse effects (referred to as damages) are "hidden" in the sense that government and other decision makers, such as electric utility managers, may not recognize the full costs of their actions. When market failures like this occur, there may be a case for government interventions in the form of regulations, taxes, fees, tradable permits, or other instruments that will motivate such recognition.

Recognizing the significance of the external effects of energy, Congress requested this study in the Energy Policy Act of 2005 and later directed the Department of the Treasury to fund it under the Consolidated Appropriations Act of 2008. The National Research Council committee formed to carry out the study was asked to define and evaluate key external costs and benefits—related to health, environment, security, and infrastructure—that are associated with the production, distribution, and use of energy but not reflected in market prices or fully addressed by current government policy. The committee was not asked, however, to recommend specific strategies for addressing such costs because policy judgments that transcend scientific

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

and technological considerations—and exceed the committee's mandate—would necessarily be involved.

The committee studied energy technologies that constitute the largest portion of the U.S. energy system or that represent energy sources showing substantial increases (>20%) in consumption over the past several years. We evaluated each of these technologies over their entire life cycles—from fuel extraction to energy production, distribution, and use to disposal of waste products—and considered the external effects at each stage.

Estimating the damages associated with external effects was a multi-step process, with most steps entailing assumptions and their associated uncertainties. Our method, based on the "damage function approach," started with estimates of burdens (such as air-pollutant emissions and water-pollutant discharges). Using mathematical models, we then estimated these burdens' resultant ambient concentrations as well the ensuing exposures. The exposures were then associated with consequent effects, to which we attached monetary values in order to produce damage estimates. One of the ways economists assign monetary values to energy-related adverse effects is to study people's preferences for reducing those effects. The process of placing monetary values on these impacts is analogous to determining the price people are willing to pay for commercial products. We applied these methods to a year close to the present (2005) for which data were available and also to a future year (2030) to gauge the impacts of possible changes in technology.

A key requisite to applying our methods was determining which policy-relevant effects are truly external, as defined by economists. For example, increased food prices caused by the conversion of agricultural land from food to biofuel production, are *not* considered to represent an external cost, as they result from (presumably properly functioning) markets. Higher food prices may of course raise important social concerns and may thus be an issue for policy makers, but because they do not constitute an external cost they were not included in the study.

Based on the results of external-cost studies published in the 1990s, we focused especially on air pollution. In particular, we evaluated effects related to emissions of particulate matter (PM), sulfur dioxide ($SO_2$), and oxides of nitrogen ($NO_x$), which form criteria air pollutants.[1] We monetized effects of those pollutants on human health, grain crop and timber yields, building materials, recreation, and visibility of outdoor vistas. Health damages, which include premature mortality and morbidity (such as chronic bronchi-

---

[1] Criteria pollutants, also known as "common pollutants" are identified by the U.S. Environmental Protection Agency (EPA), pursuant to the Clean Air Act, as ambient pollutants that come from numerous and diverse sources and that are considered to be harmful to public health and the environment and to cause property damage.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

tis and asthma), constituted the vast majority of monetized damages, with premature mortality being the single largest health-damage category.

Some external effects could only be discussed in qualitative terms in this report. Although we were able to quantify and then monetize a wide range of burdens and damages, many other external effects could not ultimately be monetized because of insufficient data or other reasons. In particular, the committee did not monetize impacts of criteria air pollutants on ecosystem services or nongrain agricultural crops, or effects attributable to emissions of hazardous air pollutants.[2] In any case, it is important to keep in mind that the individual estimates presented in this report, even when quantifiable, can have large uncertainties.

In addition to its external effects in the present, the use of fossil fuels for energy creates external effects in the future through its emissions of atmospheric greenhouse gases (GHGs)[3] that cause climate change, subsequently resulting in damages to ecosystems and society. This report estimates GHG emissions from a variety of energy uses, and then, based on previous studies, provides *ranges* of potential damages. The committee determined that attempting to estimate a single value for climate-change damages would have been inconsistent with the dynamic and unfolding insights into climate change itself and with the extremely large uncertainties associated with effects and range of damages. Because of these uncertainties and the long time frame for climate change, our report discusses climate-change damages separately from damages not related to climate change.

## OVERALL CONCLUSIONS AND IMPLICATIONS

### Electricity

Although the committee considered electricity produced from coal, natural gas, nuclear power, wind, solar energy, and biomass, it focused mainly on coal and natural gas—which together account for nearly 70% of the nation's electricity—and on monetizing effects related to the air pollution from these sources. From previous studies, it appeared that the electricity-*generation* activities accounted for the majority of such external effects, with other activities in the electricity cycle, such as mining and drilling, playing a lesser role.

---

[2]Hazardous air pollutants, also known as toxic air pollutants, are those pollutants that are known or suspected to cause cancer or other serious health effects, such as reproductive effects and birth defects, or adverse environmental effects.

[3]Greenhouse gases absorb heat from the earth's surface and lower atmosphere, resulting in much of the energy being radiated back toward the surface rather than into space. These gases include water vapor, $CO_2$, ozone, methane, and nitrous oxide.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

*Coal*

Coal, a nonrenewable fossil fuel, accounts for nearly half of all electricity produced in the United States. We monetized effects associated with emissions from 406 coal-fired power plants, excluding Alaska and Hawaii, during 2005. These facilities represented 95% of the country's electricity from coal. Although coal-fired electricity generation from the 406 sources resulted in large amounts of pollution overall, a plant-by-plant breakdown showed that the bulk of the damages were from a relatively small number of them. In other words, specific comparisons showed that the source-and-effect landscape was more complicated than the averages would suggest.

*Damages Unrelated to Climate Change*    The aggregate damages associated with emissions of $SO_2$, $NO_x$, and PM from these coal-fired facilities in 2005 were approximately $62 billion, or $156 million on average per plant.[4] However, the differences among plants were wide—the 5th and 95th percentiles of the distribution were $8.7 million and $575 million, respectively. After ranking all the plants according to their damages, we found that the 50% of plants with the lowest damages together produced 25% of the net generation of electricity but accounted for only 12% of the damages. On the other hand, the 10% of plants with the highest damages, which also produced 25% of net generation, accounted for 43% of the damages. Figure S-1 shows the distribution of damages among coal-fired plants.

Some of the variation in damages among plants occurred because those that generated more electricity tended to produce greater damages; hence, we also reported damages per kilowatt hour (kWh) of electricity produced. If plants are weighted by the amount of electricity they generate, the mean damage is 3.2 cents per kWh. For the plants examined, variation in damages per kWh is primarily due to variation in pollution intensity (emissions per kWh) among plants, rather than variation in damages per ton of pollutant. Variations in emissions per kWh mainly reflected the sulfur content of the coal burned; the adoption, or not, of control technologies (such as scrubbers); and the vintage of the plant—newer plants were subject to more stringent pollution-control requirements. As a result, the distribution of damages per kWh was highly skewed: There were many coal-fired power plants with modest damages per kWh as well as a small number of plants with large damages. The 5th percentile of damages per kWh is less than half a cent, and the 95th percentile of damages is over 12 cents.[5]

The estimated air-pollution damages associated with electricity generation from coal in 2030 will depend on many factors. For example, damages

---

[4]Costs are reported in 2007 dollars.
[5]When damages per kWh are weighted by electricity generation, the 5th and 95th percentiles are 0.19 and 12 cents; the unweighted figures are .53 and 13.2 cents per kWh.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html



**FIGURE S-1** Distribution of aggregate damages among the 406 coal-fired power plants analyzed in this study. In computing this chart, plants were sorted from smallest to largest based on damages associated with each plant. The lowest decile (10% increment) represents the 40 plants with the smallest damages per plant (far left). The decile of plants that produced the most damages is on the far right. The figure on the top of each bar is the average damage across all plants of damages associated with sulfur dioxide, oxides of nitrogen, and particulate matter. Damages related to climate-change effects are not included.

per kWh are a function of the emissions intensity of electricity generation from coal (for example, pounds [lb] of $SO_2$ per megawatt hour [MWh]), which in turn depends on future regulation of power-plant emissions. Based on government estimates, net power generation from coal in 2030 is expected to be 20% higher on average than in 2005. Despite projected increases in damages per ton of pollutant resulting mainly from population and income growth—average damages per kWh from coal plants (weighted by electricity generation) are estimated to be 1.7 cents per kWh in 2030 as compared with 3.2 cents per kWh in 2005. This decrease derives from the assumption that $SO_2$ emissions per MWh will fall by 64% and that $NO_x$ and PM emissions per MWh will each fall by approximately 50%.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK  Document 85-2  filed 05/06/21  USDC Colorado  pg 2

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

*Natural Gas*

An approach similar to that used for coal allowed the committee to estimate criteria-pollutant-related damages for 498 facilities in 2005 that generated electricity from natural gas in the contiguous 48 states. These facilities represented 71% of the country's electricity from natural gas. Again, as with coal, the overall averages masked some major differences among plants, which varied widely in terms of pollution generation.

*Damages Unrelated to Climate Change*   Damages from gas-fueled plants tend to be much lower than those from coal plants. The sample of 498 gas facilities produced \$740 million in aggregate damages from emissions of $SO_2$, $NO_x$, and PM. Average annual damages per plant were \$1.49 million, which reflected not only lower damages per kWh at gas plants but smaller plant sizes as well; net generation at the median coal plant was more than six times larger than that of the median gas facility. After sorting the gas plants according to damages, we found that the 50% with the lowest damages accounted for only 4% of aggregate damages. By contrast, the 10% of plants with the largest damages produced 65% of the air-pollution damages from all 498 plants (see Figure S-2). Each group of plants accounted for approximately one-quarter of the sample's net generation of electricity.

Mean damages per kWh were 0.16 cents when natural-gas-fired plants were weighted by the amount of electricity they generated. However, the distribution of damages per kWh had a large variance and was highly skewed. The 5th percentile of damages per kWh is less than 5/100 of a cent, and the 95th percentile of damages is about 1 cent.[6]

Although overall electricity production from natural gas in 2030 is predicted to increase by 9% from 2005 levels, the average pollution intensity for natural-gas facilities is expected to decrease, though not as dramatically as for coal plants. Pounds of $NO_x$ emitted per MWh are estimated to fall, on average, by 19%, and emissions of PM per MWh are estimated to fall by about 32%. The expected net effect of these changes is a decrease in the aggregate damages related to the 498 gas facilities from \$740 million in 2005 to \$650 million in 2030. Their average damage per kWh is expected to fall from 0.16 cents to 0.11 cents over that same period.

*Nuclear*

The 104 U.S. nuclear reactors currently account for almost 20% of the nation's electrical generation. Overall, other studies have found that

---

[6]When damages per kWh are weighted by electricity generation, the 5th and 95th percentiles are 0.001 and 0.55 cents; the unweighted figures are .0044 and 1.7 cents per kWh.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549



**FIGURE S-2** Distribution of aggregate damages among the 498 natural-gas-fired power plants analyzed in this study. In computing this chart, plants were sorted from smallest to largest based on damages associated with each plant. The lowest decile (10% increment) represents the 50 plants with the smallest damages per plant (far left). The decile of plants that produced the most damages is on the far right. The figure on the top of each bar is the average damage across all plants of damages associated with sulfur dioxide, oxides of nitrogen, and particulate matter. Damages related to climate-change effects are not included.

damages associated with the normal operation of nuclear power plants (excluding the possibility of damages in the remote future from the disposal of spent fuel) are quite low compared with those of fossil-fuel-based power plants.[7]

However, the life cycle of nuclear power does pose some risks. If uranium mining activities contaminate ground or surface water, people could potentially be exposed to radon or other radionuclides through ingestion.

---

[7]The committee did not quantify damages associated with nuclear power. Such an analysis would have involved power-plant risk modeling and spent-fuel transportation modeling that would have required far greater resources and time than were available for this study.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK    Document 85-2    filed 05/06/21    USDC Colorado    pg 2

Because the United States mines only about 5% of the world's uranium supply, such risks are mostly experienced in other countries.

Low-level nuclear waste is stored until it decays to background levels and currently does not pose an immediate environmental, health, or safety hazard. However, regarding spent nuclear fuel, development of full-cycle, closed-fuel processes that recycle waste and enhance security could further lower risks.

A permanent repository for spent fuel and other high-level nuclear wastes is perhaps the most contentious nuclear-energy issue, and considerably more study of the external cost of such a repository is warranted.

## Renewable Energy Sources

Wind power currently provides just over 1% of U.S. electricity, but it has large growth potential. Because no fuel is involved in electricity generation, neither gases nor other contaminants are released during the operation of a wind turbine. Its effects do include potentially adverse visual and noise effects, and the killing of birds and bats. In most cases, wind-energy plants currently do not kill enough birds to cause population-level problems, except perhaps locally and mainly with respect to raptors. The tallies of bats killed and the population consequences of those deaths have not been quantified but could be significant. If the number of wind-energy facilities continues to grow as fast as it has recently, bat and perhaps bird deaths could become more significant.

Although the committee did not evaluate in detail the effects of solar and biomass generation of electricity, it has seen no evidence that they currently produce adverse effects comparable in aggregate to those of larger sources of electricity. However, as technology improves and penetration into the U.S. energy market grows, the external costs of these sources will need to be reevaluated.

## Greenhouse Gas Emissions and Electricity Generation

Emissions of carbon dioxide ($CO_2$) from coal-fired power plants are the largest single source of GHGs in the United States. $CO_2$ emissions vary; their average is about 1 ton of $CO_2$ per MWh generated, having a 5th-to-95th-percentile range of 0.95-1.5 tons. The main factors affecting these differences are the technology used to generate the power and the age of the plant. Emissions of $CO_2$ from gas-fired power plants also are significant, having an average of about 0.5 ton of $CO_2$ per MWh generated and a 5th-to-95th-percentile range of 0.3-1.1 tons. Life-cycle $CO_2$ emissions from nuclear, wind, biomass, and solar appear so small as to be negligible compared with those from fossil fuels.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2

## Heating

The production of heat as an end use accounts for about 30% of U.S. primary energy demand, the vast majority of which derives from the combustion of natural gas or the application of electricity. External effects associated with heat production come from all sectors of the economy, including residential and commercial (largely for the heating of living or work spaces) and industrial (for manufacturing processes).

### *Damages Unrelated to Climate Change*

As with its combustion for electricity, combustion of natural gas for heat results in lower emissions than from coal, which is the main energy source for electricity generation. Therefore health and environmental damages related to obtaining heat directly from natural-gas combustion are much less than damages from the use of electricity for heat. Aggregate damages from the combustion of natural gas for direct heat are estimated to be about $1.4 billion per year, assuming that the magnitude of external effects resulting from heat production for industrial activities is comparable to that of residential and commercial uses.[8] The median estimated damages attributable to natural-gas combustion for heat in residential and commercial buildings are approximately 11 cents per thousand cubic feet. These damages do not vary much across regions when considered on a per-unit basis, although some counties have considerably higher external costs than others. In 2007, natural-gas use for heating in the industrial sector, excluding its employment as a process feedstock, was about 25% less than natural-gas use in the residential and commercial building sectors.

Damages associated with energy for heat in 2030 are likely to be about the same as those that exist today, assuming that the effects of additional sources to meet demand are offset by lower-emitting sources. *Reduction* in damages would only result from more significant changes—largely in the electricity-generating sector, as emissions from natural gas are relatively small and well controlled. However, the greatest potential for reducing damages associated with the use of energy for heat lies in greater attention to improving efficiency. Results from the recent National Research Council report *America's Energy Future: Technology and Transformation* suggest a possible improvement of energy efficiency in the buildings and industrial sectors by 25% or more between now and 2030. *Increased* damages would also be possible, however, if new domestic energy development resulted in higher emissions or if additional imports of liquefied natural gas, which

---

[8]Insufficient data were available to conduct a parallel analysis of industrial activities that generate useful heat as a side benefit.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2

would increase emissions from the production and international transport of the fuel, were needed.

### Greenhouse Gas Emissions

The combustion of a thousand cubic feet of gas generates about 120 lb (0.06 tons) of $CO_2$. Methane, the major component of natural gas, is a GHG itself and has a global-warming potential about 25 times that of $CO_2$. Methane enters the atmosphere through leakage, but the U.S. Energy Information Administration estimates that such leakage amounted to less than 3% of total U.S. $CO_2$-equivalent ($CO_2$-eq) emissions[9] (excluding water vapor) in 2007. Thus, in the near term, where domestic natural gas remains the dominant source for heating, the average emissions factor is likely to be about 140 lb $CO_2$-eq per thousand cubic feet (including upstream methane emissions); in the longer term—assuming increased levels of liquefied natural gas or shale gas as part of the mix—the emissions factor could be 150 lb $CO_2$-eq per thousand cubic feet.

### Transportation

Transportation, which today is almost completely reliant on petroleum, accounts for nearly 30% of U.S. energy consumption. The majority of transportation-related emissions come from fossil-fuel combustion—whether from petroleum consumed during conventional-vehicle operation, coal or natural gas used to produce electricity to power electric or hybrid vehicles, petroleum or natural gas consumed in cultivating biomass fields for ethanol, or electricity used during vehicle manufacture.

The committee focused on both the nonclimate-change damages and the GHG emissions associated with light-duty and heavy-duty on-road vehicles, as they account for more than 75% of transportation energy consumption in the United States. Although damages from nonroad vehicles (for example, aircraft, locomotives, and ships) are not insignificant, the committee emphasized the much larger highway component.

### Damages Unrelated to Climate Change

In 2005, the vehicle sector produced $56 billion in health and other nonclimate-change damages, with $36 billion from light-duty vehicles and $20 billion from heavy-duty vehicles. Across the range of light-duty technology and fuel combinations considered, damages expressed per vehicle

---

[9]$CO_2$-eq expresses the global-warming potential of a given stream of GHGs, such as methane, in terms of $CO_2$ quantities.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

miles traveled (VMT) ranged from 1.2 cents to 1.7 cents (with a few combinations having higher damage estimates).[10]

The committee evaluated motor-vehicle damages over four life-cycle stages: (1) vehicle operation, which results in tailpipe emissions and evaporative emissions; (2) production of feedstock, including the extraction of the resource (oil for gasoline, biomass for ethanol, or fossil fuels for electricity) and its transportation to the refinery; (3) refining or conversion of the feedstock into usable fuel and its transportation to the dispenser; and (4) manufacturing and production of the vehicle. It is important that, in most cases, vehicle operation accounted for less than one-third of total damages; other components of the life cycle contributed the rest. Life-cycle stages 1, 2, and 3 were somewhat proportional to actual fuel use, while stage 4 (which is a significant source of life-cycle emissions that form criteria pollutants) was not.

The estimates of damage per VMT among different combinations of fuels and vehicle technologies were remarkably similar (see Figure S-3). Because these assessments were so close, it is essential to be cautious when interpreting small differences between combinations. The damage estimates for 2005 and 2030 also were very close, despite an expected rise in population. This result is attributable to the expected national implementation of the recently revised "corporate average fuel economy" (CAFE) standards, which require the new light-duty fleet to have an average fuel economy of 35.5 miles per gallon by 2016 (although an increase in VMT could offset this improvement somewhat).

Despite the general overall similarity, some fuel and technology combinations were associated with greater nonclimate damages than others. For example, corn ethanol, when used in E85 (fuel that is 85% ethanol and 15% gasoline), showed estimated damages per VMT similar to or slightly higher than those of gasoline, both for 2005 and 2030, because of the energy required to produce the biofuel feedstock and convert it to fuel. Yet cellulosic (nonfood biomass) ethanol made from herbaceous plants or corn stover had lower damages than most other options when used in E85. The reason for this contrast is that the feedstock chosen and growing practices used influence the overall damages from biomass-based fuels. We did not quantify water use and indirect land use for biofuels.[11]

Electric vehicles and grid-dependent hybrid vehicles showed somewhat

---

[10]The committee also estimated damages on a per-gallon basis, with a range of 23 to 38 cents per gallon (with gasoline vehicles at 29 cents per gallon). Interpretation of the results is complicated, however, by the fact that fuel and technology combinations with higher fuel efficiency appear to have markedly higher damages per gallon than those with lower efficiency solely due to the higher number of miles driven per gallon.

[11]Indirect land use refers to geographical changes occurring indirectly as a result of biofuels policy in the United States and the effects of such changes on GHG emissions.

Copyright © National Academy of Sciences. All rights reserved.

*14*                                             *HIDDEN COSTS OF ENERGY*





**FIGURE S-3** Health effects and other nonclimate damages are presented by life-cycle component for different combinations of fuels and light-duty automobiles in 2005 (*a*) and 2030 (*b*). Damages are expressed in cents per VMT (2007 U.S. dollars). Going from bottom to top of each bar, damages are shown for life-cycle stages as follows: vehicle operation, feedstock production, fuel refining or conversion, and vehicle manufacturing. Damages related to climate change are not included. ABBREVIATIONS: VMT, vehicle miles traveled; CG SI, conventional gasoline spark ignition; CNG, compressed natural gas; E85, 85% ethanol fuel; HEV, hybrid electric vehicle.

higher damages than many other technologies for both 2005 and 2030. Although operation of the vehicles produces few or no emissions, electricity production at present relies mainly on fossil fuels and, based on current emission control requirements, emissions from this stage of the life cycle are expected to still rely primarily on those fuels by 2030, albeit at

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2

significantly lower emission rates. In addition, battery and electric motor production—being energy- and material-intensive—added up to 20% to the damages from manufacturing.

Compressed natural gas had lower damages than other options, as the technology's operation and fuel produce very few emissions.

Although diesel had some of the highest damages in 2005, it is expected to have some of the lowest in 2030, assuming full implementation of the Tier 2 vehicle emission standards of the U.S. Environmental Protection Agency (EPA). This regulation, which requires the use of low-sulfur diesel, is expected to significantly reduce PM and $NO_x$ emissions as well. Heavy-duty vehicles have much higher damages per VMT than light-duty vehicles because they carry more cargo or people and, therefore, have lower fuel economies. However, between 2005 and 2030, these damages are expected to drop significantly, assuming the full implementation of the EPA Heavy-Duty Highway Vehicle Rule.

### Greenhouse Gas Emissions

Most vehicle and fuel combinations had similar levels of GHG emissions in 2005 (see Figure S-4). Because vehicle operation is a substantial source of life-cycle GHGs, enforcement of the new CAFE standards will have a greater impact on lowering GHG emissions than on lowering life-cycle emissions of other pollutants. By 2030, with improvements among virtually all light-duty-vehicle types, the committee estimates that there will be even fewer differences in the GHG emissions of the various technologies than there were in 2005. However, in the absence of additional fuel-efficiency requirements, heavy-duty vehicle GHG emissions are expected to change little between 2005 and 2030, except from a slight increase in fuel economy in response to market conditions.

For both 2005 and 2030, vehicles using gasoline made from petroleum extracted from tar sands and diesel derived from Fischer-Tropsch fuels[12] have the highest life-cycle GHG emissions among all fuel and vehicle combinations considered. Vehicles using celluosic E85 from herbaceous feedstock or corn stover have some of the lowest GHG emissions because of the feedstock's ability to store $CO_2$ in the soil. Those using compressed natural gas also had comparatively low GHG emissions.

### Future Reductions

Substantially reducing nonclimate damages related to transportation would require major technical breakthroughs, such as cost-effective con-

---

[12]The Fischer-Tropsch reaction converts a mixture of hydrogen and carbon monoxide—derived from coal, methane, or biomass—into liquid fuel. In its analysis, the committee considered only the use of methane for the production of Fischer-Tropsch diesel fuel.

Copyright © National Academy of Sciences. All rights reserved.

*16*                                                    *HIDDEN COSTS OF ENERGY*





**FIGURE S-4** Greenhouse gas emissions (grams $CO_2$-eq)/VMT by life-cycle component for different combinations of fuels and light-duty automobiles in 2005 (*a*) and 2030 (*b*). Going from bottom to top of each bar, damages are shown for life-cycle stages as follows: vehicle operation, feedstock production, fuel refining or conversion, and vehicle manufacturing. One exception is ethanol fuels for which feedstock production exhibits negative values because of $CO_2$ uptake. The amount of $CO_2$ consumed should be subtracted from the positive value to arrive at a net value. ABBREVIATIONS: g $CO_2$-eq, grams $CO_2$-equivalent; VMT, vehicle mile traveled; CG SI, conventional gasoline spark ignition; CNG, compressed natural gas; E85, 85% ethanol fuel; HEV, hybrid electric vehicle.

Copyright © National Academy of Sciences. All rights reserved.

version of cellulosic biofuels, cost-effective carbon capture, and storage for coal-fired power plants, or a vast increase in renewable energy capacity or other forms of electricity generation with lower emissions.[13] Further enhancements in fuel economy will also help, especially for emissions from vehicle operations, although they are only about one-third of the total life-cycle picture and two other components are proportional to fuel use. In any case, better understanding of potential external costs at the earliest stage of vehicle research should help developers minimize those costs as the technology evolves.

### Estimating Climate-Change Damages

Energy production and use continue to be major sources of GHG emissions, principally $CO_2$ and methane. Damages from these emissions will result as their increased atmospheric concentrations affect climate, which in turn will affect such things as weather, freshwater supply, sea level, biodiversity, and human society and health.[14]

Estimating these damages is another matter, as the prediction of climate-change effects, which necessarily involves detailed modeling and analysis, is an intricate and uncertain process. It requires aggregation of potential effects and damages that could occur at different times (extending centuries into the future) and among different populations across the globe. Thus, rather than attempt such an undertaking itself, especially given the constraints on its time and resources, the committee focused its efforts on a review of existing integrated assessment models (IAMs) and the associated climate-change literature.

We reviewed IAMs in particular, which combine simplified global-climate models with economic models that are used to (1) estimate the economic impacts of climate change, and (2) identify emissions regimes that balance the economic impacts with the costs of reducing GHG emissions. Because IAM simulations usually report their results in terms of mean values, this approach does not adequately capture some possibilities of catastrophic outcomes. Although a number of the possible outcomes have been studied—such as release of methane from permafrost that could rapidly accelerate warming and collapse of the West Antarctic or Greenland ice sheets, which could raise sea level by several meters—the damages associated with these events and their probabilities are very poorly understood.

---

[13]The latter two changes are needed to reduce the life-cycle damages of grid-dependent vehicles.

[14]In response to a request from Congress, the National Research Council has launched America's Climate Choices, a suite of studies designed to inform and guide responses to climate change across the nation.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

Some analysts nevertheless believe that the expected value of total damages may be more sensitive to the possibility of low-probability catastrophic events than to the most likely or best-estimate values.

In any case, IAMs are the best tools currently available. An important factor in using them (or virtually any other model that accounts for monetary impacts over time) is the "discount rate," which converts costs and benefits projected to occur in the future into amounts ("present values") that are compatible with present-day costs and benefits. Because the choice of a discount rate for the long periods associated with climate change is not well-established, the committee did not choose a particular discount rate for assessing the value of climate change's effects; instead, we considered a range of discount-rate values.

Under current best practice, estimates of global damages associated with a particular climate-change scenario at a particular future time are translated by researchers into an estimate of damages per ton of emissions (referred to as marginal damages) by evaluating the linkage between current GHG emissions and future climate-change effects. Marginal damages are usually expressed as the net present value of the damages expected to occur over many future years as the result of an additional ton of $CO_2$-eq emitted into the atmosphere. Estimating these marginal damages depends on the temperature increase in response to a unit increase in $CO_2$-eq emissions, the additional climate-related effects that result, the values of these future damages relative to the present, and how far into the future one looks. Because of uncertainties at each step of the analysis, a given set of possible future conditions may yield widely differing estimates of marginal damages.

Given the preliminary nature of the climate-damage literature, the committee found that only rough order-of-magnitude estimates of marginal damages were possible at this time. Depending on the extent of projected future damages and the discount rate used for weighting them, the range of estimates of marginal damages spanned two orders of magnitude, from about \$1 to \$100 per ton of $CO_2$-eq, based on current emissions. Approximately one order of magnitude in difference was attributed to discount-rate assumptions and another order of magnitude to assumptions about future damages from emissions used in the various IAMs. The damage estimates at the higher end of the range were associated only with emission paths without significant GHG controls. Estimates of the damages specifically to the United States would be a fraction of the levels in the range of estimates, because this country represents only about one-quarter of the world's economy, and the proportionate impacts it would suffer are generally thought to be lower than for the world as a whole.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

### Comparing Climate and Nonclimate Damage Estimates

Comparing nonclimate damages to climate-related damages is extremely difficult. The two measures differ significantly in their time dimensions, spatial scales, varieties of impacts, and degrees of confidence with which they can be estimated. For 2005, determining which type of external effect caused higher damages depended on the energy technology being considered and the marginal damage value selected from the range of $1 to $100 per ton of $CO_2$-eq emitted. For example, coal-fired electricity plants were estimated to emit an average of about 1 ton of $CO_2$ per MWh (or 2 lb/kWh). When multiplying that emission rate by an assumed marginal damage value of $30/ton $CO_2$-eq, climate-related damages equal 3 cents/kWh, comparable to the 3.2 cents/kWh estimated for nonclimate damages. It is important to keep in mind that the value of $30/ton $CO_2$-eq is provided for illustrative purposes and is not a recommendation of the committee.

**Natural Gas:** The climate-related damages were higher than the nonclimate damages from natural-gas-fired power plants, as well as from combustion of natural gas for producing heat, regardless of the marginal damage estimate. Because natural gas is characterized by low emissions that form criteria pollutants, the nonclimate damages were about an order of magnitude lower than the climate damages estimated by the models, if the marginal climate damage were assumed to be $30/ton $CO_2$-eq.

**Coal:** The climate-related damages from coal-fired power plants were estimated to be higher than the nonclimate damages when the assumed marginal climate damage was greater than $30/ton $CO_2$-eq. If the marginal climate damage was less than $30/ton $CO_2$-eq, the climate-related damages were lower than the nonclimate damages.

**Transportation:** As with coal, the transportation sector's climate-change damages were higher than the nonclimate damages only if the marginal damage for climate was higher than $30/ton $CO_2$-eq.

**Overall:** All of the model results available to the committee estimated that the climate-related damages per ton of $CO_2$-eq would be 50-80% worse in 2030 than in 2005. Even if annual GHG emissions were to remain steady between now and 2030, the damages per ton of $CO_2$-eq emissions would be substantially higher in 2030 than at present. As a result, the climate-related damages in that year from coal-fired power plants and transportation are likely to be greater than their nonclimate damages.

### Infrastructure Risks and Security

The committee also considered external effects and costs associated with disruptions in the electricity-transmission grid, energy facilities' vul-

Copyright © National Academy of Sciences. All rights reserved.

20                                                    *HIDDEN COSTS OF ENERGY*

nerability to accidents and possible attack, oil-supply disruptions, and other national security issues. We concluded as follows:

- The nation's electric grid is subject to periodic failures because of transmission congestion and the lack of adequate reserve capacity. These failures are considered an external effect, as individual consumers of electricity do not take into account the impact of their consumption on aggregate load. The associated and possibly significant damages of grid failure underscore the importance of carefully analyzing the costs and benefits of investing in a modernized grid—one that takes advantage of new smart technology and that is better able to handle intermittent renewable-power sources.

- The external costs of accidents at energy facilities are largely taken into account by their owners and, at least in the case of our nation's oil and gas transmission networks, are of negligible magnitude per barrel of oil or thousand cubic feet of gas shipped.

- Because the United States is such a large consumer of oil, policies to reduce domestic demand can also reduce the world oil price, thereby benefiting the nation through lower prices on the remaining oil it imports. Government action may thus be a desirable countervailing force to monopoly or cartel-producer power. However, the committee does not consider this influence of a large single buyer (known as monopsony power) to be a benefit that is external to the market price of oil. It was therefore deemed to be outside the scope of this report.

- Although sharp and unexpected increases in oil prices adversely affect the U.S. economy, the macroeconomic disruptions they cause do not fall into the category of external effects and damages. Estimates in the literature of the macroeconomic costs of disruptions and adjustments range from $2 to $8 per barrel.

- Dependence on imported oil has well-recognized implications for foreign policy, and although we find that some of the effects can be viewed as external costs, it is currently impossible to quantify them. For example, the role of the military in safeguarding foreign supplies of oil is often identified as a relevant factor. However, the energy-related reasons for a military presence in certain areas of the world cannot readily be disentangled from the nonenergy-related reasons. Moreover, much of the military cost is likely to be fixed in nature. For example, even a 20% reduction in oil consumption, we believe, would probably have little impact on the strategic positioning of U.S. military forces throughout the world.

- Nuclear waste raises important security issues and poses tough policy challenges. The extent to which associated external effects exist is hard to assess, and even when identified they are very difficult to quantify. Thus, although we do not present numerical values in this report, we recognize the importance of studying these issues further.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2

## Conclusion

In aggregate, the damage estimates presented in this report for various external effects are substantial. Just the damages from external effects the committee was able to quantify add up to more than $120 billion for the year 2005.[15] Although large uncertainties are associated with the committee's estimates, there is little doubt that this aggregate total substantially underestimates the damages, because it does not include many other kinds of damages that could not be quantified for reasons explained in the report, such as damages related to some pollutants, climate change, ecosystems, infrastructure, and security. In many cases, we have identified those omissions, within the chapters of this report, with the hope that they will be evaluated in future studies.

Even if complete, our various damage estimates would not automatically offer a guide to policy. From the perspective of economic efficiency, theory suggests that damages should not be reduced to zero but only to the point where the cost of reducing another ton of emissions (or other type of burden) equals the marginal damages avoided—that is, the degree to which a burden should be reduced depends on its current level and the cost of lowering it. The solution cannot be determined from the amount of damage alone. Economic efficiency, however, is only one of several potentially valid policy goals that need to be considered in managing pollutant emissions and other burdens. For example, even within the same location, there is compelling evidence that some members of the population are more vulnerable than others to a particular external effect.

Although not a comprehensive guide to policy, our analysis does indicate that regulatory actions can significantly affect energy-related damages. For example, the full implementation of the federal diesel-emission rules would result in a sizeable decrease in nonclimate damages from diesel vehicles between 2005 and 2030. Similarly, major initiatives to further reduce other emissions, improve energy efficiency, or shift to a cleaner electricity-generating mix (for example, renewables, natural gas, and nuclear) could substantially reduce the damages of external effects, including those from grid-dependent hybrid and electric vehicles.

It is thus our hope that this information will be useful to government policy makers, even in the earliest stages of research and development on energy technologies, as an understanding of their external effects and damages could help to minimize the technologies' adverse consequences.

---

[15]These are damages related principally to emissions of $NO_x$, $SO_2$, and PM relative to a baseline of zero emissions from energy-related sources for the effects considered in this study.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

# 1

# Introduction

## GENESIS OF THE STUDY

Energy is essential to the functioning of society. From coal for electricity production to oil products for transportation to natural gas for space heating, every aspect of modern life depends on energy. Yet, as beneficial as energy is, its production, distribution, and consumption also have negative impacts especially on human health and the environment.

Most effects of energy are negative, but that does not imply that energy use has an overall negative impact on society. Quite the contrary; the benefits to society of U.S. energy systems are enormous. However, it was not the committee's task to estimate those benefits that are considered largely to be "internal" because they are reflected in energy prices or government policies.

The purpose of this study was to define and evaluate external effects of energy production, use, and consumption, which refer to costs and benefits not taken into account in making decisions (such as the siting of a power plant) or not reflected in market prices (for example, the price of gasoline at the pump). Under such conditions, the actions that follow might be suboptimal—in the sense that the full social costs of the actions are not recognized—resulting in a loss of social welfare. When market failures like these occur, there is a case for government intervention in the form of regulation, taxes, fees, tradable permits, or other instruments that will cause economic agents to recognize the external effects in their decision making.

Before such public policies are pursued, the external effects of energy

*22*

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

and their monetary values should be known. Thus, Congress directed the U.S. Department of the Treasury in the Energy Policy Act of 2005 (P.L. 109-58), Section 1352, to commission a study by the National Academy of Sciences that would "define and evaluate the health, environmental, security, and infrastructure external costs and benefits associated with the production and consumption of energy that are not or may not be fully incorporated into the market price of such energy, or into the Federal revenue measures related to that production or consumption." Funding for the study was later provided through the Consolidated Appropriations Act of 2008 (P.L. 110-161).

## STATEMENT OF TASK

In response to this mandate from Congress and the request from the Department of the Treasury, the National Research Council (NRC) established the Committee on Health, Environmental, and Other External Costs and Benefits of Energy Production and Consumption (see Appendix A). The Statement of Task (Box 1-1) was developed and served as the point of departure and guide for the committee's work. In the remainder of this chapter, we define key terms in the Statement of Task and explain the general procedures followed in executing the task.

This study is one of many related to energy that the NRC has recently undertaken. In the next section, we briefly discuss those NRC studies that have informed our work, especially the America's Energy Future (AEF) initiative, which is identified in the Statement of Task. We also briefly review previous studies on the external costs of energy.

Also in this chapter, we provide the definition of an externality—the focus and core concept of this study—and provide some examples.

The Statement of Task directed us to evaluate the externalities "associated with the production, distribution and consumption of energy from various selected sources." We explain how we selected the sources and the particular elements of the energy system on which we focused.

The approach that we took for identifying, quantifying, and evaluating externalities "in economic terms" is explained. A discussion of "appropriate metrics from each externality category" is included.

Although the committee was not asked to "recommend specific strategies for correcting observable externalities, because those choices will entail policy judgments"—a position with which we agree—it is important to understand and to keep in mind the policy contexts in which our results may be used.

The Statement of Task anticipated some of the methodological challenges of evaluating externalities. We discuss the particular difficulties of

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2

---

BOX 1-1
Statement of Task

An NRC committee will define and evaluate key external costs and benefits—health, environmental, security, and infrastructure—associated with the production, distribution, and consumption of energy from various selected sources that are not or may not be fully incorporated into the market price of such energy, or into the federal tax or fee or other applicable revenue measures related to such production, distribution, or consumption. Although the committee will carry out its task from a U.S. perspective, it will consider broader geographic implications of externalities when warranted and feasible. The committee will not recommend specific strategies for internalizing observable externalities, because those choices would entail policy judgments that transcend scientific and technological considerations.

In carrying out its task, the committee will include the following activities:

Seek to build upon the results of the NRC initiative America's Energy Future: Technology, Opportunities, Risks, and Tradeoffs.

Identify key externalities to be assessed in the categories of human health, environment, security (including quality, abundance, and reliability of energy sources), and infrastructure (such as transportation and waste disposal systems not sufficiently taken into account by producers or consumers).

Consider externalities associated with producing, distributing, and consuming energy imported from foreign sources.

Define appropriate metrics for each externality category considered.

Identify state-of-the-science approaches for assessing external effects (actual or expected) and expressing their effects in economic terms.

Develop an approach for estimating externalities related to greenhouse gas emissions and climate change. Estimate externalities related to those changes.

Present qualitative and, to the extent practicable, quantitative estimates of externalities and associated uncertainties within a consistent framework that makes the discussion of externalities and uncertainties associated with energy production, distribution, and consumption more transparent.

When it is not feasible to assess specific externalities comprehensively, the committee will recommend assessment approaches and identify key information needs to inform future assessments.

---

dealing with space, time and uncertainty. The committee sought to build on the work of companion studies within the NRC, particularly the AEF and America's Climate Choices studies.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

## RELATED STUDIES

### National Research Council Studies

With the National Academy of Sciences and National Academy of Engineering having identified energy as a high-priority topic, it has received attention from many NRC committees, both past and current. These studies were relevant to the work of this committee. We briefly discuss two studies here and cite them throughout our report where appropriate.

The AEF's effort at the NRC was concerned with future technology and its potential for reducing U.S. dependence on oil imports and lowering greenhouse gas emissions, while ensuring that affordable energy will be available to sustain economic growth. The AEF's task was to critically review recently completed major studies on the potential for change in energy technology and use; compare the studies' assumptions; analyze the currency and quality of the information used; and assess the relative states of maturity of technologies for potential deployment in the next decade. A secondary focus was on technologies with longer times to deployment.

A study committee and three panels produced an extensive analysis of energy technology options for consideration in an ongoing national dialogue. Collectively, they analyzed advanced coal technologies; nuclear power; renewable energy technologies (such as wind, solar photovoltaic, and geothermal); energy storage and infrastructure technologies; advanced transportation power-train technologies; technologies to improve energy efficiency in residential and commercial buildings, industry, and transportation; and the technical potential for reducing reliance on petroleum-based fuels for transportation. These topics were addressed for three time frames: present-2020, 2020-2035, and beyond 2035.

In response to a request from Congress concerning a related topic, the NRC also launched America's Climate Choices, a suite of studies designed to inform and guide responses to climate change across the nation (see NAS/NAE/NRC 2009a).

The results of the studies were intended to address the following key questions:

• What short-term actions could be taken to respond effectively to climate change?

• What promising long-term strategies, investments, and opportunities could be pursued to respond to climate change?

• What scientific and technological advances (for example, new observations, improved models, and research priorities) are needed to better understand and respond effectively to climate change?

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

26                                                    *HIDDEN COSTS OF ENERGY*

- What are the major impediments—for example, practical, institutional, economic, ethical, and intergenerational—to responding effectively to climate change, and what can be done to overcome them?

The AEF and America's Climate Choices studies are important initiatives that have provided and will continue to provide valuable information on energy technology and policy options for the nation. Indeed, our own study has been informed by the AEF's analysis of future technology. However, neither of these efforts was designed to focus on the *monetary value* of energy's external effects, including climate change.

### Prior Externality Studies

The concept of externalities dates at least to the early twentieth century (Pigou 1920) and was discussed extensively in the post-war economics literature (Meade 1952; Scitovsky 1954; Mishan 1965; Arrow 1975). Interest in the externalities of energy production and use gathered momentum in the following decades. Hohmeyer (1988) was one of the more prominent studies during this period. He took a top-down approach in which he estimated the "toxicity weighted" emissions from electricity generation with fossil fuels and then multiplied this fraction by Wicke's (1986) estimates of total damages from pollution to various end points (such as those on health, forests, and animals). The most prominent study in the United States during this period (Ottinger et al. 1990) used estimates from previous studies that quantified the environmental costs from electric power generation. Results of Niemi et al. (1984, 1987) were among those used by Ottinger et al.; those studies focused on visibility and health effects of airborne particulate matter. Ottinger et al. followed a five-step procedure in using these studies to value environmental damages: emissions, dispersion, exposure, impacts, and damages.

Research in estimating the external costs of energy peaked in the early-to-mid-1990s when public utility commissions in the United States were interested in tilting electric utility investment choices toward sources with lower negative externalities, such as renewable energy. This policy was to be done with an "adder" equal to the marginal damages associated with each type of electricity generation. During this wave of interest, major studies were done by Oak Ridge National Laboratory and Resources for the Future (ORNL/RFF) for the U.S. Department of Energy, by Hagler Bailly for the New York State Energy Research and Development Authority (NY-SERDA), by Research Triangle Institute for the State of Wisconsin (one of several states mounting these studies), and by several teams of European research organizations for the European Commission (EC). This latter

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

study, called ExternE, worked in concert with the ORNL/RFF team to use similar protocols.

Around the same time that work began on the ORNL/RFF and ExternE studies, other studies were completed by the Union of Concerned Scientists (1992); Pearce et al. (1992) in their report to the U.K. Department of Trade and Industry; Triangle Economic Research (1995) for Minnesota; National Economic Research Associates (1993) in its study of Nevada; Regional Economic Research (1991) on California; and Consumer Energy Council of America Research Foundation (1993).

Later, the EC began a companion study on the external costs of transportation as well as other research efforts—the most recent being the New Energy Externalities Development for Sustainability (NEEDS) program—that further refined and developed methodologies extending those developed in ExternE as well as extending those to other energy technologies and study locations. Also in the transportation area, a series of studies were conducted by Greene et al. (1997) and Delucchi (2004), Parry et al. (2007), among several other studies performed since the mid-1990s.

The more notable differences between our committee's study and previous studies, particularly the major studies done in the early to mid-1990s, are in the different approaches to, and the extent to which, the studies addressed the following:

a.   Number of power plants—our study considered almost all coal and natural gas power plants in the country, whereas most other studies focused on a few sites or on plants within a state.

b.   Different power-generation options—our study considered fewer technologies than several of the previous larger studies; in particular, our study did not address the nuclear fuel cycle in the detail done in the ORNL/RFF and ExternE studies, which carried out extensive probabilistic risk modeling.

c.   The manner in which the dispersion of airborne pollutants and formation of secondary pollutants were modeled—our study used a reduced form approximation of these processes, whereas some previous models used more site-specific, detailed air dispersion and transformation models, albeit for a small number of power plant sites and regulatory scenarios. The early studies also had no or limited modeling and analysis of ozone and fine (2.5 microns or less in diameter) particulate matter formed from the chemical transformation of pollutants emitted by a power plant.

d.   Consideration of greenhouse gas emissions and their damages—like all previous externality studies, our study reviewed recent literature rather than undertaking new scientific research; our study reviewed more recent literature than most of the previous studies, although recent studies within the ExternE program used similar literature.

Copyright © National Academy of Sciences. All rights reserved.

*HIDDEN COSTS OF ENERGY*

e. Consideration of externalities associated with infrastructure and energy security—of the latter, ORNL/RFF and ExtenE focused only on oil security.

f. The extent to which the entire life cycle of an energy technology (from feedstock through conversion through fuel distribution through energy service) was analyzed—the ways in which the different technology fuel cycles were analyzed—the ORNL/RFF, ExternE, and our study considered life-cycle impacts, whereas most other studies focused on electricity generation or use of vehicles in transportation and not on the upstream activities in the life cycle.

g. The extent that externalities, other than those associated with electricity generation, were addressed in the same study (that is, transportation and energy used for heat).

With some exceptions, the "adders" studies of the early and mid-1990s took a place-based approach to damage estimation of energy. They would posit the construction of a new electricity-generating plant of a particular type at a given location. Each study considered a small number of alternative locations for each plant, generally from two to five. In those studies, the different results calculated for the different plants would reflect the influence of the specific location of the plant on the magnitude of the damages. In contrast, our study calculates the health-related and some of the environmental damages for most of the power plants in the United States and estimates the damages from each. In this respect, it is similar to the U.S. Environmental Protection Agency's regulatory impact analyses that use the BenMAP model and to the efforts of Muller and Mendelsohn (2007), which, although not studies of externalities per se, are comprehensive in their level of spatial resolution, such as addressing the specific location of all power-plant emissions.

The ORNL/RFF and ExternE studies included relatively detailed engineering descriptions of the technologies of the power plants, whereas our study and most other studies focused on estimates of emissions from power plants and not on the underlying technologies.

In estimating the health and environmental damages, the ORNL/RFF and ExternE studies used different detailed models to predict the dispersion of primary pollutants from the power plants and the atmospheric formation of secondary pollutants, specifically ozone and fine particulate matter. Studies of externalities associated with greenhouse gas emissions generally either focus exclusively on these emissions and the associated climate change, as exemplified by the authoritative reports of the Intergovernmental Panel on Climate Change, or focus on other pollutants. Our study, on the other hand, provides a range of quantitative estimates of the damages from climate change in monetary terms. The previous externality studies either

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2

do not include this important issue in their analysis or, as in the case of the ORNL/RFF and ExternE studies, draw on a more dated and limited scientific literature in this area.

Externalities associated with infrastructure and energy security are usually not addressed in other studies. Our report considers electric grid externalities, infrastructure vulnerability to attacks and accidents, and national security. The ORNL/RFF study provided estimates of damages from dependence on foreign oil, and other studies focused on this issue provided updated estimates. However, as discussed in our report, although damages might result from global dependence on oil in a cartel-dominated market, such damages are not considered externalities.

The ORNL/RFF and ExternE's consideration of damages from different parts of the life cycle, for example, coal mining, sets them apart from most other studies, which do not consider externalities on a life-cycle basis. Several studies have estimated life-cycle emissions of some fuels currently, or prospectively, used in ground transportation; these studies did not attempt to estimate the impacts and associated externalities of these emissions. Our study, on the other hand, takes an energy life-cycle approach somewhat similar to the ORNL/RFF and ExternE studies, but with more updated considerations and data.

Although many studies have addressed different aspects of the externalities from energy production, distribution, or use to varying degrees, they have focused on one type of externality (such as health effects), or one particular sector (usually electricity generation or transportation). Also, they generally focused on one part of the energy cycle. In contrast, our study has a relatively comprehensive scope that includes all types of externalities from energy life cycles of both electricity and transportation, as well as from production and use of energy for heat in residential, commercial, and industrial sectors.

## DEFINING AND MEASURING EXTERNALITIES

### Defining Externalities

External effects or "externalities" are important because failure to account for them can result in distortions in making decisions and in reductions in the welfare of some of society's members.

An externality, which can be positive or negative, is an activity of one agent (for example, an individual or an organization, such as a company) that affects the well-being of another agent and occurs outside the market mechanism. In the absence of government intervention, externalities associated with energy production and use are generally not taken into account in decision making. Box 1-2 provides definitions of the technical terms used in

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

BOX 1-2
Definitions of Key Terms

Much of the nomenclature for the key terms is taken from the damage function approach, which has been the standard approach to examine the costs and benefits of environmental regulations, required by OMB (NRC 2002a). This approach begins with some burden, say emissions, which ultimately has some physical effect; this effect is then monetized and termed damage. The monetary value of reductions in burdens is termed benefits (the opposite of damages).

Burdens: Externalities from economic activities are always by-products of those activities, some of which are useful and some of which cause health and environmental effects, for example. The by-products themselves are termed burdens. Emissions of air pollutants and discharges of pollutants into a river are examples of burdens.

Effects and Impacts: These burdens have a real effect in the environment, that is, they have a physical component that affects health, damages ecosystems or reduces visibility, for example. Sometimes, as with energy security, the physical component is not directly present. In any event, these physical effects are termed effects or impacts.

Damages: Damages are the monetary value of the physical effects, in its simplest form calculated by multiplying the quantity of physical effects of interest by a monetary value for that effect. This monetary value represents, ideally, the population average of the maximum willingness to pay for a unit improvement in this physical metric. That is, it reflects the preferences people have for reducing this physical effect, given their income and wealth. It is analogous to the price people are willing to pay for a product for sale in a market. Benefits are the opposite of damages.

this report that bear on externalities. Some examples of externalities using these terms are presented below. An additional illustration is presented in Appendix B.

**Example 1.** A coal-fired electricity-generating plant, which is in compliance with current environmental regulations, releases various pollutants to the atmosphere that adversely affect the health of residents. The pollution released by the plant is an example of a negative externality because it contributes to health problems for residents. The damage from this pollution is an additional cost of production to society (a "social cost"). If these social costs were not adequately taken into account in selecting the plant's site or the air pollution control technology that it uses, the true costs of the plant have not have been reflected in these decisions.

**Example 2.** Many thermal power plants use water for cooling; therefore, they emit heated effluent, which sometimes benefits anglers because fish in cold regions are attracted to the warmer water. Therefore, the fishing is better in the effluent plume. This is an example of a positive externality.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2

> Total versus Average versus Marginal Damages: To be most helpful for policy, we want to estimate marginal damages and compare these to marginal costs to reduce these damages. The marginal damage is the damage that arises from the last unit of emissions or other type of burden. In many cases, marginal damages are constant over the relevant range of emissions. That is, the damage from the last unit is no different than the damage from the first unit of emissions. But, in some cases, say for pollutants that accumulate in the environment, marginal damages grow with more emissions.
>
> In any event, for policy purposes, if the marginal damages from the last unit of emissions exceed the marginal costs from eliminating that unit, then it would benefit society to eliminate that last unit, since the damage prevented would exceed the cost of preventing that damage.
>
> Total damages, in contrast, are the sum of marginal damages for all units of emissions. Average damage is the total damage divided by the number of units of emissions or other burdens in question. Average and marginal damages may equal one another under certain conditions, but in general they are different. In this report, sometimes we assume that they are equal because it is easier to calculate average rather than marginal damages and actual differences are expected to generally be within error margins.
>
> Externalities: An externality, which can be positive or negative, is an activity of one agent (that is, an individual or an organization like a company) that affects the well-being of another agent and occurs outside the market mechanism. In the absence of government intervention, externalities associated with energy production are generally not taken into account in decision making.

The improved angling is a societal benefit that probably was not reflected in the utility's decisions about where to site the plant and effluent. This societal benefit does not take into account any other ecosystem changes, which might or might not be seen as beneficial.

**Example 3.** A company is building a new coal-fired power plant in a small community and hires a large number of construction workers. The increase in demand for construction workers drives up the local wage rate and adversely affects homeowners who wish to hire workers to remodel their homes. The price of their remodeling projects has gone up with the increase in wages. This is not an externality, however, because the activity of one agent (the company building the power plant) affects other agents (homeowners wishing to remodel their homes) through a market mechanism—the labor market. The company takes the increase in wages into account because it must also pay the higher wages to attract construction workers.

**Example 4.** Farmers respond to a demand for corn-based ethanol by diverting land from food production to fuel production. The reduction in

Copyright © National Academy of Sciences. All rights reserved.

the supply of feed corn and other grains drives up the prices of grains and meat, thereby making consumers worse off. This is not an externality since the activity of one agent (fuel buyers bidding up the price of corn for ethanol production) affects other agents (the food-buying public) through the markets for corn and other food products.

**Example 5.** Workers in high-risk occupations receive a higher wage than workers doing similar tasks in jobs with lower risks. This is not an externality because those bearing the risks are freely choosing within a market to accept this risk and are compensated for the risks they face through higher wages. Increased costs faced by a firm do not by themselves indicate whether the firm's activities are an externality. For example, electricity-generating plants participating in the Acid Rain Program of the U.S. Clean Air Act face higher costs because they must surrender valuable permits for each ton of sulfur dioxide ($SO_2$) emitted. This higher cost is the result of a government program to reduce the externality associated with acid rain. In the case of elevated costs to compensate for high-risk jobs, no government policy is involved in addressing the risks faced by employees due to the nature of the work they are offered.

Externalities matter because, when they are not accounted for, they can lead to a lower quality of life for at least some members of society. For example, suppose that the power plant in the first example has access to technology that, at a cost of $40/ton, can cut its emissions by 10 tons. Suppose further that the full cost of the effects that residents suffer (for example, health and psychological costs) is $50/ton. If the plant were to install the technology, total social welfare would increase—the additional cost to the plant would be $400, but the "savings" to the residents (that is, the reduction in adverse effects they suffer) would be $500. Human well-being would be increased by this change. However, if the externality had not been accounted for in the plant's decisions, aggregate well-being of all members of society would be lowered.

It is important to distinguish true negative externalities from unfortunate market signals (such as higher prices of food) that hurt some members of society but are not externalities. The reason for this distinction is that, in the case of a true externality, the possible well-being of society can be raised by accounting for it—the "pie" that represents the value of society's goods, services, and related intangibles is enlarged. If it is not a true externality, market intervention cannot alter the size of the pie but can only reallocate it.

Note the following additional points about externalities:

- The agents that produce externalities can be organizations or individuals. For instance, a restaurant diner who smokes an after-dinner

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

cigarette (besides breaking the law in most states) creates an externality for others in the restaurant.

•    The activities that produce negative externalities usually also produce benefits for someone in society. The electricity that is produced by the coal-fired power plant provides value to the consumers who purchase that electricity. The externalities arise from the side-effects of that benefit-producing activity that are not reflected in its market price.

### How Externalities Are Characterized in This Study

Most of the externalities associated with the production and consumption of energy have been addressed, or corrected, to some degree, through public policies. Coal mining and oil and gas extraction are subject to federal, state, and local regulations that are intended to limit the environmental damages from fuel extraction. Air pollution emissions by power plants are regulated under the Clean Air Act, and tailpipe emissions from motor vehicles are regulated at the federal and state levels. Indeed, regulations designed to correct externalities have substantially reduced their magnitude over the past 30 years. What the committee evaluates in this study are the externalities that remain in 2005—and the externalities that are predicted to remain in 2030—after such regulations have been implemented.

To make clear what we evaluate in this study, consider Figure 1-1, which shows the marginal damage associated with $SO_2$ emissions and the marginal cost of emitting $SO_2$ for a hypothetical power plant in a particular year. According to the graph, the damage from emitting each additional ton of $SO_2$ is $1,000. The cost of emitting another ton of $SO_2$ declines as more is emitted—equivalently, the marginal cost of reducing $SO_2$ emissions (moving from right to left on the horizontal axis) increases as less $SO_2$ is emitted. If Firm 1 (the hypothetical power plant) in 2005 is emitting E1 tons of $SO_2$, the external damages that we quantify equal the shaded area in Figure 1-1—that is, we quantify the total damages associated with the firm's current level of emissions.[1] If the firm were emitting E* of $SO_2$, the external damages that we evaluate in the study would correspond to the rectangle 0ABE*. We also express these damages per kilowatt-hour of electricity produced and quantify the marginal damage of each ton of $SO_2$ produced by the plant for a specific year.

It is important to note that, from the viewpoint of economic efficiency,

---

[1] We calculate aggregated damages by estimating the damages per ton of $SO_2$ (the horizontal line in Figure 1-1) and multiplying by the number of tons of $SO_2$ emitted in 2005, to which we add similar calculations for $NO_x$ and directly emitted PM. We therefore calculate the marginal damage per ton of $SO_2$ (and per ton of $NO_x$ and PM) at each plant, which are reported in Chapter 2.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

*34*                                                    HIDDEN COSTS OF ENERGY



**FIGURE 1-1** Marginal damage associated with $SO_2$ emissions in a year (x-axis) and the marginal cost of emitting $SO_2$ in a year (y-axis) for a hypothetical power plant (Firm 1) emitting $SO_2$. E1 = amount of $SO_2$ (tons) emitted by Firm 1; E* = economically optimal level of $SO_2$ emissions; MC1 = marginal cost for Firm 1. Damages of emitting each additional ton of $SO_2$ are assumed to be constant.

the externalities that we characterize may be too large or too small. The economically optimal level of $SO_2$ emissions occurs at E* where the cost of reducing the last ton of $SO_2$ equals the corresponding reduction in damages. Even at the optimal point, damages occur—an externality remains, even though emissions are at an economically optimal level.[2]

What then is the significance of the externalities presented in this study? As is clear from the diagram, whether emissions should be reduced or increased from the viewpoint of economic efficiency depends on the current level of emissions and the cost of reducing them; it cannot be determined from the size of total damages alone. However, evaluating economic efficiency requires information about the costs of abating $SO_2$, which are outside the scope of this study. This does not mean that information about total damages is without value on its own: Plants with large total damages

---

[2]Some economists might say that there is no externality if emissions are at the optimal level (E* in Figure 1-1). However, the committee follows Baumol and Oates (1988) in saying that an externality exists, even though emissions are at an optimal level.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

should likely be subject to a benefit-cost analysis of pollution control measures to see whether further pollution control is warranted.

Economic theory also suggests efficient methods for regulating the externalities associated with air pollution. For example, the first best solution to internalizing the damages in Figure 1-1 could be achieved by imposing a tax on $SO_2$ emissions equal to the marginal damage that the emissions impose—a tax equal to the height of the marginal damage curve. This solution could also be achieved by a pollution permit market in which firms traded rights to pollute denominated in damage terms (Roumasset and Smith 1990; Hung and Shaw 2005).[3] In either case, a firm would have an incentive to reduce its rate of $SO_2$ emissions to $E^*$.[4] Information on the marginal damages associated with various pollutants, which we quantify for fossil-fueled power plants, is relevant to the efficient regulation of air pollution externalities.[5]

### Nonexternality Market Distortions and Impacts

In markets related to energy production and consumption, many other distortions occur that create opportunities for improvement of social welfare but that are not externalities. Because these distortions are outside the purview of this study, the committee touches only briefly on them here, largely to be clear that we do not attempt to identify and quantify the social costs associated with those distortions and to recognize that the magnitude of externalities can be directly affected by the presence of these distortions.

One form of market distortion that affects energy markets is the presence of market power—in the extreme, a single supplier of energy (monopoly) or a single buyer (monopsony). In such cases, a firm with market power can affect the price and quantity traded to its advantage and impose costs on others that exceed its gains. Cartels, such as OPEC, or large purchasers of oil, such as the United States, can exhibit market power.

Another form of market distortion that affects energy markets is the presence of taxes or subsidies ("tax breaks") that do not correct externali-

---

[3] An important caveat to these points is that no significant market distortions (for example, other externalities left unregulated or imperfectly competitive markets) are assumed for the rest of the economy.

[4] Imposing a tax equal to $SO_2$ damages per kilowatt-hour—that is, to the size of damages divided by electricity production—would not provide the same incentive. Indeed, it need bear no particular relationship to the marginal damages associated with $SO_2$.

[5] External damages per unit of output (for example, damages per kilowatt-hour or per mile) may also help to inform the choice among technologies (for example, whether a new power plant should be gas-fired or coal-fired). However, the choice among technologies should be based on the private as well as social costs.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

ties but are imposed to raise revenue, provide support to an industry, or serve some other purpose. Of chief concern for this study is that these subsidies can affect the amount of an externality generated by an industry. For example, subsidies for oil exploration have encouraged the expansion of the petroleum industry, thereby increasing the magnitude of the externalities generated by the production and consumption of petroleum.

Information asymmetries and public goods are two additional cases of market failure that could affect energy markets. In this study, we quantify to the extent possible the noninternalized externalities conditional on the existing set of market regulations, taxes, subsidies, and market distortions from all sources.

In addition to market distortions that are not externalities, there are impacts of energy production and use that may be of public concern but that are not externalities. For example, as discussed earlier, increased corn prices due to the production of biofuels do not represent an externality as they result from the proper functioning of a market. This is not to say that higher corn prices are unimportant or that they should not be the subject of public concern and policy. However, there is no market failure to correct, nor is there an externality to internalize. Another important example is the distribution of social costs across space, time, or different population groups. Such distributional issues may be of great concern to policy makers, but they do not represent externalities.

In this study, we have restricted our attention to externalities, but we do point out some nonexternal impacts when relevant. For example, occupational injuries in coal mining and oil and natural gas extraction do not qualify as externalities according to our definition; however, there is interest in many quarters in documenting the magnitude of these impacts. Thus, we quantify (but do not monetize) them below.

## SELECTING ENERGY SOURCES AND USES FOR THIS STUDY

The committee's task was the evaluation of externalities "associated with the production, distribution and consumption of energy from various selected sources." Studying selected sources was necessary because it would have been infeasible to evaluate the entire energy system given the time and resources available to the committee. In selecting the sources for study, the committee was careful to include major elements of the energy system and the most significant externalities.

To create a basis for the committee's selection of energy sources and their end-use services, we started with the general framework shown in Figure 1-2. Energy sources depicted in the figure are fossil fuels (such as coal, petroleum, and natural gas), nuclear, and the various "renewables" (such as biomass, solar, and wind). Also shown are the various forms of

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html                                     549



**FIGURE 1-2** Sources and forms of energy that provide the ability to do useful work. SOURCE: Tester et al. 2005. Reprinted with permission; copyright 2006, MIT Press.

energy that these sources represent or into which they are converted for use by industrial and residential users and in transportation. For example, coal is combusted in electric power plants to produce heat that is used to turn turbines (mechanical work) that turn generators that produce electricity that is transmitted to houses and factories.

Some energy sources, such as solar, produce heat directly without a combustion step, and others, such as wind, produce mechanical work directly. Furthermore, heat is, of course, used directly (in homes, for example) from, say, natural gas, without further conversion into mechanical work or electricity. Although they are not depicted in the diagram, it is worth keeping in mind that there are energy losses associated with the conversion, movement, and use of energy. In general, the more steps in the process, the less efficient the use of energy.

Figure 1-3 shows energy flows from primary energy sources to end uses in the United States in 2007. Total U.S. energy usage that year amounted to 101.5 quadrillion British thermal units (quads), so the numbers shown in the figure also approximately correspond to percentages. We note that electricity is an intermediate form of energy. From the perspective of the impacts of energy use in the United States, electric power is especially

Copyright © National Academy of Sciences. All rights reserved.

38                                    HIDDEN COSTS OF ENERGY



**FIGURE 1-3** Energy flows in the U.S. economy, 2007. An illustration of energy movement from primary sources (boxes on the left) to consumption by end-use sectors (residential, commercial, industrial, and transportation) (boxes on the right). SOURCE: Prepared by Lawrence Livermore National Laboratory and the Department of Energy (NAS/NAE/NRC 2009a, p. 17).

important, even though it is not an energy source or end use per se. The losses associated with energy transformation and transport are also shown as "rejected energy" or loss of useful energy. The amount of rejected energy (58.47 quads) in 2007 exceeded the amount of energy that provided energy services (43.04 quads).

The contribution percentage of each energy source to total U.S. energy consumption in 2007 is shown in Figure 1-4. Primary energy use and delivered energy use by sectors are shown in Figures 1-5 and 1-6, respectively. In Figure 1-5, the shaded regions in the end-use and electric-power bars show how much each source contributed to the total U.S. energy use of 101.5 quads. For example, petroleum use for transportation was approximately 28 quads in 2007. Figure 1-5 also shows that, of the 101.6 quads used in 2007, 40.6 quads were in the form of electricity.

In Figure 1-6, each end-use sector shows the total 2007 energy use, whether from electricity or from the "primary" energy sources in that sector. For example, the figure shows that industrial end users used 33.4 quads in 2007, 12.0 quads of which were in the form of electricity.

Figures 1-3, 1-4, 1-5, and 1-6 contain several notable facts about U.S. energy production and use. In addition to the overwhelming dependence of transportation on petroleum, noted above, we also see, for example, that

Copyright © National Academy of Sciences. All rights reserved.



**FIGURE 1-4** U.S. energy consumption by energy source in 2007. SOURCE: Data from EIA 2008a, Table 2.1a.

the vast majority of coal use in the United States is for electricity generation and that renewables and nuclear energy each represent relatively small fractions of total energy use.

Table 1-1 shows the sources and end uses selected for the analysis of external effects in this report. The energy sources are arrayed as rows. (Note that we have listed each of the renewables separately.) The end uses are shown as columns; here, for convenience, we have listed electricity production as an end use, and we have focused our attention in the industrial sector and commercial/residential sectors (buildings) on their use of energy for heating.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549



**FIGURE 1-5** U.S. consumption of energy by sector and fuel type in 2007. Natural gas is the major fuel type for the residential and commercial sectors. Petroleum and natural gas are the major fuel types for the industrial sector. Petroleum is by far the major fuel type for the transportation sector. For electric power, coal is the major fuel type, followed by natural gas and nuclear power. Energy consumed by the electric power sector is used to produce electricity consumed by the end-use sectors. SOURCE: EIA 2008b, in NAS/NAE/NRC 2009a, p. 22, Figure 1.8.

The committee discussed every cell in Table 1-1 at length and selected the shaded cells for evaluation. Given the available time and resources, we chose those cells that represented the largest portions of the U.S. energy system or those that represented energy sources with substantial increases (>20%) in consumption over the past 5 years (2002-2007). Thus, coal for electricity production and petroleum for transportation, which are the two largest single components of the U.S. energy system, were obvious choices. Natural gas is an important fuel, comparable to coal as a source. We included its use for electricity production and space heating in buildings. Wind, biomass, and solar were also included because of increased consumption in recent years.

The committee also included cells that represented sources and uses of particular current policy interest or that are expected to grow in significance (such as nuclear energy for electricity production). The base year for the committee's analyses was 2005 (or the nearest year for which data were available). We chose a future year to gain insight into the impact of future technologies on energy externalities. We chose 2030 for this purpose so as to be consistent with and leverage the work of the AEF.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK    Document 85-2    filed 05/06/21    USDC Colorado    pg 2



**FIGURE 1-6** U.S. delivered energy consumption by end-use sector in 2007. Electricity predominates in the residential and commercial sectors. Electricity, petroleum, and natural gas are the main forms of delivered energy for industry. Petroleum is by far the major fuel type for the transportation sector. SOURCE: EIA 2008b, in NAS/NAE/NRC 2009a, p. 22, Figure 1.9.

Identification of significant alternative energy technologies that are being considered for implementation before 2030 was guided by the AEF reports and other sources. Those that were evaluated are already in various stages of development and commercialization, so some information on potential externalities was available. Other technologies that are still in research and early demonstration phases may be available for commercialization by 2030, but the committee decided that credible evaluation of externalities would be premature until more was known about actual performance. The future technologies evaluated for the 2030 time-frame are as follows:

• Electricity Sector (Chapter 2): Nuclear power impacts are included in the present electricity-generation portfolio and will apply to continuing or expanding use of this source. Biomass, wind, and solar photovoltaics (PV) are already deployed to some extent in the present electricity production portfolio. In 2030, all of these technologies may be advanced and constitute a more important part of the electricity mix, so it is important to assess their externalities—both positive and negative. The AEF panel report on Electricity from Renewables (NAS/NAE/NRC 2009b) states that a "rea-

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 1-1** Committee Study Approach for Energy Sources and Consumption Sectors[a]

| Energy Source | Electricity Production (see Chapter 2) | Transportation (see Chapter 3) | Industry—Heat (see Chapter 4) | Buildings—Heat (see Chapter 4) |
|---|---|---|---|---|
| Oil | | MA | QE | QE |
| Coal | MA | | | |
| Natural gas/liquid | MA | MA | QE | MA |
| Uranium | QL | | | |
| Biomass | QL | MA | | |
| Hydropower | | | | |
| Geothermal | | | | |
| Wind | QL | | | |
| Solar power | QL | | | QE |
| Other fuels[b] | | MA | | |
| Electricity[c] | — | MA | QE | QE |

[a]The shaded cells indicate where the committee focused its consideration. MA = modeling analysis conducted by the committee; QL = quantitative information obtained from the literature; QE = qualitative evaluation.

[b]Other fuels includes hydrogen fuel cells and coal-based liquid fuels.

[c]Electricity is considered an intermediate energy source (generated from the combustion/use of coal, natural gas, uranium, and renewables). Electricity is included in this table because it is treated as a "whole" in Chapters 2 and 4, rather than by individual primary energy sources. For the transportation column, electricity also includes the manufacture and use of lithium batteries.

sonable target" for 2020 is to have nonhydropower renewables as 10% of the generation mix. Most of this is expected to come from wind, as solar PV technologies still face challenges of costs and technology development that limit likely deployment to a few percent on this time scale. Not evaluated were the following: hydropower (about 2.5% of the sector and unlikely to grow much); geothermal (about 0.3% of present use and unlikely to grow much until enhanced geothermal system technologies, for example, deep-heat mining, are improved); and fossil-fueled power plants with carbon capture and storage (CCS), which seem technically feasible but still are far from large-scale implementation and will require new infrastructure for carbon dioxide transportation to storage sites of proven integrity. The addition of significant amounts of variable and nondispatchable electricity sources (solar, wind) also presents challenges to the operability and reliability of the electric power grid, which has aging systems that need upgrading. These issues are considered in more detail in the AEF report *Electricity from Renewables: Status, Prospects, and Impediments* (NAS/NAE/NRC 2009b)

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

and were not a major focus in this study, but we do discuss them in the context of "network externalities" in Chapter 6.

• Transportation Sector (Chapter 3): In the 2030 time frame, petroleum is still likely to be the major transportation fuel. There may be increased use of ethanol as a blend with gasoline or as a pure fuel. The analysis considers corn, cellulosic ethanol, cellulosic synthetic gasoline, and other feedstocks as biofuel options. Electric cars and plug-in hybrids are discussed and tied to externalities from the electricity sector analyses. Compressed natural gas is also an alternative fuel that may find use in both light- and heavy-duty vehicles. Some of the gasoline in use today comes from energy intensive production of Canadian oil sands; synthetic gasoline (or diesel) also can be made from coal, natural gas, or biomass. The AEF panel assessing possible options for producing alternative liquid transportation fuels concluded that CCS would likely be needed to reduce GHG emissions resulting from production of liquid fuels from coal (NAS/NAE/NRC 2009c). CCS systems are not yet well enough evolved for any sort of a meaningful externalities analysis.[6] The committee evaluated hydrogen (made from fossil fuels or electrolysis of water) to some extent, as a possible conveyor of energy for transportation in the 2030 time frame, although its use will be limited because of the considerable need to develop storage and infrastructure technologies. Although aviation jet fuel is likely to remain petroleum based until alternative synthetic fuels are developed, there are some special externalities associated with aviation that will be addressed separately with regard to climate change (Chapter 5).

• Energy for Heat (Chapter 4): Consumption of energy for the production of heat in the buildings sector mostly involves natural gas, along with a little petroleum. The primary change for 2030 was assumed to be efficiency gains due, for example, to changes in building design and construction. Much of the information about potential efficiency gains was based on the AEF efficiency panel report, *Real Prospects for Energy Efficiency in the United States* (NAS/NAE/NRC 2009d). Because of its diversity and complexity, the industrial sector was discussed from a general perspective.

## FRAMEWORK FOR EVALUATING EXTERNAL EFFECTS

### The Life Cycle of Energy Use

When considering the external effects of using energy, people often focus on the end use—for example, the air pollution from burning gasoline

---

[6]To allow for widespread deployment of CCS technology starting around 2020, its technical and commercial viability will need to be demonstrated for a variety of 15-20 fossil-fuel-fired electricity-generating plants (NAS/NAE/NRC 2009a).

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK    Document 85-2    filed 05/06/21    USDC Colorado    pg 2

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

in an automobile. In fact, identifying energy's external effects requires a broader view that reflects energy's entire life cycle, from extraction of the energy source as it is found in nature through conversion, transportation, and transmission to its point of use and then to the ultimate fate of waste products from that use. Thus, the committee adopted life-cycle assessment (LCA) as its approach to identifying the external effects of energy.

There are two general types of LCA: process-analysis-based LCA and economic input-output (EIO) analysis-based LCA. Process-based LCA considers all inputs (including raw materials, energy, and water) and all outputs (including air emissions, water discharges, and noise of included processes associated with all life-cycle stages of a product or service). EIO-LCA helps address boundary-selection problems and data intensity by creating a consistent analytical framework for the economy of an area based on government-compiled input-output tables of commodity production and use coupled with material and energy use and emission and waste factors per monetary unit of economic output. It may not provide the level of detail of a process-based LCA. An important metric of the system studied is referred to as a functional unit (for example, vehicle miles traveled can be used as the functional unit for LCAs related to transportation). Because of the significant variability in assumptions, boundaries, and approaches, comparisons across different assessments must be done with caution (see discussions, especially in Appendix E, in NAS/NAE/NRC 2009b).

Figure 1-7 depicts the major elements of energy use from an LCA perspective. Taking the use of domestic petroleum for automobiles as an



**FIGURE 1-7** Life-cycle analysis for energy use.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

example, the first box in Figure 1-7 would include the exploration and drilling for oil and sending it via pipeline, tanker, or truck to a refinery; the second box would include refining to produce gasoline; the third box would include transport of gasoline by pipeline and trucks to service stations; and the fourth box would include the burning of gasoline in automobiles. Each stage in the life cycle produces impacts, and all of them should be considered in estimating the external effects of energy use. Staying with the gas-powered auto as an example, the externalities associated with burning a gallon of gasoline are composed of the external effects of all the "upstream" activities necessary to produce and deliver that gallon of gas to the pump, as well as the direct impacts of burning the gasoline in the car. Further, on the basis of vehicle miles traveled, there are externalities associated with the car itself—the extraction and production of materials used in the manufacture of the car, the sales distribution network, the maintenance required during the life of the car, and the ultimate disposal of the car.

Energy efficiency and energy conservation are important aspects of overall energy policy, and often are considered as being equivalent to increasing the energy supply. Energy conservation refers to reducing energy use by reducing services that require energy; examples include lowering indoor temperatures in winter and raising them in summer to reduce the use of energy, and walking or riding a bicycle to reduce the use of gasoline. Energy efficiency refers to using less energy to achieve the same level of energy-based service; examples include using compact fluorescent light bulbs instead of incandescent ones to achieve the same ambient light level with less electricity and using more efficient internal combustion engines or hybrid systems to achieve the same transportation capacity with less fuel.

### Identifying and Quantifying Burdens, Impacts, and Damages

With the life-cycle stages identified, determining the externalities of energy required the committee to identify the burdens, impacts, and damages associated with each stage. The methodology followed what is termed the damage-function approach (Jolliet et al. 2004). The burdens come in many forms (for example, air emissions, liquid discharges, and solid wastes); they move through all media (air, water, and land); and they have a range of effects or impacts (on human health, natural ecosystems, and the built environment). All of these factors must be accounted for in producing a complete estimate of damages, although, as will be seen, for many energy uses some impacts and damages are far more important than others. Furthermore, some impacts are not externalities (see Box 1-2). The committee made judgments about what damages are likely to be externalities or are widely considered to be externalities (such as damages associated with energy security) and focused its work on those.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Table 1-2 shows impacts at each stage of the life cycle for generating electricity from coal. These impacts are all externalities, with the exception of occupational injuries among coal miners, which are viewed as a job characteristic that is traded in labor markets. The table is intended to be illustrative; Chapter 2 provides a more thorough discussion of the external effects of electricity generation.

Some impacts are direct, easy to understand, and often well-supported by data. The deaths and injuries suffered by coal miners, although not externalities, represent an example of this. Other impacts, such as the alterations in water availability or ecosystems due to climate change, are the result of very complicated physical, chemical, and biological processes about which there is great uncertainty.

In this study, given the constraints on time and resources, the committee relied on past work in the identification of impacts and their damages. We did not attempt to develop new methods for estimating impacts and damages, but we did identify areas where additional research would be particularly valuable. It is important to realize that estimating most of these impacts and damages is a several-step process based on many assumptions; this is true for even relatively well-understood impacts. Consider one of the

**TABLE 1-2** Illustrative Impacts of Producing Electricity from Coal

|  | Human Health | Ecosystems | Security and Infrastructure |
|---|---|---|---|
| Coal Mining | Coal miners' mortality and morbidity | Land disturbance river alteration, acid mine drainage |  |
| Transportation of coal to power plants | Death and injury from accidents | Vegetation damage from air pollution | Load on transportation systems |
| Burning of coal | Mortality and morbidity from air pollution | Ecosystem effects from cooling Water discharges Ecological changes from climate change | Degradation of building materials Agricultural shifts and coastal community impacts due to climate change |
| Disposal of waste | Health effects of heavy metals in ash and other waste | Ecosystems effects of ash and other wastes |  |
| Transmission of electricity |  | Disturbance of ecosystems by utility towers and rights of way | Vulnerability of transmission system to attack or disaster |

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

boxes in Table 1-2: human health effects of air pollution from coal-fired power plants. Arriving at an estimate requires

1.  Estimate *burdens*: air-pollutant emissions (which depend, among other things, on the particular coal that is used, the boiler technology, and the pollution-control technology).

2.  Estimate the ambient concentrations of air pollutants (which depend, among other things, on the height of the exhaust stack, the location of the plant, and prevailing wind patterns).

3.  Estimate the exposure of people to air pollutants (which depends, among other things, on where people live and how much time they spend outside).

4.  Estimate *effects* or *impacts*: the health consequences of the exposures (which depend, among other things, on the age and health status of the exposed population and their life styles, for example, whether they smoke).

5.  Estimate *damages*: the value of avoiding these impacts to society (which depends, among other things, on the incomes of individuals and the seriousness of the impact, as judged by individuals)

This emission → ambient concentration → exposure → impact → damage estimation process is generalizable; it underlies each box in Table 1-2 and the estimation of most of the damages considered in this study. Security of energy supplies and network externalities, both discussed in Chapter 6, do not fit as neatly into this framework as virtually everything else does.

A noted, many assumptions must be made. Many of the assumptions are specific to the case at hand, and we make clear in the context of each analysis what the key assumptions are. One cross-cutting issue is the distribution of impacts and damages, both spatially and within populations. The issue is discussed later in this chapter.

### Evaluating Impacts

Evaluating damages requires an estimation of the impacts—the tangible manifestations of the burdens of energy use. Thus, we have to express impacts in tangible terms and associate with each impact a metric or measure.

In Table 1-2, the impacts are all physical or biological. Describing some of them is fairly straightforward—for example, death or injury from transportation accidents can be associated with a metric. For example, a metric for the human health effects from coal transportation is the annual deaths from transportation accidents. Another metric is the number of injuries from transportation accidents. Both are meaningful, easily understood

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

measures or indicators of the impact of interest, and data are available for quantifying them.

Other impacts are not nearly so straightforward. Virtually all of the ecosystem impacts—no matter their cause—present a real challenge for evaluation. One could say that the overarching concern is ecosystem health, but this is not a useful metric: How would one define it or quantify it? We could use physical, chemical, or biological surrogates—for example, changes in water temperature, the concentrations of key chemical constituents in water, and biological productivity. Each of these is well-defined and measurable, but it is arguable whether they would adequately reflect changes in ecosystem health, individually or collectively (see EPASAB 2009).

A potential source of complexity in impact assessment is cumulative effects, which can be important but are often inadequately assessed. Our discussion here largely follows NRC (2003a).

Concern about cumulative effects started in a formal sense with the passage of the National Environmental Policy Act (NEPA) of 1969, motivated by the environmental effects of multiple electric power plants. In 1978, the President's Council on Environmental Quality (CEQ) promulgated regulations for implementing NEPA (40 CFR Parts 1500-1508 [1978]), which defined a cumulative effect as "the incremental impact of the action when added to other past, present, and reasonably foreseeable future actions. . . . Cumulative impacts can result from individually minor but collectively significant actions taking place over a period of time." Thus, a single power plant might have only minor, or acceptable, impacts on, say, an estuary but the effects of multiple plants might be substantial and qualitatively different from the effects of only one plant. In other words, the effects can accumulate. Similarly, some of the effects of smokestack emissions from power plants can interact with those of automobile and industrial emissions; in addition, effects can accumulate over time. As NRC (2003a) pointed out, effects can be synergistic or antagonistic (in other words, they can be greater or smaller than the sum of their parts), and they can have thresholds.

Indeed, thresholds are an important complication in measuring impacts, especially for some environmental effects. The concern is not only with, say, increased water temperatures but also with temperatures above a certain level at which especially significant biological impacts occur, for example, massive fish kills.

Many threshold effects, like water temperatures, are relatively well-understood and predictable based on scientific knowledge. Others are more controversial due to the uncertainty of the underlying science and the economic and other consequences of dealing with the impact. For example, there has been a long standing disagreement over whether there is a nonzero level of exposure to radioactivity that is safe for humans. A more recent example relates to climate change and the potential for relatively rapid and

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

perhaps irreversible shifts in certain subsystems of the earth, producing, for example, accelerated melting of ice sheets and caps.

Because the ultimate concern is human health and the environment (or more, generally, social welfare), these threshold effects are important. Water temperature can be measured reliably, but the temperature is not what people really care about; it is how life-forms respond to that temperature. If the two are proportional responses, then a physical measure, such as water temperature, can be a useful surrogate metric. When the proportionality breaks down, as it does when there is a sharp threshold, the surrogate loses its utility.

Beyond cumulative effects, thresholds, and other physical complexities, some impacts are very hard to quantify because they are highly subjective. Aesthetics is a good example of a factor whose quantification is highly uncertain. For example, harvesting trees in a forest affects the aesthetic appearance of the forest. One might consider the number of trees removed as a metric. Of course, the problem with such a metric is that it is not only the number of trees; it is also which trees.

Qualitative impacts present a special challenge to communicate, particularly to do so in a way that decision makers take them into account. The adage, "You can't manage what you can't measure," might be dangerous or, at least, limiting if the absence of quantification is taken to mean a value of zero (see the discussion of uncertainty at the end of this chapter).

Table 1-3 summarizes impact pathways and associated effects evaluated in an ExternE study on electricity and transportation.

## Damage Estimation: Monetizing Impacts

It is relatively straightforward to monetize goods that are routinely traded in markets, as the market prices give direct information about their monetary worth. Thus, if a family is willing to purchase salmon at the market price, then the value of the salmon must be at least as great as the purchase price, otherwise the family would not have been willing to give up the other items its members could have purchased with that money. The market price gives important information about how much this family is willing to trade off other items to have salmon for dinner. However, many of the externalities that we are interested in for this report do not trade in markets, so information on people's preferences is not readily available. Nonetheless, such "nonmarket" goods may have as much or more value to people as goods that do trade in markets (that is, if required, they would be willing to give up a lot to have them).

The main goal in monetizing the impacts of externalities is to place externalities on equal footing with other goods and services. When decision makers must decide, for example, whether to tax an externality, increase

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 1-3** Illustrative Impact Categories Pathways[a]

| Impact Category | Pollutant/ Burden | Effects |
|---|---|---|
| Human health: mortality | PM, $SO_2$ | Reduction in life expectancy |
| | Benzene, Benzo[a]pyrene 1,3-butadiene Diesel particles | Cancers |
| | Noise | Loss of amenity, impact on health |
| | Accident risk | Fatality risk from traffic and workplace accidents |
| Human health: morbidity | PM, $O_3$, $SO_2$ PM, $O_3$ PM, CO | Respiratory hospital admissions Restricted activity days Congestive heart failure |
| | Benzene, Benzo[a]pyrene 1,3-butadiene Diesel particles | Cancer risk (nonfatal) |
| | PM | Cerebrovascular hospital admissions Cases of chronic bronchitis Cases of chronic cough in children Cough in asthmatics Lower respiratory symptoms |
| | $O_3$ | Asthma attacks Symptom days |
| | Noise | Myocardial infarction Angina pectoris Hypertension Sleep disturbance |
| | Accident risk | Risk of injuries from traffic and workplace accidents |
| Building material | $SO_2$ Acid deposition | Ageing of galvanized steel, limestone, mortar, sandstone, paint, rendering, and zinc for utilitarian buildings |
| | Combustion particles | Soiling of buildings |
| Crops | $NO_x$, $SO_2$ | Yield change for wheat, barley, rye, oats, potato, sugar beet |
| | $O_3$ | Yield change for wheat, barley, rye, oats, potato, rice, tobacco, sunflower seed |
| | Acid deposition | Increased need for liming |

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

**TABLE 1-3** Continued

| Impact Category | Pollutant/ Burden | Effects |
| --- | --- | --- |
| Global warming | $CO_2$, $CH_4$, $N_2O$, N, S | Worldwide effects on mortality, morbidity, coastal impacts, agriculture, energy demand, and economic impacts due to temperature change and sea-level rise |
| Amenity losses | Noise | Amenity losses due to noise exposure |
| Ecosystems | Acid deposition, nitrogen deposition | Acidity and eutrophication (avoidance costs for reducing areas where critical loads are exceeded) |

[a]ExternE developed this list to indicate the types of health and other impacts that were included in its investigations.

SOURCE: EC 2003, p. 3. Reprinted with permission; copyright 2003, European Communities.

public funding for education, or reduce support for antismoking programs, it is important for them to understand how their constituents view the value of these services compared with each other as well as with other uses of funds. The goal is simply to understand the trade-offs people are willing to make to get more of a good (or avoid doing without). This is a very useful concept for public policy decisions.

To monetize the impacts of externalities, the committee followed standard practice and defined the monetized value of an externality to an individual as the maximum amount that an individual would be willing to pay to obtain the good. This concept is called willingness to pay, often abbreviated WTP.[7]

There are both practical and conceptual arguments for attaching monetary values to impacts. One practical reason for monetization derives from the multiplicity of external effects and the difficulty of evaluating them in the context of national policy making. From just a partial list of metrics from external effects of coal-fired power plants, there are deaths from coal transportation, injuries from coal transportation, and water temperature increases from cooling-water discharges. The goal is to make sure that these

---

[7]There is an analogous concept of willingness to accept (WTA) that is defined as the minimum amount of money an individual would be willing to receive to give up a good that he or she owns. Discussions of the relationship between WTP and WTA and their technical counterparts, compensating and equivalent variation, can be found in graduate-level economic textbooks.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK    Document 85-2    filed 05/06/21    USDC Colorado    pg 2
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

effects are factored into decisions related to producing electricity from coal. This requires a method for weighing these metrics against each other and, for policy making, against the costs of reducing the effects.

One class of methods is to use a numeraire to develop weights for each effect and to aggregate them. Indeed, in this report, the numeraire that we use is dollars, with the weights developed through the literature on WTP for reducing a given type of effect. Another class of methods is not to establish specific weights but to use multiattribute utility functions or, more generally, multiple criteria approaches (see, for example, Keeney and Raiffa [1993] and Cohon [2004]). Such an approach has been used in the past in the evaluation of federal water projects, but that approach dealt with three or four metrics at a time, not the dozens of metrics associated with the externalities of energy production and use. In contrast, using a monetary metric to the extent practicable, converting all the metrics into a single unit of dollars, and adding them up produces a single grand metric of all the external effects. This is a powerful result of great potential use to policy makers.

By estimating WTP, a monetary value can be placed on each external effect and then added up, thus producing a single dollar value for total external effects, which represents an estimate of the value that society places on those effects.

In this study, the committee did not have the time or resources to undertake new valuation studies and has therefore relied on existing studies of the monetary values of the externalities that we studied. One important example of a value taken from the literature is commonly referred to as the "value of a statistical life" (or VSL), which characterizes the rate at which people are willing to trade increased risk of death for other goods and services. By observing in many occupational and other settings how much people have been willing to pay to reduce the risk of death (or are paid in compensation for taking additional death risks) or by conducting surveys that ask people how much they are willing to pay to lower their death risks, estimates have been made for the VSL that are used in regulatory decision making around the world, including various agencies in the U.S. government. We used these values in our study, as explained in Chapters 2 through 5.

Using WTP as a monetary metric can make some people uncomfortable. There are some effects that are especially difficult to value (for example, ecological impacts) because there are many components of ecosystem services that people do not understand and for which people retain inherent cultural values. So at first blush, potential ecological impacts from climate change, such as lost polar bear habitat, seem to defy monetization. In practice, estimating the effect on polar bear habitat is very difficult because of the poorly understood relationship between changing greenhouse gas con-

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

centrations, climate effects, and, therefore, reduced habitat, but the fundamental economic valuation question remains conceptually straightforward: How much of other goods and services (such as education, housing, and health care) would people be willing to give up in exchange for preserving polar bear habitat? The conceptual answer will differ depending on whether there are many polar bears left in the wild or whether there are only a few. Whether a monetary value can be estimated that is accurate enough for use in policy decisions remains a challenge for many ecological services. The committee has used WTP to monetize external effects wherever possible, recognizing its limitations and controversies. Some effects are not monetized at all, and others are monetized with great uncertainty. Indeed, some effects cannot even be estimated, much less quantified, even though we know they exist.

The committee is especially aware that ecological impacts, including impacts on ecosystem services, have not been monetized in this report. Evaluating these impacts economically has a long and challenging history (for example, EPASAB 2009; NRC 2004a; Cropper 2000). Ecological effects that influence the production of economic goods, such as agricultural products, timber, fish, and recreational benefits, often have been monetized, although often incompletely. This report includes some aspects of agricultural production in its monetization of the damages from emissions from electricity generation that contribute to the formation of criteria air pollutants. However, changes in ecosystem services, such as nutrient cycling and provision of habitat, and more subtle changes in ecosystem functioning that can affect ecosystem performance have not generally been monetized, largely because it is difficult to quantify those changes at present (for example, Cropper 2000). Although the committee has described these impacts qualitatively, at least to some degree, they likely are significant monetarily and otherwise.

Despite these limits, the commmittee believes that using its results will improve federal policy making.

## Consideration of External Benefits

There are obviously considerable benefits to having energy. Most of these benefits are reflected in the prices paid for energy and are not *external* benefits. For the most part, external benefits are relatively few in number and small compared with the external damages that have been identified. For example, ORNL/RFF (1992-1998) identified the crop fertilization benefits of the nitrogen and sulfur from $NO_x$ and $SO_2$, respectively; the crop fertilization benefits of $CO_2$; and the recreational benefits of enhanced fishing opportunities in reservoirs formed from large hydro projects.

Of those, our study explicitly considered the crop fertilization benefits

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

of $CO_2$; the results of the integrated assessment models considered in Chapter 5 account for the impacts. However, we did not explicitly consider other external benefits for the following reasons: ORNL/RFF (1992-1998) found the crop fertilization benefits of $NO_x$ and $SO_2$ to be small compared with the health-effect damages. We did not consider reservoir recreational benefits because we did not consider hydropower as important, for the purposes of this study, as the other technologies considered (refer to Chapter 2).

## THE POLICY CONTEXT FOR THIS STUDY

Externalities are important to analyze and understand because they provide an example of a situation where government involvement can potentially improve on the market outcome. Although the committee was not tasked to make recommendations for policy makers to address energy-related externalities, we did indicate how knowledge about the value of externalities can be used to improve market outcomes. This section relates the results of our study to existing policies that address externalities and discusses how the results of the study should and should not be used.

### The Nature of Externalities Evaluated in This Study

As noted earlier in this chapter, the committee evaluates the externalities associated with energy production and consumption that have not been corrected through existing policies—that is, the externalities remaining after policies have been implemented. Therefore, the study does not document the substantial progress that has been made in reducing the external damages associated with energy production and consumption over the past few decades. To illustrate, emissions from electric power plants that contribute to criteria pollutant formation are regulated by a variety of state and federal regulations. In particular, one of the goals of Title IV of the 1990 Clean Air Act Amendments was to reduce $SO_2$ emissions from coal-fired power plants by 50% from 1985 levels by the year 2010. Most of the reductions were already achieved by 2005, the year of this study. We quantify the damages associated with remaining $SO_2$ emissions from fossil-fueled power plants in 2005. A similar statement can be made regarding tailpipe emissions from motor vehicles. Emissions from cars per mile traveled have declined by 90% since the passage of the 1970 Clean Air Act as a result of various regulations. We calculate the remaining emissions from cars in 2005 and 2030.

We evaluate the damages associated with emissions in the years of 2005 and 2030, relative to zero emissions. For example, in the case of coal-fired power plants, we characterize the per plant aggregate damages associated with $SO_2$ emissions in 2005 compared with no $SO_2$ emissions. The same is true of the air-pollution damages associated with motor vehicles: We

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

evaluate the per vehicle total damages from current emissions relative to zero emissions. This is not because emissions should be reduced to zero but because any other baseline would be arbitrary. The appropriate level of $SO_2$ emissions from power plants depends on the costs of reducing those emissions (see Figure 1-1), but estimating the appropriate level of emissions is beyond the scope of this study. The methods used to estimate air-pollution damages from fossil-fueled power plants and motor vehicles assume that the damages of each additional ton of pollution from a source are constant[8]—hence, we also compute the damages per ton of pollutant, which could be compared with control costs.

In the case of power plants, we provide estimates of the distribution of air-pollution damages across power plants. This is important for two reasons: First, the damages associated with a plant depend on where the plant is located, so damages vary spatially; second, total damages vary greatly across plants because of differences in plant size and pollution control. Variation in damages across plants is useful information from the perspective of pollution control. Plants with large total damages may warrant further air-pollution controls.

We also distinguish damages by the stage of the life cycle at which they are generated. Although it is possible to aggregate $NO_x$ damages associated with passenger transportation across all stages of the life cycle—oil exploration and extraction, oil refining, transportation of gasoline to the consumer, and consumption of gasoline by a car—regulations to limit $NO_x$ emissions will be targeted at different stages of the life cycle: Regulations to limit tailpipe emissions will differ from those to limit oil-refinery emissions. Similarly for damages associated with electricity generation, it is important for policy purposes to separate mining damages from those damages associated with electricity generation because policies to control each set of externalities will differ. Thus, although we present aggregate estimates of damages—per kilowatt hour or per mile traveled—they should be placed into proper context for policy.

## Policies to Correct Externalities

Policies to address or correct externalities include taxes, transferrable pollution permits, performance standards, and technology-based standards. Economic theory dictates that the most efficient policies for correcting

---

[8]This is a common assumption in the air-pollution literature. The concentration-response functions in the literature are essentially linear over the relevant range of ambient air pollution in the committee's study. Also, the emission-to-concentration relationship and unit costs of various health effects and other impacts are treated as constant. Unit costs are not necessarily constant across time and location.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

externalities are those targeted at the externality itself—for example, a tax on $SO_2$ emissions rather than a tax on the electricity associated with those emissions or a tax on $NO_x$ emissions from motor vehicles rather than a tax on gasoline.[9] Taxing $SO_2$ emissions (or regulating them through a permit market or performance standard) provides an incentive to reduce $SO_2$ by using pollution-control equipment, by switching to low-sulfur coal, or by reducing the level of electricity produced. A tax on electricity generation does not provide the incentives to reduce $SO_2$ emissions per se. The same is true of a gasoline tax and $NO_x$ emissions.

For emissions related to criteria pollutants, the committee therefore notes that its estimates of externalities associated with emissions per kilowatt-hour of electricity produced or per gallon of gasoline should not be interpreted as recommendations for electricity or gasoline taxes equal to these monetized damages. Economically efficient methods of correcting emissions that contribute to criteria air pollutants include taxes on the emissions themselves or permit markets in which rights to pollute are denominated in terms of damages.[10] A similar statement can be made for $CO_2$ emissions. For fossil-fueled power plants, we provide estimates of the damages per ton for key emissions that contribute to criteria air pollutants, as a function of plant location. For $CO_2$ emissions, we provide ranges of estimates of marginal damages.

## Externalities and Technology Choice

A frequent use of estimates of the externalities associated with electric power generation and transportation is to inform technology choices when making public investment decisions. Should expansion of electricity-generating capacity take the form of coal, natural gas, nuclear power, or wind power? What technologies should be pursued as alternatives to gasoline-powered internal combustion engines for passenger vehicles? This study can help to inform such choices; however, it must be emphasized that we evaluate the externalities associated with various technologies independent of their costs. For example, an integrated gasification-combined cycle (IGCC) coal plant with carbon capture and storage is an extremely clean plant, but it is also an expensive one. Externalities are an important com-

---

[9]Policies that associate a price with the externality—for example, a tax or a permit market—are, in general, more efficient than policies that dictate the method of correcting the externality; for example, requiring coal-fired power plants to install flue gas desulfurization units (scrubbers).

[10]For example, if a power plant in a densely populated area creates more damages per ton of $SO_2$ emitted than a power plant in a remote area, the former plant would require more damage-denominated permits than the latter to emit a ton of $SO_2$.

Copyright © National Academy of Sciences. All rights reserved.

ponent of the choice among various technologies but must be supplemented
by estimates of private costs.

## SOME METHODOLOGICAL ISSUES: SPACE, TIME, AND UNCERTAINTY

Defining and evaluating externalities is unavoidably complicated by
their spatial nature, by the fact that they manifest themselves over time,
perhaps very far into the future, and by uncertainty. We discuss each of
these issues in this section.

### Spatial Scales of Analysis

The external effects of energy, by their very nature, vary spatially. Some
individuals and groups experience far greater effects from energy produc-
tion and use than is reflected by the average amount—that is, than if the
effects were evenly distributed—and others experience far less. In carrying
out the committee's task, we focused on the spatial distribution of dam-
ages caused by coal-fired and gas-fired power plants wherever they were
located and by transportation emissions in each of the U.S. counties in the
48 contiguous states. Note, however, that a lack of location data for stages
upstream of the power plants and vehicle operations prevented us from
estimating these kinds of damages in a spatially explicit manner.

### Consideration of Effects on U.S. vs. Global Scales

Although the committee's task stipulated that the external costs and
benefits of energy be analyzed from a U.S. perspective, we were also charged
with consideration of broader, more global, implications when warranted
and feasible. Some effects considered by the committee occur mainly in
the United Sates, such as effects related to ozone-forming emissions from
motor vehicles. However, other effects, such as those related to $CO_2$ emis-
sions and climate change, will occur on a global scale. Likewise, for some
of the security-related issues, or for transportation, which relies on energy
production and distribution occurring outside the United States, ignoring
the global consequences would result in substantial distortions. Moreover,
as is apparent for climate change-related effects, some parts of the world
are likely to suffer inherently different, and to some extent larger, burdens
of these effects than the United States. In such situations, we have elected
to characterize effects both in the United States and on a global scale, as
consideration of them on different spatial scales might have an impact on
policy choice. For practical reasons, we have provided sparing detail regard-
ing differential impacts among non-U.S. regions.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK    Document 85-2    filed 05/06/21    USDC Colorado    pg 2
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

*Consideration of Differential Effects on Local and Regional Scales
Within the United States*

Within different locations in the United States, many external costs and benefits related to energy are heterogeneously distributed as well—for reasons inherent to the nature of the economic activity or the geography or as a consequence of one or another policy choice. For example, one of the substantive health consequences of climate change in the United States is the impact on heat- and cold-related morbidity and mortality, for example, heat waves. These impacts are far stronger in northern cities with moderate climates within which temperatures fluctuate widely year to year. Because of differences in the extent of human physiologic adaptation to higher temperatures, more people die in heat waves in Chicago than, say, in Birmingham, Alabama, and rising average temperatures will accentuate that disparity further. Likewise, because of greater population density and prevailing winds, the distribution of harmful effects from emissions that form criteria air pollutants is highly nonhomogeneous. For example, populations in eastern seaboard counties bear more of the health-related external costs of this external impact of electricity production from fossil fuels than do populations in upwind areas and will continue to irrespective of any short-term policy choices. Thus, when aggregate damages are presented, the differential impact may be partly obscured.

For other impacts, such as the local—potentially devastating—effects of a power-plant disaster or disruption occurring in a distribution line (for example, an oil or gas line), local choices may be extremely important in determining "who pays." Often, siting of these types of facilities is partially determined by geographical factors, such as where production and utilization actually occur.

In some situations, aggregate damages may be juxtaposed against local damages, creating not only heterogeneity but also complex policy alternatives. For example, there is at least some evidence that centralized, rather than decentralized, management of spent nuclear fuel results in an inherently lower risk of adverse external consequences; yet arguably for the site or sites chosen for a centralized activity the local "costs" can be higher. Another similar consideration is that the damages of power-plant emissions vary by the population affected by the emissions.

*Differences in Susceptibility over Spatial Scales*

Even within the same locations, there is compelling evidence that some parts of the human population or that some species within an ecosystem are more vulnerable than others to a particular external effect. One of the factors responsible for differential effects is age; the very young and the very

Copyright © National Academy of Sciences. All rights reserved.

old are more susceptible to energy-related burdens, such as those imposed by heat stress, water constraints, or pollution. Likewise, the underlying health status of individuals or groups creates large disparities in effects. In highly developed societies, risks of the nutritional consequences of climate change or diarrheal illness are essentially nil, while these impacts dominate in societies with lower levels of overall health status. Conversely, air pollutants from electricity or transportation tend to affect, to a greater degree, individuals and societies with higher underlying rates of cardiovascular and chronic disease, which are more prevalent in richer societies. This same factor differentiates the consequence to an individual with chronic disease from his/her healthy partner, even living in the same house. These conditions may be confounded by disparities created by differential access to resources, for example, socioeconomic differences, within a nation or region. For example, during the last highly publicized heat wave—Chicago 2003—almost all of the excess deaths occurred among poor minorities without air-conditioning or ready access to health or social services. Once again, aggregate cost data would tend to mask, rather than emphasize, such differences.

### Temporal Issues

Some effects related to the production and use of energy may take years, decades, or longer to manifest themselves. For example, chronic health effects of air pollution attributable to fuel combustion are not the consequence of an exposure that occurred yesterday or a few weeks ago, but they are the cumulative result of conditions that develop over longer periods. As a more extreme example, health risks from the disposal of nuclear waste generated from electricity production may persist over millennia because of the long-lived nature of the radioactive waste. This persistence presents challenges in making judgments about the performance of a waste repository, the behavior of human society, and other key factors over a very long period.

One challenge is that it is very difficult to predict both the future physical effects and their monetary values because they depend on a host of uncertainties about how people in the future will live. A second challenge arises in comparing effects that are quantified in monetary values at different times (such as expenditures on control equipment now and fewer adverse health effects in the future). In making such evaluations, two factors should be considered. One is that many opportunities exist for investing resources now to yield future benefits. The future benefits of a proposed action should be compared with the future benefits that could be achieved by investing the same resources in other ways. The other factor is that the

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

people affected may differ, especially if the delays are long enough that they are necessarily members of different generations.

It is conventional and appropriate to discount future values by a factor that depends on the distance into the future and the discount rate. (It is also necessary to account for future inflation, usually accomplished by valuing all consequences in "real"—that is, "constant" or "inflation-adjusted"—dollars.) In addressing the difficulties that arise in identifying the appropriate discount rate, two approaches are often used. The first is commonly referred to as "descriptive"; the second, as "prescriptive." The descriptive approach uses a discount rate that is similar to market interest rates, which are market prices that are determined by the interactions of individuals, firms, and other institutions seeking to borrow or save for various time periods. The prescriptive approach is often used for time periods of more than about 30 years, for which market interest rates rarely exist. This approach explicitly considers two factors: the rate at which future generations' utility should be valued relative to the current generation's utility (an ethical question), and the rate at which incremental resources will enhance the future generations' utility (a descriptive question) (see Chapter 5 for further discussion).

Estimates of the appropriate discount rate derived from the prescriptive approach are typically smaller than those derived from the descriptive approach. This divergence raises a number of ethical questions, such as whether individuals and governments currently are consuming too much and investing too little and how much individuals should sacrifice now to potentially benefit many future generations.

For valuation of climate-change effects (see Chapter 5), the discounted value referred to as the social cost of carbon is often used. It is the present-day value of the combined damages and benefits that will occur over many future years if an additional ton of greenhouse gas is emitted today. Estimating the discounted cost involves consideration of current greenhouse gas emissions' effects on climate over the next century or more, environmental and human welfare effects caused by climate change, how the effects may vary globally, the course of future economic development, the range and likelihood of economic and social effects arising from climate change, and the extent to which human society might adapt to climate change. Because the choice of a discount rate for such long periods involves great uncertainty, the committee does not recommend a particular discount rate for assessing the value of these effects.

## Model Selection and Evaluation

The committee made extensive use of computational models to evaluate available knowledge, compare alternative technologies, and provide a

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

framework to assess damage. The committee recognizes that all models face inherent uncertainties because human and natural systems are more complex and heterogeneous than can be captured in a model. Moreover, the committee also recognizes that once a model is selected and applied, large uncertainties remain regarding input selection and choices of scale. In its selection and use of models, the committee relied on a report of the NRC's Committee on Regulatory Environmental Models (NRC 2007a), which recommended that models cannot be validated (declared true) but instead should be evaluated with regard to their suitability as tools to address a specific question. In following this approach, the committee first identified its specific questions, then identified the tools available, and finally made model selections.

The committee recognized that its analysis involved five key activities: (1) characterizing a range of technologies that provide electricity, transportation, and heating; (2) identifying the pollutant emissions (and other environmental hazards) attributable to each technology; (3) linking emissions (hazards) to exposures; (4) linking exposures to effects; and (5) translating effects into damages that can be monetized. Modeling was required for electricity production and heating—steps 3, 4, and 5—and for transportation impacts—steps 2, 3, 4, and 5. Therefore, the committee reviewed a number of models that could support this task and considered several alternatives, including several models to address the issues of model uncertainty. Ultimately, the committee determined that the use of a single model would make its results more transparent and open to evaluation than would trying to interpret results from several models. The committee selected the APEEP (Air Pollution Emission Experiments and Policy) model (see Chapter 2) for steps 3, 4, and 5 and the GREET (Greenhouse Gases, Regulated Emissions, and Energy Use in Transportation) model (see Chapter 3) for step 2 in transportation technologies. In making these choices, the committee did not consider these two models to be the only or even the best models for this task. Instead, the choice reflects the committee's recognition that these models were clearly appropriate for the task, were accessible to the committee, were transparent in their applications, and had received sufficient prior use and performance evaluation. To further evaluate the performance of these models for use in calculating external impacts, the committee carried out comparative evaluations where that was feasible.

### Intake Fraction and Other Tools for Model Evaluation

The committee sought other studies with comparable results to evaluate the consistency of its model approach with approaches used by others engaged in similar research. In making these evaluations, the concept of "intake fraction" was useful and transparent. It is defined by Bennett et

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 2

al. (2002) as the integrated incremental intake of a pollutant summed over all exposed individuals and occurring over a given exposure time, released from a specified source or source class, per unit of pollutant emitted. Since that time, numerous studies have estimated intake fractions for various source categories (such as power plants, mobile sources, residential wood burning, indoor cleaning products, and aircraft) and pollutants (such as particulate matter and toxic air pollutants). Most important, use of the intake fraction approach has increasingly become a tool for model performance evaluation and model comparisons.

For source-receptor estimates from power plants, work by Nishioka et al. (2002) provided a model evaluation opportunity. To assess the health effects of increased pollution, Nishioka et al. (2002) modeled state-by-state exposures to fine particulate matter ($PM_{2.5}$) originating from power-plant combustion and used intake fraction as an intermediate output. The committee was able to compare its power-plant intake fraction obtained from APEEP with theirs and got consistent results. Moreover, Nishioka et al. (2002) multiplied their population-weighted exposures derived from intake fractions by exposure-response functions for premature mortality and selected morbidity outcomes, providing the committee with further opportunity to evaluate APEEP results.

In the transportation impact modeling, there were two studies that provide key evaluation opportunities. In an effort to better characterize the relationship between mobile-source emissions and subsequent $PM_{2.5}$ exposure, Greco et al. (2007) characterized $PM_{2.5}$ exposure magnitude and geographic distribution using the intake fraction. They modeled total U.S. population exposure to emissions of primary $PM_{2.5}$ as well as particle precursors $SO_2$ and $NO_x$ from each of 3,080 counties in the United States. Their mean $PM_{2.5}$ intake fraction was 1.6 per million with a range of 0.12 to 25 per million compared with 1.0 per million with a range of 0.04 to 33 per million obtained from APEEP. Greco et al. (2007) concluded that long-range dispersion models with coarse geographic resolution are appropriate for risk assessments of secondary $PM_{2.5}$ or primary $PM_{2.5}$ emitted from mobile sources in rural areas but that more-resolved dispersion models are warranted for primary $PM_{2.5}$ in urban areas because of the substantial contribution of near-source populations. One of the advantages of APEEP is better spatial resolution in urban counties, but it may still lack the necessary level of spatial detail, giving rise to some uncertainty about results.

Marshall et al. (2005) used three alternative methods to estimate intake fractions for vehicle emissions in U.S. urban areas. Their best estimate of the urban intake fraction for diesel particles was 4 per million, results that are consistent with the urban-county results in APEEP. However, the need for future efforts to provide exposure resolution below the county scale remains a priority.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

*Addressing Uncertainty*

Assessment of uncertainty in model outputs is central to the proper use of model results for decision making. There are a number of uncertainties that arise in the calculation of damages from energy use. The committee elected to confront uncertainty using approaches recommended by the NRC's Committee on Regulatory Environmental Models (NRC 2007a). This committee considered the use of probabilistic (Monte Carlo) approaches to quantify all uncertainties to be problematic in many situations, especially when uncertainty analysis is used to reduce large-scale analyses of complex environmental and human health effects to a single probability distribution or when uncertainty is dominated by decision variables, as is the case for this current study. In this study, uncertainty is dominated by such factors as the selected value of a statistical life, which cannot easily be captured in a probability distribution. In situations where detailed probabilistic modeling is not appropriate, the models committee (NRC 2007a) recommended the use of scenario assessment and sensitivity analysis. The current committee chose to use this approach, and where feasible, it has used alternative scenarios and sensitivity analysis to characterize uncertainties.

## ORGANIZATION OF THE REPORT

The discussion in Chapter 2 focuses on the external effects and their valuations, resulting from electricity generation. Chapter 3 addresses externalities related to the production and use of transportation fuels. Chapter 4 discusses energy used to supply heat for industrial processes and to heat indoor spaces. Chapter 5 addresses effects attributable to climate change and their valuations. Chapter 6 discusses effects and valuations related to infrastructure and security. Chapter 7 presents overall conclusions from the committee's evaluations, including a comparison of climate and nonclimate damage estimates, and discusses factors to keep in mind when interpreting the results of the evaluations. Chapter 7 also recommends research to inform future consideration of various issues in this report.

Copyright © National Academy of Sciences. All rights reserved.

# 2

# Energy for Electricity

## BACKGROUND

This chapter considers sources of energy used for the generation of electricity. The committee's analysis includes utilities, independent power producers, and commercial, and industrial sources. The generation data that we used are available at the Web site of the Energy Information Administration (EIA) (www.eia.doe.gov) of the U.S. Department of Energy, and are the official energy statistics from the U.S. government.

### The Current Mix of Electricity Sources

The total electricity generation[1] in the United States during 2008[2] was 4.11 million gigawatt hours (GWh), down very slightly from 2007. In terms of usage, the residential sector consumed the most electricity (36.6% of the total), followed by the commercial sector (36.3%). The industrial sector (26.9%), and transportation (0.2%) accounted for the rest.

The energy sources and the amount of electricity they contributed are given in Table 2-1.

The two largest classes of "other renewables" were wind, which produced 52,026 GWh or 1.3% of the 2008 electricity-generation total; and

---

[1]The amount of electricity used is less than the amount generated as a result of transmission losses. For 2007, EIA reported usage of 93.4% of the amount generated.

[2]We provide the latest data available here to establish the most recent context. Our analyses of power plant damages, however, were based on 2005 data, the latest for which full emissions information was available.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 2-1** Net Electricity Generation by Energy

| Energy Source | Net Electricity Generation (GWh) | Percent of Total Net Generation |
|---|---|---|
| Coal | 2,000,000 | 48.5 |
| Petroleum liquids[a] | 31,200 | 0.8 |
| Petroleum coke | 14,200 | 0.4 |
| Natural gas | 877,000 | 21.3 |
| Other gases[b] | 11,600 | 0.3 |
| Nuclear | 806,000 | 19.6 |
| Hydroelectric | 248,000 | 6.0 |
| Other renewables[c] | 124,000 | 3.0 |

NOTE: Net electricity-generation numbers reported by the Energy Information Administration are rounded to three significant figures.

[a]Distillate fuel oil, residual fuel oil, jet fuel, kerosene, and waste oil.

[b]Blast furnace gas, propane gas, and other manufactured and waste gases derived from fossil fuels.

[c]Wind, solar thermal, solar photovoltaic (PV), geothermal, wood, black liquor, other wood waste, biogenic municipal solid waste, landfill gas, sludge waste, agricultural by-products, and other biomass.

SOURCE: Data from EIA 2008, 2009a.

wood and wood-derived energy sources (38,789 GWh, or 0.9%). Other renewable sources individually amounted to less than 0.5% each; the largest was other biomass, (16,099 GWh, or 0.4%). Generation from solar PV was approximately 600 GWh.

### Rationale for Choice of Fuel Sources to Analyze

This chapter provides detailed analyses of electricity generation from coal, natural gas, nuclear fission, wind, and solar. The first three sources were chosen because they together account for 88% of all electricity generated in the United States; moreover they feature prominently in current policy discussions about energy sources. Wind energy also is prominent in policy discussions concerning electricity, and it appears to have the largest potential among all renewable sources to provide additional electricity in the medium term according to current projections (see discussion later in this chapter). Solar energy for electricity (photovoltaics) also is discussed, although not in detail, because of recent legislative and public interest and because of the rapid increase in use over the past 10 years. For the above reasons, the committee concluded that analyzing the external costs and benefits associated with these sources would be of the greatest value to policy makers.

We mention biomass (briefly) because it is such a dispersed source of

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

electricity (many very small generators). We did not focus on hydropower generation of electricity, even though its current contribution is far greater than that of all other renewable sources combined, because the potential use of hydropower to increase significantly is modest, and hydropower currently receives little attention in energy-policy discussions.

## Describing the Effects Caused by Life-Cycle Activities

In its analyses, the committee describes externalities—indeed, all *effects* caused by life-cycle activities—as being upstream or downstream. By "upstream," in the context of energy for electricity, the committee means effects that occur before electricity is generated at an electricity-generating unit (EGU) (such effects as EGU; steam turbine, wind turbine, and solar cell). For fossil-fuel and nuclear EGUs, the largest upstream effects are associated with obtaining and transporting fuel. They include effects of exploration, development, and extraction of geologic deposits of fuel or ore, refining and processing, and transportation of primary energy sources (for example, coal and natural gas). For solar, wind, and hydropower EGUs, the main upstream effects are associated with obtaining, fabricating, and transporting materials required for the EGU and with the construction of the EGU, including road building and other activities. Fossil-fuel and nuclear EGUs also have these effects, but they typically are smaller than those associated with the ongoing production and transportation of the primary energy sources. The committee's upstream limit for consideration of effects was exploration for fuel. Although effects even further upstream can occur, such as reactions to the announcement of a lease sale for oil, gas, or even the announcement of a proposed mine (for example, see NRC 2003a), those effects are generally unquantified. By "downstream" the committee means effects that are associated with generation of electricity and the subsequent transmission and distribution of electricity to end users. In other words, effects associated with the operation of an electricity-generating facility or with electricity transmission and distribution (that is, delivery to the end user) are considered downstream effects.

## General Approach Taken

The goal of this chapter is to describe and, when possible, to quantify the monetary value of the physical effects[3] (that is, the "damages") of electricity production. For electricity generation from nuclear fission, wind power, solar power, and biomass, our analysis summarizes effects reported

---

[3]The committee uses the term "physical effects" broadly, to include biological and human health effects, in order to distinguish them from monetary effects.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

from previous studies, but does not monetize damages from externalities. For electricity generation from coal and natural gas we are able to quantify and monetize the externalities associated with local and global air pollution, both upstream and downstream. We express these externalities in costs per kWh of electricity generated and also in costs per ton of pollution generated.

As summarized in Chapter 1, this study is preceded by a large literature on the social cost of electricity. Two notable studies are those by Oak Ridge National Laboratory and Resources for the Future (ORNL-RFF) (1992-1998) and the ExternE project (EC 2003). The goal of each study was to estimate the life-cycle externalities associated with electricity production from various fuel types. Externalities were expressed in monetary terms per kWh to permit comparisons across fuel types. The social costs of electricity generation, together with the private costs of electricity generation, could thus be used to inform choices among fuel types when expanding or replacing generation capacity. Both studies conducted their analyses using representative plants in two geographic locations. Both studies were exhaustive in their descriptions of, and attempts to quantify, various categories of externalities throughout the fuel cycle.

In addition to literature on social costs of electricity, there have been studies on the environmental effects of electricity production. The National Research Council recently (2007b) reported on environmental effects of wind-energy projects, and the New York State Energy Research and Development Authority recently (NYSERDA 2009) reported on effects and risks to vertebrate wildlife in the northeastern United States from six types of electricity generation.[4] Both reports included assessments of all life-cycle stages, but did not quantify or monetize the effects.

This chapter builds on and extends these studies. We have attempted to describe externalities and other effects broadly, and to analyze them wherever possible. However, we have focused our efforts to monetize external costs for the categories of externalities that earlier studies found to be a significant component of damages. We extend the studies by measuring the externalities associated with local and global air pollution—a significant component of the costs of electricity generation—for individual coal-fired and gas-fired power plants in the United States. This allows us to characterize the diversity in the damages of electricity generation from fossil fuel across plants and to relate damages per kWh to the pollution intensity of the plant (that is, to pounds of sulfur dioxide [$SO_2$] or particulate matter [PM] emitted per kWh) and the location of the plant, which affects the size of the human and other populations exposed to pollution generated by the plant. We also express damages per ton of pollution emitted. While

---

[4]The six types were coal, oil, natural gas, nuclear, hydro, and wind.

Copyright © National Academy of Sciences. All rights reserved.

68                                                                    *HIDDEN COSTS OF ENERGY*

a comparison of damages per kWh may (together with information about private costs) help inform the choice of fuel type, it is not particularly useful if the goal is to internalize the externalities associated with pollution emissions.[5] Economic theory suggests that the most economically efficient policy to address air-pollution externalities is a policy that targets the externality itself rather the output associated with it. We therefore present information on damages per ton of emissions from coal and natural gas plants that contribute to the concentrations of criteria pollutants.[6]

The core of our analysis of local air-pollution damages uses an integrated assessment model (the Air Pollution Emissions Experiments and Policy, or APEEP model) (Appendix C), which links emissions of $SO_2$, oxides of nitrogen ($NO_x$), $PM_{2.5}$, $PM_{10}$,[7] ammonia ($NH_3$), and volatile organic compounds (VOCs) to ambient levels of $SO_2$, $NO_x$, $PM_{2.5}$, $PM_{10}$, and ozone (see Box 2-1). The model calculates the damages associated with population exposures[8] to these pollutants in six categories: health, visibility, crop yields, timber yields, building materials and recreation. Health damages include premature mortality and morbidity (for example, chronic bronchitis, asthma, emergency hospital admissions for respiratory and cardiovascular disease), and are calculated using concentration-response functions employed in regulatory impact analyses by the U.S. Environmental Protection Agency (EPA). Damages to crops are limited to major field crops, and recreation damages are those associated with pollution damages to forests. A description of the concentration-response functions used in the model is in Appendix C, which also provides details on the choice of unit values used to monetize damages. Damages associated with carbon dioxide ($CO_2$) emissions are computed based on a review of the literature, and are described in Chapter 5. Not all impacts and externalities associated with electricity production have been quantified and monetized in this study. Table 2-2 summarizes which impacts are quantified, monetized, or qualitatively discussed within this chapter.

---

[5] An electricity tax equal to the marginal damage per kWh is a blunt instrument for internalizing the social costs of air pollution because it does not target the pollutants (for example, $SO_2$ or $PM_{2.5}$) that are the sources of the problem.

[6] As part of the U.S. Clean Air Act, the U.S. Environmental Protection Agency (EPA) establishes National Ambient Air Quality Standards PM, $SO_2$, $NO_x$, ozone, lead (Pb), and carbon monoxide (CO). These are referred to as criteria pollutants, which were established by the Clean Air Act as pollutants that are widespread, come from numerous and diverse sources, and are considered harmful to public health and the environment and cause property damage.

[7] $PM_{2.5}$ refers to particulate matter with an aerodynamic diameter less than or equal to 2.5 microns; $PM_{10}$ refers to particles less than or equal to 10 microns in diameter. Ultrafine particles—those less than 100 nanometers—were not treated as a separate category in this study.

[8] "Population exposure" is an aggregate figure derived from measurements or estimates of personal (individual) exposures that are extrapolated—based on statistical, physical, or physical-stochastic models—to a population (Kruize et al. 2003).

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

BOX 2-1
Airborne Particulate Matter

PM is a heterogeneous collection of solid and liquid particles that can be directly emitted from a source (primary pollutants) or can be formed in the atmosphere by interaction with other pollutants (secondary pollutants). Secondary PM can be formed by oxidation of $NO_x$ and $SO_x$ to form acids that can be neutralized by ammonia to form sulfates and nitrates. Organic PM may be chemically transformed by oxidants in the air to form secondary pollutants. Soot particles can be altered by adsorption of other pollutants on their surface.

PM is monitored for both mass and size. Ultrafine particles (less than 0.1 micron in aerodynamic diameter) can be emitted from combustion sources or can be formed by nucleation of atmospheric gases, such as sulfuric acid or organic compounds. Fine particles (less than 2.5 microns) are produced mainly by combustion of fossil fuels, either from stationary or mobile sources. Coarse particles (sometimes called $PM_{10-2.5}$) are mainly primary pollutants that may come from abrasive or crushing processes or the suspension of soil. PM larger than 10 microns is not of great concern for this report because they are not readily respirable and do not have a long half-life in the atmosphere.

Current research on PM is exploring the influence of particle composition (in addition to mass and size) on its toxicity, as recommended by the National Research Council (NRC 1998, 1999, 2001, 2004b). However, enough data are not yet available from this research to inform the estimation of damages in this report.

## Regulations

As noted in Chapter 1, the externalities examined in this study are those that have not been eliminated by regulation. Most stages of electricity production are subject to regulations at the federal, state, and local levels. Surface mining of coal, for example, is regulated under the 1977 Surface Mining and Control Act. Air-pollution emissions from electricity-generating facilities are regulated under the Clean Air Act. The U.S. Nuclear Regulatory Commission regulates and licenses nuclear power plants.

Relevant regulations for upstream and downstream activities related to electricity generation are varied and extensive. Their details are not necessarily of great import *for this study*, although they obviously are important for other reasons. For this study, though, the *existence* of regulations is of great importance, because in large part regulations are an attempt to reduce upstream and downstream damages from electricity generation, and they have substantially reduced these damages over time. We discuss only those damages that remain, with emphasis on those that can be quantified and monetized. Most of the committee's quantitative analyses of damages in

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

**TABLE 2-2** Energy for Electricity: Impacts and Externalities Discussed, Quantified, or Monetized

| Impact or Burden | Energy Sources for Electricity | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Coal | Natural Gas | Nuclear | Wind | Biomass | Solar |
| *Upstream* | | | | | | |
| Air pollutant emissions (SO$_x$, NO$_x$, PM) | ✓ | ✓ | q | q | | q |
| CO$_2$-eq (carbon dioxide equivalent) emissions | ✓ | ✓ | q | q | | q |
| Metals, radionuclides, and other air pollutants | q | q | q | q | | q |
| Effluents | q | q | q | | | |
| Solid wastes | q | q | q | | | |
| Land cover/footprint | q | q | q | | q | q |
| Ecological effects | q | q | | | q | |
| Occupational and transport injuries | † | † | | | | |
| *Downstream* | | | | | | |
| Air pollutant emissions (SO$_x$, NO$_x$, PM) | $ | $ | ✓ | ✓ | | ✓ |
| CO$_2$-eq emissions | ✓ | ✓ | ✓ | ✓ | | ✓ |
| Metals, radionuclides, and other air pollutants | q | q | | ✓ | | q |
| Effluents | q | q | q | | | |
| Solid wastes | q | q | q | | | q |
| Land cover/footprint | q | q | q | q | | q |
| Ecological effects | q | | | †, q | | |

q = qualitative discussion.
✓ = emissions quantified.
† = impacts quantified.
$ = impacts monetized.

this chapter focus on emissions from electricity-generating facilities that are fired by coal or natural gas. Under the Clean Air Act, electric utilities are regulated at both the state and federal levels. The Clean Air Act requires states to formulate state implementation plans (SIPs) to pursue achievement of the National Ambient Air Quality Standards (NAAQS) (NRC 2004c). Under SIPs, electricity-generating units (EGUs) are assigned emissions limits for SO$_2$, NO$_x$, PM, and other pollutants, usually stated as performance standards (for example, maximum annual average tons of SO$_2$ that may be emitted per million British thermal units [MMBtu] of heat input). These performance standards vary widely across states. In addition, EGUs are subject under the Clean Air Act to "new source review," a series of regula-

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK  Document 85-2  filed 05/06/21  USDC Colorado  pg 3

tions that pertain to newly constructed facilities and to modifications of existing facilities.[9] Coal-fired power plants built after 1970 are also subject to "new source performance standards" (NSPS), which impose strict limits on emissions that contribute to the formation of criteria air pollutants. For example, the 1978 NSPS for coal-fired power plants requires the installation of flue gas desulfurization units (scrubbers) on all new coal-fired EGUs.

Emissions of $SO_2$ and $NO_x$ are also regulated under various cap-and-trade programs. The goal of Title IV of the 1990 amendments to the Clean Air Act was to reduce $SO_2$ emissions from EGUs to 8.95 million tons by 2010. That goal has been achieved by issuing $SO_2$ permits (allowances) to EGUs equal to 1.2 pounds of $SO_2$ per MMBtu (based on 1985-1987 heat input) and allowing utilities to trade allowances, which may not violate the NAAQS. In 1998, EPA issued a call for SIPs to reduce emissions of $NO_x$. The rule provided the option for states to participate in a regional $NO_x$ Budget Trading Program. This program operated from 2003 to 2008, when it was replaced by a $NO_x$ ozone season trading program.

The net effect of the environmental regulations described above, as well as others, is that emissions per megawatt-hour (MWh) that contribute to criteria air pollution vary greatly among plants. Newer power plants have, on average, much lower emissions rates. As discussed later in this chapter, $SO_2$ (and $NO_x$) emissions per MWh are much lower for units installed after 1979 than for units installed before that date.

## ELECTRICITY PRODUCTION FROM COAL

### Current Status of Coal Production

Coal, a nonrenewable fossil fuel, accounts for approximately one-third of total U.S. energy production, and nearly half of all electricity produced. Coal is classified into four types based upon the relative mix of carbon, oxygen and hydrogen: lignite, sub-bituminous, bituminous, and anthracite (Table 2-3). The greater the carbon content, the greater the energy (heating) value of coal. Sub-bituminous and bituminous coal account for more than 90% of coal produced in the United States. Sub-bituminous coal has as much lower sulfur content but also as much lower energy content than bituminous coal. In electricity generation, replacing a ton of bituminous coal requires about 1.5 tons of sub-bituminous coal (NRC 2007c).

The United States has more than 1,600 coal-mining operations that pro-

---

[9]New source review applies to facilities in areas of pristine air quality where the goal is to prevent significant deterioration of air quality and also to facilities in areas that have not attained the NAAQS. Regulations governing each facility are determined on a case-by-case basis. See the regulatory overview in Chapter 2 of NRC 2006a.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 2-3** Coal Classification by Type

| Type | Carbon Content (%) | Heating Value (Thousand Btu/lb) | U.S. Production (%) |
|------|-----|-----|-----|
| Lignite | 25-35 | 4.0-8.3 | 6.9 |
| Sub-bituminous | 35-45 | 8.3-13.0 | 46.3 |
| Bituminous | 45-86 | 11.0-15.0 | 46.9 |
| Anthracite | 86-97 | ~15.0 | <0.1 |

ABBREVIATION: Btu/lb = British thermal unit per pound.

SOURCE: EIA 2008a, Table 7.2; NEED 2008; EIA 2009b.

duced more than 1.18 billion short tons[10] in 2008. Major coal-producing regions are shown in Figure 2-1. The EIA estimates that 70% of coal production comes from surface mines, the majority of which are in Wyoming, Montana, West Virginia, Pennsylvania, and Kentucky. Large mining operations in the Powder River Basin (PRB) in Wyoming and Montana accounted for more than 50% of surface-mine coal production and 40% of nationwide coal production in 2007. Coal in the PRB is mainly sub-bituminous; coal in Appalachia is mainly bituminous (NRC 2007c). The top five coal-producing states in 2007 are listed in Table 2-4.

On average, more coal is produced in the United States than is consumed. The EIA estimates that nearly 95% of U.S.-mined coal is consumed domestically. In 2008, the United States exported 23.0, 7.0, and 6.4 million short tons to Canada, the Netherlands, and Brazil, respectively.

U.S. coal production is focused in a relatively small number of states, but coal is consumed throughout the country. As a result, coal is transported by all major surface transportation modes (Figure 2-2). Once mined, coal is typically transported to power plants, steel mills, and other commercial and industrial companies by rail. In 2007, approximately 70% of coal production was distributed by rail. The remaining 30% was transported by barge, tramway and pipelines, or truck.

Looking forward, it can be expected (barring shifts in current coal consumption trends) that western states will increase their production relative to other states (EIA 2008a). Table 2-5 below lists the ten states with the largest Estimated Recoverable Reserves (ERR). The ERR is derived by the Energy Information Administration (EIA) for each state by applying coal mine recovery and accessibility factors to the Demonstrated Reserve Base (NRC 2007c).

---

[10]A short ton is 2,000 pounds, or 907.2 kilograms.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 310 of 549

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html



**FIGURE 2-1** Major coal-producing regions in the United States (million short tons and percent change from 2006). SOURCE: EIA 2009c, p. 2.

**TABLE 2-4** Five Leading Coal-Producing States, 2007, by Mine Type and Production (Thousand Short Tons)

| State | Number of Mines | Production |
|---|---|---|
| Wyoming | 20 | 453,568 |
| Underground | 1 | 2,822 |
| Surface | 19 | 450,746 |
| West Virginia | 282 | 153,480 |
| Underground | 168 | 84,853 |
| Surface | 114 | 68,627 |
| Kentucky | 417 | 115,280 |
| Underground | 201 | 69,217 |
| Surface | 216 | 46,064 |
| Pennsylvania | 264 | 65,048 |
| Underground | 50 | 53,544 |
| Surface | 214 | 11,504 |
| Montana | 6 | 43,390 |
| Underground | 1 | 47 |
| Surface | 5 | 43,343 |
| Total, Top Five States | 989 | 830,766 |
| Underground | 421 | 210,483 |
| Surface | 568 | 620,284 |
| Total, United States | 1,358 | 1,145,480 |

SOURCE: Adapted from EIA 2009c, p. 11, Table 1.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549



**FIGURE 2-2** Methods of U.S. coal transport. NOTE: Data exclude a small unknown component. SOURCE: EIA in AAR 2009.

### Brief History of Coal Production

Coal was the predominant source of U.S. energy from the late 19th century through the mid 20th century. Coal was used for electricity, space heating, industrial process heating for iron, steel, and other commodities, and fuel to power ship and train steam engines. During the latter 20th

**TABLE 2-5** Estimated Recoverable Reserves for the 10 States with the Largest Reserves by Mining Method for 2005 (million short tons)

| State | Underground Minable Coal | Surface Minable Coal | Total |
|---|---|---|---|
| Montana | 35,922 | 39,021 | 74,944 |
| Wyoming | 22,950 | 17,657 | 40,607 |
| Illinois | 27,927 | 10,073 | 38,000 |
| West Virginia | 15,576 | 2,382 | 17,958 |
| Kentucky | 7,411 | 7,483 | 14,894 |
| Pennsylvania | 10,710 | 1,044 | 11,754 |
| Ohio | 7,719 | 3,767 | 11,486 |
| Colorado | 6,015 | 3,747 | 9,762 |
| Texas | — | 9,534 | 9,534 |
| New Mexico | 2,801 | 4,188 | 6,988 |
| Total, Top 10 States | 137,031 | 98,896 | 235,927 |
| Total United States | 152,850 | 114,705 | 267,554 |

SOURCE: EIA 2006a. Adapted from NRC 2007c, p. 51, Table 3.2.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

century, however, coal was rapidly replaced by petroleum and natural gas for fuel and space heating, respectively. Today, approximately 7% of coal is consumed to generate heat for a variety of industrial processes, including paper, concrete, and steel production.

## Upstream Impacts and Externalities of Electricity Production from Coal

### *Injuries and Illnesses in Coal-Mining Operations*

Although the gravity of occupational injuries and illnesses cannot be underestimated, the tradition in economics is to treat occupational injuries and deaths as job characteristics that are traded in labor markets rather than to treat them as externalities. In general, miners receive compensating wage differentials for the higher risks that they face on the job (Viscusi 1993).[11] In addition, some proportion of injuries and deaths are compensated after the fact through workmen's compensation, insurance, or court judgments. We also note that previous studies of the social cost of electricity (for example, ORNL-RFF 1994b) did not count occupational injuries and illnesses as externalities. However, occupational injuries are briefly discussed because they are an important societal concern related to energy production.

Coal-mining-related fatalities and nonfatal injuries have generally decreased over time, even though employee hours have not steadily declined (Figure 2-3). This is the result of increased regulation and safer mining technology. In 2008,[12] 29 fatal injuries (corresponding to 2 deaths per 10,000 workers) and 4,760 nonfatal injuries (an incidence rate of 3.83 per 100 workers) were reported.[13] This marked a 27% decrease from 2000 to 2007 in the incidence of both fatal and nonfatal injuries and, more dramatically, 35% and 54% decreases, respectively, in the incidence of fatal and nonfatal injuries from the previous decade. The majority of both fatal and nonfatal injuries occur in underground mines (67% in 2008), followed by strip mines (19%) and processing plants (8%).[14]

---

[11]It can be argued that wage differentials do not fully compensate for risk of death or injury because of the monopsony power on the part of employers or the lack of information on the part of workers. These are both examples of market imperfections but do not constitute externalities.

[12]All 2008 figures are preliminary.

[13]Injury data include all coal-operations incidents having occurred in mines, independent shops, processing plants, and offices. Contractors are included.

[14]Coal-mining disasters, defined by the U.S. Mine Safety and Health Administration as incidents resulting in five or more deaths, had decreased substantially in frequency and in number of fatalities since 1970. However, in 2006, a series of disasters resulted in the deaths of 19 miners. These events, particularly the January 2006 Sago Mine disaster, which resulted in the deaths of 12 miners, received nationwide attention and were the stimulus for the Mine Improvement and New Emergency Response (MINER) Act of 2006.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html



**FIGURE 2-3** Injuries in U.S. coal-mining operations from 2000 to 2008. SOURCE: Data from MSHA 2008, Table 08; MSHA 2009.

Most injuries in coal-mining operations result in workdays lost (WDL). In 2007, nonfatal injuries accounted for 220,284 WDL. Injuries classified as strain/sprain, cut or puncture, and fracture accounted for 76% of all injuries (31%, 24%, and 18%, respectively) but only 67% of nonfatal WDL and 6% of fatalities. Multiple injuries and bruises or contusions accounted for 79% and 12%, respectively, of fatalities, while accounting for only 3% and 11%, respectively, of total injuries. Coal-mining operations also reported a total of 159 occupational illnesses in 2007, 80 being disorders associated with repeated trauma and 40 being dust-related diseases of the lungs.

### Injuries and Fatalities in Coal Transport

Coal transport introduces risks to the public and to employees of the transportation industry (primarily railroad, truck, and barge), which we describe below. As discussed above, occupational injuries and fatalities are not considered externalities. However, nonoccupational injuries and fatalities probably are externalities—that is, one could argue that the railroad operator might not take the full risk of death or injury to another person into consideration when choosing driving speed or safety equipment unless required to do so by law.

Domestic coal shipments represented 730 billion ton-miles in 2006, a 47% increase from 498 billion ton-miles in 1996. According to the Energy Information Administration, 71% of these U.S. coal shipments were delivered to their final domestic destinations by rail, followed by truck (11%) and barge (10%, mainly on inland waterways). Rail's share, along with the average length of haul for rail coal movements, has been increasing over

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

the past 15 years (from 57% in 1990 to 71% in 2006). This is largely due to the growth of western coal. Waterborne traffic's share of coal shipments has been declining, while the share of coal shipped by truck has fluctuated. Trucks transport coal over short distances, thus accounting for a small proportion of coal ton-miles (less than 2% in 2002) but a more substantial amount of tonnage (12% that same year). The average distance traveled by truck per shipment of coal increased from 51 miles in 1997 to 88 miles in 2002.

Coal is by far the most significant commodity carried by rail. In 2007, coal transport accounted for almost 44% of tonnage, 24% of carloads, and 21% of gross revenue for U.S. Class I railroads as well as a significant portion of non-Class I railroad freight. The commodity dominates originated rail traffic in major coal-producing regions. For example, coal accounted for 79% of total rail tons originated in Kentucky, 95% in West Virginia, and 96% in Wyoming in 2006. Coal (not including coal coke) is also a significant commodity in waterborne commerce, accounting for approximately 9% of tonnage. Large trucking, by contrast, only owes 0.2% of vehicle miles traveled to coal transport. For these reasons, we focus on the externalities associated with the shipment of coal by rail.

Over the past several decades, rail transportation has seen considerable drops in accident/incident rates, thanks in part to numerous initiatives on grade crossings and trespasser prevention. In 2008, there were 571 freight rail fatalities and 4,867 nonfatal injuries, indicating a 9% decline in fatalities and 11% decline in nonfatal injuries since 2007, and, more notably, 48% and 76% declines, respectively, since 1990. Ninety-seven percent of fatalities occur among the public, while, in contrast, the majority of nonfatal injuries and illnesses are borne by employees.

To estimate fatal and nonfatal injuries attributable to coal transport via rail, we use revenue ton-miles[15] as a quantifiable proxy for risk of rail-associated injury. The reasoning for using revenue ton-miles as a proxy for risk of injury to railroad employees is that the number of employee hours, and hence the number of injuries, is more closely correlated with the revenue ton-miles measure than with train-miles or carloads. The reason for using revenue ton-miles as a proxy for risk of injury to the public is based on availability of information. A train-miles measure of coal transport would be the preferred metric for assessing risk to the public, but no such recent measure is available. We chose ton-miles of coal transport as the "next-best" measure for assessing risk to the public because it includes distance.

Our estimate of the number of fatal and nonfatal rail injuries attribut-

---

[15] A revenue ton-mile is defined as the movement of one ton of revenue-generating commodity over the distance of 1 mile. It is calculated by multiplying tons moved by the number of miles involved.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

able to shipping coal for electric power generation appears in Table 2-6.
The estimate is computed by multiplying the total number of occupational
and public injuries occurring on freight railroads[16] in 2007 by the propor-
tion of ton-miles of commercial freight activity on domestic railroads ac-
counted for by coal (43%).[17] This estimate is then multiplied by the percent
of coal transported that is used for electric power generation (91%).

By analogy with coal mining, we assume that occupational deaths and
injuries are not externalities. A key issue is whether deaths among the pub-
lic constitute externalities. One can argue that they are externalities (most
are people struck by a moving train); however, based on the magnitude
of the resulting damages, we have not monetized them, and they are not
included in our aggregated damages. Valuing the 241 lives lost in 2007
by using a value of a statistical life (VSL) of $6 million 2000 U.S. dollars
(USD) (about $7.2 million 2007 USD) would result in damages less than
$2 billion annually.

### Land-Use and Runoff Externalities from Surface and Underground Mines

This section describes, but does not quantify or monetize, environmen-
tal effects of coal mining. Over the past 58 years there has been a relative
shift to surface mining and to coal from western states (Figures 2-2 and
2-4). Surface mining is used for shallow deposits. Techniques range from
area strip mining more typical in the West to contour strip mining and
mountaintop mining/valley fill (also known as "mountaintop removal")
more typical in the East. Underground mining techniques range from drift
mines and slope mines for deposits relatively near the surface to shaft mines
for deposits deep underground.

Wyoming's Powder River Basin (PRB) has near-surface deposits of
coal that are more than 100 feet thick, making surface mining easy and
productive, and the coal is almost always shipped to market "raw" (that
is, without processing). A single PRB surface mine can yield more than 90
million tons annually. In contrast, coal in Appalachia, whether from surface
or underground mining, is generally produced at smaller, lower-yield mines,
and the coal often is processed in order to lower ash and moisture content
(NRC 2007c).

The negative environmental externalities of coal mines, both during
operation and after closure, depend in part on the mining method:

---

[16]Counts of injury incidents for freight railroads include those occurring on Class I and
switching freight railroads. While coal trains will be freight only, some freight railroads also
operate passenger lines; to correct for this phenomenon, we remove passenger injuries and
fatalities from the data.

[17]The most recent available statistics on ton-miles of coal transported via rail are for 2002
(DOT/DOC 2004).

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
http://www.nap.edu/catalog/12794.html
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
549

**TABLE 2-6** Estimated Injuries, Illnesses, and Fatalities During Rail
Transport of Coal for Electric Power, 2007

|  |  | Nonfatal Cases |  |  |  |  | Total |
|---|---|---|---|---|---|---|---|
|  | Fatalities | Injuries | Illnesses | NFDL | NDL | Total NF | Cases |
| Employees on duty | 5 | 1,408 | 36 | 991 | 453 | 1,444 | 1,449 |
| Other (such as the public) | 241 | — | — | — | — | 698 | 939 |
| Total | 246 | — | — | — | — | 2,142 | 2,388 |

ABBREVIATIONS: NFDL = nonfatal days lost; NDL= no days lost; NF = nonfatal.

SOURCE: FRA 2008.

• *Underground mining.* In addition to its threats to human health
and safety, underground mining can also have environmental externalities.
Collapses or gradual subsidence above the mined void can affect surface
and subsurface water flows. Mine fires can occur, especially in abandoned
mines. The disposal of mine wastes, especially wastes resulting from coal
processing, can present environmental problems (NRC 2002b, 2007c). As
much as 50% of the material fed to a process for treating raw coal can
result in waste, often in the form of slurry, which usually is pumped into
an impoundment. Impoundments can give way, as in the October 2000
breakthrough of a 72-acre coal waste impoundment near Inez, Kentucky
(NRC 2002b). Environmental problems also can be triggered by acid mine



**FIGURE 2-4** U.S. coal production 1949-2007, by mining method. SOURCE: EIA
2008a, p. 224, Figure 7.2.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

drainage caused primarily by pyrite ($FeS_2$), which is found in coal, coal overburden, and mine waste piles (USGS 2009a).

- *Surface mining* (area and contour). Surface mining shares with underground mining the problem of mine waste disposal and acid mine drainage. It also poses the environmental challenge of reclaiming large tracts of land. The 1977 Surface Mining Control and Reclamation Act was intended to address surface-mining effects. It requires that sites be returned to their prior condition or to a condition that supports "higher and better uses."

- *Mountaintop mining/valley fill* (MTM/VF). MTM/VF is a type of surface mining used on steep terrain. Since its inception in the 1970s, this mining method has become widespread in Appalachia. Mountaintop mining often generates a large volume of rock, or "excess spoil," that cannot be returned to its original locations and typically is placed in adjacent valleys. MTM/VF shares the negative externalities of other types of surface mining (see above) and has other externalities as well.

A Final Programmatic Environmental Impact Statement (FPEIS) on MTM/VF was released in October 2005 to consider developing agency policies regarding the adverse environmental effects of MTM/VF. Prepared by the U.S. Army Corps of Engineers, EPA, the U.S. Department of Interior's Office of Surface Mining and Fish and Wildlife Service, and the West Virginia Department of Environmental Protection, the FPEIS focused on approximately 12 million acres encompassing most of eastern Kentucky, southern West Virginia, and western Virginia as well as scattered areas of eastern Tennessee. About 6.8% of the study area (816,000 acres) has been or may be affected by recent and future (1992-2012) mountaintop mining (EPA 2002, 2005a).

The study area is largely forested and contains about 59,000 miles of streams, most of which are considered headwater streams. The FPEIS comments that "headwater streams are generally important ecologically" and that "the study area is valuable because of its rich plant life and because it is suitable habitat for diverse populations of migratory songbirds, mammals, and amphibians" (EPA 2005a, p. 3).

The EPA Region 3 Web site on MTM/VF and the FPEIS note that valley fills generally are stable, but "based on studies of over 1,200 stream segments affected by mountaintop mining and valley fills, the following environmental issues were noted:

- An increase of minerals in the water—zinc, sodium, selenium, and sulfate levels may increase and negatively impact fish and macroinvertebrates leading to less diverse and more pollutant-tolerant species.

- Streams in watersheds below valley fills tend to have greater base flow.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

- Streams are sometimes covered up.
- Wetlands are, at times inadvertently and other times intentionally, created; these wetlands provide some aquatic functions, but are generally not of high quality.
- Forests may become fragmented (broken into sections).
- The regrowth of trees and woody plants on regraded land may be slowed due to compacted soils.
- Grassland birds are more common on reclaimed mine lands as are snakes; amphibians such as salamanders, are less likely. . . .
- Cumulative environmental costs have not been identified . . . (EPA 2009a).

The Web site also notes that there may be social, economic, and heritage issues with MTM/VF. Similarly, a USGS study of the Kanawha Basin (Paybins et al. 2000) shows significant degradation in the biotic communities of this mid-Atlantic river basin as a result of coal-mining operations, and other USGS studies show similar effects elsewhere (see USGS 2009b).

A possible benefit of coal mining can be the roads, utilities, and other infrastructure that accompany a mining operation. With proper planning, especially integration of the mine decommissioning and closure plan with local master plans, this infrastructure can be used for other economic enterprises following mine closure (NRC 2007c).

### Upstream Emissions of Greenhouse Gases and Other Pollutants

The upstream life cycle of power generation from coal includes many relevant activities such as construction of infrastructure and power plants (see, for example, Pacca and Horvath 2002), but the most significant, from a perspective of greenhouse gas (GHG) emissions and criteria-pollutant-forming emissions, are surface and underground mining and transportation of coal. Mining and transport are fuel- and energy-intensive, requiring combustion of fossil fuels for cutting, moving, and preparing the coal from the mine and delivering it to power plants and other industrial facilities. Beyond emissions from engines, there are also significant emissions of methane, a GHG that exists within coal seams and is released as the seams are cut to extract the coal. As methane is a much more potent GHG than $CO_2$, methane emissions are a significant concern.

In surface mining, the overburden (layers of rock and earth above the coal) is broken and removed to get to the underlying coal. The breaking and removal of both overburden and coal, and its movement from mine to transportation network is done with enormous machinery and engines that operate mostly by burning liquid fuels that release GHG emissions and criteria-pollutant-forming emissions. Underground mining uses similar

Copyright © National Academy of Sciences. All rights reserved.

technologies, but shafts need to be drilled down to the seam depth, and the subsurface coal cutting and moving equipment is generally less energy efficient due to its smaller size since it has to fit beneath the surface.

Prior studies have assessed the relative contribution of air emissions from mining and transport of coal in the life cycle of coal-fired power generation (Jaramillo et al. 2007, Spath et al. 1999, ORNL/RFF 1992-1998). While not negligible, these studies found that upstream activities lead to relatively small life-cycle air emissions because of the dominance of GHG emissions and criteria-pollutant-forming emissions on site at coal-fired power plants. For example, Jaramillo et al. (2007) report that the mid-point GHG emission factors for coal combustion (at the power plant) and the entire coal life cycle are 2,100 lb $CO_2$ equivalent (eq)/MWh and 2,270 lb $CO_2$-eq/MWh, respectively.

## Downstream Externalities of Electricity Production from Coal

### *Analysis of Current Air-Pollution Damages from Coal-Fired Power Plants*

The air-pollution emissions from fossil-fueled power plants constitute a significant portion of the downstream damages associated with electric power generation. In this section, we quantify the impacts on human health, visibility, agriculture, and other sectors associated with coal-fired power-plant emissions contributing to criteria pollutant formation. The effects of those emissions on ambient air quality are modeled using the APEEP model (Muller and Mendelsohn 2006) and are calculated for each of 406 coal-fired power plants for the year 2005. We use the APEEP model to calculate the damages associated with emitting a ton of each of four pollutants ($SO_2$, $NO_x$, $PM_{2.5}$, and $PM_{10}$) at each power plant. Damages per ton are multiplied by the tons of each of the four pollutants emitted by the plant in 2005. This produces an estimate of aggregate damages associated with criteria-pollutant-forming emissions from each plant. Damages are also expressed per kWh.

### *Choice of Modeling Platform*

Calculating the damages associated with air-pollution emissions involves three steps: (1) translating changes in emissions into changes in ambient air quality; (2) using concentration-response functions to calculate health impacts, environmental impacts, and others; and (3) valuing those impacts. This section describes the choices the committee made along each of these dimensions and discusses their strengths and limitations.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

*Approach to Air-Quality Modeling*

There are two general approaches one can take to air-quality modeling: process-based modeling and reduced-form modeling. A process-based model captures the complexities of environmental processes by including exhaustively detailed representations of each mechanism in the atmosphere. Process-based models attempt to reflect the natural processes that govern the relationship between emissions and concentrations. The models are often applied to simulations with very fine spatial and temporal scales. The Community Multiscale Air Quality (CMAQ) model is widely considered the state of the science in process-based air-quality modeling (Byun and Schere 2006).

Despite these advantages, there are downsides to process models. Because of their exhaustive embodiment of a multitude of atmospheric processes, such models are time-intensive and expensive to operate. The implied cost of running process models limits the number of times researchers can run these models for a particular application. This constraint forces policy analyses using these models to make other compromises. For example, process models cannot be used to conduct large numbers of experiments. As a result, national applications of CMAQ and other process models feature a relatively small number of modeling runs in which many sources have their emissions modified at once. This approach may be appropriate for simulating a national or regional policy, but the simulation design is fundamentally unable to isolate the impact of emissions from individual sources over a large modeling domain. If that is the objective of the research, which is the objective in this study, then a simpler, reduced-form air-quality model.[18]

The reduced-form modeling approach depicts the environment with a simple representation that mimics the overall behavior of the entire system. Reduced-form models do not include all the complex relationships of the process-based models. Their advantages are that they are relatively fast, inexpensive to operate, and easy to interpret. The most critical drawback of reduced-form models is that they may omit or misrepresent a key element in the environmental process. The model used in this analysis, APEEP, uses a source-receptor matrix with county-level sources and receptors that are derived from a Gaussian air-quality model. The cells of the matrix, which are generated by the Gaussian model, represent estimates of the concentrations of a given pollutant (per unit of emission). The cells were systematically adjusted to implicitly represent the spatial effects of the dispersion and

---

[18]Both approaches are valid. The use of CMAQ in regulatory impact analysis considers a limited number of scenarios in which emissions from many sources are simultaneously reduced as a result of the contemplated regulation. In contrast, we wish to consider separately the impacts of emissions from each power plant.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

transformation processes embodied in the CMAQ model. An alternative approach to develop a reduced-form model is to fit a "response surface" to CMAQ output, which has been used by EPA. The latter is a purely statistical approach.

APEEP has been carefully calibrated to CMAQ to reflect the relationships between emissions and concentrations that CMAQ estimates. However, APEEP has some drawbacks: It cannot effectively represent episodic events because of the use of annual and seasonal average meteorologic data. Although its use of county-level resolution is quite fine-grained for a national study, a preferred approach would be grid-cell-level resolution for large western counties.

Our choice of air-quality modeling approach in this study is motivated by the desire to model the impact of emissions from individual power plants. Power plants vary greatly in the amount of pollution they emit and, by virtue of their location, in the impact of the pollution on human health and on ecosystems. Exploring the heterogeneity of pollution impacts across space is important from a policy perspective because it provides regulators with a means to set priorities for emissions abatement by identifying the relative damage caused by emissions from different sources. To explore these effects, many model runs must be conducted. Reduced-form models are the optimal modeling choice in such a context.

### Choice of Concentration-Response Functions

In analyses of air-pollution damages and the benefits of reducing them (for example, the Benefits and Costs of the Clean Air Act, 1990-2010 [EPA 1999]), impacts on human health constitute the vast majority of monetized damages, with premature mortality constituting the single largest damage category. The concentration-response functions for human health end points (including premature mortality, chronic bronchitis, and hospital admissions) used in APEEP are listed in Table C-1 of Appendix C. They are the same concentration-response functions as those used in the EPA regulatory impact analyses; therefore, those functions have been vetted by the EPA Clean Air Science Advisory Committee. In particular, the impact of PM on premature mortality is calculated using the relationship between $PM_{2.5}$ and all-cause mortality in Pope et al. (2002).[19] The concentration-response functions used to calculate impacts on agriculture, forestry, and

---

[19]We have chosen not to calculate the quality-adjusted life years (QALYs) or disability-adjusted life years (DALYs) associated with power-plant emissions. The goal of this study is to monetize damages. A recent Institute of Medicine study (IOM 2006) recommended that QALYs and DALYs not be monetized.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK    Document 85-2    filed 05/06/21    USDC Colorado    pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

other sectors are listed in Appendix C and further described in Muller and Mendelsohn (2006).

One limitation of the APEEP model as used in this analysis is its limited treatment of ecosystem damages. For example, the model does not measure the impacts of acid rain associated with $NO_x$ and $SO_2$ emissions either on tree canopy or on fish populations. It also fails to capture eutrophication of fresh-water ecosystems from nitrogen deposition.

## Valuation

As in most analyses of damages associated with criteria-pollutant-forming emissions, health damages figure prominently in aggregate monetized damages—especially premature mortality associated with $PM_{2.5}$. The value of monetized damages is particularly sensitive to the VSL used to monetize cases of premature mortality. The value that we use for our central case analysis is $6 million 2000 USD. This value is supported by recent meta-analyses of the literature on the VSL as well as by values used in EPA regulatory impact analyses. In their 2003 meta-analysis, Viscusi and Aldy (2003) reported a mean value of $6.7 million (2000 USD), and Kochi et al. (2006) reported a value of $5.4 million based on an empirical Bayes estimator. These values are in line with values used in recent EPA regulatory impact analyses: The Clean Air Interstate Rule (CAIR) regulatory impact analysis (RIA) uses a value of $5.4 million (1999 USD), and the EPA National Center for Environmental Economics recommends using a $7.4 million VSL (2006 USD). (This amount is equivalent to $6.3 million in 2000 USD.) A $6 million VSL (2000 USD) is also used by other researchers (for example, Levy et al. 2009) who recently examined the health impacts of power-plant emissions.

We applied the same VSL to persons of all ages. Although there is some evidence that willingness to pay for changes in mortality risks varies with age, the EPA Environmental Economics Advisory Committee of the Science Advisory Board judged in 2007 that the literature on this issue was not sufficiently mature to determine exactly how the VSL varies with age. The practice of valuing lives lost by multiplying the number of life years lost by the value of a statistical life year (VSLY) was also rejected. The empirical evidence on the impact of age on the VSL does support the use of the VSLY approach, which assumes that the VSL is proportional to remaining life expectancy (EPASAB 2007).

In calculating the value of premature mortality, we treated the lives lost due to changes in $PM_{2.5}$ concentrations as occurring in the same year as the change in the concentrations. EPA (1999, Appendix D) assumed that the impact of a reduction in $PM_{2.5}$ concentrations was spread over 5 years, with 25% of the change in deaths occurring in same year as the change in

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

concentrations, 25% occurring the next year, and one-sixth occurring in each of the following 3 years. At a 3% discount rate, the present discounted value of damages using EPA's lag structure would be 95% of the mortality damages that we calculated. At a discount rate of 7%, the damages would be 89% of the mortality damages that we calculated. However, selecting a particular lag structure is associated with great uncertainty. In its review of the NAAQS for PM, EPA indicated that it is difficult to assess the time between the occurrence of a cause and its purported effect based on the studies it reviewed over time, given that airborne PM concentrations are generally correlated over time in any given area. For all-cause mortality and cardiovascular mortality, EPA observed that the greatest effect size is generally reported for the 0-day lag and 1-day lag. The effect generally tapered off for longer lag periods (EPA 2005b).

*Treatment of Uncertainty*

The version of APEEP used in our analysis does not provide error bounds that reflect either statistical uncertainty in the concentration-response functions used in the model or in the range of VSL estimates in the literature. The relationship between emissions and ambient air quality is likewise treated as certain, as is the case in regulatory impact analyses of air-quality regulations. Due to the importance of the VSL in determining the size of air-pollution damages, we used a value of $2 million (2000 USD) as a sensitivity analysis. The likely impact of using alternative concentration-response functions (for example, Dockery et al. 1993) is discussed below.

*Methodology*   The APEEP model calculates the damages associated with emitting an additional ton of each of six pollutants ($SO_2$, $NO_x$, $PM_{2.5}$, $PM_{10}$, $NH_3$, and VOCs) as a function of the county in which the pollutant is emitted and the effective stack height of the emissions. The categories of damages covered by APEEP and reflected in our estimates include premature mortality associated with $PM_{2.5}$, cases of chronic bronchitis and respiratory and cardiovascular hospital admissions associated with $PM_{2.5}$ and $PM_{10}$, changes in crop and timber yields associated with ozone, damage to building materials from $SO_2$, impairments to visibility associated with $PM_{2.5}$ and recreation damages associated with ozone-related changes in forest canopy. As described in more detail in Appendix C, APEEP calculates the impact of a ton of emissions of each pollutant on ambient air quality, and the effect of the change in ambient air quality on population-weighted exposures to PM, ozone, $SO_2$, and $NO_x$. The impact of changes in exposure on health, crop yields, visibility, and other categories of damages is estimated using concentration-response functions from the literature. Damages are monetized using unit values from the literature. (Appendix C lists the

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

concentration-response functions used in the analysis and the unit values used to monetize damages.)

We calculated damages associated with each power plant by multiplying the damages per ton of each pollutant by the number of tons of each pollutant emitted by the plant in 2005, implying that we calculated the damages associated with 2005 emission levels compared with zero emissions. In practice, installing additional pollution control devices (or switching to low-sulfur coal) could reduce emissions very close to zero at most plants. We could have calculated damages relative to some estimate of the lowest emissions levels achievable by using existing control technologies; however, a zero baseline is more transparent. This approach implies that the damages calculated at each plant are an upper bound to the benefits from additional pollution controls.[20]

*Results*    The monetized damages associated with emissions of $SO_2$, $NO_x$, $PM_{2.5}$, and $PM_{10}$ in 2005 are calculated for each of 406 coal-fired electricity-generating facilities by combining damages per ton from APEEP with emissions data from the 2005 National Emissions Inventory (NEI).[21] Estimates of the damages associated with a ton of each of four kinds of emissions ($SO_2$, $NO_x$, $PM_{2.5}$, and $PM_{10}$) that form criteria air pollutants are obtained from APEEP as a function of the county in which the pollutant is emitted and the effective stack height of the emissions. These are combined with data on emissions of these pollutants, by stack, from the 2005 NEI.[22] This allows us to calculate the monetized damages associated with each pollutant at the plant level. Data from the Energy Information Administration on net generation of electricity from coal were used to compute monetized damages per kWh.

---

[20]The installation of some pollution-control devices may lower the efficiency with which the plant operates, but this effect is likely to be small. It should be emphasized that lowering emissions is not equivalent to closing the plant. Net generation of electricity, and hence the benefits of the electricity generated by the plant, would remain essentially unchanged if damages were reduced.

[21]APEEP calculates damages associated with ammonia ($NH_3$) and volatile organic chemicals (VOCs). These pollutants were dropped from our analysis due to missing emissions data for a significant fraction of plants. Damages from ammonia were recorded for 310 out of our sample of 406 coal plants. When the damage per kWh estimates were recalculated to include the impacts of ammonia ($PM_{10}$-related visibility reduction and morbidity, as well as $PM_{2.5}$-related mortality), these components were found to be small, accounting for less than 1% of damage per kWh in all but 19 plants. The latter group contained significant outliers, for which ammonia-related impacts accounted for as much as 14% of these facilities' adjusted damages per kWh. Consequently, the ammonia-inclusive damages per kWh are generally very close to the original estimates in the report.

[22]Specifically, we obtained emissions data for each stack at each plant associated with coal-fired generation and used information on meteorological conditions and exit velocity to approximate the effective height of the stack.

Copyright © National Academy of Sciences. All rights reserved.

88                                                          *HIDDEN COSTS OF ENERGY*

Damages from the criteria-pollutant-forming emissions were calculated, as described above, for each of 406 plants that generated electricity from coal in 2005.[23] Table 2-7 and Figure 2-5 present the distribution of monetized damages across plants. (In Table 2-7 all plants are weighted equally, hence the mean figures are arithmetic means of damages across all plants.) As Table 2-7 makes clear, most damages come from $SO_2$ (85%), followed by $NO_x$ (7%), $PM_{2.5}$ (6%) and $PM_{10}$ (2%). This reflects the size of $SO_2$ and $NO_x$ emissions from coal-fired power plants and the damages associated with fine particles formed from $SO_2$ and $NO_x$.[24] Directly emitted $PM_{2.5}$ has very high damages per ton (see Table 2-8), but very little $PM_{2.5}$ is emitted directly by power plants; most is formed from chemical transformations in the atmosphere.

Table 2-8 shows how the damages per ton of pollutant vary across plants, again weighting all plants equally. Variation in damages per ton reflects differences in the size of the populations (human and other) exposed to pollution from each plant, as well as differences in effective stack heights across plants. The assumption implicit in our calculations—that the damage per ton of pollutant emitted is independent of the number of tons emitted at the plant—is consistent with the epidemiological literature and with the calculation of air-pollution damages by EPA and other agencies.[25]

Damages from the criteria-pollutant-forming emissions in 2005 averaged $156 million per plant, but the range of damages across plants was wide—the 5th and 95th percentiles of the distribution are $8.7 and $575 million dollars, respectively (2007 USD). As Figure 2-5 shows, the distribution is highly skewed. After ranking all the plants according to their damages, we found that the most damaging 10% of plants produced 43% of aggregate air-pollution damages from all plants, and the least damaging 50% of the plants produce less than 12% of aggregate damages.[26] Where are the plants with the highest damages located? The map in Figure 2-6 shows the size of damages created by each of the 406 plants, by plant location. Plants with large damages are concentrated to the east of the Mississippi, along the Ohio River Valley, in the Middle Atlantic and the South.

Some of the variation in damages across plants occurs because plants that generate more electricity tend to produce greater aggregate damages;

---

[23]Each of our plants is classified as SIC 4911. Together they accounted for 94.6% of electricity generated from coal and sold to the grid (EIA 2009d, Table 1.1).

[24]Approximately 99% of the damages associated with $SO_2$ come from secondary particle formation, that is, the transformation of $SO_2$ into $PM_{10}$ and $PM_{2.5}$.

[25]The concentration-response functions in the air pollution literature are approximately linear in ambient concentrations. The unit values assigned to health and other endpoints are likewise assumed to remain constant over the relevant ranges of the endpoints.

[26]Each set of plants—the most damaging 10% and the least damaging 50%—account for approximately one quarter of electricity generated by the 406 plants.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 2-7** Distribution of Criteria-Air-Pollutant Damages Associated with Emissions from 406 Coal-Fired Power Plants in 2005 (2007 U.S. Dollars)

|  | Mean | Standard Deviation | 5th Percentile | 25th Percentile | 50th Percentile | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|---|
| $SO_2$ | 1.6E + 08 | 1.9E + 08 | 4.3E + 06 | 2.4E + 07 | 6.5E + 07 | 1.6E + 08 | 5.2E + 08 |
| $NO_x$ | 1.1E + 07 | 1.1E + 07 | 7.5E + 05 | 3.1E + 06 | 7.2E + 06 | 1.6E + 07 | 3.0E + 07 |
| $PM_{2.5}$ | 9.0E + 06 | 1.3E + 07 | 2.3E + 05 | 1.3E + 06 | 4.0E + 06 | 1.0E + 07 | 3.6E + 07 |
| $PM_{10}$ | 5.2E + 05 | 6.9E + 05 | 1.8E + 04 | 9.8E + 04 | 2.6E + 05 | 6.2E + 05 | 1.9E + 06 |
| Total | 1.6E + 08 | 2.0E + 08 | 8.7E + 06 | 3.4E + 07 | 8.1E + 07 | 1.8E + 08 | 5.8E + 08 |

NOTE: All plants are weighted equally, rather than by the fraction of electricity they produce.

ABBREVIATIONS: $SO_2$ = sulfur dioxide; $NO_x$ = oxides of nitrogen; PM = particulate matter.



**FIGURE 2-5** Distribution of aggregate damages in 2005 by decile: coal plants (U.S. dollars, 2007). NOTE: In computing this graph, power plants were sorted from smallest to largest based on aggregate damages. The lowest decile represents the 40 plants with the smallest aggregate damages. The figure on the top of each bar is the average, across all plants, of damages associated with $SO_2$, $NO_x$, $PM_{2.5}$, and $PM_{10}$.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

**TABLE 2-8** Distribution of Criteria-Air-Pollutant Damages per Ton of Emissions from Coal-Fired Power Plants (2007 U.S. Dollars)

|        | Mean  | Standard Deviation | 5th Percentile | 25th Percentile | 50th Percentile | 75th Percentile | 95th Percentile |
|--------|-------|--------------------|----------------|-----------------|-----------------|-----------------|-----------------|
| $SO_2$ | 5,800 | 2,600 | 1,800 | 3,700 | 5,800 | 6,900 | 11,000 |
| $NO_x$ | 1,600 | 780 | 680 | 980 | 1,300 | 1,800 | 2,800 |
| $PM_{2.5}$ | 9,500 | 8,300 | 2,600 | 4,700 | 7,100 | 10,000 | 26,000 |
| $PM_{10}$ | 460 | 380 | 140 | 240 | 340 | 490 | 1,300 |

NOTE: All plants are weighted equally, rather than by the fraction of electricity they produce.

ABBREVIATIONS: $SO_2$ = sulfur dioxide; $NO_x$ = oxides of nitrogen; PM = particulate matter.



**FIGURE 2-6** Air-pollution damages from coal generation for 406 plants, 2005 (U.S. dollars, 2007). Damages related to climate-change effects are not included.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

hence we also report damages per kWh of electricity produced.[27] Table 2-9 and Figures 2-7 and 2-8 show damages per kWh for all four pollutants. Mean damages per kWh (2007 USD) from four criteria-pollutant-forming emissions are 4.4 cents per kWh if all plants are weighted equally and 3.2 cents per kWh if plants are weighted by the electricity they generate. The lower figure reflects the fact that larger plants are often less damaging per kWh.[28] What is equally important as mean damages is the distribution of damages across plants. As Table 2-9 indicates the 95th percentile of the distribution—damages of 12 cents per kWh—is more than an order of magnitude larger than the 5th percentile. The distribution of damages per kWh (Figure 2-7) is very skewed: There are many coal-fired power plants with low damages per kWh as well as a small number of plants with high damages. Using generation-weighted figures, the damages per kWh from the least damaging 5% of plants were very small: 94% lower than the average coal-fired plant and almost as low as the average damage per kWh at natural gas power plants (0.16 cents). Figure 2-8 maps damages per kWh for each power plant. As in the case of aggregate damages, the plants with lowest damages per kWh are in the West. Plants with the largest damages per kWh are concentrated in the Northeast and the Midwest.

What explains variation in damages per kWh across plants? Damages per kWh associated with a criteria air pollutant (for example, $SO_2$) are the product of emissions per kWh and the damage per ton of pollutant emitted. For the 406 plants examined, variation in damages per kWh is primarily due to variation in pollution intensity (emissions per kWh) across plants, rather than variation in damages per ton of pollutant, which varies with plant location. In the case of $SO_2$, emissions per kWh reflect the sulfur content of the coal burned, adoption of control technologies (for example, scrubbers), as well as the vintage of the plant. Pounds of $SO_2$ emitted per MWh (see Tables 2-10 and 2-11) vary greatly across plants, and this variation explains approximately 83% of the variation in damages attributed to $SO_2$ emissions per kWh. As Table 2-11 indicates, pounds of $SO_2$ and $NO_x$ emitted per MWh vary significantly with plant vintage, reflecting the fact that newer plants are subject to more stringent pollution controls. Variation in damages per ton of $SO_2$ emitted (see Table 2-8) accounts for only

---

[27]It is, however, the case that less than half of the variation in damages is explained by variation in the amount of electricity generated. A regression of damages on net generation yields an $R^2 = 0.32$; the $R^2$ is 0.48 when the logarithms of the variables are used.

[28]The correlation coefficient between damages per kWh and net generation is $= -0.26$, significant at <0.01 level of significance.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 2-9** Distribution of Criteria-Air-Pollutant Damages per Kilowatt-Hour Associated with Emissions from 406 Coal-Fired Power Plants in 2005 (2007 Cents)

| | Mean | Standard Deviation | 5th Percentile | 25th Percentile | 50th Percentile | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|---|
| $SO_2$ | 3.8 | 4.1 | 0.24 | 1.0 | 2.5 | 5.2 | 11.9 |
| $NO_x$ | 0.34 | 0.38 | 0.073 | 0.16 | 0.23 | 0.36 | 0.91 |
| $PM_{2.5}$ | 0.30 | 0.44 | 0.019 | 0.053 | 0.13 | 0.38 | 1.1 |
| $PM_{10}$ | 0.017 | 0.023 | 0.001 | 0.004 | 0.008 | 0.023 | 0.060 |
| Total (equally weighted) | 4.4 | 4.4 | 0.53 | 1.4 | 2.9 | 6.0 | 13.2 |
| Total (weighted by net generation) | 3.2 | 4.3 | 0.19 | 0.71 | 1.8 | 4.0 | 12.0 |

NOTE: In the first five rows of the table, all plants are weighted equally; that is, the average damage per kWh is 4.4 cents, taking an arithmetic average of the damage per kWh across all 406 plants. In the last row of the table, the damage per kWh is weighted by the electricity generated by each plant to produce a weighted damage per kWh.

ABBREVIATIONS: $SO_2$ = sulfur dioxide; $NO_x$ = oxides of nitrogen = PM, particulate matter.

24% of the variation in damages per kWh.[29] A ton of pollution emitted by plants located closer to population centers does more damage than the same ton emitted in a sparsely populated area; however, while plant location is important, coal plants are not located in counties with the highest damages per ton of $SO_2$ in the United States.

To summarize, the aggregate damages associated with criteria-pollutant-forming emissions from coal-fired electricity generation in 2005 were approximately $62 billion (USD 2007), or 3.2 cents per kWh (weighting each plant by the fraction of electricity it produces); however, damages per plant

---

[29]A regression of $SO_2$-related damages per kWh on pounds of $SO_2$ emitted per kWh produces an $R^2$ of 0.83. Regressing $SO_2$-related damages per kWh on damages per ton of $SO_2$ emitted produces an $R^2$ of 0.24. Even so, this last result does not elucidate the substantial heterogeneity in marginal damages that arises purely because of location. To more clearly highlight the role of geography, we took the $SO_2$ emission intensity of a national tall-stack coal-fired integrated gasification combined-cycle (IGCC) plant (0.043 tons/kWh) (NETL 2007) and applied this value to the marginal damages in the year 2030 estimated by APEEP for 485 counties in which there are currently coal-fired electricity-generating facilities. (The use of the APEEP model to generate marginal damages for 2030 is discussed later in this chapter.) The coefficient of variation of the resulting estimates is 0.38.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549



**FIGURE 2-7** Distribution of air-pollution damages per kWh for 406 coal plants, 2005 (U.S. dollars, 2007). NOTE: All plants are weighted equally rather than by the electricity they produce.

varied widely. The lowest-damage 50% of plants, which accounted for 25% of net generation, produced 12% of damages, and the highest-damage 10% of plants, which also accounted for 25% of net generation, produced 43% of the damages. Although damages are larger for plants that produce more electricity, less than half of the variation in damages across plants is explained by differences in net generation.

Damages per kWh also varied widely across plants: from approximately half a cent (5th percentile) to over 13 cents per kWh (95th percentile). (These are unweighted figures.) Most of the variation in damages per kWh can be explained by variation in emissions intensity across plants. In the case of $SO_2$, which accounts for 85% of the damages associated with $SO_2$, $NO_x$ and PM, over 80% of the variation in $SO_2$ damages per kWh is explained by variation in pounds of $SO_2$ emitted per kWh. Damages per ton of $SO_2$ emitted, which vary with plant location, are less important in explaining variation in $SO_2$-related damages per kWh. (They are, by themselves capable of explaining only 24% of the variation in damages per kWh.)

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549



**FIGURE 2-8** Regional distribution of air-pollution damages from coal generation per kWh in 2005 (U.S. dollars, 2007). Damages related to climate change are not included.

Of the 14 categories of criteria-air-pollutant damages included in AP-EEP, 6 relate to human health and the remainder to physical impacts (materials damage, ozone damage to crops and forests, the cost of foregone recreation due to $SO_2$, $NO_x$, ozone, and VOCs, and the cost of reduced visibility due to airborne particulate matter).

*Sensitivity Analysis and Comparison with the Literature*

The results of any analysis of the damages associated with air-pollution emissions depend critically on (1) the size of the emissions reduction analyzed; (2) the air-quality model used to translate emissions into ambient air quality; (3) the choice of concentration-response function for premature mortality and (4) the VSL used to monetize premature mortality. Premature mortality constitutes 94% of the damages reported above. When a VSL of $2 million is used (Mrozek and Taylor 2002), premature mortality constitutes 85% of total damages, and the weighted-average cost per kWh falls to 1.2 cents. If we had chosen to use Dockery et al. (1993) as the

Copyright © National Academy of Sciences. All rights reserved.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 2-10** $NO_x$ and $SO_2$ Emissions (2002) from Coal-Fired Electricity Generation by Age of Power Plant

*a.* 2002 $NO_x$ Emissions and Share of Generation of Coal-Fired Capacity by Vintage

| Power Plant Established | Avg. $NO_x$ Emission Rate (lb/MWh) | % Total $NO_x$ Emitted | % of Coal-Fired Electricity Generation | % of $NO_x$ Emitted per % of Electricity Generated[a] | % of Coal-Fired Electricity Capacity |
|---|---|---|---|---|---|
| Pre-1950 | 5.51 | 0.65 | 0.50 | 1.31 | 0.92 |
| 1950-1959 | 5.07 | 15.11 | 12.56 | 1.20 | 14.32 |
| 1960-1969 | 4.56 | 21.27 | 19.65 | 1.08 | 20.51 |
| 1970-1979 | 4.28 | 39.31 | 38.76 | 1.01 | 38.13 |
| 1980-1989 | 3.53 | 21.74 | 25.97 | 0.84 | 23.84 |
| Post-1990 | 3.15 | 1.92 | 2.56 | 0.75 | 2.27 |

*b.* 2002 $SO_2$ Emissions and Performance of Coal-Fired Capacity by Vintage

| Power Plant Established | Avg. $SO_2$ Emission Rate (lb/MWh) | % of Total $SO_2$ Emitted | % of Coal-Fired Electricity Generation | % of $SO_2$ Emitted per % of Electricity Generated[a] | Average Capacity Factor (%)[b] | Average Heat Rate (Btu/kWh generated) |
|---|---|---|---|---|---|---|
| Pre-1950 | 20.58 | 1.02 | 0.50 | 2.04 | 36.35 | 12,549 |
| 1950-1959 | 15.78 | 19.64 | 12.56 | 1.56 | 58.93 | 10,668 |
| 1960-1969 | 13.92 | 27.12 | 19.65 | 1.38 | 64.37 | 10,150 |
| 1970-1979 | 9.31 | 35.75 | 38.76 | 0.92 | 68.29 | 10,270 |
| 1980-1989 | 6.02 | 15.49 | 25.97 | 0.60 | 73.17 | 10,401 |
| Post-1990 | 3.88 | 0.98 | 2.56 | 0.38 | 75.80 | 9,982 |

*c.* 2002 $NO_x$ Emissions and Share of Generation of Coal-Fired Capacity by NSPS[c]

| NSPS Status According to EIA 767 | Avg. $NO_x$ Emission Rate (lb/MWh) | % Total $NO_x$ Emitted | % of Coal-Fired Electricity Generation | % of $NO_x$ Emitted per % of Electricity Generated[a] | % of Coal-Fired Electricity Capacity |
|---|---|---|---|---|---|
| Unknown | 2.93 | 0.16 | 0.23 | 0.69 | 0.27 |
| Not Affected by NSPS | 4.67 | 65.90 | 59.51 | 1.11 | 62.62 |
| Subject to Aug. 1971 Standards (D) | 3.57 | 26.73 | 31.58 | 0.85 | 29.56 |
| Subject to Sept. 1978 Standards (Da) | 3.50 | 7.21 | 8.68 | 0.83 | 7.56 |

*continued*

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

**TABLE 2-10** Continued

*d.* 2002 $SO_2$ Emissions and Performance of Coal-Fired Capacity by NSPS[c]

| | Average $SO_2$ Emission Rate (lb/MWh) | % of Total $SO_2$ Emitted | % of Coal-Fired Electricity Generation | % of $SO_2$ Emitted per % of Electricity Generated[a] | Average Capacity Factor[b] (%) | Average Heat Rate (Btu/kWh Generated) |
|---|---|---|---|---|---|---|
| **Unknown | 4.56 | 0.10 | 0.23 | 0.45 | 56.58 | 11,247 |
| Not Covered by NSPS | 12.93 | 76.25 | 59.51 | 1.28 | 63.85 | 10,250 |
| Subject to Aug. 1971 Standards (D) | 6.66 | 20.86 | 31.58 | 0.66 | 71.79 | 10,519 |
| Subject to Sept. 1978 Standards (Da) | 3.23 | 2.78 | 8.68 | 0.32 | 77.17 | 10,185 |

NOTES: All quantities, including percentages of emissions and generation capacity, are calculated with reference only to coal-fired generating units. Percentages (taking account of rounding) add to 100% because other types of generating capacity are not considered. These tables and the associated dataset were constructed by David Evans of Resources for the Future. Data used to make these tables come from three sources: emission data are from EPA's CEM system database; generation and capacity data are from EIA's 767 dataset; and information on vintage of generating units is from EIA's Form 860 dataset.

[a]If the generators of a particular vintage (or in a particular NSPS category) emitted a particular pollutant in proportion to its share of total electricity generation, the value would be 1.

[b]Capacity factor of units that operated that are strictly associated with boilers in CEM system database.

[c]The Subpart D standards apply to fossil-fuel-fired steam boilers for which construction began after August 17, 1971. The Subpart Da standards affect those boilers that began construction after September 18, 1978. For boilers not covered by NSPSs construction began before August 17, 1971. A new NSPS for $NO_x$ was promulgated in 1998, but no new coal-fired generating facilities have been permitted since this new standard was issued.

ABBREVIATIONS: $SO_2$ = sulfur dioxide; $NO_x$ = oxides of nitrogen; lb/MWh = pound per megawatt-hour; Btu/kWh = British thermal unit per kilowatt-hour; CEM = continuous emission monitoring; NSPS, new source performance standards.

SOURCE: EIA 2004a,b; EPA 2004a. As presented in NRC 2006a.

**TABLE 2-11** Distribution of Pounds of Criteria-Pollutant-Forming Emissions per Megawatt-Hour by Coal-Fired Power Plants, 2005

|            | Mean | Standard Deviation | 5th Percentile | 25th Percentile | 50th Percentile | 75th Percentile | 95th Percentile |
|------------|------|--------------------|----------------|-----------------|-----------------|-----------------|-----------------|
| $SO_2$     | 12   | 11                 | 1.5            | 5.4             | 8.9             | 16              | 33              |
| $NO_x$     | 4.1  | 2.3                | 1.3            | 2.6             | 3.7             | 4.9             | 9.0             |
| $PM_{2.5}$ | 0.59 | 0.58               | 0.092          | 0.20            | 0.35            | 0.81            | 1.8             |
| $PM_{10}$  | 0.72 | 0.67               | 0.12           | 0.28            | 0.48            | 0.94            | 2.1             |

ABBREVIATIONS: $SO_2$ = sulfur dioxide = $NO_x$, oxides of nitrogen; PM = particulate matter.

concentration-response function for premature mortality instead of Pope et al. (2002), our damages would have been approximately three times as large as what is reported above.

How do our estimates of damages compare with the literature? Levy et al. (2009) estimated the criteria-air-pollutant damages associated with individual coal-fired power plants using a methodology similar to what is used here; however, their estimates of damages are much higher, ranging from \$0.02 to \$1.57 per kWh, with a median estimate of 14 cents per kWh (1999 USD).[30] Converting the results of Levy et al. to 2007 USD, their median estimate is almost 6 times as high as our median estimate of 2.9 cents per kWh (Table 2-9).[31] It is, however, possible to reconcile the two sets of estimates. Two notable differences are that Levy et al.'s estimates are based on emissions data for 1999 rather than 2005 and their estimates depend on a concentration-response function for premature mortality based on Schwartz et al. (2008) rather than Pope et al. (2002).[32] Emissions of $NO_x$ from coal-fired power plants were approximately 50% higher in 1999 than in 2005; emissions of $SO_2$ were approximately one-third higher. The concentration-response function in Schwartz et al. (2008) yields about three times more deaths associated with a microgram of $PM_{2.5}$ than those estimated using Pope et al. (2002)—the concentration-response function used in APEEP. These differences lead to much higher estimates of mortality associated with $PM_{2.5}$, and over 90% of the damages associated with air emissions in our study come from $PM_{2.5}$ mortality. Levy et al. (2009) also performed uncertainty propagation involving asymmetric triangular distributions, which would contribute modest upward bias to the median

---

[30]The mean value of a statistical life used in Levy et al. (2009) was identical to ours—\$6 million USD. They reported monetary values in 1999 USD.

[31]The figures in Levy et al. (2009) were unweighted by electricity production.

[32]The concentration-response function for premature mortality in APEEP is the all-cause mortality function in Pope et al. (2002).

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

damage estimates. In short, if Levy et al. (2009) had used the same mortality concentration-response function and the same emissions as APEEP, and had not done uncertainty propagation, the results would have been nearly identical to ours.

Estimates of the benefits of reducing $SO_2$ and $NO_x$ emissions under the Clean Air Interstate Rule (CAIR) (EPA 2005b) are also higher than ours because of differences in air-quality modeling. The regulatory impacts analysis of CAIR examined the benefits of reducing emissions of $SO_2$ and $NO_x$ at power plants in 28 states in the eastern United States. The analysis predicted that in 2015 a reduction in $SO_2$ emissions of approximately 4 million tons and a reduction in $NO_x$ emissions of approximately 1.5 million tons would reduce premature mortality by 17,000 deaths. Our analysis, in contrast, estimates that in those states a reduction in $SO_2$ and $NO_x$ that is approximately twice as large would result in 10,000 fewer deaths in 2005. This result is due to differences in air-quality modeling: The use of CMAQ in the CAIR regulatory impact analysis (EPA 2005b) leads to an estimate of 1.15 µg/m$^3$ reduction in population-weighted $PM_{2.5}$ exposure, a much larger effect than is predicted by APEEP.[33] A study evaluating the performance of the version of CMAQ used in the CAIR study (version 4.3) found that it overestimated sulfate PM concentrations at sample locations in the eastern United States by 9% in one sample of largely rural sites (the Interagency Monitoring of Protected Visual Environments) and by 6% in another sample of largely urban sites (Speciated Trends Network) (EPA 2005c). This estimation bias was higher in the summer months, when sulfate concentrations are higher—14%. However, the estimation bias still does not fully account for the difference between the CMAQ and APEEP predictions.

Air-quality modeling results from APEEP agree well with other studies that use Gaussian plume models to model dispersion of pollutants from power plants (Nishioka et al. 2002; Levy et al. 2009), but concentrations of $PM_{2.5}$ from power plants are lower in APEEP than in CMAQ (EPA 2005c; Fann et al. 2009).[34] One of the advantages of APEEP is better spatial resolution in urban counties, but it may still lack the necessary level of spatial detail in urban areas, giving rise to some uncertainty about results.

In contrast to Levy et al. (2009), Muller et al. (2009) report estimates of criteria air-pollutant damages from coal-fired power plants that are slightly lower than those presented here (mean damages of approximately 2 cents

---

[33]The CAIR regulatory impact analysis uses the same concentration-response function as APEEP (all-cause mortality from Pope et al. (2002)) and a slightly lower VSL ($5.5 million 1999 USD). The U.S. population in 2015 is predicted to be about 9% higher than in 2005.

[34]Fann et al. (2009), using the Response Surface Model based on CMAQ, found damages per ton of $SO_2$ from power plants of $15,000 in Atlanta and $18,000 in Chicago. The 95th percentile of damages in our study is $11,000.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

per kWh, on the basis of 2007 USD), using a value of a statistical life year (VSLY) approach.

## Downstream $CO_2$ Emissions of Electricity Generation from Coal

The emissions of $CO_2$ from coal-fired power are the largest single source of GHG emissions in the United States. The heat rate (energy of coal needed to generate 1 kWh of electricity) varies widely among coal-fired plants; thus the $CO_2$ emissions vary (with an average of about 1 ton of $CO_2$ per MWh of power generated [the 5th-95th percentile range is 0.95-1.5 tons]). The main factors affecting differences in the $CO_2$ generated are the technology used to generate the power and the age of the plant. The effect of $CO_2$ and other GHG emissions on global warming are discussed in Chapter 5.

## Externalities Associated with Heavy-Metal Emissions of Electricity Generation from Coal

Heavy metals are toxic both to the environment and to public health. The combustion of coal to produce electricity results in emissions of heavy metals, depending on the source of the coal, the conditions of combustion, and the cleanup technologies used. Among the heavy metals found in coal-combustion wastes are antimony (Sb), arsenic (As), beryllium (Be), cadmium (Cd), chromium (Cr), cobalt (Co), copper (Cu), lead (Pb), manganese (Mn), mercury (Hg), molybdenum (Mo), nickel (Ni), selenium (Se), silver (Ag), thallium (Tl), vanadium (V), and zinc (Zn). To determine the risks for human health and for the environment associated with particular heavy metals, one must consider both the toxicity of the metal and the potential for exposure to the metal.

Information on the toxicity of individual metals and their various metallic species can be found in the Integrated Risk Information System (IRIS) database at the EPA Web site (epa.gov/IRIS). Highly toxic metals for humans and the environment include Hg, As, Cd, Pb, and Se. Major routes of exposure are through air emissions and through leaching of contaminants from landfills or surface impoundments of wastes.

Trace metals, including heavy metals, have been classified according to how they partition among waste streams from coal combustion (EPA 1995):

Class 1. Elements that are approximately equally concentrated in the fly ash and bottom ash or that show little or no small particle enrichment (that do not contain many small particles). Examples include manganese, beryllium, cobalt, and chromium.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

Class 2. Elements that are enriched in fly ash relative to bottom ash, or show increasing enrichment with decreasing particle size. Examples include arsenic, cadmium, lead, and antimony.
Class 3. Elements emitted in the gas phase (primarily mercury and in some cases, selenium).

The main concern for human health is the risk associated with metals that end up in small, respirable particles or in the gas phase. Some of the most toxic heavy metals (arsenic, lead, cadmium) are enriched in the smaller particles. Particle control technologies will have limited impact on the emissions of mercury, which is emitted as a gas. Metals are deposited from the atmosphere and enter the food chain, where they can affect humans who eat contaminated organisms, mainly fish, as described in more detail below.

Mercury from coal-fired power plants has been the subject of regulatory attention for some time. In March 2005, the EPA issued the Clean Air Mercury Rule (CAMR) to establish emissions limits and a voluntary cap-and-trade system for mercury from electricity-generating units (EGUs). Concurrently, it "delisted" EGUs as a source of hazardous air pollutants that would be regulated according to the strict requirements of Section 112 of the Clean Air Act as amended. In February 2008, the D.C. Circuit Court vacated both CAMR and the delisting. In February 2009, the EPA withdrew its appeal of this vacatur; instead, it is developing standards for EGU emissions of hazardous air pollutants, including mercury, under Section 112. (A companion rule—CAIR, which was promulgated in May 2005—targets EGU emissions of $SO_2$ and $NO_x$ that cross state boundaries. In December 2008, the D.C. Circuit Court decided to remand rather than vacate CAIR, leaving the rule in place while EPA addresses concerns raised in a July 2008 D.C. Circuit Court decision.) This and additional information are at EPA's Web site (EPA 2009b).

EPA recently developed a draft, site-based, probabilistic (Monte Carlo) risk assessment of onsite coal combustion waste disposal practices at coal-fired power plants across the United States (RTI 2007). The risk assessment includes a screening step to determine if the toxicity of the contaminant and the known routes of exposure constitute a risk of excess lifetime cancer greater than 1 in $10^5$ or a hazard quotient for noncancer end points greater than 1. These risk assessments include those for trace metals, including heavy metals, and should be published soon. The metals exceeding the human health risk criteria described above at the 90th percentile for cancer included arsenic and for noncancer end points included boron, molybdenum, selenium, and cadmium. For ecological receptors, exceedances were found for lead, boron, arsenic selenium, and cadmium at the 90th percentile. A limitation of the risk assessments is that while they take into

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

account exposure from leachates of landfills and impoundments, they do not appear to take into account emissions into the air nor do they consider speciation of metals.

Unlike most of the other heavy metals, the dominant human exposure pathway for mercury is dietary. Mercury is emitted atmospherically from burning coal in elemental, particle-bound, and reactive forms that are deposited locally, regionally, and globally. After deposition, Hg enters water bodies where it is converted to methylmercury by microbes in the water column and sediment. Methylmercury bioaccumulates in aquatic species, reaching its highest concentration in high trophic-level fish such as shark, swordfish, and tuna; it also is found in many freshwater species. Consumption of fish is the major source of human exposure. Prenatal exposure to methylmercury is associated with subtle cognitive deficits and adult exposure may increase risk of fatal heart attack (Salonen et al. 1995; NRC 2000). Because of the complex pathway that mercury follows from its emission by power plants to its ingestion by people, affected by meteorological, chemical, physical, biological, and behavioral factors, it is difficult to estimate ecological and human health effects, which include impairment of cognitive function due to mercury exposure. Estimating monetary damages is even more difficult because of the lack of information on willingness to pay for reducing the risk of subtle cognitive effects from mercury exposure.

## Coal Combustion By-Products

By-products of burning coal to generate electricity include fly ash, bottom ash, flue gas desulfurization (FGD) materials, and fluidized bed combustion (FBC) residues (OSMRE 2009). In 2007, approximately 131 million tons of coal combustion by-products (CCBs) were produced in the United States (ACAA 2008a).[35] Of this total, about 56 million tons were reused. CCBs and their reuse by type of CCB in 2007 are summarized in Table 2-12. As shown in Figure 2-9 the tonnage of CCBs produced annually has increased more than fourfold since 1966. Reuse of CCBs also has increased but has not kept pace.

CCBs can contain traces of naturally occurring radioactive materials (regarding NORMs, see USGS 1997), as well as mercury, arsenic, lead, and other toxic materials. While CCBs have not been made subject to hazardous waste regulations under Subtitle C of the Resource Conservation and Recovery Act (RCRA), a 2006 NRC report noted that "CCRs [coal combustion residues] often contain a mixture of metals and other constituents

---

[35]The osmre.gov Web site distinguishes between CCBs and CCPs (coal-combustion products). The latter are "beneficially used" and are thus a subset of CCBs; however, this nomenclature has not been universally adopted. The more generic term "CCB" is used in this text.

Copyright © National Academy of Sciences. All rights reserved.

*HIDDEN COSTS OF ENERGY*

**TABLE 2-12** 2007 Coal Combustion Product (CCP) Production and Use Survey Results

| CCP Categories | Fly Ash | Bottom Ash | Boiler Slag | FGD Gypsum | FGD Material Web Scrubbers |
|---|---|---|---|---|---|
| Total CCPs produced by category | 71,700,000 | 18,100,000 | 2,072,695 | 12,300,000 | 16,600,000 |
| Total CCPs used by category | 31,626,037 | 7,303,538 | 1,663,980 | 9,228,271 | 810,080 |
| Concrete/concrete products/grout | 13,704,744 | 665,756 | 0 | 118,406 | 0 |
| Blended cement/raw feed for clinker | 3,635,881 | 608,533 | 6,888 | 656,885 | 0 |
| Flowable fill | 112,244 | 0 | 0 | 0 | 0 |
| Structural fills/embankments | 7,724,741 | 2,570,163 | 158,767 | 0 | 97,610 |
| Road base/sub-base | 377,411 | 802,067 | 20 | 0 | 0 |
| Soil modification/stabilization | 856,673 | 314,362 | 169 | 0 | 0 |
| Mineral filler in asphalt | 17,223 | 21,771 | 63,729 | 0 | 0 |
| Snow and ice control | 0 | 736,979 | 44,367 | 0 | 0 |
| Blasting grit/roofing granules | 0 | 71,903 | 1,377,658 | 0 | 0 |
| Mining applications | 1,306,044 | 165,183 | 0 | 0 | 299,793 |
| Gypsum panel products | 0 | 0 | 0 | 8,254,849 | 0 |
| Waste stabilization/solidification | 2,680,328 | 7,056 | 0 | 0 | 10,378 |
| Agriculture | 49,662 | 2,546 | 0 | 115,304 | 9,236 |
| Aggregate | 135,331 | 806,645 | 450 | 70,947 | 0 |
| Miscellaneous/other | 1,025,724 | 530,574 | 11,932 | 11,880 | 393,063 |
| Totals by CCP type/application | 31,626,037 | 7,303,538 | 1,663,980 | 9,228,271 | 810,080 |
| Category use to production rate (%) | 44.11% | 40.35% | 80.28% | 75.03% | 4.88% |
| Supplemental: Cenospheres sold (pounds) | 12,659,597 | | | | |

SOURCE: ACAA 2008a. Reprinted with permission; copyright 2008, American Coal Ash Association.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

| FGD Material Dry Scrubbers | FGD Other | FBC Ash (not including ARIPPA FBC Ash data) | CCP Production/ Utilization Totals | FBC Ash combined with ARIPPA FBC Ash production | CCP Production/ Utilization Totals (including ARIPPA FBC Ash data) |
|---|---|---|---|---|---|
| 1,812,511 | 2,449,731 | 1,273,061 | 126,307,998 | 6,092,756 | 131,127,693 |
| 150,365 | 113,298 | 323,741 | 51,219,310 | 5,143,436 | 56,039,005 |
| 21,266 | 0 | 5,518 | 14,515,690 | 5,518 | 14,515,690 |
| 0 | 81,801 | 0 | 4,989,988 | 0 | 4,989,988 |
| 12,417 | 2,735 | 0 | 127,406 | 0 | 127,406 |
| 555 | 0 | 46,282 | 10,598,118 | 46,282 | 10,598,118 |
| 0 | 0 | 0 | 1,179,509 | 0 | 1,179,509 |
| 154 | 429 | 199,441 | 1,371,228 | 199,441 | 1,371,228 |
| 0 | 0 | 0 | 102,723 | 0 | 102,723 |
| 0 | 0 | 0 | 781,346 | 0 | 781,346 |
| 0 | 0 | 0 | 1,449,561 | 0 | 1,449,561 |
| 111,195 | 0 | 0 | 1,882,215 | 4,819,695 | 6,701,910 |
| 0 | 0 | 0 | 8,254,849 | 0 | 8,254,849 |
| 1,416 | 28,333 | 72,500 | 2,800,031 | 72,500 | 2,800,031 |
| 3,352 | 0 | 0 | 180,100 | 0 | 180,100 |
| 0 | 0 | 0 | 1,013,373 | 0 | 1,013,373 |
| 0 | 0 | 0 | 1,973,173 | 0 | 1,973,173 |
| 150,365 | 113,298 | 323,741 | 51,219,310 | 5,143,436 | 56,039,005 |
| 8.30% | 4.62% | 25.43% | 40.55% | 84.42% | 42.74% |

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK  Document 85-2  filed 05/06/21  USDC Colorado  pg 341 of
549
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html



**FIGURE 2-9**  Coal combustion product beneficial use versus production. SOURCE: ACAA 2008b. Reprinted with permission; copyright 2008, American Coal Ash Association.

in sufficient quantities that they may pose public health and environmental concerns, if improperly managed. . . . Risks to human health and ecosystems may occur when CCR-derived contaminants enter drinking water supplies, surface water bodies, or biota" (NRC 2006b, p. 3). In addition, while inhalation of dust from CCBs is primarily a worker safety issue, precautions are needed to protect the public from CCB dust if it becomes airborne (EPA 2009c).

Under RCRA, states may regulate CCBs as a solid waste, a special waste, or, on a case-by-case basis, as a hazardous waste; they may do so by statute, generic or specific regulations, policy, or guidance (Archer 2000). States vary widely in the extent to which they regulate CCBs. Unlike disposal of other solid wastes such as household wastes, no uniform practices have been required by federal regulation (Buckley and Pflughoeft-Hassett 2007).

If only because of the quantities of fly ash produced annually (71 million tons in 2007, of which 31 million tons were directed to reuse), fly ash storage and disposal are of particular concern. With the spill in December

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

2008 of more than 1 billion gallons of fly ash sludge from a retention pond at the Tennessee Valley Authority's coal-fired plant in Kingston, Tennessee, fly ash became a matter of national attention. Fly ash usually is stored in ponds or landfills on or near to their power plant sites, which typically are located on waterways because of the plant's need to use and release water. Storing fly ash dry in landfills is considered safer, but even then, fly ash landfills often do not have the liners, leachate collection systems, and caps required under RCRA Subtitle D regulations for municipal solid waste landfills (EPA 2008a).

EPA has identified 431 slurried CCB impoundments through a national survey. Of the impoundments identified, 49 have been given a "high-hazard" rating by EPA (2009d).

## Externalities from Coal in 2030

*Technology in 2030*

It is impossible to consider the future of coal-fired generation without considering the prospect of carbon capture and storage (CCS). CCS is a technology where the $CO_2$ emissions are first separated from the stack emissions, then collected and typically sent for offsite storage via small pipelines. Most current discussions about this nascent technology relates to where the carbon would be stored, with the most prominent discussions suggesting storage in underground geological sites such as aquifers or depleted gas fields, as well as in oil fields via enhanced oil recovery (EOR). $CO_2$ could also be liquefied, with potential storage in oceans. While beyond the scope of this chapter, there are significant risks due to accidental release of sequestered carbon.

The most common coal-fired technology being discussed for the future is IGCC (integrated gasification combined cycle), in which coal is first gasified before being used to generate electricity. IGCC plants are not only the most obvious next step in coal technology, but are more compatible with carbon capture systems. CCS is expected to be able to divert 80-90% of the $CO_2$ generated at these power plants. However, an IGCC/CCS system has an energy penalty in that more energy is needed to run the system, and thus more coal is required per kWh of electricity generated.

The current dominant technology, pulverized coal (PC), is compatible with CCS, but is generally more costly. As PC will remain the dominant technology in the "fleet" of power plants for several decades, and PC plants are being used decades past their original design lifetimes, the need for considering CCS for PC plants is inevitable. It is likely that PC technology will also have CCS and, depending on incentives and motivations, could be the dominant source of sequestered carbon. In general, IPCC estimates the

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

cost per kWh of electricity from IGCC to be less than PC, including CCS systems (Table 2-13 [IPCC 2005, Table 8.3a]).

There are few IGCC projects in the world as of 2009, and relatively few CCS demonstration projects, especially for geological sequestration other than EOR. If IGCC and CCS technology is to be incorporated into the electricity sector, then ramp-up of siting, design, and construction of these plants needs to begin immediately for it to have any significant impact on air emissions within 20 years.

A relevant scenario is that in a future with 80-90% capture of $CO_2$ from coal-fired power, the upstream air emissions from mining and transportation will become much more significant, and possibly the largest

**TABLE 2-13** IPCC Range of Aggregate Costs for $CO_2$ Capture, Transport, and Geological Storage

| | Pulverized Coal Power Plant | Natural Gas Combined Cycle Power Plant | Integrated Coal Gasification Combined Cycle Power Plant |
|---|---|---|---|
| Cost of electricity without CCS [carbon capture and storage] (US$ MWh$^{-1}$) | 43-52 | 31-50 | 41-61 |
| *Power plant with capture* | | | |
| Increased fuel requirement (%) | 24-40 | 11-22 | 14-25 |
| $CO_2$ captured (kg MWh$^{-1}$) | 820-970 | 360-410 | 670-940 |
| $CO_2$ avoided (kg MWh$^{-1}$) | 620-700 | 300-320 | 590-730 |
| % $CO_2$ avoided | 81-88 | 83-88 | 81-91 |
| *Power plant with capture and geologic storage[a]* | | | |
| Cost of electricity (US$ MWh$^{-1}$) | 63-99 | 43-77 | 55-91 |
| Electricity cost increase (US$ MWh$^{-1}$) | 19-47 | 12-29 | 10-32 |
| % increase | 43-91 | 37-85 | 21-78 |
| Mitigation cost (US$/tCO$_2$ avoided) | 30-71 | 38-91 | 14-53 |
| Mitigation cost (US$/tC avoided) | 110-260 | 140-330 | 51-200 |
| *Power plant with capture and enhanced oil recovery[b]* | | | |
| Cost of electricity (US$ MWh$^{-1}$) | 49-81 | 37-70 | 40-75 |
| Electricity cost increase (US$ MWh$^{-1}$) | 5-29 | 6-22 | (−5)-19 |
| % increase | 12-57 | 19-63 | (−10)-46 |
| Mitigation cost (US$/tCO$_2$ avoided) | 9-44 | 19-68 | (−7)-31 |
| Mitigation cost (US$/tC avoided) | 31-160 | 71-250 | (−25)-120 |

[a]Transport costs range from 0-5 US$/tCO$_2$. Geological storage cost (including monitoring) range from 0.6-8.3 (US$/tCO$_2$).

[b]Transport costs range from 0-5 US$/tCO$_2$ stored. Costs for geological storage including EOR range from −10 to −16 US$/tCO$_2$ stored.

SOURCE: IPCC 2005, Table 8.3a, p 347. http://www.ipcc.ch/pdf/special-reports/srccs/srccs_chapter8.pdf. Reprinted with permission; copyright 2005, Intergovernmental Panel on Climate Change.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

single source of emissions in the coal power life cycle. Further, if the EIA's long-term scenarios related to electricity mix hold true (that is, still 50% coal in 2030) [EIA 2009e], then significantly more coal will be mined, and these upstream externalities, while still relatively small on a per-kWh basis, will probably grow in magnitude in the local areas where coal is mined and where unit trains of coal deliveries pass through.

### Air-Pollution Damages from Coal-Fired Power Plants in 2030

The air-pollution damages associated with electricity generation from coal in 2030 depend on many factors. Aggregate damages depend on the growth in electricity demand and the extent to which coal is used to satisfy this demand, as opposed to other fuels. Damages per kWh are a function of the emissions intensity of electricity generation from coal (for example, pounds of $SO_2$ per MWh), which depends on future regulations governing power plant emissions. The damages per ton of $SO_2$ and $NO_x$ depend on the location of coal-fired power plants and on the size of the populations affected by them.

To give a sense of how damages in 2030 might compare with estimates for the year 2005, we use EIA forecasts of electricity production from coal and of $SO_2$ and $NO_x$ emissions, together with estimates of damages per ton of pollutant emitted in 2030 from APEEP. The assumptions underlying our analysis are outlined below. Because of the greater uncertainties associated with the 2030 analysis, we focus on estimates of aggregate damages from coal-fired power generation, rather than presenting a detailed distribution of damages, as in the section above.

*Methodology*   The 2030 thermal power-plant analysis relied on EIA's Annual Energy Outlook 2009 projections (EIA 2009f, Table 72-100) for the growth of net generation and emissions of $SO_2$ and $NO_x$. On average, net generation from coal-fired power plants is estimated to be 20% higher in 2030 than in 2005. Estimates are available by type of generator, fuel type, and North American Electric Reliability Corporation (NERC) region generation. EIA does not project changes in $PM_{2.5}$ and $PM_{10}$ emissions. These were imputed as the average of the projected changes in these two species. These regional trends were used to construct multipliers for 2005 net generation by plant and emissions by stack. We applied each regional multiplier to all the plants with a given fuel in that region of the country. We assumed that coal plants in 2030 will be sited in the same locations as current plants.

Our 2030 results therefore embody all the regulatory and technological assumptions made by EIA. We deliberately took this analytical tack because our charge precluded us from considering policies to remedy externalities.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Thus, we did not attempt to substitute our own judgments about future regulatory developments in place of EIA's projections, which are widely used and generally regarded as authoritative.

We used EIA estimates of $SO_2$ and $NO_x$ from electricity generation in 2030, together with estimates of electricity generation by fuel type and emission intensities by fuel type in 2005 to estimate the percentage reduction in tons of $SO_2$ and $NO_x$ per MWh at coal plants. On average, pounds of $SO_2$ per MWh are assumed to decrease from 10.1 lb (weighted by electricity generation) in 2005 to 3.65 lb in 2030. The corresponding figures for $NO_x$ are 3.42 lb/MWh in 2005 (weighted by electricity generation) and 1.90 lb in 2030.[36] Estimates of 2030 emissions intensities together with forecasts of net generation produce estimates of emissions of $SO_2$, $NO_x$, $PM_{2.5}$, and $PM_{10}$ at the location of each plant in 2030.

APEEP was used to generate estimates of damages per ton of pollutant by county and effective stack height, in 2030. These estimates assume that the meteorological conditions and other assumptions used in modeling the impact of a change in emissions on ambient air quality are the same in 2030 as in 2005, and that emissions are emitted at the same effective stack heights at each plant as in 2005. The same concentration-response functions used in the 2005 analysis are used to translate changes in ambient concentrations into cases of premature mortality and morbidity in 2030; however, the U.S. population will have changed, according to forecasts from the U.S. Census Bureau. An increase in population size was reflected in the 2030 analysis, but the age structure of the population was not changed. The VSL is assumed to increase with income growth. Using an elasticity of the VSL with respect to income of 0.50 (Viscusi and Aldy 2003) and assumptions in EPA's national Energy Modeling System (NEMS) about growth in per capita income, the VSL is 27% higher in 2030 (in 2000 USD) than in 2005, as are the unit values applied to other health end points. The combined effect of increases in population and increases in the VSL and other health values is to increase damages per ton of pollution, on average, by over 50% compared with 2005 values. The percentage change, however, varies considerably by pollutant and county. In the counties in which coal plants are currently located—where we assume they will be located in 2030—the mean increase in damage per ton of pollutant emitted is 36% for $SO_2$ and 32% for $NO_x$.

*Results*   Damages from $NO_x$, $SO_2$, $PM_{10}$, and $PM_{2.5}$ were calculated, as described above, for each of 406 plants that generated electricity from coal

---

[36]The corresponding figures for $PM_{2.5}$ are 0.215 lb/MWh (2030) versus 0.491 lb/ MWh (in 2005). For $PM_{10}$ the emissions intensities are 0.263 lb/ MWh (2030) versus 0.594 lb/MWh (in 2005).

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

in 2005. In spite of the fact that net generation is 20% higher in 2030 than in 2005, monetized air-pollution damages (in 2007 USD) are approximately $38 billion—about 40% lower than in 2005. Damages per kWh (weighted by electricity generation) are 1.7 cents per kWh, compared with 3.2 cents per kWh in 2005. The fall in damages per kWh is explained by the assumption that pounds of $SO_2$ per MWh will fall by 64% and that $NO_x$ and PM emissions per MWh will fall by approximately 50%. This counteracts the increase in damages per ton.

For future technologies at coal-fired plants, such as IGCC with CCS, criteria-pollutant-forming emissions per kWh are expected to be significantly lower than emissions per kWh from a typical plant in 2030 (NETL 2007). Plants using future technologies would also be expected to have damages at the lower end of current distributions. On the other hand, damages that would be attributable to providing the expected infrastructure (for example, pipelines and geological sites) for long-term geological sequestration of $CO_2$ are much more uncertain.

## ELECTRICITY PRODUCTION FROM NATURAL GAS

### History and Current Status of Natural Gas Production

Natural gas, a non-renewable energy source that consists primarily of methane, is consumed in the United States for heat, fuel, and electricity. During the mid 20th century, natural gas was predominantly used for residential and commercial space heating, as well as for industrial process heating. Since then, natural gas has taken an increasing share in production of electricity. In 2008, approximately 30% of produced natural gas was used to produce electricity.

U.S. natural gas production matched domestic consumption until the early 1970s. Natural gas productivity (volume of natural gas extracted per well) peaked in 1971 with 119,251 wells producing on average 435,000 cubic feet per day (Figure 2-10). Total annual domestic production reached 22.6 trillion cubic feet in 1973, after which it began to decline (Figure 2-11). By 2007, the United States had 452,768 producing gas wells, nearly four times as many as in 1971, indicating that the mean productivity per well had declined substantially. However, preliminary data from EIA suggest that gross withdrawals in 2008 of natural gas were the highest recorded, exceeding 26 trillion cubic feet; marketed production was 21.4 trillion cubic feet. Currently, more than 75% of domestic NG production comes from Texas, Wyoming, Oklahoma, New Mexico, Louisiana, and the federal offshore Gulf of Mexico.

The United States has increased its reliance on natural gas imports to keep pace with consumption, which was 23.0 trillion cubic feet in 2007

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

*110*                                          HIDDEN COSTS OF ENERGY



**FIGURE 2-10** U.S. natural gas well average productivity. SOURCE: EIA 2008a, p. 188, Figure 6.4.



1. Dry-gas production.

**FIGURE 2-11** Natural gas production, consumption, and imports in the United States. SOURCE: EIA 2008a, p. 182, Figure 6.1.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

and 23.2 trillion cubic feet in 2008. Imports have increased since 1970. In the past few years (2003-2008), gross imports have averaged around 4 trillion cubic feet annually. Exports have increased from about 0.7 trillion cubic feet in 2003 to just over 1 trillion cubic feet in 2008. More than 90% of imported NG is transported by pipeline from Canada and Mexico. The United States also imports liquid natural gas (LNG) by ocean tankers from Trinidad, Egypt, Norway, Nigeria, and Qatar.

Natural gas is gathered and transmitted from producing fields and storage sites by pipeline. The United States has more than 300,000 miles of inter- and intrastate NG transmission pipelines. Domestic and imported NG is stored underground in natural geologic spaces. The United States had 400 storage sites (depleted fields, aquifers, and salt caverns) with greater than 8,400,000 million cubic feet of storage in 2007.

## Upstream Externalities of Electricity Production from Natural Gas

### Natural Gas Exploration and Drilling

*Exploration and Development*   Exploratory activities to locate natural gas reservoirs are similar to those for oil. Exploratory drilling for natural gas uses the same rotary equipment and methods for development and production drilling, and it produces wastes mostly in the form of pollutants in water, primarily from the use of drilling fluids. Drilling also produces drill cuttings and mud. Exploration and development of natural gas occurs onshore and offshore, with potentially different types and levels of pollution. Initial exploration often uses seismic operations—the use of artificial shock waves directed into the earth to assess geologic strata based on reflection of the energy—both onshore and offshore. On land, transportation of the equipment can damage terrestrial ecosystems, especially in roadless areas (NRC 2003a). Offshore seismic exploration can adversely affect fish and marine mammals, especially if explosives are used (NRC 2003a).

For onshore drilling, significant proven reserves in the United States are along the Gulf Coast and in the Rocky Mountain region. Although rotary drilling is generally for exploration and development, cable-tool drilling can be utilized for shallow, low-pressure gas reservoirs. The amount of land required for a typical gas field of approximately 120 wells ranges from 420 to 640 acres depending on the size of the natural gas reservoir (on average 3.5 to 5.33 acres per gas well). This is a smaller area than is required for oil wells, which require approximately 40 acres per well. The primary waste products from gas well exploration and development are oils, heavy metals, and dissolved solids contained in the drilling mud or produced water. Specifically, the waste products are oil and grease, suspended solids, phenol, arsenic, chromium, cadmium, lead, and barium. These drilling wastes do not change significantly from region to region.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Drilling operations potentially create significant amounts of air pollution. Large diesel engines typically power the drilling equipment and emit significant quantities of PM, sulfur oxides, and oxides of nitrogen. These emissions can be substantial during drilling of deep wells requiring large power outputs or in large fields where multiple drilling operations occur simultaneously. Other sources of air pollution include organic compounds that may volatilize from reserve and other holding pits used as waste repositories during drilling operations, although the volume of these compounds is insignificant compared with diesel engine emissions. Oil and gas wells abandoned at the end of their productive life may cause environmental damage to the surrounding land surfaces and underground freshwater aquifers.

A considerable amount of natural gas exploration and development is located offshore on platforms, primarily in the Gulf of Mexico. For offshore drilling operations, drilling rigs may either be stationary or mobile. For drilling in waters up to 300 feet deep and marsh areas, mobile drilling rigs are mounted on barges and rest on the bottom. In water deeper than 300 feet, drilling rigs are mounted on floating or semi-submersible vessels with special equipped hulls that support the drill rig above the water level. To transport drill rigs to marsh areas, canals are dredged to the drill sites to float the rigs into place.

The wastewater from offshore platforms includes production wastes, deck drainage, and sanitary and domestic wastes. It can contain oils, toxic metals, and organic chemicals. Significant pollutants in produced waters include oil and grease, arsenic, cadmium, copper, cyanide, lead, mercury, nickel, silver, zinc, and organic carbon. Spilled oil and grease can adhere to fish and destroy algae and plankton, thereby altering the aquatic food chain. Additionally, damage is likely to occur to the plumage and coats of water animals and fowl. Lead, zinc, and nickel are toxic to fish even in low concentrations. However, offshore drilling rigs attract fish and can reduce fuel costs for recreational fishermen—an economic benefit.

*Extraction*   Natural gas is extracted by using either the existing pressure of the gas reservoir or by using pumps. Gas wells produce not only dry gas but also can produce varying quantities of light hydrocarbon liquid condensates and salt water. The resulting produced water (also known as "formation water" or "brine water") includes all waters and particulate matter associated with the gas producing formation. Produced water is the primary waste from offshore platforms. It can contain oils, toxic metals, salts, and organic compounds, which can cause environmental damage. For both onshore and offshore extraction, the type of technology used to treat produced water depends on state or local regulations as well as

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

cost-effectiveness. Additionally, air emissions can include hydrogen sulfide that can be as high as 6% by volume in sour gas (that is, natural gas that contains hydrogen sulfide).

Natural gas is also produced using enhanced gas recovery extraction (EGR) methods. The primary technologies used for EGR are fracturing and directional drilling. Fracturing involves the use of either chemical explosives or water under pressure. Adverse impacts from the use of advanced hydraulic fracturing include air emissions and noise from the pressurized injection process. Preparing the well casing can cause leaks to groundwater or the surface. Water forced into gas-bearing shale can cause contamination or disruption of nearby wells. The use of chemical explosive fracturing has environmental impacts that are similar to those of advanced hydraulic fracturing. When the wells are constructed, noise, air emissions, soil erosion, and aesthetic deterioration may occur. There is also the danger of gas leaks or explosions from pipelines or storage tanks.

Directional or slant drilling (drilling that is not vertical) for recovery of natural gas can result in air emissions and soil erosion during the preparation of the drilling site. Drilling and production activities result in noise and risk of explosions. EGR processes have a considerably greater potential for causing air-quality degradation than do conventional recovery technologies. In both conventional and EGR processes, air-quality impacts result from emissions associated with production and injection pumps and fugitive emissions from wellheads and handling and storage facilities. Additionally, EGR technologies produce emissions from the combustion engines of compressors and from steam boilers in steam flood operations.

*Other Impacts*   The "footprint" for locations for natural gas exploration, development, and extraction is smaller than that for similar oil wells. While the impacts may not be as great for natural gas field operations, there are a number of additional impacts for both land and offshore activities that should be mentioned, in addition to those described above, that can have significant, although difficult to quantify, impacts.

For land-based operations, seismic measurements are a problem due to noise, aesthetics, and land use impacts, although most of these are temporary (for example, NRC 2003a). For the longer term, there are potential impacts related to habitat destruction. Wastewaters from all aspects of operation must be treated or they can cause significant degradation to the surface waters.

Offshore operations have different impacts in some cases. First, there is the overall impact of land degradation along the Gulf Coast. For both land-based, but nearshore operations, and for offshore operations, there is significant deterioration of onshore land, leading to salt water encroach-

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK  Document 85-2  filed 05/06/21  USDC Colorado  pg 3

ment, land subsidence, and loss of land to the sea. The offshore operations can also have an impact on the surrounding ecosystem. Despite previous comments on benefits to recreational fishermen, natural gas platforms can have deleterious effects on larger ecosystems and can impact commercial fishing operations.

In a life-cycle analysis performed by Dones et al. (2005), it is estimated that approximately 25% of $CO_2$ emissions come from the processes discussed above, as treated as total production emissions (exploration, field production, purification). Other values include 10% of the methane, 50% of the nonmethane volatile organic hydrocarbons, 40% of the particulate matter, 20% of the nitrogen oxides, and 80% of sulfur dioxide emissions for the total fuel cycle.

### Occupational Injuries Associated with Oil and Gas Extraction and Transport

*Fatal and Nonfatal Injuries in Oil and Natural Gas Extraction[37]*   As in the case of mining, we assume that fatal and nonfatal occupational injuries do not constitute externalities, but we briefly discuss them because of their societal importance. In 2007, oil and gas industry fatalities accounted for almost two-thirds of fatal work injuries in mining. Unlike in coal mining, the number of fatalities in oil and gas extraction has been increasing, reaching in 2006 levels seen only decades ago (Figure 2-12). The incidence of fatalities, approximately 3 per 10,000 workers, is also higher than in coal mining (2 per 10,000 workers). The number of reported injuries has also increased (Figure 2-13).

*Fatal and Nonfatal Injuries in Transportation of Natural Gas*   In 2003, U.S. pipelines moved 590 billion total ton-miles of crude oil and petroleum products, and 278 billion ton-miles of natural gas (Dennis 2005). This includes gathering pipelines, which carry products from production fields; transmission pipelines, which transport products to terminals and refineries; and distribution pipelines, which carry products to final market and consumption points. Electric power plants receive 98% of their natural gas from direct mainline pipeline deliveries; 2% is provided by local distribution companies. In 2007, natural gas transport incurred 2 fatalities and 7 injuries. Natural gas distribution caused 8 fatalities and 35 injuries. Although the number of fatalities from natural gas pipeline activity has fluctuated, averaging 12 annually from 2000 to 2007, related injuries have

---

[37]It is difficult to separate injuries associated with oil extraction from injuries associated with natural gas extraction.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

*ENERGY FOR ELECTRICITY* *115*



**FIGURE 2-12** U.S. fatalities in oil and gas extraction from 1992 to 2007. SOURCE: BLS 2009a.



**FIGURE 2-13** Injuries and illnesses in U.S. oil and natural gas extraction operations. SOURCE: BLS 2009b.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

steadily decreased over time (BTS 2009, Table 2-46). The majority of fatal and nonfatal injuries during natural gas transport are occupational and therefore are not treated as externalities.

### Upstream GHG Emissions and Other Pollutants

The upstream life cycle of power generation from natural gas includes many relevant activities such as construction of the infrastructure and power plants, but the most significant from a perspective related to GHG emissions and criteria-pollutant-forming emissions are the extraction and transportation of gas. These activities are generally fuel- and energy-intensive, requiring combustion of fossil fuels for drilling and removing the gas from underground and delivering to the power plant. Beyond emissions from engines, there are also significant GHG emissions of methane, which is from fugitive emissions of natural gas.

Of increasing relevance is the use of liquefied natural gas (LNG) to generate power. Over the past decade, a global market has begun for the extraction of gas for export via liquefying it, shipping it by tanker (similar to petroleum), and regasification. Each of these stages increases the energy use and air emissions (related to criteria pollutants and GHG) associated with the life cycle of the power generated.

Transportation of natural gas in the United States occurs via pipelines. While pipelines are a very cost- and energy-efficient transportation mode, they use significant amounts of fuels and electricity to move the gas from well to power plant. In addition, pipelines leak natural gas as methane into the air. As noted above, the transportation of LNG involves ocean tankers.

The prior studies mentioned above for coal also assessed the relative contribution of the upstream life cycle of gas-fired power generation for domestically sourced NG (Jaramillo et al. 2007, Meier et al. 2005, Spath and Mann 2000, ORNL/RFF 1992-1998). As was the case for coal, these studies found that upstream activities lead to relatively small life-cycle effects because of the dominance of criteria-pollutant-forming emissions and GHG emissions from gas-fired power plants (although the percentage share of upstream emissions in the life cycle are higher). For example, Jaramillo et al. (2007) reports that the mid-point GHG emission factors for domestic natural gas combustion (at the power plant) and the entire natural gas life cycle are 1,100 lb $CO_2$-eq/MWh and 1,250 lb $CO_2$-eq/MWh, respectively. Thus in this study we have focused on quantifying the air emissions associated with the burning of gas at power plants. This assumption would need to be revisited in a future scenario that had order-of-magnitude increases in the amount of LNG consumed for power generation (and its higher per unit emissions), but it is not considered in this study.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

### Downstream Externalities of Electricity Production from Natural Gas

*Analysis of Current Air-Pollution Damages from Gas-Fired Power Plants*

The air-pollution emissions from gas-fueled power plants constitute a significant portion of the downstream damages associated with electricity generation. In this section, we quantify the impacts of criteria-pollutant-forming emissions from gas-fired power plants on human health, visibility, agriculture, and other sectors, using the methods outlined in the section on coal. The effects of emissions on ambient air quality are calculated for each of 498 facilities that used gas to generate electricity in 2005. These facilities, which include electric utilities, independent power producers and combined heat and power facilities, each generated at least 80% of their electricity from gas and had installed capacity of at least 5 MW. Together they accounted for 71% of electricity generation from natural gas in 2005.[38]

Damages related to emissions of $NO_x$, $SO_2$, $PM_{10}$, and $PM_{2.5}$ were calculated for each of the 498 plants described above. Table 2-14 presents the distribution of monetized damages across the 498 natural-gas-fired power plants. (All plants are weighted equally in the table; hence the mean figures are arithmetic means of damages across all plants.) Most damages are related to directly emitted $PM_{2.5}$ (56%), followed by $NO_x$ (37%), $SO_2$ (4%), and $PM_{10}$ (3%), unlike coal plants where most damages (85%) are related to $SO_2$ emissions. Damages, however, are much lower than for coal plants. Average annual damages per plant are $1.49 million, which reflects both lower damages per kWh at natural-gas-fired power plants, but also smaller plants: Net generation at the median coal plant is more that 6 times as large as at the median gas facility.[39]

Some of the variation in damages across plants reflects differences in net generation; hence, we also report damages per kWh of electricity produced.[40] Table 2-15 presents the distribution of air-pollution damages per kWh. (All plants are weighted equally in the first five rows of the table; in the last row, plants are weighted by the fraction of electricity they produce.) Mean damages per kWh from the criteria-pollutant-forming emissions are 0.43 cents per kWh if all plants are weighted equally and 0.16 cents per kWh if plants are weighted by the fraction of electricity they generate. Dam-

---

[38]Emissions data in the National Emissions Inventory are reported at the stack level. When generating units powered by different fuels use the same stack, an attempt is made to apportion emissions by fuel type. To reduce errors in emissions data we analyze gas plants that use no coal and generate 80% of more of their electricity from natural gas.

[39]Median annual net generation is 3.01 billion kWh for coal plants and 0.469 billion kWh for gas plants.

[40]It is, however, the case that less than 40% of the variation in damages is explained by variation in the amount of electricity generated. A regression of damages on net generation yields an $R^2 = 0.09$; the $R^2$ is 0.37 when the logarithms of the variables are used.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

**TABLE 2-14** Distribution of Criteria-Pollutant Damages Associated with Emissions from 498 Gas-Fired Power Plants in 2005 (2007 U.S. Dollars)

|  | Mean | Standard Deviation | 5th Percentile | 25th Percentile | 50th Percentile | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|---|
| $SO_2$ | 6.40E+04 | 2.58E+05 | 1.80E+02 | 1.96E+03 | 1.02E+04 | 2.92E+04 | 2.23E+05 |
| $NO_x$ | 5.49E+05 | 1.25E+06 | 4.86E+03 | 4.32E+04 | 1.43E+05 | 4.74E+05 | 2.37E+06 |
| $PM_{2.5}$ | 8.31E+05 | 3.23E+06 | 4.70E+02 | 1.50E+04 | 1.04E+05 | 4.12E+05 | 3.17E+06 |
| $PM_{10}$ | 4.47E+04 | 1.75E+05 | 4.07E+01 | 9.72E+02 | 5.44E+03 | 2.22E+04 | 1.62E+05 |
| Total | 1.49E+06 | 4.10E+06 | 1.02E+04 | 1.02E+05 | 3.57E+05 | 1.28E+06 | 5.50E+06 |

NOTE: All plants are weighted equally.

ABBREVIATIONS: $SO_2$ = sulfur dioxide; $NO_x$ = oxides of nitrogen; PM = particulate matter.

**TABLE 2-15** Distribution of Criteria-Pollutant Damages per Kilowatt-Hour Associated with Emissions from 498 Gas-Fired Power Plants in 2005 (Cents based on 2007 U.S. Dollars)

|  | Mean | Standard Deviation | 5th Percentile | 25th Percentile | 50th Percentile | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|---|
| $SO_2$ | 0.018 | 0.067 | 0.00013 | 0.00089 | 0.0022 | 0.006 | 0.075 |
| $NO_x$ | 0.23 | 0.74 | 0.0014 | 0.013 | 0.038 | 0.16 | 1.0 |
| $PM_{2.5}$ | 0.17 | 0.56 | 0.00029 | 0.007428 | 0.026 | 0.08 | 0.75 |
| $PM_{10}$ | 0.009 | 0.029 | 0.00003 | 0.00043 | 0.0014 | 0.0042 | 0.036 |
| Total (unweighted) | 0.43 | 1.2 | 0.0044 | 0.041 | 0.11 | 0.31 | 1.7 |
| Total (weighted by net generation) | 0.16 | 0.42 | 0.001 | 0.01 | 0.036 | 0.13 | 0.55 |

NOTE: In the first five rows of the table, all plants are weighted equally; that is, the average damage per kWh is 0.43 cents, taking an arithmetic average of the damage per kWh across all 498 plants. In the last row of the table, the damage per kWh is weighted by the fraction of electricity generated by each plant to produce a weighted damage per kWh.

ABBREVIATIONS: $SO_2$ = sulfur dioxide; $NO_x$ = oxides of nitrogen; PM = particulate matter.

ages per kWh are, on average, an order of magnitude lower—0.16 cents per kWh for natural gas compared with 3.2 cents per kWh for coal.[41] The lower figure reflects the fact that larger plants are often cleaner.[42] It should,

[41]Both figures weight damages per kWh at each plant by electricity generated by the plant.
[42]The correlation coefficient between damages per kWh and net generation is −0.18. It is −0.49 between the logarithms of the variables.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

however, be emphasized that the distribution of damages per kWh has a high variance and is very skewed: Although, on average, damages from natural-gas-fired plants are an order of magnitude lower than damages from coal-fired power plants, there are some gas facilities with damages per kWh as large as coal plants.

As Figure 2-14 shows, the distribution of damages across plants is highly skewed. After sorting the plants according to damages, we found that the 10% of plants with highest damages produce 65% of the air-pollution damages from all 498 plants, and the lowest emitting 50% of plants within the lowest damages account for only 4% of aggregate damages. Each group of plants accounts for approximately one-quarter of sample electricity generation. The map in Figure 2-15 shows that the natural gas plants that produce the largest damages are located in the Northeast (along the Eastern seaboard), Texas, California, and Florida.



**FIGURE 2-14** Distribution of aggregate damages in 2005 by decile: Natural-gas-fired plants. NOTE: In computing this graph plants were sorted from smallest to largest based on aggregate damages. The lowest decile represents the 50 plants with the smallest aggregate damages. The figure on the top of each bar is the average across all plants of damages associated with $SO_2$, $NO_x$, $PM_{2.5}$, and $PM_{10}$. Damages related to climate change are not included.

Copyright © National Academy of Sciences. All rights reserved.



**FIGURE 2-15** Criteria-air-pollutant damages from gas generation for 498 plants, 2005 (U.S. dollars, 2007). Damages related to climate change are not included.

Table 2-16 shows amounts of pollutants emitted and Figures 2-16 and 2-17 show damages per kWh. Figure 2-17, which maps damages per kWh for the natural-gas-fired power plants in our sample, shows where these facilities are located. As in the case of coal-fired power plants, variation in damages per kWh across natural gas plants is explained both by variation in emissions of pollution per kWh and also by variation in damages per ton pollutant. In the case of $PM_{2.5}$, variation in pollution intensity and variation in damages per ton of $PM_{2.5}$ explain equal amounts of the variation in $PM_{2.5}$ damages per kWh.[43] In contrast to coal plants, natural gas plants are located in areas of high marginal damages per ton of $PM_{2.5}$ (Table 2-17). However, variation in damages per ton of $NO_x$ accounts for only 5% of the variation in $NO_x$ damages per kWh, while variation in pounds of $NO_x$

---

[43]Regressing $PM_{2.5}$-related damages per kWh on pounds of $PM_{2.5}$ emitted per kWh produces an $R^2$ of 0.26. Regressing $PM_{2.5}$-related damages per kWh on damages per ton of $PM_{2.5}$ also produces an $R^2$ of 0.26.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

**TABLE 2-16** Distribution of Pounds of Criteria-Pollutant-Forming Emissions per Megawatt-Hour by Gas-Fired Power Plants, 2005

|        | Mean  | Standard Deviation | 5th Percentile | 25th Percentile | 50th Percentile | 75th Percentile | 95th Percentile |
|--------|-------|--------------------|----------------|-----------------|-----------------|-----------------|-----------------|
| $SO_2$ | 0.045 | 0.20               | 0.00069        | 0.0044          | 0.0065          | 0.012           | 0.15            |
| $NO_x$ | 2.3   | 9.0                | 0.052          | 0.17            | 0.48            | 1.7             | 5.5             |
| $PM_{2.5}$ | 0.11 | 0.39            | 0.00057        | 0.016           | 0.045           | 0.091           | 0.28            |
| $PM_{10}$ | 0.12 | 0.39            | 0.00092        | 0.018           | 0.050           | 0.094           | 0.32            |

NOTE: All plants are weighted equally, rather than by the electricity they produce.

ABBREVIATIONS: $SO_2$ = sulfur dioxide; $NO_x$ = oxides of nitrogen; PM = particulate matter.

emitted per MWh accounts for 75% of the variation in $NO_x$ damages per kWh.

To summarize, the aggregate damages associated with criteria-pollutant-forming emissions from the facilities in our sample in 2005, which generated 71% of the electricity from natural gas, were approximately $0.74 billion, or 0.16 cents per kWh (2007 USD); however, damages per plant varied



**FIGURE 2-16** Distribution of criteria-air-pollutant damages per kWh of emissions for 498 natural-gas-fired power plants, 2005. Damages related to climate change are not included.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549



**FIGURE 2-17** Regional distribution of criteria-air-pollutant damages from gas generation per kWh (U.S. dollars, 2007). Damages related to climate change are not included.

widely. The 50% of plants with the lowest damages per plant, which accounted for 23% of net generation, produced 4% of the damages, and the 10% of plants with the highest damages per plant, which accounted for 24% of net generation, produced 65% of the damages. Although damages are

**TABLE 2-17** Distribution of Damages per Ton of Criteria-Pollutant-Forming Emissions by Gas-Fired Power Plants (2007 U.S. Dollars)

|  | Mean | Standard Deviation | 5th Percentile | 25th Percentile | 50th Percentile | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|---|
| $SO_2$ | 13,000 | 29,000 | 1,800 | 3,100 | 5,600 | 9,800 | 44,000 |
| $NO_x$ | 2,200 | 2,000 | 460 | 990 | 1,700 | 2,800 | 4,900 |
| $PM_{2.5}$ | 32,000 | 59,000 | 2,600 | 6,900 | 12,000 | 26,000 | 160,000 |
| $PM_{10}$ | 1,700 | 3,400 | 170 | 330 | 630 | 1,300 | 7,800 |

NOTE: All plants are weighted equally, rather than by the fraction of electricity they produce.

ABBREVIATIONS: $SO_2$ = sulfur dioxide; $NO_x$ = oxides of nitrogen; PM = particulate matter.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

larger for plants that produce more electricity, less than 40% of the variation in damages across plants is explained by differences in net generation.

Damages per kWh also varied widely across plants: from about one-thousandth of a cent (5th percentile) to 0.55 cents per kWh (95th percentile). (These are weighted figures.) Most of the variation in $NO_x$ damages per kWh can be explained by variation in emissions intensity across plants; however, for $PM_{2.5}$, which constitutes over half of the monetized air-pollution damages, variation in damages per ton of $PM_{2.5}$ are as important in explaining variation in $PM_{2.5}$ damages per kWh as differences in $PM_{2.5}$ emissions intensity.

## Downstream $CO_2$ Emissions from Electricity Production from Natural Gas

The emissions of $CO_2$ from gas-fired power plants are significant. As the heat rate (energy of coal needed to generate 1 kWh of electricity) varies widely among coal-fired plants, so does it vary among gas-fired plants (with an average of about 0.5 ton of $CO_2$ per MWh of power generated (the 5th-95th percentile range is 0.3 to 1.1 tons per MWh).

### Externalities from Natural Gas in 2030

#### Technology in 2030

In comparison to coal, less drastic technological change for central-station power generation by natural gas is expected. However, natural-gas powered fuel cells could become mainstream and generate significant amounts of electricity (such technology exists but is not currently at power-station scale).

Additionally, more natural gas could become available through discovery or more-aggressive development of existing sources. While domestic production has been relatively flat for years, new deposits such as the Marcellus Shale in the eastern United States hint at increasing domestic production. The prospect of this gas, however, is balanced against deeper drilling and more complicated extraction, which would increase the life-cycle energy use and associated emissions of using the resource.

Liquefied natural gas (LNG) is becoming an increasingly likely source of global natural gas-fired power. LNG has significant additional life-cycle stages compared with natural gas, which leads to additional energy use and air emissions. Synthetic natural gas (SNG) from coal is also a possible pathway. LNG and SNG both have substantially higher upstream emissions than natural gas, which would need to be taken into account in assessing their effects for future natural-gas-fired power.

Copyright © National Academy of Sciences. All rights reserved.

*124*                                        *HIDDEN COSTS OF ENERGY*

Natural-gas-fired power plants have been discussed as candidates for CCS technology in the future. This combination is generally estimated to have smaller incremental costs (only about 1-2 cents per kWh) than for coal, but it captures less $CO_2$ per kWh than coal. Thus from a cost-effectiveness (and related damage avoidance) perspective, coal-fired plants will continue to be a more desirable target for CCS in the future.

A beneficial feature of natural gas power plants is their ability to quickly increase or decrease power output as needed. Thus they can fill in power demand for intermittent renewables such as wind and solar when other fast-ramping sources such as hydropower are not available. However, today's gas turbines are not designed to be ramped up and down continuously, and emit more GHG emissions and criteria-pollutant-forming emissions while ramping up and down (Katzenstein and Apt 2009). If a large percentage of renewables is installed by 2030, and natural gas is relied on for fill-in power, then considerable design improvements will be needed for those natural gas plants.

### Downstream Air-Pollution Damages from Gas-Fired Power Plants in 2030

Our analysis of the criteria air-pollution damages associated with electricity generation from natural gas in 2030 follows the analysis for coal-fired electricity generation described earlier in the chapter. Specifically we ask how damages at the locations of the 498 facilities examined for 2005 would change if electricity generation were to increase at the rate predicted by the EIA and if emission intensities were to decline at rates consistent with EIA projections of emissions of $SO_2$ and $NO_x$ from fossil fuel. These assumptions are combined with estimates of damages per ton of the criteria-pollutant-forming emissions estimated from APEEP.

EIA projections of electricity generation from natural gas were used to estimate net generation in 2030. On average, electricity production from natural gas is predicted to increase by 9% from 2005 levels; hence we assumed that generation at each facility increases by this percentage. Reductions in pollution intensity for natural gas facilities are not as dramatic as for coal plants: pounds of $NO_x$ emitted per kWh are estimated to fall, on average, by 19%; emissions of $PM_{2.5}$ and $PM_{10}$ per MWh are each estimated to fall by about 32%.[44] Damages per ton of pollutant will, of course, rise, as described in section on coal-fired electricity.

The net effect of these changes is to decrease the projected aggregate damages generated by the 498 gas facilities from $0.74 billion (2007 USD)

---

[44]Emissions of $SO_2$ per MWh are estimated to fall by about 51%, but little $SO_2$ is emitted by gas-fired power plants.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

in 2005 to $0.65 billion in 2030. Average damage per kWh from gas generation falls to 0.11 cents (2007 USD) from 0.16 cents in 2005.

## ELECTRICITY PRODUCTION FROM NUCLEAR POWER

### Current Status of Nuclear Power Production

In 2009, according to EIA, 104 commercial nuclear generating units are fully licensed to operate by the U.S. Nuclear Regulatory Commission. Their locations are shown in Figure 2-18. In addition, 14 nuclear power reactors are undergoing decommissioning, as shown in Figure 2-19 and listed in Table 2-18.

Of the 104 reactors in operation, 69 are pressurized light-water reactors (PWRs), totaling 65,100 net megawatts (electric[45]); and 35 units are boiling water reactors (BWRs), totaling 32,300 net megawatts (electric). Other reactor technologies exist or are being developed (see discussion later in this section on new developments in nuclear technology), but as of February 2009 none of these technologies operated commercially in the United States.

There has been no recent construction of nuclear generating plants in the United States. Nuclear generating capacity has been expanded by upgrading or adding capacity at existing power plants; the most recent reactor, Watts Bar No. 1, in Tennessee, was connected to the grid in February 1996.

### Brief History of Nuclear Power

Electricity from nuclear fission was first generated in the United States on December 20, 1951, by the U.S. Atomic Energy Commission's Experimental Breeder Reactor (DOE 2006a). The first commercial electricity-generating nuclear power plant at Shippingsport, Pennsylvania, reached its designed power-production level in 1957. It was shut down in 1982, when decommissioning began.

The growth of nuclear-powered electricity was rapid in the 1960s, though it slowed in the 1970s. In 1986, Ohio's Perry plant became the 100th U.S. commercial nuclear power reactor in operation. By 1991, the United States had 111 nuclear power units.[46] The highest number reached

---

[45]The total power capacity of a thermal power plant is greater than its electric power capacity because it is less than 100% efficient in converting heat into electricity. The output of interest here is electric power.

[46]A "unit" refers to a single nuclear power generating reactor. A nuclear installation can consist of more than one unit.

Copyright © National Academy of Sciences. All rights reserved.



**FIGURE 2-18** Locations of operating nuclear power reactors in the United States. SOURCE: U.S. NRC 2008a.



**FIGURE 2-19** Locations of nuclear power reactor sites undergoing decommissioning in the United States. SOURCE: U.S. NRC 2008b.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 2-18** U.S. Nuclear Power Reactors Undergoing Decommissioning

|           | Name                              | Location          |
|-----------|-----------------------------------|-------------------|
| 1         | Dresden—Unit 1                    | Dresden, IL       |
| 2         | Fermi—Unit 1                      | Newport, MI       |
| 3         | Humboldt Bay                      | Eureka, CA        |
| 4         | Indian Point—Unit 1               | Buchanan, NY      |
| 5         | LaCrosse boiling water reactor    | Genoa, WI         |
| 6         | Millstone—Unit 1                  | Waterford, CT     |
| 7         | Nuclear Ship Savannah             | Baltimore, MD     |
| 8         | Peach Bottom—Unit 1               | Delta, PA         |
| 9         | Rancho Seco                       | Herald, CA        |
| 10        | San Onofre—Unit 1                 | San Clemente, CA  |
| 11        | Three Mile Island—Unit 2          | Middletown, PA    |
| 12        | Vallecitos boiling water reactor  | Sunol, CA         |
| 13 and 14 | Zion—Units 1 & 2                  | Warrenville, IL   |

SOURCE: U.S. NRC 2008b.

was 112 in 1990, then constituting one-fourth of the world's nuclear power units; they provided almost 20% of the electricity produced in the United States (DOE 2006a, EIA 2008a). By 1998, the number of operating units was 104, as it remained in 2008 (EIA 2008a). Net electricity generation grew from 1.7 GWh in 1961 to 38.1 GWh in 1971, 272.7 GWh in 1981, 612.6 GWh in 1991, 768.8 GWh in 2001, and 806.5 GWh in 2007. The nuclear share of total electricity production reached 19.5% in 1988, and it has since ranged between 17.8% and 20.6% (EIA 2008a).

## Upstream Externalities

### Uranium Mining

Canada and Australia currently account for 44% of global uranium production, with 18 other countries—notably, Kazakhstan, Niger, Russian, Namibia, and Uzbekistan—for supplying the remainder (IAEA 2008). Reduction in uranium stockpiles for weapons has contributed to an abundance of uranium on the market. The United States currently accounts for 5% of global production, much of the U.S. share coming from Wyoming.

Uranium is produced from open-pit (surface) mining, underground mining, or in situ leaching (ISL) techniques. Surface and underground mining for uranium is similar to mining for coal (described earlier). The ISL technique requires drilling several wells and pumping in a solution to leach the uranium out of the surrounding rock. The uranium-bearing solution is then pumped out of the wells and treated on-site to produce yellowcake (uranium ore). In Wyoming at present, all uranium production occurs at in

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK    Document 85-2    filed 05/06/21    USDC Colorado    pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

situ facilities in the Powder River Basin (Paydirt 1999). Other states where
ISL facilities could be located include Nebraska, South Dakota, and New
Mexico (U.S. NRC 2008c). In 2006, uranium mining and milling in the
United States produced 4,692,000 lbs of $U_3O_8$. Of this total, nearly 91%
was produced at ISL facilities; with the remainder coming from under-
ground mining (EIA 2008c, Table 2).

With uranium mining in general, radiological exposure can occur in
three main ways: through inhalation of radioactive dust particles or of
radon gas, ingestion of radionuclides in food or water, and direct irradia-
tion of the body. For surface mine workers, exposure to radon exposure is
generally less important than direct irradiation or dust inhalation; however,
exposure to radon can be important for underground miners, although oc-
cupational radiological exposure is not an externality (see discussion and
explanation in Chapter 1). For members of the public, the most significant
pathways from an operating mine are radon and other radionuclide inges-
tion following surface water transport. From a rehabilitated mine, the path-
ways most significant over the long term are likely to be groundwater as
well as surface water transport and bioaccumulation in animals and plants
located at the mine site or associated water bodies (Australian Government
2009).

The draft *Generic Environmental Impact Statement for In Situ Leach
Uranium Milling Facilities* (GEIS) released by the Nuclear Regulatory Com-
mission in July 2008 assessed the impacts of four phases of ISL—construc-
tion, operation, aquifer restoration activities, and decommissioning—on
land use, transportation, geology and soils, surface water and groundwater,
terrestrial and aquatic ecology, air quality, noise, historical and cultural
resources, visual and scenic resources, socioeconomic characteristics, pub-
lic and occupational health and safety, and waste management. Impacts
were qualitatively evaluated according to whether they were small ("not
detectable or so minor that they will neither destabilize nor alter noticeably
important attributes of the resource"), moderate ("sufficient to alter the
resource noticeably, but not to destabilize, important attributes"), or large
("clearly noticeable and . . . sufficient to destabilize important attributes")
(U.S. NRC 2008c, p. 4.1-1).

According to the draft GEIS, there is the potential for large impacts on
historical and cultural resources, depending on local conditions; on local-
ized ecological resources, especially on a few rare and endangered species,
depending on site-specific habitat; and on groundwater. The possibility of
groundwater impacts due to leaks and spills, excursions, and deep-well
injection of processing waste historically has been an area of particular
concern with ISL. The draft GEIS notes that the magnitude of groundwater
impacts will depend on factors such as contamination during construction
activities, which could be mitigated by best management practices; failure

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

of well seals or other operational conditions, which could be detected by monitoring and testing; and the potential for impacts on deep aquifers from deep-well injection of processing wastes, which would depend on the state's permitting process.

Adverse environmental and human health effects can occur from legacy (discontinued) uranium mining and milling sites as well as from some current operations, especially in developing countries and in the former Soviet Union (Waggitt 2007). In the United States, a 1978 law—the Uranium Mill Tailings Remediation Control Act (UMTRCA)—as amended in 1983—provides for the remediation by the U.S. Department of Energy of 26 legacy uranium production facilities. U.S. laws do not classify uranium mining overburden as a radioactive waste, so its placement in radioactive waste disposal facilities is not required; however, EPA has the authority under various legal statues to protect the public and the environment from exposure to the hazardous and toxic characteristics of conventional (open-pit and underground) uranium mining wastes (EPA 2009e). Nevertheless, concern remains about some about the negative effects of both past and current mining practices (see, for example, WISE-Uranium 2009). A law passed by the Navajo Nation Council in 2005 banned uranium mining and milling altogether on sites within Navajo territory (SRIC 2009).

### Uranium Conversion and Enrichment

The only uranium conversion facility in the United States is at Metropolis, IL. This facility produces about 14,000 metric tons[47] of uranium per year. The process converts uranium oxide (yellowcake) into uranium hexafluoride, which is a gas. At the end of the conversion process, the amount of U-235 in the gas is about 0.7%. In order to enrich the material to that needed for reactor fuel to between 3 and 4%, the material is sent to a gaseous diffusion facility. Currently, the only facility in the United States is at Paducah, KY.

Although this facility is expected to be replaced by other centrifuge facilities being constructed at Piketon, OH, and Eunice, NM, the Paducah facility will remain in operation for several more years. The electricity intensity assumed for such a facility (Dones et al. 2005) is about 2600 kWh/separative work unit (SWU). When the Piketon facility is completed, the electricity use drops to approximately 40 kWh/SWU. The Piketon facility is due to begin operation in 2011; uncertainties about financing made the likelihood of meeting that deadline uncertain (Mufson 2009). The Eunice facility is scheduled to begin production even sooner, but, as of this writing, neither facility is in production. For that reason, it is reasonable to utilize

---

[47]A metric ton, sometimes written tonne, is 1,000 kilograms, or 2,205 pounds.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

the analyses by Dones et al. that were based on life-cycle assessments for pressurized water reactor facilities. While these analyses cover the entire life cycle, the majority of the atmospheric emissions come from power plants producing electricity that is needed for part of the enrichment process using centrifuge technology. Thus, the estimated emissions values (all as g/MWh) are as follows:

$SO_2$: 22.5
$PM_{2.5}$: 5.4
$NO_x$: 33.9
Nonmethane volatile organic hydrocarbons: 7.7

### Upstream Emissions of GHG Emissions and Other Pollutants

It is often mentioned that nuclear power produces no air-pollutant emissions. Although that is generally true for the generation of nuclear power, the upstream part of the life cycle of nuclear power generation includes the mining, milling, and processing of uranium; transportation of the nuclear fuel; and construction of facilities, all of which entail criteria-pollutant-forming emissions and GHG air emissions. In short, the non-generation impacts dominate (Dones et al. 2005, Weisser 2007).

Koch (2000) estimated the $CO_2$, $SO_2$, $NO_x$, and PM emissions of nuclear power to be 1-2 orders of magnitude less than those of coal-fired power. Sovacool (2008) summarized a range of studies on the life-cycle GHG emissions of nuclear power and estimated that the mean was about 66 g $CO_2$-eq/kWh. Sovacool also noted that the "frontend" of the fuel cycle (including mining and milling uranium ore, conversion, and enrichment) represented 38% of the total emissions. NAS/NAE/NRC (2009a) cited and agreed with the conclusion reached by Fthenakis and Kim (2007) that life-cycle $CO_2$ emissions for nuclear plants, assuming that the current U.S. nuclear fuel cycle is maintained, could range from 16 to 55 g $CO_2$-eq/kWh. For comparison, coal plants without CCS produce an average of 1,000 g $CO_2$/kWh.

### Downstream Externalities

### Damages from Routine Plant Operations and Estimated Accident Damages

The main downstream burdens from operations of nuclear power plants are related to radioactive waste, discussed in some detail below. Other routine burdens are related to the release of heated cooling water. There are also land-use and ecological effects associated with nuclear plants, which

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

are similar to those experienced at other thermal power plants (for example, see Box 2-2).

There have not been significant damages associated with release of radioactive materials from an operating nuclear power plant in the United States, but a few such accidents have occurred elsewhere. Although the potential for such accidents is a public concern—and also a concern to industry and regulatory bodies—the committee has not attempted to monetize or even quantify such potential. Previous studies, such as ORNL/RFF (1992-1998) and ExternE (EC 1995a), estimated the risk of accidents using detailed fault-tree models and found the risks and associated externalities to be small (as summarized later in this chapter). The committee did not undertake a modeling effort because such an analysis would have involved power-plant risk modeling and spent-fuel transportation modeling that would have required far greater resources and time than were available for this study. Also, apparently there were no developments since the earlier studies that would have led to any appreciable increase in the estimated probabilities of a reactor accident (a decrease in the estimate would be more likely).

Nuclear power plants routinely generate not only electricity but also radioactive wastes, including low-level radioactive waste (LLRW); "greater than Class C" (GTCC) wastes; and high-level radioactive waste (HLRW), mainly from spent nuclear fuel.

---

BOX 2-2
Entrainment and Impingement of Aquatic Organisms by
Thermal Power Plants

Entrainment and impingement of fish and other aquatic organisms in intake structures of thermal power plants has received much attention. Impingement occurs when organisms are trapped by the force of the intake of water at intake screens; entrainment occurs at power plants with once-through cooling systems when the organisms—usually eggs, larvae, and juveniles—are carried with the water through the plant's heat exchanger and returned to the water body with the discharged water. Mortality from impingement and entrainment can approach 100%. Despite many studies, the population effects of impingement and entrainment usually are not well-known (Heimbuch et al. 2007). It appears that the most likely conditions for serious ecological impacts occur when there are many power plants in an area or when a power plant is sited in an area with a localized population of an organism that could be threatened with serious population consequences. These impacts, which are common to all thermal plants with once-through cooling systems, have not been quantified or monetized. Sovacool (2009a) has more broadly reviewed water-related impacts of thermal power plants and the effects of those plants on water resources.

---

Copyright © National Academy of Sciences. All rights reserved.

Nuclear power plants are a significant source of LLRW; their LLRW may include anything from clothing and rags to ion-exchange resins, filters, tank residues, and irradiated reactor components. LLRW is either stored for decay to background levels before being disposed of as conventional nonradioactive waste (a practice possible only with slightly contaminated materials), or it is disposed of in near-surface engineered landfills. An interstate compact system for the disposal of commercially-generated LLRW was established through the 1980 Low-Level Radioactive Waste Policy Act (LLRWPA) as amended in 1985. Intended to spur the development of regional LLRW disposal sites, the process mandated by the act largely has failed. As of early 2009, there were only three LLRW disposal sites in the nation: one in Barnwell, SC, which is licensed to take Classes A, B, and C LLRW but as of July 2008 was restricted to take only waste generated in the Atlantic Compact states (South Carolina, Connecticut, and New Jersey); one in Richland, WA, which takes Classes A, B, and C waste from the nine states in the Northwest and Rocky Mountain compacts; and one in Clive, Utah, which accepts waste from all states but is licensed for Class A waste only. (Class A waste, which has the lowest concentration of long-lived radionuclides, requires fewer protective measures.) In 2005, approximately 4 million cubic feet of LLRW was shipped for disposal (U.S. NRC 2009). Nuclear power plants have the means to safely store LLRW on-site, including storage for decay to background levels if the waste is only slightly contaminated. Limited access to LLRW disposal sites—especially for Classes B and C waste—is an inconvenience for nuclear power plants, particularly those that are due for rehabilitation, up-rating, or decommissioning, but it is not likely to be an immediate environmental, health, and safety hazard.

The GTCC wastes from nuclear power plants come mainly from highly irradiated reactor components. Under the LLRWPA as amended, the federal government is responsible for all commercially generated GTCC waste (as well as GTCC-like waste generated by federal activities). In 2007, the DOE initiated a scoping process for a draft environmental impact statement to assess the environmental, social, and economic impacts of one or more facilities for GTCC and GTCC-like waste disposal. Disposal methods being considered include enhanced near-surface disposal, intermediate depth borehole disposal, and disposal at a geologic repository (GTCC LLRW EIS 2009).

According to the 1982 Nuclear Waste Policy Act (NWPA), the federal government is required to develop one or more geologic repositories to store HLRW generated by commercial activities and federal defense activities. The DOE is responsible for developing the site, the NRC for licensing it, and the EPA for setting radiation protection standards for humans and the environment. The NWPA was amended in 1987 to designate Yucca Mountain in Nevada as the only candidate for a geologic repository in the United States. After years of investigation and analysis by DOE,

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Yucca Mountain was found suitable in 2002 by Energy Secretary Spencer Abraham and President George W. Bush. Nevada Governor Kenny Guinn vetoed the decision, but the veto was overturned by Congress in July 2002. An application for a license is before the Nuclear Regulatory Commission. The future of Yucca Mountain as a repository is unclear, however, because President Barack Obama's budget for FY 2010 significantly reduced funding for the program, and the Obama administration has generally voiced skepticism about it. DOE is studying alternate strategies for dealing with nuclear wastes that do not involve a repository at Yucca Mountain. With the disposal of HLRW being arguably the most contentious issue concerning nuclear energy, a detailed assessment of the externalities associated with its disposal would be a high priority for future study. Such a study would be extremely complex, given the considerable uncertainties, long timeframe, and severe impacts under certain scenarios.

As of 2002, about 45,000 tons of spent fuel from nuclear power plants were in storage—virtually all on-site. Most of the spent fuel rod assemblies are stored in water pools; less than 5% are stored in dry casks (U.S. NRC 2002). Unlike wet storage, dry cask storage is almost totally passive: It is simpler and uses few human or mechanical support systems. However, it is not suitable until the nuclear rod assemblies have been out of the reactor for a few years, allowing the heat generated by radioactive decay to decline. The NWPA limits the amount of waste to be stored at the geologic repository to 70,000 metric tons of heavy metals, of which 90% (63,000 metric tons) could be attributable to commercial spent nuclear fuel. However, one analysis suggests that Yucca Mountain would be technically capable of storing at least four and possibly nine times that amount (EPRI 2007).

Transportation of radioactive waste is jointly regulated by the U.S. NRC and the U.S. Department of Transportation (DOT). The U.S. NRC sets requirements for packaging radioactive materials; the DOT regulates shipments while they are in transit. For shipping spent fuel, casks or containers that shield and contain the radioactivity and dissipate the heat are required. Many shipments of spent fuel have been made, typically between different reactors of a utility, in order to share storage space. Lacking a geologic repository or its centralized storage equivalent, very little HLRW has been transported for long distances. Low-level waste has been transported long distances without significant incident for decades.

*Reprocessing Nuclear Fuel*

Since 1977, there has been a moratorium in the United States on the reprocessing of spent nuclear fuel. In limited recycling processes that are commercially available in France, Japan, and the United Kingdom, uranium and plutonium are separated from spent nuclear fuel for eventual reuse as fuel, and the remaining transuranics, along with the fission products, are

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

converted to vitrified waste for storage (Finck 2005; DOE 2006b). This process reduces the volume of waste to be stored by a factor of 4 but creates a separated pure plutonium product, which could present a proliferation and security risk.

Recently, research has been conducted in France, Japan, and the United States to develop a full-recycle, closed-fuel process to make more efficient use of the nuclear fuel and to avoid large storage problems (Finck 2005; DOE 2006b). This recycling process makes use of advanced separation techniques that can separate out (1) long-lived fission products, such as technetium and iodine, for immobilization and eventual disposal as high-level waste; (2) short-lived fission products, such as cesium and strontium, which can be prepared for decay storage until they meet the requirements for disposal as low-level waste; and (3) transuranic elements, including plutonium, neptunium, americium, and curium, which can be fabricated into fuel for advanced fast reactors (DOE 2006b).

The reprocessing and recycling of spent nuclear fuel through advanced separation techniques and fast reactors increases the efficiency of fuel use and decreases the need for high-level radioactive waste disposal capacity. The DOE has stated that reprocessing offers the opportunity for significant cost reduction (Finck 2005); others, however, have argued that it would be more expensive than current "once-through" practices (von Hippel 2001). It also has been argued that no reprocessing technique is as proliferation-resistant as not reprocessing spent fuel at all and leaving the plutonium mixed with highly radioactive fission products (von Hippel 2001).

### Estimates of Aggregate Damages from Nuclear Power Plants

We present here the results of two previous, studies of damages from nuclear power plants, by ExternE (EC 1995b) for France, and by Oak Ridge National Laboratory and Resources for the Future (ORNL/RFF 1995) for two sites in the United States. They are comprehensive and well documented; the range of values they produced and the reasons for the differences are informative.

ExternE (EC 1995b) estimated that the cost of damages for all stages of the nuclear fuel cycle, including reprocessing and accidents, was about 2.5 ECU mils (mECU) per kWh if no discount rate was applied. The ECU, the predecessor of the euro, was worth an average of 0.77 USD in 1995; thus the estimate was about 1.9 mils/kWh, equivalent to about 2.5 mils/kWh in 2007 USD. This is about 10% of the damage estimate in this study for criteria-pollutant-forming emissions from coal. When 3% and 10% discount rates were applied, the damage cost declined to 0.1 and 0.05 mECU/kWh, respectively. The large sensitivity to discount rate results from the adoption by ExternE of a time horizon of 100,000 years for estimating

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

the total collective radiation dose due to release of radionuclides, and the ExternE estimate suggests that over a short or medium term, the aggregate damages for nuclear power are at least 3 orders of magnitude less than the air-pollutant damages alone from coal.

The contemporaneous study by Oak Ridge National Laboratory and Resources for the Future (ORNL/RFF 1995) produced estimates of the aggregate costs of nuclear operations of an average of 0.25 mils/kWh for two sites, including accidents; and 0.2 mils/kWh without accidents. These numbers are one order of magnitude less than the ExternE values with zero discount rate, and twice and four times as large, respectively, as the ExternE values with 3% and 10% discount rates. However, the U.S. (ORNL/RFF) assessment did not include reprocessing, as that did not then (and does not now) exist in the United States; the conversion, enrichment, fuel-fabrication, and low-level waste disposal stages were considered separately in that study. The ExternE assessment also expanded the physical boundaries to 1,000 km (regional) and to global dimensions. In addition, the technologies and sites in the two assessments are different. When these factors are taken into account, the results of the two studies are directly comparable, and the estimated damage costs of nuclear power remain significantly lower than those for coal.

These results depend in part on the estimated probability of accidents and their probable consequences, and those values are a function of many factors, including reactor design, training and motivation of personnel, population density and distribution, emergency response, and so on. Additional information and experience would likely help to refine those estimates (EC 2005).

### New Developments in Nuclear Technology

Nuclear power has the potential to produce large amounts of dependable electricity without emitting $CO_2$. In recent years, nuclear reactors have produced about 20% of U.S. electricity, but this contribution will drop unless new capacity is added. This section considers both updated versions of today's light-water reactors (LWRs), and possible advanced reactors for the future.

#### *Updated Light-Water Reactors*

The current generation of nuclear reactors continues to function reliably, but considerable research has been conducted in recent years to improving designs. New reactors are expected to be simpler, easier to operate, and generally more resilient than current designs, and several utilities are planning on constructing them.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

*Next-Generation Reactors*

There are plans in the United States to build several evolutionary light-water reactors (LWRs). America's Energy Future estimates that 5 to 9 such reactors could be built by 2020 (NAS/NAE/NRC 2009a). If they are built on time and within budget, perhaps additional similar reactors could follow. Nonetheless, new LWRs will be very expensive. It is important to examine alternative approaches that might have advantages and cost less.

DOE's Generation IV Program (DOE 2009a) includes research on five reactor concepts. Only one, the very-high-temperature reactor (VHTR) is receiving significant funding, about $70 million requested for FY 2009. It is a helium gas-cooled, graphite-moderated reactor which is an updated redesign of the experimental high-temperature gas reactors (for example, Fort St. Vrain). The technology has significant advantages, including a low probability of a major radioactive release and the amount of heat that it produces. The VHTR is expected to operate above 1000 degrees °C (1800 °F) and could be used for industrial process heat and hydrogen production as well as electricity.

DOE also has a related Nuclear Hydrogen Initiative (NHI), which focuses on thermochemical splitting of water molecules. Such processes, using the VHTR as the energy source, are projected to be significantly more efficient than electrolysis.

According to a 2008 National Research Council review of DOE's Nuclear Energy programs (NRC 2008a), both Gen IV and NHI are well-designed, and funding should be kept at levels according to progress towards milestones. The result, if successful, could lead to operating reactors before 2030, but probably only a few. Major decisions have yet to be made, including the basic core design.

DOE also is supporting work on a reactor that is intended to consume long-lived components of waste LWR fuel. The reactor could also produce power, but the primary goal is to reduce the nuclear waste disposal problem from tens of thousands to hundreds of years. Given the level of R&D required, and uncertainties in economics and the licensing path, such a reactor is unlikely to be operating by 2030.

## ELECTRICITY PRODUCTION FROM WIND

### Current Status of Wind Energy

It is difficult to keep current with respect to the status of wind energy in the United States because it is increasing so rapidly. By the end of 2008, the total installed capacity[48] in the United States was 25,170 MW (25.17

---

[48]Installed capacity, also called nameplate capacity, is the maximum rated electricity output in MW.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

GW), up from 16,824 MW at the end for 2007 (AWEA 2009). For the 12 months ending November 30, 2008, 44,689 GWh of electricity were generated by wind-powered turbines out of a total of 4,118,000 GWh, or 1.1% (EIA 2009a, Table 1.1a).

The American Wind Energy Association (AWEA) lists 6,922 active turbines as of September 30, 2008, ranging in nameplate capacity from less than 1 KW to 3,000KW (3 MW).[49] The number of wind turbines per project ranges from 1 to more than one thousand. The largest project in terms of nameplate capacity is 766 MW. The smallest are many 50 KW installations consisting of single turbines. It is not possible to characterize an "average" wind plant in any meaningful way, but it is common for modern plants to have a nameplate capacity of between 40 and 300 MW and to consist of turbines ranging in individual capacity from about 1.5 to 3 MW. The earliest utility-scale projects were commissioned in California in the early 1980s; a few of those turbines, most on the order of tens of KW to about 100 KW, still are producing electricity.

### Brief History of Wind Energy

The first utility-scale wind-energy plants in the United States began operation in 1981, with a total installed capacity of less than 10MW. The increase was rapid at first, reaching 1.2 GW by 1986, but then slowed, with total capacity of only 1.8 GW in 1998. Then a period of rapid increase began again; capacity reached 4.3 GW by 2001, 6.6 GW by 2003, 9 GW by 2005, and more than 25 GW by the end of 2008. Much of the increase is fueled by federal production-tax credits (PTCs), which have been sporadic. The current federal PTC extends through 2009 as of December 2008. State-mandated renewable-energy portfolios, which require the state's energy use to be based on renewable sources (mainly wind) by target dates, also have affected the penetration of wind-generated electricity, as do general economic conditions.

### Future Considerations for Wind Energy

As indicated above, with the passage of time, the most-obvious change in wind-energy plants has been the reduction in total number of turbines and increase in the size (both physical size and nameplate capacity) of the individual turbines. Even some early plants had total nameplate capacities of from 40 to 80 MW, but projects exceeding 100 MW became common only in the late 1990s. These changes are largely technology-driven, result-

---

[49]Because the wind does not blow all the time (it is intermittent), the actual generation capacity of a wind turbine is only about 30% of the "nameplate capacity."

Copyright © National Academy of Sciences. All rights reserved.

ing in larger turbines, and it seems likely that individual turbines of 5 MW will be commercially deployed in the United States soon.

A July 2008 report of the U.S. Department of Energy assessed the possibility of providing 20% of the nation's electricity from wind by 2030. The report noted that

> The 20% Wind Scenario in 2030 would require improved turbine technology to generate wind power, significant changes in transmission systems to deliver it through the electric grid, and large expanded markets to purchase and use it. In turn, these essential changes in the power generation and delivery process would involve supporting changes and capabilities in manufacturing, policy development, and environmental regulation (DOE 2008a, p. 4).

The report also noted (p. 57) that a 20% Wind Scenario would require a substantial development of offshore technology as well as improvements to land-based technology.

As of mid-2009, all U.S. wind-energy plants were on land. A number of offshore projects had been proposed, but none had been permitted. The Cape Wind project proposed for Nantucket Sound in Massachusetts had advanced the furthest: In January 2009, the Minerals Management Service (MMS) of the U.S. Department of the Interior (DOI) released a final environmental impact statement (FEIS) for the project, which was proposed to have 130 3.6 MW turbines located 4.7 miles offshore. Because the project was to be sited in federal waters, a lease with the federal government ws required. (The 2005 Energy Policy Act amended the Outer Continental Shelf (OCS) Lands Act to give the U.S. Department of the Interior authority to issue leases, easements, or rights-of-way for activities supporting renewable energy production; DOI delegated this authority to one of its bureaus, the MMS.) The FEIS identified most impacts as negligible or minor. (For a summary of the impacts cited in the FEIS, see MMS 2009, Table E-1.)

In April 2009, the DOI finalized its framework for renewable energy production on the OCS. In May 2009, the Energy Facilities Siting Board of the Commonwealth of Massachusetts granted a Certificate of Environmental Impact and Public Interest for the Cape Wind project, combining nine state and local permits required into one "super permit." A Record of Decision from MMS on the Cape Wind application for construction, operation, and eventual decommissioning is expected shortly.

### Upstream Impacts of Wind Energy

As noted at the beginning of this chapter, upstream effects of wind-energy generation of electricity differ substantially from those of fossil-fuel

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

and nuclear plants in that there is no production, refinement, and transportation of fuel. As a result, the effects described below comprise all the upstream effects. Other kinds of EGUs also have such upstream effects, but because of their requirements for fuel, these effects are only a very small part of the total.

## Materials and Transportation

Metal components make up nearly 90% by weight and more than one-third by value of a modern wind turbine. For a 150 MW project, transportation requirements have been as much as 689 truckloads, 140 railcars, and 8 ships to the United States (Ozment and Tremwell 2007). Raw materials used include copper, iron (steel), rare earths for permanent magnets in rotors. The metal parts can be cast, forged, or machined. Turbine rotors are made of composites, balsa wood, carbon fiber, and fiberglass. Blades can approach 50 meters in length (and the nacelle of a turbine can be 70-90 meters above the ground). The mining of metals, fabrication and transportation of parts, and the assembly of the components have impacts that have been qualitatively described elsewhere in this chapter.

## On-site and Downstream Impacts of Wind Energy

### Ecological Effects

Assessment of the ecological effects of generating electricity from wind has focused primarily on deaths of flying animals caused by interactions with turbines. Bird deaths attributable directly to wind generation of electricity probably are less than 100,000 per year in the United States (for example, NRC 2007b; Sovacool 2009b). The only bird deaths considered to potentially reflect a population-level problem currently are of raptors, occurring mainly in older installations in California (NRC 2007b). Total anthropogenic bird deaths probably exceed 100 million per year in the United States,[50] and could be as high as 1 billion (NRC 2007b).

Bat deaths caused by wind turbines, especially in the eastern United States, have been higher than expected (NRC 2007b, Arnett et al. 2008), although they are extremely difficult to quantify, because bats are small

---

[50]Estimating the number of anthropogenic bird deaths is difficult, but the largest sources of mortality include birds' flying into buildings, flying into transmission lines, collisions with vehicles, exposures to toxic chemicals, and predation by domestic cats; this last factor alone could cause more than 100 million bird deaths per year (NRC 2007b and references therein).

Copyright © National Academy of Sciences. All rights reserved.

140                                                                  *HIDDEN COSTS OF ENERGY*

and hard to find (Kunz et al. 2007). To date, no member of any bat species listed under the Endangered Species Act has been reported killed by a wind turbine. Bat populations of many species have been declining in the eastern United States, and because so little is known about the demography of bats, and because it is so difficult to quantify bat deaths, it is possible that the number of bats killed by wind turbines is a significant population-level threat to some species in some locations. The concern is intensified to the degree that the number of turbines continues to increase (NRC 2007b).

Although the primary focus of ecological effects of wind has been on deaths of flying animals, wind-generated electricity also can have wider ecosystem and habitat effects. Land-use changes to accommodate wind-energy installations are similar in kind to those for many other kinds of electricity-generating plants, including the need for roads and rights-of-way for transmission lines. The overall footprint of a wind-energy plant tends to be larger than for others, but the intensity of land-use change can be lower, because in many cases, the land between the turbines is not affected. On forested ridge lines in the eastern United States, the forest generally is cleared, or at least cut back, throughout the installation's footprint (NRC 2007b).

Most studies, including the NRC's 2007b report, have not identified significant ecological impacts other than those described above. However, the total installed wind-energy capacity when most recent reports were published was less than 12 GW, as compared with the more than 25 GW at the end of 2008. The rapid recent and projected future growth of wind-powered electricity generation in the United States means that ecological assessments probably will need to be repeated.

### Aesthetic and Visual Effects

There have been few quantitative studies of aesthetic and visual impacts, although there are well-established methods for assessing them quantitatively (NRC 2007b).

### Noise, Flicker, Radar Interference, Other

Adverse effects caused by noise—annoyance, sleep disturbance, and discomfort—have been documented and may be locally significant. Electromagnetic interference with television and radio broadcasting and radar also has been documented (NRC 2007b). Flicker effects have not been documented in the United States. All the above effects appear to be relatively small compared with effects related to other energy technologies considered by the committee.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

### Assessment of Externalities from Wind Energy

The life-cycle damages associated with wind energy have not been fully quantified, but for those effects for which the committee has information, it is safe to say that, in aggregate for 2009, potential damages associated with wind turbines are small compared with those associated with coal and natural gas as electricity sources. Criteria-pollutant forming emissions and GHG emissions are much smaller per kWh than for coal or natural gas, and wind power produces far less electricity than do coal and natural gas, and so the aggregate emissions are very much smaller. Aggregate land-use effects considered over the entire life cycle are not significantly larger at present than those for other generation types, especially if one considers that in some cases former land uses can continue between wind turbines.

Anthropogenic causes of bird deaths include collisions with power lines, implying contributions from all sources of electric-power generation and use. Collisions with power lines likely account for the deaths of more than 130 million birds each year, dwarfing the estimated number of bird deaths caused by direct collisions with wind turbines (20,000 to 37,000 in 2005) (NRC 2007b and references therein). We do not have enough information to reliably compare the death rates of birds across all electricity-generation sources per kWh,[51] but if wind power ever provides 20% of U.S. electricity supply, as some scenarios suggest it will, then its significance as a cause of bird deaths would increase.

Damages associated with bat deaths are difficult to analyze. Bat deaths appear to be largely, if not uniquely, associated with wind generation of electricity, but no good estimate of the numbers of bats killed is available (NRC 2007b). In addition, the lack of understanding of the demography and ecology of bats makes it difficult to assess the importance of bat deaths. It appears likely to this committee that societal damages associated with the killing of bats by wind turbines are currently small by comparison with the aggregate damages associated with electricity generation by coal, natural gas, and the sum of all other sources. We agree with the NRC (2007b) that better information is needed, especially in light of the probable future increase in the number and density of wind turbines.

---

[51]Such a comparison was attempted by Sovacool (2009b). He concluded that wind energy killed 0.3 birds per kWh, nuclear power killed 0.4 birds per kWh, and fossil-fuel powered electricity killed 5.2 birds per kWh. Most of the fossil-fuel-related bird deaths were attributed to future climate change, and thus they represented a projection rather than an actual estimate of current bird deaths; he estimated the nonclimate-related avian mortality rate at 0.2 bird deaths per kWh.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

## ELECTRICITY PRODUCTION FROM SOLAR POWER

### Background and Current Status

Solar power, a renewable energy source, refers to the capture and conversion of solar radiation (that is, sunlight) into electricity or heat. The use of solar power to generate electricity most commonly involves photovoltaic (PV) modules, or "solar panels," that are installed in large solar power plants ("solar farms") or on the walls or roofs of buildings. Other methods also exist to use heat generated by solar collectors or by other technology to generate electricity from steam turbines. The passive use of solar power for heating is discussed in Chapter 4. Concentrating solar power (CSP) systems use optics to concentrate direct incident solar radiation, which is converted into thermal energy that can be used to generate electricity. CSP-system use in the United States is limited, primarily to sites in the Southwest, which have abundant direct solar radiation.

PV- and CSP-system electricity generation by the electricity sector combined to supply 500 GWh in 2006 and 600 GWh in 2007, which constitute about 0.01% of the total U.S. electricity generation. EIA data indicate that the compounded annual growth rate in net U.S. generation from solar was 1.5% from 1997 to 2007 (NAS/NAE/NRC 2009b). However, this estimate does not account for the growth in residential and other small PV installations, which are applications that have displayed the largest growth rate for solar electricity.

U.S. solar panel and module imports increased from 45,313 peak KW in 2002 to 280,475 peak KW in 2007. EIA estimates that 90% of end use for domestic PV shipments is grid-interactive electricity production. Approximately 3% is remote electricity production. The remaining 7% is distributed among uses that include communications, consumer goods, transportation, water pumping, health, and others.

### Upstream and Downstream Impacts of Photovoltaic Energy

PV installations have two main parts: the solar panels and the balance of system (BOS) components. Generating electricity from PV modules, which produce direct-current (DC) electricity, requires a BOS to convert the DC power into the more commonly used alternating-current (AC) electricity. As such, upstream life-cycle activities involve mining of materials required for both solar panels and BOS components, panel and BOS manufacturing and construction, and finally the PV system installation.

Solar panels are made of semi-conducting materials similar to those used in the electronics industry. "Solar grade" silicon, derived from quartz

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

sand, is the most commonly used material to make solar panels. However, emerging thin-film technology, which allow use of solar panels as roof tiles and other building features, can be made of a variety of materials, including amorphous silicon, gallium arsenide (GaAs), cadmium-telluride (CdTe), and copper indium gallium selinide (CIGS). With the exception of silicon and arsenic (for arsenide), the metals required for thin-film technologies are rare, and their use may depend on foreign imports. Materials for both CdTe and CIGS can be obtained from waste streams of zinc and copper smelting (USGS 2008).

Manufacturing these panels is a very high-technology, material- and energy-intensive process. A number of the metals for thin-film PV technology are toxic (for example, arsenic and cadmium), thus raise environmental and public health concerns about metal emissions during the extraction, material upgrading, and manufacturing activities associated with PV systems. The intense energy requirements for upstream PV activities are another concern. Various studies have considered the relevant life-cycle flows of materials, energy, and resources for PV systems. Most studies have focused on the life cycle of solar photovoltaic (PV) systems, specifically on crystalline silicon systems, and on energy and GHG emissions. Fewer studies have considered life-cycle material and substance use, or emerging thin-film technologies like cadmium-tellurium (CdTe) PV panels (Fthenakis and Alsema 2006).

Unlike other energy-generation technologies, for which the underlying technology has not changed significantly over 30 years, the manufacture of PV panels has undergone significant efficiency improvements and material shifts over that time (for example, the cost/watt decreased from \$6 to \$2 from 1990 to 2005). Studies in Europe that focused on previous generation technology estimated that producing solar power had 30% higher health impacts than natural gas, and GHG emissions of 180 g/kWh—an order of magnitude higher than nuclear (EC 2003). Follow-on studies, including CdTe systems, showed lower but nonzero life-cycle health impacts from PV of about 0.1-0.2 cents per kWh, primarily caused by GHG, lead, and particulate matter emissions (Fthenakis and Alsema 2006). The life-cycle GHG emissions are estimated to be 20-60 g/kWh, comparable to those of nuclear power (Fthenakis and Kim 2007), while $NO_x$ and $SO_2$ emissions are estimated at 40-180 and 50-450 mg/kWh respectively, far less than other generation methods (Fthenakis et al. 2008). Fthenakis and colleagues (2008) also evaluated heavy metal emissions (that is, Ar, Cd, Cr, Pb, Hg, and Ni), and found that that they are greatly reduced in comparison to emissions from fossil fuels, even with PV technology that makes direct use of the emitted compounds.

Generally excluded from LCA studies are transport considerations of

Copyright © National Academy of Sciences. All rights reserved.

raw materials to panel manufacturers in the United States. Transport considerations are important depending on type of PV system. For example, the United States has very little or no domestic production of arsenic, gallium, or indium, and must rely upon imports for these materials (USGS 2008). Because of intense energy requirements for upstream activities, research has begun to evaluate the "energy payback"—the amount of time a PV system must operate in order to recover the energy used to produce a PV system (DOE 2004).

Downstream life-cycle activities include electricity generation, storage, and disposal or recycling of worn-out panels. As with wind power, the production of electricity with PV systems does not emit air pollutants, including GHGs. Externalities associated with downstream PV activities may arise due to intermittency, that is, the need for grid electricity when sunlight is not available. Chapter 6 further discusses grid interruptions associated with renewable energy sources. Other externalities may arise from the disposal of worn-out PV systems. Worn-out solar panels have potential to create large amount of waste, a concern exacerbated by the potential for toxic chemicals in solar panels to leach into soil and water. Many components of solar panels can be recycled, but the United States currently does not have or require a solar PV recycling system.

To capture enough solar energy to produce large amounts of electricity requires a certain amount of land. Much of the United States receives enough solar energy to produce around 1 kWh per square meter of PV panel per day in the summer, less in winter, but more if the panel is tracked to follow the sun. The economic and other values of the land that would be needed to capture enough solar energy to provide substantial amounts of electricity would depend on a host of factors, including the land's location, ownership, and proximity to population centers, and other potential uses for the land. However, other factors also could affect solar-powered electricity at such a scale.

## Future Considerations for Solar Energy

While solar PV and CSP are still developing technologies, they will be an increasing, but still small, part of electricity generation through 2020. Although solar power represents a very small fraction the U.S electricity generation, the energy potential of solar power is enormous. A 2009 NRC report, *Electricity from Renewable Resources: Status, Prospects, and Impediments*, notes that current domestic solar power potential is 13.9 TWh, more than 3,000 fold greater than current electricity demand (NAS/NAE/NRC 2009b, p. 4).

If solar energy for electricity were to become a significant part of the

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

U.S. energy mix, more attention would need to be paid to damages resulting from the manufacture, recycling, and disposal of equipment. Land-use issues also would probably be a concern.

## ELECTRICITY PRODUCTION FROM BIOMASS

The nature of electricity generated from biomass feedstock is difficult to quantify and, for its externalities, even more difficult to obtain reasonable numbers. This is because the production and utilization of biomass for electricity production is inherently localized, resource-specific, and small scale. In addition, the term "biomass" can refer to a variety of feedstocks. The following discussion addresses issues associated with biomass use for electricity generation; because different feedstocks often are used for ethanol production for transportation fuel, the issues associated with them are somewhat different as well (see Chapter 3).

### Feedstock Production

Feedstock comes from forestry and agricultural residues and from harvesting of forest and agricultural products. Some electricity generation uses either industrial biomass residues or municipal solid waste.

In the case of energy crops, land could be used for other activities. For agricultural residues, farming practices and the viability of the land for farming could be affected. In some cases, changes in land use can increase carbon emissions. Other uses can enhance terrestrial carbon sequestration.

Sufficient water is needed to raise crops, forest products, and their residues. Non-point-source runoff can impact surrounding surface-water systems. Use of pesticides can affect water quality through non-point-source runoff. Energy use can have impacts through life cycles for growing biomass feedstock and the related harvesting of crops or agricultural residues.

Use of fertilizers, particularly petroleum-based, constitutes an additional life-cycle issue, since much fertilizer is produced using natural gas. Additionally, there could be an increase in GHG emissions from energy use in the treatment of the fields and emissions of nitrous oxide from the fertilizers.

Labor and related societal issues are related to changes in farming and forestry practices and in harvesting residues. Ecological effects, primarily destruction of habitat, mainly involve taking marginal lands for energy crops and forest products.

Most impacts from the use of municipal solid waste as a feedstock for electricity are expected to be positive, since the need for landfilling waste and the related potential for runoff to surface waters from landfills is

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

minimized. However, concerns remain about atmospheric emissions from conversion facilities and land use (siting).

Emissions from the combustion of biomass can include polychlorinated biphenyl compounds, although the focus of recent analysis has been primarily on enclosed systems, such as cook stoves (Gullet et al. 2003). Although damages from biomass-generated electricity on a per-kWh basis might equal or even exceed those from other sources in some cases, the committee has not provided detailed analyses because this technology probably will have only limited market penetration in 2030.

### Transportation

Similar to the harvesting of biomass feedstock, transportation of feedstocks has localized impacts. Many facilities use biomass as a feedstock, derived from processes and residues generated on site. Where energy crops or biomass residues are collected away from the location of the power plant, the cost of transportation limits how far from the power plant these low-energy-density feedstocks can be obtained. The impacts associated with transportation are similar to standard transportation impacts associated with vehicle miles driven in terms of air quality impacts, energy penalties, and accidents.

### Power Generation

In 2008, not quite 40,000 GWh were generated from wood and wood waste, about 0.9% of the total (see Table 2-1 and associated text). Biomass accounted for about 16,000 GWh (0.3%).

The National Electric Energy Data System indicates that in 2003 there was less than 1.6 GW capacity of biomass-fired power plants in the United States (EPA 2004b). This is a small amount compared with overall generating capacity.

Many of the issues facing biomass combustors are similar to issues faced by larger-scale fossil-fuel generation, although they typically are more localized, because the generators are small, which may limit the control technologies placed on the system. In addition, many of these systems have been in operation since 1937, and therefore presumably "grandfathered" in on some environmental rules.

Air quality is a local issue, particularly for particulate matter from smaller, older combustors. Facility health and safety are important for older facilities.

Siting issues, such as aesthetics, are significant for newer facilities, such as those utilizing municipal solid waste. Citizens can be concerned about aesthetics and possible odors from atmospheric emissions.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK Document 85-2 filed 05/06/21 USDC Colorado pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

For potential new technologies such as biogasifiers and use of liquid fuels derived from bio-oils, other environmental issues are unlikely to be a large factor, but there could be a public perception that these facilities will use feedstock from land that has been clear cut for energy crops, such as tropical oils.

## TRANSMISSION AND DISTRIBUTION OF ELECTRICITY

Here, we briefly discuss effects and damages associated with electricity transmission lines. Chapter 6 provides a discussion of security issues associated with interruptions or intermittencies in transmission/transport and distribution systems for electricity and for fuels such coal, oil, and natural gas.

Perceptions exist that high-voltage power lines and substations pose health risks (for example, of childhood leukemias and adult cancers, as well as acute effects) through their emission of extremely low frequency (ELF) electromagnetic radiation, but despite many studies, adverse health effects of transmission lines have not been conclusively established. The World Health Organization recently assessed this issue in detail (WHO 2007), and WHO's International Agency for Cancer Research addressed it further in 2008 (IARC 2008). The reports conclude that the evidence on some impacts of ELF on human health is inconclusive, including childhood leukemias; and that on other aspects the information leads to the conclusion that there are no adverse effects. The IARC report further concludes that if there are any excess cancer cases the number is very small, and that more than 99% of people are not exposed to enough ELF radiation from transmission lines for there to be a possibility of their suffering increased incidence of cancer.

Transmission lines also have raised concerns—as have various electricity-generating facilities—about loss of property values along and near them due to visual impairment and perceived or actual health risks, as well as possible land-use effects. The loss of property values is not an externality, being instead a market-mediated reflection of real or perceived physical damages. However, the visual impairment or any health risks associated with transmission lines are an externality.

Some renewable sources of energy, especially wind and solar, often need to be sited far from end users, thus requiring more new transmission lines than some other sources would need. For these reasons, proposals for new transmission lines often have been controversial, and managing the need for transmission lines and building new ones is thus a significant policy issue. However, because externalities associated with them appear to be very small by comparison with other aspects of electricity generation, the committee has not considered them in detail.

Copyright © National Academy of Sciences. All rights reserved.

## SUMMARY

This chapter has examined information on burdens, effects, and damages associated with electricity generation from coal, natural gas, nuclear power, wind energy, solar energy, and biomass. In the case of fossil fuel and nuclear power, this discussion includes consideration of the exploration, extraction, and processing of fuel, and the transportation of fuel to generating facilities (upstream externalities) as well as electricity generation and distribution (downstream externalities).[52] Some burdens and effects have been discussed in qualitative terms, and others have been quantified and, when possible, monetized.

Our main goal is to examine the uncompensated external costs (and benefits) associated with electricity production. Many external costs have been reduced through regulation: For example, the criteria-air-pollutant damages associated with electricity generation from fossil fuel have been substantially reduced by federal and state regulations over the past 30 years. We examine only those damages that remain. Occupational injuries and deaths are of importance to society, but they do not constitute external costs associated with coal mining and oil and gas production. We therefore do not monetize them and do not add them to external costs, such as the health costs associated with air-pollution emissions.

There are at least two reasons for examining the externalities associated with electricity generation. One is to inform the choice among fuel types when increasing electricity production or replacing existing plants. This is typically done by comparing the external cost per kWh of electricity generation across fuel types. Another reason for examining externalities is to help identify situations where additional regulation may be warranted to reduce the external costs produced by current electricity generation. Identifying sources with large aggregate air-pollutant damages can help identify facilities where further analysis of the costs and benefits of reducing emissions is warranted. This chapter helps to inform both issues.

### Electricity from Coal and Natural Gas

In the case of electricity generation from coal and natural gas, we have described the upstream externalities associated with fuel extraction and processing and have quantified the air-pollution damages associated with

---

[52]We have not conducted a fully comprehensive life-cycle analysis of the external costs of electricity generation. In particular, we have estimated the external costs associated with power plant construction. Those costs probably are small compared with all other life-cycle costs, because thermal power plants often last more than 50 years, so when annualized, the costs are small over the plant's life span.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

electricity generation at 406 coal-fired and 498 gas-fired power plants in 2005. This is based on emissions data from the 2005 National Emissions Inventory and estimates of damages per ton of pollutant from the APEEP model. Damage estimates are based on emissions of $SO_2$, $NO_x$, $PM_{2.5}$ and $PM_{10}$ and include impacts on human health, visibility, agriculture and other sectors. The average damage associated with these emissions per kWh at coal plants, weighting plants by the electricity they generate, is 3.2 cents per kWh (2007 USD), using a value of a statistical life (VSL) of $6 million (2000 USD).[53] The corresponding figure for gas facilities is 0.16 cents per kWh (2007 USD). However, the distribution of damages per kWh is wide for each set of plants, reflecting variation in the emissions intensity of plants and in their location. As a result, the coal plants with the lowest damages per kWh are cleaner than the natural gas plants with the highest damages per kWh. Specifically, the 9% of natural gas plants with the highest damages per kWh exceed the damages per kWh for the 10% of coal plants with the lowest damages.

The aggregate damages associated with emissions of $SO_2$, $NO_x$, $PM_{2.5}$, and $PM_{10}$ from coal generation in 2005 were approximately $62 billion (2007 USD), or $156 million per plant on average. The 50% of plants with the lowest damages per plant, which accounted for 25% of net generation, produced 12% of damages, and the 10% of plants with the highest damages per plant, which also accounted for 25% of net generation, produced 43% of the damages. The situation for gas is similar, although damages per plant are lower: the 10% of natural gas facilities in our sample with the highest damages per plant produce 65% of the air-pollution damages associated with the 498 facilities that we examined.

What are criteria air-pollution damages from coal and natural gas plants likely to be in 2030? To examine damages in 2030 we increase electricity generation at the plants analyzed in 2005 by amount consistent with EIA forecasts of electricity production from coal and natural gas. This implies, on average, a 20% increase in electricity produced from coal and a 9% increase in electricity produced from natural gas. We also assume that the emissions intensity of plants will fall in a manner consistent with EIA estimates of total emissions from fossil fuel plants. The APEEP model was used to estimate damages per ton from $SO_2$, $NO_x$, $PM_{2.5}$, and $PM_{10}$ in 2030. In spite of increases in damages per ton of pollutant, due to population and income growth, average damages per kWh (weighted by electricity generation) at coal plants are 1.7 cents per kWh (electricity-weighted),

---

[53]Premature mortality constitutes over 94% of total damages. When a VSL of $2 million is used, premature mortality constitutes 85% of total damages and the cost per kWh (electricity-weighted) falls to 1.2 cents.

Copyright © National Academy of Sciences. All rights reserved.

compared with 3.2 cents per kWh in 2005 (also electricity-weighted). The fall in damages per kWh is explained by the assumption that pounds of $SO_2$ per MWh will fall by 64% and that $NO_x$ and PM emissions per MWh will fall by approximately 50%. Average damage per kWh from gas generation falls to 0.11 cents (2007 USD) from 0.16 cents in 2005 (weighting plants by net generation).

## Electricity from Nuclear Power

The committee did not quantify damages associated with nuclear power because the analysis would have involved power-plant risk modeling and spent-fuel transportation modeling that would have taken far greater resources and time than were available for this study. Notwithstanding that this modeling was not undertaken, previous studies suggest that the monetized value of these risks are small (ORNL/RFF 1992-1998; EC 1995b). The upstream damages result largely from uranium mining, most of which occurs outside the United States. With uranium mining in general, radiological exposure can occur through inhalation of radioactive dust particles or radon gas, ingestion of radionuclides in food or water, and direct irradiation from outside the body. For surface mine workers, exposure to radon exposure is generally less important than direct irradiation or dust inhalation; however, exposure to radon can be important for underground miners. If radiological exposure is taken into account in the miners' wages, it would not be considered an externality. For members of the public, the most significant pathways from an operating mine are radon or other radionuclide ingestion following surface water transport; from a rehabilitated mine, the more significant pathways over the long term are likely to be groundwater as well as surface water transport and bioaccumulation in animals and plants located at the mine site or on associated water bodies. Upstream impacts also include air emissions, including GHG emissions, but they are one or two orders of magnitude smaller than the emissions from coal-fired plants.

Downstream burdens are largely confined to the release of heated water used for cooling—such releases occur at any type of thermal plant—and the production of low-level radioactive wastes (LLRW) and high-level radioactive wastes (HLRW) from spent fuel; release of highly radioactive materials has not occurred on a large scale in the United States (but obviously has occurred elsewhere). Either LLRW is stored for decay to background levels and then disposed of as non-radioactive waste (a practice possible with slightly contaminated materials) or it is disposed of in near-surface landfills designed for radioactive wastes.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

For spent nuclear fuel that is not reprocessed and recycled, HLRW is usually stored at the plant site. No agreement has been reached on a geologic repository for HLRW in the United States, and therefore little HLRW is transported for long distances. LLRW has been transported for decades without serious incident. The issue of having a permanent repository is perhaps the most contentious nuclear-energy issue, and considerably more study on the externalities of such a repository is warranted.

## Electricity from Wind

Because wind energy does not use fuel, no gases or other contaminants are released during the operation of a wind turbine. Upstream effects are related to the mining, processing, fabrication, and transportation of raw materials and parts; those parts are normally transported to the wind-energy plant's site for final assembly. The committee concludes that these life-cycle damages are small compared with the life-cycle damages from coal and natural gas. Downstream effects of wind energy include visual and noise effects, the same kinds of land-use effects that accompany the construction of any electricity-generating plant and transportation of electricity, and the killing of birds and bats that collide with the turbines.

Far more birds—by at least three orders of magnitude—are estimated to be killed by collisions with transmission lines, which are associated with all forms of electricity generation, than by collision with wind turbines. Therefore, although the detailed attribution of transmission-line-caused bird deaths by electricity source would be difficult, the committee concludes that bird deaths caused by wind-powered electricity generation are small compared with deaths from all other sources.

Wind-energy installations often have larger footprints than nuclear or coal plants, but the land use within the footprint often is less intensive than within the smaller footprints of thermal plants. In most cases, wind-energy plants do not currently kill enough birds to cause population-level problems except perhaps locally, mainly affecting raptors. The numbers of bats killed and the population consequences of those deaths have not been quantified, but could be significant. If wind-powered energy generation continues to grow as fast as it has recently, bat and perhaps bird deaths could become more important.

The committee has not quantified any effects of solar or biomass generation of electricity, but has not seen evidence that, at current generation capacity, there are effects that are comparable to those from larger sources of electricity generation. However as technology and penetration into the U.S. energy market improves, the externalities from these sources will need to be reevaluated.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

### Research Recommendations

Many of the significant externalities associated with electricity generation can be estimated quantitatively, but there are several important areas where additional research is needed:

- Although it appears that upstream and downstream (pre- and post-generation) activities are generally responsible for a smaller portion of the life-cycle externalities than the generation activities themselves for some sources, it would be useful to perform a systematic estimation and compilation of the externalities from these other activities, comparable in completeness to the externality estimates for the generation part of the life cycle. In this compilation, damages from activities that are locally or regionally significant (for example, the storage and disposal of coal combustion by-products, in situ leaching techniques for uranium mining) need to be taken into account.

- The "reduced-form" modeling of pollutant dispersion and transformation is a key aspect in estimating externalities from airborne emissions, which constitute most of the estimated externalities for fossil-fuel-fired power plants. These models should continue to be improved and tested and compared with the results of more complex models, such as CMAQ.

- The health effects associated with toxic air pollutants, including specific components of PM, from electricity generation should be quantified and monetized. Because of the importance of VSL in determining the size of air-pollution damages, further exploration is needed of how willingness to pay varies with mortality-risk changes and with such population characteristics as age and health status.

- For fossil-fuel options, the ecological and socioeconomic impacts of coal mining, for example, of mountaintop removal and valley fill, are a major type of impact in need of further research in to quantify their damages.

- For nuclear power, the most significant challenges in estimating externalities are appropriately estimating and valuing risks when the probabilities of accidents and of radionuclide migration (for example, at a high-level waste repository) are very low but the consequences potentially extreme, and whether the cost to utilities of meeting their regulatory requirements fully reflects these externalities.

- The analysis of risks associated with nuclear power in the RFF/ORNL study should be updated to reflect advances in technology and science.

- For wind technologies, the major issues are in quantifying bird, and especially bat deaths; disturbances to both the local animal populations and landscape; and valuing them in terms comparable to economic damages.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

- For solar, an important need is a life-cycle analysis of the upstream activities that quantifies the possible releases of toxic materials and their damages; another is a better understanding of the externalities that would accompany dedicating tracts of land to solar panels.

- For transmission lines needed in a transition to a national grid system, better estimates are needed of both the magnitude and the spatial distribution of negative and positive externalities that would accompany this transition.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

# 3

# Energy for Transportation

## BACKGROUND

### The Current Mix of Energy Sources for Transportation

According to the U.S. Energy Information Agency, approximately 28%
of all energy used in the United States is currently in the transportation
sector (NAS/NAE/NRC 2009d). Of that used, approximately 96% is in
the form of petroleum, 2.6% is natural gas, and less than 1% is biomass,
electricity, or other fuels. Overall, transportation is responsible for approxi-
mately 70% of all U.S. petroleum consumption.

In its recent report, the National Research Council (NRC) Committee
on America's Energy Future reports that, as of 2003, the transportation
sector used approximately 28.4 quadrillion British thermal units (quads) of
energy, of which more than 75% was expended in highway transportation,
17% in nonhighway transportation (for example, air, rail, and pipeline),
and 8% in other off-highway use (for example, agriculture and construc-
tion) (NAS/NAE/NRC 2009d).[1] Figure 3-1 from its report illustrates that,
of the highway sector, cars account for 43% of highway energy use (ap-
proximately, 34% of all transportation energy use), light trucks for 32%
(approximately 26% of the total), and medium and heavy trucks for 24%
(approximately 19% of the total).

Of the fuels consumed, AEF reports that gasoline accounted for ap-
proximately 62% of the energy used (measured in British thermal units)

---

[1]The *Transportation Energy Data Book* (Davis et al. 2009) indicates that highway transpor-
tation expended 80% of the energy used by the entire transportation sector in 2007.

*154*

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549



(28% of total U.S. energy consumption[103.6EJ])

By Source

**FIGURE 3-1** U.S. transportation energy consumption by mode and vehicle in 2003.
SOURCE: U.S. Department of Energy's *Transportation Energy Data Book* (Bodek
2006) in NAS/NAE/NRC (2009d). Reprinted with permission; copyright 2006,
Massachusetts Institute of Technology.

(EIA 2006b), and diesel (primarily in medium- and heavy-duty vehicles)
accounted for approximately 17% of energy used.

## Regulation of Transportation Air Quality Emissions

The past four decades have seen a substantial national effort to regulate
the emissions from transportation, starting with light-duty vehicles in the
1970s, and moving to heavy-duty on-road vehicle, and most recently to a
range of other transportation sources, including construction and agricul-
tural equipment, locomotives, boats, and ships (NRC 2004c). These efforts
have been driven in part by even stricter standards adopted by California,
which have in turn been adopted by a number of states. The result has been
substantial reductions in emissions and ambient levels of a number of pol-
lutants, even as vehicle miles have increased. For example, there have been
substantial reductions of ambient levels of carbon monoxide (CO), in most
cases to levels below[2] the current National Ambient Air Quality Standards
(NRC 2003b).

---

[2]As of July 31, 2009, Clark County, Nevada is the only U.S. county in nonattainment for
carbon monoxide (see EPA 2009f).

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK  Document 85-2  filed 05/06/21  USDC Colorado  pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Starting in the late 1980s in the states and in 1990 on the national level, a number of rules have been aimed at changing the formulation of fuels to reduce a variety of emissions (for example, benzene and other volatile organic compounds [VOCs]) and to facilitate the introduction of new emission-control technologies (for example, ultra-low-sulfur diesel fuel) (NRC 2004c). Substantial requirements have also been enacted this decade that require enhanced use of biofuels (more details provided later in chapter).

### Improving Vehicle Efficiency

In addition to regulation to reduce emissions in the transportation sector, the United States has seen substantial efforts, beginning in the 1970s and renewed recently, to improve vehicle efficiency (NRC 2002c). The recent AEF efficiency panel report (NAS/NAE/NRC 2009d) assessed the opportunities for reducing energy consumption in the transportation sector through advances in efficiency.

That report notes that energy usage in transportation has grown rapidly in the United States over the past decades except for brief pauses during economic recessions in 1974, 1979-1982, 1990-1991, and 2001. The present economic decline, along with the 2008 spike in petroleum prices, is also likely to slow the demand for transportation fuels. Globally, the major drivers for energy efficiency are the price of fuel (influenced by taxes), regulations, personal choice, and the personal environmental values movement. In Europe, where high fuel and vehicle taxes raise owner costs and where diesel fuel is taxed less than gasoline, new-vehicle fuel economy is approaching 40 miles per gallon (mpg). In 1999, Japan instituted a fuel economy program to encourage vehicle efficiency per mile traveled, and its present new-vehicle fuel economy is similar to Europe's. In 2006, Japan revised its fuel economy standard to 47 mpg by 2015 (Ann et al. 2007).

In the United States, technological efficiency improvements are available at fairly modest costs. With present market structures, vehicle drive-train efficiency has been improving at a rate of about 1% per year. However, rather than reducing their fuel expenses as a result of these improvements, most U.S. consumers have opted to purchase larger vehicles with more acceleration and accessories that consume even more energy. So in spite of technological improvements in the efficiency of vehicle components, the fuel demand has continued to rise, and the U.S. light-duty vehicle fleet now has an average new-vehicle fuel efficiency of about 25 mpg.

Recently, California adopted so-called GHG emission standards that would require substantial reductions in GHG emissions, primarily through enhancements in fuel economy, by 2016; 13 additional states indicated that they would adopt the standards once the U.S. Environmental Protection

*Copyright © National Academy of Sciences. All rights reserved.*

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3

Agency (EPA) approved a waiver of the Clean Air Act to allow the standards to move forward. Although EPA had originally rejected California's application for a waiver, in January 2009 EPA began a formal process to reconsider the waiver, and in May 2009, after detailed discussions among California, EPA, and auto makers, President Obama announced an approval of the waiver and a new unified approach to both federal corporate average fuel efficiency (CAFE) and GHG emissions standards that will result in a national standard comparable to the California standards. This action is expected to result in the achievement of the former 35.5 miles per gallon CAFE goal by 2016, several years sooner than originally envisioned.

A wide variety of technologies are available to improve fuel economy, in particular those to improve drive-train efficiency, vehicle aerodynamics, rolling resistance, and weight reduction (NRC 2008b). Many of these will be widely deployed by 2020, but further gains will be possible. Diesel engines and hybrid electric vehicles (HEVs), such as the Toyota Prius, are currently available and can reduce fuel consumption by more than 25% relative to today's gasoline vehicles. A shift to these technologies, coupled with other improvements, could result in a new-vehicle fleet with substantially improved fuel efficiency.

## APPROACH TO ANALYZING EFFECTS AND EXTERNALITIES OF TRANSPORTATION ENERGY USE

### Rationale for the Selection of Vehicle Fuels and Technologies

In considering its task, the committee recognized that it could not estimate quantitative externalities for every possible energy use in the transportation sphere. Therefore, the committee attempted to place transportation energy uses in order of importance on the basis of two key factors: (1) the degree to which a current transportation energy use is a significant part of energy use, and (2) the degree to which an emerging fuel and technology is likely to become a significant part of transportation energy use in the future. In applying these criteria and assessing the degree to which the data would support quantitative analysis, the committee focused on two key areas:

- A quantitative analysis of current and 2030 energy use, emissions, and externalities for highway transportation for both petroleum-based fuels and conventional biofuels (for example, corn ethanol) using the GREET (Greenhouse Gases, Regulated Emissions, and Energy Use in Transportation) model for primary analysis tied to the APEEP (Air Pollution Emission Experiments and Policy) model to estimate physical effects and monetary damages. This analysis applies to more than 75% of all current U.S. energy use in the transportation sector.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

• A qualitative and quantitative synthesis of what is currently known on several other key fuels and technologies, including emerging biofuels (for example, corn stover and grasses); hybrid, plug-in hybrid, and electric vehicles; and other fuels (natural gas and hydrogen fuel cells).

## Transportation Life-Cycle Analysis

Our goal is to develop and apply an LCA framework that can provide more detailed quantitative assessments of the comparative health and environmental benefits, risks, and costs of existing fossil fuels (petroleum), as well as future mixes of transportation technologies and fuels. To meet this goal, we build on state-of-the-art life-cycle-impact-assessment (LCIA) methods that have been developed for evaluating and allocating the health, resource, and environmental impacts of industrial, agricultural, and energy technology systems (Guinée and Heijungs 1993; Horvath et al. 1995; Hoffstetter 1998; IAEA 1999; Hertwich et al. 2001; Bare et al. 2002; EC 2008). This effort and its resulting framework provide quantitative estimates of impacts that can be considered "external" in the context of Chapter 1.

One can take either a top-down or bottom-up approach when allocating health and environmental costs to transportation technologies. The top-down approach considers morbidity and mortality statistics for a specific population, such as the inhabitants of a country or of a large urban region, and attempts to allocate these impacts to a specific source, such as transportation emissions or power-plant emissions. The bottom-up approach provides a list of hazard sources (such as pollutant releases) and tracks these hazards from the source to exposure and damage. Top-down assessments for air pollution have been carried out for many regions, making it possible to provide a disease-burden estimate for air pollution. However, allocation to specific energy systems cannot be resolved because the top-down approach lacks the spatial and temporal resolution needed to track impacts to specific technologies. In contrast, the impact pathway assessment used in the ExternE study (EC 2003, p. 3) and the more recent analysis by Hill et al. (2009) of air-emission impacts from transportation fuels both used a bottom-up approach in which environmental benefits and costs are estimated by following the pathway from source emissions through pollutant-level changes in air, soil and water to health and environmental impacts.

The life cycle of effects associated with using energy for transportation includes upstream effects, such as extracting and processing the fuels, building the infrastructure needed to use transportation systems (for example, roads), building the infrastructure needed to deliver energy for vehicles (for example, pipelines and tankers), and manufacturing the vehicles. The life

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 3
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

cycle of effects also includes the use of energy in vehicles, such as effects associated with emissions from vehicle tailpipes.

With respect to the categories of interest in this study, the committee summarized some of the key pathways by which energy sources for transportation lead to impacts. In general, most of the emissions occur as a result of burning fossil fuels in the life cycle of transportation fuels. Such energy use occurs across the supply chain, including fuel use for drilling oil wells or farming biomass fields, to transporting feedstocks and fuels to and from refineries, the refining process, transporting fuel to and from consumers, and the use of the fuels by consumers.

The movement of feedstocks and fuels in the supply chain of transportation fuels is different from that of electricity. Petroleum and petroleum products (for example, gasoline or diesel fuel) are generally transported by pipeline or truck; whereas coal, the primary energy source for electricity, is predominantly transported by rail. A significant share of the petroleum used to make fuels is from foreign sources (where it is extracted and delivered to the U.S. market via ocean tanker).

Various studies have been conducted of externalities of energy use in transportation. Before the phrase "life cycle" became popular, studies of this scope in the energy domain were referred to as "fuel-cycle" studies. The term fuel cycle was intended to represent the entire cycle of effects associated with using fuels. Today, such studies are often called "well-to-wheel" analyses because their scope goes from the oil well to powering the wheels of the car. In general, these terms all refer to the holistic study of impacts from extraction through combustion of the fuel for transportation. Other scopes exist too, for example, "well to tank," which involves all steps needed to get a fuel to the vehicle, but not using the fuel.

Prior studies around the world have assessed the relative contribution of environmental burdens from producing and using fuels for transportation (for example, Delucchi 1993, MacLean and Lave 2003a,b, Ogden et al. 2004, Brinkman et al. 2005, EC-JRC 2008, Ruether et al. 2005). Different from the study of environmental burdens related to electricity, those studies presented a mixed view of the relative importance of upstream-emissions versus in-use vehicle emissions. In prior studies, for petroleum-based fuels, the largest amount of emissions generally occurred when burning fossil fuels in vehicles while driving them, and upstream emissions were relatively modest (although they did not, in general, include vehicle manufacturing in those upstream effects).

## Scope of the Analysis

Because this study is about externalities associated with *energy* production, distribution, and use, this chapter considers the externalities from

Copyright © National Academy of Sciences. All rights reserved.

transportation technologies that use different forms of energy and fuels. The externalities of transportation per se are not within the scope of the study. Thus, the committee generally does not consider vehicle safety issues and traffic accidents, damage to road pavement from heavy trucks, or traffic congestion. These are not related to energy options. We consider them only to the extent that there are significant damages from the transport of fuels. For instance, Chapter 2 considers rail accidents associated with the transport of coal, but not all rail accidents. Similarly, our study considers oil tanker accidents, but not all transportation accidents.

The committee's goal was to estimate the external damages, in dollars per additional mile traveled, of different types of vehicle-fuel technologies, both current (2005) and future (2030). To do this properly, the committee recognized that it would be necessary to keep track of each type of pollutant and its source location and other factors that would vary spatially and over time. We also wanted to track the life-cycle stage of the damage and the end point category (for example, mortality and morbidity).

To obtain the estimates of emissions per vehicle miles traveled (VMT) by vehicle-fuel technology and life-cycle stage, the committee relied primarily on the GREET model. Sponsored by the U.S. Department of Energy's Office of Energy Efficiency and Renewable Energy (EERE), Argonne National Laboratory developed a full-life-cycle model called GREET. It allows researchers and analysts to evaluate various vehicle and fuel combinations on a full fuel-cycle and vehicle-cycle basis. The GREET model and analyses using the model have been published in a large number of peer-reviewed journals. The model has been widely used by Argonne, and other organizations have used GREET for their evaluation of advanced vehicle technologies and new transportation fuels. GREET users include government agencies, the auto industry, the energy industry, research institutions, universities, and public interest groups. GREET users are in North America, Europe, and Asia.[3]

GREET includes more than 100 fuel production pathways and more than 70 vehicle and fuel systems. Fuels include conventional and oil-sands-based petroleum fuel, natural gas, coal-based liquid fuels; biofuels derived from soybeans, corn, sugarcane, and cellulosic biomass; and grid-independent hybrids, grid-dependent hybrids, and all electric and hydrogen fuel cells. Unfortunately, although GREET covers light-duty autos and two types of light-duty trucks,[4] it does not contain information on heavy-duty

---

[3]A comparison of GREET 1.8b and Mobile6.2 emission factors for gasoline vehicles reveals that the latter are generally higher. See Appendix F for details.

[4]Class 1 trucks are under 6,000 lb gross vehicle weight rating (GVWR) and less than 3,750 lb loaded vehicle weight (LVW); class 2 trucks have the same GVWR and greater than 3,750 LVW.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

trucks, which represent almost the entire U.S. fleet diesel fuel consumption, which is sizable compared with the consumption of all transportation fuels. Accordingly, the committee made separate estimates of direct emissions from heavy-duty trucks based on EPA's Mobile6.2 model and then used GREET to calculate the upstream emissions for the given fuel cycle. The committee decided in the interest of time, given their relatively smaller overall contribution, to omit rail, sea, and air transport and off-road vehicles from consideration in the modeling analysis of emissions from transportation energy use (that is, less than 25% of total transportation energy use).

Table 3-1 provides the complete list of vehicle-fuel technologies that the committee modeled with GREET[5] and the heavy-duty vehicles modeled by the committee outside of GREET.

To address technology improvements over time, GREET simulates fuel-production pathways and vehicle systems over a period from 1990 to 2020 in 5-year intervals. The results for any given year reflect GREET's estimates from 5 years before, so as to reflect the average fleet on the road in the year being analyzed. Thus, the committee, which was interested in external damages for 2005 (the base year for our analysis), used the 2000 GREET results for 2005. For its 2030 estimates, the committee used the 2020 results (that is, those vehicles on the road in 2020) with one major adjustment, replacing the default vehicle fuel efficiency for light-duty autos in GREET with the 35.5 mpg, which will be required by 2016 under the recently announced new efficiency and GHG emission standards. For heavy-duty diesels (HDDs), the committee captured emission improvements expected as dirtier trucks are retired from 2021 to 2030 and are replaced by HDDs meeting the 2007 and 2010 tailpipe standards. This approach will probably overestimate emissions in those years if emissions continue to fall with efficiency improvements (as GREET assumes until 2020).

For a given vehicle and fuel system, GREET separately calculates the following:

• Consumption of total energy (energy in nonrenewable and renewable sources), fossil fuels (petroleum, natural gas, and coal together), petroleum, coal, and natural gas.

• Emissions of carbon dioxide ($CO_2$)-equivalent GHGs—primarily $CO_2$, methane ($CH_4$), and nitrous oxide ($N_2O$). (The committee recognizes the potential importance of other climate-change agents, such as black carbon and ozone. Although our estimates of damages unrelated to climate change included particulate matter and ozone, it was not feasible to obtain climate-change-related estimates through GREET.)

---

[5]The committee used Version 1.8b for estimating fuel-related emissions and Version 2.7a for estimating vehicle manufacturing emissions.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 3-1** Vehicle-Fuel Technologies in the Committee's Analysis

| Light-Duty Autos and Class 1 and 2 Trucks | Heavy-Duty Vehicles |
|---|---|
| RFG SI autos (conventional oil) | HDGV2B |
| RFG SI autos (tar sands) | HDGV3 |
| CG SI autos (conventional oil) | HDDV2B |
| CG SI autos (tar sands) | HDDV3 |
| RFG SIDI autos (conventional oil) | HDDV4 |
| RFG SIDI autos (tar sands) | HDDV5 |
| CNG | HDDV6 |
| E85—dry corn | HDDV7 |
| E85—wet corn | HDDV8A |
| E85—herbaceous | HDDV8B |
| E85—corn stover | |
| E10—dry corn | |
| E10—wet corn | |
| E10—herbaceous | |
| E10—corn stover | |
| Electric | |
| Hydrogen (gaseous) | |
| Grid-independent SI HEV | |
| Grid-dependent SI HEV | |
| Diesel (low sulfur) | |
| Diesel (Fischer Tropsch) | |
| Diesel (soy BD20) | |

NOTES: The modeling analysis included 33 vehicle-fuel technologies (23 light-duty vehicle fuels and 10 heavy-duty vehicle fuels). BD20 = 20% biodiesel blend; CG = conventional gas; CNG = compressed natural gas; E10 = 10% ethanol blend; E85 = 85% ethanol blend; HEV = hybrid electric vehicle; HDDV = heavy-duty diesel vehicle; RFG = reformulate gasoline; SI = spark ignition; SIDI = spark ignition, direct injection.

• Emissions of six substances that form criteria air pollutants: VOCs, CO, nitrogen oxides ($NO_x$), particulate matter smaller than 10 microns ($PM_{10}$), particulate matter smaller than 2.5 microns ($PM_{2.5}$), and sulfur oxides ($SO_x$).

GREET represents "well-to-wheel" life-cycle emissions in four stages: feedstock, fuel, vehicle manufacturing, and operations. For gasoline vehicles, these stages translate to the following:

• Feedstock: Extraction of oil and its transportation to the refinery.
• Fuel: Refining of the oil and its transportation to the pump.
• Vehicle: All emissions associated with production of the vehicle, which accounts for all life-cycle stages because it involves energy use.
• Operations: Tailpipe and evaporative emissions.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

For other types of vehicles, the stages are analogous. For grid-dependent hybrids, a more complicated example, several energy types are involved. First is the gasoline life cycle for that portion of driving that uses gasoline. Second is the electricity life cycle. In this case, the feedstock emissions are those involving such activities as extraction of coal and natural gas that are weighted to reflect a default mix of electricity-generating technologies. (The committee used a national electricity-generation mix of fuel types taken from the national energy modeling system (NEMS) model for estimating 2030 electricity emissions.) The fuel emissions are those from the power sector's smokestacks. Emission estimates for vehicle manufacturing are adjusted to reflect the differences between energy and materials requirements for hybrids vs. conventional vehicles, say, regarding battery manufacturing.

The GREET model is fully assumption-driven but comes with a series of default values representing various assumptions. The committee set these values primarily at their default values but tested alternative values when it appeared warranted. See Appendix D for details on settings chosen by the committee.

The level of spatial detail in GREET is limited to whether the emissions are from urban or rural use. This choice appears to be primarily related to considerations of how direct grams per mile emissions from vehicles are dependent on vehicle speeds, which, in turn, are different in an urban vs. rural setting. To estimate damages, however, particularly by air pollutants, a finer degree of spatial detail is necessary.

The committee's strategy was to define U.S. counties in the 48 contiguous states as either urban or rural and then assign urban or rural emission factors to counties. This approach probably works well for direct vehicle emissions, since every county has vehicle emissions. However, decisions had to be made on where to locate sources of upstream emissions, such as refineries for petroleum and ethanol.

In general, such sources (except for emissions from electricity produced for electric vehicles and grid-dependent vehicles) were assumed to be located in every county, although some adjustments were made for oil refineries, ethanol production, and vehicle manufacturing). The committee located refineries by petroleum administration for defense districts (PADD), calculated damages per unit emissions by PADD from the APEEP model, assigned counties to PADDs, and from there assigned the PADD-specific unit damages to each county. Clearly, these assumptions simplify a complex situation where fuels can be imported as well as domestically produced. But the purpose of the analysis is to examine damages from sources in the United States. Thus, one should interpret the GREET results as what the damages would be *if* the county featured all the stages of the life cycle, for example, a refinery (see Appendix D for details).

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4

Once GREET produces estimates of the emissions per mile associated with various vehicles and fuel types, this information (with the exception of emissions associated with vehicle operation and electricity production for electric vehicles and grid-dependent hybrids) was paired with results from the APEEP model, which provides estimates of the physical health and other non-GHG effects and monetary damages per ton of emissions that form criteria air pollutants.[6] For electric and grid-dependent hybrid vehicles, a similar approach was used to estimate damages for the feedstock and vehicle manufacturing components of the life cycle; however, the allocation of electric-utility-related damages to the operations and electricity production components of the life cycle were better approximated by applying a GREET-generated kWh/VMT and applying that to the estimated average national damages per kWh from the electricity analysis presented in Chapter 2 (details of this approach can be found in Appendix D).

Damages are estimated for mortality, morbidity and "other," which includes recreational damages related to visibility and crop damage related to ozone. These estimates are delivered for individual U.S. counties and for four stack heights, including tall stacks (appropriate for modeling source-receptor relationships [SRRs] associated with electric utility emissions), medium stacks (appropriate for modeling SRRs for industrial emissions), low stacks (appropriate for modeling SRRs for commercial emissions), and ground level (appropriate for modeling mobile-source SRRs). Thus, one can think of there being four matrices of physical and dollar per ton estimates, one matrix for each stack height, with each matrix covering counties and effects and damages. Because we have life-cycle emissions information, emissions per mile estimates at various stages of the life cycle were paired with the appropriate stack-height estimates.

### Presentation of Results

Results are provided by light-duty autos, two classes of light-duty trucks and eight classes of heavy-duty diesel trucks, covering 2005 and 2030, for all the vehicle-fuel technologies, all the pollutants, and all the life-cycle stages, as well as for alternative assumptions about the value of statistical life (VSL). All damages are expressed in dollar (2007 USD) per VMT terms, unless specified otherwise. With damages estimated at the county level for the 48 contiguous U.S. states, a distribution of damages over all counties was obtained. Thus, for all life-cycle stages, the 5th and 95th percentile range and median county damages are presented for each

---

[6]A more detailed description of the APEEP model is given in Chapter 2 and Appendix D. In estimating monetary damages, APEEP uses a value of a statistical life of $6 million/year (in 2007 dollars), as discussed further in Chapter 2.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use

pollutant, type of effect, year (2005 and 2030), and vehicle-fuel technology combination. For the operation stage, damage estimates are averaged over all the counties, both unweighted and weighted by population. The latter is more realistic as more-populated counties are doing more damage.

The committee also made estimates of these health and other non-GHG damages on a per gallon basis, although interpretation of these estimates is complicated by the fact that those fuel and technology combinations with higher inherent fuel efficiency would appear to have markedly higher damages per gallon than those with lower efficiency solely because of the higher number of miles driven per gallon. Also, GHG-related life-cycle emissions per mile are presented in this chapter, but damages are not discussed here (that occurs in Chapter 5). Information on energy use per mile was also calculated.

Finally, the committee did attempt to estimate aggregate annual damages for light-duty vehicles and heavy-duty vehicles in 2005—by multiplying per mile damages for each of the fuel and technology combinations in use in 2005 by the best estimates available of total VMT. Estimates for light-duty vehicles are somewhat conservative because, given the limitations on separating VMT among light-duty autos and light-duty trucks, we estimated aggregate damages using the per VMT damages we estimated for autos only. Similar estimates could not be made for 2030 given the substantial uncertainty in what fuels and what technology market shares will be at that time.

## PRODUCTION AND USE OF PETROLEUM-BASED FUELS

### Current Status and Brief History of Petroleum

Crude oil, a nonrenewable energy source, comprises the largest fraction of energy consumed in the United States (Figures 1-3 and 1-4 in Chapter 1). In 2007, the United States consumed 7.5 billion barrels of crude oil and petroleum products, of which nearly 70% was used by the transportation sector. U.S. consumption declined briefly in 1973 because of the Arab OPEC oil embargo (Figure 3-2). In response to the embargo, the U.S. government created the Strategic Petroleum Reserve (SPR). As of 2007, the SPR holds 697 million barrels of crude oil. Once the Arab OPEC embargo was lifted, U.S. consumption dramatically increased until rising oil prices in early 1980s caused a steep decline in consumption. Since the mid-1980s, U.S. oil consumption has steadily risen. In 2007, motor gasoline consumption reached a record high of 9.29 million barrels per day (390 million gallons/day).

Since the mid-20th century, U.S oil consumption has exceeded domestic oil production, thus nearly 60% of crude oil and petroleum products are

Copyright © National Academy of Sciences. All rights reserved.



1. Petroleum products supplies is used as an approximation for consumption
2. Crude oil and natural gas plant liquids production

**FIGURE 3-2** Overview of petroleum consumption, production, and imports from 1949 to 2007. SOURCE: EIA 2008a, p. 124, Figure 5.1.

imported. In 2007, 71% of net crude-oil imports came from five countries: Nigeria (11%), Venezuela (12%), Mexico (14%), Saudi Arabia (15%), and Canada (19%). Domestic and imported crude oil are transported to U.S. refineries primarily by pipeline, barge, and ocean tankers (EIA 2008d).

The United States currently has 150 operable oil refineries capable of processing 17.6 million barrels of crude oil per day. Refineries are located in urban and rural areas across the United States. A map of current refineries is provided in Figure 3-3.

Approximately one barrel of crude oil produces 44 gallons of finished petroleum products, including jet fuel, diesel, and gasoline (Figure 3-4). More than 40% of crude oil is refined to finished motor gasoline (Figure 3-5).

## U.S. Vehicle Fleet

The U.S. Department of Transportation maintains an online report entitled "National Transportation Statistics." The report is updated quarterly and includes data beginning in 1960. Table 3-2 provides a summary of the most recent transportation statistics.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html



**FIGURE 3-3** Location of U.S. oil refineries. Texas and Alaska each account for large shares of U.S. crude-oil production, but the federal offshore areas in the Gulf of Mexico and California produce roughly a one-fourth share of the U.S. total, which surpasses the individual shares of Texas and Alaska. SOURCE: EIA 2009g.

## Technology and Fuel Pathways

Hydrocarbon fuels (gasoline, diesel fuel, and their potential substitutes) have a complex web of production and transport processes that include resource extraction, transport, refining storage, transfers, and combustion. Therefore, to understand externalities, one has to develop a map of the life



**FIGURE 3-4** Products made from one barrel of crude oil (gallons). One barrel of crude oil is approximately equal to 45 gallons. SOURCE: EIA 2009h

Copyright © National Academy of Sciences. All rights reserved.

*168*                                                    *HIDDEN COSTS OF ENERGY*



\* Distillate Fuel Oil includes heating oil and diesel fuel.  Liquid Refinery Gases include
ethane/ethylene, propylene, butane/butylene, and isobutane/isobutylene.

**FIGURE 3-5**  U.S. refinery and blender net production of refined petroleum products in 2007 (total = 6.57 billion barrels). SOURCE: EIA 2008d.

cycle of fuel. Different populations are affected at different stages of the life cycle. Despite the complexity, there are a few components of the fuel life cycle that tend to dominate with respect to overall health and environmental damage associated with the full life cycle of a transportation fuel. Figure 3-6 illustrates how the committee conceived the different stages of the fuel life cycle in several key phases: extraction and transport of petroleum feedstock; production and transport of refined product; transport, retail storage, and distribution; fuel use; and waste generation and management to carry out a life-cycle impact assessment. The potential effects of each of these phases are described briefly below.

In general, each phase of the cycle can contribute to deleterious effects from components of the hydrocarbon mixture itself; from activities and materials associated with a particular phase in the fuel cycle (for example, road development for oil production); and from generated wastes or by-products that pollute air, water, and soil or that contribute to climate-change effects.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 3-2** Number of U.S. Aircraft, Vehicles, Vessels, and Other Conveyances

|  | 1960 | 1990 | 2000 | 2006 |
|---|---|---|---|---|
| *Air* |  |  |  |  |
| Air carrier[a] | 2,135 | 6,083 | 8,055 | U |
| General aviation[b] (active fleet) | 76,549 | 198,000 | 217,533 | 221,943 |
| *Highway, total* | *74,431,800* | *193,057,376* | *225,821,241* | *250,851,833* |
| *(registered vehicles)* |  |  |  |  |
| Passenger car | 61,671,390 | 133,700,496 | 133,621,420 | 135,399,945 |
| Motorcycle | 574,032 | 4,259,462 | 4,346,068 | 6,686,147 |
| Other 2-axle 4-tire vehicle | N | 48,274,555 | 79,084,979 | 99,124,775 |
| Truck, single-unit 2-axle 6-tire or more | N | 4,486,981 | 5,926,030 | 6,649,337 |
| Truck, combination[c] | 11,914,249 | 1,708,895 | 2,096,619 | 2,169,670 |
| Bus | 272,129 | 626,987 | 746,125 | 821,959 |
| *Transit[d]* |  |  |  |  |
| Motor bus | 49,600 | 58,714 | 75,013 | (P) 83,080 |
| Light rail cars | 2,856 | 910 | 1,327 | (P) 1,801 |
| Heavy rail cars | 9,010 | 10,567 | 10,311 | (P) 11,052 |
| Trolley bus | 3,826 | 610 | 652 | (P) 609 |
| Commuter rail cars and locomotives | N | 4,982 | 5,498 | (P) 6,403 |
| Demand response | N | 16,471 | 33,080 | (P) 43,509 |
| Other[e] | N | 1,197 | 5,208 | (P) 8,741 |
| *Rail* |  |  |  |  |
| Class I, freight cars | 1,658,292 | 658,902 | 560,154 | 475,415 |
| Class I, locomotive | 29,031 | 18,835 | 20,028 | 23,732 |
| Nonclass I, freight cars | 32,104 | 103,527 | 132,448 | 120,688 |
| Car companies and shippers freight cars | 275,090 | 449,832 | 688,194 | 750,404 |
| Amtrak, passenger train car | N | 1,863 | 1,894 | 1,191 |
| Amtrak, locomotive | N | 318 | 378 | 319 |
| *Water* |  |  |  |  |
| Nonself-propelled vessels[f] | 16,777 | 31,209 | 33,152 | 32,211 |
| Self-propelled vessels[g] | 6,543 | 8,236 | 8,202 | 8,898 |
| Oceangoing steam and motor ships (1,000 gross tons and over)[h] | 2,914 | 635 | 461 | 286 |
| Recreational boats[i] | 2,450,484 | 10,996,253 | 12,782,143 | 12,746,126 |

NOTE: N = data do not exist; R = data are revised; U = data are not available.

[a]Air carrier aircraft are those carrying passengers or cargo for hire under 14 CFR 121 and 14 CFR 135. Beginning in 1990, the number of aircraft is the monthly average of the number of aircraft reported in use for the last 3 months of the year.

[b]1991-1994 are data revised to reflect changes in adjustment for nonresponse bias with 1996 telephone survey factors; 1995-1997 data may not be comparable to 1994 and earlier years because of changes in methodology. Includes air taxi aircraft.

[c]In 1960, this category includes all trucks and other 2-axle 4-tire vehicles.

[d]Prior to 1984, transit excludes most rural and smaller systems funded via Sections 18 and

*continued*

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 3-2** Continued

16(b)(2), Urban Mass Transportation Act of 1964, as amended. Also prior to 1984, includes total vehicles owned and leased.

[e]Other includes aerial tramway, automated guideway transit, cablecar, ferry boat, inclined plane, monorail, and vanpool.

[f]Nonself-propelled vessels include dry-cargo barges, tank barges, and railroad-car floats.

[g]Self-propelled vessels include dry-cargo and passenger, offshore supply vessels, railroad-car ferries, tankers, and towboats.

[h]Beginning in 2006, vessels are reported if they are greater than 10,000 deadweight tons, and prior to 2006, boats of greater than 1000 deadweight tons were reported.

[i]Recreational vessels include those required to be numbered in accordance with Chapter 123 of Title 46 U.S.C.

SOURCE: BTS 2009, Table 1-11.

This section describes pollutant releases and other stressors that can lead to effects described above. It does not attempt to quantify effects and does not attempt to assess the efficacy of the various approaches used to manage risks of those effects.



**FIGURE 3-6** Conceptual stages of fuel life cycle. SOURCE: Adapted from Energy Biosciences Institute, University of California.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Each phase of the petroleum cycle involves the use of electricity. Because Chapter 2 discusses life-cycle effects associated with electricity production, they are not included here.

### Extracting Crude Oil

*Conventional Oil Reserve*   The major oil producing areas in the United States are in the Gulf of Mexico region (onshore and offshore), California, and Alaska. As of 2007, there were about 500,000 active oil wells in the United States (onshore and offshore) (EIA 2008a, p. 127, Table 5.2). Much of U.S. extraction activities take place near sensitive coastal and estuarine habits.

When a potential oil reservoir is discovered, exploratory drilling is conducted to confirm the presence of oil. For onshore drilling, the land is cleared and leveled to construct a drill platform and install ancillary equipment. Depending on the location, roads, air strips, and buildings may also be constructed. Offshore, floating barges, semi-submersible vessels, or specially designed floating oil rigs are used to support exploratory drilling (API 2009). Inland water and wetland drilling and transportation can have significant effects on wetlands and estuarine habitats, requiring additional techniques to reduce disruption of those ecologic habitats.

Land is excavated to form a reserve pit where wastes from drilling are placed. Drilling wastes from offshore operations can cause a rapid build-up of a debris layer on the ocean floor that can degrade benthic communities. Drilling wastes may contain trace amounts of mercury, cadmium, arsenic, and hydrocarbons.

Drilling operations also produce combustion-related emissions, such as exhaust from diesel engines and turbines that power the drilling equipment. Hydrogen sulfide may be released.

When the presence of oil is confirmed, oil wells are constructed to extract the crude oil. Initially, oil may rise by "natural lift." Over time, mechanical pumps or injection methods, using steam, for example, are needed to bring the oil to the surface. Storage tanks, pipelines, and processing plants are also built.

Crude oil is prepared for shipment to storage facilities and then to off-site refineries. Natural gas can be separated from the oil at the well site and processed for sale, or the gas can be flared as a waste (usually at onshore operations), releasing $CO$, $NO_x$, and possibly sulfur dioxide ($SO_2$) if the gas is sour. Triethylene glycol is commonly used as a desiccant to remove water from the gas.

Wastewater generated at the production facility may contain organic compounds (for example, benzene and naphthalene), inorganics (for example, lead and arsenic), and radionuclides. VOCs may be emitted via

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
No. 1:20-cv-02484-MSK    Document 85-2    filed 05/06/21    USDC Colorado    pg 4
http://www.nap.edu/catalog/12794.html

leaks from the production process equipment. Emissions also occur from combustion of fuel to operate machinery.

Oil spills may come from storage tanks, during transfers, or from pipes, valves, joints, or gauges. For onshore spills, concern is for surface-water contamination via runoff and for seepage into groundwater. Effects of offshore spills can vary substantially, depending on factors such as coastal proximity and degree of turbulence. Accidents known as well blowouts can result in large releases of contaminated water, oil, methane, or other fluids. The mixture can be spread in a wide area around the rig, possibly leaching through the soil to a freshwater aquifer or running off into nearby surface waters. The blowout may also result in a well fire.

*Nonconventional Oil Reserve: Oil Sand*    Oil sands (also called tar sands or bituminous sands) contain a viscous oil referred to as bitumen that serves as a nonconventional source of synthetic crude oil. Oil sands can be extracted by surface mining using methods similar to those used for coal. The sands are transported to an extraction plant, where bitumen is separated from the sands using hot water and agitation. Once separated, the bitumen is upgraded to synthetic crude oil, which can then be refined into fuels. Approximately 2 tons of tar sands generates one barrel of synthetic crude oil In situ extraction is generally used for deep oil-sand deposits. Heat is applied underground, and bitumen is pumped to the surface for subsequent refining.

Currently, there is no production of synthetic crude oil from tar sands in the United States. The largest commercial oils sands industry is located in Alberta, Canada. Oil sands contribute more than 40% of total crude-oil production in Canada. Approximately 20% of crude oil imported into the United States is from Canada.

Impacts of oil-sand extraction and processing generally arise from degradation of ecological habitats, water and consumption, and waste (tailings) disposal. Canada's National Energy Board reports surface and in situ mining operations require 2-4.5 barrels of water to produce one barrel of synthetic crude oil (NEB 2006). Tar-sand extraction and upgrading also requires a high level of energy input. Natural gas is used to heat steam and generate electricity required for in situ recovery, as well as to upgrade bitumen. The government of Alberta reports that oil-sand production is responsible for 5% of Canada's GHG emissions (Alberta 2008).

*Nonconventional Oil Reserve: Oil Shale*    Oil shale is a sedimentary rock that contains kerogen, a solid bituminous material that can be processed to create synthetic crude oil. The United States contains the world's largest deposit of oil shale. The Green River Formation of Colorado, Utah, and Wyoming contains an estimated 800 billion barrels of recoverable oil (BLM 2008). Although technological methods exist to extract crude oil from oil

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

shale, commercial extraction and processing is not economically or environmentally viable in the United States.

Potential impacts from oil-shale extraction arise from changes in land use, habitat disturbance, mining waste production, water consumption, and energy consumption. Oil-shale development is expected to consume between two and five barrels of water per barrel of oil produced (Bartis et al. 2005).

From among this wide range of potential impacts at different stages of resource extraction, the committee was constrained—by the limitations of the GREET model and the scarcity of available national databases on many ecosystem impacts and other impacts—to quantify only those impacts that result directly or indirectly from energy use and the air-quality emissions produced during these operations.

### Refining Crude Oil

Refineries separate conventional and synthetic crude oil into different petroleum products that can be used as fuels, lubricants, chemical feedstocks, and other oil-based products. Fuels make up the vast majority of the output (see Figure 3-5). Pollutants generated during crude-oil refining typically include VOCs, CO, $SO_x$, $NO_x$, particulates, ammonia ($NH_3$), hydrogen sulfide ($H_2S$), metals, spent acids, and numerous toxic organic compounds. Emissions occur throughout refineries and arise from the thousands of potential sources, such as valves, pumps, tanks, pressure relief valves, and flanges. Emissions also originate from the loading and unloading of materials (such as VOCs released during charging of tanks and loading of barges), as well as from wastewater-treatment processes (such as aeration and holding ponds).

Relatively large volumes of wastewater are generated by the petroleum refining industry, including contaminated surface water runoff and process water. Accidental releases of liquid hydrocarbons have the potential to contaminate large volumes of groundwater and surface water, possibly posing a substantial risk to human health and the environment.

Storage tanks are used throughout the refining process to store crude oil, intermediate products, finished products, and other materials. The tanks are a considerable source of VOC emissions. Hazardous and nonhazardous wastes are generated from many of the refining processes, petroleum handling operations, as well as wastewater treatment.

### Transporting and Distributing Crude Oil and Refined Products

Oil imported to the United States from outside North America is transported predominantly by ocean tanker. Imports from Canada flow through several pipelines that connect with the U.S. pipeline infrastructure

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4

in Illinois, Oklahoma, Wyoming, and Washington. Crude oil is transported from production operations to refineries by tankers, barges, rail tank cars, tank trucks, and pipelines. Refined petroleum products are conveyed to fuel marketing terminals and petrochemical industries by these same modes. From the fuel marketing terminals, the fuels are delivered by tank trucks to service stations, other commercial facilities, and local bulk storage plants. The final destination for gasoline is usually a motor-vehicle gasoline tank.

The United States has an extensive oil pipeline network used to transport oil from wells and ocean tankers to refineries. There are about 30,000-40,000 gathering pipelines and 55,0000 trunk pipelines to transport oil in the United States (API/AOPL 2007). Pipelines also carry refined petroleum products from oil refineries to bulk terminal storage sites. There is an estimated 95,000 miles of pipelines carrying refined petroleum products (API/AOPL 2007). Airports often have dedicated pipelines to carry fuel directly to them (API/AOPL 2007).

Transport and distribution of oil is a source of air pollution. Each of the transport and distribution activities is a potential source of evaporation loss. Transport of crude oil and refined petroleum products also present risks of oil leaks, spills, and large scale accidents (for example, the 1989 Exxon Valdez oil spill). Environmental releases of crude oil or refined petroleum products can pollute terrestrial and aquatic habitats as well as drinking water. The NRC report *Oil in the Sea III: Inputs, Fates, and Effects* (NRC 2003c) assessed data gathered between 1990 and 1999 and estimated that 9,100 tons of petroleum are released in North American waters as a result of transportation of crude oil and refined products. Pipeline leaks and other accidents related to petroleum fuel are discussed in Chapter 6.

### Storing Refined Products

Crude oil and refined petroleum products are stored in large volumes throughout the fuel cycle. In 2008, more than 338 million barrels of crude oil and refined products were held in storage at refineries. Bulk terminal storage facilities held more than 320 million barrels of refined petroleum products, including distillate fuel oils (diesel fuel), gasoline, and aviation fuels. Finished gasoline and diesel fuel are also stored in underground storage tanks (USTs) at gasoline stations. EPA regulates more than 623,000 USTs at approximately 235,000 locations (EPA 2009g).

The primary concern surrounding storage tanks is the potential for leaks, spills, and explosions. Similar to pipelines, crude oil and refined petroleum products leaking from storage tanks can accumulate into soils and seep into surface and groundwater, contaminating terrestrial and aquatic habitats as well as drinking-water resources. Since 1988, there have been

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

about 479,800 confirmed releases from USTs and about 377,000 completed clean-ups (EPA 2008b). Storage tanks are also a source of evaporative emissions.

### Using Fuel for Light-Duty and Heavy-Duty Transportation

The category of on-road or highway mobile sources includes vehicles used on roads for transportation of passengers or freight. On-road vehicles are further divided in such categories as light-duty vehicles, light-duty trucks, heavy-duty vehicles, and motorcycles. The vehicles may be fueled with gasoline, diesel fuel, or alternative fuels, such as alcohol or natural gas. Nonroad sources include vehicles, aircraft, marine vessels, and locomotives, and other vehicles and equipment used for construction, agriculture, and recreation.

Cars, trucks, and buses consumed about 80% of the transportation energy used in the United States in 2007. Portions used by other transport modes are air (9%), water (5.2%), pipeline (3%), and rail (2.4%) (Davis et al. 2009).

NAS/NAE/NRC (2009d) indicates that incremental improvements in vehicle technology could reduce the fuel consumption of gasoline internal-combustion-engine vehicles by up to 35% over the next 25 years. Diesel-fueled trucks are expected to continue dominating the freight transportation sector for at least the next 25 years. The report estimates 10-20% reductions in fuel use by heavy-duty and medium-duty vehicles by 2020, resulting mostly from technological and design improvements. Advances in jet engine and aircraft technology have the potential to improve the efficiency of new aircraft (for passenger and freight) by up to 35% over the next two decades. The AEF report indicates that it is feasible to reduce energy consumption in marine shipping by 20-30% by 2020 through a combination of technological innovations (such as improved hull design) and systems improvements (such as speed reduction). Technological improvements could reduce $CO_2$ emissions by 5-30% in new vessels and 4-20% in existing ones.

Combustion of petroleum-based fuels by motor vehicles results in exhaust emissions that include VOCs, $NO_x$, particulate matter, CO, and $CO_2$. Evaporative emissions from the onboard reservoir of unburned fuel can occur while the vehicle is in use or when the engine is turned off.

Vehicle emissions include a class of pollutants referred to as air toxics. These include known carcinogens, such as benzene, and probable human carcinogens, such as formaldehyde and diesel particulate matter. EPA estimates that mobile sources of air toxics account for about half of all cancers attributed to outdoor sources of air toxics. Some toxic compounds occur naturally in petroleum and become more concentrated when petroleum is

Copyright © National Academy of Sciences. All rights reserved.

*HIDDEN COSTS OF ENERGY*

refined. Others are not present in fuel but are formed as by-products in the vehicle exhaust or formed from reactions of vehicle emissions in the atmosphere.

Lead emissions occur from piston-engine aircraft that use a commonly available aviation gas 100LL (100 octane low lead). Lead is added to 100LL in the form of tetraethyl lead to improve engine performance. Lead is not added to jet fuel that is used in commercial aircraft, military aircraft, or other turbine-engine-powered aircraft (EPA 2008c).

## Modeled Estimates of Life-Cycle Emissions and Damages from Petroleum Use in Light-Duty and Heavy-Duty Highway Transportation

The committee selected VMT as the primary unit for characterizing external damages for highway transportation. Rather than a gallon of fuel, which is difficult to compare because of large variations in energy content, or a joule of delivered energy, which depends strongly on vehicle efficiency, the VMT best characterizes the type of service associated with transportation vehicles. The use of VMT as the functional unit for comparison makes it possible to address the life-cycle impacts of fuel and vehicle technology combinations, which was a key goal for comparing current and future damages for transportation options. There is also the option of using person-VMT, but this option requires assumptions about vehicle passenger loads that confuse the goal.

Modeling damages from the life-cycle emissions attributable to petroleum requires characterization of emission factors for both the life cycle of the fuel and the production and operation of the vehicle. Both GHG emissions expressed as $CO_2$-equivalent and local air-pollution emissions are included. For air-pollution emissions, not only the magnitude of the emissions (per VMT) but also the geographic distribution of the emissions is important. The committee modeled the monetized damages associated with pollutant emissions using the APEEP model. For GHG emissions, for which damages do not depend on the geographic location of release, only the life-cycle $CO_2$-equivalent emissions for the petroleum and vehicle life cycle are reported. Damages for $CO_2$-equivalent emissions are discussed in Chapter 5.

### Emissions Characterization

Emissions characterization included life-cycle emissions for light-duty gasoline- and diesel-fueled vehicles and for heavy-duty diesel vehicles for 2005 and 2030 fuel and vehicle technology combinations. Life-cycle emissions for gasoline- and diesel-fueled light-duty vehicles are obtained primarily from GREET (Argonne National Laboratory 2009) and include emissions of GHGs, VOCs, $NO_x$, $SO_x$ direct $PM_{2.5}$, secondarily formed

Copyright © National Academy of Sciences. All rights reserved.

$PM_{2.5}$ (from VOCs, $NO_x$, and $SO_x$ emissions) and secondarily formed ozone (from VOC and $NO_x$ emissions). The committee carried out its own analysis to obtain (1) life-cycle $NH_3$ emissions related to $PM_{2.5}$ formation for 2005 and 2030, (2) emissions from gasoline- and diesel-fueled heavy-duty vehicles for 2005 and 2030 (which are not covered in GREET), and (3) estimated emissions for those substances covered in GREET for the year 2030 based on using the most current 2020 data in GREET, further updated to incorporate the expect 35.5 mpg required fuel efficiency after 2016 (see discussion in Scope of the Analysis above and in Appendix D on how this analysis was accomplished). For each pollutant-vehicle mix, emissions per VMT include emissions from (1) feedstock production, (2) fuel production, (3) vehicle operation, and (4) vehicle production (except heavy-duty vehicles). To assess health and other monetized damages, emissions from vehicle operation are allocated to U.S. counties based on the estimated fraction of aggregate U.S. VMT that occur within that county. Emissions for other stages are allocated to regions based on the geographic distribution of the economic activity associated with each specific life stage, for example, the distribution for refineries.

## Results

Table 3-3 contains a summary of the results from the GREET-APEEP modeling effort related to gasoline and diesel fuels in light-duty autos. Calculations were also carried out for light-duty trucks, but these did not vary significantly from the results for light-duty autos. Each row of Table 3-3 contains the range- and population-adjusted mean for health damages in 2005 and 2030 reported on a VMT basis. There is also a column showing the health costs per gasoline gallon equivalent (gge). It can be seen from this table that year 2005 health impacts do not vary significantly among the fuel-vehicle technology options. Only compression ignition, direct injection using Fischer-Tropsch diesel shows a significant difference from other options, largely due to the more-intense energy use needed to process that type of fuel. (In its analysis, the committee considered only the use of methane for the production of Fischer-Tropsch diesel fuel.) Although damages from 2005 to 2030 would be expected to increase due to population growth, the increase is largely offset in these analyses by the substantial increase in fuel economy to 35.5 mpg by 2016.

Table 3-4 provides a summary of the modeling results from the GREET-APEEP modeling effort related to gasoline and diesel fuels in heavy-duty vehicles. Each row of Table 3-4 lists the range- and population-adjusted mean for health and other non-GHG damages on a VMT basis in 2005 and 2030. A column shows the health and other non-GHG damages per gasoline gallon equivalent for light-duty vehicles. Within the heavy-duty class, larger vehicles have a greater impact per VMT, as is expected. A

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 3-3** Health and Other Non-GHG Damages from a Series of Gasoline and Diesel Fuels Used in Light-Duty Automobiles[a]

|  | 2005 | | | 2030 | |
|---|---|---|---|---|---|
|  | 5th and 95th Percentile Range[b] (Cents/VMT) | Population-adjusted Mean (Cents/VMT) | Population-adjusted Mean (Cents/gge)[c] | 5th and 95th Percentile Range[b] (Cents/VMT) | Population-adjusted Mean (Cents/VMT) |
| Conventional gasoline (SI, petroleum) | 0.34-5.07 | *1.34* | 29.02 | 0.43-4.87 | *1.35* |
| Conventional gasoline (SI, tar sands) | 0.35-5.36 | *1.35* | 29.26 | 0.45-4.99 | *1.36* |
| Reformulated gasoline (SI, petroleum) | 0.35-5.12 | *1.38* | 29.83 | 0.45-4.87 | *1.35* |
| Reformulated gasoline (SI, tar sands) | 0.35-5.40 | *1.39* | 30.07 | 0.45-4.99 | *1.36* |
| Reformulated gasoline (SIDI, petroleum) | 0.33-4.89 | *1.32* | 32.68 | 0.45-4.96 | *1.37* |
| Reformulated gasoline (SIDI, tar sands) | 0.33-5.14 | *1.33* | 32.92 | 0.45-5.09 | *1.38* |
| CIDI using low-sulfur diesel | 0.30-7.57 | *1.49* | 38.65 | 0.40-4.22 | *1.19* |
| CIDI using Fischer-Tropsch diesel | 0.41-7.77 | *1.80* | 46.65 | 0.58-5.48 | *1.61* |

[a]Costs are in 2007 USD.

[b]From the distribution of results for all counties in the 48 contiguous states in the United States.

[c]Cents/gallon of gasoline equivalent, calculated by multiplying average miles per gallon by per VMT damages. This calculation will therefore show highest damages for the most fuel-efficient vehicles. Costs are in 2007 USD.

ABBREVIATIONS: GHG = greenhouse gas; VMT = vehicle miles traveled; gge = gasoline gallon equivalent; SI = spark ignition; SIDI = spark ignition, direct injection; CIDI = compression ignition, direct injection.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 416 of
549
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 3-4** Health and Other Damages Not Related to Climate Change from a Series of Gasoline and Diesel Fuels Used in Heavy-Duty Vehicles[a]

| | 2005 | | | 2030 | |
|---|---|---|---|---|---|
| | 5th and 95th Percentile Range[b] (Cents/VMT) | Population-adjusted Mean (Cents/VMT) | Population-adjusted Mean (Cents/gge) | 5th and 95th Percentile Range (Cents/VMT) | Population-adjusted Mean (Cents/VMT) |
| HDGV2B Heavy-duty gasoline vehicles class 2B | 1.01-31.89 | *6.14* | 61.39 | 0.36-11.43 | *1.87* |
| HDGV3 Heavy-duty gasoline vehicles class 3 | 1.15-38.82 | *7.23* | 66.47 | 0.41-13.86 | *2.41* |
| HDDV2B Heavy-duty diesel vehicles class 2B | 0.46-18.79 | *3.23* | 41.34 | 0.24-8.63 | *1.23* |
| HDDV3 Heavy-duty diesel vehicles class 3 | 0.51-20.76 | *3.58* | 41.50 | 0.27-9.87 | *1.39* |
| HDDV4 Heavy-duty diesel vehicles class 4 | 0.20-22.83 | *3.90* | 39.40 | 0.29-10.26 | *1.53* |
| HDDV5 Heavy-duty diesel vehicles class 5 | 0.68-31.87 | *5.29* | 51.87 | 0.33-13.47 | *1.76* |
| HDDV6 Heavy-duty diesel vehicles class 6 | 0.88-38.38 | *6.49* | 56.48 | 0.38-15.92 | *1.97* |
| HDDV7 Heavy-duty diesel vehicles class 7 | 1.08-47.53 | *8.01* | 60.08 | 0.45-15.92 | *2.39* |
| HDDV8A Heavy-duty diesel vehicles class 8A | −0.50-56.61 | *9.47* | 61.52 | 0.47-16.77 | *2.53* |
| HDDV8B Heavy-duty diesel vehicles class 8B | −2.20-62.65 | *10.41* | 64.53 | 0.49-16.94 | *2.63* |

[a]Costs are in 2007 USD.

[b]From the distribution of results for all counties in the 48 contiguous states in the United States.

ABBREVIATIONS: VMT = vehicle miles traveled; gge = gasoline gallon equivalent.

Copyright © National Academy of Sciences. All rights reserved.

significant decrease in impacts is also seen from 2005 to 2030 in spite of rising populations. The decrease is attributable to lower particulate matter and $SO_2$ emissions from heavy-duty vehicles in 2030 relative to 2005. Negative cost estimates represent conditions for which $NO_x$ emissions from vehicles would contribute to a decrease in ambient ozone concentration, when particulate matter emissions are reduced. For the pollutants considered and for these few cases, the negative results reflect benefits within this analytical framework.

Table 3-5 shows how emissions of $CO_2$-equivalent vary among different fuel types, among different vehicle types, and between the years 2005 and 2030 on a VMT basis. Although there is a significant difference between $CO_2$-equivalent emissions from light-duty vehicles and those from heavy-duty vehicles, there is not a significant difference among light-duty

**TABLE 3-5** Carbon Dioxide Equivalent ($CO_2$-eq) Emissions of GHGs from a Series of Gasoline and Diesel Fuels

| Fuel and Vehicle Combination | $CO_2$-eq 2005 g/VMT | $CO_2$-eq 2030 g/VMT |
|---|---|---|
| RFG SI autos (conventional oil) | 552 | 365 |
| RFG SI autos (tar sands) | 599 | 399 |
| CG SI autos (conventional oil) | 564 | 365 |
| CG SI autos (tar sands) | 611 | 399 |
| RFG SIDI autos (conventional oil) | 487 | 366 |
| RFG SIDI autos (tar sands) | 527 | 399 |
| Diesel (low sulfur) | 476 | 372 |
| Diesel (Fischer Tropsch) | 537 | 401 |
| HDGV2B heavy-duty gasoline vehicles class 2B | 1,095 | 1,080 |
| HDGV3 heavy-duty gasoline vehicles class 3 | 1,187 | 1,165 |
| HDDV2B heavy-duty diesel vehicles class 2B | 969 | 957 |
| HDDV3 heavy-duty diesel vehicles class 3 | 1,071 | 1,064 |
| HDDV4 heavy-duty diesel vehicles class 4 | 1,224 | 1,216 |
| HDDV5 heavy-duty diesel vehicles class 5 | 1,262 | 1,255 |
| HDDV6 heavy-duty diesel vehicles class 6 | 1,433 | 1,424 |
| HDDV7 heavy-duty diesel vehicles class 7 | 1,650 | 1,647 |
| HDDV8A heavy-duty diesel vehicles class 8A | 1,903 | 1,882 |
| HDDV8B heavy-duty diesel vehicles class 8B | 2,007 | 1,969 |

NOTE: 2030 estimates assume 35.5 mpg for all light-duty vehicles.

ABBREVIATIONS: GHGs = greenhouse gases; VMT = vehicle miles traveled; RFG = reformulated gasoline; SI = spark ignition; SIDI = spark ignition, direct injection; CG = conventional gas.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4

vehicles in $CO_2$-equivalent emissions, with the exception that the vehicles fueled with petroleum derived from oil shale had notably higher life-cycle emissions.

Regarding GHG emissions, there is no significant reduction in $CO_2$-equivalent releases per VMT between 2005 and 2030.

## PRODUCTION AND USE OF BIOFUELS

### History and Current Status

It has long been known that alcohols, which are produced from the fermentation of sugars, can be used as a fuel in internal combustion engines. Serious and recent interest in the production of biofuels for transportation was spurred by the oil embargo and petroleum supply disruptions that occurred in the 1970s. This interest in producing biofuels from biomass was of interest because biomass could be grown domestically and could serve as a possible substitution for petroleum. Also, if the crops growing the biomass feedstock were managed properly, it could serve as a renewable fuel—that is, each year, or on some appropriate crops rotation bases, fuels could be continually produced. In recent years, the potential benefit of biofuels to reduce the amount of GHGs per unit energy content of fuel compared with petroleum and other fossil-fuel-based sources of transportation fuels has become another important factor in developing production and vehicle technologies for the use of biofuels.

Ethanol produced from corn is currently the largest and most economically viable biofuel being produced in the United States (biodiesel from soy is the second largest). Ethanol's production has grown over the years stimulated by federal subsidies and rose to a level of about 8 billion gallons per year in 2008. Corn is the primary feedstock in the United States and is converted to ethanol through dry-milling or wet-milling production processes (NRC 2008c). One bushel of corn produces about 2.8 gallons of ethanol. In Brazil, sugar cane is the primary crop used, and an extensive ethanol industry has evolved, producing about 4.5 billion gallons per year to fuel vehicles that can use mixtures of gasoline and ethanol.

### Regulations and Technologies Current and Anticipated in 2030

The Energy Independence and Security Act (EISA) of 2007 stipulates that 36 billion gallons per year of biofuels should be produced and used by 2022, with 21 billion gallons per year produced from cellulose-based technologies beyond an expected corn-based ethanol target for 2015 of 15 billion gallons per year. Both the legislation and energy analysts see cellulosic-based biofuels as the most important long-term feedstock for

Copyright © National Academy of Sciences. All rights reserved.

producing ethanol, with the underlying assumption that in the long term, breakthroughs and bioengineering of organisms might lead to processes that convert cellulose through more advanced production technologies to produce other fuels, such as gasoline, biobutanol, or possibly hydrogen. Whether these targets stipulated in EISA will be realized depend on how quickly the technology for production of biofuels evolves, the cost of such fuels, federal policies, and the economics of the fuel market.

### Biofuel Supply

The *Liquid Transportation Fuels from Coal and Biomass: Technological Status, Costs, and Environmental Impacts* (NAS/NAE/NRC 2009c) report from the America's Energy Future (AEF) study provides summaries of the likely technologies and growth in the use of coal and biomass liquid transportation fuels until 2020. They identify the primary technologies for converting cellulosic feedstocks (biochemical and thermochemical), discussing many of the technological challenges associated with each.

Table 3-6 lists the main feedstocks that the AEF panel discussed, the time frame in which these feedstocks are expected to be technologically and economically viable, the region of the United States in which they are most likely to be of significant magnitude and a qualitative list of the externalities that may be associated with the production of these feedstocks.

Of the feedstocks identified in Table 3-6, only corn-grain ethanol is in production at a scale that can be viewed as significant and technologically mature. Thus, only reasonable speculations can be made about the other feedstocks and their market location and associated set and magnitude of externalities. Overall, the recently completed analysis of the prospects for these sources by the AEF study estimated that approximately 420 million tons of a variety of such fuels could be produced using technologies available today, and 550 million tons could be produced using technologies expected by 2020 (NAS/NAE/NRC 2009c, Table S-1). It is difficult to accurately project what that will mean in terms of actual fuel produced; indeed, the rapidity with which the corn ethanol market has grown and the volatility of prices mean that neither the technology nor the set of externalities generated by its presence are particularly well understood or appraised.

Given the uncertainties associated with these feedstocks, the committee has identified three that are among the most likely to be relied upon and for which some data are available from which we can produce educated guesses concerning the likely externalities associated with them. The feedstock we focus on for further analysis include the following: corn grain, corn stover, and a perennial grass to produce transportation fuels. These feedstocks represent the current technology (corn grain), a likely mid-term technology (corn stover) and a likely long-term, so-called "second generation" technology (perennial grasses).

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 3-6** Feedstocks Identified in AEF Report and Partial List of Their Externalities

| Feedstock | Time Frame | Likely Location | Potential Externalities |
|---|---|---|---|
| Corn, grain | Current | Corn Belt | Water quality (nutrients, sediment, pesticides), wildlife habitat, GHG |
| Corn stover | [a] | Corn Belt | Soil erosion and water quality, carbon sequestration in soils, GHG |
| Traditional hay crops (alfalfa and clover) | [a] | Pacific Northwest, Great Plains | Wildlife habitat |
| Perennial grasses Switchgrass Miscanthus Diverse mixes | [a] | Existing CRP land (spread throughout the U.S.), marginal lands, existing crop land | Water quantity, water quality (nutrients, sediment, pesticides), wildlife habitat, GHG |
| Woody biomass (hybrid polar and willow, forest industry residues, fuel treatment residues, forest product residues, and urban wood residues) | [a] | [a] | Forest fires |
| Animal manure | [a] | [a] | Water quality (positive externality if diverted from excess agricultural application or storage spills) |
| Waste paper and paperboard | [a] | [a] | |
| Municipal solid wastes | [a] | [a] | |

[a]An analysis of the potential for these fuels can be found in NAS/NAE/NRC 2009c.

Another biofuel under consideration and in some use is the so-called biodiesel, that is, fuels derived from biomass that can replace diesel fuels for use in diesel engines. Typically, biodiesel refers to fuels produced from crops that contain oils, such as soy beans, which can be converted quite efficiently with well-known processes into diesel fuel. The NRC (2008c) estimates that because of limitations on soy bean production, only about 1.5 billion gal-

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4

lons per year of soy-based diesel fuel could be produced without significant impacts on the food and agricultural markets. Demand for biodiesel greater than that would probably have to be satisfied with imports. Other investigators are pursuing research and development on the production of biodiesel through the growth of algae in algal farms, but there is disagreement on how far from commercial readiness this technology might be. Its potential role probably lies in the 2020-2035 time frame and beyond.

### Fuel Cycle and Externalities

The upstream production externalities of feedstock effects will be location-specific because different feedstocks will be economically viable in different locations (for example, corn stover and switchgrass in the Corn Belt region, miscanthus in warm climates, and trees and forestry in the southeast). In addition, the externalities associated with any given feedstock are also likely to vary by specific field and watershed within a region (such as depending on climate, land-use history, soils, slope of the land, and proximity to water bodies) and can be attenuated by farming practices (such as the use of conservation tillage, nutrient management of both fertilizer and manure applications, and placement of buffers or wetlands).

Finally, transportation of feedstocks to processing facilities is expected to remain expensive even after technological improvements so that numerous, small processing facilities located throughout the region is a likely configuration of the industry. Therefore, externalities associated with production and transportation of the feedstock and liquid fuels will be both site-specific and widespread (the AEF reports that "hundreds of conversion plants, and associated fuel transportation and delivery infrastructure" (NAS/NAE/NRC 2009c, p. 5) will be needed. The AEF report also calls for watershed-specific studies to address the suite of externalities and technological challenges associated with alternative feedstocks.

In characterizing the externalities associated with liquid transportation fuels from biomass, the externalities generated at each of the following stages need to be considered:

1. Production of the feedstock (farm or forest externalities).
2. Transportation of the feedstock to the processing facility.
3. Processing of the feedstock into liquid fuels.
4. Transportation of the fuel to distribution endpoints.
5. Downstream effects of using the fuel.

There may be different external effects and different magnitudes of externalities along each of those steps associated with each type of feedstock. A complete externality accounting would need to include those occurring at

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

each step. The externalities listed in Table 3-6 are those associated primarily with the first step, the production of the feedstock.

The technology associated with transforming alternative feedstocks into fuel is developing for the cellulosic feedstocks and include biochemical and thermochemical conversion processes. In both cases, a large quantity of water is required for processing that, in water-constrained areas, will probably constitute an externality (measured in terms of increased water scarcity via quicker drawdown of reservoirs and increased pumping costs). Water and air emissions will probably be externalities as well.

### The Sources of Externalities in Production of Feedstocks

The three feedstocks that the committee targeted for analysis all require land for their growth and production. Eventually, all three feedstocks as well as a mixture of others may be used to produce biofuels and may compete with each other for land and profitability or may be located in different regions of the country. Briefly, the externalities investigated and the way in which feedstock can generate the externality are described next.

*GHG Emissions*   The production and harvesting of corn generates GHG emissions in a number of ways, including the use of fuel for tillage, planting, applying inputs (nutrients and pesticides), harvesting, and shipping of the product. By tilling the soil in preparation for planting, carbon that is stored in soil is released into the atmosphere. Farmers that practice conservation tillage (one of many forms of reduced or no tillage) generally increase the carbon stored in the soil (carbon is sequestered), but this tillage practice is not profitable for all farmers and depends on the characteristics of the land, climate, and crop grown. Currently, regardless of tillage practice, corn stover is left to decompose and rebuild carbon and other nutrients in the soil.

If corn stover were to be used for ethanol production, it would be removed from the soil and therefore not left to decompose and rebuild the soil. Agronomists and others debate about how much stover can be removed to maintain soil productivity, but there is no reason to believe that soil carbon storage does not decline immediately as stover is removed (although the magnitude could be quite small). Thus, on any given field, biofuel production using stover can be expected to have the same GHG emission consequences associated with planting and harvesting corn as just described, with additional losses of carbon sequestration. There may be additional fuel usage needs for the stover to be harvested, and almost certainly there will be high fuel needs for the transportation of stover from the field to the processing facility.

Switchgrass or other perennial grass will not need annual planting or

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

tilling once established, and, hence, should have lower fuel usage and corresponding GHG emissions than corn production. The degree to which switchgrass or other perennial will be fertilized is unclear. Large-scale commercial production of switchgrass is not currently viable, so the amount of inputs that farmers will use to maximize their profitability of growing this crop is unclear. Heggenstaller et al. (2009) provides estimates of fertilization that maximizes profitability.

A number of studies have looked at the life-cycle emissions of GHGs associated with ethanol produced from various feedstocks. Delucchi (2006) provides such an analysis and a review of earlier analyses. Estimates by NAS/NAE/NRC (2009c) of well-to-wheels $CO_2$-equivalent emissions in tonnes per barrel gasoline equivalent[7] are the following: for petroleum-based gasoline, 0.40; for corn ethanol, 0.22; for biochemical cellulosic ethanol, –0.02; for thermochemical coal and biomass conversion, 0.5, and with carbon capture and storage (CCS), –0.19; and for thermochemical biomass conversion, –0.12, and with CCS, –0.95. Thus, there could be significant GHG benefits for biomass fuels as well as a reduced dependence on imports, although the projections by NAS/NAE/NRC (2009c) indicated that biofuels could replace only a proportion of what is consumed in the transportation sector. The impacts on reducing $CO_2$ emissions could be significant, especially if CCS technology is developed between now and 2020, becomes ready for commercial deployment, and can be coupled to some of the technologies, such as gasification-based systems.

The committee used estimates from GREET to generate estimates of the GHG emissions from alternative feedstocks.

*Water Quality and Soil Erosion*   Corn is a heavily fertilized crop with large water demands. The major water-quality issues related to corn production include the runoff of nitrogen, phosphorus, and sediment. The amount of nutrients and sediment that leave a field can vary greatly depending on the slope of the land, climate (particularly heavy rains), field tiling, cropping history, soil type, tillage practice, and a variety of other factors. Thus, to undertake a careful analysis of the water-quality consequences of corn production, one must know where the additional corn that would be used for feedstocks would be produced as well as such information as how the field is managed and whether any conservation practices are in place. To further complicate the issue, the amount of pollutant that enters a waterway and how far it moves within a waterway depend on a variety of geologic and hydrologic factors.

Additional corn to produce biofuels can come from producing more corn on land that is already in corn production. This can occur by the use

---

[7]One tonne is equal to 2,200 pounds.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

of more inputs or by changing rotation practices, for example, by moving from a 2-year corn–soybean rotation to the continuous planting of corn. Although continuous corn planting has lower yields than rotated corn, if price differentials are high enough, it will be profitable for farmers to grow corn more often in their rotations. The second way that additional corn can be produced is to grow it on land that was previously not in agricultural production or that was used for a lower valued crop. A major potential source of such land is land that has been placed in the Conservation Reserve Program (CRP), a federal program that pays farmers to have idle land. About 5% of agricultural land nationwide is enrolled in the CRP; this land tends to be of lower value and higher environmental sensitivity than average. The water-quality effects of additional corn production will depend on how and where the additional corn is generated; that in turn will depend on the profitability of corn production for biofuel usage. There is evidence that the higher corn prices experienced in the past 2 years or so has resulted in increased conversion of CRP to working land (Secchi et al. 2009).

If corn stover is used to produce biofuels, the same set of water-quality externalities described above will apply, but will be magnified for two reasons. First, when stover is left on the land, it acts to reduce soil erosion and helps to retain nutrients on the land (especially phosphorus). Second, when stover can be sold for biofuels, the overall profitability of corn production will rise (because the ears can still be sold for biofuels or feed), thus making corn more profitable and increased production more likely.

The water-quality effects associated with perennial grasses will also depend on the location in which they are grown, but their perennial nature and lower input use (although again without evidence of how these crops will be commercially grown, this is difficult to gauge) should translate into lower water-quality impacts than corn-production impacts.

*Wildlife Habitat and Biodiversity*   The effect on wildlife and biodiversity from using more land for corn or perennial grass production will depend on how the land was used prior to production (for example, whether a different row crop was planted, left idle in CRP, or used as pasture). Perennial grasses are more likely than corn to be suitable habitat for more wildlife, but may be less suitable than the land use prior to biofuels production.

A number of other externalities related to biofuels production and industry expansion should be noted. First, a significant expansion of the industry will require a major increase in production facilities that will generate externalities associated with the building and maintaining of these facilities. Depending upon the technology used to convert feedstocks to ethanol, there may be solid waste or other pollution externalities associated with the ongoing production of ethanol in these facilities. There also are potentially significant concerns about water consumption and ethanol

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use

production. For an extensive discussion, see the recent National Research Council report *Water Implications of Biofuels Production in the United States* (NRC 2008d).

## Indirect Land Use and Externalities

The role of "indirect land use"—changes occurring indirectly as a result of biofuels policy in the United States and the effect of such changes on GHGs—has been a major source of discussion since a paper by Searchinger and colleagues was published in *Science* in 2008. The argument put forth by Searchinger et al.(2008) is that when demand for corn or farmland in general increases, crop prices increase, making it profitable for farmers to increase their acreage. If this increased acreage comes from plowing up land that has not been in agricultural production and is particularly environmentally sensitive (for example, rainforests in Brazil and pristine ecosystems in the United States), GHG emissions could increase (for example, burning rainforests would release large amounts of carbon) and have other detrimental environmental concerns. The loss of Brazillian rainforests due to these market pressures is particularly cogent, but the issue of increased GHG emissions applies to a variety of land-use changes as long as the land that is brought into production to grow biofuel feedstocks results in lower carbon storage.

Under the requirements of EISA, EPA recently released its revised Renewable Fuels Standards (RFS2). As mandated, EPA performed its life-cycle computation of GHG contributions of corn ethanol, two types of biodiesel, and three cellulosic ethanol feedstocks (sugarcane, switchgrass, and corn stover) using indirect land-use effects as a component of the GHG contribution. In recognition of the uncertainty associated with measuring indirect land-use effects, EPA presented its emission estimates both with and without the indirect effects (see EPA [2009h] for a summary of its life-cycle analysis). The effect of indirect land uses can be quite large; in some cases, EPA's analysis suggests that significant positive gains in GHG of a fuel relative to gasoline could be largely offset by indirect land use changes. The state of California has also adopted the approach of including indirect land-use effects in its fuel standards.

The committee's task in this report is to identify and monetize the externalities associated with energy production and consumption. We discussed whether these externalities should include both the direct and the indirect land-use effects and chose to report only the direct land-use effects (as captured in GREET). In doing so, we by no means dismiss the potential importance of indirect land-use effects in policy design, but we do not wish to treat externalities associated with the production of biofuels any differently than the externalities associated with the production of other fuels.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

Why did we come to this choice? First, there is an important distinction between the externalities associated with the direct use of land to grow crops for biofuels and the externalities associated with the indirect effects. The indirect effects are induced by price changes and are associated with the production of a second product. To avoid double counting, it is important that the externalities associated with the indirect effects be associated with the second product and not have both assigned to the first product.

For example, when a crop is planted and grown to produce a gallon of ethanol, there are externalities (such as GHGs and changes in water quality) associated with its production; these externalities of course are appropriately counted against the production of that gallon of ethanol. These externalities include the direct land-use effects. In contrast, the indirect effects occur from a market response due to some price changes. When the price of a biofuel crop increases due to a policy that promotes biofuels, farmers elsewhere will find it profitable to plant that crop, which will then be used to produce a second product (perhaps another gallon of biofuels or a food product). This "indirect effect" will generate externalities, but these externalities should be associated with the second product, not the first.

In the specific context of the biofuels land-use debate, the lost carbon and ecosystem services from indirect land-use changes are appropriately viewed as an externality from growing crops elsewhere, say Brazil, not from production of biofuels in the United States. Or if these indirect land uses occur within the United States, they would already be counted as the direct land-use effects of growing biofuels for carbon in that second location. Thus, when estimating the externalities associated with U.S. biofuel production, analysts shouuld include the externalities associated with direct land-use changes to produce the feedstocks, but not the market-induced indirect effects.

The second reason we do not attempt to incorporate indirect land-use effects is that if we were to do so, for consistency we would need to include all market-induced changes in externalities that could be linked to any other energy source. For example, an increase in the price of electricity generated by an expanded electric-vehicle requirement could result in more people using wood-burning stoves in lieu of electric heaters, more usage of gas-powered lawn mowers, and earlier turning out of lights in the evening. The first two changes would increase the negative externalities of smog, GHGs, and noise, whereas the third would reduce light pollution. The accounting of the indirect-effects argument would be to add all of the effects of these externalities on to electric vehicles. These are just a few of the externalities that could be induced by price changes.

The fact that there are two separate externalities associated with production at two locations is not merely an academic distinction; it is critical to keep them separate to avoid double counting and therefore to inform

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4

policy making appropriately, as the second set of externalities may be policy irrelevant. For example, if GHGs worldwide were subject to a tax, then it would be appropriate to tax agricultural crops in the United States based on their GHG emissions and to tax agricultural crops grown elsewhere separately based on their emissions. In this case, it would be inefficient to tax U.S. agricultural crops for the sum of their own emissions plus those associated with land-use changes elsewhere—this would be double counting. Ideally, the U.S. policy would correct the market distortion for the production of externalities for crops grown in the United States, and other governments would do the same. On the other hand, if policy makers in the United States wish to set policy recognizing that GHGs are not optimally regulated elsewhere, then it may be appropriate to tax or regulate U.S. biofuel crops based on more than the direct externalities, taking into account some or all of the indirect externalities induced by market prices. In economics, this would be called policy design in a second-best setting. In this policy design, it generally would not be appropriate to add the damages from the indirect externalities to the direct externalities to form a basis for a tax. For purposes of this report, we do not attempt to explicitly inform decision making in a second-best setting, despite the presence of many distortionary tax elements in the U.S. economy (such as labor taxes and imperfect competitive sectors).

The committee's goal throughout this report is to define and estimate the externalities associated with the production of energy sources. By providing estimates of the direct effects of land use (as reported in GREET), we are providing an estimate of externalities that are consistent with those presented elsewhere. We recognize the important issue of indirect land uses, but we do not evaluate or incorporate them in our analysis.

## Land-Use Externalities from Biofuels: A Case Study of the Boone River Watershed

Given the relatively recent broad interest in biofuels, studies that assess the magnitude and value of externalities related to direct land-use changes and soil carbon provide incomplete coverage of the issues, particularly at the local landscape level where these effects may vary considerably across locations. A number of studies provide information on components of the externalities related to water quality. For example, Donner and Kucharik (2008), Simpson et al. (2008), and Secchi et al. (2009) examine the consequences of expanded corn production to produce ethanol and the amount of nitrogen and phosphorus entering the Gulf of Mexico, therefore potentially contributing to the recurrent hypoxic zone there. Other work addresses the consequences of higher corn prices on conservation reserve lands, and concerns have been expressed about the loss of habitat and lo-

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

cal water quality. Much is still unknown about the set of externalities that a particular region or watershed might be expected to experience with expanded ethanol production.

To demonstrate one approach for estimating some of the externalities that are location-specific, the committee used an existing set of data and models for the Boone River watershed in central Iowa to perform a case study. The estimates for the externalities described here relate to water quality (nutrients and sediment). We stress that this exercise is meant to shed light on the process and approach needed to estimate these externalities associated with ethanol production rather than to provide firm estimates. Further, the estimates are unlikely to be transferable to other regions where biofuels may be produced and to other feedstocks grown for biofuel production.

To evaluate the water quality and carbon sequestration externalities associated with biofuels production in the Boone watershed, we analyzed three possible feedstocks: corn grain, corn stover, and switchgrass. To do so, we used a biophysical model, EPIC, to estimate the nitrogen, phosphorus, and erosion changes associated with different agricultural land uses and management at the field scale, then aggregated these to the watershed level. The EPIC model (Williams 1990, 1995; Williams et al. 1984, 1996, 2008) was designed with this purpose in mind, specifically to estimate the impacts of different cropping and management systems on a variety of environmental indicators, including soil erosion, nutrient losses, and soil carbon levels. EPIC is a field-scale model that functions on a daily time step and can simulate a wide range of crop rotations, tillage systems, and other management practices. More detailed discussion on modeling analysis is provided in Appendix E.

## EPIC Results

Table 3-7 provides estimates of the average amounts of erosion, nitrogen, and phosphorus, and the amount of soil carbon sequestered for the baseline and for each of the scenarios. Recall that carbon sequestration is a positive externality where the nutrients (nitrogen and phosphorus) and sediment are negative externalities. It is also important to recall that EPIC is an "edge-of-field" model in that it predicts the amount of nutrients and sediment removed from each field under each scenario, but this does not necessarily mean that the pollutants will enter the waterways. (A fate-and-transport model that incorporates the hydrology of the region would be needed to estimate the waterway loadings.) For conciseness and ease of interpretation, several of the environmental indicators generated by EPIC have been combined. Specifically, the column entitled "Erosion" represents the sum of water and wind erosion predicted by EPIC. Likewise, "Nitro-

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK    Document 85-2    filed 05/06/21    USDC Colorado    pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 3-7** Water Quality and Externalities Estimated for Ethanol Scenarios[a]

|  | Erosion (tons/acre)[b] | Nitrogen (kg/acre)[c] | Phosphorus (kg/acre)[d] |
|---|---|---|---|
| Baseline | 0.31 | 20.11 | 0.29 |
| Corn stover: 50% | 0.44 | 19.62 | 0.35 |
| Corn stover: 80% | 0.69 | 21.09 | 0.48 |
| Corn stover: 100% | 1.23 | 24.53 | 0.72 |
| Corn, continuous planting | 0.45 | 30.68 | 0.29 |
| Corn stover, continuous planting: 50% | 0.78 | 29.12 | 0.43 |
| Corn stover, continuous planting: 80% | 1.16 | 30.46 | 0.61 |
| Corn stover, continuous planting: 100% | 1.55 | 32.19 | 0.79 |
| Switchgrass: 25% | 0.23 | 26.11 | 0.24 |
| Switchgrass: 50% | 0.16 | 31.93 | 0.18 |
| Switchgrass: 75% | 0.08 | 37.93 | 0.13 |
| Switchgrass: 100% | 0.01 | 43.79 | 0.08 |

[a]All values are annual averages.

[b]Erosion reports the sum of wind and water erosion.

[c]Nitrogen reports the sum of nitrogen loss with sediment, nitrate loss with runoff, and nitrate leached.

[d]Phosphorus reports the sum of the loss with sediment and runoff (labile phosphorus).

gen" represents the sum of soluble N loss, N leaching, and N loss via sediment. Although the pathways by which N leaves the field differ in each of those cases, most of the N losses that ultimately escape the crop fields and drainage ways will enter surface water because of the subsurface tile drains that capture the majority of leached N, so the aggregated N amounts are reasonable representations of the overall system losses. Finally, the numbers in the "Phosphorus" column represent the sum of sediment-bound and soluble phosphorus that is transported in surface runoff.

As expected, the water-quality externalities increase relative to the baseline when continuous corn planting becomes the predominant cropping system. This result reflects the fact that corn has high input requirements and is relatively "leaky."

In each of the first three stover scenarios, it is assumed that the baseline crop rotation is maintained but that some or all of the above-ground biomass is harvested for biomass to be used in ethanol production. Because the removal of stover (biomass) will generally increase erosion, three levels of removal are simulated for comparison: 50%, 80%, and 100%. As can be seen, model results predict that the average erosion per acre will increase from just under 1/3 ton/acre in the baseline to .45 tons/acre under a 50% removal, and well over 1 ton under 100% removal. The changes in nitrogen export are much less dramatic, which is expected, but larger for

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

phosphorus. This result is expected, given that the majority of nitrogen is transported in the soluble phase while the phosphorus moves mainly with sediment.

Because stover removal could also occur under continuous corn planting, the committee evaluated the same three scenarios under continuous corn planting. The combination of continuous corn planting and stover removal at any of the three rates has fairly dramatic effects on the magnitude of both rates of erosion and phosphorus loss with the rate of nitrogen loss being lower.

The final four scenarios all relate to switchgrass produced as a feedstock. In this case, we evaluated four alternative levels of switchgrass planting in the watershed: 25%, 50%, 75%, and 100% of the acreage converted to the switchgrass production. The substitution of this perennial has notable effects on the erosion rates as well as on nutrient loss.

It is worth reiterating that the edge-of-field sediment loss indicators reported here cannot capture the complex watershed scale and in-stream sediment movement dynamics that have been reported in previous studies, such as Trimble (1999) and Simon and Rinaldi et al. (2006). Similar caution is stressed for the edge-of-field nutrient indicators.

*Ethanol Production and Monetization*   Each of the scenarios presented are associated with different amounts of potential ethanol production. In Table 3-8, the committee presents estimates of the amount of ethanol that the feedstocks grown in the Boone watershed could produce so that the magnitude of the externalities reported can be compared with the fuel production with which they are associated. The first column of the table provides estimates of the total amount of ethanol that the identified scenario could produce, including the baseline. In each case, the predicted yield of corn grain is assumed to be convertible to ethanol at a rate of 105 gallons/metric ton. The predicted stover removed for biomass in the stover scenarios is assumed to be converted to ethanol at a rate of 100 gallons/metric ton. This is the same rate used for the switchgrass scenarios. These are the same values assumed in the GREET model transportation runs used in the rest of this report and are chosen for internal consistency.

The second column of the table shows the incremental amount of ethanol the scenario is predicted to produce above and beyond the production in the baseline. When the land use is changed to produce additional ethanol, it creates additional externalities. By computing the additional ethanol produced, those incremental externalities (a cost to society) can be compared with the incremental ethanol (a gain).

To demonstrate the monetization of land-use externalities, we focused on the erosion estimates reported in Table 3-7. We chose to monetize erosion only for several reasons. First, more information about the costs of

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

**TABLE 3-8** Estimated Ethanol Production from Feedstocks in the Boone River Watershed

| Scenarios | Potential,[a,b] Including Baseline Corn (gal/year) | Potential[c] Increment Over Baseline (gal/year) |
|---|---|---|
| Baseline | 112 | |
| Corn stover: 50% | 167 | 55 |
| Corn stover: 80% | 196 | 85 |
| Corn stover: 100% | 214 | 103 |
| Corn, continuous planting | 217 | 105 |
| Corn stover, continuous planting: 50% | 325 | 213 |
| Corn stover, continuous planting: 80% | 384 | 272 |
| Corn stover, continuous planting: 100% | 421 | 309 |
| Switchgrass: 25% | 150 | 39 |
| Switchgrass: 50% | 187 | 75 |
| Switchgrass: 75% | 226 | 115 |
| Switchgrass: 100% | 264 | 152 |

[a]These values assume that 105 gallons of ethanol can be produced per dry metric tonne of grain and 100 gallons/metric tonne of stover or switchgrass (GREET default values). Values in this column represent all the corn in the baseline that is used to produce ethanol as well as the addition of stover, corn, or switchgrass assumed in the scenario.

[b]Multiply the number of ethanol gallons by 0.6575 to convert to the gasoline gallon equivalent. That is the conversion factor used in the GREET model.

[c]Values in this column represent the additional ethanol produced by the scenario beyond the baseline: 0.6575.

erosion is available relative to the damages from nitrogen and phosphorus. Further, phosphorus and sediment tend to move together; therefore, the estimates of damages from erosion are already likely to include some of the costs associated with phosphorus. Likewise, the water-quality damages from all three (nitrogen, phosphorus, and erosion and sediment) are likely to be interrelated, and if separate values were added together for all three, we would risk double counting.

In a recent report, Hansen and Ribaudo (2008) provided a summary of studies that have valued erosion damages (or benefits from erosion reduction) from agricultural sources for numerous categories. They provided dollar per ton estimates of erosion reductions by 8-digit watershed code (the Boone River watershed represents HUC 07100005) for the following categories: sedimentation in reservoirs, navigation, water-based recreation, irrigation ditches, road drainage, municipal water treatment, flood damages, marine and freshwater fisheries, marine recreational fishing, municipal and industrial water use, and steam power plants. Estimates appropriate for the Boone River watershed indicate that the value of a 1-ton reduction in erosion is $4.43 (2007 USD). Hansen and Ribaudo noted that these values

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

omit some potentially important categories of benefits, including effects on wetlands, endangered species, coastal recreation, and existence values, and they suggested that the numbers be viewed best as a lower bound.

Table 3-9 uses this value to monetize the erosion reductions on a per acre basis, and, in the final column, on a per gallon of ethanol basis. The scenarios that remove stover for ethanol production have fairly high costs when aggregated to the watershed level, particularly when stover removal is combined with continuous planting of corn. However, even in those cases, the costs on a per gallon of ethanol basis are quite small, averaging less than 1 cent per gallon in all cases except for 100% stover removal. It is worth bearing in mind that these results represent the externality costs associated with erosion only and are probably underestimated. We also note the need for enhanced capabilities for simulation of $N_2O$ and other GHG emissions in EPIC; such capabilities are now being tested and will be included in future releases of EPIC (Izaurralde et al. 2006). Nonetheless, the health-effect damages considered elsewhere in this report are significantly greater.

The scenarios that introduce switchgrass into the landscape yield gains in erosion—that is, total erosion is reduced relative to the baseline cropping pattern and, therefore, the costs are negative (a benefit). At a watershed level, the value of the benefits seems relatively large, while on a per gallon basis, these gains are again quite small.

**TABLE 3-9** Monetized Land-Use Damages of the Boone River Case Study[a]

|  | Erosion Loss/Acre | $/Acre | $/Watershed | Damages $/gal Ethanol | Damages $/gge |
|---|---|---|---|---|---|
| Corn stover: 50% | 0.13 | $0.49 | $261,427 | $0.005 | $0.003 |
| Corn stover: 80% | 0.38 | $1.41 | $752,857 | $0.009 | $0.006 |
| Corn stover: 100% | 0.93 | $3.43 | $1,828,204 | $0.018 | $0.012 |
| Corn, continuous planting | 0.14 | $0.52 | $278,084 | $0.003 | $0.002 |
| Corn stover, continuous planting: 50% | 0.47 | $1.74 | $929,355 | $0.004 | $0.003 |
| Corn stover, continuous planting: 80% | 0.86 | $3.17 | $1,690,837 | $0.006 | $0.004 |
| Corn stover, continuous planting: 100% | 1.25 | $4.61 | $2,459,075 | $0.008 | $0.005 |
| Switchgrass: 25% | −0.08 | −$0.28 | −$149,076 | −$0.004 | −$0.003 |
| Switchgrass: 50% | −0.14 | −$0.53 | −$284,211 | −$0.004 | −$0.003 |
| Switchgrass: 75% | −0.23 | −$0.83 | −$444,829 | −$0.004 | −$0.003 |
| Switchgrass: 100% | −0.30 | −$1.09 | −$581,777 | −$0.004 | −$0.003 |

[a]Erosion monetized at $3.70 (2000 dollars). See Hansen and Ribaudo (2008), Appendix 1.

ABBREVIATION: gge = gasoline gallon equivalent.

Copyright © National Academy of Sciences. All rights reserved.

196                                                                                    *HIDDEN COSTS OF ENERGY*

### Modeled Estimates of Life-Cycle Emissions, and Damages from Biofuel Use in Light-Duty Vehicle Highway Transportation

Table 3-10 contains a brief summary of the modeling results from the GREET-APEEP modeling effort related to biofuels. The first row of the table contains the range and population-adjusted mean for conventional gasoline vehicles for 2005 and 2030, reported on a VMT basis. The remaining rows contain the same information for the three feedstocks (dry corn, herbaceous crops, and corn stover) used in production of E10 and E85, respectively.

The estimates do not differ significantly across the feedstock types, nor do the ethanol blends differ significantly from conventional gasoline. Given that only dry corn as a feedstock is truly a proven technology, the small differences in either the range across counties or the population-adjusted

**TABLE 3-10** Comparison of Health and Other Non-GHG Damages from Conventional Gasoline to Three Ethanol Feedstocks[a]

|  | 2005 | | | 2030 | |
| --- | --- | --- | --- | --- | --- |
|  | 5th and 95th Percentile Range[b] (Cents/VMT) | Population-adjusted Mean (Cents/VMT) | Population-adjusted Mean (Cents/gge)[c] | 5th and 95th Percentile Range[b] (Cents/VMT) | Population-adjusted Mean (Cents/VMT) |
| Conventional Gasoline | 0.34-5.07 | 1.34 | 29.20 | 0.45-4.87 | 1.35 |
| E10 (dry corn) | 0.35-5.26 | 1.35 | 29.18 | 0.44-4.87 | 1.32 |
| E10 (herbaceous) | 0.33-5.06 | 1.30 | 28.09 | 0.43-4.66 | 1.30 |
| E10 (corn stover) | 0.33-5.08 | 1.30 | 28.10 | 0.43-4.71 | 1.30 |
| E85 (dry corn) | 0.57-7.31 | 1.52 | 32.90 | 0.56-5.84 | 1.39 |
| E85 (herbaceous) | 0.40-5.45 | 1.20 | 25.89 | 0.47-4.06 | 1.22 |
| E85 (corn stover) | 0.39-5.78 | 1.21 | 26.13 | 0.47-4.63 | 1.22 |

[a]Costs are in 2007 USD.

[b]From the distribution of results for all counties in the 48 contiguous states in the United States.

[c]Cents/gge, calculated by multiplying average miles per gallon by per VMT damages. This calculation will show highest damages for the most fuel-efficient vehicles. Costs are in 2007 USD.

ABBREVIATIONS: GHG = greenhouse gas; VMT = vehicle miles traveled; gge = gasoline gallon equivalent.

Copyright © National Academy of Sciences. All rights reserved.

mean should not be given much attention. Even the somewhat higher estimate for dry corn E85 of 1.52 cents is likely to contain enough error that it should not be viewed as distinctly different from the other feedstocks of conventional gasoline.

Several factors contribute to the aggregate damage estimates being similar for ethanol blends and gasoline in Table 3-10. The GREET model calculated similar estimates of vehicles emissions for all fuels shown in the table; thus, the operational component of the aggregate damages are the same. Because the E10 fuel is only 10% ethanol and 90% gasoline, similar damage estimates were obtained across the entire life cycles for E10 and gasoline. The damage costs for E85 (herbaceous and corn stover) are the lowest for any of the vehicle-fuel life cycles when looking at the population-adjusted means. A main reason is higher vehicle-fuel damages attributable to the feedstock and fuel components of the other vehicle-fuel life cycles.

To aid in comparisons with other studies and policy uses, we converted the costs/VMT into an equivalent costs per gallon. The mean-adjusted population costs computed in cents/gge are reported for the 2005 results in Table 3-10. These units are the same as those that Hill et al. (2009) used to summarize their findings. A comparison of the results in the table for 2005 with theirs is instructive. Hill et al. (2009) also use the GREET model to estimate the health effects associated with conventional gasoline and various forms of ethanol. They report estimates of health costs from gasoline averaging $0.34/gallon. They contrast this estimate with estimates of ethanol ranging from $0.16 for ethanol produced from prairie grasses to $0.93 for ethanol produced from corn by using coal as the process heat. As can be see via comparison with the results in Table 3-10, their estimates are generally higher and somewhat more discouraging for corn ethanol than our estimates.

One difference is that their results correspond to 2010 rather than our 2005 baseline. More important, the results that we report include emissions from feedstock production, fuel production, vehicle operation, and vehicle production. In contrast, Hill et al. (2009) focused only on fuel production and use and did not consider vehicle production.

## ELECTRIC VEHICLES

### History and Current Status

The late 1990s saw the emergence—in large measure in response to so-called zero-emission vehicle requirements of the California Air Resources Board (CARB)—of both a small number of all-electric vehicles and the first gasoline hybrid vehicles. Although the all-electric vehicles did not continue in production, gasoline hybrid vehicles have continued to develop and spread in the marketplace, more recently because of higher gasoline

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

prices and substantial tax incentives. Currently, such vehicles constitute approximately 1-2% of the U.S. light-duty vehicle fleet. Recently, there has been increased interest in developing different versions of "plug-in" hybrid electric vehicles (PHEVs) (which some are calling "extended-range electric vehicles"), although, other than after-market conversions, there are few such vehicles on the market.

There are two primary advantages that are usually cited for PHEVs. First, they will use electricity to power a portion of a vehicle's energy requirements and thus avoid some fraction of petroleum that would otherwise be consumed. This vehicle would presumably lead to reductions in petroleum imports. Second, although there would be some impact on emissions from electric power plants, vehicle emissions would be reduced especially in metropolitan and urban areas.

### Regulations and Technologies: Current and Anticipated in 2030

Although there are no formal national requirements for increased use of such vehicles (in the manner of the Renewable Fuel Standards that require increased use of biofuels), there are a number of regulatory and incentive programs that have the potential to affect the use of such vehicles. These programs have been put in place to address multiple objectives, including energy efficiency, reduced dependence on imported petroleum, and reduced GHG emissions. They include the following:

• Continued regulation by CARB (and other states) requiring some number of so-called partial zero-emission vehicles (PZEV) as well as the pending CARB regulations for GHG emissions (which many other states have proposed to adopt as well).

• Substantial tax credits for purchase of such vehicles, which, although they have been exhausted for some manufacturers (for example, Toyota), are still available for others (and could be revised and extended).

• Substantial government-supported research and development of advanced battery technologies.

NAS/NAE/NRC 2009d estimates that gasoline and plug-in hybrids are likely to play an important role in the 2035 time frame that the committee is considering. (15-40% and 7-15%, respectively; see Table 3-11). Strictly speaking, the gasoline hybrids are more of a fuel-efficiency improvement than a new technology, placing new demands on the electricity grid. However, several important parts of the pathway described below concerning batteries are also relevant to this technology, especially if it expands dramatically.

On the basis of the AEF analysis, a significant market penetration of

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4

TABLE 3-11 Plausible Light-Duty-Vehicle Market
Shares of Advanced Vehicles by 2020 and 2035

| Propulsion System | Plausible LDV Market Share by | |
|---|---|---|
| | 2020 | 2035 |
| Turbocharged gasoline SI | 10-15% | 25-35% |
| Diesels | 8-12% | 15-30% |
| Gasoline hybrid vehicles | 10-14% | 15-40% |
| Plug-in hybrid vehicles | 1-3% | 7-15% |
| Hydrogen fuel-cell vehicles | 0-1% | 3-6% |
| Battery electric vehicles | 0-2% | 3-10% |

ABBREVIATIONS: LDV = light-duty vehicle; SI = spark ignition.

SOURCE: NAS/NAE/NRC 2009d.

either fuel-cell or full-electric-battery vehicles is unlikely within the 2030 time frame.

## Technology and Fuel Pathways

Facilities involved with manufacture and assembly of motor vehicles are located throughout the United States, but many are clustered in the Great Lakes states, California, and Texas. Manufacturing and assembling the thousands of different parts that make up motor vehicles include the following processes: raw material recovery and extraction, material processing and fabrication, vehicle component production, finishing or electroplating metal surfaces, painting the vehicle body, vehicle assembly, and vehicle disposal and recycling. These processes are energy- and material-intensive, involving components made of metal (for example, steel, aluminum, or copper), glass, rubber, plastics, and fluids. Energy is required to transport the raw and processed materials along each process step. Some of the material production and transport takes place outside the United States.

Waste streams are generated by manufacturing and assembly facilities as a result of fuel combustion, materials used in processes that are not shipped out in product streams, and chemical reactions occurring within specific processes. Air pollutants include particulate matter, VOCs, $SO_2$, $NO_x$, and CO. GHG emissions are also produced. In addition, various manufacturing processes generate sludge or wastewater that contains toxic metals (for example, cadmium, lead, and chromium), oils, acids, and solvents.

The fuel cycle and potential effects pathways for electric vehicles are similar to other vehicles in a few respects (for example, manufacture of the vehicle) but substantially different in nearly all other respects. Major com-

Copyright © National Academy of Sciences. All rights reserved.

ponents of those pathways (for example, see Axsen et al. 2008; Samaras and Meisterling 2008) are the following:

- *Natural Resource Extraction.* The expanded use of electric batteries is likely to increase demand significantly for certain metals that come from relatively limited sites (some in unstable regions). The metals include lithium (major stocks in the Congo and Russia) and cobalt (major stocks in Bolivia). This use may pose national security costs (although they might not be an externality per se). It also would involve significant increases in worker exposure and emissions associated with transport.

- *Displacement of Imported Oil.* Increased use of hybrids could reduce dependence on imported petroleum. For example, a study by the Pacific Northwest National Laboratory (PNNL) (Kintner-Meyer et al. 2007) made aggressive projections for the introduction of PHEVs and estimated that "a shift from gasoline to PHEVs could reduce the gasoline consumption by 6.5 MMBpd, which is equivalent to 52% of the U.S. petroleum imports" (Kintner-Meyer et al. 2007).

- *Battery Manufacture.* This poses issues of worker exposure to metals as well as a potential for both conventional and GHG emissions from the manufacturing process. Table 3-12 provides estimates of the use of energy for the manufacture of batteries and other vehicle-related technologies.

- *Electric Power Grid Implications.* The PNNL study of the current capabilities of the electric power system in the United States analyzed 12

**TABLE 3-12** Energy Use During Vehicle Manufacturing and Disposal of Light-Duty Vehicles

| Propulsion System | Energy (gigaJoules/Vehicle)[a] |
|---|---|
| Current gasoline | 97-125 |
| Current diesel | 99-128 |
| Current gasoline hybrid | 114-144 |
| 2035 gasoline | 115-159 |
| 2035 diesel | 117-152 |
| 2035 plug-in hybrid vehicle (PHEV) | 138-175 |
| 2035 battery electric vehicle (BEV)[b] | |
| 2035 hydrogen fuel-cell vehicle (FCV) | 158-203 |

[a]Rounded estimates are presented. Lower values in each range are for cars; upper values are for light-duty trucks

[b]GREET 2.7 does not have the capability to estimate the BEV vehicle cycle impact accurately. The future versions of this model may include this capability.

SOURCE: Bandivadekar et al. 2008.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

regions and estimated how many PHEV-33 vehicles could be supported and what impact they might have, for example, on emissions (summarized in Kintner-Meyer et al. 2007). This study was not a dynamic analysis, and there was no estimate of the market penetration of such vehicles. In some ways, it was a maximum estimate of what could be. Their conclusions were the following:

> The existing electricity infrastructure as a national resource has sufficient available capacity to fuel 84% of the nation's cars, pickup trucks, and SUVs (198 million) or 73% of the light-duty fleet (about 217 million vehicles) for a daily drive of 33 miles on average.

> Several other grid-related impacts are likely to emerge when adding significant new load for charging PHEVs. Higher system loading could impact the overall system reliability as the entire infrastructure is utilized near its maximum capability for long periods. "Smart" PHEV charging systems that recognize grid emergencies could mitigate the extent and severity of grid emergencies. Near maximum utilization of the nation's power plants is likely to affect wholesale electricity markets. The mix of future power-plant types and technologies may change as a result of the flatter load-duration curve, which favors more base-load power plants and intermittent renewable energy resources.

- *Vehicle Use.* The use of these vehicles is likely to involve three major externalities:

    *Conventional pollutant and GHG emissions.* Potential reductions in urban emissions and exposures (a positive externality) from the use of HEVs and PHEVs and the potential increases in emissions from grid electricity are expected. NAS/NAE/NRC (2009d) (and other analyses reported below) estimated that the gradual expansion of the use of these technologies will result in emissions being representative of the average grid emissions (rather than the peak), although its assessment noted the probable unequal geographic distribution of these emissions.

    *Safety.* Safety has been raised as a concern with a number of the battery formulations. This concern includes possible malfunction (with inappropriate chemical reactions, heat, and fire) and, probably most relevant for vehicles, potential exposures and impacts in vehicle accidents. Given the wide range of potential mixtures and significant uncertainty about which of these might become most prevalent, it is difficult to quantify these externalities at this time.

    *Battery recycling and disposal.* With substantially increased use of batteries containing unusual metals, a key question will be where battery recycling and disposal will take place. In the United States and under U.S. regulatory requirements, improper emissions and worker

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4

exposures will probably be minimized (although at a minimum, there is a need for a review of current requirements to ensure their adequacy). If any significant portion of this activity takes place in the developing world, however, past experience suggests that there could be significant exposures of workers and even populations.

### Estimates of Effects and Monetized Damages for Electric Light-Duty Highway Vehicles

The analysis of damages attributable to the operation of different electric technologies is highly dependent on the assumptions made about the energy mix and emissions from the electric utility system. The damage estimates for operation of hybrid and electric vehicles show significant lower damages than those for vehicles fueled by conventional gasoline (even when accounting for the uncertainty in the analysis). The difference is greatest when comparing damages resulting from the operation of electric vehicles to those resulting from the operation of vehicles fueled by conventional gasoline. Even damages resulting from the operation of grid-independent hybrid electric vehicles (which also consume gasoline) are approximately 20% lower compared with damages resulting from the operation of vehicles fueled solely by conventional gasoline.

However, emissions from electricity generation are included in the full life-cycle damages of the grid-dependent vehicles, specifically the emissions from the power plants as well as emissions from activities to produce the fossil fuels used in these plants. As shown in Table 3-13, when the damages attributable to other parts of the life cycle were included, especially the emissions from the feedstock and the fuel (emissions from electricity production), the aggregate damages for the grid-dependent and all-electric vehicles became comparable to, or somewhat higher than, those from gasoline.

Projections of the *Annual Energy Outlook* of the U.S. Energy Information Administration were used in this analysis and in Chapter 2 to estimate the electricity damages. Although very large decreases in emissions from fossil-fueled plants were projected for 2030 compared with current emissions (on a per kilowatt-hour basis), electricity from coal- and natural-gas-fired power plants would still account for 66% of total generation. This percentage is only a slight decrease from the 70% in 2005. Thus, although the committed estimates that the damages associated with electricity generated for use by the vehicle will decrease, the total life-cycle damages of the electric-vehicle technology are still estimated to be slightly greater than those of the conventional gasoline vehicle [by 1.49-1.35 = 0.14 cents/VMT (see Table 3-13)].

One or two important transformations would be needed for the (non-climate-change-related) life-cycle damages of electric vehicles to be equal

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 3-13** Comparison of Health and Other Non-GHG Damage Estimates for Hybrid- and Electric-Vehicle Types with Conventional Gasoline, 2005 and 2030[a]

| | 2005 | | | 2030 | |
|---|---|---|---|---|---|
| | 5th and 95th Percentile Range Aggregate Damages[b] (Cents/VMT) | Population-adjusted Mean Aggregate Damages (Cents/VMT) | Population-adjusted Mean Operations Only (Cents/VMT) | 5th and 95th Percentile Range Aggregate Damages[b] (Cents/VMT) | Population-adjusted Mean Aggregate Damages (Cents/VMT) |
| Conventional gasoline | 0.34-5.07 | 1.34 | 0.38 | 0.45-4.87 | 1.35 |
| Grid-independent HEV | 0.31-4.12 | 1.22 | 0.31 | 0.49-5.57 | 1.50 |
| Grid-dependent HEV | 0.27-8.90 | 1.46 | 0.22 | 0.45-9.20 | 1.62 |
| Electric | 0.20-15.0 | 1.72 | 0.05 | 0.35-12.2 | 1.49 |

[a]Costs are in 2007 USD.

[b]From the distribution of results for all counties in the 48 contiguous states in the United States.

ABBREVIATIONS: GHG = greenhouse gas; VMT = vehicle miles traveled; HEV = hybrid electric vehicle.

to or less than those of conventional vehicles. One of the transformations needed would be a dramatic shift to much greater nonfossil-fuel electricity generation—from renewable energy sources as well as nuclear power plants (for example, see Samaras and Meisterling, 2008). Instead of fossil fuels accounting for 66% of total generation in 2030, they would need to be lowered to about 37%. This estimated decrease is based on the assumption that no improvement in manufacturing efficiency will occur (see below) and that the fuel component of the damages would decrease by the 0.14 cents/VMT difference between gasoline and electric vehicles.

The other technological transformation would have to be a great improvement in energy efficiency in vehicle manufacture. As noted in Table 3-12, energy use in manufacturing a plug-in hybrid vehicle is about 13-23% greater than that for a gasoline vehicle in 2035, and both are greater than energy use to manufacture current gasoline hybrid and gasoline vehicles. Damages from the emissions associated with vehicle manufacture account for a large percentage of the overall life-cycle damages. Thus, even with the large decreases in emissions from generating electricity at fossil-fueled plants, the large damages from the vehicle-manufacture component mean that life-cycle damages for electric vehicles would probably be somewhat greater than those for conventional vehicles, unless there is significant

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

reduction in energy use in manufacturing batteries and other electric vehicle components.

The aggregate damages also reflect approximately 20% higher energy use and emissions from the manufacture of the vehicles, based on higher estimated energy inputs in GREET for battery manufacture.

## NATURAL GAS

### Current Status

Natural gas vehicles (NGVs) are very similar to gasoline vehicles; the major difference is in fuel storage. Light-duty NGVs, and some heavy-duty vehicles like urban transit buses, use compressed natural gas (CNG). Heavy-duty vehicles can also use liquefied natural gas (LNG), which is denser but must be maintained below −260°F in very well insulated tanks (NGV America 2009; DOE 2009b).

In 2008, there were more than 150,000 NGVs in the United States. The main markets for NGVs are new transit buses and corporate fleet cars that are used mainly for short trips. That demand is due mainly to EPA's Clean-Fuel Fleet Program. NGVs are more expensive than hybrid vehicles or gasoline vehicles. For example, the Honda Civic GX NGV has an MSRP of $24,590 compared with $22,600 for the hybrid sedan, and $15,010 for the regular sedan (Rock 2008).

About 1,500 NGV fueling stations are in the United States as of 2008; a substantial portion is part of private company facilities and is not available to the general public. Natural gas is sold in units of gasoline gallon equivalent. One gasoline gallon equivalent represents the same energy content (124,800 British thermal units) as a gallon of gasoline. Natural gas for CNG is obtained directly from a distribution line. Stations require large, high-pressure compressors and storage tanks to fill a vehicle quickly. Alternatively, a small compressor can work overnight. Natural gas for LNG can also be taken from a gas pipeline and then liquefied on-site, but it also can be transported in liquid form to a refueling facility via tanker truck.

### Technology Development and Barriers

The main benefit of CNG has been its relatively low price (about 80% that of gasoline on a gasoline-gallon-equivalent basis). Also, transport and distribution can rely on an existing infrastructure for both industrial and household use (Yborra 2006). According to the AEF report (NAS/NAE/NRC 2009c), if natural gas were to be used for transportation instead of for electricity production, North American natural gas reserves could supply about 20-25% of transportation fuel needs by 2020 but only with

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4

investment in distribution infrastructure. To supply more would require importing natural gas and LNG to meet that increased demand. (Chapter 6 discusses hazards related to infrastructure for distribution of LNG in the United States.)

The AEF report indicates that the main challenges to increased use of NGVs include an insufficient number of refueling stations and inconvenient on-board CNG tanks that take up most of the trunk space. Another key disadvantage is a limited range. The average range of a gasoline or diesel vehicle is 400 miles, and the range of an NGV is only 100 to 150 miles, depending on the NG compression. The AEF report suggests that the most important barrier for NGVs could be a public perception that using CNG as a fuel would involve carrying a dangerous "explosive" on board a vehicle and that self-service refueling with a high-pressure gas would be too risky to offer to the general public.

### Fuel-Cycle Effects and Externalities

Natural gas has several significant advantages as a fuel for vehicles when compared with gasoline or diesel. Dedicated NGVs have the least exhaust emissions of CO, nonmethane VOCs, $NO_x$, and $CO_2$. NGVs emit unburned methane (which has a higher climate forcing potential than $CO_2$), but this might be compensated for by the substantial reduction in $CO_2$ emissions.

The choice of fuel pathway for CNG can have a large impact on GHG emissions over the fuel life cycle. If non-North American natural gas is imported as LNG via ocean tanker and then regasified and compressed to produce CNG, for example, CNG reduces life-cycle GHG emissions by only 5% compared with gasoline. If domestic gas is used, life-cycle GHG emissions are reduced by 15%. If gas that otherwise would be flared or landfill gas is used as the feedstock, net GHG emissions can be negative.

### Modeled Estimates of Damages from Light-Duty CNG Vehicles

Table 3-14 contains a summary of the modeling results from the GREET-APEEP modeling effort related to natural gas light-duty autos and trucks (with a row for reformulated gasoline autos for comparison purposes). Each row of Table 3-14 contains the range and population-adjusted mean for health damages on a VMT basis in 2005 and 2030. There is also a column showing the health costs per gasoline gallon equivalent. Because of population growth, other things being equal, damages would tend to increase from 2005 to 2030. So, decreases in damages mean that for a variety of reasons, emissions per VMT are diminishing over time faster than the population is growing.

Copyright © National Academy of Sciences. All rights reserved.

**TABLE 3-14** Health and Other Non-GHG Damages from CNG Light-Duty Autos and Trucks (Values Reported in Cents/VMT)[a]

|  | 2005 | | | 2030 | |
| --- | --- | --- | --- | --- | --- |
|  | 5th and 95th Percentile Range[b] (Cents/VMT) | Population-adjusted Mean (Cents/VMT) | Population-adjusted Mean (Cents/gge)[c] | 5th and 95th Percentile Range[b] (Cents/VMT) | Population-adjusted Mean (Cents/VMT) |
| Conventional gasoline SI autos | 0.35-5.12 | 1.32 | 29.83 | 0.45-4.87 | 1.35 |
| CNG autos | 0.30-4.54 | 1.20 | 23.35 | 0.38-4.41 | 1.16 |

[a]Costs are in 2007 USD.

[b]From the distribution of results for all counties in the 48 contiguous states in the United States.

[c]Cents/gge, calculated by multiplying average miles per gallon by per VMT damages. Therefore the highest damages are shown for the most fuel-efficient vehicles.

ABBREVIATIONS: GHG = greenhouse gas; CNG = compressed natural gas; VMT = vehicle miles traveled; gge, gasoline gallon equivalent; SI = spark ignition.

In fact, damages for CNG autos are 1.2 cents per VMT or about 23 cents/gge. Emissions for trucks are much larger, reaching 28 cents a gallon for LDT2 in 2005. Emissions per VMT are increasing over time for all CNG vehicle types except for LDT2, where the population-adjusted means are 12% lower in 2030 than 2005. CNG autos outperform gasoline autos, with only 87% of the damages in both 2005 and 2030, implying that the emissions per VMT of CNG autos over the life cycle are that much lower than emissions of gasoline autos. On a per gasoline-gallon-equivalent basis, CNG autos do even better, with only 78% of the damages of gasoline vehicles.

By life-cycle stage, the difference in damages from CHG vehicles compared with gasoline vehicles is accounted for by lower operations emissions (particularly of $NO_x$ and VOCs) and lower emissions from the fuel stage for CNG, offset only somewhat by higher feedstock emissions (with identical emissions from the vehicle manufacturing stage).

Table 3-15 shows how the $CO_2$-equivalent emissions vary for CNG autos and reformulated-gasoline autos for the years 2005 and 2030 on a VMT basis. As can be seen, $CO_2$-equivalent emissions for CNG autos are about 89% of those for gasoline vehicles in 2005 but this advantage is greater in 2030, CNG emissions being only 79% of gasoline vehicle emissions in 2030. As expected, methane emissions for CNG vehicles are greater than those for gasoline, but $CO_2$ emissions are much lower, yielding a net decrease in $CO_2$-equivalent emissions for CNG vehicles.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 3-15** Carbon Dioxide Equivalent ($CO_2$-eq)
Emissions of GHGs from CNG Autos and Light-Duty
Trucks Compared with Reformulated Gasoline Vehicles
(Grams/VMT)

| Fuel-Vehicle Combination | $CO_2$-eq 2005 gal/VMT | $CO_2$-eq 2030 gal/VMT |
|---|---|---|
| RFG SI autos (conventional oil) | 552 | 365 |
| CNG autos | 492 | 280 |

NOTE: Costs are in 2007 USD.

ABBREVIATIONS: VMT = vehicle miles traveled; RFG = reformulated
gasoline; SI = spark ignition; CNG = compressed natural gas.

One caveat with these estimates is that they take, as given, GREET
default assumptions with respect to LNG imports. If LNG imports grow
by more than assumed between 2005 and 2030, much, if not all, the gains
from CNG vehicles relative to gasoline vehicles (at least from the perspec-
tive of GHG emissions) will be eroded.

## HYDROGEN FUEL-CELL VEHICLES

### Current Status

According to the AEF report (NAS/NAE/NRC 2009c), hydrogen fuel-
cell vehicles (HFCVs) can yield large and sustained reductions in U.S. oil
consumption and GHG emissions, but several decades will be needed to
realize these potential long-term benefits. The NRC report *Transitions to
Alternative Transportation Technologies—A Focus on Hydrogen* (NRC
2008c) estimates that the maximum practical number of HFCVs that could
be operating in 2020 would be approximately 2 million in a fleet of 280
million light-duty vehicles. The number of HFCVs could grow rapidly to
about 25 million by 2030 and account for more than 80% of new vehicles
entering the fleet by 2050. These estimates assume that technical goals are
met, consumers readily accept HFCVs, and policy instruments are in place
to facilitate the introduction of hydrogen fuel and HFCVs through the
market transition period.

### Modeled Estimates of Damages from Hydrogen Fuel-Cell Vehicles

Table 3-16 contains a summary of the modeling results from the
GREET-APEEP modeling effort related to hydrogen fuel-cell autos rela-
tive to gasoline light-duty autos. GREET covers two technologies for fuel
cells—one that assumes the vehicle uses hydrogen gas directly and another

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 3-16** Health and Other Non-GHG Damages from Hydrogen Fuel-Cell Autos Compared with Reformulated Gasoline Autos[a]

|  | 2005 | | | 2030 | |
| --- | --- | --- | --- | --- | --- |
|  | 5th and 95th Percentile Range[b] (Cents/VMT) | Population-adjusted Mean (Cents/VMT) | Population-adjusted Mean (Cents/gge)[c] | 5th and 95th Percentile Range[b] (Cents/VMT) | Population-adjusted Mean (Cents/VMT) |
| Conventional gasoline SI autos | 0.35-5.12 | 1.32 | 29.83 | 0.45-4.87 | 1.35 |
| Hydrogen (gaseous) autos | 0.38-4.17 | 1.34 | 66.68 | 0.61-5.61 | 1.64 |

[a]Costs are in 2007 USD.

[b]From the distribution of results for all counties in the 48 contiguous states in the United States.

[c]Cents/gge, calculated by multiplying average miles per gallon per VMT damages. Therefore the highest damages are shown for the most fuel-efficient vehicles.

ABBREVIATIONS: GHG = greenhouse gas; VMT = vehicle miles traveled; gge = gasoline gallon equivalent; SI = spark ignition.

that assumes the vehicle carries a liquid fuel on the vehicle that is converted to hydrogen gas in a reformer. Because of the substantial uncertainties associated with the likely types and amounts of energy use for liquid hydrogen fuel, only results for hydrogen gas are included here. Each row of Table 3-16 contains the range and population-adjusted mean for health damages on a VMT basis in 2005 and 2030. There is also a column showing the health costs per gasoline gallon equivalent.

Table 3-16 shows that estimated damages for hydrogen (gaseous) and reformulated gasoline are similar in 2005. Yet, there are large differences in emissions over the life cycle. Hydrogen fuel cells have far larger emissions from the fuel stage and the vehicle-manufacturing stage than gasoline vehicles, which is about fully offset by lower emissions in the operation stage and to a lesser extent in the feedstock stage. By 2030, however, reformulated gasoline is less damaging than hydrogen (gaseous) owing to a bigger increase in emissions per VMT in the vehicle-manufacturing stage. Note that it is misleading to compare damages on a per gallon-gasoline-equivalent basis since hydrogen fuel cells use such a different means of propulsion and get such apparently "high" mileage per damage unit.

Table 3-17 shows how the $CO_2$-equivalent emissions vary among the different fuel vehicle types and between the years 2005 and 2030 on a VMT basis. As shown, the hydrogen (gaseous) vehicle fuel significantly

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

**TABLE 3-17** Carbon Dioxide Equivalent ($CO_2$-eq)
Emissions of GHGs from Hydrogen Fuel-Cell Autos
Compared with Reformulated Gasoline Autos

| Fuel-Vehicle Combination | $CO_2$-eq 2005 gal/VMT | $CO_2$-eq 2030 gal/VMT |
|---|---|---|
| RFG SI autos (conventional oil) | 552 | 365 |
| Hydrogen (gaseous) autos | 341 | 294 |

NOTE: Costs are in 2007 USD.

ABBREVIATIONS: GHGs = greenhouse gases; RFG = reformulated gaso-
line; SI = spark ignition.

outperforms gasoline vehicles for $CO_2$-equivalent, with only about 60% of
the latter's emissions.

## SUMMARY AND CONCLUSIONS

The committee has presented here a detailed summary of the wide range
of potential emissions and damages from the use of energy in transporta-
tion. Our discussion and analysis focus on the components of transporta-
tion energy use—for light- and heavy-duty on-road transportation—that
account for the great majority of annual transportation energy use. Other
transportation energy uses—for example, for nonroad vehicles, aircraft,
locomotives, and ships—are not inconsequential, but they account for a
smaller portion of transportation energy use and were beyond the scope of
this analysis.

### Results of the Analysis: Health and Other Damages

Given these limitations, our analysis does provide some useful insight
into the relative levels of damages from different fuel and technology mixes.
Overall, we estimate that the aggregate national damages to health and
other non-GWP effects would have been approximately $36.4 billion per
year for the light-duty vehicle fleet in 2005; the addition of medium-duty
and heavy-duty trucks and buses raises the aggregate estimate to approxi-
mately $56 billion. These estimates are probably conservative, as they do
not fully account for the contribution of light-duty trucks to the aggregate
damages and of course should be viewed with caution, given the significant
uncertainties described above in any such analysis.

*Health and Other Non-GWP Damages on a per VMT Basis*

Although the uncertainties in the analysis preclude precise ranking of
different technologies, Table 3-18 illustrates that on a cents per VMT basis

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 3-18** Relative Categories of Damages 2005 and 2030 for Major Categories of Light-Duty Fuels and Technologies[a]

| Category of Aggregate Damage Estimates (Cents/VMT) | 2005 | 2030 |
|---|---|---|
| 1.10-1.19 | | CNG<br>Diesel with low sulfur and biodiesel |
| 1.20-1.29 | E85 herbaceous<br>E85 corn stover<br>CNG<br>Grid-independent HEV | E85 corn stover<br>E85 herbaceous |
| 1.30-1.39 | Conventional gasoline and RFG<br>E10<br>Hydrogen gaseous | Conventional gasoline and RFG<br>E10<br>E85 corn |
| 1.40-1.49 | Diesel with low sulfur and biodiesel<br>Grid-dependent HEV | Electric vehicle |
| 1.50-1.59 | E85 corn | Grid-independent HEV<br>Grid-dependent HEV |
| >1.60 | Electric vehicle | Hydrogen gaseous |

[a]Costs are in 2007 USD.

ABBREVIATIONS: VMT = vehicle miles traveled; CNG = compressed natural gas; HEV = hybrid electric vehicle; RFG = reformulated gasoline.

there are some differences that provide useful insight into the levels of damages attributable to different fuel and technology combinations in 2005 and 2030. Overall, the damage levels illustrate several things:

•   Among the fuel and technology choices, there are some differences in damages, although overall, especially in 2030, the different fuel and technology combinations have remarkably similar damage estimates.

   ○ Some fuels—E85 from herbaceous and corn stover and CNG—have relatively lower damages than all other options in both 2005 and 2030
   ○ Diesel, which has relatively high damages in 2005, has one of the lowest levels of damage in 2030. This is due to the substantial reductions in both PM and $NO_x$ emissions that a 2030 diesel vehicle is required to attain.
   ○ Corn-based ethanol, especially E85, has relatively higher dam-

Copyright © National Academy of Sciences. All rights reserved.

ages than most other fuels; this is in large measure due to the higher level of emissions from the energy required to produce the feedstock and the fuel.

○ Grid-dependent HEVs and electric vehicles have relatively higher damages in 2005. As noted above, these vehicles have significant advantages over all other fuel and technology combinations when considering only damages from operations. However, the damages associated with the current and projected mixes of electricity generation (the latter still being dominated by coal and natural gas in 2030, albeit at significantly lower rates of emissions) add substantial damages to these totals. In addition, the increased energy associated with battery manufacture adds approximately 20% to the damages from vehicle manufacture. However, further legislative and economic initiatives to reduce emissions from the electricity grid could be expected to improve the relative damages from electric vehicles substantially.

• Although the underlying level of aggregate damages in the United States could be expected to rise between 2005 and 2030 because of projected increases in population and to increases in the value of a statistical life, the results in our analysis for most fuel and technology examples in 2030 are very similar to those in 2005 in large measure because of the expected improvement in many fuel and technology combinations (including conventional gasoline) as a result of enhanced fuel efficiency (35.5 mpg) expected by 2030 from the recently announced new national standards for fuel efficiency. (It is possible, however, that these improvements are overstated somewhat, because there is evidence that improved fuel efficiency can also lead to increased travel, probably resulting in higher aggregate damages than would otherwise be seen.)

• As shown in Figure 3-7, these aggregate damages are not spread equally among the different life-cycle components. For example, in most cases, the actual operation of the vehicle is one-quarter to one-third of the aggregate damages, while the emissions incurred in creating the feedstock, refining the fuel, and making the vehicle are responsible for the larger part of aggregate damages.

*Health and Other Non-GHG Damages on a per Gallon Basis*

As illustrated in Tables 3-3, 3-10, and 3-14, the committee also attempted to estimate the health and non-GHG damages on a per gallon basis. This estimate is made somewhat more complicated by the fact that simply multiplying expected miles per gallon for each fuel and vehicle type by the damages per mile will tend to make the most fuel-efficient vehicles,

Copyright © National Academy of Sciences. All rights reserved.

212                                    *HIDDEN COSTS OF ENERGY*





**FIGURE 3-7** Health effects and other nonclimate damages are presented by life-cycle component for different combinations of fuels and light-duty automobiles in 2005 (*a*) and 2030 (*b*). Damages are expressed in cents per VMT (2007 U.S. dollars). Going from bottom to top of each bar, damages are shown for life-cycle stages as follows: vehicle operation, feedstock production, fuel refining or conversion, and vehicle manufacturing. Damages related to climate change are not included. ABBREVIATIONS: VMT, vehicle miles traveled; CG SI, conventional gasoline spark ignition; CNG, compressed natural gas; E85, 85% ethanol fuel; HEV, hybrid electric vehicle.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

which travel the most miles on a gallon, appear to have higher damages per gallon than a less fuel-efficient vehicle. With that caveat in mind, the committee estimated that in 2005 the mean damages per gallon for most fuels ranged from 23 cents/gallon to 38 cents/gallon, the damages for conventional gasoline engines being in approximately the middle of that range at approximately 29 cents per gallon.

### Estimates of Aggregate National Health and Other Non-GHG Damages

Overall, and scaling up the per VMT damages reported here to reflect national VMT in 2005, we estimate that the aggregate national damages to health and other nonclimate-change-related effects would have been approximately $36 billion per year (2007 USD) for the light-duty vehicle fleet in 2005; the addition of medium-duty and heavy-duty trucks and buses raises the aggregate estimate to approximately $56 billion (2007 USD). These estimates are probably conservative, as they include but do not fully account for the contribution of light-duty trucks to the aggregate damages, and of course should be viewed with caution, given the significant uncertainties in any such analysis.

### Limitations in the Health and Other Non-GHG Damages Analysis

It is important in interpreting these results to consider two major limitations in the analysis:

• *Emissions and damages that were not quantifiable.* Although our analysis was able to consider and quantify a wide range of emissions and damages throughout the life cycle and included what arguably could be considered the most significant contributors to estimates of such damages (for example, premature mortality resulting from exposure to air pollution), there are many potential damages that could not be quantified at this time. Such damages include the following:

> ○ *Overall:* Impacts of hazardous air pollutants and damages to ecosystems (for example, from deposition), the full range of agricultural crops, and others.
> ○ *Biofuels:* Impacts on water use and water contamination, as well as any formal consideration of potential indirect land-use effects (see discussion of the latter in "Indirect Land Use and Externalities").
> ○ *Battery electric vehicles:* Potential effects from exposures to air toxics in battery manufacture, in battery disposal, and during accidents.

Copyright © National Academy of Sciences. All rights reserved.

• *Uncertainty.* Any such analysis includes a wide set of assumptions and decisions about analytical techniques that can introduce uncertainty in the results. Although we did not attempt to conduct a formal uncertainty analysis, we have been cautious throughout our discussion of results—and urge the reader to be cautious—to not over-interpret small differences in results among the wide range of fuels and technologies assessed. Moreover, we engaged in limited sensitivity analyses to check the impacts of key assumptions.

## Results of the Analysis: GHG Emissions

• Similar to the damages estimates, the GHG emission estimates from each fuel and technology combination can provide relative estimates of GHG performance in 2005 and 2030. Although caution should be exercised in interpreting these results and in comparing the fuel and technology combinations, some instructive observations from Table 3-19 are possible:

> ○ Overall, the substantial improvements in fuel efficiency in 2030 (to a minimum of 35 mpg for light-duty vehicles) result in most technologies becoming much closer to each other in per VMT life-cycle GHG emissions. There are, however, some differences:
> ○ As with the damages reported above, the herbaceous and corn stover E85 have relatively low emissions; in terms of aggregate g/VMT of $CO_2$-equivalent emissions, E85 from corn also has relatively low emissions.
> ○ The tar-sand-based fuels have the highest GHG emissions of any of the fuels.
> ○ As shown in Figure 3-8 and in contrast to the damages analysis above, the operation of the vehicle is in most cases a substantial relative contributor to total life-cycle emissions. This is not the case, however, with either the grid-dependent technologies (for example, electric or grid-dependent hybrid) or the hydrogen fuel-cell vehicles, where the dominant contributor to life-cycle emissions is the processing of the fuel in the grid or in the production of hydrogen.

## Results of the Analysis: Heavy-Duty Vehicles

The committee also undertook a more limited analysis of the damages and GHG emissions associated with heavy-duty vehicles. Although this analysis included operations, feedstock, and fuel components of the life cycle, it could not include a vehicle-manufacturing component because of the

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 3-19** Relative Categories of GHG Emissions in 2005 and 2030 for Major Categories of Light-Duty Fuels and Technologies

| Category of Aggregate CO$_2$-Equivalent Emission Estimates (gal/VMT) | 2005 | 2030 |
|---|---|---|
| 150-250 | E85 herbaceous<br>E85 corn stover | E85 herbaceous<br>E85 corn stover |
| 250-350 | Hydrogen gaseous | E85 corn<br>Diesel with biodiesel<br>Hydrogen gaseous<br>CNG |
| 350-500 | E85 corn<br>Diesel with biodiesel<br>Grid-independent HEV<br>Grid-dependent HEV<br>Electric vehicle<br>CNG | Grid-independent HEV<br>SI conventional gasoline, RFG<br>Grid-dependent HEV<br>Electric vehicle<br>Diesel with low sulfur<br>E10 herbaceous, corn stover<br>SIDI conventional gasoline<br>E10 corn<br>SI tar sands |
| 500-599 | Conventional gasoline and RFG<br>E10<br>Low-sulfur diesel | |
| >600 | Tar sands | |

Costs are in 2007 USD.

ABBREVIATIONS: GHG = greenhouse gas; VMT = vehicle miles traveled; CNG = compressed natural gas; HEV = hybrid electric vehicle; RFG = reformulated gasoline.

wide range of vehicle types and configurations. In sum, and as illustrated in Figures 3-9 and 3-10, there are several conclusions that can be drawn:

- The damages per VMT in 2005 are significantly higher than those shown above for light-duty vehicles, although they accrue to a much higher weight of cargo and number of passengers being carried per mile as well.
- Damages drop significantly in 2030 because of the full implementation of the 2007-2010 Highway Diesel Rule, which requires substantial reductions in PM and NO$_x$ emissions.

GHG emissions are driven primarily in these analyses by the operations component of the life cycle and do not change substantially between 2005 and 2030 (except for a modest improvement in fuel economy). EPA

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

216                                          *HIDDEN COSTS OF ENERGY*





**FIGURE 3-8** Greenhouse gas emissions (grams $CO_2$-eq)/VMT by life-cycle component for different combinations of fuels and light-duty automobiles in 2005 (*a*) and 2030 (*b*). Going from bottom to top of each bar, damages are shown for life-cycle stages as follows: vehicle operation, feedstock production, fuel refining or conversion, and vehicle manufacturing. One exception is ethanol fuels for which feedstock production exhibits negative values because of $CO_2$ uptake. The amount of $CO_2$ consumed should be subtracted from the positive value to arrive at a net value. ABBREVIATIONS: g $CO_2$-eq, grams $CO_2$-equivalent; VMT, vehicle miles traveled; CG SI, conventional gasoline spark ignition; CNG, compressed natural gas; E85, 85% ethanol fuel; HEV, hybrid electric vehicle.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549





**FIGURE 3-9** Aggregate operation, feedstock, and fuel damages of heavy-duty vehicles from air-pollutant emissions (excluding GHGs) (cents/VMT). (Top) Estimated damages in 2005; (Bottom) estimated damages in 2030.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html





**FIGURE 3-10** Aggregate operation, feedstock, and fuel damages of heavy-duty vehicles from GHG emissions (cents/VMT). (Top) Estimated damages in 2005; (Bottom) estimated damages in 2030.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

and others are investigating possible future enhanced requirements for fuel economy among heavy-duty vehicles.

### Results of the Analysis: Damage and GHG Emission Comparisons

Although energy use and emissions generally track one another quite closely, the comparisons above indicate that they do not uniformly distinguish among the fuel and technology combinations. In general, there are few fuel and technology combinations that have significantly lower damages than gasoline in 2005 (Table 3-10), although several combinations have significant advantages in global warming potential (GWP). (The former is in part due to the GREET model, which assumes all fuel and vehicle combinations must at least meet similar emissions standards.) The electric and fuel-cell options have somewhat higher life-cycle damages than gasoline even though they have significantly lower GWP in most cases.

The conclusions to be drawn from the 2030 analysis are similar, although some diesel options begin to exhibit improvements in damages over gasoline damages because of the substantial mandated reduction in emissions, and the overall difference in damages is somewhat smaller as fuel efficiency among the fuel and technologies converge.

### Overall Implications of the Results

Perhaps the most important conclusion to be taken from these analyses is that, when viewed from a full life-cycle perspective, the results are remarkably similar across fuel and technology combinations. One key factor contributing to this result is the relatively high contribution of emissions to health and other non-GHG damages in life-cycle phases (such as those in the development of the feedstock, the processing of the fuel, and the manufacturing of the vehicle) other than in the phase of vehicle operation.

There some differences though, and from these, some conclusions can be drawn:

- The gasoline-driven technologies have somewhat higher damages and GHG emissions in 2005 than a number of other fuel and technology combinations. The grid-dependent electric options have somewhat higher damages and GWP than other technologies, even in our 2030 analysis, in large measure due to the continued conventional and GHG emissions from the existing and likely future grid at least as of 2030. (See below for mention of possible pathways for reducing those emissions.)
- In 2030, with the move to meet the enhanced 35 mpg requirements now being put in place, those differences among technologies tend to converge somewhat, although the fact that operation of the vehicle is

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

220                                                     *HIDDEN COSTS OF ENERGY*

generally less than a third of overall life-cycle emissions and damages tends to dampen the magnitude of that improvement. Further enhancements in fuel efficiency—the likely push for an extension beyond 2016 to further improvements—would improve the GHG emission estimates for all liquid-fuel-driven technologies.

•   The choice of feedstock for biofuels can significantly affect the relative level of life-cycle damages, herbaceous and corn stover having some advantage in this analysis.

•   Additional regulatory actions or changes in the mix of electricity generation can significantly affect levels of damages and GHG emissions. This result was illustrated in this analysis by the substantial reduction in diesel damages from 2005 to 2030. Similarly, major regulatory initiatives to reduce electricity-generation emissions or legislation to reduce carbon emissions would significantly improve the relative damages and emissions from the grid-dependent electric options. A shift to electricity generation with lower emissions (for example, natural gas, renewables, and nuclear) would also further reduce the life-cycle emissions and damages of the grid-dependent technologies.

•   Overall, the differences are somewhat modest among different types of vehicle technologies and fuels, even under the likely 2030 scenarios, although some technologies (for example, grid-dependent electric) had somewhat higher life-cycle emissions. Therefore, some breakthrough technologies (such as cost-efficient conversion of advanced biofuels; cost-efficient carbon capture and storage, and much greater use of renewable resources for electricity generation) appear to be needed to dramatically reduce transportation-related externalities.

These results must be viewed in the context of a large number of potential damages noted above that cannot at this time be quantified and substantial continued uncertainties. There is a need for additional research to attain the following:

1.   At the earliest possible stage in the research and development process, better understanding of the potential negative externalities for new fuels and technologies should be obtained to avoid these externalities as the fuels and technologies are being developed.

2.   Understanding of the currently unquantifiable effects and potential damages should be improved, especially as they relate to biofuels (such as effects on water resources and ecosystems) and battery technology (such as effects throughout the battery life cycle of extraction through disposal).

3.   More accurate emissions factors should be obtained for each stage of the fuel and vehicle life stages. In particular, there is a need, in the context of enhancing even further EPA's recent shift to the Motor Vehicle

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

Emission Simulator (MOVES) model for mobile-source emissions, to make measurements to confirm or refute the assumption that all vehicles will only meet but not exceed emission standards. In actual practice, there can be significant differences between on-road performance relative to emissions requirements and some alternative-fuel vehicles may do better or worse than expected.

4. The issue of indirect land-use change is central to current debates about the merit of biofuels. Regardless of whether this impact is regarded as an externality associated with U.S. or foreign biofuels production, it is important to obtain more empirical evidence about its magnitude and causes, as well as to improve the current suite of land-use change models.

5. Because a substantial fraction of life-cycle health impacts comes from both vehicle manufacture and fuel production, it is important to improve and expand the information and databases used to construct emissions factors for these life stages. In particular, there is a need to understand whether and how energy-efficiency improvements in these industrial components might change the overall estimates of life-cycle health damages.

6. As better data become available, future studies should also focus on other transportation modes—both those that are alternatives to automobiles and light trucks (transit), as well as air, rail, and marine, which are alternatives for long-distance travel and for freight.

Copyright © National Academy of Sciences. All rights reserved.

# 4

# Energy for Heat

## BACKGROUND

An evaluation of the externalities of energy used to produce heat as an end use is important because heat energy represents about 30% of U.S. primary energy usage.[1] Unlike the chapters on the electricity-production and transportation sectors, this chapter does not present a detailed assessment of externalities associated with all uses of all energy sources for heat. Rather, this chapter presents the committee's assessment of air-pollution damages from present uses (and uses expected in 2030) of natural gas for heat by residential and commercial sector buildings (see Box 4-1 for sector definitions) and presents some comparisons of natural gas and electricity use for heat. The industrial sector is discussed only qualitatively, because published statistics do not differentiate clearly between fuel used for heating and fuel used as feedstocks for manufacturing processes. Figures 4-1 and 4-2 show the overall energy use in the United States by sector, the details of building and industrial energy consumption by source, and the consumption by sector of electricity and natural gas (EIA 2008b). Natural gas is the

---

[1]"The energy that powers our civilization is obtained from a number of primary energy sources that exist in nature. These sources fall into two categories: flows of energy and stored energy. Examples of energy flows include sunlight, wind, and waves. Stored energy includes fossil energy (petroleum, natural gas, and coal), bioenergy (contained in biomass), and nuclear energy (stored in atomic nuclei in radioactive elements such as uranium) and the heat stored in Earth's upper crust. Primary energy sources can be converted into *useful* energy that, for example, powers a vehicle, lights a building, or supplies heat for an industrial process, although the conversion process inevitably involves energy losses (which can be quite considerable) and often entails substantial costs" (NAS/NAE/NRC, 2009a).

222

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

BOX 4-1
Definition of Residential, Commercial, and Industrial Sectors

Residential sector: An energy-consuming sector that consists of living quarters for private households. Common uses of energy associated with this sector include space heating, water heating, air conditioning, lighting, refrigeration, cooking, and running a variety of other appliances. The residential sector excludes institutional living quarters. NOTE: Various programs of the U.S. Energy Information Administration differ in sectoral coverage.

Commercial sector: An energy-consuming sector that consists of service-providing facilities and equipment of: businesses; federal, state, and local governments; and other private and public organizations, such as religious, social, or fraternal groups. The commercial sector includes institutional living quarters. It also includes sewage treatment facilities. Common uses of energy associated with this sector include space heating, water heating, air conditioning, lighting, refrigeration, cooking, and running a wide variety of other equipment. NOTE: This sector includes generators that produce electricity and useful thermal output primarily to support the activities of the above-mentioned commercial establishments.

Industrial sector: An energy-consuming sector that consists of all facilities and equipment used for producing, processing, or assembling goods. The industrial sector encompasses the following types of activity: manufacturing (NAICS codes 31-33); agriculture, forestry, fishing, and hunting (NAICS code 11); mining, including oil and gas extraction (NAICS code 21); and construction (NAICS code 23). Overall energy use in this sector is largely for process heat and cooling and powering machinery, with lesser amounts used for facility heating, air conditioning, and lighting. Fossil fuels are also used as raw material inputs to manufactured products. NOTE: This sector includes generators that produce electricity and useful thermal output primarily to support the above-mentioned industrial activities.

———————

SOURCE: Glossary accessed at the Energy Information Administration (EIA) Web site http://www.eia.doe.gov/.

major fuel used for heat in buildings. However, buildings also consumed about 5% of the 39.7 quadrillion British thermal units (quads) of petroleum used in 2008; industry consumed about 25%. Industrial consumption of petroleum includes the petroleum refining industry, which in turn provides 70% of petroleum used in transportation.

Approximately 20% of total energy consumed in the United States is attributed to nonelectric use in the industrial sector (for both heating and feedstock); about 10% is attributed to nonelectric use in commercial and residential buildings. Building-sector energy is predominantly used for heating. The industrial and building sectors are also the consumers of almost all electricity generation—about 40% of the U.S. primary energy usage. Damages associated with electricity production were evaluated in Chapter 2.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549



Notes:

- For each sector, "Total Energy Use" is direct (primary) fuel use plus apportioned purchased electricity and electricity system losses

- Economy-wide, total US primary energy use in 2008 was 102.3 quadrillion BTU (quads)

- Source:  US Department of Energy, Energy Information Administration, Annual Energy Outlook 2008

**FIGURE 4-1** Total U.S. energy use by sector, 2008. SOURCE: EIA 2008b.

The types of damages considered by this committee and associated with end uses of electricity are relatively small compared with those associated with electricity generation.

This chapter provides approximate estimates of damages associated with the use of natural gas for heating applications in the industrial and building sectors. The technologies used in these sectors vary in type, size, and age and are widely distributed, but they mainly burn natural gas. The industrial sector uses some petroleum and small amounts of other primary fuels. The magnitude of associated externalities is strongly influenced by the amount of a particular fuel used and the locations of use.

Most industrial processes and buildings have operating lives of three or more decades, so, in addition to new installations to meet growth in demand, only a few percent of the existing stock is replaced each year. Much

Copyright © National Academy of Sciences. All rights reserved.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html



**FIGURE 4-2** U.S. energy consumption by source and sector, 2008 (quadrillion Btu). SOURCE: EIA 2008b.

of the existing building and industrial plant stock is thirty or more years old and employs older technologies. Therefore assessing externalities associated with future energy use needs to consider the upgrading of existing systems ("retrofits") as well as the introduction of new technologies. The America's Energy Future (AEF) report *Real Prospects for Energy Efficiency in the United States* (NAS/NAE/NRC 2009d) has been used as a major resource for the materials presented in this chapter.

Residential building sector emissions are generally distributed in the same manner that population is distributed. Commercial buildings are located in urban areas and suburban towns and villages. Industrial-fuel use is more concentrated in industrial areas, and varies by industry. Because of differences in scale and characteristics of the combustion processes, local health effects and other effects will be somewhat different, and these are identified and discussed in general. Greenhouse gas (GHG) emissions enter a common atmosphere and are not sensitive to location of the emission. Other externalities may exist but are not quantified in this chapter.

The committee used the methodology of the Air Pollution Emission Experiments and Policy (APEEP), with all the caveats described in detail in prior chapters and in Appendix C, to assess damages related to energy use for heat in the buildings and industrial sectors. The primary fuel, natural gas, is estimated to have relatively low nonclimate-change damages per kilowatt-hour compared with coal or wood, for example. We have not estimated damages associated with home heating by coal or biomass fuels because they are a relatively small part of the total energy mix for that use and because recent trends in increased use of natural gas fireplaces are expected to reduce damages related to coal or biomass use for space heating. Only about 12% of U.S. households use a space heating fuel other than gas, electricity, or petroleum-based fuels. At present, there is no other primary energy source that can be readily substituted for natural gas on a wide scale to provide further reduction of such damages. Therefore, opportunities for future reductions of nonclimate-change damages from energy use for heat in the building sectors, in particular, are likely to occur mainly through the incorporation of energy efficiency in the building structures and heat energy systems, as well as the inclusion of localized energy technologies, such as solar thermal water heating or geothermal heat pumps.

## HEAT IN RESIDENTIAL AND COMMERCIAL BUILDINGS

Buildings in the United States consume about 39% of U.S. primary energy, although 73% of this energy is delivered in the form of electricity. The remaining 27% of the energy is primarily used for heating purposes. NAS/NAE/NRC (2009d) provides a detailed description of buildings in the residential and commercial sectors in the United States and describes

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

present status and a portfolio of future opportunities for reducing energy consumption in both sectors. In the past, energy for heating was a modest and affordable portion of annual building operating expenses. As energy prices have risen, more attention is now being given to energy conservation through investments in efficiency and in behavioral changes. Building codes are just starting to reflect this trend, but the construction industry, which uses many standardized building components and construction methods, is reluctant to change because a move toward building more innovative structures would require new investments and training and also increase costs. However, many "green" buildings are emerging from forward-thinking architects and design firms for wealthier clients, and the public is becoming more aware of these possibilities.

The residential building stock in the United States in 2005 consists of 111 million households, including 80 million single family homes, 24 million multifamily housing units, and nearly 7 million mobile homes (EIA 2009). Homes typically last 100 years or more; household electric appliances usually last for 10-20 years; and furnaces and water heaters last about 10 years.

There are about 5 million commercial buildings in the United States (2003) that have about 75 billion square feet of floor space (EIA 2008e, Table A1). Commercial buildings have life spans of 50 years or longer.

This section of the report looks separately at energy use for heat in residential and in commercial buildings for estimation of present externalities and implications for 2030 externalities. For each of these sectors, because of the large existing building stock, options for retrofit of old buildings and possibilities for improved new technologies and designs need to be considered.

The report *America's Energy Future: Technologies and Transformation* (NAS/NAE/NRC 2009a) finds the following:

• "Studies taking several different approaches are consistent in finding the potential for large, cost-effective energy savings in buildings . . . amounting to a 25-30% energy savings for the buildings sector as a whole over 20-25 years. If these savings were to be achieved, it would hold energy use in this sector about constant, in contrast to the current trend of continuing growth."

• "There are substantial barriers to widespread energy efficiency improvements in buildings. But a number of factors are counteracting these barriers. Drivers of increased energy efficiency include rising energy prices, growing concern about global climate change and the resulting willingness of consumers and businesses to take action to reduce emissions, the movement towards 'green buildings,' and growing recognition of the significant nonenergy benefits offered by energy efficiency measures."

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

## Residential Buildings

The major uses of energy for heating in residential buildings are water heating and space heating. The U.S. Energy Information Administration (EIA 2009i) data showed that in 2005, for 111 million households, energy use for space heating was 4.3 quads, and for water heating, it was 2.1 quads. Because 40% of water heaters are electric, roughly 1.2 quads can be attributed to the use of natural gas for water heating. This total energy-for-heat estimate for 2005 of about 5.5 quads is consistent with the 2007 sector-use numbers for liquid fuels and natural gas of 6.2 quads, allowing for some growth in the number and size of residential buildings. Renewable sources of energy provide a small part of the total and would be expected to produce smaller externalities than the fossil fuels in generating heat.

## Commercial Buildings

The major uses of energy for heat in commercial buildings are for space heating and water heating. EIA reported that 2.37 quads of energy were used for space heating in 2003 (EIA 2008e). About 0.5 quads were reported for water heating and 0.2 quads for cooking. Because some of these uses are provided by electricity, an estimate for nonelectric heating for water heating and cooking is about 0.4 quads. This results in an energy-for-heat estimate for commercial buildings of about 2.8 quads total in 2003 (for 58.5 billion square feet of floor space). A 2005 survey of industrial and commercial boilers in the United States (EEAI 2005) reported that there were almost 163,000 industrial and commercial boilers in the United States that consumed about 8.1 quads of fuel energy per year. The report stated that the total rated capacities for the 120,000 smaller commercial facility boilers was 1.1 million Btu (MMBtu)/h and estimated that these commercial boilers consumed about 3 quads of the 8.1 quads reported for total boiler usage. This estimate can be compared with the 2007 commercial buildings estimate in Table 4-1 of 3.9 quads (for 75 billion square feet of floor space), indicating that the 2007 increase mostly reflects the expansion in total floor space.

Much of the expansion in floor area is due to construction of strip malls. Looking forward, the DOE *Annual Energy Outlook* (EIA 2009e) estimates that commercial building energy use will increase 32% (1.1% per year) by 2030.

## HEAT IN THE INDUSTRIAL SECTOR

The U.S. industrial sector (see Box 4-2) consumes about one-third of the U.S. energy supply, but only about 21% of the total supply comes from nonelectric energy use. Of the 21 quads of nonelectric energy consumed in

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

**TABLE 4-1** U.S. Nonelectric Energy Consumption by Source and End-Use Sector: Years 2007 and 2030 (EIA Estimates) (in Quadrillion Btu)

| Energy Source | Industrial Sector | Residential Sector | Commercial Sector |
|---|---|---|---|
| Liquid fuels[a] | 9.96/8.35 | 1.35/1.10 | 0.63/0.59 |
| Natural gas | 8.02/8.47 | 4.86/5.06 | 3.10/3.53 |
| Coal | 1.83/2.23 | 0.01/0.01 | 0.07/0.06 |
| Renewables[b] | 2.07/3.89 | 0.43/0.50 | 0.12/0.12 |
| Total | 21.88/22.94 | 6.65/6.67 | 3.92/4.30 |

NOTE: Total U.S. primary energy consumption in 2007 was 101.92 quads; in 2030, total U.S. energy use is projected to be 112.35 quads.

[a]Liquefied petroleum gases, kerosene, distillate fuel oil, residual fuel oil, and gasoline.
[b]Hydropower, wood and wood waste, and municipal solid waste.

ABBREVIATION: EIA = Energy Information Administration.

SOURCE: EIA 2009e.

---

BOX 4-2
Energy for Heat in Steel Manufacture

Iron ores are mined as minerals in oxidized form. After cleaning and separation, the iron ore is reduced to pig iron in a coke-fueled blast furnace. Coke is the char material produced by heating bituminous coal in a sealed oven for 10 or more hours to drive off volatile "coal gases," resulting in a char material called coke. Without proper effluent treatment, coke ovens can emit substantial amounts of dust and a wide range of emissions that come from various criteria pollutants. In a blast furnace, iron ore is reduced to pig iron by reaction with the coke and the formation of $CO_2$. Energy was needed to produce the coke, but the coke reactions add some energy to the blast furnace. Further heat is required in additional refining steps in a basic oxygen furnace or an electric arc furnace.

When iron products are recycled, a much smaller amount of heat energy is needed to remelt them in an electric arc furnace than is needed in producing pig iron from mineral ores, partly because the reducing agents are not needed. Although it is difficult to compare "virgin" and "recycled" steel because nearly all steel is composed of some mix of recycled steel, the underlying processes are somewhat indicative of the difference between the two. Worrell et al. (2008, Table 1.1) gave "best practice" estimates of 14.8-17.8 GJ/tonne for a basic oxygen furnace and 2.6 GJ/tonne for a 100% scrap electric arc furnace.

---

the industrial sector in 2007, about 8 quads of it may be attributable to "nonfuel" purposes, such as the use of petroleum refining by-products in asphalt, feedstock for petrochemical products, and coal in the production of coke for steel making (EIA 2007, Table 1.5).[2] However, although asphalt,

---

[2]See EIA 2009j. These are the latest data available.

Copyright © National Academy of Sciences. All rights reserved.

230                                                    *HIDDEN COSTS OF ENERGY*

plastics, and similar products sequester some carbon from the feedstock, most of the industrial uses generate carbon dioxide ($CO_2$) emissions as a result of processing operations—in some cases more than would be generated from direct fuel combustion, if the process itself generates $CO_2$. In addition, as more industrial production has moved offshore, energy embodied in imported goods is not counted in the EIA statistics. Ultimately, some petrochemical products may end up in waste streams that are used as an energy feedstock.

### Estimation of Industrial Use of Energy for Heating

Table 4-1 presents EIA industrial energy use estimates by primary fuel type for 2007 and presents their use projections to 2030. DOE's *Annual Energy Review* suggests facility heating in the industrial sector consumes about 10% of electricity and natural gas (EIA 2008a). Figure 4-3 presents energy use, energy intensity, output, and structural effects in the industrial



**FIGURE 4-3** Energy use, energy intensity, output, and structural effects in the industrial sector, 1985-2004. DOE uses input-output analyses to assess energy use across all U.S. industrial activities. Intensity is energy consumption per unit of demand for energy services (for example, per kilowatt hour, vehicle miles traveled, or, nationally, gross domestic product); structural effects attempt to account for variability across the spectrum of industry operations (see EIA 2003). SOURCE: DOE 2008b, Figure I1.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

sector from 1985 to 2004. Table 4-1 indicates that the major industry-sector fuel sources generating externalities are about 10 quads of liquid fuels (liquefied petroleum gases, kerosene, distillate fuel oil, residual fuel oil, and gasoline), 8 quads of natural gas, and about 2 quads of coal. The mix includes about 2 quads of energy use from "renewables" (primarily hydropower, wood, and wood waste) and municipal solid waste. The two largest industrial sectors in terms of fossil-fuel consumption are the petroleum refining industry and the chemical industry. The petroleum industry in 2002 used about half of its 6 quads of total net energy use for feedstock (not associated with producing such energy products as gasoline and jet fuel); the chemical industry used more than half of its 6 quads of total net energy use for feedstock (NAS/NAE/NRC 2009d). Coal is mostly used to make coke and carbon black, but a portion of the coke ends up as heat energy in steel making. Therefore, it is only possible to make fairly crude estimates of energy use for heat in the industrial sector; estimating externalities associated with such uses is subject to even more uncertainty.

Industrial boilers are used to generate steam for a wide variety of industries and industrial processes. The 2005 survey of industrial and commercial boilers in the United States (EEAI 2005) cited earlier in the commercial sector discussion, reports that there are almost 163,000 industrial and commercial boilers in the United States that consume about 8.1 quads of fuel energy per year. Of that, about 5 quads is accounted for by industrial boilers; about 60% (3 quads) of this energy is supplied by natural gas. The industrial manufacturing sector accounts for 43,000 of the boilers, but these are of larger capacity than those used in commercial heating applications. The report presents total rated capacities for these industrial boilers at 1.6 MMBtu/h. Nonmanufacturing industrial boilers include those used in agriculture, mining, and construction. These 16,000 units have a nameplate capacity of 0.26 MMBtu/h. The remaining boilers use a diversity of fuels, often by-products of the industry involved. For example, the paper industry uses biomass waste streams to fuel 48% of its boilers (rated capacity 0.4 MMBtu/h); the primary metals industry utilizes process heat for 42% of their boilers (rated capacity 0.1 MMBtu/h); and the refining industry uses refinery by-products to fuel 49% of their boilers (rated at 0.2 MMBtu/h).

Because the U.S. industrial sector is so diverse and EIA energy statistics do not necessarily correspond to energy use for heat in this sector, the externalities attributable to industrial energy use for heat are difficult to separate from externalities associated with energy use for other industrial processes (Box 4-2).

Natural gas is the major fuel used for heating in the industrial sector. Figure 4-4 shows how its use was distributed among manufacturing sectors in 2002. Total industrial-sector natural gas consumption in 2002 was reported to be 6.47 quads with 5.8 quads used for heating and 0.67 quads used for feedstock purposes (for example, chemicals and fertilizer). Con-

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html



**FIGURE 4-4** Manufacturing sector consumption of natural gas as a fuel by industry, 2002. SOURCE: EIA 2006c, Figure 5.

sumption in 2007 was reported to be 8.02 quads, but the general distribution by industry sector is probably still representative.

The economic downturn at this time in the United States in progress as this report was being written is likely to reduce industrial activities to some extent. Nevertheless, the following adjusted 2007 EIA data (EIA 2009e) for the industrial sector are taken as the baseline for making rough estimates of externalities associated with heating uses in industry in our report.

- Petroleum: 10 quads − 3 quads used as feedstock = 7 quads net
- Natural Gas: 8 quads − 2 quads used as feedstock = 6 quads net
- Coal: 1.8 quads = 1.8 quads net
- Renewables (treat as biomass): 2.1 quads = 2.1 quads net

## ESTIMATES OF EXTERNALITIES ASSOCIATED
## WITH ENERGY USE FOR HEAT

It is much more difficult to make reliable estimates of the unpriced damages associated with energy use for heating in the buildings and industrial sectors than to evaluate such impacts for electricity generation or for transportation. However, because about 30% of U.S. primary energy is

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

used for heating purposes, it is important to attempt a quantification of associated damages even if detailed estimates are not possible. The residential and commercial sector estimates are somewhat more tractable than those for the industrial sectors, where some of the energy use reported by DOE statistics does not sufficiently delineate fuels used as feedstocks.

Table 4-1 shows that 75% of the energy used in the residential and commercial building sectors is natural gas. About 19% comes from liquid fuels (with somewhat higher health impacts), about 5% comes from renewables; and less than 1% comes from coal. Detailed data were not available on county-level consumption of wood for heating and so a comparable damage estimation method for wood was not possible in this study. The industrial-sector impacts involve more fuels and more diverse activities.

The focus of externalities considered in this chapter are health effects associated with criteria-pollutant-forming emissions from fuel combustion. GHG emission externalities that are linked to present and future changes in climate and the associated impacts are discussed in Chapter 5.

### Residential Buildings: Damage Estimates for Criteria Air Pollutants

As shown in Table 4-1, liquid fuels and natural gas predominate in non-electric energy consumption in residential buildings, and a small amount of coal is used. Consumption associated with "renewables" are of a diverse and smaller magnitude. Therefore, the focus here is on natural gas directly burned for heating purposes; some comparisons are made with electricity used for heating in buildings.

As noted previously, potential externalities from consuming natural gas for heat could arise not only from the on-site combustion but also from the upstream supply chain of extraction and distribution of the gas. The committee estimated damages attributable to criteria-pollutant-forming emissions from combustion on-site, but we were not able to estimate damages from such emissions from upstream activities because of data and modeling issues. Few studies have estimates these upstream emissions (for example, Jaramillo et al. 2007), and these estimates were limited to only nitrogen oxide ($NO_x$) and sulfur oxide ($SO_x$) emissions and showed large uncertainty ranges. Because modeling the upstream extraction and distribution damages from criteria-pollutant-forming emissions would need to be allocated to more than 300,000 wells and associated pipelines across the United States (compared with the existing database of power plants for electricity production in Chapter 2 and the roughly 100 plants for automobile production in Chapter 3), we elected not to estimate them. This is not to say the externalities would be negligible; Jaramillo et al. (2007) estimated significant upstream emissions of $NO_x$ and $SO_x$ (ranges of 0.009-0.3 and 0.006-0.03 lb/MMBtu, respectively) associated with North American natural gas

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

compared with the combustion emissions (0.094 and 0.0006 lb/MMBtu); however, the process of allocating natural gas use to the thousands of potential point and area sources, given such large uncertainty ranges in the literature, was deemed intractable because of the lack of time and resources available. Thus, we focused on criteria-pollutant-forming emissions from on-site combustion.

Our estimates of combustion externalities come from multiplying county-level consumption with county-level damages. The county-level consumption and criteria-pollutant-forming emissions of residential natural gas are taken from the EPA National Emissions Inventory (NEI) for 2002 (EPA 2008d). These emissions by county at ground level are multiplied by estimated county-level health and other damages per ton of criteria-pollutant-forming emissions from the APEEP model and are subject to the model's assumptions and limitations (see Chapters 1, 2, and 3).

The results are county-level health and ecosystem externality estimates, which are then normalized by the 2002 NEI's consumption of natural gas by county to estimate damages per thousand cubic feet (MCF) of gas.

Table 4-2 shows the national range across more than 3,000 U.S. counties of estimated damages from air pollutants (excluding $CO_2$, which is considered later), assuming the value of a statistical life (VSL) is $6 million ($7.2 million in 2007 U.S. dollars [USD]). Variability is a result of county differences. The median damage estimate is approximately 11 cents/MCF

**TABLE 4-2** Residential Sector Natural Gas Use for Heat: National Damage Estimates from Air Pollutants (Excluding Greenhouse Gases) (Cents/MCF)[a] (Damage Estimated from 2002 NEI Data for 3,100 Counties)

|  | Mean | Standard Deviation | 5th Percentile | 25th Percentile | 50th Percentile | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|---|
| $SO_2$ | 0.37 | 2.4 | 0 | .06 | 0.16 | 0.27 | .9 |
| $NO_x$ | 26 | 180 | 1.7 | 4.9 | 8.3 | 13 | 48 |
| $PM_{2.5}$ | 0.8 | 5 | .05 | .12 | .23 | .50 | 2.1 |
| VOCs | 1.4 | 8.7 | 0.02 | 0.12 | 0.25 | 0.54 | 2.9 |
| $NH_3$ | 0.37 | 2.4 | 0 | 0 | 0 | 0 | 1.6 |
| Total (unweighted) | 35 | 230 | 3 | 7 | 11 | 18 | 72 |

NOTE: 200 counties, for which relatively few emissions data were available, were excluded to avoid skewing the distribution in an unrealistic way.

[a]Total damages (cents/MCF) are in 2007 U.S. dollars; other damages are in 2000 U.S. dollars.

ABBREVIATIONS: MCF = thousand cubic feet; NEI = National Emissions Inventory; $SO_2$ = sulfur dioxide; $NO_x$ = nitrogen oxides; $PM_{2.5}$ = particulate matter smaller than 2.5 microns; VOCs = volatile organic compounds; $NH_3$ = ammonia.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

(the mean is approximately 35 cents/MCF). These estimates are unweighted; weighting the damages by county population of the source emissions would lead to an average of about 30 cents/MCF. As previously indicated, we do not include the upstream life cycle of sulfur dioxide ($SO_2$) emissions related to natural gas—such emissions are low. With the residential price of natural gas at about $10/MCF,[3] the mean health-related externalities from criteria-pollutant-forming emissions are about 1% of the price. Aggregate damages (unrelated to climate change) were approximately $500 million (2007 USD).

As done in the Chapter 2 on electricity, it is relevant to consider the regional variation within the United States for the externalities from heating. Table 4-3 illustrates the damage estimates on a census region basis). The median estimates of damages related to criteria-pollutant-forming emissions from different regions are similar to the national level, ranging from 6 cents/MCF to 14 cents/MCF (2007 USD). The regional breakdown highlights the large range of externalities in the South compared with other regions, but these outliers occur because of rounding errors in estimating externalities of counties with very low consumption of natural gas. Regardless, the 90th percentile values in the South still represent damages at only 5% of the price of natural gas.

These results can be used to compare the damages from natural gas combustion for heating with damages associated with using electricity for heat. From Chapter 2, production of coal-fired electricity has mean damages weighted by net generation from criteria-pollutant-forming emissions of $0.032/kWh, and gas-fired electricity has a mean externality of at least $.0016/kWh (excluding $CO_2$). Scaling these numbers using the weighted average national grid in Table 2-1 of Chapter 2 (48.5% coal and 21.3% gas) results in average damages near $0.016/kWh (excluding $CO_2$; 2007 USD). Likewise the median damages from electricity would be estimated as $0.485 \times 1.8 + 0.213 \times .036 = 0.87 + \$0.0088$/kWh (excluding GHGs; 2007 USD).

The obvious comparison to show is heating a house with natural gas versus heating a house with electricity at the national level (grid average). The average amount of electricity used to heat a house in the United States is 2,100 kWh (EIA 2009i, Table SH7). The average amount of natural gas used to heat a house is 49,000 cf. (49 MCF). Using the numbers above, we would say the estimated mean damages of electricity for heating, excluding GHGs, would be calculated as $0.016 \times 2,100 = \$34$/year (2007 USD), and the estimated mean damages for natural gas would be $0.35 \times 49 = \$17$/year (2007 USD). The estimated median damages of electricity

---

[3]A 2007 price for natural gas is used for consistency with the 2007 data on which the estimates of damages are based. Natural gas prices fluctuate and in 2009 are well below this price.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4

**TABLE 4-3** Residential Sector Natural Gas Use for Heat: Regional Damage Estimates (Excluding Greenhouse Gases)[a] (Cents/MCF) (Damage Estimated from 2002 NEI Data for 3,100 Counties)

| | Mean | Standard Deviation | 5th Percentile | 25th Percentile | 50th Percentile | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|---|
| **MIDWEST** | | | | | | | |
| $SO_2$ | 0.4 | 2 | 0 | .05 | .15 | .22 | .49 |
| $NO_x$ | 35 | 290 | 4 | 7 | 11 | 15 | 36 |
| $PM_{2.5}$ | 0.8 | 7 | .05 | .1 | .18 | .34 | 1.1 |
| VOCs | 1 | 9 | .06 | .13 | .25 | .44 | 1.4 |
| $NH_3$ | 0.4 | 2 | 0 | 0 | 0 | .03 | 2.6 |
| Total (unweighted) | 46 | 370 | 5 | 9 | 14 | 19 | 47 |
| **NORTHEAST** | | | | | | | |
| $SO_2$ | 0.38 | 0.34 | 0 | .19 | .3 | .47 | 1.0 |
| $NO_x$ | 10 | 12 | 0 | 3.5 | 6.3 | 11 | 34 |
| $PM_{2.5}$ | 0.8 | 1.1 | 0 | 0.23 | 0.5 | 1 | 2.8 |
| VOCs | 1.1 | 1.3 | 0 | 0.35 | 0.71 | 1.5 | 3.4 |
| $NH_3$ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total (unweighted) | 16 | 17 | 2 | 6 | 11 | 18 | 51 |
| **SOUTH** | | | | | | | |
| $SO_2$ | 0.4 | 1.1 | .03 | .09 | 0.2 | 0.34 | 1.1 |
| $NO_x$ | 24 | 79 | 2.1 | 4.8 | 7.8 | 13 | 64 |
| $PM_{2.5}$ | 0.92 | 3.1 | .09 | .17 | 0.31 | 0.64 | 2.5 |
| VOCs | 2 | 10 | 0 | 0.15 | 0.3 | 0.72 | 4.2 |
| $NH_3$ | 0.5 | 3 | 0 | 0 | 0 | 0 | 1.3 |
| Total (unweighted) | 33 | 107 | 3.4 | 6.8 | 11 | 18 | 93 |
| **WEST** | | | | | | | |
| $SO_2$ | .27 | 1.7 | 0 | .06 | .08 | .13 | .41 |
| $NO_x$ | 12 | 66 | .18 | 2.9 | 4.4 | 6.5 | 16 |
| $PM_{2.5}$ | 0.5 | 2.7 | 0.02 | 0.05 | .09 | .21 | 1.8 |
| VOCs | .32 | 1.6 | .02 | .06 | .09 | .18 | .83 |
| $NH_3$ | .03 | .3 | 0 | 0 | 0 | 0 | .05 |
| Total (unweighted) | 16 | 88 | 1.7 | 4 | 6 | 8.8 | 22 |

NOTE: This table reports the same data as in Table 4-2 aggregated by census region. Two hundred counties, for which relatively few emissions data were available, were excluded to avoid skewing the distribution in an unrealistic way.

[a]Total damages (cents/MCF) are in 2007 U.S. dollars; other damages are in 2000 U.S. dollars.

ABBREVIATIONS: MCF = thousand cubic feet; NEI = National Emissions Inventory; $SO_2$ = sulfur dioxide; $NO_x$ = nitrogen oxides; $PM_{2.5}$ = particulate matter smaller than 2.5 microns; VOCs = volatile organic compounds; $NH_3$ = ammonia.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

and natural gas used for heat would be $19/year and $5/year respectively. Thus, the nonclimate damages from heating with gas instead of electricity are almost an order of magnitude less. Using the range of natural gas nonclimate-change damages would lead to results three times lower than electricity for heating at the 5th percentile, but at the 95th percentile, these natural gas damages would be about the same as nonclimate damages from using electricity for heating.

### Commercial Buildings: Damage Estimates for Criteria Air Pollutants

Following a similar method, the externalities for commercial sector heating from burning natural gas were estimated. Unlike data available for the residential sector, the 2002 NEI emissions inventory did not include corresponding estimates of natural gas consumption for the commercial sector in each county. Thus, the consumption of commercial sector natural gas was estimated by using AP-42 emissions factors for carbon monoxide (CO) of 84 lb/MCF, which do not vary drastically across combustion technologies (but adds some uncertainty to the committee's estimated consumption by county). When using this proxy, the total estimated consumption of natural gas in the commercial sector was 2.2 million MCF (or 2.2 thousand MMCF), somewhat lower than the EIA estimate for 2002 of 3.1 million MCF. Table 4-4 shows the national level range of externalities from

**TABLE 4-4** Commercial Sector Natural Gas Use for Heat: National Damage Estimates from Air Pollutants (Excluding Greenhouse Gases) (Cents/MCF)[a] (Damage Estimated from 2002 NEI Emission Data for 3,100 Counties)

| | Mean | Standard Deviation | 5th Percentile | 25th Percentile | 50th Percentile | 75th Percentile | 95th Percentile |
|---|---|---|---|---|---|---|---|
| $SO_2$ | 0.3 | 1.3 | .06 | 0.1 | 0.2 | 0.3 | 0.8 |
| $NO_x$ | 13 | 35 | 3.5 | 5.9 | 9.0 | 14 | 27 |
| $PM_{2.5}$ | 1.1 | 19 | .07 | .14 | .26 | .53 | 1.7 |
| VOCs | .65 | 2.7 | .08 | .16 | .28 | .53 | 1.7 |
| $NH_3$ | .68 | 2.6 | 0 | .03 | .13 | .44 | 2.7 |
| Total (unweighted) | 15 | 56 | 3.7 | 6.7 | 10 | 16 | 32 |

NOTE: Two hundred counties, for which relatively little emissions data were available, were excluded so as not to skew the distribution in an unrealistic way.

[a]Total damages (cents/MCF) are in 2007 U.S. dollars; other damages are in 2000 U.S. dollars.

ABBREVIATIONS: MCF = thousand cubic feet; NEI = National Emissions Inventory; $SO_2$ = sulfur dioxide; $NO_x$ = nitrogen oxides; $PM_{2.5}$ = particulate matter smaller than 2.5 microns; VOCs = volatile organic compounds; $NH_3$ = ammonia.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK    Document 85-2    filed 05/06/21    USDC Colorado    pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

commercial (EIA 2009e) combustion of natural gas, the results being very similar to those for the residential sector. The median externality excluding GHG emissions, 11 cents/MCF, is plausible given its similarity to the residential damage estimate. Given the similarity, the externality estimates by census region for the commercial sector are not shown. Aggregate damages are about $300 million (excluding damages related to climate change) (2007 USD).

### Externalities Associated with Industrial Energy Use for Heating

Unfortunately a parallel analysis for externalities from heating in the industrial sector could not be undertaken because of several challenges. The level of detail for the residential and commercial sectors in the NEI, including fuel consumption by county, was not available for the industrial sector. While the NEI has estimates of emissions from industrial activities by county, disaggregating the emissions to include only estimates from the use of fuels for heating, and from industrial activities that would not be included elsewhere in this report, proved too problematic to overcome. Thus, the committee was able to make only qualitative assessments of these externalities.

Externalities associated with present energy uses for heat in the industrial sector might be approximated by using estimates of the externalities that are associated with the use of the particular energy source in electricity generation. These are the externalities caused by the production, processing, transportation, and combustion of the particular fuel (petroleum, natural gas, biomass, or coal) in electricity power plants, scaled by the annual use factors for the industrial sector and the electricity generating sector. This method gives approximate results for GHG emissions but is very crude for estimates of local health and environmental impacts because of large differences in emissions from power plants, and those associated with a wide range of industrial facilities that use energy for heat as a part of wider manufacturing activities. Specific local health and environmental effects are different for industrial locations, so the estimates are subject to considerable uncertainty. The EIA provides national and regional (Northeast, Midwest, South, and West) data for energy use by industry according to the North American Industry Classification System (NAICS) codes (EIA 2007, Table 3.2). Unfortunately many of the details are missing in regional summaries because errors are too high or because specific plants might be identified. Therefore, it was not possible to identify the locations of large emitters that might have more significant local health and environmental effects.

Table 4-1 shows that natural gas use in the industrial sector, less use for feedstock, was about 6 quads in 2007. This usage is actually smaller than the 8 quads of natural gas used in the residential and commercial building sectors. Therefore, in the absence of more detailed information, it may be

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

assumed that the health and environmental externalities of this usage are probably of the same order or less than the impacts associated with natural gas use for heat in buildings. A very rough order of magnitude estimate of average externalities associated with the industrial sector use of natural gas is therefore 11 cents/MCF, excluding GHG damages. Thus, the 6 quads of natural gas used for industrial heat would generate about $600 million in damages.

The other large use of fuel for industrial energy is associated with liquid fuels (about 7 quads). Half of this use is associated with only three sectors—paper, chemicals, and petroleum refining—the last of which has already been included as part of the life-cycle upstream externality estimates made for the transportation sector use of petroleum fuels.

Table 4-1 infers that the nonelectric use of energy in the industrial sector is almost double that of the residential and commercial building sectors combined. However, when feedstock use is taken out of the fuel mix for the industrial sector, the remaining use of energy for heat is probably about equivalent to the residential and commercial building sectors. Figure 4-5 also shows that the GHG emissions from the industrial sector have been declining since 2000, and the building sectors show only small increases.

The EIA energy use projections for 2030 incorporate some consid-



**FIGURE 4-5** Greenhouse gas emissions in the United States by sector. Totals include electric power use distributed across the end-use sectors. SOURCE: EIA 2008f.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

eration for the incorporation of energy efficiency improvements to offset energy demand from growth in industrial capacity (EIA 2009e). These projections are based on present energy policies and could vary considerably if new policies are adopted. The estimates for nonelectric usage show a very small growth in energy use between now and 2030. Three efficiency studies, discussed later in this chapter, indicate that there is a good potential for achieving about 10-15% overall improvement in efficiency in the use of energy to produce heat in the industrial sector if more aggressive energy policies are adopted in the future (Interlaboratory Working Group 2000; IEA 2007; McKinsey 2007). Therefore, nonclimate externalities in 2030 might be about the same as those associated with the fuel uses that exist today—or they might be reduced by 10-15%. The most likely source of reducing externalities per unit of heat would be from changes in the electricity sector, as emissions from natural gas are relatively small and already well-controlled.

When considering externalities from heat in 2030, potential changes in energy sources should be considered. Over such a short time frame, substantial infrastructure replacements or changes (for example, by moving from electricity or gas to an alternative) are unlikely to occur. Instead, alternative sources of natural gas, such as those from shale deposits or from increased imports of liquified natural gas (LNG), are more likely to become prevalent. Our analysis has presumed domestically sourced natural gas for estimating externalities, both because LNG imports are currently small and because estimating the health damages from global operations was not possible. However the upstream emissions of LNG have been estimated to be somewhat higher. Thus, the externalities estimated here are low because they do not consider these upstream extraction emissions from any sources of natural gas.

## EMISSIONS OF GREENHOUSE GASES

Figure 4-5 shows the GHG emissions (in millions of metric tonnes[4] of $CO_2$ per year) for each of the end-use sectors. The sector estimates also include electricity use apportioned to use within the sector. To estimate the GHG emissions associated with heating uses, it is necessary to deduct the electricity component (also shown in Figure 4-5).

- 2007 residential and commercial sector emissions = 1,250 + 1,087 – (0.73)(2,433) = 561 million tonnes of $CO_2$ (618 tons). This amount is roughly equivalent to about 10 quads of natural gas.
- 2007 industrial sector emissions = 1,640 – (0.27)(2,433) = 983 million tonnes of $CO_2$ (1,084 tons).

---

[4]One tonne equals 2,200 pounds.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

For natural gas, each MCF generates about 1,000 MMBtu on average and generates about 120 pounds of $CO_2$ (about 0.05 tonnes or 0.06 tons of $CO_2$). Methane, the major component of natural gas, is a GHG itself if it enters the atmosphere through leakage. It has a warming potential about 25 times that of $CO_2$.[5] However, EPA (2009i) estimated that such leakage amounts to about 3% of total U.S. $CO_2$-equivalent ($CO_2$-eq) emissions (excluding water vapor) attributable to energy-related activities in 2007. Nitrous oxide ($N_2O$) is also a GHG, but the emissions from its use are a very small share of total GHG emissions.

In the sections above, the committee estimated externalities from criteria-pollutant-forming emissions from the residential and commercial building sectors. Aggregate damages from combustion of natural gas for direct heat are estimated to be about $1.4 billion per year (2007 USD), assuming the magnitude of effects resulting from heat production in industrial activities is comparable to those of the residential and commercial sectors. These estimates did not include emissions of GHGs. Emissions of GHGs associated with burning natural gas can be estimated in a fairly straightforward manner, about 120 lb (0.06 tons) of $CO_2$-eq/MCF (EPA AP-42). Although the committee did not estimate damages related to criteria-pollutant-forming emissions from upstream activities because of spatial and geographical modeling concerns, we did estimate the emissions of upstream GHGs from natural gas from literature sources. Jaramillo et al.(2007) summarized estimates of upstream natural gas emissions of 15-20 lb $CO_2$-eq/MCF for North American sources or 30-70 lb $CO_2$-eq /MCF for LNG, adding about 15% and 40% to the emissions, respectively. Thus, in the near term, where domestic natural gas remains the dominant source, the emissions factor is likely to be approximately 140 lb $CO_2$/MCF (including upstream methane emissions), and in the long term, where LNG or shale gas is increased as part of the mix, the average emissions factor could be 150 lb $CO_2$-eq/MCF.

## POTENTIAL DAMAGES REDUCTIONS IN 2030

### Residential Buildings

The major options for reducing heating energy demand in the future are presented in more detail in NAS/NAE/NRC (2009d). The report focuses on the potential for reducing total energy consumption in the residential sector, where primary energy used to provide electricity is much greater than the consumption of nonelectric primary energy for heat. The ways to reduce energy use for heating mainly focus on better insulation of the building

---

[5]Based on 100-year GWP values.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

envelope and use of higher efficiency methods for water heating. The main possibilities for existing and new buildings include the following:

- Existing buildings:
  - o Addition of insulation to exterior walls and under roofs.
  - o Replacement of old windows with high performance windows.
  - o Replacement of old furnaces with higher efficiency devices.
  - o Use of control systems to minimize heating of unoccupied spaces (except to prevent freezing of water pipes) and to lower temperatures at night.
  - o Addition of solar thermal water heating.
  - o Behavioral changes, such as reducing thermostat settings, sensible opening and closing of windows and shades, wearing warmer clothing to lower indoor set temperatures during the heating season (and cooler clothing to higher set temperatures during the cooling season).
  - o Reducing air leakage from the building (with care to assuring that indoor air quality is not compromised—some heat exchangers are available to preheat inlet air with warm exhaust air).
- New construction:
  - o Energy efficient design for site location—using passive solar heating, shading, geothermal heat pump systems, combined heat and power systems, high efficiency walls and windows, natural ventilation for warm climates, smart control systems, and many other techniques (see Box 4-3).
  - o Behavioral changes to accommodate to smaller living spaces per capita or more desirable multiple dwelling units designed for energy efficiency.

Projecting how improvements in the heating demand for residences might evolve to a 2030 time period seems highly uncertain, although some improvements to at least offset sector growth appear feasible. As of 2008, the DOE's *Annual Energy Outlook* forecasted energy use in the residential sector to increase by 16% (0.4% per year) by 2030. The trends resulting from current financial issues are also likely to keep the 2030 energy use in this sector stable or reduced relative to 2007. This potential is discussed in the AEF report (NAS/NAE/NRC 2009d).

### Commercial Buildings

Because space heating requirements are largely determined by the building envelope characteristics, there are limited opportunities for reducing the heating energy requirements for existing buildings. Replacement of

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

BOX 4-3
Zero-Energy Concept Home

Architects and engineers currently discuss the prospects of residences that have zero net demand for energy. This "zero-net" demand does not imply that the buildings have no energy demand; rather the buildings have technologies integrated into them (such as solar panels or geothermal wells); thus, they do not demand energy from beyond what the home is able to supply itself. Achieving such a goal depends on several innovative design changes in the residential housing industry. First, technologies need to be cost-effectively scaled to what can fit within the space and budget of a house. Second, to be able to generate enough of its own energy needs, a house needs to be designed to achieve much lower energy use regardless of energy source. Such designs include using advanced lighting (for example, solid-state lighting, also known as LED lighting), orienting the house to take advantage of sunlight, and improving insulation. Design for efficient utilization of space is also important to eliminate the need for heating and cooling of rarely used floor area. These measures reduce the demand for energy and allow the on-site energy-generating technologies to better supply this needed level of demand, making the "zero-energy" goal possible.

windows, upgrading of furnaces, boilers, and heat distribution systems may offer some improvement, but such investments may have limited cost-effectiveness except for much older or larger buildings. The AEF report (NAS/NAE/NRC 2009d) focuses primarily on larger efficiency gains that can be achieved through improvements in the use of electricity. Ironically, large amounts of waste energy from electric devices, such as those from inefficient electronic power supplies that give off heat, may reduce the heating load required for a commercial building (but increase the cooling load in warm weather).

New commercial buildings offer many more opportunities for investing in new designs to reduce heating energy requirements. Because commercial floor space has been expanding rapidly over the past decade, this space may be an area for innovative new buildings that greatly reduce their thermal energy (energy for heating) footprints. The U.S. Green Business Council has developed the Leadership in Energy and Environmental Design (LEED) Green Building Rating System, which uses third-party experts to evaluate new commercial buildings (or renovations of existing facilities) for their overall environmental and community performance and award ratings based on criteria that include energy efficiency of design and construction, as well as ease of maintenance, quality of working environment, and waste minimization (U.S. GBC 2008). The highest LEED rating is "platinum," followed by "gold," "silver," and "certified." The DOE has expanded its

Copyright © National Academy of Sciences. All rights reserved.

244                                                                    *HIDDEN COSTS OF ENERGY*

Energy Star program to include green building design and makes available a variety of resources for the improved design, construction, and operation of commercial buildings (DOE 2009c). Investment in improved efficiency reduces energy use and eliminates any externalities that would be associated with the energy use avoided.

### Case Study of Passive Solar Design

One of the approaches listed in Box 4-3 for a hypothetical "zero-energy home" is the incorporation of passive solar design principles. Unlike most of the other technologies listed in this report (and the NAS/NAE/NRC reports), passive solar is not an energy-generating technology.

Passive solar design uses the light and heat of the sun to offset what would otherwise be energy or fuel use in a building. For example, using more skylights in the ceiling and arranging the layout so that the light is able to permeate wide areas of the living space reduces the amount of electricity needed for lighting. Similarly, creating south-facing windows allows the heat of the sun to enter the building and reduce needs for heating by other means.

There are multiple considerations for incorporating passive solar design and various cost trade-offs. It was not feasible for the committee to assess how the impacts of a passive solar house might compare with a traditional fossil-energy-fueled building, and no significant literature was found to have quantified the relevant trade-offs. For direct heat, south-facing windows with special glazing are used that then allow sunlight to enter and reflect off dark masonry floors, which absorb heat. This stored heat then is slowly released while the home cools later in the day (reducing the heating load). Heavier walls can be designed to store and release heat to even out variations between day and night outdoor temperatures. Solar heating can also drive natural circulations within buildings and provide more comfort without circulating devices requiring purchased energy. Case studies have shown massive energy reductions (up to 90%) for comparable new buildings; retrofits are more limited in their ability to reduce impacts and externalities because of various fixed design choices in the existing structures.

Although the operating phase of the building may require substantially less energy (and thus result in far lower externalities from heat production), the initial construction or renovation of the building along passive solar design principles may result in significant externalities from manufacturing new insulation, windows, or other intensive construction materials. These initial impacts can be apportioned over the total operating life of the building to provide life-cycle annual impacts. A full comparison of these externalities is outside the scope of this study but should be considered before viewing a passive solar house as being externality-free.

Copyright © National Academy of Sciences. All rights reserved.

### Integrated Planning Opportunities

Construction and retrofit of residential and commercial buildings can use integrated design principles with a goal of improving the buildings' environmental and economic performance over their operating lifetimes. Integrated planning is more effective when initiated early in the design and construction process (for example, subsurface geothermal systems or siting for incorporation of photovoltaic or passive solar systems) but can also have benefits for retrofits. Combined heat and power (CHP) systems are now available that generate electricity and use the waste energy for heating purposes. When building designs reflect the extremes of local climate, operation of the building reduces both heating and cooling loads. Commercial buildings generate waste streams that can be used for energy on-site or off-site. Incorporation of recycled components into building materials is another way to reduce the life-cycle impacts of buildings. Construction debris represents a substantial component of the waste stream, and much of this debris can be recycled or converted to thermal energy and electricity with proper environmental control. Like energy, water conservation and reuse is another important component—as is indoor air quality and its associated health and productivity impacts.

### Industrial Facilities

NAS/NAE/NRC (2009d) devotes a chapter to the potential for energy efficiency improvements in the industrial sector and provides specific examples of how individual industry sectors can reduce energy demand through approaches including use of waste heat, and more efficient new technologies. The report looks at total energy use, including electricity and thermal energy use. It notes that the most energy-intensive industries (for example, petroleum refining, aluminum, iron and steel, and chemicals) have already placed high emphasis on efficiency of use, especially in domestic facilities.

Some improvements in these industries are possible; however, larger improvements seem available in the pulp and paper industry and through waste energy utilization and use of combined heat and power systems. When energy costs are a smaller fraction of total costs, companies may pay less attention to investing in efficiency. However, as energy prices increase, industry is geared to respond with innovations in efficiency, more utilization of waste heat, and new processes to reduce its energy consumption. Nevertheless, industry is more reluctant to initiate investment in energy efficiency when future energy prices are uncertain or volatile. Likewise, under poor market conditions, expenditures for process improvements are likely to be deferred.

Several studies cited in NAS/NAE/NRC (2009d) estimate the poten-

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use

246                                                        *HIDDEN COSTS OF ENERGY*

tial for further energy efficiency savings in the U.S. industrial sector as a whole:

- Savings potential of 18-26% (IEA 2007).
- Savings potential of 3.9 quads of energy reduction (about 12%) in 2020 (McKinsey 2007).
- Savings potential of 16.6% from 2000 to 2020 with advanced policies (Interlaboratory Working Group 2000).

With continuing emphasis on energy efficiency in industry and likely increases in the cost of energy, energy use for industrial heating in 2030 will probably be somewhat lower than levels in 2007. NAS/NAE/NRC (2009a) finds the following:

- "Independent studies using different approaches agree that the potential for improved energy efficiency in industry is large. Of the 34.3 quads of energy forecast to be consumed by U.S. industry in 2020 (EIA 2008b), 14 to 22% could be saved through cost-effective energy efficiency improvements (those with an internal rate of return of at least 10 percent or that exceed a company's cost of capital by a risk premium). These innovations would save 4.9 to 7.7 quads annually."
- "Additional efficiency investments could become attractive through accelerated energy research, development, and demonstration. Enabling and crosscutting technologies—such as advanced sensors and controls, . . . and high temperature membrane separation—could provide efficiency gains in many industries as well as throughout the energy system . . . ."

## SUMMARY

Externalities associated with heat production come from all sectors of the economy—residential and commercial buildings and industry. Most heat is generated from combustion of natural gas or from electricity. Combustion of natural gas results in relatively lower emissions compared with emissions from coal combustion, which is the main energy source for electricity generation. Therefore, damages related to providing heat directly from natural gas combustion are much less than damages related to use of electricity for heat. The better emissions performance of natural gas for direct heat also is reflected in the externality estimates of 11 cents/MCF (2007 USD) each for residential and commercial use, excluding GHGs. These results do not vary much regionally, although some counties have much higher externalities than others. Assuming industrial externality is 11 cents/MCF, aggregate damages from combustion of natural gas for direct heat is approximately $1.4 billion per year. The industrial sector contribution to this estimate reflects only natural gas use for heat generation. Including externalities from

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK    Document 85-2    filed 05/06/21    USDC Colorado    pg 4

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

petroleum combustion, which is on the same scale of energy use as natural gas for industrial heat generation, would lead to a higher estimate of aggregate damages from energy use for heat. Available data are insufficient to conduct a parallel analysis of industrial activities that generate useful heat. This situation could be improved with greater attention by EIA to collecting fuel consumption data by county and to provide additional resolution to emissions from disaggregated industrial activities.

The results represented here are the result of an end-use assessment—that in terms of providing heat, natural gas has lower externalities than electricity. It is not an assessment of how or where to use natural gas, which can be used for direct combustion or indirectly as a fuel for generating electric power.

## Overall Implications of the Results

1. Aggregate damages associated with criteria-pollutant-forming emissions from the use of energy (primarily natural gas) for heating in the buildings and industrial sectors are low relative to damages from energy use in the electricity-generation and the transportation sectors.

2. GHG emissions associated with the use of energy (primarily natural gas) for heating in the buildings and industrial sectors are low relative to GHG emissions associated with transportation and electricity production because natural gas carbon intensity is lower than that of coal and gasoline.

3. The largest potential for reducing damages associated with the use of energy for heat lies in greater attention to improving the efficiency of energy use. NAS/NAE/NRC (2009a) suggests a potential for improving efficiency in the buildings and industrial sectors by 25% or more—with the likelihood that emission damages in these sectors could be held constant in spite of their growth between now and 2030.

## Future Research Needs

1. Assessment of energy use and its impacts in the industrial sector in particular (but in all sectors to some extent) could be improved by more extensive databases that contain details about specific forms of energy use and associated waste streams. Such databases should be designed so that life-cycle analysis of alternatives can be made without inadvertent double counting.

2. A more quantitative assessment of industrial sector externalities done collaboratively by the government and industry would be valuable in informing priority setting for future initiatives to reduce the externalities associated with industrial operations. Such an assessment was not possible in this study largely because of data limitations.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
549

# 5

# Climate Change

## OVERVIEW OF QUANTIFYING AND VALUING
## CLIMATE-CHANGE IMPACTS

Burning fossil fuels creates externalities through its impact on the stock of greenhouse gases (GHGs) in the atmosphere and the subsequent effects of GHG concentrations on climate. This chapter provides a general overview of these effects and various attempts that have been made to quantify and monetize the damages associated with GHG emissions. The chapter begins by summarizing information on trends in Earth's temperature over the past century, the relationship between GHG concentrations and climate, and predictions of future changes in climate associated with various emissions trajectories. That summary is followed by an overview of the approach that economists have taken to quantifying the damages associated with GHG emissions, including a discussion of three integrated assessment models (IAMs), which provide estimates of the monetary impacts of GHG emissions. Given its resource constraints, it was not feasible for the committee to conduct a detailed critical review of the IAMs.

Estimates of the damages associated with GHG emissions in IAMs rest on estimates of the physical and monetary impacts of temperature changes in various market and nonmarket sectors. The next section of the chapter describes the physical impacts of climate change on weather, snow and ice formations, and water systems. That is followed by estimates of the physical and monetary impacts of climate change on individual market and nonmarket sectors, including water, agriculture, coastal infrastructure, health, and ecosystems. The next section discusses how monetary impacts

*248*

Copyright © National Academy of Sciences. All rights reserved.

reported in the literature are aggregated across sectors and countries and presents estimates of the marginal damage of a ton of carbon dioxide equivalent[1] ($CO_2$-eq) from various IAMs. The committee did not conduct its own modeling analyses of damages related to climate change. We determined that attempting to estimate single values would be inconsistent with the rapidly changing nature of knowledge about climate change and the extremely large uncertainties associated with estimation of climate-change effects and damages.

## Climate-Change Observations, Drivers, and Future Projections

According to the Intergovernmental Panel on Climate Change (IPCC), scientists have documented that Earth's climate system is warming, the last decade was the warmest on record, global average temperatures have increased about 1.3°F since 1990, and sea levels at the end of the 20th century were rising almost twice as fast as over the century as a whole (IPCC 2007a,b).[2] Arctic sea ice and glaciers are rapidly shrinking. Economic losses from extreme weather events, such as tropical cyclones, heavy rain storms, flooding, severe heat waves, and droughts, are increasing rapidly (CCSP 2008).

The IPCC states that "most of the observed increase in global average temperatures since the mid-twentieth century is *very likely* due to the observed increase in anthropogenic GHG concentrations" (IPCC 2007a, p.5). With high and increasing confidence, a range of "fingerprinting" techniques attribute a substantial fraction of recent warming to anthropogenic causes (IPCC 2007a).

Although the greenhouse effect is a natural process necessary for life on Earth, humans have inadvertently intervened in this process so that the greenhouse effect is now trapping additional heat in Earth's atmosphere, which is driving climate change. Specifically, human activities have led to a significant increase in the amount of $CO_2$ and methane ($CH_4$) in the atmosphere. These additional GHGs absorb more energy and let less heat escape to space. Therefore, Earth's climate is warming.[3]

GHG emissions have steadily grown since the Industrial Revolution, with a 70% increase between 1970 and 2004. Burning fossil fuels, agri-

---

[1]$CO_2$-eq expresses the global warming potential of a GHG, such as methane, in terms of $CO_2$ quantities.

[2]The IPCC is an intergovernmental scientific body given to the assessment of climate change. It does not conduct research. IPCC estimates are derived from literature reviews and assessments, not from its independent predictions or projections.

[3]Airborne particles may have either a warming or cooling effect. Sulfate particles reflect incoming sunlight and cause a cooling effect at the surface. Other types of particles, referred to as carbon black, absorb incoming sunlight and trap heat in the atmosphere.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
http://www.nap.edu/catalog/12794.html

culture, and deforestation are the primary anthropogenic sources of these GHG emissions. In 2004, the burning of fossil fuels accounted for 56.6% of the GHGs emitted. Of the total anthropogenic emissions released in 2004, energy supply produced 25.9%, transportation produced 13.1%, and industry produced 19.4% (Figure 5-1) (IPCC 2007a).

## Future Projections

Using global climate models, scientists predict that, in the absence of concerted action to reduce GHG emissions, climate will warm substantially over the next century. The IPCC has developed scenarios that characterize a wide range of internally consistent, feasible alternative futures, characterized by trajectories in population, industrialization, governance, gross domestic product (GDP), and GHG emissions (IPCC 2000). By inputting these emission scenarios into global climate models, scientists have developed sophisticated estimates of what atmospheric temperatures could look like in 2100 (Figure 5-2).

If carbon concentrations were kept constant at the level produced in 2000, these models predict that Earth's climate would continue to warm (see Figure 5-2). Scenario A2 describes a heterogeneous world with a focus on self-reliance and regional identity and having relatively slow economic and technology growth. This scenario ends the 21st century with very high emissions and dramatic warming. Scenario A1B describes a future with rapid economic growth and human population that peaks around 2050 and then starts to decline. This scenario assumes significant interregional cooperation and a balanced portfolio of energy sources. A1B predicts continued warming that starts to slow by 2100. Scenario B1 describes the same population and economic trends as in scenario A1B. However, B1 incorporates a rapid shift toward a service and information economy, reduced material intensity, and the widespread adoption of efficient low-carbon energy technologies. B1 predicts a less dramatic increase in global average temperatures.

Since 2000, industrial carbon emissions have increased more rapidly than in any of the scenarios (Raupach et al. 2007). Moreover, natural feedback processes, such as melting permafrost and more extensive wild fires, are releasing carbon into the atmosphere more quickly than anticipated (IPCC 2007b). On the other hand, as of mid-2009, the carbon budget data have not yet been updated to reflect changes resulting from the global economic crisis of 2008-2009.

The U.S. Global Change Research Program (GCRP) concluded that climate-related changes are already under way in the United States and surrounding coastal waters, and the quantity and growth rate of these changes are dependent upon human choices in the present day (Karl et al. 2009).

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.



**FIGURE 5-1** Global anthropogenic greenhouse gas (GHG) emissions. (*a*) Global annual emissions of anthropogenic GHGs from 1970 to 2004; (*b*) share of different anthropogenic GHGs in total emissions in 2004 in terms of $CO_2$-equivalent; and (*c*) share of different sectors in total anthropogenic GHG emissions in terms of $CO_2$-equivalent (forestry includes deforestation.). SOURCE: IPCC 2007a, p. 5, Fig. SPM.3. Reprinted with permission; copyright 2007, Intergovernmental Panel on Climate Change.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

252

Copyright © National Academy of Sciences. All rights reserved.



**FIGURE 5-2** Atmosphere-Ocean General Circulation Model (AOGCM) projections of surface warming. Left panel: Solid lines are multimodel global averages of surface warming (relative to 1980-1999) in the *IPCC Special Report on Emission Scenarios* (SRES) A2, A1B, and A1, shown as continuations of the 20th century simulations (IPCC 2000). The orange line is for the experiment where concentrations were held constant at year 2000 values. The bars in the middle of the figure indicate the best estimate (solid line within each bar) and the probable range assessed for the six SRES marker scenarios at 2090-2099 relative to 1980-1999. The assessment of the best estimate and probable ranges in the bars includes the AOGCMs in the left part of the figure, as well as results from hierarchy of independent models and observational constraints. Right panels: Projected temperature changes for the early and late 21st century relative to the period 1980-1999. The panels show the multi-AOGCM average projections for the A2 *(top)*, A1B *(middle)*, and B1 *(bottom)* SRES averaged over decades 2020-2029 *(left)* and 2090-2099 *(right)*. SOURCE: IPCC 2007b, p. 14, Figure SPM.5; Right Panel: IPCC 2007b, p. 15, SPM.6. Reprinted with permission; copyright 2007, Intergovernmental Panel on Climate Change.

No 1:20-cv-02484-MSK Document 85-2 filed 05/06/21 USDC Colorado pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

## IPCC Mitigation Findings

The IPCC concluded that the impacts of climate change can be reduced, delayed, or avoided through mitigation strategies designed to stabilize atmospheric carbon concentrations. These concentrations can be stabilized primarily by reducing anthropogenic carbon emissions and, secondarily, by increasing carbon sinks (see Table 5-1). Figure 5-3 depicts the future carbon emission profiles needed to achieve the various stabilization concentrations and the global mean temperature associated with each stabilization concentration. The IPCC strongly suggests that the technology needed to achieve the needed stabilization levels is already or will very soon be available. They also claim that 60-80% of the needed emission reductions would have to come from the energy sector, via a shift to noncarbon-based energy sources and energy efficiency (IPCC 2007a,d)

In response to a request from Congress, the National Research Council (NRC) has undertaken America's Climate Choices (ACC), a suite of studies designed to inform and guide responses to climate change across the nation. A final ACC report, addressing strategies to reduce or adapt to the impacts of climate change, is expected to be complete in 2010.

## Overview of Quantification Methods, Key Uncertainties, and Sensitivities

### *Defining the Marginal Damage of GHG Emissions*

The combustion of fossil fuels is a major source of GHG emissions, which create externalities through their impact on the stock of GHGs in the atmosphere and the subsequent effects of GHG concentrations on climate. Evaluating the external costs of energy due to climate change is a daunting task. The principal difficulty is the complexity arising from the fundamental dimensionality of the climate problem. The relevant dimensions are time (indexed by $t$), location (indexed by $l$), the set of relevant climatic variables (indicated by the index $c$), the categories of physical impacts as a result of climate changes (indexed by $i$), and the categories of damage incurred by these impacts (indexed by $d$). The external cost of an additional ton of GHGs, $E_0$, emitted at time $t = 0$ depends on the following:

a. The effect of emissions on Earth-system processes and, in turn, climatic variables in candidate locations over future time periods, $C_{c,l,t}$.

b. The contemporaneous effect of climate changes in each location on various categories of physical impacts, $I_{i,l,t}$.

c. The contemporaneous effect of impacts in each location on various categories of damage, $D_{d,l,t}$.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

**TABLE 5-1** Characteristics of Post-Third Assessment Report (TAR) Stabilization Scenarios and Resulting Long-Term Equilibrium Global Average Temperature and the Sea-Level Rise Component from Thermal Expansion Only

| Category | $CO_2$ Concentration at Stabilization (2005 = 379 ppm)[b] | $CO_2$-Equivalent Concentration at Stabilization Including GHGs and Aerosols (2005 = 375 ppm)[b] | Peaking Year for $CO_2$ Emissions[a,c] | Change in Global $CO_2$ Emissions in 2050 (Percent of 2000 Emissions)[a,c] | Global Average Temperature Increase above Preindustrial Level at Equilibrium, Using "Best Estimate" Climate Sensitivity[d,e] | Global Average Sea-Level Rise above Preindustrial Level at Equilibrium from Thermal Expansion Only[f] | Number of Assessed Senarios |
|---|---|---|---|---|---|---|---|
| | *ppm* | *ppm* | *Year* | *Percent* | *°C* | *Meters* | |
| I | 350-400 | 445-490 | 2000-2015 | −85 to −50 | 2.0-2.4 | 0.4-1.4 | 6 |
| II | 400-440 | 490-535 | 2000-2020 | −60 to −30 | 2.4-2.8 | 0.5-1.7 | 18 |
| III | 440-485 | 535-590 | 2010-2030 | −30 to +5 | 2.8-3.2 | 0.6-1.9 | 21 |
| IV | 485-570 | 590-710 | 2020-2060 | +10 to +60 | 3.2-4.0 | 0.6-2.4 | 118 |
| V | 570-660 | 710-855 | 2050-2080 | +25 to +85 | 4.0-4.9 | 0.8-2.9 | 9 |
| VI | 660-790 | 855-1130 | 2060-2090 | +90 to +140 | 4.9-6.1 | 1.0-3.7 | 5 |

[a]The emission reductions to meet a particular stabilization level reported in the mitigation studies assessed here might be underestimated because of missing carbon-cycle feedbacks.

[b]Atmosphere $CO_2$ concentrations were 379 parts per million (ppm) in 2005. The estimate of total $CO_2$-equivalent concentration in 2005 for all long-lived greenhouse gases (GHG) is about 455 ppm, and the corresponding value including the net effect of all anthropogenic forcing agents is 375 ppm $CO_2$-eq.

[c]Ranges correspond to the 15th to 85th percentile of the post-TAR scenarios distribution. $CO_2$ emissions are shown so multigas scenarios can be compared with $CO_2$-only scenarios.

[d]The best estimate of climate sensitivity is 3°C.

[e]Note that global average temperature at equilibrium is different from expected global average temperature at the time of stabilization of GHG concentrations due to the inertia of the climate system. For the majority of scenarios assessed, stabilization of GHG concentrations occurs between 2100 and 2150.

[f]Equilibrium sea-level rise is for the contribution from ocean thermal expansion only and does not reach equilibrium for at least many centuries. These values have been estimated using relatively simple climate models (one low-resolution AOGCM [Atmosphere-Ocean General Circulation Model] and several EMICs [Earth System Models of Intermediate Complexity] based on the best estimate of 3°C climate sensitivity) and do not include contributions from melting ice sheets, glaciers, and ice caps. Long-term thermal expansion is projected to result in 0.2 to 0.6 m per degree Celsius of global average warming above preindustrial levels.

SOURCE: IPCC 2007a, p. 20, Table SPM.6. Reprinted with permission; copyright 2007, Intergovernmental Panel on Climate Change.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.



**FIGURE 5-3** Global $CO_2$ emissions for 1940 to 2000 and emission ranges for categories of stabilization scenarios from 2000 to 2100 (*left panel*); and the corresponding relationship between the stabilization target and the probable equilibrium global average temperature increase above preindustrial levels (*right panel*). Approaching equilibrium can take several centuries, especially for scenarios with higher levels of stabilization. Colored shadings show stabilization scenarios grouped according to different targets (stabilization categories I to VI). The right-hand panel shows ranges of global average temperature change above preindustrial levels, using (i) "best-estimate" climate sensitivity of 3°C (black line in middle of shaded area), (ii) upper bound of probable range of climate sensitivity of 4.5°C (red line at top of shaded area), and (iii) lower bound of probable range of climate sensitivity of 2°C (blue line at bottom of shaded area). Black dashed lines in the left panel give the emissions range of recent baseline scenarios published since IPCC (2000). Emission ranges of the stabilization scenarios comprise $CO_2$-only and multigas scenarios and correspond to the 10th to 90th percentile of the full scenario distribution. NOTE: $CO_2$ emissions in most models do not include emissions from decay of above-ground biomass that remains after logging and deforestation and from peat fires and drained peat soils. SOURCE: IPCC 2007a, p. 21, Figure SPM.11. Reprinted with permission; copyright 2007, Intergovernmental Panel on Climate Change.

The dependence can be summarized in Equation 5-1, which is the analogue of the impact-pathway approach used in the analysis in Chapters 2 and 3:

$$MD_0 = \sum_t \sum_i \sum_c \sum_i \sum_d \left[ \underbrace{\left(\frac{\partial C_{c,i,t}}{\partial E_0}\right)}_{\Delta EC} \underbrace{\left(\frac{\partial I_{i,i,t}}{\partial C_{c,i,t}}\right)}_{\Delta CI} \underbrace{\left(\frac{\partial D_{d,i,t}}{\partial I_{i,i,t}}\right)}_{\Delta ID} \right] \delta_t, \quad \text{Equation 5-1}$$

where $\delta_t = (1 + r)^{-t}$ is a factor that discounts damages in future year $t$ back to the present, and $r$ is the rate of discount. Effect b is captured by the term $\Delta CI$, which summarizes the results of physical impact models. These models suggest how changes in temperature and precipitation may affect agricultural yields or how changes in climate will affect biodiversity. Effect c is captured by the term $\Delta ID$, which captures the monetary damages associated with changes in agricultural yields or loss of species diversity. Attempts to measure these damages are reviewed briefly later in this section. In many cases, the relationships between climate impacts and damages are based on judgment, assumptions, or analogy because data are lacking.

This last point highlights the second difficulty facing any assessment of the costs of climate change: lack of information and uncertainty regarding effects a-c. The terms represented by $\Delta EC$, which include the extent of ice sheet melting and shifts in regional distribution of precipitation are still subject to considerable uncertainty. A vast amount of effort is actively being dedicated to elaborating the elements of $\Delta CI$. However, while natural scientists mostly agree on the climatic variables whose impacts should be studied, there is less consensus on what impacts are significant and should be examined. Moreover, even those impacts thought to be significant (for example, species loss) respond to changes in climate in ways that are poorly understood. The difficulties in estimating monetary damages are described in more detail below.

The climate equivalent of the Air Pollution Emission Experiments and Policy (APEEP) model would embody estimates of $\Delta EC$, $\Delta CI$, and $\Delta ID$ and combine them according to Equation 5-1 to produce a summary measure of marginal damage. The committee did not have access to an integrated assessment model (IAM) of this kind. Indeed, such a model does not exist—the IAMs used for climate studies are designed not to produce descriptively realistic, spatially disaggregate responses of climatic impact and damage variables but rather to bring together key stylized facts about these responses within the framework of Eq. 5-1 as a means of elucidating their joint implications. The benefits of such integration are often gained at the expense of introducing substantial theoretical and empirical weaknesses into IAMs. Although each element of $\Delta EC$, $\Delta CI$, and $\Delta ID$ can be thought of as a model in its own right, IAMs adopt reduced-form approaches, which

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

reduce these complex relationships into simplified response surfaces, in the process oversimplifying the complexities of the underlying science. In addition, IAMs typically cope with the curse of dimensionality by considering only relatively narrow sets of impacts or types of damage. IAMs also tend to trade off coarse regional coverage in favor of broad global scope, so relationships validated for restricted geographic domains are implicitly scaled up to broader spatial scales. The remainder of this section describes in general terms how IAMs, such as the Regional Integrated Model of Climate and the Economy (RICE) and the Dynamic Integrated Model of Climate and the Economy (DICE), the Climate Framework for Uncertainty, Negotiation, and Distribution (FUND) model, and the Policy Analysis of the Greenhouse Effect (PAGE) model, evaluate marginal damages. In a typical IAM, the marginal damages from a ton of $CO_2$-eq emissions ($E$) emitted today (year 0) can be expressed as

$$MD_0 = \sum_{t=0}^{t_f} \frac{dT_t}{dE_0} \frac{dD_t}{dT_t} \delta_t \ , \qquad \text{Equation 5-2}$$

where

$t$ = year of impact,
$MD_0$ = marginal damage from GHG emissions in year 0 (\$/ton $CO_2$-eq),
$T_t$ = mean global temperature in year $t$ relative to preindustrial levels (°C),
$E_0$ = GHG emissions in year 0 (ton $CO_2$-eq),
$D_t$ = total climate damages in year $t$ (\$),
$\delta_t$ = discount factor from year $t$ to 0 = $(1 + r)^{-t}$, where $r$ is the discount rate, and
$t_f$ = final year for which climate damages are included.

The expression indicates that the marginal damages from GHG emissions ($MD$) depend on how much temperatures increase in response to a unit increase in emissions ($dT/dE$), how much additional climate damage results from this temperature increase ($dD/dT$), how one values future damages relative to the present ($\delta$), and how far into the future one aggregates impacts ($t_f$). In terms of the preceding discussion, climate effects have been reduced to temperature, and the link between climate and impacts and impacts and damages has been condensed into a single step.

The relationship between a ton of $CO_2$-eq emitted today and future temperature depends on the effects of GHG emissions on the concentration of GHGs in the atmosphere, and on the effects of GHG concentrations on temperature. Spatially detailed predictions of the impact of GHG concentrations on temperature and precipitation are provided by general circulation

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

models. IAMs typically simplify these relationships and describe changes in mean global temperature corresponding to a ton of $CO_2$-eq emissions.

In the most disaggregated IAMs, the monetary damages associated with a change in temperature are calculated by estimating damages by sector (for example, energy, health, and agriculture) and geographic region. Damages are expressed as a percentage of GDP using methods described in the next subsection: Approach to Measuring Marginal Damages in Integrated Assessment Models. $dD_t/dT_t$ represents the aggregation of impacts across sectors and regions. How change in GDP are aggregated across regions—whether using equity weights or by summing the monetary changes in GDP—is discussed below.

Future monetary damages are discounted either at the market rate of interest (the revealed preference approach), or using the Ramsey formula (the prescriptive approach), which describes how the discount rate, $r$, varies along an optimal growth path (see Pearce et al. 2003). These two approaches are discussed in detail later in the chapter. Marginal damages are extremely sensitive to the choice of discount rate, given the fact that the climate impacts of a ton of $CO_2$-eq emissions will be felt for centuries ($t_f$ is typically 100 to 300 years).

The marginal-damage formula in Equation 5-2 assumes that the effect of a ton of $CO_2$-eq emissions on temperature and the effects of temperature on the economy are certain—which are clearly not the case. Indeed, a major difference between quantifying the local air pollution effects of fossil fuels and the impacts of GHG emissions is that the two differ significantly in their time dimension, their spatial scale, the variety of impacts, and, hence, in the certainty with which they can be estimated. In contrast to $SO_2$ or $NO_x$, $CO_2$ is a pollutant that resides in the atmosphere for centuries.[4] This factor implies that the effects of a ton emitted today must be estimated on a time scale (centuries) in which the state of the world is inherently more uncertain than the period during which effects of local air pollutants are estimated (months or years). Key sensitivities in Equation 5-2 include the impact of a change in atmospheric concentrations of $CO_2$ on temperature (termed climate sensitivity) and how $dD/dT$ varies with $T$. There is, in reality, a distribution of damages associated with any given temperature change.

IAMs typically handle this uncertainty in two ways. One is to calculate marginal damages using Monte Carlo analysis: Parameters used for dT/dE and dD/dT are drawn from probability distributions and used to calculate the corresponding distribution of marginal damages. A second approach is to acknowledge that, corresponding to each change in mean global temperature from pre-industrial levels, there is a probability of

---

[4]The atmospheric lifetime of $CO_2$ is complex. About half disappears in 40 years, but about 20% remains in the atmosphere for many centuries, essentially indefinitely.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 4
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

abrupt, catastrophic events, such as the melting of the West Antarctic ice sheets or melting of permafrost—events that could result in huge declines in world GDP. Some models attempt to estimate what individuals would pay to avoid such events. The next section provides an overview of how the damages associated with various temperature changes are modeled in three prominent IAMs.

## Approach to Measuring Marginal Damages in Integrated Assessment Models

IAMs combine simplified global climate models with economic models in an effort to estimate the economic impacts of climate change and to identify emission paths that balance these economic impacts against the costs of reducing GHG emissions. Three of the most widely used IAMs are RICE and DICE (W. Nordhaus, Yale University), FUND (R.S.J. Tol, Economic and Social Research Institute, Dublin, Ireland), and PAGE (C. Hope, University of Cambridge). The goal of this section is to provide overviews of how each of these IAMs monetizes the impact of changes in mean global temperature.

### RICE and DICE Models

These models examine the links between economic growth, $CO_2$ emissions, the carbon cycle, the economic damages associated with climate change, and climate-change policies. These models incorporate the climate system's "natural capital" into a model based on traditional economic growth theory. They treat as exogenous global population, global stock of fossil fuels, and the pace of technological change, and they calculate world output and capital stock, $CO_2$ emissions and concentrations, global temperature change, and climate damages. RICE distinguishes various regions of the world (8 in some versions; 13 in others), and DICE has a single, aggregated global economy. The models are typically run from 1990 until 2100.

The approach to quantifying climate-change damages in each sector in RICE is as follows: (1) The percentage reduction in GDP associated with a mean global temperature increase of $T$ is calculated for the year 1995 for each sector ($i$) and region ($j$). (Call this $Q_{ij}(T)$.) (2) The impact of the $T$ °C temperature change is calculated for a future year, $t$, by multiplying $Q_{ij}(T)$ by the ratio of per capita GDP in year $t$ to per capita GDP in 1995 raised to a power $\eta$, where $\eta$ is the income elasticity of the impact index. The percentage change in GDP in year $t$ for temperature change $T$ is thus,

$$Q_{ij}(T) \, [y_j(t)/y_j(1995)]^\eta \qquad \text{Equation 5-3}$$

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

260                                                          *HIDDEN COSTS OF ENERGY*

In practice $Q_{ij}(T)$ is calculated for benchmark warming—a 2.5°C increase in mean global temperature—based on a review of the literature. $\eta$ is determined from a literature review or expert opinion. $Q_{ij}(T)$ changes as a function of $T$ according to a quadratic function. The sectors for which impacts are monetized in RICE and DICE are agriculture, sea-level rise, other market sectors, health, nonmarket amenities, human settlements and ecosystems, and catastrophic damages. The magnitudes of damages in these sectors are discussed in sections below.

*FUND Model*

The Climate Framework for Uncertainty, Negotiation, and Distribution (FUND) model examines how a set of exogenous scenarios concerning economic growth, population growth, energy-efficiency improvements, decarbonization of energy use, and GHG emissions affect the concentration of atmospheric $CO_2$, global mean temperature, and the impacts of temperature change. FUND models these links for nine regions[5] over 250 years (1950 to 2200).

The sectors for which impacts are monetized in FUND are agriculture, forestry, water resources, energy consumption, sea-level rise, ecosystems, and human health. Monetization of impacts in FUND is slightly different for each sector and more detailed than the reduced-form approach used in RICE and DICE. For example, the impact of a temperature change on agricultural revenues consists of three components: One reflects the difference between future temperature and ideal growing temperature for the region; a second reflects the rate of increase in temperature, which captures opportunities for adaptation; and the third component reflects the carbon fertilization effect. To map the percentage change in agricultural revenues implied by these three effects into a change in GDP requires estimates of the share of agriculture in GDP. These estimates, in turn, are modeled as a function of per capita GDP and assumptions about the income elasticity of agriculture.

FUND differs from RICE and DICE in that the base year impacts in agriculture and ecosystems depend not only on the magnitude of temperature change but also on the rate of temperature change. It is also the case in FUND that the effect of a change in mean global temperature on marginal damages varies by sector

---

[5]OECD-America, OECD-Europe, OECD-Pacific, Central and Eastern Europe and the former Soviet Union, the Middle East, Latin America, South and Southeast Asia, Centrally Planned Asia, and Africa.

Copyright © National Academy of Sciences. All rights reserved.

*PAGE Model*

The Policy Analysis of the Greenhouse Effect (PAGE) model is a multi-regional model that models the impacts of climate change in three sectors—economic impacts, noneconomic impacts, and discontinuity impacts—that is, impacts associated with abrupt changes to the climate system.[6] Functions that describe the economic and noneconomic impacts of a given temperature change ($T$) in region $r$ are of the form

$$I(r) = A(r)T^{n(r)}, \qquad \text{Equation 5-4}$$

where $I(r)$ is the percentage change in GDP associated with the impact, $A(r)$ is a scaling factor and $n(r)$ lies between 1 and 3. The weights $A(r)$ represent the percent of GDP lost in region r relative to losses in the European Union. For a description of the modeling of discontinuity impacts see Hope (2006).

## IMPACTS ON PHYSICAL AND BIOLOGICAL SYSTEMS

Earth's climate system is integrally intertwined with many other global biological, chemical, and physical systems. Impacts on the weather, cryosphere, hydrosphere, coastal zones, and the biosphere are briefly discussed below. Impacts on human systems resulting from impacts on these physical systems are discussed in more detail in a subsequent section. This discussion is intended to provide a brief summary of recent knowledge. Another effort is under way within the NRC to study issues relating to global climate change.[7] It is important to keep in mind that none of the individual impacts described in this section have been monetized.

### Changes in the Weather

The most literal effect of climate warming is an increase in ambient air temperatures, particularly at night over land in the Northern Hemisphere (Figure 5-2). Global climate models predict an increase in the frequency of heat waves, heavy precipitation events, and the intensity of tropical cyclones (IPCC 2007b). The IPCC also predicts that precipitation will likely decrease in the subtropics and will very likely increase near the poles (Figure 5-4).

---

[6] Economic and noneconomic impacts are not disaggregated by sector, as in RICE and DICE and FUND.

[7] In response to a request from Congress, the NRC has launched America's Climate Choices, a suite of studies designed to inform and guide responses to climate change across the nation.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

262

Copyright © National Academy of Sciences. All rights reserved.



**FIGURE 5-4** Multimodel projected patterns of precipitation changes. Relative changes in precipitation (in percentage) for the period 2090-2099, relative to 1980-1999. Values are multimodel averages based on the *IPCC Special Report on Emission Scenarios* (SRES) A1B for December to February *(left)* and June to August *(right)*. White areas are where less than 66% of the models agree in the sign of the change, and stippled areas are where more than 90% of the models agree in the sign of the change. SOURCE: IPCC 2007b, P.16, Figure SPM.7. Reprinted with permission; copyright 2007, Intergovernmental Panel on Climate Change.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 5

## Changes in the Cryosphere

The cryosphere, comprising all the permanent and seasonal snow and ice formations found on Earth, including the polar ice caps, sea ice, permafrost, glaciers, and seasonal snow and ice on land and water, is particularly sensitive to climate change, and a dramatic decrease is predicted in the amount of snow and ice on Earth as climate changes progress. In fact, scientists have already documented the following changes (Rosenzweig et al. 2007):

- The Arctic sea-ice extent has declined by about 10% to 15% since the 1950s, and the 2007 summer minimum is more than 35% smaller than the 1950-1980 average.
- Mountain glaciers have receded on all continents.
- Northern Hemisphere permafrost is thawing.
- Snowmelt and runoff have occurred increasingly earlier in Europe and western North America since the late 1940s.
- The annual duration of lake- and river-ice cover in Northern Hemisphere mid- and high latitudes has been reduced by about 2 weeks and become more variable.

IPCC (2007b) also predicts the complete disappearance of late-summer Arctic sea ice by the end of the 21st century.

## Changes in the Hydrosphere

The hydrosphere comprises all the liquid water systems on Earth, including the oceans, lakes, rivers, streams, and aquifers. The hydrosphere is tightly integrated with the climate system and the cryosphere. Climate change and consequent warming are linked to changes in the hydrologic cycle with increased evaporation from land and seas, changing precipitation patterns, and reduced snow cover. Specific observed changes in the hydrosphere include the following (Rosenzweig et al. 2007):

- The salinity of the North Atlantic is decreasing, most likely because of melting glaciers.
- Annual runoff is increasing in higher latitudes and decreasing in some parts of West Africa, southern Europe, and southern Latin America.
- Peak spring river flows are occurring earlier in areas with a seasonal snow pack. This causes less water to be available during the late summer and autumn when human and ecological demand tends to be the greatest.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

264                                                    *HIDDEN COSTS OF ENERGY*

- The temperature, chemistry, and ultimately the structure of lakes and rivers are changing.
- 'Large' floods are occurring with more frequency around the globe.
- Very dry areas have more than doubled since 1970, causing desertification and droughts.

Ultimately, between the changes in weather patterns and changes in the cryosphere and hydrosphere, scientists predict that Earth will become dryer in the subtropics, especially in the Northern Hemisphere, and much wetter and less frozen near the poles. In other words, climate change is likely to manifest in ways, with consequent impacts, that will not occur evenly across the globe. Global climate models (GCMs) predict increasing global precipitation, with important regional variation, including increases in high latitudes and parts of the tropics but decreases throughout the subtropics (Bates et al. 2008). The western United States, for example, is vulnerable to reduced water availability. Table 5-2 lists climate-related changes in the freshwater system presented in the fourth assessment report of the IPCC.

The physical impacts on water availability vary considerably geographically; some regions benefit from warming while other areas suffer. For example the Warren et al. (2006a) analysis shows water scarcity increasing on a global scale from 29% in 1995 to 39% in 2085 under the A1 and B1 scenarios, respectively, shown in Figure 5-2. Some areas see sharper increases in water scarcity under their analysis (South Asia more than doubles from 26% to 59%) while other areas see a decline in water scarcity (Europe falls from 38% to 26%). The United States and Canada see a modest increase in scarcity from 16% to 20% in their analysis.

### Changes in the Coastal Zones

Rising sea levels—among the best-documented impacts of climate change—are another consequence of the melting cryosphere. Sea level has been rising at the rate of 1.7 to 1.8 mm/yr over the past century. This rate increased to approximately 3 mm/yr over the past decade (IPCC 2007a). Rising sea levels and increased storm intensities are rapidly eroding coastlines around the globe. Seventy-five percent of the east coast of the United States and 67% of the east coast of the United Kingdom are thus affected (Rosenzweig et al. 2007). However, there is scientific consensus that over many centuries thermal expansion of the ocean due to global warming is very likely to cause much larger rises in sea levels than those observed over the 20th century. In the latest IPCC projections, thermal expansion contributes 70-75% of the best estimate of sea-level rise for each of the six *IPCC Special Report on Exposure Scenarios* (SRES) marker scenarios, in

Copyright © National Academy of Sciences. All rights reserved.

**TABLE 5-2** Climate-Related Observed Trends of Various Components of the Global Freshwater Systems

|  | Observed Climate-Related Trends |
|---|---|
| Precipitation | Increasing over land north of 30°N over the period of 1901-2005 |
|  | Decreasing over land between 10°S and 30°N after the 1970s (WGI AR4, Chapter 3, Executive Summary) |
|  | Increasing intensity of precipitation (WGI AR4, Chapter 3, Executive Summary) |
| *Cryosphere* |  |
| Snow cover | Decreasing in most regions, especially in spring (WGI AR4, Chapter 4, Executive Summary) |
| Glaciers | Decreasing almost everywhere (WGI AR4, Chapter 4, Section 4.5) |
| Permafrost | Thawing between 0.02 m/yr (Alaska) and 0.4 m/yr (Tibetan Plateau) (WGI AR4, Charter 4, Executive Summary; WGII AR4, Chapter 15, Section 15.2) |
| *Surface Waters* |  |
| Streamflow | Increasing in Eurasian Arctic, significant increases or decreases in some river basins (WGII AR4 Chapter 1, Section 1.3.2) |
|  | Earlier spring peak flows and increased winter base flows in Northern America and Eurasia (WGII AR4, Chapter 1, Section 1.3.2). |
| Evapotranspiration | Increased actual evapotranspiration in some areas (WGI AR4, Chapter 3, Section 3.3.3). |
| Lakes | Warming, significant increases or decreases of some lake levels, and reduction in ice cover (WGII AR4, Chapter 1, Section 1.3.2). |
| Groundwater | No evidence for ubiquitous climate-related trend (WGII AR4, Chapter 1, Section 1.3.2) |
| *Floods and Droughts* |  |
| Floods | No evidence for climate-related trend (WGII AR4, Chapter 1, Section 1.3.2), but flood damages are increasing (WGII AR4, Chapter 3, Section 3.2) |
| Droughts | Intensified droughts in some drier regions since the 1970s (WGII AR4, Chapter 1, Section 1.3.2; WGII AR4, Chapter 3, Executive Summary) |
| Water quality | No evidence for climate-related trend (WGII AR4, Chapter 1, Section 1.3.2) |
| Erosion and sediment transport | No evidence for climate-related trend (WGII AR4, Chapter 3, Section 3.2) |
| Irrigation water demand | No evidence for climate-related trend (WGII AR4, Chapter 3, Section 3.2) |

NOTES: WGI AR4, Chapter 3, Trenberth et al. 2007; WGI AR4, Chapter 4, Lemke et al. 2007; WGII AR4, Chapter 1, Rosenzweig et al. 2007; WGII AR4, Chapter 3, Kundzewicz et al. 2007; and WGII AR4, Chapter 15, Anisimov et al. 2007.

SOURCE: Kundzewicz et al. 2007, p.177, Table 3.1. Reprinted with permission; copyright 2007, Intergovernmental Panel on Climate Change.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

the most extreme case exhibiting a 5-95% confidence interval of 0.26-0.59 m by the year 2100 (IPCC 2007b, p. 820, Table 10.7; IPCC 2007b, p. 821, Figure 10.33). This projection is cause for concern, given that relative sea-level rises have exceeded 8 inches in some areas along the Atlantic and Gulf coasts (see Karl et al. 2009, p. 37, figure) Although the contributions to sea-level rise made by thermal expansion and melting glaciers are well understood, uncertainty remains about the magnitude of the ice sheets' effects, so much so that their impact was left unquantified in the most recent IPCC report. On the basis of several recent studies on sea-level rise, Karl et al. (2009) concluded that the IPCC predictions are likely to underestimate the impact and cite estimates by century's end of 0.9-1.2 m under higher emission scenarios, with an upper bound of 2 m.

### Changes in the Biosphere

Many plants and animals have relatively specific environmental conditions in which they can survive. Even small environmental changes, such as extremes in ambient temperature, or the availability of water, can make a region inhospitable to members of the existing flora and fauna. Ecologists are already documenting important shifts in ecosystem structures and functioning, such as the following (Rosenzweig et al. 2007):

• Plant and animal ranges have shifted to cooler higher latitudes and altitudes. Therefore, as overall temperatures rise, plants and animals with very narrow temperature requirements will shift their ranges accordingly or become extirpated.

• The timing of many life-cycle events, such as flowering, migration, and emergence, has shifted to earlier in the spring and often later in the autumn.

• Different species change at different speeds and in different directions, causing a changing of species interactions (for example, predator-prey relationships).

### IMPACTS ON HUMAN SYSTEMS

Observed (and predicted) changes in Earth's global systems have significant ramifications for humans. The redistribution of water availability across the globe, for example, will amplify water conflicts, particularly in regions that are getting drier. Changes in the availability of water and in the length of growing seasons will affect which crops farmers can plant and how much those crops yield. Tropical diseases will start to affect more people as the ranges of disease vectors, such as mosquitoes, shift pole-ward.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 5
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

Table 5-3 describes some of the many ways in which climate change may affect important human systems.

The impacts of climate change on humans will not be uniform throughout the world. Different regions will experience climate change somewhat differently. Southern Africa, for example, is predicted to become drier and will therefore need to cope with water scarcity. Northern Europe, on the other hand, is predicted to become wetter. Figure 5-5 summarizes some of the key regional impacts humans will experience. The rest of this section systematically explores the impacts of climate change on a variety of aspects of human life, including water resources; ecosystem services; food production and forest products; sea-level rise and coastal populations; and human health, industry, society, and security.

## Water Availability

A critical challenge facing the growing world population is access to water, which could be significantly affected by climate change. Warren et al. (2006a) noted that a country experiences water scarcity when available supply falls below 1,000 m3 per person per year and absolute scarcity when supply falls below 500 m3 per person per year. Globally, they estimate that roughly 30% of the world's population was "water stressed" (defined as experiencing water scarcity) in 1995 (Warren et al. 2006a, Table A2). By 2085, they project that 39-59% of the world's population could be water stressed, depending on economic and population growth. However, all analyses and predictions of physical impacts must be qualified by the great uncertainties about hydrologic cycles and their responses to warming. Additional caveats to estimates of impacts are the possibilities of adaptation and mitigation. For example, exposure to water scarcity will change as populations migrate for reasons related or unrelated to global warming.

Changes in water availability can lead to losses in crop production, premature deaths, and greater disease prevalence from water shortages in the short run and adjustment costs of population movements as people abandon areas that have become too dry and as people engineer new water transfers. However, measuring the impacts of increasing water scarcity is difficult. Among other issues, the value of losses is exacerbated by increasing demand for irrigation in agriculture (Mendelsohn and Williams 2007). Aldy et al. (2009) provide summaries of damages from climate change as measured in a number of studies. Table 5-4 reports estimates of damages arising from changes in water availability. These damages are reported as percentages of GDP at the end of this century. For the United States, damages range from a low of .01% to .03% for warming between 4.6 and 7.1°C to a high of .29% for 2.5°C.

Copyright © National Academy of Sciences. All rights reserved.

268                                                        *HIDDEN COSTS OF ENERGY*

**TABLE 5-3** Examples of Possible Impacts of Climate Change Due to
Changes in Extreme Weather and Climate Events, Based on Projections to
the Mid- to Late 21st Century

| Phenomenon[a] and Direction of Trend | Likelihood of Future Trends Based on Projections for 21st Century Using SRES Scenarios | Examples of Major Projected Impacts by Sectors — Agriculture, Forestry, and Ecosystems (WGII 4.4, 5.4) |
|---|---|---|
| Over most land areas, warmer and fewer cold days and nights, warmer and more frequent hot days and nights | *Virtually certain[b]* | Increased yields in colder environments; decreased yields in warmer environments; increased insect outbreaks |
| Warm spells and heat waves; frequency increases over most land areas | *Very likely* | Reduced yields in warmer regions due to heat stress; increased danger of wildfire |
| Heavy precipitation events; frequency increases over most areas | *Very likely* | Damage to crops; soil erosion, inability to cultivate land due to waterlogging of soils |
| Area affected by drought increases | *Likely* | Land degradation; lower yields and crop damage and failure; increased livestock deaths; increased risk of wildfire |
| Intense tropical cyclone activity increases | *Likely* | Damage to crops; windthrow (uprooting) of trees; damage to coral reefs |
| Increased incidence of extremely high sea level (excludes tsunamis[c]) | *Likely[d]* | Salinization of irrigation water, estuaries, and freshwater systems |

[a]See WGI Table 3.7 for further details regarding definitions.

[b]Warming of the most extreme days and nights each year.

[c]Extreme high sea level depends on average sea level and on regional weather systems. It is defined as the highest 1% of hourly values of observed sea level at a station for a given reference period.

[d]In all scenarios, the projected global average sea level at 2100 is higher than it is in the reference period. The effect of changes in regional weather systems on sea level extremes has not been assessed (WGI 10.6).

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 5
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

| | Water Resources (WGII 3.4) | Human Health (WGII 8.2, 8.4) | Industry, Settlement, and Society (WGII 7.4) |
|---|---|---|---|
| | Effects on water resources relying on snowmelt; effects on some water supplies | Reduced human mortality from decreased cold exposure | Reduced energy demand for heating; increased demand for cooling; declining air quality in cities; reduced disruption to transport due to snow and ice; effects on winter tourism |
| | Increased water demand; water quality problems, for example, algal blooms | Increased risk of heat-related mortality, especially for the elderly, chronically sick, very young and socially isolated | Reduction in quality of life for people in warm areas without appropriate housing; impacts on the elderly, very young, and poor |
| | Adverse effects on quality of surface and groundwater; contamination of water supply; water scarcity may be relieved | Increased risk of deaths, injuries and infectious, respiratory and skin diseases | Disruption of settlements, commerce, transport, and societies due to flooding; pressures on urban and rural infrastructures; loss of property |
| | More widespread water stress | Increased risk of food and water shortage; increased risk of malnutrition; increased risk of water- and food-borne diseases | Water shortage for settlements, industry, and societies; reduced hydropower-generation potentials; potential for population migration |
| | Power outages causing disruption of public water supply | Increased risk of deaths, injuries, water- and food-borne diseases; post-traumatic stress disorders | Disruption by flood and high winds; withdrawal of risk coverage in vulnerable areas by private insurers; potential for population migrations; loss of property |
| | Decreased freshwater availability due to saltwater intrusion | Increased risk of deaths and injuries by drowning in floods; migration-related health effects | Costs of coastal protection versus costs of land-use relocation; potential for movement of populations and infrastructure |

ABBREVIATION: SRES = Special Report on Emission Scenarios.

SOURCE: IPCC 2007d, p.18, Table SPM.1. Reprinted with permission; copyright 2007, Intergovernmental Panel on Climate Change.

Copyright © National Academy of Sciences. All rights reserved.

270                                                          *HIDDEN COSTS OF ENERGY*



**FIGURE 5-5** Examples of regional impacts of climate change. SOURCE: Yohe et al. 2007, p. 829, Table 20.9.

World damages are modestly higher. Tol (2002a) reported the highest damages of .43% for 1°C warming. The range of estimates for the United States and for the world is great, especially when taking into account the different assumptions about global warming. This range speaks to the difficulties in making sharp impact predictions.

Regarding the three IAMs described earlier in the chapter, PAGE does not provide sector-specific estimates of damages, and RICE and DICE do not provide separate estimates for water resources. Indeed, Nordhaus and

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 5-4** Water Availability Effects from Climate Change for Selected Studies[a] (Percentage of Contemporaneous GDP Around 2100)

| | Cline 1992 | Fankhauser 1995a | Mendel-sohn and Neumann 1999 | Mendel-sohn and Williams 2004 | Mendel-sohn and Williams 2007 | Titus 1992 | Tol 1995 | Tol 2002a |
|---|---|---|---|---|---|---|---|---|
| Warming, C[b] | 2.5 | 2.5 | 2.5 | 4.6-7.1 | 2.5-5.2 | 4.0 | 2.5 | 1.0 |
| United States | .12 | .29 | .07 | .01-.03 | | .20 | n/a | .07 |
| World | n/a | .24 | n/a | .01-.03 | .00 -.02 | n/a | n/a | .43 |

NOTES: n/a = values not available or not estimated. In some cases, estimates for the United States also include Canada.

[a]Stern (2007) does not separate out individual categories within market and nonmarket impacts.
[b]Warming is relative to preindustrial (as opposed to current) temperatures.

SOURCE: Adapted from Aldy et al. 2009, with permission from the authors.

Boyer (1999, p. 4-13) argued that the damages from water availability can be set to zero, based on their survey of previous studies. The FUND model 3.0 measures water availability impacts for each of 16 regions using the following formula:

$$W_{t,r} = \min\left\{\alpha_r Y_{1990,r}(1-\tau)^{t-2000}\left(\frac{Y_{t,r}}{Y_{1990,r}}\right)^\beta T_t^\gamma, \frac{Y_{t,r}}{10}\right\}, \quad \text{Equation 5-5}$$

where

$W$ = denotes the change in water resources in 1995 dollars in region $r$ in year $t$,
$Y$ = denotes income (in 1995 dollars),
$T$ = global mean temperature,
$\alpha$ = benchmarking parameter,
$\tau$ = parameter measuring technological progress in water supply and demand (ranges from 0 to .01 with a preferred estimate of .005,
$\beta$ = elasticity of impact with respect to income growth (ranging from .7 to 1 with a preferred estimate of .85),
$\gamma$ = elasticity of impact with respect to temperature change (ranging from .5 to 1.5 with a preferred estimate of 1).

Copyright © National Academy of Sciences. All rights reserved.

The parameter choices are made by calibrating the FUND model to results from Downing et al. (1995, 1996a). The estimated impact of a 1°C increase in global temperature is –0.065% of GDP for the United States (FUND 2008, p. 33, Table EFW). A negative estimate indicates benefits to the United States from warming. This estimate is imprecisely estimated with a coefficient of variation equal to 1.0. The impact on other regions is small with a few exceptions. The former Soviet Union sees benefits as large as 2.75% of GDP, while China has losses of 0.57% of GDP. Overall, however, losses are small, and in all cases, the estimates have very large standard errors.

### Coastal Zone Impact of Climate Change

As previously mentioned, the coastal sector is one of best-documented areas of the impacts of climate change. However, it is difficult to assess with any confidence what the monetary damages of elevated seas might be for the United States, let alone globally. The only comprehensive assessment of the vulnerability of the U.S. coastline to sea-level rise (Thieler and Hammar-Klose 1999; 2000a,b) predates the latest IPCC estimates. Notwithstanding that, the fact that their methodology of assigning to segments of coastline an index of vulnerability calculated on the basis of rank-ordered attributes would suggest that updated data on sea-level rise will preserve the relative position of the coastline in the vulnerability hierarchy, at least over broad geographic scales.[8] Recent analyses at the regional scale indicate that sandy-shore environments, such as the Mid-Atlantic coastline, have a high likelihood of seeing more rapid erosion and segmentation of barrier islands, as well as wetland loss. For example, Figure 5-6 illustrates for the Mid-Atlantic region an acceleration in sea-level rise of 2 mm/year over current rates will cause many wetlands to become stressed, while most wetlands probably will not survive a 7 mm/year acceleration (consistent with IPCC's upper-bound estimate (see section above "Changes in the Coastal Zones"). The value of these kinds of losses has not been rigorously quantified. Depending on the increase in sea level, the adaptation options confronting human populations in the coastal zone are to protect the shore, relocate inland, or do a combination of both, each of which is associated with forgone income and well-being—that is, damage. How much of each option to be chosen is essentially an economic decision, which is simulated within IAMs in the process of arriving at aggregate estimates of climate damages. The remainder of this section sheds light on the methodological details of

---

[8]The variables are geomorphology, shoreline erosion and accretion rates, coastal slope, rate of relative sea-level rise, mean tidal range, and mean wave height.

Copyright © National Academy of Sciences. All rights reserved.



**FIGURE 5-6** Mid-Atlantic wetland marginalization and loss as a consequence of sea-level rise. SOURCE: CCSP 2009, Fig. ES.2.

this process, as a way of illustrating the large extent to which it is driven by assumptions on the part of IAM modelers.

There is a sizeable literature on the damages associated with sea-level rise. The differences in model results stem from different ways of representing the processes by which damages arise, including the level of detail in climate- and physical-impact modeling and the choice between a "process-based" and "reduced-form" approaches to representing impacts. The RICE and DICE models (Nordhaus and Boyer 2000) are typical of the reduced-form approach, while the detailed representations of damages

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

in the FUND model (Tol 2002a,b) exemplify the process-based approach. Both authors develop damage estimates on a regional basis by extrapolating from studies of the United States and other countries, but to implement the process-based approach requires many more assumptions about the detailed impacts of sea-level rise and the character of affected individuals' adaptation responses.

Damages in the RICE model are constructed by developing a benchmark estimate of the cost of the sea level increase arising from 2°C warming in the United States (0.1% of GDP) and then applying this estimate to other regions using an index of coastal sensitivity. The benchmark estimate for the United States includes damages to developed and undeveloped land and damages from storms. The index of coastal sensitivity is constructed by dividing the ratio of coastal area to total area for a given region by the ratio for the United States (see Table 5-5). The income elasticity of coastal damages is assumed to be 0.2.

**TABLE 5-5** Values of the Benchmarking Parameter ($\alpha$)

|  | Coastal Impact[a] | Coastal Index (% of GDP, 1990) | $\alpha$ † (2.5°C Impact) |
|---|---|---|---|
| United States | 1.00 | 0.10 | 0.11 |
| China | 0.71 | 0.07 | 0.07 |
| Japan | 4.69 | 0.47 | 0.56 |
| Western Europe | 5.16 | 0.52 | 0.60 |
| Russia | 0.94 | 0.09 | 0.09 |
| India | 1.00 | 0.10 | 0.09 |
| Other high income | 1.41 | 0.14 | 0.16 |
| High-income OPEC | 0.52 | 0.05 | 0.06 |
| Eastern Europe | 0.14 | 0.01 | 0.01 |
| Middle income | 0.41 | 0.04 | 0.04 |
| Lower-middle income | 0.94 | 0.09 | 0.09 |
| Africa | 0.23 | 0.02 | 0.02 |
| Low income | 0.94 | 0.09 | 0.09 |
| Global |  |  |  |
| Output weighted‡ |  |  | 0.32 |
| Population weighted§ |  |  | 0.12 |

[a]Ratio of fraction of area in coastal zone in country to that fraction in the United States. "Coastal zone" is defined as that part of the region that lies within 10 kilometers of an ocean.

†Calibrated to impacts in the year 2100.

‡Output projections in 2100 from RICE model base case.

§ 1995 population.

SOURCE: Nordhaus and Boyer (2000: Tables 4-5 and 4-10). Reprinted with permission; copyright 2008, MIT Press.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 5
http://www.nap.edu/catalog/12794.html

For the FUND model, Tol (2002a,b) followed the method pioneered by Fankhauser (1995a,b) in estimating the costs of sea-level rise as the sum of the capital cost of structures for coastal protection and the cost of foregone services from "dry" and "wet" coastal land that is inundated. This method entails determining the optimal level of coastal protection, which determines the first component of cost and also the amount of coastal land that is inundated, for a given rise in sea level.

The cost of inundation of unprotected land depends on the extent of land loss and population displacement from the inundation. Tol estimates population displacement as the product of projected loss of dry lands and average population density and makes several assumptions about the destinations of the resulting migrants.[9] The next step is to monetize these impacts. The unit values of lost dry and wet land in countries of the Organization for Economic Co-operation and Development (OECD) are assumed to be \$4 million/km$^2$ and \$5 million/km$^2$, respectively, and are extrapolated to other regions by adjusting them according to the inundation probability-weighted population density in the coastal zone and per capita income. For population displacement, Tol assumes a cost of emigration from an affected zone equal to three times per capita income and an immigration cost equal to 40% of the per capita income in the host country.[10] The results are shown in Table 5-5.

The amount of land (percentage of the coast) that is protected is determined by comparing the costs and benefits of protection. Table 5-6 presents the optimal fraction of the coast protected by region, as well as the costs of that protection.

### Impacts on Ecosystems and Ecosystem Services

Without a solid, broadly accepted set of standards for the value of ecosystems, the external costs of climate change assigned to ecosystem effects tend to get categorized in one of two ways. Based on the IAMs that do incomplete and preliminary accounting, the damages are generally quite low, sometimes barely enough to register in the overall cost accounting for climate-change impacts. Other studies based on ecosystem services often start from the proposition that ecosystem services are critical for the maintenance of healthy people, communities, and people. As a consequence, they tend to assign large but rarely quantified amounts to the external impacts of

---

[9]Displaced persons in countries of the OCED, Central and Eastern Europe, and the former Soviet Union stay entirely within their own regions, and only 10% displaced persons in poorer regions emigrate from their own regions. A variety of assumptions about where the latter go are made.

[10]Compare Cline's (1992) rough estimate of \$4,500 per migrant for the United States.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 5

**TABLE 5-6** Benchmark Sea-Level Rise Estimates in FUND

| | Cost Length ($10^3$ km) | Level of Protection (%) | Dry-land Loss ($10^3$ km$^2$) | Dry-land Value ($10^6$ km$^2$) | Wetland Loss ($10^3$ km$^2$) |
|---|---|---|---|---|---|
| OECD-A | 33 | 0.77 | 4.8 (2.4) | 1.3 (0.6) | 12.0 (8.6) |
| OECD-E | 59 | 0.86 | 0.7 (0.4) | 13.1 (6.6) | 4.0 (2.3) |
| OECD-P | 23 | 0.95 | 0.3 (0.4) | 13.7 (6.7) | 1.0 (1.1) |
| CEE&dSU | 25 | 0.93 | 1.2 (2.7) | 0.9 (0.5) | 0.0 (0.0) |
| ME | 6 | 0.30 | 0.6 (1.2) | 0.5 (0.3) | 0.0 (0.0) |
| LA | 39 | 0.86 | 7.8 (7.1) | 0.3 (0.2) | 50.2 (36.4) |
| S&SEA | 95 | 0.93 | 9.3 (9.6) | 0.5 (0.3) | 54.9 (48.0) |
| CPA | 33 | 0.93 | 8.4 (15.1) | 0.3 (0.2) | 15.6 (17.1) |
| AFR | 35 | 0.89 | 15.4 (18.4) | 0.4 (0.2) | 30.8 (14.8) |

NOTES: Definitions of the regions (which correspond to the regions of FUND) are as follows: Organization for Economic Co-operation and Development (OECD)-America (excluding Mexico) (OECD-A), OECD-Europe (OECD-E), OECD-Pacific (excluding South Korea) (OECD-P), Central and Eastern Europe and the former Soviet Union (CEE&fSU), Middle East (ME), Latin America (LA), South and Southeast Asia (S&SEA), Centrally Planned Asia (CPA), and Africa (AFR).

climate change. The general inclination of stakeholders who take this position to assign zero or even negative discount rates creates the foundation for extraordinarily large damages. The steps to quantitatively test or reconcile these perspectives will probably be numerous and challenging.

Four widely used IAMs (RICE and DICE, MERGE (model for evaluating regional and global effects), FUND, and PAGE) all estimate damage from climate change on the basis of willingness to pay for ecosystem services. An alternative approach, which calculates the economic value lost from the ecosystem services degraded by climate change, is addressed in the Millennium Ecosystem Assessment (2010), although these results are not quantitative in the sense that the output is damage per ton of $CO_2$. All the published representations of ecological damages from climate change are highly simplified. Willingness to pay is typically based on data from one or a few countries, often the United States, and then scaled to other countries on the basis of an assumed relationship with GDP.

In the RICE and DICE models, human settlements and ecosystems are treated together. They assume that the capital value of climate-sensitive human settlements and ecosystems ranges from 5% to 25% of regional output. For the United States, the number is 10%; for island countries, and for countries with sensitive ecosystems, the number is higher. Willingness to pay to avoid a 2.5°C temperature change is assumed to be equal to 1% of the capital value of the vulnerable system (Nordhaus and Boyer 1999).

Copyright © National Academy of Sciences. All rights reserved.

*CLIMATE CHANGE*                                                                277

| Wetland Value ($10^6$ km$^2$) | Protection Costs ($10^9$\$) | Emigrants $10^6$ | Value $10^9$\$ | Immigrants $10^6$ | Value $10^9$\$ | Total Costs $10^9$\$/year |
|---|---|---|---|---|---|---|
| 5.4 (2.7) | 83 (74) | 0.13 (0.07) | 7.5 (5.3) | 0.0 (0.20) | 2.9 (2.1) | 1.6 (0.9) |
| 4.3 (2.2) | 136 (45) | 0.22 (0.10) | 8.2 (5.4) | 0.64 (0.32) | 3.1 (2.2) | 1.7 (0.5) |
| 5.9 (2.9) | 63 (38) | 0.04 (0.02) | 2.8 (2.0) | 0.18 (0.10) | 1.6 (1.2) | 0.8 (0.4) |
| 2.9 (1.5) | 53 (50) | 0.03 (0.03) | 0.7 (0.7) | 0.03 (0.03) | 0.0 (0.0) | 0.5 (0.5) |
| 1.3 (0.7) | 5 (3) | 0.05 (0.08) | 0.4 (0.6) | 0.04 (0.07) | 0.0 (0.0) | 0.0 (0.0) |
| 0.9 (0.5) | 147 (74) | 0.71 (1.27) | 3.9 (7.2) | 0.64 (1.14) | 0.5 (0.9) | 2.0 (0.9) |
| 0.3 (0.2) | 305 (158) | 2.30 (1.40) | 3.7 (2.9) | 2.07 (1.26) | 0.5 (0.4) | 3.3 (1.6) |
| 0.2 (0.1) | 171 (126) | 2.39 (3.06) | 2.5 (3.4) | 2.15 (2.75) | 0.3 (0.4) | 1.8 (1.30) |
| 0.4 (0.2) | 92 (35) | 2.74 (2.85) | 5.4 (6.3) | 2.47 (2.56) | 0.7 (0.8) | 1.1 (0.4) |

SOURCE: Tol 2002a. Reprinted with permission; copyright 2008, *Environmental and Resource Economics*.

The elasticity of willingness to pay with respect to income is assumed to be equal to 0.1.

FUND does a separate calculation for 16 regions. The impact of warming on ecosystems in FUND is calculated as a "warm-glow" effect in which people are assumed to assign value to biodiversity and other ecosystem services, independent of whether they receive any concrete benefits from those services (Tol 1999). The value of the damage function rises with the fraction of biodiversity lost, with the amount of warming, and with per capita income in each region (Warren et al. 2006b).

Approaches based on the valuation of ecosystem services typically calculate the cost of replacing natural services with human or industrial alternatives. Many studies of the value of ecosystem services, however, do not explicitly assess the vulnerability of the ecosystem services to climate change. Schröter et al. (2005) looked at the vulnerability of ecosystem services to climate change in Europe, but they did not calculate an explicit cost impact. Naidoo et al. (2008) concluded that, for a large set of ecosystem services, they could reliably estimate values for only four and that the values of these four ecosystem services do not align well with areas targeted for biodiversity conservation. Brauman et al. (2007) reviewed a number of approaches to assessing ecosystem services and concluded that, whether or not the services are monetized, trade-offs among them can provide a useful set of tools for evaluating policy options. This approach is used by the Mil-

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

lennium Ecosystem Assessment, which assessed the impacts of four future scenarios (including climate change) on the basis of the number of ecosystem services, in each of four categories, expected to increase or decrease.

Overall, estimates of the impacts of economic damage to ecosystems from climate change are more conceptual and heuristic than quantitatively meaningful. The approaches that generate explicit numbers are simple and nonmechanistic approaches, starting with the studies of a small number of ecosystem services for one region or country at one level of economic development and the willingness to pay. Even if these studies were accurate, they should not be assumed to cover the full suite of climate-sensitive ecosystem services or to capture effectively the extrapolation of willingness to pay to other services, regions, or levels of economic activity. Finally, the sensitivity of the ecosystem services to climate is not well-known. These factors combine to define an approach that can be very useful for understanding aspects of the way the system works but that are unlikely to provide values that can be robustly used for studies that address multiple sectors of the economy. Approaches based on valuing ecosystem services sometimes generate numerical values, but sometimes they do not. The approaches based on valuing ecosystem services are not yet integrated in any of the main IAMs. Realizing such integration would represent an important conceptual advance in the credibility of the modeling, but it might not yield dramatic improvements in model accuracy or utility.

### Impacts on Agriculture

The welfare effects of climate change on agriculture depend on the impacts of climate on crop yields and on how farmers adapt to the impacts. In many areas of sub-Saharan Africa, temperatures are predicted to exceed optimal temperatures for many crops currently grown, and even for crops that could be substituted for current crops. Yield losses will, however, be less when irrigation is possible. Farmers may also be able to reduce income losses from crops by raising cattle and thus diversifying their agricultural portfolios. In northern latitudes, yields are actually predicted to increase for many crops, and areas in which field crops, such as winter wheat, can be grown are likely to extend into higher latitudes. The magnitude of physical impacts, in addition to depending on adaptation to climate in the form of crop substitution and irrigation, will depend on the magnitude of the $CO_2$ fertilization effect: Increased carbon in the atmosphere will increase yields by promoting photosynthesis and reducing plant water loss.[11]

---

[11]This increase raises yields approximately 15% for such crops as rice, wheat, and soybeans (Cline 2007).

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 5
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

To estimate the GDP impacts of the effects of climate change on agriculture, economists predict the impact of temperature and precipitation on agricultural revenues. These estimates are based primarily on cross-sectional studies—often referred to as the Ricardian approach (Mendelsohn et al. 1994; Kurukulasuriya et al. 2006)—or on crop models (Parry et al. 2004). The Ricardian approach looks at variation in net revenues across different geographic areas that vary in climate. For example, in the Dinar et al. (1998) study of Indian agriculture, variation in the net revenue per hectare across districts in India is explained as a quadratic function of temperature and precipitation, measured during different seasons of the year. In principle, this captures adaptation to climate—farmers in North India, for example, are more likely to irrigate their crops than farmers in South India—a factor that is reflected both in revenues and in costs. Crop models examine the impact of changes in temperature and precipitation on yields in a controlled setting. The results can be used as inputs into models that simulate farmer adaptation changes in climate (for example, changing crop mix). With assumptions about food prices and input costs, crop models can also predict the impact of climate change on agricultural revenues (see Box 5-1).

To estimate the GDP impacts of a particular climate scenario—for example, an increase in mean global temperature of 2.5°C in the year 2100—researchers must predict the impact of a temperature change on agricultural revenues in the year 2100 as well as the share of agriculture in GDP in 2100. In practice, the percentage change in agricultural revenues associated with a climate scenario is multiplied by the share of agriculture in GDP to estimate the GDP impacts of the scenario. When percentage changes in agricultural revenues are predicted from Ricardian models, it is implicitly assumed that prices in the future will remain the same as they when the models were estimated. Yield changes predicted by crop models can, in principle, serve as inputs to world models of food trade that will predict future agricultural prices and, hence, revenue impacts in a future year. Models that produce country-level estimates of GDP impacts, such as FUND, RICE, and DICE, assume that the share of agriculture in GDP declines as per capita income rises.

What is the magnitude of estimates of the impact of climate on agriculture and how do they vary across countries? A recent study by Cline (2007) estimates the impact on agricultural yields of a 4.4°C increase in mean global temperature and a 2.9% mean increase in precipitation occurring during the period 2070-2099. As Figure 5-7 shows, the largest losses are predicted to occur in parts of Africa, in South Asia, and in parts of Latin America. In contrast, the United States and Canada, Europe, and China will, in general, benefit from an increase in mean global temperature. These are estimates of impacts on yields and do not represent impacts on GDP.

Copyright © National Academy of Sciences. All rights reserved.

BOX 5-1
Estimating the Impacts of Climate Change on Agriculture

Estimates of the impacts of climate change on agriculture are based primarily on cross-sectional studies of land values or net revenues (the Ricardian approach; see Kurukulasuriya et al. 2006) or on crop models (Parry et al. 2004).

Crop models examine the impact of changes in temperature and precipitation on yields in a controlled setting, which can also control for the effects of $CO_2$ fertilization. The advantage of these models over statistical studies is that they allow for a much richer set of parameters that influence yields. Plant growth is modeled as a dynamic process of nutrient application, water balance, as well as many other factors. The potential pitfalls are that the sheer number of parameters makes it impossible to estimate them jointly in a regression model, and hence these models rely on calibration instead. Some authors are concerned about misspecification and omitted variable biases (Sinclair and Seligman 1996, 2000). The results can be used as inputs into models that simulate farmer adaptation changes in climate (for example, changing crop mix). Changes in yields predicted by these models are often used as inputs to world food-trade models to calculate the impacts of yield changes on prices and welfare. The effect of yield changes on world prices are not captured in the Ricardian framework and are ignored in Cline (2007).

The Ricardian approach looks at variation in land values or net revenues across different geographic areas that vary in climate. For example, in the Dinar et al. (1998) study of Indian agriculture, variation in the net revenue per hectare across districts in India is explained as a quadratic function of temperature and precipitation, measured during different seasons of the year. The Ricardian approach in principle captures adaptation to climate—farmers in North India, for example, are more likely to irrigate their crops than farmers in South India. This impact is reflected both in revenues and in costs: Farmers who irrigate have higher yields as well as higher costs. The Ricardian approach thus measures the impact of higher temperatures on net revenues, allowing for adaptation. The models also allow for crop substitution across different climate zones. If the results from such models are used to examine climate impacts, it is implicitly assumed that prices in the future will remain the same as they were when the model was estimated. Without additional adjustment, the predictions of Ricardian models will not capture $CO_2$ fertilization effects or the impact of international trade in food on welfare.

Other criticisms of the cross-sectional approach include the fact that climate variables may pick up other effects—for example, knowledge of farm practices—

Nordhaus and Boyer's (1999) estimates of the impact of agriculture on GDP corresponding to a doubling of $CO_2$ concentrations (estimated to occur in 2100) suggest increases in GDP of over 0.5% in China, Japan, and Russia but losses of over 1.5% of GDP in India. However, when weighted

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 5
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

that also vary geographically. Any variable that is correlated with climate and that influences farmland values has to be accounted for in the analysis. For example, access to subsidized irrigation water in the United States is correlated with warmer temperatures and capitalizes into farmland values. Omitting irrigation from a hedonic analysis will wrongfully attribute these subsidies as a benefit of a warming climate (Schlenker et al. 2005). For example, an analysis that pools the entire United States in a regression analysis assumes that if Iowa were to become warmer, it would become like California, where farmers enjoy access to highly subsidized irrigation water. In reality, Iowa would probably become more iike Arkansas, which is aiso warmer and more irrigated (72% of the corn acreage is irrigated), but does not have access to subsidized irrigation water. Although the decision to irrigate is endogenous, the access to water and its cost vary greatly in space. Irrigation is just one example of a potential variable that varies with climate and influences farmland values. Others might be soil quality and access to markets. It is difficult to account for all of them correctly.

Some authors have suggested using year-to-year weather fluctuations and examining how they affect yields or profits (Auffhammer et al. 2006, Deschenes and Greenstone 2007). The advantage is that a panel (a data set with repeated observations for each spatial unit, such as a county) allows for the use of fixed effects to capture all time-invariant factors, such as soil quality and access to ir-rigation. The potential problem is that year-to-year weather fluctuations are some-thing fundamentally different from climate change. The former are inherently short term, examining how yields or profits change in response to weather fluctuations after the crop is planted. The latter are long-term responses to a permanent shift in climate, which include switching to other crops or production methods that are not available in the short term.

Both the Ricardian analysis and panel studies have distinct advantages and disadvantages. Research for the United States suggests that both approaches agree that primarily extremely warm temperatures have a negative influence on yields and farmland values. Yields of corn, soybeans, and cotton gradually in-crease with increasing temperature until a crop-specific threshold of $29°C$ to $32°C$ is reached (Schlenker and Roberts 2009). Further temperature increases quickly become very harmful. Hotter regions exhibit the same sensitivity to these high temperatures as cooler regions, suggesting that they were not able to adapt to the higher frequency of these warm-temperature events. Similarly, a Ricardian model of farmland that separates temperature into beneficial moderate temperatures and damaging extreme temperatures finds that the iand values are most sensitive to extremely warm temperatures (Schlenker et al. 2006).

by GDP, the losses associated with a doubling of $CO_2$ concentrations, are less than 0.2% of world output (Warren et al. 2006b). Tol (2002a,b) found aggregate net benefits to agriculture from a doubling of $CO_2$ concentrations, although Warren et al. (2006b) criticized this finding as overly optimistic.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

282

Copyright © National Academy of Sciences. All rights reserved.



**FIGURE 5-7** Impact of increased temperature and precipitation on agricultural productivity. Percentage increases and decreases were calculated assuming additional carbon fertilization. Negative values indicate percentage decreases in productivity. For example, the agricultural productivity in Mexico and the southwestern United States is predicted to decline by 25% or more. SOURCE: Cline 2007. Reprinted with permission; copyright 2008, Peterson Institute for International Economics.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 5

## Impacts on Human Health

Theoretical analyses of the health consequences of rising average temperatures and the associated changes in average precipitation have led to research in the following five areas:

1. *Heat (and cold)-associated health conditions*, including the excess morbidity and mortality attributable to infectious, respiratory, and cardiovascular diseases and to over-exposure that occur after intense or prolonged cold weather and the heat-stress-related morbidity and mortality, especially excess cardiovascular disease mortality after intense or prolonged hot weather. This category could include the potential impacts on occupational health from working in hot and cold climates. These impacts are typically derived by looking at patterns of mortality either by day or season as a function of temperature for major cities and then using regression techniques to estimate temperature associated effects. Investigators differ in choice of daily changes—for example, heat waves, or average seasonal temperatures, the former providing higher estimates but with excess deaths typically limited to more vulnerable subpopulations.

2. *Vector-borne diseases*, especially malaria (mosquitoes), but also including dengue and yellow fever (mosquitoes), hanta and related viruses (rodents), Lyme and rickettsial diseases (ticks) and bird-borne viruses, such as West Nile and possibly influenza.

3. *Sanitation-related disorders*, including diarrheal diseases, such as cholera and others that occur with increased frequency in the setting of storms and prolonged droughts.

4. *Climate-associated changes in air-pollution health effects*, including atmospheric conversion of $NO_x$ and hydrocarbons to ozone and of $SO_2$ to its acid forms, which may be related to climate, although climate is not the source of air pollutants.

5. *Aeroallergen load* associated with altered ecosystems resulting from temperature and rainfall changes. As a consequence, potential increases in rates of upper and lower respiratory track allergies including asthma.

Substantial efforts have been made to model impacts in each category for the United States and other regions of the world based on the study of morbidity and mortality patterns in relation to climate patterns historically.

Accurate prediction of future impacts is substantially limited by the complexity of underlying assumptions about the populations at risk over time. The following factors complicate current efforts to estimate, based on various climate-change scenarios, what the impact on human health will be in the distant future:

Copyright © National Academy of Sciences. All rights reserved.

1. *Demographics and development.* All the categories listed above affect different populations differentially, depending on such features as age, underlying health status, and stage of socioeconomic development. For example, the sanitation-related disorders are relevant only in the context of under-development; populations in advanced countries rarely suffer from these impacts under any climate conditions except in a hurricane Katrina-like disaster. Similarly, heat- and cold-associated disorders affect disproportionately the very young and very old, those with chronic health conditions, and those with resource limitations. Any predictions of the impact of a given climate-change scenario demands that explicit assumptions be made regarding the distribution of at-risk people in a given population, introducing more uncertainty.

2. *Adaptation.* The impact of many purported climate-associated health effects depends on the degree to which the affected population has become adapted to particular conditions. For example, heat-related morbidity and mortality are far more salient in populations living in temperate climates with large seasonal fluctuations in temperature than in those with year-round hot weather because of acclimatization; the *rate* of change may be a larger determinant than the extent of change in some of these estimates.

3. *Technology.* Separate from the impact of development on the underlying condition of populations is the potential impact of specific technological changes. For example, a successful malaria vaccine could neutralize the projected impact of increased malaria mortality even in the absence of underlying developmental change in regions of the world with endemic malaria. Likewise, advances in sanitation science and development of new antimicrobial techniques or agents or vector control technologies could substantially alter modeled impacts on sanitation-related effects.

4. *Mitigation.* Projected effects for each climate-change scenario could be substantially modified by efforts to anticipate the effects and mitigate them. Above and beyond the societal changes anticipated by societal development following its natural path, specific interventions could, in theory, reduce or eliminate effects due to any of the above categories. Interventions could include climate surveillance and institution of remedial steps under conditions of anticipated high risk or introduction of societal countermeasures, such as more stringent air-quality controls or provision of climate-controlled public shelters.

While the importance of each of those factors is widely acknowledged by investigators attempting multisector estimates of the (external) costs of damages related to human health under various scenarios (for example, RICE and DICE and FUND), the cost estimates for damages in each category have been developed generally under the default assumptions that

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK    Document 85-2    filed 05/06/21    USDC Colorado    pg 5

development and demographic change over time would occur *unrelated* to intentional efforts to modify or mitigate the impacts of GCC. In other words, it is assumed that technologies and GDP will advance in parallel, and the underlying health status related to development will improve based on projections of regional GDP and global-warming potential, without taking into consideration specific efforts (or their costs) that might specifically offset or modify possible climate-related health effects.

The FUND and the RICE and DICE model estimates for health damages as percentage-lost GDP for the United States and globally reflect two somewhat divergent approaches. Tol (2002a,b) (FUND model), building on previous efforts, approaches the damages for the United States (and also other developed economies) by restricting attention to a single category of effects, namely, "heat-associated health conditions." FUND incorporates Martens (1998) meta-analysis of data from 17 European and American countries (20 cities)—a model based on seasonal averages—to calculate the impact of temperature under several climate scenarios. None of the other categories of potential health effects is added, possibly resulting in an underestimate. Nordhaus and Boyer (2002) (RICE and DICE), on the other hand, does not use this approach for a U.S. estimate and relies instead on deriving a temperature-associated estimate based on the WHO Global Burden of Disease (Murray and Lopez 1996) estimates for the region, resulting in a very small figure, more than 10-fold lower than the Tol figure.

It is noteworthy that both methods may have underestimated effects attributable to other categories. Most notably on the United States side is the possibility that pollution, interacting with climate, may have greater impact on ozone-related morbidity and mortality than estimates of temperature or pollution separately (for example, Knowlton et al. 2004). Globally, Kjellstrom et al. (2008) published a model that suggests substantial impact of climate in developing countries on the ability to work because of heat stress. The magnitude of this health effect has not been incorporated into either model, nor has either addressed the potential importance of allergy-related disease despite the global epidemic of asthma, still unexplained, already under way. Although Tol offers a range of estimates based on differing assumptions about the composition of the at-risk populations, neither model has tested divergent assumptions about the effects of mitigation, adaptation, or specific technological change.

## Other Impacts: Energy Production and Consumption, Socioeconomics, and National Security

Climate change is likely to result in many impacts that are poorly measured or difficult to quantify. In this section, the committee focuses on impacts to industry, population movements, energy supply and consump-

Copyright © National Academy of Sciences. All rights reserved.

286                                                    *HIDDEN COSTS OF ENERGY*

tion, and national security. The greatest risks from climate change are likely to increase instability in vulnerable areas of the world with a consequent potential for increased risk of terrorism and political instability.

### Impacts on Energy Production and Consumption

In the United States, global warming will probably lead to modest decreases in heating demand in northern areas and modest increases in cooling demand in the southern area (CCSP 2007). Impacts on energy consumption primarily affect demand for electricity.

The CCSP study showed decreases in energy used in residential, commercial, and industrial space heating as possible effects of climate change. Estimates are quite imprecise. One study (Mansur et al. 2005) found a 2.8% decline in energy use for electricity-only customers, a 2% decline for gas customers, and a 5.7% decline for oil customers corresponding to a 1°C increase in January temperature in 2050. The variation in heating reduction is driven in part by regional variation in heating. Oil accounts for over one-third of heating in the Northeast, whereas electricity-only customers are likely to be located in the South or Southwest. Scott et al. (2005) found a stronger response relative to the results of the CCSP study.

Residential cooling impacts were stronger in the Mansur et al. (2005) study, which found a 4% increase in demand for electricity-only customers for a 1°C increase in July temperature in 2050. Increases for gas and fuel oil customers are 6% and 15%, respectively.

Annual energy consumption is affected by decreased heating and increased cooling costs. Mansur et al. found a 2% increase in residential expenditure and no impact on commercial expenditures at the national level. Others studies have found similar impacts, although regional variation is potentially significant.

Global impacts mirror regional impacts in the United States. Higher latitude regions benefit from reductions in heating, and lower latitude regions face higher costs of cooling (Stern 2007).

Beyond heating and cooling, the CCSP (2007) report found little impact on industrial energy demand (see studies by Amato et al. 2005; Ruth and Lin 2006). Industry may be affected in other ways. In particular, electric outages arising from extreme weather events would have significant impacts on energy-sensitive industries.

Similarly, impacts on energy production are likely to be modest in the aggregate. Regionally, certain areas may experience impacts. Reductions in water in the Northwest could reduce supply of hydroelectricity appreciably. Weather disruptions and extreme events could affect oil and gas supply and refining activities in the Gulf of Mexico. Similar impacts arise globally. Stern (2007, pp. 142-143) reported reductions in nuclear power production

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

in France during the 2003 European heat wave due to overly warm river water that the plants rely on for cooling.

## Socioeconomic Impacts

It is difficult to predict the full range of potential socioeconomic impacts from global climate change. Stern (2007, pp. 128-129) reported that about 7 million people in sub-Saharan Africa have migrated to new regions to obtain food because of environmental stresses on agriculture. In addition to migration, climate change has the potential to create disruptions that affect education and gains in equality of women (Chew and Ramdas 2005). Coastal erosion, rising oceans, and extreme weather all disproportionately affect the most vulnerable members of society. (See a catalog of impacts in Leary et al. (2006).

## National Security Impacts

The socioeconomic instabilities described above have implications for national security of the United States, as well as global security. A recent report by the CNA Corporation (CNA 2007) found that climate change will add to instability in already volatile parts of the world (for example, Somalia and Darfur). In addition, the impacts will be felt globally and so create greater strains for the U.S. military as it stretches itself to cover conflicts in various parts of the world (acting either unilaterally or multilaterally).

Population migration will also affect currently stable countries and regions. The United States and Europe, for example, will face increased pressure from immigrant populations. Moreover while underdeveloped regions of the world are disproportionately affected by extreme weather (or are especially vulnerable), stable regions are not immune. The European heat wave of 2003 was estimated to have killed more than 50,000 people (Larsen 2006).

The CNA report highlights especially important regional impacts. Two-thirds of the Arab world currently relies on imported sources of water (CNA 2007, p. 30). Decreased precipitation exacerbates this problem and raises the specter of increased out-migration and land tension with neighbors. Nearly 40% of Asia's population lives no more than 45 miles from the coast. Sea-level rise could put millions of people at risk for inundation and increased risk of infectious disease (CNA 2007, p. 24).

The military implications of these impacts are twofold. First, U.S. military systems and bases will be stressed. Diego Garcia in the Indian Ocean serves as a major logistics hub for U.S. and British forces in that region of the world. The island at its highest point is only a few feet above sea level (CNA 2007, p. 37). In the event of significant sea-level rise, it may

Copyright © National Academy of Sciences. All rights reserved.

288                                                                    *HIDDEN COSTS OF ENERGY*

be possible to adapt by building dikes or other infrastructure but it would come at an economic cost, and the current capabilities of the base may be affected. In addition to impacts on military bases, climate change and severe weather make military missions much more challenging. Extreme weather also creates vulnerabilities for military energy supplies. Electricity systems are subject to outages in extreme weather, and the Department of Defense relies on electricity from the national grid to power critical infrastructure at installations (CNA 2007, p. 38).

A second concern identified by the CNA report is the Arctic. With global warming, retreat of the Arctic ice pack means that the U.S. Navy will have to expand its scope of operations to cover this area. In addition, increased access to the Arctic is likely to bring about increased competition for previously inaccessible resources, including potentially large reserves of oil.

### Estimates of Other Impacts

It is extremely difficult to monetize the external costs of political insta- bility, population displacement, national security, and military costs arising from climate change. However, the committee can provide estimates of the external costs arising from increased demand for electricity due to climate change. We briefly discuss below the treatment of these costs in the FUND and DICE models.

The FUND model 3.0 does not provide estimates of most of the socio- economic costs discussed above, although resettlement costs are included in the costs of sea-level rise. FUND does provide estimates of increased heating and cooling costs based on an equation relating heating (or cooling) to increases in temperature, per capita income, population, and techno- logical improvements. The elasticity of heating with respect to global mean temperature (relative to 1990 levels) is 0.5 for heating and 1.5 for cooling in the FUND base case. The income elasticity of space heating and cool- ing demand is 0.8 in the base case (Hodgson and Miller 1995, as cited in Downing et al. 1996b). Tol (2009) reported that globally the increased costs of electricity for cooling are the single largest component of the marginal damages from a ton of $CO_2$-eq emissions, while global reductions in heating costs reduce the marginal damages from a ton of $CO_2$-eq emissions.

Nordhaus and Boyer (1999) estimated that a 2.5°C increase in tem- perature would have negligible costs on energy and modest costs on hu- man settlements ($6 billion in 1990 dollars; see Table 4-11, p. 4-45, of the study). These costs include costs of migration and adaptation as well as losses that occur because of difficulties in responding to sea-level rise or extreme weather. These costs are computed by estimating the capital value of vulnerable areas and assuming a willingness to pay to avoid damages

Copyright © National Academy of Sciences. All rights reserved.

equal to 1% of the value of at-risk capital (see section Coastal Zone Impact of Climate Change). The authors acknowledged that the method "is at this stage speculative and requires a detailed inventory and valuation of climatically sensitive regions for validation" (pp. 4-21 to 4-22). The authors noted, however, that this topic is likely to be of high impact and cost that will factor in to climate-change policy in important ways.

## ECONOMIC DAMAGE FROM IRREVERSIBLE AND ABRUPT CLIMATE CHANGE

The term "abrupt climate change" has several definitions (NRC 2002d; Clarke et al. 2003; Overpeck and Cole 2006). For the purposes of this assessment, a useful definition is articulated by CCSP (2008): "A large-scale change in the climate system that takes place over a few decades or less, that persists (or is anticipated to persist) for at least a few decades, and causes substantial disruptions in human and natural systems."

By contrast, irreversible climate changes represent fundamental regime shifts in major climatic variables that are likely to persist over hundreds to thousands of years. Irreversibilities are related to abrupt climate changes in that they embody the idea of thresholds or "tipping points" in physical or biogeochemical variables, which once crossed result in a large (implicitly rapid rate) and for all intents and purposes permanent change. In terms of climate responses, changes of this nature include such possibilities as the collapse of the Greenland or West Antarctic ice sheets, loss of coral reefs, or shutdown of the North Atlantic thermohaline circulation. However, incremental climate changes could eventually cross a threshold related to physical processes and thus result in irreversible climate change. One concern about such climate changes is the potential for them to trigger serious or catastrophic follow-on impacts, such as the release of methane and $CO_2$ trapped in ocean sediments and permafrost; loss of biodiversity through extinction, disruption of species' ecological interactions, and major changes in ecosystem structure; and disturbance regimes, such as wildfire and insects.

Another reflection of this concern is the tendency of these sorts of changes to be discussed in parallel with potential downstream consequences for human society, in particular the value of lost species, ecosystem services, arable land and attendant effects on food security, as well as adverse effects on human settlements, migration, and the potential human insecurity (i.e., refugees, violent conflict) arising therefrom.

An important feature of the preceding definitions is that they say little about the likelihood of occurrence of the events in question. Although it is tempting to view climate thresholds as a bright-line, there is little empirical basis for inferring how much of a change in probability they bring. On one hand, there is the probability of the threshold being reached, which depends

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

on the trajectory of GHG emissions and consequent radiative forcing. Some indication of the relevant probabilities is given in Table 5-2. On the other hand, how the probability of occurrence of the impacts in question might change for increments in, say, temperatures in excess of the threshold is largely unknown. For example, IPCC (2007a) concluded that 20-30% of assessed species face about a 50% chance of increasingly high risk of extinction as global mean temperatures exceed 2-3°C above preindustrial levels but does not characterize the dependence of the probability of extinction on temperatures beyond the threshold.[12] This kind of impact is distinct from events that are low probability but very high consequence. It is unclear whether climate thresholds apply—such as a massive decadal-scale release of methane to the atmosphere from rapid clathrate destabilization.

Solomon et al. (2009) focused attention on atmospheric warming, precipitation changes, and sea-level rise driven by thermal expansion as adverse irreversibilities for which three criteria are met: (1) the relevant changes are already being observed, and there is evidence for their anthropogenic precursors; (2) the phenomena are based on physical principles that are thought to be well-understood; and (3) projections are available and are broadly robust across Earth-system models. These authors use results from a suite of models to construct ranges of long-run equilibrium changes in the climate. Their estimate of the irreversible temperature increase ranges from 1 to 4°C, with a corresponding 0.2-0.6 m sea-level rise per degree of global warming, for an irreversible global average sea-level rise of at least 0.4-1.0 m (and as much as 1.9 m for peak $CO_2$ concentrations in excess of 1,000 ppmv [parts per million by volume]) and complete losses of glaciers and small ice caps adding a further 0.2-0.7 m. The corresponding estimates of shifts in precipitation are subject to considerable uncertainty, but a robust change is an enhanced dry season in several regions (on the order of 20% in northern Africa, southern Europe, and western Australia) and 10% in southwestern North America, eastern South America, and southern Africa for 2°C of global mean warming. The equilibrium dependence of regional dry-season-precipitation impacts on $CO_2$ concentrations is illustrated in Figure 5-8.

At the other end of the spectrum, the implications of these climate changes for biodiversity loss, highly nonlinear impacts—such as ice sheet instability, thermohaline circulation (THC) collapse, and methane clathrate releases—and climate-induced violent conflict represent unknowns that derive from fundamental gaps in scientific understanding of the mechanisms of the relevant impact pathways in Figure 5-1 (NRC 2002d; Tol 2008). For

---

[12]IPCC (2007, Table 4.1) characterizes how the magnitude and geographic distribution of extinction impacts increase with temperature.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.



FIGURE 5-8 Irreversible precipitation changes by region. SOURCE: Solomon et al. 2009, Figure 4.

291

the sake of completeness, brief notes are provided about the current state of the literature in each of these areas.

There are comparatively few quantitative studies of the direct impacts of climate change on ecosystems and biodiversity at broad geographic scales,[13] and projecting changes in biodiversity at the regional and global levels is complicated by the need to account for large-scale, potentially non-linear interactions associated with such factors as shifting anthropogenic land use and invasive species (see Sala et al. 2000). The theoretical basis for valuation of ecosystem changes at these scales is very weak. Nicholls et al. (2008) explored a wide range of scenarios of resulting sea-level rise and assessed the impacts of a collapse of the West Antarctic Ice Sheet (WAIS) at 0.5-5 m per century. Their estimates of annual costs, which are not explicitly linked to temperature change, ranged from \$0-28 billion in 2050 to \$0.1-31 billion in 2100.

The full range of impacts arising from a slowdown or collapse of the Atlantic THC has yet to be systematically characterized. The only studies from which cost figures can be drawn are Keller et al. (2004), who arbitrarily assumed an uncertain cost in the range of 0-3% of gross world product, and Link and Tol (2004), who estimated that THC shutdown increases the marginal damage of GHG emissions by \$0.1-2.2 per ton of carbon. The seemingly small magnitude of these figures may be appreciated when one considers that, in the Link and Tol study, THC collapse has a negligible influence on global average surface temperature but has a substantial impact on temperatures in the United States, Canada, and western Europe, inducing cooling of 0.5-1.5°C by 2150 and 1-3°C by 2300.

Considerable scientific uncertainty still besets the characterization of methane releases from clathrates in ocean sediments and permafrost. The most widely cited study by Harvey and Huang (1995) estimates a cumulative methane release of 53-887 gigatonnes of carbon after 2,000 years (see Table 9), resulting in an equilibrium atmospheric temperature rise of 1-9°C (see Figure 9). These authors find an amplification of global warming of 10-25%, but this range depends strongly on assumptions about the climate sensitivity and the warming due to projected anthropogenic $CO_2$ emis-

---

[13]Scientific studies have mostly focused on aggregate indicators of change. For example, Scholze et al. (2006) used the results of a suite of climate model runs as inputs to a dynamic global vegetation model and mapped the proportions of simulations that exhibit forest-nonforest shifts and exceedance of natural variability in wildfire frequency and freshwater supply. A landmark study by Thomas et al. (2004a) estimated that among the groups of organisms they assessed in regions covering 20% of Earth's land surface, warming by 2050 will cause extinction of 15-37% of species. However, the methods for combining climatic stressors with geographically localized data on individual species to characterize species extinctions are the subject of vigorous debate (Buckley and Roughgarden 2004, Harte et al. 2004, Lewis 2006, Thomas et al. 2004b, Thuiller et al. 2004).

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 5
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

sions, and is substantially outweighed by the latter uncertainties. Results by Renssen et al. (2004) highlight the importance of uncertainties regarding the "worst case" quantity of methane released. A massive emission (1,500 GtC) over the course of a millennium would entail large climate changes,[14] having peak additional surface warming of 2.6°C on average and up to 10°C at the poles, accompanied by regime shifts in the global overturning ocean circulation.

The discussion above describes the possibility of extreme climate changes that could result in large, irreversible economic damages to the planet. As noted at the beginning of the chapter, the possibility of extreme events is not handled well by IAMs in calculating the marginal damages of $CO_2$. The RICE and DICE models attempt to handle extreme events by calculating what a risk-averse individual would pay to avoid a catastrophic event (of given probability) that would reduce GDP from 22% to 44%, depending on the region of the world. The probability of such an event is calculated, for each T, on the basis of expert judgment. For a 2.5°C change in mean global temperature, willingness to pay to avoid catastrophic risk ranges from 1.9% of GDP in OECD-Europe and India to 0.45% of GDP in the United States. The corresponding figures are 10.79% and 2.53% of GDP to avoid catastrophic risk associated with a 6°C change in mean global temperature.

Weitzman (2009) demonstrated that, if one were to ask a risk-averse individual what he would pay to avoid the gamble described above, the amount would be infinite if the distribution over the catastrophic GDP loss were "fat-tailed" (formally, if the distribution has an infinite moment generating function). Clearly, the nature of the probability distribution of catastrophic outcomes matters and is handled only imperfectly by the willingness to pay calculations described in the preceding paragraph or by the Monte Carlo simulations performed to capture uncertainty in the key parameters of IAMs. The key problem here is that low-probability extreme-impact events located in the fat tails, which are extremely difficult to quantify, might drive the results of cost-benefit analysis. This possibility is disturbing because the answers to important questions about how much effort to put into climate-change mitigation can depend to an uncomfortable degree on subjective estimates about the likelihood of catastrophic outcomes.

---

[14]The authors design this scenario to be consistent with the Paleocene-Eocene thermal maximum, a period about 55.8 million years ago that experienced drastic changes in climate possibly as the result of releases of methane from hydrates.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

## AGGREGATE IMPACTS OF CLIMATE CHANGE

To quantify the marginal impact of an additional ton of GHG emissions requires a number of steps beyond quantifying the individual impacts associated with a particular magnitude of climate change. Within each region, for a particular climate-change scenario (for example, doubling of $CO_2$ concentrations in the atmosphere), individual components of impact must be aggregated across sectors, raising difficulties for inclusion of impacts that have not been expressed in monetary metrics and interactive effects, such as that between water and agriculture. Next, because the impacts of GHG emissions emitted anywhere are felt globally, there is much interest in understanding the global impacts of climate change, not simply the effects of each country's emissions within its own borders. This factor requires aggregating impacts on people with widely differing incomes, raising questions about whether monetized impacts should be adjusted to account for differing marginal values of income across countries. Moreover, because the consequences of current GHG emissions are expected to persist for centuries, it is necessary to aggregate impacts on people living at different times in the future. Previous surveys of these issues include Pearce et al. (1996), Tol and Fankhauser (1998), Tol et al. (2000), Smith et al. (2001), Hitz and Smith (2004), Stern (2007), Yohe et al. (2007), and Tol (2008).

Tol (2008) identified 13 published studies that have estimated the monetized impacts of climate change at a global level; several of them also include total climate-change damage estimates individually for the United States and other regions (Fankhauser 1995a; Tol 1995, 2002b; Nordhaus 1994a,b, 2006; Nordhaus and Yang 1996; Plambeck and Hope 1996; Mendlesohn et al. 2000a,b; Nordhaus and Boyer 2000; Maddison 2003; Rehdanz and Maddison 2005; Hope 2006). In addition, the Nordhaus (2008) study contains an update based on Nordhaus and Boyer (2000), and at least another four published studies contain total-damage estimates for the United States alone (Nordhaus 1991; Cline 1992; Titus 1992; Mendlesohn and Neumann 1999). These estimates are not independent because many of them represent revised estimates by the same researchers over time (for example, Nordhaus, Tol, Hope, and Maddison), and other estimates are based on models that draw from several other prior studies (for example, impact valuation in Plambeck and Hope (1996) derives from Tol (1995) and Fankhauser (1995b); see discussion in Tol (2008). A review of impact estimates within IAMs (Warren et al. 2006b)—including the DICE and RICE models (Nordhaus), FUND model (Tol), and PAGE model (Hope)—found that the impacts in these models are based on literature from 2000 and earlier.

Table 5-7 summarizes results from many of these studies, for consistency expressed in terms of percentage loss in GDP. Most, but not all of the

Copyright © National Academy of Sciences. All rights reserved.

*CLIMATE CHANGE* 295

**TABLE 5-7** Estimates of Total Damage Due to Climate Change from Benchmark Warming (Percentage Change in Annual GDP)

| Study | Temperature Change (°C) | Global[e] | United States | Range Across Regions |
|---|---|---|---|---|
| 2.5-3.0°C warming benchmark | | | | |
| Nordhaus (1991) | 3.0 | NA | –1.0 | NA |
| Cline (1992) | 2.5 | NA | –1.1 | NA |
| Nordhaus (1994a) | 3.0 | –1.3 | NA | NA |
| Nordhaus (1994b) | 3.0 | –1.9[c] | NA | NA |
| Fankhauser (1995b) | 2.5 | –1.4 | –1.3 | –4.7--0.7 |
| Tol (1995) | 2.5 | –1.9 | –1.5 | –8.7-0.3 |
| Nordhaus and Yang (1996) | 2.5 | –1.7[a] | –1.1 | –2.1-0.9 |
| Plambeck and Hope (1996) | 2.5 | –2.5[a] | –1.6 | –8.6-0.0 |
| Nordhaus and Boyer (2000) | 2.5 | –1.5 | –0.5 | –4.9-0.7 |
| Mendlesohn et al. (2000a,b)[b,d] | 2.5 | 0.00.1 | NA | –3.6-4.0[a], –0.5-1.7[a] |
| Hope (2006)[d] | 2.5 | –1.0 | –0.3 | –3.1–0.3 |
| Nordhaus (2006)[b] | 3.0 | –1.0 | NA | NA |
| Nordhaus (2008) | 2.5 | –1.8 | –0.7 | –20.0–16.4 |
| Other warming benchmarks | | | | |
| Titus (1992) | 4.0 | NA | –2.5 | NA |
| Tol (2002b) | 1.0 | 2.3 | 3.4 | –4.1–3.7 |

NOTES: Positive damage estimates indicate benefits from warming. NA indicates data are not available.

[a]As computed by Tol (2008).
[b]Estimate includes only market impacts; nonmarket impacts are not monetized.
[c]Median estimate from an expert opinion survey of 19 individuals.
[d]The study's mean estimates are given.
[e]Global GDP losses are simple (unweighted) sums of regional GDP losses.

scenarios are benchmarked to a 2.5-3°C temperature increase by 2100 associated with central estimates of the likely warming from a doubling of GHG concentrations in the atmosphere. Note that Mendlesohn et al. (2000a,b) and Nordhaus (2006) include only market impacts, while the other studies also include estimates of nonmarket impacts, at least to some degree.[15]

Table 5-7 shows that these studies typically estimate the aggregate global market plus nonmarket impact of doubling GHG concentrations at 1-2% of lost world GDP. The aggregate impacts mask significant differences in regional impacts and in the underlying impacts for individual damage

---

[15]Maddison (2003) and Rehdanz and Maddison (2005) estimates are not included in this table due to the incompleteness of the estimates relative to the others included. Maddison (2003) estimates the effect of temperature and precipitation on household market good impacts based on historical country-level demand data, and Rehdanz and Maddison (2005) estimate the effect of temperature and precipitation on historical country-level measures of "happiness."

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 5
549

296                                                    *HIDDEN COSTS OF ENERGY*

categories estimated within each study. Estimated percentage damages tend to be lower in industrialized countries but significantly higher in many developing countries with relatively higher current temperatures, heavier dependence on agriculture, and lower adaptive capacity. No individual impact category consistently dominates other categories across studies. Previous surveys have also been careful to note the low quality of the numbers and the many shortcomings of the underlying studies.

In addition to differences across aggregate climate-impact studies in terms of methods and estimated regional and individual impact categories, there are a number of other key assumptions and sensitivities. One issue is whether GDP impacts in individual regions are weighted during aggregation to a global total. The global estimates noted above simply add up the estimated regional impacts in dollar terms (that is, they are output weighted) regardless of income levels in the different regions. However, it is widely accepted that individuals with low income tend to value a given dollar impact more heavily than a relatively high-income individual. This factor is known as the declining marginal utility of income, and approaches for incorporating it are often called "equity weighting" or "population weighting" (if global losses are based on regional percentage losses weighted by population shares as opposed to output shares). Estimates that allow for equity weighting typically find significantly more negative aggregate global impacts because regions with more substantial projected impacts are also relatively poor (Yohe et al. 2007).

Estimates of total climate damage also depend critically on the degree of temperature change that is being assessed. With the exception of the Titus (1992) and Tol (2002b) assessments of a 4°C and 1°C temperature increase, respectively, all the other studies in Table 5-8 focus on a benchmark warming scenario of 2.5-3.0°C, corresponding to best estimates of eventual temperature change from a doubling of GHG concentrations. Unsurprisingly, the pattern among available studies is that—beyond some amount of warming that is beneficial for certain regions and impact categories—greater degrees of temperature increase are associated with correspondingly higher damages.[16]

As an approximation, modeling assessments (for example, using DICE and RICE, FUND, and PAGE) that explore a range of emission, concentration, and temperature scenarios tend to assume that damages are proportional to the size of the world economy and that the fraction of world GDP lost (total or per capita) is a power function of temperature increase. The power function is calibrated to the damage estimate from benchmark

---

[16]Several studies have found positive impacts of climate change on agriculture in Canada, Europe, and parts of China (see Figure 5-7 from Cline [2007]). Heating requirements are also predicted to decline in Russia and parts of Europe.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 5
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

**TABLE 5-8** Marginal Global Damages from GHG Emissions: Estimates from Widely Used Models

| Model | Study | Marginal GHG Damage ($/ton $CO_2$) | Discount Rate (%)[a] | Climate-Warming Scenario | Total Global Climate Damage (% GDP) |
|---|---|---|---|---|---|
| DICE | Nordhaus (2008) | 8[e] 8 | ~4.5 | No control: 3.1°C in 2100; 5.3°C in 2200 Optimal: 2.6°C in 2100; 3.5°C in 2200 | –1.8% at 2.5°C –4.5% at 4.0°C –7.1% at 5.0°C –10.2% at 6.0°C |
| FUND | Tol (2005a)[d] | 0 2 6 | 5 3 2 | No control: 3.7°C in 2100; 6.7°C in 2200 | ~0% at 2.5°C ~ –1% at 4.0°C ~ –1% at 5.0°C |
| PAGE[b] | Hope (2006)[c] | 6 (1-17) 22 (4-60) | ~4.5 ~3 | No control: 4.1°C in 2100; 7.9°C in 2200 | –1.0% at 2.5°C –2.6% at 3.9°C |
| | Hope and Newbery (2008) | 108 (21-284) | ~1.5 | | –11.3% at 7.4°C |
| | Stern (2007) | 102 36 | 1.4 | No control: 3.9°C in 2100; 7.4°C in 2200 Stabilize at 550 ppm $CO_2$-eq: eventual 3°C | –1.0% at 2.5°C –2.6% at 3.9°C –11.3% at 7.4°C |

NOTE: Negative numbers indicate a negative impact on GDP.

[a]Discount rate changes over time in Nordhaus (2008) and Hope (2006); the approximate effective discount rate is given.

[b]For PAGE model, mean global GDP impacts are given in Dietz et al. (2007), including market, nonmarket, and risk of catastrophic impacts.

[c]Mean estimate for 2001 emissions with 5th-95th percentile confidence interval from uncertainty analysis in parentheses.

[d]Estimate is for emissions in 2000 from FUND version 2.4.

[e]Estimate is for emissions in 2005.

warming (that is, it is one point on the function) and an assumed temperature level corresponding to zero damages. A linear relationship (that is, percentage of climate damages per degree temperature change is constant) corresponds to a power of 1, and a quadratic or cubic relationship corresponds to a damage exponent of 2 or 3. The DICE model (Nordhaus 2008), for example, assumes a quadratic damage function based on Nordhaus and Boyer (2000), yielding estimates of global climate damages increasing over fourfold from –1.8% to –8.2% of world GDP for a twofold increase in temperature from 3°C to 6°C. The PAGE model (Hope 2006), on the other hand, allows for a damage exponent ranging from 1 to 3, with an

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 5
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html



**FIGURE 5-9** Dependence of GHG damage on the amount of temperature change. The lines show the PAGE 2002 damages for damage exponents between 1 and 3. The damage function of the DICE model is also shown for comparison. In this figure, positive values indicate economic losses, and negative values indicate benefits from warming. SOURCE: Stern 2007, Technical Appendix.

associated range of global impact that varies by a factor of almost 6 for a 6°C temperature increase (see Figure 5-9, where the PAGE damage function for 6°C is about 2.4 times the level at 2.5°C for linear damages, while it is about 14 times as high assuming cubic damages).

Yet, in the absence of substantial mitigation action, projections of baseline GHG emissions tend to imply estimates of likely temperature increase that are significantly greater than that associated with a doubling of GHG concentrations. For example, the IPCC (2007a, p. 180, Figure 5.1) referenced plausible projections of GHG concentrations that go near to and beyond 1,000 ppm by 2100, with an associated best estimate global mean temperature increase above preindustrial levels of about 5-6°C and a likely range from just under 4°C to over 8°C. However, little is known about the precise shape of the temperature-damage relationship at such high temperatures.[17] Figure 5-10 illustrates the dependence of GHG damage, as a percentage of global GDP, on the amount of temperature change.

---

[17]See discussion in Stern (2007, pp. 659-662).

Copyright © National Academy of Sciences. All rights reserved.

Copyright © National Academy of Sciences. All rights reserved.

**FIGURE 5-10** Dependence of greenhouse gas (GHG) damage, as a percentage of global gross domestic product (GDP), on the amount of temperature change. (*a*) Damage estimates represented as a percentage of global GDP, as a function of increases in global mean temperature. (*b*) Damage estimates, as a percentage of global GDP per capita, are correlated with increases in global mean temperature. In this figure, positive values indicate benefits from warming. SOURCE: IPCC 2001, p. 1032 and Stern 2007 (as cited in Yohe et al. (2007, p. 822).

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

## MARGINAL IMPACTS OF GREENHOUSE GAS EMISSIONS

Given an estimate of the monetized global impact of a particular climate-change scenario at a particular future point in time, this total-damage estimate can then be translated into a marginal damage per ton estimate (often called the "social cost of carbon") by evaluating the linkage between current GHG emissions and future climate-change impacts (see Equation 5-2). It is usually estimated as the net present value of the impact over the next 100 years (or longer) of 1 additional ton of $CO_2$-eq emitted into the atmosphere. It is this marginal damage per ton of emissions that is normally used as a measure of the global climate externality. This measure requires assumptions about the emissions-temperature and temperature-damages linkages over time, as well as the rate at which future damages are discounted back to the present to account for differing valuation of monetary impacts felt at different points in time. Finally, uncertainties at each step of the analysis imply that different possible future conditions may yield widely differing impacts. The expected value of damages may be more sensitive to the possibility of low-probability catastrophic events than to the most likely or best-estimate values.

There have been many previous reviews of existing estimates of the marginal damages from GHGs, including Pearce et al. (1996), Tol (1999, 2005b, 2008), Clarkson and Deyes (2002), and Yohe et al. (2007). Tol (2008) identifies 211 marginal-damage estimates from 50 studies, although this number does not imply we know more about marginal than total damages (there are only 12 global total-damage estimates, as shown in Table 5-7). The explanation for how so many marginal costs can be generated from so few total-damage estimates lies in the variety of additional modeling assumptions that must be incorporated to translate total into marginal damages. As alluded to above, in addition to the benchmark estimate of total damages, important other assumptions include the change in damages with increased warming and with growth and changes in the composition of economic activity over time, the assumed emissions scenario, the climate sensitivity to GHG concentrations, the rate used to discount future impacts to the present, the timeframe over which impacts are considered, and the treatment of uncertainty and risk aversion. Box 5-2 discusses approaches used to determine a discount rate.

Pearce et al. (1996, p. 215, Table 6.11) summarized early estimates of marginal GHG damages, which ranged from \$3 to \$62 per ton of $CO_2$-eq for emissions occurring in the 2001-2010 decade.[18] As part of a United Kingdom effort to assess the social cost of carbon, Clarkson and Deyes (2002) suggested a pragmatic approach could be to use a central

---

[18]IAM results usually include $CO_2$ as the only GHG. Tol (2005b) refers to a cost per tonne of carbon.

Copyright © National Academy of Sciences. All rights reserved.

estimate of \$35 per ton of $CO_2$-eq, along with a sensitivity range of half and double this amount (\$17-70 per ton of $CO_2$-eq). Tol (2005b) identified 103 marginal-climate-damage estimates from 28 published studies, finding a median estimate of \$4 per ton $CO_2$, a mean of \$25 per ton $CO_2$, and a 95th percentile of \$96 per ton $CO_2$-eq across the estimates. Tol (2005b) also found that the subset of studies published in peer-reviewed journals reported lower estimates on average, with a mean of \$12 per ton $CO_2$-eq. (The Tol [2005b, 2008] values are not adjusted for inflation.) Summarizing 211 estimates identified in Tol (2008) yields a median estimate of \$8 per ton $CO_2$-eq, a mean of \$29 per ton $CO_2$-eq, a 5th and 95th percentile of \$0 and \$105 per ton $CO_2$-eq, respectively, and a peer-reviewed mean of \$14 per ton $CO_2$-eq (University of Hamburg 2009). In cases where a single study generated multiple estimates, Tol (2008) included a relative weight for each estimate that was provided by the author of each study. Using these weights, one can construct a single weighted estimate for each of the 50 studies. Summarizing these 50 estimates from individual studies yields a median estimate of \$10 per ton $CO_2$eq, a mean of \$30 per ton $CO_2$-eq, and a 5th and 95th percentile of \$1 and \$85 per ton $CO_2$-eq, respectively. Note, however, that due to the lack of necessary information, Tol did not adjust individual estimates for inflation, nor did he account for the timing of emissions (that is, the year they occur) or the GHG concentration and temperature scenario onto which those emissions are added. Adjusting for inflation from the study year to current dollars would make these figures higher. The underlying estimates also differ in terms of their assumed discount rates and how they aggregate regional impacts (using output, equity, or population weighting), among other factors.

To provide a more consistent comparison of marginal-damage estimates, it is helpful to focus on estimates using the most widely used impact assessment models, DICE, FUND, and PAGE, as shown in Table 5-9. The estimates represent the marginal damages from current emissions against an assumed reference case climate scenario without GHG mitigation. This subset of estimates spans approximately the same range as discussed above, from roughly 0 to \$100 per ton of $CO_2$-eq. The table demonstrates that virtually all of the variation can be understood as a function of differences across the studies in what is assumed about the discount rate and the magnitude of GDP losses expected from uncontrolled warming. Nordhaus and Yang (1996) made the same point, noting that "the two crucial parameters are the discount rate (which indicates the relative importance of the future compared to the present) and the damages from climate change (which measure the willingness to pay to prevent or slow climate change). *It is interesting to note that both major uncertainties involve human preferences rather than pure questions of 'fact' about the natural sciences*" (emphasis in original).

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK    Document 85-2    filed 05/06/21    USDC Colorado    pg 5

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/cataiog/12794.htmi

BOX 5-2
Discounting and Equity Weighting

Quantifying the damages from GHG emissions requires aggregation of damages that occur at different times extending centuries into the future and to different populations across the globe at each point in time. The method chosen for aggregation has impiications for how effects on different peopie are weighed.

Two methods for aggregating effects on different peopie are common: using monetary and utiiity measures. The monetary measure assumes that $1 of benefit to one person is equally as good as $1 of benefit to another. The utility measure assumes that the gain in utility (or well-being) from receiving $1 is larger for a poor person than a rich person because the poor person is likeiy to have more pressing needs.

Aggregating across peopie using the monetary measure is straightforward: One simply sums the monetary vaiues of benefits and harms across the reievant population. To impiement the utility-based approach, one needs to make some assumptions about how individual utility varies with income (or wealth). Often, it is assumed that utility is proportional to the logarithm of income or to a power function of income, where the power is iess than 1. These functions have the property that utiiity increases with income but at a diminishing rate. After choosing a function, one can weight the monetary vaiue of benefits and harms to each person by the incremental utility of income and sum these vaiues. This "equity weighting" gives more weight to the same monetary value of damages when they are suffered by a poor person rather than a rich person.

For aggregating effects across time, it is conventionai to discount the monetary value of future effects by a factor of $[1/(1 + r)]t$ that depends on the discount rate r and number of years in the future t at which the effect occurs. The present vaiue of a stream of effects occurring at various times in the future is caicuiated by summing the discounted monetary vaiues of the effects. in determining the appropriate discount rate to use for aggregating effects on the current and some future generation, one can distinguish between descriptive and prescriptive ap-

TABLE 5-9 Indicative Marginal Global Damages from Current GHG Emissions ($/Ton $CO_2$-eq)

|  | Damages from Benchmark Warming | |
| --- | --- | --- |
| Discount Rate | Relatively Low | Higher |
| 1.5% | 10 | 100 |
| 3.0% | 3 | 30 |
| 4.5% | 1 | 10 |

NOTE: Only order-of-magnitude estimates appear warranted.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 5

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

proaches. The descriptive approach infers the rate at which society chooses between consumption at different times from market interest rates.

In contrast, the prescriptive approach derives the appropriate discount rate on monetary values (the consumption discount rate) as the sum of utility and growth discount rates. The utility discount rate is the rate at which the future generation's utility is discounted relative to the present generation's. Many scholars have suggested that it is inappropriate to value other people's well-being less simply because they come later in time and so argueed for a utility discount rate of zero. The growth discount rate accounts for differences in income between the current and future generation. If the future generation will have greater income than the current generation, it will lose less utility from $1 of damages than the current generation will. To aggregate the effects on utility, it is necessary to down-weight the monetary value of the damages to the future generation, just as one would down-weight the monetary value of effects on rich people at the same point in time in accordance with equity weighting. The extent of this growth discounting effect depends on the economic growth rate (that determines the difference in income between the two generations) and the utility function (that determines how much the incremental effect of income on utility falls). If the future generation is poorer than the present, the growth discounting effect will apply in the opposite direction and will give greater weight to the monetary value of damages suffered by the future generation.

Following the prescriptive approach, Stern (2007) adopt a near-zero utility discount rate of 0.1% per year, a relatively small value of the rate at which the incremental effect of income on utility falls to 1 (corresponding to a logarithmic utility function), and a low rate of economic growth, 1.3% per year. Together, these yield a consumption discount rate of 1.4%. In contrast, Weitzman (2007a,b) suggests that more plausible values are roughly 2%, 2, and 2%, yielding a much larger consumption discount rate of 6%. Nordhaus (2008) uses the descriptive approach; he calibrates his model parameters so that the consumption discount rate is consistent with market interest rates, yielding a discount rate of 4.5%.

Perhaps the clearest illustration of the influence of the discount rate is a comparison of the "no-control" relatively high (4.5%) discount rate scenario of Hope (2006) and the low discount rate (1.4%) of Stern (2007), which yield marginal damage estimates of $6 and $102 per ton, respectively: a 17-fold difference. Both studies used the same version of the PAGE model, so the only significant difference in assumptions is the discount rate. When Hope and Newbery (2008) applied approximately the same discount rate as Stern (2007) to the PAGE model, they found a similar marginal-damage estimate of $108 per ton $CO_2$. Similarly, the Nordhaus (2008)

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

estimate of $8 per ton $CO_2$, which also used a relatively high discount rate of about 4.5%, is quite close to the estimate of Hope (2006) using a 4.5% discount rate. Finally, when Nordhaus (2008) applied low discount rates similar to Stern's to the DICE model, he found a marginal-damage estimate similar in magnitude to Stern's ($88 per ton $CO_2$-eq).

The rate at which future damages from current emissions are converted to present values in Stern (2007) is only slightly greater than the rate at which damages for an incremental increase in global temperature are projected to grow over time. In Stern (2007), damages are a fraction of world GDP per capita that depends on climate change. The rate at which GDP per capita is assumed to grow (1.3% per year) is nearly as large as the discount rate (1.4% per year). With impacts rising almost as fast as they are being discounted, it is primarily the limited time horizon (2200 in the PAGE model) that constrains the marginal-damage estimate from becoming virtually unbounded, given that the effects of current emissions on climate will persist for centuries. In contrast, the discount rates assumed in Nordhaus (2008) and Hope (2006) are high enough that even after accounting for these additional growth effects the present value of damages in the distant future is low.

The growth in incremental damages over time underpins the rationale for a marginal (per ton) GHG damage that rises over time. For example, in the PAGE model, marginal damages rise by about 2.4% per year (Hope and Newbery 2008), and in the DICE model, marginal damages rise by about 2.0% per year (Nordhaus 2008). Over a 20-year period (for example, from 2010 to 2030), marginal damages rising at a rate of 2-3% per year would increase in total by a factor of 50-80%. This estimate is due to a combination of a larger economy being affected and increasing proportionate impacts of increasing temperatures (that is, nonlinearity of the damage function).

The marginal damages from current emissions do not decrease appreciably for alternative scenarios with significantly lower GHG emissions and temperature increases in Nordhaus (2008) or in Hope and Newbery (2008). According to Hope and Newbery (2008), this finding is due to convexity of the damage function being roughly offset by concavity in the concentration-temperature relationship, which is logarithmic. Given that Stern also uses the PAGE model, it is surprising that Stern (2007) found that marginal damages fall dramatically from $102 per ton under a no-control scenario to $36 per ton $CO_2$-eq under a 550-ppm stabilization scenario. Although Stern (2007) does not provide an explanation for the derivation of these results, it appears to be a result of the much lower discount rate assumed in Stern, which gives higher weight to future damages and which are much lower in a stabilization than no-control scenario. In contrast, Nordhaus (2008) and Hope (2006) used significantly higher discount rates

Copyright © National Academy of Sciences. All rights reserved.

where these future damages (or lack thereof) matter less. One implication is that even low discount rate scenarios that give rise to high marginal damages with no climate mitigation may be consistent with substantially lower marginal-damage estimates (and corresponding Pigouvian emission prices) if, in fact, controls are undertaken. Put differently, even if one accepts marginal-damage estimates on the order of $100 per ton, the implication is not that emission prices at this level would be efficient.

At the other end of the range in Table 5-8 are the estimates from the FUND model. These estimates also demonstrate the importance of the discount rate for present value marginal GHG damages, implying that GHG emissions move from having negligible effects (and in some scenarios positive benefits) with relatively high discounting of 5%, to a larger impact of $6 per ton $CO_2$-eq with relatively low discounting of 2%. The generally lower estimates of FUND are clearly due to the assumed damage function, which specifies benefits to global GDP up until about a 2-2.5°C of warming. Even after this point, damages do not go much beyond about 1% of lost GDP even for large temperature increases, in contrast to the other models where damages increase nonlinearly.

The marginal damages of GHG emissions may be highly sensitive to the possibility of catastrophic events. Although a number of potentially catastrophic outcomes have been identified (for example, release of methane from permafrost that could rapidly accelerate warming, collapse of the West Antarctic or Greenland ice sheets raising sea level by several meters, and changes in North Atlantic currents that would dramatically alter European climate), the damages associated with these events and their probabilities are very poorly understood. Nordhaus and Boyer (2000) and Stern (2007) included some provision for catastrophic outcomes that could result in the loss of perhaps one-quarter of world GDP. Weitzman (2009) raised the even more sobering possibility that the probabilities of extreme outcomes are much larger than currently estimated. If taken into account, low-probability extreme outcomes, such as the possibility of a 10° or even 20°C increase in global mean temperature that could virtually destroy civilization as we know it, could dominate the expected value of damages, making it much greater than the values described above.[19]

Given the uncertainties and the still preliminary nature of the climate-damage literature, the committee finds that only rough order-of-magnitude estimates of marginal climate damages are possible at this time. Depending on the extent of future damages and the discount rate used for weighting future damages, the range of estimates of marginal global damages can vary by two orders of magnitude, from a negligible value of about $1 per ton to $100 per ton of $CO_2$-eq. Roughly an order of magnitude in difference

---

[19]For further discussion and alternative view, see Aldy et al. (2009).

Copyright © National Academy of Sciences. All rights reserved.

can be attributed to discounting assumptions, and another to assumptions about future damages from current emissions. Table 5-9 summarizes these findings for discount rates of 1.5%, 3.0%, and 4.5%, respectively, and for relatively low and higher climate-damage assumptions (corresponding roughly to FUND-level damages versus DICE- or PAGE-level damages). For a discount rate of about 3%—a typical rate for use in long-term environmental analysis in the United States and elsewhere—the comparable marginal-damage estimates could be on the order of about $3 per ton to $30 per ton $CO_2$-eq for relatively low versus higher damage assumptions.[20] As discussed earlier, however, the damage estimates at the higher end of the range are associated only with emission paths without significant GHG controls. Therefore, care must be taken in translating these estimates for use in policies for decreasing GHG emissions. In Stern (2007), for example, the marginal-damage estimate is $36 per ton $CO_2$-eq for a stabilization trajectory associated with stabilization at about 550 ppm $CO_2$-eq, not the $102 per ton Stern found associated with uncontrolled emissions.

As described above, marginal-damage estimates for emissions in 2030 could be as much as 50-80% larger than those estimates. Estimates of the damages specifically to the United States would be a fraction of those levels because the United States is only about one-quarter of the world's economy, and the proportionate impacts on the United States are generally thought to be lower than for the world as a whole (see Table 5-7).

Table 5-10 presents three different estimates of external global damages from GHG emissions on a per unit basis. The damages were calculated by multiplying GHG emission rates from Chapters 2 (electricity), 3 (transportation), and 4 (heat) by each of the committee's assumed low, middle, and high marginal damages of $10, $30, and $100 per ton $CO_2$-eq.

In conclusion, the committee finds that the relative weight placed on potential impacts occurring decades to centuries in the future is absolutely central to the determination of a present value measure of the damages from current GHG emissions. Over these time horizons, the discount rate carries with it implications for intergenerational distribution. As with any social analysis involving significant distributional impacts, it is therefore

---

[20]To gain a rough sense for how marginal damages change as a function of growth and discounting, it is useful to consider the relative magnitude of the present value of a growing stream of damages discounted at different rates. As mentioned above, a typical climate economic model might imply marginal damages growing over time at about 2% per year due to economic growth and a convex damage function. Accumulated over several hundred years, the present value of a stream of damages growing at 2% per year increases by a factor of 2.5 using a discount rate of 3% rather than 4.5%. Using a discount rate of 1.5%, the cumulative value of a stream of damages growing at 2% per year is only bounded by the time horizon of the sum. As another point of reference, studies cited in reviews by Tol (2005b, 2008) using discounts rates of 3% also show a mean marginal damage in the range of $30 per ton $CO_2$-eq.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 5
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html                    549

**TABLE 5-10** Illustration of Ranges of Climate-Related Damages for Selected Categories of Energy Use in the United States, 2005

| Sector | Fuel and Technology | Climate-Related Damages for $10-30-100/Ton $CO_2$-eq[a] |
|---|---|---|
| *Electricity* | | |
| | Coal plants (biomass)[b] | 1-3.0-10 ¢/kWh |
| | Natural gas plants | 0.5-1.5-5 ¢/kWh |
| | Nuclear, wind, solar | Much lower than natural gas |
| *Transportation* | | |
| | Cellulosic E85/car | 0.02-(0.15-0.25)-2 ¢/VMT |
| | CNG | 0.04-0.4-4.0 ¢/VMT |
| | Gasoline hybrid | 0.04-0.4-4.0 ¢/VMT |
| | Gasoline/car | 0.06-0.6-6.0 ¢/VMT |
| | E10 | 0.06-0.6-6.0 ¢/VMT |
| | $H_2$(g) | 0.03-0.3-3.0 ¢/VMT |
| | Diesel/car | 0.05-0.5-5.0 ¢/VMT |
| | E85 corn/car | 0.05-0.5-5.0 ¢/VMT |
| | Grid-dependent HEV or EV[c] | 0.05-0.5-5.0 ¢/VMT |
| *Building and Industrial for Heating* | | |
| | Natural gas combustion[d] | 0.07-0.7-7.0 $/MCF |

[a]Rounded to one digit, 2007 USD.

[b]Biomass can be co-fired with coal in quantities up to about 20%.

[c]Ranges based on use of the fuel in a representative group of vehicles. Grid-electric cars are usually smaller than fleet average cars, so their better performance per vehicle mile traveled (VMT) is also dependent on use of smaller cars with lesser driving ranges.

[d]Future additions to supplies may include imported liquified natural gas, which will include nonclimate damages outside the United States at the source and will have increased climate damages in the range of 30% or more depending on the gas field and the liquefaction plant details.

ABBREVIATIONS: CNG = compressed natural gas; HEV = hybrid electric vehicle: EV = electric vehicle; MCF = thousand cubic feet.

crucial for decision makers not only to look at singular summary statistics (such as present value marginal damages) but also to understand the magnitude of impacts as individuals will bear them, both across time and at different points in time across regions. This concern is not particular to climate change, but the very long time frames associated with GHG residence in the atmosphere and with thermal inertia of the oceans raise the issue of discounting to a level that is present in few other problems. Nonetheless, the committee also finds that a consistent framework for discounting impacts occurring over similar time frames across all potential policy investments is essential for reasoned policy analysis.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 85-2   filed 05/06/21   USDC Colorado   pg 5
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html                    549

## RESEARCH RECOMMENDATIONS

The committee makes the following recommendations to improve the understanding of physical, biological, and human impacts, as well as economic valuation aspects related to climate change.

- More research on climate damages is needed, as current valuation literature relies heavily on climate-change impact data from the year 2000 and earlier (see Tol [2008] for a number of fruitful areas).
- Marginal damages of GHG emissions may be highly sensitive to the possibility of catastrophic events. More research is needed on their impacts, the magnitude of the damage in economic terms, and the probabilities associated with various types of catastrophic events and impacts.
- Estimates of the marginal damage of a ton of $CO_2$ include aggregate damages across countries according to GDP, thus giving less weight to the damages borne by low-income countries. These aggregate estimates should be supplemented by distributional measures that describe how the burden of climate change varies among countries.

Copyright © National Academy of Sciences. All rights reserved.

<div align="center">

6

# Infrastructure and Security

</div>

## INTRODUCTION

The energy system depends on a massive infrastructure to produce and distribute energy to households and businesses. Table 6-1 gives a rough idea of the amount of fixed assets related to energy production. The infrastructure related to energy production amounted to nearly $2.9 trillion in 2007, or 12% of the value of the net stock of nonresidential fixed assets in that year.[1] The bulk of energy-related assets are structures—electricity-generation facilities and mining exploration, shafts, and wells.

In this chapter, the committee considers a variety of externalities that are associated with the energy infrastructure. In particular, we consider disruption externalities in the electricity-transmission grid, the vulnerability of energy facilities to accidents and possible attack, the external costs of oil consumption, supply security considerations, and national security externalities. Where possible, we quantify the externalities that we identify.

## DISRUPTION EXTERNALITIES IN THE ELECTRICITY-TRANSMISSION GRID

In the interconnected electric-power system, "reliability" is the degree to which the system delivers power to consumers within accepted standards

---

[1]This estimate does not include energy capital in the U.S. military, nor does it include the value of transportation assets or computers and other equipment used in the production and distribution of energy. Adding transportation-related equipment and structures alone would add $1.3 trillion to the value of energy-related fixed assets.

<div align="center">

*309*

</div>

Copyright © National Academy of Sciences. All rights reserved.

310                                                    HIDDEN COSTS OF ENERGY

**TABLE 6-1** Net Stock of Energy-Related Fixed Assets in 2007 ($Billions)

| | | |
|---|---:|---:|
| *Private Fixed Assets* | | |
| Equipment and Software | | 523.9 |
| Engines and turbines | 83.5 | |
| Electrical transmission, distribution, and industrial apparatus | 358.4 | |
| Mining and oilfield machinery | 49.5 | |
| Electrical equipment, not elsewhere classified | 32.5 | |
| Structures | | 2,120.4 |
| Power | 1,230.6 | |
| Mining exploration, shafts, and wells | 889.8 | |
| *Government Fixed Assets* | | 241.5 |
| Power | 241.5 | |
| TOTAL | | 2,885.8 |

SOURCE: BEA 2009.

and in the amount desired (Abel 2006). Typically, reliability is good—the nation's electric-power grid delivers power when needed and within an acceptable quality range.

Occasionally, however, electric outages occur when the demand for electricity exceeds the supply. There are various causes of outages, including equipment failure, extreme weather events, such as ice storms and hurricanes; trees or animals physically damaging parts of the electric system; accidents that damage parts of the system; equipment failure; and operator error. Outages solely from overloads are rare. However, other things being equal, a greater load increases the likelihood of transmission congestion and of decreased reliability. Consequently, there are externalities associated with the consumption of electricity in the sense that when an electricity consumer draws from the grid, this increases the probability that demand will exceed supply and that an outage will occur.

In addition to outages or interruptions in electricity service, voltage sags, harmonic distortions, and other power-quality events occur. Although each event generally causes little damage, except for customers whose commercial activities depend on very-high-quality power, these events occur much more frequently and result in significant annual damage.

The possible externality that an individual consumer imposes when using additional electricity is the expected damage to all other users of the grid from an outage or power-quality event (the damages of an event weighted by the increased risk of an outage from the marginal consumer's use). The optimal price to internalize this externality would include this marginal damage (unless the costs of implementing such a pricing scheme exceed the benefits). This externality has long been recognized, and as we discuss later, various means of internalizing this externality are in place to varying degrees.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK    Document 85-2    filed 05/06/21    USDC Colorado    pg 5
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html
549

To the extent transmission externalities exist, they apply to all of the electricity-generation options, such as coal, natural gas, oil, wind, and hydropower. However, intermittency in generation has the potential to affect the frequency of outage events, as well as power quality.

## The Magnitude of the Electricity-Disruption Externality

To calculate the magnitude of this externality, one needs an estimate of the damages from outages and power-quality events and an estimate of the increased probability of these events occurring because of the consumption of additional electricity. The nature and severity of the impacts of an outage or power-quality disturbance vary and depend on the affected sector (manufacturing, commercial, or residential) and on the specific functions affected, as well as the availability of backup power, the duration of the outage, the time of the year, the time of day, the geographic region, and the extent to which customers are notified prior to the outage.

A number of empirical studies estimating the damages from outages and power-quality disturbances have been undertaken. Some are based on estimates of lost output and damage from actual outages; others value the prevention of an outage. Previous estimates are typically of the total annual cost, cost per kilowatt hour, value of lost load, or damage divided by total kilowatt hour (Primen 2001; Overdomain 2002; Lawton et al. 2003; LaCommare and Eto 2004; Layton and Moeltner 2005; van der Welle and van der Zwaan 2007; Mount et al. 2008). None of these estimates measures marginal damages per se. Table 6-2 provides estimates of average damages for different sectors.

In viewing the estimates in Table 6-2, it is important to note that SAIFI and SAIDI[2] estimates were unavailable for the different sectors, so the same overall averages were used for the residential, commercial, and industrial sectors. Anecdotal evidence strongly indicates, however, that commercial and industrial establishments are likely to have backup power and thus less frequent loss of power (lower SAIFI values). Thus, the estimates in Table 6-2 of the average damage per kWh for the commercial and industrial sectors have probably been significantly over-estimated.

The most striking observation from Table 6-2 is that smaller commercial businesses are most vulnerable to outages and power-quality disturbances, especially the latter. Assuming for the purpose of discussion that the estimates of average damage per kWh consumed are over-estimates of these damages in the commercial and industrial sectors by, say, an order of

---

[2]SAIFI is the System Average Interruption Frequency Index—the average number of interruptions a customer experiences in a year. SAIDI is the System Average Interruption Duration Index—the average cumulative duration of outages a customer experiences in a year.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

**TABLE 6-2** Estimates of the Average Cost of Outages[a,b]

| Source | Estimate of Cost of Outages per kWh | Method Used for Estimate |
|---|---|---|
| Lawton et al. 2003 | *Averages* over all U.S. regions (costs vary by region) for studies done in 2001 and 2002 | Meta-analysis—Reviewed previous studies over the past 15 years ending in 2002. Studies were of outage costs conducted by seven electric utilities in 20 studies. Authors also provided ranges, regional breakdown, and duration. |
|  | Large commercial and industrial—Outages<br>All durations: $0.0038<br>1-h duration: $0.0029 |  |
|  | Small-medium commercial and industrial—Outages<br>All durations: $0.015<br>1-h duration: $0.0083 |  |