Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

This committee

| Sector | Type of occurrence | Average damage per year per customer | Average damage in $ per kWh |
|---|---|---|---|
| Residential | Power quality | $7.90-$40.00 | $0.00072-$0.0037 |
| | Outages | $2.80-$6.40 | $0.00025-$0.00072 |
| Commercial | Power quality | $2,800-$9,100 | $0.038-$0.13 |
| | Outages | $1,200-$2,300 | $0.016-$0.03 |
| Industrial | Power quality | $9,400-$25,000 | $0.0069-$0.018 |
| | Outages | $4,800-$8,500 | $0.0036-$0.0062 |

Calculated based on estimates of costs per event and on ranges of the System Average Interruption Frequency Index, the System Average Interruption Duration Index, and the Momentary Average Interruption Frequency Index in LaCommare and Eto (2004), combined with the Energy Information Administration data on annual sales to each sector (in MWh).

Estimates do not account for anecdotal evidence that larger commercial and industrial establishments have backup power and thus experience fewer outages than smaller establishments and residential consumers. Thus, the estimates of average cost per kWh are significantly over-estimated for the larger establishments.

NOTE: Estimates for the residential sector have probably been *under*-estimated, and for the commercial and industrial sectors, they have probably been *over*-estimated.

[a]2007 U.S. dollars per kilowatt hour (USD/kWh).

[b]The top part of this table provides a summary of a meta-analysis on outage costs based on studies done between 1987 and 2002. Outage costs are reported by utilities taking part in the studies. Costs are reported in USD/kWh consumed. The bottom part of the table reports estimates for power-quality events and outages for different customer classes. The right-hand column explains how the numbers in the table are obtained (top half) or constructed (bottom half).

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 2 of

magnitude, they are nevertheless sizeable compared with the average U.S. retail commercial electricity price of $0.094/kWh in January 2008 (EIA 2009k, Table 5.6a).

Although an outage, if it were to occur, would cause greater damage to industrial firms, there are far fewer of them compared with commercial establishments, and industrial firms use much more electric power than commercial establishments. The upshot of these differences is that average damage per kWh consumed in the industrial sector is almost an order of magnitude less than that in the commercial sector. Average damage per kWh consumed in the residential sector is, in turn, about an order of magnitude less than that in the industrial sector. As previously noted, these numbers measure average damages per kWh consumed rather than marginal damages. Not all damages are congestion-related network-disruption damages. It is not possible to disentangle the marginal effect of network congestion's contribution to outages, apart from other factors. Thus, the numbers in Table 6-1 are upper bounds on (and are probably significantly higher than) the marginal damages from outages and power-quality events due to congestion.

### Differences in the Effects of Alternative Electricity-Generation Technology and Fuel Options on Grid Reliability

The effects of renewable energy sources—especially wind and solar—on the reliability of the electric-power grid might be different from those of conventional sources. The timing and duration of wind and sunshine cannot be controlled. Because wind velocities and sun intensity determine power output, it is variable and not entirely predictable. Electricity generally cannot be stored, and transmission is costly. Although reserves and transmission must be provided with any type of electricity-generation technology, the issues are more prominent with some of the renewable energy resources.

There are concerns that, if interconnected to the grid, wind and solar facilities might reduce grid reliability or power quality. More backup sources and power-quality control devices, as well as additional wind or solar capacity to account for their lower capacity factors, might be needed. Transmission lines would be needed to carry power from more remote areas, where some of these facilities would be located, to where power is needed. These measures are costly but could be internalized in market transactions.[3]

---

[3]There has been an interesting debate about how great these costs would be (for example, Jacobson and Masters 2001; DeCarolis and Keith 2001).

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 3 o
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

## Extent to Which Grid Externalities Are Internalized

The degree to which externalities are internalized is difficult to determine, as there are several ways in which internalization could occur. First, distinguish between the local distribution network and the regional transmission grids. For the former, some of the externalities are probably internalized through pricing by the local distribution companies. Electricity pricing can take many forms (see Borenstein [2005] for a description of different forms of peak-load pricing). For example, it can be implemented through differing block prices for peak and off-peak periods. If these periods and tariffs are pre-established, then this is a form of time-of-use pricing and is common for commercial and industrial customers. Dynamic pricing, which itself has several forms, varies the price dynamically, depending on the load at different times of the day each day. As of 2004, over 70 utilities have experimented with dynamic pricing systems (see Barbose et al. 2004).

For the bulk-level transmission grid, the rule making, standards, and regulations set forth by the Federal Energy Regulatory Commission (FERC) and the North American Electric Reliability Corporation (NERC) help increase reliability and act to internalize some of the externalities. Utilities have long been required to have operating reserve margins. More recently, the Energy Policy Act of 2005 empowered FERC to enforce mandatory reliability standards, set by NERC, which apply to all participants in the bulk power system. In 2007, monetary penalties of up to $1 million per day were established for noncompliance with these standards. Performance-based incentives that allow increased rates of returns on transmission projects intended to reduce transmission congestion costs or increase reliability are another recent development. Regulators may also use performance-based rates that reward utilities for good reliability and penalize them for poor reliability.

Electricity markets are still in their infancy in providing incentives for socially efficient investment in grid infrastructure, especially transmission (Hogan 2008). Transmission-system operators responsible for providing transmission services have an incentive to reduce their private (as opposed to social) costs.[4] The transition toward more competitive power markets has resulted in declining reserve capacity because producers are striving to minimize their costs; this situation reflects the lack of adequate incentives to improve power reliability.[5]

---

[4]Social costs exceed private costs to the extent that disruption affects customers in other regions, and out-of-region impacts are not taken into account by system operators.

[5]Reserve capacity is the amount of generating capacity in excess of capacity required for electricity needs at any time. At periods of peak usage, reserve capacity is low. Lowering reserve capacity reduces costs for utilities but raises the risks of outages.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 4 o
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Reserve capacity also has public-good attributes. For technical and economic reasons, it is not possible to prevent customers from benefiting from it, even when they are not paying for the power delivered by that reserve capacity (van der Welle and van der Zwaan 2007).

Reserve requirements, the possibility of fines for noncompliance with NERC reliability standards, and performance-based incentives internalize some of the externalities. However, the extent to which these standards, associated fines, and incentives ensure a certain level of reliability—as measured by frequency and duration of outages—is uncertain. Compliance with many of the standards relies on self-certification, and penalties levied by FERC may be negotiated, possibly with economically inefficient agreements.

Many of the problems with the transmission grid are due to the age of the infrastructure.[6] Investing in a modern, "smart grid" will alleviate many of the problems that were noted above. New capital investment also will probably reduce risks associated with intermittent renewable electricity sources. This is an example where technological innovation can reduce or eliminate externalities.

## FACILITY VULNERABILITY TO ACCIDENTS AND ATTACKS

The United States has over 1.5 million miles of oil and gas pipelines, 104 operating nuclear plants, 9 liquefied natural gas (LNG) import facilities, 100 LNG peaking facilities, and over 17,000 non-nuclear electricity generators in the United States. The domestic infrastructure to deliver energy is complex and critical to the smooth functioning of the economy. The committee focuses in this section on the following questions:

1. To what extent is the U.S. energy infrastructure vulnerable to accidents and terrorist attacks?
2. To what extent should infrastructure vulnerability be regarded as an externality?

The following subsections explore these questions in the context of four infrastructure areas. Liquefied natural gas is a growing source of natural gas in the United States. LNG facilities are large and complex and have been the source of some community concern over safety. Oil transportation and storage are vulnerable to accidents and spills. The oil and gas pipeline network is extensive and critical to the flow of gas and oil around the United States. Finally nuclear power accidents continue to be of concern to the public.

---

[6]See the discussion in *America's Energy Future*, Chapter 9.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Analyzing these forms of energy infrastructure sheds light on the nature of externalities associated with our production and consumption of energy.

## LNG Infrastructure and Hazards

The infrastructure associated with LNG distribution in the United States includes tankers used to transport the gas from foreign ports, import terminals which are dedicated to LNG, and inland storage facilities. There are nine operating terminals within the United States (Parfomak 2008). The most significant hazards associated with LNG infrastructure include a pool fire, which occurs if there is a spill that is ignited, or flammable vapor clouds, which occur if there is a spill that is not immediately ignited. In this case, the evaporating natural gas can travel some distance and during that time is at risk of ignition. Other safety hazards include LNG spilled on water that may be able to regasify and cold LNG that can injure people and damage physical structures. Because LNG dissipates with no residue, the only environmental damages that might occur would be linked to fire or cold damage. Finally, terrorism hazards that are directed at ships carrying LNG and at land facilities are also a risk.

These damages can be associated with damage to a tanker, terminal, or inland storage facility. The most dangerous possibilities include a spill on water because such a spill could spread the farthest and, if ignited, seriously harm people and property at some distance. The safety record of tankers carrying LNG is quite good; since international shipping started in 1959, no spills have occurred, although a few groundings and collisions have occurred (Parfomak 2008). Tankers are double-hulled and engage GPS, radar, and other safety systems to reduce the risk of accidents and grounding.

In contrast to tanker safety, a number of incidents at terminals and onshore storage facilities have occurred. Worldwide, there are over 40 terminals and 150 onshore storage facilities, and there are 13 known accidents at those sites reported since 1944. These data are summarized in Table 6-3. No LNG tankers fly under the U.S. flag, so only a worldwide number is reported for number of tankers.

The number of serious accidents has been quite small, only 13 since 1959, with 29 fatalities and 74 injuries. With such a small number of incidents, it would be difficult to extrapolate from the historical data to estimate expected damages in the future. On average, over 260,000 million cubic feet of LNG has been imported or exported by the United States annually since 1985 (EIA 2009l). In this context, the apparent risk of accidental injury, death, or property damage is small.

A number of studies have quantitatively evaluated the hazards and risk of accidents or terrorist attacks, largely on a facility by facility basis. Parfomak and Vann (2008) summarized recent and most cited studies in

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 6 of
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 6-3** LNG Infrastructure and Safety Record[a]

| Infrastructure Type | Worldwide Numbers | U.S. Numbers | Expected Growth | Serious Incidents Since 1959 | Fatalities | Injuries |
|---|---|---|---|---|---|---|
| Tanker Ships | 200 | Not relevant | 200 more worldwide by 2013 | 0 | 0 | 0 |
| Terminals[d] | 40 | 10 | 21[b] | 13[c] | 29 | 74 |
| Storage Facilities | >150 | 103 | Not available | | | |

[a]The data in this table are taken from Parfomak and Vann (2008).

[b]Six terminals have been approved and are under construction in the United States; another 15 have been approved, but construction has not yet begun.

[c]Data on accidents, fatalities, and injuries are not separately reported for terminals and storage facilities. These numbers represent the worldwide sum since records are available.

[d]These numbers reflect import and export terminals.

their Table 6-2. A report prepared for the U.S. Department of Energy by Sandia National Laboratories summarizes and assesses four of those studies to develop estimates of the damages of a large pool spill from a tanker over water. The report does not monetize damages but provides estimates of numerous end points of damage (for example, asphyxiation, cryogenic burns, and structural damage).

Based on its review, the Sandia report provides estimates of the effects of various small- and large-scale accidents and intentional damage. For example, the report provides estimates of the size of a pool fire from different sizes of holes of a tanker breach, the size of the pool, the distance of thermal hazards, and the burn time. This information could be combined with data on population density and on monetary damages of death, injury, and property loss to quantify this externality at least for specific locations. However, the committee did not attempt such quantification. Further, the small risk of these incidents suggested by the historical record implies that the magnitude of this externality relative to other energy-based externalities is likely to be small.

The LNG industry faces unlimited liability for damages from accidents. In fact, fines have been large in the case of a pipeline fire in Bellingham, Washington, in 1999 and in training violations at the Everett, Massachusetts, LNG terminal. These facts suggest that the risk of accidents and spills is internalized in the LNG industry. In addition, private insurance held by facility owners contributes to internalization of the externality.

Finally, LNG tankers and facilities face considerable regulatory oversight. The Coast Guard has responsibility (and bears the cost) for shipping

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 7 c
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

and terminal security, the Office of Pipeline Safety and the Transportation Security Administration have security authority for LNG storage plants and terminals, and the Federal Energy Regulatory Commission approves facility siting in conjunction with the other three agencies.

The Coast Guard estimated that it incurs about $62,000 to accompany a tanker through Boston harbor to the Everett facility. This figure, combined with estimates of policy, fire, and security costs incurred by the cities of Boston and Chelsea and the state of Massachusetts, suggests that these "shepherding" costs run to about $100,000 per tanker. Although public costs of providing safe passage to tankers or of assessing health and safety standards are not externalities (they represent the costs of mitigating the externalities), these costs will not be represented in the market price of energy unless there are requirements that industry pay some of the costs. This provides another example of a situation in which private costs do not reflect social costs in ways that are unrelated to externalities. Here, the divergence arises from the government provision of services that are not priced in the fuel.

## Oil Spills from Ships and Facilities

Oil is transported by tankers, barges, and other vessels where oil can be accidentally spilled during its transfer between vessels or where an accident can occur on a vessel itself. Oil is stored in a variety of facilities where spills are possible. A number of highly publicized oil spills have occurred in the previous two decades that have increased the public's awareness of the ecological harm and other damages that such spills can cause. Seabirds, marine mammals, a variety of reptiles and amphibians, fish, and invertebrates are all at risk of death or injury when they come into contact with oil. In addition, many coastal and wetland habitats can be significantly altered by the presence of large quantities of spilled oil, and oil spills deleteriously affect human use of the environment when recreational sites are damaged and when commercial activities are harmed (such as fishing or shrimping). Important cultural sites can also be damaged by these spills (Ramseur 2008).

Data on the prevalence and size of oil spills that occur on U.S. soil are collected and maintained by the U.S. Coast Guard. Table 6-4 reports the average number of spills in the United States between 1990 and 1998 as well as the average amount of oil spilled (in gallons).[7]

A number of studies of the damages caused by oil spills have been com-

---

[7]More detailed information on the source and type of spills can be obtained in Table 2-2 from *Oil in the Sea III: Inputs, Fates, and Effects* (NRC 2003c). The report also contains detailed estimates of spills worldwide.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK    Document 86    filed 05/06/21    USDC Colorado    pg 8 o
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 6-4** Average Number and Volume of Oil Spills on U.S. Soil, 1990-1998[a]

|                  |                              | Annual Number per Year | Volume per Year (gallons) |
|------------------|------------------------------|------------------------|---------------------------|
| Total            |                              | 8,831                  | 2,645,247                 |
| Spills by size   | <100,000 gal                 | 8,828                  | 1,163,484                 |
|                  | >100,000 gal                 | 3                      | 1,481,763                 |
| Spills by source | Tanks and barges             | 506                    | 1,273,950                 |
|                  | Other vessels                | 4,214                  | 344,621                   |
|                  | Facilities and unknown[b]    | 4,055                  | 776,263                   |

[a]Data from the U.S. Census 2006.
[b]Data exclude spills from pipelines—information on pipeline spills is contained in the following section of the report.

pleted (for example, Cohen 1995; Garza-Gil et al. 2006). Talley (1999) estimated the property damage costs from tanker accidents but did not attempt to consider environmental damages. Overall, little research is available to estimate the expected damages from spills that could be appropriately attributed on a per gallon transported basis. One exception is the study by Cohen (1986) in which estimates of the per gallon benefits of avoiding oil spills are given. On the basis of the compensation payments from 11 spills and in-depth environmental damage studies from four large spills, Cohen estimated a $6.08/gallon benefit of avoided spillage for reduced environmental damages, $1.72/gallon benefit for avoided loss of oil, and $6.93/gallon for avoided cleanup costs (values converted to 2007 dollars). The first of these categories clearly represents an externality of interest to this committee, and the second is a private cost and therefore not relevant for this study. The third component is also not an externality—it represents the costs of cleaning up an externality once it has occurred. However, if the optimal level of cleanup is chosen, then the marginal damages averted through cleanup would equal the marginal costs of cleanup and we could use this third component as a proxy for the damages averted through cleanup, giving aggregate marginal damages of $13.01 per gallon spilled.[8]

We need to convert from damages per gallon spilled to damages per gallon produced or consumed. According to data reported in Huijer (2005, Table 2),[9] tanker spills worldwide averaged 115,810 barrels between 2000

---

[8]To be clear, Cohen (1986) estimated average damages but assumed they were a proxy for marginal damages. A convex damage function using average damages underestimates marginal damages.

[9]Paper cited at http://www.itopf.com/information-services/data-and-statistics/statistics/#quantities.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 9 o
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

and 2004. Average global oil-trade movements over that period were 16.7 billion barrels per year (BP 2008, p. 20). Not all of these trade movements were over water. Casual inspection of the inter-area trade in oil suggests that nearly 80% of oil trade is by ship. To be conservative, assume that one-half of oil trade occurs by ship. Then the ratio of oil spilled to oil shipped is 115,810/(0.5 × 16.7 billion) = 0.0000139, or one barrel spilled for every 72,000 barrels shipped. Applying this percentage to the marginal damages per gallon spilled and converting gallons to barrels gives marginal damages of $0.0076 per barrel shipped.[10]

In 1990, the Oil Pollution Act was passed by Congress; it imposed comprehensive liability for spills. The U.S. Coast Guard promulgated a number of regulations as part of the act that included the requirement that all tanker ships have double hulls by 2015. There is also evidence that these requirements and negative publicity have resulted in the improved safety records of the industry. Etkin (2001) and Homan and Steiner (2008) reported data from the U.S. Coast Guard showing a general decline in ship and barge spills during the 1990s. Homan and Steiner's analysis of the data supports the interpretation that this decline is attributable to the requirements that came after the passage of the act. However, a GAO report (2007, p. 28) notes that limits to liability to the responsible parties exist, and although these limits have recently been increased, they may still not be high enough to cover all potential damages. For a complete description of the various federal and international laws and liability rules, see Ramseur (2008). On the basis of the above information, there has been at least partial internalization of the externalities from oil spills.

## Oil and Natural Gas Pipelines

The United States depends on a large network of pipelines to move natural gas and oil around the country. A National Research Council report (TRB 2004) notes that nearly all natural gas and roughly two-thirds of petroleum are moved through transmission pipelines in the United States. Transmission pipelines are only one part of the national pipeline network that includes gathering, transmission, and distribution pipelines.

Table 6-5 provides information on significant pipeline incidents in the United States on an annual basis for the period 2002 through 2006. A significant incident is an incident in which at least one of the following

---

[10]Cohen (1986) noted that the Coast Guard uses a "rule-of-thumb" cleanup cost for planning purposes of $20 per gallon for an oil spill of 500-1,000 gallons (in 2007 dollars). Using this value rather than the $6.93 cost figure used in the text doubles the marginal damage per barrel of oil shipped, raising the marginal damage to 1.5 cents per barrel. Even if marginal damages were four times the average damages due to convexity in the damage function, the marginal damages would only be raised to 6 cents per barrel of oil.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 10 of
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 6-5** Annual Averages for Significant Pipeline Incidents, 2002-2006

| Pipeline Type | Significant Incidents | Fatalities | Injuries | Property Damage ($1,000) |
|---|---|---|---|---|
| Hazardous liquid | 124.4 | 1.6 | 5.0 | $8,729 |
| Natural gas transmission | 75.2 | 1.0 | 4.6 | $81,019 |
| Natural gas gathering | 9.8 | 0.0 | 1.0 | $40,875 |
| Natural gas distribution | 93.2 | 13.8 | 41.6 | $129,317 |
| Total | 302.6 | 16.4 | 52.2 | $349,940 |

NOTE: Significant incidents are those incidents reported by pipeline operators when any of the following conditions are met: (1) Fatality or injury requiring inpatient hospitalization. (2) $50,000 or more in total costs. (3) Highly volatile liquid releases of five barrels or more or other liquid releases of 50 barrels or more. (4) Liquid releases resulting in an unintentional fire or explosion. Property damage estimates are in 2007 dollars.

SOURCE: BTS 2009.

conditions occurs: (1) fatality or injury requiring inpatient hospitalization, (2) $50,000 or more in total costs, (3) highly volatile liquid releases of five barrels or more or other liquid releases of 50 barrels or more, or (4) liquid releases resulting in an unintentional fire or explosion (BTS 2009).

The table provides information on hazardous liquid pipelines. Hazardous liquids are defined by the Office of Pipeline Safety (OPS) as petroleum, petroleum products, and anhydrous ammonia. Most hazardous liquids moving through the pipeline are petroleum or petroleum products. Nearly half of the incidents reported to OPS are associated with hazardous liquids and are triggered by releases of 50 barrels of oil or more.

The table shows that the distribution of natural gas is responsible for the bulk of fatalities and injuries and over half of the property damage arising from significant incidents. Nearly 80% of natural gas pipeline stock in 2006 was distribution pipelines, transmission making up most of the rest (BTS 2009, Table1-10).

Table 6-6 provides information on incidents per mile of transit averaged over the 2002-2006 period. Scaling by the amount of gas traveling through pipelines indicates that the incidences of fatalities, injuries, and property damage are highest in the gathering pipelines.

An alternative way to scale the damages is to report fatalities, injuries, and property damage per unit of oil or natural gas consumed in the United States. Using the average fatalities, injuries, and damages from Table 6-5 over 2002 through 2006 and average consumption of oil and gas over that same period, we measure 0.29 fatalities and 0.90 injuries per billion barrels of oil that is delivered to refineries in the United States and $18 of

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 6-6** Annual Averages for Pipelines per Ton Miles, 2002-2006

| Pipeline Type | Ton Miles of Freight Per Year (millions) | Number of Incidents (Per Billion Ton Miles) | Fatalities (Per Billion Ton Miles) | Injuries (Per Billion Ton Miles) | Property Damage (Per Million Ton Miles) | Net Barrels Lost (Per Billion Ton Miles) |
|---|---|---|---|---|---|---|
| Hazardous liquid | 593,560 | 0.2 | 0.003 | 0.008 | $166 | 100 |
| natural gas | 336,493 | 0.5 | 0.044 | 0.140 | $747 | NA |
| Gathering | 3,365 | 22.3 | 0.297 | 1.367 | $24,077 | NA |
| Transmission | 67,299 | 0.1 | 0.000 | 0.015 | $607 | NA |
| Distribution | 265,829 | 0.4 | 0.052 | 0.156 | $486 | NA |
| Total | 930,053 | 0.7 | 0.047 | 0.149 | $913 | 100 |

NOTE: Estimates of ton miles for components of the natural gas pipeline system are based on distribution of pipeline miles from the Bureau of Transportation Statistics. Property damage estimates are in 2007 dollars.

SOURCE: BTS 2009.

property damage per thousand barrels of oil. For natural gas, the numbers are 0.72 fatalities and 2.30 injuries per trillion cubic feet of natural gas consumed and $12 of property damage per million cubic feet of natural gas consumed. The property damage and injuries are modest and probably internalized to a great extent. These damages are not considered in the subsequent analysis.

## Nuclear Power Accidents

In addition to potential damages associated with generation of electricity through nuclear technologies (see Chapter 2), there are several potential external costs associated with the potential for a nuclear accident. Unlike the situation with other potential damages associated with nuclear technologies, these possibilities are distinctive in that two well-studied accidents have already occurred (Three Mile Island and Chernobyl), providing the basis for widespread public concern about the issue. Specifically, the following considerations have been raised:

1. To what extent does the existing technology alter the probability and damage functions associated with an accident for the existing facilities or those under design.
2. To the extent that the above can be quantified, to what extent have they been internalized by existing regulations, insurance requirements (including liability costs required by regulations) or other market mechanisms.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 12 o

Unlike the speculation surrounding nuclear-waste issues, the experience at Chernobyl highlighted both the extent of potential local damages and the spread of damages over a wide region, having health and other impacts demonstrated thousands of miles away. For example, Almond et al. (2007) found that Swedish children who were in utero during the Chernobyl accident had worse school outcomes than adjacent birth cohorts. Moreover, in the absence of technological change, it seems reasonable to assume that risks will increase in proportion to the expansion of nuclear power; that is, each new facility engenders an additional, theoretically calculable risk. These risks vary, depending on geography and population distribution but may affect large regions.

That recognized, there are abundant data to suggest that the risk going forward, at least in the United States, will be dramatically lower than it has been in the past based on advances in the technology and regulations, including most recently the Energy Policy Act of 2005. There appear to be no comprehensive direct estimates on which to base a numerical cost estimate.

The magnitude of the externality depends in large part on the extent to which insurance accounts for these costs. If the industry were fully insured against all risks from accidents, then there would be no external damages not reflected in market prices. The Price-Anderson Act regulates and establishes insurance pools and limits liability for the nuclear industry. The act, enacted in 1957 and revised in the Energy Policy Act of 2005, requires all commercial nuclear power plants to carry liability insurance in the amount of $300 million.[11] In the event of an accident that creates losses in excess of $300 million, each commercially active reactor is to be assessed an amount up to $95.8 million (payable over several years with annual payments capped at $15 million) for a total pool of approximately $10 billion. The industry is exempt from any liability in excess of this amount. Insurance covers "bodily injury, sickness, disease, or resulting death, property damage, and loss as well as reasonable living expenses for individuals evacuated." (U.S. NRC 2008d). Over its history, a total of $150 million has been paid in claims under the Price-Anderson Act, the accident at Three Mile Island in 1979 accounting for nearly half. As of 1997, over $70 million had been paid out in indemnity settlements and expenses from this accident (ANS 2005). Claims have been paid through the primary insurance held by each plant; the supplemental assessments have never been required.

The appropriate measure of any uninternalized externality arising from insufficient insurance depends critically on the distribution of damages from potential nuclear reactor accidents in excess of the supplemental assessment (approximately $10 billion). Estimation of these low-probability and high-

---

[11]These amounts are subject to inflation adjustments at 5-year intervals.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

consequence events is difficult, in part because the events are sufficiently rare (fortunately) that empirical data are lacking.[12] Jones et al. (2001) suggested that uncertainty about key factors associated with population dose and human fatality risk in the event of a release of radioactivity is such that the true value could be 10 times larger or smaller than the central estimate. Because estimates of the consequences of low-probability events are calculated by multiplying several of those factors together, the resulting estimates could be wrong by several orders of magnitude.

The component of the externality that is internalized includes the primary insurance required of each operating unit plus the risk of the supplemental assessment that might be required in the event of an accident causing damages in excess of $300 million. The probability that this supplemental assessment will be levied is again difficult to estimate; to date, it has never been required. The component associated with primary insurance that covers the first $300 million of damages might be estimated from the premium paid—approximately $400,000 per reactor-year (U.S. NRC 2008d), roughly $0.50 per MWh of electricity production. (The 104 operating units produced an average of 80 GWh in 2007.) This quantity overestimates the expected value of the first $300 million of losses (because it includes insurers' administrative costs) but is likely to underestimate the total externality, as it excludes the expected value of damages exceeding $300 million per incident.

## EXTERNAL COSTS OF OIL CONSUMPTION

The United States is a large consumer of oil. In 2007, it consumed over 20 million barrels of oil a day, representing one-quarter of world oil supply (see Table 6-7). Imports as a share of domestic consumption have steadily risen over time to their current level of nearly 60% and are not projected to decline greatly over the next 20 years. Meanwhile, OPEC (Organization of Petroleum Exporting Countries) continues to be an important source of world oil supply with its share projected to rise to nearly 50% by 2030. While U.S. consumption continues to grow, the importance of oil in the

---

[12]Dubin and Rothwell (1990) constructed an estimate of the distribution of damages in the 1980s that was revised by Heyes and Liston-Heyes (1998). These estimates are based on insurance premiums and one estimate of a worst-case scenario (damages of $10 billion with annual probability 8/10 million). Note that the expected loss associated with this worst-case scenario is $8,000 per reactor-year, only 0.2% as large as the insurance premiums associated with the first $300 million of loss, suggesting that the contribution of losses in excess of $300 million to the total expected value of losses is negligible. Both papers contain logical errors (Dubin and Rothwell misinterpreted the insurance limit, and Heyes and Liston-Heyes estimated parameters that are inconsistent with the assumed distribution) and the committee does not rely on their estimates.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

*HIDDEN COSTS OF ENERGY*

**TABLE 6-7** U.S. Oil Dependence

|  | 1990 | 2000 | 2007 | 2030 |
|---|---|---|---|---|
| Net oil imports as percentage of total U.S. Supply | 42.2 | 52.9 | 58.2 | 55.5 |
| World oil price (2007 $/BBL) | 38 | 35 | 72 | 60 |
| World crude production (million BBD) | 65.5 | 74.9 | 81.5 | 102.9 |
| OPEC share (percentage) | 38.3 | 42.9 | 43.2 | 46.4 |
| U.S. petroleum consumption (million BBD) | 17 | 19.7 | 20.7 | 22.8 |
| U.S. share of world production (percentage) | 26.0 | 26.3 | 25.4 | 22.2 |
| Oil intensity (1,000 Btu/GDP) $2000 | 4.7 | 3.9 | 3.4 | 2.2 |
| Oil intensity (value of oil as a percentage of GDP) | 2.6 | 2.0 | 3.6 | 1.9 |

ABBREVIATIONS: BBL = billion barrels, BBD = barrels per day, Btu = British thermal units; GDP = gross domestic product.

SOURCES: BP 2008; EIA 2008a,b,g.

economy continues to decline. Oil intensity (measured as 1,000 British thermal units of oil consumption per dollar of gross domestic product [GDP]) has fallen by over one-quarter since 1990 and is projected to fall an additional one-third by 2030. Rising oil prices, however, offset the declining physical intensity; thus, the value of oil consumption in GDP is projected to remain at about 2% (although down from its anomalous level of 3.6% in 2007 and the sharp run-up in prices that year).

The importance of oil in the U.S. economy has given rise to a large amount of literature measuring the external costs of oil consumption.[13] Parry and Darmstadter (2003), for example, attempt to quantify the marginal external cost of petroleum consumption, defined as "the difference between the costs to the U.S. economy as a whole and that to individuals or firms from additional oil consumption. Marginal external costs, expressed in $/BBL [barrels], are referred to as the oil premium" (p. 11).

In this section, we consider three questions:

- What is the oil premium?
- Is the oil premium an externality?
- How does the oil premium relate to the optimal tax on oil consumption or imports?

### What Is the Oil Premium?

As the quotation from Parry and Darmstadter (2003) above indicates, the oil premium is a measure of the difference between the private and so-

---

[13]See, for example, Bohi and Toman (1993, 1995); Greene and Leiby (2006); Leiby (2007); Greene (2009).

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

cial costs of petroleum consumption measured in dollars per barrel. The literature identifies two major quantifiable sources of the discrepancy between private and social costs—U.S. monopsony power and economic disruptions arising from unanticipated price shocks. We discuss these in turn.

The literature on monopsony power takes as its point of departure the observation that the United States is a large consumer of oil. As such, any policy to reduce domestic oil demand reduces the world oil price and benefits the United States through lower prices on the remaining oil it imports. The oil premium arising from monopsony power reflects the lack of recognition by individual consumers to the buying power that the nation has if it acts in a coordinated fashion.

Figure 6-1 illustrates the idea of monopsony power. On the basis of individual demands for oil, aggregate demand is given by the downward sloping curve marked D. With an upward sloping supply curve for oil, the market equilibrium occurs at point $e$ where $Q_0$ barrels of oil are consumed at price per barrel $P_0$. If the U.S. government takes some action to reduce oil demand from D to D', the world oil price falls from $P_0$ to $P_1$. The gain to consumers from the fall in oil price is the rectangle $P_0P_1fg$. This is offset



**FIGURE 6-1** Illustration of monopsony. D = aggregate demand; e = market equilibrium $Q_0$ consumption and $P_0$ price; f = market equilibrium for $Q_1$ consumption and $P_1$ price; P= price per barrel of oil; Q = barrels of oil consumed.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 16 o
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

by losses to producers in oil revenue (equal to the same rectangle).[14] If all supply comes from domestic production, there is no gain to the United States. The gain to producers is exactly offset by the loss to U.S. producers. If all supply comes from non-U.S. producers, the gain to U.S. consumers is financed by a transfer from other oil-producing countries. This gain is the monopsony benefit identified in the literature. The marginal oil premium is the incremental income transfer to U.S. consumers from foreign producers from a small reduction in demand for oil arising from a U.S. policy. One policy that would give rise to this income transfer is a tax on oil consumption. In Figure 6-1, an excise tax of *fh* per barrel would shift demand from D to D' and lower demand from $Q_0$ to $Q_1$. Because the tax (ignoring the efficiency costs of taxation for the moment) is simply a transfer within the United States, the result follows.

The literature on oil consumption correctly notes that private markets in the United States do not account for the potential market power that U.S. consumers could wield in world oil markets. The literature also generally recognizes that any policy to take advantage of consumer purchasing power affects a transfer from foreign oil producing nations to the United States. Such a "beggar thy neighbor" policy has been justified on the grounds that OPEC is artificially inflating world oil prices at the expense of consuming nations and that the exercise of monopsony power is a countervailing policy.

Disruption costs have also been identified as a cost that is not incorporated into the price of oil. Leiby (2007) identifies two components of a disruption premium. First, a cost increase increases transfers of U.S. wealth from domestic consumers to foreign producers. The magnitude of this transfer depends on the price increase and the amount of oil imported into the United States. Second, cost increases induce shocks to the economy, resulting in losses in economic output, income, and jobs.

## Is the Oil Premium an Externality?

The committee considers the two components of the oil premium in turn. With respect to the issue of monopsony power, it is unquestionable that domestic policy can reduce aggregate demand and lead to a reduction in the world price of oil. Such a policy would generate a transfer in wealth from foreign oil producing nations to the United States.[15] However, the ability to exercise monopsony power is not the same as an externality.

---

[14]This ignores efficiency losses for the moment. We return to this issue in a moment.

[15]This transfer occurs even if foreign oil producing countries curtail production to stem the price reduction. Reductions in oil supply and demand from the countervailing policies will lead to a reduction in expenditures on imported oil in the United States.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Externalities create a market failure. Exercising monopsony power creates a market failure where one did not exist before. In Figure 6-1, the exercise of market power creates deadweight loss equal to the triangle *efh*.[16] In fact, this market failure is designed purely to transfer income from another country to the United States.

Bohi and Toman (1995) noted that the exercise of monopsony power is an example of a pecuniary externality designed to shift wealth from one nation to another.[17] They pointed out that the existence of market power on the part of energy producers complicates the analysis slightly. For one thing, market power leads to the creation of rents that transfer wealth from energy-consuming to energy-producing countries. The exercise of monopsony power can then perhaps be justified as a countervailing policy to prevent the excessive transfer of wealth from consuming to producing countries. Although this justification might provide a legitimate political reason to undertake such an action, we should stress that no externality in the sense considered in this report exists for this policy.[18] That the ability of the United States to exercise monopsony power is not an externality is recognized by Leiby (2007) and Greene (2009) among others. Green noted that the "costs of oil dependence are not external costs and neither a tax on oil nor a tax on imported oil is an adequate solution to the problem," although Green argued that either of these taxes can ameliorate the problem (see pp. 10-11 in Green 2009).

Turning to disruption costs, we consider the following questions. First, is macroeconomic disruption an externality? Second, if it is an externality, is the cost substantive and quantifiable? On the first question, most economists that have studied this issue would agree that abrupt increases in oil prices adversely impact the economy. Differences arise over the magnitude

---

[16]If OPEC is exercising cartel output restricting power, then the exercise of monopsony power adds to a pre-existing distortion, and the deadweight loss is slightly more complicated than suggested by the triangle in Figure 6-1.

[17]A pecuniary externality is not an externality in the sense defined in Chapter 1. Rather it is a transfer of income or wealth arising from some action or policy that is transmitted through the marketplace. Unlike standard externalities, pecuniary externalities do not involve any loss of efficiency.

[18]The use of monopsony power to extract rents from an energy cartel raises the question of the response by the cartel to the use of this power. An optimizing cartel will wish to raise the price to offset the exercise of monopsony power. However, it will be unable to recover all of the rents extracted by the use of monopsony power. A clumsy cartel (viz. Adelman [1980]) may be able to retaliate in a way that raises their profits. Such retaliation would simply reflect their previously nonoptimizing behavior. The analysis in Figure 6-1 assumes a competitive market supplying the product. How a cartel responds affects the welfare transfer to the United States. Alhajji and Huettner (2000) statistically rejected the hypothesis that OPEC acts as a cartel. They could not reject the hypothesis that Saudi Arabia acts as a dominant firm. In this view, Saudi Arabia can influence world oil prices but not OPEC member production decisions.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 18 o
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

of the impact and the extent to which other events and actions play a role
in magnifying the impacts.[19] The most recent run-up in oil prices in 2007
and 2008 was in large part a demand shock coupled with stagnation in
supply, according to Hamilton (2009). Hamilton argued that the onset
of the current recession would have been delayed from the fourth quarter
of 2007 to the third quarter of 2008 in the absence of the price run-up
(Hamilton 2009).

That there are links between oil shocks and economic performance
is uncontroversial. Leiby (2007) estimated the macroeconomic disruption
and adjustment costs for 2006 market conditions. Leiby reported a mean
estimate of $5.14 per barrel (2007 dollars) and a range from $2.39 to $8.57
per barrel.[20] Does this imply an externality associated with oil consump-
tion? The literature on the oil premium and the oil disruption component
focuses on measuring the relationship between incremental oil consump-
tion and its effect on disruptions to economic activity. We believe that oil
disruption costs are not an externality. That said, it is certainly the case that
policies that result in a reduction in oil consumption in the United States
will most assuredly reduce vulnerability to future oil shocks.

In summary, quantifying this possible externality is a challenge. The
cost depends importantly on the type of shock and policy response. Changes
over time in economic institutions also pose a challenge to measuring the
size of this externality. Given the conceptual difficulties in identifying the
basis for and size of the externality, we do not think that it makes sense to
include a disruption cost as a component in the list of externalities associ-
ated with the production or consumption of energy. We do recommend that
further research be carried out to better understand this issue.

## SECURITY OF ENERGY SUPPLY

Concerns about the security of the energy supply (as distinct from na-
tional security as discussed in the next subsection) arise from the possibility
that resources may become unavailable. Security concerns may pertain to
energy sources (for example, oil, natural gas, and uranium) or materials
that are critical for energy production, distribution, or consumption (for
example, lithium for lithium-ion batteries). Risk of disruption exists when
supply is dominated by one or a few countries (or facilities) that are unreli-
able (for example, unstable in ways that may disrupt operations, as from

---

[19]Bernanke et al. (1997), for example, argued that tightening of monetary policy exacerbated
the output effects of the 1973 oil shock. Hamilton and Herrera (2004) presented results sug-
gesting that monetary policy did not play a role. Blanchard and Gali (2008) argued that real
wage rigidities in the 1970s exacerbated oil shocks.

[20]Leiby reported values in 2004 dollars.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

civil strife within the country) or that may choose to restrict supply for political or other objectives (for example, the OPEC oil price shocks).

We argue that these sources of insecurity are not an externality. They are supply conditions that are presumably incorporated in market outcomes. For example, buyers of a resource that is subject to risk of supply interruption will seek ways to reduce the risk of disruption, or the harm if disruption occurs, through reducing reliance on the resource, seeking alternative suppliers, maintaining a stockpile, having financial insurance, and other measures. The expectation that demand for the resource would increase if its supply were more secure provides an incentive for suppliers to develop methods for enhancing security.

## NATIONAL SECURITY EXTERNALITIES

Energy is inextricably linked with national security. The U.S. demand for oil contributes to high oil prices that provide support for hostile foreign regimes with large reserves of oil. Second, dependence on foreign energy sources creates dependencies that may constrain foreign policy. Third, some have argued that the oil price paid by U.S. consumers does not reflect the true cost of oil, in particular the cost of U.S. military presence in the Middle East or of maintaining military readiness to protect oil supply lines. The committee discusses these issues in this section.

### Energy and Foreign Policy Considerations

High oil prices provide a source of revenue for countries with foreign policies at odds with the United States (for example, Iran and Venezuela). One could make the argument that U.S. consumers do not take into account that their oil consumption contributes to actions by foreign countries that negatively impact the United States.

A simple analogy illustrates the problem with viewing that situation as an externality. Let us assume that my neighbor burns trash in his backyard that causes pollution that adversely affects my household. This is a clear externality. Further assume that I purchase commodities in a store owned by my neighbor. My consumption thus provides income for my neighbor that leads him to purchase more commodities and produce more trash to be burned. My purchase of goods from my neighbor's store is not an externality. Rather, the neighbor's burning of trash is the externality. Restricting (or taxing) my purchases indirectly reduces the externality, but it does so in a highly inefficient manner. It would be more efficient to address the externality directly.

In a similar vein, U.S. oil consumption that enriches countries with which the United States has differences is not an externality. Rather, U.S.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

consumption makes inimical actions possible. In the absence of any ability to address the foreign policy problem directly, it may be desirable to reduce oil consumption to lower world prices. However, such an effort would be an imperfect proxy for better targeted instruments and would hurt oil-producing friends and foe alike.[21]

In addition to funding activities that are inimical to U.S. interests, rising oil prices may weaken the instruments of economic statecraft. One could argue, for example, that high oil prices through the latter half of 2008 rendered economic sanctions on Iran for its nuclear activities ineffective.[22]

Dependence on foreign energy sources may constrain U.S. foreign policy. For example, the Bush administration's goal of furthering the spread of democracy in the world was constrained by U.S. ties to major oil-producing states with autocratic regimes in control. The 2006 report by the Council on Foreign Relations on U.S. oil dependency noted that oil dependence can cause "political realignments that constrain the ability of the United States to form partnerships to achieve common objectives. Perhaps the most pervasive effect arises as countries dependent on imports subtly modify their policies to be more congenial to suppliers. For example, China is aligning its relationships in the Middle East (e.g., Iran and Saudi Arabia) and Africa (e.g., Nigeria and Sudan) because of its desire to secure oil supplies" (Deutch and Schlesinger 2006, pp. 26-27).

Deutch and Schlesinger also noted that oil revenues can undermine efforts to support good governance. This is another example of the way in which oil revenues can undermine the tools of economic statecraft. Russia, for example, is less responsive to efforts to promote democracy when it has ample oil and gas revenues that reduce its reliance on Western economic assistance.

Having constraints placed on foreign policy goals because of oil dependency is arguably an externality that is not recognized in the price of oil, but consider two points. First, it is not clear what the incremental reduction in these costs would be were the United States to reduce its oil consumption by a modest amount (say, 10%). Second, it is not clear that this cost could be monetized even if the marginal cost were positive. Therefore, the committee notes the possibility of dependence on imported oil being an externality and recommends further research on this topic to better understand these important issues.

---

[21]See Fullerton et al. (2001) for a discussion of the efficiency of imperfectly targeted instruments.

[22]See Deutch and Schlesinger (2006) for further discussion of the role oil funds play in providing flexibility to countries to pursue policies at odds with those of the United States.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

## Energy and Military Considerations

The argument has been made that the true cost of oil does not reflect the cost of maintaining a military presence in the Middle East or of maintaining a military preparedness. Parry and Darmstadter (2003) reported that analysts generally do not include this cost in any exercise to measure an oil premium for two reasons. First, it is difficult to disentangle military spending for such political goals as reducing terrorism or providing support for Israel from spending to protect oil supply routes. It is also unlikely that whatever spending is specific to securing the supply routes would change appreciably for a moderate reduction in oil flowing from that region to the United States. In other words, the marginal cost is essentially zero. This view is held by a number of other researchers in the area, including Bohi and Toman (1995). The committee adopts this position. We note, however, that military expenditures could be affected by a large drop in oil consumption—for example, a reduction in oil consumption to zero. Measuring the impacts on military spending (or for that matter on a host of economic and political responses) from a large change in oil consumption would require extrapolating existing statistical evidence well out of a sample. To do so would give rise to—at best—speculative estimates. We would go further and argue that military spending—to the extent it occurs to safeguard oil-production sites and transportation lanes—is a government subsidy to production. It replaces the need for private security expenditures that would otherwise have to be incurred to provide equivalent protection for oil production and transport.

## Nuclear Waste and Security

In addition to the potential health and environmental damages associated with generation of electricity through nuclear technologies (see Chapter 2), several potential external costs are associated with nuclear security. Specifically, the following considerations have been raised:

1. To what extent does the transportation and deposition of fissionable material post-use represent an increased opportunity for terrorists or other parties interested in unlawful use of the material?

2. To what extent does the long-term deposition of fissionable material create risk of catastrophic accidents above and beyond the theoretical risk of nuclear accidents at the sites?

3. To the extent that either of the above costs can be quantified, to what extent have they been internalized by existing regulations, insurance requirements (including liability costs required by regulations), or other market mechanisms?

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Concerns about the environmental hazard of nuclear waste, which may continue to emit radioactive particles for thousands to millions of years, has been the subject of national debate as an environmental question for decades and came to a head after the incident at Three Mile Island. At that juncture, congressional legislation created an affirmative obligation of the federal government to provide long-term storage in the future, although this was not accomplished by 1998, and the U.S. government has been paying liability payments of approximately 0.5 billion dollars per year to the operators of the existing 104 nuclear power facilities for this failure. The facilities remain under private control but are regulated tightly by the U.S. Nuclear Regulatory Commission.

During the cold war, the Nuclear Regulatory Commission developed plans to protect sites from "enemies of the United States" based on "design-based threat" scenarios contained in a series of classified documents, but not until after 9/11 did the reference point change to consider nuclear waste as potential materials for harm—probably one of the reasons for legislative progress since that time, most notably the Energy Policy Act of 2005 (EPACT), which by all accounts has led to substantial upgrades in security procedures and oversight by the Nuclear Regulatory Commission (NRC 2005, GAO 2006). However, the NRC report in 2005 concluded that, despite progress, there remained at least some finite risk of security breaches at existing or planned sites and made a series of recommendations to further enhance security. However, neither the probability of such a breach nor the damages that might ensue, either locally or in the aggregate, have been estimated in quantitative terms.

Specific to the waste storage issue, DOE finally submitted to the Nuclear Regulatory Commission in 2008 the formal license application to operate a national waste-material repository at Yucca Mountain, Nevada, and provided extensive estimates of the cost in the range of $100 billion through 2030. Almost as quickly, the new administration announced its intent to abandon this project, but the future strategy for waste disposal remains open. The case for a deep central repository such as the one proposed, in addition to the potential economic efficiency and compliance with earlier legislation, is that security would be more readily achieved at a single site than at many, an argument that has not won favor among some near the site. As with the broader security issues at the nuclear facilities, probabilities of an adverse event involving waste storage, under the current (disseminated) or envisioned (single-site) schemes have not been quantified, nor have the potential damages under any scenario.

A further level of complexity relates to emerging technologies to modify the life cycle of nuclear fuels at the back end to reduce the long-term storage need. Simplifying the principle, reprocessing of spent fuel could, based on current knowledge, result in reuse of the material to extract almost all of

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

its radioactivity; this approach is also being taken to achieve sustainability in all materials cycles. Although this may in the future displace in part or whole the security risks associated with storage, the technology itself, including the new facilities created and the likelihood that the reprocessed materials would need at various phases to be transported, creates new risks, for which neither the costs of appropriate controls nor any estimate of risk of breach has been calculated.[23]

Finally, it must be mentioned that there is also some potential in the security arena for external benefit from expanding the American nuclear energy capability, namely, the likelihood that the United States and its government could be proportionately more influential in global nuclear negotiations. Based on current developments, it is a certainty that many countries will turn to nuclear energy as the best solution to their energy needs, including many that are politically unstable or hostile to the United States; the potential that the United States could be a leader, both technologically but also politically, hinges, in the views of some (NEAC 2008), on the degree to which the United States also follows this energy pathway.

Taking the available information, the committee concludes as follows:

1. The direct cost of nuclear storage under present and envisioned scenarios is high, but the potential for damages from security breaches not incorporated in these costs cannot be quantified. Even if the probability of such an event or its damages could be quantified, it would still be impossible to calculate the marginal cost—that is, the risk of an additional facility to a world still populated with nuclear warheads and with many foreign countries already committing to a nuclear energy future.

2. As with other damage possibilities associated with the generation of electricity, the distribution of potential damages is certain to be unevenly shared. The move to Yucca Mountain or another centralized storage site, if approved, would probably reduce aggregate risk but obviously increase local and regional risk; conversely, a centralized site would reduce local and regional risks at the 100-plus sites where waste is currently disposed at U.S. government cost and at all future locations.

3. It is also difficult to assess the extent to which the potential damage from security risk has already been internalized. Certainly, the net upgrade of security requirements brought about by EPACT and other post-9/11 Nuclear Regulatory Commission changes has internalized some of the costs. However, because taxpayers presumably bear some of the costs in the event of a high-cost security incident (through an implicit commitment to compensate victims of the event through government relief), the degree

---

[23]Note, however, that the MIT 2003 study concluded that once-through technology with permanent storage of waste material was preferable to closed fuel-cycle technologies.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

to which the market has internalized these risks is difficult if not impossible to measure.

## CONCLUSION

In conclusion, the committee finds the following:

1.   The nation's electricity-transmission grid is vulnerable to failure at times because of transmission congestion and the lack of adequate reserve capacity. Electricity consumption generates an externality because individual consumers do not take into account the impact their consumption has on aggregate load. Damages from consumption could be significant, and it underscores the importance of investing in a modernized grid that takes advantage of new smart technology and that is better able to handle intermittent renewable power sources.

2.   Externalities from accidents at facilities are largely internalized and—in the case of the oil and gas transmission network—of negligible magnitude per barrel of oil or thousand cubic feet of gas trans-shipped. We find that the monopsony component of the oil consumption premium is not an externality.

3.   Although government policy may be desirable to serve as a countervailing force to monopoly or cartel producer power, it is a separate issue from the focus of this report.

4.    We find that macroeconomic disruptions from oil supply shocks are not an externality. We also find that sharp and unexpected increases in oil prices adversely affect the U.S. economy. Estimates in the literature of the macroeconomic costs of disruption and adjustment range from $2 to $8 per barrel in 2007 dollars.

5.   Dependence on imported oil has implications for foreign policy, and we find that some of the effects can be viewed as an externality. We find, however, that it is impossible to quantify these externalities. The role of the military in safeguarding foreign supplies of oil is often identified as a potential externality. We find it difficult if not impossible to disentangle nonenergy-related reasons for a military presence in certain regions of the world from energy-related reasons. Moreover much of the military cost is likely to be fixed in nature. A 20% reduction in oil consumption, for example, would probably have little impact on the strategic positioning of military forces in the world.

6.   Nuclear waste and proliferation raise important issues and pose difficult policy challenges. The extent to which uninternalized externalities exist is difficult to measure. Moreover, it is very difficult to quantify them. Thus, we do not report numerical values in this report but recognize the importance of studying this issue further.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

# 7

# Overall Conclusions and Recommendations

In response to a charge from Congress, the committee defined and evaluated key external costs and benefits associated with the production, distribution, and consumption of energy from various selected sources. We were asked to focus on health, environmental, security, and infrastructure effects that are not—or may not be—fully incorporated into the market price of energy or into government policies related to energy production, distribution, or consumption. The external effects of energy are mostly negative, but the overall benefits of U.S. energy systems to society are enormous. However, the estimation of those benefits, which are mostly reflected in energy prices and markets, was not in the committee's charge.

The results of this study are intended to inform public policy choices, such as selecting among fuel types, or to help identify situations in which additional regulation may be warranted for reducing external costs produced by an energy-related activity. When sources with large aggregate damages are indentified, analysis of the costs and benefits of reducing the burdens resulting from those damages is warranted.

This chapter presents an overview of the results of the committee's analyses. It provides factors to keep in mind when interpreting the results of the evaluations, overall conclusions, and recommendations for research to inform future consideration of various issues.

## THE COMMITTEE'S ANALYSES

Our study examined external effects over the life cycle of electricity generation, transportation, and production of heat for the residential, com-

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

mercial, and industrial sectors. We estimated damages that remained in 2005 after regulatory actions had taken place as well as damages expected to remain in 2030 in light of possible future regulations. Our boundaries for analysis were not identical in all sectors, but we sought to use existing data and methods for well-recognized externalities. We did not attempt to develop wholly new methods for estimating impacts and damages, but we did identify areas where additional research would be particularly valuable.

For electricity generation and production of heat, we focused on monetizing downstream effects related to air pollution from coal-fired and gas-fired processes. Upstream effects and other downstream effects have been quantified but not monetized or have been discussed in qualitative terms. We did not assess effects associated with power-plant construction, and we did not assess effects from methane emissions from transporting natural gas by pipeline for heat. For transportation, we monetized effects related to air pollution for essentially the full life cycle, including vehicle manufacture. We considered climate-change effects associated with energy production and use, and we reviewed various attempts that have been made in the literature to quantify and monetize the damages associated with the effects of climate change. We also considered the literature on a variety of damages that are associated with the nation's energy infrastructure: disruption in the electricity transmission grid, vulnerability of energy facilities to accidents and possible attack, external costs of oil consumption, supply security considerations, and national security externalities.

The committee focused its attention on externalities as generally defined by economists. As discussed in Chapter 1, there are many other distortions that occur in markets related to energy production and consumption that may create opportunities for improvement of social welfare but that are not externalities. There are also equity or "fairness" consequences of market activities. Although other distortions and equity concerns may be appropriate for policy formulation, they are beyond the scope of this study and were not considered.

## LIMITATIONS IN THE ANALYSES

Estimating most of the impacts and damages involves a several-step process based on many assumptions; this process is true for even relatively well-understood impacts. In summarizing our results, we attempt to convey the uncertainty surrounding our estimates. The results of the committee's study should be considered in light of important caveats. Although our analysis was able to consider and quantify a wide range of burdens and damages (for example, premature mortality resulting from exposure to air pollution), there are many potential damages that we did not quantify. Therefore our results should not be interpreted as a full accounting. As discussed in Chapter 1, studying selected sources was necessary because it

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

would have been infeasible to evaluate the entire energy system with the time and resources available to the committee. Even within the sources selected by the committee, we were unable to monetize all externalities over a life cycle.

Our analysis required use of a wide set of assumptions and decisions about analytical techniques that can introduce uncertainty into the results. Although we did not attempt to conduct a formal uncertainty analysis, we have been cautious throughout our discussion of results—and urge the reader to be cautious—that is, not to over-interpret small differences in results among the wide range of energy sources and technologies assessed.

There is uncertainty in the analyses with respect to the quality of the data available, the completeness of the analyses (factors that may have been left out or have been unintentionally given inappropriate weight), and the degree to which computation models correctly include the most important variables. Uncertainty also involves unknowns. For example, some climate effects of greenhouse gas (GHG) emissions are poorly understood and might continue to be for some time. In some cases in which effects werre unknown, the committee was able to conclude that the effects were probably small compared with the known effects. In other cases, the committee was not able to provide even qualitative estimates of unknown effects; in such cases, we had to accept that we did not know. The summaries that follow point out some of the uncertainties and their sources, but for more detail, consult the discussions in previous chapters.

## ELECTRICITY GENERATION

Chapter 2 examines burdens, effects, and damages associated with electricity generation from coal, natural gas, nuclear power, wind, solar energy, and biomass. In the cases of fossil fuels (coal and natural gas) and nuclear power, the analysis includes externalities associated with upstream activities, exploration, fuel extraction and processing, and the transportation of fuel to generating facilities, as well as damages associated with downstream activities of electricity generation and distribution. Some effects are discussed in qualitative terms and others are quantified and, if possible, monetized. Although this section presents estimates of GHG emissions due to electricity generation, it does not present damages associated with effects related to climate change. Those damages are discussed in separate sections in this chapter.

### Electricity from Coal

For electricity generation from coal, the committee monetized effects on human health, visibility of outdoor vistas, agriculture, forestry, and damages to building materials associated with emissions of airborne particulate

Copyright © National Academy of Sciences. All rights reserved.

340                                                                    *HIDDEN COSTS OF ENERGY*

matter (PM), sulfur dioxide ($SO_2$) and oxides of nitrogen ($NO_x$) from 406 coal-fired power plants in the United States, excluding Alaska and Hawaii. More than 90% of monetized damages are associated with premature human mortality, and approximately 85% of damages come from $SO_2$ emissions, which are transformed into airborne PM. Aggregate damages (unrelated to climate change) in 2005 were approximately $62 billion (2007 U.S. dollars [USD]), or 3.2 cents per kilowatt hour (kWh) (weighting each plant by the electricity it produces); however, damages per plant varied widely. The distribution of damages across plants is highly skewed (see Figure 7-1). The 50% of plants with lowest damages per plant accounted for 25% of net electricity generation and produced 12% of damages. The 10% of plants with the highest damages per plant also accounted for 25% of net generation, but they produced 43% of the damages. Although damages are



**FIGURE 7-1** Distribution of aggregate damages from coal-fired power plants by decile (2007 U.S. dollars). In computing this chart, plants were sorted from smallest to largest based on aggregate damages. The lowest decile represents the 40 plants with the smallest aggregate damages per plant. The figure on the top of each bar is the average across all plants of damages associated with $SO_2$, $NO_x$, $PM_{2.5}$, and $PM_{10}$ (particles with diameters less than or equal to 2.5 and 10 microns, respectively). Damages related to climate-change effects are not included.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html



**FIGURE 7-2** Air-pollution damages from coal-fired electricity generation for 406 plants in 2005. Damage estimates are reported in 2007 U.S. dollars. Damages related to climate-change effects are not included.

larger for plants that produce more electricity, less than half of the variation in damages across plants is explained by differences in net generation. The map in Figure 7-2 shows the size of damages created by each of the 406 plants by plant location. Plants with large damages are concentrated to the east of the Mississippi River, along the Ohio River Valley, in the Middle Atlantic, and in the South.

Damages per kWh also varied widely across plants (Figure 7-3)—from over 12 cents per kWh (95th percentile) to less than a cent (5th percentile) (2007 USD).[1] Most of the variation in damages per kWh can be explained by variation in emissions intensity (emissions per kWh) across plants. In the case of $SO_2$ emissions, over 80% of the variation in $SO_2$ damages per kWh is explained by variation in pounds of $SO_2$ emitted per kWh. Damages per ton of $SO_2$, which vary by plant, are less important in explaining variation in $SO_2$ damages per kWh. (Damages per ton are capable of explaining only 24% of the variation in damages per kWh.)

---

[1]These estimates are not weighted by electricity generation.

Copyright © National Academy of Sciences. All rights reserved.



**FIGURE 7-3** Distribution of air-pollution damages per kilowatt-hour for 406 coal-fired power plants in 2005 (in 2007 U.S. dollars). All plants are weighted equally. Damages related to climate-change effects are not included.

For 2030, despite increases in damages per ton of pollutant due to population growth and income growth, average damages per kWh (weighted by electricity generation) at coal plants are estimated to be 1.7 cents per kWh, compared with 3.2 cents per kWh in 2005 (2007 USD). The fall in damages per kWh is explained by the assumption that pounds of $SO_2$ per megawatt hour (MWh) will fall by 64% and that $NO_x$ and PM emissions per MWh will fall by approximately 50% (see Chapter 2).

*Greenhouse Gas Emissions*

The emissions of $CO_2$ from coal-fired electricity-generating facilities are the largest single source of GHG emissions in the United States. Because the heat rate (energy from coal needed to generate 1 kWh of electricity) varies widely among coal-fired plants, the $CO_2$ emissions vary as well. The 5th-95th percentile range is 0.95-1.5 tons (the average being about 1 ton of $CO_2$ per MWh of power generated). The main factors behind the differences in the $CO_2$ emitted are the technology used to generate the power and the age of the plant.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

### Electricity from Natural Gas

For estimating nonclimate-change-related damages for 498 facilities that generate electricity from natural gas in the United States, we used a similar approach as in the coal analysis. The gas facilities, which include electric utilities, independent power producers, and combined heat and power facilities, each generated at least 80% of their electricity from gas and had installed capacity of at least 5 MW. The aggregate damages associated with emissions of $SO_2$, $NO_x$, and PM from these facilities, which generated 71% of electricity from natural gas, were approximately $0.74 billion (2007 USD), or 0.16 cents per kWh. Thus, on average, nonclimate-change damages associated with electricity generation from natural gas are an order of magnitude lower than damages from coal-fired electricity generation. The distribution of damages across plants is, however, highly skewed (see Figure 7-4). The 10% of plants with highest damages per plant



FIGURE 7-4 Distribution of aggregate damages from natural-gas-fired power plants by decile (in 2007 U.S. dollars). Plants were sorted from smallest to largest based on aggregate damages to compute this chart. The lowest decile represents the 50 plants with the smallest aggregate damages per plant. The number on the top of each bar is the average across all plants of damages associated with $SO_2$, $NO_x$, $PM_{2.5}$, and $PM_{10}$ (particles with diameters less than or equal to 2.5 and 10 microns, respectively). Damages related to climate-change effects are not included.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK    Document 86    filed 05/06/21    USDC Colorado    pg 32 c

*HIDDEN COSTS OF ENERGY*

accounted for 65% of the air-pollution damages produced by all 498 plants. The 50% of plants with lowest damages per plant accounted for only 4% of the aggregate damages. (Each group of plants, respectively, accounted for approximately one-quarter of the electricity generation.) Although damages were larger for plants that produced more electricity, less than 40% of the variation in damages across plants is explained by differences in net generation. The largest damages are produced by gas plants located in the Northeast (along the Eastern seaboard), and in Texas, California, and Florida (see Figure 7-5).

Damages per kWh also vary widely across plants: from more than 1.5 cents per kWh (95th percentile) to less than 0.05 cents (5th percentile) (2007 USD).[2] Most of the variation in $NO_x$ damages per kWh can be explained by variation in emission intensity across plants; however, for $PM_{2.5}$, which accounted for more than half of the monetized air-pollution damages, variation in damages per ton of $PM_{2.5}$ (that is, variation related to the location of the plant relative to population distribution and prevailing winds) are as important in explaining variation in $PM_{2.5}$ damages per kWh as differences in $PM_{2.5}$ emissions intensity.

Damages per kWh at the 498 facilities are predicted to be 30% lower in 2030 than in 2005; they are predicted to fall from 0.16 cents to 0.11 cents per kWh on average (2007 USD) (weighting each plant by electricity generation). The reduction is due to a predicted 19% fall in $NO_x$ emissions per kWh hour and a 32% fall in $PM_{2.5}$ emissions per kWh (see Chapter 2).

*Greenhouse Gas Emissions*

Natural gas plants on average emitted approximately half as much $CO_2$ at the generation stage as did coal-fired power plants in 2005—about half a ton of $CO_2$ per MWh. As the heat rate (energy from gas needed to generate 1 kWh of electricity) varied among gas-fired plants, so did $CO_2$ emissions, the 5th-95th percentile ranged from 0.3 to 1.1 tons per MWh. As discussed later in this chapter, nonclimate-change damages from natural-gas-fired electricity generation are likely to be much smaller than its damages related to climate change.

**Electricity from Nuclear Power**

The committee did not quantify damages associated with nuclear power; however, we reviewed studies conducted by others and consider

---

[2]These estimates are not weighted by electricity generation.

Copyright © National Academy of Sciences. All rights reserved.

*OVERALL CONCLUSIONS AND RECOMMENDATIONS* 345



**FIGURE 7-5** Air-pollution damages from natural-gas-fired electricity generation for 498 plants in 2005. Damages are expressed in 2007 U.S. dollars. Damages related to climate-change effects are not included.

their conclusions relevant.[3] Overall, other studies have found that damages associated with the normal operation of nuclear power plants (excluding the possibility of damages in the remote future from the disposal of spent fuel) are low compared with those from fossil-fuel-based power plants.

For surface-mine workers, exposure to radon is generally less important than direct irradiation or dust inhalation, but radon exposure can be important for underground miners. However, if radiologic exposure is taken into account in miners' wages, it is not considered an externality. For members of the public, the most significant pathways from an operating uranium mine are radon transport and radionuclide ingestion following surface-water transport. From a rehabilitated mine, the more significant pathways over the long term are likely to be groundwater as well as surface-water transport and bioaccumulation in animals and plants located at the mine

---

[3]The committee did not quantify damages associated with nuclear power because the analysis would have involved power plant risk modeling and spent-fuel transportation modeling that would have taken far greater resources and time than were available for this study.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

site or on associated water bodies. Little uranium is currently mined in the United States; most of the uranium supplied to U.S. nuclear power plants comes from Canada and Russia.

Downstream impacts are largely confined to the release of heated water used for cooling and the production of low-level radioactive wastes (LLRW) and high-level radioactive wastes (HLRW) from spent fuel. Release of highly radioactive materials has not occurred on a large scale in the United States (but obviously has occurred elsewhere). LLRW is stored for decay to background levels and then disposed of as nonradioactive waste (a practice possible with slightly contaminated materials), or it is disposed of in near-surface landfills designed for radioactive wastes. For spent nuclear fuel that is not reprocessed and recycled, HLRW is usually stored at the plant site. No agreement has been reached on a geologic repository for HLRW in the United States, and, therefore, little HLRW is transported for long distances. The issue of having a permanent repository is perhaps the most contentious nuclear-energy issue, and considerably more study on the externalities of such a repository is warranted.

### Electricity from Wind Energy

The committee relied on information in the scientific literature for its assessment of wind power for producing electricity; it focused on land-based wind turbines, because no offshore turbines have been permitted yet in the United States. Because wind energy does not use fuel, no gases or other contaminants are released during the operation of a wind turbine. Emissions of $SO_2$, $NO_x$, and PM and GHGs over the life cycle are much smaller per kWh than for coal or natural gas. Upstream effects are related to the mining, processing, fabrication, and transportation of raw materials and parts; those parts are normally transported to the wind-energy plant's site for final assembly. Effects related to downstream activities include visual and noise impacts, impacts on bird and bat species, and land-use effects that accompany the construction of any electricity-generating plant and transmission of electricity.

Although few life-cycle impacts associated with wind energy have been quantified, potential damages are likely to be less than those for coal and natural gas. For example, aggregate land-use damages over the entire life cycle are also likely to be smaller for electricity generation from wind than for coal and natural gas. However, better information is needed, especially in light of the probable increase in the number and density of wind turbines. Even if the expansion of wind energy is taken into account, the estimated number of birds killed by wind turbines is dwarfed by the number killed by transmission lines. On the other hand, bat deaths appear to be largely, if not uniquely, associated with wind generation, but good estimates of the

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

numbers of bats killed are not available. In addition, the lack of understanding of the demography and ecology of bats makes it difficult to assess the importance of bat deaths. Societal damages associated with the killing of bats by wind turbines are currently small by comparison with the aggregate damages associated with electricity generation by coal, natural gas, and the sum of all other sources.

## Electricity from Solar Energy

Much of the United States receives enough solar energy to produce about 1 kWh per square meter of panel area per day, with considerable local variability from north to south and regionally as a result of sun angles and weather patterns. At present, most solar panels are installed on building roofs or immediately adjacent to buildings to provide electricity on site. When a site's electricity use exceeds solar energy availability, electricity is supplied from the grid (or from batteries, if electricity demand is low). In this case, solar panels reduce grid-based electricity demand at the end use, thus becoming similar to an energy efficiency improvement. Some solar panel installations also can feed excess electricity back into the grid during periods of peak solar or low local on-site demand periods.

Concentrating solar power (CSP)[4] and photovoltaic (PV) electricity generation by the electricity sector combined to supply 500 gigawatt hours (GWh) in 2006 and 600 GWh in 2007, which constitute about 0.01% of the total U.S. electricity generation. Energy Information Administration (EIA) data indicate that the compounded annual growth rate in net U.S. generation from solar was 1.5% from 1997 to 2007 (NAS/NAE/NRC 2009b). However, this estimate does not account for the growth in residential and other small PV installations, which are applications that have displayed the largest growth rate for solar electricity. Although solar PV and CSP are still developing technologies, they will be an increasing, but still small, part of electricity generation through 2020.

Like wind power, solar power emits no gaseous pollutants during operations to produce electricity. Upstream life-cycle activities include mining of materials for solar panels and the balance-of-system components used to convert the electricity to alternating current. Downstream life-cycle activities include electricity generation, storage, and disposal or recycling of worn-out panels. Worn-out panels have the potential to produce a large

---

[4]CSP installations use arrays of mirrors to focus direct beam incident sunlight to heat a working fluid and generate electricity through a thermal power cycle. Desert locations with low humidity and high insolation could allow large-scale CSP electricity generation at lower costs than PV installations. Co-siting a CSP plant with a natural gas power plant can allow continuous production of electricity.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

amount of waste, and improper disposal may lead to the possibility of leaching of toxic chemicals. If solar energy for electricity were to become an important part of the U.S. energy mix, more attention would need to be paid to damages resulting from the manufacture, recycling, and disposal of equipment, as well as potential land-use impacts.

### Electricity from Biomass

No attempt has been made to estimate damages associated with generating electricity using biomass feedstock derived from forestry practices, agricultural activities, and municipal solid waste because the amount of electricity generated from biomass feedstock is relatively small (total installed capacity is less than 1,600 MW) and is likely to remain so.[5] Many of the issues facing biomass combustors are similar to issues faced by large-scale fossil-fuel generation. Emissions from the combustion of biomass can include polychlorinated biphenyl compounds, although the focus of recent analysis has been primarily on enclosed systems. Nonclimate-change-related damages from biomass-generated electricity on a per-kWh basis might equal or even exceed those from coal in some cases. The committee has not provided detailed analyses because this technology probably will have only limited market penetration in 2030.

### Transmission and Distribution of Electricity

Transmission lines have raised concerns about health risks (for example, risks associated with exposure to extremely low-frequency [ELF] electromagnetic radiation), visual disamenities, and loss of property values. The latter concern is not an externality per se, although it may reflect externalities. Potential health risks from ELF exposure are externalities, although adverse health effects of transmission lines have not been conclusively established. Visual disamenities are also externalities and may become an increasing concern in association with renewable energy sources. Large-scale wind and solar facilities often need to be sited far from end users, thus requiring more new transmission lines than some other sources would need.

### TRANSPORTATION

We considered a wide range of potential emissions and damages related to air pollution from the use of energy in transportation. Our discussion

---

[5]Source: National Electric Energy Data System (NEEDS) for the Integrated Planning Model (EPA 2004b).

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 37 of 469
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

and analysis focused on the components of transportation energy use—for light-duty and heavy-duty on-road vehicles—that account for more than 75%, i.e. the great majority, of annual U.S. transportation energy use. Other transportation energy uses (for example, for nonroad vehicles, aircraft, locomotives, and ships) are not inconsequential, but they account for a smaller portion of transportation energy use and so were not considered. For each fuel and vehicle combination, the committee analyzed the life-cycle energy use and emissions, and then used those emissions data in a nationwide analysis of exposures and health effects as well as other nonclimate effects, and then developed estimates of monetized damages (described in Chapter 3). This section also presents estimates of GHG emissions due to transportation, but it does not present estimates of climate-change-related damages associated with those emissions. Those damages are discussed in a separate section of this chapter.

### Health Effects and Other Damages Not Related to Climate Change

Despite limitations, our analysis provides some useful insight into the relative levels of damages from different fuel and technology mixes. Overall, we estimate that the aggregate national damages in 2005 to health and other nonclimate-change-related effects were approximately $36 billion per year (2007 USD) for the light duty vehicle fleet; the addition of medium-duty and heavy-duty trucks and buses raises the aggregate estimate to approximately $56 billion (2007 USD). These estimates are probably conservative, as they include but do not fully account for the contribution of light-duty trucks to the aggregate damages, and should be viewed with caution, given the significant uncertainties in any such analysis.

### Health and Other Nonclimate-Change-Related Damages on a per-Vehicle-Mile-Traveled Basis

Although the uncertainties in the analysis preclude precise ranking of different technologies, Table 7-1 illustrates that, on a cents per-vehicle-mile-traveled (VMT) basis, there are some important differences in the levels of damages attributable to different fuel and technology combinations in 2005 and 2030.

Among the fuel and technology choices, there are some differences in damages, although overall, especially in 2030, the different fuel and technology combinations have remarkably similar damage estimates.

• Some fuels (E85 from herbaceous and corn stover feedstock) and compressed natural gas (CNG) have relatively lower damages than all other options in both 2005 and 2030.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

*350*                                                *HIDDEN COSTS OF ENERGY*

**TABLE 7-1** Relative Categories of Health and Other Nonclimate-Change Damages 2005 and 2030 for Major Categories of Light-Duty Vehicle Fuels and Technologies (Damage Estimates Based on 2007 U.S. Dollars)

| Category of Aggregate Damage Estimates (Cents/VMT) | 2005 | 2030 |
| --- | --- | --- |
| 1.10-1.19 | | CNG<br>Diesel with low sulfur and biodiesel |
| 1.20-1.29 | E85 herbaceous<br>E85 corn stover<br>CNG<br>Grid-independent HEV | E85 corn stover<br>E85 herbaceous |
| 1.30-1.39 | Conventional gasoline and RFG<br>E10<br>Hydrogen gaseous | Conventional gasoline and RFG<br>E10<br>E85 corn |
| 1.40-1.49 | Diesel with low sulfur and biodiesel<br>Grid-dependent HEV | Electric vehicle |
| 1.50-1.59 | E85 corn | Grid-independent HEV<br>Grid-dependent HEV |
| >1.60 | Electric vehicle | Hydrogen gaseous |

ABBREVIATIONS: VMT, vehicle miles traveled; E85, ethanol 85% blend; E10, ethanol 10% blend; HEV, hybrid electric vehicle; CNG, compressed natural gas; RFG, reformulated gasoline.

- Diesel, which has relatively high damages in 2005, has one of the lowest levels of damage in 2030. This result is due to the substantial reductions in both PM and $NO_x$ emissions that a diesel vehicle has been required to attain after the 2006 introduction of low-sulfur fuel.

- Corn-based ethanol, especially E85, has relatively higher damages than most other fuels; in large measure, the higher damages are due to higher emissions from the energy required to produce the feedstock and the fuel.

- Grid-dependent HEVs and electric vehicles have somewhat higher damages in both 2005 and 2030. As noted in Chapter 3, these vehicles have important advantages over all other fuel and technology combinations when only damages from operations are considered. However, the damages associated with the present and projected mixes of electricity generation (the latter still being dominated by coal and natural gas in 2030, albeit at significantly lower rates of emissions) add substantially to the life-cycle damages. In addition, the increased energy associated with battery manu-

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

facture adds approximately 20% to the damages from vehicle manufacture. However, further legislative and economic initiatives to reduce emissions from the electricity grid could be expected to improve the relative damages from electric vehicles substantially.

Although the underlying level of aggregate damages in the United States could be expected to rise between 2005 and 2030 because of projected increases in population and increases in the value of a statistical life, the results in our analysis of most fuel and technology examples in 2030 are very similar to those in 2005, in large measure because of the expected improvement in many technology and fuel combinations (including conventional gasoline) as a result of enhanced fuel efficiency (35.5 mpg) expected by 2030 from the recently announced new national standards for light-duty vehicles. (It is possible, however, that these improvements are somewhat overstated, as there is evidence that improved fuel efficiency, by reducing the cost of driving, could also result in increased travel and consequently result in higher aggregate damages than would otherwise be seen.)

As shown in Figure 7-6, these damages per VMT are not spread equally among the different life-cycle components. For example, in most cases the actual operation of the vehicle is one-quarter to one-third of the damages per VMT, and the emissions incurred in creating the feedstock, refining the fuel, and making the vehicle are responsible for the larger part of damages.

### Health and Other Nonclimate Damages on a Per-Gallon Basis

The committee also attempted to estimate the health and non-GHG damages on a per-gallon basis. This attempt was made somewhat more complicated by the fact that simply multiplying expected miles per gallon for each fuel and vehicle type by the damages per mile tend to make the most fuel-efficient vehicles, which travel the most miles on a gallon, appear to have higher damages per gallon than a less-fuel-efficient vehicle. With that caveat in mind, the committee analysis estimated that in 2005, the mean damages per gallon for most fuels ranged from 23 cents/gallon to 38 cents/gallon, the damages for conventional gasoline engines being in approximately the middle of that range at approximately 29 cents per gallon.

### Limitations in the Health and Other Nonclimate Damages Analysis

When interpreting these results, it is important to consider two major limitations in the analysis: the emissions and damages that were not quantifiable and the uncertainty in the analytical results that were obtained.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

*352*          *HIDDEN COSTS OF ENERGY*





**FIGURE 7-6** Health effects and other nonclimate damages are presented by life-cycle component for different combinations of fuels and light-duty automobiles in 2005 (*a*) and 2030 (*b*). Damages are expressed in cents per VMT (2007 U.S. dollars). Going from bottom to top of each bar, damages are shown for life-cycle stages as follows: vehicle operation, feedstock production, fuel refining or conversion, and vehicle manufacturing. Damages related to climate change are not included. AB-BREVIATIONS: VMT, vehicle mile traveled; CG SI, conventional gasoline spark ignition; CNG, compressed natural gas; E85, 85% ethanol fuel; E10, 10% ethanol fuel; HEV, hybrid electric vehicle.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Although our analysis was able to consider and quantify a wide range of emissions and damages throughout the life cycle and included what arguably could be considered the most significant contributors to estimates of such damages (for example, premature mortality resulting from exposure to air pollution), many potential damages could not be quantified at this time. These damages include the following:

- *Overall:* Estimates of the impacts of hazardous air pollutants, estimates of damages to ecosystems (for example, from deposition), and estimates covering the full range of agricultural crops.
- *For biofuels:* Impacts on water use and water contamination, as well as any formal consideration of potential indirect land-use effects (see, however, the discussion of the latter in Chapter 3).
- *For battery electric vehicles:* Potential exposures to toxic contaminants as a result of battery manufacture, battery disposal, and accidents.

Any such analysis includes a wide set of assumptions and decisions about analytical techniques that can introduce uncertainty in the results. Although we did not attempt to conduct a formal uncertainty analysis, we engaged in limited sensitivity analyses to check the effects of key assumptions on the results. We urge the reader to be cautious when interpreting small differences in results among the wide range of fuels and technologies we assessed.

## Greenhouse Gas Emissions

Similar to the damage estimates presented above, the GHG emission estimates for each fuel and technology combination can provide relative estimates of GHG performance in 2005 and 2030. Although caution should be exercised in interpreting these results and comparing fuel and technology combinations, some instructive observations from Table 7-2 are possible. Overall, the substantial improvements in fuel efficiency in 2030 (to a minimum of 35.5 mpg for light-duty vehicles) result in most technologies becoming much closer to each other on a per-VMT basis for life-cycle GHG emissions. There are, however, some differences:

- As with damages above, the herbaceous and corn stover E85 have relatively low GHG emissions over the life cycle; in terms of aggregate grams per VMT of $CO_2$-equivalent ($CO_2$-eq)[6] emissions, E85 from corn also has relatively low GHG emissions.

---

[6]$CO_2$-eq expresses the global warming potential of a GHG, such as methane, in terms of $CO_2$ quantities.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE 7-2** Relative Categories of GHG Emissions in 2005 and 2030 for Major Categories of Light-Duty-Vehicle Fuels and Technologies

| Category of Aggregate $CO_2$-eq Emission Estimates (g/VMT) | 2005 | 2030 |
|---|---|---|
| 150–250 | E85 herbaceous<br>E85 corn stover | E85 herbaceous<br>E85 corn stover |
| 250–350 | Hydrogen gaseous | E85 corn<br>Diesel with biodiesel<br>Hydrogen gaseous<br>CNG |
| 350–500 | E85 corn<br>Diesel with biodiesel<br>Grid-independent HEV<br>Grid-dependent HEV<br>Electric vehicle<br>CNG | Grid-independent HEV<br>SI conventional gasoline, RFG<br>Grid-dependent HEV<br>Electric vehicle<br>Low-sulfur diesel<br>E10 herbaceous, corn stover<br>SIDI conventional gasoline<br>E10 corn<br>SI tar sands |
| 500–599 | Conventional gasoline and RFG<br>E10<br>Low-sulfur diesel | |
| >600 | Tar sands | |

ABBREVIATIONS: $CO_2$-eq, carbon dioxide equivalent; VMT, vehicle miles traveled; E85, ethanol 85% blend; E10, ethanol 10% blend; HEV, hybrid electric vehicle; CNG, compressed natural gas; RFG, reformulated gasoline; SI, spark ignition; SIDI, spark ignition direct injection.

- The tar-sands-based fuels have the highest GHG emissions of any of the fuels that the committee considered.

As shown in Figure 7-7, and in contrast to the damages analysis above, the operation of the vehicle is in most cases a substantial relative contributor to total life-cycle GHG emissions. That is not the case, however, with either the grid-dependent technologies (for example, electric or grid-dependent hybrid) or the hydrogen fuel-cell vehicles. In the latter vehicle technologies, the dominant contributor to life-cycle GHG emissions is electricity generation and the production of hydrogen rather than vehicle operation.

### Heavy-Duty Vehicles

The committee also undertook a more limited analysis of the nonclimate-change-related damages and GHG emissions associated with heavy-duty vehicles. Although this analysis included operation, feedstock, and fuel com-

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html





**FIGURE 7-7** Greenhouse gas emissions (grams $CO_2$-eq)/VMT by life-cycle component for different combinations of fuels and light-duty automobiles in 2005 (*a*) and 2030 (*b*). Going from bottom to top of each bar, damages are shown for life-cycle stages as follows: vehicle operation, feedstock production, fuel refining or conversion, and vehicle manufacturing. One exception is ethanol fuels for which feedstock production exhibits negative values because of $CO_2$ uptake. The amount of $CO_2$ consumed should be subtracted from the positive value to arrive at a net value. ABBREVIATIONS: g $CO_2$-eq, grams $CO_2$-equivalent; VMT, vehicle mile traveled; CG SI, conventional gasoline spark ignition; CNG, compressed natural gas; E85, 85% ethanol fuel; E10. 10% ethanol fuel; HEV, hybrid electric vehicle.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

ponents of the life cycle, it could not—because of the wide range of vehicle types and configurations—include a vehicle-manufacturing component. In sum, there are several conclusions that can be drawn:

• The nonclimate-change-related damages per VMT in 2005 are significantly higher than those for light-duty vehicles, as shown above, although they of course pertain to a much higher weight of cargo or number of passengers being carried per VMT.

• Damages not related to climate-change effects drop significantly in 2030 as a result of the full implementation of the 2007-2010 Highway Diesel Rule, which requires substantial reductions in PM and $NO_x$ emissions.

• Amounts of GHG emissions are driven primarily in these analyses by the operations component of the life cycle, and they do not change substantially between 2005 and 2030 (except for a modest improvement in fuel economy). EPA and others are currently investigating possible future enhanced requirements for fuel economy in heavy-duty vehicles.

## HEAT GENERATION

The committee conducted an assessment focused on air-pollution impacts associated with the present and future (2030) use of natural gas for heat in residential and commercial building sectors. The industrial sector was considered more qualitatively, as published statistics do not differentiate clearly between fuel used for heating and for process feedstocks. We focused our assessment on natural gas because it is the major energy source for heat in buildings, although buildings also consumed about 5% of the 39.7 quadrillion British thermal units (quads) of petroleum used in 2008. Only about 12% of U.S. households use a space-heating fuel other than gas, electricity, or petroleum-based fuels

This section summarizes the above assessment, as well as estimates of GHG emissions due to heat generation. Climate-change-related damages are discussed later in this chapter.

### Heat for Residential and Commercial Buildings

We estimated damages attributable to $SO_2$, $NO_x$, $PM_{2.5}$, VOC, and $NH_3$ emissions from on-site combustion across 3,100 U.S. counties. Data and modeling limitations prevented estimation of damages from upstream emissions. The median estimated damages (in 2007 USD) attributable to natural gas combustion for heat in residential buildings are approximately $0.11 per thousand cubic feet (MCF), or 1% of the 2007 residential price of natural gas. Aggregate damages (unrelated to climate change) were approximately $500 million (2007 USD). The median *regional* estimated damages from natural gas combustion for heat in residential buildings ranged

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

from \$0.06 to 0.14/MCF, the upper tail of the distribution was as much as 5% of the current residential price of natural gas when evaluating the 90th percentile value in the South region of the United States. We estimate that damages from combusting natural gas for direct heat are much lower than the damages related to heat produced from electricity, based on average values of the U.S. electricity grid.

Estimated damages from natural gas for heat in commercial buildings are very similar to the estimates for residential buildings. The median estimated externality of natural gas combustion for heat in the commercial building sector is approximately \$0.11/MCF, and aggregate damages are about \$300 million (excluding damages related to climate change) (2007 USD). The variation across U.S. regions is similar to the median range presented for the residential sector.

In 2007, the combined residential and commercial building sectors emitted an estimated 618 million tons of $CO_2$.

Damages associated with energy for heat in 2030 are likely to be approximately the same as those that exist today, contingent upon the development of additional sources to meet demand. Reduction would probably result from changes in the electricity sector, as emissions from natural gas are relatively small and already well-controlled. Increases are possible if new domestic development has higher emissions or if additional imports of liquefied natural gas are needed.

## Heat for Industry

Natural gas use for heating in the industrial sector (6 quads), excluding use for feedstock, is less than natural gas use in the residential and commercial building sectors (8 quads) for 2007; thus, health and environmental damages associated with industrial natural gas use are probably the same order of magnitude or less than the damages associated with natural gas use for heat in residential and commercial buildings. Therefore, a very rough order of magnitude estimate of average externalities associated with the industrial sector use of natural gas is \$0.10/MCF, excluding GHG damages

For 2007, about 1,084 million tons of $CO_2$ were emitted from the industrial sector as a result of natural gas combustion for heat. That amount is greater than the combined amount of 617 million tons of $CO_2$ from the residential and commercial sectors. As discussed below, nonclimate-change damages from natural gas combustion for direct heat are likely to be much smaller than natural gas combustion damages related to climate change.

## In Sum

Aggregate damages from combustion of natural gas for direct heat are estimated to be about \$1.4 billion per year (2007 USD), assuming the

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

magnitude of effects resulting from heat production in industrial activities is comparable to those of residential and commercial sectors. Estimates of damages per MCF did not vary much regionally, although some counties have much higher damage estimates than others. The largest potential for reducing damages associated with the use of energy for heat lies in greater attention to improving the efficiency of energy use.

Damages associated with energy for heat in 2030 are likely to be about the same as those that exist today, assuming that the effects of additional sources to meet demand are offset by lower-emitting sources. *Reduction* in damages would only result from more significant changes—largely in the electricity-generating sector, as emissions from natural gas are relatively small and well-controlled. The greatest potential for reducing damages associated with the use of energy for heat lies in greater attention to improving efficiency. *Increased* damages would also be possible, however, if new domestic energy development resulted in higher emissions or if additional imports of liquefied natural gas, which would increase emissions from the production and international transport of the fuel, were needed.

Combustion of natural gas results in relatively lower GHG and criteria-pollutant-forming emissions, as compared with similar emissions from coal (the main energy source for electricity generation) and petroleum combustion.

## CLIMATE CHANGE

Energy production and use is a major source of GHG emissions, principally $CO_2$ and methane. Externalities are created as increased atmospheric GHG concentrations affect climate, and subsequently, weather, water quality and availability, sea-level rise, and biodiversity. Changes in these physical and biological systems in turn affect a variety of aspects of human life, including water resources, ecosystem services, food production, and health, among other impacts. Quantifying and valuing climate-change impacts to calculate the marginal damage of a ton of carbon, often referred to as the "the social cost of carbon," is an intricate process that involves detailed modeling and analysis. Integrated assessment models (IAMs), which produce such estimates, must make assumptions about the relationship between emissions and temperature change and temperature and economic impacts in multiple sectors. The magnitude of these impacts depends to a large extent on changes in climate and on human adaptation to climate change in the distant future. The discount rate used to determine present-day values of future impacts is thus of key importance, as is the extent to which various climatic changes are expected to be extreme and irreversible.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 47 of
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Given the complexity in evaluating the externalities of energy-induced climate change, the committee focused its efforts on a review of existing IAMs (specifically, the Dynamic Integrated Model of Climate and the Economy [DICE], the Climate Framework for Uncertainty, Negotiation, and Distribution [FUND] model, and the Policy Analysis of the Greenhouse Effect [PAGE] model) and the associated climate-change literature. The committee came to the following conclusions, as discussed in Chapter 5:

• The two features of IAMs that drive estimates of the marginal damage associated with emitting an additional ton of carbon are the choice of discount rate and the relationship between mean temperature change and the percentage change in world gross domestic product (GDP) (that is, the aggregate damage function).

• Holding the discount rate constant, the choice of damage function can alter estimates of marginal damages by an order of magnitude; for example, at a 3% discount rate, the marginal social cost of carbon is approximately $2 per ton of $CO_2$-eq using the FUND model and $22 per ton of $CO_2$-eq using the PAGE model. The differences between these two well-reviewed and respected IAMs illustrate the scientific uncertainties inherent in predicting the magnitude of climate-change damage functions.

• Holding the damage function constant, changing the discount rate from 4.5% to 1.5% will cause the marginal social cost of carbon to rise by an order of magnitude: in the PAGE model; for example, the marginal social cost of carbon is approximately $100 per ton of $CO_2$ at a 1.5% discount rate and $10 at 4.5% discount rate.

• In all IAMs, marginal damage estimates for 2030 GHG emissions are 50% to 80% larger than estimates of damages from emissions occurring within the past few years.

• The impacts of climate change are likely to vary greatly across countries. The estimates of the marginal damage of a ton of $CO_2$-eq, as cited in this report, sum damages across countries using relative GDP as weight, which gives less weight to the damages borne by low-income countries.

• There is great uncertainty about the impact of GHG emissions on future climate and about the impacts of changes in climate on the world economy. This uncertainty is usually handled in IAMs using Monte Carlo simulation. The model is run many times, drawing key parameters from their probability distributions that reflect the uncertainty about the values. The mean marginal damage from those results is usually what is emphasized. This approach does not adequately capture the small probability of catastrophic climate changes and impacts. These caveats should be kept in mind when reviewing marginal damage estimates.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

## COMPARING CLIMATE AND NONCLIMATE DAMAGE ESTIMATES

Table 7-3 summarizes the results of the committee's quantitative analyses of damages related to the production and use of energy. The table presents the monetized health damages and other monetized damages not related to climate change that were presented in this report. In addition, for illustrative purposes, the table presents three different estimates of external global damages on a per-unit basis from effects related to climate change. The different estimates were obtained by selecting three alternative marginal GHG damage values ($10, $30, and $100 per ton $CO_2$-eq) and multiplying each of them by GHG emission rates for electricity generation (coal-fired and natural-gas-fired), for a range of transportation fuels and vehicle technologies, and for the production of heat by combusting natural gas. It is important to note that the damage estimates at the higher end of the range of marginal GHG damage values are associated only with emission paths without significant GHG controls.

The estimated damages related to climate change on a per-unit-of-fuel basis differ across various primary fuels and energy end uses. These estimates are summarized in Table 7-3. How the monetized value of damages related to climate change compares with the value of damages from $SO_2$, $NO_x$, and PM emissions depends on the value chosen for the social cost of carbon. If the social cost of carbon were $30 per ton of $CO_2$-eq, climate-change-related damages would be approximately 3 cents per kWh at coal-fired power plants and 1.5 cents per kWh at natural gas plants, equaling or exceeding in value the damages from $SO_2$, $NO_x$, and PM. For transportation, the value of climate-change damages begins to approach the value of nonclimate damages at $30 per ton of $CO_2$-eq. For direct heat, each estimate of climate-related damages substantially exceeds the damage estimate from nonclimate damages. Thus, in Table 7-3, damages related to climate change are dominant for electricity generated from natural gas and for heat production at all levels of the social cost of carbon. Climate damages for electricity generation from coal and for transportation can be larger than nonclimate damages if a high value is chosen for the social cost of carbon.

Estimates of damages presented in this report do not by themselves provide a guide to policy. Economic theory suggests that the damages associated with pollution emissions should be compared with the costs of reducing emissions: If distributional equity issues are put aside, the theory suggests that damages should not be reduced to zero, but only to the point where the marginal cost of reducing another ton of emissions or other type of burden equals the marginal damages avoided. Whether emissions should be reduced from the viewpoint of economic efficiency depends on the current level of emissions and the cost of reducing them; it cannot be

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

**TABLE 7-3** Monetized Damages Per Unit of Energy-Related Activity[a]

| Energy-Related Activity (Fuel Type) | Nonclimate Damage | Climate Damages (per ton $CO_2$-eq)[c] | | | |
|---|---|---|---|---|---|
| | | $CO_2$-eq Intensity | At $10 | At $30 | At $100 |
| Electricity generation (coal) | 3.2 cents/kWh | 2 lb/kWh | 1 cent/kWh | 3 cents/kWh | 10 cents/kWh |
| Electricity generation (natural gas) | 0.16 cents/kWh | 1 lb/kWh | 0.5 cent/kWh | 1.5 cents/kWh | 5 cents/kWh |
| Transportation[b] | 1.2 to >1.7 cents/VMT | 0.3 to >1.3 lb/VMT | 0.15 to >.65 cent/VMT | 0.45 to >2 cents/VMT | 1.5 to >6 cents/VMT |
| Heat production (natural gas) | 11 cents/MCF | 140 lb/MCF | 70 cents/MCF | 210 cents/MCF | 700 cents/MCF |

[a]Based on emission estimates for 2005. Damages are expressed in 2007 U.S. dollars. Damages that have not been quantified and monetized are not included.

[b]Transportation fuels include E85 herbaceous, E85 corn stover, hydrogen gaseous, E85 corn, diesel with biodiesel, grid-independent HEV, grid-dependent HEV, electric vehicle, CNG, conventional gasoline and RFG, E10, low-sulfur diesel, tar sands. (See Table 7-1 for relative categories of nonclimate damages and Table 7-2 for relative categories of GHG emissions.)

[c]Often called the "social cost of carbon."

ABBREVIATIONS: $CO_2$-eq, carbon dioxide equivalent; VMT, vehicle miles traveled; MCF, thousand cubic feet; E85, ethanol 85% blend; HEV, hybrid electric vehicle; CNG, compressed natural gas; RFG, reformulated gasoline.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

determined from the size of damages alone. We emphasize, however, that economic efficiency is only one of several potentially valid policy goals that need to be considered in managing pollutant emissions and other damages.

## OVERALL CONCLUSIONS AND IMPLICATIONS

### Electricity Generation

Our analysis of the damages associated with energy for electricity focused on air-pollution damages—both local and global—associated with electricity generation. These estimates can be used to inform the choice of type of fuel used to generate electricity and to guide policies regarding the regulation of air emissions from electricity generation.

### Regarding Comparisons Among Fuels for Electricity Generation

• In 2005 damages per kWh from $SO_2$, $NO_x$, and PM emissions were an order of magnitude higher for coal than for natural gas plants: on average, approximately 3.2 cents per kWh for coal and 0.16 cents per kWh for natural gas (2007 USD). $SO_2$, $NO_x$, and PM emissions per kWh were virtually nil for electricity generation from nuclear, wind, and solar plants and not calculated for plants using biomass for fuel.

• Average figures mask large variations among plants in air-pollution damages per kWh, which primarily reflect differences in pollution control equipment. For coal plants, the 5th percentile of the distribution of damages was only 0.5 cents per kWh (2007 USD). Newer plants emit significantly less $SO_2$ and $NO_x$ per kWh than older plants.

### Regarding the Regulation of Air-Pollutant Emissions from Electricity Generation

• Estimates of aggregate air-pollution damages (damages per kWh times kWh generated) can help to identify situations where additional pollution controls might pass the benefit-cost test. We note that the damages from $SO_2$, $NO_x$, and PM at all coal plants, conservatively calculated, were approximately $62 billion in 2005 (2007 USD). (This figure represents the damages from emissions in 2005 relative to zero emissions.) When considering regulations, these damages provide important information to be compared with the costs of controlling emissions related to criteria air pollutants—in particular, comparing the marginal damages per kWh or ton of pollutant with the marginal costs of reducing the emissions.

• The distribution of damages associated with emissions of $SO_2$, $NO_x$, and PM is highly skewed for both coal-fired power plants and

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

natural-gas-fired plants. The 10% of coal plants with the lowest damages produced 43% of air-pollution damages from all coal plants, while the 50% of the coal plants with the lowest damages produced less than 12% of the aggregate damages. (Each group of plants produced the same amount of electricity—about 25% of net generation from coal.) The 10% of natural gas plants with the highest damages per plant in our study produced 24% of the electricity but 65% of the damages.

• For policy purposes, it is useful to know the damages associated with emitting an additional ton of a pollutant because the most economically efficient pollution-control policies are those that target emissions directly. These damages vary significantly depending on the pollutant ($NO_x$ vs. PM) and on where it is emitted. The damage associated with a ton of $SO_2$ varies from \$1,800 to \$10,700 (5th and 95th percentile) at coal plants and from \$1,800 to \$44,000 at natural gas plants (2007 USD). The differences reflect the fact that most coal-fired power plants are located farther away from population centers than natural gas plants are located from population centers. The highest damages per ton are associated with directly emitted PM. These damages vary from \$2,600 to \$160,000 (5th and 95th percentile) at natural gas plants and from \$2,600 to \$26,000 at coal-fired power plants (2007 USD).

## Transportation

Perhaps the most important conclusion to be taken from the transportation analyses is that, when viewed from a full life-cycle perspective, the results are remarkably similar across fuel and technology combinations. One key factor contributing to the similarity is the relatively high contribution to health and other non-GHG damages from emissions in life-cycle phases *other* than the operation of the vehicle. (These phases are the development of the feedstock, the processing of the fuel, and the manufacturing of the vehicle.) There are some differences, however, and some conclusions can be drawn from them:

• The gasoline-driven technologies had somewhat higher damages related to air pollution (excluding climate change) and GHG emissions in 2005 than a number of other fuel and technology combinations. The grid-dependent electric vehicle options had somewhat higher damages than many other technologies, even in our 2030 analysis, in large measure because of continued conventional emissions and GHG emissions from the existing grid and the likely future grid.

• The choice of feedstock for biofuels can significantly affect the relative level of life-cycle damages, and herbaceous and corn stover feedstock have some advantage in our analysis.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

• Additional regulatory actions can significantly affect levels of damages and GHG emissions:

> o This is illustrated in the health and nonclimate damage analysis by the substantial reduction in diesel damages from 2005 to 2030. Major regulatory initiatives to reduce electricity-generation emissions or legislation to regulate carbon emissions would be expected to significantly reduce the relative damages and emissions from the grid-dependent electric-vehicle options. Similarly, a significant shift to lower-emitting grid technologies, such as natural gas, renewable sources, and nuclear, would also reduce these damages.
>
> o In 2030, with the implementation of enhanced 35.5 mpg requirements now being put in place for light-duty vehicles under CAFE and EPA GHG emission rules, the differences among technologies tend to converge somewhat, although the fact that operation of the vehicle is generally less than a third of overall life-cycle emissions and damages tends to dampen the magnitude of that improvement. Further enhancements in fuel efficiency, such as the likely push for an extension beyond 2016 to further improvements, would further improve the GHG emission estimates for all liquid-fuel-driven technologies.

Overall, there are somewhat modest differences among different types of vehicle technologies and fuels, even under the likely 2030 scenarios, although some technologies (for example, grid-dependent electric vehicles) had higher life-cycle emissions. It appears, therefore, that some breakthrough technologies, such as cost-efficient conversion of advanced biofuels, cost-efficient carbon capture and storage, and a shift to a mix of lower-emitting sources of electricity (such as natural gas, renewable sources, and nuclear) will be needed to dramatically reduce transportation-related externalities.

## Heat Generation

• The damages associated with criteria-pollutant-related emissions from the use of energy (primarily natural gas) for heating in the residential, commercial buildings, and industrial sectors are low relative to damages from energy use in the electricity-generation and the transportation sectors. This result is largely because natural gas has low rates of those emissions compared with emissions typically resulting from the electricity-generation and transportation sectors.

• The climate-change-related damages from the use of energy (primarily natural gas) for heating in the buildings and industrial sectors are low relative to climate-change-related damages associated with transpor-

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

tation and electricity production because natural gas carbon intensity is lower than that of coal and gasoline. Regarding energy use for heating, the climate-related damages are in general significantly higher than the nonclimate damages.

• The largest potential for reducing damages associated with the use of energy for heat lies in greater attention to improving the efficiency. The report *America's Energy Future: Technology and Transformation* suggests that the potential for improving efficiency in the buildings and industrial sectors is 25% or more—with the likelihood that emissions damages in these sectors could be held constant in spite of sectoral growth between now and 2030 (NAS/NAE/NRC 2009a).

## Climate Change

Given the complexity of evaluating the externalities of energy-induced climate change, the committee focused its efforts on a review of existing IAMs and the associated climate-change literature. The committee came to the following conclusions, as discussed in Chapter 5:

• The two features of IAMs that drive estimates of the marginal damage associated with emitting an additional ton of carbon (the marginal social cost of carbon) are the choice of discount rate and the relationship between mean temperature change and the percentage change in world GDP (that is, the aggregate damage function).

• Holding the discount rate constant, the damage function used in current IAMs can alter estimates of marginal damages by an order of magnitude.

• Holding the damage function constant, changing the discount rate from 4.5% to 1.5% in an IAM will cause the marginal social cost of carbon to change by an order of magnitude.

• In all IAMs, marginal damage estimates for 2030 GHG emissions are 50-80% larger than estimates of damages from emissions occurring within the past few years.

• There is great uncertainty about the impact of GHG emissions on future climate and about the impacts of changes in climate on the world economy. Mean values of marginal damage estimates are usually reported from integrated planning model simulations. This approach does not adequately capture the small probability of catastrophic climate changes.

## Infrastructure and Security

In Chapter 6, the committee considered damages related to disruptions in the electricity-transmission grid, the vulnerability of energy facilities to

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

*HIDDEN COSTS OF ENERGY*

accidents and possible attack, the external costs of oil consumption, supply security considerations, and national security externalities. The committee strove to clarify approaches for considering security externalities and disentangle externalities from other motivations for energy policy. The committee concludes as follows:

- The nation's electricity-transmission grid is vulnerable to outages and to power quality degradation events because of transmission congestion and the lack of adequate reserve capacity. Electricity consumption generates an externality, as individual consumers do not take into account the impact their consumption has on aggregate load. Damages from this could be significant, and it underscores the importance of careful analysis concerning the costs and benefits of investing in a modernized grid that takes advantage of new smart technology and that is better able to handle intermittent renewable power sources.

- Externalities from accidents at facilities are largely internalized and—in the case of the U.S. oil and gas transmission network—of negligible magnitude per barrel of oil or thousand cubic feet of gas trans-shipped.

- The monopsony component of the oil consumption premium is not an externality. Government policy may be desirable as a countervailing force to monopoly or cartel producer power; however, this is a separate issue from the focus of this report.

- We find that macroeconomic disruptions from oil supply shocks are not an externality. We also find that sharp and unexpected increases in oil prices adversely affect the U.S. economy. Estimates in the literature of the macroeconomic costs of disruption and adjustment ranged from $2 to $8 per barrel in 2007 dollars

- Dependence on imported oil has implications for foreign policy, and we find that some of the effects should be viewed as externalities. We find, however, that it is impossible to quantify these externalities. The role of the military in safeguarding foreign supplies of oil is often identified as a potential externality. We find it difficult if not impossible to disentangle nonenergy-related reasons for a military presence in certain regions of the world from energy-related reasons. Moreover, much of the military cost is likely to be fixed in nature. A 20% reduction in oil consumption, for example, would probably have little impact on the strategic positioning of military forces in the world.

- Nuclear waste and security raises important issues and poses difficult policy challenges. The extent to which externalities exist is difficult to measure. Moreover, it is very difficult to quantify them. Thus, we do not report values in this report but recognize the importance of studying this issue further.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

## RESEARCH RECOMMENDATIONS

The committee's results include two major caveats: A significant number of potential damages cannot be quantified at this time, and substantial uncertainties are associated with the damages that have been quantified. Developers of the committee's statement of task anticipated such circumstances, stating that when it is not feasible to assess specific externalities comprehensively, the committee should recommend assessment approaches and identify key information needs to inform future assessments. In response, the committee has developed a number of research recommendations specific to key topics in this report—electricity, transportation, heat generation, and climate change—as well as one overarching recommendation.

The overarching recommendation is as follows:

• Federal agencies should provide sufficient resources to support new research on the external costs and benefits of energy. In assembling its repository of literature, models, and data needed to carry out an assessment of externalities, the committee became aware that there is limited research funding available to address the topic of externality assessment. In particular, extramural funding from federal agencies provides little support or incentive to pursue this line of research. For example, the APEEP model used in our analysis was funded by a foundation. The GREET model, which we used to estimate transportation-related emissions, is federally supported, but does not explicitly address damages, so it must be coupled with a damage assessment model. EPA has had strong interest and ongoing programs in damage and benefit assessment of air pollution but offers limited resources for research to improve and evaluate its approaches or to develop and assess approaches for other environmental concerns. Because of the growing importance of impact assessment and impact valuation for policy decision making at all levels of government and to avoid a situation in which key uncertainties are addressed only as an adjunct to other research programs, the committee encourages federal agencies, such as the Department of Energy, the Department of Transportation, the National Institutes of Health, the National Science Foundation, and EPA, to support new research specific to externalities with financial resources that are sufficient to address the recommendations for the key topics below in a timely manner.

### Electricity

• Although life-cycle activities pre- and post-generation generally appear to be responsible for a smaller portion of the life-cycle externalities than electricity generation itself, it is desirable to have a systematic estima-

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

tion and compilation of the externalities from these other activities that are comparable in completeness to the externality estimates for the generation part of the life cycle. In this compilation, it will be particularly important to take into account activities (for example, the storage and disposal of coal combustion by-products and the in situ leaching techniques for uranium mining) that may have locally or regionally significant impacts.

•   The use of "reduced-form" modeling of pollutant dispersion and transformation is a key aspect in estimating externalities from airborne emissions on a source-by-source basis; these models should continue to be improved and evaluated.

•   The health effects associated with toxic air pollutants, including specific components of PM, from electricity generation should be quantified and monetized. Given the importance of the "value of a statistical life" in determining the size of air-pollution damages, further exploration is needed to determine how willingness to pay varies with mortality-risk changes and with population characteristics, such as age and health status.

•   Because current data on electricity-generation facilities are available mainly as national averages, improved data and methods are needed to characterize the mix of electricity-generation technologies (and their associated range of emissions per kWh) at city, state, and regional levels. The current disaggregation of national-level information to regional or state levels that are available from the Department of Energy and EPA are often not sufficiently detailed for impact or damage assessments within specific areas of the United States.

•   Continued improvement is necessary in the development of methods to quantify and monetize ecological impacts of all stages of the life cycle of electricity generation, especially of fuel extraction, emission of pollutants, and land-use changes. Similar needs exist for other types of energy production and use.

•   For fossil fuel options, more research is needed to quantify and monetize the ecological and socioeconomic impacts of fuel extraction, for example, of mountaintop mining and valley fill.

•   For nuclear power, significant challenges in estimating potential damages include estimating and valuing risks when the probabilities of accidents and of radionuclide migration (for example, at a high-level waste repository) are very low but the consequences potentially extreme. It is important to assess how such risks would change based on advances in the technology and regulations and to determine whether the costs to utilities of meeting their regulatory requirements fully reflect these potential damages.

•   The analysis of risks associated with nuclear power in the ORNL/RFF (1992-1998) reports should be updated to reflect advances in technology and science.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

- For wind technologies, the major issues lie in quantifying bird and bat deaths; in quantifying or otherwise systematically assessing disturbances to local landscapes, ecosystems, and human populations; and in valuing them in terms comparable to economic damages.

- For solar technologies, one of the greatest needs is an analysis of the upstream activities that quantifies the possible releases of toxic materials and their damages; other needs are a better understanding of the externalities that would accompany disposal or recycling of worn-out panels and dedicating tracts of land to solar power equipment.

- For the transmission lines needed in a transition to a national grid system, better estimates are needed of both the magnitude and the spatial distribution of negative and positive externalities that would accompany this transition.

### Transportation

- It is imperative to better understand potential negative externalities at the earliest possible stage in the research and development process for new fuels and technologies to avoid those externalities as the fuels and technologies are being developed.

- Improved understanding is needed of the currently unquantifiable effects and potential damages related to transportation, especially as they relate to biofuels (for example, effects on water resources and ecosystems) and battery technology (for example, effects throughout the battery life cycle of extraction through disposal).

- More accurate emissions factors are needed for each stage of the fuel and vehicle life cycle. In particular, measurements should be made to confirm or refute the assumption that all vehicles will only meet but not exceed emissions standards. In actual practice, there can be significant differences between on-road performance and emissions requirements, and some alternative-fuel vehicles may do better or worse than expected.

- Because a significant fraction of life-cycle health impacts comes from vehicle manufacture and fuel production, it is important to improve and expand the information and databases used to construct emissions factors for those life stages. In particular, there is a need to understand whether and how energy-efficiency improvements in these industrial components might change the overall estimates of life-cycle health damages.

- The issue of indirect land-use change is central to current debates about the merit of biofuels. Regardless of whether this impact is regarded as an externality associated with U.S. or foreign biofuels production, it is important to obtain more empirical evidence about its magnitude and causes, as well as to improve the current suite of land-use change models.

- As better data become available, future studies should take a range

Copyright © National Academy of Sciences. All rights reserved.

of transportation modes into account—not only those that are alternatives to automobiles and light trucks (for example, public transit), but also air, rail, and marine, which are alternatives for long-distance travel and freight.

## Heat Generation

• Assessment of energy use and its impacts in the industrial sector in particular (but in all sectors to some extent) could be improved by development of more extensive databases that contain details about specific forms of energy use and associated waste streams. Such databases should be designed so that life-cycle analysis of alternatives can be made without inadvertent double counting.

• A more quantitative assessment of industrial sector externalities, done collaboratively between the government and industry, would be valuable in informing priorities for future initiatives to reduce the externalities associated with industrial operations. Such an assessment was not possible in this study largely because of data limitations.

## Climate Change

• More research on climate damages is needed to estimate the impacts of climate change, especially impacts that can be expressed in economic terms, as current valuation literature relies heavily on climate-change impact data from the year 2000 and earlier.

• Marginal damages of GHG emissions may be highly sensitive to the possibility of catastrophic events. More research is needed on their impacts, the magnitude of the damages in economic terms, and the probabilities associated with various types of catastrophic events and impacts.

• Estimates of the marginal damage of a ton of $CO_2$-eq include aggregate damages across countries according to GDP, thereby giving less weight to the damages borne by low-income countries. This aggregate estimate should be supplemented by distributional measures that describe how the burden of climate change varies among countries.

## In Conclusion

In aggregate, the damage estimates presented in this report for various external effects are substantial. Just the damages from external effects that the committee was able to quantify add up to more than $120 billion for

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

the year 2005.[7] Although large uncertainties are associated with the committee's estimates, there is little doubt that the aggregate total substantially underestimates the damages because it does not include many other kinds of damages, such as those related to some pollutants, climate change, ecosystems, infrastructure, and security, that could not be quantified for reasons explained in the report. In many cases, we have identified the omissions in this report, with the hope that they will be evaluated in future studies.

Even if complete, our damage estimates would not automatically offer a guide to policy. From the perspective of economic efficiency, theory suggests that damages should not be reduced to zero but only to the point where the cost of reducing another ton of emissions (or other type of burden) equals the marginal damages avoided—that is, the degree to which a burden should be reduced depends on its current level and the cost of lowering it. The solution cannot be determined from the amount of damage alone. Economic efficiency, however, is only one of several potentially valid policy goals that need to be considered in managing pollutant emissions and other burdens. For example, even within the same location, there is compelling evidence that some members of the population are more vulnerable than others to a particular external effect.

Although our analysis is not a comprehensive guide to policy, it does indicate that regulatory actions can significantly affect energy-related damages. For example, the full implementation of the federal diesel-emissions rules would result in a sizeable decrease in nonclimate damages from diesel vehicles between 2005 and 2030. Similarly, major initiatives to further reduce other emissions, improve energy efficiency, or shift to a cleaner electricity-generating mix (for example, renewable sources, natural gas, and nuclear) could substantially reduce the damages of external effects, including those from grid-dependent hybrid and electric vehicles.

It is thus our hope that this information will be useful to government policy makers, even in the earliest stages of research and development on energy technologies, as an understanding of their external effects and damages could help to minimize the technologies' adverse consequences.

---

[7]These are damages related principally to emissions of $NO_x$, $SO_2$, and PM relative to a baseline of zero emissions from energy-related sources for the effects considered in this study.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

# References

AAR (Association of American Railroads). 2009. Railroads and Coal. July 2008 [online]. Available: http://www.aar.org/InCongress/~/media/AAR/BackgroundPapers/Railroads%20and%20Coal%20%20July%202009.ashx [accessed July 24, 2009].

Abel, A. 2006. Electric Reliability: Options for Electric Transmission Infrastructure Improvements. Report No. RL32075. Congressional Research Service, Library of Congress, Washington, DC. September 20, 2006 [online]. Available: http://digital.library.unt.edu/govdocs/crs/permalink/meta-crs-10432:1 [accessed Aug. 5, 2009].

ACAA (American Coal Ash Association). 2008a. 2007 Coal Combustion Product (CCP) Production & Use Survey Results. ACCA, Aurora, CO. September 15, 2008 [online]. Available: http://www.acaa-usa.org/associations/8003/files/2007_ACAA_CCP_Survey_Report_Form%2809-15-08%29.pdf [accessed Apr. 20, 2009].

ACAA (American Coal Ash Association). 2008b. ACAA 2007 CCP Survey: 1966-2007 CCP Beneficial Use v. Production. ACCA, Aurora, CO [online]. Available: http://www.acaa-usa.org/associations/8003/files/Revised_1966_2007_CCP_Prod_v_Use_Chart.pdf [accessed Apr. 20, 2009].

Adelman, M.A. 1980. The clumsy cartel. Energy J. 1(1):43-53.

Alberta. 2008. Environmental Management of Alberta's Oil Sands. Government of Alberta, Canada. December 2008 [online]. Available: http://environment.gov.ab.ca/info/library/8042.pdf [accessed Apr. 16, 2009].

Aldy, J.E., A.J. Krupnick, RG. Newell, I.W.H. Parry, and W.A. Pizer. 2009. Designing Climate Mitigation Policy. NBER Working Paper No. 15022. National Bureau of Economic Research, Inc., Cambridge, MA.

Alhajji, A.F., and D. Huettner. 2000. OPEC and World Crude Oil Markets from 1973 to 1994: Cartel, oligopoly, or competitive? Energy J. 21(3):31-60.

Almond, D., L. Edlund, and M. Palme. 2007. Chernobyl's Subclinical Legacy: Prenatal Exposure to Radioactive Fallout and School Outcomes in Sweden. NBER Working Paper No. 13347. National Bureau of Economic Research, Inc., Cambridge, MA.

Amato, A.D., M. Ruth, P. Kirshen, and J. Horwitz. 2005. Regional energy demand responses to climate change: Methodology and application to the Commonwealth of Massachusetts. Climatic Change 71(1-2):175-201.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use

Anisimov, O.A., D.G. Vaughan, T.V. Callaghan, C. Furgal, H. Marchant, T.D. Prowse, H. Vilhjálmsson and J.E. Walsh. 2007. Polar regions (Arctic and Antarctic). Pp. 653-685 in Climate Change 2007: Impact, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change, M. Parry, O. Canziani, J. Palutikof, P. van der Linden, C. Hanson, eds. Cambridge: Cambridge University Press [online]. Available: http://www.ipcc.ch/pdf/assessment-report/ar4/wg2/ar4-wg2-chapter15.pdf [accessed Apr. 19, 2010].

Ann, F., D. Gordon, H. He, D. Kodjak, and D. Rutherford. 2007. Passenger Vehicle Greenhouse Gas and Fuel Economy Standards: A Global Update. International Council on Clean Transportation, Washington, DC. July 2007 [online]. Available: http://www.theicct.org/documents/ICCT_GlobalStandards_2007_revised.pdf [accessed May 7, 2009].

ANS (American Nuclear Society). 2005. The Price-Anderson Act: Background Information. American Nuclear Society. November 2005 [online]. Available: http://www.ans.org/pi/ps/docs/ps54-bi.pdf [accessed Apr. 24, 2009].

API (American Petroleum Institutes). 2009. Offshore Access to America's Oil and Natural Gas Resources. America's Oil and Natural Gas Industry. April 24, 2009 [online]. Available: http://www.api.org/aboutoilgas/upload/access_primer.pdf [accessed May 7, 2009].

API /AOPL (American Petroleum Institutes and Association of Oil Pipe Lines). 2007. Pipeline 101: Overview: How Many Pipelines are There? American Petroleum Institutes and Association of Oil Pipe Lines, Washington, DC [online]. Available: http://www.pipeline101.com/Overview/energy-pl.html [accessed May 12, 2009].

Archer, C.L. 2000. A comparison of state legal approaches to CCB reuse. Pp. 87-92 in Proceedings of the Use and Disposal of Coal Combustion By-Products at Coal Mines: A Technical Interactive Forum, April 10-13, 2000, Morgantown, WV, K.C. Vories, and D. Throgmorton, eds. U.S. Department of Interior, Office of Surface Mining, Alton, IL, U.S. Department of Energy, National Energy Technology Center, and Coal Research Center, Southern Illinois University, Carbondale, IL [online]. Available: http://www.mcrcc.osmre.gov/PDF/Forums/CCB2/2f.pdf [accessed April 20, 2009].

Argonne National Laboratory. 2009. The Greenhouse Gases, Regulated Emissions, and Energy Use on Transportation (GREET) Model. U.S. Department of Energy, Argonne National Laboratory [online]. Available: http://www.transportation.anl.gov/modeling_simulation/GREET/ [accessed Oct. 12, 2009].

Arnett, E.B., W.K. Brown, W.P. Erickson, J.K. Fiedler, B.L. Hamilton, T.H. Henry, A. Jain, G.D. Johnson, J. Kerns, R.R. Koford, C.P. Nicholson, T.J. O'Connell, M.D. Piorkowski, and R.D. Tankersley. 2008. Patterns of bat fatalities at wind energy facilities in North America. J. Wildlife Manage. 72(1):61-78.

Arrow, K. 1975. Political and economic evaluation of social effects and externality. Pp. 47-64 in Frontiers of Quantitative Economics, M.D. Intriligator, ed. Amsterdam: North-Holland.

Auffhammer, M., V. Ramanathan, and J.R. Vincent. 2006. Integrated model shows that atmospheric brown clouds and greenhouse gases have reduced rice harvests in India. Proc. Natl. Acad. Sci. USA 103(52):19668-19672.

Australian Government. 2009. Protecting People from Impact of Uranium Mining. Australian Government, Department of the Environment, Water, Heritage, and the Arts, Canberra [online]. Available: http://www.environment.gov.au/ssd/research/protect/index.html [accessed May 21, 2009].

AWEA (American Wind Energy Association). 2009. U.S. and China in Race to the Top of Global Wind Industry. American Wind Energy Association Newsroom: February 2, 2009 [online]. Available: http://awea.org/newsroom/releases/us_and_china_race_to_top_of_wind_energy_02Feb09.html [accessed April 20, 2009].

Axsen, J., A.F. Burke, and K.S. Kurani. 2008. Batteries for Plug-in Hybrid Electric Vehicles (PHEVs): Goals and the State of Technology circa 2008. Research Report UCD-ITS-RR-

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

08-14. Institute of Transportation Studies, University of California, Davis. May 2008 [online]. Available: http://pubs.its.ucdavis.edu/publication_detail.php?id=1169 [accessed Oct. 12, 2009].

Bandivadekar, A., K. Bodek, L. Cheah, C. Evans, T. Groode, J. Heywood, E. Kasseris, M. Kromer, and M. Weiss. 2008. On The Road In 2035: Reducing Transportation's Petroleum Consumption and GHG Emissions. Report No. LFEE 2008-05 RP. Laboratory for Energy and the Environment, Massachusetts Institute of Technology. July 2008 [online]. Available: http://web.mit.edu/sloan-auto-lab/research/beforeh2/otr2035/ [accessed April 20, 2009].

Barbose, G., C. Goldman, and B. Neenan. 2004. A Survey of Utility Experience with Real Time Pricing. Paper LBNL-54238. Lawrence Berkeley National Laboratory, University of California. December 1, 2004 [online]. Available: http://repositories.cdlib.org/lbnl/LBNL-54238 [accessed May 14, 2008].

Bare, J.C., G.A. Norris, D.W. Pennington, and T. McKone. 2002. TRACI: The tool for the reduction and assessment of chemical and other environmental impacts. J. Ind. Ecol. 6(3-4):49-78.

Bartis, J.T., T. LaTourrette, L. Dixon, D.J. Peterson, and G. Cecchine. 2005. Oil Shale Development in the United States: Prospects and Policy Issues. Santa Monica, CA: RAND [online]. Available: http://www.rand.org/pubs/monographs/2005/RAND_MG414.pdf [accessed May 12, 2009].

Bates, B.C., Z.W. Kundzewicz, S. Wu, and J.P. Palutikof, eds. 2008. Climate Change and Water. Technical Paper of the Intergovernmental Panel on Climate Change. Geneva: IPCC Secretariat [online]. Available: http://www.ipcc.ch/pdf/technical-papers/climate-change-water-en.pdf [accessed Apr. 21, 2009].

Baumol, W.J., and W.E. Oates. 1988. On the theory of externalities. Pp. 7-154 in The Theory of Environmental Policy, 2nd Ed. New York: Cambridge University Press.

BEA (Bureau of Economic Analysis). 2009. National Economic Accounts: Fixed Assets Tables. U.S. Department of Commerce, Bureau of Economic Analysis [online]. Available: http://www.bea.gov/National/index.htm#fixed [accessed June 1, 2009].

Bennett, D.H., T.E. McKone, J.S. Evans, W.W. Nazaroff, M.D. Margni, O. Jolliet, and K.R. Smith. 2002. Defining intake fraction. Environ. Sci. Technol. 36(9):207A-211A.

Bernanke, B.S., M. Gertler, M. Watson, C.A. Sims, and B.M. Friedman. 1997. Systematic monetary policy and the effects of oil price shocks. Brookings Pap. Eco. Ac. 1:91-157.

Blanchard, O., and J. Gali. 2008. The Macroeconomic Effects of Oil Price Shocks: Why Are the 2000s Different from the 1970s? Economic Working Papers 1045 [online]. Available: http://www.econ.upf.edu/docs/papers/downloads/1045.pdf [accessed Oct. 12, 2009].

BLM (Bureau of Land Management). 2008. Oil Shale and Tar Sands Programmatic EIS Information Center: About Oil Shale. U.S. Department of the Interior, Bureau of Land Management [online]. Available: http://ostseis.anl.gov/guide/index.cfm [accessed Apr. 9, 2009].

BLS (Bureau of Labor Statistics). 2009a. Census of Fatal Occupational Injuries. U.S. Department of Labor, Bureau of Labor Statistics [online]. Available: http://www.bls.gov/iif/oshcfoi1.htm#19922002 [accessed Mar. 25, 2009].

BLS (Bureau of Labor Statistics). 2009b. Occupational Injuries/Illnesses and Fatal Injuries Profile. U.S. Department of Labor, Bureau of Labor Statistics [online]. Available: http://data.bls.gov:8080/GQT/servlet/InitialPage [accessed Mar. 25, 2009].

Bodek, K. 2006. U.S. Transportation Energy Fact Sheet. Massachusetts Institute of Technology. October 18, 2006 [online]. Available: http://www.mitenergyclub.org/assets/2008/11/15/TransportationUS.pdf [accessed July 30, 2009].

Bohi, D.R., and M.A. Toman. 1993. Energy security: Externalities and policies. Energ. Policy 21(11):1093-1109.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Bohi, D.R., and M.A. Toman. 1995. Energy Security as a Basis for Energy Policy. Prepared for the American Petroleum Institute, Washington, DC. April 1995.

Borenstein, S. 2005. Time-varying retail electricity prices: Theory and practice. Pp. 317-356 in Electricity Deregulation: Choices and Challenges, J.M. Griffin, and S.L. Puller, eds. Chicago: University of Chicago Press.

BP. 2008. BP Statistical Review of World Energy 2008. June 2008 [online]. Available: http://www.bp.com/liveassets/bp_internet/globalbp/globalbp_uk_english/reports_and_publications/statistical_energy_review_2008/STAGING/local_assets/downloads/pdf/statistical_review_of_world_energy_full_review_2008.pdf [accessed Aug.3, 2009].

Brauman, K.A., G.C. Daily, T.K. Duarte, and H.A. Mooney. 2007. The nature and value of ecosystem services: An overview highlighting hydrologic services. Annu. Rev. Environ. Resour. 32:67-98.

Brinkman, N., M. Wang, T. Weber, and T. Darlington. 2005. Well-to-Wheels Analysis of Advanced Fuel/Vehicle Systems—A North American Study of Energy Use, Greenhouse Gas Emissions, and Criteria Pollutant Emissions. May 2005 [online]. Available: http://www.transportation.anl.gov/pdfs/TA/339.pdf [accessed Apr. 20, 2009].

BTS (Bureau of Transportation Statistics). 2009. National Transportation Statistics 2009. Research and Innovative Technology Administration, Bureau of Transportation Statistics, U.S. Department of Transportation [online]. Available: http://www.bts.gov/publications/national_transportation_statistics/ [accessed Feb. 26, 2009].

Buckley, L.B., and J. Roughgarden. 2004. Biodiversity conservation: Effects of changes in climate and land use. Nature 430(6995):2, 33.

Buckley, T.D., and D.F. Pflughoeft-Hassett. 2007. National Synthesis Report on Regulation, Standards, and Practices Related to the Use of Coal Combustion Products. Final Report. 2007-EERC-12-11. Prepared for U.S. Department of Energy, National Energy Technology Laboratory, Pittsburgh, PA, and U.S. Environmental Protection Agency, Washington, DC, by Energy and Environmental Research Center, University of North Dakota, Grand Forks, ND. December 2007 [online]. Available: http://www.epa.gov/epawaste/partnerships/c2p2/pubs/natpraccc08.pdf [accessed Apr. 20, 2009].

Byun, D.W., and L.K. Schere. 2006. Review of the governing equations, computational algorithms, and other components of the models-3 Community Multiscale Air Quality (CMAQ) modeling system. Appl. Mech. Rev. 59(2):51-77.

CCSP (U.S. Climate Change Science Program). 2007. Effects of Climate Change on Energy Production and Use in the United States. A Report by the U.S. Climate Change Science Program and Subcommittee on Global Change Research, T.J. Wilbanks, V. Bhatt, D.E. Bilello, S.R. Bull, J. Ekmann, W.C. Horak, Y.J. Huang, M.D. Levine, M.J. Sale, D.K. Schmalzer, and M.J. Scott, eds. U.S. Department of Energy, Office of Biological and Environmental Research, Washington, DC.

CCSP (U.S. Climate Change Science Program). 2008. Weather and Climate Extremes in Changing Climate, Region of Focus: North America, Hawaii, Caribbean, and U.S. Pacific Islands. Synthesis and Assessment Product 3.3. Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, T.R. Karl, G.A. Meehl, C.D. Miller, S.J. Hassol, A.M. Waple, and W.L. Murray, eds. U.S. Department of Commerce, NOAA's National Climatic Data Center, Washington, DC. June 2008 [online]. Available: http://www.climatescience.gov/Library/sap/sap3-3/final-report/sap3-3-final-all.pdf [accessed July 31, 2009].

CCSP (U.S. Climate Change Science Program). 2009. Coastal Sensitivity to Sea-Level Rise: A Focus on the Mid-Atlantic Region. Synthesis and Assessment Product 4.1. Report by the U.S. Climate Change Science Program and the Subcommittee on Global Change Research, [J.G. Titus (Coordinating Lead Author), K.E. Anderson, D.R. Cahoon, D.B. Gesch, S.K. Gill, B.T. Gutierrez, E.R. Thieler, and S.J. Williams (Lead Authors)]. U.S.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Environmental Protection Agency, Washington, DC. January 2009 [online]. Available: http://www.climatescience.gov/Library/sap/sap4-1/final-report/#finalreport [accessed Sept. 11, 2009].

Chew, L., and K.N. Ramdas. 2005. Caught in the Storm: Impact of Natural Disasters on Women. San Francisco: The Global Fund for Women [online]. Available: http://www.globalfundforwomen.org/cms/images/stories/downloads/disaster-report.pdf [accessed Apr. 21, 2009].

Clarke, G., D. Leverington, J. Teller, and A. Dyke. 2003. Superlakes, megafloods and abrupt climate change. Science 301(5635):922-923.

Clarkson, R., and K. Deyes. 2002. Estimating the Social Cost of Carbon Emissions. Government Economic Service Working Paper 140. The Public Enquiry Unit—HM Treasury, London [online]. Available: http://www.hm-treasury.gov.uk/d/SCC.pdf [accessed June 9, 2009].

Cline, W.R. 1992. The Economics of Global Warming. Washington DC: Institute for International Economics.

Cline, W.R. 2007. Global Warming and Agriculture: Impact Estimates by Country. Washington, DC: Peterson Institute for International Economics.

CNA Corporation. 2007. National Security and the Threat of Climate Change. CNA Corporation, Alexandria, VA [online]. Available: http://securityandclimate.cna.org/report/ [accessed Apr. 22, 2009].

Cohen, M.A. 1986. The costs and benefits of oil spill prevention and enforcement. J. Environ. Econ. Manage. 13(2):167-188.

Cohen, M.J. 1995. Technological disasters and natural resource damage assessment: An evaluation of the Exxon Valdez oil spill. Land Econ. 71(1):65-82.

Cohon, J.L. 2004. Multiobjective Programming and Planning. Mineola, NY: Dover Publications.

Consumer Energy Council of America Research Foundation. 1993. Incorporating Environmental Externalities into Utility Planning: Seeking a Cost-Effective Means of Assuring Environmental Quality. Washington, DC: Consumer Energy Council of America Research Foundation.

Cropper, M.L. 2000. Has economic research answered the needs of environmental policy? J. Environ. Econ. Manage. 39(3):328-350.

Darwin, R.F., and R.S.J. Tol. 2001. Estimates of the economic effects of sea level rise. Environ. Resour. Econ. 19(2):113-129.

Davis, S.C., S.W. Diegel, and R.G. Boundy. 2009. Transportation Energy Data Book, 28th Ed. ORNL-6984. Oak Ridge National Laboratory, U.S. Department of Energy [online]. Available: http://cta.ornl.gov/data/download28.shtml [accessed Sept. 17, 2009].

DeCarolis, J., and D.W. Keith. 2001. The real cost of wind energy. Science 294(5544): 1000-1003.

Delucchi, M.A. 1993. Emissions of Greenhouse Gases from the Use of Transportation Fuels and Electricity, Vol. 2: Appendixes A-S. ANL/ESD/TM-22, Vol. 2. Center for Transportation Research, Argonne National Laboratory, Argonne, IL. November 1993 [online]. Available: http://www.osti.gov/bridge/servlets/purl/10119540-bvi5FP/webviewable/10119540.pdf [accessed Apr. 22, 2009].

Delucchi, M.A. 2004. Social cost of motor vehicle use. Pp. 65-75 in Encyclopedia of Energy, Vol. 4. San Diego: Academic Press.

Delucchi, M.A. 2006. Lifecycle Analyses of Biofuels, Draft Report. UCD-ITS-RR-06-08. Institute of Transportation Studies, University of California, Davis, CA. May 2006 [online]. Available: http://www.its.ucdavis.edu/publications/2006/UCD-ITS-RR-06-08.pdf [accessed Apr. 22, 2009].

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Dennis, S.M. 2005. Improved estimates of ton-miles. J. Transp. Stat. 8(1):23-44.

Deschenes, O., and M. Greenstone. 2007. The economic impacts of climate change: Evidence from agricultural output and random fluctuations in weather. Am. Econ. Rev. 97(1):354-385.

Deutch, J., and J.R. Schlesinger. 2006. National Security Consequences of U.S. Oil Dependency. Independent Task Force Report No. 58. New York: Council on Foreign Relations [online]. Available: http://www.cfr.org/content/publications/attachments/EnergyTFR.pdf [accessed May 18, 2009].

Dietz, S., C.W. Hope, N.H. Stern, and D. Zenghelis. 2007. Reflections on the Stern Review (1) A Robust Case for Strong Action to Reduce the Risks of Climate Change. World Econ. 8(1):121-168.

Dinar, A., R. Mendelsohn, R. Evenson, J. Parikh, A. Sanghi, K. Kumar, J. McKinsey, and S. Lonergan. 1998. Measuring the Impact of Climate Change on Indian Agriculture. World Bank Technical Paper No. 402. The World Bank, Washington, DC.

Dincer, I. 1999. Environmental impacts of energy. Energ. Policy 27(14):845-854.

Dockery, D.W., C.A. Pope, X. Xu, J.D. Spengler, J.H. Ware, M.E. Fay, B.G. Ferris, and F.E. Speizer. 1993. An association between air pollution and mortality in six U.S. cities. N. Engl. J. Med. 329(24):1753-1759.

DOE (U.S. Department of Energy). 2004. PV FAQs: What is the Energy Payback for PV. DOE/GO-102004-2040. Office of Energy Efficiency and Renewable Energy, U.S. Department of Energy, Washington, DC [online]. Available: http://www1.eere.energy.gov/solar/pdfs/37322.pdf [accessed July 28, 2009].

DOE (U.S. Department of Energy). 2006a. The History of Nuclear Energy. DOE/NE-0088. U.S. Department of Energy, Office of Nuclear Energy, Science, and Technology, Washington, DC [online]. Available: http://www.nuclear.gov/pdfFiles/History.pdf [accessed Mar. 12, 2009].

DOE (U.S. Department of Energy). 2006b. The U.S. Generation IV Fast Reactor Strategy. DOE/NE-0130. U.S. Department of Energy, Office of Nuclear Energy. December 2006 [online]. Available: http://nuclear.gov/pdfFiles/genIvFastReactorRptToCongressDec2006.pdf [accessed Apr. 22, 2009].

DOE (U.S. Department of Energy). 2008a. 20% Wind Energy by 2030: Increasing Wind Energy's Contribution to U.S. Electricity Supply. Energy Efficiency and Renewable Energy, U.S. Department of Energy. July 2008 [online]. Available: http://www1.eere.energy.gov/windandhydro/pdfs/41869.pdf [accessed July 27, 2009].

DOE (U.S. Department of Energy). 2008b. Industrial Total Energy Consumption. Energy Intensity Indicators in the U.S. Planning, Budget and Analysis. U.S. Department of Energy, Energy Efficiency and Renewable Energy [online]. Available: http://www1.eere.energy.gov/ba/pba/intensityindicators/printable_versions/total_industrial.html [accessed May 28, 2009].

DOE (U.S. Department of Energy). 2009a. GEN IV Nuclear Energy Systems [online]. Available: http://www.ne.doe.gov/genIV/neGenIV1.html [accessed May 6, 2009].

DOE (U.S. Department of Energy). 2009b. Alternative and Advanced Vehicles: Natural Gas Vehicles. Alternative Fuels and Advanced Vehicles Data Center, U.S. Department of Energy, Energy Efficiency and Renewable Energy [online]. Available: http://www.afdc.energy.gov/afdc/vehicles/natural_gas.html [accessed May 26, 2009].

DOE (U.S. Department of Energy). 2009c. Building Technologies Program. U.S. Department of Energy, Energy Efficiency and Renewable Energy [online]. Available: http://www.eere.energy.gov/buildings/ [accessed May 26, 2009].

Dones, R., T. Heck, M. Faist Emmenegger, and N. Jungbluth. 2005. Life cycle inventories for the nuclear and natural gas energy systems, and examples of uncertainty analysis. Int. J. LCA 10(1):10-23.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Donner, S.D., and C.J. Kucharik. 2008. Corn-based ethanol production compromises goal of reducing nitrogen export by the Mississippi River. Proc. Natl. Acad. Sci. USA 105(11): 4513-4518.

DOT/DOC (U.S. Department of Transportation and U.S. Department of Commerce). 2004. 2002 Economic Census: Transportation-2002 Commodity Flow Survey. EC02TCF-US. U.S. Department of Transportation, Bureau of Transportation Statistics, U.S. Department of Commerce, U.S. Census Bureau. December 2004 [online]. Available: http://www.bts.gov/publications/commodity_flow_survey/2002/united_states/pdf/entire.pdf [accessed Apr. 22, 2009].

Downing, T.E., R.A.Greener, and N. Eyre. 1995. The Economic Impacts of Climate Change: Assessment of Fossil Fuel Cycles for the ExternE Project. Environmental Change Unit, University of Oxford, and Eyre Energy Environment, Lonsdale.

Downing, T.E., N. Eyre, R. Greener, and D. Blackwell. 1996a. Full Fuel Cycle Study: Evaluation of the Global Warming Externality for Fossil Fuel Cycles with and Without $CO_2$ Abatement and for Two References Scenarios. Report to the International Energy Agency Greenhouse Gas R&D Programme, by Environmental Change Unit, University of Oxford. February 12, 1996 [online]. Available: http://www.mi.uni-hamburg.de/fileadmin/fnu-files/staff/tol/RM4722.pdf [accessed June 2, 2009].

Downing, T.E., N. Eyre, R. Greener, and D. Blackwell. 1996b. Projected Costs of Climate Change for Two References Scenarios and Fossil Fuels Cycles. Report to the European Commission ExternE Project, by Environmental Change Unit, University of Oxford. July 25, 1996 [online]. Available: http://www.mi.uni-hamburg.de/fileadmin/fnu-files/staff/tol/RM3157.pdf [accessed June 4, 2009].

Dubin, J.A., and G.S. Rothwell. 1990. Subsidy to nuclear power through the Price-Anderson Liability Limit. Contemp. Econ. Policy 8(3):73-79.

EC (European Commission). 1995a. ExternE: Externalities of Energy: Luxembourg: Office for Official Publications of the European Communities [online]. Available: http://www.externe.info/ [accessed Apr. 23, 2009].

EC (European Commission). 1995b. ExternE: Externalities of Energy, Vol. 5. Nuclear. Luxembourg: Office for Official Publications of the European Communities [online]. Available: http://www.externe.info/ [accessed May 12, 2009].

EC (European Commission). 2003. External Costs: Research Results on Socio-Environmental Damages Due to Electricity and Transport. EUR 20198. Luxembourg: Office for Official Publications of the European Communities [online]. Available: http://ec.europa.eu/research/energy/pdf/externe_en.pdf [accessed May 6, 2009].

EC (European Commission). 2005. ExterneE-Externalities of Energy: Methodology 2005 Update, P. Bickel and R. Friedrich, eds. EUR21951. Luxembourg: Office for Official Publications of the European Communities [online]. Available: http://www.externe.info/ [accessed Oct. 8, 2009].

EC (European Commission). 2008. ExternE-Externalities of Energy. A Research Project of the European Commission [online]. Available: http://www.externe.info/ [accessed May 26, 2009].

EC-JRC (European Commission Joint Research Center). 2008. Well-to-Wheels Analysis of Future Automotive Fuels and Powertrains in the European Context. WELL-TO-TANK Report Version 3.0. European Commission Joint Research Center. November 2008 [online]. Available: http://ies.jrc.ec.europa.eu/WTW [accessed Apr. 22, 2009].

EEAI (Energy and Environmental Analysis, Inc.). 2005. Characterization of the U.S. Industrial Commercial Boiler Population. Prepared for Oak Ridge National Laboratory, by Energy and Environmental Analysis, Inc., Arlington, VA. May 2005 [online]. Available: http://www.cibo.org/pubs/industrialboilerpopulationanalysis.pdf [accessed Apr. 22, 2009].

EIA (Energy Information Administration). 2003. Energy Efficiency Measurement Discussion. Energy Information Administration, U.S. Department of Energy [online]. Available: http://

Copyright © National Academy of Sciences. All rights reserved.

www.eia.doe.gov/emeu/efficiency/measure_discussion.htm#Market-Basket%20Approach [accessed Oct. 9, 2009].

EIA (Energy Information Administration). 2004a. EIA-767 Data Files, Annual Stream-Electric Plant Operation and Design Data. Electricity Database Files. Energy Information Administration, U.S. Department of Energy [online]. Available: http://www.eia.doe.gov/cneaf/electricity/page/eia767.html [accessed Dec. 27, 2005] (as cited in NRC 2006a).

EIA (Energy Information Administration). 2004b. EIA-860 Database, Annual Electric Generator Report. Electricity Database Files. Energy Information Administration, U.S. Department of Energy [online]. Available: http://www.eia.doe.gov/cneaf/electricity/page/eia860.html [accessed Dec. 27, 2005] (as cited in NRC 2006a).

EIA (Energy Information Administration). 2006a. Annual Coal Report 2005. DOE/EIA-0584(2005). Energy Information Administration [online].Available: http://www.eia.doe.gov/cneaf/coal/page/acr/acr_sum.html [accessed March 2007] (as cited in NRC 2007a).

EIA (Energy Information Administration). 2006b. Renewable Energy Annual 2004 with Preliminary Data for 2004. Energy Information Administration, Office of Nuclear, Electric and Alternative Fuels, U.S. Department of Energy. June 2006 [online]. Available: http://tonto.eia.doe.gov/ftproot/renewables/060304.pdf [accessed May 22, 2009].

EIA (Energy Information Administration). 2006c. Energy Use in Manufacturing 1998-2002: Energy Consumption by the Manufacturing Sector-Cost of Energy. Energy Information Administration [online]. Available: http://www.eia.doe.gov/emeu/mecs/special_topics/energy_use_manufacturing/energyuse98_02/energy_cons.html#ce [accessed May 29, 2009].

EIA (Energy Information Administration). 2007. Manufacturing Energy Consumption Survey (MECS): Manufacturing and Industrial Energy Uses and Costs: 2002 Energy Consumption by Manufacturers-Data Tables [online]. Available: http://www.eia.doe.gov/emeu/mecs/mecs2002/data02/shelltables.html [accessed May 29, 2009].

EIA (Energy Information Administration). 2008a. Annual Energy Review 2007. Report No. DOE/EIA-0384(2007). Energy Information Administration, June 2008 [online]. Available: http://tonto.eia.doe.gov/FTPROOT/multifuel/038407.pdf [accessed May 1, 2009].

EIA (Energy Information Administration). 2008b. Annual Energy Outlook 2008. DOE/EIA-0383(2008). Energy Information Administration, U.S. Department of Energy, Washington, DC [onbline]. Available: http://www.eia.doe.gov/oiaf/aeo/pdf/0383(2008).pdf [accessed May 20, 2009].

EIA (Energy Information Administration). 2008c. Domestic Uranium Production Report (2003-2007). Energy Information Administration [online]. Available: http://www.eia.doe.gov/cneaf/nuclear/dupr/dupr.html [accessed May 20, 2009].

EIA (Energy Information Administration). 2008d. Petroleum Products: Supply. Energy Information Sheets. Energy Information Administration. September 2008 [online]. Available: http://www.eia.doe.gov/neic/infosheets/petroleumproducts.html [accessed: Mar. 18, 2009].

EIA (Energy Information Administration). 2008e. 2003 CBECS (Commercial Buildings Energy Consumption Survey) Detailed Tables. Energy Information Administration [online]. Available: http://www.eia.doe.gov/emeu/cbecs/cbecs2003/detailed_tables_2003/detailed_tables_2003.html#consumexpen03 [accessed May 28, 2009].

EIA (Energy Information Administration). 2008f. Emission of Greenhouse Gases in the United States 2007. DOE/EIA-573(2007). Energy Information Administration, U.S. Department of Energy, Washington, DC. December 2008 [online]. Available: http://www.eia.doe.gov/oiaf/1605/ggrpt/pdf/0573(2007).pdf [accessed July 31, 2009].

EIA (Energy Information Administration). 2008g. International Energy Outlook 2008. DOE/EIA-0484(2008), Energy Information Administration. September 2008 [online]. Available: http://www.eia.doe.gov/oiaf/ieo/pdf/0484(2008).pdf [accessed Aug. 3, 2009].

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

EIA (Energy Information Administration). 2009a. Electric Power Monthly, July 2009 Edition: with Data for April 2009. DOE/EIA-0226(2009/7. Energy Information Administration [online]. Available: http://www.eia.doe.gov/cneaf/electricity/epm/epm.pdf [accessed July 27, 2009].

EIA (Energy Information Administration). 2009b. Coal Basics 101. Energy Information Administration [online]. Available: http://www.eia.doe.gov/basics/coal_basics.html [accessed Apr. 22, 2009].

EIA (Energy Information Administration). 2009c. Annual Coal Report: 2007. DOE/EIA 0584 (2007). Energy Information Administration, Office of Coal, Nuclear, Electric, and Alternative Fuels, U.S. Department of Energy, Washington, DC. February 2009 [online]. Available: http://www.eia.doe.gov/cneaf/coal/page/acr/acr.pdf [accessed Apr. 22, 2009].

EIA (Energy Information Administration). 2009d. Electric Power Annual 2007. DOE/EIA-348(2007). Office of Coal, Nuclear, Electric and Alternative Fuels, Energy Information Administration, U.S. Department of Energy, Washington, DC. January 2009 [online]. Available: http://www.eia.doe.gov/cneaf/electricity/epa/epa.pdf [accessed July 27, 2009].

EIA (Energy Information Administration). 2009e. Annual Energy Outlook 2009, With Projections to 2030. DOE/EIA-0383(2009). Energy Information Administration, Office of Integrated Analysis and Forecasting, U.S. Department of Energy, Washington, DC. March 2009 [online]. Available: http://www.eia.doe.gov/oiaf/aeo/pdf/0383(2009).pdf [accessed Apr. 22, 2009].

EIA (Energy Information Administration). 2009f. Supplemental Tables to the Annual Energy Outlook 2009, With Projections to 2030. Energy Information Administration, Office of Integrated Analysis and Forecasting, U.S. Department of Energy, Washington, DC. March 2009 [online]. Available: http://www.eia.doe.gov/oiaf/aeo/supplement/ [accessed Oct. 7, 2009].

EIA (Energy Information Administration). 2009g. U.S. Overview, State Energy Profiles. Energy Information Administration [online]. Available: http://tonto.eia.doe.gov/state/ [accessed Apr. 17, 2009].

EIA (Energy Information Administration). 2009h. Petroleum Basics 101. Energy Information Administration [online]. Available: http://www.eia.doe.gov/basics/petroleum_basics.html [accessed Mar. 18, 2009].

EIA (Energy Information Administration). 2009i. 2005 Residential Energy Consumption Survey-Detailed Tables. Energy Information Administration [online]. Available: http://www.eia.doe.gov/emeu/recs/recs2005/c&e/detailed_tables2005c&e.html [accessed May 29, 2009].

EIA (Energy Information Administration). 2009j. Manufacturing Energy Consumption Survey (MECS): Manufacturing and Industrial Energy Uses and Costs [online]. Available: http://www.eia.doe.gov/emeu/mecs/ [accessed May 27, 2009].

EIA (Energy Information Administration). 2009k. Electric Power Monthly, April 2009 Edition: with Data for January 2009. DOE/EIA-0226(2009/04). Energy Information Administration [online]. Available: http://tonto.eia.doe.gov/ftproot/electricity/epm/02260904.pdf [accessed Aug. 3, 2009].

EIA (Energy Information Administration). 2009l. Independent Statistics and Analysis. Natural Gas. Imports/Exports & Pipelines. Energy Information Administration [online]. Available: http://www.eia.doe.gov/oil_gas/natural_gas/info_glance/natural_gas.html [accessed Apr. 14, 2010].

EPA (U.S. Environmental Protection Agency). 1995. Pp 1.1-5 in Compilation of Air Pollutant Emission Factors. Vol. 1. Stationary Point and Area Sources, 5th Ed. AP-42. Office of Air Quality Planning and Standards, Office of Air and Radiation, U.S. Environmental Protection Agency, Research Triangle Park, NC. January 1995 [online]. Available: http://www.epa.gov/ttn/chief/old/ap42/5th_edition/ap42_5thed_orig.pdf [accessed Apr. 23, 2009].

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

EPA (U.S. Environmental Protection Agency). 1999. Technical Background Document for the Report to Congress on Remaining Wastes from Fossil Fuel Combustion: Industry Statistics and Waste Management Practices. Supporting Materials, Fossil Fuel Combustion Waste, U.S. Environmental Protection Agency. March 15, 1999 [online]. Available: http://www.epa.gov/osw/nonhaz/industrial/special/fossil/ffc2_398.pdf [accessed Apr. 23, 2009].

EPA (U.S. Environmental Protection Agency). 2002. A Survey of the Water Quality of Streams in the Primary Region of Mountaintop/Valley Fill Coal Mining: October 1999-January 2001. Final Report. U.S. Environmental Protection Agency Region 3, Wheeling, WV. April 8, 2002 [online]. Available: http://www.epa.gov/region3/mtntop/pdf/appendices/d/stream-chemistry/MTMVFChemistryPart1.pdf [accessed Oct. 12, 2009].

EPA (U.S. Environmental Protection Agency). 2004a. Continuous Emission Monitoring System. Program and Regulation, U.S. Environmental Protection Agency. [online]. Available: http://www.epa.gov/airmarkets/monitoring/index.html [accessed Nov. 17, 2004] (as cited in NRC 2006a).

EPA (U.S. Environmental Protection Agency). 2004b. Documentation Summary for EPA Base Case 2004 (V.2.1.9) Using the Integrated Planning Model. EPA 430/R-04-008. Office of Air and Radiation, U.S. Environmental Protection Agency, Washington, DC. October 2004 [online]. Available: http://www.epa.gov/airmarkets/progsregs/epa-ipm/docs/basecase2004.pdf [accessed Apr. 20, 2010].

EPA (U.S. Environmental Protection Agency). 2005a. Mountaintop Mining/ Valley Fills in Appalachia Final Programmatic Environmental Impact Statement. EPA 9-03-R-05002. U.S. Environmental Protection Agency, Region 3, Philadelphia, PA [online]. Available: http://www.epa.gov/region03/mtntop/pdf/mtm-vf_fpeis_full-document.pdf [accessed May 3, 2009].

EPA (U.S. Environmental Protection Agency). 2005b. Regulatory Impact Analysis for the Final Clean Air Interstate Rule. EPA-452/R-05-002. Office of Air and Radiation, U.S. Environmental Protection Agency [online]. Available: http://www.epa.gov/cair/pdfs/finaltech08.pdf [accessed Sept. 10, 2009].

EPA (U.S. Environmental Protection Agency). 2005c. CMAQ Model Performance Evaluation for 2001: Updated March 2005. Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, NC [online]. Available: http://www.epa.gov/scram001/reports/cair_final_cmaq_model_performance_evaluation_2149.pdf [accessed Sept. 18, 2009].

EPA (U.S. Environmental Protection Agency). 2008a. Landfills. Wastes-Non-Hazardous Waste-Municipal Solid Waste, U.S. Environmental Protection Agency [online]. Available: http://www.epa.gov/epawaste/nonhaz/municipal/landfill.htm [accessed Mar. 22, 2009].

EPA (U.S. Environmental Protection Agency). 2008b. FY 2008 End of Year Activity Report. Memorandum to UST/LUST Regional Division Directors, Regions 1-10, from Cliff Rothenstein, Director of Underground Storage Tanks, Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency, Washington, DC. November 20, 2008 [online]. Available: http://www.epa.gov/OUST/cat/ca_08_34.pdf [accessed May 12, 2009].

EPA (U.S. Environmental Protection Agency). 2008c. Lead Emissions from the Use of Leaded Aviation Gasoline in the United States. Technical Support Document. EPA420-R-08-020. Assessment and Standards Division, Office of Transportation and Air Quality, U.S. Environmental Protection Agency. October 2008 [online]. Available: http://www.epa.gov/OMS/regs/nonroad/aviation/420r08020.pdf [accessed May 12, 2009].

EPA (U.S. Environmental Protection Agency). 2008d. 2002 National Emission Inventory Data & Documentation. Technology Transfer Network Clearinghouse for Inventories

Copyright © National Academy of Sciences. All rights reserved.

and Emissions Factors, U.S. Environmental Protection Agency [online]. Available: http://www.epa.gov/ttnchie1/net/2002inventory.html [accessed May 29, 2009].

EPA (U.S. Environmental Protection Agency). 2009a. Mid-Atlantic Mountaintop Mining: Environmental Impacts. Region 3, U.S. Environmental Protection Agency [online]. Available: http://www.epa.gov/Region3/mtntop/#impacts [accessed Mar. 14, 2009].

EPA (U.S. Environmental Protection Agency). 2009b. Clean Air Mercury Rule. Office of Air and Radiation, U.S. Environmental Protection Agency [online]. Available: http://www.epa.gov/oar/mercuryrule/ [accessed July 27, 2009].

EPA (U.S. Environmental Protection Agency). 2009c. Environmental and Health Information. Wastes-Partnerships-Coal Combustion, Products Partnership, U.S. Environmental Protection Agency [online]. Available: http://www.epa.gov/epawaste/partnerships/c2p2/use/effects.htm [accessed Mar. 22, 2009].

EPA (U.S. Environmental Protection Agency). 2009d. Coal Combustion Residues (CCR)—Surface Impoundments with High Hazard Potential Ratings, Fact Sheet. EPA530-F-09-006. Office of Wastes, U.S. Environmental Protection Agency, Washington, DC. June 2009 (updated August 2009). [online]. Available: http://www.epa.gov/osw/nonhaz/industrial/special/fossil/ccrs-fs/mdex.htm [accessed Sept. 2, 2009].

EPA (U.S. Environmental Protection Agency). 2009e. Uranium Mining Waste. Radiation Protection Programs. U.S. Environmental Protection Agency [online]. Available: http://www.epa.gov/radiation/tenorm/uranium.html [accessed May 21, 2009].

EPA (U.S. Environmental Protection Agency). 2009f. The Green Book Nonattainment Areas for Criteria Pollutants. U.S. Environmental Protection Agency [online]. Available: http://www.epa.gov/oar/oaqps/greenbk/ [accessed Oct. 7, 2009].

EPA (U.S. Environmental Protection Agency). 2009g. FY 2008 Annual Report on the Underground Storage Tank Program. EPA-510-R-09-001. Office of Solid Waste and Emergency Response, office of Underground Storage Tanks, U.S. Environmental Protection Agency, Washington, DC. March 2009 [online]. Available: http://www.epa.gov/OUST/pubs/OUST_FY08_Annual_Report-_Final_3-19-09.pdf [accessed May 12, 2009].

EPA (U.S. Environmental Protection Agency). 2009h. EPA Lifecycle Analysis of Greenhouse Gas Emissions from Renewable Fuels. EPA-420-F-09-024. Office of Transportation and Air Quality, U.S. Environmental Protection Agency. May 2009 [online]. Available: http://www.epa.gov/oms/renewablefuels/420f09024.pdf [accessed July 29, 2009].

EPA (U.S. Environmental Protection Agency). 2009i. U.S. Greenhouse Gas Inventory Report, U.S. Environmental Protection Agency [online]. Available: http//epa.gov/climatechange/emissions/usinventoryreport09.html [Accessed Apr 12, 2010]

EPASAB (U.S. Environmental Protection Agency Science Advisory Board). 2007. SAB Advisory on EPA's Issues in Valuing Mortality Risk Reduction. EPA-SAB-08-001. Memorandum to Stephen L. Johnson, Administrator, U.S. Environmental Protection Agency, from M. Granger Morgan, Chair, EPA Science Advisory Board, and Maureen Cropper, Chair, Environmental Economics Advisory Committee, U.S. Environmental Protection Agency, Washington, DC. October 12, 2007 [online]. Available: http://yosemite.epa.gov/sab/sabproduct.nsf/4128007E7876B8F0852573760058A978/$File/sab-08-001.pdf [accessed Sept. 16, 2009].

EPASAB (U.S. Environmental Protection Agency Science Advisory Board). 2009. Valuing the Protection of Ecological Systems and Services. EPA-SAB-09-012. U.S. Environmental Protection Agency Science Advisory Board [online]. Available: http://yosemite.epa.gov/sab/sabproduct.nsf/WebBOARD/5A0F054E9847A796852575860062F1DB?OpenDocument [accessed May 6, 2009].

EPRI (Electric Power Research Institute). 2007. Program on Technology Innovation: Room at the Mountain. Report No. 1015046. EPRI, Palo Alto, CA. June 29, 2007.

Etkin, D.S. 2001. Analysis of oil spill trends in the United States and worldwide. Pp. 1291-1300 in Global Strategies for Prevention, Preparedness, Response, and Restoration:

Copyright © National Academy of Sciences. All rights reserved.

Proceedings of the 2001 International Oil Spill Conference, March 26-29, 2001, Tampa, FL. API Publication 4710 B. Washington, DC: API [online]. Available: http://www.environmental-research.com/publications/pdf/spill_statistics/paper4.pdf, [accessed May 7, 2009]

Fankhauser, S. 1995a. Valuing Climate Change: The Economics of the Greenhouse. London: Earthscan.

Fankhauser, S. 1995b. Protection vs. retreat: The economic costs of sea level rise. Environ. Plann. A 27(2):299-319.

Fann, N., C.M. Fulcher, and B.J. Hubbell. 2009. The influence of location, source, and emission type in estimates of the human health benefits of reducing a ton of air pollution. Air Qual. Atmos. Health 2(3):169-176.

Finck, P.J. 2005. Statement of Dr. Phillip J. Finck, Deputy Associate Laboratory Director for Applied Science and Technology and National Security, Argonne National Laboratory, Before House Committee on Science, Energy Subcommittee, Hearing on Nuclear Fuel Reprocessing, June 16, 2005 [online]. Available: http://www.anl.gov/Media_Center/News/2005/testimony050616.html [accessed Apr. 23, 2009].

FRA (Federal Railroad Administration). 2008. Railroad Safety Statistics 2007 Preliminary Annual Report. U.S. Department of Transportation, Federal Railroad Administration [online]. Available: http://safetydata.fra.dot.gov/OfficeofSafety/publicsite/Prelim.aspx [accessed May 21, 2009].

Fthenakis, V., and E. Alsema. 2006. Photovoltaics energy payback times, greenhouse gas emissions and external costs: 2004-early 2005 status. Prog. Photovolt. Res. Appl. 14(3):275-280.

Fthenakis, V.M., and H.C. Kim. 2007. Greenhouse-gas emissions from solar electric- and nuclear power: A life-cycle study. Energ. Policy 35(4):2549-2557.

Fthenakis, V.M., H.C. Kim, and E. Alsema. 2008. Emissions from photovoltaic life cycles. Environ. Sci. Technol. 42(6):2168-2174.

Fullerton, D., I. Hong, and G.E. Metcalf. 2001. A tax on output of the polluting industry is not a tax on pollution: The importance of hitting the target. Pp. 13-43 in Behavioral and Distributional Effects of Environmental Policy. National Bureau of Economic Research, Inc. [online]. Available: http://www.nber.org/chapters/c10604.pdf [accessed Aug. 10, 2009].

FUND (Climate Framework for Uncertainty, Negotiation and Distribution). 2008. FUND Model, Version 3.3 [online]. Available: http://www.mi.uni-hamburg.de/fileadmin/fnu-files/staff/tol/FundTechnicalTables.pdf [accessed June 2, 2009].

GAO (U.S. Government Accountability Office). 2006. Nuclear Power Plants: Efforts Made to Upgrade Security, but the Nuclear Regulatory Commission's Design Basis Threat Process Should be Improved. GAO-06-388. Washington, DC: U.S. Government Accountability Office. March 2006 [online]. Available: http://www.gao.gov/new.items/d06388.pdf [accessed Aug. 10, 2009].

GAO (Government Accounting Office). 2007. Maritime Transportation: Major Oil Spills Occur Infrequently, but Risks to the Oil Spill Fund Remain. GAO-07-1085. Washington, DC: GAO. September 2007 [online]. Available: http://www.gao.gov/new.items/d071085.pdf [accessed June 10, 2009].

Garza-Gil, M., A. Prada-Blanco, and M. Vazquez-Rodriguez. 2006. Estimating the short-term economic damages from the prestige oil spill in the Galician fisheries and tourism. Ecol. Econ. 58(4):842-849.

Gassman, P.W. 2008. A Simulation Assessment of the Boone River Watershed: Baseline Calibration/Validation Results and Issues, and Future Research Needs. Ph.D. Thesis, Iowa State University, Ames, IA.

Greco, S.L., A.M. Wilson, J.D. Spengler, and J.I. Levy. 2007. Spatial patterns of mobile source particulate matter emissions-to-exposure relationships across the United States. Atmos. Environ. 41(5):1011-1025.

Copyright © National Academy of Sciences. All rights reserved.

Greene, D.L. 2009. Measuring energy security: Can the United States achieve oil indepen-
dence? Energy Policy 38(4):1614-1621.

Greene, D.L., and P.N. Leiby. 2006. The Oil Security Metrics Model: A Tool for Evaluating the
Perspective Oil Security Benefits of DOE's Energy Efficiency and Renewable Energy R&D
Programs. ORNL/TM-2006/505. Oak Ridge National Laboratory, Oak Ridge, TN. May
2006 [online]. Available: https://apps3.eere.energy.gov/ba/pba/analysis_database/docs/
pdf/Oil%20Metrics_FINAL.pdf [accessed May 18, 2009].

Greene, D.L., D.W. Jones, and M.A. Delucchi, eds. 1997. Measuring the Full Social Costs and
Benefits of Transportation. Heidelberg, Germany: Springer.

GTCC LLRW EIS (Greater-Than-Class C Low-Level Radioactive Waste Environmental Impact
Statement). 2009. Guide to Greater-Than-Class C Low-Level Radioactive Waste. Infor-
mation Center [online]. Available: http://www.gtcceis.anl.gov/guide/index.cfm [accessed
Apr. 27, 2009].

Guinée, J., and R. Heijungs. 1993. A proposal for the classification of toxic substances within
the framework of life cycle assessment of products. Chemosphere 26(10):1925-1944.

Gullett, B.K., A. Touati, and M.D. Hays. 2003. PCDD/F, PCB, HxCBz, PAH, and PM emission
factors for fireplace and woodstove combustion in the San Francisco Bay area. Environ.
Sci. Technol. 37(9):1758-1765.

Hamilton, J. 2009. Causes and consequences of the oil shock of 2007-08. Brookings Pap.
Eco. Ac. Spring 2009 [online]. Available: http://www.brookings.edu/economics/bpea/~/
media/Files/Programs/ES/BPEA/2009_spring_bpea_papers/2009_spring_bpea_hamilton.
pdf [accessed May 18, 2009].

Hamilton, J.D., and A.M. Herrera. 2004. Oil shocks and aggregate macroeconomic behavior:
The role of monetary policy. J. Money Credit and Bank. 36(2):265-286.

Hansen, L., and M. Ribaudo. 2008. Economic Measures of Soil Conservation Benefits: Re-
gional Values for Policy Assessment. Technical Bulletin No. 1922. Economic Research
Service, U.S. Department of Agriculture. September 2008 [online]. Available: http://www.
ers.usda.gov/Publications/TB1922/TB1922.pdf [accessed July 29, 2009].

Harte, J., A. Ostling, J.L. Green, and A. Kinzig. 2004. Biodiversity conservation: Climate
change and extinction risk. Nature 430(6995):33.

Harvey, L.D.D., and Z. Huang. 1995. Evaluation of the potential impact of methane clathrate
destabilization on future global warming. J. Geophys. Res. 100(D2):2905-2926.

Heggenstaller, A.H., K.J. Moore, M. Liebman, and R.P. Anex. 2009. Nitrogen influences
productivity and resource partitioning by perennial, warm-season grasses. Agron. J.
101(6):1363-1371.

Heimbuch, D.G., E. Lorda, D. Vaughan, L.W. Barnthouse, J. Uphoff, W. Van Winkle, A.
Kahnle, B. Young, J. Young, and L. Kline. 2007. Assessing coastwide effects of power
plant entrainment and impingement on fish populations: Atlantic menhaden example. N.
Am. J. Fish. Manage 27(2):569-577.

Hertwich, E.G., S.F. Mateles, W.S. Pease, and T.E. McKone. 2001. Human toxicity potentials
for life cycle analysis and toxics release inventory risk screening. Environ. Toxicol. Chem.
20(4):928-939.

Heyes, A.G., and C. Liston-Heyes. 1998. Subsidy to nuclear power through Price-Anderson
liability limit: Comment. Contemp. Econ. Policy 16(1):122-124.

Hill, J., S. Polasky, E. Nelson, D. Tilman, H. Huo, L. Ludwig, J. Neumann, H. Zheng, and D.
Bonta. 2009. Climate change and health cost of air emissions from biofuels and gasoline.
Proc. Natl. Acad. Sci. 106(6):2077-2082.

Hitz, S., and J. Smith. 2004. Estimating global impacts from climate change. Global Environ.
Chang. A 14(3):201-218.

Hodgson, D., and K. Miller. 1995. Modelling UK energy demand. In Global Warming and
Energy Demand, T. Barker, P. Ekins, and N. Johnstone, eds. London: Routledge (as cited
in Downing et al. 1996b)

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Hofstetter, P. 1998. Perspectives in Life Cycle Impact Assessment: A Structured Approach to Combine Models of the Technosphere, Ecosphere and Valuesphere. Boston: Kluwer.

Hogan, W.W. 2008. Electricity Market Design: Coordination, Pricing and Incentives. ERCOT Energized Conference, Austin, TX, May 2, 2008. [online]. Available: http://ksghome. harvard.edu/~whogan/Hogan_Ercot_050208.pdf [accessed Aug. 6, 2009].

Hohmeyer, O. 1988. Social Costs of Energy Consumption: External Effects of Electricity Generation in the Federal Republic of Germany. New York: Springer.

Homan, A.C. and T. Steiner. 2008. OPA 90's impact at reducing oil spills. Mar. Policy 32(4):711-728.

Hope, C. 2006. The marginal impact of CO2 from PAGE2002: An integrated assessment model incorporating the IPCC's five reasons for concern. Integr. Assess. J. 6(1):19-56.

Hope, C., and D. Newbery. 2008. Calculating the social cost of carbon. Pp. 31-63 in Delivering a Low Carbon Electricity System, M. Grubb, T. Jamasb, and M.G. Pollitt, eds. Cambridge: Cambridge University Press.

Horvath, A., C.T. Hendrickson, L.B. Lave, F.C. McMichael, and T.S. Wu. 1995. Toxic emissions indices for green design and inventory. Environ. Sci. Technol.29(2):86-90.

Huijer, K. 2005. Trends in Oil Spills from Tanker Ships 1995-2004. Presented at the 28th Arctic and Marine Oil Spill Program (AMOP) Technical Seminar, 7-9 June 2005, Calgary, Canada [online]. Available: http://www.itopf.com/_assets/documents/amop05.pdf [accessed Oct. 9, 2009].

Hung, M.F., and D. Shaw. 2005. A trading-ratio system for trading water pollution discharge permits. J. Environ. Econ. Manage. 49(1):83-102.

IAEA (International Atomic Energy Agency). 1999. Health and Environmental Impacts of Electricity Generation Systems: Procedures for Comparative Assessment. Technical Report No. 394. Vienna, Austria: IAEA [online]. Available: http://www-pub.iaea.org/ MTCD/publications/PDF/TRS394_scr.pdf [accessed May 7, 2009].

IAEA (International Atomic Energy Agency). 2008. Uranium Report: Plenty More Where That Come From: Supply Sufficient for Next Century Amid Robust Demand Growth. IAEA News Centre, June 3, 2008 [online]. Available: http://www.iaea.org/NewsCenter/ News/2008/uraniumreport.html [accessed May 20, 2008].

IARC (International Agency for Research on Cancer). 2008. World Cancer Report 2008, P. Boyle and B. Levin, eds. Lyon: IARC [online]. Available: http://www.iarc.fr/en/ publications/pdfs-online/wcr/2008/index.php [accessed July 28, 2009].

IEA (International Energy Agency). 2007. Tracking Industrial Energy Efficiency and CO2 Emission. Paris, France: OECD/IEA [online]. Available: http://www.iea.org/textbase/ nppdf/free/2007/tracking_emissions.pdf [accessed Apr. 24, 2009].

Interlaboratory Working Group. 2000. Scenarios for a Clean Energy Future. ORNL/CON-476 and LBNL-44029. Prepared for Office of Energy Efficiency and Renewable Energy, by Interlaboratory Working Group on Energy-Efficient and Clean Energy Technologies. Oak Ridge National Laboratory, Oak Ridge, TN, and Lawrence Berkeley National Laboratory, Berkeley, CA [online]. Available: http://www.nrel.gov/docs/fy01osti/29379. pdf [accessed Apr. 24, 2009].

IOM (Institute of Medicine). 2006. Valuing Health for Regulatory Cost-Effectiveness Analysis, W. Miller, L.A. Robinson, and R.S. Lawrence, eds. Washington, DC: The National Academies Press.

IPCC (Intergovernmental Panel on Climate Change). 2000. IPCC Special Report: Emission Scenarios: Summary for Policymakers. A Special Report of IPCC Working Group III [online]. Available: http://www.ipcc.ch/pdf/special-reports/spm/sres-en.pdf [accessed Apr. 22, 2009].

IPCC (Intergovernmental Panel on Climate Change). 2001. Climate Change 2001: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Third Assessment

Copyright © National Academy of Sciences. All rights reserved.

Report of the Intergovernmental Panel on Climate Change, J.J. McCarthy, O.F. Canziani, N.A. Leary, D.J. Dokken and K.S. White, eds. Cambridge: Cambridge University Press.

IPCC (Intergovernmental Panel on Climate Change). 2005. IPCC Special Report on Carbon Dioxide Capture and Storage. Prepared by Working Group III of the Intergovernmental Panel on Climate Change, B. Metz, O. Davidson, H. de Coninck, M. Loos, and L. Meyer, eds. New York: Cambridge University Press [online]. Available: http://arch.rivm.nl/env/int/ipcc/pages_media/SRCCS-final/SRCCS_WholeReport.pdf [accessed Apr. 24, 2009].

IPCC (Intergovernmental Panel on Climate Change). 2007a. Climate Change 2007: Synthesis Report—Summary for Policy Makers [online]. Available: http://www.ipcc.ch/pdf/assessment-report/ar4/syr/ar4_syr_spm.pdf [accessed Apr. 24, 2009].

IPCC (Intergovernmental Panel on Climate Change). 2007b. Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change, S. Solomon, D. Qin, M. Manning, M. Marquis, K. Averyt, M.M.B. Tingor, and H.L. Miller, and Z. Chen, eds. Cambridge: Cambridge University Press [online]. Available: http://www.ipcc.ch/ipccreports/ar4-wg1.htm [accessed Apr. 24, 2009].

IPCC (Intergovernmental Panel on Climate Change). 2007c. Climate Change 2007: Mitigation. Contribution of Working Group III to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change, B. Metz, O. Davidson, P. Bosch, R. Dave, and L. Meyer, eds. Cambridge: Cambridge University Press [online]. Available: http://www.ipcc.ch/ipccreports/ar4-wg3.htm [accessed June 5, 2009].

IPCC (Intergovernmental Panel on Climate Change). 2007d. Climate Change 2007: Impact, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change, M. Parry, O. Canziani, J. Palutikof, P. van der Linden, C. Hanson, eds. Cambridge: Cambridge University Press [online]. Available: http://www.ipcc.ch/ipccreports/ar4-wg2.htm [accessed June 1, 2009].

Izaurralde, R.C., J.R. Williams, W.B. McGill, N.J. Rosenberg, and M.C.Q. Jakas. 2006. Simulating soil C dynamics with EPIC: Model description and testing against long-term data. Ecol. Model. 192(3-4):362-384.

Jacobson, M.Z., and G.M. Masters. 2001. Exploiting wind versus coal. Science 293(5534): 1438.

Jaramillo, P., W.M. Griffin, and H.S. Matthews. 2007. Comparative life cycle air emissions of coal, domestic natural gas, LNG, and SNG for electricity generation. Environ. Sci. Technol. 41(17):6290-6296.

Jolliet, O., R. Müller-Wenk, J. Bare, A. Brent, M. Goedkoop, R. Heijungs, N. Itsubo, C. Pena, D. Pennington, J. Potting, G. Rebitzer, M. Stewart, H.U. de Haes, and B. Weidema. 2004. The LCIA midpoint-damage framework of the UNEP/SETAC life cycle initiative. Int. J. LCA 9(6):394-404.

Jones, J.A., J. Ehrhardt, L.H.J. Goossens, J. Brown, R.M. Cooke, F. Fischer, I. Hasemann, and B.C.P. Kraan. 2001. Probabilistic Accident Consequence Uncertainty Assessment Using COSYMA: Overall Uncertainty Analysis. EUR-18826. FZKA-6312. European Communities [online]. Available: ftp://ftp.cordis.europa.eu/pub/fp5-euratom/docs/eur18826_en.pdf [accessed June 10, 2009].

Karl, T.R., J.M. Melillo, and T.C. Peterson, eds. 2009. Global Climate Change Impacts in the United States: State Knowledge Report from the U.S. Global Change Research Program. Cambridge: Cambridge University Press [online]. Available: http://downloads.globalchange.gov/usimpacts/pdfs/climate-impacts-report.pdf [accessed Aug. 3, 2009].

Katzenstein, W., and J. Apt. 2009. Air emissions due to wind and solar power. Environ. Sci. Technol. 43(2):253-258.

Keller, K., B.M. Bolker, and D.F. Bradford. 2004. Uncertain climate thresholds and optimal economic growth. J. Environ. Econ. Manag. 48(1):723-741.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Keeney, R.L., and H. Raiffa. 1993. Decisions with Multiple Objectives: Preferences and Value Tradeoffs. Cambridge: Cambridge University Press.

Kintner-Meyer, M., K. Schneider, and R. Pratt. 2007. Impacts Assessment of Plug-in Hybrid Vehicles on Electric Utilities and Regional US Power Grids, Part 1. Technical Analysis Journal of EUEC Vol. 1, Paper No. 04 [online]. Available: http://www.euec.com/journal/documents/pdf/Paper_4.pdf [accessed Apr. 27, 2009].

Kjellstrom, T., R.S. Kovats, S.J. Lloyd, T. Holt, and R.S.J. Tol. 2008. The Direct Impact of Climate Change on Regional Labour Productivity. Working Paper No. 260. The Economic and Social Research Institute, Dublin. October 2008 [online]. Available: http://www.tara.tcd.ie/bitstream/2262/23779/1/WP260.pdf [accessed Oct. 12, 2009].

Knowlton, K., J.E. Rosenthal, C. Hogrefe, B. Lynn, S. Gaffin, R. Goldberg, C. Rosenzweig, K. Civerolo, J.Y. Ku, and P.L. Kinney. 2004. Assessing ozone-related health impacts under a changing climate. Environ. Health Perspect. 112(15):1557-1563.

Koch, F.H. 2000. Hydropower: Internalised Costs and Externalized Benefits. International Energy Agency (IEA), Ottawa, Canada.

Kochi, I., B. Hubbell, and R. Kramer. 2006. An empirical Bayes approach to combining and comparing estimates of the value of a statistical life for environmental policy analysis. Environ. Resour. Econ. 34(3):385-406.

Kruize, H., O. Hänninen, O. Breugelmans, E. Lebret, and M. Jantunen. 2003. Description and demonstration of the EXPOLIS simulation model: Two examples of modeling population exposure to particulate matter. J. Expo. Anal. Environ. Epidemiol. 13(2):87-99.

Kundzewicz, Z.W., L.J. Mata, N.W. Arnell, P. Döll, P. Kabat, B. Jiménez, K.A. Miller, T. Oki, Z. Sen, and I.A. Shiklomanov. 2007. Freshwater resources and their management. Pp. 173-210 in Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change, M.L. Parry, O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson, eds. Cambridge, UK: Cambridge University Press [online]. Available: http://www.ipcc.ch/ipccreports/ar4-wg2.htm [accessed Apr. 27, 2009].

Kunz, T.H., E.B. Arnett, W.P. Erickson, A.R. Hoar, G.D. Johnson, R.P. Larkin, M.D. Strickland, R.W. Thresher, and M.D. Tuttle. 2007. Ecological impacts of wind energy development on bats: Questions, research needs, and hypotheses. Front. Ecol. Environ. 5(6):315-324.

Kurukulasuriya, P., R. Mendelsohn, R. Hassan, J. Benhin, T. Deressa, M. Diop, H.M. Eid, K.Y. Fosu, G. Gbetibouo, S. Jain, A. Mahamadou, R. Mano, J. Kabubo-Mariara, S. El-Marsafawy, E. Molua, S. Ouda, M. Ouedraogo, I. Séne, D. Maddison, S.N. Seo, and A. Dinar. 2006. Will African agriculture survive climate change? World Bank Econ. Rev. 20(3):367-388.

LaCommare, K.H., and J.H. Eto. 2004. Understanding the Cost of Power Interruptions to U.S. Electricity Consumers. Ernest Orlando Lawrence Berkeley National Laboratory, University of California Berkeley, Berkeley, CA. September 2004 [online]. Available: http://eetd.lbl.gov/ea/EMS/reports/55718.pdf [accessed Aug. 3, 2009].

Larsen, J. 2006. Setting the Record Straight: More than 52,000 People Died from Heat in Summer 2003. Earth Policy Institute, Eco–Economy Updates July 28, 2006 [online]. Available: http://www.earth-policy.org/Updates/2006/Update56.htm [accessed April 27, 2009].

Lawton, L., M. Sullivan, K. Van Liere, A. Katz, and J. Eto. 2003. A Framework and Review of Customer Outage Costs: Integration and Analysis of Electric Utility Outage Cost Surveys. LBNL 54365. Ernest Orlando Lawrence Berkeley National Laboratory, University of California, Berkeley, CA. November 2003 [online]. Available: http://certs.lbl.gov/pdf/54365.pdf [accessed Aug. 5, 2009].

Layton, D.F., and K. Moeltner. 2005. The cost of power outages to heterogeneous households—An application of the gamma-lognormal distribution. Pp. 35-54 in Applications

Copyright © National Academy of Sciences. All rights reserved.

of Simulation Methods in Environmental and Resource Economics, R. Scarpa, and A.A Alberini, eds. Dordrecht, The Netherlands: Springer.

Leary, N., J. Adejuwon, W. Bailey, V. Barros, M. Caffera, S. Chinvanno, C. Conde, A. De Comarmond, A. De Sherbinin, T. Downing, H. Eakin, A. Nyong, M. Opondo, B. Osman, R. Payet, F. Pulhin, J. Pulhin, J. Ratnasiri, E. Sanjak, G. von Maltitz, M. Wehbe, Y. Yin, and G. Ziervogel. 2006. For Whom the Bell Tolls: Vulnerabilities in a Changing Climate. A Synthesis from the AIACC Project. Working Paper No. 21. Washington, DC: Assessment of Impacts and Adaptations of Climate Change. January 2006 [online]. Available: http://www.aiaccproject.org/working_papers/Working%20Papers/AIACC_WP_21_Leary. pdf [accessed Apr. 27, 2009].

Leiby, P.N. 2007. Estimating the Energy Security Benefits of Reduced U.S. Oil Imports. ORNL/TM-2007/028. Oak Ridge National Laboratory, Oak Ridge, TN. July 23, 2007 [online]. Available: http://pzl1.ed.ornl.gov/Leiby2007%20 Estimating%20the%20Energy%20Security%20Benefits%20of%20Reduced%20 U.S.%20Oil%20Imports%20ornl-tm-2007-028%20rev2007Jul25.pdf [accessed May 18, 2009].

Lemke, P., J. Ren, R.B. Alley, I. Allison, J. Carrasco, G. Flato, Y. Fujii, G. Kaser, P. Mote, R.H. Thomas and T. Zhang. 2007. Observations: Changes in Snow, Ice and Frozen Ground. Pp. 337-383 in Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change, S. Solomon, D. Qin, M. Manning, M. Marquis, K. Averyt, M.M.B. Tingor, H.L. Miller, and Z. Chen, eds. New York: Cambridge University Press [online]. Available: http://www.ipcc.ch/pdf/assessment-report/ar4/wg1/ar4-wg1-chapter4.pdf [accessed Apr. 24, 2009].

Levy, J.I., L.K. Baxter, and J. Schwartz. 2009. Uncertainty and variability in health-related damages from coal-fired power plants in the United States. Risk Anal. 29(7):1000-1014.

Lewis, O.T. 2006. Climate change, species-area curves and the extinction crisis. Philos. T. Roy. Soc. B 361(1465):163-171.

Link, P.M., and R.S.J. Tol. 2004. Possible economic impacts of a shutdown of the thermohaline circulation: An application of FUND. Portuguese Econ. J. 3:99-114.

MacLean, H.L., and L.B. Lave. 2003a. Evaluating automobile fuel/propulsion system technologies. Prog. Energ. Combust. Sci. 29(1):1-69.

MacLean, H.L., and L.B. Lave. 2003b. Life cycle assessment of automobile/fuel options. Environ. Sci. Technol. 37(23):5445-5452.

Maddison, D. 2003. The amenity value of the climate: The household production function approach. Resour. Energy Econ. 25(2):155-175.

Mansur, E.T., R. Mendelsohn, and W. Morrison. 2005. A discrete-continuous choice model of climate change impacts on energy. Yale SOM Working Paper No. ES-43. March 14, 2005 [online]. Available: http://papers.ssrn.com/sol3/papers.cfm?abstract_id=738544# ( published as Mansur, E.T., R. Mendelsohn, and W. Morrison. 2008. Climate change adaptation: A study of fuel choice and consumption in the U.S. energy sector. J. Environ. Econ. Manage. 55(2):175-193).

Marshall, J.D., S.K. Teoh, and W.W. Nazaroff. 2005. Intake fraction of nonreactive vehicle emissions in U.S. urban areas. Atmos. Environ. 39(7):1363-1371.

Martens, W.J. 1998. Climate change, thermal stress and mortality changes. Soc. Sci. Med. 46(3):331-344.

McKinsey and Company. 2007. The Untapped Energy Efficiency Opportunity in the US Industrial Sector. Report prepared for the US Department of Energy, Office of Energy Efficiency and Renewable Energy.

Meade, J.E. 1952. External economies and diseconomies in a competitive situation. Econ. J. 62(245):54-67.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 77

Meier, P.J., P.P.H. Wilson, G.L. Kulcinski, and P.L. Denholm. 2005. U.S. electric industry response to carbon constraint: A life-cycle assessment of supply side alternatives. Energ. Policy 33(9):1099-1108.

Mendelsohn, R., and J.E. Neumann. 1999. The Impact of Climate Change on the United States Economy. Cambridge: Cambridge University Press.

Mendelsohn, R., and L. Williams. 2007. Dynamic forecasts of the sectoral impacts of climate change. Pp. 107-118 in Human-Induced Climate Change: An Interdisciplinary Assessment, M.E. Schlesinger, H.S. Kheshgi, J. Smith, F.C. de la Chesnaye, J.M. Reilly, T. Wilson, and C. Kolstad, eds. Cambridge, MA: Cambridge University Press.

Mendelsohn, R., W.D. Nordhaus, and D. Shaw. 1994. The impact of global warming on agriculture: A Ricardian analysis. Am. Econ. Rev. 84(4):753-751.

Mendelsohn, R., W. Morrison, M.E. Schlesinger, and N.G. Andronova. 2000a. Country-specific market impacts of climate change. Climatic Change 45(3-4):553-569.

Mendelsohn, R., M.E. Schlesinger, and L.J. Williams. 2000b. Comparing impacts across climate models. Integr. Assess. 1(1):37-48.

Millennium Ecosystem Assessment. 2010. Millennium Ecosystem Assessment [online]. Available: http://www.millenniumassessment.org/en/index.aspx [accessed Apr. 12, 2010]

Mishan, E.J. 1965. Reflections on recent developments in the concept of external effects. Can. J. Econ. Polit. Sci. 31(1):3-34.

MIT (Massachusetts Institute of Technology). 2003. The Future of Nuclear Power: An Interdisciplinary MIT Study. Massachusetts Institute of Technology [online]. Available: http://web.mit.edu/nuclearpower/pdf/nuclearpower-full.pdf [accessed Aug. 3, 2009].

MMS (Minerals Management Service). 2009. Cape Wind Energy Project, Final Environmental Impact Statement, Vol. 2, Appendix A. Figures, Maps and Tables. MMS EIS-EA OCS 2008-040. Minerals Management Service, U.S. Department of the Interior. January 2009 [online]. Available: http://www.mms.gov/offshore/AlternativeEnergy/PDFs/FEIS/Appendix%20A%20-%20FiguresMapsTables/Appendix%20A_Table_of_Contents.pdf

Mount, T., A. Lamadrid, S. Maneevitjit, R. Thomas, and R.D. Zimmerman. 2008. The Economics of Reliability and the Importance of Events that didn't Happen. Presented at the Fourth Annual Carnegie Mellon Conference on the Electricity Industry: Future Energy Systems: Efficiency, Security, Control, Pittsburgh, PA, March 10, 2008.

Mrozek, J.R., and L.O. Taylor. 2002. What determines the value of life? A meta-analysis. J. Policy Anal. Manage. 21(2):253-270.

MSHA (Mining Safety and Health Administration). 2008. Mining Industry Accident, Injuries, Employment, and Production Statistics: All Coal Mining Data. U.S. Department of Labor, Mining Safety and Health Administration [online]. Available: http://www.msha.gov/ACCINJ/BOTHCL.HTM [accessed May 22, 2009].

MSHA (Mining Safety and Health Administration). 2009. Mine Injury and Worktime Quarterly Statistics: Coal Data-2008. U.S. Department of Labor, Mining Safety and Health Administration [online]. Available: http://www.msha.gov/ACCINJ/ALLCOAL.HTM [accessed May 22, 2009].

Mufson, S. 2009. USEC Denied Loan Guarantees: CEO Assails Obama After Energy Dept. Says Project is Unready. Washington Post, July 29, 2009 [online]. Available: http://www.washingtonpost.com/wp-dyn/content/article/2009/07/28/AR2009072802617.html [accessed Oct. 7, 2009].

Muller, N.Z., and R.O. Mendelsohn. 2006. The Air Pollution Emission and Policy Analysis Model (APEEP): Technical Appendix. Yale University, New Haven, CT. December 2006 [online]. Available: https://segueuserfiles.middlebury.edu/nmuller/APEEP_Tech_Appendix.pdf [accessed Oct. 7, 2009].

Muller, N.Z., and R.O. Mendelsohn. 2007. Measuring the damages from air pollution in the U.S. J. Environ. Econ. Manage. 54(1):1-14.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

*HIDDEN COSTS OF ENERGY*

Muller, N., R. Mendelsohn, and W. Nordhaus. 2009. Environmental Accounting for Pollution: Methods with an Application to the United States Economy. May 26, 2009 [online]. Available: http://nordhaus.econ.yale.edu/documents/Env_Accounts_052609.pdf [accessed July 27, 2009].

Murray, C.J.L., and A.D. Lopez, eds. 1996. The Global Burden of Disease. Cambridge, MA: Harvard University Press.

Naidoo, R., A. Balmford, R. Costanza, B. Fisher, R.E. Green, B. Lehner, T.R. Malcolm, and T.H. Ricketts. 2008. Global mapping of ecosystem services and conservation priorities. Proc. Natl. Acad. Sci. USA 105(28):9495-9500.

NAS/NAE/NRC (National Academy of Sciences/National Academy of Engineering/National Research Council). 2009a. America's Energy Future: Technology and Transformation. Washington, DC: The National Academies Press.

NAS/NAE/NRC (National Academy of Sciences/National Academy of Engineering/National Research Council). 2009b. Electricity from Renewables: Status, Prospects and Impediments. Washington, DC: The National Academies Press.

NAS/NAE/NRC (National Academy of Sciences/National Academy of Engineering/National Research Council). 2009c. Liquid Transportation Fuels from Coal and Biomass: Technological Status, Costs, and Environmental Impacts. Washington, DC: The National Academies Press.

NAS/NAE/NRC (National Academy of Sciences/National Academy of Engineering/National Research Council). 2009d. Real Prospects for Energy Efficiency in the United States. Washington, DC: The National Academies Press.

NEAC (Nuclear Energy Advisory Committee). 2008. Nuclear Energy: Policies and Technology for the 21st Century. U.S. Department of Energy, Washington, DC. November 2008. [online]. Available: http://nuclear.energy.gov/neac/neacPDFs/NEAC_Final_Report_Web%20Version.pdf [accessed Apr. 15, 2010].

NEB (National Energy Board Canada). 2006. Canada's Oil Sand Opportunities and Challenges to 2015: An Update. An Energy Market Assessment. National Energy Board Canada. June 2006 [online]. Available: http://www.neb.gc.ca/clf-nsi/rnrgynfmtn/nrgyrprt/lsnd/pprtntsndchllngs20152006/pprtntsndchllngs20152006-eng.pdf [accessed May 12, 2009].

NEB (National Energy Board Canada). 2009. Total Crude Oil Exports. National Energy Board Canada [online]. Available: http://www.neb.gc.ca/clf-nsi/rnrgynfmtn/sttstc/crdlndptrlmprdct/2008/ttlcrdlxprt2008.xls [accessed Apr. 8, 2009].

NEED (National Energy Education Development). 2008. Coal. Pp. 16-19 in Secondary Energy Infobook 2008-2009. National Energy Education Development Project, Manassas, VA [online]. Available: http://www.need.org/needpdf/Secondary%20Energy%20Infobook.pdf [accessed May 19, 2009].

NERA (National Economic Research Associates). 1993. External Costs of Electric Utility Resource Selection in Nevada. Prepared for Nevada Power Company. Cambridge, MA: NERA.

NETL (National Energy Technology Laboratory). 2007. Cost and Performance Baseline for Fossil Energy Plants, Vol. 1. Bituminous Coal and Natural Gas to Electricity. Final Report. DOE/NETL-2007/1281. U.S. Department of Energy, National Energy Technology Laboratory [online]. Available: http://www.netl.doe.gov/energy-analyses/pubs/Bituminous%20Baseline_Final%20Report.pdf [accessed Oct. 12, 2009].

NGVAmerica (Natural Gas Vehicles for America). 2009. Natural Gas for Transportation [online]. Available: http://www.ngvc.org/ [accessed May 26, 2009].

Nicholls, R.J., R.S.J. Tol, and A.T. Vafeidis. 2008. Global estimates of the impact of a collapse of the West Antarctic ice sheet: An application of FUND. Climatic Change 91(1-2):171-191.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 79 of

Niemi, E., R. Mendelsohn, and E. Whitelaw. 1984. Economic Analysis of the Environmental Effects of a Combustion-Turbine Generating Station at Frederickson Industrial Park, Pierce County, Washington. Prepared for the Bonneville Power Administration, Portland, OR, by ECONorthwest, Portland, OR. March 1984.

Niemi, E., R. Mendelsohn and R. Gregory. 1987. Generic Coal Study: Quantification and Valuation of Environmental Impacts. Prepared for the Bonneville Power Administration, Portland, OR, by ECONorthwest, Portland, OR. January 1987.

Nishioka, Y., J.I. Levy, G.A. Norris, A. Wilson, P. Hofstetter, and J.D. Spengler. 2002. Integrating risk assessment and life cycle assessment: A case study of insulation. Risk Anal. 22(5):1003-1017.

Nordhaus, W.D. 1991. To slow or not to slow: The economics of the greenhouse effect. Econ. J. 101(407):920-937.

Nordhaus, W.D. 1994a. Managing the Global Commons: The Economics of Climate Change. Cambridge: The MIT Press.

Nordhaus, W.D. 1994b. Expert opinion on climate change. Am. Sci. 82(1):45-51.

Nordhaus, W.D. 2006. Geography and macroeconomics: New data and new findings. Proc. Natl. Acad. Sci. USA 103(10):3510-3517.

Nordhaus, W.D. 2008. A Question of Balance: Weighing the Options on Global Warming Policies. New Haven: Yale University Press.

Nordhaus, W.D., and J. Boyer. 1999. Impacts of climate change. Chapter 4 in Roll the DICE Again: Economic Models of Global Warming. Yale University [online]. Available: http://nordhaus.econ.yale.edu/rice98%20pap%20121898.PDF [accessed Apr. 29, 2009].

Nordhaus, W.D., and J. Boyer. 2000. Warming the World: Economic Models of Global Warming, 1st Ed. Cambridge: MIT Press.

Nordhaus, W.D., and Z. Yang. 1996. A regional dynamic general equilibrium model of alternative climate-change strategies. Am. Econ. Rev. 86(4):741-765.

NRC (National Research Council). 1998. Research Priorities for Airborne Particulate Matter: I. Immediate Priorities and a Long-Range Research Portfolio. Washington, DC: National Academy Press.

NRC (National Research Council). 1999. Research Priorities for Airborne Particulate Matter: II. Evaluating Research Progress and Updating the Portfolio. Washington, DC: National Academy Press.

NRC (National Research Council). 2000. Toxicological Effects of Methylmercury. Washington, DC: National Academy Press.

NRC (National Research Council). 2001. Research Priorities for Airborne Particulate Matter: III. Early Research Progress. Washington, DC: National Academy Press.

NRC (National Research Council). 2002a. Estimating the Public Health Benefits of Proposed Air Pollution Regulations. Washington, DC: The National Academies Press.

NRC (National Research Council). 2002b. Coal Waste Impoundments: Risk, Responses, and Alternatives. Washington, DC: National Academy Press.

NRC (National Research Council). 2002c. Effectiveness and Impact of Corporate Average Fuel Economy (CAFÉ) Standards. Washington DC: National Academy Press.

NRC (National Research Council). 2002d. Abrupt Climate Change: Inevitable Surprises. Washington DC: National Academy Press.

NRC (National Research Council). 2003a. Cumulative Environmental Effects of Oil and Gas Activities on Alaska's North Slope. Washington, DC: The National Academies Press.

NRC (National Research Council). 2003b. Managing Carbon Monoxide Pollution in Meteorological and Topographical Problem Areas. Washington, DC: The National Academies Press.

NRC (National Research Council). 2003c. Oil in the Sea III: Inputs, Fates, and Effects. Washington, DC: The National Academies Press.

Copyright © National Academy of Sciences. All rights reserved.

NRC (National Research Council). 2004a. Valuing Ecosystem Services: Toward Better Environmental Decision-Making. Washington, DC: The National Academies Press.

NRC (National Research Council). 2004b. Research Priorities for Airborne Particulate Matter: IV. Continuing Research Progress. Washington DC: The National Academies Press.

NRC (National Research Council). 2004c. Air Quality Management in the United States. Washington, DC: The National Academies Press.

NRC (National Research Council). 2005. Safety and Security of Commercial Spent Nuclear Fuel Storage: Public Report. Washington, DC: The National Academies Press.

NRC (National Research Council). 2006a. New Source Review for Stationary Sources of Air Pollution. Washington, DC: The National Academies Press.

NRC (National Research Council). 2006b. Managing Coal Combustion Residues in Mines. Washington, DC: The National Academies Press.

NRC (National Research Council). 2007a. Models in Environmental Regulatory Decision Making. Washington DC: The National Academies Press.

NRC (National Research Council). 2007b. Environmental Impacts of Wind-Energy Projects. Washington, DC: The National Academies Press.

NRC (National Research Council). 2007c. Coal Research and Development To Support National Energy Policy. Washington, DC: The National Academies Press.

NRC (National Research Council). 2008a. Review of DOE's Nuclear Energy Research and Development Program. Washington, DC: The National Academies Press.

NRC (National Research Council). 2008b. Assessment of Technologies for Improving Light Duty Vehicle Fuel Economy: Letter Report. Washington, DC: The National Academies Press.

NRC (National Research Council). 2008c. Transitions to Alternative Transportation Technologies—A Focus on Hydrogen. Washington, DC: The National Academies Press.

NRC (National Research Council). 2008d. Water Implications of Biofuels Production in the United States. Washington, DC: The National Academies Press.

NYSERDA (New York State Energy Research and Development Authority). 2009. Comparison of Reported Effects and Risks to Vertebrate Wildlife from Six Electricity Generation Types in the New York/New England Region. Report 90-02. NYSERDA 9675. Prepared for the New York State Energy Research and Development Authority, Albany, NY, by Environmental Bioindicators Foundation, Inc., Fort Pierce, FL, and Pandion Systems, Inc, Gainesville, FL. March 2009 [online]. Available: http://www.nyserda.org/publications/Report%2009-02%20Wildlife%20report%20-%20web.pdf [accessed July 24, 2009].

Ogden, J.M., R.H. Williams, and E.D. Larson. 2004. Societal lifecycle costs of cars with alternative fuels/engines. Energ. Policy 32(1):7-27.

ORNL /RFF (Oak Ridge National Laboratory and Resources for the Future). 1995. Estimating Externalities of Nuclear Fuel Cycles. Report No.8 of External Costs and Benefits of Fuel Cycles: A Study by the U.S. Department of Energy and the Commission of the European Communities. Oak Ridge National Laboratory, Oak Ridge, TN, and Resources for the Future, Washington, DC. Washington, DC: McGraw-Hill/Utility Data Institute.

ORNL /RFF (Oak Ridge National Laboratory and Resources for the Future). 1992-1998. External Costs and Benefits of Fuel Cycles: Reports 1-8. Oak Ridge National Laboratory, Oak Ridge, TN, and Resources for the Future, Washington, DC. Washington, DC: McGraw-Hill/Utility Data Institute.

OSMRE (U.S. Office of Surface Mining Reclamation and Enforcement). 2009. CCB Information Network: Coal Combustion By-Products. U.S. Office of Surface Mining Reclamation and Enforcement Mid-Continent Region [online]. Available: http://www.mcrcc.osmre.gov/ccb/ [accessed May 20, 2009].

Ottinger, R.L., D.R. Wooley, N.A. Robinson, D.R. Hodas, and S.E. Babb. 1990. Environmental Costs of Electricity. New York, NY: Oceana Publications.

Copyright © National Academy of Sciences. All rights reserved.

Overdomain. 2002. Electric Reliability for the End User: A Survey of the Literature. Prepared for Global Environment and Technology Foundation Contract: GETF/CECS 01-CA-002 by Overdomain, Santa Barbara, CA [online]. Available: http://www.overdomain.com/documents/ReliabilityFinal-v12v.pdf [accessed Aug. 7, 2009].

Overpeck, J.T., and J.E. Cole. 2006. Abrupt change in Earth's climate system. Annu. Rev. Environ. Resour. 31:1-31.

Ozment, S., and T. Tremwel. 2007. Transportation Management in the Wind Industry: Problems and Solutions Facing the Shipment of Oversized Products in the Supply Chain. Research Paper No. SCNR-WP025-1007. Supply Chain Management Research Center, University of Arkansas, Fayetteville, AR. October 15, 2007.

Pacca, S., and A. Horvath. 2002. Greenhouse gas emissions from building and operating electric power plants in the Upper Colorado River Basin. Environ. Sci. Technol. 36(14):3194-3200.

Parfomak, P.W. 2008. Liquefied Natural Gas (LNG) Infrastructure Security: Issues for Congress. CRC Report for Congress RL32073. May 13, 2008 [online]. Available: http://www.ncseonline.org/NLE/CRSreports/08Jun/RL32073.pdf [accessed May 15, 2009].

Parfomak, P.W., and A.S. Vann. 2008. Liquefied Natural gas (LNG) Import Terminals: Siting, Safety, and Regulation. CRS Report for Congress RL32205. May 15, 2008 [online]. Available: http://assets.opencrs com/rpts/RL32205_20080515.pdf [accessed May 15, 2009].

Parry, I.W.H., and J. Darmstadter. 2003. The Cost of U.S. Oil Dependency. Discussion paper 03-59. Resources for the Future, Washington, DC. December 2003 [online]. Available: http://www.rff.org/Documents/RFF-DP-03-59.pdf [accessed May 18, 2009].

Parry, I.W.H., M. Walls, and W. Harrington. 2007. Automobile Externalities and Policies. RFF Discussion Paper No. 06-26. Washington, DC: Resources for the Future. January 2007 [online]. Available: http://www.rff.org/RFF/Documents/RFF-DP-06-26-REV.pdf [accessed Sept. 10, 2009].

Parry, M.L., C. Rosenzweig, A. Iglesias, M. Livermore, and G. Fischer. 2004. Effects of climate change on global food production under SRES emissions and socio-economic scenarios. Global Environmental Change 14(1):53-67.

Paybins, K.S., T. Messenger, J.H. Eychaner, D.B. Chambers, and M.D. Kozar. 2000. Water Quality in the Kanawha-New River Basin: West Virginia, Virginia, and North Carolina, 1996-1998. U.S.G.S. Circular 1204. U.S. Department of the Interior, U.S. Geological Survey [online]. Available: http://pubs.usgs.gov/circ/circ1204/#pdf [accessed June 10, 2009].

Paydirt. 1999. Interesting Facts about Wyoming Uranium. Wyoming Mining Association [online]. Available: http://www.wma-minelife.com/uranium/articles/art392.htm [accessed May 20, 2009].

Pearce, D.W., C. Bann, and S. Georgiou. 1992. The Social Cost of Fuel Cycles. London: HMSO.

Pearce, D.W., W.R. Cline, A.N. Achanta, S. Fankhauser, R.K. Pachauri, R.S.J. Tol, and P. Vellinga 1996. The social costs of climate change: Greenhouse damage and the benefits of control. Pp. 179-224 in Climate Change 1995:Economic and Social Dimensions of Climate Change—Contribution of Working Group III to the Second Assessment Report of the Intergovernmental Panel on Climate Change, J.P. Bruce, H. Lee, and E.F. Haites, eds. Cambridge: Cambridge University Press.

Pearce, D.W., B. Groom, C. Hepburn, and P. Koundouri. 2003. Valuing the future: Recent advances in social discounting. World Econ. 4(2):121-141.

Pigou, A. 1920. The Economics of Welfare. London: Macmillan.

Plambeck, E.L., and C.W. Hope. 1996. PAGE95: An updated valuation of the impacts of global warming. Energy Policy 24(9):783-793.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

*HIDDEN COSTS OF ENERGY*

Pope, C.A., R.T. Burnett, M.J. Thun, E.E. Calle, D. Krewski, K. Ito, and G.D. Thurston. 2002. Lung cancer, cardiopulmonary mortality, and long-term exposure to fine particulate air pollution. JAMA 287(9):1132-1141.

Primen. 2001. The Cost of Power Disturbances to Industrial and Digital Economy Companies. Primen, Madison, WI. June 2001 [online]. Available: http://www.epri-intelligrid.com/mtelligrid/docs/Cost_of_Power_Disturbances_to_Industrial_and_Digital_Technology_Companies.pdf [accessed Aug. 5, 2009].

Ramseur, J.L. 2008. Oil Spills in U.S. Coastal Waters: Background, Governance, and Issues for Congress. CRC Report for Congress RL33705. September 2, 2008 [online]. Available: http://assets.opencrs.com/rpts/RL33705_20080902.pdf [accessed June 9, 2009].

Raupach, M.R., G. Marlan, P. Ciais, C. LeQuere, J.G. Canadell, G. Klepper, and C.B. Filed. 2007. Global and regional drivers of accelerating CO2 emissions. Proc. Natl. Acad. Sci. USA 104(24):10288-10293.

Regional Economic Research. 1991. Estimating the Air Quality Impacts of Alternative Energy Resources, Phase IV. Prepared for the California Energy Commission, Sacramento, CA.

Rehdanz, K., and D. Maddison. 2005. Climate and happiness. Ecol. Econ. 52(1):111-125.

Renssen, H., C.J. Beets, T. Fichefet, H. Goosse, and D. Kroon. 2004. Modeling the climate response to a massive methane release from gas hydrates. Paleoceanography 19:PA2010.

Rock, B. 2008. An Overview of 2007 American 2007 Natural Gas Vehicles. Helium [online]. Available: http://www.helium.com/items/451632-an-overviewof-2007-american-2007-natural-gas-vehicles [accessed Sept. 2, 2009].

Rosenzweig, C., G. Casassa, D.J. Karoly, A. Imeson, C. Liu, A. Menzel, S. Rawlins, T.L. Root, B. Seguin, and P. Tryjanowski. 2007. Assessment of observed changes and responses in natural and managed systems. Pp. 79-131 in Climate Change 2007: Impacts, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change, M.L. Parry, O.F. Canziani, J.P. Palutikof, P.J. van der Linden, and C.E. Hanson, eds. Cambridge, UK: Cambridge University Press [online]. Available: http://www.ipcc.ch/pdf/assessment-report/ar4/wg2/ar4-wg2-chapter1.pdf [accessed Apr. 29, 2009].

Roumasset, J.A., and K.R. Smith. 1990. Exposure trading: An approach to more efficient air pollution control. J. Environ. Econ. Manage. 18(3):276-291.

RTI. 2007. Human and Ecological Risk Assessment of Coal Combustion Wastes. Draft. Prepared for Office of Solid Waste, U.S. Environmental Protection Agency, Research Triangle Park, NC, by RTI, Research Triangle Park, NC. August 6, 2007.

Ruether, J., M. Ramezan, and E. Grol. 2005. Life-Cycle Analysis of Greenhouse Gas Emissions for Hydrogen Fuel Production in the United States from LNG and Coal. DOE/NETL-2006/1227. U.S. Department of Energy, National Energy Technology Laboratory, Pittsburgh, PA. November [online]. Available: http://www.netl.doe.gov/energy-analyses/pubs/H2_from_Coal_LNG_Final.pdf [accessed Apr. 22, 2009].

Ruth, M., and A.C. Lin. 2006. Regional energy demand and adaptations to climate change: Methodology and application to the state of Maryland. Energ. Policy 34(17):2820-2833.

Sala, O.E., F.S. Chapin, J.J. Armesto, E. Berlow, J. Bloomfield, R. Dirzo, E. Huber-Sanwald, L.F. Huenneke, R.B. Jackson, A. Kinzig, R. Leemans, D.M. Lodge, H.A. Mooney, M. Oesterheld, N.L. Poff, M.T. Sykes, B.H. Walker, M. Walker, and D.H. Wall. 2000. Global biodiversity scenarios for the year 2100. Science 287(5459):1770-1774.

Salonen, J.T., K. Seppänen, K. Nyyssönen, H. Korpela, J. Kauhanen, M. Kantola, J. Tuomilehto, H. Esterbauer, F. Tatzber, and R. Salonen. 1995. Intake of mercury from fish, lipid peroxidation, and the risk of myocardial infarction and coronary, cardiovascular, and any death in Eastern Finnish men. Circulation 91(3):645-655.

Samaras, C., and K. Meisterling. 2008. Life cycle assessment of greenhouse gas emissions from plug-in hybrid vehicles: Implications for policy. Environ. Sci. Technol. 42(9):3170-3176.

Copyright © National Academy of Sciences. All rights reserved.

Schlenker, W., and M.J. Roberts. 2009. Nonlinear temperature effects indicate severe damages to U.S. crop yields under climate change. Proc. Natl. Acad. Sci. U.S.A. 106(37): 15594-15598.

Schlenker, W., W.M. Hanemann, and A.C. Fisher. 2005. Will U.S. agriculture really benefit from global warming? Accounting for irrigation in the hedonic approach. Am. Econ. Rev. 95(1):395-406.

Schlenker, W., W.M. Hanemann, and A.C. Fisher. 2006. The impact of global warming on U.S. agriculture: An econometric analysis of optimal growing conditions. Rev. Econ. Statist. 88(1):113-125.

Scholze, M., W. Knorr, N.W. Arnell, and C. Prentice. 2006. A climate-change risk analysis for world ecosystems. P. Natl. Acad. Sci. USA 103(35):13116-13120.

Schröter, D., W. Cramer, R. Leemans, I.C. Prentice, M.B. Araújo, N.W. Arnell, A. Bondeau, H. Bugmann, T.R. Carter, C.A. Gracia, A.C. de la Vega-Leinert, M. Erhard, F. Ewert, M. Glendining, J.I. House, S. Kankaanpää, R.J. Klein, S. Lavorel, M. Lindner, M.J. Metzger, J. Meyer, T.D. Mitchell, I. Reginster, M. Rounsevell, S. Sabate, S. Sitch, B. Smith, J. Smith, P. Smith, M.T. Sykes, K. Thonicke, W. Thuiller, G. Tuck, S. Zaehle, and B. Zierl. 2005. Ecosystem service supply and vulnerability to global change in Europe. Science 310(5752):1333-1337.

Schwartz, J., B. Coull, F. Laden, and L. Ryan. 2008. The effect of dose and timing of dose on the association between airborne particles and survival. Environ. Health Perspect. 116(1):64-69.

Scitovsky, T. 1954. Two concepts of external economies. J. Polit. Econ. 62(2):143-151.

Scott, M.J., J.A. Dirks, and K.A. Cort. 2005. The adaptive value of energy efficiency programs in a warmer world. Pp. 671-682 in Reducing Uncertainty through Evaluation, Proceedings of the 2005 International Energy Program Evaluation Conference, August 17-19, 2005, Brooklyn, New York. Madison, WI: OmniPress.

Searchinger, T., R. Heimlich, R.A. Houghton, F. Dong, A. Elobeid, J. Fabiosa, S. Tokgoz, D. Hayes, and T.H. Yu. 2008. Use of U.S. croplands for biofuels increases greenhouse gases through emissions from land-use change. Science 319(5867):1238-1240.

Secchi, S., P.W. Gassman, J.R. Williams, and B. Babcock. 2009. Corn-based ethanol production and environmental quality: A case of Iowa and the Conservation Reserve Program. Environ. Manage. 44(4):732-744.

Simon, A. and M. Rinaldi. 2006. Disturbance, stream incision, and channel evolution: The roles of excess transport capacity and boundary materials in controlling channel response. Geomorphology 79(3-4):361-383.

Simpson, T.W., A.N. Sharpley, R.W. Howarth, H.W. Paerl, and K.R. Mankin. 2008. The new gold rush: Fueling ethanol production while protecting water quality. J. Environ. Qual. 37:318-324.

Sinclair, T.R., and N.G. Seligman. 1996. Crop modeling: From infancy to maturity. Agron. J. 88(5):698-704.

Sinclair, T.R., and N.G. Seligman. 2000. Criteria for publishing papers on crop modeling. Field Crop. Res. 68(3):165-172.

Smith, J.B., H.J. Schellnhuber, M.M.Q. Mirza, S. Fankhauser, R. Leemans, L. Erda, L. Ogallo, B. Pittock, R. Richels, C. Rosenzweig, U. Safriel, R.S.J. Tol, J. Weyant, and G. Yohe. 2001. Vulnerability to climate change and reasons for concern: A synthesis. Pp. 913-967 in Climate Change 2001: Impacts, Adaptation, and Vulnerability, J.J. McCarthy, O.F. Canziani, N.A. Leary, D.J. Dokken, and K.S. White, eds. Cambridge: Cambridge University Press [online]. Available: http://www.ipcc.ch/ipccreports/tar/wg2/pdf/wg2TARchap19.pdf [accessed June 4, 2009].

Solomon, S., G.K. Plattner, R. Knutti, and P. Friedlingstein. 2009. Irreversible climate change due to carbon dioxide emissions. Proc. Natl. Acad. Sci. USA 106(6):1704-1709.

Copyright © National Academy of Sciences. All rights reserved.

Sovacool, B.K. 2008. Valuing the greenhouse gas emissions from nuclear power: A critical survey. Energ. Policy 36(8):2950-2963.

Sovacool, B.K. 2009a. Running on empty: The electricity-water nexus and the U.S. electricity sector. Energy Law J. 30(1):11-51.

Sovacool, B.K. 2009b. Contextualizing avian mortality: A preliminary appraisal of bird and bat fatalities from wind, fossil-fuel, and nuclear electricity. Energ. Policy 37(6):2241-2248.

Spath, P.L., and M.K. Mann. 2000. Life cycle Assessment of a Natural Gas Combined-Cycle Power Generation System. NREL/TP-570-27715. National Renewable Energy Laboratory, Golden, CO. September 2000 [online]. Available: http://www.nrel.gov/docs/fy00osti/27715.pdf [accessed Apr. 30, 2009].

Spath, P.L., M.K. Mann, and D.R. Kerr. 1999. Life Cycle Assessment of Coal-Fired Power Production. NREL/TP-570-25119. National Renewable Energy Laboratory, Golden, CO. June 1999 [online]. Available: http://www.nrel.gov/docs/fy99osti/25119.pdf [accessed Apr. 30, 2009].

SRIC (Southwest Research and Information Center). 2009. Uranium Impact Assessment Program. Southwest Research and Information Center, Albuquerque, NM [online]. Available: http://www.sric.org/uranium/index.html [accessed Apr. 21, 2009].

Stern, N. 2007. The Economics of Climate Change: The Stern Review. Cambridge: Cambridge University Press.

Talley, W. K. 1999. Determinants of the property damage costs of tanker accidents. Transport. Res. D-Tr. E. 4:413-426.

Tester, J.W., E.M. Drake, M.J. Driscoll, M.W. Golay, and W.A. Peters. 2005. Sustainable Energy: Choosing among Options. Cambridge, MA: MIT Press.

Thieler, E.R., and E.S. Hammar-Klose. 1999. National Assessment of Coastal Vulnerability to Future Sea-Level Rise: Preliminary Results for the U.S. Atlantic Coast. Open-File Report 99-593. U.S. Geological Survey [online]. Available: http://pubs.usgs.gov/of/1999/of99-593/index.html [accessed Oct. 12, 2009].

Thieler, E.R., and E.S. Hammar-Klose. 2000a. National Assessment of Coastal Vulnerability to Future Sea-Level Rise: Preliminary Results for the U.S. Pacific Coast. Open-File Report 00-178. U.S. Geological Survey. [online]. Available: http://pubs.usgs.gov/dds/dds68/reports/westrep.pdf [accessed Oct. 12, 2009].

Thieler, E.R., and E.S. Hammar-Klose. 2000b. National Assessment of Coastal Vulnerability to Future Sea-Level Rise: Preliminary Results for the U.S. Gulf of Mexico Coast. Open-File Report 00-179. U.S. Geological Survey [online]. Available: http://pubs.usgs.gov/dds/dds68/reports/gulfrep.pdf [accessed Oct. 12, 2009].

Thomas, C.D., A. Cameron, R.E. Green, M. Bakkenes, L.J. Beaumont, Y.C. Collingham, B.F. Erasmus, M.F. de Siqueira, A. Grainger, L. Hannah, L. Hughes, B. Huntley, A.S. van Jaarsveld, G.F. Midgley, L. Miles, M.A. Ortega-Huerta, A.T. Peterson, O.L. Phillips, and S.E. Williams. 2004a. Extinction risk from climate change. Nature 427(6970):145-148.

Thomas, C.D., S.E. Williams, A. Cameron, R.E. Green, M. Bakkenes, L.J. Beaumont, Y.C. Collingham, B.F. Erasmus, M.F. de Siqueira, A. Grainger, L. Hannah, L. Hughes, B. Huntley, A.S. van Jaarsveld, G.F. Midgley, L. Miles, M.A. Ortega-Huerta, A.T. Peterson, and O.L. Phillips. 2004b. Biodiversity conservation: Uncertainty in prediction of extinction risk/Effects of changes in climate and land use/Climate change and extinction risk (reply). Nature 430(6995):33.

Thuiller, W., M.B. Araujo, R.G. Pearson, R.J. Whittaker, L. Brotons, and S. Lavorel. 2004. Biodiversity conservation: Uncertainty in predictions of extinction risk. Nature 430(6995):33.

Titus, J.G. 1992. The costs of climate change to the United States. Chapter 27 in Global Climate Change: Implications, Challenges, and Mitigation Measures, S.K. Majumdar, L.S. Kalkstein, B. Yarnal, E.W. Miller, and L.M. Rosenfeld, eds. Easton, PA: Pennsylvania Academy of Sciences.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Tol, R.S.J. 1995. The damage costs of climate change toward more comprehensive calculations. Environ. Resour. Econ. 5(4):353-374.

Tol, R.S.J. 1999. The marginal costs of greenhouse gas emissions. Energy J. 20(1):61-81.

Tol, R.S.J. 2002a. Estimates of the damage costs of climate change, Part I. Benchmark estimates. Environ. Resour. Econ. 21(1):47-73.

Tol, R.S.J. 2002b. Estimates of the damage costs of climate change, Part II. Dynamic estimates. Environ. Resour. Econ. 21(2):135-160.

Tol, R.S.J. 2005a. Emission abatement versus development as strategies to reduce vulnerability to climate change: An application of FUND. Environ. Dev. Econ. 10(5):615-629.

Tol, R.S.J. 2005b. The marginal damage costs of carbon dioxide emissions: An assessment of the uncertainties. Energy Policy 33(16):2064-2074.

Tol, R.S.J. 2008. Why worry about climate change? A research agenda. Environ. Value. 17(4):437-470.

Tol, R.S.J. 2009. Why worry about climate change? ESRI Research Bulletin 09/1, Spring 2009 [online]. Available: http://www.esri.ie/UserFiles/publications/20090428122502/RB20090101.pdf [accessed Oct. 12, 2009].

Tol, R.S.J., and S. Fankhauser. 1998. On the representation of impact in integrated assessment models of climate change. Environ. Model. Assess. 3(1):63-74.

Tol, R.S.J., S. Fankhauser, R.G. Richels, and J.B. Smith. 2000. How much damage will climate change do? World Economics 1(4):179-206.

TRB (Transportation Research Board). 2004. Transmission Pipelines and Land Use. Special Report 281. National Research Council. Washington, DC: The National Academies Press.

Trenberth, K.E., P.D. Jones, P. Ambenje, R. Bojariu, D. Easterling, A. Klein Tank, D. Parker, F. Rahimzadeh, J.A. Renwick, M. Rusticucci, B. Soden, and P. Zhai. 2007: Observations: Surface and Atmospheric Climate Change. Pp. 235-336 in Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change, S. Solomon, D. Qin, M. Manning, M. Marquis, K. Averyt, M.M.B. Tingor, and H.L. Miller, and Z. Chen, eds. New York: Cambridge University Press [online]. Available: http://www.ipcc.ch/pdf/assessment-report/ar4/wg1/ar4-wg1-chapter3.pdf [accessed Apr. 24, 2009].

Triangle Economic Research. 1995. Assessing Environmental Externality Costs for Electricity Generation. Prepared for Northern States Power Company, Minnesota, by Triangle Economic Research, Durham, NC.

Trimble, S.W. 1999. Decreased rates of alluvial sediment storage in the Coon Creek Basin, Wisconsin, 1975-93. Science 285(5431):1244-1246.

Union of Concerned Scientists. 1992. America's Energy Choices: Investing in a Strong Economy and Clean Environment. Cambridge, MA: Union of Concerned Scientists.

University of Hamburg. 2009. Social Cost of Carbon Meta-Analyses [online]. Available: http://www.fnu.zmaw.de/Social-cost-of-carbon-meta-analy.6308.0.html [accessed June 9, 20009].

U.S. GBC (U.S. Green Building Council). 2008. The Leadership in Energy and Environmental Design (LEED) Green Building Rating System™ [online]. Available: http://www.usgbc.org/ [accessed May 28, 2009].

USGS (U.S. Geological Survey). 1997. Radioactive Elements in Coal and Fly Ash: Abundance, Forms, and Environmental Significance. U.S. Geological Survey Fact Sheet FS 163-97. October 1997 [online]. Available: http://pubs.usgs.gov/fs/1997/fs163-97/FS-163-97.pdf [accessed Apr. 30, 2009].

USGS (U.S. Geological Survey). 2008. Mineral Commodity Summaries 2008. U.S. Geological Survey [online]. Available: http://minerals.usgs.gov/minerals/pubs/mcs/2008/mcs2008.pdf [accessed July 29, 2009].

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

USGS (U.S. Geological Survey). 2009a. Acid Mine Drainage: Introduction. U.S. Geological Survey [online]. Available: http://energy.er.usgs.gov/health_environment/acid_mine_drainage/ [accessed Mar. 14, 2009].

USGS (U.S. Geological Survey). 2009b. National Water-Quality Assessment (NAWQA) Program. U.S. Geological Survey [online]. Available: http://water.usgs.gov/nawqa/ [accessed July 27, 2009].

U.S. NRC (U.S. Nuclear Regulatory Commission). 2002. Radioactive Waste: Production, Storage, Disposal. NUREG/BR-0216, Rev.2. U.S. Nuclear Regulatory Commission, Washington, DC. May 2002 [online]. Available: http://www.nrc.gov/reading-rm/doc-collections/nuregs/brochures/br0216/r2/br0216r2.pdf [accessed May 6, 2009].

U.S. NRC (U.S. Nuclear Regulatory Commission). 2008a. Operating Nuclear Power Reactors [online]. Available: http://www.nrc.gov/info-finder/reactor/ [accessed May 22, 2009].

U.S. NRC (U.S. Nuclear Regulatory Commission). 2008b. Locations of Power Reactor Sites Undergoing Decommissioning [online]. Available: http://www.nrc.gov/info-finder/decommissioning/power-reactor/ [accessed May 22, 2009].

U.S. NRC (U.S. Nuclear Regulatory Commission). 2008c. Generic Environmental Impact Statement for In-Situ Leach Uranium Milling Facilities, Vols 1-2. Draft Report for Comment. NUREG-1910. Prepared by U.S. Nuclear Regulatory Commission, Office of Federal and State Materials and Environmental Programs; Wyoming Department of Environmental Quality. July 2008 [online]. Available: http://www.nrc.gov/reading-rm/doc-collections/nuregs/staff/sr1910/ [accessed May 20, 2009].

U.S. NRC (U.S. Nuclear Regulatory Commission). 2008d. Nuclear Insurance and Disaster Relief Funds. Fact Sheet. U.S. Nuclear Regulatory Commission. February 2008 [online]. Available: http://www.nrc.gov/reading-rm/doc-collections/fact-sheets/funds-fs.html [accessed Apr. 24, 2009].

U.S. NRC (U.S. Nuclear Regulatory Commission). 2009. Low-Level Waste Disposal Statistics. U.S. Nuclear Regulatory Commission [online]. Available: http://www.nrc.gov/waste/llw-disposal/licensing/statistics.html [accessed Apr. 27, 2009].

van der Welle, A., and B. van der Zwaan. 2007. An Overview of Selected Studies on the Value of Lost Load (VOLL), Working Paper Final Version (November 15, 2007). Pp. 26-47 in WP5 Report (1) on National and EU Level Estimates of Energy Supply Externalities. Project No. 518294 SES6 Cases: Cost Assessment of Sustainable Energy Systems, December 19, 2007 [online]. Available: http://www.feem-project.net/cases/documents/deliverables/D_05_1%20energy%20supply%20externalities%20update_Dec_07.pdf [accessed May 15, 2009].

Viscusi, W.K. 1993. The value of risks to life and health. J. Econ. Lit. 31(4):1912-1946.

Viscusi, W.K., and J.E. Aldy. 2003. The value of statistical life: A critical review of market estimates throughout the world. J. Risk Uncertainty 27(1):5-76.

Von Hippel, F.N. 2001. Plutonium and reprocessing of spent nuclear fuel. Science 293(5539): 2397-2398.

Waggitt, P. 2007. Uranium Mining Legacy Sites and Remediation—A Global Perspective. InternationalAtomic Energy Agency, Namibia, October 2007 [online]. Available: http://www.iaea.org/OurWork/ST/NE/NEFW/documents/RawMaterials/CD_TM_Swakopmund%20200710/13%20Waggit4.PDF [accessed May 21, 2009].

Warren, R., N. Arnell, R. Nicholls, P. Levy, and J. Price. 2006a. Understanding the Regional Impacts of Climate Change. Working Paper No. 90. Tyndall Centre for Climate Change Research, University of East Anglia, UK. September 2006 [online]. Available: http://www.tyndall.ac.uk/publications/working_papers/twp90.pdf [accessed Apr. 30, 2009].

Warren, R., C. Hope, M. Mastrandrea, R. Tol, N. Adger, and I. Lorenzoni. 2006b. Spotlighting Impacts Functions in Integrated Assessment. Working Paper No. 91. Tyndall Centre for Climate Change Research, University of East Anglia, Norwich, UK. September 2006

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

[online]. Available: http://www.tyndall.ac.uk/publications/working_papers/twp91.pdf [accessed May 1, 2009].

Weisser, D. 2007. A guide to life-cycle greenhouse gas (GHG) emissions from electric supply technologies. Energy 32(9):1543-1559.

Weitzman, M. 2007a. Structural Uncertainty and the Value of Statistical Life in the Economics of Catastrophic Climate Change. NBER Working Paper No. W13490. National Bureau of Economic Research, Inc., Cambridge, MA.

Weitzman, M.L. 2007b. A review of the "Stern Review on the Economics of Climate Change" J. Econ. Lit. 45(3):703-724.

Weitzman, M.L. 2009. On modeling and interpreting the economics of catastrophic climate change. Rev. Econ. Stat. 91(1):1-19.

WHO (World Health Organization). 2007. Extremely Low Frequency Fields. Environmental Health Criteria Monograph No. 238. Geneva: WHO Press [online]. Available: http://www.who.int/peh-emf/publications/Complet_DEC_2007.pdf [accessed July 28, 2009].

Wicke, L. 1986. Die ökologischen Milliarden: Das kostet die zerstörte Umwelt—so können wir sie retten. München: Kösel.

Williams, J.R. 1990. The erosion-productivity impact calculator (EPIC) model: A case history. Philos. T. Roy. Soc. Biol. Sci. 329(1255):421-428.

Williams, J.R. 1995. The EPIC model. Pp. 909-1000 in Computer Models of Watershed Hydrology, V.P. Singh, ed. Highlands Ranch, CO: Water Resources Publications.

Williams, J.R., C.A. Jones, and P.T. Dyke. 1984. Modeling approach to determining the relationship between erosion and soil productivity. Trans. ASAE 27(1):129-144.

Williams, J.R., M. Nearing, A. Nicks, E. Skidmore, C. Valentin, K. King, and R. Savabi. 1996. Using soil erosion models for global change studies. J. Soil Water Conserv. 51(5): 381-385.

Williams, J.R., J.G. Arnold, J.R. Kiniry, P.W. Gassman, and C.H. Green. 2008. History of model development at Temple, Texas. Hydrol. Sci. J. 53(5):948-960.

WISE-Uranium (World Information Service on Energy Uranium Project). 2009. Health and Environmental Impacts of Nuclear Fuel Production. WISE Uranium Project [online]. Available: http://www.wise-uranium.org/ [accessed Apr. 21, 2009].

Worrell, E., M. Neelis, L. Price, C. Galitsky, and N. Zhou. 2008. World Best Practice Energy Intensity Values for Selected Industrial Sectors. LBNL-62806. Ernest Orlando Lawrence Berkeley National Laboratory. February 2008 [online]. Available: http://ies.lbl.gov/iespubs/LBNL-62806.Rev.2.pdf [accessed May 1, 2009].

Yborra, S. 2006. Taking a second look at the natural gas vehicle. American Gas (Aug/Sept.): 32-36.

Yohe, G.W., R.D. Lasco, Q.K. Ahmad, N.W. Arnell, S.J. Cohen, C. Hope, A.C. Janetos, and R.T. Perez. 2007. Perspectives on climate change and sustainability. Pp. 811-841 in Climate Change 2007: Impact, Adaptation and Vulnerability. Contribution of Working Group II to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change, M. Parry, O. Canziani, J. Palutikof, P. van der Linden, C. Hanson, eds. Cambridge: Cambridge University Press [online]. Available: http://www.ipcc.ch/pdf/assessment-report/ar4/wg2/ar4-wg2-chapter20.pdf [accessed June 1, 2009].

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

# Abbreviations

| | |
|---|---|
| AEF | America's Energy Future |
| Ag | silver |
| APEEP | Air Pollution Emission Experiments and Policy |
| As | arsenic |
| AWEA | American Wind Energy Association |
| | |
| BBL | barrel |
| BD2- | biodiesel 20% blend |
| BOS | balance of system |
| Btu | British thermal unit |
| | |
| CAFE | corporate average fuel economy |
| CAIR | Clean Air Interstate Rule |
| CAMR | Clear Air Mercury Rule |
| CARB | California Air Resources Board |
| CCB | coal combustion by-product |
| CCR | coal combustion residue |
| CCS | carbon capture and storage |
| Cd | cadmium |
| CdTe | cadmium-telluride |
| CFR | Code of Federal Regulations |
| CG | compressed gasoline |
| CH4 | methane |
| CHP | combined heat and power |
| CMAQ | Community Multiscale Air Quality model |

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

| CNG | compressed natural gas |
| CO | carbon monoxide |
| Co | cobalt |
| $CO_2$ | carbon dioxide |
| $CO_2$-eq | carbon dioxide equivalent |
| Cr | chromium |
| CRP | Conservation Reserve Program |
| CRS | Congressional Research Service |
| Cu | copper |
| | |
| DICE | Dynamic Integrated Model of Climate and the Economy |
| DOE | U.S. Department of Energy |
| DOT | U.S. Department of Transportation |
| | |
| E10 | ethanol 10% blend |
| E85 | ethanol 85% blend |
| EGR | enhanced gas recovery |
| EGU | electricity-generating unit |
| EIA | Energy Information Administration |
| EISA | Energy Independence and Security Act |
| EOR | enhance oil recovery |
| EPA | U.S. Environmental Protection Agency |
| ERR | estimated recoverable reserves |
| EtOH | ethanol |
| | |
| FBC | fluidized bed combustion |
| FERC | Federal Energy Regulatory Commission |
| FGD | flue gas desulfurization |
| FPEIS | Final Programmatic Environmental Impact Statement |
| FUND | Climate Framework for Uncertainty, Negotiation, and Distribution |
| | |
| GCM | global climate model |
| GDP | gross domestic product |
| gge | gasoline gallon equivalent |
| GHG | greenhouse gas |
| GWP | global-warming potential |
| GREET | Greenhouse Gases, Regulated Emissions, and Energy Use in Transportation |
| GTCC | greater than Class C |
| GW | gigawatt |
| GWh | gigawatt hour |

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

| HAP | hazardous air pollutant |
|---|---|
| HDDV | heavy-duty diesel vehicle |
| HDGV | heavy-duty gasoline vehicle |
| HDV | heavy-duty vehicle |
| HDDV | heavy-duty diesel vehicle |
| HDGV | heavy-duty gasoline vehicle |
| HEV | hybrid electricity vehicle |
| HFCV | hydogren fuel-cell vehicle |
| Hg | mercury |
| HLRW | high-level radioactive wastes |
| | |
| IAM | integrated assessment model |
| IPCC | Intergovernmental Panel on Climate Change |
| IRIS | Integrated Risk Information System |
| | |
| kW | kilowatt |
| kWh | kilowatt hour |
| | |
| LCA | life-cycle assessment |
| LCIA | life-cycle impact assessment |
| LDV | light-duty vehicle |
| LEED | Leadership in Energy and Environmental Design |
| LLRW | low-level radioactive wastes |
| LNG | liquified natural gas |
| LWR | light water reactors |
| | |
| MCF | thousand cubic feet |
| MMBtu | million British thermal units |
| Mn | manganese |
| Mo | molybdenum |
| MOVES | Motor Vehicle Emission Simulator |
| MSRP | manufacturer's suggested retail price |
| MTM/VF | mountain top mining/valley fill |
| MW | megawatt |
| MWh | megawatt hour |
| | |
| $N_2O$ | nitrous oxide |
| NEI | National Emissions Inventory |
| NEMS | National Energy Modeling System |
| NEPA | National Environmental Policy Act |
| NERC | North American Electric Reliability Corporation |
| NG | natural gas |
| NGV | natural gas vehicle |

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK Document 86 filed 05/06/21 USDC Colorado pg 91
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

| | |
|---|---|
| $NH_3$ | ammonia |
| NHI | Nuclear Hydrogen Initiative |
| Ni | nickle |
| $NO_2$ | nitrogen dioxide |
| NOAA | National Oceanic and Atmospheric Administration |
| $NO_x$ | nitrogen oxides |
| NRC | National Research Council |
| NWPA | Nuclear Waste Policy Act |
| | |
| OECD | Organization for Economic Co-operation and Development |
| OMB | Office of Management and Budget |
| OPEC | Organization of Petroleum Exporting Countries |
| ORNL | Oakridge National Laboratory |
| | |
| PADD | Petroleum Administration for Defense Districts |
| PAGE | Policy Analysis of the Greenhouse Effect |
| Pb | lead |
| PC | pulverized coal |
| $PM_{10}$ | particulate matter less than or equal to 10 micron in aerody-namic diameter (coarse particulate matter) |
| $PM_{2.5}$ | particulate matter equal to or small than 2.5 micron aerody-namic diameter (fine particulate matter) |
| PRB | Powder River Basin |
| PV | photovoltaic |
| | |
| QALY | quality-adjusted life year |
| quads | quadrillion British thermal units |
| | |
| R&D | research and development |
| RCRA | Resource Conservation and Recovery Act |
| RFF | Resources for the Future |
| RFG | reformulated gasoline |
| RICE | Regional Integrated Model of Climate and the Economy |
| | |
| SAB | Science Advisory Board |
| Se | selenium |
| $SF_6$ | sulfur hexafluoride |
| SI | spark-ignition |
| SIDI | spark-ignition, direct-injection |
| $SO_2$ | sulfur dioxide |
| $SO_x$ | sulfur oxides |
| SPR | strategic petroleum reserve |
| SRR | source-receptor relationships |

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

| SUV | sports utility vehicle |
|---|---|
| THC | thermohaline circulation |
| Tl | thallium |
| TWh | terawatt hour |
| USD | U.S. dollars |
| VHTR | very-high-temperature reactor |
| VMT | vehicle miles traveled |
| VOC | volatile organic compound |
| VSL | value of a statistical life |
| WDL | workdays lost |
| Zn | zinc |

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 93

# Common Units and Conversions

Energy use in the United States involves many diverse industries and sectors, each of which uses its own conventions and units to describe energy production and use. Although these units are in common usage throughout the energy industry, they are not always consistent and are not well understood by nonexperts. Similarly, different types of units are employed to describe emissions resulting from energy-related use activities. This appendix describes the units used for principal energy supply and consumption activities and provides some useful conversion factors. The U.S. Department of Energy's Energy Information Administration website provides additional information about energy (see www.eia.doe.gov/basics/conversion_basics.html) units and conversion factors, including easy-to-use energy conversion calculators. Total U.S. energy use in 2007 was 101.5 quadrillion ($10^{15}$) Btu or 96 Exa ($10^{18}$) Joules.

## Electricity

- **Electrical generating capacity** is *power* and expressed in units of *kilowatts* (kW), *megawatts* (MW = $10^3$ kW), and *gigawatts* (GW = $10^6$ kW). It is defined as the maximum electrical output that can be supplied by a generating facility operating at ambient conditions. Coal power plants typically have generation capacities of about 500 MW; nuclear plants about 1,000 MW (1 GW); intermittent sources (e.g., natural gas peaking plants and individual wind turbines) about one to a few megawatts; and residential roof-top installations of solar photovoltaics about a few kilowatts.
- **Electricity supply and consumption** is expressed in units of *kilowatt*

*405*

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 94 of
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

*hours* (kWh), *megawatt hours* (MWh), *gigawatt hours* (GWh), or *terawatt hours* (TWh) ($10^9$ kWh). One kWh is equal to a power of 1,000 watts (the typical electricity that is consumed by a hand-held hair dryer) supplied or consumed over the period of an hour. Annual total delivered electricity in the United States is about 4,000 TWh and the average annual electricity consumption per U.S. household is about 11,000 kWh.

> o  1 kWh of electricity is equivalent to 3,410 Btu of thermal energy if the conversion has no inefficiencies.
>
> o  In a 33% efficient power plant, 10,230 Btu of input primary energy are required to produce 1 kWh of electricity.

### Fossil Fuels and Other Liquid Fuels

- **Coal** supply and consumption in the United States is usually expressed in units of metric tons (sometimes written as tonnes and equal to 1,000 kg or 2,200 pounds [lb]) or short tons (2,000 lb); most of the rest of the world uses metric tons. This report uses short tons when discussing coal use in the United States.

> o  A ton of typical coal contains about 22 MJ of energy.
>
> o  A tonne of typical coal contains about 24 MJ of energy.

- **Petroleum and gasoline** supply and consumption quantities are expressed in the United States in gallons or barrels (1 barrel = 42 gallons) and internationally in liters (3.88 liters = 1 gallon). In the United States, the energy content of liquid fuel is expressed in British thermal units (Btu), million Btu (MMBtu or $10^6$ Btu), and quadrillion Btu (quad = $10^{15}$ Btu). The rest of world uses joules (J) to express the energy content of liquid fuels (1 Btu = 1,055 J). A Btu is defined as the amount of energy (in the form of heat) needed to raise the temperature of 1 lb of water by 1 degree Fahrenheit.[1] The energy content of different fuels can be converted to Btu using the following approximate factors:

> o  1 barrel crude oil = 5,800,000 Btu = 5.8 MMBtu
>
> o  1 barrel gasoline = 5.2 MMBtu
>
> o  1 barrel fuel ethanol = 3.5 MMBtu

- When different liquid fuels and blends are compared, this is often done on the basis of what volume would give the same energy as a gallon of gasoline. Therefore, about 1.5 gallons of ethanol would provide the energy equivalent of 1 gallon of gasoline.

- **Natural gas** supply and consumption usage is expressed in units of a thousand cubic feet (MCF or mcf). This is the equivalent volume of gas at atmospheric pressure and temperature. Here the prefix M stands for

---

[1] A joule is the amount of energy needed to heat a kilogram of water by 1 degree centigrade. 1,055 joules = 1 Btu.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 95 of
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

a thousand, and MM is used to denote a million cubic feet. One MCF of natural gas contains about a million Btu of thermal energy.

## Basis for Quantifying Impacts

- **Activity-specific** impacts result from particular energy use. For example, impacts from the emissions from an electric power plant or impacts from tailpipe emissions from a passenger car.

- **Activity-aggregate** impacts are used to describe the impacts from energy use in a set of activities that include all impacts starting with the processing of primary energy, its conversions and its transportation to its end use point, its use to provide a set of energy services, and impacts associated with disposal of end use equipment. The aggregations are based on life-cycle assessment (LCA) methods and use a variety of data and models to estimate the impact. For example, electricity use to provide light in a building would include all the "upstream inputs" to produce feed energy for the power plant (mining, dams, etc.), the electricity production inputs to generate and distribute power to the site of the light bulb, and impacts associated with operation of the light bulb. Waste heat from the bulb and its disposal would be "downstream impacts." Larger downstream impacts would be associated with the health and other consequences from emissions at the power plant.

In this report, life-cycle impact assessment (LCIA) is a goal that can only be achieved incompletely due to limitations in data availability and complexity of the detailed systems, but where important impacts are present their magnitudes are estimated to the extent possible.

## Waste Streams and Hazardous Air Emissions

- **Solid and liquid wastes** are usually described using familiar units of volume or weight per unit time or quantity of energy produced. (cubic feet per minute [cfm]; tons per MWh; gallons per day; etc.). Where these waste streams contain contaminants, the concentration of the contaminant of concern is also important. (parts per million [ppm] by weight is the weight of contaminant in a million units of carrier weight; or pounds of contaminant per ton of carrier, or pounds of contaminant per gallon of liquid,)

- **Air emissions** are usually described by emissions per unit of energy produced or used—such as lb per MWh of electricity, lb per MCF of natural gas, or grams per vehicle miles traveled (VMT) and sometimes in terms of concentration of pollutants in emissions stream—such as parts per million (by volume) or pounds per cubic foot. The choice of a VMT basis is a compromise, since the more meaningful metric of passenger miles

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

traveled would require information about the number of passengers per vehicle—and would only change the final result if more passengers on average travelled on vehicles powered by a particular fuel. Presentation of results per gallon of fuel makes for difficult comparisons since different fuels have different energy contents per gallon.

In this report, impacts are assessed nationally using detailed models for the overall activities. Using a VMT basis for the transportation emissions estimates includes not only the differences in the impacts for different fuels, but also includes differences in the size and weights of vehicles that constitute the national vehicle fleet.

### Greenhouse Gases

- **Carbon dioxide** ($CO_2$) emissions from energy production and use are expressed in tons (short tons) or metric tons (tonnes) of $CO_2$-equivalent ($CO_2$-eq). Although $CO_2$ is the principal greenhouse gas associated with energy use, other gases such as methane, nitrous oxide, black carbon, and $SF_6$, also make some contributions to warming potential. These other contributions are converted to an equivalent amount of $CO_2$ with a similar effect and the total is therefore expressed as tonnes of $CO_2$-equivalent. The United States emits about 7 billion tonnes of $CO_2$-equivalent per year, about 6 billion of which is $CO_2$ arising primarily from energy production and use. Average annual $CO_2$ emissions in the United States are about 20 tonnes per person. [Note: Sometimes greenhouse gas emissions are reported in terms of tonnes of "carbon." One tonne of carbon emissions equals 3.7 tonnes of $CO_2$ emissions, since the weight of $CO_2$ also includes the weight of the oxygen in the molecule.]

Copyright © National Academy of Sciences. All rights reserved.

# Appendixes

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 99 c

# A

# Biographic Information on the Committee on Health, Environmental, and Other External Costs and Benefits of Energy Production and Consumption

**Jared L. Cohon** (*Chair*) is president of Carnegie Mellon University in Pittsburgh, Pennsylvania. His research interests focus on environmental system analysis, especially the development and application of techniques for planning and decision making in situations with multiple conflicting objectives. Dr. Cohon has been the author, co-author, and editor of more than 80 professional publications in this interdisciplinary field, which combines engineering, economics, and applied mathematics. He came to Carnegie Mellon in 1997 after serving as dean of the School of Forestry and Environmental Studies and professor of environmental systems analysis at Yale University from 1992 to 1997. Dr. Cohon began his teaching career in 1973 at Johns Hopkins University, where he served as assistant, associate, and full professor in the Department of Geography and Environmental Engineering and as assistant and associate dean of engineering and vice provost for research. Dr. Cohon is a member of the board of directors of Ingersoll-Rand Company (a producer of refrigeration and industrial equipment). The *Pittsburgh Post-Gazette* named him one of Pittsburgh's "Top 50" business leaders. In 1996, the National Audubon Society and the American Association of Engineering Societies jointly awarded him the Joan Hodges Queneau Medal for outstanding achievement in environmental conservation. He served on the U.S. Nuclear Waste Technical Review Board, appointed by President Clinton in 1995, and he served as the board's chairman from 1997 to 2002. Dr. Cohon also was appointed by President George W. Bush in 2002 to his Homeland Security Advisory Council. He served as chair of the council's Senior Advisory Committee on Academe, Policy, and Research, and he served as co-chair of the Council's Secure Borders/Open Doors Advisory

*411*

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Committee. Dr. Cohon received his Ph.D. in civil engineering from the Massachusetts Institute of Technology (MIT).

**Maureen L. Cropper** (*Vice Chair*) is professor of economics at the University of Maryland, senior fellow at Resources for the Future, former lead economist at the World Bank, and research associate at the National Bureau of Economic Research. Dr. Cropper's research has focused on valuing environmental amenities (especially environmental health effects), on the discounting of future health benefits, and on the trade-offs implicit in environmental regulations. Her recent research analyzes the externalities associated with motorization and the interaction between residential location, land use, and travel demand. Dr. Cropper is a member of the National Academy of Sciences. She also is past president of the Association of Environmental and Resource Economists and a former chair of the Advisory Council for Clean Air Act Compliance Analysis, a subcommittee of the U.S. Environmental Protection Agency (EPA) Science Advisory Board. Dr. Cropper has served on the advisory boards of Resources for the Future, the Harvard Center for Risk Analysis, the Donald Bren School of the Environment, and the American Enterprise Institute Brookings Center on Regulation. She received her Ph.D. in economics from Cornell University.

**Mark R. Cullen** is professor of medicine and chief of the division of general internal medicine at Stanford University. His research interests are in occupational and environmental medicine, including isocyanate exposure in automobile shop workers, lung cancer in people exposed to asbestos, and lead toxicity in workers. He has published several textbooks, including *Clinical Occupational Medicine* and *Textbook of Clinical Occupational and Environmental Medicine*. He is a member of the DuPont Epidemiology Review Board, a member of the MacArthur Foundation Network on Socioeconomic Status and Health, and a corporate medical director for the Aluminum Company of America. Dr. Cullen is a member of the Institute of Medicine and served as a member of its Board on Health Sciences. He also served as a member of the National Research Council (NRC) Committee on Human Biomonitoring for Environmental Toxicants. Dr. Cullen received his M.D. from Yale University and did his residency in internal medicine.

**Elisabeth M. Drake** is emeritus staff affiliated with the MIT Energy Initiative. Prior to her retirement in 2001, she served as associate director for new energy technologies at the MIT Energy Laboratory. With other MIT colleagues, she developed an interdisciplinary graduate course on sustainable energy, and she was a co-author of the textbook. *Sustainable Energy: Choosing Among Options*, published in 2005 by the MIT Press. Her research interests focus on new and emerging energy supply-side and demand-

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

side technologies that may facilitate a transition to a more sustainable future having lower greenhouse gas emissions at reasonable costs in both industrialized and developing countries. Early in her career she worked at Arthur D. Little, Inc. (ADL), initially as a cryogenic engineer working on liquid hydrogen refrigerators and the fueling system for the Saturn rocket. Later, she consulted on early liquefied natural gas (LNG) projects worldwide and on LNG safety research. She became a vice president for Technological Risk Management at ADL and later was vice president for their international Health, Safety, and Environmental Practice. She is a member of the National Academy of Engineering (NAE) and has served on a number of NRC committees, including topics as diverse as oversight of the U.S. Army's chemical weapons disposal operations and "Personal Cars and China" (a 2003 joint NRC report of the NAE and the Chinese Academy of Engineering). She currently serves as a member of the National Academies' Report Review Committee. She received a Sc.D. in chemical engineering from MIT.

**Mary R. English** is a research leader at the Institute for a Secure and Sustainable Environment and an associate of the Center for Applied and Professional Ethics at the University of Tennessee at Knoxville. Her current research interests include the socioeconomic impacts of biofuels production; the ethics of energy production, distribution, and consumption; state and local transportation and land-use planning; and participatory processes for environmental decision making. Over the past 20 years, her work has focused on the social and political aspects of various environmental management issues, such as siting controversial projects, cleanup of Superfund sites, the restoration and reuse of brownfield sites, and alternative mechanisms for involving stakeholders in environmental decisions. Dr. English is a member of the Tennessee Air Pollution Control Board. She previously served on the NRC Board on Radioactive Waste Management and several NRC study committees, such as the Committee on the Environmental Impacts of Wind-Energy Projects. She also served on the EPA National Environmental Justice Advisory Council and the National League of Women Voters' Advisory Committee to the Nuclear Waste Education Project. Dr. English received her Ph.D. in sociology from the University of Tennessee at Knoxville.

**Christopher B. Field** is the founding director of the Department of Global Ecology of the Carnegie Institution of Washington and professor of biology and of environmental earth system science at Stanford University. He is an ecosystem ecologist with research programs exploring the global carbon cycle and ecosystem responses to global change. Dr. Field is an author of more than 100 scientific papers, and he served on the editorial boards of

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

*APPENDIX A*

*Ecology*, *Ecological Applications*, *Ecosystems*, *Global Change Biology*, and *Proceedings of the National Academy of Sciences*. His recent NRC experience includes membership on the Board on International Scientific Organizations, Board on Environment Studies and Toxicology, Committee on Research at the Intersection of the Physical and Life Sciences, Committee on Earth-Atmosphere Interactions: Understanding and Responding to Multiple Environmental Stresses, Committee on Grand Challenges in the Environmental Sciences, Panel on Ecological Impacts of Climate Change, and chair of the U.S. National Committee for SCOPE. He is a member of the National Academy of Sciences. Dr. Field received his Ph.D. in biology from Stanford University.

**Daniel S. Greenbaum** is the president and chief executive officer of the Health Effects Institute (HEI), an independent not-for-profit research institute funded jointly by government and industry to provide trusted research on the health effects of air pollution. At HEI, Mr. Greenbaum has overseen the development and implementation of a strategic research plan that focuses the institute's efforts on providing critical research on and reanalysis of particulate matter, air toxics, and alternative fuels, increasingly on an international scale. He has served as chair of the EPA Blue Ribbon Panel on Oxygenates in Gasoline, as chair of EPA's Clean Diesel Independent Review Panel, and as a member of the national Clean Air Act Advisory Committee. Before joining HEI, he served as commissioner of the Massachusetts Department of Environmental Protection. In the NRC, he served on the Board on Environmental Studies and Toxicology, as vice chair of the Committee on Air Quality Management in the United States, and most recently as a member of the Committee on Estimating Mortality Risk Reduction and Economic Benefits from Controlling Ozone Air Pollution. Mr. Greenbaum earned a master's degree in city planning from MIT.

**James K. Hammitt** is professor of economics and decision sciences and director of the Harvard Center for Risk Analysis at the Harvard School of Public Health. His research and teaching concern the development of decision analysis, benefit-cost analysis, game theory, and other quantitative methods and their application to health and environmental policy in the United States and internationally. Dr. Hammitt is particularly interested in the management of long-term environmental issues, such as global climate change and stratospheric-ozone depletion, comprehensive evaluation of risk-control measures (including ancillary benefits and countervailing risks), and alternative methods for measuring the value of reducing health risks, including monetary and health-adjusted life-year metrics. He serves as a member of the EPA Science Advisory Board and its Environmental Economics Advisory Committee and chairs the EPA Advisory Council on Clear Air

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Compliance Analysis. Dr. Hammitt previously served as a member of the American Statistical Association Committee on Energy Statistics (Advisory Committee to the U.S. Energy Information Administration) and the NRC panel studying the implications of dioxin in the food supply. He held the Pierre-de-Fermat Chaire d'Éxcellence at the Toulouse School of Economics and served as senior mathematician at the RAND Corporation and as a faculty member at the RAND Graduate School of Policy Studies. Dr. Hammitt received his Ph.D. in public policy from Harvard University.

**Rogene F. Henderson** is a senior biochemist and toxicologist in the Experimental Toxicology Program of the Lovelace Respiratory Research Institute. She is also a clinical professor in the College of Pharmacy at the University of New Mexico in Albuquerque. Her major research interests are in the use of bronchoalveolar lavage fluid analyses to detect and characterize biomarkers of developing lung disease, the toxicokinetics of inhaled vapors and gases, and the use of biological markers of exposure and of effects to link environmental exposure to disease. She has served on a number of scientific advisory boards, including those of DOE, EPA, NIEHS, and the U.S. Army. She was recently chair of EPA's Clean Air Scientific Advisory Committee. Dr. Henderson is a national associate of the National Academies and is a former member of the Board on Environmental Studies and Toxicology. She received her Ph.D. in chemistry from the University of Texas.

**Catherine L. Kling** is professor of economics and head of the Resource and Environmental Policy Division at the Center for Agricultural and Rural Development at Iowa State University. Her research has been in the areas of natural resource and environmental economics. Dr. Kling served on the EPA Science Advisory Board (SAB) and was a member of the SAB Environmental Economics Advisory Committee. She is currently a member of the NRC committee that is reviewing the U.S. Department of Agriculture Agricultural Resource Management Survey (ARMS). Dr. Kling received her Ph.D. in economics from the University of Maryland.

**Alan J. Krupnick** is a senior fellow and director of quality of the environment at Resources for the Future. His research focuses on analyzing environmental issues, in particular the benefits, costs, and design of air pollution policies in the United States and in developing countries. His research also addresses the valuation of health and ecological improvements and, more recently, the ancillary benefits of climate policy and urban transportation and development problems. Dr. Krupnick has served as a consultant to state governments, federal agencies, private corporations, the Canadian government, the European Union, the World Health Organization, and the World Bank. He co-chaired an advisory committee that counseled EPA on

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

new ozone and particulate-matter standards. Dr. Krupnick participated in several NRC studies, including those of the Committee for the Evaluation of the Congestion Mitigation and Air Quality Improvement Program, the Committee on Research and Peer Review in EPA, the Surface Transportation Environmental Cooperative Research Program Advisory Board, and the Committee on Estimating Mortality Risk Reduction Benefits from Decreasing Tropospheric Ozone Exposure. He also served on a Royal Society of Canada committee analyzing ambient air-quality-standard setting in Canada. Dr. Krupnick received his Ph.D. in economics from the University of Maryland.

**Russell Lee** is a distinguished research and development (R&D) staff member in science and technology policy at Oak Ridge National Laboratory (ORNL). Previously, he was director of the Center for Energy and Environmental Analysis, and leader of the Resource Modeling Group at ORNL. Dr. Lee's research focus is on science and technology policy, energy supply and demand, environmental externalities associated with energy production and use, and transportation analysis. He was the U.S. lead person in the joint U.S.-European Commission study that resulted in the eight-volume report *Fuel Cycle Externalities* and senior author of the book *Health and Environmental Impacts of Electricity Generation Systems: Procedures for Comparative Assessment.* He is author of numerous other papers, book chapters and reports on the subject of energy externalities. Dr. Lee has been invited to present workshops, serve on expert panels, and consult on the subject of the impacts of electricity generation technologies, global climate change, environmental externalities, technology R&D policy, waste management, and related issues by the National Academies, the U.S. Department of Energy, the Organisation for Economic Cooperation and Development, the Commission of the European Communities, the International Energy Agency, the National Association of Regulatory Utility Commissioners, the International Atomic Energy Agency, the United Nations Framework Convention on Climate Change, foreign governments, universities, and industry. Prior to joining ORNL, he was an assistant professor at the University of Iowa and at Boston University. Dr. Lee is a member of the Committee on Social and Economic Factors of Transportation and of the Project Panel on Development of Research Performance Measurement Tool Box, both of the Transportation Research Board. Dr. Lee received his Ph.D. in geography from McMaster University in Canada.

**H. Scott Matthews** is the research director of the Green Design Institute and associate professor in the Department of Civil and Environmental Engineering and the Department of Engineering and Public Policy at Carnegie Mellon University. His work includes valuing the socioeconomic implications of

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

environmental systems and infrastructure and industrial ecology. He focuses on using the internet to facilitate environmental life-cycle assessment of products and processes, estimating and tracking carbon emissions across the supply chain, and the sustainability of infrastructure. Dr. Matthews serves as chair of the Committee on Sustainable Systems and Technology with the Institute of Electrical and Electronic Engineers. He holds a Ph.D. in economics from Carnegie Mellon.

**Thomas E. McKone** is senior staff scientist and deputy department head at the Lawrence Berkeley National Laboratory and an adjunct professor and researcher at the University of California, Berkeley, School of Public Health. Dr. McKone's research interests include the development, use, and evaluation of models and data for human-health and ecological risk assessments; chemical transport and transformation in the environment; and the health and environmental impacts of energy, industrial, and agricultural systems. One of Dr. McKone's most recognized achievements was his development of the CalTOX multimedia risk- and impact-assessment framework for the California Environmental Protection Agency. He has been a member of several NRC committees, including the Committee on Improving Risk Analysis Approaches Used by the U.S. EPA, Committee on Environmental Decision Making: Principles and Criteria for Models, Committee on EPA's Exposure and Human Health Reassessment of TCDD and Related Compounds, Committee on Toxicants and Pathogens in Biosolids Applied to Land, and Committee on Toxicology. Dr. McKone was recently appointed by California Governor Arnold Schwarzenegger to the Scientific Guidance Panel for the California Environmental Contaminant Biomonitoring Program. He is a fellow of the Society for Risk Analysis, former president of the International Society of Exposure Analysis, and a member the Organizing Committee for the International Life-Cycle Initiative—a joint effort of the United Nations Environment Program and the Society for Environmental Toxicology and Chemistry. He earned his Ph.D. in engineering from the University of California, Los Angeles.

**Gilbert E. Metcalf** is professor of economics at Tufts University and research associate at the National Bureau of Economic Research. His primary research area is applied public finance with particular interests in taxation, energy, and environmental economics. His current research focuses on policy evaluation and design in the area of energy and climate change. Dr. Metcalf taught at Princeton University and the Kennedy School of Government at Harvard University and served as a visiting scholar at the Joint Program on the Science and Policy of Global Change at MIT. He served as a consultant to various organizations, including the Chinese Ministry of

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Finance, the U.S. Department of the Treasury, and Argonne National Laboratory. He received his Ph.D. in economics from Harvard University.

**Richard G. Newell**[1] was appointed by President Obama as administrator of the Energy Information Administration and sworn into office on August 3, 2009. Previously, he was the Gendell Associate Professor of Energy and Environmental Economics at the Nicholas School of the Environment, Duke University. He is a research associate of the National Bureau of Economic Research, and a university fellow of Resources for the Future. He served as the senior economist for energy and environment on the President's Council of Economic Advisers, where he advised on policy issues ranging from automobile-fuel economy and renewable fuels to management of the Strategic Petroleum Reserve. He has been a member of expert committees, including the NRC Committee on Energy R&D, the Committee on Innovation Inducement Prizes, and the Committee on Energy Efficiency Measurement Approaches. Dr. Newell also served on the 2007 National Petroleum Council global oil and gas study. He currently serves on the boards of the *Journal of Environmental Economics and Management,* the journal *Energy Economics,* the Association of Environmental and Resource Economists, and the Automotive X-Prize. He served as an independent expert reviewer and advisor for many governmental, nongovernmental, international, and private institutions, including the OECD, Intergovernmental Panel on Climate Change, World Bank, National Commission on Energy Policy, EPA, U.S. Department of Energy, U.S. Energy Information Administration, U.S. National Science Foundation, and others. Dr. Newell received his Ph.D. from Harvard University.

**Richard L. Revesz** is dean at New York University Law School, where he also serves as the Lawrence King Professor of Law. His work focuses on five distinct areas: federalism and environmental regulation, design of liability regimes for environmental protection, positive political economy analysis of environmental regulation, analytical foundations of environmental law, and the use of cost-benefit analysis in administrative regulation. Dean Revesz also served as chair of the Committee on Judicial Review of the American Bar Association Section on Administrative Law and Regulatory Policy and as a member of the Environmental Economics Advisory Committee of the EPA Science Advisory Board. In addition, he has also been a visiting professor at the Woodrow Wilson School of Public and International Affairs at Princeton University, Yale Law School, Harvard University Law School, and University of Geneva School of Law. He holds a J.D. from Yale University and an M.S. in engineering from MIT.

---

[1]Dr. Newell resigned from the committee on August 2, 2009.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**Ian Sue Wing** is an associate professor in the Geography Department at Boston University (BU) and a research affiliate of the Center for Energy and Environmental Studies and the Center for Transportation Studies at BU and of the Joint Program on the Science & Policy of Global Change at MIT. In 2005-2006, he was a REPSOL-YPF energy fellow at Harvard's Kennedy School of Government. Dr. Sue Wing's research focuses on the economic analysis of energy and environmental policy, with an emphasis on climate change and computational general equilibrium analysis of economies' adjustment to policy shocks. He served on the Renewable Energy Modeling Analysis Partnership of the U.S. Department of Energy and on the Second Generation Model Advisory Panel of the EPA Science Advisory Board. He holds a Ph.D. in technology, management, and policy from MIT.

**Terrance G. Surles** is technology integration and policy analysis program manager for the Hawaii Natural Energy Institute. His research focuses on reducing dependence on petroleum from both a climate-change and energy-security perspective. Dr. Surles also serves as a senior advisor to the University of California's California Institute for Energy and Environment. In addition, he is director of the Pacific International Center for High Technology Research for which he works to develop and enhance collaborative programs between Japanese and American government- and private-sector clients. Previously, he was a vice president for the Electric Power Research Institute. He was a program director and assistant director for science and technology with the California Energy Commission. He was associate laboratory director for energy programs at Lawrence Livermore National Laboratory. Dr. Surles was deputy secretary for science and technology at the California Environmental Protection Agency. He was general manager of environmental programs at Argonne National Laboratory. He served as a member of the NRC Committee for Development of Methodology for Evaluating Prospective Benefits of U.S. Department of Energy Programs, Phases I and II. He holds a Ph.D. in analytical chemistry from Michigan State University.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

# B

# A Simple Diagrammatic
# Example of an Externality

A simple stylized example helps illustrate the concept of an externality. Consider a firm generating electricity that releases air pollutants as a by-product. It can carry out various activities to abate pollution. Initial pollution reductions are relatively inexpensive to carry out, but costs rise as the firm reduces its pollution further. To illustrate that relationship, Figure B-1 diagrams pollution abatement along the horizontal axis and measures of cost per ton of abatement along the vertical axis. The figure provides an alternative approach to that shown in Figure 1-1 of Chapter 1 but leads to the same conclusion. Whereas Figure 1-1 focuses on optimal pollution levels, the discussion in this appendix focuses on optimal abatement activities. Both approaches are used in the literature.

The upward sloping line labeled "Marginal Abatement Cost" measures the cost to the firm for each additional ton of pollution reduction. In the absence of any policy intervention, the hypothetical firm will engage in no pollution abatement and incur no private abatement costs.

The horizontal line labeled "Marginal Benefit" is a measure of the reduction in aggregate damages across all people affected by pollution from this plant. The reduction could be a combination of reduced mortality risk and reduced morbidity summed over different populations. The marginal benefit of pollution abatement is simply a restatement of the marginal damages from pollution. Each ton of pollution avoided reduces incremental damages to society.

For purposes of this example, we assume that the marginal benefit of pollution abatement is constant and equal to $25 per ton of abated pollution. Equivalently, the dollar value of the marginal damages of pollution

*420*

Copyright © National Academy of Sciences. All rights reserved.

*APPENDIX B*                    *421*



**FIGURE B-1** Pollution abatement (horizontal axis) and cost per ton of abatement (vertical axis).

for this plant is $25 per ton. In practice, the shape of this curve will be pollutant-specific (and might well be location- and time-specific).

Society is made better off if the firm increases its abatement from 0 to 100 tons. The benefit to society is the avoided damages of $25 per ton times the 100 tons abated, or $2,500. The cost to the firm of reducing its pollution is the sum of the incremental abatement costs. This is the area under the marginal abatement curve and it equals $1,250. The net gain to society following the firm's abatement action is $1,250.

Is 100 tons of pollution abatement the economically optimal amount? All other things being equal, the answer is yes. More generally, the economically optimal level of pollution abatement occurs at the point where marginal benefits equal marginal costs. To see why, consider an additional ton of abatement from 100 to 101 tons. The benefit to society is $25. The marginal cost, however, is an amount greater than $25 because the marginal abatement curve rises above $25 for abatement levels greater than 100. For abatement levels greater than 100 tons, the incremental abatement costs to the firm outweigh the incremental benefits to nearby residents. Similarly, any level of abatement below 100 tons are not economically optimal. At any level less than 100 tons, the cost to the firm of reducing pollution by 1 more ton is less than the benefit to nearby residents of that incremental pollution reduction.

Note, however, that the illustrative example does not include consider-

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

ation of important distributional issues by simply summing the costs and benefits of pollution reduction. Distributional considerations can be taken into account. They will affect the economically optimal level of pollution abatement in the example but not the fundamental concepts that the example illustrates.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

# C

# Description of the Air Pollution Emission Experiments and Policy (APEEP) Model and Its Application

The Air Pollution Emission Experiments and Policy (APEEP) analysis model (Muller and Mendelsohn 2006, 2009) is a traditional integrated assessment model (Mendelsohn 1980; Nordhaus 1992; Burtraw et al. 1998; EPA 1999). Like other integrated assessment models, APEEP connects emissions of air pollution through air-quality modeling to exposures, physical effects, and monetary damages. Making these links requires the use of findings reported in the peer-reviewed literature across several scientific disciplines.

APEEP is designed to calculate the marginal damage of emissions for nearly 10,000 distinct (individual and aggregated sources of air pollution in the contiguous United States. APEEP computes marginal damages of six pollutants: sulfur dioxide ($SO_2$), volatile organic compounds (VOCs), nitrogen oxides ($NO_x$), fine particulate matter ($PM_{2.5}$), coarse particulate matter ($PM_{10}$),[1] and ammonia ($NH_3$).

The individual and aggregate sources are defined by the U.S. Environmental Protection Agency (EPA 2009). Sources of emissions include both county-aggregated ground-level sources as well as point sources. Ground-level sources include vehicles, residences, and small industrial or commercial facilities without a smokestack. Emissions from individual ground-level sources are aggregated at the county level by EPA. Point sources are dif-

---

[1]The definition of $PM_{10}$ for the purpose of this modeling analysis is total particles less than 10 microns in size minus $PM_{2.5}$. This approach ensures that the consequences of $PM_{2.5}$ are not double counted. $PM_{10}$ is usually defined as particles that have an aerodynamic diameter less than or equal to 10 microns.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

ferentiated by effective stack height and by location because the height of emissions affects the dispersion patterns from these sources. Emissions from point sources with an effective height of less than 250 m are aggregated to the county level, as are emissions from point sources with an effective height of 250 to 500 m. In contrast, point sources with an effective height of greater than 500 m, such as certain power plants and other large industrial facilities, are modeled individually—that is, APEEP does not aggregate emissions from these sources; they are modeled separately for each facility.

The air-quality models in APEEP use the emission data provided by EPA to estimate corresponding ambient concentrations in each county in the coterminous states. The accuracy of the estimated pollution levels produced by the APEEP model has been statistically tested against the Community Multiscale Air Quality (CMAQ) model (Byun and Schere 2006), which is considered the state-of-the-art air-quality model. The results of these statistical comparisons are shown in the accompanying materials to Muller and Mendelsohn (2006).

APEEP can be used to compute the marginal damage of emissions on a source-specific basis. This approach isolates the source-specific damage per ton for each of the six pollutants covered by the model. To calculate marginal damages, APEEP uses the following algorithm: First, APEEP estimates total damages due to all sources in the model, producing its baseline (observed) emissions (EPA 2009); next, APEEP adds 1 ton of one pollutant from one source and recomputes total damages. The marginal damage is the damage that occurs after adding 1 ton of pollutant minus the damages due to the baseline emissions. The algorithm isolates the contribution of a single ton of emissions from each source to total national damages. This approach captures the formation of secondary pollutants, such as sulfates and nitrates (constituents in $PM_{2.5}$) as well as tropospheric ozone ($O_3$) that are formed by the emissions of other substances. APEEP attributes the damage due to such secondary pollutants back to the source of emissions. As shown in Equation 1, the marginal damage is computed by adding the changes in damages across the complete set of receptor counties. (Receptor counties are those counties that receive emissions from a source.)

$$MD_{i,p} = \Sigma r \; D_r, ep - \Sigma r \; D_r, bp \qquad (1)$$

where
$MD_{i,p}$ = damage per ton of an emission of pollutant ($p$) from source ($i$).
$D_r$ = total dollar damage that occurs at receptor county ($r$).
$bp$ = 2002 baseline emissions of $p$.
$ep$ = 2002 baseline emissions plus 1 ton of $p$ from $i$.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

After computing the marginal damage of emissions for a specific pollutant from source $i$, this experiment can be repeated for each of the six pollutants covered in APEEP and the approximately 10,000 distinct (individual and grouped) sources in the United States. The total 10,000 sources encompass all anthropogenic emissions of these six pollutants in the lower 48 states. It is important to note that the APEEP model, in its current form, does not test for interactions among emissions of multiple pollutants in terms of the damages that such emissions cause. The model is designed to simulate the emissions of 1 ton of one specific pollutant from a particular source and to estimate its impact rather than the emissions of multiple pollutants from a source and estimating their cumulative impact.

The following section briefly highlights the basic structure of the model and some of its most important assumptions. The model uses data on emissions (excluding carbon monoxide and lead and including ammonia) that contribute to the formation of criteria air pollutants. The data were provided by EPA's 2002 National Emission Inventory (EPA 2009). Concentrations due to the baseline levels of emissions are estimated by the air-quality models in APEEP. The air-quality modeling module makes use of a source-receptor matrix framework. That is, the marginal contribution of emissions in a source county ($s$) to the ambient concentration in a receptor county ($r$) is represented as the $s,r$ element in a matrix. Using a linear algebraic approach, APEEP multiplies the matrix times an emission vector to generate a vector of predicted ambient concentrations. When the emission vectors represent changes to existing emissions, the corresponding estimated concentrations reflect changes to the baseline levels, or existing concentrations. When the emission vectors represent the emission rates, then predicted concentrations reflect those rates, not changes to concentrations.

The model contains source-receptor matrices for the following pollutants in both summer and winter: $NO_x \rightarrow NO_x$, $SO_2 \rightarrow SO_2$. The matrix governing the relationship between $NO_x$ emissions, VOC emissions, and $O_3$ concentrations is calibrated to the summer season. The matrices representing formation and transport of particles ($PM_{2.5} \rightarrow PM_{2.5}$, $PM_{10} \rightarrow PM_{10}$, $NO_x \rightarrow PM$, $SO_2 \rightarrow PM$, $NH_3 \rightarrow NH_4$, $VOC \rightarrow PM$) produce annual means.[2] There is a specific matrix in APEEP for each of the emission-concentration relationships shown above.

The particulate matter source-receptor matrices compute the ammonium-sulfate-nitrate equilibrium, which determines the amount of ambient ammonium sulfate $(NH_4)_2$, $SO_4$, and ammonium nitrate $(NH_4NO_3)$ at each receptor county. The equilibrium computations reflect several fundamental

---

[2]PM indicates that the contribution of $NO_x$, VOCs, and $SO_2$ is counted to both $PM_{2.5}$ and $PM_{10}$. Parameterization of the relationship between VOC emissions and the formation of PM is based on the work of Grosjean and Seinfeld (1989).

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 114

*APPENDIX C*

aspects of this system. First, ambient ammonium ($NH_4$) reacts preferentially with sulfate ($H_2SO_4$). Second, ammonium nitrate is only able to form if there is excess $NH_4$ after reacting with sulfate. Finally, particulate nitrate formation is a decreasing function of temperature, so the ambient temperature at each receptor location is incorporated into the equilibrium calculations. To translate VOCs emissions into secondary organic particulates, APEEP uses the fractional aerosol yield coefficients estimated by Grosjean and Seinfeld (1989). These coefficients represent the yield of secondary organic aerosols corresponding to emissions of gaseous VOCs.

APEEP simulates $O_3$ concentrations using an empirical model that translates ambient concentrations of VOC, CO, and $NO_x$ into ambient $O_3$ concentrations. The model captures many of the factors contributing to ambient concentrations of $O_3$, VOC, CO, and $NO_x$. These factors include forests and agricultural land uses, which produce biogenic hydrocarbons, as well as the ambient air temperature and several geographic variables. For a complete depiction of the $O_3$ modeling in APEEP, see Muller and Mendelsohn (2006). The inclusion of both linear and quadratic forms for $NO_x$, CO, and VOC concentrations in the $O_3$ models allows for the nonlinearity known to exist in $O_3$ production chemistry (Seinfeld and Pandis 1998). Specifically, the quadratic forms capture titration. This approach is critical to accurately predict $O_3$ levels in certain urban areas, where research has shown that additional emissions of $NO_x$ can result in reduced $O_3$ concentrations (Tong et al. 2006).

The source-receptor matrices in APEEP are derived from the Climatological Regional Dispersion Model (CRDM) (Latimer (1996). The original CRDM matrices have been calibrated to produce estimates of pollution levels that are in good agreement with the predictions produced by CMAQ. The correlations between APEEP's predicted surfaces and CMAQ's are especially strong for annual mean $PM_{2.5}$ levels and summer mean $O_3$ levels; the correlation coefficients are 0.82 and 0.77, respectively.[3] The matrices have been expanded in scope to encompass nearly 10,000 sources and source areas.

Following the estimation of ambient concentrations, exposures are computed by multiplying county-level populations times county-level pollution concentrations. In APEEP, populations include number of people (differentiated by age),[4] crops produced, timber harvested, an inventory of anthropogenic materials, visibility resources, and recreation usage (for each

---

[3] The correlations for $PM_{2.5}$ are expressed over n = 3,110, reflecting the 3,110 counties in the contiguous 48 states. The correlations for tropospheric $O_3$ are expressed over n = 24,880, reflecting eight hourly observations for the 3,110 counties in the coterminous U.S.

[4] Population data are provided by CDC Wonder, which is a database of the Centers for Disease Control and Prevention of the U.S. Department of Health and Human Services.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

county in the contiguous United States). Each type of exposure is computed separately for each pollutant. The sources for each of these inventories are documented in Muller and Mendelsohn (2006).

In the next stage of the APEEP model, peer-reviewed concentration-response functions are used to translate exposures into the number of physical effects, including premature mortalities, cases of illness, reduced timber and crops yields, enhanced depreciation of anthropogenic materials, reduced visibility, and recreation usage. The studies that provide the concentration-response functions related to human health impacts are listed in Table C-1.

The final stage of the APEEP model attributes a dollar value to each of these physical effects. For effects on goods and services traded in markets (decreased crop yields, for example), APEEP multiplies the change in output due to exposures to air pollution times the market price. For nonmarket goods and services, APEEP uses valuation estimates from the nonmarket valuation literature in economics. APEEP values premature mortality risks using the value of a statistical life (VSL) approach (Viscusi and Aldy 2003). APEEP uses EPA's preferred VSL, which is equivalent to approximately $6 million (year 2000 real U.S. dollars). APEEP provides the option of using a VSL estimate of approximately $2 million from Mrozek and Taylor (2002) as an alternative to the EPA's VSL. The values attributed to chronic illnesses, such as bronchitis and asthma, are also derived from the nonmarket valuation literature. Acute illnesses are valued with cost of illness estimates. Each of the values applied to human health effects in APEEP are shown in Table C-3.

**TABLE C-1** Epidemiology Studies Used in APEEP

| Health Event | Pollutant | Study |
| --- | --- | --- |
| All-cause adult chronic-exposure mortality[a] | $PM_{2.5}$ | Pope et al. 2002 |
| Infant chronic-exposure mortality | $PM_{2.5}$ | Woodruff et al. 2006 |
| Chronic bronchitis | $PM_{10}$ | Abbey et al. 1993 |
| Chronic asthma | $O_3$ | McDonnell et al. 1999 |
| Acute-exposure mortality | $O_3$ | Bell et al. 2004 |
| Respiratory admissions | $O_3$ | Schwartz 1995 |
| ER visits for asthma | $O_3$ | Stieb et al. 1996 |
| COPD admissions | $NO_2$ | Moolgavkar 2000 |
| IHD admissions | $NO_2$ | Burnett et al. 1999 |
| Asthma admissions | $SO_2$ | Sheppard et al. 1999 |
| Cardiac admissions | $SO_2$ | Burnett et al. 1999 |

[a]Acute exposure mortality for $PM_{2.5}$ was not included in this analysis as a separate effect. See Muller and Mendelsohn (2007) for further discussion.

SOURCE: Muller and Mendelsohn 2006. Reprinted with permission; copyright 2007, *Journal of Environmental Economics and Management*.

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 116

The studies that provide the concentration-response functions for the remaining welfare effects are listed in Table C-2. Because $PM_{2.5}$ is a subset of $PM_{10}$, APEEP avoids double counting of damages due to $PM_{2.5}$ and $PM_{10}$. Specifically, APEEP estimates mortality impacts associated with emissions of $PM_{2.5}$, and the model measures chronic morbidity impacts of $PM_{10}$. In reporting the morbidity damages due to emissions of $PM_{10}$, APEEP nets out the mortality damages due to $PM_{2.5}$. In effect, the damages for $PM_{10}$ are expressed as $PM_{10}$-$PM_{2.5}$.

**TABLE C-2** Concentration-Response Studies Used in APEEP

| Welfare Effect | Pollutant | Study |
|---|---|---|
| Crop loss | $O_3$ | Lesser et al. 1990 |
| Timber loss | $O_3$ | Reich 1987; Pye 1988 |
| Materials depreciation | $SO_2$ | Atteras and Haagenrud 1982; ICP 2000 |
| Visibility | $PM_{10}$ | Muller and Mendelsohn 2006 |
| Forest recreation | $SO_2$, $NO_x$, $O_3$ | Muller and Mendelsohn 2006 |

**TABLE C-3** Value of Human Health Effects in APEEP[a]

| Health Event | Unit | U.S. Dollars |
|---|---|---|
| Chronic Exposure Mortality | Case | 5,910,000 |
| Chronic Bronchitis | Case | 320,000 |
| Chronic Asthma | Case | 30,800 |
| General Respiratory | Hospital Admission | 8,300 |
| General Cardiac | Hospital Admission | 17,526 |
| Asthma | Hospital Admission | 6,700 |
| COPD | Hospital Admission | 11,276 |
| Ischemic Heart Disease | Hospital Admission | 18,210 |
| Asthma | ER Visit | 240 |

[a]Values are in 2000 U.S. dollars; see Muller and Mendelsohn 2007.

SOURCE: Modified from Muller and Mendelsohn 2006.

**TABLE C-4** Value of Nonmarket Impacts of Air Pollution

| Welfare Effect | U.S. Dollars[a] | Location | Source |
|---|---|---|---|
| Recreation visibility (in-region) | 170 | Southwest | Chestnut and Rowe 1990 |
| Recreation visibility (out-region) | 135 | Southwest | Chestnut and Rowe 1990 |
| Recreation visibility (in-region) | 80 | Southeast | Chestnut and Rowe 1990 |
| Recreation visibility (out-region) | 50 | Southeast | Chestnut and Rowe 1990 |
| Residential visibility (in-region) | 174 | Eastern | McClelland et al. 1993 |
| Forest recreation visit | 63 | All | Kengen 1997 |

[a]Values are in 2000 U.S. dollars; see Muller and Mendelsohn 2007.

SOURCE: Modified from Muller and Mendelsohn 2006.

Copyright © National Academy of Sciences. All rights reserved.

Each of the other nonmarket impacts of air pollution modeled by AP-EEP (impaired visibility and reduced recreation services) are also expressed in dollar terms. The values used in the APEEP model corresponding to these welfare effects are displayed in Table C-4.

## REFERENCES

Abbey, D.E., F. Peterson, P.K. Mills, and W.L. Beeson. 1993. Long-term ambient concentrations of total suspended particulates, ozone, and sulfur dioxide and respiratory symptoms in a nonsmoking population. Arch. Environ. Health 48(1):33-46.

Atteras, L., and S. Haagenrud. 1982. Atmospheric corrosion testing in Norway. Pp. 873-892 in Atmospheric Corrosion, W.H. Ailor, ed. New York: Wiley.

Bell, M.L., A. McDermott, S.L. Zeger, J.M. Samet, and F. Domenici. 2004. Ozone and short-term mortality in 95 U.S. urban communities, 1987-2000. JAMA 292(17):2372-2378.

Burnett, R.D., M. Smith-Doiron, D. Steib, S. Cakmak, and J. Brook. 1999. Effects of particulate and gaseous air pollution on cardiorespiratory hospitalizations. Arch. Environ. Health 54(2):130-139.

Burtraw, D., A. Krupnick, E. Mansur, D. Austin, and D. Farrell. 1998. Costs and benefits of reducing air pollutants related to acid rain. Contemp. Econ. Policy 16 (4):379-400.

Byun, D.W., and L.K. Schere. 2006. Review of the governing equations, computational algorithms, and other components of the models-3 Community Multiscale Air Quality (CMAQ) modeling system. Appl. Mech. Rev. 59(2):51-77.

Chestnut, L.G., and R.D. Rowe. 1990. Economic valuation of changes in visibility: A state of the science assessment for NAPAP. Pp. 27-153 to 27-175 in Report 27. Methods for Valuing Acidic Deposition and Air Pollution Effects. Acidic Deposition: State of Science and Technology, Vol. 4. Control Technologies, Future Emission, and Effects Valuation, P.M. Irving, ed. Washington, DC: U.S. National Acid Precipitation Assessment Program.

EPA (U.S. Environmental Protection Agency). 1999. The Benefits and Costs of the Clean Air Act 1990 to 2010, EPA Report to Congress. EPA-410-R-99-001. Office of Air and Radiation, Office of Policy, U. S. Environmental Protection Agency, Washington, DC. November 1999 [online]. Available: http://www.epa.gov/oar/sect812/1990-2010/chap1130.pdf [accessed Sept. 16, 2009].

EPA (U.S. Environmental Protection Agency). 2009. National Emissions Inventory (NEI) Data & Documentation. Office of Air Quality Planning and Standards, U. S. Environmental Protection Agency, Washington, DC [online]. Available: http://www.epa.gov/ttnchie1/net/2002inventory.html [accessed Sept 16, 2009].

Grosjean, D., and J. Seinfeld. 1989. Parameterization of the formation potential of secondary organic aerosols. Atmos. Environ. 23:1733-1747.

ICP (International Co-operative Programme). 2000. International Co-operative Programme on Effects of Air Pollution on Materials, including Historic and Cultural Monuments: Results [online]. Available: http://www.corr-institute.se/ICP-Materials/web/page.aspx?pageid=59263 [accessed Apr. 15, 2010].

Kengen, S. 1997. Forest Valuation for Decision-Making: Lessons of Experience and Proposals for Improvement. Food and Agriculture Organization of the United Nations, Rome, Italy. February 1997 [online]. Available: ftp://ftp.fao.org/docrep/fao/003/W3641E/W3641E00.pdf [accessed Sept. 15, 2009].

Latimer, D.A. 1996. Particulate Matter Source-Receptor Relationships Between all Point and Area Sources in the United States and PSD Class I Area Receptors. Prepared for Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, NC. September 1996.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Lesser, V.M., J.O. Rawlings, S.E. Spruill, and M.C. Somerville. 1990. Ozone effects on agricultural crops: Statistical methodologies and estimated dose-response relationships. Crop Sci. 30(1):148-155.

McClelland, G.H., W.D. Schulze, D. Waldman, D. Schenk, J.R. Irwin, T. Stewart, L. Deck, and M.A. Thayer. 1993. Valuing Eastern Visibility: A Field Test of the Contingent Valuation Method. Prepared for Office of Policy Planning and Evaluation, U.S. Environmental Protection Agency, Washington, DC, by the University of Colorado. September 1993 [online]. Available: http://yosemite1.epa.gov/ee/epa/eerm.nsf/vwAN/EE-0008-1.pdf/$file/EE-0008-1.pdf [accessed Sept. 15, 2009].

McDonnell, W.F., D.E. Abbey, N. Nishino, and M.D. Lebowitz. 1999. Long-term ambient ozone concentration and the incidence of asthma in non-smoking adults: The AHSMOG study. Environ. Res. 80(1):110-121.

Mendelsohn, R. 1980. An economic analysis of air pollution from coal-fired power plants. J. Environ. Econ. Manage. 7:30-43.

Moolgavkar, S.H. 2000. Air pollution and hospital admissions for chronic obstructive pulmonary disease in three metropolitan areas in the United States. Inhal. Toxicol. 12(Suppl. 4):75-90.

Mrozek, J.R., and L.O. Taylor. 2002. What determines the value of life? A meta-analysis. J. Policy Anal. Manage. 21(2):253-270.

Muller, N.Z., and R.O. Mendelsohn. 2006. The Air Pollution Emission and Policy Analysis Model (APEEP): Technical Appendix. Yale University, New Haven, CT. December 2006 [online]. Available: https://segueuserfiles.middlebury.edu/nmuller/APEEP_Tech_Appendix.pdf [accessed Oct. 7, 2009].

Muller, N.Z., and R.O. Mendelsohn. 2007. Measuring the damages from air pollution in the U.S. J. Environ. Econ. Manage. 54(1):1-14.

Muller, N., and R. Mendelsohn. 2009. Efficient pollution regulation: Getting the prices right. Am. Econ. Rev. 99(5):1714-1739.

Nordhaus, W.D. 1992. An optimal transition path for controlling greenhouse gases. Science 258 (5086):1315-1319.

Pope, C.A., R.T. Burnett, M.J. Thun, E.E. Calle, D. Krewski, K. Ito, and G.D. Thurston. 2002. Lung cancer, cardiopulmonary mortality, and long-term exposure to fine particulate air pollution. JAMA 287(9):1132-1141.

Pye, J.M. 1988. Impact of ozone on the growth and yield of trees: A review. J. Environ. Qual. 17:347-360.

Reich, P.B. 1987. Quantifying plant response to ozone: A unifying theory. Tree Physiol. 3(1):63-91.

Schwartz J. 1995. Short term fluctuations in air pollution and hospital admissions of the elderly for respiratory disease. Thorax 50(5):531-538.

Schwartz, J., D. Slater, T.V. Larson, W.E. Pierson, and J.Q. Koenig. 1993. Particulate air pollution and hospital emergency room visits for asthma in Seattle. Am. Rev. Respir. Dis. 147(4):826-831.

Seinfeld, J.H., and S.N. Pandis. 1998. Atmospheric Chemistry and Physics. New York: John Wiley & Sons.

Sheppard, L., D. Levy, G. Norris, T.V. Larson, and J.Q. Koenig. 1999. Effects of ambient air pollution on nonelderly asthma hospital admissions in Seattle, Washington, 1987-1994. Epidemiology 10(1):23-30.

Steib, D.M., R.T. Burnett, R.C. Beveridge, and J.R. Brook. 1996. Association between ozone and asthma emergency department visits in St. Jon, New Brunswick, Canada. Environ. Health Perspect. 104(12):1354-1360.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Tong, D.Q., N.Z. Muller, D.L. Mauzerall, and R.O. Mendelsohn. 2006. Integrated assessment of the spatial variability of ozone impacts from emissions of nitrogen oxides. Environ. Sci. Technol. 40(5):1395-1400.

Viscusi, W.K., and J.E. Aldy. 2003. The value of a statistical life: A critical review of market estimates throughout the world. J. Risk Uncertain. 27(1):5-76.

Woodruff, T.J., J.D. Parker, and K.C. Schoendorf. 2006. Fine particulate matter (PM2.5) air pollution and selected causes of postneonatal infant mortality in California. Environ. Health Perspect. 114(5):786-790.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

# D

# Description of GREET and Mobile6 Models and Their Applications

## BACKGROUND

### The Need for Emissions Data in the National Research Council Study

To evaluate the per vehicle miles traveled (VMT) total damages from transportation, the APEEP[1] county emission-unit-damage costs must be evaluated against vehicle emissions. Although the passenger and freight fleets are diverse, particular vehicle and fuel combinations dominated in 2005, and certain vehicles and fuels are of particular interest for 2030. It is important to acknowledge life-cycle considerations related to both the vehicles and the fuels. In particular, feedstock production, fuel production, and vehicle manufacturing could have significant emissions contributions in the life-cycle inventory. The vehicle-fuel inventory should include these life-cycle components in addition to vehicle operation.

### Available Options for Constructing Emissions Estimates

Although tools and data are available to evaluate the many vehicle and fuel operational emissions, GREET[2] stands as one of the few resources to evaluate life-cycle component emissions (Argonne National Laboratory 2009). The GREET life-cycle factors cover a range of light-duty vehicles and the fuels they consume. GREET evaluates the many processes involved from

---

[1] Air Pollution Emission Experiments and Policy.
[2] Greenhouse Gases, Regulated Emissions, and Energy Use in Transportation.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

feedstock production through vehicle operation. Without using GREET, individual process assessments throughout the supply chain would need to be performed and combined for each vehicle and fuel of interest.

## EMISSIONS DATA AND MODELING

### The GREET Model

The Argonne GREET model is used to determine emissions from light-duty autos and trucks. The GREET model is a vehicle operation and fuel production life-cycle assessment tool, which captures fuel feedstock production, fuel refining, vehicle operation, and vehicle manufacturing. Feedstock production, fuel refining, and vehicle operation are estimated with the GREET 1.8b model; vehicle manufacturing is determined with GREET 2.7a. The version designations (1.8b and 2.7a) do not imply different generations of GREET but distinguish between a version developed for the fuel cycle (1.8b) versus a version developed for the vehicle cycle (2.7). The strength of the GREET model lies in its ability to estimate a variety of fuel inputs and vehicle combinations and their associated well-to-wheel life-cycle components. GREET allows for specification of critical inputs to these components (for example, emission factors, combustion technologies, energy efficiencies, and fuel types).

GREET evaluates several life-cycle components for the feedstock production, fuel production, and vehicle-manufacturing emissions inventory. For the feedstock and fuel production cycle, GREET captures extraction and creation of raw feedstock, transport to refineries, refinery processes, and transport to fueling stations. These constitute the well-to-pump components. On the vehicle-cycle side, GREET performs a materials-based life-cycle assessment capturing raw material extraction, processing, transport, and ultimately assembly into an automobile or light-duty truck. GREET does not estimate heavy-duty vehicle life-cycle factors, so additional data sources were needed to evaluate these vehicle classes.

GREET allows for the adjustment of many feedstock, fuel, and vehicle operation input parameters; however, particular inputs were targeted for the vehicle and fuel combinations evaluated. The evaluation year was toggled for the 2005 and 2030 scenarios to capture changes in both vehicle operational performance as well as efficiency changes in other devices, such as engines and turbines. The fraction of crude oil that comes from tar sands and the amount of reformulated gasoline were adjusted on the basis of the vehicle and fuel combination. For ethanol, GREET inputs for feedstocks (corn, herbaceous, and corn stover) and milling processes (dry or wet) were changed. Another critical input parameter for the assessment is the fraction of low-sulfur diesel. Last, the electricity mix for 2005 and 2030 were ad-

Copyright © National Academy of Sciences. All rights reserved.

justed on the basis of the U.S. Energy Information Administration's *Annual Energy Outlook*, which reports historical mixes as well as future forecasts (EIA 2006, 2009a).

## Mobile6.2

To evaluate heavy-duty vehicle emissions, EPA's Mobile6.2 on-road emissions modeling tool was used (EPA 2009). Unlike GREET, Mobile6.2 is designed to evaluate the many different conditions under which vehicles may operate, and not feedstock production, fuel production, or vehicle-manufacturing life-cycle emissions. Mobile6.2 heavy-duty vehicle operational emission factors were used in combination with GREET feedstock and fuel production factors to create life-cycle inventories for several different vehicle classes.

GREET does not evaluate ammonia emissions, so Mobile6.2 is used to capture this pollutant for both light- and heavy-duty vehicles. Ammonia emissions, which result in secondary particle formation, were determined by Mobile6.2 for a set of vehicles that overlap with the vehicle and fuel combinations evaluated in GREET. Ammonia emissions were estimated for the vehicle operation component only; they were not estimated for the feedstock, fuel, and vehicle manufacturing components.

## THE EMISSIONS MODELING PROCESS

### Model Framework

The emissions model utilized GREET to generate feedstock, fuel production, operation, and vehicle-manufacturing factors for light-duty vehicles and Mobile6.2 to generate operational factors for heavy-duty vehicles. GREET feedstock and fuel production factors were applied to the heavy-duty vehicle Mobile6.2 operational factors, as described later in this appendix. For all vehicles, energy inputs, $CO_2$, $CH_4$, $N_2O$, VOC, CO, $NO_x$, $PM_{10}$, $PM_{2.5}$, and $SO_x$ emissions are determined for the life-cycle components. APEEP county unit damages are based on emissions of VOCs, $NO_x$, $PM_{2.5}$, and $SO_x$.

### GREET Temporal Boundaries

GREET can evaluate vehicles and life-cycle processes from 1990 through 2020. The tool has many time series for engines, turbines, and critical parameters that capture changes in efficiencies, emissions, and other parameters (for example, ethanol yields from corn and fuel sulfur levels) historically and up to 2020. GREET also makes the assumption that fleet age is 5 years. When evaluating life-cycle emissions in a year, GREET as-

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 123

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

sumes that vehicles are 5 years older and assigns them the corresponding emissions. When using GREET to evaluate vehicles in 2005, emissions from vehicles correspond to year 2000. However, all other values in GREET's assessment (such as fuel sulfur levels or electricity mixes) correspond to 2005.

The 2030 assessment is outside the GREET temporal upper range, so 2020 is used as a baseline (although adjustments are made and described later in this section).

### GREET Vehicle-Manufacturing Emissions

The GREET 2.7a model was used to determine vehicle-manufacturing emissions. The model performs a life-cycle assessment from vehicle material inputs to determine emissions from manufacturing for cars and SUVs. The model distinguishes between internal-combustion-engine vehicles, hybrid electric vehicles, and fuel-cell electric vehicles from both conventional and light-weight materials. The material inputs are evaluated for the body, powertrain system, transmission system, chassis, battery, fluids, paint, traction motor, generator, electronic controller, and fuel-cell auxiliary system. These components are assessed from material extraction through assembly, and emissions are determined at each stage. Disposal is included.

There is no time dependency with GREET's vehicle-manufacturing assessment, so process changes from 2005 through 2030 are not captured. Energy and emission factors are determined for the vehicle size, power-delivery systems, and material-composition combinations, as shown in Table D-1 and Table D-2.

The car conventional-material factors are used for all light-duty autos, and the SUV conventional-material factors are used for light-duty trucks class 1 and 2.

### GREET Light-Duty Auto and Truck Energy and Emissions Factors

Light-duty automobile and truck life-cycle energy inputs and emissions are determined from GREET. GREET distinguishes between light-duty trucks class 1 and 2 to capture the increased energy requirements and resulting emissions of the larger vehicles. Class 1 trucks are between zero and 6,000 lb gross-vehicle-weight rating (GVWR) and less than 3,750 lb loaded vehicle weight (LVW), and class 2 trucks have the same GVWR and greater than 3,750 LVW. For each vehicle and fuel combination, GREET is used to determine feedstock, fuel, and operational factors for light-duty autos, trucks in class 1 (LDT1), and trucks in class 2 (LDT2).

GREET allows for the adjustment of many vehicle and fuel parameters; however, certain critical parameters are adjusted some of the vehicle and fuel combinations to estimate life-cycle emissions. For reformulated gaso-

Copyright © National Academy of Sciences. All rights reserved.

**TABLE D-1** GREET 2.7a Vehicle-Manufacturing Results for Cars

| | ICEV: Conventional Material | ICEV: Light-Weight Material | HEV: Conventional Material | HEV: Light-Weight Material | FCV: Conventional Material | FCV: Light-Weight Material |
|---|---|---|---|---|---|---|
| Lifetime VMT | 160,000 | 160,000 | 160,000 | 160,000 | 160,000 | 160,000 |
| Total energy | 633 | 619 | 645 | 669 | 792 | 797 |
| Fossil fuels | 592 | 573 | 600 | 618 | 732 | 735 |
| Coal | 223 | 164 | 235 | 190 | 264 | 218 |
| Natural gas | 243 | 226 | 243 | 241 | 308 | 298 |
| Petroleum | 126 | 183 | 122 | 187 | 160 | 219 |
| $CO_2$ | 47 | 46 | 50 | 50 | 62 | 60 |
| $CH_4$ | 0.082 | 0.077 | 0.083 | 0.083 | 0.102 | 0.099 |
| $N_2O$ | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 |
| GHGs | 50 | 48 | 52 | 52 | 65 | 63 |
| VOC | 0.206 | 0.205 | 0.206 | 0.205 | 0.205 | 0.205 |
| CO | 0.250 | 0.093 | 0.226 | 0.098 | 0.217 | 0.089 |
| $NO_x$ | 0.075 | 0.080 | 0.077 | 0.085 | 0.094 | 0.099 |
| $PM_{10}$ | 0.082 | 0.066 | 0.080 | 0.071 | 0.092 | 0.081 |
| $PM_{2.5}$ | 0.033 | 0.028 | 0.031 | 0.029 | 0.036 | 0.033 |
| $SO_x$ | 0.137 | 0.147 | 0.228 | 0.213 | 0.286 | 0.259 |

**TABLE D-2** GREET 2.7a Vehicle-Manufacturing Results for SUVs

| | ICEV: Conventional Material | ICEV: Light-Weight Material | HEV: Conventional Material | HEV: Light-Weight Material | FCV: Conventional Material | FCV: Light-Weight Material |
|---|---|---|---|---|---|---|
| Lifetime VMT | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 | 180,000 |
| Total energy | 730 | 728 | 840 | 833 | 1030 | 970 |
| Fossil fuels | 683 | 672 | 780 | 766 | 951 | 890 |
| Coal | 263 | 194 | 316 | 244 | 350 | 271 |
| Natural gas | 280 | 266 | 318 | 299 | 399 | 361 |
| Petroleum | 140 | 212 | 146 | 223 | 203 | 259 |
| $CO_2$ | 54 | 54 | 65 | 62 | 80 | 73 |
| $CH_4$ | 0.095 | 0.090 | 0.108 | 0.103 | 0.132 | 0.120 |
| $N_2O$ | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 |
| GHGs | 57 | 56 | 68 | 65 | 84 | 76 |
| VOC | 0.308 | 0.307 | 0.308 | 0.307 | 0.308 | 0.307 |
| CO | 0.298 | 0.105 | 0.316 | 0.116 | 0.297 | 0.103 |
| $NO_x$ | 0.085 | 0.092 | 0.096 | 0.102 | 0.118 | 0.117 |
| $PM_{10}$ | 0.095 | 0.078 | 0.107 | 0.089 | 0.121 | 0.100 |
| $PM_{2.5}$ | 0.038 | 0.033 | 0.041 | 0.036 | 0.047 | 0.041 |
| $SO_x$ | 0.151 | 0.166 | 0.297 | 0.267 | 0.373 | 0.317 |

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 125

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

line vehicles, GREET's share of reformulated gasoline in total gasoline factor was set to 100%. For conventional and reformulated gasoline vehicles using petroleum derived from tar sands oil, GREET's share of oil sands products in crude oil refineries was set to 100%. GREET assumes that in 2005 an 80% share of dry mill corn ethanol production (this increases to 90% by 2020). In evaluating E10 and E85 fueled vehicles from corn ethanol feedstock, this percentage was adjusted. For E10 and E85 from dry corn this was set to 100% while from wet corn, to 0% (or 100% wet milling plants). To evaluate the compression ignition direct injection low-sulfur diesel combination, the share of low-sulfur diesel in total diesel use was specified as 100% for 2005. For the other vehicle and fuel combinations, default GREET values were left unchanged. The ethanol yield factors were verified against existing literature and electricity mixes for the two time periods received slight adjustments based on the U.S. Energy Information Administration's Annual Energy Outlook. The energy and emission factors for the different vehicle types (LDA, LDT1, and LDT2) in 2005 are shown in Table D-3, Table D-4, and Table D-5 and for 2020 in Table D-6, Table D-7, and Table D-8.

### 2030 Fuel Economy and Emission-Factor Adjustments

The implementation of 35 miles per gallon fuel economy standards for 2030 requires an adjustment to GREET default 2020 emission factors. The GREET model assumes fuel economies between 20 and 30 miles per gallon for conventional gasoline and E85 light-duty automobiles in 2020. For light-duty trucks the fuel economy ranges are even lower (20-24 miles per gallon for LDT1 and 17-20 miles per gallon for LDT2). For 2030, all energy and emission factors are adjusted based on the GREET default fuel economies and the expected 35 miles per gallon standard. Fuel and feedstock factors from GREET are reduced by the percentage reduction of default and 35 mile per gallons economies (for example, if the 2020 fuel economy is specified as 24 miles per gallon then the fuel and feedstock emission factors for 2020 are multiplied by 24/35 to determine the adjusted 2030 factors). This is based on the assumption that with an increase in fuel economy, a proportional reduction is needed in fuel production, which results in lower feedstock requirements. Vehicle operation combustion factors are also reduced using the same methodology. VOC evaporative losses and PM tire and brake wear factors were left unchanged from GREET default values as well as vehicle manufacturing. Both automobiles and light-duty trucks were assessed the adjusted factors. Trucks show the largest changes from default to the 35 miles per gallon standard due to relatively low GREET estimated 2020 fuel economies. All vehicles that had fuel economies greater than 35 miles per gallon in GREET in 2020 were not adjusted.

Copyright © National Academy of Sciences. All rights reserved.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

TABLE D-3  GREET Energy and Emission Factors for Light-Duty Autos in 2005

| | | Total Energy | Petroleum | $CO_2$ | $CO_{2e}$ | VOC | $NO_x$ | $PM_{2.5}$ | $SO_x$ |
| | | Btu/VMT | Btu/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT |
|---|---|---|---|---|---|---|---|---|---|
| RFG SI Autos (Conventional Oil) | Feedstock | 232 | 64 | 6 | 18 | 0.02 | 0.15 | 0.01 | 0.05 |
| | Fuel | 1241 | 457 | 72 | 77 | 0.13 | 0.17 | 0.02 | 0.11 |
| | Operation | 5259 | 5038 | 404 | 408 | 0.23 | 0.30 | 0.02 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| RFG SI Autos (Tar Sands) | Feedstock | 853 | 62 | 50 | 64 | 0.02 | 0.14 | 0.01 | 0.06 |
| | Fuel | 1295 | 457 | 72 | 78 | 0.13 | 0.17 | 0.02 | 0.11 |
| | Operation | 5259 | 5038 | 404 | 408 | 0.23 | 0.30 | 0.02 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| CG SI Autos (Conventional Oil) | Feedstock | 236 | 65 | 17 | 29 | 0.02 | 0.15 | 0.01 | 0.05 |
| | Fuel | 1007 | 447 | 68 | 71 | 0.13 | 0.14 | 0.02 | 0.10 |
| | Operation | 5334 | 5257 | 410 | 414 | 0.23 | 0.30 | 0.02 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| CG SI Autos (Tar Sands) | Feedstock | 865 | 63 | 62 | 76 | 0.02 | 0.14 | 0.01 | 0.06 |
| | Fuel | 1059 | 447 | 68 | 72 | 0.13 | 0.14 | 0.02 | 0.10 |
| | Operation | 5334 | 5257 | 410 | 414 | 0.23 | 0.30 | 0.02 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| RFG SIDI Autos (Conventional Oil) | Feedstock | 202 | 55 | 5 | 16 | 0.02 | 0.13 | 0.00 | 0.05 |
| | Fuel | 1080 | 397 | 62 | 67 | 0.12 | 0.15 | 0.02 | 0.10 |
| | Operation | 4573 | 4381 | 351 | 355 | 0.23 | 0.30 | 0.02 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| RFG SIDI Autos (Tar Sands) | Feedstock | 742 | 54 | 44 | 56 | 0.02 | 0.12 | 0.01 | 0.05 |
| | Fuel | 1126 | 397 | 63 | 68 | 0.12 | 0.15 | 0.02 | 0.10 |
| | Operation | 4573 | 4381 | 351 | 355 | 0.23 | 0.30 | 0.02 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Diesel (Low Sulfur) | Feedstock | 193 | 53 | 19 | 29 | 0.02 | 0.12 | 0.00 | 0.04 |
| | Fuel | 613 | 309 | 46 | 48 | 0.02 | 0.09 | 0.01 | 0.07 |
| | Operation | 4383 | 4383 | 347 | 350 | 0.09 | 0.30 | 0.07 | 0.00 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| Diesel (Fischer Tropsch) | Feedstock | 280 | 18 | 22 | 35 | 0.02 | 0.11 | 0.00 | 0.05 |
| | Fuel | 2882 | 68 | 106 | 114 | 0.03 | 0.25 | 0.06 | 0.09 |
| | Operation | 4383 | 0 | 334 | 338 | 0.09 | 0.30 | 0.07 | 0.00 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| Diesel (Soy BD20) | Feedstock | 427 | 213 | −30 | −13 | 0.03 | 0.23 | 0.01 | 0.13 |
| | Fuel | 9433 | 14 | 12 | 5 | 0.28 | −0.03 | 0.00 | −0.06 |
| | Operation | 4383 | 3555 | 344 | 348 | 0.09 | 0.30 | 0.07 | 0.04 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| CNG | Feedstock | 436 | 24 | 31 | 64 | 0.03 | 0.16 | 0.00 | 0.07 |
| | Fuel | 415 | 20 | 35 | 36 | 0.00 | 0.05 | 0.01 | 0.12 |
| | Operation | 5615 | 0 | 333 | 342 | 0.15 | 0.30 | 0.02 | 0.00 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E85 (Dry Corn) | Feedstock | 822 | 229 | −225 | −173 | 0.06 | 0.42 | 0.02 | 0.19 |
| | Fuel | 6277 | 345 | 72 | 82 | 0.26 | 0.50 | 0.05 | 0.18 |
| | Operation | 5334 | 1412 | 402 | 406 | 0.22 | 0.30 | 0.02 | 0.00 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E85 (Wet Corn) | Feedstock | 898 | 498 | −212 | −144 | −0.14 | 0.58 | 0.03 | 0.29 |
| | Fuel | 6386 | 201 | 221 | 233 | 0.25 | 0.41 | 0.12 | 0.40 |
| | Operation | 5334 | 1412 | 402 | 406 | 0.22 | 0.30 | 0.02 | 0.00 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E85 (Herbaceous) | Feedstock | 570 | 216 | −282 | −237 | 0.06 | 0.29 | 0.02 | 0.06 |
| | Fuel | 4618 | 179 | 3 | 15 | 0.19 | 0.45 | 0.03 | −0.02 |
| | Operation | 5334 | 1412 | 402 | 406 | 0.22 | 0.30 | 0.02 | 0.00 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |

*continued*

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

**TABLE D-3**  Continued

| | | Total Energy | Petroleum | $CO_2$ | $CO_{2e}$ | VOC | $NO_x$ | $PM_{2.5}$ | $SO_x$ |
|---|---|---|---|---|---|---|---|---|---|
| | | Btu/VMT | Btu/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT |
| E85 | Feedstock | 407 | 229 | −263 | −261 | 0.03 | 0.24 | 0.02 | 0.11 |
| (Corn Stover) | Fuel | 4206 | 179 | 3 | 14 | 0.19 | 0.43 | 0.03 | −0.02 |
| | Operation | 5334 | 1412 | 402 | 406 | 0.22 | 0.30 | 0.02 | 0.00 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E10 | Feedstock | 287 | 79 | 1 | 17 | 0.02 | 0.17 | 0.01 | 0.06 |
| (Dry Corn) | Fuel | 1343 | 430 | 66 | 69 | 0.13 | 0.16 | 0.02 | 0.11 |
| | Operation | 5334 | 4990 | 409 | 413 | 0.23 | 0.30 | 0.02 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E10 | Feedstock | 294 | 103 | 2 | 19 | 0.01 | 0.19 | 0.01 | 0.07 |
| (Wet Corn) | Fuel | 1352 | 417 | 79 | 82 | 0.13 | 0.15 | 0.03 | 0.12 |
| | Operation | 5334 | 4990 | 409 | 413 | 0.23 | 0.30 | 0.02 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E10 | Feedstock | 265 | 78 | −4 | 11 | 0.02 | 0.16 | 0.01 | 0.05 |
| (Herbaceous) | Fuel | 1197 | 416 | 60 | 63 | 0.13 | 0.15 | 0.02 | 0.09 |
| | Operation | 5334 | 4990 | 409 | 413 | 0.23 | 0.30 | 0.02 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E10 | Feedstock | 251 | 79 | −2 | 9 | 0.02 | 0.16 | 0.01 | 0.06 |
| (Corn Stover) | Fuel | 1161 | 416 | 60 | 63 | 0.13 | 0.15 | 0.02 | 0.09 |
| | Operation | 5334 | 4990 | 409 | 413 | 0.23 | 0.30 | 0.02 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| Electric | Feedstock | 159 | 56 | 12 | 25 | 0.03 | 0.08 | 0.13 | 0.04 |
| | Fuel | 2734 | 81 | 380 | 381 | 0.01 | 0.53 | 0.02 | 1.31 |
| | Operation | 1778 | 84 | 0 | 0 | 0.00 | 0.00 | 0.01 | 0.00 |
| | Vehicle | 645 | 122 | 50 | 52 | 0.21 | 0.08 | 0.03 | 0.23 |

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hydrogen (Gaseous) | Feedstock | 180 | 10 | 13 | 27 | 0.01 | 0.07 | 0.00 | 0.03 |
| | Fuel | 1539 | 29 | 243 | 250 | 0.01 | 0.14 | 0.04 | 0.16 |
| | Operation | 2319 | 0 | 0 | 0 | 0.00 | 0.00 | 0.01 | 0.00 |
| | Vehicle | 792 | 160 | 62 | 65 | 0.21 | 0.09 | 0.04 | 0.29 |
| Grid-Independent SI HEV | Feedstock | 159 | 44 | 11 | 20 | 0.01 | 0.10 | 0.00 | 0.04 |
| | Fuel | 680 | 302 | 46 | 48 | 0.09 | 0.10 | 0.01 | 0.07 |
| | Operation | 3604 | 3552 | 277 | 281 | 0.16 | 0.25 | 0.02 | 0.00 |
| | Vehicle | 645 | 122 | 50 | 52 | 0.21 | 0.08 | 0.03 | 0.23 |
| Grid-Dependent SI HEV | Feedstock | 159 | 48 | 12 | 21 | 0.02 | 0.09 | 0.04 | 0.04 |
| | Fuel | 1358 | 229 | 156 | 158 | 0.06 | 0.24 | 0.01 | 0.48 |
| | Operation | 3002 | 2408 | 185 | 188 | 0.10 | 0.17 | 0.01 | 0.00 |
| | Vehicle | 645 | 122 | 50 | 52 | 0.21 | 0.08 | 0.03 | 0.23 |

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

**TABLE D-4** GREET Energy and Emission Factors for Light-Duty Trucks 1 in 2005

| | | Total Energy | Petroleum | $CO_2$ | $CO_{2e}$ | VOC | $NO_x$ | $PM_{2.5}$ | $SO_x$ |
|---|---|---|---|---|---|---|---|---|---|
| | | Btu/VMT | Btu/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT |
| RFG SI Autos (Conventional Oil) | Feedstock | 297 | 82 | 7 | 23 | 0.02 | 0.19 | 0.01 | 0.07 |
| | Fuel | 1587 | 584 | 92 | 98 | 0.17 | 0.22 | 0.03 | 0.15 |
| | Operation | 6722 | 6439 | 516 | 520 | 0.32 | 0.52 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| RFG SI Autos (Tar Sands) | Feedstock | 1090 | 79 | 65 | 82 | 0.03 | 0.18 | 0.01 | 0.08 |
| | Fuel | 1655 | 584 | 93 | 99 | 0.17 | 0.22 | 0.03 | 0.15 |
| | Operation | 6722 | 6439 | 516 | 520 | 0.32 | 0.52 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| CG SI Autos (Conventional Oil) | Feedstock | 301 | 83 | 22 | 37 | 0.02 | 0.19 | 0.01 | 0.07 |
| | Fuel | 1287 | 572 | 87 | 91 | 0.16 | 0.18 | 0.02 | 0.13 |
| | Operation | 6818 | 6719 | 524 | 528 | 0.32 | 0.52 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| CG SI Autos (Tar Sands) | Feedstock | 1106 | 80 | 80 | 97 | 0.03 | 0.18 | 0.01 | 0.08 |
| | Fuel | 1353 | 572 | 87 | 92 | 0.16 | 0.18 | 0.02 | 0.13 |
| | Operation | 6818 | 6719 | 524 | 528 | 0.32 | 0.52 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| RFG SIDI Autos (Conventional Oil) | Feedstock | 258 | 71 | 6 | 20 | 0.02 | 0.16 | 0.01 | 0.06 |
| | Fuel | 1380 | 508 | 80 | 86 | 0.15 | 0.19 | 0.02 | 0.13 |
| | Operation | 5845 | 5599 | 449 | 453 | 0.32 | 0.52 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| RFG SIDI Autos (Tar Sands) | Feedstock | 948 | 69 | 56 | 71 | 0.02 | 0.16 | 0.01 | 0.07 |
| | Fuel | 1439 | 508 | 80 | 86 | 0.15 | 0.19 | 0.02 | 0.13 |
| | Operation | 5845 | 5599 | 449 | 453 | 0.32 | 0.52 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Diesel (Low Sulfur) | Feedstock | 247 | 68 | 24 | 37 | 0.02 | 0.15 | 0.01 | 0.06 |
| | Fuel | 783 | 394 | 59 | 61 | 0.02 | 0.12 | 0.02 | 0.09 |
| | Operation | 5602 | 5602 | 443 | 447 | 0.19 | 0.67 | 0.08 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| Diesel (Fischer Tropsch) | Feedstock | 358 | 23 | 28 | 45 | 0.03 | 0.14 | 0.00 | 0.07 |
| | Fuel | 3684 | 87 | 136 | 146 | 0.04 | 0.32 | 0.08 | 0.11 |
| | Operation | 5602 | 0 | 427 | 431 | 0.19 | 0.67 | 0.07 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| Diesel (Soy BD20) | Feedstock | 546 | 273 | −39 | −17 | 0.04 | 0.30 | 0.02 | 0.16 |
| | Fuel | 12057 | 17 | 16 | 7 | 0.35 | −0.04 | 0.00 | −0.07 |
| | Operation | 5602 | 4544 | 440 | 444 | 0.19 | 0.67 | 0.08 | 0.04 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| CNG | Feedstock | 557 | 31 | 39 | 82 | 0.04 | 0.21 | 0.00 | 0.09 |
| | Fuel | 530 | 25 | 44 | 46 | 0.00 | 0.07 | 0.02 | 0.15 |
| | Operation | 7177 | 0 | 426 | 436 | 0.21 | 0.52 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E85 (Dry Corn) | Feedstock | 1051 | 292 | −288 | −222 | 0.08 | 0.53 | 0.03 | 0.24 |
| | Fuel | 8022 | 440 | 92 | 105 | 0.33 | 0.64 | 0.06 | 0.24 |
| | Operation | 6818 | 1804 | 514 | 518 | 0.30 | 0.52 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E85 (Wet Corn) | Feedstock | 1148 | 636 | −271 | −184 | −0.18 | 0.74 | 0.04 | 0.38 |
| | Fuel | 8162 | 256 | 282 | 298 | 0.32 | 0.53 | 0.15 | 0.51 |
| | Operation | 6818 | 1804 | 514 | 518 | 0.30 | 0.52 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E85 (Herbaceous) | Feedstock | 728 | 276 | −360 | −302 | 0.07 | 0.37 | 0.02 | 0.07 |
| | Fuel | 5903 | 228 | 4 | 19 | 0.24 | 0.57 | 0.04 | −0.03 |
| | Operation | 6818 | 1804 | 514 | 518 | 0.30 | 0.52 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |

*continued*

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

## TABLE D-4 Continued

| | | Total Energy | Petroleum | $CO_2$ | $CO_{2e}$ | VOC | $NO_x$ | $PM_{2.5}$ | $SO_x$ |
|---|---|---|---|---|---|---|---|---|---|
| | | Btu/VMT | Btu/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT |
| E85 | Feedstock | 520 | 293 | −337 | −333 | 0.04 | 0.31 | 0.02 | 0.14 |
| (Corn Stover) | Fuel | 5376 | 228 | 4 | 18 | 0.24 | 0.55 | 0.03 | −0.03 |
| | Operation | 6818 | 1804 | 514 | 518 | 0.30 | 0.52 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E10 | Feedstock | 367 | 101 | 1 | 21 | 0.03 | 0.22 | 0.01 | 0.08 |
| (Dry Corn) | Fuel | 1716 | 550 | 84 | 88 | 0.17 | 0.20 | 0.02 | 0.13 |
| | Operation | 6818 | 6378 | 523 | 527 | 0.32 | 0.52 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E10 | Feedstock | 375 | 131 | 3 | 25 | 0.01 | 0.24 | 0.01 | 0.09 |
| (Wet Corn) | Fuel | 1728 | 534 | 101 | 105 | 0.17 | 0.19 | 0.03 | 0.16 |
| | Operation | 6818 | 6378 | 523 | 527 | 0.32 | 0.52 | 0.02 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E10 | Feedstock | 339 | 100 | −5 | 14 | 0.03 | 0.20 | 0.01 | 0.07 |
| (Herbaceous) | Fuel | 1530 | 531 | 77 | 80 | 0.16 | 0.20 | 0.02 | 0.11 |
| | Operation | 6818 | 6378 | 523 | 527 | 0.32 | 0.52 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E10 | Feedstock | 320 | 101 | −3 | 12 | 0.03 | 0.20 | 0.01 | 0.07 |
| (Corn Stover) | Fuel | 1484 | 531 | 77 | 80 | 0.16 | 0.19 | 0.02 | 0.11 |
| | Operation | 6818 | 6378 | 523 | 527 | 0.32 | 0.52 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| Electric | Feedstock | 203 | 72 | 16 | 32 | 0.04 | 0.11 | 0.16 | 0.05 |
| | Fuel | 3494 | 103 | 485 | 487 | 0.01 | 0.68 | 0.02 | 1.68 |
| | Operation | 2273 | 108 | 0 | 0 | 0.00 | 0.00 | 0.01 | 0.00 |
| | Vehicle | 840 | 146 | 65 | 68 | 0.31 | 0.10 | 0.04 | 0.30 |

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hydrogen (Gaseous) | Feedstock | 230 | 13 | 16 | 34 | 0.02 | 0.09 | 0.00 | 0.04 |
| | Fuel | 1967 | 37 | 310 | 320 | 0.02 | 0.18 | 0.06 | 0.21 |
| | Operation | 2964 | 0 | 0 | 0 | 0.00 | 0.00 | 0.01 | 0.00 |
| | Vehicle | 1030 | 203 | 80 | 84 | 0.31 | 0.12 | 0.05 | 0.37 |
| Grid-Independent SI HEV | Feedstock | 203 | 56 | 15 | 25 | 0.02 | 0.13 | 0.00 | 0.05 |
| | Fuel | 870 | 386 | 59 | 62 | 0.11 | 0.12 | 0.02 | 0.09 |
| | Operation | 4607 | 4540 | 354 | 358 | 0.22 | 0.44 | 0.02 | 0.01 |
| | Vehicle | 840 | 146 | 65 | 68 | 0.31 | 0.10 | 0.04 | 0.30 |
| Grid-Dependent SI HEV | Feedstock | 203 | 61 | 15 | 27 | 0.02 | 0.12 | 0.06 | 0.05 |
| | Fuel | 1736 | 293 | 199 | 202 | 0.08 | 0.31 | 0.02 | 0.61 |
| | Operation | 3836 | 3077 | 237 | 240 | 0.15 | 0.29 | 0.02 | 0.00 |
| | Vehicle | 840 | 146 | 65 | 68 | 0.31 | 0.10 | 0.04 | 0.30 |

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE D-5** GREET Energy and Emission Factors for Light-Duty Trucks 2 in 2005

| | | Total Energy | Petroleum | $CO_2$ | $CO_{2e}$ | VOC | $NO_x$ | $PM_{2.5}$ | $SO_x$ |
|---|---|---|---|---|---|---|---|---|---|
| | | BTU/VMT | BTU/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT |
| RFG SI Autos (Conventional Oil) | Feedstock | 324 | 89 | 8 | 25 | 0.03 | 0.20 | 0.01 | 0.07 |
| | Fuel | 1730 | 637 | 100 | 107 | 0.18 | 0.24 | 0.03 | 0.16 |
| | Operation | 7329 | 7021 | 562 | 567 | 0.82 | 1.03 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| RFG SI Autos (Tar Sands) | Feedstock | 1189 | 86 | 70 | 89 | 0.03 | 0.20 | 0.01 | 0.08 |
| | Fuel | 1805 | 637 | 101 | 108 | 0.18 | 0.24 | 0.03 | 0.16 |
| | Operation | 7329 | 7021 | 562 | 567 | 0.82 | 1.03 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| CG SI Autos (Conventional Oil) | Feedstock | 328 | 90 | 24 | 41 | 0.03 | 0.20 | 0.01 | 0.07 |
| | Fuel | 1403 | 623 | 95 | 99 | 0.18 | 0.20 | 0.03 | 0.14 |
| | Operation | 7433 | 7326 | 571 | 576 | 0.82 | 1.03 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| CG SI Autos (Tar Sands) | Feedstock | 1206 | 88 | 87 | 106 | 0.03 | 0.20 | 0.01 | 0.08 |
| | Fuel | 1476 | 623 | 95 | 100 | 0.18 | 0.20 | 0.03 | 0.15 |
| | Operation | 7433 | 7326 | 571 | 576 | 0.82 | 1.03 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| RFG SIDI Autos (Conventional Oil) | Feedstock | 324 | 89 | 8 | 25 | 0.03 | 0.20 | 0.01 | 0.07 |
| | Fuel | 1730 | 637 | 100 | 107 | 0.18 | 0.24 | 0.03 | 0.16 |
| | Operation | 7329 | 7021 | 562 | 567 | 0.82 | 1.03 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| RFG SIDI Autos (Tar Sands) | Feedstock | 1189 | 86 | 70 | 89 | 0.03 | 0.20 | 0.01 | 0.08 |
| | Fuel | 1805 | 637 | 101 | 108 | 0.18 | 0.24 | 0.03 | 0.16 |
| | Operation | 7329 | 7021 | 562 | 567 | 0.82 | 1.03 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Diesel (Low Sulfur) | Feedstock | 269 | 74 | 26 | 40 | 0.02 | 0.17 | 0.01 | 0.06 |
| | Fuel | 854 | 430 | 64 | 66 | 0.03 | 0.13 | 0.02 | 0.10 |
| | Operation | 6108 | 6108 | 483 | 487 | 0.30 | 1.03 | 0.08 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| Diesel (Fischer Tropsch) | Feedstock | 391 | 26 | 30 | 49 | 0.03 | 0.15 | 0.00 | 0.07 |
| | Fuel | 4016 | 95 | 148 | 159 | 0.05 | 0.35 | 0.09 | 0.13 |
| | Operation | 6108 | 0 | 466 | 470 | 0.30 | 1.03 | 0.07 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| Diesel (Soy BD20) | Feedstock | 595 | 297 | −42 | −18 | 0.04 | 0.32 | 0.02 | 0.18 |
| | Fuel | 13146 | 19 | 17 | 7 | 0.38 | −0.05 | 0.00 | −0.08 |
| | Operation | 6108 | 4955 | 480 | 483 | 0.30 | 1.03 | 0.08 | 0.05 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| NG | Feedstock | 607 | 34 | 43 | 90 | 0.05 | 0.23 | 0.00 | 0.10 |
| | Fuel | 578 | 27 | 48 | 50 | 0.00 | 0.08 | 0.02 | 0.17 |
| | Operation | 7825 | 0 | 463 | 480 | 0.54 | 1.03 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E85 (Dry Corn) | Feedstock | 1146 | 319 | −314 | −242 | 0.09 | 0.58 | 0.03 | 0.26 |
| | Fuel | 8747 | 480 | 101 | 114 | 0.36 | 0.69 | 0.07 | 0.26 |
| | Operation | 7433 | 1967 | 561 | 565 | 0.78 | 1.03 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E85 (Wet Corn) | Feedstock | 1252 | 693 | −295 | −200 | −0.19 | 0.81 | 0.04 | 0.41 |
| | Fuel | 8899 | 279 | 308 | 324 | 0.35 | 0.58 | 0.16 | 0.55 |
| | Operation | 7433 | 1967 | 561 | 565 | 0.78 | 1.03 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E85 (Herbaceous) | Feedstock | 794 | 301 | −392 | −330 | 0.08 | 0.40 | 0.02 | 0.08 |
| | Fuel | 6436 | 249 | 5 | 21 | 0.26 | 0.63 | 0.04 | −0.03 |
| | Operation | 7433 | 1967 | 561 | 565 | 0.78 | 1.03 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |

*continued*

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE D-5** Continued

| | | Total Energy | Petroleum | $CO_2$ | $CO_{2e}$ | VOC | $NO_x$ | $PM_{2.5}$ | $SO_x$ |
|---|---|---|---|---|---|---|---|---|---|
| | | BTU/VMT | BTU/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT |
| E85 | Feedstock | 567 | 320 | −367 | −364 | 0.05 | 0.33 | 0.02 | 0.15 |
| (Corn Stover) | Fuel | 5861 | 249 | 5 | 20 | 0.26 | 0.60 | 0.04 | −0.03 |
| | Operation | 7433 | 1967 | 561 | 565 | 0.78 | 1.03 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E10 | Feedstock | 400 | 110 | 1 | 23 | 0.03 | 0.24 | 0.01 | 0.09 |
| (Dry Corn) | Fuel | 1871 | 599 | 92 | 96 | 0.19 | 0.22 | 0.03 | 0.15 |
| | Operation | 7433 | 6954 | 570 | 575 | 0.82 | 1.03 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E10 | Feedstock | 409 | 143 | 3 | 27 | 0.01 | 0.26 | 0.01 | 0.10 |
| (Wet Corn) | Fuel | 1884 | 582 | 110 | 114 | 0.19 | 0.21 | 0.04 | 0.17 |
| | Operation | 7433 | 6954 | 570 | 575 | 0.82 | 1.03 | 0.02 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E10 | Feedstock | 369 | 109 | −5 | 16 | 0.03 | 0.22 | 0.01 | 0.07 |
| (Herbaceous) | Fuel | 1668 | 579 | 83 | 88 | 0.18 | 0.21 | 0.02 | 0.12 |
| | Operation | 7433 | 6954 | 570 | 575 | 0.82 | 1.03 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E10 | Feedstock | 349 | 110 | −3 | 13 | 0.03 | 0.22 | 0.01 | 0.08 |
| (Corn Stover) | Fuel | 1618 | 579 | 83 | 87 | 0.18 | 0.21 | 0.02 | 0.12 |
| | Operation | 7433 | 6954 | 570 | 575 | 0.82 | 1.03 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| Electric | Feedstock | 221 | 78 | 17 | 35 | 0.04 | 0.12 | 0.18 | 0.06 |
| | Fuel | 3810 | 112 | 529 | 531 | 0.01 | 0.74 | 0.02 | 1.83 |
| | Operation | 2478 | 117 | 0 | 0 | 0.00 | 0.00 | 0.01 | 0.00 |
| | Vehicle | 840 | 146 | 65 | 68 | 0.31 | 0.10 | 0.04 | 0.30 |

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hydrogen (Gaseous) | Feedstock | 269 | 15 | 19 | 40 | 0.02 | 0.10 | 0.00 | 0.04 |
| | Fuel | 2305 | 43 | 364 | 375 | 0.02 | 0.21 | 0.07 | 0.24 |
| | Operation | 3474 | 0 | 0 | 0 | 0.00 | 0.00 | 0.01 | 0.00 |
| | Vehicle | 1030 | 203 | 80 | 84 | 0.31 | 0.12 | 0.05 | 0.37 |
| Grid-Independent SI HEV | Feedstock | 234 | 64 | 17 | 29 | 0.02 | 0.15 | 0.01 | 0.05 |
| | Fuel | 1002 | 445 | 68 | 71 | 0.13 | 0.14 | 0.02 | 0.10 |
| | Operation | 5310 | 5233 | 408 | 412 | 0.75 | 0.80 | 0.02 | 0.01 |
| | Vehicle | 840 | 146 | 65 | 68 | 0.31 | 0.10 | 0.04 | 0.30 |
| Grid-Dependent SI HEV | Feedstock | 230 | 69 | 17 | 31 | 0.03 | 0.14 | 0.06 | 0.05 |
| | Fuel | 1929 | 335 | 220 | 223 | 0.09 | 0.34 | 0.02 | 0.67 |
| | Operation | 4375 | 3545 | 273 | 276 | 0.50 | 0.54 | 0.02 | 0.00 |
| | Vehicle | 840 | 146 | 65 | 68 | 0.31 | 0.10 | 0.04 | 0.30 |

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

**TABLE D-6** GREET Energy and Emission Factors for Light-Duty Autos in 2020

| | | Total Energy | Petroleum | $CO_2$ | $CO_{2e}$ | VOC | $NO_x$ | $PM_{2.5}$ | $SO_x$ |
|---|---|---|---|---|---|---|---|---|---|
| | | BTU/VMT | BTU/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT |
| RFG SI Autos (Conventional Oil) | Feedstock | 314 | 57 | 13 | 25 | 0.02 | 0.11 | 0.00 | 0.04 |
| | Fuel | 1125 | 410 | 64 | 69 | 0.12 | 0.11 | 0.01 | 0.06 |
| | Operation | 4753 | 4553 | 365 | 369 | 0.15 | 0.07 | 0.01 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| RFG SI Autos (Tar Sands) | Feedstock | 913 | 55 | 60 | 73 | 0.02 | 0.12 | 0.01 | 0.04 |
| | Fuel | 1177 | 410 | 65 | 70 | 0.12 | 0.11 | 0.01 | 0.06 |
| | Operation | 4753 | 4553 | 365 | 369 | 0.15 | 0.07 | 0.01 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| CG SI Autos (Conventional Oil) | Feedstock | 314 | 57 | 13 | 25 | 0.02 | 0.11 | 0.00 | 0.04 |
| | Fuel | 1125 | 410 | 64 | 69 | 0.12 | 0.11 | 0.01 | 0.06 |
| | Operation | 4753 | 4553 | 365 | 369 | 0.15 | 0.07 | 0.01 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| CG SI Autos (Tar Sands) | Feedstock | 913 | 55 | 60 | 73 | 0.02 | 0.12 | 0.01 | 0.04 |
| | Fuel | 1177 | 410 | 65 | 70 | 0.12 | 0.11 | 0.01 | 0.06 |
| | Operation | 4753 | 4553 | 365 | 369 | 0.15 | 0.07 | 0.01 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| RFG SIDI Autos (Conventional Oil) | Feedstock | 273 | 50 | 12 | 21 | 0.01 | 0.09 | 0.00 | 0.03 |
| | Fuel | 979 | 357 | 56 | 60 | 0.10 | 0.10 | 0.01 | 0.06 |
| | Operation | 4133 | 3959 | 317 | 321 | 0.15 | 0.07 | 0.01 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| RFG SIDI Autos (Tar Sands) | Feedstock | 794 | 48 | 52 | 63 | 0.02 | 0.10 | 0.01 | 0.03 |
| | Fuel | 1023 | 357 | 57 | 60 | 0.10 | 0.10 | 0.01 | 0.06 |
| | Operation | 4133 | 3959 | 317 | 321 | 0.15 | 0.07 | 0.01 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Diesel (Low Sulfur) | Feedstock | 262 | 48 | 24 | 33 | 0.01 | 0.09 | 0.00 | 0.03 |
| | Fuel | 560 | 279 | 42 | 43 | 0.02 | 0.06 | 0.01 | 0.04 |
| | Operation | 3961 | 3961 | 313 | 317 | 0.06 | 0.08 | 0.02 | 0.00 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| Diesel (Fischer-Tropsch) | Feedstock | 254 | 17 | 20 | 32 | 0.02 | 0.07 | 0.00 | 0.04 |
| | Fuel | 2345 | 61 | 85 | 91 | 0.03 | 0.19 | 0.05 | 0.08 |
| | Operation | 3961 | 0 | 302 | 306 | 0.06 | 0.08 | 0.02 | 0.00 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| Diesel (Soy BD20) | Feedstock | 454 | 189 | −22 | −6 | 0.02 | 0.14 | 0.01 | 0.09 |
| | Fuel | 8561 | 66 | 18 | 11 | 0.23 | −0.05 | 0.00 | −0.07 |
| | Operation | 3961 | 3218 | 314 | 318 | 0.06 | 0.08 | 0.02 | 0.00 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| CNG | Feedstock | 352 | 19 | 25 | 52 | 0.03 | 0.09 | 0.00 | 0.05 |
| | Fuel | 332 | 14 | 27 | 29 | 0.00 | 0.03 | 0.01 | 0.05 |
| | Operation | 4527 | 0 | 269 | 275 | 0.12 | 0.07 | 0.01 | 0.00 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E85 (Dry Corn) | Feedstock | 730 | 208 | −204 | −163 | 0.04 | 0.22 | 0.01 | 0.11 |
| | Fuel | 5621 | 265 | 61 | 70 | 0.22 | 0.35 | 0.03 | 0.09 |
| | Operation | 4753 | 1245 | 358 | 362 | 0.14 | 0.07 | 0.01 | 0.00 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E85 (Wet Corn) | Feedstock | 737 | 399 | −198 | −146 | −0.12 | 0.34 | 0.02 | 0.19 |
| | Fuel | 5770 | 182 | 200 | 211 | 0.22 | 0.25 | 0.09 | 0.13 |
| | Operation | 4753 | 1245 | 358 | 362 | 0.14 | 0.07 | 0.01 | 0.00 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E85 (Herbaceous) | Feedstock | 477 | 169 | −252 | −217 | 0.04 | 0.16 | 0.01 | 0.03 |
| | Fuel | 3122 | 163 | 5 | 15 | 0.17 | 0.35 | 0.02 | 0.00 |
| | Operation | 4753 | 1245 | 358 | 362 | 0.14 | 0.07 | 0.01 | 0.00 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |

*continued*

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

**TABLE D-6**  Continued

|  |  | Total Energy | Petroleum | $CO_2$ | $CO_{2e}$ | VOC | $NO_x$ | $PM_{2.5}$ | $SO_x$ |
|---|---|---|---|---|---|---|---|---|---|
|  |  | BTU/VMT | BTU/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT |
| E85 | Feedstock | 342 | 170 | −239 | −237 | 0.02 | 0.11 | 0.01 | 0.06 |
| (Corn Stover) | Fuel | 2805 | 163 | 5 | 14 | 0.17 | 0.34 | 0.02 | 0.00 |
|  | Operation | 4753 | 1245 | 358 | 362 | 0.14 | 0.07 | 0.01 | 0.00 |
|  | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E10 | Feedstock | 350 | 70 | 8 | 22 | 0.02 | 0.12 | 0.01 | 0.04 |
| (Dry Corn) | Fuel | 1200 | 379 | 58 | 61 | 0.12 | 0.11 | 0.01 | 0.06 |
|  | Operation | 4753 | 4446 | 365 | 368 | 0.15 | 0.07 | 0.01 | 0.01 |
|  | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E10 | Feedstock | 351 | 87 | 9 | 24 | 0.00 | 0.13 | 0.01 | 0.05 |
| (Wet Corn) | Fuel | 1212 | 372 | 70 | 73 | 0.12 | 0.10 | 0.02 | 0.06 |
|  | Operation | 4753 | 4446 | 365 | 368 | 0.15 | 0.07 | 0.01 | 0.01 |
|  | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E10 | Feedstock | 328 | 67 | 4 | 17 | 0.02 | 0.11 | 0.00 | 0.04 |
| (Herbaceous) | Fuel | 981 | 370 | 53 | 56 | 0.11 | 0.11 | 0.01 | 0.05 |
|  | Operation | 4753 | 4446 | 365 | 368 | 0.15 | 0.07 | 0.01 | 0.01 |
|  | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E10 | Feedstock | 317 | 67 | 5 | 16 | 0.02 | 0.11 | 0.00 | 0.04 |
| (Corn Stover) | Fuel | 953 | 370 | 53 | 56 | 0.11 | 0.10 | 0.01 | 0.05 |
|  | Operation | 4753 | 4446 | 365 | 368 | 0.15 | 0.07 | 0.01 | 0.01 |
|  | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| Electric | Feedstock | 126 | 41 | 9 | 20 | 0.02 | 0.04 | 0.09 | 0.03 |
|  | Fuel | 2061 | 53 | 283 | 285 | 0.00 | 0.23 | 0.01 | 0.53 |
|  | Operation | 1358 | 58 | 0 | 0 | 0.00 | 0.00 | 0.01 | 0.00 |
|  | Vehicle | 645 | 122 | 50 | 52 | 0.21 | 0.08 | 0.03 | 0.23 |

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hydrogen (Gaseous) | Feedstock | 153 | 8 | 11 | 23 | 0.01 | 0.04 | 0.00 | 0.02 |
| | Fuel | 1233 | 21 | 201 | 207 | 0.01 | 0.08 | 0.04 | 0.08 |
| | Operation | 1964 | 0 | 0 | 0 | 0.00 | 0.00 | 0.01 | 0.00 |
| | Vehicle | 792 | 160 | 62 | 65 | 0.21 | 0.09 | 0.04 | 0.29 |
| Hydrogen (Liquid) | Feedstock | 153 | 8 | 11 | 23 | 0.01 | 0.04 | 0.00 | 0.02 |
| | Fuel | 3122 | 101 | 355 | 367 | 0.03 | 0.23 | 0.09 | 0.37 |
| | Operation | 1964 | 0 | 0 | 0 | 0.00 | 0.00 | 0.01 | 0.00 |
| | Vehicle | 792 | 160 | 62 | 65 | 0.21 | 0.09 | 0.04 | 0.29 |
| Grid-Independent SI HEV | Feedstock | 207 | 38 | 9 | 16 | 0.01 | 0.07 | 0.00 | 0.02 |
| | Fuel | 740 | 270 | 42 | 45 | 0.08 | 0.07 | 0.01 | 0.04 |
| | Operation | 3127 | 2996 | 240 | 244 | 0.11 | 0.06 | 0.01 | 0.00 |
| | Vehicle | 645 | 122 | 50 | 52 | 0.21 | 0.08 | 0.03 | 0.23 |
| Grid-Dependent SI HEV | Feedstock | 187 | 41 | 10 | 18 | 0.02 | 0.06 | 0.04 | 0.03 |
| | Fuel | 1289 | 201 | 137 | 140 | 0.05 | 0.14 | 0.01 | 0.23 |
| | Operation | 2618 | 2029 | 161 | 163 | 0.07 | 0.04 | 0.01 | 0.00 |
| | Vehicle | 645 | 122 | 50 | 52 | 0.21 | 0.08 | 0.03 | 0.23 |

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

**TABLE D-7** GREET Energy and Emission Factors for Light-Duty Trucks 1 in 2020

| | | Total Energy | Petroleum | $CO_2$ | $CO_{2e}$ | VOC | $NO_x$ | $PM_{2.5}$ | $SO_x$ |
|---|---|---|---|---|---|---|---|---|---|
| | | BTU/VMT | BTU/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT |
| RFG SI Autos (Conventional Oil) | Feedstock | 373 | 68 | 16 | 29 | 0.02 | 0.13 | 0.01 | 0.04 |
| | Fuel | 1338 | 488 | 76 | 82 | 0.14 | 0.13 | 0.02 | 0.08 |
| | Operation | 5652 | 5414 | 434 | 438 | 0.18 | 0.10 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| RFG SI Autos (Tar Sands) | Feedstock | 1086 | 66 | 71 | 87 | 0.02 | 0.14 | 0.01 | 0.04 |
| | Fuel | 1399 | 488 | 77 | 83 | 0.14 | 0.13 | 0.02 | 0.08 |
| | Operation | 5652 | 5414 | 434 | 438 | 0.18 | 0.10 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| CG SI Autos (Conventional Oil) | Feedstock | 373 | 68 | 16 | 29 | 0.02 | 0.13 | 0.01 | 0.04 |
| | Fuel | 1338 | 488 | 76 | 82 | 0.14 | 0.13 | 0.02 | 0.08 |
| | Operation | 5652 | 5414 | 434 | 438 | 0.18 | 0.10 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| CG SI Autos (Tar Sands) | Feedstock | 1086 | 66 | 71 | 87 | 0.02 | 0.14 | 0.01 | 0.04 |
| | Fuel | 1399 | 488 | 77 | 83 | 0.14 | 0.13 | 0.02 | 0.08 |
| | Operation | 5652 | 5414 | 434 | 438 | 0.18 | 0.10 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| RFG SIDI Autos (Conventional Oil) | Feedstock | 325 | 59 | 14 | 26 | 0.02 | 0.11 | 0.00 | 0.04 |
| | Fuel | 1164 | 424 | 66 | 71 | 0.12 | 0.12 | 0.02 | 0.07 |
| | Operation | 4915 | 4708 | 377 | 381 | 0.18 | 0.10 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| RFG SIDI Autos (Tar Sands) | Feedstock | 944 | 57 | 62 | 75 | 0.02 | 0.12 | 0.01 | 0.04 |
| | Fuel | 1217 | 424 | 67 | 72 | 0.12 | 0.12 | 0.02 | 0.07 |
| | Operation | 4915 | 4708 | 377 | 381 | 0.18 | 0.10 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Diesel (Low Sulfur) | Feedstock | 311 | 57 | 28 | 39 | 0.02 | 0.10 | 0.00 | 0.04 |
| | Fuel | 666 | 331 | 50 | 51 | 0.02 | 0.07 | 0.01 | 0.05 |
| | Operation | 4710 | 4710 | 372 | 376 | 0.06 | 0.12 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| Diesel (Fischer-Tropsch) | Feedstock | 302 | 20 | 23 | 38 | 0.03 | 0.08 | 0.00 | 0.05 |
| | Fuel | 2789 | 72 | 101 | 109 | 0.03 | 0.23 | 0.06 | 0.09 |
| | Operation | 4710 | 0 | 359 | 363 | 0.06 | 0.12 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| Diesel (Soy BD20) | Feedstock | 540 | 224 | −26 | −7 | 0.02 | 0.16 | 0.01 | 0.11 |
| | Fuel | 10179 | 78 | 21 | 13 | 0.28 | −0.06 | 0.00 | −0.09 |
| | Operation | 4710 | 3827 | 373 | 377 | 0.06 | 0.12 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| CNG | Feedstock | 418 | 23 | 30 | 62 | 0.03 | 0.11 | 0.00 | 0.06 |
| | Fuel | 395 | 17 | 33 | 34 | 0.00 | 0.03 | 0.01 | 0.06 |
| | Operation | 5383 | 0 | 319 | 326 | 0.15 | 0.10 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E85 (Dry Corn) | Feedstock | 868 | 247 | −243 | −193 | 0.05 | 0.27 | 0.01 | 0.13 |
| | Fuel | 6683 | 316 | 72 | 83 | 0.26 | 0.41 | 0.04 | 0.11 |
| | Operation | 5652 | 1480 | 426 | 430 | 0.17 | 0.10 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E85 (Wet Corn) | Feedstock | 876 | 475 | −236 | −174 | −0.14 | 0.40 | 0.02 | 0.22 |
| | Fuel | 6861 | 217 | 237 | 251 | 0.26 | 0.30 | 0.10 | 0.16 |
| | Operation | 5652 | 1480 | 426 | 430 | 0.17 | 0.10 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E85 (Herbaceous) | Feedstock | 567 | 201 | −300 | −258 | 0.05 | 0.19 | 0.01 | 0.03 |
| | Fuel | 3712 | 194 | 6 | 17 | 0.20 | 0.42 | 0.03 | 0.00 |
| | Operation | 5652 | 1480 | 426 | 430 | 0.17 | 0.10 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |

continued

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE D-7**  Continued

| | | Total Energy | Petroleum | $CO_2$ | $CO_{2e}$ | VOC | $NO_x$ | $PM_{2.5}$ | $SO_x$ |
|---|---|---|---|---|---|---|---|---|---|
| | | BTU/VMT | BTU/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT |
| E85 | Feedstock | 407 | 202 | −284 | −281 | 0.02 | 0.13 | 0.01 | 0.08 |
| (Corn Stover) | Fuel | 3336 | 194 | 6 | 17 | 0.20 | 0.40 | 0.03 | 0.00 |
| | Operation | 5652 | 1480 | 426 | 430 | 0.17 | 0.10 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E10 | Feedstock | 417 | 84 | 10 | 26 | 0.02 | 0.14 | 0.01 | 0.05 |
| (Dry Corn) | Fuel | 1426 | 451 | 69 | 72 | 0.14 | 0.13 | 0.02 | 0.07 |
| | Operation | 5652 | 5287 | 434 | 437 | 0.18 | 0.10 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E10 | Feedstock | 417 | 104 | 10 | 28 | 0.01 | 0.15 | 0.01 | 0.06 |
| (Wet Corn) | Fuel | 1442 | 442 | 84 | 87 | 0.14 | 0.12 | 0.02 | 0.07 |
| | Operation | 5652 | 5287 | 434 | 437 | 0.18 | 0.10 | 0.02 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E10 | Feedstock | 390 | 80 | 5 | 21 | 0.02 | 0.13 | 0.01 | 0.04 |
| (Herbaceous) | Fuel | 1166 | 440 | 64 | 66 | 0.14 | 0.13 | 0.02 | 0.06 |
| | Operation | 5652 | 5287 | 434 | 437 | 0.18 | 0.10 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E10 | Feedstock | 376 | 80 | 6 | 19 | 0.02 | 0.13 | 0.01 | 0.05 |
| (Corn Stover) | Fuel | 1134 | 440 | 64 | 66 | 0.14 | 0.12 | 0.02 | 0.06 |
| | Operation | 5652 | 5287 | 434 | 437 | 0.18 | 0.10 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| Electric | Feedstock | 150 | 48 | 11 | 23 | 0.03 | 0.05 | 0.10 | 0.03 |
| | Fuel | 2450 | 62 | 337 | 339 | 0.01 | 0.28 | 0.01 | 0.63 |
| | Operation | 1615 | 69 | 0 | 0 | 0.00 | 0.00 | 0.01 | 0.00 |
| | Vehicle | 840 | 146 | 65 | 68 | 0.31 | 0.10 | 0.04 | 0.30 |

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hydrogen (Gaseous) | Feedstock | 181 | 10 | 13 | 27 | 0.01 | 0.05 | 0.00 | 0.03 |
| | Fuel | 1466 | 26 | 238 | 246 | 0.01 | 0.10 | 0.04 | 0.09 |
| | Operation | 2335 | 0 | 0 | 0 | 0.00 | 0.00 | 0.01 | 0.00 |
| | Vehicle | 1030 | 203 | 80 | 84 | 0.31 | 0.12 | 0.05 | 0.37 |
| Hydrogen (Liquid) | Feedstock | 182 | 10 | 13 | 27 | 0.01 | 0.05 | 0.00 | 0.03 |
| | Fuel | 3712 | 121 | 422 | 437 | 0.03 | 0.27 | 0.10 | 0.44 |
| | Operation | 2335 | 0 | 0 | 0 | 0.00 | 0.00 | 0.01 | 0.00 |
| | Vehicle | 1030 | 203 | 80 | 84 | 0.31 | 0.12 | 0.05 | 0.37 |
| Grid-Independent SI HEV | Feedstock | 246 | 45 | 10 | 19 | 0.01 | 0.08 | 0.00 | 0.03 |
| | Fuel | 880 | 321 | 50 | 54 | 0.09 | 0.09 | 0.01 | 0.05 |
| | Operation | 3718 | 3562 | 285 | 289 | 0.13 | 0.08 | 0.02 | 0.00 |
| | Vehicle | 840 | 146 | 65 | 68 | 0.31 | 0.10 | 0.04 | 0.30 |
| Grid-Dependent SI HEV | Feedstock | 222 | 49 | 11 | 22 | 0.02 | 0.07 | 0.04 | 0.03 |
| | Fuel | 1533 | 239 | 163 | 166 | 0.06 | 0.17 | 0.01 | 0.28 |
| | Operation | 3113 | 2413 | 191 | 194 | 0.09 | 0.06 | 0.01 | 0.00 |
| | Vehicle | 840 | 146 | 65 | 68 | 0.31 | 0.10 | 0.04 | 0.30 |

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

**TABLE D-8** GREET Energy and Emission Factors for Light-Duty Trucks 2 in 2020

| | | Total Energy | Petroleum | $CO_2$ | $CO_{2e}$ | VOC | $NO_x$ | $PM_{2.5}$ | $SO_x$ |
|---|---|---|---|---|---|---|---|---|---|
| | | BTU/VMT | BTU/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT |
| RFG SI Autos (Conventional Oil) | Feedstock | 436 | 80 | 19 | 34 | 0.02 | 0.15 | 0.01 | 0.05 |
| | Fuel | 1564 | 570 | 89 | 96 | 0.16 | 0.16 | 0.02 | 0.09 |
| | Operation | 6605 | 6327 | 507 | 511 | 0.22 | 0.14 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| RFG SI Autos (Tar Sands) | Feedstock | 1269 | 77 | 83 | 101 | 0.03 | 0.16 | 0.01 | 0.05 |
| | Fuel | 1635 | 570 | 90 | 97 | 0.16 | 0.16 | 0.02 | 0.09 |
| | Operation | 6605 | 6327 | 507 | 511 | 0.22 | 0.14 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| CG SI Autos (Conventional Oil) | Feedstock | 436 | 80 | 19 | 34 | 0.02 | 0.15 | 0.01 | 0.05 |
| | Fuel | 1564 | 570 | 89 | 96 | 0.16 | 0.16 | 0.02 | 0.09 |
| | Operation | 6605 | 6327 | 507 | 511 | 0.22 | 0.14 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| CG SI Autos (Tar Sands) | Feedstock | 1269 | 77 | 83 | 101 | 0.03 | 0.16 | 0.01 | 0.05 |
| | Fuel | 1635 | 570 | 90 | 97 | 0.16 | 0.16 | 0.02 | 0.09 |
| | Operation | 6605 | 6327 | 507 | 511 | 0.22 | 0.14 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| RFG SIDI Autos (Conventional Oil) | Feedstock | 379 | 69 | 16 | 30 | 0.02 | 0.13 | 0.01 | 0.04 |
| | Fuel | 1360 | 496 | 78 | 83 | 0.14 | 0.14 | 0.02 | 0.08 |
| | Operation | 5743 | 5502 | 441 | 445 | 0.22 | 0.14 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| RFG SIDI Autos (Tar Sands) | Feedstock | 1103 | 67 | 72 | 88 | 0.03 | 0.14 | 0.01 | 0.04 |
| | Fuel | 1422 | 496 | 79 | 84 | 0.14 | 0.14 | 0.02 | 0.08 |
| | Operation | 5743 | 5502 | 441 | 445 | 0.22 | 0.14 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Diesel (Low Sulfur) | Feedstock | 363 | 66 | 33 | 46 | 0.02 | 0.12 | 0.01 | 0.04 |
| | Fuel | 778 | 387 | 58 | 60 | 0.02 | 0.09 | 0.01 | 0.06 |
| | Operation | 5504 | 5504 | 435 | 439 | 0.07 | 0.17 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| Diesel (Fischer-Tropsch) | Feedstock | 353 | 23 | 27 | 44 | 0.03 | 0.09 | 0.00 | 0.06 |
| | Fuel | 3259 | 84 | 118 | 127 | 0.04 | 0.27 | 0.08 | 0.11 |
| | Operation | 5504 | 0 | 420 | 424 | 0.07 | 0.17 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| Diesel (Soy BD20) | Feedstock | 631 | 262 | −30 | −8 | 0.03 | 0.19 | 0.01 | 0.13 |
| | Fuel | 11895 | 92 | 25 | 16 | 0.32 | −0.07 | 0.00 | −0.10 |
| | Operation | 5504 | 4472 | 436 | 440 | 0.07 | 0.17 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| CNG | Feedstock | 489 | 27 | 35 | 72 | 0.04 | 0.13 | 0.00 | 0.07 |
| | Fuel | 461 | 20 | 38 | 40 | 0.00 | 0.04 | 0.01 | 0.07 |
| | Operation | 6290 | 0 | 373 | 381 | 0.18 | 0.14 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E85 (Dry Corn) | Feedstock | 1014 | 288 | −284 | −226 | 0.06 | 0.31 | 0.01 | 0.15 |
| | Fuel | 7810 | 369 | 85 | 97 | 0.31 | 0.48 | 0.05 | 0.13 |
| | Operation | 6605 | 1730 | 498 | 502 | 0.20 | 0.14 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E85 (Wet Corn) | Feedstock | 1024 | 555 | −275 | −203 | −0.17 | 0.47 | 0.02 | 0.26 |
| | Fuel | 8018 | 253 | 278 | 293 | 0.31 | 0.35 | 0.12 | 0.18 |
| | Operation | 6605 | 1730 | 498 | 502 | 0.20 | 0.14 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E85 (Herbaceous) | Feedstock | 663 | 234 | −351 | −302 | 0.05 | 0.22 | 0.01 | 0.04 |
| | Fuel | 4337 | 227 | 7 | 20 | 0.23 | 0.49 | 0.03 | 0.00 |
| | Operation | 6605 | 1730 | 498 | 502 | 0.20 | 0.14 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |

continued

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

**TABLE D-8** Continued

| | | Total Energy | Petroleum | $CO_2$ | $CO_{2e}$ | VOC | $NO_x$ | $PM_{2.5}$ | $SO_x$ |
|---|---|---|---|---|---|---|---|---|---|
| | | BTU/VMT | BTU/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT |
| E85 | Feedstock | 475 | 236 | −332 | −329 | 0.03 | 0.15 | 0.01 | 0.09 |
| (Corn Stover) | Fuel | 3898 | 227 | 7 | 20 | 0.23 | 0.47 | 0.03 | 0.00 |
| | Operation | 6605 | 1730 | 498 | 502 | 0.20 | 0.14 | 0.02 | 0.00 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E10 | Feedstock | 487 | 98 | 11 | 31 | 0.03 | 0.16 | 0.01 | 0.06 |
| (Dry Corn) | Fuel | 1667 | 527 | 81 | 84 | 0.17 | 0.15 | 0.02 | 0.08 |
| | Operation | 6605 | 6178 | 507 | 511 | 0.22 | 0.14 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E10 | Feedstock | 488 | 121 | 12 | 33 | 0.01 | 0.17 | 0.01 | 0.07 |
| (Wet Corn) | Fuel | 1685 | 517 | 98 | 101 | 0.17 | 0.14 | 0.03 | 0.08 |
| | Operation | 6605 | 6178 | 507 | 511 | 0.22 | 0.14 | 0.02 | 0.01 |
| | Vehicle | 633 | 126 | 47 | 50 | 0.21 | 0.08 | 0.03 | 0.14 |
| E10 | Feedstock | 456 | 93 | 6 | 24 | 0.03 | 0.15 | 0.01 | 0.05 |
| (Herbaceous) | Fuel | 1363 | 514 | 74 | 78 | 0.16 | 0.15 | 0.02 | 0.07 |
| | Operation | 6605 | 6178 | 507 | 511 | 0.22 | 0.14 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| E10 | Feedstock | 440 | 93 | 7 | 22 | 0.02 | 0.15 | 0.01 | 0.05 |
| (Corn Stover) | Fuel | 1325 | 514 | 74 | 78 | 0.16 | 0.15 | 0.02 | 0.07 |
| | Operation | 6605 | 6178 | 507 | 511 | 0.22 | 0.14 | 0.02 | 0.01 |
| | Vehicle | 730 | 140 | 54 | 57 | 0.31 | 0.08 | 0.04 | 0.15 |
| Electric | Feedstock | 176 | 56 | 13 | 27 | 0.03 | 0.06 | 0.12 | 0.04 |
| | Fuel | 2863 | 73 | 394 | 396 | 0.01 | 0.32 | 0.01 | 0.74 |
| | Operation | 1887 | 80 | 0 | 0 | 0.00 | 0.00 | 0.01 | 0.00 |
| | Vehicle | 840 | 146 | 65 | 68 | 0.31 | 0.10 | 0.04 | 0.30 |

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Hydrogen (Gaseous) | Feedstock | 232 | 13 | 16 | 34 | 0.02 | 0.06 | 0.00 | 0.03 |
| | Fuel | 1875 | 33 | 305 | 314 | 0.02 | 0.13 | 0.05 | 0.12 |
| | Operation | 2989 | 0 | 0 | 0 | 0.00 | 0.00 | 0.01 | 0.00 |
| | Vehicle | 1030 | 203 | 80 | 84 | 0.31 | 0.12 | 0.05 | 0.37 |
| Hydrogen (Liquid) | Feedstock | 233 | 13 | 16 | 34 | 0.02 | 0.06 | 0.00 | 0.03 |
| | Fuel | 4750 | 154 | 540 | 559 | 0.04 | 0.35 | 0.13 | 0.56 |
| | Operation | 2989 | 0 | 0 | 0 | 0.00 | 0.00 | 0.01 | 0.00 |
| | Vehicle | 1030 | 203 | 80 | 84 | 0.31 | 0.12 | 0.05 | 0.37 |
| Grid-Independent SI HEV | Feedstock | 305 | 56 | 13 | 24 | 0.02 | 0.10 | 0.00 | 0.04 |
| | Fuel | 1094 | 399 | 62 | 67 | 0.11 | 0.11 | 0.01 | 0.06 |
| | Operation | 4619 | 4424 | 354 | 358 | 0.20 | 0.11 | 0.02 | 0.01 |
| | Vehicle | 840 | 146 | 65 | 68 | 0.31 | 0.10 | 0.04 | 0.30 |
| Grid-Dependent SI HEV | Feedstock | 272 | 59 | 14 | 27 | 0.02 | 0.09 | 0.05 | 0.04 |
| | Fuel | 1835 | 295 | 193 | 197 | 0.08 | 0.20 | 0.01 | 0.32 |
| | Operation | 3821 | 2995 | 238 | 240 | 0.13 | 0.07 | 0.02 | 0.00 |
| | Vehicle | 840 | 146 | 65 | 68 | 0.31 | 0.10 | 0.04 | 0.30 |

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

### Mobile6.2 Heavy-Duty Truck Energy and Emissions Factors

The operational factors for heavy-duty vehicles were determined with Mobile6.2 and are shown in Table D-9 and Table D-10. Default Mobile6.2 values were used for these vehicles.

### GREET and Mobile6.2 Comparison

The GREET vehicle operation factors can be compared against Mobile6.2's to evaluate the accuracy of particular vehicles. GREET assumes default emission factors for conventional gasoline and diesel vehicles and the operating conditions of the vehicles is not transparent. Mobile6.2 is designed to model emissions from conventional fuel vehicles and low level ethanol blends and provides the ability to adjust many vehicle operation and fuel characteristics in determining emission factors. Table D-11 and Table D-12 compare the GREET default conventional gasoline and diesel vehicle emissions against Mobile6.2. The lack of transparency in the vehicle and operating characteristics used to generate GREET factors results in some difficulty in verification using Mobile6.2. In 2005, GREET assumes low-sulfur concentrations of 26 ppm in gasoline and 200 ppm in conven-

**TABLE D-9** Mobile6.2 Energy and Emission Factors for Heavy-Duty Vehicles in 2005

|  | Total Energy | $CO_2$ | VOC | $NO_x$ | $PM_{2.5}$ | $SO_x$ |
|---|---|---|---|---|---|---|
|  | Btu/VMT | g/VMT | g/VMT | g/VMT | g/VMT | g/VMT |
| HDGV2A | 12500 | 888 | 1.79 | 4.13 | 0.07 | 0.05 |
| HDGV2B | 12500 | 888 | 1.79 | 4.13 | 0.07 | 0.05 |
| HDGV3 | 13587 | 963 | 2.47 | 4.71 | 0.08 | 0.06 |
| HDGV4 | 14205 | 1005 | 5.30 | 5.90 | 0.07 | 0.06 |
| HDGV5 | 15823 | 1124 | 3.10 | 5.40 | 0.06 | 0.06 |
| HDGV6 | 15823 | 1119 | 2.91 | 5.30 | 0.07 | 0.07 |
| HDGV7 | 17123 | 1217 | 3.43 | 6.09 | 0.07 | 0.07 |
| HDGV8A | 18382 | 1296 | 4.05 | 6.79 | 0.00 | 0.00 |
| HDDV2A | 10195 | 795 | 0.23 | 3.99 | 0.12 | 0.01 |
| HDDV2B | 10195 | 795 | 0.23 | 3.99 | 0.12 | 0.01 |
| HDDV3 | 11250 | 879 | 0.25 | 4.44 | 0.13 | 0.01 |
| HDDV4 | 12921 | 1004 | 0.31 | 5.41 | 0.11 | 0.01 |
| HDDV5 | 13316 | 1036 | 0.32 | 5.68 | 0.25 | 0.01 |
| HDDV6 | 15000 | 1176 | 0.47 | 7.99 | 0.26 | 0.01 |
| HDDV7 | 17400 | 1354 | 0.58 | 9.94 | 0.33 | 0.01 |
| HDDV8A | 20077 | 1561 | 0.56 | 12.89 | 0.36 | 0.02 |
| HDDV8B | 21048 | 1647 | 0.66 | 15.10 | 0.36 | 0.02 |

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 151

**TABLE D-10** Mobile6.2 Energy and Emission Factors for Heavy-Duty
Vehicles in 2030

|         | Total Energy | $CO_2$  | VOC    | $NO_x$ | $PM_{2.5}$ | $SO_x$ |
|---------|--------------|---------|--------|--------|------------|--------|
|         | Btu/VMT      | g/VMT   | g/VMT  | g/VMT  | g/VMT      | g/VMT  |
| HDGV2A  | 12376        | 876     | 0.35   | 0.18   | 0.02       | 0.02   |
| HDGV2B  | 12376        | 876     | 0.35   | 0.18   | 0.02       | 0.02   |
| HDGV3   | 13298        | 945     | 0.76   | 0.23   | 0.02       | 0.02   |
| HDGV4   | 13298        | 949     | 0.82   | 0.21   | 0.02       | 0.02   |
| HDGV5   | 15625        | 1107    | 0.91   | 0.24   | 0.02       | 0.02   |
| HDGV6   | 15432        | 1090    | 0.90   | 0.24   | 0.02       | 0.02   |
| HDGV7   | 16779        | 1191    | 0.95   | 0.27   | 0.03       | 0.02   |
| HDGV8A  | 17606        | 1255    | 1.00   | 0.28   | 0.00       | 0.00   |
| HDDV2A  | 10038        | 785     | 0.10   | 0.25   | 0.01       | 0.01   |
| HDDV2B  | 10038        | 785     | 0.10   | 0.25   | 0.01       | 0.01   |
| HDDV3   | 11154        | 873     | 0.12   | 0.26   | 0.02       | 0.01   |
| HDDV4   | 12794        | 998     | 0.14   | 0.41   | 0.02       | 0.01   |
| HDDV5   | 13182        | 1030    | 0.15   | 0.44   | 0.02       | 0.01   |
| HDDV6   | 15000        | 1169    | 0.19   | 0.47   | 0.02       | 0.01   |
| HDDV7   | 17400        | 1352    | 0.23   | 0.58   | 0.03       | 0.01   |
| HDDV8A  | 19773        | 1544    | 0.26   | 0.64   | 0.03       | 0.02   |
| HDDV8B  | 20714        | 1616    | 0.29   | 0.75   | 0.03       | 0.02   |

**TABLE D-11** Comparison of Emission Factors (g/VMT) for a Light-Duty
Gasoline Automobile in 2005

|          | VOC Exhaust | VOC Evap | $NO_x$ | $PM_{2.5}$ Exhaust | $PM_{2.5}$ TBW | $SO_x$ |
|----------|-------------|----------|--------|--------------------|----------------|--------|
| GREET    | 0.15        | 0.07     | 0.3    | 0.008              | 0.007          | 0.01   |
| Mobile6.2| 0.27        | 0.87     | 0.8    | 0.005              | 0.007          | 0.02   |

**TABLE D-12** Comparison of Emission Factors (g/VMT) for a Light-Duty
Diesel Automobile in 2005

|          | VOC Exhaust | $NO_x$ | $PM_{2.5}$ Exhaust | $PM_{2.5}$ TBW |
|----------|-------------|--------|--------------------|----------------|
| GREET    | 0.09        | 0.3    | 0.07               | 0.007          |
| Mobile6.2| 0.33        | 1.3    | 0.15               | 0.007          |

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

tional diesel. GREET further specifies sulfur contents for low-sulfur diesel. Outside of fuel sulfur levels, vehicle emission factors are fixed based on inputs and assumptions from 1990 through 2020.

The differences between GREET and Mobile6.2 emission factors are most likely due to the variations in vehicle operation and fuel input parameters. These differences could be from cold start and warm running, fuel vapor pressure, summer or winter fuel mix, and vehicle model assumptions. While the Mobile6.2 factors tend to be larger than the GREET factors. The GREET factors are assumed to be reasonable, given the uncertainty in vehicle and fuel parameters and that they are within the bounds of Mobile6.2 estimates for the year.

### EPA Mobile6 Ammonia Emissions Factors

Ammonia emissions, which ultimately contribute to particulate formation, are evaluated by APEEP but not included in the default transportation damage assessment. GREET does not evaluate ammonia emissions but Mobile6.2 does for a subset of vehicle and fuel combinations included in GREET. Table D-13 summarizes the Mobile6.2 ammonia emission factors for 2005 and 2030.

For light-duty gasoline vehicles, the ammonia factors are about 0.1 g/VMT; for light-duty diesel vehicles, they range from 0.01 to 0.03 g/VMT for both years. The heavy-duty gasoline and diesel vehicle factors are 0.05 and 0.03 g/VMT.

### Applying GREET Feedstock and Fuel Production Factors to Heavy-Duty Vehicles

Feedstock and fuel production factors from GREET are used to supplement the Mobile6.2 heavy-duty-vehicle operational emissions. Because Mobile6.2 evaluates only the operational phase of heavy-duty vehicles, there is a need to supplement this component with feedstock and fuel production requirements so that results are commensurate with light-duty vehicles evaluated in GREET. To do this, the GREET feedstock and fuel production factors from reformulated gasoline and low-sulfur diesel light-duty vehicles are used. Using the energy content of gasoline or diesel consumed during vehicle operation, the corresponding GREET feedstock and fuel production factors are prorated and assessed to the heavy-duty vehicles. This procedure is done across all of the energy and emissions factors for each of the heavy-duty vehicles assessed with Mobile6.2.

Heavy-duty vehicle-manufacturing factors are not included in the assessment. Unlike feedstock and fuel production processes that are specific to a fuel (which is the same for both light- and heavy-duty vehicles), vehicle-

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK    Document 86    filed 05/06/21    USDC Colorado    pg 153

**TABLE D-13** Mobile6.2 Ammonia Emissions (g/VMT)

|         | 2005  | 2030  |
|---------|-------|-------|
| HDGV2B  | 0.045 | 0.045 |
| HDGV3   | 0.045 | 0.045 |
| HDGV4   | 0.045 | 0.045 |
| HDGV5   | 0.045 | 0.045 |
| HDGV6   | 0.045 | 0.045 |
| HDGV7   | 0.045 | 0.045 |
| HDDV2B  | 0.027 | 0.027 |
| HDDV3   | 0.027 | 0.027 |
| HDDV4   | 0.027 | 0.027 |
| HDDV5   | 0.027 | 0.027 |
| HDDV6   | 0.027 | 0.027 |
| HDDV7   | 0.027 | 0.027 |
| HDDV8A  | 0.027 | 0.027 |
| HDDV8B  | 0.027 | 0.027 |
| LDGV    | 0.100 | 0.102 |
| LDGT1   | 0.100 | 0.102 |
| LDGT2   | 0.097 | 0.102 |
| LDGT3   | 0.097 | 0.102 |
| LDDV    | 0.007 | 0.007 |
| LDDT    | 0.027 | 0.027 |
| LDDT12  | 0.007 | 0.007 |

manufacturing processes are unique. There is no known information that estimates the energy requirements and resulting emissions of manufacturing heavy-duty gasoline and diesel fuels of different classes. As a result, this component was excluded from the assessment.

## COUNTY-LEVEL DAMAGE CALCULATIONS

The vehicle feedstock, fuel, operation, and manufacturing per VMT emission factors are used in conjunction with APEEP county unit-damage factors to determine county resolution total damages. For each of the life-cycle components, particular assumptions were made in performing the calculations. APEEP has county-level pollutant-unit damages for all states except Alaska and Hawaii. For every county, APEEP reports ground levels and various heights of emission-unit damages (dollar per metric tonne emitted) for VOCs, $NO_x$, $PM_{2.5}$, $SO_2$, and $NH_3$ (ammonia).

### Feedstock Production Damages

The location of feedstock production and associated emissions is not clear for the various fuel energy inputs. From crude oil to corn to coal, the

Copyright © National Academy of Sciences. All rights reserved.

466                                                                      *APPENDIX D*

identification of feedstock production locations is not transparent. Feedstock can be produced internationally (for example, conventional crude oil from overseas or tar sands crude oil from Canada) or domestically (for example, coal or corn), and transport of raw energy inputs can occur along the fuel production pathway. The difficulty of estimating feedstock production and transport locations resulted in the assignment of these emissions to the county where travel occurs. The feedstock emissions are assessed the lowest level above ground-level height in APEEP.

### Fuel Production Damages

Fuel production damages are assessed to particular geographic regions based on petroleum refinery and ethanol plant locations. PADD (Petroleum Administration for Defense Districts) regions are used to identify five geographic areas of the United States for petroleum production and consumption statistics. The regions are East Coast, Midwest, Gulf Coast, Rocky Mountain, and West Coast and serve as a common resolution for petroleum data. The U.S. Energy Information Administration reports petroleum refinery locations and production capacity (EIA 2009b). Using these locations, associated counties could be determined for assessment of APEEP damage factors for conventional fueled vehicles. Without knowing which refinery produces the fuel for a VMT in another county, PADD resolution was used to assess fuel production unit damages. For each PADD, a weighted-average APEEP fuel factor (further referred to as $APEEP_{FUEL}$) was determined from the percentage of PADD fuel production capacity for each refinery and the corresponding county. The result produced five $APEEP_{FUEL}$ pollutant damage factors, one for each PADD. The $APEEP_{FUEL}$ damage factors were assessed to each county in the United States based on its PADD location. The fuel production life-cycle emissions were used in conjunction with the $APEEP_{FUEL}$ factors to determine fuel production damages for each county given a specific vehicle's per VMT emissions.

A PADD-based resolution approach was also used for ethanol fuel production. Using ethanol refinery locations (RFA 2009), $APEEP_{FUEL}$ factors were determined for ethanol production for each of the five PADD regions. Given the mix of ethanol in the fuel (10% or 85%), this fraction was multiplied by the $APEEP_{FUEL}$ ethanol factor and the remainder by the $APEEP_{FUEL}$ gasoline factor. For example, for an E10 vehicle operating in a county in PADD 1, 10% × $APEEP_{FUEL,ETHANOL}$ and 90% × $APEEP_{FUEL,GASOLINE}$ are added and assessed to that county. This mixed $APEEP_{FUEL}$ factor for each pollutant is then multiplied by the corresponding fuel production emissions for an E10 vehicle. Similar to feedstock production, the fuel production APEEP factors are based on the lowest level height above ground level.

For electric vehicles, power-plant emissions were assumed to occur ac-

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

cording to petroleum PADD locations. Given the complexity of modeling electricity-generation emissions associated with specific driving locations, fuel production emissions were assigned to the petroleum production locations within relevant PADD regions.

### Vehicle Operation Damages

Vehicle operation VMT are based on county populations, which are assumed to be a reasonable metric for disaggregation of total state VMT. Given the GREET and Mobile6.2 per VMT emissions factors, VMT estimates are needed for each U.S. county to determine total emissions in that county. State-level VMT is available but not any higher resolution (FDA 2008). Using U.S. census population estimates, state-level VMT is disaggregated to each county by the fraction of population. These county VMT are then multiplied by the GREET and Mobile6.2 vehicle operational emission factors to determine total emissions for each county. The emissions of each pollutant are then joined with the APEEP ground-level-pollutant county factors to determine total damages.

### Vehicle-Manufacturing Damages

PADD regions are used to aggregate vehicle-manufacturing APEEP costs, similar to fuel production. Census data were examined for information on vehicles, parts, and tire manufacturing facilities (including number of facilities, employee counts, and county). The census data details the location and employee count for over 8,000 facilities. For each county in the United States, the total number of employees from these industries was determined. A weighted-average vehicle-manufacturing APEEP factor (further referred to as APEEP$_{MANUFACTURING}$) was determined for each PADD based on the percentage of employees and the APEEP factor foreach county in a PADD. Again, this process was done because of the lack of information that identifies whether a vehicle is driven in a particular county where it was manufactured. The PADD-based approach assumes that for a vehicle driven in a particular county, the manufacturing took place in that county's PADD and the weighted-average APEEP$_{MANUFACTURING}$ factor is applied.

### Total Life-Cycle Damages

Total damages are determined from feedstock production, fuel production, vehicle operation, and vehicle-manufacturing factors. This assessment was performed for each vehicle and fuel combination. Given a specific vehicle and fuel combination, the feedstock, fuel, operation, and manufacturing emission factors (in grams of VOC, NO$_X$, PM$_{2.5}$, and SO$_2$ per VMT)

Copyright © National Academy of Sciences. All rights reserved.

No. 1:20-cv-02484-MSK   Document 86   filed 05/06/21   USDC Colorado   pg 156
Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

are multiplied by the APEEP county and pollutant factors (dollar damages per gram of pollutant, which may be weighted averages for the PADD region). Furthermore, the APEEP factors are reported in dollars of damage of emission for mortality, morbidity, and other damages (for example, agricultural or visibility impairment). For each vehicle and fuel combination, the life-cycle emission factors are joined with the APEEP pollutant damage factors for mortality, morbidity, and other to determine total damages for each county. The result is a mortality-morbidity-and-other dollar damages for each county and each vehicle type (light-duty autos, truck 1, and truck 2) in both 2005 and 2030.

*Damages Related to Electric Vehicles and Grid-Dependent Hybrids*

For the vehicle-manufacturing component and the fuel feedstock (for example, coal or natural gas) component of the life cycles of electric vehicles (EVs) and grid-dependent hybrid vehicles (GD-HVs), the GREET model's estimates of emissions per VMT were paired with results from the APEEP model, a process that provided estimates of the physical health and other nonclimate-change-related effects and monetary damages per ton of emissions that form criteria air pollutants. However, the allocation of electric-utility-related damages to the vehicle operations and electricity production components of the life cycles were approximated by applying a GREET-generated kWh/VMT and applying that to the estimated average national damages per kWh from the electricity analysis presented in Chapter 2.

The committee used 1.59 cents/kWh for 2005 and 0.79 cents/kWh for 2030 for the damages due to producing (not consuming) electricity for both EVs and GD-HEVs. Those values were obtained by determining the aggregate marginal damages for coal-fired and natural gas plants based on their shares of net generation and the average marginal damages for each type of plant. For example, for 2005: [0.485 (coal share of net generation) × 3.2 cents/kWh] + [0.213 (natural gas share of net generation) × 0.16 cents/kWh] = 1.59 cents/kWh.

We estimated the fuel (electricity generation) component damages based on the damages associated with producing electricity at the rate of 0.52 kWh/VMT, and the fuel damages for 2005 were calculated as follows: 0.52 kWh/VMT × 1.59 cents/kWh = 0.83 cents/VMT. For 2030, the estimate for fuel damage is 0.31 cents/VMT. For the vehicle operation component, we estimated damage associated with a 10% loss of electricity over transmission and distribution lines (for example, 0.05 kWh/VMT for 2005) (DOE 2009).

A similar approach was used for estimating the electricity-related dam-

*Copyright © National Academy of Sciences. All rights reserved.*

ages for GD-HEVs. However, no more than 35% of energy supplied to GD-HEVs was estimated to come from the grid.

## REFERENCES

Argonne National Laboratory. 2009. The Greenhouse Gases, Regulated Emissions, and Energy Use on Transportation (GREET) Model. U.S. Department of Energy, Argonne National Laboratory [online]. Available: http://www.transportation.anl.gov/modeling_simulation/GREET/ [accessed Oct. 12, 2009].

DOE (U.S. Department of Energy). 2009. Overview of the Electric Grid. Office of Electricity Delivery and Energy Reliability, U.S. Department of Energy [online]. Available: http://sites.energetics.com/gridworks/grid.html [accessed Sept. 4, 2009].

EIA (Energy Information Administration). 2006. Annual Energy Outlook 2007, With Projections to 2030. DOE/EIA-0383(2007). Energy Information Administration, Office of Integrated Analysis and Forecasting, U.S. Department of Energy, Washington, DC. February 2006 [online]. Available: http://tonto.eia.doe.gov/ftproot/forecasting/0383(2007).pdf [accessed Nov. 19, 2009].

EIA (Energy Information Administration). 2009a. Annual Energy Outlook 2009, With Projections to 2030. DOE/EIA-0383(2009). Energy Information Administration, Office of Integrated Analysis and Forecasting, U.S. Department of Energy, Washington, DC. March 2009 [online]. Available: http://www.eia.doe.gov/oiaf/aeo/pdf/0383(2009).pdf [accessed Apr. 22, 2009].

EIA (Energy Information Administration). 2009b. Ranking of U.S. Refineries. Energy Information Administration [online]. Available: http://www.eia.doe.gov/neic/rankings/refineries.htm [accessed Nov. 19, 2009].

EPA (U.S. Environmental Protection Agency). 2009. Mobile6 Vehicle Emission Modeling Software. U.S. Environmental Protection Agency [online]. Available: http://www.epa.gov/OMS/m6.htm [accessed Nov. 13, 2009].

FDA (Federal Highway Administration). 2008. Highway Statistics Series. Policy Information. U.S. Department of Transportation, Federal Highway Administration [online]. Available: http://www.fhwa.dot.gov/policy/ohpi/hss/index.cfm [accessed Nov. 13, 2009].

RFA (Renewable Fuel Association). 2009. Biorefinery Locations. Renewable Fuel Association, Washington, DC [online]. Available: http://www.ethanolrfa.org/industry/locations/ [accessed Nov. 13, 2009].

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

# E

# Supplemental Information on Land-Use Externalities from Biofuels: A Case Study of the Boone River Watershed

The committee uses the erosion productivity impact calculator (EPIC) model in conjunction with detailed field-level data for the Boone River Watershed to evaluate a number of "scenarios" where each scenario is associated with a different possible land use constituting different crops grown and different management practices on the land. To begin, a baseline land use corresponding to the 2005 cropping pattern and land management is developed, and an estimate of the externalities associated with the baseline is made. Then, various alternative land uses are proposed and evaluated using EPIC to predict the amount of nitrogen, phosphorous, sediments exported from each field as well as the amount of carbon sequestered. These levels can be aggregated to the watershed level and compared with the baseline. We also compute the amount of biofuels that the new land use can produce so that the externalities can be considered relative to the amount of acreage used to grow the feedstock or to the amount of fuel produced or both. Finally, using values from the literature, we monetize the externality end points.

The land-use conditions we evaluate include a baseline that represents 2005 cropping patterns and land use and the following counterfactual scenarios:

1. *Continuous corn*: The existing corn acreage that rotates with soybeans is converted to continuous corn—a change to about 90% of the acreage. As there is very little Conservation Reserve Program land or idle land in this watershed, this change is the main way in which planting decisions in this watershed can respond to increased demand for corn usage via ethanol.

*470*

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

2. *Corn stover*: The stover is removed from the baseline acreage and used to produce ethanol. We consider three possible rates of removal: 50%, 80%, and 100%.

3. *Continuous corn and corn stover*: This scenario is a combination of the first two; all corn and soybean rotations are changed to continuous corn, and then stover removals of 50%, 80%, and 100% are simulated.

4. *Switchgrass*: Switchgrass acreage is randomly placed on the baseline acreage from the baseline in percentages of 25%, 50%, 75% and, on the complete watershed, 100%. A nitrogen fertilizer rate of 123 kg/ha was simulated for the switchgrass, a rate consistent with optimal rates reported by Vogel et al. (2002) and Heggenstaller et al. (2009) for Iowa switchgrass biofuel production.

Our analysis draws heavily from the model and data sources developed by Gassman (2008), and we refer the interested reader to that document for substantially greater details on the data sources, collection methods, and assumptions. Here, we outline the basics of the model and summarize the externality estimates from the model. The Boone River Watershed covers over 500,000 acres in north central Iowa. Figure E-1 shows its location along with the Upper Mississippi River Basin and the state. The watershed is dominated by corn and soybean production, which together account for nearly 90% of its land use. The watershed is also characterized by intensive livestock production; land-applied manure from these livestock operations and commercial fertilizer applications are the primary sources of nutrients to the watershed stream system. However, manure applications were not accounted for in these simulations.

A key source of land-use data for the Boone simulations is a field-level survey of cropping patterns and conservation practices undertaken by C. Kiepe, formerly with the USDA-Natural Resources Conservation Service, who visually inspected all the fields (common land units) in the Boone watershed during the spring of 2005. These highly detailed spatially explicit data provide the basic information to populate the EPIC model. Table E-1 summarizes the cropping pattern observed: The region is almost entirely in a 1-year rotation of corn and soybeans. A few acres are in continuous corn or pasture, and a few are enrolled in the Conservation Reserve Program and are planted in a perennial cover. Additional data sources include soils information from the Soil Survey Geographic Database and the Iowa Soil Properties and Interpretations Database, climate data from NOAA and the Iowa Environmental Mesonet, topographic information from the Iowa Digital Elevation Model, and livestock operations from the Iowa Department of Natural Resources. Extensive additional details on these and other data sources used to populate the model can be found in Gassman (2008).

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

472                                                                                      *APPENDIX E*



**FIGURE E-1** The Boone River Watershed.

**TABLE E-1** Boone River Watershed Baseline Cropping Pattern

|  | Acres | Percent of Watershed |
|---|---|---|
| Corn-soybean rotation | 474,000 | 89 |
| Continuous corn rotation | 21,000 | 4 |
| Pasture | 16,000 | 3 |
| Conservation Reserve Program | 13,000 | 2 |
| Other (mixture of other rotations and alfalfa) | 9 | <1 |
| Total | 533,000 | 100 |

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

## REFERENCES

Gassman, P.W. 2008. A Simulation Assessment of the Boone River Watershed: Baseline Calibration/Validation Results and Issues, and Future Research Needs. Ph.D. Thesis, Iowa State University, Ames, IA.

Heggenstaller, A.H., K.J. Moore, M. Liebman, and R.P. Anex. 2009. Nitrogen influences productivity and resource partitioning by perennial, warm-season grasses. Agron. J. 101(6):1363-1371.

Vogel, K.P., J.J. Brejda, D.T. Walters, and D.R. Buxton. 2002. Switchgrass biomass production in the Midwest USA: Harvest and nitrogen management. Agron. J. 94(3):413-420.

Copyright © National Academy of Sciences. All rights reserved.

Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use
http://www.nap.edu/catalog/12794.html

Copyright © National Academy of Sciences. All rights reserved.

*American Economic Review 101 (August 2011): 1649–1675*
*http://www.aeaweb.org/articles.php?doi=10.1257/aer.101.5.1649*

# Environmental Accounting for Pollution
# in the United States Economy[†]

### By Nicholas Z. Muller, Robert Mendelsohn, and William Nordhaus*

*This study presents a framework to include environmental externalities into a system of national accounts. The paper estimates the air pollution damages for each industry in the United States. An integrated-assessment model quantifies the marginal damages of air pollution emissions for the US which are multiplied times the quantity of emissions by industry to compute gross damages. Solid waste combustion, sewage treatment, stone quarrying, marinas, and oil and coal-fired power plants have air pollution damages larger than their value added. The largest industrial contributor to external costs is coal-fired electric generation, whose damages range from 0.8 to 5.6 times value added.* (JEL E01, L94, Q53, Q56)

An important and enduring issue in environmental economics has been to develop both appropriate accounting systems and reliable estimates of environmental damages (Wassily Leontief 1970; Yusuf J. Ahmad, Salah El Serafay, and Ernst Lutz 1989; Nordhaus and Edward Charles Kokkelenberg 1999; Kimio Uno and Peter Bartelmus 1998).

Some of this literature has focused on valuing natural resources such as water resources, forests, and minerals (Henry M. Peskin 1989; World Bank 1997; Robert D. Cairns 2000; Haripriya Gundimeda et al. 2007; Michael Vardon et al. 2007). Other studies have focused on including pollution. For example, the earliest papers that focused on pollution relied on material flows analysis to calculate the tons of emissions per unit of production by industry (Robert U. Ayres and Allen V. Kneese 1969). This has been formalized in the Netherlands (Steven J. Keuning 1993) and in Sweden (Viveka Palm and Maja Larsson 2007). The materials-flow approach is useful for tracking physical flows, but it is inappropriate for national economic accounts because it does not contain values and because the damages associated with different source locations and toxicity are not included.

This paper contributes to this literature in two ways. First, we present a framework to integrate external damages into national economic accounts. The gross

* Muller: Department of Economics, Environmental Studies Program, Middlebury College, 303 College Street, Middlebury, VT 05753 (e-mail: nmuller@middlebury.edu); Mendelsohn: School of Forestry and Environmental Studies, Yale University, 195 Prospect Street, New Haven, CT 06511 (e-mail: robert.mendelsohn@yale.edu); Nordhaus: Department of Economics, Yale University, 28 Hillhouse, New Haven, CT, 06511 (e-mail: william. nordhaus@yale.edu) The authors wish to thank the Glaser Progress Foundation for their generous support of this research. Muller acknowledges the support of the USEPA: EPA-OPEI-NCEE-08-02. We also would like to thank seminar participants at Yale University, Harvard University, USEPA, NBER, and the anonymous referees for their helpful comments.
† To view additional materials, visit the article page at
http://www.aeaweb.org/articles.php?doi=10.1257/aer.101.5.1649.

external damages (GED) from pollution caused by each industry are included in the national accounts as both a cost and an (unwanted) output. Second, we demonstrate that the methodology can be applied in practice. Using empirical estimates of the marginal damages (in effect, the prices) associated with each emission in every county, we calculate the national damages from air pollution damages by industry for the United States.

In the next section, we develop the framework for integrating external effects into national economic accounts. We add external effects both as an input and as an output in the accounting framework. Air pollution becomes another cost of doing business. In regulated industries, firms already engage in some abatement, and such costs are already included as a cost in the existing national accounts. However, GED from the remaining emissions is not incorporated into the accounts.

This paper argues that emissions should be valued by the damage they cause. Several studies have measured national pollution damages (A. Myrick Freeman III 2002; Muller and Mendelsohn 2007; United States Environmental Protection Agency (USEPA) 1999). There have been proposals to integrate economic impacts of pollution into satellite accounts (Bureau of Economic Analysis (BEA)1994; Abram J. de Boo et al. 1991). To date, no national statistical agency has linked pollution damages to industries.

We should note some conventions that we use in constructing our estimates. First, as is standard in national accounting, we rely on market prices to value quantities. That is, marginal values are applied to both marginal and inframarginal units. This implies that GDP estimates do not reflect consumer surplus. Second, we do not assume that the observed prices represent an economic optimum. Rather, market prices may reflect a number of distortions such as taxes or markets that are not perfectly competitive. Third, when the necessary prices are not available, they must be imputed. For example, the national accounts impute a rent for owner occupied housing. This study imputes a price on air pollution emissions equal to marginal damages in order to measure the externalities from air pollution. Finally, the damages due to air pollution are included in this study, but other external effects such as those that take place through water, soils, noise, and other media are not. For example, this paper quantifies the damages due to air pollution emissions from sewage treatment facilities, but it does not report the benefits stemming from water pollution control.

In the subsequent section, we provide empirical estimates of the marginal damages and the economic impacts of air pollution damages by industry. We briefly introduce an integrated assessment model that is used to calculate the marginal damages or shadow prices of emissions (Muller and Mendelsohn 2007, 2009). The model first calculates the total baseline damages from the 2002 levels of emissions across the United States. Next, one ton of a particular air pollutant is then added to baseline emissions at one source and the total (national) damages are recalculated. The change in the total damage is the marginal damage, or the shadow price, of the additional ton emitted from the selected source (Muller and Mendelsohn 2007). This calculation captures the effects of secondary pollutants and pollution interaction effects. We then repeat this process for each of the 10,000 sources in the United States and for each of six primary

pollutants.[1] Multiplying the estimated shadow price times the quantity of emissions by source yields GED caused by that source (Muller and Mendelsohn 2007). Summing GED from all sources within an industry yields GED for that industry. Summing GED across industries within a sector yields GED for that sector. GED reported in this study is the annual damages from emissions in the year 2002. The only exception is the analysis of greenhouse gases, which evaluates the present value of future damages from 2002 emissions. Because we do not evaluate emissions over multiple years, this study does not address either conceptual or methodological issues associated with deflation of GED. Using GED as an index of pollution is a promising subject of further inquiry.

In Section III, we first examine the economy from a sectoral perspective. This provides a broad picture of the sectoral sources of air pollution in the United States economy. The utility sector is by far the largest polluter in the economy, accounting for one-third of air pollution damages. Agriculture, transportation, and manufacturing are also large sources of air pollution damages. Throughout the paper, we compare GED to value added (VA). The purpose of this comparison is to determine whether correcting for external costs has a substantial effect on the net economic impact of different industries. From this perspective, the agriculture and utility sectors yield the largest GED/VA ratio; both sectors generated GED that constitute over one-third of their VA.

We then turn to the estimation of damages by industry. We find that the ratio of GED/VA is greater than one for seven industries (stone quarrying, solid waste incineration, sewage treatment plants, oil- and coal-fired power plants, marinas, and petroleum-coal product manufacturing). This indicates that the air pollution damages from these industries are greater than their net contribution to output. Several other industries also have high GED/VA ratios. We also present the overall size of GED by industry. Five industries stand out as large air polluters: coal-fired power plants, crop production, truck transportation, livestock production, and highway-street-bridge construction.

In order to explore the robustness of our results to certain assumptions in the integrated assessment model, we conduct a sensitivity analysis. The analysis shows that the level of GED is sensitive to assumptions about the value of mortality risks, how this value varies by age, and the adult mortality dose-response function for particulate matter. A final analysis examines the fossil fuel electric generating industry in detail. It presents a more detailed calculation of GED for coal-fired power plants and it includes the impact of carbon dioxide $(CO_2)$. The paper concludes by reviewing key results, and raising promising future research opportunities.

## I. Economic Accounting for the Environment

This section reviews the analytical and accounting questions involved in designing and estimating environmental accounts. While much has been written on the general topic, there appears to be no consensus about how to redesign the standard

---

[1] The pollutants tracked in this paper include sulfur dioxide, nitrogen oxides, two measures of particulate matter $(PM_{2.5}$ and $PM_{10})$, ammonia, volatile organic compounds, and carbon dioxide emissions from the electric power generation sector.

national accounts to incorporate externalities. We address several important analytical questions in this section.

### A. *Treatment of the Environment in the Standard National Accounts*

National economic accounts are based on the principle that they cover those activities that are included in market activities. External effects are activities that are by definition excluded from market transactions, and they are therefore *by definition and in principle* excluded from the market accounts. For simplicity, we will discuss only the current-price accounts, and our empirical application is for a single year. Constructing a constant-price time series would require both time series for all values and defining price indexes for each of the environmental variables, which is beyond the scope of the present study.

There is by now a vast literature on environmental accounting, but there are few attempts to incorporate such accounts in the standard national accounts framework. The National Academy of Sciences described the principles of augmented national accounts in a report on nonmarket accounting as follows (Katharine G. Abraham and Christopher Mackie 2005):

> [A] conceptual framework must be adopted on which to develop an economic account. For a number of reasons, the panel believes that experimental satellite accounts will be most useful if their structure is as consistent as possible with the NIPAs [National Income and Product Accounts]. Because the national accounts have undergone extensive scrutiny, reflecting a long history of research and policy use, the underlying principles are well tested and practice shows they can be implemented. Moreover, researchers are interested in developing augmented measures of output that are compatible with GDP. These considerations argue for pursuing an approach that uses dollar prices as the metric for relative value and, wherever possible, values inputs and outputs using analogous observable market transactions.

One widely discussed set of accounts is the Satellite Economic and Environmental Accounts (SEEA) (United Nations 2003; Palm and Larsson 2007). SEEA attempts to bring together economic and environmental data in a common framework to measure the contribution of the environment to the economy and the impact of the economy on the environment. There are four different categories of accounts in SEEA, including flow accounts, environmental expenditures, natural resource accounts, and valuation accounts. At present, however, SEEA does not include a full treatment of how to incorporate environmental flows into the national economic accounts.

In order to value pollution emissions, one could employ either marginal abatement costs or marginal damages (Nordhaus and James Tobin 1972). Of course, if regulations are perfectly efficient, these two measures would be identical. But if pollutants are underregulated (overregulated), marginal damages will exceed (be less than) marginal costs. From a conceptual point of view, damage-based pricing is necessary to implement a welfare-based measure of pollution output.

The BEA made an effort to build a system of environmental accounts; the IEESA (Integrated Economic and Environmental Satellite Accounts) were developed in 1994 but this effort was derailed by the Congress. The National Academy of Sciences reviewed the IEESA and other accounting efforts in a major report on environmental accounting (Nordhaus and Kokkelenberg 1999). Other contributors

to the theory of environmental accounts include Kirk Hamilton (1996, 2000) and Ignazio Musu and Domenico Siniscalco (1996). There has been little progress, however, in developing a practical environmental accounting system that can be integrated with the national economic accounts.

One important empirical study to note is the recent work of Mun S. Ho and Dale W. Jorgenson (2007) that computes air pollution damages by sector in China. This work reports the health damages from emissions of total suspended particulates (TSP), nitrogen oxides ($NO_x$), and sulfur dioxide ($SO_2$) for 33 sectors of the Chinese economy. The study makes the important step of estimating the value of air pollution emissions, rather than simply reporting the quantity of emissions as prior research has done. The values reported by Ho and Jorgensen, however, are based on the average impact of emissions within industries, rather than the preferred marginal damage of each emission. This paper improves upon the Ho-Jorgenson study by using source-specific marginal damages, and by reporting both industry and sector damages.

### B. *National Accounts with Pollution*

Our discussion focuses primarily on the "production accounts." It is important to develop the accounts further to include a full or integrated set of accounts. The gold standard for integrated accounts has been laid out by Jorgenson and J. Steven Landefeld (2006). An integrated set of accounts includes not only the production accounts developed here but also the income or receipts accounts, the balance sheet with assets and capital, as well as international accounts. The most important next steps would be income and asset accounts. Nordhaus (2008a) discusses environmental income accounts, while the BEA (1994) discusses environmental asset accounts. Developing these further steps in a complete set of environmental accounts is on the agenda for future research.

We begin our discussion of the fundamentals of environmental accounts with an example, and then provide a graphical interpretation of the appropriate accounting. For the present discussion, we present the accounts that would apply in an economy in which there is a pollution externality that is subject to regulation. Suppose for concreteness that the economy contains two industries. In the first industry, farmers produce market berries. The second industry is power, which produces electricity, earning returns from capital after payments to labor and other inputs. We assume that power production causes damages to market berry production. Because of a market failure due to the public good nature of pollution, the power industry does not take into account its effect on the berry farmers when choosing inputs, outputs, and technology and, hence, there is an externality.

If the externalities exclusively affect other market sectors, the externalities do not get lost in the current accounting system even though they are not explicitly recognized. The accounts measure the reduction in net output arising from the externality—there are fewer berries. Net national output is correctly measured. The standard accounts do not, however, measure industry output correctly because they do not include the (external) costs to the berry industry of the operations of the power industry. From the national accounts perspective, the power industry has no external costs, but the berry industry is smaller than it would be if pollution did not exist.

In practice, most of the externalities are to nonmarket sectors such as health, visibility, and recreation, which are not measured in the accounts. The traditional national accounts do not measure these losses and, therefore, they overestimate net national output.

### C. *Measurement of Gross External Damage and Net External Damage*

From an analytical point of view, we interpret externalities as uncompensated transactions. In other words, the externalities are treated as flows of services from the industry damaged by pollution to the polluting industry. In our example above, the damages caused by the power industry to the berry industry are treated as flows of inputs or negative outputs. For a given level of pollution, we can estimate the marginal damage from emitting an extra unit of pollution and use this as the imputed price.

The approach can be illustrated by considering a simple example of a polluting industry. Suppose the government limits the amount of emissions of a pollutant, such as sulfur dioxide. The government might use command-and-control regulations, tradable emissions permits, or taxes on pollution. In our example, we assume that the government creates property rights for pollution using tradable emission permits, and that the permits are freely allocated with a uniform price. We examine the tradable permit system in this discussion because it leads to a single price of pollution and simplifies the accounting. (The results apply to a command-and-control system as well, but the concepts and measurements are more complex since each polluter is likely to face a different marginal abatement cost. Alternatively, the government might set a price on pollution as an emissions fee and let the market determine the quantity of pollution, but that case also introduces no new analytical issues.)

We define the *gross external damages* (GED) as equal to the marginal damages of emissions (the price) times the total quantity of emissions. If the polluter receives the permits without cost, GED is the correct measure of the omitted environmental costs of that industry.

If, however, the polluter pays for the pollution (either by buying permits or through pollution taxes), the costs of the pollution would be part of the firm's cost of production under standard accounting principles. To avoid double counting, the costs of the permits should be subtracted from GED to obtain *net external damages*, or NED. In most cases today, firms receive permits free of charge, in which case NED equals GED, so environmental accounts can use GED as the correct measure. In the future, however, if the volume of trade increases, if pollution allowances are subject to auction, or if pollution taxes become prominent, one would need to adjust GED by subtracting permit costs or taxes. In the very unlikely case where the permit price is exactly equal to marginal damages, NED is equal to zero and no adjustment would be necessary to include environmental damages in the economic accounts.[2]

Note that the adjustment to output depends therefore on the institutional arrangement concerning how pollution is regulated (for example, how initial permits are allocated in a cap-and-trade system). The adjustment is conceptually separate from the

---

[2] If the marginal damage exceeds the permit price, NED is still positive and traditional accounts continue to overestimate the industry's VA. If, however, the permit price exceeds marginal damage, NED is negative. In this case, the correct VA for the industry is higher than the traditional accounts suggest because the pollution regulation is overly strict.



FIGURE 1. ABATEMENT COSTS

*Notes:* This figure shows the marginal cost of abatement function for a typical pollutant. Pollution is limited by regulation to the vertical line marked "pollution permits." The area *OAC* is the total cost of abatement, which is captured by traditional national accounts. The area *BACp\** is the market value of pollution permits if firms had to buy all of their permits at market prices.

property-rights question of whether the polluter must compensate the affected parties—whether the polluter-pays principle applies (Nordhaus 2008a). From the point of view of production accounting, the measurement of the flow of services from an asset does not depend upon who actually owns that asset. Whether a firm should obtain pollution permits at zero cost, however, or pay for them is a property rights issue.

### D. *Graphical Treatment of Accounting*

We can use a set of figures to illustrate these points. We take the case of a single pollutant, such as sulfur dioxide. Figure 1 shows the marginal costs of abatement. For this purpose, we have taken all the pollution sources and have ranked them from lowest marginal abatement cost at the left to highest marginal abatement cost at the right. This ranking produces the *MC* curve of monotonically increasing marginal abatement costs. Additionally, we assume that the government has issued a given quantity of pollution allowances, as indicated by the vertical line labeled "pollution permits," and as shown by the arrow on the horizontal axis.

With these costs and quantities, under a tradable permit system, the price of permits will be at the level indicated by *p\**. Abatement is shown by the arrow marked "abatement." Complete abatement is marked as B. If firms must buy the permits in an auction, the market value of the pollution is indicated by the shaded blue area, *ACp\*B*. This equals the pollution quantity times the market value of permits. We show the total abatement cost as the area *0AC*, marked "Abatement costs." These



Figure 2. Damages from Pollution

*Notes:* This figure shows the accounting treatment if firms are freely allocated pollution permits. The marginal damage function of pollution is the dashed line. GED is the shaded rectangle $BADv^*$ that represents the product of emissions times marginal damage.

costs are incurred by firms and are already included in the measured costs of production. Because permits are freely allocated, we need not make any further adjustment for abatement costs in the environmental accounts.

Figure 2 shows the accounting for pollution damages in our framework. We show as a dashed line the marginal damage function of pollution. In the diagram, marginal damages fall with increased abatement (rise with increased pollution). We estimate the marginal damages from pollution at the regulated level to be $v^*$. Using the standard conventions of national accounting, the value of pollution is the marginal value of pollution times the quantity of pollution, which is shown by the shaded rectangle $ADv^*B$, marked "gross external damages." Figure 2 illustrates an important point: the accounting rule should be valid whether or not regulations are optimal. Point G is at the optimal regulation, where the marginal costs equal marginal damages. The example shown in Figure 2 assumes that the regulations are not optimal, so the equilibrium is at point D, not at point G.

Finally, if firms must buy all of their permits, we show how the accounting framework in Figure 2 must be modified in Figure 3. GED is the same as in Figure 2. We need to subtract the cost of the permits, however, to calculate net external damages. NED is GED minus the payments for permits, which is the upper rectangle in Figure 3.

### E. *Current Accounting Treatment of Pollution Permits*

In order to complete our estimates, we need to determine the way that the cost to the polluter of permits or other instruments is treated under current tax and financial



FIGURE 3. NET EXTERNAL DAMAGES

*Notes:* This figure shows the accounting treatment if firms must buy all permits (or make emission tax payments) at market prices. The bottom rectangle is the market value of permits from Figure 1. If this value is subtracted from the gross external damages in Figure 2, we obtain net external damages. Net external damages do not have to be positive.

accounts and in the National Income and Product Accounts (NIPAs) of the United States.[3] From an economic point of view, we would expect that the inputs of pollution would be valued at their current or replacement cost.[4] This means that pollution permits should be valued at their market value. The tax and financial accounting for permits, however, do not generally use market-value pricing, and the structure of the NIPAs excludes the value of permits under the current US regulatory regime and accounting conventions.

For the United States, tax accounting is well defined for the sulfur dioxide allowances governed by the Acid Rain Program. According to Internal Revenue Service guidelines, there are three important points. First, virtually all allowances are allocated to firms based on their historical emissions. When allowances are allocated to utilities, this does not involve a financial transaction and is therefore not recorded in the books of either the firms or the government. On the corporation's books, the allowances are capitalized as an intangible asset at zero cost. They are thereby an asset when bought by or allocated to a polluting source. Allocation does not cause a taxable event. The tax basis is the historical cost, which is zero for units that receive allowances by allocation, and is actual cost if purchased.

---

[3] This description has benefited from information from the staff of the BEA.

[4] The United Nations System of National Account states the convention as follows: "Current cost accounting is a valuation method whereby assets and goods used in production are valued at their actual or estimated current market prices at the time the production takes place (it is sometimes described as 'replacement cost accounting')." See http://unstats.un.org/unsd/sna1993/toctop.asp, section 1.60.

Second, the allowances are not depreciated or amortized. Instead, the cost of the allowances is deductible in the year in which the sulfur dioxide is emitted, that is, when they are used. At that point, if the entire allowance is used, the tax deduction is equal to the cost basis. The deduction would be zero for allocations, and would be historical cost for purchases of allowances. Finally, any cost is included as a depreciation charge for an intangible asset rather than a current charge. The tax treatment has the anomalous feature that the charge against income would differ depending upon whether permits were purchased or allocated (US Department of the Treasury 2000).

Third, under accounting principles used in the United States, the NIPAs remove depreciation or amortization of intangible assets that are not capitalized in the national accounts. Because allowances are not currently capitalized, they will not be depreciated. This implies therefore that, in principle, none of the transactions associated with the $SO_2$ allowance program is currently recorded as transactions in the NIPAs.

The treatment of permits under financial accounting is currently under review by US and international accounting groups. For utilities regulated by the Federal Energy Regulatory Commission (FERC), the historical-cost principle is used. This leads to the same results as those described for tax accounting.

While the appropriate treatment of permits is evolving, our judgment is that the accounting costs of permits in the NIPAs are a negligible fraction of the replacement cost of those permits. This judgment is primarily based on two observations concerning the current accounting and regulatory regime in the United States. First, most industries are governed by command-and-control regulations, which allow emissions without payment up to the specified standard. Second, those industries regulated by cap-and-trade programs obtain allowances through allocation at zero cost. Current treatment in the national accounts would in principle exclude any costs both because it is a zero-cost basis and because it involves an uncapitalized intangible asset. In principle, therefore, the national accounts would treat NED as equal to GED.

In summary, the empirical estimates below assume that the accounting costs of pollution allowances included in the national accounts and in the input-output estimates are zero. We consequently rely on the analysis in Figure 2 for our estimates of the cost of air pollution in the United States. That is, we assume that NED equals GED. This assumption must be reviewed as institutions or regulations change because the future accounting cost of permits may not be zero, particularly if future allowances are auctioned by the government.

## II. Modeling Methods

In this section, we describe the methods that are employed to estimate the GED from different kinds of air pollution by sector and industry. We begin with an exploration of the integrated assessment model that is used to compute the marginal damage estimates. The discussion focuses, in particular, on how the impacts on human health are modeled. Next, we discuss the values that are employed to characterize the impact of $CO_2$ emissions. Finally, we show how GED is computed for specific sources and by industry.

## A. *The APEEP Model*

This paper uses the Air Pollution Emission Experiments and Policy (APEEP) analysis model, which is an integrated assessment economic model of air pollution for the United States (Muller and Mendelsohn 2007).[5] The APEEP model connects emissions of six major pollutants (sulfur dioxide ($SO_2$), nitrogen oxides ($NO_x$), volatile organic compounds (VOCs), ammonia ($NH_3$), fine particulate matter ($PM_{2.5}$), and coarse particulate matter ($PM_{10}$–$PM_{2.5}$)) to the physical and economic consequences of these discharges on society. The effects included in the model calculations are adverse consequences for human health, decreased timber and agriculture yields, reduced visibility, accelerated depreciation of materials, and reductions in recreation services. In addition, for the electric power generation sector, we include the damages from carbon dioxide emissions.

APEEP is an integrated assessment model that employs the USEPA national emission inventory of air pollution emissions in the United States, along with an air quality model to calculate the resulting air pollution concentrations across the country. Using detailed, county-level inventories of sensitive receptors, the model determines exposures to these emitted pollutants, and APEEP computes the resulting physical consequences by relying on peer-reviewed dose-response functions. Finally, the model expresses these physical effects in monetary terms using standard estimates of the value of mortality and morbidity risks. APEEP generates national concentrations, exposures, and damages quite similar to other integrated assessment models. For example, it estimates a baseline level of damages similar to models used by the USEPA (Muller and Mendelsohn 2007).

The important advance from using the APEEP model is that we can measure the marginal damage of emissions from each source location in the United States rather than the average damages (Muller and Mendelsohn 2009). This is accomplished by first estimating an aggregate level of damages given baseline emissions (USEPA 2006). We then add one ton of each pollutant in each source location (one pollutant and source for each calculation) and recalculate the total damages of all emissions. The change in total damages between the baseline and the incremental run is the marginal damage of that emission ($MD_{s,j}$), where $s$ is the pollutant and $j$ is the source location. For example, we would calculate the increment to total national damages across all counties and daughter products of an additional unit of $SO_2$ emissions from a source located in Grant County, New Mexico. Further, in this application each emission source is attributed to a particular industry in the US economy.

This experiment is repeated for each of the six pollutants covered in this study and for each of the 10,000 different sources in the United States. This leads to a marginal damage for all anthropogenic emissions of the six air pollutants listed above in the US; hence, 60,000 marginal damages are produced by the analysis. In estimating total damages from air pollution, this study uses the national accounting (NIPA) methodology described in Section I. That is, pollution damages are valued using the total emissions times the marginal damages of an additional unit of pollution.

---

[5]For earlier examples of integrated assessment models, see Mendelsohn (1980), Nordhaus (1992), USEPA (1999).

The 10,000 emission sources represent a complete inventory of all anthropogenic sources of these six pollutants in the United States (USEPA 2006). The inventory reported in 2006 is the most recent USEPA inventory, and measures emissions in 2002.[6] The 2002 inventory includes 656 large point sources (individually documented facilities). The inventory also includes area sources from vehicles and stationary ground sources aggregated by county for the entire contiguous United States.[7] The area sources are distinguished by height as well as location. The emissions are also identified by a six-digit industry code ($i$) from the North American Industry Classification System (NAICS).

APEEP uses an air quality model based on the Gaussian plume model to calculate annual concentrations in all destination counties from each emission. This step entails modeling dispersion from wind patterns at each source location. The model is enhanced to include atmospheric chemistry as well. The model approximates important chemical reactions which cause the emitted substances to change into different pollutants that produce large damages. For instance, $SO_2$ is transformed into sulfate ($PM_{2.5}$) and emissions of $NO_x$, and VOC are transformed into concentrations of tropospheric ozone ($O_3$) and nitrate ($PM_{2.5}$). These daughter products are then tracked in the APEEP model. The output from the air quality models in APEEP is a set of annual average ambient concentration estimates for each county in the lower 48 states for each of the pollutants and daughter products included in the model. The predicted annual pollution concentrations of APEEP are highly correlated with the results from a state-of-the-art air quality model (see Muller and Mendelsohn 2007). APEEP consequently does a reasonable job of capturing chronic exposures. However, it is not designed to capture daily fluctuations in concentrations and so cannot capture acute events.

We then compute exposures and the physical effects of the predicted exposures. Exposures are determined by first calculating the size of sensitive "populations" in each county. The populations include numbers of people by age, crops, timber, materials, visibility, and recreation resources. County exposures to each pollutant including secondary pollutants are calculated by multiplying each county's population of each kind times that county's ambient pollution concentration.

The exposures are translated into physical effects using concentration-response relationships from the peer-reviewed literature in the relevant scientific disciplines.[8] Prior studies that have explored air pollution damages suggest that the single most critical concentration-response function is the relationship between (adult) human mortality and chronic exposures to small particulates ($PM_{2.5}$), (USEPA 1999; Muller and Mendelsohn 2007, 2009). The model also includes concentration-response functions governing the relationship between mortality rates and ozone exposures, as well as various functions capturing morbidity impacts, agricultural and timber yield effects, impaired visibility in recreation and residential settings, reduced recreation uses, and increased depreciation of materials in the capital stock (especially materials on buildings).

Finally, APEEP converts the physical effects into economic impacts using the results of valuation studies (such as dollars per unit of impaired visibility or per

[6] Since the analysis in this paper was completed, the 2005 inventory was released.
[7] The data are provided by the USEPA 2002 National Emission Inventory (USEPA 2006).
[8] The full list of dose-response functions used in APEEP is found in Muller and Mendelsohn (2007).

case of a specific disease). The resulting dollar damage per ton of emission can then be compared with abatement costs. In this study, the marginal damages are used to estimate GED by industry and for the overall economy.

One of the important results of the damage estimates is that most of the damages due to exposures to air pollution result from human health effects, specifically premature fatalities (USEPA 1999; Muller and Mendelsohn 2007). To count human exposures, APEEP contains an inventory of populations in each county subdivided into 19 age groups.[9] The population is divided by age because age is a key determinant of human health effects. To measure the effect of chronic (long-term) exposures to fine particulate matter ($PM_{2.5}$) on adult mortality rates, APEEP uses the results from the ongoing study by C. Arden Pope III et al. (2002), which tracks a large sample of individuals distributed across nearly 200 cities in the United States. Because mortality effects are subject to considerable uncertainty and are also so important to total GED, we estimate results using both the Pope et al. (2002) study and another analysis (Francine Laden et al. 2006) in the sensitivity analysis. In order to capture the effect of $PM_{2.5}$ on infant mortality rates, we employ results from the recent study by Tracey J. Woodruff, Jennifer D. Parker, and Kenneth C. Schoendorf (2006). APEEP also calculates the relationship between exposures to tropospheric ozone ($O_3$) and adult mortality rates using the study by Michael L. Bell et al. (2004). In addition to mortality effects, APEEP accounts for the relationship between exposures to air pollution and a collection of acute and chronic illnesses, such as chronic bronchitis and chronic asthma (see Muller and Mendelsohn 2007).

Translating the health effects into economic losses requires determining an economic value for premature mortality. The baseline analysis, referred to as Case I, treats premature mortality in terms of the life-years lost rather than just a death. The value attributed to premature mortality among persons in age cohort ($a$) in county ($c$), denoted ($V_{a,c}$), is the sum of the annual mortality risk premium ($R$) times the expected number of life-years remaining. In addition, the value affixed to future years of life are discounted and weighted by the probability of each age group surviving to the next time period. This computation is shown in equation (1):

$$(1) \qquad V_{a,c} = \sum_{t=0,\dots,T_{a,c}} \left[ R\Gamma_{T_{a,c}}(1 + \delta)^{-t} \right],$$

where

$V_{a,c} =$ present value of a premature mortality of person in age-cohort ($a$) in county ($c$),

$R =$ annual mortality risk premium, ($/life-year),

$T_{a,c} =$ the number of life-years remaining for persons in age-cohort ($a$), in county ($c$),

[9]APEEP has been updated to include more detailed mortality rate data for people over 65. This improvement leads to higher mortality rates than reported in Muller and Mendelsohn (2007, 2009).

$\Gamma_{T,a,c} =$ cumulative probability of survival to period ($T$) for age-cohort ($a$), living in county ($c$), *and*

$\delta =$ discount rate.

The annual mortality risk premium ($R$) is determined by calculating a value of $R$ such that the present value of the expected life-years remaining equals the value of a statistical life (VSL) for an average worker. For example, with a VSL of $6 million (USEPA 1999) and a discount rate of 3 percent, for an average 35-year-old male worker, $R$ is approximately $265,000 ($/life-year).

This approach leads to a social value of early mortality that is higher for younger people and lower for the elderly. This is a controversial assumption. As a result, we also employ an alternative approach in the sensitivity analysis in which the value ($V_{a,c}$) is held constant regardless of the age of the exposed population. The relationship between mortality valuation and age could also follow alternative patterns (W. Kip Viscusi and Joseph E. Aldy 2003).

Another key assumption is the magnitude of the value placed on mortality risks. This study values mortality risks using evidence from both revealed preference studies and stated preference studies in the literature. Specifically, we employ a value of a statistical life (VSL) of $6 million per premature mortality. This figure represents the mean of 28 studies reviewed by the USEPA and it is used by the agency in their analyses of the benefits and costs of the Clean Air Act (USEPA 1999). In order to explore the impact that different VSLs have on GED, we explore two alternative values of $2 million and $10 million in the sensitivity analysis. The lower value stems from a meta-analysis of revealed-preference methods (Janusz R. Mrozek and Laura O. Taylor 2002) and the upper value comes from Viscusi and Michael J. Moore (1989). Further, the $10 million and $2 million values reflect a range of one standard deviation above and below the mean value of $6 million from the distribution of studies reviewed by the USEPA (USEPA 1999).

For the electric power industry, we make one final calculation by including the damages from $CO_2$ emissions. Although we were interested in making this analysis across all industries, estimates of $CO_2$ emissions are not yet available for all industries. However, $CO_2$ emissions have been calculated for the fossil fuel electric power generators (United States Energy Information Administration 2008). $CO_2$ contributes to global warming, causing a stream of damages far into the future. Several studies have estimated the global damages per ton, also referred to as the social cost of carbon, of emissions (see Richard S. J. Tol 2005; IPCC 2007; Nordhaus 2008b). We rely on these estimates to place a value on carbon ($C$) emissions by industry. As a central estimate, we use the estimate from Nordhaus (2008b) of $27/tC.[10] We then use $6/tC as a lower bound and $65/tC as an upper bound based on a careful survey of results from other studies (Tol 2005). Note that these values apply to emissions in 2002. As concentrations of $CO_2$ increase in the atmosphere, the social cost of carbon is expected to rise over time (Nordhaus 2008b).

---

[10] Note that these values are expressed in terms of 2000 USD per ton of carbon. The $27/tC is equivalent to $7.4 per ton of carbon dioxide.

B. *Gross External Damages*

The USEPA National Emission Inventory (USEPA 2006) identifies the volume ($E$) and location ($j$) of every emission of the air pollutants of each pollutant ($s$) tracked in this study in the United States. Each source is assigned to a six-digit industry code ($i$) from NAICS. As discussed above, the APEEP model estimates the marginal damage of an emission of pollutant ($s$) from each location ($j$), $MD_{s,j}$. GED is calculated by multiplying the emissions ($E_{s,i,j}$) times the location and pollutant-specific marginal damage ($MD_{s,j}$). $GED_{s,i,j}$ attributed to source ($j$) in industry ($i$) emitting pollutant ($s$) as shown in equation (2):

$$(2) \qquad GED_{s,i,j} = MD_{s,i,j} \times E_{s,i,j}.$$

The total GED attributed to industry ($i$) is the sum of damages across the six emitted pollutants covered by APEEP and across all source locations:

$$(3) \qquad GED_i = \sum_{j,s} MD_{s,i,j} \times E_{s,i,j}.$$

For each six-digit NAICS industry, we measure the ratio of $GED_i$ to value added ($VA_i$). The VA of an industry is the market value of output minus the market value of inputs, not including the factors of production—labor, land, and capital. The VA data are gathered from the BEA and from the US Census Department Economic Census.[11] All monetary values are expressed in base year 2000 dollars. Carbon damages are calculated in a similar fashion using the social cost of carbon, which does not vary by location ($j$).

### III. Results

The following section begins by exploring GED for each sector of the US economy. We then move to an analysis of GED by industry. Next, we present the results from our sensitivity analysis. Finally, we examine, in detail, GED for the electric power generation sector as well as the damages due to $CO_2$ emissions from this sector.

A. *Gross External Damages by Sector*

We begin by presenting estimates of air pollution damages by sector to see what parts of the US economy are responsible for the predicted air pollution damages. Table 1 shows GED and the GED to VA ratio for the market economy by two-digit sector codes. The bottom row in Table 1 indicates that the total GED across all market sectors of the economy in 2002 is $184 billion. The utility and agriculture-forestry sectors stand out as the largest polluters, generating 50 percent of this

---

[11] The sources of data used in this analysis are shown in the online Data Appendix (see Appendix A3 in supplementary materials).

TABLE 1—GROSS EXTERNAL DAMAGES AND GED/VA RATIO BY SECTOR

| Sector | GED | GED/VA |
|---|---|---|
| Agriculture and forestry | 32.0 | 0.38 |
| Utilities | 62.6 | 0.34 |
| Transportation | 23.2 | 0.10 |
| Administrative, waste management, and remediation services | 10.7 | 0.08 |
| Construction | 14.7 | 0.03 |
| Arts, entertainment, and recreation | 2.2 | 0.03 |
| Accommodation and food services | 4.2 | 0.02 |
| Mining | 3.3 | 0.02 |
| Manufacturing | 26.4 | 0.01 |
| Other services | 1.0 | 0.01 |
| Wholesale trade | 1.2 | 0.00 |
| Retail trade | 1.7 | 0.00 |
| Information | 0.0 | 0.00 |
| Finance and insurance | 0.0 | 0.00 |
| Real estate services | 0.0 | 0.00 |
| Professional, scientific, and technical services | 0.0 | 0.00 |
| Management | 0.0 | 0.00 |
| Educational services | 0.0 | 0.00 |
| Health care services | 0.7 | 0.00 |
| Total all sectors | 184.0 | |

*Note:* GED in $ billion per year, 2000 prices.

GED. The utility sector generates the largest GED of all sectors, roughly $63 billion/year, which is 34 percent of its value added. One-third of the total GED is due to emissions from the utility sector. The agriculture-forestry sector generates $32 billion of GED with a GED/VA ratio of 38 percent. The transportation sector generates another $23 billion of GED. This sector produces a GED that is equivalent to 10 percent of its VA. The GED/VA ratios for all of the remaining sectors indicate that GED is less than 10 percent of VA. Nonetheless, a few of the other sectors do contribute sizable GED. For example, the manufacturing sector generates GED of $26 billion, the construction sector produces GED of nearly $15 billion, and the administrative-waste management sector yields GED of close to $11 billion.

## B. *Gross External Damages by Industry*

We now turn to a more detailed accounting of the economy by industry. Table 2 reports GED and the ratio of GED to VA by six-digit NAICS code for industries that meet the following two criteria: either GED/VA ratios above 45 percent or GED above $4 billion. The 820 industries in the United States are ranked according to GED and GED/VA ratio (the complete table is available in online Appendix A-1). Conceptually, GED represents an additional set of costs (predominantly costs to nonmarket sectors such as human health) associated with production. Therefore, incorporating GED into a measure of *net* VA provides a more complete assessment of industry VA than when these costs are omitted from the current accounts. The table does not include the value of carbon dioxide emissions. All results are in year 2000 prices. Also, note that the values reported in Table 2 do not reflect any nonmarket services or costs aside from GED.

TABLE 2—GROSS EXTERNAL DAMAGES AND GED/VA RATIO BY INDUSTRY

| Industry | GED/VA | GED |
|---|---|---|
| Solid waste combustion and incineration | 6.72 | 4.9 |
| Petroleum-fired electric power generation | 5.13 | 1.8 |
| Sewage treatment facilities | 4.69 | 2.1 |
| Coal-fired electric power generation | 2.20 | 53.4 |
| Dimension stone mining and quarrying | 1.89 | 0.5 |
| Marinas | 1.51 | 2.2 |
| Other petroleum and coal product manufacturing | 1.35 | 0.7 |
| Steam and air conditioning supply | 1.02 | 0.3 |
| Water transportation | 1.00 | 7.7 |
| Sugarcane mills | 0.70 | 0.3 |
| Carbon black manufacturing | 0.70 | 0.4 |
| Livestock production | 0.56 | 14.8 |
| Highway, street, and bridge construction | 0.37 | 13.0 |
| Crop production | 0.34 | 15.3 |
| Food service contractors | 0.34 | 4.2 |
| Petroleum refineries | 0.18 | 4.9 |
| Truck transportation | 0.10 | 9.2 |

*Notes:* GED in $ billion per year, 2000 prices. Industries included in Table 2 have either a GED/VA ratio above 45 percent or a GED above $4 billion/year.

Table 2 shows that of the 17 industries meeting the criteria above, four (or nearly one-quarter) belong to the manufacturing sector, while three of the industries are in the utility sector. Agriculture, waste management, and the transportation sectors each contribute two industries.

Seven industries have air pollution damages that are clearly larger than their VA. These seven are solid waste combustion, petroleum-fired electric power generation, sewage treatment, coal-fired electric power generation, stone mining and quarrying, marinas, and petroleum and coal products. The ratios of damages to VA across these five industries range from 6.7 for solid waste combustion to 1.4 for petroleum and coal products. The fact that GED exceeds VA implies that if the national accounts included the external costs due to air pollution emissions, the augmented measure of VA for these industries would actually be negative. If these external costs were fully internalized, either through purchases of pollution allowances or emission tax payments valued at the marginal ton, and if output and input prices did not change, the magnitude of the external costs would exceed the market VA for these seven industries. Of course, if the external costs were fully internalized, prices would change, so the results do not imply that the US economy would be better off not having these industries at all.

How should these high GED/VA ratios be interpreted? One interpretation is that the air pollution from these industries is not efficiently regulated—that the marginal damages exceed the marginal cost of abatement. We can work through the implications of inefficient pricing for a specific example. The sulfur dioxide $(SO_2)$ from coal-fired electric power generators is currently regulated by a cap-and-trade program under the Clean Air Act. A recent analysis suggests that the cap on $SO_2$ is far too high (Muller and Mendelsohn 2009). The marginal damages of emissions from most plants exceed the marginal cost of abatement as measured by the market price of permits (see Figure 4).

To equate the marginal cost of abatement with marginal damages, the quantity of allowances should be sharply reduced. At the efficient level of emissions, the cost



Figure 4. Calculated Marginal Damages from $SO_2$ and the Market Price of $SO_2$ Permits by County

of abatement would increase slightly, but GED would fall substantially (Muller and Mendelsohn 2009). An efficient regulatory program that equated marginal damage to marginal cost would lower GED to less than 20 percent of current levels.[12] Additionally, the higher abatement costs would probably be partially offset by higher prices for electricity from these plants. Thus, for coal-fired power plants, the current GED/VA ratio of 2.2 stems primarily from inefficiently high levels of emissions, as well as electricity prices that do not reflect social costs.

A second explanation concerning why some of these industries have high GED/VA ratios is that the VA as measured in the current national accounts may not accurately capture the value of their services. Solid waste combustion facilities, sewage treatment plants, and marinas all provide valuable nonmarket services that are not correctly measured by prices in the national accounts. The national accounts measure the value of these nonmarket services by the cost of production such as sewage fees, tipping fees, and landing costs. However, if the value of these services exceeds the fees, the VA would be undervalued. It is clearly beyond the scope of this study to provide adequate measures of the nonmarket services for these sectors, although a complete set of environmental accounts would include them. It is important to note, however, that the external costs should be included in the decisions about the proper level of nonmarket services, just as they should be for market services. For example, suppose that the output of sewage treatment plants were set to balance marginal costs with marginal benefits. If the marginal costs exclude the external costs, then the output level of sewage treatment would be inefficiently high in just the way that those of coal-fired electric power generators are excessively high as described in the last paragraph.

There are several other industries with relatively high GED/VA ratios. Water transportation and steam heat and air conditioning suppliers have GED/VA ratios close to one. The GED/VA ratios of sugarcane mills, and manufacturers of carbon black (a dye used in tire manufacturing) are 70 percent, livestock producers are

---

[12] Note that the results reported in Muller and Mendelsohn (2009) employ a $2 million VSL. With the $6 million VSL used in this study, the reduction in GED from an efficient cap is approximately equal to $30 billion.

56 percent and highway, street, and bridge construction, crop production, and food service contractors are more than one-third. The remaining industries have GED/VA ratios that are 20 percent or less.

Table 2 also reports the magnitude of GED from each industry (not counting $CO_2$). Coal-fired electric power generators produce the largest GED of $53 billion annually. Coal plants are responsible for more than one-fourth of GED from the entire US economy. The damages attributed to this industry are larger than the combined GED due to the three next most polluting industries: crop production, $15 billion/year, livestock production, $15 billion/year, and construction of roadways and bridges, $13 billion/year. In declining magnitude of GED, the next two industries are the truck transportation sector which produces GED of $9.2 billion, and the water transportation sector, generating GED equal to $7.7 billion. Oil refineries, solid waste combustion, and food service contractors are also large sources of damages.

## C. *Sensitivity Analysis*

The GED results described above depend on several assumptions embedded in the integrated assessment model that could be viewed as controversial and uncertain. One potential source of uncertainty is the air quality model that connects emissions to ambient concentrations. In separate analyses, the results of the air quality model used in this paper have been compared to the predictions of a state-of-the-art atmospheric transport and chemistry model, Community Multiscale Air Quality (CMAQ) (Daewon Byun and Kenneth L. Schere 2006).[13] Given the same emissions inventory, both models produce very similar predicted concentrations of $PM_{2.5}$ and $O_3$ across the United States. That is, the APEEP model has comparable predictive capabilities as the state-of-the-art atmospheric transport model. Of course, that does not mean the air quality model is perfectly accurate across space. Both air quality models are not able to predict the high ambient concentrations observed at some pollution monitoring stations. This may reflect a bias in the model predictions or it may reflect a bias in the locations of the monitors.

In addition to air quality modeling, the results are sensitive to three other assumptions in the integrated assessment model. First, the results are sensitive to the link between exposures to $PM_{2.5}$ and adult mortality rates. Second, the results are sensitive to whether the value of mortality risks varies by the age of the exposed population. Third, the results are sensitive to the dollar value placed on mortality risks. We vary each of these assumptions in a sensitivity analysis. Table 3 reports the results of the sensitivity analysis and we then compare the GED/VA for each perturbation to the findings in Table 2.

The $PM_{2.5}$-mortality dose-response function reported in Laden et al. (2006) suggests that adult mortality rates are almost three times more sensitive to $PM_{2.5}$ exposure than the function reported in Pope et al. (2002). Using this more sensitive dose-response function more than doubles GED/VA. However, the GED/VA ranking of each industry with respect to each other remains very close to the ranking in Case I.

---

[13] See Muller and Mendelsohn (2007) for a comparison of APEEP and CMAQ.

*THE AMERICAN ECONOMIC REVIEW*

TABLE 3—SENSITIVITY ANALYSIS OF RATIO OF GED/VA

| Industry | GED/VA Case I | GED/VA Case II | GED/VA Case III | GED/VA Case IV | GED/VA Case V |
|---|---|---|---|---|---|
| Solid waste combustion and incineration | 6.72 | 14.66 | 16.75 | 2.31 | 11.01 |
| Petroleum-fired electric power generation | 5.13 | 10.97 | 13.06 | 1.77 | 8.25 |
| Sewage treatment facilities | 4.69 | 9.55 | 12.09 | 1.64 | 7.63 |
| Coal-fired electric power generation | 2.20 | 4.83 | 5.63 | 0.78 | 3.63 |
| Dimension stone mining and quarrying | 1.89 | 3.92 | 4.47 | 0.76 | 2.98 |
| Marinas | 1.51 | 3.27 | 3.84 | 0.53 | 2.46 |
| Other petroleum and coal product mfg. | 1.35 | 2.93 | 3.34 | 0.48 | 2.20 |
| Steam and air conditioning supply | 1.02 | 2.18 | 2.65 | 0.35 | 1.68 |
| Water transport | 1.00 | 2.08 | 2.43 | 0.35 | 1.62 |
| Sugarcane mills | 0.70 | 1.59 | 1.88 | 0.24 | 1.15 |
| Carbon black mfg. | 0.70 | 1.55 | 1.71 | 0.25 | 1.15 |
| Livestock production | 0.56 | 1.22 | 1.41 | 0.20 | 0.92 |
| Highway, street, and bridge construction | 0.37 | 0.77 | 0.90 | 0.15 | 0.60 |
| Crop production | 0.34 | 0.73 | 0.85 | 0.13 | 0.55 |
| Food service contractors | 0.34 | 0.72 | 0.86 | 0.12 | 0.56 |
| Petroleum refineries | 0.18 | 0.38 | 0.44 | 0.06 | 0.30 |
| Truck transportation | 0.10 | 0.24 | 0.28 | 0.03 | 0.18 |

*Notes:* Case I = baseline assumptions. Case II = employs the adult mortality dose-response function for $PM_{2.5}$ in Laden et al. (2006). Case III = employs the $6 million VSL, applied uniformly to all ages (USEPA 1999). Case IV = changes the VSL to $2 million (Mrozek and Taylor 2002). Case V = changes the VSL to $10 million VSL (Viscusi and Moore 1989). Cases IV and V employ the VSLY methodology used in Case I.

In the second sensitivity analysis, Case III, we apply the same value for mortality risks to populations of all ages. In this case, the GED/VA ratio increases on average by 2.5 times. This occurs because most of the deaths caused by air pollution fall on the elderly. Using a uniform VSL places a higher value on mortality risks faced by this age cohort, relative to the age-variant approach reflected in Case I. This raises the overall GED but again has a limited effect on relative rankings.

In a third sensitivity analysis, we vary the magnitude of the VSL. Relative to the default scenario in which the VSL is $6 million, the GED/VA ratio falls across the board by two-thirds when we employ a VSL of $2 million in Case IV. A similar

TABLE 4—GED FOR COAL-FIRED POWER PLANTS BY POLLUTANT AND TYPE OF DAMAGE

| Pollutant/welfare endpoint | | | | | | | |
|---|---|---|---|---|---|---|---|
| | $SO_2$ | $PM_{2.5}$ | $PM_{10}$ | $NO_x$ | VOC | $NH_3$ | Total |
| Mortality | 44.20 | 3.53 | 0.00 | 2.75 | 0.03 | 0.09 | 50.6 |
| Morbidity | 1.64 | 0.03 | 0.12 | 0.18 | 0.00 | 0.00 | 1.97 |
| Agriculture | 0.00 | 0.00 | 0.00 | 0.37 | 0.00 | 0.00 | 0.37 |
| Timber | 0.00 | 0.00 | 0.00 | 0.02 | 0.00 | 0.00 | 0.02 |
| Materials | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.06 |
| Visibility | 0.22 | 0.01 | 0.02 | 0.02 | 0.00 | 0.00 | 0.26 |
| Recreation | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 46.12 | 3.57 | 0.14 | 3.34 | 0.03 | 0.09 | 53.4 |

*Note:* GED in $ billion per year, 2000 prices.

experiment with a VSL of $10 million suggests that the GED/VA ratios increase by about 60 percent relative to the default case. Again, the relative rankings of each industry remain largely the same. The sensitivity analyses reveal that the magnitude of the GED/VA ratios is very sensitive to assumptions about the dose-response functions, the magnitude of the VSL, and how the VSL varies by age. However, these assumptions have almost no effect on the relative rankings across industries. There are a few cases where the ranking of industries according to the GED/VA ratio changes. This is caused by the different mix of pollutants emitted by such industries and the resulting differential impact of the modeling assumptions tested in the sensitivity on their GED.

## D. *Gross External Damages from Electric Power Generation*

In order to get a better sense of how GED results in each industry are calculated, we explore GED produced by coal-fired power plants in more detail. For each power plant that burns coal, we compute GED using the formula in (2). We then sum GED across pollutants and sources (as shown in expression (3)), which yields industry estimates of damages.

Table 4 reports the results by pollutant and damage type for coal-fired power plants. The table reveals that emissions of $SO_2$ are responsible for the bulk of the damages (87 percent). Direct emissions of $PM_{2.5}$ and $NO_X$ cause most of the remaining damages. Increased mortality is by far the largest component of the GED from coal-fired facilities, explaining 94 percent of the damages. Most of the mortality impacts are caused by $SO_2$ emissions with a smaller amount due to discharges of $PM_{2.5}$ and $NO_X$. Morbidity effects account for another 4 percent of damages. The damages to crops, timber, material, visibility, and recreation services account for the remaining 2 percent of damages.

Table 5 explores GED due to coal-fired, oil-fired, and natural gas power plants. The first three columns estimate GED/VA, GED, and GED per kwh. Coal-fired facilities account for 95 percent of GED of this sector. The electricity produced by coal-fired facilities also has the highest GED per kwh of 2.8 cents. Oil-fired plants have the highest GED/VA ratio (5.13) and a GED/kwh of 2 cents. The GED for natural gas plants is much smaller, $900 million, and these plants have a much lower GED/VA ratio. The GED/kwh for natural gas is just 0.1 cents.

TABLE 5—ELECTRIC POWER GENERATION WITH CARBON DIOXIDE DAMAGES

| Fuel type | GED/VA | GED | GED/kwh | GED*/VA | GED* | GED*/kwh |
|---|---|---|---|---|---|---|
| Coal | 2.20 | 53.4 | 0.0280 | 2.83 (2.3, 3.7) | 68.7 (56.8, 90.1) | 0.0359 (0.0297, 0.0472) |
| Petroleum | 5.13 | 1.8 | 0.0203 | 6.93 (5.5, 4.5) | 2.5 (2.0, 3.4) | 0.0274 (0.0219, 0.0374) |
| Natural gas | 0.34 | 0.9 | 0.0085 | 1.30 (0.6, 2.7) | 3.4 (1.4, 6.9) | 0.0056 (0.0024, 0.0113) |

*Notes:* GED in \$ billion per year, 2000 prices. GED* is GED plus damages from $CO_2$ emissions using a social cost of carbon of \$27/$tC$. Numbers in parentheses use a lower (\$6/$tC$) and upper (\$65/$tC$) bound estimate for the social cost of carbon (Nordhaus 2008b). GED/kwh and GED*/kwh expressed in \$/kwh.

We also compute the damages from $CO_2$ emissions for fossil fuel–based electric power generation. Although it would be desirable to make this computation for all industries in the economy, we have data only for $CO_2$ emissions from the electric power generation sector (USEIA 2008). The last three columns of Table 5 display estimates of GED*, which we define as gross external damages plus the damages from $CO_2$ emissions. The damages from $CO_2$ were estimated by multiplying the tonnage of $CO_2$ times the social cost of carbon, which is the present value of the stream of additional damages that one more ton of emission will cause over time. We use the social cost of carbon for the year 2000. This cost will rise over time as greenhouse gases accumulate and marginal damages increase. We assume that the central estimate of the social cost of carbon is \$27 per ton of carbon (Nordhaus 2008b).

When climate-change effects from $CO_2$ are included, the damages caused by oil- and coal-fired power plants are between 30 and 40 percent higher. The damage per kwh increases proportionally. This implies that for coal-fired generators, the GED*/kwh increases to 3.6 cents. For electricity produced by oil-fired plants, the GED*/kwh rises to 2.7 cents. These estimates suggest that, when using the central social cost of carbon estimate, $CO_2$ emissions are responsible for about one-fourth of the total air pollution damages produced by these two industries. Although the damages from $CO_2$ are large, they are not as large as GED. For the case of coal-fired power plants, $CO_2$ causes an additional \$15 billion of damage, which is relatively small compared to the GED of \$53 billion.

Using the central social cost of carbon estimate, the GED*/VA ratio for coal-fired generators is 2.8, and for oil-fired generators the GED*/VA increases to 6.9. $CO_2$ has a relatively bigger effect on GED* for natural gas plants because GED (without $CO_2$) for natural gas is relatively low. The GED*/VA ratio for natural gas plants is 1.3, compared to just 0.3 when damages due to $CO_2$ emissions are not counted.

Table 5 also displays a range for GED* and GED*/VA based on the following estimates of the social cost of carbon: \$6/$tC$ and \$65/$tC$ (Nordhaus 2008b; Tol 2005). Employing these values, GED* for coal-fired generators ranges from \$56.8 billion to \$90.1 billion given these lower and upper values. The range of GED* for oil-fired facilities is \$2 billion to \$3.4 billion. GED* for natural gas plants is between \$1.4 billion and \$6.9 billion.



FIGURE 5. PERCENT SHARE OF GED* DUE TO EMISSIONS OF $CO_2$, FOSSIL FUEL ELECTRIC POWER GENERATORS BY FUEL TYPE

Figure 5 shows the share of GED* that is due to emissions of $CO_2$ for fossil fuel–based electric power generators. This figure shows the relative value of emissions of the local air pollutants (which comprise GED) and emissions of $CO_2$. The figure employs the three different estimates of the social cost of carbon that are used in Table 5.

For all values of the social cost of carbon, emissions of $CO_2$ have the largest percent impact on the damages from natural gas–fired power plants (40 percent to 90 percent). This is because natural gas–fired power plants generate very small amounts of the local pollutants. In contrast, the $CO_2$ share of GED* for both coal-fired and oil-fired power generators is between 5 percent and 40 percent. Although coal-fired plants generate a great deal of $CO_2$, they generate greater damages due to other pollutants.

In 2002, residential consumers of electricity faced an average market price of 8.4 cents per kwh. Hence, the GED*/kwh associated with electric power generation using coal, oil, and natural gas represents 43, 33, and 7 percent of the average residential retail price of electricity in 2002. Note that residential electricity prices vary by the primary fuel type used in electricity production. In states that primarily rely on coal-fired power, residential electricity prices averaged 6 cents per kwh. The average GED*/kwh of coal-generated electricity is 60 percent of the average residential retail price of electricity in a state relying entirely on coal. In states that rely primarily on natural gas, residential electricity prices averaged 11 cents per kwh. The average GED*/kwh of natural gas–generated electricity is 5 percent of the average residential retail price of electricity in natural-gas states (USEIA 2008).

## IV. Conclusions

The present study develops an accounting framework and presents empirical estimates of the external costs of air pollution in the framework of the national

economic accounts. The analytical section shows that there is a natural extension of current national-accounting principles to include pollution. The suggested approach measures the gross external damages caused by each industry as the marginal external damages times the quantity of pollution at each source location. The accounts would require an adjustment of VA by industry by subtracting net external damages, which equals GED minus the cost of pollution permits or any effluent charges. Under the current regulatory context, where permits tend to have zero cost to firms, NED equals GED. The proposed framework captures the full costs of production to society of each industry. We estimate GED from air pollution for each industry in the United States. Because pollution damages per unit of VA vary a great deal from one industry to the next, the integrated accounting framework provides a more accurate accounting of each industry's net contribution to national output.

We note several qualifications. First, our estimates are accounting measures and not measures of economic welfare. The economy has many existing distortions other than those from air pollution—such as taxes, distortions from market power, and other externalities—and existing accounts do not attempt to incorporate those. Second, we note that although GED exceeds VA for some industries, this does not necessarily imply that these industries should be shut down. On a formal level, it signifies that a one-unit increase in output of that industry has additional social costs that are higher than the incremental revenues. At an intuitive level, it indicates that the regulated levels of emissions from the industry are too high. Third, our estimates of GED do not include any accounting costs of emission allowances. We suspect that this assumption introduces a small error, but in fact we cannot determine the sign of the error. Fourth, this study includes only the impact of air pollution and excludes other externalities such as those involving water, soil, and radiation. Fifth, we note that the uncertainties are particularly large for four elements: the value of mortality risks, the relationship of this value to age, the mortality effect of fine particulates, and the social cost of $CO_2$ emissions. Sensitivity analyses using alternative values for these parameters change the magnitude of the results significantly.

In the empirical section of the paper, we apply the framework to major air pollutants in the United States for the year 2002. We employ a newly developed computerized integrated-assessment model that combines emissions, dispersion, chemical transformations, exposures, health and other impacts, and economic valuation of impacts. The paper follows standard national-accounting principles in applying the marginal valuations to the quantities emitted of each pollutant. Emissions by industry at each source are multiplied by the estimated marginal damage by location to obtain a total damage. The damages are added across sources to estimate industry damages and across industries to estimate sectoral damages.

The study estimates that aggregate pollution damages, GED, from the market sector for all industries in 2002 were $184 billion. Summing up GED across two-digit sectors provides a profile of those sectors of the economy that are the heaviest polluters. The two sectors with the highest GED/VA ratio are agriculture (38 percent) and utilities (34 percent). They are responsible for $32 billion and $63 billion of damages, or 17 percent and 34 percent of the total damages produced by market activity, respectively. The sector with the next highest GED/VA ratio is transportation (10 percent), with air pollution damages of $23 billion. The waste management sector produces GED equivalent to 8 percent of its VA ($11 billion). Interestingly,

while manufacturing is responsible for $26 billion of damages, the GED/VA ratio of manufacturing is low (1 percent).

The GED/VA ratio varies greatly across industries. For some industries (sewage treatment plants, solid waste combustion, stone quarrying, marinas, and petroleum-fired and coal-fired power generation), GED actually exceeds conventionally measured VA. Crop and livestock production also have high GED/VA ratios, which is surprising given that these activities generally occur in rural (low marginal damage) areas. Other industries with high GED/VA ratios include water transportation, carbon black manufacturing, steam heat and air conditioning supply, and sugarcane mills. It is likely that many of these sources are underregulated.

Pollution from households (homes and cars), which reflects nonmarket activity, is not counted in the $184 billion, even though it is an important source of air pollution damages. For example, emissions from light duty cars and trucks produced over $37 billion in air pollution damage and residential combustion of fossil fuels, and wood generated $17 billion in damages in the year 2002.

There are many parameters in the integrated-assessment model that are important for damage assessment. As noted above, the mortality dose-response function, the value of mortality risks, and the relationship between mortality values and age are three particularly important assumptions (Muller and Mendelsohn 2007). We explore alternative values from the literature for these assumptions in a sensitivity analysis. The overall level of GED is sensitive to these assumptions. Further, the assumptions change the estimated impacts of some industries more than others because the mix of pollution emitted varies by industry. However, changing these three central assumptions tends to have a uniform effect on all industries.

There are also broader implications about environmental accounting. The present study shows that it is possible to develop national accounts that include pollution. Moreover, the source data are sufficient to include pollution accounts for detailed industries. While the present study has developed methods and estimates only for air pollution, we believe that it would be feasible to extend the analysis to water pollution, solid waste, and hazardous waste pollution. Given the size and distribution of damages found in this study, the development by national statistical agencies of a full set of environmental accounts embedded in the national economic accounts is clearly warranted. While private scholars can make provisional estimates of the present kind, a full set of accounts needs the full-time staff, professional expertise, and access to proprietary source data that only a government agency possesses.

# REFERENCES

Abraham, Katharine G., and Christopher Mackie, ed. 2005. *Beyond the Market: Designing Nonmarket Accounts for the United States.* Washington, DC: National Academies Press.

Ahmad, Yusuf J., Salah El Serafay, and Ernst Lutz, ed. 1989. *Environmental Accounting for Sustainable Development.* Washington, DC: World Bank.

Ayres, Robert U., and Allen V. Kneese. 1969. "Production, Consumption, and Externalities." *American Economic Review*, 59(3): 282–97.

▶ Bell, Michael L., Aidan McDermott, Scott L. Zeger, Jonathan M. Samet, and Francesca Dominici. 2004. "Ozone and Short-Term Mortality in 95 US Urban Communities, 1987–2000."*Journal of the American Medical Association,* 292(19): 2372–78.

Bureau of Economic Analysis. 1994. "Integrated Economic and Environmental Satellite Accounts." *Survey of Current Business,* 74 (4): 33–49.

▶**Byun, Daewon, and Kenneth L. Schere.** 2006. "Review of the Governing Equations, Computational Algorithms, and Other Components of the Models-3 Community Multiscale Air Quality (CMAQ) Modeling System." *Applied Mechanics Reviews*. 59(2): 51–77.

▶**Cairns, Robert D.** 2000. "Accounting for Resource Depletion: A Microeconomic Approach." *Review of Income and Wealth*, 46(1): 21–31.

**de Boo, Abram J., Peter R. Bosch, Cor N. Gorter, and Steven J. Keuning.** 1991. "An Environmental Module and the Complete System of National Accounts." Netherlands Central Bureau of Statistics Occasional Paper NA-046.

▶**Freeman, A. Myrick, III.** 2002. "Environmental Policy since Earth Day I: What Have We Gained?" *Journal of Economic Perspectives*, 16(1): 125–46.

▶**Gundimeda, Haripriya, Pavan Sukhdev, Rajiv K. Sinha, and Sanjeev Sanyal.** 2007. "Natural Resource Accounting for Indian States: Illustrating the Case of Forest Resources." *Ecological Economics*, 61(4): 635–49.

▶**Hamilton, Kirk.** 1996. "Pollution and Pollution Abatement in the National Accounts." *Review of Income and Wealth*, 42(1): 13–33.

**Hamilton, Kirk.** 2000. "Genuine Saving as a Sustainability Indicator." World Bank Working Paper 22744.

**Ho, Mun S., and Dale W. Jorgenson.** 2007. "Sector Allocation of Emissions and Damage." In *Clearing the Air: The Health and Economic Damages of Air Pollution in China*, ed. Mun S. Ho and Chris P. Nielsen, 279–330. Cambridge, MA: MIT Press.

**Intergovernmental Panel on Climate Change.** 2007. *Climate Change 2007: Impacts, Adaptation, and Vulnerability*. New York: Cambridge University Press.

**Jorgenson, Dale W., and J. Steven Landefeld.** 2006. "Blueprint for Expanded and Integrated US Accounts: Review, Assessment, and Next Steps." In *A New Architecture for the US National Accounts*. Studies in Income and Wealth, Vol. 66, ed. Dale W. Jorgenson, J. Steven Landefeld, and William D. Nordhaus, 13–112. Chicago: University of Chicago Press.

**Keuning, Steven J.** 1993. "An Information System for Environmental Indicators in Relation to the National Accounts." In *The Value Added of National Accounting: Commemorating 50 Years of National Accounts in the Netherlands*, ed. W. F. M. de Vries, G. B. Bakker, M. G. Gircour, S. J. Keuning, and A. Lenson, 287–305. Voorburg: Netherlands Central Bureau of Statistics.

▶**Laden, Francine, Joel Schwartz, Frank E. Speizer, and Douglas W. Dockery.** 2006. "Reduction in Fine Particulate Air Pollution and Mortality: Extended Follow-up of the Harvard Six Cities Study." *American Journal of Respiratory and Critical Care Medicine*. 173(6): 667–72.

▶**Leontief, Wassily.** 1970. "Environmental Repercussions and the Economic Structure: An Input-Output Approach." *Review of Economics and Statistics*, 52(3): 262–71.

▶**Mrozek, Janusz R., and Laura O. Taylor.** 2002. "What Determines the Value of Life? A Meta-Analysis." *Journal of Policy Analysis and Management*, 21(2): 253–70.

▶**Muller, Nicholas Z., and Robert Mendelsohn.** 2007. "Measuring the Damages of Air Pollution in the United States." *Journal of Environmental Economics and Management*, 54(1): 1–14.

▶**Muller, Nicholas Z., and Robert Mendelsohn.** 2009. "Efficient Pollution Regulation: Getting the Prices Right." *American Economic Review*, 99(5): 1714–39.

**Muller, Nicholas Z., and Robert Mendelsohn.** 2011."Environmental Accounting for Pollution in the United States Economy: Dataset." *American Economic Review*. http://www.aeaweb.org/articles. php?doi=10.1257/aer.101.5.1649.

**Musu, Ignazio, and Domenico Siniscalco.** 1996. *National Accounts and the Environment*. London: Kluwer Academic Publishers.

▶**Nordhaus, William D.** 1992. "An Optimal Transition Path for Controlling Greenhouse Gases." *Science*, 258(5086): 1315–19.

**Nordhaus, William.** 2008a. "Issues in Non-Market Accounting: Pollution Accounting in Theory and Practice." In *Measuring Capital: Beyond the Measures. Proceedings of the Seminar Session of the 2007 Conference of European Statisticians*, ed. United Nations Economic Commission for Europe, 25–36. New York: United Nations.

**Nordhaus, William.** 2008b. *A Question of Balance: Weighing the Options on Global Warming Policies*. New Haven, CT: Yale University Press.

**Nordhaus, William D., and Edward Charles Kokkelenberg.** 1999. *Nature's Numbers: Expanding the National Economic Accounts to Include the Environment*. Washington, DC: National Academy Press.

**Nordhaus, William D., and James Tobin.** 1972. "Is Growth Obsolete?" In *Economic Growth, Colloquium V*, 1–80. New York: Columbia University Press.

▶**Palm, Viveka, and Maja Larsson.** 2007. "Economic Instruments and the Environmental Accounts." *Ecological Economics*, 61(4): 684–92.

**Peskin, Henry M.** 1989. "A Proposed Environmental Accounts Framework." *Environmental Accounting for Sustainable Development,* ed. Yusuf J. Ahmad, Salah El Sarafay, and Ernst Lutz, 59–64. Washington, DC: World Bank.

▶**Pope, C. Arden, III, Richard T. Burnett, Michael J. Thun, Eugenia E. Calle, Daniel Krewski, Kazuhiko Ito, and George D. Thurston.** 2002. "Lung Cancer, Cardiopulmonary Mortality, and Long-Term Exposure to Fine Particulate Air Pollution." *Journal of the American Medical Association,* 287(9): 1132–41.

▶**Tol, Richard S. J.** 2005. "The Marginal Damage Costs of Carbon Dioxide Emissions: An Assessment of the Uncertainties." *Energy Policy,* 33(16): 2064–74.

**United Nations.** 2003. *Handbook of National Accounting: Integrated Environmental and Economic Accounting.* Studies in Methods, Series F, No. 61, Rev. 1. New York: United Nations.

**United States Department of the Treasury.** 2001. Revenue Procedure No. 1992–91. Internal Revenue Service. http://www.exeter1031.com/1031_exchange_revenue_procedure_1992_91.aspx (accessed May 1, 2011).

**United States Energy Information Administration.** 2008. "Independent Statistics and Analysis." http://www.eia.gov/electricity/data.cfm#elecenv (accessed May 1, 2011).

**United States Environmental Protection Agency.** 1999. *The Benefits and Costs of the Clean Air Act: 1990–2010: EPA Report to Congress.* EPA 410-R-99-001. Environmental Protection Agency, Office of Air and Radiation. Office of Policy. Washington, DC, November.

**United States Environmental Protection Agency.** 2006. *National Emissions Inventory (NEI), 2002.* Washington, DC: Office of Air Quality Planning and Standards, Emissions Inventory Group; Emissions, Monitoring and Analysis Division.

**Uno, Kimio, and Peter Bartelmus, ed.** 1998. *Environmental Accounting in Theory and Practice.* Hingham, MA: Kluwer Academic Publishers.

▶**Vardon, Michael, Manfred Lenzen, Stuart Peevor, and Mette Creaser.** 2007. "Water Accounting in Australia." *Ecological Economics,* 61(4): 650–59.

▶**Viscusi, W. Kip, and Joseph E. Aldy.** 2003. "The Value of a Statistical Life: A Critical Review of Market Estimates throughout the World." *Journal of Risk and Uncertainty,* 27(1): 5–76.

▶**Viscusi, W. Kip, and Michael J. Moore.** 1989. "Rates of Time Preference and Valuations of the Duration of Life." *Journal of Public Economics,* 38(3): 297–317.

▶**Woodruff, Tracey J., Jennifer D. Parker, and Kenneth C. Schoendorf.** 2006. "Fine Particulate Matter (PM2.5) Air Pollution and Selected Causes of Postneonatal Infant Mortality in California." *Environmental Health Perspectives.* 114(5): 786–90.

**World Bank.** 1997. "Expanding the Measure of Wealth: Indicators of Environmentally Sustainable Development." http://info.worldbank.org/etools/docs/library/110128/measure.pdf (accessed May 1, 2011).

This article has been cited by:

1. Lucas W. Davis, , Catherine Wolfram. 2012. Deregulation, Consolidation, and Efficiency: Evidence from US Nuclear Power. American Economic Journal: Applied Economics 4:4, 194-225. [Abstract] [View PDF article] [PDF with links]
2. Nicholas Z. Muller, , Robert Mendelsohn. 2012. Efficient Pollution Regulation: Getting the Prices Right: Corrigendum (Mortality Rate Update). American Economic Review 102:1, 613-616. [Citation] [View PDF article] [PDF with links]
3. Lucas W. Davis. 2012. Prospects for Nuclear Power. Journal of Economic Perspectives 26:1, 49-66. [Abstract] [View PDF article] [PDF with links]
4. Severin Borenstein. 2012. The Private and Public Economics of Renewable Electricity Generation. Journal of Economic Perspectives 26:1, 67-92. [Abstract] [View PDF article] [PDF with links]

# EXHIBIT 42

generation

# Sustainable Capitalism

February 15, 2012



Sustainable Capitalism

For additional copies of this report, please contact:

Generation Investment Management LLP
20 Air Street
London
W1B 5AN
U.K.

Main: +44 (0) 207 534 4700
Fax: +44 (0) 207 534 4701

suscap@generationim.com

v. 1.1 (January 2012)

Copyright © 2012 Generation Investment Management.

All rights reserved.

Design by Manoverboard.

# IMPORTANT INFORMATION

This report is for information purposes oniy. it is for the soie use of its intended recipient. it is intended soieiy as a discussion piece around the topic of furthering the goai of Sustainabie Capitaiism. in consequence, under no circumstances is it to be considered as a financiai promotion. it is not an offer to seii or a soiicitation to buy any investment referred to in this document nor is it an offer to provide any form of investment service. This report is not meant as a generai guide to investing nor as a source of any specific investment recommendation.

Whiie the information contained in this report is from sources beiieved reiiabie, we do not represent that it is accurate or compiete and it shouid not be reiied upon as such. Uniess attributed to others, any opinions expressed are our current opinions oniy.

Certain information presented may be provided by third-parties. Generation beiieves that such third-party information is reiiabie, but does not guarantee its accuracy, timeiiness or compieteness, and it is subject to change without notice.

**For Non-US Recipients**: Generation investment Management LLP ("**Generation UK**") is authorised and reguiated by the Financiai Services Authority ("**FSA**"). This Document does not constitute investment research with the meaning of the FSA Ruies due to its generic nature and shouid not be reiied upon as such.

**For United States Clients**: Piease note, Generation UK is an affiiiate of Generation investment Management U.S. LLP ("**Generation US**") and is a iimited iiabiiity partnership based in the United Kingdom. Generation UK is not registered and does not pian to obtain registration with the SEC under the investment Advisers Act of 1940 ("Advisers Act"). it does not seek to conduct business in the United States. Generation US is a Registered investment Adviser under the Advisers Act.

**Copyright © 2012 Generation Investment Management LLP. All rights reserved.**

For further information or any inquiries, please contact us at suscap@generationim.com.

# CONTENTS

1. Executive Summary                                      1

2. Introduction                                           2

3. Understanding Sustainable Capitalism Today             6

4. Achieving Sustainable Capitalism by 2020              14

5. Conclusion                                            24

Appendix                                                 25

This paper is the product of the collaborative efforts of the Generation team and has drawn on the expertise and advice of numerous specialists and practitioners. We thank everyone who contributed to this process, and in particular, acknowledge those who shared extensive time and insight with us (see Appendix). We accept any errors in this document as our own.

# 1 | Executive Summary

The challenges facing the planet today are unprecedented and extraordinary; climate change, water scarcity, poverty, disease, growing inequality of income and wealth, demographic shifts, trans-border and internal migration, urbanisation and a global economy in a state of constant dramatic volatility and flux, to name but a few. While governments and civil society will need to be part of the solution to these massive challenges, ultimately it will be companies and investors that will mobilise the capital needed to overcome them.

To address these sustainability challenges, we advocate for a paradigm shift to Sustainable Capitalism; a framework that seeks to maximise long-term economic value creation by reforming markets to address real needs while considering *all* costs and stakeholders.

The objective of this paper is twofold. First, we make the economic case for mainstreaming Sustainable Capitalism by highlighting the fact that it *does not represent* a trade-off with profit maximisation but instead actually fosters superior long-term value creation. Second, we recommend five key actions for immediate adoption that will accelerate the mainstreaming of Sustainable Capitalism by 2020:

1. **Identify and incorporate risks from stranded assets;**
2. **Mandate integrated reporting;**
3. **End the default practice of issuing quarterly earnings guidance;**
4. **Align compensation structures with long-term sustainable performance; and**
5. **Encourage long-term investing with loyalty-driven securities.**

in addition, we also believe that there are five broader ideas that merit ongoing support and attention. Specifically, we think there is a need to:

i. **Reinforce sustainability as a fiduciary issue;**
ii. **Create advisory services for sustainable asset management;**
iii. **Expand the range and depth of sustainable investment products;**
iv. **Reconsider the appropriate definition for growth beyond GDP; and**
v. **Integrate sustainability into business education at all levels.**

Ben Franklin famously said, "You may delay, but time will not, and lost time is never found again." We have the opportunity to rebuild for the long term and an obligation to seize it. Sustainable Capitalism will create opportunities and rewards but it will also mean challenging the pernicious orthodoxy of short-termism. Now is the time to accelerate the transition.

# 2 | Introduction

We have often said the market is iong on short and short on iong. Yet, remarkabiy, even after enduring the giobai financiai crisis – caused in significant part by short-term, unsustainable strategies and actions by both companies and investors – many of us are still content to embrace short-termism in nearly all aspects of our lives. From investing, to living beyond our means, to relying on instant opinion polls and tolerating a political discourse based upon sound bites, tweets, and 30-second TV commercials, we focus far too frequently on instant gratification and immediate results. As a result of this short-term perspective, we are – in economist Herman Daly's prescient phrase – driving our economies and our planet into liquidation.

Before the crisis and since, we, and others, have called for a more long-term and responsible form of capitalism, what we call Sustainable Capitalism. Sustainable Capitalism seeks to maximise long-term economic value creation. It explicitly integrates environmental, social, and governance (ESG) factors into strategy, the measurement of outputs and the assessment of both risks and opportunities. Sustainable Capitalism encourages us to generate financial returns in a long-term and responsible manner, and calls for internalising negative externalities through appropriate pricing.

For companies, this means internalising the business case for sustainability and adapting business models accordingly, with C-level and board support. It means talking openly and candidly about the need to build businesses for the long term and rewarding investors who endorse this approach. In addition, this more responsible approach can be and should be supported by the adoption of integrated reporting (defined on p 4).

For asset owners, this means embracing the long term and sustainability as value-creating tools. In particular, it means recognising the risks that stranded assets carry (defined on p 3) and embracing ways to reshape incentives across the investment value chain. Consultants and advisers will be critical in facilitating this change and are urged to adopt similar long-term sustainability-orientated principles.

For asset managers, this means investing for the long term and adopting incentive structures that reward such behaviour. It means carefully considering the effect of sustainability factors on the valuation of companies and then changing their mindsets and financial models in response.

For governments, this means understanding that there are serious and on-going fundamental market failures that threaten not only the future of our companies and investments, but also the sustainability of our planet. It means not just focusing on global treaties, government policy and legal solutions at summits but also understanding and adopting the more immediate changes that can be made to alter incentives and behaviours, and partnering with business to find solutions.

For Non-Governmental Organisations (NGOs), this means clearly defining their role in the economic system. It means developing a better understanding of the motivations of companies and investors and identifying ways to encourage them to change through appropriate methods of impactful engagement. It means drawing attention to unsustainable practices in financial markets and lobbying not just on single issues but for structural changes in the way that the global economy deals with the challenge of sustainability.

For the media, this means challenging companies – and commentators – to do more than just talk about sustainability and holding companies to a high standard when evaluating their actions. It means encouraging the adoption of integrated reporting and celebrating those companies that prove the business case for sustainability. It also means providing a forum for debate in order to win over the mainstream.

# 2 | Introduction

The discussion around the business case for sustainabiiity has not been short on words but the foiiow-through has been short on actions. Asset owners and fund managers with US$30 triiiion in assets under management, which is approximateiy 20% of the world's capitai,[1] are signatories to the UN Principies for Responsibie investment (UN PRi), a network of internationai investors who commit to "incorporate ESG issues into their decision-making and ownership practices and so better aiign their objectives with those of society at iarge."[2] if the majority of those assets were actuaiiy shifted into truiy sustainable investment models, the effect would be dramatic and would signal that Sustainable Capitalism is entering the mainstream.

Since its inception, Generation Investment Management (Generation) has been an advocate of the mainstreaming of sustainability in financial markets. Unfortunately however, we believe that global progress towards this effort has reached a plateau. This is because of a number of factors, including a widely shared failure to rigorously make and reinforce the economic case for Sustainable Capitalism.

That is the reason this paper seeks to re-energise the discourse around Sustainable Capitalism. We believe it is necessary to refine our arguments and thus make a stronger and even more persuasive economic case. We seek to do our best to reach and win over the 'convince me' group, which consists of those open to persuasion on the business rationale for sustainability. Most importantly, we present, discuss, and prioritise ideas and actions designed to accelerate the current slow and incremental pace of change to one that matches the urgent need for faster and more innovative change, with more widespread and appropriate action in the near term.

The journey we have taken in sustainable investing and our advocacy work in this field over the past eight years have helped us develop the five ideas set out below, which we believe have the potential to accelerate the transition to Sustainable Capitalism. We also note five other broader ideas that merit ongoing support and attention. We recognise these ideas are not exhaustive (see Topics for Further Research p 23) and that they are necessary but not sufficient to achieving our goal. In particular, we have chosen not to include in this paper a full exploration of the appropriate role of regulation and policy intervention, and emphasise that our exclusion of this topic does not in any way neutralise its importance in accelerating the transition towards Sustainable Capitalism.

## 1. IDENTIFY AND INCORPORATE RISKS FROM STRANDED ASSETS

Stranded assets are those with a value that would change dramatically, either positively or negatively, under certain scenarios such as a reasonable price on carbon or water, or improved regulation of labour standards in emerging economies. Stranded assets have the potential to result in significant reductions in the long-term value of entire sectors ranging from oil and gas to pharmaceuticals, and not just the value of particular companies. As a result, there is the potential for 'stranded businesses' – a prospect which seems to be giving many people an interest in maintaining and defending the status quo and slowing the transition to more sustainable models. Efforts to prevent progress on this front are as overt as lobbying for favourable policy and as covert as financing inaccurate, pseudo scientific 'studies' on the climate crisis, with the aim of creating false doubts about the reality the world is facing. Until there are policies that establish a fair price for

---

1  2011 UN PRI Annual Report. http://www.unpri.org/publications/annual_report2011.pdf.

2  UN PRI, 'About us', http://www.unpri.org/about.

# 2 | Introduction

widely understood externalities, academics and financial professionals should strive to quantify the impact of stranded assets and analyse the subsequent implications for assessing investment opportunities.

## 2. MANDATE INTEGRATED REPORTING

Despite an increase in the volume of information made available by companies and the frequency with which it is produced, access to more data for public equity investors has not necessarily translated into more comprehensive insight into companies. Integrated reporting addresses this trend by encouraging companies to integrate both their financial and ESG performance into one report that includes only the most salient or material metrics. This will enable both companies and investors to make better resource allocation decisions about how ESG performance can contribute to sustainable, long-term value creation. While voluntary integrated reporting is gaining momentum, it must be mandated in order to ensure swift and broad adoption.

## 3. END THE DEFAULT PRACTICE OF ISSUING QUARTERLY EARNINGS GUIDANCE

Quarterly earnings guidance can create incentives for executives to manage for the short term and encourage some investors to overemphasise the significance of these measures at the expense of the longer-term, more meaningful measure of sustainable value creation. Ending this default practice in favour of only issuing guidance as deemed appropriate by the company (if at all) would encourage a long-term view of the business rather than the current focus on quarterly results. More thoughtful issuance of earnings guidance is compatible with enhanced standards of disclosure.

## 4. ALIGN COMPENSATION STRUCTURES WITH LONG-TERM SUSTAINABLE PERFORMANCE

Presently, most compensation schemes emphasise short-term actions disproportionately and fail to hold asset managers and corporate executives accountable for the ramifications of their decisions over the long term. Instead, financial rewards should be paid out over the period during which these results are realised, and compensation should be linked to fundamental drivers of long-term value, employing rolling multiyear milestones for performance evaluation.

## 5. ENCOURAGE LONG-TERM INVESTING WITH LOYALTY-DRIVEN SECURITIES

The dominance of short-termism in the market, often facilitated and exacerbated by algorithmic trading, is correlated with stock price volatility[3], fosters general market instability as opposed to useful liquidity and undermines the efforts of executives seeking long-term value creation. Companies can take a proactive stance against this growing trend of short-termism by attracting long-term investors with patient capital through the issuance of loyalty-driven securities. Loyalty-driven securities offer investors financial rewards for holding a company's shares for a certain number of years. This practice encourages long-term investment horizons among investors and facilitates stability in financial markets, therefore playing an important role in mainstreaming Sustainable Capitalism.

---

3    Frank X Zhang, *The Effect of High-Frequency Trading on Stock Volatility and Price Discovery* (Yale University School of Management, 2010).

# 2 | Introduction

We also believe that there are five broader ideas that merit ongoing support and attention. Specifically, there is a need to:

    i.    Reinforce sustainability as a fiduciary issue;

    ii.    Create advisory services for sustainable asset management;

    iii.    Expand the range and depth of sustainable investment products;

    iv.    Reconsider the appropriate definition for growth beyond GDP; and

    v.    Integrate sustainability into business education at all levels.

# 3 | Understanding Sustainable Capitalism Today

Capitalism has great strengths and is fundamentally superior to any other system for organising economic activity. It is more efficient in allocating resources and in matching supply and demand. It is demonstrably effective in wealth creation. It is more congruent with higher levels of freedom and self-governance than any other system. It unlocks a higher fraction of the human potential with ubiquitous, organic incentives that reward hard work, ingenuity, and innovation. These strengths are why it is at the foundation of every successful economy.

Critically, capitalism has proven itself to be adaptable and flexible enough to fit the specific needs of particular countries. Capitalism comes in many forms, from that practised in the US to the very different model that has been adopted within communist China. The causes and consequences of these variations are, of course, significant – but the more important fact remains: the mainstream debate is about how to practise capitalism not whether we should choose between capitalism and some other system.

Yet while the present form of capitalism has proven its superiority, it is nevertheless abundantly clear that some of the ways in which it is now practised do not incorporate sufficient regard for its impact on people and the planet – and are now posing a number of fundamental challenges that require attention, particularly in a resource-constrained world of seven billion (soon to be 8-10 billion) people. These include short-termism, over-reliance on GDP growth as a primary metric of prosperity, diverting wealth into shadow banking and financial engineering and away from addressing real needs. These challenges also include rising inequality, increasing volatility in the global financial market, and growing contributions to the climate crisis perpetuated by a resistance to internalise externalities.

We and others have argued for long-term responsible capitalism for some time. We have called this Sustainable Capitalism.[4] Sustainable Capitalism is more than corporate social responsibility or impact investing, which are worthwhile endeavours compatible with the precepts of sustainable investing, but narrower in focus.

## DEFINITION

Sustainable Capitalism is a framework that seeks to maximise long-term economic value creation by reforming markets to address real needs while considering all costs and integrating ESG metrics into the decision-making process.

It applies to the entire investment value chain from entrepreneurial ventures to publicly traded large-cap companies, from investors providing seed capital to those focused on late-stage growth-orientated opportunities, from company employees to CEOs, from activists to policy makers and standard setters. Sustainable Capitalism transcends borders, industries, forms of ownership, asset classes, and stakeholders.

---

4   Al Gore and David Blood, 'We Need Sustainable Capitalism', *The Wall Street Journal* (5 November 2008).

# 3 | Understanding Sustainable Capitalism Today

## THE ECONOMIC CASE

The economic rationale for Sustainable Capitalism is emerging through the quantitative and qualitative results of empirical research as well as real-world examples. Mainstreaming Sustainable Capitalism by 2020 will require independent, collaborative and voluntary action by companies, investors, government and civil society, which we hope to accelerate by advancing the discourse on the economic benefits of sustainability.

## COMPANIES

There has been significant work done to identify the many ways in which embracing sustainability enables a company to create value. Through our own investment research we have seen first-hand the positive effect that sustainability can have on the continued profitability of a company. As others have noted, "Leading companies are using sustainability to create operational and strategic long-term advantages."[5] Typically, the adoption of sustainability within a corporation has three distinct phases as executives discover the multi-layered benefits.

› Strategic advantage: Developing sustainable products and services can increase a company's profits, enhance its brand, strengthen public trust[6] and improve its competitive positioning as the market increasingly rewards this behaviour.[7]

› Operational effectiveness: Sustainable Capitalism can also help companies save money by reducing waste and increasing energy efficiency in the supply chain and by improving human-capital practices so that retention rates rise and the costs of training new employees decline (subsequently improving corporate culture which has been shown to generate superior long-term returns[8]).

› Compliance and risk management: Focusing on ESG metrics allows companies to achieve higher compliance standards and better manage risk since they have a more holistic understanding of the material issues affecting their business.

As companies undergo the transformation to becoming more sustainable through these stages, it usually becomes evident within the company that sustainability does not involve a trade-off between profitability and improving the environment and society. Rather, it can in fact improve operations and inspire innovation. The benefits outlined above can clearly yield top-line growth, cost reductions and enhanced profitability through strategic competitive advantage. By integrating sustainability into the company's strategy and operations, executives are simply running the business better and are positioning the company for greater long-term success.

There is also empirical evidence to show that sustainable business practices are associated with financial benefits. For example, work by Bauer & Hann has demonstrated that pro-active environmental practices

---

5    PwC's Deals Webcast Series, *Private equity & environmental sustainability – creating long-term value*, 30 June 2011. http://www.pwc.com/us/en/transaction-services/webcasts.

6    Edelman. *2011 Edelman Trust Barometer*. http://www.edelman.com/trust/2011.

7    Eccles, Robert G., Ioannou, Ioannou, and Serafeim, George, The Impact of a Corporate Culture of Sustainability on Corporate Behavior and Performance. Harvard Business School Working Paper, 2011.

8    Edmans, Alex, *Does the Stock Market Fully Value Intangibles? Employee Satisfaction and Equity Prices*, 20 January 2010. Journal of Financial Economics (JFE), Forthcoming. http://ssrn.com/abstract=985735

# 3 | Understanding Sustainable Capitalism Today

are associated with a lower cost of debt.[9] They also find that the effect is not limited to companies that are operating in sectors that are traditionally considered environmentally sensitive (eg, oil and gas).

Work by Cheng, Ioannou, and Serafeim finds that companies with strong ESG performance also face lower capital constraints.[10] As they also confirm, companies that suffer from capital constraints are associated with poorer stock returns. These authors find that one of the reasons for the improved access to capital is precisely the companies' greater transparency and stakeholder engagement. Greater transparency around ESG performance reduces information asymmetries in the capital market, where improved stakeholder engagement reduces agency costs that can cause significant contracting costs. Both effects lower capital constraints and allow companies to invest more efficiently.

Those who advocate Sustainable Capitalism often find themselves having to argue why integrating sustainability adds value. Yet the question that should be asked of those who are sceptical is why an absence of sustainability does not damage both the company and wider society. Whether there is a formal licensing requirement or not, society ultimately does require, in one way or another, that a company earns the right to operate. When managers do not consider the impact of their decisions on all stakeholders, not just shareholders, we believe that they are putting this licence to operate at risk.

The consequence of not maintaining this societal licence to operate can be, and often is, damaging to companies in a variety of ways.

› Popular disapproval of a company's actions may lead to boycotts or reduced sales and brand degradation.
› Government and regulatory pressure may restrict the company's freedom to operate.
› Investor flight may increase the company's cost of capital.
› Staff may be unwilling to remain at the company and top talent deterred from joining.
› Potential business partners and suppliers may be less willing to trade with the company.
› Lack of confidence in management may lead to a decline in the valuation of the company and the risk of a takeover.

Most companies will not get to the point of actually losing their licence to operate because shareholders and boards will eventually intervene. However, companies have a duty to monitor these issues in order to avoid value destruction.

Building a sustainable company is not straightforward, even with a committed board of directors, CEO, and executive team. Just as an executive team cannot embed a culture of innovation in an established company without a major multiyear change programme, the same is true for sustainability.

---

9   Bauer, Rob and Daniel Hann, *Corporate Environmental Management and Credit Risk* (Maastricht University, European Centre for Corporate Engagement, 2010).

10   Cheng Beiting, Ioannis Ioannou, and George Serafeim, *Corporate Social Responsibility and Access to Finance* (Harvard Business School Working Paper Number 11-130, 2010).

# 3 | Understanding Sustainable Capitalism Today

## INVESTORS

The role of business in society has been evoiving for years and now, more than ever, a growing number of companies are embracing the principies of Sustainabie Capitaiism and are acknowiedging that the singuiar, unaduiterated goai of short-term profit maximisation – without regard for ESG factors – is not a viabie way to maximise iong-term sharehoider return. This deveioping trend creates an opportunity for investors pursuing investment strategies that seek to maximise iong-term vaiue creation.

it is, of course, entireiy appropriate for investors to respond to short-term circumstances and changes in company performance and to enabie this there must be sufficient iiquidity in the market to aiiow investors to trade and create vaiue. However, in the iast few decades the market has become heaviiy weighted towards trading on the short term and frequentiy appears to have forgotten that true vaiue is created in the iong term.

For exampie, at a recent conference hosted by Morgan Staniey[11], chief investment officers from top asset management firms were asked what their investment time horizon was: one day, one week, one month, one quarter, or one year or more. Oniy 20% of attendees voted for more than one year, whiie 55% voted for a quarter or iess. The vast majority of them focused on short-term horizons that are disconnected from the organic process that typicaiiy creates reai vaiue in businesses. This anecdote iiiustrates what the wider academic evidence has aiso reveaied: the majority of investors are increasingiy focused on the short term.[12] However, the investment horizon for the average person contributing to a pension or making investments for their future has not decreased and, if anything, has probabiy increased because of ionger iife expectancies. Nor has the time that a company requires to buiid a business changed significantiy.

Stiii, the pressure for short-term returns that investors are piacing on companies is ieading to dramaticaiiy inefficient capitai aiiocation. Aside from the damage this short-termism is doing to our pianet and to society, it is aiso reducing returns for investors. Haidane and Davies (at the Bank of Engiand) show that across the pubiic markets, iong-term investment opportunities are routineiy missed because cash fiows are inappropriateiy discounted.[13] in their paper, they show that cash fiows five-years out are routineiy discounted as if they were eight-years out, and cash fiows 30-years out are scarceiy vaiued at aii. They aiso document evidence that this pattern has been acceierating since the mid-1980s. Since it is investors who uitimateiy set the discount rate for companies through the returns they expect on their capitai, it is therefore investors who have the ability to redress this market failure.

In addition, there are several other compelling reasons why this short-term approach does not necessarily maximise economic value and why the alternative of Sustainable Capitalism provides investors with opportunities for greater wealth creation.

---

11   Morgan Stanley Global Investment Seminar 2011, June 9-11 2011, Spain.

12   John Bogle, 'Restoring Faith in Financial Markets', *Wall Street Journal* (19 January 2010).

13   Andrew Haldane and Richard Davies, *The Short Long*, (Speech at the 29th Société universitaire européenne de recherches financières colloquium: New Paradigms in Money and Finance?, Brussels) http://www.bankofengland.co.uk/publications/speeches/2011/speech495.pdf.

# 3 | Understanding Sustainable Capitalism Today

## THE FINANCIAL PERFORMANCE OF SUSTAINABLE COMPANIES

A recent study by Eccles, Ioannou, and Serafeim indicates that sustainable companies outperform a matched group of firms in the long term.[14] The authors identified 90 companies that adopted a substantial number of environmental and social policies in the early 1990s. They then created a second sample of 90 companies that adopted almost none of these policies during the same period. The two samples exhibited almost identical size, capital structure, operating performance, and growth opportunities in the early 1990s.

The study found that US$1 invested in a value-weighted portfolio of sustainable firms at the beginning of 1993 would have grown to US$22.6 by the end of 2010. In contrast, US$1 invested in a value-weighted portfolio of unsustainable firms at the beginning of 1993 would have grown to US$15.4 by the end of 2010. The difference in annual abnormal stock-market performance, after taking into account four risk factors (market, size, book-to-market, and momentum) was 4.8%. Moreover, the study found that the portfolio of sustainable firms exhibited less volatile performance relative to the portfolio of unsustainable firms. This empirical evidence suggests that investors, who spend resources identifying companies that embed sustainability into their strategy, can earn substantial returns while experiencing low volatility.

## MORE COMPREHENSIVE VALUATION CRITERIA

Studies have shown the materiality of ESG factors for business[15] and have demonstrated that, encouragingly, "investors are increasingly interested in nonfinancial information."[16] However, most investors are still not considering ESG factors in their valuation processes – operating with incomplete information about the companies in which they invest – routinely ignoring key, highly relevant aspects of performance when assessing companies' value propositions and relative competitive advantages. According to Aviva Investors, "While there is clearly value in estimating near-term company earnings, the majority of a company's value is derived from its ability to generate long-term earnings. Therefore, it is important for investors to identify factors that influence long-term earnings and integrate them into their analysis."[17]

As such, asset managers and financial analysts should move to a more comprehensive valuation methodology. Developing the skills necessary to analyse ESG metrics in addition to traditional financial performance indicators will be critical, as will the discipline necessary for pricing in externalities (see stranded assets under Section 4) in developing a more complete view of a company's long-term value. While not all ESG issues are easy to quantify and include as line items in a model, it is nonetheless true that acknowledging and considering the impact of material ESG metrics to a company, even qualitatively, is an important first step. Factoring ESG issues into traditional investment analysis may not be a guaranteed way to create wealth; however, it is a helpful dimension in evaluating the long-term viability of a business.

---

14   Eccles, Robert G., Ioannou Ioannou, and Serafeim, George, The Impact of a Corporate Culture of Sustainability on Corporate Behavior and Performance. Harvard Business School Working Paper, 2011.

15   Eccles, Robert G., Ioannou, Ioannou, and Serafeim, George, The Impact of a Corporate Culture of Sustainability on Corporate Behavior and Performance. Harvard Business School Working Paper, 2011.

16   Robert G Eccles, Michael P Krzus and George Serafeim, *Market Interest in Nonfinancial Information* (Harvard Business School Working Paper 12-018, 2011).

17   Jason Josefs, Aviva Investors Thought Leadership, Integrating ESG, accessed October 2011. http://www.avivainvestors.co.uk/markets_and_views/thought_leadership/investors-journal-v2/integrating-esg/index.htm.

# 3 | Understanding Sustainable Capitalism Today

## *MATCHING INVESTMENT LIABILITIES TO THE APPROPRIATE INVESTMENT TIME HORIZON*

Pension funds, sovereign wealth funds, foundations, endowments, and other investors with long-term liabilities need to match the performance of their assets to the maturation of those liabilities. As such, the integration of ESG issues that have a material impact on the long-term viability of companies clearly should be an essential step in their valuation and investment process, and thus the ability to manage the integration of ESG issues clearly should be a key consideration for these investors when selecting an asset manager.

## *AVOID LOSING THE LICENCE TO OPERATE*

Dividing the investor group into asset owners and asset managers reveals that in common with companies, asset managers face the threat of losing their licence to operate if they engage in unsustainable practices such as the disregard of key relevant factors in investing including ESG, excessive exposure to unsustainable industries, high portfolio turnover, and short-term trading practices that could be subject to regulation and taxation[18]. Therefore, asset managers should proactively adopt sustainable practices if, for no other reason, to avoid a funding vacuum left by asset owners who seek to avoid these looming risks.

Investors can lead the transition to Sustainable Capitalism through practical action. Already UN PRI signatories – a network of international investors who have committed to "incorporate ESG issues into their decision-making and ownership practices and so better align their objectives with those of society at large"[19] – account for US$30 trillion in assets, which is approximately 20% of the world's capital[20]. However, asset owners now need to ensure that those assets are being invested sustainably, and should proactively ask their fund managers direct and pointed questions about how they are considering ESG factors in the investment decision process. They should also insist on fee structures that reward their managers for long-term, rather than short-term, performance.

Ultimately, what Sustainable Capitalism requires is for investors to be good investors; to fully understand the companies they invest in, to believe in their long-term value and potential, and to engage with management to ensure that they are behaving in the interest of continuous value creation.

## GOVERNMENT

Government is too often left with the task of cleaning up the wreckage left by the short-term and unsustainable practices of both companies and investors. The recent example of the global financial crisis highlights a sad reality: government is the backstop to serious blunders by businesses. As such, the widespread practice of Sustainable Capitalism would have a profound positive impact on government and across all sectors. When investors and companies do act sustainably, we are likely to experience greater long-term social stability as a result of steadier economic growth, greater productivity, and more efficient resource utilisation. Therefore, governments should support sustainability initiatives, since "beyond direct cost savings, many sustainability-focused programs and policies will also provide long-term benefits, such as job creation or retention, increased property values, community revitalization, business attraction and

---

18   Graham Bowley, 'Clamping Down on Rapid Trades in Stock Market', *The New York Times*, 8 October  2011.

19   UN PRI, 'About us', http://www.unpri.org/about.

20   2011 UN PRI Annual Report, http://www.unpri.org/publications/annual_report2011.pdf.

# 3 | Understanding Sustainable Capitalism Today

reduced costs (eg, transportation, housing, and healthcare) for business and residents"[21] thereby generaiiy improving society.

To encourage Sustainabie Capitaiism, governments can contribute significantiy by, among other things, deveioping key infrastructure and poiicy frameworks. Programmes reiated to human rights, pubiic heaith and education are just some of the essentiai piiiars necessary to heip support the private sector's transition to a more sustainabie modei. Governments can aiso foster pubiic-private partnerships, create appropriate reguiation to ievei the piaying fieid among businesses in reiation to sustainabiiity (eg, mandate integrated reporting), and serve as an active and coiiaborative stakehoider in the investment vaiue chain. According to Peck and Gibson, "Governments that iead [in sustainabiiity] wiii be in a strong position to set the agenda and estabiish advanced positions for their industries and their citizens. Countries that iag behind wiii inevitabiy face increasing competitive disadvantage and iost opportunity."[22]

Uitimateiy, government is often the biggest 'business' of aii and therefore must lead by example. As noted in the Business Magazine for a Sustainable Government: "A sustainable society needs local and central government to lead the way by consuming differently, and by planning effectively and efficiently in order to integrate sustainable practices in the services it provides to citizens, and throughout its estates and workforce."[23] Governments must also strive for the same tenets of sustainability – the prudent management of financial and ESG resources. In doing so they will create a platform on which stable and prosperous societies can grow.

## CIVIL SOCIETY

Civil society has a central role in accelerating the transition towards Sustainable Capitalism. NGOs must take a 360-degree approach to the process of mainstreaming Sustainable Capitalism, realising their ability to influence stakeholders in every part of the business ecosystem. NGOs must engage with investors, companies, regulators and policy makers to encourage the rapid and effective adoption of Sustainable Capitalism through campaigns, lobbying efforts and partnerships with the private sector. Civil society must call for transparency and can support efforts related to enforcing accountability. However, given the severe fragmentation in civil society, NGOs must also engage multilaterally with one another, forming durable collaborations in order to amplify their impact. Importantly, civil society must also strive to influence how individuals think about sustainable consumption and generational responsibility.

---

21    Tammy Zborel, 'Sustainable Connections: Strategies to Support Local Economies.' *National League of Cities – Municipal Action Guide*, 2011. http://www.nlc.org/File%20Library/Find%20City%20Solutions/Research%20Innovation/Sustainability/sustainable-connections-strategies-to-support-local-economies-mag-jun11.pdf.

22    Steven Peck and Robert Gibson, 'Pushing the Revolution', in Alternatives Journal, Vol  26, No 1 (Winter 2000), as found in Bell, David VJ, The Role of Government in Advancing Corporate Sustainability.  27 March 2002.

23    Government Sustainability – The Business Magazine for a Sustainable Government, 'Public Sector Sustainability under the spotlight' (http://www.governmentsustainability.co.uk, April 2009).

# 3 | Understanding Sustainable Capitalism Today

## BARRIERS TO OVERCOME

Our thoughts and advocacy work around Sustainable Capitalism date back to the founding of Generation. Building on our earlier efforts and deepening conviction, we realised that to make a more significant and immediate impact on mainstreaming Sustainable Capitalism, we needed to identify and better understand the obstacles we faced. To achieve this, we collaborated with McKinsey in the summer of 2010 to convene a range of experts and practitioners in the Sustainable Capitalism field. Through those sessions we identified five barriers to mainstreaming Sustainable Capitalism.[24]

1. **Short-termism and misaligned incentives**: the often misaligned incentives of company executives and investors, compared to those of their stakeholders, fuel short-termism. For example, reporting and managing to quarterly results clearly restricts the ability to create more favourable long-term results.

2. **Market fundamentalism**: an engrained fear of alternatives to currently prevailing approaches to capitalism plagues investors, and a complacent inertia persists among a majority of people who are waiting to be convinced of the opportunities Sustainable Capitalism presents.

3. **Obsession with numbers**: investors value most highly that which can be measured most easily and frequently. Given that ESG-related issues can be difficult to quantify, they are often ignored. Abraham Maslow famously quipped, "If the only tool you have is a hammer, every problem begins to look like a nail." In the same way, if the only tool you use for measuring value is a price tag, business factors with no price tag conveniently attached may seem to have no value.

4. **Complexity of the challenge**: the adoption of Sustainable Capitalism is a highly complex problem requiring sophisticated and comprehensive cross-sector solutions. Although many businesses have already solved this problem, there is as yet a lack of widespread awareness of the success stories of businesses and leaders driving this change.

5. **Lack of competencies**: there is a dearth of education on Sustainable Capitalism. The skill sets of business leaders, investors and asset owners need to be informed by Sustainable Capitalism.

Overcoming these barriers will be essential to mainstreaming Sustainable Capitalism and we are under no illusions about the effort necessary to achieve this goal. Therefore, we have identified five high-priority solutions, and five broader areas for continued attention, all of which have the potential to accelerate significantly the mainstreaming of Sustainable Capitalism if they are implemented in the immediate term.

---

24    Generation Investment Management  & McKinsey, *Mainstreaming Sustainable Capitalism by 2020: Seize the Opportunity* (unpublished, 2010).

# 4 | Achieving Sustainable Capitalism by 2020

## ACTIONS FOR CHANGE

### 1. IDENTIFY AND INCORPORATE RISKS FROM STRANDED ASSETS

Many investors remain sceptical about the financial impact of sustainability issues on the performance of their portfolios. In many cases, this scepticism has blinded them to the risks they presently face by investing in stranded assets and the unsustainable companies that maintain them.

Stranded assets are those that would be unprofitable under certain scenarios, which include the enforcement of a fair price on carbon and water, or improved regulation of labour standards in emerging economies. Only limited work has been done to date to quantify the potential impact these sorts of changes would have on the value of companies, but one such piece by the Carbon Tracker Initiative (CTI) provides new insights into the likely impact of stranded assets.

The CTI report highlights that just using the fossil fuel reserves of the top 100 listed coal, oil, and gas companies over the next 40 years would emit enough carbon to raise global warming by more than two degrees Celsius[25]. An increase of two degrees in global temperature would, in the view of many scientists, bring catastrophic risks to civilisation. These include: the risk of multi-metre sea-level increases in this century (with large numbers of 'climate refugees' forced to leave their ancestral homes); deepening droughts in heavily populated areas and crucial agricultural breadbaskets; the increased frequency and severity of costly and dangerous extreme weather events such as the 2010 floods in Pakistan, Australia, Colombia and elsewhere; accelerating loss of plant and animal species; and widespread health risks. Indeed, some scientific leaders, such as NASA's James Hansen, point out that the 'two degree' threshold is essentially a political construct and does not represent a scientific conclusion about what would be a 'safe' level of global average temperature increase. These environmental disasters directly link back to the ability of businesses to sustain long-term profitability as the implications of a temperature increase exceeding two degrees would create mass global upheaval, uprooting people through forced migration, inevitably causing disruption in companies and instability in financial markets, showcasing the looming negative implications if the risks related to stranded assets are not identified and mitigated.

Some sell-side analysts criticised the CTI analysis on the grounds that it is hard to build the implications of their report into a valuation model and that there is significant policy uncertainty over how climate change regulation will develop.[26] These are valid practical concerns but in many ways simply serve to confirm the underlying problem: current valuations are inaccurate and beg a solution similar to the 'value at risk' (VAR) concept used by mainstream traders, in order to show an adjusted value for assets after accounting for climate change.

As Bob Litterman observed, "When risks are not priced appropriately, investment behaviour creates the potential for the catastrophic – and unnecessary – future loss of society's well-being."[27] Scenario analysis done by Mercer's responsible investment team has shown that climate risk poses fundamental challenges to strategic asset allocation by investment funds and that by 2030 climate change related risk that is

_____

25   Carbon Tracker Initiative, *Unburnable Carbon – Are the world's financial markets carrying a carbon bubble?* (2011): http://www.carbontracker.org/carbonbubble.

26   Steven Johnson, 'Unusable reserves: it's hot air, say analysts,' *The Financial Times* (31 July 2011).

27   Bob Litterman, 'Pricing Climate Change Risk Appropriately', *Financial Analysts Journal*, September/October 2011, Vol 67, No 5.

# 4 | Achieving Sustainable Capitalism by 2020

currently not diversified away could cost investment funds US$8 trillion.[28] Not pricing in material risks to an investment – government regulated or not – is simply unwise.

Stranded assets also have the potential to result in significant reductions to the long-term value of entire sectors as business models could be made obsolete if wholesale transitions to sustainability were implemented. As a result, there are many people currently in those businesses who feel that they have an interest in maintaining the status quo or, at a minimum, advocating that any transition to more sustainable models be pursued as gradually as possible through slow, incremental changes. According to Christiana Figueres, Executive Secretary of the United Nations Framework Convention on Climate Change, "There is a serious group of companies that have a voice that is much louder, better funded, that operates much more in unison and that is still stuck in the technologies and the fuels of yesterday."[29] The efforts by executives within these companies, and others, to prevent progress on this front are as overt as lobbying for favourable policy and as covert as financing inaccurate, pseudo scientific 'studies' on the climate crisis, aimed at creating false doubts about the reality the world is facing.

Further exacerbating the problem is the ever-shortening length of CEO tenures (average CEO tenure has dropped from eight to four years in the past 20 years).[30] Given this new brevity of average tenure, many CEOs are vulnerable to adopting a 'not on my watch attitude' as there is no incentive to bear the financial pain that can accompany the support of innovation and long-term solutions. As some financial traders who were blamed for contributing to the credit crisis of 2008 put it in emails among themselves that were later uncovered by forensic investigators: 'IBG/YBG'. This means, "I'll be gone; you'll be gone."[31]

Inversely, it is also important to note the opportunity that identifying and incorporating stranded-asset risks creates for investors and companies positioned to benefit from pricing externalities. Considering stranded assets in the valuation of a portfolio highlights the strategic advantage sustainable companies gain, as they are prepared to succeed in the context of reaching limits in a resource-constrained world and in the context of any government regulation that may come into effect.

Incremental change will only result in our society becoming less unsustainable, rather than actually sustainable. As such, an attitudinal framework like the one now in place – which all too frequently stalls change and innovation related to identifying and incorporating risks from stranded assets – must be dismantled.

**We propose working with academics and financial professionals to quantify the impact of stranded assets and the subsequent implications for assessing investment opportunities until a fair price on externalities forces a change in valuation methodologies. Our goal is to establish the financial materiality of sustainability through empirical evidence. And through this analysis we hope to provoke a wider discussion about the need for investors, in particular those with long-term liabilities, to fundamentally reassess their investment thesis relating to externalities rather than simply hedging against them.**

---------------

28    Mercer Responsible Investment, *Climate Change Scenarios – Implications for Strategic Asset Allocation* (15 February 2011).

29    Mike Scott, 'Greenhouse gas cutters gain higher returns', *The Financial Times* (18 September 2011).

30    Isabelle Le Breton-Miller and Danny Miller, 'Why do some family businesses out-compete? Governance, long-term orientations, and sustainable capability', *Entrepreneurship Theory and Practice*, 30: 731-746. November 2006.

31    Jonathan Knee, *The Accidental Investment Banker*, 2007, p23.

*4 |* Achieving Sustainable Capitalism by 2020

## 2. MANDATE INTEGRATED REPORTING

The current pattern of communication between companies and investors perpetuates and reinforces short-termism in the market. In particular, there is at present inadequate sustainability disclosure in terms of both the quality of the content and the volume of reporting, compared to what is necessary to make information usable to investors.

While there has been significant progress in improving the reporting of sustainability metrics (eg, the Carbon Disclosure Project and the Global Reporting initiative), most disclosure is still not conducive to mainstream use by investors, since it typically lacks clear links with the company's financial performance and long-term prospects for success. Moreover, some companies with the capacity to measure nonfinancial data, (many already do so for internal purposes), are hesitant to publish any information that goes beyond regulatory requirements, out of fear of disclosing additional information to competitors or increased exposure to lawsuits. This is one of many reasons that new regulation must be enacted to level the playing field.

Few fund managers have analysts possessing the skills required to do bottom-up analyses of nonfinancial metrics. So, understandably, most fund managers look to third-party rating agencies to analyse company sustainability disclosures and provide ratings for them to interpret. With more than a hundred rating agencies providing such advice, there is significant variation in the quality and value of rating systems.[32] We applaud the commitment that some mainstream data companies, such as Bloomberg and Thomson Reuters, have made toward sustainability and support their efforts to increase standardisation and improve quality.

However, we believe that the best-run companies are those that are not only already making the links between sustainability and financial performance internally but are also sharing those links in their investor communications. Integrated reporting provides the framework to ensure that a company has a sustainable strategy and improves internal decision making by exposing itself to the discipline of the market. A handful of companies have already begun to make the switch to the integration of sustainability and financial metrics in their annual reports, explicitly showing the link between the two and, in the process, reinforcing the business case for Sustainable Capitalism.[33]

Given the greater degree of flexibility in reporting that privately held companies are afforded, they are in a position to provide leadership in developing integrated reports. Many leading global private equity funds have already taken steps to invest in improving the sustainability of their portfolio companies and are reporting on sustainability metrics (eg, KKR[34] and Doughty Hanson[35]). Funds could go further and persuade those companies comfortable with reporting the financial benefits of these activities to do so prior to going public.

_____

32   SustainAbility, *Rate the Raters: Phase Two* (2010): http://www.sustainability.com/library/rate-the-raters-phase-two.

33   Robert G Eccles and Michael Krzus, *One Report: Integrated Reporting for a Sustainable Strategy* (2010), and Robert G Eccles, Beiting Cheng and Daniela Saltzman, eds. *The Landscape of Integrated Reporting* (2010).

34   KKR, 'Creating Sustainable Value 2010 Report' http://www.kkr.com/ar/downloads/kkr_ESGreport.pdf.

35   Doughty Hanson & Co 'ESG Engagement', http://www.doughtyhanson.com/private-equity/esg-engagement.aspx.

# 4 | Achieving Sustainable Capitalism by 2020

We support efforts by Professor Bob Eccles[36] (at the Harvard Business School), the International Integrated Reporting Committee (IIRC)[37], and Aviva Investors[38] who collectively are leading progress in the field of integrated reporting. Yet even though these aforementioned actors are playing a critical role in shaping this nascent idea and encouraging voluntary action by companies, it is clear to us that significant, widespread change will only come about when integrated reporting is mandated. Although this policy intervention will vary on a country-by-country basis, securities regulators and stock exchanges are well suited to oversee the requirement for integrated reporting.[39] In South Africa, the Johannesburg Stock Exchange set an exemplary precedent in its 2011 decision to require all listed companies to either produce an integrated report or explain why they were not doing so. Even so, the mandating of integrated reporting is just the first step, as reporting standards around ESG information and its link to financial metrics will need to be refined continuously.

What is critical is that the information provided is material to investors and relevant to the specific sector and company. 'Cookie-cutter' forms that do not take into account variations in what is most relevant from one sector to another are not adequate. Additionally, accountants must work to provide assurance on nonfinancial information that is comparable to what they provide on financial metrics and by providing integrated assurance on both.

**We propose integrated reporting be mandated for publicly listed companies by the appropriate regulatory agencies and we encourage voluntary action by these companies in the short term to provide integrated reports until such regulation comes to pass. We also encourage investors to ask for integrated reports from their portfolio companies, including private equity investors, and that they incorporate this information in their investment decisions. Additionally, we support the growing commitment by privately held companies to produce integrated reports.**

## 3. END THE DEFAULT PRACTICE OF ISSUING QUARTERLY EARNINGS GUIDANCE

In the modern world, we often appear to be virtually hypnotised by the short term in our politics, in our culture, in business and well beyond. In business specifically, the vast majority of managers are now clearly choosing short-term profits over sustainable long-term growth. We have long known that an important part of the reason for this distortion is that executives are encouraged – by investor behaviour, by incentives and by business cultures – to focus on short-term earnings.

Investors have become increasingly impatient with CEOs of publicly listed companies who focus on longer-term value creation and are too quick to penalise stocks for short-term underperformance, even if it can be explained in the context of a long-term investment plan. In many cases, whether a company meets quarterly earnings guidance or not trumps the long-term performance incentives for a CEO and makes it much

---

36    Robert G Eccles and Daniela Saltzman, "Achieving Sustainability Through Integrated Reporting," *The Stanford Social Innovation Review* (2011).

37    International Integrated Reporting Committee, *Towards Integrated Reporting Communicating Value in the 21st Century*, 2011, http://theiirc.org/wp-content/uploads/2011/09/IR-Discussion-Paper-2011_spreads.pdf.

38    Aviva Investors, 'Earth Summit 2012- Towards agreement on a declaration for corporate sustainability reporting at Rio+20, 2011, http://www.aviva.com/data/media-uploads/news/File/pdf/2011/aviva_earth_summit_2012.pdf.

39    For an example of a customised strategy for the adoption of integrated reporting, conditional on the characteristics of each country, see Robert G Eccles and George Serafeim, 'Accelerating the Adoption of Integrated Reporting.' *CSR INDEX*, Francesco de Leo, Matthias Vollbracht, eds, InnoVatio Publishing Ltd, 2011.

# 4 | Achieving Sustainable Capitalism by 2020

harder for him or her to focus investors on the long-term strategy.

An empirical investigation conducted by Antia, Pantzalis and Park reveals that shorter CEO decision horizons are in fact "associated with more agency costs, lower firm valuation, and higher levels of information risk."[40] Research by Graham, Harvey and Rajagopal shows that 78% of managers will actually reject an NPV-positive project if it will lower quarterly earnings below consensus expectations. And, an astonishing 80% of managers would focus on this recurring, short-term metric – at the expense of building long-term shareholder value – by cutting discretionary spending, including research and development and advertising expense.[41] This is managing for the short term, not managing sustainably.

Work by Asker, Farre-Mensa and Ljunqvist reveals that this value-destroying habit is clearly manifested in data showing that publicly held companies are investing at half the rate of privately held companies when the gains from such investments will not be realised on a quarterly basis.[42] They also show that this applies when an individual company switches between public and private ownership. And, they make the obvious point that this leaves public companies less able to take advantage of new business opportunities.

For some companies, not providing quarterly earnings guidance would help alleviate the pressure on managers to meet financial performance expectations on a quarterly basis, and allow them to focus instead on building the business for long-term profitability. However, because the majority of public companies provide quarterly earnings guidance, there is a 'collective action' problem for CEOs and boards that want to stop the practice. Therefore, we applaud the few CEOs who, despite criticism, have decided to stop giving earnings guidance and have talked openly about what investors should expect from the management time-horizon. For other companies – and even whole sectors – quarterly guidance may be appropriate, but the decision to offer it ought to be part of a company's well-justified strategy and not simply a reflexive and unthinking response to the prevailing habits of the market.

**We propose bringing together a significant group of CEOs who have already stopped providing quarterly earnings guidance with others who pledge to stop doing so as a catalyst for change around this practice.**

## 4. ALIGN COMPENSATION STRUCTURES WITH LONG-TERM SUSTAINABLE PERFORMANCE

Presently, most compensation schemes disproportionately emphasise short-term performance and fail to hold financial professionals and corporate executives accountable for the longer-term ramifications of their decisions. In addition to accepted industry practices, political and regulatory infrastructure does little to foster more appropriate methods of compensation. As others have pointed out, "remuneration is one of the ultimate

---

40    Antia Murad, Christos Pantzalis, and Jung Chul Park, 'CEO decision horizon and firm performance: an empirical investigation', *Journal of Corporate Finance 16* (2010) 288-301.

41    John R Graham, Campbell R Harvey and Shiva Rajgopal, *The Economic Implications of Corporate Financial Reporting* (Journal of Accounting and Economics, 2005, v 40 (1-3, Dec), 3-73, 2004). http://www.nber.org/papers/w10550.

42    Asker, John William, Farre-Mensa, Joan and Ljungqvist, Alexander, *Comparing the Investment Behavior of Public and Private Firms* (July 29 2011). ECGI - Finance Working Paper No. 282/2010.

# 4 | Achieving Sustainable Capitalism by 2020

expressions of your values."[43] And the current standards that reward short-term performance at the expense of long-term value creation speak volumes about the prevailing priorities in much of business today.

While the absolute amount that executives and fund managers receive in pay should be debated, given the rise in income inequality, our focus is instead on the importance of aligning their financial rewards to the period over which results are realised.[44] This action will create a more sustainable society by closely linking pay with long-term performance that takes both financial and ESG metrics into consideration for a comprehensive evaluation.

For corporate executives, stock-option based compensation schemes have not achieved the desired goal of aligning executives' decision making with the long-term good of the company; and in fact Antia, Pantzalis, and Park show that "giving too much stock options might decrease [CEO] decision horizon and thus lead to poor firm performance".[45] Dominic Barton, the global managing director of McKinsey & Company, proposes that given the complexity of this issue, there will never be a one-size-fits-all approach. However, the compensation structures set by boards, and specifically remuneration committees, should be modified to allow the consideration of links between compensation and the fundamental drivers of long-term value – such as innovation and efficiency – and not just links to share price; those setting compensation should also consider extending the time frame for executive evaluations by using rolling multi-year milestones; and they should create real downside risk for executives who do not manage for long-term value creation.

Similar principles apply to asset managers, as there has been insufficient consideration of the role performance fees and compensation plans can play in promoting long-term perspectives. While there has been significant focus on management fees (particularly on reducing them), we do not believe that there has been adequate discussion of performance fees and incentives, how they are structured, and their appropriate weighting relative to management fees. Similar to corporate executives, asset managers should be subject to rolling multiyear performance milestones. We therefore urge asset owners to evaluate and benchmark the compensation and performance fee structure of asset managers to assess whether or not they truly have embedded a long-term horizon in their practices.

**We propose that the compensation structures for both executives and asset managers be revised (either through voluntary action, board mandate, or pressure from asset owners) so that they are aligned with long-term financial and ESG performance. We urge asset owners to create incentives for asset managers through fee structures that reward long-term performance.**

## 5. ENCOURAGE LONG-TERM INVESTING WITH LOYALTY-DRIVEN SECURITIES

The data on the rapidly declining holding periods for stocks and the rise in high-frequency trading (HFT) reveal that the average holding period for US equities held more or less steady at around seven years from

---

43    Richard Milne and Michael Steen, 'Executive bonuses tied to green targets', *The Financial Times* (24 February 2010).

44    Al Gore and David Blood, 'Toward Sustainable Capitalism,' *The Wall Street Journal* (24 June 2010).

45    Murad Antia, Christos Pantzalis and Jung Chul Park, *CEO decision horizon and firm performance: an empirical investigation*, (17 March 2008): http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1107422.

# 4 | Achieving Sustainable Capitalism by 2020

1940 until the mid-1970s[46], at which point, with the advent of computer technology in finance, it dropped precipitously. By 2011 it was down to seven months.[47] Now, HFT accounts for approximately 70% of consolidated trading volume in the US and 77% in the UK.[48] While we accept that investors may have to sell stock for reasons that are beyond their control (eg, a change in actuarial models that requires a portfolio reallocation) and that carefully balancing time-horizons with appropriate levels of liquidity is essential, the dominance of short-termism in the market – facilitated by algorithmic trading – is correlated with stock price volatility.[49] This in turn fosters general market instability as opposed to useful liquidity (as evident in the 'Flash Crash' of 6 May 2010)[50], and undermines the efforts of executives who are trying to manage for long-term value creation.

Companies can take a proactive stance against this growing trend toward short-termism, and the growing volatility it creates in the markets – which can in turn have a negative impact on their share price – by attracting long-term investors with patient capital. In many cases, this is done informally through investor relations activities. But companies ought to extend this principle by rewarding investors who invest for the long term. Emerging models such as the loyalty dividend[51] or the loyalty-shares (L-Shares) concept[52] provide suggestions for how this can be achieved. These two ideas both provide incentives for investors to hold shares for a longer period, through the promise of an additional financial gain at the end of a contractually agreed upon period (usually several years).

Realistically, even though long-term investors may hold a particular stock for several years, the extent of their ownership position in a company does fluctuate based on a revised view of the market and updates to portfolio holdings. However, this does not negate the power of loyalty securities in attracting and retaining patient capital, as these instruments promote long-term investment horizons among investors and facilitate stability in financial markets, thereby playing an important role in promoting the mainstreaming of Sustainable Capitalism.

Implementing these models will require overcoming the technical challenges in the way share registers are maintained in order to track share ownership and reward long-term investors. However, the financial incentive if shareholders do register their ownership and the benefit to companies who wish to communicate more directly with shareholders ought to create sufficient reason to overcome these potential problems.

**We propose that companies issue loyalty-driven securities that are only paid to investors who have held stock for more than three years.**

------------

46    Andrew G Haldane, 'Patience and Finance'. *Presented at the Oxford China Business Forum*, Beijing, 2 September 2010.

47    Dominic Barton, 'Capitalism for the Long Term', *The Harvard Business Review* (March 2011).

48    Frank Zhang and Stuart Baden Powell, 'The Impact of High-Frequency Trading on Markets', *CFA Magazine*, March-April 2011, Vol 22, No 2: pp 10-11.

49    Frank X Zhang, *The Effect of High-Frequency Trading on Stock Volatility and Price Discovery* (Yale University School of Management, 2010).

50    Frank Zhang and Stuart Baden Powell, 'The Impact of High-Frequency Trading on Markets', *CFA Magazine*, March-April 2011, Vol 22, No 2: pp 10-11.

51    Hermes Investment Management Limited, 'Position Paper: Hermes' approach to loyalty dividends', 2011.

52    Patrick Bolton and Frederic Samama, *L-Shares: Rewarding Long-term Investors*, 2010. http://cgt.columbia.edu/files/papers/Bolton_Samama_L-Shares-Rewarding_Long-Term_Investors.pdf.

# 4 | Achieving Sustainable Capitalism by 2020

## FIVE BROADER IDEAS THAT MERIT ONGOING SUPPORT AND ATTENTION

We also believe that there are five broader ideas that merit ongoing support and attention.

### 1. REINFORCE SUSTAINABILITY AS A FIDUCIARY ISSUE

While the business case for sustainability is clear, some directors of companies and of investment funds continue to be unsure about whether sustainability is a fiduciary issue. Accordingly, the Generation Foundation conducted a review of the legal case for sustainability as a fiduciary issue in 2005.[53] In the years since, the idea of sustainability as a fiduciary duty has gained momentum, even though implementation lags.

However, it is clear that the broad trend is toward the acceptance of sustainability issues as a legitimate consideration by directors and even, increasingly, as an obligatory consideration. In this regard, we wish to draw attention to the precedent-setting action by Intel, when in March 2010, the company made sustainability a fiduciary duty by amending its corporate charter to include mandatory reporting on "corporate responsibility and sustainability performance."[54]

We support the principles of Flexible Purpose Corporations[55] and Benefit Corporations.[56] These new corporate forms allow companies to articulate their strategy and performance across multiple dimensions, explicitly highlighting sustainability as core to fiduciary duty.

### 2. CREATE ADVISORY SERVICES FOR SUSTAINABLE ASSET MANAGEMENT

The investment consultancy industry provides essential advice to investment funds both on the qualities of particular asset managers and on asset allocation strategies. While many of the leading investment consultancies have invested in developing sustainable investment teams and are conducting significant research in the area, in most cases sustainability has not yet penetrated mainstream investment consulting advice.

Although many mainstream investment funds are not currently demanding information about sustainability issues from their investment consultants, that failure does not change the affirmative duty that investment consultants have to inform clients of the financial materiality of sustainability. The range of ways that sustainability can be incorporated into investing is wide but this makes it even more important that investment consultants are able to distinguish between the approaches taken by fund managers and to understand the implications that this has for their performance and impact on sustainability.

------

53   Jed Emerson and Tim Little for The Generation Foundation, *The Prudent Trustee* (2005). http://www.genfound.org/i/the-prudent-trustee.pdf.

54   Intel, Board of Directors Corporate Governance & Nominating Committee Charter. 18 March 2010. http://files.shareholder.com/downloads/INTC/1437464744x0x296261/88E8EEFB-D387-4A2B-982E-3430CA17C541/2008_01_BOD_Charter_Corporate_Governance_Committee.pdf

55   Susan H Mac Cormac, 'Baking Social and Environmental Values into Corporate DNA', CSR Wire, March 2011. http://csrwiretalkback.tumblr.com/post/4150462923/baking-social-and-environmental-values-into-corporate.

56   B Corp 'Passed Benefit Corporation Legislation', *Public Policy*: http://www.bcorporation.net/publicpolicy (Accessed October 2011).

# 4 | Achieving Sustainable Capitalism by 2020

We support the creation of an independent investment consultancy focused on providing high quality advice on the relative attractiveness of sustainable investment products as well as on sustainable asset allocation. The consultancy would create healthy competition within the industry and encourage other players to invest in expanding their sustainability advisory services across asset classes.

## 3. EXPAND THE RANGE AND DEPTH OF SUSTAINABLE INVESTMENT PRODUCTS

There are an increasing number of sustainable investment products from both mainstream and boutique investors. Mainstreaming Sustainable Capitalism will require products from a range of asset classes and will require that the best products reach scale. We particularly support the scaling of products beyond the traditional focus of public equity. But given the lack of track records for many new products, it will be essential for intermediaries and others to consider how to position such products effectively.

## 4. RECONSIDER THE APPROPRIATE DEFINITION OF GROWTH BEYOND GDP

Rampant hyper-consumption fuelled by easy access to credit has not only destroyed value in the global economy but has also done significant harm to the environment – and yet is still counted as a positive contribution to 'progress', as measured by GDP growth. As part of the transition to Sustainable Capitalism, the previously assumed metric for success – maximum growth – must be reconsidered in the context of consumption, income distribution, and quality-of-life indicators.[57] The quality, not simply the quantity, of growth should be valued.

By ignoring externalities, GDP is too narrow a definition of growth. As other have cited, more needs to be done to build consensus around what metrics should be measured (and therefore will be managed) in order to track *sustainable* growth – at both the country and company level – and more should be done subsequently to integrate the new definition of progress into political and business decision making.

## 5. INTEGRATE SUSTAINABILITY INTO BUSINESS EDUCATION AT ALL LEVELS

Mainstreaming Sustainable Capitalism requires the incorporation of sustainability into the education and training of current and future managers, consultants, executives and investors.

The continuing education of current practitioners should include:

> › raising awareness among asset managers of the importance of sustainable investing and providing information on how to launch ESG products across asset classes;
> › working with investor-relations teams and investment consultants who can encourage adoption by their respective investor base of long-term sustainability orientated thinking; and
> › training corporate boards on how to integrate sustainability into their duties and strategic planning for companies.

To educate future leaders, undergraduate and business school courses should integrate sustainability

---

57    Professor Joseph E Stiglitz, Professor Amartya Sen, Professor Jean-Paul Fitoussi, "Report by the Commission on the Measurement of Economic Performance and Social Progress", 2009. http://www.stiglitz-sen-fitoussi.fr/documents/rapport_anglais.pdf.

# 4 | Achieving Sustainable Capitalism by 2020

across a range of disciplines. The Chartered Financial Analysts (CFA) certification should continue to expand the sustainability related issues included in its tested material and training programmes within financial institutions, and consulting firms should incorporate this material as well.

## OUR COMMITMENT

Sustainability has always been at Generation's core. While we have advocated consistently for the integration of sustainability principles in business, we envision this paper as not only a call to action for other investors and members of the business community but also as an opportunity to renew our own commitment to Sustainable Capitalism.

To honour that commitment, we intend to use two distinct channels – our investment management business and the Generation Foundation – to further develop and implement the actions we have recommended.

Through our investment business, we will continue to formulate investment strategies that fully integrate sustainability factors with fundamental analysis. Sustainability will remain a key driver of long-term value creation. Additionally, we will engage with our portfolio companies on what we regard as the appropriate action to promote these changes and will offer our guidance, when necessary, on how best to implement these new practices.

The Generation Foundation, which is funded by 5% of Generation Investment Management's profits on an annual basis, is critical to our own efforts to mainstream Sustainable Capitalism by 2020. We will use The Foundation to partner with relevant organisations, where appropriate, and to fund research and advocacy work related to the action items and broader issues for ongoing support proposed in this paper. Through our knowledge and opportunity to convene, we will support ongoing efforts to accelerate the transition to Sustainable Capitalism.

## TOPICS FOR FURTHER RESEARCH

In addition to the priority action items and broader ideas we support, there are several other subjects that will play a pivotal role in mainstreaming Sustainable Capitalism. While we did not have the ability to explore all of them with the necessary level of detail they deserve in this paper, we encourage others with greater subject matter expertise on these issues to further investigate them. They are:

› the role of policy and regulation in supporting Sustainable Capitalism;

› more effective engagement between business, government, and the NGO community;

› the implications of diverting wealth to shadow banking activities and financial engineering;

› rising inequality of income and wealth;

› the link between Sustainable Capitalism and the billions who do not directly interact with the markets;

› behavioural economics in the context of making the transition to a sustainable economy;

› Sustainable Capitalism and entrepreneurship; and

› enforcement of both a transaction tax and carbon tax to encourage long termism.

# 5 | Conclusion

Contemporary Chinese artist Ai Weiwei observed that "Liberty is about the right to question everything."[58] This empowering statement reminds us that those who have the abiiity to question the status quo shouid cherish the priviiege and make their voices heard. Oniy through coiiective discourse are we abie to advance, by refining or even compieteiy changing key tenets of our society. Simiiar to the way artists often draw inspiration from chaiienging times, perhaps companies and investors can use the giobai financiai crisis as a cataiyst to reshape how we view the worid and to foster positive change.

The barriers to mainstreaming Sustainabie Capitaiism are formidabie but not insurmountabie. We beiieve that the actions for change we are recommending, taken together, wiii affect the entire business ecosystem and encourage reform by investors, companies, government and civii society aiike to adopt iong-term horizons and consider ESG factors in addition to financiai ones.

These actions wiii aiso drive the deveiopment of soiutions for our sustainabiiity chaiienges. By this we mean not oniy investing in assets using an integrated sustainabiiity methodoiogy but activeiy funding projects and companies that are developing the solutions to sustainability challenges themselves (eg, smart grid infrastructure service firms, iow income housing deveiopers and affordabie iife-saving drugs).

According to Tim Jackson, the Economics Commissioner on the UK Sustainabie Deveiopment Commission, "Questioning growth is deemed to be the act of iunatics, ideaiists and revoiutionaries. But question it we must."[59] The exercise of refiecting on the sustainabiiity of current business practices and deveioping ways to improve going forward requires us to revise our views on the nature of the vaiue we create, the type of expansion we seek and how we measure success.

incrementai change wiii prove insufficient to mainstream Sustainabie Capitaiism by 2020. So, iike an artist at the easei, our goai is not to make superficiai touch-ups that conceai deep structurai fiaws beneath. We are caiiing for a fresh canvas on which, together, we can paint a new picture of our future.

**Copyright © 2012 Generation Investment Management LLP. All rights reserved.**

---

58   Ai Wei Wei Sunflower Seed Exhibition, Tate Modern, London Engiand, 2011, http://www.tate.org.uk/about/pressoffice/pressreleases/2010/21489.htm.

59   Jackson, Tim, *Prosperity Without Growth: Economics for a Finite Planet*. London: Earthscan, 2009.

# Appendix: Experts Consulted

We would like to thank the experts who graciously donated their time and wisdom throughout the development of this paper:

› Jacques Aigrain, LCH Clearnet Group Ltd
› Jane Ambachtsheer, Mercer
› Victoria Arroyo, Georgetown Law
› Byron Auguste, McKinsey & Company
› Giulio Boccaletti, McKinsey & Company
› Elisabeth Bourqui, Mercer
› Erik Brenninkmeijer, COFRA Holding AG
› Melissa Brown, Serasi Capital
› Ben Caldecott, Climate Change Capital
› Laura Callanan, McKinsey & Company
› Alice Chappie, Forum for the Future
› Aron Cramer, BSR
› Ruth Curran, Forum for the Future
› Brian Czech, Center for the Advancement of the Steady State Economy
› Richard Davies, Bank of England
› Mark Dominik, Deutsche Bank
› Robert Eccles, Harvard Business School
› Matt Edge, Partners Capital
› Mark Florman, British Private Equity and Venture Capital Association
› Marc Fox, Goldman Sachs
› Michele Giddens, Bridges Ventures
› James Gifford, UN PRI
› John Goldstein, Imprint Capital
› Gordon Hagart, Australia Future Fund
› Bracken Hendricks, Center for American Progress
› Don Henry, Australian Conservation Fund
› Andreas Hoepner, University of St. Andrews and UN PRI
› Catherine Howarth, Fairpensions
› Anwar Ibrahim, Opposition Leader- Parliament of Malaysia
› Ioannis Ioannou, London Business School
› Erica Karp, UBS
› Bruce Kahn, Deutsche Bank
› Mitchell Kapor, Mitchell Kapor Foundation
› Andrew Kassoy, B-Corporation
› Joel Kenrick, UK Department of Energy and Climate Change

# Appendix: Experts Consulted

› Tom Kiely, McKinsey & Company
› Phil Kirshman, UBS
› Mark Kramer, FSG
› Jonathan Lash, Hampshire College
› James Leaton, Carbon Tracker Initiative
› Michael Lent, Veris Wealth Partners
› Alexander Ljungqvist, NYU Stern
› Thierry Lombard, Lombard Odier
› Mindy Lubber, Ceres
› Robert Kinloch Massie, Initiative for Responsible Investment at Harvard University
› Peter Malik, Natural Resources Defense Council
› Tony Manwaring, Tomorrow's Company
› Mira Merme, Independent Advisor
› Amanda McCluskey, Colonial First State
› Susan Mac Cormac, Morrison Foerster, LLP
› Charlie Moore, Center for Corporate Philanthropy
› Jeremy Oppenheim, McKinsey & Company
› Shilpa Patel, IFC
› Jonathon Porritt, Forum for the Future
› Diana Propper, Expansion Capital Partners
› Mary Robinson, Mary Robinson Foundation - Climate Justice
› Curtis Ravenel, Bloomberg
› Will Rosenzweig, Physic Ventures
› Judith Samuelson, Aspen Institute
› John Sauven, Greenpeace UK
› Orville Schell, Center on US-China Relations
› Elliot Schwartz, Committee for Economic Development
› Jason Scott, EKO Asset Management Partners
› George Serafeim, Harvard Business School
› Michael Toffel, Harvard Business School
› Nigel Topping, Carbon Disclosure Project
› Roger Urwin, Towers Watson
› Thomas Van Dyck, RBC Wealth Management
› Bob Welsh, Sustainability Advisers
› Lisa Woll, US SIF
› David Wood, Initiative for Responsible Investment at Harvard University
› Simon Zadek, Global Green Growth Initiative and Centre for International Governance Innovation

Generation Investment Management LLP
20 Air Street
London
W1B 5AN
U.K.

Main: +44 (0) 207 534 4700
Fax: +44 (0) 207 534 4701

suscap@generationim.com



**Technical Support Document: -
Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis -
Under Executive Order 12866 -**

**Interagency Working Group on Social Cost of Carbon, United States Government**

**With participation by**

Council of Economic Advisers
Council on Environmental Quality
Department of Agriculture
Department of Commerce
Department of Energy
Department of Transportation
Environmental Protection Agency
National Economic Council
Office of Management and Budget
Office of Science and Technology Policy
Department of the Treasury

**May 2013**

## Executive Summary

Under Executive Order 12866, agencies are required, to the extent permitted by law, "to assess both the costs and the benefits of the intended regulation and, recognizing that some costs and benefits are difficult to quantify, propose or adopt a regulation only upon a reasoned determination that the benefits of the intended regulation justify its costs." The purpose of the "social cost of carbon" (SCC) estimates presented here is to allow agencies to incorporate the social benefits of reducing carbon dioxide ($CO_2$) emissions into cost-benefit analyses of regulatory actions that impact cumulative global emissions. The SCC is an estimate of the monetized damages associated with an incremental increase in carbon emissions in a given year. It is intended to include (but is not limited to) changes in net agricultural productivity, human health, property damages from increased flood risk, and the value of ecosystem services due to climate change.

The interagency process that developed the original U.S. government's SCC estimates is described in the 2010 interagency technical support document (TSD) (Interagency Working Group on Social Cost of Carbon 2010).  Through that process the interagency group selected four SCC values for use in regulatory analyses. Three values are based on the average SCC from three integrated assessment models (IAMs), at discount rates of 2.5, 3, and 5 percent. The fourth value, which represents the 95th percentile SCC estimate across all three models at a 3 percent discount rate, is included to represent higher-than-expected impacts from temperature change further out in the tails of the SCC distribution.

While acknowledging the continued limitations of the approach taken by the interagency group in 2010, this document provides an update of the SCC estimates based on new versions of each IAM (DICE, PAGE, and FUND). It does not revisit other interagency modeling decisions (e.g., with regard to the discount rate, reference case socioeconomic and emission scenarios, or equilibrium climate sensitivity). Improvements in the way damages are modeled are confined to those that have been incorporated into the latest versions of the models by the developers themselves in the peer-reviewed literature.

The SCC estimates using the updated versions of the models are higher than those reported in the 2010 TSD.  By way of comparison, the four 2020 SCC estimates reported in the 2010 TSD were $7, $26, $42 and $81 (2007$). The corresponding four updated SCC estimates for 2020 are $12, $43, $65, and $129 (2007$).  The model updates that are relevant to the SCC estimates include: an explicit representation of sea level rise damages in the DICE and PAGE models;  updated adaptation assumptions, revisions to ensure damages are constrained by GDP, updated regional scaling of damages, and a revised treatment of potentially abrupt shifts in climate damages in the PAGE model; an updated carbon cycle in the DICE model; and updated damage functions for sea level rise impacts, the agricultural sector, and reduced space heating requirements, as well as changes to the transient response of temperature to the buildup of GHG concentrations and the inclusion of indirect effects of methane emissions in the FUND model. The SCC estimates vary by year, and the  following table summarizes the revised SCC estimates from 2010 through 2050.

**Revised Social Cost of $CO_2$, 2010 – 2050 (in 2007 dollars per metric ton of $CO_2$)**

| Discount Rate | 5.0% | 3.0% | 2.5% | 3.0% |
|---|---|---|---|---|
| Year | Avg | Avg | Avg | 95th |
| 2010 | 11 | 33 | 52 | 90 |
| 2015 | 12 | 38 | 58 | 109 |
| 2020 | 12 | 43 | 65 | 129 |
| 2025 | 14 | 48 | 70 | 144 |
| 2030 | 16 | 52 | 76 | 159 |
| 2035 | 19 | 57 | 81 | 176 |
| 2040 | 21 | 62 | 87 | 192 |
| 2045 | 24 | 66 | 92 | 206 |
| 2050 | 27 | 71 | 98 | 221 |

## I.        Purpose

The purpose of this document is to update the schedule of social cost of carbon (SCC) estimates from the 2010 interagency technical support document (TSD) (Interagency Working Group on Social Cost of Carbon 2010).[1] E.O. 13563 commits the Administration to regulatory decision making "based on the best available science."[2]  Additionally, the interagency group recommended in 2010 that the SCC estimates be revisited on a regular basis or as model updates that reflect the growing body of scientific and economic knowledge become available.[3]  New versions of the three integrated assessment models used by the U.S. government to estimate the SCC (DICE, FUND, and PAGE), are now available and have been published in the peer reviewed literature. While acknowledging the continued limitations of the approach taken by the interagency group in 2010 (documented in the original 2010 TSD), this document provides an update of the SCC estimates based on the latest peer-reviewed version of the models, replacing model versions that were developed up to ten years ago in a rapidly evolving field. It does not revisit other assumptions with regard to the discount rate, reference case socioeconomic and emission scenarios, or equilibrium climate sensitivity. Improvements in the way damages are modeled are confined to those that have been incorporated into the latest versions of the models by the developers themselves in the peer-reviewed literature. The agencies participating in the interagency working group continue to investigate potential improvements to the way in which economic damages associated with changes in $CO_2$ emissions are quantified.

Section II summarizes the major updates relevant to SCC estimation that are contained in the new versions of the integrated assessment models released since the 2010 interagency report. Section III presents the updated schedule of SCC estimates for 2010 – 2050 based on these versions of the models. Section IV provides a discussion of other model limitations and research gaps.

## II.        Summary of Model Updates

This section briefly summarizes changes to the most recent versions of the three integrated assessment models (IAMs) used by the interagency group in 2010. We focus on describing those model updates that are relevant to estimating the social cost of carbon, as summarized in Table 1. For example, both the DICE and PAGE models now include an explicit representation of sea level rise damages. Other revisions to PAGE include: updated adaptation assumptions, revisions to ensure damages are constrained by GDP, updated regional scaling of damages, and a revised treatment of potentially abrupt shifts in climate damages.  The DICE model's simple carbon cycle has been updated to be more consistent with a more complex climate model. The FUND model includes updated damage functions for sea level rise impacts, the agricultural sector, and reduced space heating requirements, as well as changes to the transient response of temperature to the buildup of GHG concentrations and the inclusion of indirect effects of

---

[1]  In this document, we present all values of the SCC as the cost per metric ton of $CO_2$ emissions. Alternatively, one could report the SCC as the cost per metric ton of carbon emissions. The multiplier for translating between mass of $CO_2$ and the mass of carbon is 3.67 (the molecular weight of $CO_2$ divided by the molecular weight of carbon = 44/12 = 3.67).

[2] http://www.whitehouse.gov/sites/default/files/omb/inforeg/eo12866/eo13563_01182011.pdf

[3] See p. 1, 3, 4, 29, and 33 (Interagency Working Group on Social Cost of Carbon 2010).

methane emissions. Changes made to parts of the models that are superseded by the interagency working group's modeling assumptions – regarding equilibrium climate sensitivity, discounting, and socioeconomic variables – are not discussed here but can be found in the references provided in each section below.

**Table 1: Summary of Key Model Revisions Relevant to the Interagency SCC**

| IAM | Version used in 2010 Interagency Analysis | New Version | Key changes relevant to interagency SCC |
|---|---|---|---|
| DICE | 2007 | 2010 | Updated calibration of the carbon cycle model and explicit representation of sea level rise (SLR) and associated damages. |
| FUND | 3.5 (2009) | 3.8 (2012) | Updated damage functions for space heating, SLR, agricultural impacts, changes to transient response of temperature to buildup of GHG concentrations, and inclusion of indirect climate effects of methane. |
| PAGE | 2002 | 2009 | Explicit representation of SLR damages, revisions to damage function to ensure damages do not exceed 100% of GDP, change in regional scaling of damages, revised treatment of potential abrupt damages, and updated adaptation assumptions. |

### A.  DICE

DICE 2010 includes a number of changes over the previous 2007 version used in the 2010 interagency report. The model changes that are relevant for the SCC estimates developed by the interagency working group include: 1) updated parameter values for the carbon cycle model, 2) an explicit representation of sea level dynamics, and 3) a re-calibrated damage function that includes an explicit representation of economic damages from sea level rise. Changes were also made to other parts of the DICE model—including the equilibrium climate sensitivity parameter, the rate of change of total factor productivity, and the elasticity of the marginal utility of consumption—but these components of DICE are superseded by the interagency working group's assumptions and so will not be discussed here. More details on DICE2007 can be found in Nordhaus (2008) and on DICE2010 in Nordhaus (2010).  The DICE2010 model and documentation is also available for download from the homepage of William Nordhaus.

*Carbon Cycle Parameters*

DICE uses a three-box model of carbon stocks and flows to represent the accumulation and transfer of carbon among the atmosphere, the shallow ocean and terrestrial biosphere, and the deep ocean. These parameters are "calibrated to match the carbon cycle in the Model for the Assessment of Greenhouse

Gas Induced Climate Change (MAGICC)" (Nordhaus 2008 p 44).[4] Carbon cycle transfer coefficient values in DICE2010 are based on re-calibration of the model to match the newer 2009 version of MAGICC (Nordhaus 2010 p 2). For example, in DICE2010, in each decade, 12 percent of the carbon in the atmosphere is transferred to the shallow ocean, 4.7 percent of the carbon in the shallow ocean is transferred to the atmosphere, 94.8 percent remains in the shallow ocean, and 0.5 percent is transferred to the deep ocean. For comparison, in DICE 2007, 18.9 percent of the carbon in the atmosphere is transferred to the shallow ocean each decade, 9.7 percent of the carbon in the shallow ocean is transferred to the atmosphere, 85.3 percent remains in the shallow ocean, and 5 percent is transferred to the deep ocean.

The implication of these changes for DICE2010 is in general a weakening of the ocean as a carbon sink and therefore a higher concentration of carbon in the atmosphere than in DICE2007, for a given path of emissions. All else equal, these changes will generally increase the level of warming and therefore the SCC estimates in DICE2010 relative to those from DICE2007.

*Sea Level Dynamics*

A new feature of DICE2010 is an explicit representation of the dynamics of the global average sea level anomaly to be used in the updated damage function (discussed below). This section contains a brief description of the sea level rise (SLR) module; a more detailed description can be found on the model developer's website.[5] The average global sea level anomaly is modeled as the sum of four terms that represent contributions from: 1) thermal expansion of the oceans, 2) melting of glaciers and small ice caps, 3) melting of the Greenland ice sheet, and 4) melting of the Antarctic ice sheet.

The parameters of the four components of the SLR module are calibrated to match consensus results from the IPCC's Fourth Assessment Report (AR4).[6] The rise in sea level from thermal expansion in each time period (decade) is 2 percent of the difference between the sea level in the previous period and the long run equilibrium sea level, which is 0.5 meters per degree Celsius (°C) above the average global temperature in 1900. The rise in sea level from the melting of glaciers and small ice caps occurs at a rate of 0.008 meters per decade per °C above the average global temperature in 1900.

The contribution to sea level rise from melting of the Greenland ice sheet is more complex. The equilibrium contribution to SLR is 0 meters for temperature anomalies less than 1 °C and increases linearly from 0 meters to a maximum of 7.3 meters for temperature anomalies between 1 °C and 3.5 °C. The contribution to SLR in each period is proportional to the difference between the previous period's sea level anomaly and the equilibrium sea level anomaly, where the constant of proportionality increases with the temperature anomaly in the current period.

---

[4] MAGICC is a simple climate model initially developed by the U.S. National Center for Atmospheric Research that has been used heavily by the Intergovernmental Panel on Climate Change (IPCC) to emulate projections from more sophisticated state of the art earth system simulation models (Randall et al. 2007).

[5] Documentation on the new sea level rise module of DICE is available on William Nordhaus' website at: http://nordhaus.econ.yale.edu/documents/SLR_021910.pdf.

[6] For a review of post-IPCC AR4 research on sea level rise, see Nicholls et al. (2011) and NAS (2011).

The contribution to SLR from the melting of the Antarctic ice sheet is -0.001 meters per decade when the temperature anomaly is below 3 °C and increases linearly between 3 °C and 6 °C to a maximum rate of 0.025 meters per decade at a temperature anomaly of 6 °C.

*Re-calibrated Damage Function*

Economic damages from climate change in the DICE model are represented by a fractional loss of gross economic output in each period. A portion of the remaining economic output in each period (net of climate change damages) is consumed and the remainder is invested in the physical capital stock to support future economic production, so each period's climate damages will reduce consumption in that period and in all future periods due to the lost investment. The fraction of output in each period that is lost due to climate change impacts is represented as one minus a fraction, which is one divided by a quadratic function of the temperature anomaly, producing a sigmoid ("S"-shaped) function.[7] The loss function in DICE2010 has been expanded by adding a quadratic function of SLR to the quadratic function of temperature. In DICE2010 the temperature anomaly coefficients have been recalibrated to avoid double-counting damages from sea level rise that were implicitly included in these parameters in DICE2007.

The aggregate damages in DICE2010 are illustrated by Nordhaus (2010 p 3), who notes that "…damages in the uncontrolled (baseline) [i.e., reference] case … in 2095 are $12 trillion, or 2.8 percent of global output, for a global temperature increase of 3.4 °C above 1900 levels." This compares to a loss of 3.2 percent of global output at 3.4 °C in DICE2007. However, in DICE2010, annual damages are lower in most of the early periods of the modeling horizon but higher in later periods than would be calculated using the DICE2007 damage function. Specifically, the percent difference between damages in the base run of DICE2010 and those that would be calculated using the DICE2007 damage function starts at +7 percent in 2005, decreases to a low of -14 percent in 2065, then continuously increases to +20 percent by 2300 (the end of the interagency analysis time horizon), and to +160 percent by the end of the model time horizon in 2595. The large increases in the far future years of the time horizon are due to the permanence associated with damages from sea level rise, along with the assumption that the sea level is projected to continue to rise long after the global average temperature begins to decrease. The changes to the loss function generally decrease the interagency working group SCC estimates slightly given that relative increases in damages in later periods are discounted more heavily, all else equal.

## B. FUND

FUND version 3.8 includes a number of changes over the previous version 3.5 (Narita et al. 2010) used in the 2010 interagency report. Documentation supporting FUND and the model's source code for all versions of the model is available from the model authors.[8] Notable changes, due to their impact on the

---

[7] The model and documentation, including formulas, are available on the author's webpage at http://www.econ.yale.edu/~nordhaus/homepage/RICEmodels.htm.

[8] http://www.fund-model.org/. This report uses version 3.8 of the FUND model, which represents a modest update to the most recent version of the model to appear in the literature (version 3.7) (Anthoff and Tol, 2013). For the purpose of computing the SCC, the relevant changes (between 3.7 to 3.8) are associated with improving

SCC estimates, are adjustments to the space heating, agriculture, and sea level rise damage functions in addition to changes to the temperature response function and the inclusion of indirect effects from methane emissions.[9] We discuss each of these in turn.

*Space Heating*

In FUND, the damages associated with the change in energy needs for space heating are based on the estimated impact due to one degree of warming. These baseline damages are scaled based on the forecasted temperature anomaly's deviation from the one degree benchmark and adjusted for changes in vulnerability due to economic and energy efficiency growth. In FUND 3.5, the function that scales the base year damages adjusted for vulnerability allows for the possibility that in some simulations the benefits associated with reduced heating needs may be an unbounded convex function of the temperature anomaly. In FUND 3.8, the form of the scaling has been modified to ensure that the function is everywhere concave and that there will exist an upper bound on the benefits a region may receive from reduced space heating needs. The new formulation approaches a value of two in the limit of large temperature anomalies, or in other words, assuming no decrease in vulnerability, the reduced expenditures on space heating at any level of warming will not exceed two times the reductions experienced at one degree of warming. Since the reduced need for space heating represents a benefit of climate change in the model, or a negative damage, this change will increase the estimated SCC. This update accounts for a significant portion of the difference in the expected SCC estimates reported by the two versions of the model when run probabilistically.

*Sea Level Rise and Land Loss*

The FUND model explicitly includes damages associated with the inundation of dry land due to sea level rise. The amount of land lost within a region is dependent upon the proportion of the coastline being protected by adequate sea walls and the amount of sea level rise. In FUND 3.5 the function defining the potential land lost in a given year due to sea level rise is linear in the rate of sea level rise for that year. This assumption implicitly assumes that all regions are well represented by a homogeneous coastline in length and a constant uniform slope moving inland. In FUND 3.8 the function defining the potential land lost has been changed to be a convex function of sea level rise, thereby assuming that the slope of the shore line increases moving inland. The effect of this change is to typically reduce the vulnerability of some regions to sea level rise based land loss, thereby lowering the expected SCC estimate. [10]

*Agriculture*

---

consistency with IPCC AR4 by adjusting the atmospheric lifetimes of CH4 and N2O and incorporating the indirect forcing effects of CH4, along with making minor stability improvements in the sea wall construction algorithm.
[9] The other damage sectors (water resources, space cooling, land loss, migration, ecosystems, human health, and extreme weather) were not significantly updated.
[10] For stability purposes this report also uses an update to the model which assumes that regional coastal protection measures will be built to protect the most valuable land first, such that the marginal benefits of coastal protection is decreasing in the level of protection following Fankhauser (1995).

In FUND, the damages associated with the agricultural sector are measured as proportional to the sector's value. The fraction is bounded from above by one and is made up of three additive components that represent the effects from carbon fertilization, the rate of temperature change, and the level of the temperature anomaly. In both FUND 3.5 and FUND 3.8, the fraction of the sector's value lost due to the level of the temperature anomaly is modeled as a quadratic function with an intercept of zero. In FUND 3.5, the coefficients of this loss function are modeled as the ratio of two random normal variables. This specification had the potential for unintended extreme behavior as draws from the parameter in the denominator approached zero or went negative. In FUND 3.8, the coefficients are drawn directly from truncated normal distributions so that they remain in the range $[0,\infty)$ and $(-\infty,0]$, respectively, ensuring the correct sign and eliminating the potential for divide by zero errors. The means for the new distributions are set equal to the ratio of the means from the normal distributions used in the previous version. In general the impact of this change has been to decrease the range of the distribution while spreading out the distributions' mass over the remaining range relative to the previous version. The net effect of this change on the SCC estimates is difficult to predict.

*Transient Temperature Response*

The temperature response model translates changes in global levels of radiative forcing into the current expected temperature anomaly. In FUND, a given year's increase in the temperature anomaly is based on a mean reverting function where the mean equals the equilibrium temperature anomaly that would eventually be reached if that year's level of radiative forcing were sustained. The rate of mean reversion defines the rate at which the transient temperature approaches the equilibrium. In FUND 3.5, the rate of temperature response is defined as a decreasing linear function of equilibrium climate sensitivity to capture the fact that the progressive heat uptake of the deep ocean causes the rate to slow at higher values of the equilibrium climate sensitivity. In FUND 3.8, the rate of temperature response has been updated to a quadratic function of the equilibrium climate sensitivity. This change reduces the sensitivity of the rate of temperature response to the level of the equilibrium climate sensitivity, a relationship first noted by Hansen et al. (1985) based on the heat uptake of the deep ocean. Therefore in FUND 3.8, the temperature response will typically be faster than in the previous version. The overall effect of this change is likely to increase estimates of the SCC as higher temperatures are reached during the timeframe analyzed and as the same damages experienced in the previous version of the model are now experienced earlier and therefore discounted less.

*Methane*

The IPCC AR4 notes a series of indirect effects of methane emissions, and has developed methods for proxying such effects when computing the global warming potential of methane (Forster et al. 2007). FUND 3.8 now includes the same methods for incorporating the indirect effects of methane emissions. Specifically, the average atmospheric lifetime of methane has been set to 12 years to account for the feedback of methane emissions on its own lifetime. The radiative forcing associated with atmospheric methane has also been increased by 40% to account for its net impact on ozone production and stratospheric water vapor. All else equal, the effect of this increased radiative forcing will be to increase the estimated SCC values, due to greater projected temperature anomaly.

### C.   PAGE

PAGE09 (Hope 2013) includes a number of changes from PAGE2002, the version used in the 2010 SCC interagency report. The changes that most directly affect the SCC estimates include: explicitly modeling the impacts from sea level rise, revisions to the damage function to ensure damages are constrained by GDP, a change in the regional scaling of damages, a revised treatment for the probability of a discontinuity within the damage function, and revised assumptions on adaptation. The model also includes revisions to the carbon cycle feedback and the calculation of regional temperatures.[11] More details on PAGE09 can be found in Hope (2011a, 2011b, 2011c). A description of PAGE2002 can be found in Hope (2006).

*Sea Level Rise*

While PAGE2002 aggregates all damages into two categories – economic and non-economic impacts -, PAGE09 adds a third explicit category: damages from sea level rise. In the previous version of the model, damages from sea level rise were subsumed by the other damage categories. In PAGE09 sea level damages increase less than linearly with sea level under the assumption that land, people, and GDP are more concentrated in low-lying shoreline areas. Damages from the economic and non-economic sector were adjusted to account for the introduction of this new category.

*Revised Damage Function to Account for Saturation*

In PAGE09, small initial economic and non-economic benefits (negative damages) are modeled for small temperature increases, but all regions eventually experience economic damages from climate change, where damages are the sum of additively separable polynomial functions of temperature and sea level rise. Damages transition from this polynomial function to a logistic path once they exceed a certain proportion of remaining Gross Domestic Product (GDP) to ensure that damages do not exceed 100 percent of GDP. This differs from PAGE2002, which allowed Eastern Europe to potentially experience large benefits from temperature increases, and which also did not bound the possible damages that could be experienced.

*Regional Scaling Factors*

As in the previous version of PAGE, the PAGE09 model calculates the damages for the European Union (EU) and then, assumes that damages for other regions are proportional based on a given scaling factor. The scaling factor in PAGE09 is based on the length of a region's coastline relative to the EU (Hope 2011b). Because of the long coastline in the EU, other regions are, on average, less vulnerable than the EU for the same sea level and temperature increase, but all regions have a positive scaling factor. PAGE2002 based its scaling factors on four studies reported in the IPCC's third assessment report, and allowed for benefits from temperature increase in Eastern Europe, smaller impacts in developed countries, and higher damages in developing countries.

---

[11] Because several changes in the PAGE model are structural (e.g., the addition of sea level rise and treatment of discontinuity), it is not possible to assess the direct impact of each change on the SCC in isolation as done for the other two models above.

*Probability of a Discontinuity*

In PAGE2002, the damages associated with a "discontinuity" (nonlinear extreme event) were modeled as an expected value. Specifically, a stochastic probability of a discontinuity was multiplied by the damages associated with a discontinuity to obtain an expected value, and this was added to the economic and non-economic impacts.  That is, additional damages from an extreme event, such as extreme melting of the Greenland ice sheet, were multiplied by the probability of the event occurring and added to the damage estimate. In PAGE09, the probability of discontinuity is treated as a discrete event for each year in the model. The damages for each model run are estimated either with or without a discontinuity occurring, rather than as an expected value. A large-scale discontinuity becomes possible when the temperature rises beyond some threshold value between 2 and 4°C. The probability that a discontinuity will occur beyond this threshold then increases by between 10 and 30 percent for every 1°C rise in temperature beyond the threshold. If a discontinuity occurs, the EU loses an additional 5 to 25 percent of its GDP (drawn from a triangular distribution with a mean of 15 percent) in addition to other damages, and other regions lose an amount determined by the regional scaling factor. The threshold value for a possible discontinuity is lower than in PAGE2002, while the rate at which the probability of a discontinuity increases with the temperature anomaly and the damages that result from a discontinuity are both higher than in PAGE2002. The model assumes that only one discontinuity can occur and that the impact is phased in over a period of time, but once it occurs, its effect is permanent.

*Adaptation*

As in PAGE2002, adaptation is available to help mitigate any climate change impacts that occur. In PAGE this adaptation is the same regardless of the temperature change or sea level rise and is therefore akin to what is more commonly considered a reduction in vulnerability. It is modeled by reducing the damages by some percentage. PAGE09 assumes a smaller decrease in vulnerability than the previous version of the model and assumes that it will take longer for this change in vulnerability to be realized. In the aggregated economic sector, at the time of full implementation, this adaptation will mitigate all damages up to a temperature increase of 1°C, and for temperature anomalies between  1°C and 2°C, it will reduce damages by 15-30 percent (depending on the region). However, it takes 20 years to fully implement this adaptation. In PAGE2002, adaptation was assumed to reduce economic sector damages up to 2°C by 50-90 percent after 20 years. Beyond 2°C, no adaptation is assumed to be available to mitigate the impacts of climate change. For the non-economic sector, in PAGE09 adaptation is available to reduce 15 percent of the damages due to a temperature increase between 0°C and 2°C and is assumed to take 40 years to fully implement, instead of 25 percent of the damages over 20 years assumed in PAGE2002. Similarly, adaptation is assumed to alleviate 25-50 percent of the damages from the first 0.20 to 0.25 meters of sea level rise but is assumed to be ineffective thereafter. Hope (2011c) estimates that the less optimistic assumptions regarding the ability to offset impacts of temperature and sea level rise via adaptation increase the SCC by approximately 30 percent.

*Other Noteworthy Changes*

Two other changes in the model are worth noting. There is a change in the way the model accounts for decreased $CO_2$ absorption on land and in the ocean as temperature rises. PAGE09 introduces a linear feedback from global mean temperature to the percentage gain in the excess concentration of $CO_2$, capped at a maximum level. In PAGE2002, an additional amount was added to the $CO_2$ emissions each period to account for a decrease in ocean absorption and a loss of soil carbon. Also updated is the method by which the average global and annual temperature anomaly is downscaled to determine annual average regional temperature anomalies to be used in the regional damage functions. In PAGE2002, the scaling was determined solely based on regional difference in emissions of sulfate aerosols. In PAGE09, this regional temperature anomaly is further adjusted using an additive factor that is based on the average absolute latitude of a region relative to the area weighted average absolute latitude of the Earth's landmass, to capture relatively greater changes in temperature forecast to be experienced at higher latitudes.

## III.    Revised SCC Estimates

The updated versions of the three integrated assessment models were run using the same methodology detailed in the 2010 TSD (Interagency Working Group on Social Cost of Carbon 2010). The approach along with the inputs for the socioeconomic emissions scenarios, equilibrium climate sensitivity distribution, and discount rate remains the same. This includes the five reference scenarios based on the EMF-22 modeling exercise, the Roe and Baker equilibrium climate sensitivity distribution calibrated to the IPCC AR4, and three constant discount rates of 2.5, 3, and 5 percent.

As was previously the case, the use of three models, three discount rates, and five scenarios produces 45 separate distributions for the global SCC. The approach laid out in the 2010 TSD applied equal weight to each model and socioeconomic scenario in order to reduce the dimensionality down to three separate distributions representative of the three discount rates. The interagency group selected four values from these distributions for use in regulatory analysis. Three values are based on the average SCC across models and socio-economic-emissions scenarios at the 2.5, 3, and 5 percent discount rates, respectively. The fourth value was chosen to represent the higher-than-expected economic impacts from climate change further out in the tails of the SCC distribution. For this purpose, the 95th percentile of the SCC estimates at a 3 percent discount rate was chosen. (A detailed set of percentiles by model and scenario combination and additional summary statistics for the 2020 values is available in the Appendix.)  As noted in the 2010 TSD, "the 3 percent discount rate is the central value, and so the central value that emerges is the average SCC across models at the 3 percent discount rate" (Interagency Working Group on Social Cost of Carbon 2010, p. 25). However, for purposes of capturing the uncertainties involved in regulatory impact analysis, the interagency group emphasizes the importance and value of including all four SCC values.

Table 2 shows the four selected SCC estimates in five year increments from 2010 to 2050. Values for 2010, 2020, 2030, 2040, and 2050 are calculated by first combining all outputs (10,000 estimates per

model run) from all scenarios and models for a given discount rate. Values for the years in between are calculated using linear interpolation. The full set of revised annual SCC estimates between 2010 and 2050 is reported in the Appendix.

**Table 2: Revised Social Cost of $CO_2$, 2010 – 2050 (in 2007 dollars per metric ton of $CO_2$)**

| Discount Rate Year | 5.0% Avg | 3.0% Avg | 2.5% Avg | 3.0% 95th |
|---|---|---|---|---|
| 2010 | 11 | 33 | 52 | 90 |
| 2015 | 12 | 38 | 58 | 109 |
| 2020 | 12 | 43 | 65 | 129 |
| 2025 | 14 | 48 | 70 | 144 |
| 2030 | 16 | 52 | 76 | 159 |
| 2035 | 19 | 57 | 81 | 176 |
| 2040 | 21 | 62 | 87 | 192 |
| 2045 | 24 | 66 | 92 | 206 |
| 2050 | 27 | 71 | 98 | 221 |

The SCC estimates using the updated versions of the models are higher than those reported in the 2010 TSD due to the changes to the models outlined in the previous section. By way of comparison, the 2020 SCC estimates reported in the original TSD were $7, $26, $42 and $81 (2007$) (Interagency Working Group on Social Cost of Carbon 2010).  Figure 1 illustrates where the four SCC values for 2020 fall within the full distribution for each discount rate based on the combined set of runs for each model and scenario (150,000 estimates in total for each discount rate). In general, the distributions are skewed to the right and have long tails. The Figure also shows that the lower the discount rate, the longer the right tail of the distribution.

**Figure 1: Distribution of SCC Estimates for 2020 (in 2007$ per metric ton $CO_2$)**



As was the case in the 2010 TSD, the SCC increases over time because future emissions are expected to produce larger incremental damages as physical and economic systems become more stressed in response to greater climatic change. The approach taken by the interagency group is to compute the cost of a marginal ton emitted in the future by running the models for a set of perturbation years out to 2050. Table 3 illustrates how the growth rate for these four SCC estimates varies over time.

**Table 3: Average Annual Growth Rates of SCC Estimates between 2010 and 2050**

| Average Annual Growth Rate (%) | 5.0% Avg | 3.0% Avg | 2.5% Avg | 3.0% 95th |
|---|---|---|---|---|
| 2010-2020 | 1.2% | 3.2% | 2.4% | 4.3% |
| 2020-2030 | 3.4% | 2.1% | 1.7% | 2.4% |
| 2030-2040 | 3.0% | 1.8% | 1.5% | 2.0% |
| 2040-2050 | 2.6% | 1.6% | 1.3% | 1.5% |

The future monetized value of emission reductions in each year (the SCC in year *t* multiplied by the change in emissions in year *t*) must be discounted to the present to determine its total net present value for use in regulatory analysis. As previously discussed in the 2010 TSD, damages from future emissions should be discounted at the same rate as that used to calculate the SCC estimates themselves to ensure internal consistency – i.e., future damages from climate change, whether they result from emissions today or emissions in a later year, should be discounted using the same rate.

Under current OMB guidance contained in Circular A-4, analysis of economically significant proposed and final regulations from the domestic perspective is required, while analysis from the international perspective is optional. However, the climate change problem is highly unusual in at least two respects. First, it involves a global externality: emissions of most greenhouse gases contribute to damages around

14

the world even when they are emitted in the United States. Consequently, to address the global nature of the problem, the SCC must incorporate the full (global) damages caused by GHG emissions. Second, climate change presents a problem that the United States alone cannot solve. Even if the United States were to reduce its greenhouse gas emissions to zero, that step would be far from enough to avoid substantial climate change. Other countries would also need to take action to reduce emissions if significant changes in the global climate are to be avoided. Emphasizing the need for a global solution to a global problem, the United States has been actively involved in seeking international agreements to reduce emissions and in encouraging other nations, including emerging major economies, to take significant steps to reduce emissions. When these considerations are taken as a whole, the interagency group concluded that a global measure of the benefits from reducing U.S. emissions is preferable.   For additional discussion, see the 2010 TSD.

## IV.    Other Model Limitations and Research Gaps

The 2010 interagency SCC TSD discusses a number of important limitations for which additional research is needed. In particular, the document highlights the need to improve the quantification of both non-catastrophic and catastrophic damages, the treatment of adaptation and technological change, and the way in which inter-regional and inter-sectoral linkages are modeled. While the new version of the models discussed above offer some improvements in these areas, further work remains warranted.  The 2010 TSD also discusses the need to more carefully assess the implications of risk aversion for SCC estimation as well as the inability to perfectly substitute between climate and non-climate goods at higher temperature increases, both of which have implications for the discount rate used. EPA, DOE, and other agencies continue to engage in research on modeling and valuation of climate impacts that can potentially improve SCC estimation in the future.

## References

Anthoff, D. and Tol, R.S.J.  2013. The uncertainty about the social cost of carbon: a decomposition analysis using FUND.  *Climatic Change* 117: 515–530.

Fankhauser, S. 1995. Valuing climate change: The economics of the greenhouse. London, England: Earthscan.

Forster, P., V. Ramaswamy, P. Artaxo, T. Berntsen, R. Betts, D.W. Fahey, J. Haywood, J. Lean, D.C. Lowe, G. Myhre, J. Nganga, R. Prinn, G. Raga, M. Schulz and R. Van Dorland. 2007. Changes in Atmospheric Constituents and in Radiative Forcing. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M.Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Hope, Chris. 2006. "The Marginal Impact of $CO_2$ from PAGE2002: An Integrated Assessment Model Incorporating the IPCC's Five Reasons for Concern." *The Integrated Assessment Journal*. 6(1): 19–56.

Hope, Chris. 2011a "The PAGE09 Integrated Assessment Model: A Technical Description" Cambridge Judge Business School Working Paper No. 4/2011 (April). Accessed November 23, 2011: http://www.jbs.cam.ac.uk/research/working_papers/2011/wp1104.pdf.

Hope, Chris. 2011b "The Social Cost of $CO_2$ from the PAGE09 Model" Cambridge Judge Business School Working Paper No. 5/2011 (June). Accessed November 23, 2011: http://www.jbs.cam.ac.uk/research/working_papers/2011/wp1105.pdf.

Hope, Chris. 2011c "New Insights from the PAGE09 Model: The Social Cost of $CO_2$" Cambridge Judge Business School Working Paper No. 8/2011 (July). Accessed November 23, 2011: http://www.jbs.cam.ac.uk/research/working_papers/2011/wp1108.pdf.

Hope, C. 2013. Critical issues for the calculation of the social cost of $CO_2$: why the estimates from PAGE09 are higher than those from PAGE2002. *Climatic Change* 117: 531–543.

Interagency Working Group on Social Cost of Carbon. 2010. Social Cost of Carbon for Regulatory Impact Analysis under Executive Order 12866. February. United States Government. http://www.whitehouse.gov/sites/default/files/omb/inforeg/for-agencies/Social-Cost-of-Carbon-for-RIA.pdf.

Meehl, G.A., T.F. Stocker, W.D. Collins, P. Friedlingstein, A.T. Gaye, J.M. Gregory, A. Kitoh, R. Knutti, J.M. Murphy, A. Noda, S.C.B. Raper, I.G. Watterson, A.J. Weaver and Z.-C. Zhao. 2007. Global Climate Projections. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

Narita, D., R. S. J. Tol and D. Anthoff. 2010. Economic costs of extratropical storms under climate change: an application of FUND. *Journal of Environmental Planning and Management* 53(3): 371-384.

National Academy of Sciences. 2011. *Climate Stabilization Targets: Emissions, Concentrations, and Impacts over Decades to Millennia*. Washington, DC: National Academies Press, Inc.

Nicholls, R.J., N. Marinova, J.A. Lowe, S. Brown, P. Vellinga, D. de Gusmão, J. Hinkel and R.S.J. Tol. 2011. Sea-level rise and its possible impacts given a 'beyond 4°C world' in the twenty-first century. *Phil. Trans. R. Soc. A* 369(1934): 161-181.

Nordhaus, W. 2010. Economic aspects of global warming in a post-Copenhagen environment. *Proceedings of the National Academy of Sciences* 107(26): 11721-11726.

Nordhaus, W. 2008. A Question of Balance: Weighing the Options on Global Warming Policies. New Haven, CT: Yale University Press.

Randall, D.A., R.A. Wood, S. Bony, R. Colman, T. Fichefet, J. Fyfe, V. Kattsov, A. Pitman, J. Shukla, J. Srinivasan, R.J. Stouffer, A. Sumi and K.E. Taylor. 2007. Climate Models and Their Evaluation. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M.

Marquis, K.B. Averyt, M.Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

**Appendix**

**Table A1: Annual SCC Values: 2010-2050 (2007$/metric ton $CO_2$)**

| Discount Rate Year | 5.0% Avg | 3.0% Avg | 2.5% Avg | 3.0% 95th |
|---|---|---|---|---|
| 2010 | 11 | 33 | 52 | 90 |
| 2011 | 11 | 34 | 54 | 94 |
| 2012 | 11 | 35 | 55 | 98 |
| 2013 | 11 | 36 | 56 | 102 |
| 2014 | 11 | 37 | 57 | 106 |
| 2015 | 12 | 38 | 58 | 109 |
| 2016 | 12 | 39 | 60 | 113 |
| 2017 | 12 | 40 | 61 | 117 |
| 2018 | 12 | 41 | 62 | 121 |
| 2019 | 12 | 42 | 63 | 125 |
| 2020 | 12 | 43 | 65 | 129 |
| 2021 | 13 | 44 | 66 | 132 |
| 2022 | 13 | 45 | 67 | 135 |
| 2023 | 13 | 46 | 68 | 138 |
| 2024 | 14 | 47 | 69 | 141 |
| 2025 | 14 | 48 | 70 | 144 |
| 2026 | 15 | 49 | 71 | 147 |
| 2027 | 15 | 49 | 72 | 150 |
| 2028 | 15 | 50 | 73 | 153 |
| 2029 | 16 | 51 | 74 | 156 |
| 2030 | 16 | 52 | 76 | 159 |
| 2031 | 17 | 53 | 77 | 163 |
| 2032 | 17 | 54 | 78 | 166 |
| 2033 | 18 | 55 | 79 | 169 |
| 2034 | 18 | 56 | 80 | 172 |
| 2035 | 19 | 57 | 81 | 176 |
| 2036 | 19 | 58 | 82 | 179 |
| 2037 | 20 | 59 | 84 | 182 |
| 2038 | 20 | 60 | 85 | 185 |
| 2039 | 21 | 61 | 86 | 188 |
| 2040 | 21 | 62 | 87 | 192 |
| 2041 | 22 | 63 | 88 | 195 |
| 2042 | 22 | 64 | 89 | 198 |
| 2043 | 23 | 65 | 90 | 200 |
| 2044 | 23 | 65 | 91 | 203 |
| 2045 | 24 | 66 | 92 | 206 |
| 2046 | 24 | 67 | 94 | 209 |
| 2047 | 25 | 68 | 95 | 212 |
| 2048 | 25 | 69 | 96 | 215 |
| 2049 | 26 | 70 | 97 | 218 |
| 2050 | 27 | 71 | 98 | 221 |

**Table A2: 2020 Global SCC Estimates at 2.5 Percent Discount Rate (2007\$/metric ton $CO_2$)**

| Percentile | 1st | 5th | 10th | 25th | 50th | Avg | 75th | 90th | 95th | 99th |
|---|---|---|---|---|---|---|---|---|---|---|
| Scenario[12] | | | | | PAGE | | | | | |
| IMAGE | 6 | 11 | 15 | 27 | 58 | 129 | 139 | 327 | 515 | 991 |
| MERGE | 4 | 6 | 9 | 16 | 34 | 78 | 82 | 196 | 317 | 649 |
| MESSAGE | 4 | 8 | 11 | 20 | 42 | 108 | 107 | 278 | 483 | 918 |
| MiniCAM Base | 5 | 9 | 12 | 22 | 47 | 107 | 113 | 266 | 431 | 872 |
| 5th Scenario | 2 | 4 | 6 | 11 | 25 | 85 | 68 | 200 | 387 | 955 |

| Scenario | | | | | DICE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | 25 | 31 | 37 | 47 | 64 | 72 | 92 | 123 | 139 | 161 |
| MERGE | 14 | 18 | 20 | 26 | 36 | 40 | 50 | 65 | 74 | 85 |
| MESSAGE | 20 | 24 | 28 | 37 | 51 | 58 | 71 | 95 | 109 | 221 |
| MiniCAM Base | 20 | 25 | 29 | 38 | 53 | 61 | 76 | 102 | 117 | 135 |
| 5th Scenario | 17 | 22 | 25 | 33 | 45 | 52 | 65 | 91 | 106 | 126 |

| Scenario | | | | | FUND | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | -17 | -1 | 5 | 17 | 34 | 44 | 59 | 90 | 113 | 176 |
| MERGE | -7 | 2 | 7 | 16 | 30 | 35 | 49 | 72 | 91 | 146 |
| MESSAGE | -19 | -4 | 2 | 12 | 27 | 32 | 46 | 70 | 87 | 135 |
| MiniCAM Base | -9 | 1 | 8 | 18 | 35 | 45 | 59 | 87 | 108 | 172 |
| 5th Scenario | -30 | -12 | -5 | 6 | 19 | 24 | 35 | 57 | 72 | 108 |

**Table A3: 2020 Global SCC Estimates at 3 Percent Discount Rate (2007\$/metric ton $CO_2$)**

| Percentile | 1st | 5th | 10th | 25th | 50th | Avg | 75th | 90th | 95th | 99th |
|---|---|---|---|---|---|---|---|---|---|---|
| Scenario | | | | | PAGE | | | | | |
| IMAGE | 4 | 7 | 10 | 18 | 38 | 91 | 95 | 238 | 385 | 727 |
| MERGE | 2 | 4 | 6 | 11 | 23 | 56 | 58 | 142 | 232 | 481 |
| MESSAGE | 3 | 5 | 7 | 13 | 29 | 75 | 74 | 197 | 330 | 641 |
| MiniCAM Base | 3 | 5 | 8 | 14 | 30 | 73 | 75 | 184 | 300 | 623 |
| 5th Scenario | 1 | 3 | 4 | 7 | 17 | 58 | 48 | 136 | 264 | 660 |

| Scenario | | | | | DICE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | 16 | 21 | 24 | 32 | 43 | 48 | 60 | 79 | 90 | 102 |
| MERGE | 10 | 13 | 15 | 19 | 25 | 28 | 35 | 44 | 50 | 58 |
| MESSAGE | 14 | 18 | 20 | 26 | 35 | 40 | 49 | 64 | 73 | 83 |
| MiniCAM Base | 13 | 17 | 20 | 26 | 35 | 39 | 49 | 65 | 73 | 85 |
| 5th Scenario | 12 | 15 | 17 | 22 | 30 | 34 | 43 | 58 | 67 | 79 |

| Scenario | | | | | FUND | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | -14 | -3 | 1 | 9 | 20 | 25 | 35 | 54 | 69 | 111 |
| MERGE | -8 | -1 | 3 | 9 | 18 | 22 | 31 | 47 | 60 | 97 |
| MESSAGE | -16 | -5 | -1 | 6 | 16 | 18 | 28 | 43 | 55 | 88 |
| MiniCAM Base | -9 | -1 | 3 | 10 | 21 | 27 | 35 | 53 | 67 | 107 |
| 5th Scenario | -22 | -10 | -5 | 2 | 10 | 13 | 20 | 33 | 42 | 63 |

---

[12] See 2010 TSD for a description of these scenarios.

19

**Table A4: 2020 Global SCC Estimates at 5 Percent Discount Rate (2007$/metric ton $CO_2$)**

| Percentile | 1st | 5th | 10th | 25th | 50th | Avg | 75th | 90th | 95th | 99th |
|---|---|---|---|---|---|---|---|---|---|---|
| Scenario | | | | | PAGE | | | | | |
| IMAGE | 1 | 2 | 2 | 5 | 10 | 28 | 27 | 71 | 123 | 244 |
| MERGE | 1 | 1 | 2 | 3 | 7 | 17 | 17 | 45 | 75 | 153 |
| MESSAGE | 1 | 1 | 2 | 4 | 9 | 24 | 22 | 60 | 106 | 216 |
| MiniCAM Base | 1 | 1 | 2 | 3 | 8 | 21 | 21 | 54 | 94 | 190 |
| 5th Scenario | 0 | 1 | 1 | 2 | 5 | 18 | 14 | 41 | 78 | 208 |

| Scenario | | | | | DICE | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | 6 | 8 | 9 | 11 | 14 | 15 | 18 | 22 | 25 | 27 |
| MERGE | 4 | 5 | 6 | 7 | 9 | 10 | 12 | 15 | 16 | 18 |
| MESSAGE | 6 | 7 | 8 | 10 | 12 | 13 | 16 | 20 | 22 | 25 |
| MiniCAM Base | 5 | 6 | 7 | 8 | 11 | 12 | 14 | 18 | 20 | 22 |
| 5th Scenario | 5 | 6 | 6 | 8 | 10 | 11 | 14 | 17 | 19 | 21 |

| Scenario | | | | | FUND | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| IMAGE | -9 | -5 | -3 | -1 | 2 | 3 | 6 | 11 | 15 | 25 |
| MERGE | -6 | -3 | -2 | 0 | 3 | 4 | 7 | 12 | 16 | 27 |
| MESSAGE | -10 | -6 | -4 | -1 | 2 | 2 | 5 | 9 | 13 | 23 |
| MiniCAM Base | -7 | -3 | -2 | 0 | 3 | 4 | 7 | 11 | 15 | 26 |
| 5th Scenario | -11 | -7 | -5 | -2 | 0 | 0 | 3 | 6 | 8 | 14 |

**Table A5: Additional Summary Statistics of 2020 Global SCC Estimates**

| Discount rate: | 5.0% | | | | 3.0% | | | | 2.5% | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Statistic: | Mean | Variance | Skewness | Kurtosis | Mean | Variance | Skewness | Kurtosis | Mean | Variance | Skewness | Kurtosis |
| DICE | 12 | 26 | 2 | 15 | 38 | 409 | 3 | 24 | 57 | 1097 | 3 | 30 |
| PAGE | 22 | 1616 | 5 | 32 | 71 | 14953 | 4 | 22 | 101 | 29312 | 4 | 23 |
| FUND | 3 | 560 | -170 | 35222 | 21 | 22487 | -85 | 18842 | 36 | 68055 | -46 | 13105 |



# POLICY BRIEF



WORLD
RESOURCES
INSTITUTE

## MORE THAN MEETS THE EYE
# The Social Cost of Carbon in U.S. Climate Policy, in Plain English

RUTH GREENSPAN BELL AND DIANNE CALLAN

## SUMMARY

Presidents since Ronald Reagan have required that significant rules issued by the federal government be accompanied through intra-governmental review by a cost-benefit analysis. In addition, the Obama administration (like the Bush administration before it) has imposed a requirement to assess climate regulation through the lens of a figure (or range of figures) known as the "social cost of carbon" (SCC). The SCC estimates the benefit to be achieved, expressed in monetary value, by avoiding the damage caused by each additional metric ton (tonne) of carbon dioxide ($CO_2$) put into the atmosphere.

The impact of SCC numbers is not theoretical and has consequences for the government regulatory process and therefore for the strength of regulations on climate change that emerge from it. Application of this tool can be problematic to achieving optimum outcomes for society.

A growing literature indicates that developing the SCC requires assumptions that go well beyond the usual boundaries of science or economics. It requires many judgment calls that are hidden in complex economic models and largely invisible to policymakers and stakeholders.

The Obama administration has formulated a standardized approach to estimating the SCC for all new federal rules issued that would regulate greenhouse gases. In the case of climate change, the government calculates the cost imposed on society globally by each additional tonne of carbon dioxide ($CO_2$), the main greenhouse gas. These include health impacts, economic dislocation, agricultural changes, and other effects that climate change can impose on humanity. The benefit to society of avoiding those costs is summed up in the social cost of carbon.

In 2009 an interagency team of U.S. government specialists, tasked to estimate the SCC, reported a range of values from \$5 to \$65 per tonne of carbon dioxide. The choice of a final figure (or range of figures) is, in itself, a major policy decision, since it sets a likely ceiling for the cost per tonne that any federal regulation could impose on the economy to curb $CO_2$. At \$5 a tonne, government could do very little to regulate $CO_2$; at \$65, it could do significantly more. Higher SCC numbers, such as the United Kingdom's range of \$41–\$124 per tonne of $CO_2$ with a central value of \$83,[1] would justify, from an economics perspective, even more rigorous regulation.

This paper discusses the limitations that the special nature of climate change imposes on cost-benefit analysis and its constituent parts, primarily focusing on the estimation of the SCC. It explains in plain English the various steps in calculating the SCC, the weaknesses and strengths of those calculations, and how they are used to inform climate policy. The aim is to help policymakers, regulators, civil society, and others judge for themselves the reliability of using the resulting numbers in making policy decisions. Framed as a series of questions and answers, it also allows these stakeholders to understand the current debate within the economics community as to whether climate policy is a special case for which standard cost-benefit and SCC tools of the trade are not adequate to assess policy options.

Environmental Law Institute
2000 L Street, NW, Suite 620
Washington, DC 20036
Tel: (202) 939-3800
www.eli.org

World Resources Institute
10 G Street, NE, Suite 800
Washington, DC 20002
Tel: 202-729-7600
www.wri.org

Copyright 2011 Environmental Law Institute and World Resources Institute.
This work is licensed under the Creative Commons Attribution-NonCommercial-NoDerivative Works 3.0 License.

**July 2011**

## INTRODUCTION

As the U.S. federal government uses its rulemaking authority to address greenhouse gas emissions, it is important to understand the social cost of carbon (SCC) and its role within the process. When the federal government considers regulation, many values are at play, and the process engages various expertise including law, climate science, engineering, economics, and public policy as well as reaching out to consider the views of stakeholders. SCC provides a dollar figure, or range of dollar figures, that estimate the value of social benefits accrued by acting to reduce climate change. Because of the internal government process for evaluating proposed regulations, the SCC dollar figure, which is a tool devised by economists, can have significant impacts on decisionmakers if they approach regulation from the point of view that the *cost* per tonne to curb $CO_2$ should not be greater than its presumed *effectiveness* in achieving the result. The SCC value can also be misused if the limitations and caveats inherent in its estimation are not considered.

This paper takes no direct position on the merits of using cost-benefit analysis or estimating the social cost of carbon. Instead, it seeks to give non-economists a basic understanding of why and how SCC is calculated and to raise important points about its use, limitations, and assumptions.

### 1. What Is the Social Cost of Carbon?

The SCC is an estimate of the monetized damages associated with an incremental increase in greenhouse gas emissions in a given year. Another way of saying this is that the SCC is a measure of the benefit of reducing greenhouse gas emissions now and thereby avoiding costs in the future. As a very simple example, if emissions damage coral reefs, which in turn discourages tourists from visiting Australia, one cost incurred will be lost revenue to the tourist industry. Avoiding that cost is a benefit.

When economists seek to estimate the SCC, they must find a way to estimate the physical and human damages caused by $CO_2$ emissions and the resulting climate change. This enters the realm of scientists researching how growing greenhouse gas emissions are likely to affect the climate system. Climate scientists endeavor to understand a wide variety of harms that can range from more frequent extreme weather events to changes in normal, local climate patterns, to the direct and indirect consequences of ice-free summers in the Arctic.

| Box 1 | Carbon, $CO_2$, or Greenhouse Gases? |
|---|---|

Since many different greenhouse gases of varying strengths contribute to climate change, scientists use the concept of $CO_2$ equivalent ($CO_2$ –eq) to sum their climate change impacts. In calculating the $CO_2$ –eq, scientists also consider timescale because various greenhouses gases differ widely in their persistence in the atmosphere. However, in making the calculation of social cost of carbon, U.S. regulators as of mid-2011 have considered only the effects of regulating $CO_2$, largely because of a lack of data on compound-specific impacts of climate damages (although efforts have been undertaken to expand the scope beyond just $CO_2$).[1,2] $CO_2$ alone accounts for roughly 70% of the climate effects from greenhouse gases.

**Notes**

1. Alex L. Marten and Stephen C. Newbold, *Estimating the Social Cost of Non-$CO_2$ GHG Emissions: Methane and Nitrous Oxide* (U.S. EPA National Center for Environmental Economics, Working Paper No. 11-01, 2011).

2. U.S. Dept of Energy, Final Rule Technical Support Document: Energy Efficiency Program for Commercial and Indus. Equipment: Small Electric Motors, Appendix 15A. Social Cost of Carbon for Regulatory Impact Analysis under Exec. Order 12866 13 (Mar. 9, 2010) [hereinafter IWG Report], *available at* http://www1.eere.energy.gov/buildings/appliance_standards/commercial/sem_finalrule_tsd.html.

Economists do not second-guess the scientists. But they do pick and choose among the latter's many estimates, making judgments about which to include in the economic modeling of damages, and funneling the climate science through their own methods of modeling the world. As explained in more detail in Section 4, SCC estimates are calculated by taking—or trying to take—into consideration learning from climate science about a wide variety of factors such as net agricultural productivity loss, human health effects, and property damage from sea-level rise and changes in ecosystems. Economists fit some subset of these factors into one or more "integrated assessment models" (IAMs), as described later in this paper, to provide a single consistent framework for evaluating a total system response to rising carbon dioxide emissions, including interactions between various component parts of the various dynamic human and environmental subsystems.[2]

Regardless of the modeling approach, a fundamental challenge to this enterprise is uncertainty. Scientists cannot definitely state that certain pollution levels will lead to particular im-

 

pacts, which means that the consequences for humans could be much less or much more severe than the median estimate. For example, the loss of a forest to pine-bark-beetle infestation removes those trees from their role in sequestering carbon dioxide and purifying air, but the root system from the same forest might also have been helping to filter and clean water used by downstream human populations, or might have prevented landslides. In addition, the forest might have harbored vegetation used in medicines. The total loss in this example is not simple; a single loss (i.e., the loss of forest) might lead to multiple unexpected effects (i.e., air-quality impacts, loss of clean water, and future landslides), the nature and cost of which we are currently uncertain.

## 2. Why Estimate the Social Cost of Carbon?

Executive Orders since 1981 have required that proposed federal regulations undergo review by the White House's Office of Management and Budget (OMB) prior to being proposed and prior to adoption.[3] For "significant rules", the review must be accompanied by a formal Regulatory Impact Analysis (RIA). One required part of the RIA is a Cost-Benefit Analysis (CBA), which attempts to gauge whether a particular regulation is economically efficient by looking at the benefits (in economics language, the avoided costs) relative to the estimated costs of complying with the regulation.

The Office of Information and Regulatory Affairs (OIRA) within OMB manages the two-stage review process, acting essentially as traffic cop, with the authority to send a regulation back to the agency for revisions or reconsideration when the regulation is deemed not to "comport with the Executive Order's principles and the President's priorities."[4]

Broadly, the SCC informs policymakers from a cost-efficiency point of view how stringent to make regulations, by providing them with a figure that purports to estimate the monetary value of the damages caused by each additional tonne of $CO_2$ put into the atmosphere. In the review of federal regulations involving greenhouse gas emissions, the SCC estimates the benefits side of the cost-benefit equation. From that perspective, to conserve limited resources, society as a whole should not pay any more for these restrictions than is justified by the benefits received from compliance with the regulation. Thus, regulators seek to determine whether greenhouse emission standards for cars, which might cost $10 per tonne of reduced emissions, for example, will bring about benefits from reduced emissions that are worth that cost or more.[5]

Given the importance placed on the economic efficiency of regulatory decisions, the social cost of carbon could have a major impact upon the U.S. government's approach toward combating climate change.

## 3. How Does the SCC Influence U.S. Government Policy Decisions?

The SCC estimates used by the federal government before 2009 were expressed as a range of numbers, and not applied consistently. Different values were used in different rulemakings, even within the same agency.[6] For instance, the Department of Energy in a 2008 regulation of air conditioners and heat pumps estimated that the SCC was in the range of $0 and $20 per tonne but then failed to include this estimate in its cost-benefit analysis, arguing that the proposed regulation passed a cost-benefit test regardless of the SCC.[7]

In 2009, the Obama Administration created an interagency working group (IWG) to standardize the estimate of SCC to be used across federal agencies as they conduct Regulatory Impact Analyses.[8] The working group included the EPA, the Departments of Agriculture, Commerce, Energy, Transportation, and Treasury, and six other federal bodies.[9] Using modeling developed by economists and other analyses and tools described in detail in the following sections, the IWG panel report recommended a range of SCC values—$5, $21, $35, and $65 (in 2007 dollars)—per tonne of carbon dioxide with the intent that these values be used in individual rulemakings across government involving the regulation of $CO_2$.[10] $21 is the "central number" and carries the most weight in analysis.

So far these SCC values have been used in the Regulatory Impact Analysis for DOT/EPA rules imposing miles-per-gallon automobile fleet standards (CAFE) and Department of Energy regulations concerning energy efficiency standards.[11]

The interagency working group produced a range of numbers to reflect the fact that numerous important judgments must be made to calculate the SCC for any given rulemaking. The first three values reflect the use of three different discount rates (as discussed below, the choice of discount rate is controversial; the IWG sidestepped the issue by using three); the fourth shows the cost of worst-case impacts.[12] The IWG does not instruct federal agencies which discount rate to use, suggesting $21 per tonne of $CO_2$ as the "central" value but emphasizing "the importance of considering the full range."[13]

To put the U.S. numbers in perspective, when the U.K. government last calculated the SCC in 2009[14], its analysis yielded a

 

| Box 2 | The Stern Review |
|---|---|

In 2006, the U.K. government released a report from Sir Nicholas Stern, the Head of the Government Economic Service and former World Bank chief economist. The influential report reviewed the potential impacts of climate change and the economics of climate policy. Although its scope was much more wide-ranging than that of U.S. efforts to calculate a social cost of carbon, the report did include an estimated central number social cost of carbon of $85 per tonne of $CO_2$[1] The reasons for the wide disparity between SCC calculations are discussed in Section 4.c below.

**Note**

1. Nicholas Stern, The Economics of Climate Change xiv, 287 (2007). $85/tonne is the Stern review number based on business-as-usual projections, year 2000 prices. *Id.*

range of $41–$124 per tonne of $CO_2$ with a central value of $83.[15] The U.K. analysis used very different assumptions, including a much lower discount rate. Their resulting central value supports regulation four times as stringent as the U.S. central value.

In other words, the impact of the IWG's 2009 SCC calculation on federal policy and U.S. climate actions is substantial. With an SCC estimate of $21, only rules that, when implemented, would cost less than $21 per tonne of $CO_2$ reduced would be considered economically efficient. Economists Frank Ackerman and Elizabeth Stanton of the Stockholm Environment Institute point out that the U.S. central SCC number in 2010 translates to roughly 20 cents per gallon of gasoline, in their view "far too small a price incentive to prompt substantive mitigation measures."[16]

## 4. How Is the Social Cost of Carbon Estimated?

The SCC is estimated using complex economic models that seek to mimic or approximate the real-world factors that impose both costs and benefits on society, and thereby to examine the economic processes at play. The basic unit of emissions for the SCC calculation is a metric ton (tonne) of $CO_2$.[17] U.S. residents emitted on average 21 tonnes of $CO_2$ per person in 2005, as shown in Figure 1.[18]

Across the United States, one tonne of $CO_2$ is emitted, *on average*, by:[19]

- a family car every two and half months;
- a household's use of heating and cooking fuel every four months (if energy use were spread equally throughout the year and throughout the country);[20]

| Box 3 | Optimal Carbon Price or Shadow Price |
|---|---|

In an estimation distinct from the SCC, economists may also try to calculate the optimal carbon price to achieve a given policy objective. In the economists' toolbox, this reflects a preference to use price (for example, a tax rather than direct regulation) to reduce society's use of carbon dioxide. The model on which they work is the "rational economic actor"—someone whose actions are predicated on weighing the relative costs and benefits of different options and making a choice entirely based on these values (other relevant values reflecting other perspectives might include ethics, science, or political feasibility). Thus, they ask: what is the optimal price to change behavior—the rate that would cost the economy no more in reduced productivity than the climate damage it would prevent. Estimates of the Optimal Carbon Price are being deployed by U.K. decisionmakers who want to understand how much it will cost to reduce a tonne of carbon dioxide *to the levels their policy requires*. This is a similar exercise to determining the price that carbon should trade at in carbon markets. The United Kingdom has shifted to this approach and away from the SCC because domestically, and as part of the European Union, it is committed to achieving 20% GHG reductions below 1990 levels by 2020.[1]

The United Kingdom has a clear policy objective and is estimating the costs and benefits of carrying it out. In contrast, the United States has no official greenhouse gas emissions reduction requirements (except for the presidential commitment made in Copenhagen to reduce emissions 17% by 2020) and must justify action, regulation by regulation, based on cost-benefit analysis, using the SCC.

**Note**

1. The U.K. government pledged in May 2011 to adopt a carbon budget of 50% emissions cut averaged across the years 2023 to 2027, compared with 1990 levels, but this has yet to be enshrined in law.

- a household's use of electricity every six weeks;
- a microwave oven in typical use for seven years or a refrigerator for 15 months.

These are only a small sampling of the vast array of human activities that contribute to GHG emissions. Given their ubiquitous nature, efforts to reduce GHG emissions will impose costs on society, the extent of which is debated. These include the price of new energy technologies and more efficient appliances, vehicles, and heating and cooling systems, as well as the costs of replacing or upgrading existing infrastructure (for example, to replace or retire coal-burning power plants). Some households may face higher electricity bills; drivers may face higher costs of transportation and decide to switch to alternative forms of transport.

 



FIGURE 1

Percentage Emissions per
U.S. Resident, by Sector, 2005

Transportation
33%

Other:
Industry, retail,
government
46%

Residential
Electricity
15%

Home heating
and cooling
6%

These changes will also produce benefits (and can be considered investments in energy productivity). As noted earlier, economists define the benefits of reducing GHGs in terms of the avoided damages to be incurred from climate change in the future and estimate the social cost of carbon accordingly.[21]

For non-economists, this can be hard to grasp. Some of the real-world costs avoided are relatively obvious, although perhaps difficult to translate into monetary damages. These include increasingly more intense floods and droughts, which are producing corresponding increases in damage and costs, as recorded by the insurance industry. However, since there have always been floods and droughts, the challenge is to estimate which of these can be connected to a changing climate. Where it gets even harder is to identify and monetize the potential wider, ripple-effect consequences of extreme weather events such as famine, dislocation, mass migrations, civil instability, potential conflicts, and wars. How can one price loss of life, or cultures, such as those of small island states, that might be displaced and possibly made extinct?

As discussed below, economists estimating these numbers must, by necessity, simplify representations of impacts. Often, they must use a proxy, which may not adequately calculate the real harms being inflicted. For example, it is easier to assume

that temperature rises equally around the globe, even though there will be differences geographically; or that there will be a rise in average temperatures, rather than calculating the number of days above a temperature threshold and its potential impact for some major crops.[22]

### a. How do the SCC Models Work?

The particular models used for calculating SCC are called "integrated assessment models" (IAMs). They attempt to incorporate knowledge from a number of fields of study, such as engineering, technology, behavior, and climate science, with the ultimate purpose of deciding whether particular climate change policies are economically efficient in the context of a cost-benefit analysis. The IAM uses mathematical formulas to simulate the relationships between economic activity, measures to control emissions, and the desired environmental outcomes. In so doing, it facilitates the estimation of benefits (the SCC) as well as the comparison of the costs and benefits of emission changes in monetary terms.

The three models most prominently used by mainstream economists and by the U.S. government's interagency working group to estimate social cost of carbon are DICE,[23] PAGE,[24] and FUND.[25] Although there is some overlap between these models, each uses its own methods to import the climate science to make estimations of "climate damage functions." The "climate damage function" is shorthand for estimating the relationship between $CO_2$ emissions and the damage caused, in order to approximate how future damages might be reduced if $CO_2$ emissions fell.

Each modeler selects his or her own method to represent each of the relevant factors. This requires many simplifying assumptions.[26] For example, it is common for models to simply represent global climate change as an increase in global or regional average temperature. The more accurate, but harder to implement, alternative would be to try to capture in the model every detail of expected change in the climate system, and the consequences of those changes. In other cases, modelers make a variety of assumptions about the severity of the damages from changing weather, trying to approximate details of the dynamic process whereby natural systems interact on Earth and the way carbon-cycle feedbacks have been distorted by anthropogenic GHG emissions.

Making such approximations is difficult. The carbon cycle, for example, naturally operates in a relatively balanced state, with seasonal shifts moving carbon from the land to the atmosphere

 

| Box 4 | IAMs and their Application Explained |
|---|---|

"The user enters a set of economic parameters, including pre-existing baseline projections of economic growth and technological improvements, developed within the standard economic literature. These projections include predictions of future greenhouse gas emissions, which are a function of GDP and a society's 'carbon intensity': the amount of carbon a nation's economy must generate in order to produce wealth.

"From these projected emissions, the climate models predict changes in the concentration of greenhouse gases in the atmosphere. These . . . are in turn used to predict changes in temperature, and the models then project economic harms (in the form of diminished worldwide GDP) from the expected temperature increases . . . .

". . . In order to generate values for the social cost of carbon, the Interagency Group ran the PAGE, DICE and FUND models using standard baseline projections of economic growth and technological development . . . and determined the models' predicted effects of warming on GDP . . . . The Group then re-ran the same models using the same baseline projections, but with *one additional ton of carbon emissions*, in order to determine the marginal effect on global GDP of that additional unit of carbon. . . . [This] is the social cost of carbon: the amount of money saved for every marginal ton of atmospheric carbon that is *not* emitted."[1]

**Note**

1. Jonathan S. Masur & Eric A. Posner, *Climate Regulation and the Limits of Cost-Benefit Analysis* (John M. Olin Law & Econ., Working Paper No. 525, Pub. Law and Legal Theory, Working Paper No. 315, 17 (August 2010), *available at* http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1662147##.

Each of the IAMs tries to capture the carbon cycle, but with its own approach to distilling the particular physical phenomena into manageable bites for the model to digest.

DICE assumes fixed rates of flow between major carbon-system reservoirs (ocean, atmosphere, and biosphere) and then totals impact estimates for six sectors into an aggregate global estimate of damages. DICE also tries to account for unpredictable but possible abrupt climate changes. These might include, for example, a shutdown of ocean currents responsible for warming or cooling coastal regions of the continents, large-scale melting of ice sheets leading to dramatic ocean level rise, or the rapid release of methane from arctic permafrost regions, which would further accelerate warming.

PAGE relies on reports from the IPCC. PAGE—and FUND—attempt to capture the uncertainty of the science using a technique called Monte Carlo analysis.[27] Its designers try to build into the model the possibility that climate scientists have either under or overestimated the impacts. They use probability distributions (laypeople might understand this as essentially a Bell curve, although there is theoretical work underway examining whether the Bell curve is an appropriate way to describe the probabilities) as a way of systematically addressing the likelihood of each effect happening. The 2002 version of PAGE assumes a 1% chance of catastrophe, such as the melting of a major ice sheet, should global temperatures rise above 2 degrees C (3.6 degrees F) compared to preindustrial levels. A newer version assumes a 10% chance of catastrophe for the same threshold.[28]

FUND includes sector- and region-specific calculations of damage to agriculture, forestry, water resources, energy consumption, sea-level rise, ecosystems, and health. FUND does not take abrupt, catastrophic changes such as those outlined above into consideration.

It is beyond the scope of this guide to provide detailed comparisons of individual models, the factors they consider, and how each approximates the potential damages from climate change. Moreover, models are constantly updated to increase their sophistication and to supplement the analysis.

However, important factors that all economic modelers should consistently take into account if they are to be faithful to the climate science include:

- the impacts of increased temperature from altering the balance of incoming and outgoing energy in the Earth-

and then back again. The ocean acts as a buffer, one that can readily take up or release carbon, depending on the circumstances. However, with the rapid rise in $CO_2$ emissions, as a result of human activities, the balance has been significantly disrupted. Ocean and land carbon sinks (also known as reservoirs) cannot absorb all the excess levels of $CO_2$, leading to rising concentrations in the atmosphere. Dynamic carbon-cycle feedbacks can occur naturally or as a result of human influence affecting the flow of carbon between the different reservoirs. For example, because gases are less soluble in warmer liquids, rising ocean temperatures may have the effect of slowing the rate at which the ocean can take up $CO_2$ from the overlying air, leaving more $CO_2$ in the atmosphere, which, in turn, raises air temperatures and heats the ocean further.

 

atmosphere system as a result of rising concentrations of greenhouse gases ("radiative forcing")

- possible cooling effects (for example, certain pollutants create a form of haze that reduces the warming impact of the sun although they have harmful impacts on human health)

- regional temperature effects (since, as noted, different parts of the Earth may react in different ways)

- the possibility that changes in the climate system occur in "nonlinear" ways via feedback cycles, tipping points, and/ or cascading effects that are irreversible

- economic as well as environmental and social impacts[29]

- the possibility of humans engaging in adaptive measures to buffer or mitigate the impacts of an increasingly hotter world, for example, engineering agriculture to survive in changed environments

In sum, the models used by the federal government to estimate the SCC apply a variety of approaches to estimate the economic harms that might be caused by climate change, with each model adopting a unique approach. These models are not always transparent, may not take into account catastrophic climate change, contain many extrapolations and assumptions, and do not factor in all aspects of climate science.[30]

### b. How Accessible Are the Assumptions Contained in the Models?

A further complication in understanding and comparing models is that in some cases, such as DICE, the authors have made the component parts, and the tools to run the model, publicly accessible, whereas others are proprietary.

Still other models are essentially black boxes because of their complexity and the obscure programming language used. For example, the FUND model, which is growing in acceptance as a standard for evaluation of climate economics, was until recently run only by the model's creator, Richard Tol, and his coauthors. A recent effort by a group of researchers to deconstruct the FUND model revealed many of the unique features that drive its outcomes.

Researchers learned, for example, that FUND assumes that agriculture can tolerate huge temperature changes. In the case of South America, FUND's 95% confidence interval[31] on the ideal temperature for crop production extends to a wide swing of 17 degrees C (30.6 degrees F) above and below historical levels. The model values cumulative damages including sea-level rise, storm damages, droughts and floods, human deaths and diseases, extinction of species, and forced migration of huge numbers of climate refugees at only $4 per tonne of $CO_2$, with water-supply problems and extinction of species accounting for $2 per tonne of $CO_2$. It excludes catastrophes, which could include the collapse of major ice sheets, accelerated methane releases from melting permafrost, collapse of rainforests, and drastic changes in ocean currents. Reasonable people could and do disagree with these conclusions. In other words, it is as important to understand the assumptions behind a model as it is to understand its final results.[32]

### c. How Do SCC Models Handle Complexity and Uncertainties?

The world that models seek to simulate is highly complex. Consequently, many climate and economic change models are also complex, and many simplifying assumptions are required. Constructing these models is not a mere mechanical exercise. The modeler must make numerous judgments about real-world behavior and how to represent it within the model. The modeler must also distill the various elements down into equations in order to compare one against another[33] and to capture interactions between different component parts.

As the model cannot include every possible factor in either a real-world economy or a real physical world, the modeler must make judgments about appropriate levels of detail, which factors to include, and which to exclude. Likewise, because important aspects of human behavior and the Earth system are dynamic by nature, they are often unpredictable or difficult to represent accurately through the equations that make up models. Among the challenges in any modeling exercise (whether science or economics) is the possibility of surprises and how they interact with other factors. Paul Slovic, a leading researcher of risk perception, noted the difficulties of understanding the indirect consequences of an unexpected event. He analogizes this to a stone dropped in a pond, which causes ripples that expand outward to affect related areas.[34]

The degree of complexity of modeling to estimate the social cost of carbon is further exacerbated by the complexities of climate science, such as the potential for unexpected events (cascading effects, feedback loops, tipping points) that are largely unpredictable based on our current knowledge. Nevertheless, the SCC cannot be reliably calculated without making some attempt to understand the climate system and to estimate the possible impacts that changes to that system could have on human life (including to the "ecosystem services" that serve



and support human development and sustenance and the other forms of life on Earth[35]).

Critics of economic modeling have expressed concern about the way economists filter the significant complexities of Earth and human systems and the inherent uncertainties in them. Scientists MacCracken and Richardson, for example, point to problems "inherent to the complexity of the Earth system," which they think very difficult if not impossible to capture in the context of an IAM.[36] As they summarize, these include:

1. challenges arising from characteristics of the atmospheric, oceanic, cryospheric, and biospheric components of the climate system, including limits in scientific understanding of how to project the future climate

2. challenges arising from the interactions of [people and institutions] with the climate system[37]

Climate science informs what impacts emissions are likely to have on the natural world, and the potential for damage to human society. But climate science is itself a dynamic process. Climate scientists try continually to improve their understanding through research, observations, and models specific to the disciplines that make up climate science.

To point to one example, a warmer atmosphere and ocean are causing the summer Arctic sea ice to melt. Scientists know this is happening (although the evidence for erosion from a warming ocean has been fairly recent).[38] However, because this is an event outside of previous human experience and direct instrumental measurement, scientists cannot know ahead of time the pace at which future melting will occur, much less the impacts on other natural systems that an ice-free Arctic Ocean might cause. Estimates in 2004 were that the Arctic would be ice free in the summer of 2100; current estimates predict this could happen much earlier, some say as early as this decade.[39] And, it remains to be seen what additional changes to the climate system result from associated radiative forcing—for example, the impacts of increasingly larger areas of dark ocean replacing white sea ice, and how this might affect other parts of the climate system.[40]

Another degree of complexity is found in the difficulty of estimating particular damages that are not usually monetized—for example, the loss of endangered species and of certain kinds of vegetation. The defining image in the popular psyche is the polar bear, but other arctic species such as seals are also endangered. And a number of species more directly connected to natural resources that allow humans to grow food are be-

ing disrupted by climate change.[41] The loss of such species is inherent but also connected with other losses that are difficult to quantify.

Another example is the impact of extreme weather—for example, severe flooding in prime agricultural areas that washes out crops and reduces or delays production or shifts it to more climate-tolerant places. There are hundreds of such examples, some of which involve plants and animals, others that involve human lives and communities. Moreover, since humans have always experienced extreme weather events, it is scientifically dubious to attribute any single weather event to a changing climate system. This in itself introduces additional complexities of analysis.

The intellectual puzzle for economists calculating the SCC is how to attach a numeric value to this loss, or to the costs avoided should species survive or even relocate, or should weather cause major changes in the way humans produce food. Even tougher are the methodological challenges associated with monetizing what economists call nonuse environmental benefits. People who may never visit the Himalayas might still be troubled aesthetically or from a geopolitical point of view if glaciers melt. Simply because this is so hard to value, there are benefit categories that get left out in SCC estimates or are valued very conservatively.[42]

None of these are uncertainties about *whether* climate change is happening. Rather, they are uncertainties in calculating the speed of change. Some science projections relating to climate change have been conservative (reflecting the complexity of analysis) and have subsequently been contradicted by experience, such as the swiftly accelerating melt rate for summer Arctic ice.[43]

In truth, human beings have not been very good at predicting either natural or human-made disasters, and therefore have not been prepared for them. The world has recently seen significant examples of miscalculation of risk. In Japan, highly qualified people made calculations of risk of an earthquake, and of a tsunami, but they did not fully understand how the two might work together, and they did not predict a severe enough earthquake or a devastating enough tsunami.

In short, economists who model the SCC must grapple with hugely complex systems and exceptional levels of uncertainty, translating many natural and human variables into monetary values that represent the benefits of acting to control the growth of greenhouse gas emissions. This situation confronts

 

them with a moving target, as climate scientists are continually learning more about how the natural world is responding to the constantly changing array of human influences. The effort through IAMs to impose order on a rapidly evolving set of observations, facts, and data should not obscure the significance of the uncertainties and assumptions inherent in these calculations, and the monetization in these models should be understood within this context as a wide-ranging estimate of costs.

### d.  Why Is the Discount Rate So Important?[44]

A key variable in calculating the social cost of carbon is the "discount rate." Also known as the "rate of time preference," the discount rate reflects the challenge of capturing the time factor in climate policy.

There are three assumptions built into the discount rate: that humans prefer to receive benefits in the present rather than the future; that future generations will be richer and a dollar is worth less to them as a result; and that there are a variety of investment options for any given sum of money. In addressing climate change, it is an unfortunate truth that the costs of reducing greenhouse gas emissions ("mitigation") must typically begin earlier, while the benefits—in the form of catastrophes or costs avoided—accrue many years, decades, and even centuries in the future. Economic analyses sum the costs current generations might impose on themselves to benefit future generations in the form of a discount rate. The IWG selected discount rates of 2.5 to 5% a year.

The discount rate represents the value of a certain future quantity, translated into today's dollars.[45] Because money earns interest, if one assumes a growing economy with a 6% interest rate—a rate that hasn't been seen in quite a long time—and no inflation, one can expect an investment of $100 to have increased to $106 after one year. Thus a cost of $106 next year is equivalent to $100 today. Other ways of expressing this concept are the present value or the time value of money. It makes a big difference to the SCC, and its policy application, which interest rate or discount rate is used. RFF's Burtraw and Sterner provide a vivid example:

> At a discount rate of one percent, the discounted value of $1 million 300 years [from today] is around $50,000 today. But if the discount rate is five percent, the [current]. . . value is less than a mere 50 cents.[46]

This range of discount rates, which span those commonly used in calculating the SCC, leads to differences in net present value after 300 years that vary by a factor of 100,000.

In the calculation of costs, benefits, and the SCC, the choice of discount rate has enormous impact, influencing whether economists recommend to invest today or much later. From the policy perspective of the economists who value this calculation, the higher the discount rate, the less significant future costs become. The choice of discount rate for investments in managing greenhouse gas emissions, following publication of the Stern Review, ignited intense debates in the economics profession.[47] Stern used a low discount rate, approximately 1.4%. By contrast, William Nordhaus, a professor at Yale University, currently uses a discount rate of about 3% in calculating SCC.[48] Three percent values an environmental cost or benefit occurring 25 years in the future at about half as much as the same benefit today.

The school of thought represented by Nordhaus looks at the evidence that successive generations have been increasingly wealthier and questions why current "poorer" people should in effect reduce their own standard of living and consumption patterns to essentially subsidize future generations. They assume that our progeny will be more able to carry the financial burden (and possibly that future generations will invent technology that we cannot currently imagine).

An underlying assumption is a continually growing economy. The higher discount rate that Nordhaus and his followers advocate shifts more of the burden to future generations, supported by the belief that real rates of return indicate that the world in the future will be better able to make climate investments.

Another approach drawn from this perspective argues that current generations should invest money rather than purchase the technology that would today start the process of reducing greenhouse gas emissions. The return on those investments would then be applied in the future to mitigation activities.[49] The difficulty with this argument is that, as climate change science becomes increasingly concerning, it becomes a weaker bet that future generations will be better off.[50] If they are not, lower or negative discount rates are justified.[51] A high discount rate also requires another risky wager, namely that engineers and technicians will know how to roll back challenging impacts of climate change, such as the thawing of the Greenland ice sheets. Even if future generations are richer, they will be stuck with the physical world we bequeath them.



Applying a low discount rate represents a judgment not to defer these decisions and their related costs to future generations, despite the general assumption that a dollar is worth more today than a dollar tomorrow. Those in favor of a low discount rate point out the unusual nature of climate change. Thus, they focus on the need to set a ceiling now and then to reduce greenhouse gas emissions to avoid atmospheric concentrations rising to levels that might trigger unpredictable and unsolvable catastrophes farther down the road.

But the choice of discount rates involves myriad social and moral judgments, not simple economic calculations. OMB has acknowledged this in guidance on using discount rates, which provides that "it may not be appropriate for society to demonstrate a similar [time] preference when deciding between the well-being of current and future generations."[52] Richard Howarth of Dartmouth College explains why we should care about this somewhat arcane discussion among economists and why it is important to make explicit the consequences of using particular discount rates. As he points out, if countries were to use the discount rates advocated by Nordhaus, "[g]reenhouse gas emission [would] be allowed to grow at a robust rate."[53]

Economists wrestling with these issues admit that many of the elements that either are or ought to be considered to rank the desirability of action against climate change, and at what level, require "normative" judgments; one example is how we weigh the welfare of future generations compared to our own. But many of these value judgments are deeply engrained in the approach neoclassic economics[54] takes to analysis. Decisionmakers outside the profession, and indeed the public, if they entered the debate, might make different assumptions about the present generation's responsibility to future generations and their assumed relative wealth. What may make this conversation particularly confusing to people who don't work with these tools on a daily basis is that the analysis results in a mathematical "answer" comparing benefits and costs, potentially masking the large number of judgments made in the estimation process. It is vital that the SCC be understood with these significant limitations and caveats in mind.

## 5. What Roles Should SCC and/or Cost-Benefit Analysis Play in Assessing Climate Policy Options?

The discussion above identifies important caveats about various factors employed in IAMs to estimate the SCC. The objections of various climate scientists, expressed in the literature and also in recent workshops conducted by the U.S. Department of Energy and the Environmental Protection Agency, have encouraged some economic modelers to undertake efforts to try to improve the ways their models incorporate climate science.[55] It remains to be seen whether these improvements will produce a more reliable set of numbers to inform OMB review.

In addition, a deeper general critique is surfacing of the very use of these models in the context of assessing and making climate-change policy. Three examples follow.

Economist Frank Ackerman and lawyer Lisa Heinzerling have long questioned the use of cost-benefit analysis to inform environmental policymaking in general.[56] More recently, Ackerman critiqued these tools as applied to climate change, including how the basic tools are used to calculate SCC[57]:

> Cost-benefit analysis assumes that costs and benefits can be expressed in monetary terms with a reasonable degree of confidence . . . The benefits of environmental protection, however, are generally more difficult to quantify. In the case of climate change, economists confront a double problem: the benefits of mitigation are both unpredictable and unpriceable.[58]

University of Chicago Law School professors Jonathan S. Masur and Eric A. Posner, in *Climate Regulation and the Limits of Cost-Benefit Analysis*, approach current practices from another angle, criticizing the methods used to calculate the SCC, and examining the relationship between cost-benefit analysis and politics.[59] They conclude that policy responses to climate change—far from being "data driven" decisions—are inherently political questions "involving contested normative issues."[60] Policymakers, they argue, will have to find alternative tools when those questions predominate.[61] They recommend that cost-benefit analysis be reserved for situations that are politically neutral "in the sense of drawing on widely shared intuitions about human well-being."[62]

Finally, Harvard economics professor Martin Weitzman has systematically called into question the adequacy of cost-benefit analysis, including its component, SCC, as a tool to examine climate-policy alternatives. His initial work focused on the so-called "fat tail."[63] In climate science, the fat tail is the right edge of a distribution of, for example, potential temperature variations caused by climate change. Economists often cut off both extreme sides of the curve (5% on each side) for convenience of analysis. But Weitzman says the fat tail is where they should be looking carefully, because it expresses the probability of extreme events.

 

> Standard [cost-benefit] analysis trims off the worst-case outcomes with less than a one in twenty chance of happening . . . but Weitzman tells us that seemingly remote possibility is exactly where we should be looking—because the costs are so high they overwhelm other elements of the cost-benefit analysis.[64]

Thus, Weitzman questions whether standard economic models can provide sound advice on the kinds of decisions that policymakers must make about greenhouse gas emissions. In a 2010 paper, Weitzman appeared to question the very use of cost-benefit analysis for evaluating climate-change policy, arguing for a broader public debate on the subject:

> In my opinion, economists need to emphasize more openly to the policy makers, the politicians, and the public that, while formal climate-change [benefit-cost analysis] may be helpful, there is a danger of possible overconfidence from undue reliance on subjective judgments about the probabilities and welfare impacts of extreme events.[65]

## CONCLUSION

U.S. federal agencies are required to conduct a Regulatory Impact Analysis to monetize the anticipated costs and benefits of their proposed actions. In terms of rulemaking related to climate change, the SCC essentially puts a de facto ceiling on the stringency of executive-branch regulation of carbon dioxide. If analyses of specific rules produce SCC figures indicating the rule might impose costs outside the range currently established as acceptable by the federal government interagency working group, namely greater than $65 per tonne of carbon dioxide at the high end, the regulatory agency faces a tough burden of intra-governmental persuasion. In such cases, the choice of SCC can result in weaker control of greenhouse gases, although some advocates for SCC estimates argue that a low positive value is better than zero and can help improve the ambition of a regulation.

The judgments of the IWG—$5, $21, $35, and $65 (in 2007 dollars) per tonne of carbon dioxide—appear on their face to be very concrete. The difficulty with these seemingly rigorous numbers is that they mask a series of choices and value judgments made by the people who run the economic models that produce the final figures.

How these models assess future damages and harms that might occur from climate change is a major issue. Climate scientists research the damage that increasing temperatures and their consequences are imposing on all facets of nature, a uniquely complex undertaking. The economic models essentially selectively filter the climate science, and translate it into numerical representations. An incomplete list of these judgments includes:

- which parts of climate science to factor into the model and at what level of severity
- whether to use a discount rate and what rate to use
- how to account for potentially "catastrophic" climatic events
- how to identify and monetize potential consequences of climate change such as loss of species, mass migrations, spread of disease, and agricultural disruptions and shifts

Perhaps the most important and debated judgment made by modelers is the selection of the discount rate. The IWG selected discount rates of 2.5 to 5% a year. At 3%, a damage that is valued today at $100 in damages shrinks to as little as $5 in a century, suggesting those costs will be less onerous to people in 100 years,[66] and discouraging current regulatory action.

The opacity of the SCC calculation process risks giving policymakers and stakeholders the impression that the numbers are more reliable than they actually are. The assumptions behind the calculation of SCC are not always transparent to policymakers, climate scientists, the public, and sometimes even other economists and economic modelers.

It is a seductive idea that SCC and cost-benefit analysis produce precise numbers backed by hard science. In truth, no single value should be accepted by policymakers unless all the assumptions and choices that underpin the calculation are transparent and well understood. Otherwise the regulatory process risks being held hostage to choices made by unelected experts, rather than grappling with the inherently political and ethical questions posed by climate-change policy.

One way to remedy this problem is through more robust dialogue between economists developing the SCC and climate scientists and others working to understand the damages that climate change is imposing. Climate and social scientists should have a direct role in the SCC calculation process.[67]



## Notes

1. Converted from U.K. pounds to U.S. dollars in 2000.

2. WILLIAM D. NORDHAUS, A QUESTION OF BALANCE: WEIGHING THE OPTIONS ON GLOBAL WARMING POLICIES (2008).

3. Exec. Order No. 12,291, 3 C.F.R. 127 (1982); Exec. Order No. 12,866, 3 C.F.R. 638 (1994).

4. DOMINIC J. MANCINI, OFFICE OF INFORM. & REGULATORY AFFAIRS, U.S. OFFICE OF MGMT & BUDGET, THE AM. EXPERIENCE IN REGULATORY REVIEW AND REFORM (2006), *available at http://ec.europa.eu/agriculture/events/simplification/mancini.pdf* ("During our review, we examine the RIA and the regulation and make suggestions to improve both the RIA and the rule's cost-effectiveness and to make sure that it comports with the Executive Order's principles and the President's priorities. If the agency refuses to make changes or needs more time to make the changes, we can return the rule to the agency for reconsideration.") James F. Morrall, III, a retired career official at OMB, describes the process and calls the head of the OIRA, the regulatory arm of OMB, the "regulatory Czar." JOHN F. MORRALL, III, U.S. EXPERIENCE WITH REGULATORY OVERSIGHT HISTORY AND USE OF RIA (2010), *available at http://www.gwu.edu/~clai/recent_events/2010/Spring_Regulatory_Program/Speaker%20Presentations/US_Experience_with_Regulatory_Oversight_2010.pdf.*

5. The benefits can be estimated by multiplying the change in GHG emissions in a year by the SCC value appropriate for that year. The net present value (in other words, the value in today's dollars) of the benefits can then be calculated by multiplying each of these future benefits by an appropriate discount factor and summing across all affected years.

6. For example, the National Highway Traffic Safety Administration (NHTSA) used an SCC value ranging on the low end from $2 (a domestic value) to $80 (a global value) in its March 2009 final rule for vehicle fuel economy. Final Rule, Average Fuel Economy Standards, Passenger Cars and Light Trucks, 74 Fed. Reg. 14,196, 14,346 (Mar. 30, 2009). In 2008, NHTSA used an SCC value of $7 in its proposed fuel economy standard. Notice of Proposed Rulemaking, Average Fuel Economy Standards, Passenger Cars and Light Trucks, Model Years 2011–2015, 73 Fed. Reg. 24,352, 24,414 (May 2, 2008).

7. Commercial Standard Sized Packed Terminal Air Conditioners and Packed Terminal Heat Pumps, 73 Fed. Reg. 58,772 (Oct. 7, 2008).

8. The interagency working group states its objective as "making it possible for agencies to incorporate the social benefits from reducing carbon dioxide emissions into cost-benefit analyses of regulatory actions that have small, or 'marginal,' impacts on cumulative global emissions. Most federal regulatory actions can be expected to have marginal impacts on global emissions." U.S. DEPT OF ENERGY, FINAL RULE TECHNICAL SUPPORT DOCUMENT: ENERGY EFFICIENCY PROGRAM FOR COMMERCIAL AND INDUS. EQUIPMENT: SMALL ELECTRIC MOTORS, APPENDIX 15A. SOCIAL COST OF CARBON FOR REGULATORY IMPACT ANALYSIS UNDER EXEC. ORDER 12866 13 (Mar. 9, 2010) [hereinafter IWG Report], *available at* http://www1.eere.energy.gov/buildings/appliance_standards/commercial/sem_final-rule_tsd.html.

9. Council of Economic Advisors, Council on Environmental Quality, National Economic Council, Office of Energy and Climate Change, Office of Management and Budget, and Office of Science and Technology Policy.

10. There was no specific guidance on which value to use in specific rulemakings. This lack of guidance is understandable, given that the differences are mostly related to using a variety of discount rates.

11. Final Rule, Average Fuel Economy Standards, Passenger Cars and Light Trucks, *supra* n. 6; Corporate Average Fuel Economy Standards, 75 Fed. Reg. 25,324, 25,520 (May 7, 2010); Energy Conservation Program: Energy Conservation Standards for Small Electric Motors, 75 Fed. Reg. 10,874, 10,909 (Mar. 9, 2010); Energy Conservation Program: Energy Conservation Standards for Residential Water Heaters, Direct Heating Equipment, and Pool Heaters, 75 Fed. Reg. 20,112, 20,177 (Apr. 16, 2010).

12. IWG Report, *supra* n. 8, at 40.

13. *Id.* at 34.

14. Climate Change Economics, Dept. of Energy and Climate Change, *Carbon Valuation in UK Policy Appraisal: A Revised Approach* (July 2009), *available at http://www.decc.gov.uk/assets/decc/what%20we%20do/a%20low%20carbon%20uk/carbon%20valuation/1_20090715105804_e_@@_carbonvaluationinukpolicyappraisal.pdf*



M O R E   T H A N   M E E T S   T H E   E Y E



15. Frank Ackerman & Elizabeth A. Stanton, The Social Cost of Carbon 17 (2010), *available at http://sei-international.org/mediamanager/documents/Publications/Climate-mitigation-adaptation/socialcostofcarbon_sei_20100401.pdf* (citing figures used in Climate Change Economics, *supra* n. 14, at 119). In 2002, the U.K. Government Economic Service (GES) recommended an illustrative estimate for the SCC of £70/tonne of carbon (tC), within a range of £35 to £140/tC (for year 2000 emissions), for use in policy appraisal across government, and that these values should be increased at the rate of £1/tC per year. R. Clarkson and K. Deyes, *Estimating the Social Cost of Carbon Emissions* 41 (Govt. Econ. Serv. Working Paper 140, Jan. 2002), *available at* http://www.hm-treasury.gov.uk/d/SCC.pdf. The GES also recommended that these values should be subject to periodic review. *Id.* at 42.

16. Ackerman & Stanton, *supra* n. 15, at 1.

17. IWG Report, *supra* n. 8, at 2.

18. Ackerman & Stanton, *supra* n. 15, at 4.

19. This discussion relies heavily on Ackerman & Stanton, *supra* n.15.

20. Because of seasonal differences, the figure is every four years in Hawaii or every six weeks in Maine.

21. Some have pointed out that that this ignores some of the non-climate related co-benefits of reducing $CO_2$, including immediate health benefits. More research is showing those estimates of benefits to be very high. For example, scientists have found that introducing low-emissions cookstoves in India would significantly reduce premature deaths caused by acute lower respiratory infections, ischemic heart disease, and chronic obstructive pulmonary disease. Paul Wilkinson et al., *Public Health Benefits of Strategies to Reduce Greenhouse-Gas Emissions: Household Energy*, 374 Lancet 1917–29 (2009).

22. Frank Ackerman & Charles Munitz, Climate Damages in the FUND Model: A Disaggregated Analysis (2011), *available at http://www.e3network.org/papers/Climate_Damages_in_FUND_Model_March2011.pdf*.

23. The Dynamic Integrated Climate Change (DICE) model was developed at Yale University by William Nordhaus, David Popp, Zili Yang, Joseph Boyer, and colleagues.

24. The Policy Analysis of Greenhouse Effect (PAGE) model was designed by Dr. Chris Hope, Reader in Policy Modelling at University of Cambridge Judge Business School.

25. The *Climate Framework for Uncertainty, Negotiation and Distribution (FUND)* was developed by Richard Tol and David Anthoff.

26. This section relies heavily on Michael D. Mastrandrea, Representation of Climate Impacts in Integrated Assessment Models, Workshop Proceedings (2010), *available at http://www.pewclimate.org/docUploads/mastrandrea-integrated-assessment-models.pdf*.

27. Monte Carlo analysis is a form of probabilistic testing using computerized mathematical formulas to do repeated random sampling. Doing this allows the modeler to consider a range of possible outcomes and the probabilities they will occur for any choice of action, including extreme possibilities from the most radical to the most conservative decision. This is a technique that was devised by scientists working on the atom bomb, named for the Monaco casino resort mecca.

28. Douglas Fischer & Nicole Heller, *Revised Figures Show Federal Economists Understate the Costs of Climate Impacts*, Climate Central (Jan. 26, 2011), http://www.climatecentral.org/news/revised-figures-show-federal-economists-understate-the-cost-of-climate/.

29. For example, although most economists assume that wealth will continue to increase, as it has historically, changing weather might lower economic growth and human well-being; future generations could be considerably poorer than current ones (see discussion below concerning discount rate at Section 4.d). Also, extreme weather changes may trigger human migrations from less habitable to more habitable parts of the Earth, a trend that could provoke social conflict.

30. Elizabeth A. Stanton, Frank Ackerman, & Sivan Kartha, *Inside the Integrated Assessment Models: Four Issues in Climate Economics*, 1 Climate and Dev. 166–84 (2009).

31. A 95% confidence interval means that in the statistical model, the "true" value has a 95% chance of being within the interval.

32. *Ackerman* & Munitz, *supra* n. 22.

33. Frank Ackerman et al., *Limitations of Integrated Assessment Models of Climate Change*, 95 Climatic Change 297–315 (2009).

34. Paul Slovic, *Perception of Risk*, 236 Science 280–85 (1987).

35. Ecosystems are the systems in the natural world that provide benefits ("services") to human beings. Services can include clean water or the insects that pollinate to allow food to be grown. Rudolf S. de Groot, Matthew A. Wilson, & Roelof M.J. Boumans, *A Typology for the Classification, Description and Valuation of Ecosystem Functions, Goods and Services*, 41 Ecological Econ. 393–408 (2002).

 

36. Michael C. MacCracken & L. Jeremy Richardson, Challenges to Providing Quantitative Estimates of the Environmental and Societal Impacts of Global Climate Change (2010), *available at http://www.pewclimate.org/docUploads/maccracken-richardson-challenges-quantitative-estimates.pdf.*

37. *Id.*

38. T.B. Salles, C.M. Griffiths, C.P. Dyt & F. Li, *Australian Shelf Sediment Transport Responses to Climate Change-Driven Ocean Perturbations*, 282 Marine Geology 268–74 (2011); E. Rignot et al., *Acceleration of the Contribution of the Greenland and Antarctic Ice Sheets to Sea Level Rise*, 38 Geophysical Research Letters L05503 (2011).

39. *Ice-Free Arctic Summers Likely Sooner Than Expected*, National Oceanic and Atmospheric Association (Apr. 2, 2009), *http://www.noaanews.noaa.gov/stories2009/20090402_seaice.html.* For the earlier prediction, see, e.g., Richard Black, *New Warning on Arctic Sea Ice Melt*, BBC News (Apr. 7, 2011), *http://www.bbc.co.uk/news/science-environment-13002706;* David Ljunggren, *Arctic Summer Ice Could Vanish by 2013: Expert*, Reuters (Mar. 5, 2009), *http://www.reuters.com/article/idUSTRE52468B20090305; February Arctic Ice Extent Ties 2005 for Record Low; Extensive Snow Cover Persists*, National Snow and Ice Data Center (Mar. 2, 2011), *http://nsidc.org/arcticseaicenews/2011/030211.html.*

40. J.E. Overland et al., National Oceanic and Atmospheric Association, Arctic Report Card: Update for 2010: Atmosphere (2011), *available at http://www.arctic.noaa.gov/reportcard/atmosphere.html.*

41. *See, e.g.,* Food and Agriculture Organization of the United Nations, Rome, Italy, Feb. 13–14, 2008, *Climate Change and Biodiversity for Food and Agriculture* 2–3 (2008) ("climate change may lead to loss of functional biodiversity and to localized impacts in the delivery of ecosystem services such as lack of pollination, loss of soil biodiversity and capacity for nutrient cycling, or loss of natural biological control leading to potential new pest outbreaks"), *available at ftp://ftp.fao.org/docrep/fao/meeting/013/ai784e.pdf;* Global Climate Change Impacts in the United States 71–78 (Thomas R. Karl, Jerry M. Melillo, & Thomas C. Peterson eds., 2009), *available at http://www.globalchange.gov/publications/reports/scientific-assessments/us-impacts.*

42. The methodology economists use to perform this function is called willingness to pay assessments or contingent valuation methodologies. For a critique of such methods, see John Broome, *Valuing Policies in Response to Climate Change: Some Ethical Issues, available at http://webarchive.nationalarchives.gov.uk/+/http://www.hm-treasury.gov.uk/stern_review_supporting_documents.htm.*

43. *See supra* n. 39.

44. This section depends very heavily on Chris Hope & David Newbery, *Calculating the Social Cost of Carbon* (May 3, 2006), *available at http://www.eprg.group.cam.ac.uk/wp-content/uploads/2008/11/eprg0720.pdf,* and Stephen Newbold et al., *The "Social Cost of Carbon" Made Simple* (U.S. EPA National Center for Environmental Economics, Working Paper No. 10-07, 2010).

45. Dallas Burtraw & Thomas Sterner, *Climate Change Abatement: Not 'Stern' Enough?*, Resources for the Future (Apr. 4, 2009), *http://www.rff.org/Publications/WPC/Pages/09_04_06_Climate_Change_Abatement.aspx.*

46. *Id.*

47. The debate and the consequences of the discounting rate are illustrated by economist Hal R. Varian in *Recalculating the Costs of Global Climate Change*, N.Y. Times, Dec. 14, 2006, *available at http://www.nytimes.com/2006/12/14/business/14scene.html.*

48. In 1994, Nordhaus advocated for a discount rate of about 6%. William D. Nordhaus, Managing the Global Commons: The Economics of Climate Change (1994).

49. Howarth makes the point that there is not only one rate of return on capital. Richard B. Howarth, *Discounting and Uncertainty in Climate Change Policy Analysis*, 79 Land Economics 369–81 (2003).

50. Richard B. Howarth, *Discounting, Uncertainty, and Revealed Time Preference*, 85 Land Economics 24–40 (2009).

51. Partha Dasgupta, *Discounting Climate Change*, 37 J. Risk and Uncertainty 141–69 (2008).

52. Office of Mgmt and Budget, Circular A-4 (2003), *available at http://www.whitehouse.gov/omb/circulars_a004_a-4/#e.*

53. Howarth, *supra* n. 50, at 1.

 

54. Loosely, neoclassical economics rests on three assumptions: people have rational preferences among outcomes that can be identified and associated with a value; individuals maximize utility and firms maximize profits; and people act independently on the basis of full and relevant information. E. Roy Weintraub, *Neoclassical Economics* in THE CONCISE ENCYCLOPEDIA OF ECONOMICS, *available at* http://www.econlib.org/library/Enc1/NeoclassicalEconomics.html.

55. U.S. EPA, IMPROVING THE ASSESSMENT AND VALUATION OF CLIMATE CHANGE IMPACTS FOR POLICY AND REGULATORY ANALYSIS: MODELING CLIMATE CHANGE IMPACTS AND ASSOCIATED ECONOMIC DAMAGES, *available at http://yosemite.epa.gov/ee/epa/eerm.nsf/vwRepNumLookup/EE-0564?OpenDocument.*

56. FRANK ACKERMAN & LISA HEINZERLING, PRICELESS: ON KNOWING THE PRICE OF EVERYTHING AND THE VALUE OF NOTHING (2005).

57. ACKERMAN ET AL., THE NEED FOR A FRESH APPROACH TO CLIMATE CHANGE ECONOMICS (2010), *available at http://www.pewclimate.org/docUploads/ackerman-decanio-howarth-sheeran-climate-change-economics.pdf.*

58. Social cost of carbon does not calculate the "costs" side of the cost-benefit equation. Ackerman's critique of the larger issues of cost-benefit expresses the difficulty of monetizing essentialities such as clean water and air. A longer discussion of this is found in ACKERMAN & HEINZERLING, PRICELESS, *supra* n. 56.

59. Jonathan S. Masur & Eric A. Posner, *Climate Regulation and the Limits of Cost-Benefit Analysis* (John M. Olin Law & Econ., Working Paper No. 525, Pub. Law and Legal Theory, Working Paper No. 315, 17 (August 2010), *available at* http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1662147##.

60. *Id.* at 6.

61. *Id.* at 34.

62. *Id.* at 6.

63. Martin L. Weitzman, *On Modeling and Interpreting the Economics of Catastrophic Climate Change*, THE REVIEW OF ECONOMICS AND STATISTICS (Feb. 2009).

64. M. Kimble & L. Tawney, *The Tail of the Fat Tail*, 26 ENVIRONMENTAL FORUM 24 (May/June 2009), *available at http://www.globalproblems-globalsolutions-files.org/unf_website/PDF/articles/UNF_EC_TaleFatTail_KimbleTawney_0907.pdf.*

65. M. Weitzman, *Revising Fat-Tailed Uncertainties in the Economics of Climate Change* (Aug. 23, 2010), *available at http://www.economics.harvard.edu/faculty/weitzman/files/REEP%2Bfinal%2Bfat.pdf.*

66. Ackerman & Stanton, *supra* n.15.

67. Two workshops on SCC sponsored by the U.S. DOE and EPA in November 2010 and February 2011 represent a welcome step forward in fostering such dialogue.




## ABOUT THE WORLD RESOURCES INSTITUTE

The World Resources Institute is a global environmental think tank that goes beyond research to put ideas into action. We work with governments, companies, and civil society to build solutions to urgent environmental challenges. WRI's transformative ideas protect the earth and promote development because sustainability is essential to meeting human needs and fulfilling human aspirations in the future.

WRI spurs progress by providing practical strategies for change and effective tools to implement them. We measure our success in the form of new policies, products, and practices that shift the ways governments work, companies operate, and people act.

We operate globally because today's problems know no boundaries. We are avid communicators because people everywhere are inspired by ideas, empowered by knowledge, and moved to change by greater understanding. We provide innovative paths to a sustainable planet through work that is accurate, fair, and independent.

## ABOUT THE ENVIRONMENTAL LAW INSTITUTE

The Environmental Law Institute makes law work for people, places, and the planet. The Institute has played a pivotal role in shaping the fields of environmental law, policy, and management, domestically and abroad. Today, ELI is an internationally recognized independent research and education center known for solving problems and designing fair, creative, and sustainable approaches to implementation.

ELI strengthens environmental protection by improving law and governance worldwide. ELI delivers timely, insightful, impartial analysis to opinion makers, including government officials, environmental and business leaders, academics, members of the environmental bar, and journalists. ELI is a clearinghouse and a town hall, providing common ground for debate on important environmental issues.

The Institute is governed by a board of directors who represent a balanced mix of leaders within the environmental profession. Support for the Institute comes from individuals, foundations, government, corporations, law firms, and other sources.

---

Each World Resources Institute brief represents a timely, scholarly treatment of a subject of public concern. WRI takes responsibility for choosing the study topics and guaranteeing its authors and researchers freedom of inquiry. It also solicits and responds to the guidance of advisory panels and expert reviewers. Unless otherwise stated, however, all the interpretation and findings set forth in WRI publications are those of the authors.

ELI publishes books, research reports, and several periodicals to educate the profession and to stimulate a robust and creative exchange of ideas. ELI Press publishes books by a wide array of authors, whose opinions are not necessarily those of the Institute, its Board of Directors, or funding organizations. ELI welcomes suggestions for book topics and encourages the submission of draft manuscripts and book proposals.

The authors gratefully acknowledge the tutoring, review and editing thoughts of the following people; any mistakes we made after such amazing help were our own: Scott Schang, Kristen Sheeran, James Barrett, Laurie Johnson, Bud Ward, Jake Blumgart, Jeremy Richardson, Kevin Kennedy, Karl Hausker, Frances Irwin, Janet Ranganathan (especially for a great title), Letha Tawney, Micah Ziegler, James Bradbury, Edward Cameron, Mercedes Stickler and one anonymous reviewer, and the patient help of Hyacinth Billings, Rachel Jean-Baptiste, and Maggie Powell in preparing the final document.

 



# OMITTED DAMAGES:

## What's Missing From the Social Cost of Carbon

March 13, 2014
Peter Howard
© 2014





The Cost of Carbon Project is a joint project of the Environmental Defense Fund, the Institute for Policy Integrity, and the Natural Resources Defense Council.



# ABSTRACT

The 2013 Interagency Working Group on the Social Cost of Carbon (IWG) updated the U.S. social cost of carbon (SCC) for 2015 from a central value of $24 to $37 using three integrated assessment models (IAMs): DICE-2010, FUND 3.8, and PAGE09. The SCC is the additional economic damage caused by one ton of carbon dioxide. While some have questioned the increase in the SCC as too high, a thorough examination of the latest scientific and economic research shows that $37 should be viewed as a lower bound. This is because the studies available to estimate the SCC omit many climate impacts—effectively valuing them at zero. Where estimates are available for a given type of impact, they tend to include only a portion of potential harms. This paper represents the first attempt to systematically examine and document these omissions for the latest versions of the three IAMs used by the IWG, as well as earlier versions when they are used in calibrating the updated models.

The table on the following page summarizes hot spot damages including increases in forced migration, social and political conflict, and violence; weather variability and extreme weather events; and declining growth rates. A better accounting of catastrophic damages is also needed, as well as many other impacts.

While there is a downward bias to the U.S. SCC estimates due to these omissions, the Office of Management and Budget (OMB) and other executive branch agencies should move forward to finalize proposed rules with the 2013 IWG's current SCC estimates, as measuring at least some of the costs of carbon dioxide is better than assuming they are zero. At the same time, the OMB should more thoroughly document downward biases of the current U.S. SCC estimates, potentially using this report to list in detail all of the currently omitted damages.

**Missing or Poorly Quantified Damages Needed to Improve SCC Models\***

| General Impact | Category | Pages |
|---|---|---|
| Health | Respiratory illness from increased ozone pollution, pollen, and wildfire smoke | 30 |
| | Lyme disease | 30 |
| | Death, injuries, and illnesses from omitted natural disasters and mass migration | 30 |
| | Water, food, sanitation, and shelter | 30 |
| Agriculture | Weeds, pests and pathogens | 20 |
| | Food price spikes | Note 83 |
| | Heat and precipitation extremes | 41 |
| Oceans | Acidification, temperature, and extreme weather impacts on fisheries, species extinction and migration, and coral reefs | 18-20, 41-42 |
| | Storm surge interaction with sea level rise | 37-38 |
| Forests | Ecosystem changes such as pest infestations and pathogens, species invasion and migration, flooding and soil erosion | 20 |
| | Wildfire, including acreage burned, public health impacts from smoke pollution, property losses, and fire management costs (including injuries and deaths) | 20, 30 |
| Ecosystems | Biodiversity\*\*, habitat\*\*, and species extinction\*\* | 29 |
| | Outdoor recreation\*\* and tourism | 23 |
| | Ecosystem services\*\* | 27-28 |
| | Rising value of ecosystems due to increased scarcity | 31-32 |
| | Accelerated decline due to mass migration | 34 |

| General Impact | Category | Pages |
|---|---|---|
| Productivity and economic growth | Impacts on labor productivity and supply from extreme heat and weather, and multiple public health impacts across different damage categories | 24-25 |
| | Impacts on infrastructure and capital productivity and supply from damages from extreme weather events and infrastructure and diversion of financial resources toward climate adaptation | 25 |
| | Impact on research and development from diversion of financial resources toward climate adaptation | 25 |
| Water | Availability and competing needs for energy production, sanitation, and other uses | 21, 41 |
| | Flooding | 41 |
| Transportation | Changes in land and ocean transportation | 21-22 |
| Energy | Energy supply disruptions | 21 |
| Catastrophic impacts and tipping points** | Rapid sea level rise** | 8, 36 |
| | Methane releases from permafrost** | 8, 36 |
| | Damages at very high temperatures*** | Note 23 |
| | Unknown catastrophic events | 36-37 |
| Inter- and intra-regional conflict | National security | 39, 41 |
| | Increased violent conflicts from refugee migration from extreme weather, and food, water and land scarcity | 34-35 |

*This table catalogues climate impacts that have been largely unquantified in the economics literature and are therefore largely omitted from SCC models. Quantified impacts represented in the models include: changes in energy (via cooling and heating) demand; changes in agricultural and forestry output from changes in average temperature and precipitation levels, and $CO_2$ fertilization; property lost to sea level rise; coastal storms; heat-related illnesses; and some diseases (e.g. malaria and dengue fever).

** These impacts are represented in a limited way in one or more of the SCC models: 1) they may be Included in some models, and not others; 2) they may be included only partially (e.g., only one or several impacts of many in the category are estimated); 3) they may be estimated using only general terms not specific to any one damage—in these instances, estimated damages are usually very small relative to their potential magnitude, and relative to the impacts explicitly estimated in the models. See complete report for details.

*** While technically represented in SCC models through extrapolations from small temperature changes, there are no available climate damage estimates for large temperature changes, and these may be catastrophic.

# OMITTED DAMAGES:
## What's Missing From the Social Cost of Carbon[+]
### Peter Howard[*]

In 2008, the United States Court of Appeals for the Ninth Circuit ruled that executive branch agencies must include the climate benefits of a significant regulatory action in federal benefit-cost analyses (BCA) to comply with Executive Order 12,866. In response, an Interagency Working Group on the Social Cost of Carbon was formed in 2010 to develop a consistent and defensible estimate of the social cost of carbon (SCC) using models drawn from the literature (Masur and Posner 2011). The SCC is the global cost to all future generations from one additional unit of carbon pollution in a given time period; forest fires, drought, and disease are just some of the costly consequences of climate change that are ideally included within it.[1] Thus, the SCC captures the benefit of reduced carbon pollution from a policy in terms of expenses avoided.

The SCC is estimated using Integrated Assessment Models (IAMs), which integrate a simplified climate model and a simplified economic model into a cohesive numerical model to capture the feedback effects between the two.[2] Using a methodology specified in the 2010 Technical Support Document (IWG, 2010), the 2010 Interagency Working Group developed a central estimate (corresponding to a constant discount rate of 3 percent) of $24 for a 2015 emission of carbon using three Integrated Assessment Models (IAMs): DICE-2007 (Nordhaus 2008), FUND 3.5 (Anthoff and Tol 2010), and PAGE2002 (Hope 2006). Using an identical methodology and updated versions of these three models—DICE-2010 (Nordhaus 2010), FUND 3.8 (Anthoff and Tol 2012),[3] and PAGE09 (Hope 2011)— the 2013 IWG re-estimated the central SCC estimate at $37 in 2015.[4] See Tables 1-3 for a full comparison of the 2010 and 2013 SCC estimates.

With its release by the 2013 Interagency Working Group on the Social Cost of Carbon (IWG), the U.S. government's updated social cost of carbon estimate catapulted into the national political debate. This surge in interest is mostly the result of the approximately 54 percent increase in the federal government's central 2015 SCC estimate from 2010 to 2013. Because the 2013 IWG used the same methodology to estimate the global SCC as the 2010 IWG (IWG 2013),[5] all changes in the SCC estimates are the result of updates to the three IAMs used for estimation. Regardless, considerable debate has ensued due to the significant implication this increase has on current and future U.S. policies.

While some conservative politicians and industry groups question the increase saying it is too high, this report shows more generally that, if anything, these SCC estimates are biased downward, probably significantly so. This downward bias is the result of modeling decisions by the 2010 IWG and modeling decisions by the authors of the current IAMS, including the use of outdated damage estimates and the omission of several climate

* Peter Howard is an Economic Fellow at the Institute for Policy Integrity at the New York University School of Law. This position is jointly funded by Environmental Defense Fund, Natural Resources Defense Council, and Policy Integrity.

+ Special thanks to Samuel Bird and John Bowman for their invaluable contributions to this work. I would also like to thank Chris Hope, Laurie Johnson, and Gernot Wagner for their feedback. Additional thanks to the staff at the Institute for Policy Integrity, Elizabeth Gatto, Kevin Khuong, Rachael Leven, and Claire Swingle. Finally, I would like to thank the Environmental Defense Fund, the Natural Resources Defense Council, and Policy Integrity for their support.

change impacts. This report focuses primarily on omitted damages due to the likelihood that their inclusion would have a significant effect on the SCC.[6] These omissions include climate impacts on the following market sectors: agriculture, forestry, and fisheries (including pests, pathogens, and weeds, erosion, fires, and ocean acidification); ecosystem services (including biodiversity and habitat loss); health impacts (including Lyme disease and respiratory illness from increased ozone pollution, pollen, and wildfire smoke); inter-regional damages (including migration of human and economic capital); inter-sector damages (including the combined surge effects of stronger storms and rising sea levels), exacerbation of existing non-climate stresses (including the combined effect of the over pumping of groundwater and climate-driven reductions in regional water supplies); socially contingent damages (including increases in violence and other social conflict); decreasing growth rates (including decreases in labor productivity and increases in capital depreciation); weather variability (including increased drought and in-land flooding); and catastrophic impacts (including unknown unknowns on the scale of the rapid melting of Arctic permafrost or ice sheets).

Despite these downward biases to federal SCC estimates, this report argues that the Office of Management and Budget (OMB) and other executive branch agencies should move forward to finalize proposed rules with the 2013 IWG's current SCC estimates; they are underestimates, but we should, at a minimum, count the damages we can. At the same time, the OMB should emphasize more strongly the downward bias of the current SCC estimates and commit to addressing this bias in future updates of the estimates.

This report focuses on identifying the important categories of harm from climate change that are omitted from current IAMs. We first review the general categories of climate damages. Second, we describe how the latest versions of the three IAMs (DICE-2013, FUND 3.6, and PAGE09) are calibrated.[7] Third, we discuss a frequent cause of omitting damages: a lack of sound damage estimate(s) in the literature resulting from scientific and economic uncertainty in determining the magnitude of the effect. Fourth, using the previous two sections as a basis, we discuss the important categories of damages that are omitted. Fifth, we discuss the treatment of adaptation in these models, and whether omitted damages are likely to be incurred. Finally, we conclude with a discussion of the findings and what our results imply for the future estimation of climate damages.

# DAMAGES

The rising temperatures and ecological shifts brought on by global climate change are expected to affect myriad aspects of natural ecosystems and human civilization. Though climate change may create benefits in some regions and sectors, the long-term effects of climate change are projected to be overwhelmingly negative. To help policymakers weigh the costs of climate mitigation and adaptation, these impacts are monetized by economists as damages. Damages can be broadly segmented into market damages, which manifest as a loss of gross domestic product (GDP) and non-market damages, which manifest in terms of lost welfare. Damages also include shocks to political stability, massive ecological regime changes (such as tipping points and mass species extinction), and impediments to sustained economic growth, none of which are easily predicted or quantified (U.S. Climate Change Science Program, 2008; Yohe and Tirpak 2008).

## Market Damages

Market damages refer to changes in welfare due to changes in income or the availability, quality, or price of a market commodity or input. Most market damages result from shifts in productivity and a corresponding shift

in output and GDP. Market damages can also be the result of the loss or depreciation of capital such as land or infrastructure (Goulder and Pizer 2006; Mendelsohn 2003).[8]

Sectors in which market damages from climate change are forecast include agriculture, due to increased temperatures, $CO_2$ fertilization, changing rainfall patterns, pests, and pathogens; energy demand, largely due to the increased cost of space cooling and the decreased cost of space heating associated with global temperature rise; energy supply, due to changing energy supply costs (such as increasing power plant cooling costs) and extreme weather energy supply interruptions; transportation and communication, due to delays and infrastructure losses from extreme weather events; forestry, due to shifting suitable habitat ranges, pests, pathogens, and fires; fisheries, due to higher water temperatures, invasive species, and ocean acidification; and water resources, due to increased evaporation rates and changing rainfall patterns. Market damages in the form of land, property, and infrastructure loss and degradation are also expected as a result of sea level rise and extreme weather events. While health damages have market (for example, labor availability and increased healthcare costs) and non-market (such as suffering and the value of human life) aspects, the market damages from health are relatively small compared the non-market damages because households place a high value on human life (Tol 2009; Jorgenson et al., 2004).[9]

In some of these market sectors, climate change is projected to create a net benefit in some countries for low-level temperature increases. For example, increased temperature will increase agricultural and forestry productivity in some regions and increased $CO_2$ concentrations can improve the nutritional value of soil (via the $CO_2$ fertilization effect). In some models, the benefits in some sectors are significant enough to result in initial net benefits to the globe from climate change. These sector benefits and the resulting global net benefits, however, are expected to be short-lived as temperatures continue to rise (Warren et al., 2006; Jorgenson et al., 2004). While Tol (2009) finds evidence of net global benefits from climate change up to a 2.2 degrees Celsius increase in temperature, this threshold differs between the three IAMs and even within variants of the same IAM.[10] Some IAMs, such as many of the more recent variants of DICE, find no such evidence of initial benefits.[11]

## Non-market Damages

Non-market damages refer to damages affecting goods or services for which no established market exists, but which still provide value to humans. These non-market goods and services, also referred to as non-market commodities, can generally be thought of as environmental good and services (such as ecosystem services). Environmental goods can be divided into use values, including direct-use values (for example, the pharmaceutical value of biodiversity) and indirect use values (such as the values of ecosystem, recreational, and aesthetic services), and non-use value (including existence, bequest, option, and altruistic values). Another way to subdivide non-market damages is into tangible damages, which by definition can be valued, and intangible damages, which by definition are extremely difficult to value given current methods. While economists have established valuation techniques for tangible damages, the accuracy of these estimates vary by the type of good and service. For example, use values, particularly direct-use values, are more easily quantified than non-use values.[12]

Projected damages to non-market goods from climate change that are included in one or more IAM include the loss of species and habitat, increases in rates of human mortality and morbidity, and changes in amenity values (that is, the direct welfare change from a more or less hospitable climate) (Anthoff and Tol 2012; Warren et al., 2006; Smith et al., 2003). All tangible damages from climate change are not included in IAMs, such as the

medical value of biodiversity. Intangible benefits, including larger societal implications of climate change, have yet to be meaningfully addressed or incorporated into IAMs (Yohe and Tirpak 2008).

## Socially Contingent Damages

Socially contingent damages are damages that result from changes in social dynamics due to climate change. Warmer temperatures, sea level rise, and changing water availability can affect how societies function. For example, mass migration will become more likely as some regions become more inhospitable. Similarly, interpersonal violence and social and political conflict will rise with increased food, water, and resource scarcity. The values of social dynamics are, in most cases, intangible (that is, unmeasured) given current valuation methods; it is difficult to quantify the social effect, let alone value it. As a consequence, socially contingent damages from climate change are almost completely excluded from IAMs.

## Catastrophic Impacts

One of the most concerning aspects of climate change is the potential for catastrophic damages. Catastrophic damages are characterized as low probability-high damage events. These damages come from

- tipping points (also known as discontinuities)—"an environmental threshold over which small changes in the environmental state can causes rapid, frequently irreversible changes in ecosystem characteristics" (EDF, NRDC, Policy Integrity, and UCS comments, 2013);
- fat tails—uncertainty in the underlying economic and environmental parameters in IAMs that result in underlying "fat-tailed" distributions, which are distributions (often right skewed) characterized by an extended and fat tail on the upper end of the distribution relative to the normal (bell curve) distribution; and
- black swan events—(that is, unknown unknowns) that refer to currently unknown tipping points or parameter distributions.

While tipping points, fat tails, and black swan events are distinct concepts, they are overlapping issues; this is discussed further below. Furthermore, while IAMs often categorize catastrophic damages as a distinct type of damage from the previous three, they should actually be thought of as damages to market goods, non-market goods and services, and society via cataclysmic climate events—often thought of in this case as rapid and/or extreme climate change.

Catastrophic impacts are often cited as a key reason for immediate action on climate change. Using PAGE09, Hope (2013) demonstrates that tipping point damages, the first of these three types of damages, alone can be as important as economic damages in determining the social cost of carbon.

TIPPING POINTS. As mentioned above, an ecological tipping point is broadly defined as a threshold beyond which a small change in conditions causes rapid, often irreversible changes in ecosystem characteristics. Tipping points are generally more common in intricate systems with many interacting parts, such that even small changes in the system can potentially have large impacts through a snowball effect.[13]  A simple but illustrative example of an ecological tipping point is the effect of deforestation in tropical rainforests. The large trees in the rainforest depend upon nutrient-rich topsoil to thrive. That topsoil is held in place by the root network of the plants it supports and can take centuries to accumulate. The removal of trees accelerates the rate of


Crowning fire in spruce forest. Photo: Murphy Karen, U.S. Fish and Wildlife Service

topsoil erosion while topsoil erosion impedes tree survival rates. Deforestation, then, creates a chicken-and-egg conundrum as reforestation efforts are doomed by a lack of topsoil and topsoil cannot be sustained without an established root network (Brahic 2009).

Within the context of climate change, a tipping point generally refers to a temperature or $CO_2$ concentration threshold beyond which (even by small perturbations) the future state of Earth's climate system is significantly and irreversibly altered. In other words, a tipping point is an abrupt change in the climate system between stable climate states at the regional scale (at the subcontinental scale or higher) or global scale (Overpeck and Cole 2006). Beyond the temperature or $CO_2$ concentration threshold that causes this abrupt change, ecological changes would be irreversible on human time scales even if temperature could be returned to pre-threshold levels (Overpeck and Cole 2006; Lemoine and Traeger 2011).

A global tipping point would likely be driven by a series of region-specific or system-specific tipping points (that is, tipping elements), which, taken collectively, would dramatically reduce the Earth's natural capacity to withstand climate change. Lenton et al., (2008) identifies the following tipping elements:

- Arctic sea-ice (decreased areal extent),
- Greenland ice sheet (decreased ice volume),
- West Antarctic ice sheet (decreased ice volume),
- Atlantic thermohaline circulation (decreased overturning),
- El Niño-southern oscillation (increased amplitude),
- Indian summer monsoon (decreased rainfall),
- Sahara/Sahel and West African monsoon (increased vegetation fraction),
- Amazon rainforest (decreased tree fraction), and
- boreal forest (decreased tree fraction).[14]

The probability and damages of tipping point scenarios are poorly understood (Weitzman 2011). Due to the considerable uncertainty surrounding these events, some IAMs exclude them altogether. This will be discussed later.

Tipping point damages can be modeled either explicitly or implicitly. If tipping point damages are modeled explicitly, the damages from the crossing of tipping points are modeled using an additional damage function (for example, Hope 2002; Hope 2009; Nordhaus and Boyer 2000; Nordhaus 2008). If tipping point damages are implicitly modeled, tipping points are modeled in IAMs through the choice of climate parameters, specifically the probability distribution functions that represent them, as in Lemoine and Traeger (2011), Weitzman (2009), and Anthoff and Tol (2013a).[15]  In this case, tipping point damages are implicitly captured through assumed increases in market and non-market damages resulting from higher temperature from crossing climate tipping point.

Fat Tails. Fat tails refer to the upper ends (that is, the right sides) of the probability density functions of a range of climate change-related variables. Tail fatness is an indicator of how quickly the probability of an event declines relative to the severity of that event, with fatter tails corresponding to lower rates of decline.[16]

Martin Weitzman has argued that existing climate models fail to adequately account for the extreme risks of climate change. In Weitzman's eyes, prevailing "structural uncertainties" (that is, unknown unknowns) abound in the economics of climate change, and existing benefit-cost analyses (BCAs) and IAMs have yet to deal adequately with these uncertainties. While IAM modelers often choose thin tailed distributions (for example, the uniform distribution) and medium-tailed distributions (for example, the normal distribution) to represent uncertain climate variables, Weitzman argues that fat-tailed distributions (for example, Student-t-distribution) are more appropriate due to these structural uncertainties in climate change (that is, unknown unknowns) and the "unlimited" potential for the scale of damages (Weitzman 2011).[17]  Fat tails arise due to the finite amount of information on catastrophic impacts (due to their rarity in historical record keeping) forcing analysts to specify probability distribution functions of probability distribution functions.  In other words, Weitzman believes that existing IAMs and BCAs under account for the potential of extreme, irreversible impacts of climate change by assuming thin-tailed and medium-tailed distribution functions,[18] which render the likelihood of extreme damages from climate change small enough to write off (Weitzman 2009; Nordhaus 2012).

Weitzman (2011) identifies multiple sources of structural uncertainty in existing climate modeling literature and models; he emphasizes that these sources are not exhaustive, and more likely exist. The five structural uncertainties that he identifies are: (1) the unprecedented rate and scope of increases in atmospheric greenhouse gas (GHG) concentrations, (2) the uncertainty surrounding the response of global temperatures to this dramatic increase in GHG emissions, (3) the potential for positive feedback mechanisms to accelerate the release of GHGs such as methane, (4) uncertainty of the effects (that is, damages) of extreme climate change,[19] and (5) the proper discounting of the distant future (Weitzman 2011). At each of these steps in the climate model, parameters are highly uncertain and potentially represented by fat tails. As a consequence of the "cascading" uncertainties at each step in the climate model and the potentiality of fat tails at each step, climate impacts are also likely fat tailed. As Weitzman (2011) emphasizes, this is the fat tail that truly matters to climate economics—not the fat tails of the climate sensitivity parameter and the other parameters—for the Dismal Theorem to arise.

As a result of the potential for climate impacts having a fat tail, Weitzman develops a theory now dubbed the Dismal Theorem. According to Weitzman (2009), if IAMs were to model fat-tailed distributions, the expected marginal utility of consumption would "explode." In other words, the "limiting [willingness to pay] to avoid fat-tailed disasters constitutes all of output (Weitzman, 2011)." As a consequence of this result, traditional BCA collapses as the SCC becomes infinite.

While Weitzman (2009) suggests such events can have such large costs as to overwhelm the discount rate,

Nordhaus (2009) finds Weitzman's results are exceptions to the rule. In particular, Nordhaus (2009) find that the Dismal Theory holds, that is, the expected cost of climate change is infinite, only under limited conditions: the tails are "very" fat or society is "very" risk adverse. In other words, "[the probability of a catastrophic event] must not go to zero and [marginal utility of consumption] must be indefinitely large as consumption declines" towards zero (Nordhaus 2012); Nordhaus argues that the former condition may not hold (particularly if there is an upper bound on climate parameters), and the latter condition does not hold. Furthermore, using DICE-2007, Nordhaus (2009) demonstrates that catastrophic outcomes are potentially avoided, even if the climate sensitivity parameter is high and major tipping points exist, if policymakers can learn about the risks of climate change before irreversible, catastrophic damages occur and policymaking works correctly. However, Nordhaus' rebuff of the Dismal Theory (and its implication that BCA does not apply to climate change) should not be construed as a rejection of fat tails—these he believes are important for inclusion in IAMs (Nordhaus 2012).

In response, Weitzman (2011) argues that the infinite number should not become a distraction, but merely emphasize the larger willingness to pay to avoid these structural uncertainties discussed above. To produce a finite SCC for BCA to continue, Weitzman argues for the inclusion of the value of civilization. Like the value of a statistical life, the value of civilization captures the "rate of substitution between consumption and the mortality risk of a catastrophic extinction of civilization or the natural world as we know these concepts (Weitzman 2009)." Crudely calculated, the value of civilization equals the present value of global income in the year that civilization would end divided by the probability that civilization would end in that year (Weitzman 2009; Weitzman 2011).[20]

The empirical work on catastrophic damages, that is, the willingness to pay to avoid structural uncertainty, finds mixed results. On the one hand, Newbold and Daigneault (2009) find large catastrophe risk premiums. In this case, the use of the value of civilization may be essential. On the other hand, Pindyck (2009) finds only a modest risk premium. Similarly, Nordhaus (2009) only finds large catastrophic damages when climate policy fails in the presence of high climate sensitivity and major tipping points. In these cases, the inclusion of a value of civilization may be unnecessary because benefit-cost analysis does not collapse.

Note that there is some overlap between tipping point events and fat tails. If tipping point damages are modeled explicitly, the probability of incurring tipping point damages can be modeled using a fat-tailed distribution if the probability distribution function of the event occurring is unknown. Similarly, the corresponding magnitude of the damages can be modeled using fat-tailed distributions if this probability distribution function (PDF) is also uncertain. If tipping point damages are modeled implicitly, that is, climate parameters are used to model tipping points explicitly, fat-tailed distributions can be used for the corresponding climate parameters' probability distribution functions. However, tipping points do not require fat-tail distributions if they are known unknowns. In other words, the use of fat tails to model the probability of tipping points or their damages is not necessary to the extent that their probability distribution functions are known, and they can be captured by thin- or medium-tailed distributions. Undoubtedly, some tipping points are unknown unknowns and require the use of fat tails in that probability and damages of tipping point scenarios are poorly understood (Weitzman 2011).

### BLACK SWAN EVENTS.
BLACK SWAN EVENTS. Black swan events refer to unknown catastrophic impacts, via unknown tipping point events or parameters within unknown probability distribution functions. Currently, black swan events still go unaddressed by IAMs. Along with the view that omitted climate damages likely outweigh omitted climate benefits (Mastrandrea 2009), there exists a general opinion that bad surprises are likely to outweigh good surprises in the case of climate change (Tol 2009b; Mastrandrea 2009).[21]

Just as tipping points and fat tails are related concepts, so are fat tails and black swan events. Fat tails can be thought of as a general way to capture unknown unknowns in the SCC. However, the choice of fat-tailed distributions, that is, the rate that the tail declines, is unknown. In other words, specifying a fat-tailed distribution is guessing at unknown unknowns. Furthermore, in terms of real practical applications, IAMs that include fat tails may still omit other unknown unknowns. In this sense, the inclusion of fat-tailed distributions into IAM models may not fully capture unknown unknowns.

# CALIBRATION

Through the choice of damage sectors and the choice of calibration estimates, IAM developers determine what damages from climate change are included and excluded in the social cost of carbon.[22] Using damage estimates (measured as a percentage change in GDP) for a specified temperature increase (measured as the degree Celsius increase in regional or global average temperate from the pre-industrial temperature) drawn from the literature,[23] IAM developers calibrate damage functions in three ways: sector-region analysis, survey, or meta-analysis.

First, a sector-regional analysis is when studies are found that provide sector-specific damage estimates by region; extrapolation from observed regional damages to missing regions is often necessary. If an aggregate damage function is utilized, damages are summed across sectors and regions. Earlier versions of DICE (DICE-1999 and DICE-2007) fall within this category, as does FUND.[24] Second, a survey of the literature is when a consensus work, like the IPCC studies, is utilized, or when the author uses his discretion to decide on the level of damages. In either case, though no statistical analysis is performed, the damage estimates are based upon a survey of particular studies. PAGE relies on this methodology combined with uncertainty analysis.[25] Third, a meta-analysis is when a damage curve is fit to various damage estimates that vary in damage magnitude and future temperature level. The most recent version of DICE relies on this method. The latter two methods are problematic in that they make it difficult to determine the actual source behind the damage function, and thus, to determine what particular climate damages are included and excluded from the model.

In the following section, we discuss how each IAM is calibrated by its developer using the default version of each of these models.[26] This is done to reflect the version of the model that each modeler provides to the public and documents most thoroughly. Furthermore, the IWG uses the default versions of these IAMs. In the case of DICE-2013, which has not been utilized by the IWG, the default version is utilized for purposes of consistency.

## Calibration of the DICE damage function

Since 2000, William Nordhaus has released four versions of the DICE model: DICE-99, DICE-2007, DICE-2010, and DICE-2013. Of these four models, DICE-2010 is not considered a major update of the DICE model but rather an aggregation of the RICE-2010 model, a regionalized version of DICE. Across all versions of DICE, William Nordhaus calibrates an aggregated global damage function that is quadratic in temperature.[27] The sources used to calibrate the DICE-RICE damage functions have changed over the various versions of the model. For the quadratic damage functions of the initial models, that is, DICE-99, DICE-2007, and DICE-2010, Nordhaus used damage estimates by sector drawn from specific sources and studies. For the more recent version of the model, that is, DICE-2013, Nordhaus utilizes a meta-analysis approach.

**EARLY VERSIONS OF DICE.** The DICE-99 damage function was calibrated against region-sector damage estimates for a 2.5 degree and 6 degree Celsius increase in global mean surface temperature above the pre-industrial level.[28]  The sectors in the DICE-1999 model are: agriculture; other vulnerable markets—forestry, fisheries, water transportation, hotels and other lodging places, outdoor recreation, and energy; coastal—sea level rise and storms; health—malaria, dengue fever, other tropical diseases, and pollution; non-market amenities—the allocation of time to leisure activities; settlements and ecosystems; and catastrophic impacts. Thus, the DICE-1999 model includes market, non-market, and catastrophic damages. See Table 4 for sources of damage estimates and Table 5 for DICE-1999 region-sector specific damage estimates.[29]  See forthcoming Appendix A for a full discussion of the calibration of DICE-1999.

Instead of DICE-1999, the 2010 Interagency Working Group utilized DICE-2007 in the estimation of the U.S. Social Cost of Carbon, as documented in the 2010 Technical Support Document. There are no major changes from DICE-1999 to DICE-2007. In particular, as with DICE-1999, Nordhaus uses sector-based damage estimates to calibrate the aggregate DICE-2007 damage function. There is no change in the types of damages.[30]  See forthcoming Appendix B.

The 2013 Interagency Working Group utilized DICE-2010 to estimate the U.S. Social Cost of Carbon, as documented in the 2013 Technical Support Document. The actual calibration method is almost identical to DICE-2007. The main difference is that for the 2010 version of the model, Nordhaus explicitly specifies the aggregate damage function as a quadratic function of both sea-level rise and temperature, instead of only temperature (Nordhaus, 2010; Nordhaus and Sztorc, 2013). See forthcoming Appendix C.

Given the similarities between DICE-1999, DICE-2007, and DICE-2010, this paper focuses on the omitted damages from DICE-1999. Of these three versions of DICE, DICE-1999 is chosen because it is used by Hope as one of the calibration sources of the PAGE09 damage function.

**RECENT VERSION OF DICE.** Nordhaus states that DICE-2013 is the first major update of the DICE model since the 2007 version. There are three major updates from 2007 to 2013 in the DICE aggregate damage function. First, Nordhaus updates the sources of his damage estimates used for calibration. Instead of using Nordhaus and Boyer (2000) as the basis of this calibration, he uses the damage estimates in Table 1 of Tol (2009), as seen in Table 7 below and Figure 2 in Nordhaus and Sztorc (2013). Second, he increases these damage estimates by 25 percent to account for omitted non-monetized benefits, such as "several important factors (biodiversity, ocean acidification, and political reactions), extreme events (sea-level rise, changes in ocean circulation, and accelerated climate change), impacts that are inherently difficult to model (catastrophic events and very long-term warming), and uncertainty (of virtually all components from economic growth to damages)." Last, Nordhaus no longer utilizes a sector-region analysis to calibrate DICE's aggregate damage function, but instead switches to the meta-analysis technique; see forthcoming Appendix D.

Determining what damages are included and excluded from the DICE-2013 damage function is difficult. This is because Nordhaus switches from a sector-region analysis to calibrate DICE's aggregate damage function to the meta-analysis technique, which relies on 13 studies cited in Tol (2009); see Table 7. For several reasons, this makes determining the damages included in the DICE-2013 model nearly impossible. First, many of the studies cited in Tol (2009) rely on a multitude of studies to produce their estimates, resulting in the need to go through a large number of papers in detail to decipher what damages are included and excluded from DICE. Second, when these studies do not rely on a multitude of cited papers, they utilize author discretion or statistical techniques to determine damage estimates. Both of these methods make it difficult to determine which sectors are included

in the damage estimates, and the latter estimates, which include cross-national regressions, can often suffer from statistical inference problems. Last, it is difficult to determine what damages are included in the damage function because the 13 studies differ in what damages they include and exclude in their analyses. Specifically, what does it mean to have one of 13 studies include catastrophic damages or three out of 13 studies explicitly model the effect of climate change on vector-borne diseases? It seems reasonable to argue that the inclusion of these damages by a minority of studies implies their general exclusion from the DICE-2013 damage function. However, two studies exclude non-market damages and another two studies exclude market damages. Are non-market damages and market damages completely accounted for in DICE-2013? The answer to this question is debatable.

The DICE-2013 damage function was not used by either the 2010 or 2013 Interagency Working Group because the model was not yet peer-reviewed. It is our view that the IWG should be wary of using DICE-2013 in the future, given the inherent difficulty in understanding its foundations. Furthermore, if a meta-analysis is used, it should be conducted at either the sector or region-sector levels where more data are available. This is discussed further in the conclusion.

## Calibration of the FUND 3.6 damage functions

FUND 3.6 is the only model of the three to model damages as functions of physical processes. Specifically, in FUND, Tol calibrates sector-specific damages functions to a 1 degree Celsius increase in temperature, and assumes dynamic equations to extrapolate damage estimates to higher temperature levels and different future states (rate of climate change, $CO_2$ levels, and socio-economic scenarios). These equations depend on various assumptions about physical and economic processes, and also rely on additional parameter calibration. Unlike DICE and PAGE, some sector damages, that is, agriculture and ecosystem services, are functions of the rate of temperature change, in addition to the level of temperature change, sea-level rise, and amount of $CO_2$ in the atmosphere.

FUND includes market and non-market damages, but fails to explicitly model catastrophic damages. The model's damage sectors include: agriculture, energy consumption, forestry, (fresh) water resources, sea level rise, human health, ecosystem degradation, and extreme weather (Anthoff and Tol, 2012). While FUND does not explicitly model catastrophic damages, FUND captures catastrophic damages via uncertain parameters.[31] Of the three IAMs utilized by the IWG, FUND 3.6 is the only one to model a socially contingent response to climate change: migration from sea level rise.

For FUND 3.6, Anthoff and Tol (2012) calibrate multiple damage functions per sector. Tol and Anthoff (2013) calibrate three agricultural damage functions using agricultural damage estimates derived using a general equilibrium approach; the three damage functions model the effect of rate of climate change (the cost of farmer mal-adaptation), level of climate change (effect of temperature level on crop production), and carbon dioxide fertilization on agricultural production (potential increases in agricultural production due to a rise in the atmospheric concentration of $CO_2$), respectively. In energy, Anthoff and Tol include the cost to the energy sector due to increased demand for space cooling and decreased demand for space heating from a rise in temperature. In forestry, Anthoff and Tol (2012) include the cost of climate change impacts on industrial wood manufactured products from changes in mean temperature and atmospheric concentrations of carbon dioxide relative to pre-industrial levels. In water resources, Anthoff and Tol (2012) include the effect of climate change on fresh water resource. For sea level rise, Tol accounts for losses of dry land and wetland, the coastal protection

and migration costs. In health, Tol accounts for the mortality and morbidity costs of diarrhea, vector-borne diseases (malaria, schistosomiasis, and dengue fever), and heat and cold related illnesses (cardiovascular and respiratory disorders) due to a rise in temperature. With respect to ecosystems, Anthoff and Tol (2012) estimate a value for species loss. Finally, with respect to storms, Tol estimates the economic costs of the destruction and the value of life lost from tropical storms (hurricanes, typhoons) and extratropical storms (cyclones).

Due to the extensive use of data sources necessary to calibrate the physical processes, this section does not contain an extensive discussion of data; see forthcoming Appendix E.

## Calibration in the PAGE-2009 damage functions[32]

PAGE09 models damage functions for four generalized impact sectors: market, sea-level rise, non-market, and non-linear (or tipping point) damages. Hope (2011a; 2011b; 2013) specifies a triangular distribution for each of the parameters in the damage function.

The non-catastrophic damage functions in PAGE09 (market, non-market, and sea-level rise) are calibrated using various versions of DICE and FUND. Thus, PAGE09 omits similar damages as do these two models. In PAGE09, Hope calibrates the distribution of economic (that is, market), non-economic (that is, non-market), and sea-level rise damages as a percentage of GDP for a 3 degree temperature increase (corresponding to a 0.5 meter sea-level rise) using a range of damage estimates from Warren et al (2006) and the IPCC 4th Assessment Report (IPCC, 2007). Warren et al (2006) discusses DICE-1999, FUND2.9, PAGE02, and MERGE; PAGE2002 is calibrated based on DICE-1999 and FUND 2.0.[33] Fig 20.3a from AR4 WGII on page 822 (Figure 1 below), which is used to inform the range (the minimum and maximum combined effect) of market and non-market damages (a range between 0.3 percent to 1.8 percent GDP decline for a 2.5 degree Celsius increase), cites Nordhaus and Boyer (2000) – DICE-1999, Tol (2002b) – FUND 2.0, and Mendelsohn et al (2000); this figure is identical to Figure 19.4 in IPCC (2001a, Chapter 19) upon which the PAGE2002 damage estimates were partially based. In other words, the market, non-market, and sea-level damage functions in the PAGE09 model are "highly" dependent on DICE and FUND, though Hope uses his discretion to specify a range of estimates to allow for the possibility that these models have underestimated impacts.



Flooding in downtown Binghamton, New York due to the remnants of Tropical Storm Lee. Photo: National Weather Service, Binghamton

Hope (2011) also reduces the magnitude of these damages by including initial climate benefits, which can result in some regions experiencing positive net benefits from climate change at low temperature increases, and by placing a limit on climate damages so that they can be no greater than 100 percent of GDP at high temperature increases. In addition to damages, Hope (2011b) includes an additional terms in each of the three non-catastrophic impact sectors based on the findings of Tol (2002) to capture initial climate benefits for lower temperature increases; these initial benefits are set equal to zero for sea-level rise in the default version of the PAGE09 model.[34] These expressions are defined such that these benefits dissipate as temperature increase until they become zero (that is, do not yield any actual benefits) at some temperature threshold, and then they become damages (in addition to the previously discussed calibrated damages) for further temperature increases. Assuming no adaptation, the temperature thresholds for both market and non-market damages are 3 degrees Celsius.[35] Hope (2011) also limits damages to 100 percent of GDP in any given time period. Instead of maintaining polynomial damage functions across all temperature levels, damage functions shift from polynomial functions to logistic functions at certain damage levels to constrain damage to 100 percent of GDP. Following Weitzman (2009), the saturation point (that is, the point where damages as a percentage of consumption starts to become limited) is characterized by a triangular distribution with range 20 percent to 50 percent, a mean of 33.33 percent, and a mode of 30 percent (Hope, 2011a; 2011b). Given the modeling assumption of PAGE09, the initial benefit terms do not yield any actual benefits (that is, are equal to zero) and the damage functions are still polynomial functions for a 3 degree Celsius increase and a 0.5 meter sea-level rise. In other words, non-catastrophic damages equal their calibration value of 2.03 percent of GDP at the calibration temperatures increase of 3 degrees Celsius when there is no adaptation (Hope 2011).

In PAGE09, Hope explicitly models climate tipping points as a singular, discrete event that has a probability of occurring in each time period. This probability increases in temperature. If this event occurs, a decline of 5 percent to 25 percent of GDP occurs; See Table 9 below.[36]

PAGE09 calculates climate damages for the European Union, and then scales these damages to other regions. PAGE09 uses the relative length of coastline to inform the corresponding ranges of scaling factors; Anthoff et al., (2006) is the data source for the weighting factors. While these scaling factors do no differentiate between developed and developing countries, Hope includes equity weights in PAGE09 that account for differences in GDP per capita between European Union and other regions (Hope 2011b). Finally, Hope specifies regional damage functions in PAGE09, which are functions of regional temperature, not global mean surface temperature. Thus, PAGE09 captures some regional differences in climate damages using several mechanisms. See forthcoming Appendix F for further discussion.

## Damages generally included in IAMs

From this discussion about how the three latest IAMs are calibrated, we can make some general statements about what types of damages are accounted for by IAMs. Currently, they cover a number of direct effects of climate change, that is, a rise in global average surface temperature, on economic (that is, market) activity, and to a lesser extent the direct effects of climate change on the environment and human settlements. The three Integrated Assessment Models (IAMs) capture the direct effects of higher temperature levels and higher $CO_2$ levels (via soil fertility) on agriculture and forestry yields (but excluding climate change effects on pests, pathogens, and fires), and the effects of trade through general equilibrium effects. The models only capture the effects of higher temperature on fisheries to a very limited extent, and exclude the effects of habitat loss (particularly mangroves and coral reefs), ocean acidification, and invasive species all together. The models

also capture some effects of climate change on energy demand and fresh water resources, though these are still limited in important ways (see discussions on fisheries, energy supply, ecosystem services, and destabilizers of existing non-climate stressors below). While IAMs capture the effects of heat and cold related illnesses (cardiovascular and respiratory disorders) to different extents, all three capture some effects of climate on vector-borne diseases, including malaria and dengue fever. For example, the direct cost of vector-borne diseases on human life is included, but not the effects of such diseases on labor supply or productivity (as discussed below). To different extents, all three models capture the effects of increased storm strength on coastal property values and sea level rise on preventative expenditures, lost property, and lost ecosystems. To the extent possible with current models, all IAMs consider some effect of climate change on ecosystems and biodiversity—though improved estimates are needed with respect to both of these damage estimates. Finally, there are a variety of damages that are captured by only one or two of the IAMs, but not all three: effects of climate change on morbidity; mortality from storms, pollution, and diarrhea; recreational activities; climate amenities (that is, the willingness to pay to live in a location with more sunny days); and catastrophic damages.

As is discussed more thoroughly in the conclusion of this report, many of the smaller climate damages are not considered by the authors of IAMs because they are considered cancelled out by omitted climate benefits. The views of Tol (2009) and Yohe and Tirpak (2007) are that a better job has to be done with respect to including only major damage categories: catastrophic damages, socially contingent damages, and weather variability. See the conclusion of this paper for more of a discussion.

# CAUSES OF THE OMISSION OF DAMAGES

In general, the more difficult a climate impact is to estimate in the natural sciences (which measure the physical impact) and/or value in economics, the more likely that climate impact  is to be excluded from IAMs (Yohe and Tirpak, 2008); see Figure 2. With respect to the natural sciences, damages corresponding to more certain (that is, known) climate trends (for example, average temperature increases and sea level rise) are included in IAMs; bounded trends, that is, climate change for which a range and/or distribution is specified, such as extreme weather events and weather variability (for example, droughts, floods, storms, and so on), are less likely to be included; and abrupt changes, in general, are the least likely to be included because they are the effects characterized by the greatest uncertainty. With respect to economics, damages that are easier to value are more likely to be included, such that many more market damages are included than non-market damages. Environmental goods and services are more likely to be omitted from IAMs by analysts than market damages because the former does not have observable market prices and instead must be valued by the analysts. While the value of some environmental goods and services can be indirectly observed in market data (for example, housing sales) using revealed preference techniques, other environmental goods and services (for example, biodiversity) can only be valued using stated preference techniques;[37]  this latter group of environmental goods and services are more likely to be omitted. Socially contingent damages (for example, famine, political unrest, migration, and so on), which are often the result of multiple stressors, are usually omitted because they are difficult to quantify, predict, and value (Yohe and Tirpak, 2008). Figure 2 below, taken from Yohe and Tirpak (2008), organizes all types of climate damages into nine categories of damages corresponding to three levels of scientific uncertainty (that is, three rows) and three levels of economics uncertainty (that is, three columns) discussed above.

The nine categories of climate of climate benefits and damages in Figure 2 (and discussed in the previous

paragraph) can be further organized into three groups of damages based on their levels of representation in IAMs:

- Group 1: Included damages—market damages from certain climate trends. Area I in Figure 2.
- Group 2: Partially included damages—bounded and tipping-point market damages and certain and bounded non-market damages. Areas II, III, IV, and V in Figure 2.
- Group 3: Excluded damages—socially-contingent damages and non-market tipping point damages. Areas VI, VII, VIII, and IX in Figure 2.

Group 1 damages, that is, certain market damages, are included, but can still be improved by accounting for geographic variability. Other market damages, for all real purposes, are excluded: fisheries, energy supply, transportation, communication, and recreation and tourism.

Group 2, which includes bounded and tipping-point market damages and certain and bounded non-market damages, has been less successfully included into IAMs. The three IAMs have included certain and bounded non-market damages, but in a less than comprehensive manner due to data and method limitations. In other words, while many of these damages have been included in IAMS (for example, heat stress, loss of wetlands, biodiversity, and loss of life), the included estimates require significant improvement.[38] Similarly, while some IAMs (earlier versions of DICE and PAGE), have explicitly accounted for catastrophic market damages, Yohe and Tirpak (2008) argue that these estimates have been less than comprehensive, and most likely omit non-market and socially contingent consequences of these changes.[39] Furthermore, while IAMs have included market sectors that are affected by climate variability (agriculture, fresh water resources, forestry), little has been done to account for the damages of increased climate variability in these sectors. It is critical to account for increased climate variability because average changes mask extreme events, such as droughts, heavy rains, heat waves, and cold spells.

Group 3, that is, socially contingent damages and non-market tipping point damages, has only recently been investigated (or has not been investigated at all) by impact papers. As a consequence, they are completely omitted from IAMs (Yohe and Tirpak, 2008).

With each generation of IAM, a discussion ensues over whether climate damages are accurately captured. While several studies have identified missing damages in earlier versions of these three IAMs (Warren et al., 2006; Dietz et al., 2007; Yohe and Tirpak, 2008; Tol, 2009), this report is the first to thoroughly identify and discuss the various damages omitted from the most recent versions of these three IAMs (specially the default versions): DICE-2013, FUND 3.6 (which is identical to FUND 3.7 and FUND 3.8 in terms of damage captured), and PAGE09. By analyzing the calibration methods and data sources of the latest version of the three IAMs, as discussed in the previous section, this report is able to provide a comprehensive discussion of which important categories of harm are included and excluded from these IAMs. Please see Appendices A through F for a more thorough discussion of the calibration of each IAM, and which damages are included and excluded from the default version of each of these models.

# OMITTED DAMAGES

Based on the analysis of the three IAMs in the previous two sections, this section will discuss the damages currently omitted from IAMs: market damages—fisheries, pests (IWG, 2010), pathogens (IWG 2010), erosion (Vose et al., 2012), weeds (Rosenzweig et al., 2001), air pollution (Warren et al., 2006; Cline, 1992), fire (Cline, 1992), energy supply (Tol, 2009; IPCC, 2007b), transportation (IPCC, 2007b; Koetse and Rietveld, 2009), communication, ecological dynamics (Gitay et al., 2001; Norby et al., 2005), and decreasing growth rate (Fankhauser and Tol, 2005; Tol, 2009; Dell, Jones, and Olken, 2013; Moyer et al., 2013); non-market damages— recreational value (Tol, 2009), ecosystem services, biodiversity and habitat (IWG 2010; Tol, 2009; Nordhaus and Sztorc, 2013; Freeman and Guzman, 2009), omitted health costs (Tol, 2002a; Warren et al., 2006), and relative prices (IWG, 2010; Sterner and Persson, 2008; Hoel and Sterner, 2007); socially contingent damages— migration, social and political conflict, and violence (Stern, 2007–Chapter 6; Yohe and Tirpak, 2008; Tol, 2009; Dell, Jones, and Olken, 2013); catastrophic impacts (IWG 2010; Yohe and Tirpak, 2008; Tol, 2009); inter-regional damages (IWG 2010); and across sector damages—inter-sector damages (IWG, 2010; Warren et al., 2006), exacerbation of existing non-climate stresses (Free man and Guzman, 2009), ocean acidification (Brander et al., 2009; Cooley and Doney, 2009; Guinotte and Fabry, 2009), and weather variability (Yohe and Tirpak, 2008; IWG, 2010).[40]

Omitted damages can involve omitted damage sectors, such as fisheries, or omitted effects of climate change within and across sectors, such as ocean acidification. This poses a taxonomy problem in that it is hard to classify damages within the simple market, non-market, socially contingent, and catastrophic damage categories that we have laid out earlier. For clarification purposes, we highlight when this is a particular problem with respect to omitted effects of climate change: ocean acidification; wildfires; and pests, pathogens, and weeds.[41] In addition, we add two additional types of omitted damages to the taxonomy: inter-sector damages and cross-sector damages. The former captures the damages that arise due to the interaction of climate change effects between two or more damage sectors, and the latter captures omitted damages that affect multiple sectors. See Table 10 for the taxonomy of omitted damages used in this paper, and Table 11 for an alternative taxonomy based on omitted damage sectors and omitted climate effects.

## Market damages

There exist several market damages that remain unaccounted for in the market damage literature. As mentioned earlier, Yohe and Hope (2013) argue that few updates to market damages will have a significant effect. However, there are several potential additions that should be considered for having potentially large effects: fisheries (and relatedly, including effects of ocean acidification more broadly), market sector disturbances (pests, pathogens, air pollution, erosion, and fires), energy supply, transportation, and economic growth.

FISHERIES. Fisheries are, for the most part, excluded from IAMs. DICE-1999, which is utilized as a damage source in DICE-2010 and PAGE09 (both are used by the 2013 IWG), includes fisheries in a generalized "other market" sector, along with forestry, energy systems, water systems, construction, and outdoor recreation. Citing Cline (1992), Nordhaus (1991), and Mendelsohn and Neumann (1999) damages estimates to these sectors for the United States, Nordhaus and Boyer (2000) argue that damages not related to energy are equal to zero. Implicitly, this assumes that climate damages to fisheries are equal to zero even though the sources he cites do not explicitly discuss damages to fisheries, particularly Cline (1992) and Nordhaus (1991). As a consequence, Nordhaus and Boyer (2000) essentially fail to account for fisheries. In FUND 3.6, freshwater and saltwater fisheries are excluded. Consequently, PAGE09, which heavily relies on early versions of DICE and FUND to calibrate its

market damage function, excludes fisheries as well. Finally, DICE-2013, at most, partially captures fisheries. Many of the enumerative studies upon which DICE-2013 relies in the calibration of its damage function, exclude fisheries altogether.[42] Similarly, in the statistical studies, the effect on fisheries, particularly offshore salt-water fisheries, may be excluded; see forthcoming Appendix D.[43]

Fisheries support a significant portion of the world's population. Many individuals rely on fishing and aquaculture for employment. Also, many individuals rely on seafood as their primary source of protein. Climate damages to fishery resources will cause particular harm to those regions most reliant on fisheries (WFC, 2007). According to Allison et al., (2009), the most vulnerable fisheries are located in developing nations, which are the most dependent on fisheries in terms of livelihood and nutrition.

Climate change will affect fisheries in several ways. First, rising sea surface temperatures will damage coral reefs, an important habitat for many fisheries, and result in more frequent algae blooms, which negatively affect fish stocks via decreased oxygen availability. Rising temperatures will also positively affect the growing season, winter mortality rates, and growth rates. Second, rising land temperatures will increase the temperatures of fresh water systems, resulting in declined fish stocks through reduced water quality, invasive species and pathogens, and decreased food abundance; again, warmer temperatures in cold waters may have some benefits in terms of increased growth rates. Third, rising sea levels will negatively affect coastal habitats, including mangroves and salt water marshes, and freshwater water habitats via saltwater intrusion; rising sea levels may also benefit shrimp and crab aquaculture. Fourth, increased weather variability and extreme events, including floods and droughts, and decreased water availability in some regions is likely to negatively affect fish stocks, particular fresh water and aquaculture; changing precipitation patterns may affect marine populations via water salinity (WFC 2007). Fifth, changes in ocean chemistry, including ocean acidification, which is discussed more below, and decreased oxygen content from increased algae blooms, which is discussed above, will negatively affect fish stocks, particularly mollusks. Sixth, melting sea ice may increase access to Arctic fisheries. Last, climate change will likely compound the negative effect that human activity, including over fishing, has on future fish stocks.[44] These damages and benefits will vary regionally, particularly as fish shift locations. They are also highly uncertain due to uncertainty over climate change and its effects (particularly on the scale that is relevant to marine life and fisheries – continental shelves), complex aquatic food web and ecosystem dynamics, the ability of species to adapt, and the range of human and environmental impacts fisheries (WFC, 2007; Hollowed et al., 2013; Sumaila et al., 2011).

Adaptation by species and humans may be able to reduce these negative effects. Fish species will be able to adapt to some of these change by moving toward the Poles and into deeper water (Sumaila et al., 2011). However, these changes may still result in habitat loss for some freshwater and saltwater fish, even with this ability to adapt, such that some species will experience declines and extinction (Hollowed et al., 2013). Furthermore, these shifts imply regional effects, such that some regions benefit and others are harmed (Hollowed et al., 2013), and quality effects, as fisherman are forced to switch to new species. Finally, humans may be able to adapt to mitigate losses and meet increased demand by expanding aquaculture to replace decreased wild catch and increasing trade (Brander 2010). However, human adaptation at the local level will come at an increased capital cost, and a loss of capital as some fisherman scrap their vessels (Sumaila et al., 2011).

In addition to climate change affecting fish stocks, climate change will also affect human capital and infrastructure necessary for production. Increased storm strength and frequency will negatively affect infrastructure, particularly aquaculture, located near coastal areas. Coupled with rising sea levels that will negatively affect coastal ecosystems that act as a buffer from coastal storms, storm effects could be significant (WFC, 2007). The

ability of regions to adapt to these events will vary regionally.

There is a lack of estimates for the impacts of climate change on fisheries (Sumaila et al., 2011). This is partially due to the difficulty of estimating the net impacts on production across multiple species and uncertain future environments, which results in highly uncertain estimates. While it is clear that damages will vary regionally—hurting tropical regions and possibly benefiting artic regions—these regional results are uncertain given the large scale effects of climate change on oceans; this includes ocean acidification and higher ocean temperatures—both of which effect phytoplankton (Toseland et al., 2013).[45] Because developing nations are focused predominately in tropical and subtropical subclimates, fishing industries in poor nations are likely to be disproportionately affected. These nations are often already at an open-access equilibria due to overfishing and lack of management, and, as a consequence, are unlikely to experience a significant change in profits due to climate change. However, in developing nations, large portions of the population rely on subsistence fishing for calories and protein. Thus, the effects of climate change on consumer welfare via fisheries are likely to be substantial in developing nations.

**NATURAL DISTURBANCES: PESTS, PATHOGENS, AND WEEDS, EROSION, AIR POLLUTION, AND FIRES.** Pest (weeds and insects) and pathogens (Rosenzweig et al., 2001), erosion (Vose et al., 2012), air pollution (for example, the effects of climate change on increased ozone pollution, which affects crops and public health),[46,47] and fire are natural disturbances that affect agriculture and forestry. While these disturbances are currently being excluded from the agricultural and forestry sectors (Ackerman and Stanton, 2011, Cline 1992), these disturbances are likely to be substantially affected by climate change (IPCC, 2007b, Chapter 5). Climate may expand the geographical extent of pests, pathogens, and weeds (particularly for livestock and forests) and increase the likelihood and severity of pest and pathogen outbreaks due to earlier springs and more extreme events. Forestry may be negatively affected by increased erosion from higher precipitation and other extreme weather events (Vose et al., 2012). Increased ozone exposure will also decrease timber production and crop yields, while increasing crop susceptibility to pest outbreaks. Increased fire risks may decrease forestry production and costs (IPCC, 2007b), and have significant impacts on human health and infrastructure (Fowler, 2003). While each of these natural disturbances may have only modest effects, their interactions (along with drought) and their combined effects are likely to be substantial.

These natural disturbances also affect agricultural and forestry via the fertilization effect, which is the increase in plant growth, and thus production, from an increase of carbon dioxide in the atmosphere. Current estimates of the $CO_2$ fertilization effect are from laboratory experiments where plants are not subject to competition from pests, pathogens, and weeds that may also benefit from $CO_2$ fertilization.[48] More recent estimates, known as Free-Air $CO_2$ Enrichment (FACE) experiments, are field experiments where plants are subject to these pressures; the resulting benefits from increased $CO_2$ are lower under FACE experiments (Hanemann, 2008, IPCC, 2007a). Furthermore, air pollution (ozone), which is completely unaccounted for, may further limit the $CO_2$ fertilization effect (IPCC, 2007b Chapter 5).

Increased pests, pathogens, and weeds, erosion, air pollution, and fires will also affect ecosystems, wildlife, and human settlements. These costs are also currently excluded from the default versions of these IAMs.

**ECOLOGICAL DYNAMICS.** Ecological dynamics are omitted from the analysis despite their significance in timber production. In addition to disease and insects (Gitay et al., 2001; Norby et al., 2005) and wildfires, studies of climate change impacts on ecological dynamics of forests cited by Gitay et al., (2001) include those concerning, seasonality, timing of freeze-thaw patterns, length of growing season, nutrient feedbacks, disturbance, diurnal temperature patterns, local climatic extremes, late and early frost, changes in precipitation, and extreme

weather events. Climate change will further affect forestry to the extent that these dynamics contribute to forest ecology and will be impacted by climate change.

**ENERGY SUPPLY.** Tol (2009) argues that energy costs may decrease due to climate change relative to a future world without climate change. This is due to decreased costs of supplying renewable energy from wind and wave sources, and the increased availability of oil due to higher temperatures in the Arctic. However, warmer water temperatures will increase the cooling costs of thermal power plants (conventional and nuclear), and decreased water availability in some regions may increase the cost of hydro-electric energy (IPCC, 2007b Chapter 1 and Chapter 7). The increased frequency and intensity of extreme weather events (heat waves, droughts, and storms) have the potential to further disrupt energy supplies, particularly coastal energy and energy transmission infrastructures, while the melting of permafrost is also threatening energy infrastructure in Arctic regions (IPCC, 2007 Chapter 7). It is difficult to determine whether the net effects of climate change on the cost of supply energy will be positive or negative.

**TRANSPORTATION.** Transportation is critical for the movement of populations and goods, including energy resources. However, the effects of climate change on the transportation sector in terms of lost infrastructure, costs, delays, and safety (including fatalities) are rarely emphasized according to Koetse and Rietveld (2009). This may partially be due to the sparse literature in this area and the general ambiguous effects of climate change on transportation due to countervailing effects (Koetse and Rietveld, 2009).

On the one hand, higher temperatures imply fewer transportation delays from snow and ice (Tol 2009, IPCC 2007). While traffic congestion and accidents result from adverse weather conditions (including rain, snow, and poor visibility), less snow overall will result in less traffic congestion and fewer accidents. Furthermore, many areas will experience decreased costs of dealing with these cold weather events, including less salting of roads and plowing equipment. While higher temperatures will also come with some costs, including buckled rails and roads, these costs can likely be overcome gradually with updating of the road and railway systems during their regular maintenance schedule. Higher temperatures also decrease ice cover in rivers, lakes, and oceans, which decreases shipping costs during the winter. In particular, higher Arctic temperatures may make shipping through the Northwest Passage possible at some times during the year; this has the potential to lower overall shipping costs (Koetse and Rietveld, 2009; IPCC, 2007).[49]



The BLM and the U.S. Forest Service work together to manage wildfires. Photo: Bureau of Land Management

On the other hand, greater weather variability and a higher frequency of extreme weather events (droughts, heavy precipitation events, floods, high winds, and storms) will potentially hurt traffic and disrupt transportation. While higher temperatures and less snow decrease some effects of climate change on traffic congestion, delays, and accidents, the overall effects are unclear because increased precipitation variability due to climate change will likely have a countervailing effect, as precipitation following a dry spell significantly increases the number of accidents (Koetse and Rietveld, 2009).  Similarly, while decreased ice cover due to higher temperatures reduces shipping costs, extreme weather events significantly disrupt transportation and destroy transportation infrastructure. Flooding is particularly problematic for the transportation systems of coastal communities (and potentially the most costly of the transportation effects), while droughts will be more of a concern for inland waterway transportation.[50]  In addition to the inconvenience to travelers, these events could disrupt trade due to the temporarily shutting down of trade routes, road and port closings, and train and airport delays and cancellations. While ports are more affected (in terms of area and numbers effected) by flooding and storm surges than roads, railways, and airports, even small effects to these latter three infrastructures may have significant costs due to network effects.[51]  Due to the increase in exposure to extreme weather events, particularly along the coasts, without adaption, the costs from transportation delays and infrastructure losses will undoubtedly be substantial. Furthermore, changing weather patterns may change trade patterns, which may require infrastructure investment, and require that Arctic regions update their transportation infrastructure in response to melting permafrost (Koetse and Rietveld, 2009; IPCC, 2007).

Traffic safety in terms of the frequency of accidents and changes in mortality and injury rates due to accidents is also another important component of transportation costs. While adverse weather increases the likelihood of aircraft accidents, the bulk of deaths related to travel are road traffic related. However, calculating the change in related deaths due to climate change turns out to be complicated because of the complex number of effects: (1) higher temperatures increase the number of accidents due to heat-stress, (2) increased precipitation increases the frequency of accidents, (3) adverse weather decreases the severity of damages due to reduced traffic speed, (4) snowfall causes more accidents than rainfall, and (5) precipitation after a dry spell has a greater effect on accidents and fatal accidents than precipitation alone. Therefore, the effects of climate change on traffic mortalities and injuries are ambiguous, as is the case for traffic safety in general, congestion, and shipping costs. Effects will likely vary regionally (Koetse and Rietveld, 2009).

Adaptation is also likely to reduce some of the costs associated with extreme weather events. In particular, damages due to sea level rise and floods may be preventable through adaptation, including the building of sea walls. As a consequence, many of the current cost estimates available in the literature, which mainly focus on the eastern United States, may be upper bounds.

Current IAMs do not explicitly model climate damages to the transportation sector. DICE-1999 explicitly assumes transportation is negligibly effected by climate change (with the exception of water transportation), though it is possible in early versions of DICE that transportation costs may be captured indirectly through damages to human settlements and sea level rise. Similar to DICE, FUND does not explicitly address transportation costs, though climate damages due to storms and sea level rise may already include some of these costs. Because the market and sea level rise damages in PAGE09 are greatly informed by DICE and FUND, it is unclear the extent to which PAGE09 includes transportation costs. Similar issues arise for DICE-2013.

**COMMUNICATION.** Communication infrastructure will experience similar disruptions as the energy and transportation infrastructures due to extreme weather. While a possible adaptation is to bury these infrastructures

underground, this strategy is costly (IPCC, 2007). Like energy and transportation, these costs are excluded from IAMs. However, Nordhaus and Boyer (2000) categorize damages to the communication sector as insignificant.

RECREATION. The recreation sector will also be affected by climate change, and is omitted from IAMs according to Tol (2009). While there are clearly redistribution effects across regions, its ultimate effect is uncertain according to Tol (2009). Similarly, Bigano et al (2007) find that climate change has unclear, but generally negligible, effects on global tourist expenditures.[52] Alternatively, using a general equilibrium model, Berrittella et al., (2006) find that "climate change will ultimately lead to a non-negligible global loss" in 2050. This estimate includes only the direct impacts of climate change on recreation, and it omits the indirect impacts such as the loss of some beaches and islands due to sea level rise and the loss of particular ecosystems (such as coral reefs) and species (such as polar bears). The inclusion of these indirect impacts will likely further increase the recreational cost of climate change.

CHANGES IN OUTPUT GROWTH. There is evidence that higher temperatures effect labor productivity (Kjellstrom et al., 2009), the growth rate of economic output (Dell, Jones, and Olken, 2009; Dell, Jones, and Olken, 2012; Hsiang, 2010), and the growth rate of exports (Jones and Olken, 2010), and some of these negative effects on growth continue into the medium-run and long-run (Dell, Jones, and Olken, 2009; Dell, Jones, and Olken, 2012). However, as discussed earlier, the popular IAMs are built on enumerative studies that estimate climate damages to a particular economic (or non-economic) sector of a geographical region in a specific time period. These studies, for the most part, omit dynamic considerations with respect to damages. As a consequence, the current IAMs based upon these estimates fail to model the potential effects of climate change on economic growth—a dynamic phenomenon—and instead focus on the effect of climate change on the level of output (Fankhauser and Tol, 2005, Tol, 2009; Moyer et al., 2013).[53]

In their default versions, the popular IAMs (DICE, FUND, and PAGE) all assume the relentless march of output growth. In FUND and PAGE, regional GDP per capita growth rates (and total factor productivity growth) are exogenous inputs into the models that are determined by the economic and population scenarios chosen by the modeler. As a consequence, climate change affects consumption only. In DICE, economic growth (increased GDP due to all factors including changes in inputs—labor and capital—and technological progress) is endogenous and total factor productivity growth (increased GDP due solely to technological progress) is exogenous. As a consequence, climate change potentially affects the growth path by decreasing the marginal production of capital (and as a consequence the optimal savings rate) and decreasing output (and as a consequence decreasing the total amount of investment and capital accumulation) for a given savings rate (Fankhauser and Tol, 2005).[54] However, in DICE, climate change still only has an indirect effect on growth because there are no direct effects of climate change on the inputs of production or total factor productivity. Just as climate change cannot significantly affect the economic trajectory of the global economy in DICE as currently specified, Moyer et al., (2013) shows that climate damage eight to 17-fold higher does not contract economic output by 2300 in DICE. Furthermore, in the U.S. government analysis, the IWG modify DICE to have an exogenous savings rate, such that, like FUND and PAGE, climate change affects only consumption.[55]

The consequence of this unthreatened growth path is that it is not optimal to divert resources for mitigation purposes in the short-run, but rather to continue higher levels of current consumption (and, according to DICE, current investments in capital) (Moyer et al., 2013). In this scenario, the future is always richer than the present due to a growth path of per capita consumption that is rarely overwhelmed by climate change. As a consequence, the discount rate (through the Ramsey equation) almost never declines rapidly, though this prospect is unlikely according to Fankhauser and Tol (2005).[57,58]

While most IAMs provide estimates of declines in output in the present period and do not analyze the implications of climate change for stable, long-term economic growth, climate change may also affect economic growth of economies (Tol, 2009). In general, the risk of climate change creating long-term implications for economic growth are particularly relevant for less developed countries characterized by low reserves of financial capital (Dell, Jones and Olken, 2008; Aziadaris and Stachurski, 2005). In other words, recent research asks whether the exogenous growth assumption is valid, particularly for developing nations. Dell, Jones, and Olken (2012) find a 1.3 percent decline in the economic growth rate of poor countries for a 1 degree Celsius increase in annual average temperature.[59] Hsiang (2010) finds an overall decline of 2.4 percent for a 1 degree Celsius increase in Caribbean and Central American countries resulting from declines in the agricultural and non-agricultural sectors. Even small changes in the growth rate, such as 0.6 percent to 2.9 percent declines in the annual growth rate in poor countries would dominate all other economic damage estimates over the three-century timeline of IAMs (as specified in the IWG analysis). In further support of these findings, Jones and Olken (2009) find that a 1 degree Celsius increase in the temperature of a developing nation reduces exports by 2 percent to 5.7 percent.

There are several mechanisms through which climate change can directly affect economic growth. First, poor regions may suffer from further depleted funds due to climate change and be unable to adapt to rising temperatures and other climatic changes. This could result in a poverty trap (Tol 2009). Second, climate change could affect growth rates via a rise in social conflict (Tol 2009). While social conflict may affect economic growth, particularly political violence (Butkiewicz and Yanikkaya 2005), it is unclear by which mechanism this effect may occur.[60]

Third, there is evidence that climate change will directly affect labor productivity through work capacity limits (that is, a physical and/or mental limit on the amount of time or effort that individual can expend in a given day),[61] irritation, and disease (Lecocq and Shalizi, 2007; Tol, 2009).[62] Dell, Jones, and Olken (2012) summarize much of this literature, including lab experiments and natural experiments, to find that "labor productivity losses ... center around 2 percent per additional 1 degree when baseline temperatures exceed 25 degrees." These studies generally focus on indoor employment when adaptation is possible, but productivity losses are more substantial for outdoor labor, such as agriculture, and labor intensive industries in non-climate-controlled environments where adaptation to higher temperature and/or avoidance of rain is difficult (Hsiang 2010; Dell, Jones, and Olken 2012). Furthermore, decreased output from climate change could also decrease labor productivity via investments in labor productivity and/or human capital (Fankhauser and Tol, 2005).

In recent work that assumes no adaptation (including increased use of air conditioning), Kjellstrom et al., (2009) estimates labor productivity losses from climate change (resulting from work capacity limits and not an increase in the number of sick days) of up to 11.4 percent to 26.9 percent in some developing regions of the world by 2080. These losses are somewhat reduced when accounting for shifts in regional labor forces between the agriculture sector to industry and service sectors. Using regionalized estimates from Kjellstrom et al., (2009), the authors of ENVISAGE, an alternative IAM, find that declines in labor productivity are of paramount importance in terms of economic damages (accounting for at least three-quarters of all damages). Labor productivity accounts for about 84 percent of total global damage in 2050 and 76 percent in 2100, which is equivalent to a 1.5 percent decline in GDP in 2050 and a 3.5 percent decline in GDP in the year 2100 (Roson and van der Mensbrugghe, 2010).

Fourth, labor supply may potentially fall as labor productivity declines. Most IAMS assume an exogenous labor supply equal to population, such that the labor supply grows according to an exogenous path. However, in labor intensive industries, Zivin and Neidell (2010) find a decrease in the labor supply by as much as one hour

at temperatures above 85 degrees Fahrenheit.[63]  While there is evidence of partial acclimation and the strong potential for adaptation, accounting for adaptation fully may be difficult because it includes: temporal choices (shifting activities to different times of the day and/or different days of the week), activity choice (for example, shifting activities indoors), location choice (for example, moving), and climate neutralizing technologies (for example, using an air conditioner) Furthermore, the labor supply may further decline if a rise in morbidity from climate change forces individuals out of the labor force, or a rise in mortality from climate change decreases the potential labor force (Fankhauser and Tol, 2005).

Fifth, higher temperatures, increased intensity of storms, rising sea-levels, and tipping point events will increase the capital depreciation rate through losses of the capital stock and decreases in the longevity of capital (Hall and Behl, 2006; Fankhauser and Tol, 2005). Losses in capital stock are likely to result from sudden changes, such as from storms and tipping points, rather than slow changes that would allow for adaptation via the movement of capital (Hall and Behl, 2006). For example, Freeman (2000) cites potential capital stock losses of 1 percent, 5 percent, 12 percent, and 31 percent for a one in 10-, 50-, 100-, and 500-year storm, respectively, for Honduras. Another example is Hurricane Andrew and Hurricane Iniki in 1992, which combined to reduce the U.S. capital stock by $55 billion (Cashell and Labonte, 2005). While the overall economic effect of natural disasters is debated (due to positive effects of reconstruction and remittances), it is clear that storms negatively affect growth through declines in the capital stock and that larger storms (which are more common under climate change) have overall negative effects (Fomby, Ikeda, and Loayza, 2011; Hochrainer, 2009).[64]

Sixth, climate change could also affect economic growth via the capital stock through investment decisions. On the one hand, climate change could influence the relative prices of investment and consumer goods. Climate change is expected to affect a variety of market sectors that produce consumer goods and is generally expected to raise prices and decrease output in these sectors. Higher prices for consumer goods and lower levels of per capita output would lead to lower levels of consumption, while increased future prices could influence investment levels upward (Jorgenson et al., 2004). On the other hand, climate change could lower the amount of output available for investment, which would decrease the amount of capital via capital accumulation. Furthermore, decreases in the labor force and population from climate could decrease the amount of savings available for investment (Fankhauser and Tol, 2005).

Seventh, forward-thinking agents may also change their investment decisions due to the expected effects of climate change. However, it is unclear in which direction. On the one hand, forward-thinking agents may invest more now due to expected declines in future incomes. On the other hand, they may invest less due to lower expected returns on investments (Fankhauser and Tol, 2005; Moyer et al., 2013).

Eighth, increases in temperature may decrease capital productivity if we believe that the electricity grid becomes more unreliable with climate change. Ninth, according to Fankhauser and Tol (2005), Scheraga et al., (1993) argue that climate change could have structural effects on the economy by changing the relative size of sectors. This could have an effect on the composition of GDP. Tenth, the combination of declining tax revenue, due to declines in output, and increased investment in adaptation could decrease non-adaptation investments that grow the economy. In other words, climate change adaptation, particularly in terms of restoring or producing lost ecosystem services, drains capital and labor from research and development (Fankhauser and Tol, 2005; Moyer et al., 2013).

Last, an argument can be made for adding land to the production function. While this is not an input into production in the neoclassical growth model, it is one of the three factors of production in most political-economic work that predates the marginal analysis revolution. This would add additional channels through

which climate change could affect economic growth: declining land due to sea level rise and the loss of ecosystem services. This would allow for the loss of ecosystems to have more than a temporary effect on the economy.

Only DICE can be easily modified to capture these changes in growth. In FUND and PAGE (and DICE in the IWG analysis), it is difficult to model changes in the GDP growth rates due to climate change because economic growth rates are determined by an exogenous socio-economic scenario, as discussed above. In these models, the inclusion of the effects of climate change would require a change in the socio-economic scenario; this would make modeling the marginal effects of an additional unit of $CO_2$ more difficult. However, it is possible.

Modeling the effects of climate change on economic growth in an endogenous growth model, like DICE, is much easier although it requires the specification of a particular mechanism through which climate change may affect growth. As discussed above, DICE, as specified by Nordhaus and not IWG, is the only one of the three IAMs to use an endogenous growth model to estimate climate damages. DICE, as originally intended by Nordhaus, examines climate change using a variation of the Cass-Koopmans model with a single good that can be used for either consumption or saving/investment.[65] However, while DICE does allow for endogenous economic growth, all shocks are to consumption via a general shock to GDP; there are no shocks to labor, capital, or total factor productivity. Thus, modeling the effects of climate change on economic growth via the mechanisms discussed above will require modifications of DICE's structure. As currently specified, the endogenous economic growth structure of the DICE model, which allows for capital investment through an increased savings rate and investment in carbon abatement, allows for some mitigation of climate damages via: (1) increased capital investment that can offset climate damages to output, and (2) substitution of consumption for a reduction in carbon emissions (Nordhaus, 2011; Nordhaus and Sztorc, 2013).[66]

Moyer et al., (2013) modifies DICE-2007 in two different ways to capture the effect of climate change on total factor productivity corresponding to the Cobb-Douglas production function that represents global economic output. First, Moyer et al., (2013) modify DICE such that a portion of climate damages affects the level of total factor productivity. As a consequence, climate damages affect output and economic growth. The authors find that even a small diversion of damages to total factor productivity can produce negative economic growth rates, such that even one-quarter of damages affecting total factor productivity can result a devastatingly high social cost of carbon dioxide of $1,600. Second, they modify DICE such that climate damages reduce the growth rate of total factor productivity. As specified, total factor productivity cannot shrink as to produce economic contractions, and instead is limited to stalling economic growth. While this specification of the damage function does not result in economic collapse from climate change, like the previous specification, it implies an unequivocal increase in the SCC. From these results, Moyer et al., (2013) conclude that modeling the effects of climate change on economic growth can be as important as the discount rate in determining the magnitude of the SCC.

Two alternative IAMs, ENVISAGE and ICES, model the effects of climate change on economic growth (via shocks to labor, capital, and total factor productivity) in a general equilibrium model, GTAP. The authors of ENVISAGE model several damage sectors: agricultural, sea level rise, water, tourism, energy demand, human health and heat-related labor productivity.[67] Unlike DICE, FUND, and PAGE where climate damages affect consumption directly, climate change affects economic output through effects on labor, capital, and land productivity and stock, multi-factor productivity (that is, total factor productivity), and energy and tourist demand (Van der Mensburgghe, 2008). Depending on the damage sector, these shocks to productivity, input availability, and consumer demand can be heterogeneous and homogenous across economic sectors, that is, economic activities (Van der Mensburgghe and Roson, 2010). Using ENVISAGE, Roson and van der Mensbrugghe (2010) estimate damages of 1.8 percent and 4.6 percent of global GDP for increases of 2.3 degrees Celsius and 4.9 degrees Celsius,


Gonaïves, Haiti, after the hurricanes. Photo: Roosewelt Pinheiro/ABr

respectively, above 2000 temperatures; as noted earlier, labor productivity accounts for about 84 percent of total global damage in 2050 and 76 percent in 2100  (Roson and van der Mensbrugghe, 2010). The authors of ICES model several damage sectors: agricultural, sea level rise, forestry, floods, tourism, energy demand, and human health.[68]  In ICES, damages affect economic activity through supply side shocks to capital and land stocks and capital, labor, and land productivity (Bosello, Eboli, and Pierfederici, 2012). Like ENVISAGE, the authors of ICES also model demand shocks to tourism and energy demand in addition to supply shocks. Bosello et al., (2012) estimate a 0.5 percent decline on global GDP for a 1.9 degrees Celsius increase in global temperatures relative to pre-industrial temperatures.

## Non-market damages

Yohe and Tirpak (2008) and Tol (2009) note that many non-market damages are still missing from current estimates and need further study. Among these are the non-market impacts of ocean acidification (as mentioned earlier), the loss of ecosystem services, the loss of biodiversity, and the omission of some health costs (Tol, 2009). While not an omitted damage per se, the default versions of the IAMs also fail to capture the increase in the value of non-market commodities relative to market goods due to their increase in scarcity. This failure results in a systematic underestimation of non-market damages, particularly biodiversity and ecosystem services, as the value of losses increase.[69]

ECOSYSTEM SERVICES. Natural ecosystems provide a multitude of services that benefit humanity, which are collectively known as ecosystem services. Many of these services are essential for human existence. The United Nations Millennium Ecosystem Assessment groups ecosystem services into four types: (1) provision (food—crops, livestock, fisheries, aquaculture, wild plant and animal products; fiber—timber, cotton, hemp, silk, wood fuel; genetic resources; biochemical, natural medicines, and pharmaceuticals; ornamental resources; fresh water), (2) regulating (air quality regulation; climate regulation—global, regional, and local; water regulation; erosion regulation; water purification and waste treatment; disease regulation; pest regulation; pollination; natural hazard regulation), (3) cultural (cultural diversity; spiritual and religious values; knowledge systems; educational values; inspiration; aesthetic value), and (4) supporting services (soil formation, photosynthesis, primary production, nutrient cycling, and water cycling). The ecosystems that provide these services are known as natural capital; their value equals the present value of all future streams of ecosystem services.

By the end of the century, climate change will be the most important driver of natural capital loss, ecosystem change, and ecosystem service loss. While some regions may experience some initial benefits from climate change in terms of increased ecosystem service provision, overall, the globe will experience negative effects and eventually all regions will experience losses (Millennium Ecosystem Assessment; IPCC, 2007). While not all services are affected by climate change, many of them are. Of these services, only a few are currently included in the IAMs.

Some ecosystem services are already accounted for in the social cost of carbon via other damage sectors. Some of these ecosystem services are explicitly captured by all three IAMs. For example, food and fiber services (particularly crops, livestock, and timber) are explicitly captured via the agricultural, forestry, and "other market" sectors.[70]  Some ecosystem services are only captured by some IAMs. For example, only PAGE09 and early versions of DICE explicitly include climate regulation services (particularly globally) in their estimates of the social cost of carbon via their tipping point and catastrophic damage functions, respectively; see the catastrophic damage section below for further discussion.[71] Finally, some ecosystem services are clearly excluded from the default versions of current IAMs, such as pest regulation and pollination as discussed earlier.[72] Some of these omitted services can be thought of as examples of inter-sector services from the non-market sector to the market sector, and will be discussed indirectly in the subsection on the omission of inter-sector damages.

It can be difficult to determine whether ecosystem services are already captured via existing damage functions for two reasons. First, whether an ecosystem service is captured in the damage function(s) is dependent on whether the source of the damage estimate accounted for this service. For example, it could be potentially argued that water purification and water cycling services of ecosystems are already captured in FUND and early versions of DICE (and thus PAGE09, which includes estimates from both other IAMs) via the water sector and the "other market" sectors, respectively. However, this is only true if the water purification and cycling services of ecosystems are directly measured by the underlying studies used to calibrate these models, and this is not the case. In the case of water purification services, forested catchments supply 75 percent of the globes fresh water supplies (Shvidenko et al., 2005;  IPCC, 2007 – Chapter 4), and these services could potentially be accounted for in the underlying forestry damages. While the forestry sectors in both models account for the effect of climate change on the value of timber sales, the water sector (within the "other market" sector in DICE-1999) fail to explicitly account for the water purification services of ecosystems. Thus, none of the three IAMs are likely to capture the effect of climate change on the water supply via its effect on forest ecosystems.[73]

Second, some of these omitted services, including water purification and cycling services, may be captured in general attempts by IAMs to capture the value of natural capital. In FUND 3.5 to 3.8, ecosystem damages from climate change are based on a "warm-glow" effect whereby the population's valuations of damages are independent of any real change in ecosystems (Anthoff and Tol, 2012). The warm glow effect is measured by how much people say they are willing to pay for services resulting from habitat preservation services (for example, to preserve wildlife), and Tol (2002) explains that the effect "suggest that people's willingness to pay reflects their desire to contribute to a vaguely described 'good cause,' rather than to a well-defined environmental good or service." However, Anthoff and Tol (2012) calibrate the ecosystem damage function to estimates from Pearce and Moran (1994), who report a mean willingness to pay of $50 per person in OECD nations for habitat. While Pearce and Moran use the $50 value to specifically value loss of habitat services (for example, to preserve species), FUND generalizes this figure to be a warm-glow valuation of people's willingness to contribute to the environment as a societal good.  However, this extrapolation is not valid: Tol excludes many of the non-habitat services of ecosystems from FUND because these estimates are based on provision of habitat services

by ecosystems and not the other tangible and intangible ecosystem outputs.[74]  Therefore, FUND likely omits the value of many ecosystem services.

Alternatively, Nordhaus and Boyer (2000) use their own discretion to determine regional economic damages from climate change to ecosystems in DICE-1999 (also one of the sources used to calibrate the default version of PAGE09); the authors develop their own rough estimates of the loss of natural capital because of the highly speculative nature of estimates. The authors assume that the capital value of the portion of human settlements and ecosystems sensitive to climate change is between 5 percent and 25 percent of regional GDP depending on their size, mobility, and robustness and sensitivity. It is further assumed that a region's annual willingness to pay to prevent climate damages to human settlements and ecosystems equals 1 percent of their capital value, "which is one-fifth of the annualized value at a discount rate on goods of 5 percent per year (Nordhaus and Boyer 2000)." Therefore, the default version of PAGE09 partially captures some of these "omitted" ecosystem services. However, it is impossible to tell to what extent because (1) the PAGE09 default damage functions are also greatly informed by damage estimated from FUND, in addition to DICE-1999, which potentially only captures the value of habitat services (as discussed in previous paragraph), and (2) it is impossible to tell what damages to ecosystem services are omitted from the DICE-1999 climate damage estimates because of the speculative nature of this valuation.

In DICE-2013, the value of natural capital is likely excluded (or at best partially captured) due to a failure of many of the underlying studies to consider them, particularly the studies that only capture market damages.

BIODIVERSITY. The habitat services of ecosystems may or may not include the value of biodiversity in some IAMs. By the end of the century, climate change will be the single most import driver in biodiversity loss (Millennium Ecosystem Assessment). According to the IPCC (2007), "approximately 20-30% of plant and animal species assessed so far are likely to be at increased risk of extinction if increases in global average temperature exceed 1.5-2.5°C." Given the significant species loss that could occur by the end of the century and the likelihood of continued biodiversity loss with even higher temperatures thereafter, accurate estimates of the value of biodiversity loss are essential.

Tol (2009) considers biodiversity loss to be among the largest of the omitted impacts of climate change. Economists not only struggle to place a value on biodiversity, but they also lack the understanding of how climate change will affect intricate systems and processes like nutrient cycles. Furthermore, rather than occurring more gradually as does sea level rise, biodiversity loss is likely to be characterized by a series of system failures and ecological shocks, making it even more difficult to model (Tol 2009). Thus, current default versions of the IAMs may be omitting the value of biodiversity loss. This statement may seem inconsistent with Tol's FUND model given the inclusion of biodiversity loss in FUND 3.6, as a function of species loss (that is, the value of biodiversity increases with the loss of species) and temperature change. However, Tol (2009) is essentially arguing that future work is necessary to improve the accuracy of the estimate of the value of biodiversity, and he will continue to use the warm glow effect (as discussed in the previous section) in FUND until a better estimate becomes available.[75,76]

Like ecosystem services in general, it is unclear how extensively the default versions of the other two IAMs, DICE-2013 and PAGE09, account for biodiversity. These are for the same reasons as discussed in the previous subsection.

OMITTED HEALTH COSTS. According to Tol (2002a), morbidity and mortality can be directly influenced by climate in six ways: (1) high and low temperature (that is, heat and cold stress), (2) vector-borne infectious disease (3) non-vector-borne infectious disease (including, zoonotic and waterborne diseases (NIH 2010) (4) air quality, (5) floods and storms, and (6) inter-sector effects of agriculture and water quality. A seventh path of influence, which is missed by Tol (2002a), is humanity's socially contingent response to climate change, including forced migration, political and civil unrest, and increased violence.

None of the three IAMs discussed by the IWG includes all categories of damages. DICE-1999, which is utilized as a damage source in the default version of PAGE09, focuses on air pollution and the expansion of the geographical distribution of tropical diseases, including vector-borne diseases (malaria, dengue fever, trypanosomiasis, Chagas disease, schistosomiasis, leishmaniasis, lymphatic filariasis, and onchocerciasis) due to higher temperatures (Nordhaus and Boyer, 2000). Second, FUND 3.6, earlier versions of which were also utilized as a damage source in the default version of PAGE09, captures mortality and morbidity from four sources: diarrhea, vector-borne diseases, cardiovascular and respiratory disorders, and storms (Anthoff and Tol, 2012). Within the causes of health damages considered in FUND, however, modeling assumptions omit relevant damages. For example, heat-related cardiovascular mortality and morbidity is limited to urban areas, but we see no reason to ignore these effects within rural populations (Ackerman, 2010). Additionally, "the total change in mortality is restricted to a maximum of 5% of baseline mortality (per cause)" (Anthoff and Tol, 2012); under high levels of warming (for example, 6 degrees Celsius), this may be an unjustifiable restriction that will bias social cost of carbon estimates downward. Last, it is unclear what health damages are included in DICE-2013 because of its meta-analysis structure, and because several studies utilized in the analysis rely on statistical methods that are less explicit in what types of health costs are captured.

Early versions of DICE, upon which the default version of PAGE09 is partially based, and recent versions of FUND are not consistent in what types of health damages are included. On the one hand, DICE-1999 excludes many negative health effects of climate change captured by FUND: diarrhea (fourth and eleventh leading cause of death worldwide in 1990 and 2020, respectively, according to Murray and Lopez [1997]), cardiovascular disorders, respiratory disorders, tropical storms (hurricanes and typhoons), and extra-tropical storms (cyclones). Additionally, DICE fails to account for the cost of morbidity. On the other hand, FUND fails to account for declining air quality due to pollution that results from climate change, some of which DICE-1999 captures.

There are many health effects that DICE or FUND, and thus likely PAGE, omit. This includes: mortality and morbidity from the combined effects of storms and rising sea levels (that is, coastal flooding), flooding more generally (inland flooding from flash floods and the overflow of rivers), mortality, morbidity and air pollution effects from forest fires, non-vector-borne infectious diseases, some vector borne infectious diseases (like Lyme disease), and decreased air quality due to pollination; decreased labor productivity due disease and increased heat (see the subsection above of the effects of climate change on the economic growth rate for further discussion); and indirect health damages from climate change via agriculture and water resources (Ackerman and Munitz, 2012; Hanemann, 2008; IPCC, 2007; Tol, 2002; WMO, 2006). Finally, violence (the 16th and 14th leading cause of death worldwide in 1990 and 2020, respectively, according to Murray and Lopez, 1997) and war injuries (the 20th and 15th leading cause of death worldwide in 1990 and 2020, respectively, according to Murray and Lopez, 1997) may increase if social conflicts arise due to climate change.

There are also general equilibrium effects of health damages that are omitted by the IAMs. Tol (2009) referring to the results of his own paper, Bosello, Rosen, and Tol (2006), states that "the direct costs are biased towards zero for health, that is, direct benefits and costs are smaller in absolute value than benefits and costs estimated by a

general equilibrium model. This is because countries that would see their labor productivity fall (rise) because of climate change would also lose (gain) competitiveness, so that trade effects amplify the initial impact." Therefore, the exclusion of these general equilibrium impacts may further bias the health damages included in IAMs further downwards.

RELATIVE PRICES. Climate change is predicted to affect market and non-market goods produced outdoors (such as agricultural, fisheries, forestry, and environmental goods and services) more than market goods produced indoors; market goods insensitive to climate change account for the majority of GDP (Nordhaus and Boyer, 2000). As a consequence, outdoor produced goods will become relatively scarcer than indoor produced goods over time. Based on the law of scarcity, the value of outdoor produced goods and services will increase relative to indoor produced market goods. However, current damage estimates to climate sensitive goods and services reflect the current ratio of their economic value to climate insensitive goods, which is based on the current ratio of their quantities. By extrapolating these estimates to future time periods without making any explicit adjustment for relative prices, that is, without accounting for relative change in value of outdoor produced goods and services to indoor produced goods over time, the developers of IAMs implicitly assume constant relative prices, and bias the SCC downward.

A methodically sounds way to address this issue is to explicitly model relative prices. However, most IAMs (including DICE, FUND, and PAGE) include only an aggregate consumption good, as measured by per capita consumption, in the social welfare function.[77] On the consumer side of the economy, this assumption implies all goods and services, including market goods and non-market goods, are perfectly substitutable (even in the long-run), and that they have constant relative prices (Gerlagh and van der Zwaan, 2002; Sterner and Persson, 2008). Constant relative prices imply the ratio of the prices of any two goods must remain constant, regardless of the amounts available of either good.[78] As a consequence, the current IAMs fail to capture the increase in value of outdoor produced goods and services relative to other traditional consumption goods produced indoor (Gerlagh and van der Zwaan, 2002; Sterner and Persson, 2008).[79] Therefore, the simplifying assumption of modeling only one generalized consumption good biases the social cost of carbon estimates downward because future damage estimates to climate sensitive goods and services fail to account for the increase in relative value of these goods and services, as discussed in the previous paragraph.

Recent work has looked at the effect of disaggregating per capita consumption into market goods and non-market goods. Developing a simple social welfare function with two sectors (market and non-market) that grow at different rates, Hoel and Sterner (2007) find that increasing consumption of market goods and constant or decreasing consumption of environmental services will increase the relative value of environmental services due to their increasing relative price when the elasticity of substitution is less than one, that is, it is difficult to substitute market goods for non-market goods.[80,81] Hoel and Sterner (2007) demonstrate, as Gerlagh and van der Zwaan (2002) did before them, that the value of market goods will collapse to zero in the long run if these paths continue. After deriving an updated equation for the discount rate (similar to the Ramsey equation) resulting from the new specification, Hoel and Sterner (2007) also find that the combined effect of a newly derived discount rate and the change in relative prices can result in damage estimates that exceed those calculated under traditional discounting.[82] The work in Hoel and Sterner (2007) applies to any two sectors of the economy, not just market and non-market goods.[83]

To capture these effects on the optimal emissions path, Sterner and Persson (2008) modify DICE to restrict substitutability between non-market and market goods. Like Hoel and Sterner (2007) and Neumayer (1999) before them, Sterner and Persson (2008) find that allowing a change in relative prices can increase the costs

of climate change relative to a model assuming constant relative prices. More specifically, the authors find that damages double from 1.05 percent of GDP for a 2.5 degree Celsius increase to 2.1 percent of GDP; this implies that the SCC would also increase with a switch away from constant to relative prices. Using their base parameters, Sterner and Persson (2008) also find that allowing for a change in relative prices achieves a lower optimal emissions path than the Stern Review (Sterner and Persson, 2008; Heal, 2009).[84] In this sense, relative prices can be as important as the discount rate in determining the optimal climate change prevention policy. However, their results are highly dependent on the assumed elasticity of substitution. The lower the actual elasticity of substitution is, that is, the more difficult it is to substitute market goods for lost non-market goods to make society as equally well off under climate change, the more likely the current integrated assessment models are to underestimate the environmental cost of climate change by assuming perfect substitutability.

As is common in these models, we are left with uncertain parameters determining the optimal level of conservation. In this particular case, this is the elasticity of substitution. This recasts the argument about whether or not to act now from a disagreement about the discount rate into a debate of whether poor (strong) sustainability or perfect (weak) sustainability, that is, an elasticity of substitution less than or greater than 1 in the context of the CES utility function, holds in the long run (Gerlagh and van der Zwaan, 2001). Unlike the pure rate of time preference and the elasticity of the marginal utility of consumption, the elasticity of substitution is not an ethical parameter. However, there is still considerable uncertainty about this parameter due to a lack of empirical data (Neumayer, 1999). Sterner and Persson (2008) argue that a lower elasticity of substitution is more likely because some environmental goods are unique and irreplaceable (for example, drinking water), and these goods are likely to dominate the calculation of the elasticity of substitution as environmental goods become more scarce. In a similar argument, Heal (2009) states that market goods and environmental services are complements because some of the services in the former group are irreplaceable and essential to life (Heal, 2009; Dasgupta and Heal, 1979). Heal (2009) points out that this has two implications: some level of environmental services is essential and that the elasticity of substitution is not a constant.[85] Gerlagh and van der Zwaan (2002) demonstrate that even if the substitutability varies with the amount of environmental services, there often exists a level of environmental services below which poor substitutability occurs in the long run. While these arguments support an elasticity of substitution below which it is difficult to substitute consumption goods for environmental goods (elasticity of substitution of less than one), future debate is likely to ensue as current statements are more a matter of belief due to a lack of empirical evidence (Neumayer, 1999).



Greenland ice loss exceeds that of Ice gain. Photo:Christine Zenino, Chicago, US

All three IAMs include only an aggregate consumption good in the social welfare function, and so assume constant relative prices and perfect substitutability. While FUND 3.6 does account for the increase in the relative value of habitat services due to the loss of species, this is done in a limited way. Therefore, all three IAMs systematically underestimate climate damages to non-market commodities, possibly by a large margin.

## Socially contingent damages

Many social scientists and economists have argued that the ill-effects of damages to commoditized goods from climate change will extend beyond the calculated loss of value to affect societal dynamics (U.S. Climate Change Science Program, 2008). For example, agricultural damages account for the value of diminished productivity and lost crops, but not for the social repercussions of food insecurity and famine. In many regions, shifting weather patterns, rising sea levels, and increased natural disasters will threaten infrastructure, habitable lands, crop yields, and water resources. Under the resulting intensified resource competition, individuals will have to choose among adapting to resource scarcity, relocating to a region with more abundant resources, or using force to secure a share of the available resources. Each coping pathway has implications for political and social stability (Buhaug, Gleditsch & Theisen, 2009).

The IPCC, which once included social consequences (such as migration) as direct consequences of climate change, has since revised its stance, focusing instead on "human vulnerability," a measure expressing the relative risk of welfare impacts of climate change for individuals and communities (Raleigh & Jordan, 2010; IPCC, 2001). Vulnerability is determined both by physical factors (for example, drought likelihood) and social factors (for example, social status). Highly vulnerable societies are less likely to succeed in their adaptation efforts, and consequently, more likely to resort to conflict and migration. Adaptation strategies used in poorer regions such as removing children from school to provide additional income or subsisting on fewer resources, diminish the welfare of those employing them, and thereby increase the incentives for migration or armed conflict over time. Homer-Dixon (1999) argues that the developing world is more vulnerable to resource scarcity because the "innovation gap"—the difference in capacity between those who are able to innovate solutions to resource scarcity and those who are not—is largely dictated by the financial, physical, and human capital stores and the capacity to mobilize them. As a consequence, developing countries are much more likely to be susceptible to social and political instability from climate change (Homer-Dixon, 1999).

The study of climate change's social impacts is still emerging despite a lack of ability to predict their severity or likelihood. The risks of these broader, complex social responses to climate change are poorly understood and difficult to anticipate, and historical studies are of little use given the unprecedented nature of climate change. In particular, because climate change is a contributing factor and not the direct cause of migration and conflict, isolating the role and corresponding social damages of climate change is especially difficult (Homer-Dixon, 1999; Buhaug, Gleditsch & Theisen, 2008). In addition, the identification strategies of many papers are confounded by various statistical difficulties (Dell, Jones, and Olken, 2013).

Partially as a result of this difficult identification problem, the most recent versions of the three IAMs used by IWG do not address socially contingent damages, such as migration, social and political conflict, and violence. The one exception is FUND, which partially accounts for this social cost indirectly by modeling migration from permanent flooding. However, as discussed under inter-regional damages, FUND ignores most of the costs of migration, including the social conflict caused by an influx of migrants.

**MIGRATION.** Increases in labor migration and distress migration are likely results of increasing temperatures, reduced rainfall, shorter growing seasons, and sea level rise. Labor migration, generally driven by the "pull" force of economic opportunity, is common in many societies and can play an important role in the adaptation of communities by diversifying income sources and providing supplemental income through remittances. Distress migration, driven by the "push" force of local calamity, tends to be a coping mechanism of last resort. Labor migration is particularly sensitive to climate change-related factors, especially those that are gradual or chronic, which increase the need for income diversification and the allure of economic opportunities elsewhere. Distress migration only increases under sudden shifts, such as natural disasters (for example, severe storms) or irreversible changes (for example, permanent flooding from sea level rise). Distress migration is also more sensitive to social factors than labor migration. The ease of evacuation and availability of relief affect the rates of distress migrations, while community support, economic opportunities, and governmental policies influence resettlement rates. The severity and permanence of damage also play important roles in determining rates of migration and relocation (Raleigh & Jordan, 2010).[86]

It should be noted that mass migration, as predicted by many analysts, may also have significant effects on non-market goods and services. Specifically, mass migration into lesser affected areas may result in damages to environmental goods and services to the incoming nations (Oppenheimer, 2013). This type of damage would qualify as an inter-sector effect, which is discussed in a following section.

**CONFLICT.** In large scale crises, such as climate change, conflict tends only to occur in societies with histories of armed violence and deep political and social fragmentation. The developing world, which is slated to bear the brunt of climate change due to a lack of adaptive capacity, is considered especially vulnerable to climate-change-related social crises because their economic and political institutions tend to be less stable than those of the developed world (Millner & Dietz, 2011; Buhaug, Gleditsch & Theisen, 2008). Lower availability of financial resources and insurance also tend to increase the rate and permanence of climate change damages in developing countries, making conflict more likely, and intensifying existing conflicts (Millner & Dietz, 2011).

Buhaug, Gleditsch and Theisen (2008) advance four narratives on how climate change can drive conflict by contributing to political instability, economic instability, migration, or inappropriate governmental response. Climate change can exacerbate political instability when weak political institutions fail either to adequately address climate-related catastrophes (droughts, famines, and so on) or to deliver other public goods (such as healthcare, education, and infrastructure) because remediating such catastrophes diverts significant resources. Climate change can contribute to economic instability when decreased availability of a renewable resource drives down household incomes, which can compound existing intergroup inequalities and reduce the governmental funds available to adapt to climate change.[87] Migration driven by natural disasters or sea level rise could cause influxes of climate refugees, increasing environmental, economic, social and political stresses in receiving areas, particularly when the incoming refugees are of a different nationality or ethnic group. Finally, unpopular responses to climate change, such as draconian emission reduction mandates, could result in social uprisings in response. Dell, Jones, and Olken, (2013) also highlights the possibility that weather can directly lead to conflict through "changing the environment" or increasing human aggression.

There is literature studying the effect of weather and social and political conflict that is summarized quite thoroughly in Dell, Jones, and Olken (2013). In particular, there are a variety of cross-country and subnational studies which indicated that higher temperatures and lower-than-average precipitation (including droughts) cause civil conflicts and political instability (for example, coups), particularly via the lower household income mechanism. While there are various studies showing the effect of weather on social and political conflict, there

is some ambiguity in the effect because of (1) the low explanatory power of weather of conflict (that is, the noise), (2) a variety of statistical problems, including endogenous controls and spatial correlation, (3) the difficulty of measuring weather, particularly precipitation due to the negative effect of too much (for example, floods) and too little (for example, droughts), and (4) the difficulty of determining if weather changes the timing of conflict or actually causes conflict.

Two important recent papers identifying the connection between climate change and social and political conflict are: Hsiang, Meng, and Crane (2011) and Hsiang, Burke, and Miguel (2013). Hsiang, Meng, and Crane (2011) use more than 50 years of data to show that the probability of conflict doubled in the tropics during El Niño years as compared with La Niña years. Based on their analysis, El Niño contributed to 21 percent of the civil conflicts in the tropics taking place between 1950 and 2004, providing some evidence that warmer temperatures do result in more social conflict. This paper is important in that it provides evidence that weather caused more conflict, and displaced only a portion of conflicts over time.[88]

In another study, Hsiang, Burke, and Miguel (2013) conduct a meta-analysis across 60 multi-disciplinary papers.[89] The authors find that the median effect of a 1-standard-deviation change in climate variables over time causes a 13.6 percent change in the risk of intergroup conflict and a 3.9 percent change in interpersonal violence.[90,91] Similarly, precision-weighted average effects, in which studies were down-weighted based on their precision, are 11.1 percent and 2.3 percent, respectively. Even though the magnitude of this effect is heterogeneous (that is, varies over time and space), given that scientists predict a 2- to 4-standard-deviation change in temperature by 2050, possible increases in conflict as the result of climate change are likely to be significant this century in many areas across the globe. In general, the authors find that all types of conflict increase with temperature and precipitation, regardless of the temporal scale, but intergroup violence is less common in rich countries than poor countries.[92] Furthermore, the evidence indicates that adaptation possibilities are limited in that slow-moving climate change still adversely affects conflict, and these effects will continue into the next century. While the authors note that several avenues are possible to connect climate change to social conflict, more research is necessary to select between competing theories on these linkages.[93] Additionally, it is still unclear whether these mechanisms increase the probability of a conflict occurring or the probability of an existing conflict becoming violent.

VIOLENCE AND CRIME. Dell, Jones, and Olken (2013) review the literature studying the effect of weather on violence. In the criminology literature, there is a well-known relationship between higher temperatures and crime, particularly as it relates to aggression. Specifically, many authors find that higher temperatures increase criminal activity, especially as it relates to violent crime. There is an ongoing debate within the literature on whether the cause is neurologically based or a socially contingent response. With respect to precipitation, there is more of a mixed result with some evidence that a lack of precipitation may increase crime and violence through a channel of lower income.

## Catastrophic climate change

There is agreement within the literature on the importance of catastrophic damages. However, there is significant debate within the literature about the extent of their importance; see earlier discussion. Regardless of the side one takes, it is clear that these catastrophic damages should be included in IAMs, and the current failure to do so in some IAMs biases their SCC estimates downward. Given Hope's (2013) finding that tipping-point damages can be as important as the sum of economic damages included in IAMs in determining the social cost of carbon, these biases may be significant.

**TIPPING POINTS.** The IAMs differ in their treatment of climate tipping points. Earlier versions of DICE, that is, DICE-1999, DICE-2007, and DICE-2010, include certainty equivalent damages of catastrophic events as estimated in a survey of experts in Nordhaus (1994a).[94] For the most recent version of the model, that is, DICE-2013, Nordhaus moved to a meta-analysis based on estimates in Table 1 of Tol (2009). Most of these sources do not include tipping point damages, and it is unclear to the extent that they are included in these newer versions of DICE.[95] While DICE-2013 does include the possibility to explicitly model catastrophic damages, it is excluded from the default version of the model (correspondence with Nordhaus).[96]

PAGE explicitly models tipping points in the default version of his model. From PAGE2002 to PAGE09, Hope moved from modeling discontinuous impacts using certainty equivalence to modeling them as a singular, discrete event that has a probability of occurring in each time period when the realized temperature is above a specified temperature threshold (with a central value of 3 degrees Celsius in the default version of the model), and this probability is increasing in temperature. Of the recent versions of the three models, only PAGE09 fully explicitly models tipping point damages; still a risk premium for aversion to such an event is generally not included in the default versions of IAMs (Kouskey et al., 2011).

While PAGE09 and early versions of DICE explicitly model tipping point damages, an alternative, as represented by Lemoine and Traeger (2011), is to implicitly capture tipping point damages by explicitly modeling tipping points. As stated by the authors, they "directly model the effect of a tipping point on climate dynamics rather than approximating its effects by shifting the damage function." Specifically, Lemoine and Traeger (2011) model two broad types of climate tipping points within DICE: (1) increased climate sensitivity (that is, the increase in global surface temperature from a doubling of the $CO_2$ concentration in the atmosphere) due to increased strength in climate feedback effects beyond current predications, and (2) increased greenhouse gas atmospheric longevity beyond current climate models.[97] It should be noted that this is distinct from modeling fat tails because these modeling changes do not require the use of fat-tailed distributions.

In a similar way, FUND implicitly models tipping points by explicitly modeling the uncertainty of almost 900 parameters in the FUND model.[98] According to Anthoff and Tol (2013a), this captures catastrophic damages more generally by capturing the possibility of catastrophic outcomes, that is, welfare effects. It is unclear to the extent that this method captures tipping points as evidenced by the decision by Hope to jointly model parameter uncertainty and a catastrophic damage function in PAGE09. In other words, FUND may not sufficiently capture catastrophic damages via climate tipping points by simply modeling the uncertainty underlying all parameters in the model.

**FAT TAILS.** The popular IAMs differ in their ability to capture the catastrophic damages that result from fat tails. However, for the most part, those IAMs fail to model fat tails as suggested by Weitzman. This is because "numerical model(s) cannot fully incorporate a fat-tailed distribution (Hwang, Reynès, and Tol, (2011)."

On the one hand, both FUND and PAGE explicitly model the uncertainty of model parameters by specifying parameter distributions and run Monte Carlos simulations.[99] However, neither model explicitly chooses fat-tailed distributions in its default version. Hope chooses triangular distributions, which explicitly specify minimum and maximums for the probability distribution function, for many of the uncertain parameters in the default version of PAGE; the exception is the climate sensitivity parameter which follows the IPCC (2007) report. In FUND, Tol tends to choose triangular and gamma distributions; the gamma distribution is thin tailed (Weitzman, 2009).[100] However, while Anthoff and Tol (2013a) do not explicitly utilize fat-tail distributions to represent the probability distributions of their 900 uncertain parameters, the distribution of net present welfare

from a Monte Carlos simulation of 10,000 runs of FUND 3.6 is fat tailed.[101] While fat tails arise in the distribution of welfare in the FUND model, explicitly modeling parameter distributions as fat tailed may further increase the SCC.

On the other hand, the default versions of the DICE models fail to model any parameter uncertainty. As a consequence, the default versions of all DICE models fail to capture catastrophic damages via the fat tails of uncertain parameters. This is particularly significant when parameters have a right-skewed distribution, such as the climate sensitivity parameter and the possible discontinuity outcomes. Therefore, DICE-2013 mostly excludes catastrophic damages via tipping points and fat tails when parameter uncertainty is ignored.

There have been several attempts to include fat-tailed distributions in the popular IAMs. First, Hwang, Reynès, and Tol (2011) found an increase in the optimal carbon tax when accounting for fat tails in DICE; the optimal carbon tax increases in the uncertainty of the climate sensitivity parameter. Similarly, Ackerman, Stanton, and Bueno (2010) find that fat tails over the climate sensitivity parameter increases the economic costs of climate change, and hence the SCC, in DICE, but the magnitude of this increase is highly dependent on the exponent of the DICE damage function. Second, Pycroft et al., (2011) replaces above the 50th percentile of the original triangular distributions for the climate sensitivity parameter and the damage function (sea level rise, market, and non-market) exponents in the PAGE09 model with thin-tailed (specifically, the normal distribution), medium-tailed (specifically, the log-normal), and fat-tailed (specifically, the Pareto) distributions;[102] they switch off the catastrophic damage function when they modify the distributions of the damage function exponents, decreasing the PAGE09 SCC estimate from $102 in the default version of PAGE to $76, because tipping points and fat tails are related concepts, as discussed earlier in this paper. The authors find that the PAGE09 SCC estimate without a catastrophic damage function increases by 44 percent to 115 percent when medium and fat tails are integrated into PAGE09; this corresponds to an increase from $76 to $135 (thin), $147 (medium), and $218 (fat).[103] Larger percentage increases are observed for the 95th and 99th percentile SCC estimate. In other words, the use of fat-tailed distributions is possible and will significantly increase the social cost of carbon. At the same time, because its value is not infinite, as it is using Weitzman's Dismal Theory analysis, the SCC is still useful for benefit-cost analysis.

By explicitly modeling the probability distribution function of the climate sensitivity parameter using the Roe-Baker distribution, the 2013 IWG analysis may partially capture the effects of fat-tailed distributions; the Roe-Baker distribution used in this analysis is fat-tailed (Pindyck, 2013).

BLACK SWAN EVENTS. All three IAMs may exclude black swan events. While it is unclear how these events could be integrated into these models, it is clear that their exclusion biases SCC estimates downward because scientists believe that bad surprises are more likely than good surprises when it comes to climate change. As discussed earlier, these events may be captured by integrating fat-tail distributions for uncertain parameters into IAMs, but the "correct" fat-tailed distribution is still unknown.

## Inter-sector damages

According to both Kopp and Mignone (2012) and the IWG (2010; 2013) IAMs fail to capture inter-sector damages, that is, damages from the interaction of damage sectors. There are a variety of potential inter-sector effects of climate change, and their omission generally tends toward a downward bias. Inter-sector damages include: agriculture and water quality on human health (Tol, 2009; IPCC, 2007); the effects of water supply and quality

on agriculture; the combined effects of increased storm strength and rising sea levels (Yohe and Hope, 2013); the effects of ocean acidification on human settlements; and the effects of ecosystem services on the market sector. As mentioned earlier, many of these inter-sector damages include damages that arise from the interaction of climate change effects between sectors in the market-, non-market-, socially-contingent-, and catastrophic-damage categories.

For the most part, the major integrated assessment models (FUND, PAGE, and DICE) calibrate their damage functions, and as a consequence estimate the social cost of carbon, using sector specific studies, or, at least, rely on studies that utilize sector specific damage estimates, that is, enumerative studies.[104]  Implicitly, the authors of the IAMs assume that each sector is an island, independent of all other sectors. Therefore, inter-sector damages are captured by IAMs only if the underlying studies account for these inter-sector damages. For example, agricultural studies that account for the effect of climate change on precipitation and the water supply for irrigation will include the effects of the water supply sector on the agricultural sector. However, most damage studies are incomplete as they omit these inter-sector damages (Yohe and Hope, 2013).[105]

The developers of PAGE and FUND argue that these models capture inter-sector effects. On the one hand, Hope (2006) argues that only inter-sector damages between market and non-market sectors, such as ecosystem services, are excluded. Specifically, he argues that all other inter-sector damages are captured because "PAGE2002 models two damage sectors: economic and non-economic. ... Using highly aggregated damage estimates from the literature allows PAGE2002 to capture interaction effects implicitly." This is something of a tautology – that is, I utilize generalized aggregate damage functions, and because they are general, I capture interactions. As stated above, inter-sector damages can only be captured if the underlying damage estimates account for them, and they do not in the case of the default version of PAGE09. On the other hand, Tol (2009) goes even further by arguing that IAMs, such as FUND, may be double counting inter-sector damages. For example, the effect of water supply on the agricultural sector may be captured by both the water and agricultural sector damages.[106] Again, this can only be the case if the underlying studies explicitly account for these damages, and this is not the case in FUND due to its reliance on enumerative studies that do not account for inter-sector damages.[107]

The latest versions of the three IAMs utilized by IWG omit inter-sector damages. FUND3.6 and DICE-1999 utilize sector-specific damage estimates (from enumerative studies), and by the arguments above omit most, if not all, of the inter-sector damages excluded from the underlying studies. Because PAGE09 is greatly informed by FUND and DICE-1999, it too omits these inter-sector damages even though it relies on aggregate market- and non-market-damage functions. Finally, DICE-2013 also omits most inter-sector damages. Of the 13 studies underlying the DICE-2013 meta-analysis, eight (Nordhaus, 1994a; Fankhauser, 1995; Tol, 1995; Nordhaus and Yang, 1996; Plambeck and Hope, 1996; Nordhaus and Boyer, 2000; Tol, 2002; Hope, 2006) of them rely on sector-specific calibration techniques (that is, rely on enumerative studies), and omit any inter-sector damages excluded from the underlying studies. Four of the remaining five studies (Mendelsohn, Schlesinger, and Williams, 2000; Maddison, 2003; Rehdanz and Maddison, 2005; and Nordhaus, 2006) utilize statistical technique to estimate the damages from climate change.  While statistical methods can capture inter-sector effects, all four of these studies omit the damages from the interaction of market and non-market sectors; Maddison (2003) and Rehdanz and Maddison (2005) only include non-market damages, and Mendelsohn, Schlesinger, and Williams (2000) and Nordhaus (2006) include only market damages. Thus, like the other IAMs, DICE-2013 fails to account for many inter-sector damages.



Wind erosion is evident on this rangeland during severe drought in Arriba County, New Mexico.
Photo by Jeff Vanuga, USDA Natural Resources Conservation Service.

## Cross-Sector Damages

As discussed earlier, many of the omitted effects of climate change comprise both market- and non-market-damage sectors. This section discusses omitted climate impacts that affect multiple categories of damages (as opposed to inter-sector damages, where multiple impacts interact to contribute to damages in a specific sector): market, non-market, socially contingent, and catastrophic damages. This includes inter-regional damages, destabilizers of existing non-climate stressors, weather variability and climate extremes, and ocean acidification.

**INTER-REGIONAL DAMAGES.** Inter-regional damages are spillovers from one region to another. For the most part, the major integrated assessment models (FUND, PAGE, and RICE) estimate the social cost of carbon assuming each region of the world is independent of all other regions. There are a variety of potential inter-regional effects of climate change, and their individual omissions may result in an upward or downward bias. While the individual biases are in both directions, Freeman and Guzman (2009) argue that the overall effect very likely leads to an underestimation of the SCC for the United States.

Freeman and Guzman (2009) lay out several international spillover scenarios with respect to the United States. First, there are potential supply shocks to the U.S. economy in terms of decreased availability of imported inputs, intermediary goods, and consumption goods. This includes energy and agricultural goods. Second, there could be demand shocks as affected countries decrease their demand for U.S. imports. Third, there may be financial market effects as international willingness to loan to the United States dries up and the value of U.S. firms decline as foreign markets shrink. Fourth, mass migration from heavily affected areas, such as Latin America, will potentially strain the U.S. economy, and likely lead to increased expenditures on migration prevention. Fifth, increases in infectious diseases are likely due to the combined effects of ecological collapse, the breakdown of public infrastructure in poor nations, and declines in the resources available for prevention; increasing mass migration will intensify the spread of diseases across borders. Last, climate change is likely to exacerbate security threats to the United States, partially through its potential destabilizing effect on politics. As a consequence, climate change is a "threat multiplier" in terms of security. In summary, there are a variety of pathways for the effects of climate change in one region to cause damages in another: trade, capital markets, migration, disease, and social conflict.

There are also several potential positive spillover scenarios currently excluded from the SCC. First, trade has the potential to reduce the SCC by reducing the welfare losses to consumers in particularly hard hit regions (Darwin, 1995).[109] While consumers in exporting nations and producers in importing nations are harmed by trade, this loss is more than offset by gains to consumers in importing nations and producers in exporting nations according to economic theory. For example, low elevation nations will experience a decline in domestic agricultural production, but importing food from higher elevation nations will mitigate some of the consumer welfare loss from domestic production declines (Darwin, 1995). Through this lens, trade can be thought be as a form of human adaptation to climate change whereby humans move tradable market goods between the least- and most-affected regions to satisfy the needs of those with the highest demand.[110] However, trade can also result in general equilibrium costs, which are also currently omitted (Tol, 2009).[111] Second, technology spillovers between nations may reduce the regional costs of mitigation and/or adaptation. Investment by developed nations into mitigation and adaptation technologies may reduce the costs of mitigation and adaptation in developing nations (Löschel, 2002; Buonanno et al., 2003; Rao, 2006).[112]

The inclusion of inter-regional interactions requires integrating the various regional economic models into an international model. This is technically complex and requires many additional assumptions (Freeman and Guzman, 2009). Care must also be taken to avoid double counting of damages. Rather than simply adding inter-regional damages estimates, modelers have to return to the country-specific damage estimates to examine how they were constructed.

In general, all three IAMs exclude inter-regional damages. There are a few exceptions. First, all three IAMs (DICE-2013, FUND 3.6, and PAGE09) capture general equilibrium effects of trade in the agricultural sector. Second, because GDP measurements include net exports, damage estimates at least partially capture trade indirectly through GDP. Last, FUND models migration as it relates to sea level rise.

FUND 3.6 migration cost estimates are relatively ad hoc and omit several types of damages. First, the method of determining the destination of migrants is ad hoc, and this affects the costs of migration because they are dependent on the destination region.[113] Second, the cost of migration to the sending region is three times its regional per capita income per migrant; Tol (2002) describes three as an "arbitrary" parameter. This approach will underestimate costs of migration if per capita income in coastal regions is greater than the regional average, which would be the case if cities with concentrations of economic activity are affected most by sea level rise. Third, in the region that is receiving migrants, costs per migrant equal 40 percent of per capita income of the receiving country (Cline, 1992 from Fankhauser (1995) from Anthoff and Tol, 2012b); Cline (1992; 120) approximates the costs of migration to the United States based on state and local government infrastructure spending (education, roads, police, sanitation) and taxes paid by immigrants. However, this figure from Cline (1992) was simply an illustration of the cost of migration to the United States and was hardly a "guesstimate," as stated by Fankhauser. Furthermore, these migration-cost estimates exclude the costs of social conflict from migration pressures (for example, the effect of Syrian migrants on Bulgaria), the potential stress on the receiving country's social, environmental, and physical infrastructure under cases of mass migration, the psychological cost to migrants of losing their homeland, and the potential physical health costs to refugees (Fankhauser, 1995). Last, FUND sets intra-regional migration costs equal to zero though there is still likely to be stress on the receiving nations (for example, the effect of Syrian migrants on Lebanon and Jordan from the recent Syrian Civil War).[116]

**DESTABILIZERS OF EXISTING NON-CLIMATE STRESSORS.** Climate change is often referred to as a threat multiplier. For example, Freeman and Guzman (2009) state that "the consistent message of [national security] studies is that climate change is a 'threat multiplier' (Freeman and Guzman, 2009)." While Freeman and Guzman (2009) are mainly referring to national security issues worsening due to climate change further weakening already volatile regions and political unstable nations, their arguments can be generalized to other future challenges that the world faces with or without climate change: social and political instability (Freeman and Guzman, 2009); disease, including the flu (Freeman and Guzman, 2009);[117] ecosystem and biodiversity loss (United Nations' Millennium Ecosystem Assessment);[118] decreased water availability.[119] In other words, just as the multiple effects of climate change will interact within different economic sectors, as discussed in the previous section under inter-sector damages, non-climate related economic, societal, and environmental pressures will result in multiple damages across sectors due to their interaction with the effects of climate change.

Like inter-sector damages, the interaction of non-climatic factors and the effects of climate change must be captured in the underlying studies utilized to calibrate the IAM damage functions. In most cases, the studies underlying the calibration of the IAMs' default damage functions do not account for these interactions. Thus, the default versions of the early versions of DICE, DICE-2013, FUND3.6, and PAGE09 by and large omit these damages.

**WEATHER VARIABILITY AND CLIMATE EXTREMES.** Climate change does not only affect the long-run averages of temperature, precipitation, and sea-level, but also the variability of weather around these changing means. In other words, many more extreme weather events should be expected, including the likelihood of increased: frequency of heat waves, areas experiencing droughts (and some areas experiencing decreased rainfall during monsoons and others experiencing increased aridity), frequency and areas experiencing heavy precipitation events (for example, floods), intensity of tropical cyclones, and extreme high sea level (IPCC, 2007a); see Table 14.

Current IAMs partially capture some of these extremes: tropical storms (hurricanes and typhoons), extra-tropical storms (cyclones), and heat waves. FUND 3.6 explicitly models the economic destruction in terms of lost property and human life (mortality and morbidity) of the increased strength of tropical storms, and the cost to human health (mortality and morbidity) of heat waves, but only to the extent that damages are limited to heat stress. Early versions of DICE, that is, DICE-1999 and DICE-2007, only make an ad hoc account of the loss property, such as human settlements, due to storms in the coastal sector. While both models account for sea-level rise, they fail to account for the interaction between storms and sea level rise, which results in extreme high sea level rise (Yohe and Hope, 2013). As a consequence, the default version of PAGE09 (the damage function of which is greatly informed by FUND and DICE-1999) partially accounts for the cost of the increased intensity of storms and frequency of heat waves. Because most of the underlying studies in DICE-2013 exclude climate extremes, DICE-2013 appears to exclude the economic costs of weather variability (flooding, droughts, and heat waves).

However, these IAMs may implicitly capture some of these extreme events to the extent that these variables are correlated with temperature. Nordhaus (1994a) argues that "in thinking about the impact of climate change we must recognize that the variable focused on in most analyses—globally averaged surface temperature—has little salience for impacts. Rather, variables that accompany or are the result of temperature change—precipitation, water levels, extremes of droughts or freezes, and thresholds like the freezing point or the level of dikes and levees—will drive the socioeconomic impacts. Mean temperature is chosen because it is a useful index of climate change that is highly correlated with or determines the most important variables." Given that these events are not perfectly correlated with temperature, these events are partially omitted from the analysis. As

Tol (1995) states: "only if the relevant climate parameter relates linearly to the global mean temperature, and the relationship is perfectly known, is the temperature an adequate proxy." Therefore, these events are already included in the IAMs to the extent that global average surface temperature is correlated with these extreme events. To the extent that they are not, they are excluded.

OCEAN ACIDIFICATION. None of the most widely adopted IAMs for estimating the SCC (DICE, FUND, and PAGE) address the multiple damages due to ocean acidification. As defined by Shinryokan (2011): "Ocean acidification refers to a reduction in the pH of the ocean over an extended period, typically decades or longer, which is caused primarily by uptake of carbon dioxide from the atmosphere." In terms of market damages, ocean acidification impacts fisheries via its effects on marine ecosystems and organisms, particularly shellfish and crustaceans. In addition to fisheries, ocean acidification will impact ecosystems, biodiversity, and tourism via its effect on coral and also human settlements. While the economic effects of acidification are likely substantial, few economic values of the damages are available because scientists only recently recognized the threat of ocean acidification to marine life (Guinotte and Fabry, 2009) and fisheries, for the most part, are excluded from IAMs; see previous sub-section.

Though fisheries are expected to suffer significant economic damage as a result of ocean acidification, there are few studies of the economic costs of these impacts. Since 2009, economists have completed several impact studies that attempt to more accurately quantify the economic costs of climate change to fisheries. Two such studies, Cooley and Doney (2009) and Narita et al., (2012), estimate these monetary effects with a focus on mollusk production; recent scientific literature finds that acidified ecosystems significantly reduce mollusk populations. Cooley and Doney (2009) conduct a case study of the effect of ocean acidification on U.S. fisheries revenues, with a focus on mollusks. If there were a reduction of 10 percent to 25 percent in the U.S. mollusk harvest from the 2007 level, $75 million to $187 million of direct revenue would be lost each subsequent year;[120] these values correspond to a net present value loss (that is, the sum of annual losses over all futures years in terms of its current dollar value) of $1.7 billion to $10 billion through 2060. Similarly, using a partial-equilibrium model to assess the welfare loss to society from a decline in shellfish supply, Narita et al., (2012) find that the costs of ocean acidification could exceed $100 billion. Because mollusks represent a small fraction of total fisheries, the cumulative economic impact of ocean acidification on fisheries will likely be significantly larger.

In addition to fisheries, ocean acidification will impact tourism associated with the ocean, particularly coral reefs. Coral reefs are expected to be among the worst-affected ecosystems. A study by Brander et al., (2009) considers the economic damages associated with coral reefs and estimates valuation per area. They expect losses in this sector to be at least $50 billion annually by 2050. It should be noted that the overall effects of climate change on tourism are also excluded, but the magnitude and direction of these effects is uncertain (Tol, 2009; Bigano et al., 2007) and potentially negative (Berrittella et al., 2006).

## Adaptation

Some policymakers and analysts may argue that the IAMs need not worry about these omitted damages due to society's ability to adapt. In other words, adaptation implies that these costs will not be incurred. While adaptation must be accounted for when including the above damage estimates, an altogether elimination of these omitted damages (that is, such that they can be ignored) is unlikely. This is particularly the case for non-market, socially contingent, and catastrophic damages, in general, where adaptation is likely be less effective. This is also increasingly the case for market damages as temperatures increase (Hope, 2011). Furthermore,

adaptation will be particularly difficult for faster-than-expected temperature increases (Anthoff and Tol, 2012; Hope, 2011). The ability to prevent substantial damages through adaptation is limited as evidenced in current IAM damage estimates.

The current IAMs account for adaptation in different ways. In the early versions of DICE and DICE-2013, adaptation is implicit in the damage estimates.[121] As a consequence, the assumptions about adaptation costs are captured in the underlying damage estimates used to calibrate their damage functions (Warren et al., 2006). While Nordhaus implicitly accounts for adaptation to agriculture, other market, health, coastal, and settlement and ecosystem sectors in the early versions of DICE (DICE-1999, DICE-2007, and DICE-2010)—sometimes in an ad hoc way—he essentially assumes high levels of human adaptation at virtually no cost (IWG, 2010). According to IWG (2010) and Warren et al., (2006), this is particularly evident for the other market sectors. It is less clear the extent to which the DICE-2013 damage function captures these adaptation costs due to the use of a meta-analysis. In all versions of DICE, adaptation is not effective enough to eliminate damages.

In FUND, Tol models adaptation explicitly and implicitly. For adaptation to agriculture, ecosystem, and sea level rise damages, Tol models adaptation explicitly. In the first two of these sectors, Tol captures adaptation by modeling damage costs as a function of the rate of climate change (Anthoff and Tol, 2012); see forthcoming Appendix E. In the case of sea level rise, Tol models the cost of building seawalls. Like in DICE, the assumptions about adaptation costs in the other FUND sectors are captured in the underlying damage estimates used to calibrate these damage functions. Additionally, Tol accounts for adaptation implicitly in the energy and human health sectors by allowing regional sector costs to be a function of regional wealth, such that wealthier societies are better able to adapt (IWG, 2010). According to Warren et al., (2006), FUND assumes perfectly efficient adaptation without accounting for adjustment costs, except in the agriculture and ecosystem sectors. Therefore, Tol may underestimate adaptation costs in some sectors of FUND. While climate change results in net global benefits at low temperature changes, higher temperature increases result in costs that adaptation cannot overcome as evidenced by the negative impacts of climate change on consumption by the late 21st century as predicted by FUND 3.6 (Tol, 2013).

Unlike Nordhaus and Tol, Hope (2011) explicitly models climate adaptation in PAGE09. Hope explicitly models adaptation and the cost of adaptation. For each non-catastrophic damage sector (sea level rise, market, and non-market), he specifies a temperature level up to which adaptation is 100 percent effective, a temperature level up to which adaptation is partially effective, and a level of effectiveness (the percentage of damages not incurred) for temperature increases between these two levels. For catastrophic damages, there is no adaptation. Like DICE and FUND, adaptation is not effective enough to significantly eliminate damages.

Given that included damages are significant despite current adaptation assumptions, adaptation as an argument for ignoring currently omitted damages is not justifiable. Furthermore, the three IAMs used by the IWG are often accused of being overly optimistic in their adaptation assumptions, particularly for the versions used by the 2010 IWG (Dietz et al., 2007; Ackerman, 2010; Warren et al., 2006; Hanemann, 2008; Ackerman et al., 2009; Masur and Posner, 2011). In particular, none of the three IAMs explicitly model mal-adaptation. Therefore, omitted damages are likely to still be significant, and current SCC estimates from DICE-2013, FUND 3.6, and PAGE09 are likely biased downward due to a tendency to be overly optimistic about adaptation (Masur and Posner, 2011).[122]

# CONCLUSION — MOVING FORWARD

The IWG SCC estimates are likely biased downward due to the modeling decisions of EPA scientists and IAM developers, including the use of outdated damage estimates and the omission of a significant number of damage categories. While some of the damage estimates utilized by IAMs are outdated (Ackerman, 2010; Stern Review – Chapter 6; Stern, 2007; Dietz et al., 2007; Warren et al., 2006; Warren et al., 2010; Tol, 2009), updating these estimates is likely to have a minimal effect on the SCC (Yohe and Hope, 2013). Instead, this paper focuses on cataloging the more significant damages omitted from the recent versions of the three IAMs used by the Interagency Working Group (DICE-2010, FUND 3.8, and PAGE09), and the latest version of DICE (DICE-2013).[123] These omissions occur due to the omission of sectors (for example, socially contingent damages), the omission of relationships between regions and sectors (for example, inter-sector and inter-region damages), and the omission of types of climate damages from the underlying studies used for calibration (for example, fires).

The main question is whether the inclusion of these omitted damages matter. Tol (2009) argues that, for the most part, many omitted damages are small (saltwater intrusion in groundwater, increased cost of cooling power plants, adapting urban water management systems, storm frequency, intensity, and range, ocean acidification, and value of firewood),[124] and are balanced out by omitted climate benefits (decreased costs of some traditional and alternative energies—oil, wind, and wave, lower transport costs, lower expenditures on food and clothing due to lower demand from higher temperatures, and fewer transportation and other disruptions from cold-related weather).[125] For others, like tourism, the effects are unknown according to Tol (2009). Instead, Tol (2009) argues that research should primarily focus on estimating and including unknowns that potentially could have large effects, such as biodiversity loss, catastrophic damages, socially contingent damages, and damages at high temperature levels.[126] In other words, Tol (2009) argues that research should focus on tipping point damages and socially contingent damages; see row 3 and column 3 in Figure 2. Yohe and Tirpak (2007) for the most part agree with this assessment, but also include bounded risks (row 2 in Figure 2), which includes the effects of weather variability (droughts, floods, heat waves, and storms); the effects of weather variability are still greatly omitted from many of the included market and non-market damages. Furthermore, black swan events, that is, unexpected effects, related to climate change should further increase the SCC because researchers expect more negative than positive effects (Tol, 2009b). The inclusion of all omitted damages, including these more significant omitted damages, is likely to result in an increase in the SCC (Mastrandrea, 2009; Tol, 2009a). Given the difficulty of deciding *a priori* what damages are likely to be significant, this report advocates that IAMs should work to include all available damage estimates, particularly those discussed in this paper. However, priority for developing new damage estimates should be given to hot spots—regions and damages that are likely to be significant—for which estimates are not currently available.

There is a general consensus that future IAM research must focus on hot spots. The "hot spot" regions are those that are geographically predisposed to climate change (for example, low lying nations and island nations), and those nations with insufficient ability to adapt (for example, developing nations). The "hot spot" sectors are those discussed above: catastrophic damages, weather variability, and socially-contingent damages. While studying these sectors is difficult, analysts need to look at multiple metrics and regions. The current practice is to omit these difficult to estimate damages or to extrapolate damages estimates from developed to developing nations due to limited data availability. To overcome these shortcomings, future work will require the development of reliable datasets in developing nations and advancements in the science of climate variability and tipping points that specify credible scenarios at a regional level (Yohe and Tirpak, 2007). Furthermore, to develop consistent estimates of damages, the current pipeline of damage estimation, whereby scientists

estimate potential damages and economists draw on these estimates in their studies independent of input from scientists, must be replaced with collaborative research between the disciplines.[127] This type of research ensures that economists understand the science behind the climate impacts that they are citing, but also ensures that the scientific estimates are developed with the final impact measurement, that is, the dollar impact, in mind.

Alternatively, further attempts to utilize meta-analysis at the aggregate scale (across regions and sectors) as is done in DICE-2013 are ill-advised.[128] There are several reasons to advise against this type of damage-function estimation. First, using meta-analysis makes determining which damages are included and excluded difficult. It requires an analyst to thoroughly study each of the underlying studies to determine which climate impacts on a sector are included and excluded. Furthermore, it is difficult to interpret whether an impact is included if only several studies include the impact. Second, there are too few data points at this scale to properly account for statistical issues: time trends, omitted damage sectors or impacts within sectors, and correlated standard errors between studies that include estimates from the same authors and similar estimation methods. Last, as discussed by Tol (2009), the data points from various studies are not really a time-series, and should not be treated as such. An alternative is to conduct meta-analyses at the sector level where a sufficient number of studies are available. For example, there are a multitude of agricultural studies, and a meta-analysis to estimate a regional-agricultural or global-agricultural damage function would be possible. Another alternative, laid out by Kopp, Hsiang, and Oppenheimer (2013) is to develop an infrastructure that uses statistical (for example, Bayesian) methods to update damage functions as new estimates become available.

Though not discussed in this paper, there are several additional compounding aspects of IAMs that are likely to further bias current SCC estimates downward. In particular, they fail to account for (1) uncertainty in extrapolating damages to higher temperatures given that IAMS assume only moderate temperature increases,[129] (2) a declining discount rate due to uncertainty over future economic growth (Arrow et al., 2013),[130] (3) aggregated and overly simplified spatial and temporal resolution (IWG 2010; Hanemann, 2008; Stern, 2007), and (4) the option value that arises from the irreversibility of $CO_2$ emissions. These shortcomings, by and large, point to a further bias downward of the social cost of carbon.

While there is a downward bias to the federal SCC estimates, this report advocates that the Office of Management and Budget (OMB) and other executive branch agencies should move forward to finalize proposed rules with the 2013 IWG's current SCC estimates, as measuring at least some of the costs is better than assuming there are none. In doing so, the OMB should emphasize more strongly the downward bias of the current U.S. SCC estimates and commit to addressing them in future updates of these estimates. Potentially, OMB can utilize the research provided in this report to list in detail all of the omitted damages in the current U.S. SCC estimates.

**Table 1. 2010 and 2013 SCC Estimates at 3% Discount Rate by Model**

| IAM | 2010 Global SCC at 3% Discount Rate (IWG 2010) | 2020 Global SCC at 3% Discount Rate (IWG 2013) | % Change |
|---|---|---|---|
| DICE | $28 | $38 | 34% |
| FUND | $6 | $19 | 222% |
| PAGE | $30 | $73 | 143% |

Source: IWG (2013 Revision)

**Table 2. 2010 SCC Estimates, 2010–2050 (in 2007 dollars per metric ton)**

| Discount Rate Year | 5% Avg | 3% Avg | 2.5% Avg | 3% 95th |
|---|---|---|---|---|
| 2010 | 4.7 | 21.4 | 35.1 | 64.9 |
| 2015 | 5.7 | 23.8 | 38.4 | 72.8 |
| 2020 | 6.8 | 26.3 | 41.7 | 80.7 |
| 2025 | 8.2 | 29.6 | 45.9 | 90.4 |
| 2030 | 9.7 | 32.8 | 50.0 | 100.0 |
| 2035 | 11.2 | 36.0 | 54.2 | 109.7 |
| 2040 | 12.7 | 39.2 | 58.4 | 119.3 |
| 2045 | 14.2 | 42.1 | 61.7 | 127.8 |
| 2050 | 15.7 | 44.9 | 65.0 | 136.2 |

Source: IWG (2010)

**Table 3. 2013 SCC Estimates, 2010–2050 (in 2007 dollars per metric ton)**

| Discount Rate Year | 5% Avg | 3% Avg | 2.5% Avg | 3% 95th |
|---|---|---|---|---|
| 2010 | 11 | 32 | 51 | 89 |
| 2015 | 11 | 37 | 57 | 103 |
| 2020 |  |  |  | 111 |
| 2030 | 16 | 52 | 73 | 152 |
| 2035 | 19 | 56 | 80 | 175 |
| 2040 | 21 | 61 | 86 | 191 |
| 2045 | 24 | 66 | 92 | 206 |
| 2050 | 26 | 71 | 97 | 220 |

Source: IWG (2010)

**Table 4.  Damage Studies and Income Elasticities Used to Estimate DICE–1999 Damage Function**

| Sector | Source of Damage Estimate (2.5 degrees Celsius) | Notes | Income Elasticity |
|---|---|---|---|
| Agriculture | Darwin et al (1995) and Dinar et al (1998) | Sub-regional impact estimates: Darwin et al (1995) and Dinar et al (1998); mainly uses Appendix Table B6 from Darwin et al (1995) assuming second most unfavorable GCM and land use is unrestricted. | 0.1 |
| Other Market Sectors | Author discretion | Unknown sources for sub-regional damage estimates. No damages to temperate climates based on Cline (1992), Nordhaus (1991), and Mendelsohn and Neumann (1999). Damages in non-temperature climates (cold, tropical, and semi-tropical) based on energy sector alone. | 0.2 |
| Coastal Vulnerability | Author discretion | Not directly based on one specific study, but highly influenced by Yohe and Schlesinger (1998); study omits storms, undeveloped land, and settlement so accounted for by author discretion. | 0.2 |
| Health | Murray and Lopez (1996) | Assign regional impacts based on the region from Murray and Lopez (1996) with which it most overlaps. | 0 |
| Non-market Impacts | Nordhaus (1998) | Use the Nordhaus (1998) estimate from climate-related time use in the U.S.; focusing mainly on increased outdoor recreation. | 0 |
| Human Settlement and ecosystems | Author discretion | Cite their own unpublished estimates of the capital value of climate sensitive human settlements and natural ecosystems in each sub-region, and estimate that each sub-region has an annual WTP of 1% of the capital value of the vulnerable system for a 2.5 degrees increase. | 0.1 |
| Catastrophic Climate Change* | Nordhaus (1994) | Assume 30% loss of global GDP for such an event and a rate of relative risk aversion of 4 for catastrophic risk. They use expert opinions of probabilities of a cataclysmic change drawn from Nordhaus (1994); the authors double the probabilities in the study for increasing concerns about these events for both 2.5 (measured at 3 degrees in study) and 6 degrees. | 0.1 |

*Calibration sources are provided for 2.5 degrees of warming, but not 6 degrees of warming. The one exception is catastrophic events.

Source: Nordhaus and Boyer (2000) and Warren et al (2006)

48

## Table 5. Sector–Region Specific Damage Estimates for DICE-1999

| Subregion | Non-catastrophic impacts | | | | | | Catastrophic impact | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Agriculture | Other vulnerable market | Coastal | Health | Non-market time use* | Settlements and ecosystems* | 2.5 degrees Celsius | 6 degrees Celsius | 2.5 degrees Celsius | 6 degrees Celsius |
| Africa | 0.05% | 0.09% | 0.02% | 3.00% | 0.25% | 0.10% | 0.39% | 2.68% | 3.91% | - |
| China | -0.37% | 0.13% | 0.07% | 0.09% | -0.26% | 0.05% | 0.52% | 3.51% | 0.22% | - |
| Eastern Europe | 0.46% | 0.00% | 0.01% | 0.02% | -0.36% | 0.10% | 0.47% | 3.23% | 0.71% | - |
| High Income OPEC | 0.00% | 0.91% | 0.06% | 0.23% | 0.24% | 0.05% | 0.46% | 3.14% | 1.95% | - |
| India | 1.08% | 0.40% | 0.09% | 0.69% | 0.30% | 0.10% | 2.27% | 15.41% | 4.93% | - |
| Japan | -0.46% | 0.00% | 0.56% | 0.02% | -0.31% | 0.25% | 0.45% | 3.04% | 0.50% | - |
| Low Income | 0.04% | 0.46% | 0.09% | 0.66% | 0.20% | 0.10% | 1.09% | 7.44% | 2.64% | - |
| Lower-middle Income | 0.04% | 0.29% | 0.09% | 0.32% | -0.04% | 0.10% | 1.01% | 6.86% | 1.81% | - |
| Middle Income | 1.13% | 0.41% | 0.04% | 0.32% | -0.04% | 0.10% | 0.47% | 3.21% | 2.44% | - |
| OECD Europe | 0.49% | 0.00% | 0.60% | 0.02% | -0.43% | 0.25% | 1.91% | 13.00% | 2.83% | - |
| Other High Income | -0.95% | -0.31% | 0.16% | 0.02% | -0.35% | 0.10% | 0.94% | 6.39% | -0.39% | - |
| Russia | -0.69% | -0.37% | 0.09% | 0.02% | -0.75% | 0.05% | 0.99% | 6.74% | -0.65% | - |
| United States | 0.06% | 0.00% | 0.11% | 0.02% | -0.28% | 0.10% | 0.44% | 2.97% | 0.45% | - |
| Global: 2100 GDP weights (i.e., 2.5 degrees Celsius) | | | | | | | | | | |
| Output-weighted | 0.13% | 0.05% | 0.32% | 0.10% | -0.29% | 0.17% | 1.02% | 6.94% | 1.50% | 8.23% |

Source: Nordhaus and Boyer (2000) and Warren et al (2006)

COSTOFCARBON.ORG

## Table 6. Sector–Region Specific Damage Estimates for DICE–2007

| | Non-catastrophic impacts | | | | | | Catastrophic impact | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Agriculture | Other vulnerable market | Coastal | Health | Non-market time use* | Settlements and ecosystems* | 2.5 degrees Celsius | 6 degrees Celsius | 2.5 degrees Celsius | 6 degrees Celsius |
| United States | 0.03% | 0.00% | 0.10% | 0.02% | -0.28% | 0.10% | 0.94% | 4.00% | 0.91% | 5.34% |
| European Union | 0.03% | 0.00% | 0.46% | 0.02% | -0.43% | 0.25% | 1.09% | 4.80% | 1.42% | 9.06% |
| Add'l High Income | -0.05% | -0.32% | 0.09% | 0.02% | -0.35% | 0.10% | 1.11% | 4.80% | 0.61% | 8.99% |
| Russia | -0.82% | -0.80% | 0.05% | 0.02% | -0.75% | 0.05% | 1.12% | 4.80% | -1.13% | 8.43% |
| Eurasia | 0.03% | 0.00% | 0.01% | 0.02% | -0.36% | 0.10% | 0.94% | 4.00% | 0.73% | 4.76% |
| Japan | 0.02% | 0.00% | 0.27% | 0.02% | -0.31% | 0.25% | 1.07% | 4.80% | 1.31% | 8.84% |
| China | 0.02% | 0.32% | 0.08% | 0.09% | -0.26% | 0.05% | 1.04% | 4.00% | 1.34% | 7.92% |
| India | 0.32% | 0.29% | 0.09% | 0.40% | 0.30% | 0.10% | 1.57% | 6.00% | 3.08% | 12.94% |
| Middle East | 0.35% | 0.20% | 0.04% | 0.23% | 0.24% | 0.05% | 0.96% | 4.00% | 2.08% | 8.41% |
| Africa | 0.67% | 0.32% | 0.02% | 1.00% | 0.25% | 0.10% | 1.78% | 7.00% | 4.13% | 16.55% |
| Latin America | 0.42% | 0.28% | 0.10% | 0.32% | -0.04% | 0.10% | 1.30% | 5.20% | 2.48% | 10.36% |
| Other Asia | 0.52% | 0.21% | 0.09% | 0.32% | -0.04% | 0.10% | 1.23% | 5.00% | 2.43% | 10.00% |
| Global: 2105 weights (i.e. 2.5 degrees Celsius) | | | | | | | | | | |
| Output weighted | - | - | - | - | - | - | 1.16% | 4.72% | 1.77% | 8.23% |

Source: Nordhaus (2007)

**Table 7. Damage Studies Used to Estimate the DICE–2013 Damage Function**

| Study | Temperature | Damage Estimate |
|---|---|---|
| Tol (2002) | 1 | -2.875 |
| Rehdanz and Maddison (2005) | 1 | 0.5 |
| Hope (2006) | 2.5 | -1.125 |
| Mendelsohn, Schlesinger, and Williams (2000) | 2.5 | 0 |
| Maddison (2003) | 2.5 | 0.125 |
| Nordhaus (2006) | 2.5 | 1.125 |
| Fankhauser (1995) | 2.5 | 1.75 |
| Nordhaus and Boyer (2000) | 2.5 | 1.875 |
| Nordhaus and Yang (1996) | 2.5 | 2.125 |
| Tol (1995) | 2.5 | 2.375 |
| Plambeck and Hope (1996) | 2.5 | 3.125 |
| Nordhaus (1994a) | 3 | 1.625 |
| Nordhaus (1994b) | 3 | 6 |

Source: Tol (2009)

**Table 8. PAGE 2002 Damage Function Parameters and Data Sources**

| Damage parameter | Mean | Min | Mode | Max | Source |
|---|---|---|---|---|---|
| Market Damages | | | | | |
| Econ impact in EU (%GDP for 2.5°C) | 0.5 | -0.1 | 0.6 | 1 | IPCC (2001a, pp. 940, 943.) |
| Drop in econ impact OECD (%) | 90 | | | | As in PAGE95a |
| Drop in econ impact RoW (%) | 50 | | | | As in PAGE95a |
| Tolerable temp OECD economic (°C) | 2 | | | | As in PAGE95a |
| Non-Market Damages | | | | | |
| Non-economic impact in EU (%GDP for 2.5°C) | 0.73 | 0 | 0.7 | 1.5 | IPCC (2001a, pp. 940, 943.) |
| Drop in non-econ impact (%) | 25 | | | | As in PAGE95a |
| Market and Non-market | | | | | |
| Impact function exponent | 1.76 | 1 | 1.3 | 3 | As in PAGE95 |
| Eastern Europe & FSU weights factor | -0.35 | -1 | -0.25 | 0.2 | IPCC (2001a, p. 940.) |
| USA weights factor | 0.25 | 0 | 0.25 | 0.5 | IPCC (2001a, p. 940.) |
| China weights factor | 0.2 | 0 | 0.1 | 0.5 | IPCC (2001a, p. 940.) |
| India weights factor | 2.5 | 1.5 | 2 | 4 | IPCC (2001a, p. 940.) |
| Africa weights factor | 1.83 | 1 | 1.5 | 3 | IPCC (2001a, p. 940.) |
| Latin America weights factor | 1.83 | 1 | 1.5 | 3 | IPCC (2001a, p. 940.) |
| Other OECD weights factor | 0.25 | 0 | 0.25 | 0.5 | IPCC (2001a, p. 940.) |
| Tipping Point Damages | | | | | |
| Tolerable before discontinuity (°C) | 5 | 2 | 5 | 8 | IPCC (2001a, p. 952.) |
| Chance of discontinuity (% per °C) | 10.33 | 1 | 10 | 20 | |
| Loss if discontinuity occurs, EU (%GDP) | 11.66 | 5 | 10 | 20 | IPCC (2001a, p. 947.) |

Source: Hope (2006)

**Table 9. PAGE 2009 Damage Function Parameters and Data Sources**

| Damage parameter | Mean | Min | Mode | Max | Source |
|---|---|---|---|---|---|
| Sea Level Rise | | | | | |
| Initial Benefit (%GDP/ºC) | 0 | 0 | 0 | 0 | - |
| Calibration sea level rise (m) | 0.5 | 0.45 | 0.5 | 0.55 | Anthoff et al., 2006 |
| Sea level impact (% GDP) | 1 | 0.5 | 1 | 1.5 | Warren et al., 2006* |
| Sea level exponent | 0.73 | 0.5 | 0.7 | 1 | Anthoff et al., 2006 |
| Market Damages | | | | | |
| Economic Initial benefits (%GDP/ºC) | 0.13 | 0 | 0.1 | 0.3 | Tol, 2002 |
| Econ impact in EU (%GDP for Cal. Temp.) | 0.5 | 0.2 | 0.5 | 0.8 | Warren et al., 2006*; IPCC AR4 |
| Economic exponent | 2.17 | 1.5 | 2 | 3 | Ackerman et al, 2009 |
| Non-Market Damages | | | | | |
| Non-economic Initial benefits (%GDP/ºC) | 0.08 | 0 | 0.05 | 0.2 | Tol, 2002 |
| Impact in EU (%GDP for Cal. Temp.) | 0.53 | 0.1 | 0.5 | 1 | Warren et al., 2006*; IPCC AR4 |
| Non-economic exponent | 2.17 | 1.5 | 2 | 3 | Ackerman et al, 2009 |
| Market and Non-market | | | | | |
| Calibration temperature (ºC) | 3 | 2.5 | 3 | 3.5 | Warren et al., 2006* |
| Sea Level Rise, Market, and Non-market | | | | | |
| Impacts saturate beyond (% consumption) | 33.33 | 20 | 30 | 50 | Weitzman, 2009 |
| US weights factor | 0.8 | 0.6 | 0.8 | 1 | Anthoff et al, 2006; Stern 2007, p143.** |
| OT weights factor | 0.8 | 0.4 | 0.8 | 1.2 | |
| EE weights factor | 0.4 | 0.2 | 0.4 | 0.6 | |
| CA weights factor | 0.8 | 0.4 | 0.8 | 1.2 | |
| IA weights factor | 0.8 | 0.4 | 0.8 | 1.2 | |
| AF weights factor | 0.6 | 0.4 | 0.6 | 0.8 | |
| LA weights factor | 0.6 | 0.4 | 0.6 | 0.8 | |

| Damage parameter | Mean | Min | Mode | Max | Source |
|---|---|---|---|---|---|
| **Tipping Point Damages** | | | | | |
| Tolerable before discontinuity (°C) | 3 | 2 | 3 | 4 | Lenton et al, 2008, table 1; Stern, 2007, box 1.4 |
| Chance of discontinuity (% per °C) | 20 | 10 | 20 | 30 | Ackerman et al, 2009; Lenton et al, 2008, table 1; Stern, 2007, box 1.4 |
| Loss if discontinuity occurs, EU (%GDP) | 15 | 5 | 15 | 25 | Anthoff et al, 2006 is the lower number; middle range is Nicholls et al, 2008, and the upper figure is Nordhaus, 1994. |
| Half-life of discontinuity | 90 | 20 | 50 | 200 | Hansen (2007) for short values; medium and long-run effects from Nicholls et al. (2008) and Lenton et al. (2008) |

\* Hope (2011) states that "They produce a mean impact before adaptation of just under 2% of GDP for a temperature rise of 3 °C (Warren et al, 2006), including the associated sea level rise of just under half a meter (Anthoff et al, 2006)."

**Table 10. Taxonomy of Omitted Damages – Used in This Paper**

| Damage Category | Missing Damage Sector |
|---|---|
| Market Damages | Fisheries |
| | Pests, pathogens, and weeds |
| | Erosion |
| | Fire |
| | Energy Supply |
| | Transportation |
| | Communication |
| | Ecological dynamics |
| | Decreasing growth rate |
| Non-Market Damages | Recreational goods and services |
| | Ecosystem services* |
| | Biodiversity and habitat* |
| | Health care costs* |
| | Relative prices |
| Socially-Contingent Damages | Migration |
| | Social and political conflict |
| | Violence and crime |
| Catastrophic Damages | Tipping point* |
| | Fat tails |
| | Black swan events |
| Inter-Sector Damages | Inter-sector damages |
| Cross-Sector Damages | Inter-regional damages |
| | Destabilizers of existing non-climate stressors |
| | Weather variability and climate extremes |
| | Ocean acidification. |

*Partially and/or insufficiently captured in current versions of DICE, FUND, and PAGE

COSTOFCARBON.ORG

**Table 11. Alternative taxonomy of Omitted Damages**

| Damage Category | Damage sub-category | Missing Damage Sector |
|---|---|---|
| Missing Sector | Missing market and non-market sectors | Fisheries |
| | | Energy Supply |
| | | Transportation |
| | | Communication |
| | | Recreational goods and services |
| | Missing interactions | Inter-sector damages |
| | | Inter-regional damages |
| | Poorly/incompletely estimated sectors | Biodiversity and habitat* |
| | | Ecosystem services* |
| | | Health care costs* |
| Missing Climate Effects | Broad system changes | Tipping point* |
| | | Fat tails |
| | | Black swan events |
| | | Weather variability and climate extremes |
| | | Ocean acidification |
| | Specific impacts from broad system changes | Ecological dynamics |
| | | Pests, pathogens, and weeds |
| | | Erosion |
| | | Fire |
| | Missing dynamic climate effects | Decreasing growth rate |
| | | Relative prices |
| | | Socially contingent damage |

*Partially and/or insufficiently captured in current versions of DICE, FUND, and PAGE

**Table 12. Percentage Difference in Damages (with respect to European Damages) by Region and IAM (%)**

| | PAGE02 | Mendelson et al (2000) | Nordhaus and Boyer (2000) | Tol (1999) | Tol's SE | Tol's Lower 95% | Tol's Upper 95% |
|---|---|---|---|---|---|---|---|
| US | 25 | - | 17.86 | 91.89 | - | -171.24 | 71.79 |
| Europe | 100 | - | 100 | 100 | - | 100 | 100 |
| Japan/ Other OECD | 25 | - | 17.86 | 27.03 | - | 188.89 | 39.39 |
| Eastern Europe | -35 | - | 25 and -25 | 54.05 | - | 890.20 | 117.92 |
| Middle East | - | - | - | 29.73 | - | 524.84 | 67.55 |
| Latin America | 183 | - | 71.43 | -2.70 | - | 208.50 | 13.43 |
| South East Asia/India | 250 | - | 175 | -45.95 | - | 630.07 | 5.69 |
| China | 20 | - | 7.14 | 56.76 | - | 1258.17 | 148.53 |
| Africa | 183 | - | 139.29 | -110.81 | - | 1374.51 | 2.65 |

Source: IPCC (2001)

**Table 13. Damages by Region (as a % of GDP) and IAM**

| | PAGE02 | Mendelson et al (2000) | Nordhaus and Boyer (2000) | Tol (1999) | Tol's Lower 95% | Tol's Upper 95% |
|---|---|---|---|---|---|---|
| US | -0.32 | 0.3 | -0.5 | 3.4 | 1.048 | 5.752 |
| Europe | -1.28 | - | -2.8 | 3.7 | -0.612 | 8.012 |
| Japan/ Other OECD | -0.32 | -0.1 | -0.5 | 1 | -1.156 | 3.156 |
| Eastern Europe and Russia (FSU) | 0.448 | 11.1 | -0.7 and 0.7 | 2 | -5.448 | 9.448 |
| Middle East | 0 | - | 0.7 | 1.1 | -3.212 | 5.412 |
| Latin America/Brazil | -2.3424 | -1.4 | -2 | -0.1 | -1.276 | 1.076 |
| South East Asia/India | -3.2 | -2 | -4.9 | -1.7 | -3.856 | 0.456 |
| China | -0.256 | 1.8 | -0.2 | 2.1 | -7.7 | 11.9 |
| Africa | -2.3424 | - | -3.9 | -4.1 | -8.412 | 0.212 |

Source: IPCC (2001)

**Table 14. Extreme Events**

| Phenomenon and direction of trend | Likelihood that trend occurred in late 20th century (typically post 1960) | Likelihood of a human contribution to observed trend | Likelihood of future trends based on projections for 21st century using SRES scenarios |
|---|---|---|---|
| Warmer and fewer cold days and nights over most land areas | Very likely | Likely | Virtually certain |
| Warmer and more frequent hot days and nights over most land areas | Very likely | Likely (nights) | Virtually certain |
| Warm spells/heat waves. Frequency increases over most land areas | Likely | More likely than not | Very likely |
| Heavy precipitation events. Frequency (or proportion of total rainfall from heavy falls) increases over most areas | Likely | More likely than not | Very likely |
| Area affected by droughts increases | Likely in many regions since 1970s | More likely than not | Likely |
| Intense tropical cyclone activity increases | Likely in some regions since 1970 | More likely than not | Likely |
| Increased incidence of extreme high sea level (excludes tsunamis) | Likely | More likely than not | Likely |

Source: IPCC (2007a) – **Summary for Policymakers**, Table SPM.2 on page 8

**Figure 1. Damage Estimates as a % of Global GDP vs. Global Mean Temperature**



Source: Figure 20.3a in IPCC (2007) and Figure 19.4 in IPCC (2001b)

**Figure 2. Map of types of damages in IAMS by level of scientific and economic uncertainty**



|  | | MARKET | NON MARKET | (SOCIAL CONTINGENT) |
|---|---|---|---|---|
| **UNCERTAINTY IN PREDICTING CLIMATE CHANGE** ↓ | **PROJECTION** (e.g. sea level rise) | **I** Coastal projection Loss of dryland Energy (heating/cooling) | **IV** Heat stress Loss of wetland | **VII** Regional costs Investment |
| | **BOUNDED RISKS** (e.g. droughts, floods, storms) | **II** Agriculture Water Variability (drought, flood, storms) | **V** Ecosystem change Biodiversity Loss of life Secondary social effects | **VIII** Comparative advantage & market structures |
| | **SYSTEM CHANGE & SURPRISES** (e.g. major events) | **III** Above, plus Significant loss of land and resources Noon-marginal effects | **VI** Higher order Social effects Regional collapse | **IX** Regional collapse |

(Header spanning top: **UNCERTAINTY IN VALUATION** →)

Source: Yohe and Tirpak (2007)

# REFERENCES

Ackerman. 2010. "Memo for EPA/DOE Workshop on IAMs and SCC Estimates, November 18-19."

Ackerman, F., & Munitz, C. (2012). Climate damages in the FUND model: A disaggregated analysis. *Ecological Economics*, *77*, 219-224.

Ackerman, F., Stanton, E. A., & Bueno, R. (2010). Fat tails, exponents, extreme uncertainty: Simulating catastrophe in DICE. *Ecological Economics*, *69*(8), 1657-1665.

Ackerman, F., & Stanton, E. A. (2011). Climate Economics: State of the Art." November. Stockholm Environmental Institute. Available at http://sei-us.org/Publications_PDF/SEI-ClimateEconomics-state-of-art-2011.pdf. Accessed August, 2013.

Ackerman, F., Stanton, E. A., Hope, C., & Alberth, S. (2009). Did the Stern Review underestimate US and global climate damages?. *Energy Policy*, *37*(7), 2717-2721.

Allison, E. H., Perry, A. L., Badjeck, M. C., Neil Adger, W., Brown, K., Conway, D., ... & Dulvy, N. K. (2009). Vulnerability of national economies to the impacts of climate change on fisheries. *Fish and fisheries*, *10*(2), 173-196.

Anthoff D., Nicholls R. J., Tol R. S. J., & Vafeidis A. T., 2006 "Global and regional exposure to large rises in sea-level: a sensitivity analysis". Working Paper 96, Tyndall Centre for Climate Change Research, Norwich, UK.

Anthoff, D., & Tol, R. S. (2010). The Climate Framework for Uncertainty, Negotiation and Distribution (FUND), Technical Description, Version 3.5.*URL http://www. fund-model. org*.

Anthoff, D., & Tol, R. S. (2012). The Climate Framework for Uncertainty, Negotiation and Distribution (FUND), Technical Description, Version 3.6.*URL http://www. fund-model. org*.

[Anthoff and Tol, 2013a] Anthoff, D., & Tol, R. S. (2013). Climate policy under fat-tailed risk: An application of fund. *Annals of Operations Research*, 1-15.

[Anthoff and Tol, 2013b] Anthoff, D., & Tol, R.S. (2013). The uncertainty about the social cost of carbon: A decomposition analysis using fund. *Climatic Change* 117:515-530.

Armstrong, C. W., Holen, S., Navrud, S., & Seifert, A. (2012). The Economics of Ocean Acidification—a scoping study. Fram Centre.

Arrow, K., Cropper, M., Gollier, C., Groom, B., Heal, G., Newell, R., ... & Weitzman, M. (2013). Determining benefits and costs for future generations. *Science*, *341*(6144), 349-350.

Aziadaris, C. & Stachurski, J. (2004). Poverty Traps. *Handbook of Economic Growth*, 1, 295-384.

Baumol, W.J. (1967). Macroeconomics of unbalanced growth: The anatomy of urban crisis. *The American Economic Review 57(3):415-426.*

Berrittella, M., Bigano, A., Roson, R., & Tol, R. S. (2006). A general equilibrium analysis of climate change impacts on tourism. *Tourism management*, *27*(5), 913-924.

Bigano, A., Hamilton, J. M., & Tol, R. S. (2007). The impact of climate change on domestic and international tourism: a simulation study. *Integrated Assessment*, *7*(1).

Bosello, F., Eboli, F., & Pierfederici, R. (2012). Assessing the Economic Impacts of Climate Change. An Updated CGE Point of View. (February 17, 2012). *Fondazione Eni Enrico Mattei Working Papers*. Paper 653.

Bosello, F., Roson, R., & Tol, R. S. (2006). Economy-wide estimates of the implications of climate change: Human health. *Ecological Economics*, *58*(3), 579-591.

Boyd, J. & Krupnik, A. (2009). *The Definition and Choice of Environmental Commodities for Nonmarket Valuation*. Retrieved from http://www.rff.org/RFF/Documents/RFF-DP-09-35.pdf

Brahic, C. (2009). Parts of Amazon close to tipping point. *NewScientist*. Retrieved from http://www.newscientist.com.

Brander, K. (2010). Impacts of climate change on fisheries. *Journal of Marine Systems*, *79*(3), 389-402.

Brander, L., K. Rehdanz, R. Tol, P.J.H. van Beukering. (2009). The Economic Impact of Ocean Acidification on Coral Reefs. ESRI, Working Paper No. 282.

Brecher, R. A., Chen, Z., & Choudhri, E. U. (2005). Dynamic stability in a two-country model of optimal growth and international trade. *Journal of Economic Dynamics and Control*, *29*(3), 583-594.

Brouwer, R. & Spaninks, F.A. (1999). The Validity of Environmental Benefits Transfer: Further Empirical Testing. *Environmental and Resource Economics*, *27*, 95-117. Retrieved from https://www.fnu.zmaw.de/fileadmin/fnu-files/courses/ere4_val/erebouwerspaninks.pdf

Buhaug, H., Gleditsch, N. P., & Theisen, O. M. (2009). *Implications of Climate Change for Armed Conflict.*  Washington, DC: The World Bank.

Buonanno, P., Carraro, C., & Galeotti, M. (2003). Endogenous induced technical change and the costs of Kyoto. *Resource and Energy economics*, *25*(1), 11-34.

Butkiewicz, J. L., & Yanikkaya, H. (2005). The impact of sociopolitical instability on economic growth: Analysis and implications. *Journal of Policy Modeling*, *27*(5), 629-645.

Caldeira, K., & Wickett, M. E. (2005). Ocean model predictions of chemistry changes from carbon dioxide emissions to the atmosphere and ocean. *Journal of Geophysical Research*, *110*(C9), C09S04.

Cashell, B. W., & Labonte, M. (2005, September). The macroeconomic effects of Hurricane Katrina. Congressional Research Service, Library of Congress.

Cass, D. (1965). Optimum growth in an aggregative model of capital accumulation. *The Review of Economic Studies*, *32*, 233-240.

Cline, W. R. (1992). The economics of climate change. *Institute for International Economics, Washington DC.*

Colombo, S. J. (1998). Climatic warming and its effect on bud burst and risk of frost damage to white spruce in Canada. *The Forestry Chronicle*, *74*(4), 567-577.

Cooley, S. R., & Doney, S. C. (2009). Anticipating ocean acidification's economic consequences for commercial fisheries. *Environmental Research Letters*, *4*(2), 024007.

Darwin, R., Tsigas, M. E., Lewandrowski, J., & Raneses, A. (1995). *World agriculture and climate change: economic adaptations* (No. 33933). United States Department of Agriculture, Economic Research Service

Dasgupta, P. (2006). Comments on the Stern Review's economics of climate change. *University of Cambridge.*

Dasgupta, P. S., & Heal, G. M. (1979). *Economic theory and exhaustible resources.* Cambridge University Press.

Dell, M., Jones, B. F., & Olken, B. A. (2009). Temperature and Income: Reconciling New Cross-Sectional and Panel Estimates. *The American Economic Review*, 198-204.

Dell, M., Jones, B. F., & Olken, B. A. (2012). Temperature shocks and economic growth: Evidence from the last half century. *American Economic Journal: Macroeconomics*, *4*(3), 66-95.

Dell, M., Jones, B. F., & Olken, B. A. (2013). *What Do We Learn from the Weather? The New Climate-Economy Literature* (No. w19578). National Bureau of Economic Research.

Dietz, S., C. W. Hope, N. H. Stern, and D. Zenghelis. (2007). Reflections on the Stern Review (1): A Robust Case for Strong Action to Reduce the Risks of Climate Change. *World Economics*, *8(1)*, 121–168.

[EDF, NRDC, Policy Integrity, and UCS comments, 2013] Environmental Defense Fund, Institute for Policy Integrity, Natural Resources Defense Council, and the Union of Concerned Scientists. (2013). Comments on Docket ID No. EERE-2008-BT-STD-0015-0073, 2013-09-11 Energy Conservation Program: Energy Conservation Standards for Walk-In Coolers and Freezers; Notice of proposed rulemaking (NOPR) and public meeting; and Docket ID No. EERE-2010-BT-STD-0003, Energy Conservation Standards for Commercial Refrigeration Equipment. Available at http://policyintegrity.org/documents/Comments_on_use_of_SCC_in_Walk-in_Coolers_and_Commercial_Refrigeration_Rules.pdf

Fankhauser, S. (1995). *Valuing Climate Change: the Economics of the Greenhouse.* London: Earthscan.

Fankhauser, S., & Tol, R. S. J. (2005). On climate change and economic growth. *Resource and Energy Economics*, *27*(1), 1-17.

Fomby, T., Ikeda, Y., & Loayza, N. V. (2011). The growth aftermath of natural disasters. *Journal of applied econometrics*.

Fowler, C. T. (2003). Human health impacts of forest fires in the southern United States: a literature review. *Journal of Ecological Anthropology*, *7*(1), 39-63.

Freeman, P. K., & Kreimer, A. (2000, June). Estimating chronic risk from natural disasters in developing countries: A case study on Honduras. In *Annual World Bank Conference on Development Economics in Europe, Paris, France* (pp. 26-28).

Freeman, J., & Guzman, A. (2009). *Seawalls Are Not Enough: Climate Change and US Interests. Berkeley Program in Law and Economics.* Working Paper Series, Berkeley Program in Law and Economics, UC Berkeley.

Gerlagh, R., & Van der Zwaan, B. C. C. (2002). Long-term substitutability between environmental and man-made goods. *Journal of Environmental Economics and Management*, *44*(2), 329-345

Gitay, H., S. Brown, W. Easterling, B.P. Jallow, J.M. Antle, M. Apps, R. Beamish, T. Chapin, W. Cramer, J. Frangi, J. Laine, E. Lin, J.J. Magnuson, I. Noble, J. Price, T.D. Prowse, T.L. Root, E.-D. Schulze, O. Sitotenko, B.L. Sohngen, and J.-F. Soussana. 2001. "Ecosystems and their Goods and Services." In J.J. McCarthy *et al.*, eds. *Climate Change 2001: Impacts, Adaptation and Vulnerability -- Contribution of Working Group II to the Third Assessment Report of the Intergovernmental Panel on Climate Change.* Cambridge: Cambridge University Press. pp. 235-342.

Goulder, L. H., & Pizer, W. A. (2006). *The economics of climate change.* National Bureau of Economic Research. Retrieved from http://www.nber.org/papers/w11923.

Guinotte, J., & Fabry, V. J. (2009). The threat of acidification to ocean ecosystems. *The journal of Marine Education*, *25*(1): 2.

Hall, D. C., & Behl, R. J. (2006). Integrating economic analysis and the science of climate instability. *Ecological Economics*, *57*(3), 442-465.

Hanemann, W. M. (2008). What is the economic cost of climate change?.

Heal, G. (2009). The economics of climate change: a post-stern perspective.*Climatic change*, *96*(3), 275-297.

Hochrainer, S. (2009). Assessing the Macroeconomic Impacts of Natural Disasters: Are there any?. *World Bank Policy Research Working Paper Series, Vol. 4968*.

Hoel, M., & Sterner, T. (2007). Discounting and relative prices. *Climatic Change*, *84*(3-4), 265-280.

Hogg, E. H., & Schwarz, A. G. (1997). Regeneration of planted conifers across climatic moisture gradients on the Canadian prairies.

Hollowed, A. B., Barange, M., Beamish, R. J., Brander, K., Cochrane, K., Drinkwater, K., ... & Yamanaka, Y. (2013). Projected impacts of climate change on marine fish and fisheries. *ICES Journal of Marine Science: Journal du Conseil*, *70*(5), 1023-1037.

Homer-Dixon, T. F. (2010). *Environment, scarcity, and violence.* Princeton University Press.

Hope, C. W. & Maul, P. 1996. Valuing the impact of carbon dioxide emissions. *Energy Policy 24(3)*, 211-219.

Hope, C. 2006. The marginal impact of $CO_2$ from PAGE2002: An integrated assessment model incorporating the IPCC's five reasons for concern. *Integrated assessment 6(1)*, 19-56.

Hope, C. 2011a. The PAGE09 integrated assessment model: A technical description. *Cambridge Judge Business School Working Paper*, *4*(11).

Hope, C. 2011b. The social cost of $CO_2$ from the PAGE09 model. *Economics Discussion Paper*, (2011-39). Retrieved from http://www.economics-ejournal.org/economics/discussionpapers/2011-39

Hope, C. (2013). Critical issues for the calculation of the social cost of $CO_2$: why the estimates from PAGE09 are higher than those from PAGE2002. *Climatic Change*, 1-13.

Hsiang, S. M. (2010). Temperatures and cyclones strongly associated with economic production in the Caribbean and Central America. *Proceedings of the National Academy of Sciences*, *107*(35), 15367-15372.

Hsiang, S. M., Meng, K. C., & Cane, M. A. (2011). Civil conflicts are associated with the global climate. *Nature*, *476*(7361), 438-441.

COSTOFCARBON.ORG

Hwang, I. C., Reynès, F., & Tol, R. S. (2011). Climate Policy Under Fat-Tailed Risk: An Application of Dice. *Environmental and Resource Economics*, 1-22.

[IWG, 2010] Interagency Working Group on Social Cost of Carbon. (2010). Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866. *United States Government*. Available at http://www.epa.gov/oms/climate/regulations/scc-tsd.pdf.

[IWG, 2013] Interagency Working Group on Social Cost of Carbon. (2013). Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866. *United States Government*. Available at http://www.whitehouse.gov/sites/default/files/omb/inforeg/social_cost_of_carbon_for_ria_2013_update.pdf.

[IWG, 2013 Revised] Interagency Working Group on Social Cost of Carbon. (2013). Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866. *United States Government*. Available at http://www.whitehouse.gov/sites/default/files/omb/assets/inforeg/technical-update-social-cost-of-carbon-for-regulator-impact-analysis.pdf.

[IPCC, 2001] Watson, R. T., Albritton, D. L., & Dokken, D. J. (2003). *Climate change 2001: synthesis report*. World Meteorological Organization.

[IPCC, 2001a] Impacts, adaptation, and vulnerability, Contribution of working group II to the third assessment report, Cambridge University Press.

[IPCC, 2007a] Susan, S. (Ed.). (2007). *Climate change 2007-the physical science basis: Working group I contribution to the fourth assessment report of the IPCC* (Vol. 4). Cambridge University Press.

[IPCC, 2007b] Parry, M. L. (Ed.). (2007). *Climate Change 2007: Impacts, Adaptation and Vulnerability: Working Group II Contribution to the Fourth Assessment Report of the IPCC Intergovernmental Panel on Climate Change (Vol. 4)*. Cambridge University Press.

Jones, B. F., & Olken, B. A. (2010). *Climate shocks and exports* (No. w15711). National Bureau of Economic Research.

Jorgenson, D. W., Goettle, R. J., Hurd, B. H., Smith, J. B., Chestnut, L. G., & Mills, D. M. (2004). *US market consequences of global climate change*. Retrieved from http://www.video.pewfr.org/

Kjellstrom, T., Kovats, R. S., Lloyd, S. J., Holt, T., & Tol, R. S. (2009). The direct impact of climate change on regional labor productivity. *Archives of Environmental & Occupational Health*, 64(4), 217-227.

Koetse, M. J., & Rietveld, P. (2009). The impact of climate change and weather on transport: An overview of empirical findings. *Transportation Research Part D: Transport and Environment*, 14(3), 205-221.

Koopmans, T. C. (1963). *On the concept of optimal economic growth* (No. 163). Cowles Foundation for Research in Economics, Yale University.

Kopp, R. E., Hsiang, S. M., & Oppenheimer, M. (2013). Empirically calibrating damage functions and considering stochasticity when integrated assessment models are used as decision tools. Impacts World 2013, International Conference on Climate Change Effects, Potsdam, May 27-30

Kopp, R. E., & Mignone, B. K. (2012). The US government's social cost of carbon estimates after their first two years: Pathways for improvement. *Economics: The Open-Access, Open-Assessment E-Journal*, 6(2012-15), 1-41.

Kousky, C., Kopp, R. E., & Cooke, R. M. (2011). Risk premia and the social cost of carbon: a review. *Economics: The Open-Access, Open-Assessment E-Journal*, 5(2011-21), 1-24.

Krutilla, J. V., & Fisher, A. C. (1985). *The economics of natural environments: studies in the valuation of commodity and amenity resources*. RFF Press.

Lecocq, F., & Shalizi, Z. (2007). *How Might Climate Change Affect Economic Growth in Developing Countries?* (Vol. 4315). World Bank-free PDF.

Leimbach, M., & Baumstark, L. (2011). Intertemporal trade and the Integrated Assessment of climate change mitigation policies. May 13 (Updated). Available at ecomod.net.

Lemoine, D. M., & Traeger, C. P. (2012). *Tipping points and ambiguity in the economics of climate change* (No. w18230). National Bureau of Economic Research.

Lenton, T. M., Held, H., Kriegler, E., Hall, J.W., Lucht, W., Rahmstorf, S., & Schellnhuber, H.J. (2008). Tipping elements in the Earth's climate system. *Proceedings of the National Academy of Sciences USA*, 105, 1786–1793.

Löschel, A. (2002). Technological change in economic models of environmental policy: a survey. *Ecological Economics 43*(2):105-126.

Lugo, A. E., & Department of Agriculture, Washington, DC (EUA). Soil Conservation Service. (1990). Managing tropical forests in a time of climate change. In *Southern Regional Technical Work-Planning Conference of the National Cooperative Soil Survey. San Juan (Puerto Rico). 18-22 Jun (1990)*.

Lynn, K., & Donoghue, E. (2011). Tribal Climate Profile: Relocation of Alaska Native Communities. *Tribal Climate Change Project at the University of Oregon*. Retrieved from http://tribalclimate.uoregon.edu/files/2010/11/AlaskaRelocation_04-13-11.pdf.

Maddison, D. (2003). The amenity value of the climate: the household production function approach. *Resource and Energy Economics*, 25(2), 155-175.

Maddison, D., & Bigano, A. (2003). The amenity value of the Italian climate. *Journal of Environmental Economics and Management*, 45(2), 319-332.

Makarow, M., R. Ceulemans, L. Horn. (2009). Impacts of Ocean Acidification. European Science Foundation.

Mastrandrea, M. D. (2009). Calculating the benefits of climate policy: examining the assumptions of integrated assessment models. *Pew Center on Global Climate Change Working Paper*.

Masur, J. S., & Posner, E. A. (2011). Climate regulation and the limits of cost-benefit analysis. *Cal. L. Rev.*, 99, 1557.

Mendelsohn, R. (2003). Assessing the market damages from climate change. In J.M Griffin (Ed.), *Global Climate Change: The Science, Economics and Politics* (pp 92-113). Northampton, MA: Edward Elgar Publishing.

Mendelsohn, R., Morrison, W., Schlesinger, M. E., & Andronova, N. G. (2000). Country-specific market impacts of climate change. *Climatic change*, 45(3-4), 553-569.

Mendelsohn, R., & Schlesinger, M.E. (1997). *Climate Response Functions*. Yale University, New Haven, CT and University of Urbana-Champaign, Urbana-Champaign, IL, USA.

Mendelsohn, R., & Schlesinger, M. E. (1999). Climate-response functions. *Ambio*, 28(4), 362-366.

Mendelsohn, R., Schlesinger, M., & Williams, L. (2000). Comparing impacts across climate models. *Integrated Assessment*, 1(1), 37-48.

Millennium Ecosystem Assessment. (2005). *Ecosystems and human well-being*. Vol. 5. Washington, DC: Island Press, 2005. Available at http://www.unep.org/maweb/documents/document.356.aspx.pdf.

Millner, A., & Dietz, S. (2011). Adaptation to climate change and economic growth in developing countries. *Grantham Research Institute on Climate Change and the Environment working paper*, (60).

Moyer, E., Woolley, M. D., Glotter, M., & Weisbach, D. A. (2013). Climate impacts on economic growth as drivers of uncertainty in the social cost of carbon. *Center for Robust Decision Making on Climate and Energy Policy Working Paper*, 13, 25.

Murray, C. J. L., & A.D. Lopez, editors [1996]. *The Global Burden of Disease*. Harvard School of Public Health, Harvard University Press, Cambridge, MA.

Murray, C. J., & Lopez, A. D. (1996). Evidence-Based Health Policy––Lessons from the Global Burden of Disease Study. *Science*, 274(5288), 740-743.

Murray, C. J., & Lopez, A. D. (1997). Alternative projections of mortality and disability by cause 1990–2020: Global Burden of Disease Study. *The Lancet*, 349(9064), 1498-1504.

Myneni, R. B., Keeling, C. D., Tucker, C. J., Asrar, G., & Nemani, R. R. (1997). Increased plant growth in the northern high latitudes from 1981 to 1991. *Nature*, 386(6626), 698-702.

Narita, D., Rehdanz, K., & Tol, R. S. (2012). Economic costs of ocean acidification: a look into the impacts on global shellfish production. *Climatic change*, 113(3-4), 1049-1063.

Neumayer, E. (1999). Global warming: discounting is not the issue, but substitutability is. *Energy policy*, 27(1), 33-43.

Newbold, S. C., & Daigneault, A. (2009). Climate response uncertainty and the benefits of greenhouse gas emissions reductions. *Environmental and Resource Economics*, 44(3), 351-377.

[NIH, 2010] National Institute of Environmental Health Sciences. (2010). A human health perspective on climate change: A report outlining the research needs on the human health effects of climate change. In *A Human Health Perspective On Climate Change: A Report Outlining the Research Needs on the Human Health Effects of Climate Change*. Environmental Health Perspectives (EHP); National Institute of Environmental Health Sciences.

Norby, R. J., Joyce, L. A., & Wullschleger, S. D. (2005). Modern and future forests in a changing atmosphere. In *A history of atmospheric $CO_2$ and its effects on plants, animals, and ecosystems* (pp. 394-414). Springer New York.

Nordhaus, W. D. (1993). Optimal greenhouse gas reductions and tax policy in the "DICE" model. *American Economic Review, Papers and Proceedings* 83: 313-17

[Nordhaus, 1993b] Nordhaus, W. D. (1993). Rolling the 'DICE': an optimal transition path for controlling greenhouse gases. *Resource and Energy Economics*, 15(1), 27-50.

[Nordhaus, 1994a] Nordhaus, W. D. (1994). *Managing the global commons: the economics of climate change* (Vol. 31). Cambridge, MA: MIT press.

[Nordhaus, 1994b] Nordhaus, W. D. (1994). "Expert Opinion on Climate Change." *American Scientist,* 82(1):45–51.

Nordhaus, W. D. (2006). Geography and macroeconomics: New data and new findings. *Proceedings of the National Academy of Sciences of the United States of America*, 103(10), 3510-3517.

Nordhaus, W. D. (2007). *Accompanying Notes and Documentation on Development of DICE-2008 Model: Notes on DICE-2007. delta/v8 as of September 21, 2001.* Yale University.

Nordhaus, W. D. (2008). *A question of balance: Weighing the options on global warming policies.* Yale University Press.

Nordhaus, W. D. (2009). *An Analysis of the Dismal Theorem* (No. 1686). Cowles Foundation Discussion Paper.

Nordhaus, W. D. (2010). Economic aspects of global warming in a post-Copenhagen environment. *Proceedings of the National Academy of Sciences*, 107(26), 11721-11726.

Nordhaus, W. D. (2011, December). *Integrated economic and climate modeling.* Retrieved from Yale University, Department of Economics website: http://cowles.econ.yale.edu/P/cd/d18a/d1839.pdf

Nordhaus, W. D. (2011). The economics of tail events with an application to climate change. *Review of Environmental Economics and Policy*, 5(2), 240-257.

Nordhaus, W. D. (2013). *The Climate Casino: Risk, Uncertainty, and Economics for a Warming World.* Yale University Press.

Nordhaus, W. D., & Boyer, J. (2000). *Warning the World: Economic Models of Global Warming.* MIT Press (MA).

Nordhaus, W. & Sztorc, P. (2013). *DICE 2013: Introduction & User's Manual.* Retrieved from Yale University, Department of Economics website: http://www.econ.yale.edu/~nordhaus/homepage/documents/Dicemanualfull.pdf

Nordhaus, W. D., & Yang, Z. (1996). A Regional Dynamic General-Equilibrium Model of Alternative Climate-Change Strategies. *American Economic Review* 86(4):741-765.

Ögren, E., Nilsson, T., & Sunblad, L. G. (1997). Relationship between respiratory depletion of sugars and loss of cold hardiness in coniferous seedlings over-wintering at raised temperatures: indications of different sensitivities of spruce and pine. *Plant, Cell & Environment*, 20(2), 247-253.

Oppenheimer, M. (2013). Climate change impacts: accounting for the human response. *Climatic Change*, 117(3), 439-449.

Overpeck, J. T. & Cole, J. E. (2006). Abrupt Change in Earth's Climate System. *Annual Review of Environment and Resources*, 31, 1-31.

Pearce, D. W., Cline, W. R., Achanta, A. N., Fankhauser, S., Pachauri, R. K., Tol, R. S., & Vellinga, P. (1996). The social costs of climate change: greenhouse damage and the benefits of control. *Climate change 1995: Economic and social dimensions of climate change*, 179-224.

Pearce, D. W., & Moran, D. 1994. *The Economic Value of Biodiversity*. EarthScan: London.

Perez-Garcia, J., Joyce, L. A., Binkley, C. S., & McGuire, A. D. (1997). Economic impacts of climatic change on the global forest sector: an integrated ecological/economic assessment. *Critical reviews in environmental science and technology*, *27*(S1), 123-138.

Pindyck, R. S. (2012). Uncertain outcomes and climate change policy. *Journal of Environmental Economics and Management*, *63*(3), 289-303.

Pindyck, R. S. (2013). The climate policy dilemma. *Review of Environmental Economics and Policy*, *7*(2), 219-237.

Plambeck, E. L., & Hope, C. (1996). PAGE95: An updated valuation of the impacts of global warming. *Energy Policy*, *24*(9), 783-793.

Pycroft, J., Vergano, L., Hope, C., Paci, D., & Ciscar, J. C. (2011). A tale of tails: Uncertainty and the social cost of carbon dioxide. *Economics: The Open-Access, Open-Assessment E-Journal*, *5*(2011-22), 1-29.

Rao, S., Keppo, I., & Riahi, K. (2006). Importance of technological change and spillovers in long-term climate policy. *The Energy Journal*, *27*, 123-139.

Raleigh, C., & Jordan, L. (2010). Climate change and migration: emerging patterns in the developing world. *Social Dimensions of Climate Change: Equity and Vulnerability in a Warming World*, 103-131.

Rehdanz, K., & Maddison, D. (2005). Climate and happiness. *Ecological Economics*, *52*(1), 111-125.

Roson, R. & van der Mensbrugghe, D. (2010). Climate Change and Economic Growth: Impacts and Interactions. *Working Paper Department of Economics Ca' Foscari University of Venice* (No. 2010_07).

Rosenzweig, C., Iglesias, A., Yang, X. B., Epstein, P. R., & Chivian, E. (2001). Climate change and extreme weather events; implications for food production, plant diseases, and pests. *Global change & human health*, *2*(2), 90-104.

[The Royal Society, 2005] Raven, J., Caldeira, K., Elderfield, H., Hoegh-Guldberg, O., Liss, P., Riebesell, U., ... & Watson, A. (2005). *Ocean acidification due to increasing atmospheric carbon dioxide*. The Royal Society.

Ryder Jr, H. E. (1969). *Optimal Accumulation in a Listian Model* (pp. 457-479). Springer Berlin Heidelberg.

Scheraga, J. D., Learly, N. A., Goettle, R. J., Jorgenson, D. W., & Wilkoxen, P.J. (1993). Macroeconomic modelling and the assessment of climate change impacts. In: Kaya, Y., Nakicenovic, N., Nordhaus, W., Toth, F. (Eds.), Costs, Impacts and Benefits of $CO_2$ Mitigation. IIASA, Laxenburg.

Shvidenko, A., Barber, C. V., Persson, R., Gonzalez, P., Hassan, R., Lakyda, P., ... & Scholes, B. (2005). Forest and woodland systems. *Ecosystems and human well-being*, *1*, 585-621.

Shinryokan, B. (2001). IPCC Workshop on Impacts of Ocean Acidification on Marine Biology and Ecosystems. Intergovernmental Panel on Climate Change.

Smith, J. B., Lazo, J, K, & Hurd, B. (2003). The difficulties of estimating global non-market damages from climate change. In J.M. Griffin (Ed.), *Global Climate Change: The Science, Economics and Politics* (pp 113-139). Northampton, MA: Edward Elgar Publishing.

Sohngen, B., Mendelsohn, R., & Sedjo, R. (2001). A Global Model of Climate Change Impacts on Timber Markets. *Journal of Agricultural & Resource Economics*, *26*(2).

Stern, N. N. H. (Ed.). (2007). *The economics of climate change: the Stern review*. Cambridge University Press.

Sterner, T., & Persson, U. M. (2008). An even sterner review: Introducing relative prices into the discounting debate. *Review of Environmental Economics and Policy*, *2*(1), 61-76.

Sumaila, U. R., Cheung, W. W., Lam, V. W., Pauly, D., & Herrick, S. (2011). Climate change impacts on the biophysics and economics of world fisheries. *Nature climate change*, *1*(9), 449-456.

Tol, R. S. J. (1993a), *The Climate Fund - Survey of Literature on Costs and Benefits,* Institute for Environmental Studies W93/01, Vrije Universiteit, Amsterdam

Tol, R. S. J. (1994b), *The Climate Fund - Optimal Greenhouse Gas Emission Abatement*, Institute for Environmental Studies W94/08, Vrije Universiteit, Amsterdam.

Tol, R. S. J. (1995). The damage costs of climate change toward more comprehensive calculations. *Environmental and Resource Economics*, 5(4), 353-374.

Tol, R. S. (1999). The marginal costs of greenhouse gas emissions. *The energy journal*, (1), 61-81.

[Tol, 2002a] Tol, R. S. (2002). Estimates of the damage costs of climate change. Part 1: Benchmark estimates. *Environmental and resource economics*, 21(1), 47-73.

[Tol, 2002b] Tol, Richard S. J. 2002. "Estimates of the Damage Costs of Climate Change—Part II: Dynamic Estimates." *Environmental and Resource Economics*, 21(2): 135–60.

Tol, R. S. (2008). Why worry about climate change? A research agenda. *Environmental values*, 17(4), 437-470.

[Tol, 2009a] Tol, R. S. (2009). The economic effects of climate change. *The Journal of Economic Perspectives*, 23(2), 29-51.

[Tol, 2009b] Tol, R. S. (2002). Estimates of the damage costs of climate change, Part II. Dynamic estimates. *Environmental and Resource Economics*, 21(2), 135-160.

Tol, R. S. (2013). The economic impact of climate change in the 20th and 21st centuries. *Climatic Change*, 1-14.

Toseland, A., Daines, S. J., Clark, J. R., Kirkham, A., Strauss, J., Uhlig, C., ... & Mock, T. (2013). The impact of temperature on marine phytoplankton resource allocation and metabolism. *Nature Climate Change*.

[US Climate Change Science program, 2008] Gamble, J. L., Ebi, K. L., Grambsch, A. E., Sussman, F. G., & Wibanks, T. J. (2008). Analyses of the effects of global change on human health and welfare and human systems.

Uzawa, H. (1963). On a Two-Sector Model of Economic Growth II. *Review of Economic Studies*, 30, 105-118.

van der Mensbrugghe, D. (2008). The environmental impact and sustainability applied general equilibrium (ENVISAGE) model. *The World Bank*.

van der Mensbrugghe, D., & Roson, R. (2010). *Climate, trade and development*. Centre for Trade and Economic Integration (CTEI).

Vose, J. M., Peterson, D. L., & Patel-Weynand, T. (2012). *Effects of climatic variability and change on forest ecosystems: a comprehensive science synthesis for the US forest sector*. Portland, Oregon: US Department of Agriculture, Forest Service, Pacific Northwest Research Station. Available at http://www.ruralclimatenetwork.org/sites/default/files/Effects%20of%20Climatic%20Variability%20and%20Change%20on%20Forest%20Ecosystems.pdf.

Warren, R., Mastrandrea, M. D., Hope, C., & Hof, A. F. (2010). Variation in the climatic response to SRES emissions scenarios in integrated assessment models. *Climatic change*, 102(3-4), 671-685.

Warren, R., Hope, C., Mastrandrea, M., Tol, R., Adger, N., & Lorenzoni, I. (2006). Spotlighting impacts functions in integrated assessment. *Tyndall Centre on Climate Change Working Paper*, 91.

Weitzman, M. L. (2009). On modeling and interpreting the economics of catastrophic climate change. *The Review of Economics and Statistics*, 91(1), 1-19.

Weitzman, M. L. (2011). Fat-tailed uncertainty in the economics of catastrophic climate change. *Review of Environmental Economics and Policy*, 5(2), 275-292.

[WFC, 2007] World Fish Center. (2007). The threat to fisheries and aquaculture from climate change. Available at http://www.worldfishcenter.org/resource_centre/ClimateChange2.pdf

[WMO, 2006] World Health Organization. (2006). Summary Statement on Tropical Cyclones and Climate Change. *World Meteorological Organization*. Available at http://www.wmo.ch/pages/prog/arep/tmrp/documents/iwtc_summary.pdf

Yohe, G. W., & Tirpak, D. (2008). A research agenda to improve economic estimates of the benefits of climate change policies. *Integrated Assessment*, 8(1).

Yohe, G., & Hope, C. (2013). Some thoughts on the value added from a new round of climate change damage estimates. *Climatic Change*, 1-15.

Zivin, J. G., & Neidell, M. J. (2010). *Temperature and the allocation of time: Implications for climate change* (No. w15717). National Bureau of Economic Research.

# NOTES

[1]   In other words, the SCC is the marginal cost of carbon as measured by the present value of all future damages.

[2]   This integration is necessary to capture the various steps of the climate process that translate an additional unit of carbon into a social welfare loss: economic and population growth emissions atmosphere concentrations temperature changes economic damages welfare loss.

[3]   FUND 3.5 and FUND 3.8 were released in 2009 and 2012, respectively. At the time that this report was written, documentation for FUND was only available up until version 3.6. Since then, Tol released the documentation for version 3.7. Only small changes were made between versions 3.7 and 3.8 based upon peer reviewed science updates.

[4]   The IWG provides four SCC estimates. Averaging SCC estimates across all IAMs and socio-economic scenarios (giving each equal weight), the updated estimates for the 2015 social cost of carbon are $11, $37, and $57 for discount rates of 5 percent, 3 percent, and 2.5 percent, respectively, and $109 for the 95th percentile SCC at a 3 percent discount rate averaged across all IAMs and scenarios.

[5]   This includes maintaining assumptions about the climate sensitivity parameter, socio-economic and emissions scenarios, and discount rates used in 2010 estimates.

[6]   While continued effort is necessary to update damage estimates currently included in IAMs, which often date back to the 1990s (Ackerman 2010; Dietz et al., 2007; Warren et al., 2006; Tol 2009), Yohe & Hope (2013) demonstrates, within the context of the PAGE model, that updates to market damage estimates (equivalent to a 10 percent increase or decrease) will only slightly affect the SCC. Instead, Yohe & Hope (2013) highlight non-economic (also known as non-market) damages, some of which are omitted from IAMs, as areas for more effective improvement (Yohe & Tirpak 2008). In other words, significant downward bias is more likely to result from omitted damages than from outdated damages.

[7]   The three models we discuss in this report are not those used by the 2013 IWG. Similar to the 2013 IWG, we discuss PAGE09. Unlike the 2013 IWG, we also discuss DICE-2013 and FUND 3.6. The 2013 IWG utilized DICE-2010 in their calculations instead of DICE-2013. However, because DICE-1999 is utilized in the calibration of PAGE09 and the damage function in DICE-2010 is very similar to the damage function in DICE-1999, we implicitly discuss the omitted damages in DICE-2010. The 2013 IWG utilized FUND 3.8 in their calculations instead of FUND 3.6. However, at the time this report was researched, documentation for FUND was only available up until FUND 3.6. Tol only made minor changes between versions 3.6 and 3.8. For the purposes of this report, no additional damages were included by the author.

[8]   Market damage estimates are generally based on either an enumerative approach or a statistical approach. The enumerative approach takes estimates of the physical impacts of climate change by sector (e.g., impact on crop yield or land lost through sea level rise) and then applies economic indicators (e.g., market crop prices or coastal land values) to estimate damages. Specifically, analysts combine physical impact studies from the sciences with prices from economic studies to determine damage estimates, and then, because many of these damage studies are region and sector (e.g., agriculture, forestry, etc.) specific in nature, utilize benefit transfer and aggregation methods to produce a global damage estimate. The statistical approach estimates welfare changes by observing variations in prices and expenditures across space under varying climate conditions. Specifically, analysts estimate climate damages using econometric techniques based on current observations of the climate and economic variables (income, budget shares, and happiness measurements). Enumerative studies have been criticized for ignoring overlaps and interactions between sectors. Statistical surveys draw criticism for overlooking important, non-climate regional differentiators such as structural institutions and for excluding damages that vary temporally but not spatially (i.e., sea level rise and catastrophic impacts). In other words, both estimation methods rely heavily on extrapolation (Goulder & Pizer, 2006; Tol, 2009; Brouwer & Spaninks, 1999).

[9]   For example, in the United States, climate-related increases in morbidity and mortality comprise 6 percent to 9 percent of the decrease in GDP but 13 percent to 16 percent of the decrease in household welfare (Jorgenson et al., 2004).

[10]   While the transition point from climate benefits to climate damages in Tol (2009) is incorrect in magnitude due to a sign error in the citation of the damage estimate from PAGE02 (Hope 2006) and several other citation errors, the general result of positive net benefits from climate change will likely still hold for low temperature increases after their correction. However, the transition point is likely to occur at a lower temperature threshold.

[11] While Nordhaus assumes no initial benefits from climate change in DICE-2007 and DICE-2013, he allows for initial benefits in DICE-1999 and DICE-2010; Nordhaus estimates net global benefits from climate change up until a 1.29°C increase in global surface temperature in DICE-1999, and no initial benefits in DICE-2010. Hope explicitly models initial benefits in PAGE09, but does not in PAGE02; only Eastern Europe and the former Soviet Union experience climate benefits in PAGE02, which is captured implicitly through a negative damage weighting factor. In PAGE09, Hope includes an additional term in the market and non-market damage functions to account for climate benefits for low temperature increases above pre-industrial levels. This allows for the possibility of positive benefits from climate change, though the exact threshold depends on the parameters drawn; see discussion below. In FUND 2.0, Tol (2002a) finds a net global benefit from climate change equivalent to 2.3 percent of GDP for a one degree Celsius increase; the resulting threshold is less clear.

[12] Because prices are not directly associated with non-market goods as they are with market commodities, a range of alternative valuation methodologies estimating preferences can be used. The value methodologies are traditionally grouped into revealed and stated preference techniques. Revealed preference techniques use market goods to estimate the value of environmental or safety amenities embedded in their prices (e.g., property value variations as a function of parks or pollution levels associated with different homes). In other words, these revealed preference methodologies assume that the price of market goods (e.g., property values) reflect the value of the ecological services or that, ceteris paribus, people will pay more to travel to places with greater ecological value. The usefulness of revealed preference methods in assessing non-market damages is limited because most non-market impacts do not induce price or quantity changes; this is particularly true for the valuation of species, habitat, and ecosystem services. Stated preference methods use interviews or surveys asking participants to identify either the price they would pay for a given ecological commodity, or the amount of a non-market commodity they would demand at a given monetary amount. While stated preference techniques can be utilized to assess the willingness to pay (WTP) for non-market goods (Tol 2009; Smith et al., 2003), they have other limitations. In particular, answers depend on question wording, ordering effects, and practical or cognitive limitations in putting dollar values on intangible goods. They may also suffer from information limitations, depending on the good being valued.

With respect to environmental non-market goods, Boyd & Krupnick (2009) and others have compared ecological and economic production systems, arguing that valuation of ecosystem services implies a valuation of their respective outputs. These "outputs" (e.g., reduced flood risk, flourishing fish populations) can be reliably understood and valued by the public in ways that specific ecosystem services (e.g., nutrient cycling) cannot. Because an individual values the endpoint and not the process itself, when asked to value a specific ecosystem service, an individual will base his WTP for the service on his WTP for the "output" of that service. Stated preference valuation that focuses on the value of specific services (instead of outputs) often prove inaccurate because those surveyed assume ecological production factors that may not be consistent with each other or with reality (Boyd & Krupnick 2009).

[13] In other words, tipping points are generally more common in systems with intricate, codependent processes that when altered by exogenous conditions result in the failure of beneficial negative feedback loops or the propagation of detrimental positive feedback loops.

[14] Using a similar set of tipping elements, Nordhaus (2013) identifies four global tipping points: (1) collapse of large ice sheets, (2) large-scale change in ocean circulation, (3) feedback processes that trigger more warming, and (4) enhanced warming over the long-run.

[15] Anthoff and Tol (2013a) claim that FUND implicitly captures catastrophic damages. Specifically, catastrophic impacts arise by modeling the uncertainty of 900 parameters in the FUND model.

[16] More formally, Weitzman (2009) defines a probability distribution function as having fat tails "when its moment generating function (MGF) is infinite—that is, the tail probability approaches 0 more slowly than exponentially." Conversely, he defines a thin-tailed distribution as one characterized by "a [probability distribution function] whose [moment generating function] is finite." Nordhaus (2012) defines a fat-tail distribution as a distribution that follows a power law, which is a "distribution in which the probability is proportional to a value to a power or an exponent."

[17] For clarification purposes, medium-tailed distributions are sometimes referred to as thin-tailed distributions. This paper follows the convention laid out in Nordhaus (2012).

[18] Weitzman (2011) states that the "recipe" for fat tails is "deep structural uncertainty about the unknown unknowns of what might go very wrong ... coupled with essentially unlimited downside liability on possible planetary damages." In other words "the operation of taking 'expectations of expectations' or 'probability distributions of probability distributions' spreads apart and fattens the tails of the reduced-form compounded posterior-predictive PDF (Weitzman 2009)."

[19] Weitzman argues that existing IAMs underestimate the decrease in welfare-equivalent output for extremely high changes in global temperature. The DICE-2010 model, for example, predicts that a 10°C increase in the mean global temperature would result in a 19 percent loss in global welfare equivalent output. Weitzman contends that for very large increases in global temperature damage functions lose much of their predictive ability as complications in spatial and temporal averaging as well as a priori conjecture compound (Weitzman 2011). This implies that there is considerable uncertainty over climate damages at high temperature levels.

[20] Using the value of civilization, Weitzman (2009) calculates a lower bound on consumption (i.e., survival level of consumption), and demonstrates that it is decreasing in the value of civilization.

[21] Citing Yohe & Tirpak (2008) and Tol (2008), Mastrandrea (2009) states that "while there certainly may be unassessed positive impacts from climate change, such summaries suggest that they are likely to be outweighed by unassessed negative impacts."

[22] The choice of functional form determines how climate damages are projected to higher temperatures and does not determine which damages are accounted for and which are omitted.

[23] IAM damage functions are usually calibrated with one point estimate (i.e., at one temperature level), though DICE-1999 is calibrated with two point estimates (i.e., at two temperature levels). In both cases, the lack of damage estimates from climate change at high temperatures makes results unreliable at high temperature (Kopp & Mignone 2012). On the one hand, if analysts use a point estimate (i.e., damage estimates at a particular temperature increase) to calibrate damage functions, the functional form determines damages at high future temperatures. However, without estimates at higher temperatures, analysts cannot determine the correct functional form (Kopp & Mignone 2012). On the other hand, if analysts use multiple point estimates, analysts must extrapolate low temperature damage estimates to high temperatures; this requires a multitude of assumptions, as in DICE-1999, making damage estimates at high temperature unreliable. There are several alternatives. One alternative, utilized by Ackerman & Stanton (2012), is to assume that climate damages reach 100 percent of GDP at a particular temperature level based on the Weitzman argument that humans cannot live at 12 degrees Celsius higher. Another alternative, utilized by Hope (2006; 2011), is to conduct sensitivity analysis over the calibration temperature and damage value.

[24] FUND calibrates sector damage functions to a one degree Celsius increase in temperature. Unlike DICE and PAGE, which assume that climate damages are power functions of temperature increases, Tol assumes sector-specific equations of motion (equations that specify how damages evolve over time based on how physical systems, emissions, income, and population underlying these damages change over time) to extrapolate damage estimates to higher temperatures (and time periods). These equations rely on various assumptions about physical and economic processes, and rely heavily on parameter calibration.

[25] In terms of author discretion, all three IAMs rely heavily on author discretion. However, this reliance has declined with newer versions of the models.

[26] In addition to the default versions of these IAMs, various other versions of these models exist in publication where analysts (including the original developers) modify the default versions to capture differing growth paths or other potential variations.

[27] Whether the damage functions have a linear term, which allows for initial benefits from climate change, in addition to the quadratic term, depends on the version of the model. Only DICE-1999 and DICE-2010 include these linear terms, while Nordhaus sets this parameter equal to zero in DICE-2007 and DICE-2013.

[28] The regions in the DICE-1999 model are: United States, China, Japan, OECD Europe, Russia, India, other high income, high-income OPEC, Eastern Europe, middle income, lower middle income, Africa, and low income.

[29] Because the DICE-1999 climate damages are a function of temperature and temperature squared, two data points are necessary to calibrate the damage equation: damage estimates at 2.5 degrees and 6 degrees Celsius. Damage estimates for a 2.5 degree Celsius increase are available in the literature. Due to unavailability of damage estimates at 6 degrees, damage estimates at 2.5 degrees Celsius are extrapolated to 6 degrees Celsius.

[30] Nordhaus makes several updates to the damage estimates because some regions had climate benefits for high temperatures and catastrophic damages could have been calibrated more carefully in DICE-2000. First, Nordhaus calibrates the damage function using agricultural damage estimates drawn from "Cline's agricultural studies." However, it is unclear which of Cline's papers were used. Second, he no longer accounts for risk aversion when calculating catastrophic damages. This adjustment lowers catastrophic damage estimates. Third, Nordhaus utilizes updated regional GDP estimates to aggregate regional damage estimates to the global scale. In addition, Nordhaus drops the linear term from the quadratic

damage function (Nordhaus, 2008). Fourth, though not mentioned in Nordhaus (2008), Nordhaus does not extrapolate damages from low levels to high levels as discussed in Nordhaus and Boyer (2000); this is possible because Nordhaus eliminates the linear temperature term in the damage function. Last, Nordhaus changes the regions in the model to: the United States, Western Europe/European Economic Zone, Other-High Income, Russia, Eastern Europe/Former Soviet Union, Japan, China, India, Middle Eastern, Sub-Saharan Africa, Latin America, and Other Asian. See Table 6 for DICE-2007 region-sector specific damage estimates.

[31]  Anthoff and Tol (2013a) states that "FUND does not assume that there is a probability of disastrous impacts of climate change. Rather, we vary all parameters randomly and it so happens that particular realizations are catastrophic."

[32]  Again, this discussion refers to the default version of PAGE09.

[33]  According to Hope (2006), in PAGE02, the economic and non-economic damage estimates for 2.5 degree Celsius increase in temperature is based on pages 940 and 943 of the IPCC (2001a) and the tipping point damages are based on pages 947 and 952 of the IPCC (2001a). The combined market and non-market damage estimates on page 940, i.e., Table 19-4, include Pearce et al. (1996), Tol (1999), Mendelsohn et al., (2000), and Nordhaus and Boyer (2000), and the estimates on page 943, i.e., Figure 19-4, include Tol (2002a), Mendelsohn & Schlesinger (1997), and Nordhaus & Boyer (2000). Because the IPCC (2001a) cites only global damage estimates for Pearce et al., (1996) in Table 19-4 and it does not include estimates for Pearce et al., (1996) in Figure 19-4, it is likely that Hope (2006) does not base his regional damage estimates on this source. Similarly, because the IPCC(2001a) does not cite European climate damage estimates for Mendelsohn et al., (2000) in Table 19-4 and cites different estimates from Mendelsohn, i.e., Mendelsohn & Schlesinger (1997), in Figure 19-4 , it is again likely that Hope (2006) does not base his damages estimates on this source. Furthermore, the damage estimate of a 1.23 percent decline in GDP (with a range of -0.1 percent to 2.5 percent) used in PAGE2002 for Europe for a 2.5 degree Celsius increase in temperature do not match the damage estimates from Tol (1999) of a 3.7 percent increase in GDP for Europe with a standard deviation of 2.2 percent and a -2.8 percent decline in European GDP from a 2.5 degree Celsius increase in temperature; see Tables 10 and 11. Instead the damage estimates are closer to the Nordhaus & Boyer (2000) damage estimates. However, the Hope (2006) damage estimates do not replace Nordhaus & Boyer (2000). Similarly, it is unclear what source Hope (2006) uses to breakdown damage estimates between his market and non-market sectors. The market and non-market damage estimates, including their distribution parameters and breakdown between the two sectors, are best described as based on author's judgment informed by Nordhaus & Boyer (2000), Tol (1999), and Tol (2002a).

[34]  In Page2002, only Eastern Europe could potentially reap climate benefits from temperature increases.

[35]  For market damages, this temperature threshold increases with adaptation.

[36]  Hope (2006) calibrates his discontinuous damage function parameters based on discussions in the IPCC (2001a) on pages 947 and 952. Specifically, Hope (2006) calibrates the parameters corresponding to the percentage GDP loss in Europe for a discontinuity and the tolerable temperature risk using general statements about discontinuous damages in the IPCC (2001a). This implies that Hope (2006) utilized his discretion to calibrate the discontinuous damage function parameters.

[37]  See footnote 12 for a discussion of revealed and stated preference.

[38]  Ecosystem services and secondary social effects (such migration) are for the most part excluded from IAMs.

[39]  Note that FUND implicitly accounts for catastrophic damages; see footnotes 15 and 31. As a consequence, FUND may implicitly capture market and non-market catastrophic damages to the extent that the assumed probability distribution functions for uncertain parameters capture tipping points.

[40]  With respect to FUND 3.6, Tol (2013) explicitly states: "Some impacts are missing altogether – air quality, violent conflict, labour productivity, tourism, and recreation. Weather variability is poorly accounted for, and potential changes in weather variability ignored. The model assumes that there are few barriers to adaptation. There are no interactions between the impact sectors, and therefore are no higher order effects on markets or development."

[41]  Ocean acidification, wildfires, and pests, pathogens, and weeds affect the market sector via agriculture, forestry, and or fisheries and the non-market sector via biodiversity, ecosystem services, human health, and/or human settlements.

[42]  In many of the enumerative studies that do include fisheries, fisheries are abstractly captured under "other market" damages.

[43]  See footnote 8 for a discussion of the enumerative and statistical approaches to estimating climate damages.

44 Given the uncertainty of the effect of climate change on fisheries, Sumaila et al., (2011) argues that fisherman may increase their current fishing efforts given the possibility of lower future fishing stocks.

45 Phytoplankton are essential to the ocean food web and the global climate system. In terms of the latter, "Marine phytoplankton are responsible for [approximately] 50 percent of the $CO_2$ that is fixed annually worldwide (Toseland et al., 2013)."

46 For example, ozone emissions from fuels lower crop yields (Ackerman and Stanton 2011).

47 Ozone impacts are counted separately in BCA analysis as traditional pollutants, not caused by climate change.

48 The $CO_2$ fertilization effect in FUND 3.6 is drawn from studies that assume a fertilization effect based on enclosure experiments, as do the studies behind DICE-2013 that account for this effect. However, DICE-1999, and therefore to some extent PAGE09, and several of the other studies behind DICE-2013 exclude the $CO_2$ fertilization effect altogether.

49 As discussed in Koetse and Rietveld (2009), some research casts doubt on the possibility of the Northwest Passage being a valid future shipping route.

50 Due to lower water levels, substantial increases of inland water-way transportation costs are possible. High water levels due to heavy precipitation events can also result in river closures (Koetse and Rietveld, 2009).

51 Network effects are delays, detours, and cancellations due to disruptions in the transportation network. In other words, transportation costs may be incurred in areas not directly affected by an extreme event due the propagation of costs throughout the network. These costs may be substantial (Koetse and Rietveld, 2009).

52 Bigano et al. (2007) state that "world aggregate expenditures hardly change, first rising slightly and then falling slightly." However, there is a considerable noise in the resulting estimates.

53 As noted, DICE-2013 uses a combination of enumerative and statistical studies. While the statistical studies may capture some dynamic effects indirectly, all of these studies are cross-sectional in nature.

54 As a consequence, Moyer et al., (2013) argues that DICE assumes a weak propagation of damages on growth.

55 The modified version of DICE used by the IWG eliminates the potential effect of climate change on economic growth through how it models changes in the savings rate.

56 The intuition is that mitigation spending in the present is equivalent to asking the current generation earning approximately $50,000 per household to transfer money to a future generation in 2300 earning $1.5 million per household (Moyer et al., 2013).

57 This point is made by Dasgupta (2006) with respect to Nordhaus' DICE model. "Despite the serious threats to the global economy posed by climate change, little should be done to reduce carbon emissions ... [Norhduas'] idea is not that climate change shouldn't be taken seriously, but that it would be more equitable (and efficient) to invest in physical and human capital now, so as to build up the productive base of economies (including, especially, poor countries), and divert funds to meet the problems of climate change at a later year. These conclusions are reached on the basis of an explicit assumption that global GDP per capita will continue to grow over the next 100 years and more even under business as usual, an assumption that the [Stern] Review would appear to make as well." Given that the Stern Review utilized PAGE02, Dasgupta is in a sense making this point about PAGE as well.

58 According Hope, it is possible in PAGE09 for climate change damages to be large enough to negatively affect consumption growth, such that the discount rate becomes negative (personal correspondence with Hope, 2014).

59 While the Dell, Jones, & Olken (2012) estimate relies on annual data rather than medium-run or long-run average of temperature and precipitation, the authors do provide medium-run estimates that compare average growth rates between 1979 and 1985 and from 1985 to2000. In these medium-run cases, they again find negative effects of higher temperatures on the growth rates of poor nations.

60 Butkiewicz and Yanikkaya (2005) do find that the costs of social-political instability increase the higher the level of national income and democracy of a nation.

61 Higher temperatures require workers to take more breaks, work fewer hours, and/or decrease work intensity (i.e., slow down) (Kjellstrom et al., 2009).

62 While not discussed here, it is possible that as vector-borne diseases spread, more countries could become mired in poverty-disease traps, such as in current sub-Saharan Africa (Fankhauser and Tol, 2005).

[63] "The impacts on labor supply are non-trivial. If temperatures were to rise by 5 degrees Celsius in the United States by the end of the coming century and no adaptation occurs, U.S. labor supply would fall by roughly 0.6 hours per week in high-exposure industries, representing a 1.7 percent decrease in hours worked and thus earnings. In developing countries, where industrial composition is generally skewed toward climate-exposed industries and prevailing temperatures are already hotter than those in most of the United States, the economic impacts are likely to be much larger (Zivin & Neidell, 2010)."

[64] Modeling such changes in DICE may be difficult. On the one hand, Hall & Behl (2006) argue that "with irregular flickering between climate states, characteristic of past climatic transitions, we would expect the destruction of capital stock. If the flickering is forced by human activity, then policy or lack thereof results in the destruction of capital stock and a discontinuity of the rate of return on capital, violating the equilibrium condition." On the other hand, computer general equilibrium models, including ICES and ENVISAGE, have no such problem. ICES and ENVISAGE do not model capital losses as shocks, but instead use expected losses (Bosello et al., 2012; Roson & van der Mensbrugghe, 2010).

[65] The simplicity of the Cass-Koopmans model is particularly useful for making generalizations about the impact of climate change on factor productivity and economic growth. However, this simplicity also ignores certain empirical realities of economic growth (Lecocq & Shalizi, 2007). For example, the Cass-Koopmans model assumes a single aggregate good, while economies consist of multiple industries that are possibility affected differently by climate change. In another example, the Cass-Koopmans model assumes a production function with constant returns to scale, whereas, an economy characterized by increasing returns to scale may become "trapped" at a low growth rate if climate change causes large and frequent shocks to capital or labor productivity or stocks (Aziadaris & Stachurski, 2005).

[66] In DICE, it could be argued that declines in labor and capital productivity are already captured by their expression for "climate damages as fraction of output."

[67] Both the health and labor productivity damage sectors are effects on labor productivity. However, health effects are loss of labor productivity due to a decrease in labor stock through death and inability to work from disease, while the labor productivity damage sector accounts for decline in "on-the job" performance due to humidity and high temperatures.

[68] Like ENVISAGE, the authors of ICES model health damage as an effect on labor productivity.

[69] Environmental goods and services will become relatively scarcer than market goods and services due to climate change and other anthropomorphic drivers. As explained later in this subsection, because current damage estimates are estimated using willingness to pay estimates derived from data from the current time period, they fail to account for the future increases in the value of environmental goods relative to market goods due to the law of scarcity. By adopting structural modeling assumptions that also imply constant relative prices (i.e., that the relative value of non-market to market goods is constant over time), the developers of IAMs bias the SCC downward.

[70] Another example is disease regulation services, which are captured via health damage functions.

[71] Another example is air quality regulation, which is partially captured in PAGE09 via the DICE-1999 damage function. DICE-1999 captures the health effects of air pollution, which is omitted from FUND altogether. DICE-2013 mostly likely omits this damage because Nordhaus and Boyer (2000) is only one of 13 studies utilized to calibrate its damage function.

[72] Another example includes ecosystem services related to biochemicals, natural medicines, and pharmaceuticals.

[73] Another example is climate amenities, which includes cultural services, such as aesthetics, and outdoor leisure activities (i.e., non-market time use). Only earlier versions of DICE (i.e., DICE-1999 and DICE-2007) explicitly attempt to capture these services via Nordhaus' estimate of non-market amenities. However, DICE-1999 only captures outdoor leisure activities, and omits all cultural values. However, even these estimates have come under considerable fire from Hanemann (1998) and Ackerman (2010).

[74] The assessment of damages on ecosystem services depends on a valuation of those services based on public WTP. Boyd and Krupnick (2009) and others have compared ecological and economic production systems, arguing that valuation of ecosystem services implies a valuation of their respective outputs. These "outputs" (e.g., reduced flood risk, flourishing fish populations) can be reliably understood and valued by the public in ways that specific ecosystem services (e.g., nutrient cycling) cannot. Because an individual values the endpoint and not the process itself, when asked to value a specific ecosystem service, an individual will base his WTP for the service on his WTP for the "output" of that service. Stated preference valuation that focuses on the value of specific services (instead of outputs) often prove inaccurate because those surveyed assume ecological production factors that may not be consistent with each other or with reality (Boyd & Krupnick, 2009).

[75] One such improvement could be to value the final outputs of species. In addition to their aesthetic and non-use values, analysis could estimate the value of the genetic material of species, an ecosystem service discussed in the previous subsection.

[76] In addition to his own criticism of how FUND values biodiversity, the model has also come under criticism by other economists. They argue that assuming that biodiversity loss is a function of temperature change, instead of temperature level, is incorrect because it implies ecosystem adaptation to climate change (Warren et al., 2006). As a consequence, ecosystem damages decline in the long run as temperature increases level off (Warren et al., 2006).

[77] This aggregate consumption good, often referred to as a numéraire, equals the combined economic values of all market and non-market goods divided by the global population.

[78] Constant relative prices imply that a decline in the supply of a consumption good (market or non-market) does not affect its price relative to all other goods and services. If the relative price of the good were to increase in response to this decline in supply, there would be no demand for the good because consumers could obtain more utility (i.e., welfare) by switching their expenditure to all other goods and services (due to the perfectly substitutable assumption). This would put downward pressure on the good's price until it reached its original value relative to all other prices.

[79] Discussions about changing relative prices date back to earlier literatures. Neumayer (1999) calls this argument the Krutilla-Fisher rationale from Krutilla and Fisher (1975). In the context of manufactured and public goods, Baumol (1967) describes a similar phenomenon called Baumol's disease. The discussion of changing relative prices also has roots in the earlier literatures of weak sustainability and strong sustainability.

[80] In this context, the elasticity of substitution measures the ease at which market goods can be substituted for non-market goods. An elasticity of substitution less than one implies that market goods and non-market goods are complements in the long run. In the extreme, perfect complements are when market goods cannot be substituted at any level to make up for the loss of non-market goods. An example would be subsistent water levels, where no amount of a market good can replace its value. An elasticity greater than one implies that market goods and non-market goods are substitutes (Heal, 2009). In the extreme, perfect substitutes are when market goods can be substituted at a constant rate to make up for a loss of non-market goods, regardless of the level of non-market goods available.

[81] In the language of sustainability, an elasticity less than one implies strong sustainability in the long run. An elasticity greater than one implies weak sustainability in the long run.

[82] It should be unsurprising that the discount rate requires updating because growth rates of man-made and environmental goods and services differ. In addition, the rationale for discounting, i.e., that the future will be better off due to continued economic growth, is weakened with the elimination of the perfect substitutability assumption.

[83] For example, the results can also apply to agricultural and non-agricultural goods. Heal (2009) argues that food shortages could result in the relative value of agricultural goods increasing from its currently insignificant level in most developed nations.

[84] Initially, Sterner and Persson (2008) assume that elasticity of substitution is equal to 0.5, 10 percent of current utility comes from non-market goods, and that 50 percent of damages are attributable to non-market goods. The remaining parameters follow the standard assumptions of DICE.

[85] The utility function chosen in Sterner and Persson (2008) assumes a constant elasticity of substitution, and implies only that a positive level of environmental services is essential (i.e., not zero).

[86] A small example of the possible magnitude of these relocation costs are Alaskan native villages. In the case of relocating three villages (Kivalina, Shishmaref, & Newtok), the cost is estimated by the U.S. Army Corps of Engineers to be between $275 million and $455 million. While these costs are high, they should be interpreted as an upper bound on costs due to the remoteness of these villages (Lynn & Donoghue, 2011).

[87] A decline in income may also decrease the opportunity cost of engaging in violence and civil conflict (Dell, Jones, & Olken, 2013).

[88] There is an argument in the literature that higher temperatures and extreme weather may not actually cause conflict, but actually just shifts future conflicts to the period of higher temperatures or more extreme weather. Hsiang, Meng, and Crane (2011) demonstrate that climate change will actually cause "new" conflicts, rather than just shifting the time periods of "existing" conflicts.

[89]  While the studies vary in their focus over time and space, all 60 studies rely on the same general panel or time-series model. Cross-sectional studies and studies that control for confounding factors are avoided because these confounding factors are potential avenues through which climate can affect conflict. These 60 studies utilize 45 different conflict datasets. Two-thirds of these studies have been published since 2009.

[90]  The number of inter-personal conflicts far exceeds inter-group conflicts. Thus, a smaller percentage increase in inter-personal conflicts than inter-group conflicts can result in a far greater increase in the number of inter-personal conflicts than inter-group conflicts.

[91]  Violence on an individual scale, such as increased aggression in the police force, can result in more inter-group conflict. Thus, these two types of conflicts are correlated, such that an increase in interpersonal violence can increase the possibility of intergroup conflict.

[92]  These 60 studies find that: an increase in temperature raises violent crime faster than it increases property crime; increases in precipitation increase personal and intergroup violence in poorer, agricultural-dependent communities; low and high temperatures and low water availability lead to organized political conflicts; windstorms and floods affect the level of civil conflicts; institutional breakdowns occur in developing economies when they become sufficiently climate stressed.

[93]  These mechanisms include: decreased supply of resources leads to disagreements over their allocation; climate change makes conflict more appealing with regards to achieving a stated objective; declines in labor productivity make conflict relatively more desirable; declining state capacity reduces the ability of government institutions to suppress crime and provides incentives for competitors to increase the conflict; increased pressure for a redistribution of assets because of increased social and income inequality; increases in food prices; increasing migration and urbanization leading to conflict over geographically stationary non-climate related resources; changes in the logistics of human conflict increases incentives for conflict; a physiological response with respect to cognition, attribution, and/or aggression resulting from higher temperatures increases human propensity for conflict.

[94]  Certainty equivalent catastrophic damages are the guaranteed magnitude of catastrophic climate damages that humanity finds equally desirable as (that is, is indifferent to) risky (that is, the unknown magnitude of) catastrophic damages that we currently face. Due to humanity's general aversion to risk, humans are willing to pay a premium to avoid risk.

[95]  In DICE-2013, Nordhaus excluded damages from tipping points. Only two out of the 13 studies used include catastrophic damages. One of these studies, Hope (2006), does so at temperatures above the temperature used to calibrate the DICE-2013 damage function, that is, 2.5 degrees Celsius. As a consequence, the meta-analysis really only includes one study that accounts for tipping points. To rectify this shortcoming and *other omitted damages*, Nordhaus and Sztorc (2013) refit the damage curve after multiplying the damage estimates in Tol (2009) by 1.25. Specifically, Nordhaus and Sztorc (2013) state that "current studies generally omit several important factors (the economic value of losses from biodiversity, ocean acidification, and political reactions), extreme events (sea level rise, changes in ocean circulation, and accelerated climate change), impacts that are inherently difficult to model (catastrophic events and very long-term warming), and uncertainty (of virtually all components from economic growth to damages)." Comparing the unadjusted and adjusted damage estimates (that is, estimates that do not and do assume a 25 percent increase in damages, respectively), Nordhaus and Sztorc (2013) implicitly assume omitted damages of 0.34 percent of GDP at 2.5 degree Celsius and 1.94 percent of GDP at 6 degree Celsius. In contrast, catastrophic damages in DICE-1999 are 1.02 percent at 2.5 degrees Celsius and 6.94 percent degrees Celsius according to Nordhaus and Boyer (2000), while they are 1.16 percent at 2.5 degrees Celsius and 4.72 percent at 6 degrees Celsius in DICE-2007; DICE-2010 makes the same assumption as DICE-2007. To achieve the levels of catastrophic damages observed in DICE-1999, Nordhaus and Sztorc (2013) would have used an adjustment of between 77 percent and 91 percent. Similarly, to achieve the catastrophic damages observed in DICE-2007, the authors would need to have chosen an adjustment of between 62 percent and 87 percent. Therefore, if we believe that the certainty equivalent measure of catastrophic damages is anywhere near the scale proposed in these earlier versions of DICE, the 25 percent increase by Nordhaus is nowhere near sufficient to account for the potential cost of tipping points in the climate system, let alone the *other omitted damages*.

[96]  Nordhaus and Sztorc (2013), which is the source code for the default version of DICE-2013, specifies that the damage function is

where  is the percentage loss in GDP from climate tipping points and T is the global average surface temperature. However, the tipping point damage is turned off in the default version, implying that it is excluded in the catastrophic damage function. In Nordhaus (2013), the tipping-point damage function in his recent book (Chapter 18 – footnote 5) is

This appears to only be used in a very limited analysis, and Nordhaus (2013) states that this damage function is "at

the outer limit of what seems plausible and have no solid basis in empirical estimates of damages, so that should be interpreted as illustrating how tipping points might affect the analysis."

[97] The first scenario could be driven by the accelerated increase in atmospheric GHG concentrations driven by the release of greenhouse gas stocks or by the reduced albedo (i.e., the reflectivity of the Earth's surface) due to melting ice sheets. In either case, the rate of radiative forcing per unit of $CO_2$ is greater. The second tipping-point scenario is motivated by increased GHG atmospheric longevity due to the degradation of carbon sinks (e.g., forests, algae, and agricultural crops). Climate-driven dieback of trees in boreal and tropical forests or algae deaths would reduce Earth's capacity to sequester carbon, effectively increasing the amount of time carbon lingers in the atmosphere by decreasing the decay rate of atmospheric carbon. More persistent carbon would then place carbon sinks under increased pressure, presumably decreasing the decay rate further.

[98] Anthoff and Tol (2013a) states that "FUND does not assume that there is a probability of disastrous impacts of climate change. Rather, we vary all parameters randomly and it so happens that particular realizations are catastrophic."

[99] "A Monte Carlo simulation will run an integrated assessment model thousands of times, each time randomly picking the value of uncertain parameters from a probability distribution function, i.e., a function that assigns a probability to each possible parameter value. For example, the Working Group ran 10,000 Monte Carlo simulations for each of the three IAMs and five socio-economic scenarios, randomizing the value of climate sensitivity, i.e., the change in average global temperature associated with a doubling of $CO_2$, and all other uncertain parameters in the IAMs by the original authors. For each randomly drawn set of values, the IAM estimated the associated damages, with the final SCC estimate equaling the average value across all 10,000 runs, five socio-economic scenarios, and then across all three models. Therefore, each SCC estimate is calculated using 150,000 runs (EDF, NRDC, Policy Integrity, and UCS comments, 2013)."

[100] These distributions, according to Anthoff and Tol (2013a), "are occasionally derived from meta-analyses of published estimates, but more often based on 'expert guesses'."

[101] Specifically, Anthoff and Tol (2013a) state that "the fat tails found in the Monte Carlo analyses in FUND are a result, rather than an assumption."

[102] Pycroft et al., (2011) uses similar definitions of thin, medium, and fat tails as discussed earlier. To summarize, Pycroft et al., (2011) state that "thin-tailed probabilities, declining exponentially or faster; fat-tailed probabilities, declining polynomially or slower; intermediate-tailed probabilities, declining slower than exponentially but faster than polynomially."

[103] Considering only the change in the climate-sensitivity parameter distribution from the default assumption in PAGE09 (i.e., the triangular distribution) to the three modified distributions, the PAGE09 SCC estimate increases from $102 to $131 (thin), $146 (medium), and $188 (fat); even larger percentage increases are observed for the 95th and 99th percentile SCC estimates. After accounting for a decline in the PAGE09 SCC estimate from $102 to $76 from turning off the catastrophic damage function, the SCC increases from $76 to $99 (thin), $94 (medium), and $114 (fat) when considering only changes in the distributions of the damage function exponents.

[104] See footnote 8 for a discussion of the enumerative and statistical approaches to estimating climate damages.

[105] Yohe and Hope (2013) emphasize this concern. They warn that "to beware of analyses that are so narrow that they miss a good deal of the important economic ramifications of the full suite of manifestations of climate change; i.e., that they miss interactions in the climate system that allow climate change, itself, to be a source of multiple stress even within one particular sector."

[106] Tol (2009) states that "In the enumerative studies, effects are usually assessed independently of one another, even if there is an obvious overlap—for example, losses in water resources and losses in agriculture may actually represent the same loss."

[107] See footnote 8 for a discussion of the enumerative and statistical approaches to estimating climate damages.

[108] In the statistical approach, analysts estimate climate damages using econometric techniques. While there are several identification strategies, which differ in method and types of climate damages captured, all econometric methods rely on current observations of the climate to estimate future climate damages.

[109] While trade is not a positive spillover per se, it is an inter-regional benefit that is only captured through the modeling of connections between regions.

[110] Tradable goods represent only a fraction of market goods. They do not include market services, non-market goods and services, or market goods with prohibitively high transportation costs.

[111] Tol (2009) states: "In Bosello, Roson, and Tol (2007) and Darwin and Tol (2001), my coauthors and I show that sea level rise would change production and consumption in countries that are not directly affected, primarily through the food market (as agriculture is affected most by sea level rise through land loss and saltwater intrusion) and the capital market (as sea walls are expensive to build). Ignoring the general equilibrium effects probably leads to only a small negative bias in the global welfare loss, but differences in regional welfare losses are much greater."

[112] Technology spillovers between nations do not guarantee that the worldwide cost of mitigation and adaptation will decrease.

[113] In FUND 3.6, the number of migrants from the loss of dry land is equal to the product of land loss and average population density. The number of migrants between two regions is assumed to be a constant proportion of the overall number of migrants from the origin (sending) region: migrants from developed regions (United States, Canada, Western Europe, Japan and South Korea, Australia and New Zealand, Central and Eastern Europe, and the former Soviet Union) all resettle within their region of origin; 90 percent of migrants from developing regions (Middle East, Central America, South America, South Asia, Southeast Asia, China plus other nearby nations, North Africa, and sub-Saharan Africa) resettle within their region of origin, and the remaining 10 percent of migrants emigrate to developed regions; migrants from small island nations resettle in other regions: developed and developing (Anthoff and Tol, 2010).

[114] Cline (1992) cites data showing that state and local government spending in 1989 was approximately $3,000 per capita and assumes that immigrants do not pay taxes for their first 18 months in the United States and subsequently cover their share in state and local government expenditures. This yields an estimated cost per migrant of $4,500, which was approximately 25 percent of U.S. per capita income in 1990; a 40 percent cost per migrant, as assumed by FUND, however, would correspond to a $7,200 cost per migrant in the U.S. scenario. The average non-agricultural wage in the United States was $17,994 in 1990 (Economic Report of the President, February 1991, 336 from Cline, 1992). The 40 percent figure likely comes from Fankhauser (1995; 50), who cites Cline (1992) in assuming that global warming will increase immigration by 17 percent worldwide; this figure from Cline (1992), however, was simply an illustration of the cost of migration to the United States and was hardly a "guesstimate," as stated by Fankhauser. Further, Fankhauser applies the $4,500 cost per migrant from Cline (1992) to estimate cost of migration to OECD countries, and follows Ayres and Walter (1991) in assuming a $1,000 cost per migrant to non-OECD regions (Fankhauser, 1995; 51). The latter figure is based on foregone output a person would have produced had he or she not migrated. These assumptions are used to estimate a global cost of migration of $4.33 billion (Fankhauser, 1995; 50), which is likely the source of the estimated cost of migration used in FUND.

[115] See http://www.economist.com/news/europe/21590946-bulgaria-struggling-cope-syrian-refugees-nightmare-all.

[116] See http://www.bbc.co.uk/news/world-23813975.

[117] Freeman and Guzman (2009) state that "In addition to ecological changes, several of the other factors which contribute to the emergence of new diseases will very likely be exacerbated by global warming, including migration (as noted above) and breakdowns in public health infrastructures. It is impossible to say with certainty that climate change will result in new diseases—such emergences are highly complex, multi-factored developments—but it is very clear that climate change will substantially increase this risk."

[118] The United Nations' Millennium Ecosystem Assessment states that "The loss of species and genetic diversity decreases the resilience of ecosystems, which is the level of disturbance that an ecosystem can undergo structure or functioning. In addition, growing pressures from drivers such as overharvesting, climate change, invasive species, and nutrient loading push ecosystems toward thresholds that they might otherwise not encounter. ... The most important direct drivers of change in ecosystems are habitat change (land use change and physical modification of rivers or water withdrawal from rivers), overexploitation, invasive alien species, pollution, and climate change."

[119] There are many threats to future water supplies other than climate change. First, many regions in the United States are currently overpumping their ground water (http://ga.water.usgs.gov/edu/gwdepletion.html), In developing nations, water withdrawals are expected to increase over the next 50 years (Millennium Ecosystem Assessment). Furthermore, water pollution and increased water demand due to a growing population are also issues.

[120] Given that gross revenue of marine captured fisheries (i.e., excluding aquaculture) equals approximately $80 billion to $85 billion annually globally (Sumaila et al., 2011), the effect on U.S. shellfish is small.

[121] For example, the agricultural damage estimates used by Nordhaus include the benefits of farmer adaptation to climate change; see forthcoming Appendix A.

[122] The adaptation assumptions underlying PAGE09 are more conservative than PAGE02. As a consequence, this downward bias is likely less significant for PAGE, as it is for the other two IAMs (Hope, 2006; Hope, 2011).

[123] This paper uses FUND 3.6 instead of FUND 3.8 as mentioned earlier; at the time this report was researched, documentation for FUND was only available up until FUND 3.6. Tol only made minor changes between versions 3.6 and 3.8. For the purposes of this report, no additional damages were included by the author.

[124] DICE-1999 and FUND 3.6, and PAGE09 as a consequence of being greatly informed by these two IAMs, exclude the value of firewood. The studies underlying the forestry damage estimates, i.e., Perez-Garcia et al., 1997; Sohngen et al., 2001, focus on industrial products manufactured from wood, but do not consider the use of wood for fuel. Perez-Garcia et al. (1997) note that fuel uses of wood accounted for roughly half of all timber harvests at the time of the study. Additionally, non-timber aspects of forests (e.g., recreation, water, wildlife, etc.) are only considered to the extent that they are captured in other sectors.

[125] It should be noted, however, that some of these categories also have damages associated with them that are omitted, such as increased energy supply costs due to increased weather variability and extreme events.

[126] Tol (2009) believes that unless a fundamental shift in the literature occurs, improving estimates of willingness to pay for biodiversity and ecosystem services will not affect the SCC. Citing Pearce and Moran (1994), he states that individuals are limited in their willingness to pay for conservation.

[127] This argument is based on statements by David Anthoff at the Cost-Benefit Analysis and Issue Advocacy Workshop on October 28, 2013 at New York University School of Law.

[128] This type of analysis does not represent new data or methodologies as discussed in the previous paragraph.

[129] Only DICE and FUND fail to account for the uncertainty in the functional form of damage equation.

[130] By utilizing the Ramsey discount rate equation, the three IAMs allow for declining discount rates resulting from declining economic growth rates. However, the 2010 and 2013 IWG estimates impose an external assumption of constant discount rates.



OMITTED DAMAGES: What's Missing From the Social Cost of Carbon                COSTOFCARBON.ORG





This is an open access article published under an ACS AuthorChoice License, which permits copying and redistribution of the article or any adaptations for non-commercial purposes.





Article

pubs.acs.org/est

# Measurements of Methane Emissions from Natural Gas Gathering Facilities and Processing Plants: Measurement Results

Austin L. Mitchell,[†] Daniel S. Tkacik,[†] Joseph R. Roscioli,[∥] Scott C. Herndon,[∥] Tara I. Yacovitch,[∥] David M. Martinez,[‡] Timothy L. Vaughn,[‡] Laurie L. Williams,[⊥] Melissa R. Sullivan,[†] Cody Floerchinger,[∥] Mark Omara,[†] R. Subramanian,[†] Daniel Zimmerle,[§] Anthony J. Marchese,[‡] and Allen L. Robinson[*,†,#]

[†]Department of Mechanical Engineering, Carnegie Mellon University, Pittsburgh, Pennsylvania 15213, United States
[‡]Department of Mechanical Engineering, Colorado State University, Fort Collins, Colorado 80523, United States
[§]The Energy Institute, Colorado State University, Fort Collins, Colorado 80523, United States
[∥]Aerodyne Research Inc., Billerica, Massachusetts 01821, United States
[⊥]Fort Lewis College, Durango, Colorado 81301, United States

 Supporting Information

**ABSTRACT:** Facility-level methane emissions were measured at 114 gathering facilities and 16 processing plants in the United States natural gas system. At gathering facilities, the measured methane emission rates ranged from 0.7 to 700 kg per hour (kg/h) (0.6 to 600 standard cubic feet per minute (scfm)). Normalized emissions (as a % of total methane throughput) were less than 1% for 85 gathering facilities and 19 had normalized emissions less than 0.1%. The range of methane emissions rates for processing plants was 3 to 600 kg/h (3 to 524 scfm), corresponding to normalized methane emissions rates <1% in all cases. The distributions of methane emissions, particularly for gathering facilities, are skewed. For example, 30% of gathering facilities contribute 80% of the total emissions. Normalized emissions rates are negatively correlated with facility throughput. The variation in methane emissions also appears driven by differences between inlet and outlet pressure, as well as venting and leaking equipment. Substantial venting from liquids storage tanks was observed at 20% of gathering facilities. Emissions rates at these facilities were, on average, around four times the rates observed at similar facilities without substantial venting.



## ■ INTRODUCTION

Methane is the primary component of natural gas; it is also a potent greenhouse gas (GHG). The Environmental Protection Agency (EPA) estimates that the natural gas system contributes 23% of U.S. anthropogenic methane emissions.[1] However, there are discrepancies between recent studies and EPA GHG inventories in some natural gas producing areas.[2−4] The EPA GHG inventories largely rely on data collected in the early 1990s[5] and may not reflect recent changes in technology, operations, and regulation. New measurements are needed to characterize methane emissions from the natural gas system.

This study investigates the methane emissions from natural gas gathering and processing (G&P) facilities, which, collectively, gather natural gas from production wells, remove impurities, and deliver it to inter- and intrastate pipeline networks. We define gathering and processing as the equipment and pipeline network between the sales points at well pads and downstream delivery points. This includes gathering pipelines, and the equipment at gathering facilities: compressors (driven by electric motors ("motors") and/or natural gas-fired internal combustion engines ("engines") or turbines), dehydration

systems to remove water, and treatment systems to remove hydrogen sulfide and/or carbon dioxide. Processing plants often house this equipment on a larger scale, acting as central nodes in a system of smaller gathering facilities. Processing plants also separate natural gas liquids (NGLs) (such as ethane, propane, butane, and heavier hydrocarbons) from methane. For this study, processing plants are defined as the facilities that meet the 40 CFR Part 60 Subpart KKK definition of "natural gas processing plant" based on the presence of NGL extraction. Facilities that only fractionate NGLs were not included in this study.

This paper presents facility-level measurements of methane emission rates at 130 G&P facilities (114 gathering and 16 processing). A mobile laboratory was used to perform downwind tracer flux measurements, which is an established technique to estimate the total emissions of methane (or other

Received: October 28, 2014
Revised: January 23, 2015
Accepted: January 28, 2015
Published: February 10, 2015



DOI: 10.1021/es5052809
Environ. Sci. Technol. 2015, 49, 3219−3227

**Environmental Science & Technology**   <span style="background:green;color:white;">Article</span>



**Figure 1.** Locations of G&P facilities measured in this study. Numbers indicate the number of facilities sampled within outlined (red) oil and gas basins as defined by the American Association of Petroleum Geologists.[26] G&P facilities were sampled in each of the orange-colored states (www. map-generator.org).

species) from complex facilities with multiple emission points.[6−8] Onsite observations with an infrared camera were used to identify emission sources. Companion papers describe the downwind tracer flux methodology and its application to this study[9] and scaling of these data to estimate emissions for all U.S. G&P facilities.[10]

## 2. METHODS

Downwind tracer flux measurements were conducted at 136 G&P facilities between October 2013 and April 2014. Measurements were successful at 130 G&P facilities. These facilities are located in top gas producing states (including all of the top ten) and basins (Figure 1). The sampled facilities were operated by five natural gas midstream "partner" companies, which provided access and facility data to the study team. The project only investigated emissions from G&P facilities, not the gathering pipeline network that connects these facilities.

**2.1. Selection of G&P Facilities for Measurement.** The sampling strategy sought to obtain methane emissions data from a wide range of G&P facilities, which vary by age (reflecting technological and regulatory changes), inlet gas composition/pressure, regulatory environment, and regional/ local and/or corporate design and operations. In most states, the basic census data needed to design a sampling program that systematically captures variation among G&P facilities are lacking. Therefore, the study team sought to replicate the diversity among G&P facilities owned by the five partner companies. They operate more than 700 gathering facilities and 27 processing plants in all regions of the country—roughly one-quarter and 5%, respectively, of all gathering and processing facilities nationally (Supporting Information (SI) A). All of these facilities were considered by the study team in developing the project sampling plan. This plan sought to (1) sample at the maximum number of processing plants, (2) maximize the number of successful measurements in the top gas producing

regions and across all major gas types (e.g., shale, coal bed methane, etc.), and (3) sample a distribution of facility types representative of the partner company assets.

Details of the facility selection procedures are in SI A. Briefly, the study team was provided a list of all partner company G&P assets (>700 facilities). The study team performed desktop screening of the facilities using aerial imagery (Google Earth) to remove facilities with limited road access on their periphery (desired range of 0.5−2 km) or facilities that were located near obvious potential sources of methane interference. The list of prescreened facilities was then shared with partner companies, with a request for additional feedback regarding potential issues with road access or nearby nonpartner facilities, as needed. Over the course of the field campaign, fewer than ten facilities were removed from the prescreened lists by request of the partner companies. Reasons for removal included issues such as commissioning, decommissioning, transactions (sale of asset), construction, or litigation. Final selection for most gathering facilities was made by the study team from the prescreened list the evening before or the day of sampling, considering road access, wind forecasts, and logistics. Sampling at processing plants was scheduled in advance to align with operator and operations schedules.

The tracer teams were usually escorted to the target facilities by a company representative who was instructed to continue normal operations of the facility. At 14 facilities the study team onsite observer noted that the company personnel adjusted processes or fixed equipment during the sampling, presumably these changes were performed as part of normal operations (SI E). At only one facility (#44) did a tracer team note changes in facility operation that were likely not normal practice as the changes were undone after measurements had been completed. Company representatives were notified. All indications are that this was an isolated occurrence.

Partner company gathering assets were classified based on three equipment-specific functions in gathering systems

DOI: 10.1021/es5052809
*Environ. Sci. Technol.* 2015, 49, 3219−3227

**Environmental Science & Technology** Article

**Table 1. Summary of Sampled Facilities and Partner Assets (total and %) by Facility Type[a]**

| | facility type | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | C | | C/D | | C/D/T | | D | | D/T | | P | |
| sampled | 34 | 26% | 66 | 51% | 8 | 6% | 5 | 4% | 1 | 1% | 16 | 12% |
| partner assets | 267 | 36% | 379 | 51% | 16 | 2% | 23 | 3% | 28 | 4% | 27 | 4% |

[a]C, compression only; C/D, compression and dehydration; C/D/T, compression, dehydration, and treatment; D, dehydration only; D/T, dehydration and treatment; and P, processing.

(compression ("C"), dehydration ("D"), and treatment ("T")) into five facility types (C, C/D, C/D/T, D, and D/T). Table 1 summarizes facility types sampled by the tracer teams compared to all partner company G&P assets as of August 2013. The distribution of facility types sampled in this study closely resembles the partner assets. The study facilities are also similarly proportioned to lower-48 U.S. gas production:[11] Fifty-two percent of the study facilities handled shale gas, 32% conventional, 8% coal-bed methane, 6% tight sands, and 2% offshore.

Detailed information on all 130 G&P facilities is included in SI B, Tables S1−S3. Sampling was conducted at 34 C facilities, which had reciprocating and/or centrifugal compressors. Engines were the primary driver at 31 of the C facilities. Scrubbers, strainers, filter separators, and/or coalescing filters were usually installed upstream of compressors. Produced water and condensate removed from the gas stream were stored in tanks onsite. Air and/or gas pneumatic devices (e.g., liquid level controllers) were also present at all G&P facilities.

Sampling was conducted at 66 C/D facilities, which had dehydration equipment installed downstream of compressor(s) to remove vapor-phase water from the pressurized gas stream, reducing problems with hydrate formation and corrosion.[12] These were typically glycol dehydration systems which operate by contacting the gas stream (via absorbers) with a hydroscopic solvent (usually triethylene glycol), which is regenerated (by heating) and reused.[13]

Sampling was performed at five D only facilities, which represent 4% of partner gathering assets. These removed vapor-phase water from gas produced at nearby wells that had sufficient pressure to move downstream without compression.

Treatment (T) equipment was installed at gathering facilities that handle a raw gas stream rich in acidic gases, carbon dioxide ($CO_2$) and/or hydrogen sulfide ($H_2S$). Acid gas removal is based on absorption with one or more amine variants, separation, and regeneration of the amine solution. Treatment equipment were utilized at 6% of partner facilities. Eight C/D/T facilities and one D/T facility were sampled, representing 6% and 1% of study facilities, respectively.

Processing plants (P) are central nodes in most producing areas. They are generally much larger than the typical gathering facilities and are staffed by operators 24 h a day. Compression, dehydration, and treatment equipment are typical for processing plants. These plants also include equipment to separate natural gas liquids from the methane gas stream, such as cryogenic turboexpander and refrigeration skids. These plants will sometimes use fractionation processes to further separate high-value natural gas liquids into separate components of ethane, butane, propane, and hydrocarbons larger than pentane. The study team ruled out conducting measurements at 11 (out of 27) processing plants mainly due to the presence of interfering natural gas facilities (usually other processing plant(s)) owned by a different company.

Figure S1 (SI C) compares facility throughput, inlet and outlet pressure, and total horsepower for C, C/D, C/D/T, and P facilities. The C facilities included in this study had generally lower throughput, inlet and outlet pressures, and horsepower then the other types of facilities with compressors. Methane content ranged from 59% to 98% (mol/mol) across all facilities, but was not related to facility type. Gas composition data are summarized in SI C, Figure S2.

Despite efforts to prescreen facilities, the study team conducted measurements at 29 facilities that were either collocated (e.g., on the same pad or side-by-side) with nonpartner equipment or adjacent to other natural gas facilities. Nonpartner equipment was generally associated with gas production (e.g., wellheads, produced water and/or condensate tanks, flares, etc.). Both infrared camera surveys and proximal mobile lab measurements (immediately downwind of equipment) were performed to assess potential contribution of nonpartner equipment. At most facilities with nonpartner equipment, the methane contribution from such equipment appeared to be negligible in comparison to partner-operated equipment. Therefore, methane emissions estimates have not been modified to account for potential emissions from collocated nonpartner equipment. Facilities with collocated equipment and information on this equipment are summarized in SI D, Table S4.

**2.2. Tracer Flux Measurements and Facility Survey.** Roscoli et al.[9] describes the tracer flux methodology used by this study in detail. Briefly, at each facility, two tracer gases (nitrous oxide and acetylene; both chosen based on their availability and ability to be measured at high time-resolution) were released at known flow rates from points configured to bracket the target facility's emissions relative to prevailing wind direction (SI G, Figure S3). Concentrations of methane, ethane, acetylene, nitrous oxide, carbon monoxide, and carbon dioxide were measured using a mobile laboratory equipped with high time resolution instrumentation (1-Hz or faster, Aerodyne QC-TILDAS and/or Picarro cavity ring-down spectroscopy).[9] Measurements were made immediately upwind of each target facility to check for background contamination. Methane plumes were measured approximately 0.5−3 km downwind from the target facility. Multiple plume profiles, each about 30−120 s long, were obtained for each facility by driving the mobile laboratory at a constant speed on a road roughly perpendicular to the wind direction. When the winds were highly variable, plumes were sometimes measured while the mobile lab was stationary. Downwind measurements in the mobile lab were performed over 1−5 h period at most facilities.

While tracer flux measurements were being performed, a dedicated member of the study team served as an "onsite observer," who documented the initial operating state of the facility and any changes or repairs that were made (SI E, Table S5). The onsite observer also performed a comprehensive survey of the facility, including recording an equipment census (operational state and characteristics such as horsepower), and

DOI: 10.1021/es5052809
*Environ. Sci. Technol.* 2015, 49, 3219−3227

**Environmental Science & Technology**          Article



**Figure 2.** Tracer flux-based facility-level methane emission rates (FLER) for 130 G&P facilities. Facilities are sorted by type (C, D, C/D, etc.) and then rank ordered by WAFLER (square) within each facility type. Emissions are presented in log scale. The vertical boxes represent the 25th and 75th percentiles of FLER data at a facility; whiskers represent the min and max. Throughput-normalized methane emissions rates (tnWAFLER) for 124 facilities (as % $CH_4$ throughput on the day of sampling) are presented in the top panel in log scale.

readings of facility throughput, inlet and outlet gas pressure (SI B, Tables S1−S3). At 108 of the gathering facilities, the onsite observer also performed an infrared camera survey of all equipment to identify and document potential sources noncombustion methane emissions (SI F, Table S6). Gas composition data (% methane, ethane, etc.) were obtained from company records (SI B, Table S1).

**2.3. Analysis of Tracer Flux Data.** The tracer flux data were analyzed systematically to quantify the methane emission rate, ensure proper attribution of methane emissions to target facility, and validate codispersion of tracer(s) with methane. The methane facility-level emission rate (FLER) was calculated for each downwind plume based on tracer release rate and the background-corrected methane-to-tracer concentration ratios.[9] No modeling of pollutant dispersion is required—that complexity is empirically captured by the tracers. Therefore, the FLER is an estimate of the aggregate (or total) methane emissions from the target facility during a 30−120 s period (the typical duration of a plume transect). Roscioli et al.[9] describes the types of plumes measured, the acceptance criteria, and the process used to analyze each plume.

Multiple downwind plumes were obtained at each facility and the FLER was estimated for each plume. The weighted-average FLER (WAFLER) was calculated by weighting each FLER estimate by its estimated plume-specific uncertainty $(1/\sigma^2)$, providing more weight to the plume types meeting the most stringent acceptance criteria.[9] The weighted sample variance of WAFLER was divided by a correction factor $[1 − ((\Sigma_{i=1}^{n} w_i^2)/(\Sigma_{i=1}^{n} w_i)^2)]$ to obtain the unbiased weighted sample variance, where $w_i$ represents the weight of each plume. Complete results, including number of accepted plumes, distance downwind, 25th, 75th, minimum and maximum FLER, WAFLER, and the unbiased standard deviation of WAFLER are in SI H, Tables S7−S8. All emissions results are presented as grams $CH_4$ (19.26 g per standard cubic foot $CH_4$ at 15.6 °C and 1 atm[14]).

Sampling occurred at one gathering facility in two distinct operating states, before and after substantial venting from a

pipe at the top of a tank storing liquids was stopped. The venting was stopped by closing a dump valve on the first stage scrubber that was stuck open. Two WAFLER estimates are reported for this facility (#'s 35 and 59), based on the before and after measurements, respectively.

The tracer flux method assumes that the tracer gases codisperse with the methane being emitted from the target facility. Since the tracer release points were set up to bracket the facility, the use of two tracers provides a stringent test on the horizontal dispersion of the emissions. 75% of accepted plumes were dual tracer, covering 112 facilities (83% of the gathering facilities and 100% of the processing plants). Co-dispersion of tracer gases with methane emissions from elevated vents, flares, and exhaust stacks in the vertical plane is more difficult to verify. Roscioli et al.[9] modeled tracer codispersion with the exhaust of natural gas-powered engines and turbines using Gaussian dispersion modeling with Briggs plume rise equations.[9,15] Exhaust is discharged at high temperatures (up to 540 °C) and high velocities (up to 45 m/s). A conservative, worst-case analysis suggests the potential bias in WAFLER from low recovery of methane emissions in engine or turbine exhaust is small (<30%) for almost four-fifths of the G&P facilities in this study (SI J). Processing plants (but typically not gathering facilities) can also have elevated flares, vents, or other emissions sources; the potential bias due to partial recovery of methane from these sources was not examined in this study.

## 3. RESULTS

The study team recorded more than 1400 plumes which passed the acceptance criteria[9] and therefore provided a valid measure of the facility-level emission rate (FLER) of methane. Roscioli et al.[9] provides plots of example plume profiles. Within a plume, methane concentrations are tens to thousands of ppbv above background. The average number of plumes per facility is 11 with a range of 2−42. Each plume provides a short snapshot of the facility-level emissions over the duration of the plume transect (30−120 s). The plume-to-plume differences in the

DOI: 10.1021/es5052809
Environ. Sci. Technol. 2015, 49, 3219−3227

FLER values provide a measure of the variability of the methane emissions at a given facility.

Figure 2 presents box-and-whisker plots of the accepted plumes for all 130 facilities (131 WAFLERs). The facilities have been sorted by type (C, D, C/D, etc.) and then rank ordered by WAFLER within each facility type. Methane ($CH_4$) throughput (tonnes/h) was calculated from natural gas throughput (tonnes/h) recorded onsite and the inlet gas composition data provided by the companies. The $CH_4$ throughput-normalized WAFLER (tnWAFLER), ratio of WAFLER to the $CH_4$ throughput, is also plotted in Figure 2 for 124 facilities (125 tnWAFLER estimates; five facilities had zero throughput and no throughput data were recorded at one facility).

Across all 114 gathering facilities, WAFLER ranged from 0.7 to 700 kg/h, while tnWAFLER ranged from 0.004% to 70% for the subset of the facilities with nonzero/known $CH_4$ throughput ($n = 108$). The WAFLER estimates varied widely within and across facility types. However, in general, the plume-to-plume variability in FLER estimates at a given facility is relatively small; the median relative standard deviation or coefficient of variation (CV) is 0.36 and more than two-thirds of the facilities had CVs less than 0.5. This suggests that the emissions from most facilities were relatively stable over the several hour measurement period. The CV at 11 facilities is >0.8. Large CVs may be associated with intermittent sources (e.g., pressure relief valves) and/or changes in facility operation. For example, FLER estimates at Facility #102 (CV 0.62) were much higher after the onsite observer documented increased flame height and smoke production at the flare as well as significant flashing events at the condensate tank batteries. This facility was shut down for maintenance after measurements were completed. At five facilities, a brief methane release event was observed which was associated with specific operations such as a compressor blowdown or startup. All of these events that were measured are cataloged in SI Table S9. They only occurred for a small fraction of the overall measurement period and therefore were not included in the WAFLER calculations.

WAFLER estimates for C/D and C/D/T are higher than those C and D facilities. For example, the median WAFLER for C and D facilities are 8.8 and 7.8 kg/h, respectively, while those of C/D and C/D/T facilities are 35 and 37 kg/h, respectively. However, across the gathering facility types there are no systematic trends in the tnWAFLER because C/D and C/D/T facilities also have higher throughputs. Median tnWAFLER for C, C/D, C/D/T, and D facilities are 0.46, 0.45, 0.36, and 0.51% of $CH_4$ throughput, respectively.

Figure 2 indicates that methane emissions are generally a small fraction of $CH_4$ throughput. tnWAFLER is less than 1% at 85 (out of 108) gathering facilities and less than 0.1% at 19 of them. tnWAFLER exceeded 5% at six gathering facilities (two C and four C/D). Five of these had very low $CH_4$ throughput (<0.5 tonnes/h). The exception is facility #35 (throughput: 7.7 tonnes/h), which was venting a substantial amount of gas when sampling started. At facility #94, which had the highest tnWAFLER (70%) and the lowest throughput ($1.4 \times 10^{-2}$ tonnes/h), a substantial leak from a pipe union was observed.

Median WAFLER and tnWAFLER of the 16 processing plants are 120 kg/h and 0.079%, respectively. With one exception, the processing plants were high $CH_4$ throughput facilities, averaging 250 tonnes/h on the day of measurements (range 1.6–780 tonnes/h; SI B, Table S2). WAFLER at processing plants ranged from 3 to 600 kg/h. tnWAFLER for

processing plants were lower than for gathering facilities, ranging from 0.012% to 0.62% of $CH_4$ throughput.

Partial recovery of lofted emissions is a concern at processing plants, most of which had high flares as well as elevated exhaust stacks, vents, and other components that may emit methane. Using previously mentioned dispersion modeling, we estimate that, under conservative, worst case assumptions, only two (out of 16) processing plants may have >30% bias in WAFLER due to low recovery of uncombusted methane in engine and/or turbine exhaust (facility #'s 123 and 126, SI J). The potential bias due to low recovery of exhaust methane at processing plants is lower than gathering facilities because the majority of the compression power at processing plants in this study was provided by turbines or motors, which have much lower exhaust methane emissions than engines.[16,17] For example, all of the compressors at four other processing plants were driven by either turbines (facility #'s 118, 127, and 129) or motors (facility #125). Therefore, low recovery of exhaust methane for these plants is a small issue despite the fact that all of the tracer flux measurements were performed <0.5 km downwind from these plants, which was not optimal for codispersion of lofted methane and tracers. A larger concern may be methane emissions associated with high flares and elevated vents or leaks, but these have not been investigated by this study.

The cumulative methane emissions rate summed across all 114 gathering facilities in this study was 6300 kg/h with a cumulative tnWAFLER ($\sum$WAFLER/$\sum CH_4$ throughput) of 0.20%. Cumulative methane emissions from all 16 processing plants was 2,700 kg/h, with a cumulative tnWAFLER of 0.075%. Accounting for potential biases in WAFLER due to uncombusted methane emissions from gas-driven engines and turbines only has a small impact on cumulative emissions (SI J). For example, adding the conservative, worst-case estimate of unrecovered exhaust methane to WAFLER would lead to cumulative methane emissions from all gathering facilities to 7400 kg/h, versus 6300 kg/h previously, and increase the cumulative tnWAFLER from 0.2% to 0.24%. Unrecovered exhaust methane emissions from processing plants would increase from 2700 kg/h to 3100 kg/h, and cumulative tnWAFLER would increase from 0.075% to 0.085%. While recovery of methane emissions from high flares or elevated sources common at processing plants is uncertain, it seems unlikely that such emissions could be large enough to significantly alter normalized emissions at high-throughput processing plants.

Five gathering facilities (#4, 28, 32, 100, and 101) had zero throughput, but were still emitting methane (65, 5.1, 1.6, 1.4, and 0.7 kg/h, respectively). The highest WAFLER (65 kg/h) at a zero-throughput facility was attributed to atmospheric venting from two liquids storage tanks via infrared camera survey. Unlike the other zero-throughput facilities, facility #4 was flowing gas before measurements began. Emissions at the other zero throughput facilities were observed from various sources, including venting from a liquids storage tank and an engine fuel purge (facility #28) and a broken hose leading to an nonoperational pressurized (NOP) compressor (facility #32). The only sources of methane emissions observed at facility #101 with the infrared camera were collocated nonpartner equipment (a dehydration unit and a fuel scrubber).

## 4. DISCUSSION

### 4.1. Comparison to Existing G&P Emissions Data.
Relatively little data have been published on methane emissions

DOI: 10.1021/es5052809
Environ. Sci. Technol. 2015, 49, 3219−3227

Article

from G&P facilities. One of the GRI/EPA studies reported methane emissions at seven processing plants in the TX/LA and West regions.[8,18] More recent measurements, using comprehensive onsite measurements (including exhaust methane), have been made at nine processing plants.[19,20] The reported methane emissions rates ranged from 45 to 840 kg/h (this study: 3–600 kg/h $CH_4$). The cumulative throughput-normalized methane emissions rate was 0.16% versus 0.075% for the 16 plants reported here. Higher normalized emission rates were reported in the GRI/EPA study, which also used the tracer flux method. The cumulative methane emissions rate normalized by cumulative plant capacity (throughput data were not given) for the GRI/EPA data was 0.38%. This is likely a lower bound estimate because processing plants may operate below rated capacity.

Even fewer data are available for gathering facilities. The GRI/EPA study measured methane emissions from two gathering facilities of 86 and 120 kg/h (this study: <1 to 700 kg/h $CH_4$). No throughput or capacity data were reported for GRI/EPA facilities, precluding comparison of normalized emission rates. Measurements were performed at seven gathering facilities between 2004 and 2005, but only summary data were reported.[20] The raw data from previous studies are reproduced and additional comparisons are made in SI K.

All of the processing plants included in this study have reported methane emissions to the EPA greenhouse gas reporting program (GHGRP, 40 CFR 98, Subpart W and Subpart C). Valid comparisons of WAFLER to GHGRP are not possible due to a range of issues in how emissions are calculated under GHGRP. For example, GHGRP does not require reporting of all onsite methane emissions sources (including tanks, acid gas removal units, and gas-driven pneumatics); it excludes other sources in certain operating modes, such as rod-packing vents from NOP reciprocating compressors; and it includes blowdown emissions.[21] Furthermore, combustion emissions reported under Subpart-C may not provide a realistic characterization of uncombusted methane from operating engines.[22]

### 4.2. Sources of Methane Emissions.
Figure 3 indicates that there is some relationship between WAFLER and tnWAFLER and facility natural gas throughput. The absolute methane emissions are generally higher at facilities with larger throughput, but the normalized methane emissions rates (tnWAFLER) generally decrease with increasing natural gas throughput. The opposite relationship of WAFLER and tnWAFLER with throughput (Figure 3) indicates that some of the methane emissions are likely independent of throughput. A leak, for example, may emit the same amount of methane whether the facility is at full or partial capacity.

One-third of the variance ($r^2 = 0.38$) in WAFLER is explained by linear regression with throughput, Figure 3(a). Although throughput explains some of the trend in the emissions data, WAFLERs vary by about an order of magnitude at facilities handling similar volumes of gas. This underscores that there are many factors influencing emissions. Numerous noncombustion emissions sources were documented by the onsite observer via infrared camera survey, which was conducted at 108 gathering facilities (infrared cameras were not used at processing plants, which are subject to regular leak detection and repair (LDAR) for regulatory compliance). Observable emissions sources (leaking and/or venting) were noted at 71 out of 108 gathering facilities (SI F, Table S6). This included venting (flashing and off-gassing) from liquids storage





**Figure 3.** (a) WAFLER and (b) tnWAFLER (% $CH_4$ throughput) versus reported natural gas throughput on the day sampling was conducted in log–log scale. The line in (a) is a linear regression of the data.

tanks at 48 facilities, leaking or venting from compression equipment at 42 facilities, and gas pneumatics at 28 facilities.

On the basis of the infrared camera videos and other onsite information, a subset of the observed noncombustion emission sources have been classified as substantial (SI M, Tables S17 and S18). These specific sources appeared to be emitting substantially more methane than other sources of the same type (e.g., valves and vents). Since the infrared camera only provides a qualitative indication of the magnitude of the emissions, classification of a source as substantial also involved discussion with company representatives and, if possible, proximal methane measurements using the mobile laboratory. The onsite observer and/or company representative was often able to identify the substantial emission sources without the aid of an infrared camera.

Venting from liquids storage tanks was the most common noncombustion source classified by the onsite observer. It is normal for some flashing or off-gassing from stored liquids to occur. Tank venting, however, may not have always been caused by an issue with the liquids storage tanks themselves, but to a problem elsewhere on the facility (e.g., the stuck dump valve mentioned earlier) that was connected to the tanks. Of the 48 gathering facilities with observable venting from liquids storage tanks, substantial venting from tanks was observed at 23 (SI M). Abnormal process conditions were identified at six of

DOI: 10.1021/es5052809
Environ. Sci. Technol. 2015, 49, 3219−3227

the 23 facilities. Through the strategic placement of the tracer release locations, the methane emissions rates from liquids storage tanks were estimated at five facilities with substantial venting. These tank-related methane emissions ranged from around 10 to 650 kg/h (SI Table S17). At three gathering facilities (#38, 61, and 76) a company representative made adjustments that had a noticeable impact on tank venting (SI Table S5). Other substantial sources included leaking valves and pipe unions, venting from the dehydrator, and compressor crank case/rod packing vents (SI Table S18). Some of the issues observed in the field (e.g., stuck valves or open thief hatches) that were causing substantial methane venting were addressed by the company representative without interrupting operations. At a few facilities, emissions sources had already been tagged (usually a ribbon) by prior inspections but the issue had not yet been addressed.

Multiple linear least-squares regressions were performed to quantify the contribution of different factors to the WAFLER at gathering facilities (SI M). Only gathering facilities with positive throughput were included in the regression. Variables describing engine and turbine horsepower, facility throughput, and pressure were significant in all models tested. The independent variables in the final regression model were natural log of throughput, delta pressure, and dummy variables for facilities with turbine-driven compressors ($n = 7$) and facilities classified with substantial venting from liquids storage tanks ($n = 22$; one facility with substantial tank venting had zero throughput). Horsepower was not included in the final model because it was highly correlated with throughput, which made the individual contribution of these variables difficult to resolve. The adjusted $r^2$ of this model is 0.67 and the Root Mean Square Error is 0.754 (diagnostic plots in SI M, Figures S8–S11).

For the 22 gathering facilities flagged by the onsite observer for substantial methane emissions from liquids storage tanks, the average WAFLER is 300% higher than nonflagged facilities. In other words, facilities classified as having substantial methane emissions from liquids storage tanks (∼20% of gathering facilities) have around four times the methane emissions than similar, nonflagged facilities.

The regression model also indicates that the WAFLER at facilities with turbine-powered compressors was, on average, 75% lower than at facilities with only engine-powered compressors. The cumulative tnWAFLER among these seven facilities with turbines is <0.01% of $CH_4$ throughput. It is not known if the lower emissions at these facilities were due solely to the use of turbines, which have much less exhaust methane than engines, or if it is indicator for some other characteristics of facilities equipped with turbines. Lower methane emissions were also observed from turbine equipped facilities in the transmission and storage sector.[22]

Finally, the regression model indicates that the WAFLER increased with the pressure difference across the facility. The magnitude of some fugitive leaks scale with pressure. The number of stages of compression also increases with delta pressure.

### 4.3. Distribution of Methane Emissions.
Figure 4 presents cumulative distributions of WAFLER (as a percentage of the total methane emissions) separately for the gathering (C, C/D, C/D/T, D, D/T) facilities and processing plants. Distributions are presented on two bases: facility number (Figure 4(a)) and cumulative $CH_4$ throughput (Figure 4(b)).





**Figure 4.** Skew in the methane emissions data illustrated by cumulative distributions of WAFLER (as a % of total methane emissions) of gathering facilities (black) and processing plants (green) sorted in (a) by WAFLER in descending order and (b) by $CH_4$ throughput (as a % of total) in ascending order. Each tick represents a single facility, and, in (b), the space between ticks represents % of total throughput accounted for by each facility. In (a), more than 80% of emissions come from about 30% of gathering facilities. In (b), the percentage of gathering facilities that contribute 10, 20, and 40% of throughput are indicated by arrows (top left). For example, 76% of the gathering facilities contribute only 20% of the throughput, but account for more than 60% of the emissions. (Included are three C facilities and two C/D facilities that had zero throughput but were still emitting methane.)

The cumulative distributions of WAFLER are skewed, similar to methane emissions data for production wells[23,24] and transmission and storage facilities.[22] In Figure 4(a), the skew is demonstrated by the fact that a minority of facilities contribute to the majority of the emissions. For example, less than 30% of gathering facilities (37 total) are responsible for almost 80% of the total methane emissions. One facility (facility #35) accounts for 10% of total gathering methane emissions. The five zero throughput facilities contributed 1% of the total gathering methane emissions.

Figure 4(b) shows that the emissions are also skewed when viewed from a $CH_4$ throughput basis. There are many low throughput facilities—61% of the facilities only contributed 10% of the total $CH_4$ throughput, but almost 40% of the total gathering methane emissions. At the other end of the distribution, nine facilities accounted for more than 60% of the total gathering throughput, but emissions from these nine facilities were only around 10% of the total gathering methane emissions. Without these nine facilities, the cumulative tnWAFLER of all study gathering facilities would increase

DOI: 10.1021/es5052809
Environ. Sci. Technol. 2015, 49, 3219−3227

from 0.20% to 0.43%. Cumulative distributions for C and C/D gathering facilities are included in SI N.

Normalized emissions from processing plants were generally lower than gathering facilities (Figure 3(b)) and their cumulative distributions of WAFLER less skewed (Figure 4). One factor may be the LDAR programs employed at processing plants, which are intended to reduce emissions. It is also unlikely that a single, high-magnitude leak would go unnoticed at any processing plant because they are typically staffed by an operator at all times. For example, a 1% leak at the average processing plant (250 tonnes/h) would emit more than 2500 kg/h. A single emission source at even a fraction of this magnitude would likely be visible and/or audible, making detection without infrared camera survey possible. Of the 25 facilities with the lowest tnWAFLER, 19 were staffed by full-time operator(s) (8–24 h/day). All of the processing facilities, but only about 14% of gathering facilities, were staffed. The other facilities were checked by their operator at least a few times a week, most daily.

The skewed distributions shown in Figure 4 are important to consider when making national emissions estimates.[25] These data provide insight into the frequency of high emitters (the "fat tail"). However, the sensitivity of the normalized emissions rates presented here to the skewed distributions complicates comparisons to existing GHG inventories. Marchese et al.[10] use these emissions data to estimate the total methane emissions from natural gas gathering and processing in the U.S.

## ■ ASSOCIATED CONTENT

**ⓢ** **Supporting Information**

A, Facility selection process; B, facility information collected by onsite observer; C, summary figures of onsite information; D, nonpartner equipment collocated with study facilities; E, documented changes to equipment and/or facility state(s); F, observations from infrared camera surveys at gathering facilities; G, brief description of tracer flux methodology; H, tracer flux measurements results; I, measurements of intermittent methane release events; J, downwind recovery of exhaust stack methane; K, comparison of facility-level emissions at processing plants; L, multiple linear least-squares regression variables and results; M, summary of high emitters; and N, cumulative distributions for C and C/D facilities. This material is available free of charge via the Internet at http://pubs.acs.org.

## ■ AUTHOR INFORMATION

**Corresponding Author**

*Tel: (412) 268-3657; fax: (412) 268-3348; e-mail: alr@andrew.cmu.edu.

**Present Address**

#Department of Mechanical Engineering, Carnegie Mellon University, 5000 Forbes Avenue, Scaife Hall 402, Pittsburgh, Pennsylvania, 15213.

**Author Contributions**

The manuscript was written through contributions of all authors. All authors have given approval to the final version of the manuscript.

**Funding**

Fiona and Stan Druckenmiller, Heising-Simons Foundation, Bill and Susan Oberndorf, Betsy and Sam Reeves, Robertson Foundation, Alfred P. Sloan Foundation, TomKat Charitable Trust, the Walton Family Foundation, Access Midstream, Anadarko Petroleum Corporation, Hess Corporation, Southwestern Energy, and Williams Corporation.

**Notes**

The authors declare no competing financial interest.

## ■ ACKNOWLEDGMENTS

We thank the sponsors of this work for financial support, technical advice, and access to sites for sampling. The sponsors were Access Midstream, Anadarko Petroleum Corporation, Environmental Defense Fund (EDF), Hess Corporation, Southwestern Energy, and Williams Corporation. Funding for EDF's methane research series, including this work, is provided by Fiona and Stan Druckenmiller, Heising-Simons Foundation, Bill and Susan Oberndorf, Betsy and Sam Reeves, Robertson Foundation, Alfred P. Sloan Foundation, TomKat Charitable Trust, and the Walton Family Foundation. DCP Midstream, while not a financial sponsor, provided site access for one of their processing plants selected at random. Subsequent to the field sampling campaign of this study, the Williams Companies purchased the controlling interest in Access Midstream Partners L.P. ("Access") by acquiring 100% of the general partnership interest of Access. A merger between Access and Williams Partners L.P. is planned to occur in the first quarter of 2015. We also thank the project science advisory panel for valuable feedback: David T. Allen, Garvin Heath, Michael Levi, and James McCarthy. The views and opinions expressed are those of the authors and do not necessarily reflect those of the sponsors or the project science advisory panel. Thanks to Alex Davis (Carnegie Mellon University) for consultation on aspects of the data analysis.

## ■ ABBREVIATIONS

| | |
|---|---|
| FLER | Facility-level emission rate (for the duration of a plume) |
| OP | Operational pressurized (compressor) |
| NOP | Nonoperational pressurized (compressor) |
| NOD | Nonoperation depressurized (compressor) |
| scfm | Standard cubic feet (of gas) per minute at 60 °F and 1 atm |
| WAFLER | Weighted-average facility-level emission rate (of methane) |
| tnWAFLER | Throughput-normalized weighted-average facility level emission rate (of methane) |

## ■ REFERENCES

(1) EPA. *Draft Inventory of US Greenhouse Gas Emissions and Sinks: 1990–2012*; U.S. Environmental Protection Agency: Washington, DC, 2014; http://epa.gov/climatechange/ghgemissions/usinventoryreport.html.

(2) Karion, A.; Sweeney, C.; Pétron, G.; Frost, G.; Michael Hardesty, R.; Kofler, J.; Miller, B. R.; Newberger, T.; Wolter, S.; Banta, R.; et al. Methane emissions estimate from airborne measurements over a western United States natural gas field. *Geophys. Res. Lett.* **2013**, *40* (16), 4393–4397.

(3) Pétron, G.; Frost, G.; Miller, B. R.; Hirsch, A. I.; Montzka, S. A.; Karion, A.; Trainer, M.; Sweeney, C.; Andrews, A. E.; Miller, L.; et al. Hydrocarbon emissions characterization in the Colorado Front Range: A pilot study. *J. Geophys. Res.: Atmos.* **2012**, *117* (D4), D04304.

(4) Pétron, G.; Karion, A.; Sweeney, C.; Miller, B. R.; Montzka, S. A.; Frost, G. J.; Trainer, M.; Tans, P.; Andrews, A.; Kofler, J.; et al. A new look at methane and nonmethane hydrocarbon emissions from oil and natural gas operations in the Colorado Denver-Julesburg Basin. *J. Geophys. Res.: Atmos.* **2014**, *119* (11), 2013JD021272.

DOI: 10.1021/es5052809
Environ. Sci. Technol. 2015, 49, 3219−3227

Environmental Science & Technology Article

(5) Harrison, M. R.; Shires, T. M.; Wessels, J. K.; Cowgill, R. M. *Methane Emissions from the Natural Gas Industry*; Gas Research Institute and Environmental Protection Agency: Washington, DC, 1996.

(6) Czepiel, P. M.; Shorter, J. H.; Mosher, B.; Allwine, E.; McManus, J. B.; Harriss, R. C.; Kolb, C. E.; Lamb, B. K. The influence of atmospheric pressure on landfill methane emissions. *Waste Manage.* **2003**, 23 (7), 593−598.

(7) Lamb, B.; Shorter, J. H.; McManus, J. B.; Kolb, C. E.; Mosher, B. W.; Harriss, R. C.; Allwine, E. J.; Blaha, D.; Siverson, R.; Howard, T.; et al. Development of atmospheric tracer methods to measure methane emissions from natural gas facilities and urban areas. *Environ. Sci. Technol.* **1995**, 29, 1468−1479.

(8) Shorter, J. H.; McManus, J. B.; Kolb, C. E.; Allwine, E. J.; Siverson, R.; Lamb, B. K.; Mosher, B. W.; Harriss, R. C.; Howard, T.; Lott, R. A. Collection of leakage statistics in the natural gas system by tracer methods. *Environ. Sci. Technol.* **1997**, 31, 2012−2019.

(9) Roscioli, J. R.; Yacovitch, T. I.; Floerchinger, C.; Mitchell, A. L.; Tkacik, D. S.; Subramanian, R.; Martinez, D. M.; Vaughn, T. L.; Williams, L.; Zimmerle, D.; et al. Measurements of methane emissions from natural gas gathering facilities and processing plants: measurement methods. *Atmos. Meas. Tech.* **2014**, 7, 12357−12406.

(10) Marchese, A. J.; Zimmerle, D.; Vaugh, T. L.; Martinez, D.; Williams, L. L.; Robinson, A. L.; Mitchell, A. L.; Subramanian, R.; Tkacik, D. S.; Roscioli, J. R.; Herndon, S. C. Methane emissions from United States natural gas gathering and processing. (near submission), **2015**.

(11) U.S. Energy Information Administration, Annual Energy Outlook, (Washington, DC, 2014).

(12) EPA. *Replace glycol dehydration units with methanol injection*; U.S. Environmental Protection Agency,: 2011; http://www.epa.gov/gasstar/documents/methanol_injection.pdf.

(13) Valerus Gas Dehydration. http://www.valerus.com/products-services/production-equipment/gas-dehydration (accessed August 1, 2014).

(14) U.S. Energy Information Administration. *Emissions of Greenhouse Gases in the United States, Appendix E*; U.S. Department of Energy: Washington, DC, 1997.

(15) Seinfeld, J. H.; Pandis, S. N. *Atmospheric Chemistry and Physics: From Air Pollution to Climate Change*; John Wiley & Sons Inc.: New York, 2006.

(16) Theresa, M. S.; Harrison, M. R. *Methane Emissions from Vented and Combustion Sources*; Radian International LLC: 1996.

(17) Kirchgessner, D. A.; Lott, R. A.; Michael Cowgill, R.; Harrison, M. R.; Shires, T. M. Estimate of methane emissions from the U.S. natural gas industry. *Chemosphere* **1997**, 35 (6), 1365−1390.

(18) Shorter, J. H.; McManus, J. B.; Kolb, C. E.; Lamb, B.; Siverson, R.; Allwine, E.; Westberg, H.; Mosher, B.; Harriss, R. *Results of Tracer Measurements of Methane Emissions From Natural Gas System Facilities*; Gas Research Institute: 1995.

(19) Picard, D. J.; M, S.; Ross, B. *Identification and Evaluation of Opportunities to Reduce Methane Losses at Four Gas Processing Plants*; Gas Technology Institute, U.S. Environmental Protection Agency: Des Plaines, IL, 2002; p 141.

(20) National Gas Machinery Laboratory. Clearstone Engineering Ltd.; Innovative Environmental Solutions, I. *Cost-Effective Directed Inspection and Maintenance Control Opportunities at Five Gas Processing Plants and Upstream Gathering Compressor Stations and Well Sites*; U.S. Environmental Protection Agency: 2006; p 74.

(21) U.S. Environmental Protection Agency. *Petroleum and Natural Gas Systems*. In *Final Rule: Subpart W of 40 CFR Part 98*, Washington, DC, 2012.

(22) Subramanian, R.; Williams, L.; Vaughn, T. L.; Zimmerle, D.; Roscioli, J. R.; Herndon, S. C.; Yacovitch, T. I.; Floerchinger, C.; Tkacik, D. S.; Mitchell, A. L.; et al. Methane emissions from natural gas compressor stations in the transmission and storage sector: Measurements and comparisons with the EPA greenhouse gas reporting program. *Environ. Sci. Technol.* **2015**, DOI: 10.1021/es5060258.

(23) Alvarez, R. A.; Pacala, S. W.; Winebrake, J. J.; Chameides, W. L.; Hamburg, S. P. Greater focus needed on methane leakage from natural gas infrastructure. *Proc. Natl. Acad. Sci. U. S. A.* **2012**, 109 (17), 6435−6440.

(24) Pring, M. O.; Oommen, R.; Wilhelmi, J. *City of Fort Worth: Natural Gas Air Quality Study (Final Report)*; Easter Research Group, Inc.: Morrisville, NC, 2011; http://www.epa.gov/ttnchie1/conference/ei20/session6/mpring.pdf.

(25) Brandt, A. R.; Heath, G. A.; Kort, E. A.; O'Sullivan, F.; Pétron, G.; Jordaan, S. M.; Tans, P.; Wilcox, J.; Gopstein, A. M.; Arent, D.; et al. Methane leaks from North American natural gas systems. *Science* **2014**, 343 (6172), 733−735.

(26) Meyer, R. F.; Wallace, L. G.; Wagner, F. J. Geologic provinces code map. *AAPG Bull.* **1991**, 75, (10).

DOI: 10.1021/es5052809
*Environ. Sci. Technol.* 2015, 49, 3219−3227

This is an open access article published under an ACS AuthorChoice License, which permits copying and redistribution of the article or any adaptations for non-commercial purposes.





pubs.acs.org/est

Article

# Methane Emissions from Process Equipment at Natural Gas Production Sites in the United States: Pneumatic Controllers

David T. Allen,*,[†] Adam P. Pacsi,[†] David W. Sullivan,[†] Daniel Zavala-Araiza,[†,∇] Matthew Harrison,[‡] Kindal Keen,[‡] Matthew P. Fraser,[§] A. Daniel Hill,[∥] Robert F. Sawyer,[⊥] and John H. Seinfeld[#]

[†]Center for Energy and Environmental Resources, University of Texas at Austin, 10100 Burnet Road, Building 133, M.S. R7100, Austin, Texas 78758, United States

[‡]URS Corporation, 9400 Amberglen Boulevard, Austin, Texas 78729, United States

[§]School of Sustainable Engineering and the Built Environment, Arizona State University PO Box 875306, Tempe, Arizona 85287, United States

[∥]Department of Petroleum Engineering, Texas A&M University, 3116 TAMU, College Station, Texas 77843-3116, United States

[⊥]Department of Mechanical Engineering, Mail Code 1740, University of California, Berkeley, California 94720-1740, United States

[#]Department of Chemical Engineering, California Institute of Technology, M/C 210-41, Pasadena, California 91125, United States

Ⓢ *Supporting Information*

**ABSTRACT:** Emissions from 377 gas actuated (pneumatic) controllers were measured at natural gas production sites and a small number of oil production sites, throughout the United States. A small subset of the devices (19%), with whole gas emission rates in excess of 6 standard cubic feet per hour (scf/h), accounted for 95% of emissions. More than half of the controllers recorded emissions of 0.001 scf/h or less during 15 min of measurement. Pneumatic controllers in level control applications on separators and in compressor applications had higher emission rates than controllers in other types of applications. Regional differences in emissions were observed, with the lowest emissions measured in the Rocky Mountains and the highest emissions in the Gulf Coast. Average methane emissions per controller reported in this work are 17% higher than the average emissions per controller in the 2012 EPA greenhouse gas national emission inventory (2012 GHG NEI, released in 2014); the average of 2.7 controllers per well observed in this work is higher than the 1.0 controllers per well reported in the 2012 GHG NEI.



## ■ INTRODUCTION

Natural gas production in the United States is increasing; the U.S. Energy Information Administration projects that by 2040, total natural gas production in the United States will increase by 40%.[1] With increased production, natural gas is displacing other fuels,[2] and this fuel switching has implications for greenhouse gas emissions.

Natural gas may have a lower greenhouse gas footprint than other, more carbon intensive, fossil fuels (coal and petroleum), since the carbon dioxide emissions associated with natural gas combustion are less than those associated with the combustion of coal and petroleum. For example, for identical heat releases on combustion, natural gas generates less than half of the carbon dioxide emissions of a typical coal.[3] The greenhouse gas benefits of natural gas relative to other fossil fuels may be eroded, however, by natural gas leaks in the supply chain. Methane, the principal component of natural gas, is a potent, but short-lived greenhouse gas. Because one kg of methane emissions is equivalent to between 28 and 120 kg of $CO_2$ emissions, depending on the time scale over which impacts are

assessed (100-year to immediate time horizons),[4,5] methane emissions in the natural gas supply chain amounting to more than a few percent of natural gas use can change the greenhouse gas footprint of natural gas, relative to other fossil fuels.[5−9] Thus, to characterize the greenhouse gas footprint of natural gas, it is important to determine the magnitude of methane emissions in the natural gas supply chain.[10]

Methane emissions in the natural gas supply chain have been estimated using two basic approaches, commonly referred to as top-down and bottom-up approaches. Top-down approaches for estimating methane emissions from the natural gas supply chain involve measuring ambient concentrations of methane near emission sources. These concentrations can be measured using fixed ground monitors,[11,12] mobile and vehicle mounted ground monitors,[13,14] aircraft based instruments[15−17] or

Received:    August 18, 2014
Revised:    November 11, 2014
Accepted:    November 21, 2014
Published:    December 9, 2014

**Environmental Science & Technology**

Table 1. Sample Population, Categorized by Controller Application and Region (AP= Appalachian; GC = Gulf Coast; MC = Mid-Continent; RM = Rocky Mountain)

| region | separator | number of controllers sampled, categorized by application | | | | | | | total |
|--------|-----------|--------------|------------|----------|--------------|---------------------|-------|-------|-------|
| | | process heater | compressor | wellhead | plunger lift | dehydration system | flare | sales | |
| AP | 14 | 13 | 0 | 24 | 1 | 0 | 0 | 0 | 52 |
| GC | 73 | 0 | 13 | 11 | 7 | 17 | 1 | 1 | 123 |
| MC | 48 | 11 | 7 | 0 | 11 | 0 | 0 | 0 | 77 |
| RM | 51 | 21 | 0 | 32 | 11 | 8 | 2 | 0 | 125 |
| total | 186 | 45 | 20 | 67 | 30 | 25 | 3 | 1 | 377 |

satellite instruments.[18] Brandt et al.[19] and Miller et al.[20] have summarized recent top-down estimates of methane emissions and conclude that top-down emission estimates are generally higher than current bottom-up inventories of methane emissions, and some of this difference may be due to methane emissions from the natural gas supply chain. However, these analyses do not reveal which of the many potential sources of methane emissions along the natural gas supply chain might be incorrectly estimated.

Complementing top-down measurements, bottom-up measurements of methane emissions are made directly at the emission sources. In this approach, emission measurements are made at a representative sample of sources; the measurements from the sample population are then extrapolated to larger regional or national populations. The advantage of "bottom-up" approaches is that they can gather much more detail about the emission sources, and therefore can identify which source categories, among many, are responsible for emissions. For example, Allen, et al.[21] concluded that emissions from well completion flowbacks are overestimated, while emissions from pneumatic controllers may be underestimated, in current inventories of emissions. Both top-down and bottom-up approaches can contribute to an improved understanding of methane emissions from the natural gas supply chain. The work reported here uses bottom-up measurements to improve understanding of emissions from pneumatic controllers on natural gas production sites.

Pneumatic controllers use gas pressure to control the operation of mechanical devices, such as valves. The valves, in turn, control process conditions such as levels, temperatures, and pressures. When a pneumatic controller identifies the need to change liquid level, pressure, temperature or flow, it will open or close a control valve in order to return to a desired set point. The opening and closing of the valve can occur either through discrete (on/off) changes, or through changes that are proportional in magnitude to the deviation from the set point (throttling). Controllers can deliver this type of service (on/off and throttling) through either continuously venting or intermittent venting of gas. Thus, controllers can be grouped into four categories, depending on the type of service (on/off or throttling) and the type of venting (continuous or intermittent). In estimating emissions, the U.S. EPA uses the categories of low continuous bleed (<6 scf/h of gas vented), high continuous bleed (>6 standard cubic feet per hour (scf/h) of gas vented) and intermittent controllers.[22] Finally, controllers can also be categorized based on equipment manufacturer, model number, and the type of application (e.g., separator level control) in which they are used. In this work, the primary categorization of controllers will be either continuous vent or intermittent vent based on the pattern observed during measurement; data on applications, service

types, and EPA categorization for the controllers sampled in this work are provided in Supporting Information (SI).

The U.S. EPA[22] reports 477 606 pneumatic controllers are in use at natural gas production sites in the United States. These controllers are estimated to emit 334 Gg/yr of methane (17.4 billion cubic feet (bcf) methane), for an average of 0.7 Mg device$^{-1}$ yr$^{-1}$ or 4.2 scf/h methane device$^{-1}$. These estimated emissions from pneumatic controllers have been based on relatively limited measurements;[23] recent field measurements have suggested that these emissions may be understated.

Allen et al.[21] made measurements of emissions from 305 pneumatic controllers on well sites in the United States where the wells had been hydraulically fractured. Average emissions were 10.5 scf/h of methane, approximately double the average emission rate per device in the current EPA national emission inventory. Measurements of emissions from 581 pneumatic controllers, made in British Columbia and Alberta, averaged 9.2 scf/h of whole gas,[24] an emission rate similar to that reported by Allen et al.[21] In both of these studies, emissions from controllers exhibited wide ranges. In both sets of measurements, a small subset of controllers accounted for most of the emissions.

While the measurements at hydraulically fractured gas wells in the United States[21] and the measurements in British Columbia and Alberta[24] recorded emissions higher than the average emissions per device in the EPA national emission inventory, the sampled populations for these two sets of measurements were not necessarily broadly representative of U.S. national populations of pneumatic controllers. The measurements reported by Allen et al.[21] were made exclusively in shale gas production regions, and at sites where the wells had been hydraulically fractured. Many of the sites were recently completed wells, which initially tend to have higher liquid production rates, and therefore may have more frequent actuation of certain types of pneumatic devices than the average for the entire population of gas wells in the United States, leading to potentially higher emissions. The Canadian measurements[24] were made exclusively in one production region and on devices with manufacturer specified emission rates in excess of 4.2 scf/h.

The goals of the work presented here were (i) to measure emissions from pneumatic controllers at a wider population of wells, geographically distributed across the United States, including conventional gas wells, shale gas wells and a limited number of oil wells, and (ii) to characterize the features of the controllers with high emissions, which previous work[21,24] has found to be the major contributor to emissions.

## ■ MATERIALS AND METHODS

**Sampled Population.** A total of 377 pneumatic controllers were sampled at 65 sites (some with multiple wells) throughout the United States (an average of 5.8 pneumatic controllers per

**Environmental Science & Technology**  `Article`



**Figure 1.** Representative time series for supply gas measurements for intermittent vent (left) and continuous vent (right) controllers; the intermittent vent controller (RB02-PC05) had a total of five actuations during the sampling period and an average emission rate, over the 15 min period of 7.9 scf/h; the continuous vent controller (RB01-PC04) had nearly constant emissions of 8.0 scf/h.

site, 2.7 controllers per well). Measurements were made primarily at natural gas production sites (351 of 377 controllers), and at a limited number of oil sites (26 controllers). Because the definitions of oil and gas wells vary, largely depending on gas to oil production ratios, the data will be treated as a single set. Sampling sites were selected from well sites owned by companies participating in the study using a process designed to yield a random sampling of participant sites (see SI, Section S1). For each well site that was visited, all controllers on the site were sampled using supply gas meters, unless operating conditions, safety issues or other factors prevented sampling. A total of 333 controllers had measurements made using the supply gas meters; 97 controllers could not be measured using the supply gas meter; of the 97 that were not sampled with the supply gas meter, 44 were sampled using exhaust gas measurements, leading to a total of 377 controllers in the sampled population. The applications that the controllers were used in (e.g., separator level control, compressor pressure control) are shown in Table 1. Details of the regions, device types, associated well types, operating methods and other characteristics of each of the 377 controllers sampled in this work are provided in SI, Section S4.

**Emission Measurement Methods.** Emissions from pneumatic controllers can be determined either by measuring the supply of gas entering the controller or by measuring the gas discharged from the controller. Both approaches were used in this work, and since there is no accumulation of gas in the controller, both measurement approaches should lead to equivalent measurements, if there are no leaks in the equipment downstream of the controller.

Measurements of the gas entering the controller were made by one of three Fox flow meters (model #FT2A); flow meters were inserted into the supply gas line for the controller. This supply gas measurement was the primary measurement method used in this work, and was used to measure emission rates on 333 of the 377 controllers in the sample population (the remainder were sampled by measuring gas emitted by the controller using a HiFlow Sampler described later in this section, see SI for comparisons between the supply gas and exhaust gas measurements). The flow meters reported flows at a sampling frequency of 10 Hz. Two of the Fox model #FT2A

instruments (labeled A and C in this study) had a range of operation of 0−300 scf/h, with a precision of ±1% of flow, and the third Fox model #FT2A (labeled B in this study) had a range of operation of 0−1200 scf/h, with a precision of ±1% of flow. The Fox model #FT2A instruments A and C were used whenever possible because of their greater absolute precision, however, if any instantaneous reading on the A or C Fox model #FT2A was greater than 300 scf/h, the measurement on the pneumatic device was repeated with the B meter to ensure that high leak rates were measured accurately. This happened only once during the measurement campaign, and for this single controller, the flow exceeded 300 scf/h only during a few seconds when the flow from an actuation was peaking (average whole gas flow rate over 15 min of sampling was 3.06 scf/h, a value lower than the average emissions per controller in the sampled population). A repeat test with the B instrument did not detect any actuations.

For each controller measurement using the supply gas flow meter, a site operator depressurized and disconnected the controller supply gas line; the flow meter was inserted and the system was reconnected, repressurized, and allowed to stabilize for several minutes before measurements began. Once the system had stabilized, measurements were made for approximately 15 min. Longer sampling times may have allowed a more complete measurement of emission rates from devices with relatively fewer controller actuations, but would have limited the number of controllers that could be sampled. Figure 1 shows representative 15 min emission time series for pneumatic controllers measured using the supply gas measurement.

All three Fox flow meters were calibrated by the instrument manufacturer and in laboratory testing, using methane. The instruments measure flow based on a thermal conductivity measurement. In this work, since gas composition information was available for each site where measurements were made, site specific correction factors were employed to estimate methane and whole gas emission rates. The method is described in SI Section S2. Results in this work are reported as both methane and whole gas emission rates, based on site specific gas composition data.

dx.doi.org/10.1021/es5040156 | Environ. Sci. Technol. 2015, 49, 633−640

**Environmental Science & Technology**　　　　　　　　　　　　　　　　　　　　　　　　　**Article**

For some pneumatic controllers, it was not possible or safe to disrupt the supply gas to insert the supply gas flow meter, so exhaust gas measurements were used as the primary measurement on that subset of devices. Exhaust gas flow rate was measured using a Hi Flow instrument similar to that described by Allen et al.[21] Briefly, the Hi Flow Sampler is a portable, intrinsically safe, battery-powered instrument that has been used for several decades in measuring emissions of methane in the natural gas supply chain.[25−27] An emission source is enclosed, using attachments that come with the instrument; leak rate is measured by drawing air from the enclosure, through the sampler, at a high flow rate (up to 8−10 cfm) to capture all the gas emitted by the component, along with a certain amount of entrained surrounding air. By accurately measuring the flow rate of the sampled stream and the background corrected natural gas concentration within the sampled stream, the gas leak rate is calculated. Methane is measured, at concentrations less than approximately 5%, by a catalytic oxidizer unit coupled with a thermal conductivity detector. At methane concentrations greater than approximately 5%, concentrations are measured directly using a thermal conductivity detector. The instrument was calibrated using pure methane and a mixture containing 2.5% methane. The instrument reading based on the methane calibration was corrected for gas composition using site specific gas composition data and laboratory data, as described in SI Section S2. The commercial Hi Flow instrument is designed primarily to measure methane leaks that have a relatively steady flow and flow rates are not normally automatically recorded at high frequency. For this work, the instrument software was modified by the manufacturer to output data every 2−3 s. A 0.3−0.5 Hz reporting frequency was selected based on residence times expected in the leak enclosures at the maximum flow rate of the Hi Flow device (at a 10 cubic feet per minute sample flow, gas in a 1 ft³ sample enclosure has a residence time of 6 s). As with the in-line supply gas measurement, Hi Flow data were collected for approximately 15 min for each controller. A time series from the Hi Flow device, along with a parallel measurement made using a supply gas meter, is shown in Figure 2. The Hi Flow device, because it entrains ambient air in a long sample loop, dampens some of the peak rate. Therefore, the Hi Flow is not able to resolve high frequency actuations as well as the in-line supply measurement. For 24 controller measurements, both supply gas and Hi Flow measurements were made to compare the two measurement methods (for these controllers, the supply gas flow was treated as the primary measurement). The detailed results are provided in SI Section S3. To summarize, 11 of the 24 simultaneous measurements had emissions of less than 0.005 scfh (46%), as recorded by the in-line supply gas meter (the primary measurement device). For five devices which had an average emission rate greater than 6 scfh (measured by the supply gas meter) the supply gas meter to Hi Flow measurement ratio was between 0.7 and 1.1.

### ■ RESULTS AND DISCUSSION

Methane emissions from 377 controllers were measured in this work and details of each of the individual measurements are available in SI Section S4. A relatively small subset of devices accounts for a majority of the emissions. At the high end of the emission rate distribution, 20 percent of devices accounted for 96% of whole gas and methane emissions. The 19% of devices that had emissions in excess of 6 standard cubic feet whole gas



**Figure 2.** Comparison of supply gas meter (blue line) and Hi Flow measurements (red line) for device LB07-PC04, which was a water level control on a separator. The average emission rate measured by the supply gas meter was 27.0 scf/h as compared to 33.9 scf/h measured by the Hi Flow. Note that the time lag, longer period of emission detection, and the reduced maximum flow rate associated with the Hi Flow measurement is expected because of the dilution that occurs with ambient air in the exhaust enclosure and the flow through the instrument.

per hour (scf/h) accounted for 95% of all whole gas and methane emissions. At the low emission rate end of the distribution, more than half (51%) of the controllers had an emissions rate less than 0.001 scf/h over the 15 min sampling period; 62% had an emissions rate less than 0.01 scf/h over the 15 min sampling period.

The average emission rate for the 377 devices is 5.5 scf/h of whole gas (4.9 scf/h of methane), however, this average emission may be influenced by the estimated emission rates for devices that had no emissions over the 15 min sampling period. If the devices with no emissions detected over 15 min are assigned the lowest emission rate detected (0.001−0.01 scf/h), there is no change in the average emission rate. However, using this minimum detection limit approach may underestimate potential emissions for devices that had little to no detectable emissions over 15 min. Some of these devices may have relatively infrequent actuations that were not sampled. In principle, any device actuating less than four times per hour may not have been detected over a 15 min sampling period. To estimate the emissions from devices with no emissions detected over a 15 min sampling period, the average emission per actuation was calculated for controllers in each application. The average emissions per actuation were multiplied by an estimated frequency of actuation. For example, for separator level controllers, the average volume per actuation was estimated by averaging observed volumes per actuation for separator level controllers; the average frequency of actuation for devices, for which no actuations were observed, was estimated by extrapolating observed actuation frequency data for controllers in separator level control service. A variety of assumptions can be made in extrapolating actuation frequencies. Details of a variety of approaches are available in SI Section S5. Using a variety of approaches, the estimated average emissions associated with devices with no emissions recorded over a 15 min sampling increases the population average emissions by 2−11%. Because this increase is relatively small, for clarity, all of the data reported in this work are based on

**Table 2. Whole Gas Emissions from Controllers (scf/h), Categorized by Region and Application[a]**

| region | all devices | average whole gas emission rates from controllers (scf/h), categorized by the application | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | separator | process heater | compressor | wellhead | plunger lift | dehydration system | flare | sales | avg. w/o compressors |
| AP | 1.7 | 0.3 | 1.3 | | 2.8 | 0.0 | | | | 1.7 |
| GC | 11.9 | 16.3 | | 10.6 | 0.0 | 7.3 | 4.3 | 0.0 | 0.0 | 12.0 |
| MC | 5.8 | 4.9 | 0.0 | 20.2 | | 6.5 | | | | 4.4 |
| RM | 0.8 | 1.5 | 0.2 | | 0.4 | 0.1 | 0.0 | 0.0 | | 0.8 |
| average | 5.5 | 8.1 | 0.5 | 14.0 | 1.2 | 4.1 | 3.0 | 0.0 | 0.0 | 5.0 |

[a]Numbers of devices sampled in each category are reported in Table 1.

actual measurements, not including additions to the emissions for devices with low (0.001−0.01 scf/h) observed emissions.

To estimate an uncertainty bound on the overall average, a bootstrapping process was used.[28] In the bootstrapping procedure, the original data set of 377 devices was recreated by making 377 random device selections, with replacement, from the data set. A total of 1000 of these resampled data sets were created and the mean value of the emissions for each resampled data set was determined. The 95% confidence interval for the average whole gas emission estimate of 5.5 scf/h is 4.0−7.2 scf/h, where the bounds represent the 2.5% and 97.5% percentiles of the means in the 1000 resampled data sets. Similarly, the 95% confidence interval for the average methane emissions estimate of 4.9 scf/h is 3.6−6.5 scf/h.

The measurements showed significant variations among regions, the controller application, and whether the device was continuous vent or intermittent vent. Table 2 summarizes the distribution of emission rates among controllers in various applications, and shows the regional distribution of controller emissions. Measurements made on pneumatics in service on compressors had average emission rates of 14.0 scf/h (12.4 scf/h methane), compared to an average whole gas emission rate of 5.5 scf/h (4.9 scf/h methane) for all devices. Devices in use for level control on separators averaged 8.1 scf whole gas/h (7.1 scf methane/h). Overall, 76% of devices measured with whole gas emission rates greater than 6 scf/h were in service on compressors or as level controllers on separators. Emission rates for continuous vent controllers (57 devices, average emissions of 24.1 scf/h whole gas, 21.8 scf/h methane) were higher than for intermittent vent devices (2.2 scf/h whole gas, 1.9 scf/h methane).

In addition to varying by application and controller type (continuous vent or intermittent vent), emissions also varied by region. Emissions were highest in the Gulf Coast and Mid-Continent regions and were lowest in the Rocky Mountain and Appalachian regions (see SI, Section S4, for geographical boundaries of regions). Controllers on compressors, with high average emissions, were only observed on sampling sites in the Gulf Coast and Mid-Continent regions, so some of the regional differences can be attributed to the presence of compressors. As shown in Table 2, however, if average emissions by region are recalculated without including controllers associated with compressors, the Gulf Coast and Mid-Continent regions still had average emissions greater than those observed in the Rocky Mountain and Appalachian regions.

Another factor that may account for regional differences in emission rates is frequency of actuation. For example, controllers on separators in the Gulf Coast could actuate more frequently due to higher liquid production rates, which could explain higher emission rates in that region. However, the frequencies of actuation for the devices in Gulf Coast were similar to those in most other regions, indicating a larger

emission per actuation for the devices in the Gulf Coast, rather than more frequent actuation. In contrast, the Appalachians showed a considerably higher frequency of actuations and a smaller emission rate, indicating a smaller emission per actuation for those devices (Table 3). Thus, regional differences

**Table 3. Frequency of Actuations and Emissions from Intermittent Vent Controllers Where Actuations Were Observed, Categorized by Region**

| region | count of devices | frequency of actuations (#/min) | avg. emission rate (scf/h) |
|---|---|---|---|
| AP | 8 | 2.42 | 4.85 |
| GC | 30 | 0.37 | 20.5 |
| MC | 17 | 0.93 | 5.05 |
| RM | 25 | 0.43 | 1.72 |
| total | 80 | average: 0.73 | average: 9.76 |

in pneumatic controller emission rates cannot be completely explained by frequency of actuation of controllers, or by controllers associated with compressors and separator level control (Table 2); much of the difference may be due to differences in controller type (continuous vent vs intermittent vent) among regions. Continuous vent devices, with average whole gas emissions of 24.1 scf/h, were 21% of the controllers in the Gulf Coast and Mid-Continent regions, but only 9% in the Appalachian and Rocky Mountain regions.

This data set of emissions from pneumatic devices has elements that are similar to and different from the previous data sets reported for the United States,[21] and for British Columbia and Alberta.[24] The primary similarity is that all three data sets indicate that a small population of devices dominates total emissions. In this work, 19% of devices with emissions greater than 6 scf/h of whole gas account for 95% of the whole gas and methane emissions. In the previous measurements reported by Allen et al.,[21] 20% of devices account for 80% of the whole gas emissions and 41% of devices with emissions greater than 6 scf/h of whole gas, account for 90% of the whole gas emissions (88% of the methane emissions). In the measurements for British Columbia and Alberta[24] (referred to here as the British Columbia data), which were restricted to pneumatic devices with manufacturer reported bleed rates greater than 4.2 scf/h, 44% of devices with emissions greater than 6 scf/h accounted for 91% of emissions. Both the British Columbia data and the measurements reported in this work had large numbers of devices for which no emissions were detected during the sampling period. For the British Columbia data (again, focused on devices with manufacturer reported bleed rates in excess of 4.2 cfh), 31% of measurements had no detectable emissions over a 30 min sampling period; in this work 62% of devices had emissions less than 0.01 scf/h over the 15 min sampling period.

**Environmental Science & Technology**                                                   `Article`



**Figure 3.** Distributions of emissions for subsets of controllers (38% of devices measured in this work) venting greater than 0.01 scf/h (left) and subsets of controllers venting greater than 6 scf/h of whole gas (right) as reported in this work (the 19% of devices that account for 95% of emissions) and Allen et al.[21]

The overall average emission rates reported in this work are lower than the previous data sets reported by Allen et al.[21] for the United States, and for British Columbia and Alberta.[24] For the British Columbia data this can be attributed to the sampling design for that data set, which selected devices with manufacturer reported bleed rates in excess of 4.2 scf/h. These controller types tend to be found in particular applications. When the emissions from the British Columbia data set are compared to the emissions reported in this work, for devices in similar applications, the results are in reasonable agreement. For example, for the separator controllers that were the most frequent application observed in this work, the British Columbia data report an average emissions rate of approximately 7.8 scf/h (level control) while the average for this work was 8.1 scf/h (separator application).

The lower average emission rates reported in this work, compared to those reported by Allen et al.[21] is primarily due to the number of controllers with no emissions detected over the sampling period. Figure 3 compares emission rates for controllers sampled in this work, with emissions rates reported by Allen et al.[21] The results show reasonable agreement between the two studies for controllers with emissions above 6 scf/h. These controllers accounted for 95% of the emissions in this work and 90% of the emissions in the sample reported by Allen et al. (2013).

The primary reason for the differences in the average emission rates reported in this work and in Allen et al.[21] is the higher percentage of low emission devices (<0.01 scf/h) observed in this work. This could be due to multiple factors. In this work, all controllers on-site were sampled, regardless of whether they would be reported through emission inventories. For example, emergency shut-down (ESD) controllers represented 12% of the sampled population in this work. These controllers do not have planned actuations, so they would not have been sampled in the work of Allen et al.,[21] and they may or may not be included in controller counts in national emission inventories. In addition, in the work of Allen et al.[21] about 40% of the inventoried controllers on sites were sampled; while these were intended to be selected randomly from inventoried controllers, there may have been an

unintentional bias toward devices that were observed, with an infrared camera, to have emissions.

**Implications for National Emission Estimates.** As shown in Table 4, if regional average emission rates determined

**Table 4. National Emission Estimates, Based on Regional Device Counts for Pneumatic Controllers and Regional Average Emissions Measured in This Work**

| region | count of devices | avg. emission rate whole gas(scfh) | avg. emission rate methane (scfh) | regional emissions (Gg/yr) |
|---|---|---|---|---|
| AP | 77 261 | 1.70 | 1.65 | 21.5 |
| GC | 53 436 | 11.80 | 10.61 | 95.4 |
| MC[a] | 222 684 | 5.80 | 4.87 | 182.5 |
| RM[b] | 124 225 | 0.75 | 0.67 | 14.0 |
| total | 477 606 | | | 313.4 |

[a]MC totals include equipment counts for Mid-Continent and Southwest regions reported in the 2012 EPA GHG NEI. [b]RM totals include equipment counts for Rocky Mountain and West Coast regions reported in the 2012 EPA GHG NEI.

in this work are multiplied by regional controller counts reported in the 2012 EPA national greenhouse gas emission inventory (2012 GHG NEI, released in 2014), the national methane emission estimate for pneumatic controllers in natural gas service is 313 Gg/yr (within 10% of the 2012 GHG NEI estimate of 334 Gg). If the national average of the emission rates measured in this work (5.5 scf/h of whole gas, or 4.9 scf/h of methane) is multiplied by the total national equipment count in the 2012 GHG NEI (477 606 controllers) the national methane emission estimate is 394 Gg/yr, 17% higher than the 2012 GHG NEI estimate of 334 Gg. Adding an additional 2−11% to the estimated emission totals to account for potential emissions from controllers that had less than 0.01 scf/h of emissions over 15 min, would only slightly change these comparisons with the 2012 GHG NEI. This estimate may represent a lower bound on national emissions, however, since the average emissions per controller observed in this work includes some low- or nonemitting devices, such as ESD controllers, that may not be included in the count of national controllers. If the average emissions per controller from this

work were recalculated with ESD controllers excluded, the average emissions would increase by approximately 15% (see SI, Section S7).

The inclusion or exclusion of ESD controllers in national pneumatic controller counts is just one part of the uncertainty associated with the total count of controllers. The average number of controllers per well observed in this work (2.7 controllers per well) was higher than the average number of controllers per well (1.0 controllers per well) reported in the 2012 GHG NEI, potentially indicating an under-count of controllers in the GHG NEI. Some of the difference between the controllers per well observed in this work and the average pneumatic controllers per well in the GHG NEI is due to wells that use mechanical or other nonpneumatic controllers; as an example of how an alternative controller count could influence national emission estimates, if 75% of wells in the United States have an average of 2.7 pneumatic controllers per well (the remainder having nonpneumatic controllers), and if 75% of the controllers on well sites are inventoried as having emissions, the total count of pneumatic controllers would double the level in the current inventory, roughly doubling emissions to 600 Gg (see SI). It was beyond the scope of this work to develop new national pneumatic controller counts, but the data reported here indicate that this is a topic that merits attention.

**Characteristics of High Emitting Devices.** Because average emissions are strongly influenced by the highest emitting devices, the characteristics of the 40 controllers with highest emissions rates were examined in detail by experts in pneumatic device operation. These characterizations included the service type, region of use, device type, the numbers of actuations and other temporal features of the emission time series. Based on these analyses, many of the devices in the high emitting group were behaving in a manner inconsistent with the manufacturer's design. For example, some devices not designed to bleed continuously had continuous emissions. This could be the result of a defect in the system, such as a crack or hole in the end-device's (control valve's) diaphragm actuator, or a defect in the controller itself, such as fouling or wear. No additional troubleshooting analysis was performed on these high emitters, so the actual root causes are not known with certainty. The results, however, do indicate that some of the high emissions were caused by repairable issues. Details are provided in the SI (Section S8).

### ■ ASSOCIATED CONTENT

**ⓢ Supporting Information**

Additional material as described in the text. This material is available free of charge via the Internet at http://pubs.acs.org/.

### ■ AUTHOR INFORMATION

**Corresponding Author**

*Phone: 512-475-7842; e-mail: allen@che.utexas.edu.

**Present Address**

∇Environmental Defense Fund, 301 Congress Avenue, Suite 1300 Austin, Texas 78701

**Notes**

The authors declare the following competing financial interest(s): Lead author David Allen serves as chair of the Environmental Protection Agencys Science Advisory Board, and in this role is a paid Special Governmental Employee. He is also a journal editor for the American Chemical Society and has served as a consultant for multiple companies, including Eastern Research Group, ExxonMobil, and Research Triangle Institute. He has worked on other research projects funded by a variety of governmental, nonprofit and private sector sources including the National Science Foundation, the Environmental Protection Agency, the Texas Commission on Environmental Quality, the American Petroleum Institute and an air monitoring and surveillance project that was ordered by the U.S. District Court for the Southern District of Texas. Adam Pacsi and Daniel Zavala-Araiza, who were graduate students at the University of Texas at the time the work in this paper was done, have accepted positions at Chevron Energy Technology Company and Environmental Defense Fund, respectively. John Seinfeld served as a consultant for Shell in 2012. A. Daniel Hill owns ExxonMobil, BP, and ConocoPhillips stock, serves on the Advisory Board for Sanchez Oil and Gas, for which he is compensated, and has been a consultant for Schlumberger and numerous oil and gas operating companies..

### ■ ACKNOWLEDGMENTS

We thank the sponsors of this work for financial support, technical advice and access to sites for sampling. The sponsors were Environmental Defense Fund (EDF), Anadarko Petroleum Corporation, BG Group plc, Chevron, ConocoPhillips, Encana Oil & Gas (USA) Inc., Pioneer Natural Resources Company, SWEPI LP (Shell), Southwestern Energy, Statoil, and XTO Energy, a subsidiary of ExxonMobil. Funding for EDF's methane research series, including the University of Texas study, is provided for by Fiona and Stan Druckenmiller, Heising-Simons Foundation, Bill and Susan Oberndorf, Betsy and Sam Reeves, Robertson Foundation, Alfred P. Sloan Foundation, TomKat Charitable Trust, and the Walton Family Foundation. We thank the experts who reviewed the data on high emitting devices.

### ■ REFERENCES

(1) US Energy Information Administration. *Annual Energy Outlook*; U.S. Department of Energy: Washington D.C, 2014.

(2) Energy Information Administration. *Annual Electric Generation Data*, January 2013. U.S. Department of Energy, Washington, DC, 2013; www.eia.doe.gov/cneaf/electricity/page/eia860.html.

(3) Allen, D. T. Atmospheric emissions and air quality impacts from natural gas production and use. *Annu. Rev. Chem. Biomol. Eng.* **2014**, *5*, 55−75.

(4) Intergovernmental Panel on Climate Change. *Fifth Assessment Report*; Intergovernmental Panel on Climate Change: Geneva, 2014.

(5) Alvarez, R. A.; Pacala, S. W.; Winebrake, J. J.; Chameides, W. L.; Hamburg, S. P. Greater focus needed on methane leakage from natural gas infrastructure. *Proc. Natl. Acad. Sci. U.S.A.* **2012**, *109*, 6435−6440.

(6) Hayhoe, K.; Kheshgi, H. S.; Jain, A. K.; Wuebbles, D. J. Substitution of natural gas for coal: Climatic effects of utility sector emissions. *Clim. Change* **2002**, *54*, 107−139.

(7) Lelieveld, J.; Lechtenböhmer, S.; Assonov, S. S.; Brenninkmeijer, C. A. M.; Dienst, C.; Fischedick, M.; Hanke, T. Low methane leakage from gas pipelines. *Nature* **2005**, *434*, 841−842.

(8) Wigley, T. M. L. Coal to gas: The influence of methane leakage. *Clim. Change* **2011**, *108*, 601−608.

(9) MacKay, D. J. C.; Stone, T. *Potential Greenhouse Gas Emissions Associated with Shale Gas Extraction and Use*; Department of Energy and Climate Change: London, September 9, 2013.

(10) Laurenzi, I. J.; Jersey, G. R. Life cycle greenhouse gas emissions and freshwater consumption of Marcellus Shale Gas. *Environ. Sci. Technol.* **2013**, *47*, 4896−4903.

(11) Zavala-Araiza, D.; Sullivan, D. W.; Allen, D. T. Atmospheric hydrocarbon emissions and concentrations in the Barnett Shale natural gas production region. *Environ. Sci. Technol.* **2014**, *48*, 5314−5321.

Environmental Science & Technology    **Article**

(12) Katzenstein, A. S.; Doezema, L. A.; Simpson, I. J.; Blake, D. R.; Rowland, F. S. Extensive regional atmospheric hydrocarbon pollution in the southwestern United States. *Proc. Natl. Acad. Sci. U.S.A.* **2003**, *100*, 11975−11979.

(13) Herndon, S. C.; Floerchinger, C.; Roscioli J. R.; Yacovitch, T. I.; Franklin, J. F.; Shorter, J. H.; Kolb, C. E.; Subramanian, R.; Robinson, A. L.; Molina, L. T.; Allen, D. Measuring methane emissions from industrial and waste processing sites using the dual tracer flux ratio method. In *Annual Meeting the American Geophyscial Union*, San Francisco, December 2013.

(14) Herndon, S. C.; Jayne, J. T.; Zahniser, M. S.; Worsnop, D. R.; Knighton, B.; Alwine, E.; Lamb, B. K.; Zavala, M.; Nelson, D. D.; McManus, J. B.; Shorter, J. H.; Canagaratna, M. R.; Onasch, T. B.; Kolb, C. E. Characterization of urban pollutant emission fluxes and ambient concentration distributions using a mobile laboratory with rapid response instrumentation. *Faraday Discuss.* **2005**, *130*, 327−339.

(15) Petron, G.; Frost, G.; Miller, B. R.; Hirsch, A. I.; Montzka, S. A.; Karion, A.; Trainer, M.; Sweeney, C.; Andrews, A. E.; Miller, L.; Kofler, J.; Bar-Ilan, A.; Dlugokency, E. J.; Patrick, L.; Moore, C. T.; Ryerson, T. B.; Siso, C.; Kolodzey, W.; Lang, P. M.; Conway, T.; Novelli, P.; Masarie, K.; Hall, B.; Guenther, D.; Kitzis, D.; Miller, J.; Welsh, D.; Wolfe, D.; Neff, W.; Tans, P. Hydrocarbon emissions characterization in the Colorado Front Range: A pilot study. *J. Geophys. Res.* **2012**, *117* (D4), D04304.

(16) Peischl, J.; Ryerson, T. B.; Brioude, J.; Aikin, K. C.; Andrews, A. E.; Atlas, E.; Blake, D.; Daube, B. C.; de Gouw, J. A.; Dlugokencky, E.; Frost, G. J.; Gentner, D. R.; Gilman, J. B.; Goldstein, A. H.; Harley, R. A.; Holloway, J. S.; Kofler, J.; Kuster, W. C.; Lang, P. M.; Novelli, P. C.; Santoni, G. W.; Trainer, M.; Wofsy, S. C.; Parrish, D. D. Quantifying sources of methane using light Alkanes in the Los Angeles Basin, California. *J. Geophys. Res. Atmos.* **2013**, *118*, 4974−4990.

(17) Karion, A.; Sweeney, C.; Pétron, G.; Frost, G.; Hardesty, R. M.; Kofler, J.; Miller, B. R.; Newberger, T.; Wolter, S.; Banta, R.; Brewer, A.; Dlugokencky, E.; Lang, P.; Montzka, S. A.; Schnell, R.; Tans, P.; Trainer, M.; Zamora, R.; Conley, S. Methane emissions estimate from airborne measurements over a western United States natural gas field. *Geophys. Res. Lett.* **2013**, *40*, 1−5 DOI: 10.1002/grl.50811.

(18) Wecht, K. J.; Jacob, D. J.; Sulpizio, M. P.; Santoni, G. W.; Wofsy, S. C.; Parker, R.; Bosch, H.; Worden, J. Spatially resolving methane emissions in California: Constraints from the CalNex aircraft campaign and from present (GOSAT, TES) and future (TROPOMI, geostationary) satellite observations. *APCD* **2014**, *14*, 4119−4148.

(19) Brandt, A. R.; Heath, G. A.; Kort, E. A.; O'Sullivan, F.; Pétron, G.; Jordaan, S. M.; Tans, P.; Wilcox, J.; Gopstein, A. M.; Arent, D.; Wofsy, S.; Brown, N. J.; Bradley, R.; Stucky, G. D.; Eardley, D.; Harriss, R. Methane leaks from north american natural gas systems. *Science* **2014**, *343*, 733−735.

(20) Miller, S. M.; Wofsy, S. C.; Michalak, A. M.; Kort, E. A.; Andrews, A. E.; Biraud, S. C.; Dlugokencky, E. J.; Eluszkiewicz, J.; Fischer, M. L.; Janssens-Maenhout, G.; Miller, B. R.; Miller, J. B.; Montzka, T.; Nehrkorn, T.; Sweeney, C. Anthropogenic emissions of methane in the United States. *Proc. Natl. Acad. Sci. U.S.A.* **2013**, *110*, 20018−20022.

(21) Allen, D. T.; Torres, V. M.; Thomas, J.; Sullivan, D.; Harrison, M.; Hendler, A.; Herndon, S. C.; Kolb, C. E.; Fraser, M. P.; Hill, A. D.; Lamb, B. K.; Miskimins, J.; Sawyer, R. F.; Seinfeld, J. H. Measurements of methane emissions at natural gas production sites in the United States. *Proc. Natl. Acad. Sci. U.S.A.* **2013**, *110*, 17768−17773.

(22) U.S. Environmental Protection Agency (EPA). *Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990−2012*, April 2014.

(23) U.S. Environmental Protection Agency (EPA). *Oil and Natural Gas Sector Pneumatic Devices*, Report for Review Panel; Office of Air Quality Planning and Standards, April 2014.

(24) Prasino Group. *Final Report for determining bleed rates for pneumatic devices in British Columbia. Report to British Columbia Ministry of Environment*, December 2013.

(25) Harrison, M. R.; Shires, T. M.; Wessels, J. K.; Cowgill, R. M *Methane Emissions from the Natural Gas Industry*, Vol.s 1−15, Final Report, GRI-94/0257 and EPA-600/R-96-080; Gas Research Institute and US Environmental Protection Agency, June 1996.

(26) Harrison, M. R.; Shires, T. M.; Wessels, J. K.; Cowgill, R. M. *Methane Emissions from the Natural Gas Industry*, EPA/600/SR-96/080 June 1997.

(27) Kirchgessner, D. A.; Lott, R. A. Cowgill, R. M.; Harrison, M. R.; Shires, T. M. Estimate of methane emissions from the U.S. natural gas industry. *Chemosphere* 1997, *35*, 1365−1390.

(28) Efron, B.; Tibshirani, R. *An Introduction to the Bootstrap*; CRC Press: Chapman & Hall, 1993.

    dx.doi.org/10.1021/es5040156 | *Environ. Sci. Technol.* 2015, 49, 633−640

# Methane emissions estimate from airborne measurements over a western United States natural gas field

Anna Karion, Colm Sweeney, Gabrielle Pétron, Gregory Frost, R. Michael Hardesty, Jonathan Kofler, Ben R. Miller, Tim Newberger, and Sonja Wolter

CIRES, University of Colorado, Boulder, CO

Robert Banta, Alan Brewer, Ed Dlugokencky, Patricia Lang, Stephen A. Montzka, Russell Schnell, Pieter Tans, Michael Trainer, and Robert Zamora

NOAA/ESRL, Boulder, CO

Stephen Conley

University of California, Davis, CA

Corresponding author: C. Sweeney, Cooperative Institute for Research in Environmental Sciences, University of Colorado, and NOAA Earth System Research Laboratory, 325 Broadway, Boulder, CO 80305, USA. (Colm.Sweeney@noaa.gov)

This article has been accepted for publication and undergone full peer review but has not been through the copyediting, typesetting, pagination and proofreading process which may lead to differences between this version and the Version of Record. Please cite this article as doi: 10.1002/grl.50811

© 2013 American Geophysical Union. All rights reserved.

**Abstract**

Methane ($CH_4$) emissions from natural gas production are not well quantified and have the potential to offset the climate benefits of natural gas over other fossil fuels. We use atmospheric measurements in a mass balance approach to estimate $CH_4$ emissions of $55\pm15\times10^3$ kg hr$^{-1}$ from a natural gas and oil production field in Uintah County, Utah on one day: February 3, 2012. This emission rate corresponds to 6.2-11.7% ($1\sigma$) of average hourly natural gas production in Uintah County in the month of February. This study demonstrates the mass balance technique as a valuable tool for estimating emissions from oil and gas production regions, and illustrates the need for further atmospheric measurements to determine the representativeness of our single-day estimate and to better assess inventories of $CH_4$ emissions.

**Index Terms**

Pollution: urban and regional

Instruments and techniques

Carbon cycling

Trace gases

© 2013 American Geophysical Union. All rights reserved.

## 1   Introduction

As concern grows over the climate impact of increasing greenhouse gas (GHG) emissions and the actual and associated political costs of imported fuels, the US is looking to exploit natural gas as a domestic energy source. Natural gas is an efficient energy source because its combustion produces more energy per carbon dioxide ($CO_2$) molecule formed than coal or oil (177% and 140% respectively) [*US Department of Energy Energy Information Administration*, 1999]. Despite this efficiency, leakage of natural gas to the atmosphere from the point of extraction to the point of consumption reduces its climate benefits because the major component of natural gas is $CH_4$, a greenhouse gas that is 25 times more potent than $CO_2$ over a 100-year time horizon [*IPCC*, 2007]. Although assessing the exact climate impact of natural gas has many complexities, a recent study suggested that if more than 3.2% of natural gas leaks to the atmosphere on its way from the point of extraction to a gas-fired power plant, the electricity produced will have a larger immediate climate impact than that from a coal-fired plant [*Alvarez et al.*, 2012].

A critical gap in determining the climate impact of the recent increase in US natural gas production is the lack of accurate and reliable estimates of associated emissions. In particular, the methodology used to account for fugitive $CH_4$ emissions during production is in question. This is demonstrated by large year to year revisions in natural gas-related $CH_4$ emissions reported for 2008 by the US Environmental Protection Agency (EPA), which caused the estimated national average production-sector leak rate for this year to increase from approximately 0.16% of production in the 2010 report to 1.42% in the 2011 and 2012 reports [*US Environmental Protection Agency*, 2010; 2011; 2012]. This rate was revised back down to 0.88% in the 2013 report [*US Environmental Protection Agency*, 2013]. These changes were driven largely by changes in EPA's assumptions for calculating emissions from liquid unloading (removing the accumulation of fluids in gas wells), unconventional completions

© 2013 American Geophysical Union. All rights reserved.

with hydraulic fracturing, and re-fracturing of natural gas wells. In particular, the main driver for the 2013 reduction in production emissions was a report prepared by the oil and gas industry, which contended that $CH_4$ emissions from liquid unloading were more than an order of magnitude lower than EPA's 2011 report estimate, and that emissions from re-fracturing wells in tight sands or shale formations were less than half of EPA's 2011 report estimate [*Shires and Lev-On*, 2012]. The substantial changes in the $CH_4$ inventory between 2010 and 2013 have led the EPA's Office of Inspector General to release a report calling for the improvement of the agency's air emissions data for the natural gas production sector [*US Environmental Protection Agency Office of Inspector General*, 2013].

Such large revisions and differences in inventory-based emission estimates highlight an important point: most $CH_4$ emissions from oil and gas operations are estimated from the "bottom up", in which emission factors for multiple processes are multiplied by an inventory of activity data. Most of the 80 different EPA emission factors associated with oil and gas operations are based on a study done in the 1990s [*Harrison et al.*, 1996] and assume consistency throughout the industry in a variety of different regions. In reality, the distribution of emissions may be highly variable from region to region [*Rusco*, 2010], and the recent revisions suggest uncertainties in activity data and emission factors. Thus there is a need to assess the emission factors and extrapolation approaches used in bottom-up inventories with independent measurements and assessments of $CH_4$ emissions.

Previous studies that have evaluated inventory estimates of oil and natural gas emissions [*Katzenstein et al.*, 2003; *Pétron et al.*, 2012] in a production basin with direct $CH_4$ measurements have concluded that $CH_4$ emissions from oil and gas production were likely underestimated by the available inventories. Because these studies took place in different US regions (Oklahoma, Texas, and Kansas in *Katzenstein et al.* [2003], and Colorado in *Pétron et al.* [2012]) and over different time periods, it is difficult to assess to what extent this

© 2013 American Geophysical Union. All rights reserved.

underestimate is found in all natural gas producing regions or whether a trend is apparent. Here we present results from an oil and gas region not yet studied with atmosphere-based methods (the Uintah Basin) to the list of those that may have their $CH_4$ emissions underestimated by bottom-up inventories. The advantage of this study over previous ones is that the $CH_4$ emissions estimate does not require critical assumptions about either emission ratios using other trace gases or boundary layer flushing time.

## 2   Methods

### 2.1   Mass balance approach

The mass balance approach is a measurement-based method for estimating the total emission of a trace gas released from a defined point [*Ryerson et al.*, 2001] or area source [*Mays et al.*, 2009; *Turnbull et al.*, 2011; *White et al.*, 1976], which allows for the direct assessment of uncertainties. The mass balance approach as applied in this study requires the assumption of steady horizontal winds, a well-developed convective planetary boundary layer (PBL), and measurements sufficiently downwind of the emission source; the uncertainties associated with these assumptions are identified and included in the uncertainty analysis (Supplementary Text section 4).  The Uintah County oil and gas field is well-suited to this approach for deriving $CH_4$ fluxes using measurements from aircraft, because the majority of the 4800 gas wells and nearly 1000 oil wells are concentrated in a relatively small area (40 x 60 $km^2$, Figure 1) [*State of Utah Department of Natural Resources Division of Oil Gas and Mining*, 2012]; an aircraft traveling at 60 m $s^{-1}$ is able to make several transects over the entire field and one to three vertical profiles during a three to four hour flight.

In the mass balance approach for flux estimation, the enhancement of the $CH_4$ mole fraction downwind of the source, relative to the upwind mole fraction, is integrated across the width of a horizontal plume in the planetary boundary layer (PBL) downwind of the source [*White*

© 2013 American Geophysical Union. All rights reserved.

*et al.*, 1976]. When the mean horizontal wind speed and direction are steady during the transit of an air mass across an area, the resulting calculated flux is equal to the surface flux between upwind and downwind measurements. The $CH_4$ flux is derived to be:

$$flux_{CH_4} = V \int_{-b}^{b} \Box X_{CH_4} \left( \int_{z_{ground}}^{z_{PBL}} n_{air} dz \right) cos\theta dx \tag{1}$$

In equation (1), $flux_{CH4}$ represents the molar flux (moles s$^{-1}$) of $CH_4$ from the basin. $V$ is the mean horizontal wind speed over the region, averaged over the altitude between the ground and the top of the PBL, and over the time an air mass transits the basin. The angle $\theta$ is the angle between the mean wind direction and the direction normal to the aircraft track downwind, so that $cos\theta dx$ is the flight track increment perpendicular to the mean horizontal wind direction. The $CH_4$ enhancement over the background mole fraction, $\Delta X_{CH4}$, is integrated over the width of the plume (-$b$ to $b$) along the flight track, and multiplied by the integral of the molar density of air ($n_{air}$) from the ground ($z_{ground}$, a function of path distance, $x$) to the top of the PBL ($z_{PBL}$). In this calculation ground-based heat flux measurements are used to characterize the mean time required to mix surface emissions from the ground to the top of the PBL (Supplementary Text 4.3).

## 2.2   February 3 2012

During February 3, 2012, moderate and steady horizontal winds and a well-defined PBL allowed us to use the mass balance approach to estimate the $CH_4$ emission flux from the Uintah County field. The $CH_4$ mole fraction was measured from an instrumented single-engine turboprop aircraft and the PBL depth, wind speed, and wind direction were measured by High Resolution Doppler Lidar (HRDL) (instrument details are in Supplementary Text sections 1 - 3).

Horizontal wind speeds on February 3, 2012 peaked during the night (2:00 local time (LT)) at

© 2013 American Geophysical Union. All rights reserved.

13 m s$^{-1}$ (averaged throughout the PBL) flushing out the basin before decreasing to a steady 5-6 m s$^{-1}$ from the northeast in the three hours before the downwind transect was flown (at 15:30 LT). The PBL height (1700±125 m above ground level [magl]) was determined from aircraft vertical profiles (Supplementary Figure 1) and HRDL measurements. HRDL measurements showed the PBL height to be relatively constant throughout the time of the flight. Other than the vertical profiles, the rest of the flight measurements were made within the PBL between 100 and 1000 magl (Figure 1).

The flight transect downwind of the natural gas field, along its southern and western edges and between 400 and 600 magl at 15:20 to 15:40 LT, showed elevated CH$_4$ mole fractions averaging 56 parts per billion (ppb) greater than the average upwind value of 1921±5 ppb, with a peak enhancement of ~150 ppb. Horizontal winds from HRDL measurements averaged throughout the PBL were used to construct a back trajectory of the air mass sampled in this plume (Figure 1, red arrow). The trajectory indicates that the source of enhanced CH$_4$ was primarily the region containing the gas field in Uintah County, and that the air mass traveled in a consistent southwesterly direction through the gas field in the ~3 hr period prior to being sampled. Variability in the observed CH$_4$ mole fraction reflects the extent that a point source emission is horizontally and vertically mixed, with individual narrow plumes likely originating from point sources closer to the flight path than the sources of wider plumes. We integrated the CH$_4$ enhancement above the background value of 1921 ppb, which was derived from measurements made upwind of the location of oil and gas wells, along the downwind flight path to calculate the flux from the oil and gas basin (Figure 2 and Equation 1). The altitude-averaged wind speed and direction were also averaged over the approximate transit time of the air mass through the basin, from 12:40 to 15:40 LT, corresponding to nine individual HRDL profiles (HRDL provided wind measurements as 20 minute averages).

Based on the variability and uncertainty in each term of the mass balance equation, we derived

© 2013 American Geophysical Union. All rights reserved.

a total uncertainty of $\pm 27\%$ ($1\sigma$) on the total $CH_4$ flux estimate on February 3 of $56\pm15 \times 10^3$ kg hr$^{-1}$ (Supplementary Table 1 and Supplementary Text section 4). The relatively small uncertainty in the emission derived for this flight is the result of steady horizontal winds, consistent boundary layer height, and low measurement uncertainties.

## 2.3   Other flight days

Twelve flights were made over the Uintah Basin in February 2012. Non-ideal meteorological conditions (in particular, low, variable, and sometimes recirculating winds in the 0.5 - 1.5 ms$^{-1}$ range) on the eleven other flight days made direct mass-balance analysis of $CH_4$ emissions impossible. For example, horizontal wind speed and direction measured at the ground site could not be assumed to be representative of winds throughout the basin on the days with low and variable winds, given the complex terrain-driven meteorology of the basin. $CH_4$ enhancements measured on the other flight days were large, however, with average mole fractions from 2030 to 2650 ppb inside the PBL (Supplementary Figure 3). Flight tracks passing over the field on February 7 and February 18 show increased $CH_4$ over the locations of the gas and oil wells, with several large and distinct enhancements, in addition to more uniform enhancements over the remainder of the field; there is no evidence that a single large point source is responsible for all of the $CH_4$ emission (Supplementary Figure 4).

Although no hydrocarbon measurements were made on the February 3, 2012 flight, analyses of 67 discrete whole air samples collected over Uintah County aboard the aircraft throughout the month of February 2012 show excellent correlations of propane ($C_3H_8$) and butane ($C_4H_{10}$) with $CH_4$ ($R^2 > 0.85$, Figures 3(a) and (b)). Correlations of $CH_4$ with carbon monoxide (CO), a tracer for vehicle exhaust, are weaker ($R^2 = 0.28$, increasing to 0.52 when a single outlier with high CO is removed from the analysis (Figure 3(c)). The strong correlation of $CH_4$ with $C_3H_8$ and $C_4H_{10}$ suggests that these $CH_4$ enhancements were primarily the result of emissions from oil and gas operations [*Pétron et al.*, 2012].

© 2013 American Geophysical Union. All rights reserved.

## 3    Results

Because of the low uncertainty and the fact that the basin was so well cleaned out by the high winds prior to our flight on February 3, the derived emissions estimate from this day is the focus of this study. A flux of $1.4 \pm 1.1 \times 10^3$ kg $CH_4$ $hr^{-1}$ (~2.5% of our February 3 estimate of $56 \times 10^3$ kg $CH_4$ $hr^{-1}$) was subtracted from the total flux to account for emissions from cattle and natural seepage, as estimated from inventories [*Griffith et al.*, 2008; *Klusman*, 2003; *US Department of Agriculture*, 2009] (Supplementary Text section 5), to give a total $CH_4$ emission of $54.6 \pm 15.5 \times 10^3$ kg $CH_4$ $hr^{-1}$ from oil and natural gas sources on February 3, 2012. The oil and gas wells whose emissions were estimated from our flight transect are almost entirely contained in Uintah County (Figure 1), so we calculate the amount of raw natural gas that would correspond to our estimated $CH_4$ emission and compare it to the average hourly natural gas production from Uintah County from both oil and gas wells (there is no coal bed $CH_4$ production in Uintah County). The total volume of natural gas produced from oil and gas wells in Uintah County in February 2012 was $7.1 \times 10^8$ $m^3$ (from the Utah Department of Natural Resources Division of Oil, Gas and Mining at https://fs.ogm.utah.gov/pub/Oil&Gas/Publications/Reports/Prod/County/), or $1.0 \times 10^6$ $m^3$ per hour on average. We convert our hourly $CH_4$ emissions estimate to natural gas units using a volume fraction of $CH_4$ in natural gas of 0.89 (composition profile for Uintah Basin raw natural gas from A. Bar-Ilan, personal communication, February 2012) and the industry standard conditions (288.7 K and 101.3 kPa). Allowing for additional uncertainty on the production amount (estimated at 5% based on the average month-to-month variability in daily production) and on the composition of the emissions (estimated at 11% to encompass a realistic volume fraction of $CH_4$ from 0.79 to 0.99), the hourly emission rate we determined on February 3 2012 corresponds to 6.2-11.7% of the average hourly natural gas production from oil and gas wells in Uintah County during February 2012.

© 2013 American Geophysical Union. All rights reserved.

Based on production data and publically available activity data, there is little evidence that emission magnitudes on February 3 were unusual relative to other days in January, February or March 2012 (Supplementary Text section 6 and Supplementary Figures 5 and 6). Furthermore, it should be noted that there are thousands of potential point sources (oil and gas wells, compressors, processing plants, etc.) in Uintah County and no clear evidence in the data from our twelve flight days that a single point source is responsible for a large fraction of the emissions; we infer that it is unlikely that emissions differ drastically from one day to another. However, further work is needed to assess the variability of $CH_4$ emissions in this basin and to determine how representative our one-day estimate is of Uintah's average natural gas leak rate.

## 4   Discussion

Given the large global warming potential of $CH_4$, a natural gas leak rate of 6.2-11.7% during production negates any short-term (<70 years) climate benefit of natural gas from this basin for electricity generation compared to coal and oil [*Alvarez et al.*, 2012; *Howarth et al.*, 2011]. This leakage also represents a potential economic loss and safety and air pollution hazard. An inventory analysis by the US Government Accountability Office (GAO) suggests, however, that the fraction of natural gas emissions relative to production from the Uintah, a basin that produces approximately 1% of total US natural gas, is atypical of many Western US basins. Using the Western Regional Air Partnership (WRAP) phase III [*Bar-Ilan et al.*, 2006] inventory and production numbers for 2006 from federal leases, the GAO estimates that the proportion of Uintah natural gas that is flared or vented is much greater (5% of production) than in surrounding regions, including the Denver-Julesburg (2.1%), Piceance (2.5%), N. San Juan (0.34%) and S. San Juan (1.13%) Basins [*Rusco*, 2010].

The average leak rate we estimated from February 3 of 8.9±2.7% is a factor of 1.8 greater

© 2013 American Geophysical Union. All rights reserved.

than the GAO/WRAP bottom-up estimate (possibly more, as the GAO estimate of 5% included both flaring and venting; our measurements do not include $CH_4$ that is flared and converted to $CO_2$). Further measurements over several days and different months and seasons would be necessary to evaluate the variability of emissions in Uintah County, because our result represents a snapshot of emissions from this region. Our result is consistent, however, with results from previous top-down studies of oil and gas production regions, which also found inventory estimates too low by similar factors [*Katzenstein et al.*, 2003; *Pétron et al.*, 2012]. More measurement-based evaluations of bottom-up inventories are needed to determine the consistency of results across different regions and determine trends in emissions that may result from increased production, new extraction techniques, or new regulations. Such independent verification of inventory-based estimates is essential for evaluating inventory methodologies, quantifying the effectiveness of future regulatory efforts, and accurately determining the climate impact of natural gas relative to other fossil fuels.

© 2013 American Geophysical Union. All rights reserved.

**Acknowledgments**

This study would not have been possible without the support from participants of the 2012 Uintah Basin Winter Ozone and Air Quality Study, which was funded by Uintah Impact Mitigation Special Service District (UIMSSD), Western Energy Alliance, Bureau of Land Management (BLM), National Oceanic and Atmospheric Administration (NOAA), Environmental Protection Agency (EPA), National Science Foundation (NSF), and the State of Utah. We thank Ken Davis (Pennsylvania State University), Christopher Fairall (NOAA/PSD) and Kelly Sours, Molly Crotwell, Jack Higgs, Don Neff, Doug Guenther, Carolina Siso and Chris Carparelli (University of Colorado and NOAA/ESRL) for their assistance and contributions to this project.

**References**

Alvarez, R. A., S. W. Pacala, J. J. Winebrake, W. L. Chameides, and S. P. Hamburg (2012), Greater focus needed on methane leakage from natural gas infrastructure, *Proc. Natl. Acad. Sci. U. S. A.*, *109*(17), 6435-6440.

Bar-Ilan, A., J. Grant, R. Parikh, R. Morris, K. Sgamma, T. Moore, and L. Gribovicz (2006), A Comprehensive Emissions Inventory of Upstream Oil and Gas Activities in the Rocky Mountain States, ENVIRON International Corporation, Western Energy Alliance, and Western Governors' Association Western Regional Air Partnership (WRAP).

Griffith, D. W. T., G. R. Bryant, D. Hsu, and A. R. Reisinger (2008), Methane emissions from free-ranging cattle: Comparison of tracer and integrated horizontal flux techniques, *J. Environ. Qual.*, *37*(2), 582-591.

© 2013 American Geophysical Union. All rights reserved.

Harrison, M. R., T. M. Shires, J. K. Wessels, and R. M. Cowgill (1996), Methane Emissions from the Natural Gas Industry, Volume 1: Executive Summary, Radian International for the Gas Research Institute (GRI) and US EPA.

Howarth, R. W., R. Santoro, and A. Ingraffea (2011), Methane and the greenhouse-gas footprint of natural gas from shale formations, *Climatic Change*, *106*(4), 679-690.

IPCC (2007), Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change, Cambridge University Press and New York, NY, Cambridge, United Kingdom.

Katzenstein, A. S., L. A. Doezema, I. J. Simpson, D. R. Blake, and F. S. Rowland (2003), Extensive regional atmospheric hydrocarbon pollution in the southwestern United States, *Proc Natl Acad Sci U S A*, *100*(21), 11975-11979.

Klusman, R. W. (2003), Rate measurements and detection of gas microseepage to the atmosphere from an enhanced oil recovery/sequestration project, Rangely, Colorado, USA, *Appl. Geochem.*, *18*(12), 1825-1838.

Mays, K. L., P. B. Shepson, B. H. Stirm, A. Karion, C. Sweeney, and K. R. Gurney (2009), Aircraft-Based Measurements of the Carbon Footprint of Indianapolis, *Environ. Sci. Technol.*, *43*(20), 7816-7823.

Pétron, G., et al. (2012), Hydrocarbon emissions characterization in the Colorado Front Range: A pilot study, *J. Geophys. Res.-Atmos.*, *117*.

Rusco, F. (2010), FEDERAL OIL AND GAS LEASES: Opportunities Exist to Capture Vented and Flared Natural Gas, Which Would Increase Royalty Payments and Reduce Greenhouse Gases, US Government Accountability Office (GAO).

© 2013 American Geophysical Union. All rights reserved.

Ryerson, T. B., et al. (2001), Observations of ozone formation in power plant plumes and implications for ozone control strategies, *Science*, *292*(5517), 719-723.

Shires, T., and M. Lev-On (2012), Characterizing Pivotal Sources of Methane Emissions from Unconventional Natural Gas Production: Summary and Analysis of API and ANGA Survey Responses, 48 pp, American Petroleum Institute and America's Natural Gas Alliance.

State of Utah Department of Natural Resources Division of Oil Gas and Mining (2012), Well Information Query, http://oilgas.ogm.utah.gov/Data_Center/LiveData_Search/well_information.htm.

Turnbull, J. C., et al. (2011), Assessment of fossil fuel carbon dioxide and other anthropogenic trace gas emissions from airborne measurements over Sacramento, California in spring 2009, *Atmos. Chem. Phys.*, *11*(2), 705-721.

US Department of Agriculture (2009), 2007 Census of Agriculture, Utah, State and County Data, Volume 1, National Agricultural Statistics Service.

US Department of Energy Energy Information Administration (1999), Natural Gas 1998 Issues and Trends, DOE/EIA.

US Environmental Protection Agency (2010), INVENTORY OF U.S. GREENHOUSE GAS EMISSIONS AND SINKS: 1990 – 2008, EPA, Washington, DC.

US Environmental Protection Agency (2011), INVENTORY OF U.S. GREENHOUSE GAS EMISSIONS AND SINKS: 1990 – 2009, EPA, Washington, DC.

US Environmental Protection Agency (2012), INVENTORY OF U.S. GREENHOUSE GAS EMISSIONS AND SINKS: 1990 – 2010, EPA, Washington, DC.

© 2013 American Geophysical Union. All rights reserved.

US Environmental Protection Agency (2013), INVENTORY OF U.S. GREENHOUSE GAS EMISSIONS AND SINKS: 1990-2011, EPA, Washington, DC.

US Environmental Protection Agency Office of Inspector General (2013), EPA Needs to Improve Air Emissions Data for the Oil and Natural Gas Production Sector, EPA OIG, Washington, DC.

White, W. H., J. A. Anderson, D. L. Blumenthal, R. B. Husar, N. V. Gillani, J. D. Husar, and W. E. Wilson (1976), FORMATION AND TRANSPORT OF SECONDARY AIR-POLLUTANTS - OZONE AND AEROSOLS IN ST-LOUIS URBAN PLUME, *Science*, *194*(4261), 187-189.

© 2013 American Geophysical Union. All rights reserved.



Figure 1. $CH_4$ measurements, February 3, 2012. Aircraft flight track overlaid on natural gas (black dots) and oil (blue dots) well locations along with color-coded $CH_4$ mole fraction. Bold red arrow shows the 3-hr trajectory of the downwind air mass. The locations of two vertical profiles over Horse Pool (red X) and one northwest of Horse Pool (green X) are also indicated.

© 2013 American Geophysical Union. All rights reserved.



Figure 2. $CH_4$ mole fraction measured in the downwind plume (red line) as a function of

distance perpendicular to the wind direction. The $CH_4$ mole fraction in the upwind transect is

in light blue, and its average (1921 ppb) is represented by the dark blue dashed line. The

lower upwind $CH_4$ measurements at ~20 km were made above the top of the PBL during a

vertical profile.

© 2013 American Geophysical Union. All rights reserved.



Figure 3. Mole fractions of (a) propane ($C_3H_8$), (b) butane ($C_4H_{10}$), and (c) carbon monoxide (CO) measured in discrete air samples collected over the Uintah Basin in February 2012, shown as functions of $CH_4$ mole fraction. Correlation coefficients ($R^2$) are shown in each panel.

© 2013 American Geophysical Union. All rights reserved.



**@AGU**PUBLICATIONS

## Journal of Geophysical Research: Atmospheres

JGR

🔓

**RESEARCH ARTICLE**
10.1002/2013JD021272

**Key Points:**
- Emissions from an oil and gas basin are estimated using airborne measurements
- Inventories underestimate hydrocarbon emissions by a factor of 2 or more

**Supporting Information:**
- Readme
- Supplemental Text S1, Tables S1 and S2, and Figures S1–S5

**Correspondence to:**
G. Pétron,
Gabrielle.Petron@noaa.gov

**Citation:**
Pétron, G., et al. (2014), A new look at methane and nonmethane hydrocarbon emissions from oil and natural gas operations in the Colorado Denver-Julesburg Basin, *J. Geophys. Res. Atmos.*, *119*, 6836–6852, doi:10.1002/2013JD021272.

Received 28 NOV 2013
Accepted 30 APR 2014
Accepted article online 7 MAY 2014
Published online 3 JUN 2014

The copyright line for this article was changed on 10 September 2014.

# A new look at methane and nonmethane hydrocarbon emissions from oil and natural gas operations in the Colorado Denver-Julesburg Basin

**Gabrielle Pétron**[1,2], **Anna Karion**[1,2], **Colm Sweeney**[1,2], **Benjamin R. Miller**[1,2], **Stephen A. Montzka**[2], **Gregory J. Frost**[1,2], **Michael Trainer**[2], **Pieter Tans**[2], **Arlyn Andrews**[2], **Jonathan Kofler**[1,2], **Detlev Helmig**[3], **Douglas Guenther**[1,2], **Ed Dlugokencky**[2], **Patricia Lang**[2], **Tim Newberger**[1,2], **Sonja Wolter**[1,2], **Bradley Hall**[2], **Paul Novelli**[2], **Alan Brewer**[2], **Stephen Conley**[4], **Mike Hardesty**[1], **Robert Banta**[2], **Allen White**[2], **David Noone**[1,5], **Dan Wolfe**[2], and **Russ Schnell**[2]

[1]Cooperative Institute for Research in Environmental Sciences, University of Colorado Boulder, Boulder, Colorado, USA, [2]NOAA Earth System Research Laboratory, Boulder, Colorado, USA, [3]Institute for Arctic and Alpine Research, University of Colorado Boulder, Boulder, Colorado, USA, [4]Department of Land, Air and Water Resources, University of California, Davis, California, USA, [5]Department of Atmospheric and Oceanic Sciences, University of Colorado Boulder, Boulder, Colorado, USA

**Abstract** Emissions of methane ($CH_4$) from oil and natural gas (O&G) operations in the most densely drilled area of the Denver-Julesburg Basin in Weld County located in northeastern Colorado are estimated for 2 days in May 2012 using aircraft-based $CH_4$ observations and planetary boundary layer height and ground-based wind profile measurements. Total top-down $CH_4$ emission estimates are $25.8 \pm 8.4$ and $26.2 \pm 10.7$ t $CH_4$/h for the 29 and 31 May flights, respectively. Using inventory data, we estimate the total emissions of $CH_4$ from non-O&G gas-related sources at $7.1 \pm 1.7$ and $6.3 \pm 1.0$ t $CH_4$/h for these 2 days. The difference in emissions is attributed to O&G sources in the study region, and their total emission is on average $19.3 \pm 6.9$ t/h, close to 3 times higher than an hourly emission estimate based on Environmental Protection Agency's Greenhouse Gas Reporting Program data for 2012. We derive top-down emissions estimates for propane, *n*-butane, *i*-pentane, *n*-pentane, and benzene from our total top-down $CH_4$ emission estimate and the relative hydrocarbon abundances in aircraft-based discrete air samples. Emissions for these five nonmethane hydrocarbons alone total $25.4 \pm 8.2$ t/h. Assuming that these emissions are solely originating from O&G-related activities in the study region, our results show that the state inventory for total volatile organic compounds emitted by O&G activities is at least a factor of 2 too low for May 2012. Our top-down emission estimate of benzene emissions from O&G operations is $173 \pm 64$ kg/h, or 7 times larger than in the state inventory.

## 1. Introduction

As a result of its unique geology, the state of Colorado has had a long history of natural resources extraction [*Scamehorn*, 2002]. More recently, Colorado has experienced an unconventional fossil fuel production boom in coal bed methane, tight sand and shale natural gas, shale oil, and associated gas. Tar sands and shale oil development could be next (http://ostseis.anl.gov/eis/index.cfm). The Denver-Julesburg (D-J) Basin in NE Colorado produces both oil and natural gas (O&G) from mostly tight sand and shale formations. The formation extends eastward from the Rocky Mountains to western Nebraska and Kansas and northward from Denver, Colorado, to southern Wyoming. It has been actively explored and drilled since the 1970s. The most densely drilled region of the D-J Basin is located in Weld County, between Denver and Greeley (Figure 1).

With higher natural gas prices between 2004 and 2009 and, more recently, the discovery of crude oil in the Niobrara Shale [*Colorado Department of Natural Resources*, 2011], Weld County has been experiencing a drilling surge, with the addition of close to 10,000 new wells since 2005 [*Colorado Oil and Gas Conservation Commission* (*COGCC*), 2014] (see supporting information Figure S1). In 2012, Weld County was home to 24,000 active oil and gas wells that accounted for 74% of the oil (5.8 million m3 out of 7.8 million m3 or 36.5 out of 49 million barrels) and 13% of the natural gas (7.7 billion m3 out of 59.5 billion m3 or 272 billion cubic feet out of 2.1 trillion cubic feet) produced in Colorado [*COGCC*, 2014]. Garfield County (19.8 billion m3 or 700 Bcf) in the Piceance Basin in western Colorado and La Plata (11.1 billion m3 or 393 Bcf) and Montezuma (10.5 billion m3 or 370 Bcf) Counties in the San Juan Basin in southwestern Colorado were the top three natural gas producers in 2012 [*COGCC*, 2014].

©2014. The Authors.

This is an open access article under the terms of the Creative Commons Attribution-NonCommercial-NoDerivs License, which permits use and distribution in any medium, provided the original work is properly cited, the use is non-commercial and no modifications or adaptations are made.

 **Journal of Geophysical Research: Atmospheres**   10.1002/2013JD021272



**Figure 1.** Map of Colorado's northern Front Range. Locations of ground-based meteorological measurements HRDL and CHILL and the BAO tower are shown in white symbols. The locations of the aircraft discrete air samples collected in May 2012 are shown with colored circles: light blue for boundary layer samples, dark blue for free troposphere samples, light pink for background samples, light purple, red, and orange for flights on three different days (17, 29, and 31 May 2012). Natural gas production in May 2012 (binned by township 6×6 km²) is shown on a gray scale in the background. Compressor stations and processing plants are shown with blue hourglass symbols, feedlots with orange triangles, dairy farms with yellow triangles, landfills with green pentagons, and wastewater treatment plants with blue crossed squares. The size of the symbols for animal operations reflect their permitted capacity, and the size of the symbols for the landfills reflect the 2012 facility-level CH₄ emission estimates reported to the Environmental Protection Agency (EPA) Greenhouse Gas Reporting Program (GHGRP).

In 2007, a large region encompassing the Denver metropolitan area and most of the northern Front Range of Colorado was officially declared a nonattainment area (NAA) for the national ambient air quality standard for 8 h average ground-level ozone (O₃) (www.colorado.gov/cdphe/attainment). The urban corridor in the Front Range lies between the Rocky Mountains and the D-J Basin's O&G operations. Under stagnant and hot summer conditions, O₃ precursors (volatile organic compounds (VOCs) and nitrogen oxides) emitted by various sources accumulate and react, leading to elevated O₃ levels. Previous analysis found that O&G operations were responsible for 40% of the total mass of anthropogenic VOCs emitted in the NAA [*Colorado Department of Public Health and the Environment (CDPHE)*, 2008]. As a result, since 2007 the Colorado Department of Public Health and the Environment (CDPHE) has implemented stricter VOC emission regulations for O&G sources in the Colorado Front Range NAA.

Atmospheric chemical measurements conducted throughout the northern Colorado Front Range between 2007 and 2010 showed elevated levels of several hydrocarbons found in natural gas and oil, including CH₄ and other light alkanes (ethane (C₂H₆), propane (C₃H₈), *i*-butane (*i*C₄H₁₀), *n*-butane (*n*C₄H₁₀), *i*-pentane (*i*C₅H₁₂), and *n*-pentane (*n*C₅H₁₂)), and sometimes aromatics including the carcinogen benzene (C₆H₆) [*Eisele et al.*, 2009; *Pétron et al.*, 2012; *Lafranchi et al.*, 2013]. These measurements showed similar relative enhancements of nonmethane hydrocarbons (NMHCs) as those observed in the early 1990s by *Goldan et al.* [1995] [see *Pétron et al.*, 2012].



**Journal of Geophysical Research: Atmospheres**   10.1002/2013JD021272

In February 2011, *Gilman et al.* [2013] and *Swarthout et al.* [2013] participated in a 3 week intensive measurement campaign at the National Oceanic and Atmospheric Administration (NOAA) Boulder Atmospheric Observatory (BAO) tower, on the southwest edge of the D-J Basin. They measured an extensive suite of VOCs in situ and in flasks near the surface and confirmed the likely large role played by O&G operations emissions in the Front Range summertime $O_3$ problem. *Gilman et al.* [2013] showed that effluents from O&G operations in the region during the campaign contributed over half of the total VOC reactivity with OH, the first step in the chemical oxidation chain leading to near-surface $O_3$ formation.

*Pétron et al.* [2012] and *Swarthout et al.* [2013] both attempted to constrain emissions of $CH_4$ and several NMHCs from O&G operations in Weld County. *Pétron et al.* [2012] used hydrocarbon dry air mole fractions measured in air samples collected daily (between fall 2007 and April 2010) at midday from a 300 m agl (meters above ground level) inlet at the NOAA BAO tower and bottom-up information (raw natural gas mean composition and flashing (degassing) emissions from oil storage tanks estimates provided by the state). *Pétron et al.* [2012] estimated that in 2008 fugitive emissions of raw natural gas were underestimated by a factor of 2. The likely leakage range fell within 2.3% to 7.7% of production (average 4%), compared to an estimated 1.6% based on inventory data [*Bar-Ilan et al.*, 2008; *Pétron et al.*, 2012]. *Pétron et al.* [2012] estimated that $CH_4$ and $C_3H_8$ annual emissions from O&G operations in Weld County in 2008 likely ranged between 71 and 252 Gg/yr (8–29 t/h) and 21 and 65 Gg/yr (2.4–7.4 t/h), respectively.

*Swarthout et al.* [2013] calculated emission rates for several alkanes and $C_6H_6$ based on the increase in NMHCs mixing ratios in air samples collected from a 22 m agl inlet at the NOAA BAO tower site in the nocturnal boundary layer during five nights with low surface winds in February 2011, assuming no vertical mixing and no chemical destruction. They extrapolated their BAO flux results to the Wattenberg Field and to Weld County (two different but largely overlapping subregions of the D-J Basin that both lie within the Colorado Front Range NAA), assuming emissions were homogeneous in space and could be scaled with surface area. Their extrapolated $C_3H_8$ emission estimates were $13 \pm 3$ Gg/yr ($1.5 \pm 0.3$ t/h) using the Wattenberg Field surface area and $40 \pm 4$ Gg/yr ($4.6 \pm 0.5$ t/h) using the larger surface area of Weld County. February 2011 oil and natural gas production statistics for the Wattenberg Field were 19% and 7% lower than production statistics for Weld County, while the *Swarthout et al.* [2013] surface area-based emission estimates for these two regions differed by a factor of 3. It is important to note that large areas in Weld County have no oil and gas operations (Figure 1), so it is not appropriate to simply scale the BAO results with surface area.

The emission estimates reported in *Pétron et al.* [2012] and *Swarthout et al.* [2013] relied in part on simple emission models with unverifiable assumptions [*Levi*, 2012; *Pétron et al.*, 2013] and, in the case of *Swarthout et al.* [2013], on measurements with likely limited spatial representativeness. In this paper, we present results from an alternative top-down approach to estimate the total emissions of $CH_4$ and five NMHCs in Weld County on 2 days in May 2012.

The rest of the paper is organized as follows. In section 2 we describe the study region and the measurements during the intensive airborne campaign. Top-down regional emission estimates for $CH_4$, $C_3H_8$, $nC_4H_{10}$, $iC_5H_{12}$, $nC_5H_{12}$, and $C_6H_6$ are presented in section 3. In section 4, we compare these results with inventories. In section 5, we conclude with a summary of the measurement-based results and their significance.

## 2. Experiment

### 2.1. Region of Study

The D-J Basin is a prolific fossil fuel reserve, with a stack of multiple sedimentary rocks in the form of sandstone and shale deposited in the Western Interior Basin of North America during the Cretaceous and now buried thousands of feet below the surface. Several of these rock formations contained deposits rich in marine organic matter [*Sonnenberg*, 2012]. The organic matter trapped in buried rocks underwent thermogenic decomposition in the deeper part close to the north/south axis of the D-J Basin and biogenic decomposition in some of the shallower parts on the eastern flank [*Fishman et al.*, 2005; *Higley and Cox*, 2007; *Sonnenberg*, 2012].

Our study focuses on a 70 km × 85 km region in northeastern Colorado encompassing the highest density of the O&G production activities in the D-J Basin, mostly located in Weld County, north of Denver and east of Boulder and Larimer Counties (Figure 1). Most wells in the region produce what is referred to as wet or

©2014. The Authors.

 **Journal of Geophysical Research: Atmospheres**   10.1002/2013JD021272

associated gas, which means natural gas coproduced with oil. Oil wells contribute close to 50% of the total natural gas produced in the region [*Pétron et al.*, 2013]. In addition to over 24,000 producing wells in 2012, Weld County was also home to more than 6000 oil or liquid condensate storage tanks (the vast majority located on well pads), 27 gathering compressor stations, 11 processing plants (CDPHE, personal communication, 2013), and over 1000 miles of natural gas transmission pipelines.

Every year, between several hundred and a few thousand new wells are drilled and completed (with hydraulic fracturing) in Weld County [*COGCC*, 2014]. Existing wells are sometimes refractured to target new natural gas and oil-bearing formations or to restimulate production from previously targeted zones. The American Petroleum Institute reports that the D-J Basin has the highest refracturing rate in the nation, 14%, versus 1% for the national average [*API/ANGA*, 2012].

Over 100 different oil- and gas-producing companies operate in the D-J Basin. A team of nine O&G inspectors at CDPHE is in charge of checking compliance for O&G permitted facilities. They typically inspect a subset of operations from larger companies every 3 years on average and from smaller companies every 5 years on average (CDPHE, personal communication, 2013).

There are other $CH_4$ sources in the region. Beef and dairy production is a major economic activity in Weld County, with over half a million head of cattle [*USDA*, 2012]. Enteric fermentation in ruminants and manure management facilities are known sources of $CH_4$ [*Johnson and Johnson*, 1995; *U.S. Environmental Protection Agency* (*EPA*), 2013a]. $CH_4$ is also emitted from a few large landfills and several wastewater treatment plants servicing the over 2 million people living in the northern Colorado Front Range.

## 2.2. Methods

The ground and airborne-based measurements conducted in the D-J Basin in May 2012 were similar to those carried out in the Uinta Basin of northeastern Utah in February 2012 and described in *Karion et al.* [2013]. Airborne measurements of $CH_4$ with a Cavity Ring Down Spectroscopic gas analyzer (Picarro Model # G2401-m) were conducted on 11 different days (12 flights) between 4 and 31 May 2012. Each flight lasted between 3 and 4 h. In-flight measurement repeatability of the $CH_4$ dry air mole fraction was ± 0.5 ppb (defined as the standard deviation of measurements of a standard gas at the measurement frequency of ~0.5 Hz), and total uncertainty of the measurements was ± 2 ppb (see section S1 in Text S1). The single-engine Mooney TLS aircraft was stationed at Boulder Municipal Airport, located in the southwest corner of the study region, which was the starting and ending point of each flight. A total of 118 discrete air samples (up to 12 on each individual flight) were collected on those flights and analyzed at the National Oceanic and Atmospheric Administration Earth System Research Laboratory Global Monitoring Division (NOAA ESRL GMD) in Boulder for 49 trace gases, including carbon monoxide (CO) and the following seven hydrocarbons: $CH_4$, $C_3H_8$, $nC_4H_{10}$, $iC_5H_{12}$, $nC_5H_{12}$, $C_6H_6$, and acetylene ($C_2H_2$).

In May 2012, NOAA ESRL also deployed a boundary layer wind profiler and a high-resolution Doppler lidar (HRDL) at two different locations in the basin; both provided vertically resolved measurements of horizontal wind speed and direction and boundary layer height at 20 to 30 min resolution [*Grund et al.*, 2001]. Meteorological measurements (surface temperature and turbulent heat flux) conducted by the University of Colorado near the NOAA BAO tower outside Erie, Colorado, were used to assess the surface energy budget and the resulting vertical mixing within the planetary boundary layer (PBL) on the 2 days retained for a mass-balance flux calculation. All measurements are described in further detail in Text S1.

To put the intensive aircraft campaign results into a broader context, we compare the airborne flask measurements with long-term measurements of flask air samples collected daily from the 300 m agl inlet of the NOAA BAO tower since fall 2007. To filter the BAO data by wind sector, we use 30 s wind speed and direction measurements collected by the NOAA ESRL Physical Sciences Division at the tower 300 m agl level (www.esrl.noaa.gov/psd/technology/bao).

The aircraft and BAO discrete air samples discussed here were all analyzed by NOAA ESRL GMD for $CH_4$ using a gas chromatography GC-flame ionization detector [*Dlugokencky et al.*, 1997], for CO using resonance fluorescence at ~150 nm with a repeatability of ± 0.4 ppb [*Novelli et al.*, 1998] and for 43 other compounds including the six nonmethane hydrocarbons mentioned above using a GC-mass spectrometry (MS) [*Montzka et al.*, 1993; *Pétron et al.*, 2012; *Lafranchi et al.*, 2013]. The GMD analyses of NMHCs in aircraft and BAO samples are reported on the same calibration scale: $C_6H_6$ on NOAA-2006 and all other hydrocarbons (besides $CH_4$) on



**Journal of Geophysical Research: Atmospheres**    10.1002/2013JD021272

NOAA-2008. See also section S2 in Text S1 for more information on the NOAA $CH_4$ calibration scale and results from a NMHC interlaboratory measurement comparison, which GMD participated in.

## 3. Results and Discussion

### 3.1. Total $CH_4$ Emission Mass-Balance Estimates

In the mass-balance approach used here, airborne measurements of $CH_4$ dry air mole fraction (moles of $CH_4$ per mole of dry air) are combined with ground-based wind speed and direction measurements to estimate total $CH_4$ mass fluxes in and out of a region of the atmosphere surrounding O&G producing wells in the D-J Basin (Figure 1). The resulting top-down $CH_4$ flux reflects an aggregate emission from all $CH_4$ sources within the region for several hours on the days of the measurements (see section S6 in Text S1 for more details). Given the short transit time between the emission sources and our measurements ($< 0.5$ day) and a global $CH_4$ lifetime close to 9 years, atmospheric chemical losses of $CH_4$ are insignificant and are not considered here. In the rest of this section, we describe the main atmospheric measurements used to derive the total top-down $CH_4$ flux estimates on 29 and 31 May 2012.

A first estimate of $CH_4$ emissions from the D-J Basin is made using two separate downwind transects at two different altitudes 150 m apart on 29 May (Figure 2, Table S1, and section S6 in Text S1). On that day the average winds in the planetary boundary layer (PBL) are from the SE at $3.7 \pm 0.9$ m/s, and the downwind transects on the western side of the region show a 90 km long $CH_4$ plume with enhancements spanning 10 to 35 ppb over background ($1881 \pm 4$ ppb). The highest enhancements in $CH_4$ ($>20$ ppb above background) occur downwind of the most active oil and natural gas production area in the basin (centered around Platteville, Colorado; Figure 1). The top of the PBL during the downwind transect on 29 May is located at 3600 m above sea level (m asl, ~$2100 \pm 230$ m agl).

On 31 May, the airplane first sampled clockwise the outer perimeter of the part of the O&G basin with the densest distribution of wells and then conducted transects in the middle of the region (Figure 3). The upwind $CH_4$ level in the PBL on that day is $1870 \pm 4$ ppb (Figure 3c). $CH_4$ enhancements measured in the downwind plume range from 10 to 100 ppb above the upwind background level (Figure 3c). Winds in the PBL on 31 May are from the NE as indicated by the 6 h back trajectory of the air mass derived from the HRDL wind measurements, averaged with height within the PBL (black line and diamonds, Figure 3a). On that day, the average wind speed in the PBL during the 6 h prior to the downwind plume measurement is $3.1 \pm 1.1$ m/s.

The top of the convective boundary layer during the downwind transect on 31 May is located at 3000 m asl (~$1500 \pm 230$ m agl), as defined by the altitude of the sharp gradient in both the trace gas mole fractions and potential temperature measured during an aircraft vertical profiling spiral from 19:15 to 19:39 GMT on the western (downwind) side of the D-J Basin, north of Longmont, Colorado (Figure 3b). Variability in the $CH_4$ mole fraction visible in this downwind vertical profile is caused by horizontal variability in $CH_4$ mole fraction from local sources over the 4–6 km wide spiral that the aircraft conducted as it performed a vertical profile (Figure S3).

The total $CH_4$ emission for the area encircled by each flight is estimated using the mass-balance approach and the chemical and physical measurements described above and in Text S1. The mass-balance calculation yields $25.8 \pm 8.4$ t h$^{-1}$ on 29 May (this value represents an average of the two downwind flight segments at two aircraft altitudes) and $26.2 \pm 10.7$ t h$^{-1}$ on 31 May (Table 1). We have propagated the measured variability of the various parameters in the mass-balance equation to quantify the $1\sigma$ uncertainty on the total $CH_4$ emissions estimate on each day (section 6 in Text S1 and Tables S1 and S2). Because the estimates on these two different days are independent, the $1\sigma$ uncertainty on the average top-down $CH_4$ flux (26.0 t/h) for the 2 days is 6.8 t h$^{-1}$, or close to 26% of the total flux, which is lower than the uncertainties of 33–41% derived on each day.

### 3.2. $CH_4$ Source Attribution

The top-down $CH_4$ fluxes derived above encompass all $CH_4$ sources in the area located between the downwind and upwind transects for each flight. We do not have enough information to quantitatively partition the emissions between the various $CH_4$ sources based on the airborne measurements alone. Here we estimate $CH_4$ emissions from agricultural operations, landfills, and wastewater treatment plants located within our mass-balance region based on available bottom-up information. We use emission factors from the

**AGU** *Journal of Geophysical Research: Atmospheres*  10.1002/2013JD021272



**Figure 2.** Measurements used on 29 May 2012 $CH_4$ flux calculation. (a) Map of flight track color-coded with $CH_4$ mole fraction, 4 h back trajectory of the downwind air mass (from HRDL winds, black line and dots), and the locations of oil and gas wells (gray dots). (b) Vertical profiles of $CH_4$ mole fraction (red, top axis) and potential temperature (green, bottom axis) measured during a spiral at the northernmost point of the flight track, during the red-colored downwind segment (indicated by green star in inset of Figure 2c); blue line indicates the top of the planetary boundary layer (PBL), and the black line at the bottom shows the mean ground level for the region. (c) $CH_4$ mole fraction as a function of distance along the flight track perpendicular to the mean wind direction. The average upwind mole fraction (1881 ± 4 ppb $CH_4$, black dashed line) derived from the upwind measurements (light blue line) is subtracted from the two downwind segments (dark blue, flown at ~2000 m asl (~400 m agl), and red, before they are integrated along the flight path perpendicular to the wind direction; the downwind segments were flown at ~2150 m asl (~550 m agl) along the western and northern sides of the flight track; the upwind measurements (light blue) were made in the southeast and eastern portions of the track (inset) at 2000 m asl (400–600 m agl depending on ground elevation). A narrow large $CH_4$ plume was sampled in the upwind leg, most likely from a local point source given its narrow width. Green symbols in the figure correspond to locations indicated with same symbols in inset map. (d) Wind (top) speed and (bottom) direction from HRDL, averaged through the PBL (black, with dashed line indicating the average used in the calculation and gray bar indicating the uncertainty derived in section S6 in Text S1); green line indicates the same measurement from the radar wind profiler near Greeley. Light blue, red, and dark blue vertical lines indicate the average times of the upwind and two downwind legs, corresponding to the same colors in Figure 2c. Local (daylight savings) time was GMT 6 h.

literature, activity or inventory data compiled by the state of Colorado, and annual facility-level emission estimates reported to the Environmental Protection Agency (EPA) Greenhouse Gas Reporting Program (GHGRP) for 2012 [*EPA*, 2013b].

Cattle feeding and dairy and egg production are major economic activities in the NE Front Range. Enteric fermentation in ruminants is the largest agricultural source of $CH_4$ in the region. Our study region encompasses more than 100 animal feeding and dairy permitted operations in Weld County, 11 operations in Larimer County, and 2 small operations in Boulder County. We derive $CH_4$ emission estimates for these operations using 2012 cattle head count statistics provided by the state of Colorado [*NASS*, 2014] and the 2007 Agricultural Census statistics for sheep and poultry [*USDA*, 2012]. More than 97% and 100% of beef and dairy permitted capacities in Weld County are within the study region, respectively, and so we choose to round the percent number for beef cattle up to 100% and use total beef and dairy head counts in Weld County. For Larimer County, 5.5% and 52% of beef and dairy permitted capacities are within the study region. These fractions are used to prorate the total Larimer County cattle statistics.

**Journal of Geophysical Research: Atmospheres**   10.1002/2013JD021272



**Figure 3.** Same as Figure 2 but for measurements used in 31 May 2012 $CH_4$ flux calculation. (c) One downwind segment (red, flown at 2020 m asl (~500 m agl)) was integrated for the flux calculation after the background mole fraction (1870 ± 4 ppb $CH_4$, black dashed line) was subtracted. The upwind measurements (light blue), sampled in the northeastern portion of the track (inset) at 2000 m asl (~400 magl), were used to define the background condition for the flux calculation. The dark blue line shows the mole fraction along the earlier downwind segment at the same altitude that captured only part of the plume. (d) The purple line indicates the average time of a second descending profile, shown in Figure S4.

In 2012, according to the state of Colorado Agricultural Statistics, Weld (Larimer) County was home to 50,000 (12,000) beef cows and 70,000 (12,000) dairy cows, and the total number of cattle and calves was 565,000 (51,000). Between 2008 and 2013, the interannual variability in these statistics is ≤12%. We assume that a total of 51,000 beef cows and 76,000 dairy cows were in our study region in May 2012.

We assume that 80% of the beef cows in Weld and Larimer Counties had calved by the time we conducted our campaign in May [*EPA*, 2014, Table A-179, Annex 3], and we use the US national statistics on cattle population [*EPA*, 2014, Table A-178, Annex 3] to derive head counts for calves and replacement heifers in dairy farms. We use the ratios of bulls to cows reported for Colorado in 2012 (5.6%) and the total number of cows in

**Table 1.** $CH_4$ Emission Estimates for Weld County for 29 and 31 May 2012

| $CH_4$ Emissions (t/h) | | 29 May[a] | 31 May | Average[b] |
|---|---|---|---|---|
| Total measurement-based estimates | | 25.8 ± 8.4 (33%) | 26.2 ± 10.7 (41%) | 26.0 ± 6.8 (26%) |
| Non-O&G sources—inventory-based | Animals | 3.9 ± 0.7 | 3.9 ± 0.7 | |
| estimates (see text and Tables 2 and 3 for details) | Animals waste | 0.7 ± 0.2 | 0.7 ± 0.2 | |
| | Landfills | 1.5 ± 1.5 | 0.7 ± 0.7 | |
| | Municipal wastewater plants | 0.5 ± 0.15 | 0.5 ± 0.15 | |
| | Industrial wastewater plant | 0.5 ± 0.15 | 0.5 ± 0.15 | |
| | Total nonoil and gas sources | 7.1 ± 1.7 | 6.3 ± 1.0 | |
| Remaining balance: O&G sources | | 18.7 ± 8.6 | 19.9 ± 10.7 | 19.3 ± 6.9 |

[a]The value from 29 May is the average of calculations from two separate downwind legs.
[b]The variance of the average flux is calculated as the sum of the individual day variances divided by 4.

 **Journal of Geophysical Research: Atmospheres** 10.1002/2013JD021272

**Table 2.** Bottom-Up Information and $CH_4$ Emission Estimates (t/h) From Livestock Operations, Enteric Fermentation in Ruminants (E1), and Manure Management (E2 and E3) in the Region Encompassed by the 29 and 31 May 2012 Flights[a]

| Source Livestock | Enteric Fermentation | | | | | Manure | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Head Count[b] (× 1000) | EF1[c] | SD[c] | E1 (t/h) | SD[d] | EF2[e] | E2 (t/h) | EF3[f] | E3 (t/h) |
| Cattle in feedlots | 308 | 4.3 | 1.4 | 1.32 | 0.51 | 0.23 | 0.07 | 0.97 | 0.30 |
| Beef cows | 51 | 7.8 | 1.6 | 0.40 | 0.11 | 0.23 | 0.01 | 0.97 | 0.05 |
| Beef cows calves | 41 | 1.0 | 0.2 | 0.04 | 0.01 | 0.23 | 0.01 | 0.97 | 0.04 |
| Beef stockers | 10 | 5.7 | 1.2 | 0.06 | 0.02 | 0.23 | <0.01 | 0.97 | 0.01 |
| Beef heifers | 10 | 7.1 | 1.4 | 0.07 | 0.02 | 0.23 | <0.01 | 0.97 | 0.01 |
| Bulls | 7 | 10.0 | 2.0 | 0.07 | 0.02 | 0.23 | <0.01 | 0.97 | <0.01 |
| Dairy cows | 76 | 18.3 | 3.7 | 1.39 | 0.36 | 6.16 | 0.47 | 2.74 | 0.21 |
| Dairy cows calves | 38 | 3.2 | 0.7 | 0.12 | 0.03 | 0.23 | 0.01 | 1.76 | 0.07 |
| Replacement heifers 7–11 months | 11 | 5.6 | 1.1 | 0.06 | 0.02 | 0.23 | <0.01 | 1.76 | 0.02 |
| Replacement heifers 12–23 months | 27 | 7.9 | 1.6 | 0.21 | 0.06 | 0.23 | <0.01 | 1.76 | 0.04 |
| Sheep | 200 | 0.9[e] | 0.2 | 0.18 | 0.05 | 0.003 | <0.01 | 0.066 | 0.01 |
| Poultry (mostly egg layers) | 3,000 | na | na | - | - | 0.014 | 0.04 | 0.025 | 0.08 |
| Total | - | - | - | 3.9 | 0.7 | - | 0.6 | - | 0.8 |

[a]Units for the emissions factors EF1, EF2, and EF3 are g/head/h ($10^6$ g = 1 t). The derivation of the head count for each animal category is provided in the main text.

[b]Estimated based on 2012 Colorado Agricultural Statistics for county-level total numbers of beef cows, dairy cows, and other cattle and calves, rounded 2007 Agricultural Census statistics for poultry and sheep totals and calves production and cattle replacement statistics from US EPA 2013.

[c]Cattle emission factors (EF1) based on *Johnson and Johnson* [1995, Table 2]. Standard deviation (SD) on EF1 is set to 20% except for feedlot cattle including stockers, where it is 33%.

[d]The emission estimate standard deviation takes into account the prescribed standard deviation of emission factor EF1 and 20% uncertainty in head count for each animal category.

[e]Source for EF2 emission factors used to derive emission estimates E2 [*IPCC*, 2000].

[f]Source for EF3 emission factors used to derive emission estimates E3 [*CDPHE*, 2002].

our study region to estimate the total number of bulls (~7000). We use these estimates and the constraint on the total cattle head counts to estimate the total number of feedlot cattle in the study region at 308,000 head.

These figures for total beef and dairy cattle agree to within 10% with the total permitted capacity for dairy cattle (167,000 heads) and beef cattle (405,000 heads in large feedlots with > 1000 heads each; and 6000 heads in <1000-head operations) in the study region (CDPHE, personal communication). We assume a 20% uncertainty on the total head count for all animal categories and a 20% uncertainty on the emission factors for all categories except for feedlot cattle (33%) (see details in Table 2).

For each animal category, we use an average emission factor from *Johnson and Johnson* [1995], which is still one of the most exhaustive references for US cattle. The emission factors we use are similar to values reported or used in more recent publications on North American cattle (see *EPA* [2013a, Table A-182], *Stackhouse et al.* [2011], *Kebreab et al.* [2008], and *Westberg et al.* [2001], for example). The total bottom-up emission estimate from enteric fermentation in cattle in Weld County in May 2012 amounts to an average of 3.8 ± 0.7 t/h (Table 2).

Another source of agricultural $CH_4$ from animal husbandry comes from animal manure disposal systems. Emissions from livestock manure depend in large part on how animal solid waste is managed [*Lodman et al.*, 1993; *Steed and Hashimoto*, 1994]. Dry aerobic management systems result in lower conversion of organic matter in the manure to $CH_4$, while the diversion of waste with water into anaerobic lagoons can result in very efficient conversion to $CH_4$ [*EPA*, 1999, 2009]. In Colorado's arid climate, animals are kept in dry lots for many feedlot and dairy operations [*Sharvelle and Loetscher*, 2011] and manure is removed mechanically and composted nearby.

*EPA* [2013a] uses a detailed emission model to derive $CH_4$ manure emissions for US operations, which we cannot downscale as we do not have detailed information on waste management practices for the facilities in the region of interest. Instead, we use emission factors from two reports, *IPCC* [2000] and *CDPHE* [2002]. The two reports have very different emission factors for dairy farms and beef operations (EF2 and EF3 in Table 2), and the final total $CH_4$ emissions for all animal operations are 0.6 and 0.8 t/h, respectively. It is possible that *CDPHE* [2002] emission factors reflect Colorado's practices better. In Colorado, a small percentage of total dairy farm waste is managed with anaerobic lagoons, a more common practice in the US Midwest. *EPA*

©2014. The Authors.

 **Journal of Geophysical Research: Atmospheres**   10.1002/2013JD021272

**Table 3.** Hourly $CH_4$ Emission Estimates for the Five Major Landfills Operating in the Region Encompassed by the Flights Based on Annual Estimates Reported for 2012 [*EPA*, 2013b]

| Facility | Latitude | Longitude | 2012 Emissions (t/h) |
|---|---|---|---|
| North Weld Sanitary Landfill | 40.585° | −104.826° | 0.50 |
| Central Weld Sanitary Landfill (closed) | 40.349° | −104.806° | 0.16 |
| Denver Regional Landfill (closed) [a] | 40.022° | −105.028° | 0.51[b] |
| Denver Regional North Landfill (closed)[a] | 40.031° | −105.032° | 0.02[b] |
| Front Range Landfill | 40.022° | −105.009° | 0.25[b] |
| Total Upwind on 29 May 2012 | | | 1.44 |
| Total Upwind on 31 May 2012 | | | 0.66 |

[a]These two closed (no longer in operation) landfills have recovery systems.
[b]The last three landfills were beyond the downwind transect for the 31 May flight.

[2013a] reports a 2$\sigma$ relative uncertainty of −18% to +20% on manure management $CH_4$ emissions from all cattle in the US inventory for 2011. We assume that the uncertainty is larger at the regional scale than for the national scale. We use the average of the two inventory-based estimates (0.7 t/h) with a 1$\sigma$ uncertainty 0.2 t/h.

The flux region encompassed by the 29 May 2012 flight has two active landfills and three closed landfills, two of which have a $CH_4$ recovery system (see Figure 1 and Table 3). Only the two landfills in the northern half of Weld County are within the flux region of the 31 May flight: the three southernmost landfills are south (downwind) of the flight "downwind" transects. Based on annual facility-level emissions reported to the EPA GHGRP for 2012 [*EPA*, 2013b], we calculate hourly average emission estimates for these five landfills (Table 3) and assume that these emission magnitudes are representative of both days in May 2012. The bottom-up estimates for $CH_4$ emissions from landfills total 1.7 t/h on 29 May and 0.7 t/h on 31 May. There are no uncertainty estimates reported in the EPA GHGRP, but field measurements around landfills have shown how emission rates depend on the soil microclimate and surface meteorological conditions including surface pressure [*Czepiel et al.*, 1996; *Mosher et al.*, 1999; *Czepiel et al.*, 2003; *Bogner et al.*, 2011]. For landfill emissions of $CH_4$ in the national inventory, EPA reports a 2$\sigma$ relative uncertainty of −54% to +46% [*EPA*, 2013a]. Much of this uncertainty is due to the lack of measurements to assess the efficiency of installed methane recovery and/or flaring systems. Given the lack of validation for this estimate, a 1$\sigma$ uncertainty of 100% for both days is used in our analysis.

Another smaller source of $CH_4$ in the region is from anaerobic digestion of sludge by bacteria at municipal and industrial wastewater treatment facilities. There are 11 municipal wastewater facilities in the region sampled by the May 2012 flights: 5 in Larimer County (out of 6), 5 in Weld County (out of 9), and 1 in Boulder County (in Longmont). To estimate the $CH_4$ emissions from these facilities, we use the projected state-level estimate for 2010 (3.59 t/h) derived by *Strait et al.* [2007] and scale it by the fraction of the state population residing in Weld County, Larimer County and the city of Longmont, which is 12.7% in 2010. We then use the relative increase in population from 2010 to 2012 (4%) to scale the 2010 estimate and obtain an estimate for total $CH_4$ emissions in 2012 for these 11 facilities of 0.47 t/h. The methodology followed by *Strait et al.* [2007] is based on the EPA State GHG Inventory Tool, which is very similar to the method used by EPA for the national-level greenhouse gas (GHG) inventory [*EPA*, 2013a]. There is also a large industrial wastewater facility associated with the JBS Swift slaughterhouse in Greeley. The facility processes close to 400 head of cattle into beef per hour, and its reported $CH_4$ emissions from its wastewater treatment in 2011 equal 0.47 t/h [*EPA*, 2013b]. The industrial wastewater plant did not report emissions to the GHGRP for 2012 even though it was still in operation; therefore, we use the reported emissions for 2011 assuming operations did not change. The 2$\sigma$ uncertainty reported by *EPA* [2013a] for national $CH_4$ emissions from wastewater treatment facilities ranges between −29% and +28%. We use 29% as the 1$\sigma$ relative uncertainty (or 0.14 t/h) in the regional scale emission estimates for both municipal and industrial wastewater plants.

A few additional processes in the region contribute a small amount to the total $CH_4$ flux. Based on flux measurements in the D-J Basin reported by *Klusman and Jakel* [1998], we calculate that the natural flux of $CH_4$ from natural microseepage in the region likely amounts to less than 0.1 t/h. The Fort St. Vrain 969-MW natural-gas-fired power plant near Platteville was found by our airborne measurements to have no detectable $CH_4$ emissions. Two aircraft transects passing ~2 km to the west of the power plant on 31 May

 **Journal of Geophysical Research: Atmospheres**   10.1002/2013JD021272

2012 include distinct $CO_2$ plumes (not shown) downwind of the power plant with no coincident detectable $CH_4$ enhancements. Abandoned coal mines are another possible source of $CH_4$ in the area. Over 200 small coal mines were exploited in the Front Range in the Boulder-Weld coal field in an arc extending from Marshall south of Boulder toward Frederick north of Denver [*Roberts et al.*, 2001]. Coal mines in this area have been closed since at least 1978 and, unlike those in the Piceance Basin in Western Colorado, are not categorized by the EPA as being in a gassy coal basin [*EPA*, 2004]. Some of our flight transects through the region sampled downwind of some of these mines locations, and our in situ $CH_4$ analyzer did not detect any noticeable $CH_4$ enhancement. We surmise that emissions from these mines are likely to be insignificant, because they are covered mines and have not been previously noted as major sources. They are not included in our analysis.

The total bottom-up hourly average $CH_4$ flux for non-O&G sources in the study region is estimated to be $7.1 \pm 1.7$ t $CH_4$/h on 29 May and $6.3 \pm 1.0$ t $CH_4$/h on 31 May (Table 1). The uncertainties on the non-O&G emission estimates are added in quadrature to obtain the $1\sigma$ uncertainty for the total non-O&G emissions. When we subtract these fluxes from the top-down estimates of the total $CH_4$ flux in the region on 29 and 31 May 2012, we are left with an average flux of $19.3 \pm 6.9$ t $CH_4$/h ($1\sigma$ uncertainty) attributable to O&G operations, or 75% of the total top-down regional $CH_4$ emission estimate (Table 1).

### 3.3. Light Alkanes and Benzene Correlations

Dry air mole fractions for $CH_4$, $C_3H_8$, $nC_4H_{10}$, $iC_5H_{12}$, $nC_5H_{12}$, $C_6H_6$, $C_2H_2$, and CO were measured by NOAA ESRL GMD in 118 discrete air samples collected in flasks on the 12 flights conducted in the D-J Basin in May 2012 (Figures 1 and 4). Air samples were typically acquired to ascertain hydrocarbon mole fractions in upwind legs, in the free troposphere above the PBL, and downwind of (and within) the D-J Basin.

Mole fractions of all the light alkanes in flask air samples collected directly downwind of O&G operations in the D-J Basin are elevated above background levels measured in upwind legs and in the free troposphere. The 97 air samples collected by the airplane in the PBL (below 3000 m asl) have an average mole fraction and $1\sigma$ mole fraction variability of $1891 \pm 24$ ppb for $CH_4$ and $4.3 \pm 3.2$ ppb for $C_3H_8$, compared to $1854 \pm 10$ ppb for $CH_4$ and $0.46 \pm 0.58$ ppb for $C_3H_8$ in the 21 air samples collected by the airplane above 3000 m asl.

In Figure 4, we show correlation plots for the hydrocarbons' dry air mole fractions measured in the aircraft flasks. Correlation slopes for the 97 PBL air samples are derived using an orthogonal distance regression (ODR) with a 2 ppb uncertainty for the $CH_4$ measurements, a 5% uncertainties for the NMHC measurements, and no constraint on the $y$ intercept. The slopes, the attached $1\sigma$ uncertainties, and $R^2$ are reported in Table 4. Below, we discuss $CH_4$ and $C_3H_8$ mixing ratios correlation in the aircraft samples. Then we describe another strong feature of this data set, which relates to the very tight correlations between the $C_{3-5}$ alkane mixing ratios. We also report on the analysis of $C_6H_6$ mixing ratios correlations with $C_3H_8$ and $C_2H_2$ mixing ratios. Finally, the May 2012 flight results are compared with other measurements conducted at the NOAA BAO facility.

$CH_4$ and $C_3H_8$ in the aircraft PBL air samples are correlated, with an $R^2$ of 0.66 and a $CH_4$-to-$C_3H_8$ correlation slope of 6.2 ppb/ppb (Figure 4). From flight to flight, $CH_4$ "background" mole fractions in the upwind aircraft flasks range between 1846 and 1876 ppb, while the enhancements above background in downwind flasks ranged between 1 and 104 ppb. The flight-to-flight variability in the upwind $CH_4$ mole fraction can be as high as one e third of the downwind enhancement signals we want to interpret. $C_3H_8$ mole fractions in upwind aircraft flasks range between 0.16 and 1.80 ppb, while the enhancements in all other PBL flasks range between 0.09 and 15 ppb (Figure 4).

To remove the influence of the varying background (upwind) mole fractions from flight to flight, we derive enhancements of $CH_4$ and $C_3H_8$ above background for each flask air samples collected below 3000 m asl on 11 different flights. For each flight, we define the measured $CH_4$ and $C_3H_8$ background mole fractions as the level measured in one flask air sample collected in the PBL upwind of the O&G operations out of a maximum of 12 flasks collected during each flight. For one flight, we do not have a background air flask sample. The correlation slope of $CH_4$ and $C_3H_8$ enhancements for the 76 remaining PBL aircraft samples (using the same assumptions as above) is $6.1 \pm 0.4$ ppb $CH_4$/ppb $C_3H_8$. The higher $R^2$ (0.80) compared to the correlation of absolute $CH_4$ and $C_3H_8$ mole fractions is an indication that removing the flight-to-flight varying background is important when interpreting $CH_4$ and $C_3H_8$ mixing ratios measurements from multiple days. We consider this latter slope of $6.1 \pm 0.4$ ppb/ppb to reflect the overall ratio of $CH_4$ to $C_3H_8$ total emissions in the study region in May 2012.

©2014. The Authors.

**AGU** Journal of Geophysical Research: Atmospheres          10.1002/2013JD021272



**Figure 4.** Correlation plots for different hydrocarbon versus propane mixing ratios (or enhancements above background as noted) in flasks sampled by aircraft in the boundary layer. The dotted lines show the correlation slopes of the single regression as reported in Table 4. The dashed line in the benzene to propane figure shows the multiregression slope also reported in Table 4. All the data come from the NOAA GMD multiple species analysis by GC-MS of discrete air samples collected with the aircraft on different days in the Denver-Julesburg Basin in May 2012.

The tight correlations between the $C_{3-5}$ alkane mixing ratios for all samples collected in the PBL by the airplane ($R^2 \geq 0.99$) with the same slopes for all flight data suggest that these gases are emitted by the same sources located in the study region and at a fairly constant ratio, as concluded by *Pétron et al.* [2012]. None of the nonmethane light alkanes measured correlates with either CO or $C_2H_2$ ($R^2 < 0.2$), which shows that these gases are emitted by noncombustion processes.

For all 97 aircraft PBL flask samples, $C_6H_6$ correlates well with both $C_3H_8$ (O&G source) and $C_2H_2$ (mobile combustion source) ($R^2 = 0.65$ in both cases) (Figures 4 and S5). Using a multilinear regression to explain $C_6H_6$ variability, we find that the regression coefficients $a_{C3H8}$ (8.3 ± 0.4 ppt/ppb) and $a_{C2H2}$ (0.39 ± 0.02 ppt/ppt) are lower than the single regression correlation slopes we report in Table 4. The $R^2$ values for the correlation of aircraft ($[C_6H_6] - a_{C2H2}*[C_2H_2])$-to-$C_3H_8$ and ($[C_6H_6] - a_{C3H8}*[C_3H_8])$-to-$C_2H_2$ are 0.85 and 0.88, respectively. This increase in the $R^2$ compared to the single regression correlation coefficient suggests that the variability in the $C_6H_6$ enhancements is mostly due to these two different sources.

 **Journal of Geophysical Research: Atmospheres** 10.1002/2013JD021272

**Table 4.** Summary of Correlation Slopes (ppb/ppb) Between Various Hydrocarbons' Dry Air Mole Fractions Measured in Air Samples Collected With the Aircraft in May 2012[a]

| Data Sets Species | This Study—Boundary Layer Samples Only | | | BAO 2008–2012 NE Sector May–June (85 Samples) | | | BAO 2007–2012 NE Sector November–April (919–988 Samples[b]) | | | G13 BAO Feb 2011 Multiregression | | S13 BAO Feb 2011 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Slope | SD | $R^2$ | Slope | SD | $R^2$ | Slope | SD | $R^2$ | Slope | SD | Slope | SD | $R^2$ |
| $CH_4$ to $C_3H_8$ enhancements | 6.1 | 0.3 | 0.81 | - | - | - | - | - | - | - | - | - | - | - |
| $CH_4$ to $C_3H_8$ | 6.2 | 0.5 | 0.66 | 8.1 | 0.8 | 0.56 | 8.9 | 0.2 | 0.89 | - | - | - | - | - |
| $nC_4H_{10}$ to $C_3H_8$ | 0.495 | 0.007 | 1.00 | 0.475 | 0.007 | 1.00 | 0.438 | 0.003 | 1.00 | 0.563 | 0.004 | 0.46 | 0.01 | 0.96 |
| $iC_5H_{12}$ to $C_3H_8$ | 0.140 | 0.004 | 0.99 | 0.131 | 0.005 | 0.93 | 0.131 | 0.002 | 0.99 | 0.168 | 0.002 | 0.13 | 0.005 | 0.91 |
| $nC_5H_{12}$ to $C_3H_8$ | 0.156 | 0.003 | 0.99 | 0.146 | 0.005 | 0.94 | 0.137 | 0.002 | 0.99 | 0.190 | 0.002 | 0.13 | 0.005 | 0.92 |
| $C_3H_6$ to $C_3H_8$ | $11.3 \times 10^{-3}$ | $0.9 \times 10^{-3}$ | 0.65 | $8.7 \times 10^{-3}$ | $0.8 \times 10^{-3}$ | 0.62 | $8.7 \times 10^{-3}$ | $0.3 \times 10^{-3}$ | 0.79 | - | - | - | - | - |
| $C_2H_6$ to $C_3H_8$ | 0.54 | 0.04 | 0.65 | 0.35 | 0.06 | 0.33 | 0.38 | 0.01 | 0.82 | - | - | - | - | - |
| $C_2H_6$ to $C_3H_8$ (multiregression) | $8.3 \times 10^{-3}$ | $0.4 \times 10^{-3}$ | 0.85[c] | $7.5 \times 10^{-3}$ | $0.7 \times 10^{-3}$ | 0.66 | $5.3 \times 10^{-3}$ | $0.2 \times 10^{-3}$ | 0.91 | $4.3 \times 10^{-3}$ | $0.1 \times 10^{-3}$ | $6.3 \times 10^{-3}$ | $0.4 \times 10^{-3}$ | 0.79 |
| $C_2H_6$ to $C_2H_2$ (multiregression) | 0.39 | 0.02 | 0.88[c] | 0.23 | 0.04 | 0.35 | 0.222 | 0.007 | 0.88 | 0.166 | 0.005 | 0.39 | 0.01 | 0.94 |

[a] These slopes are compared with results from a similar analysis by GMD of midday samples collected from the NOAA GMD tower 300 m level (2007–2012) for the NE wind sector. The last two columns provide emission ratios reported by *Gilman et al.* [2013] (abbreviated G13) and *Swarthout et al.* [2013] (abbreviated S13) for VOC measurements at 22 m at BAO during a 3-week intensive campaign in February 2011.
[b] The number of valid BAO samples for each pair of trace gases varied and was within the range provided in the column header.
[c] $R^2$ for the residuals.

The hydrocarbon correlation slopes for the aircraft samples are now compared with results from three different BAO data sets. In Table 4, we report correlation slopes for the GMD long-term midday flask samples collected at the 300 m agl level of the BAO tower (calculated using the same ODR technique). The last two columns in Table 4 also show results presented in *Gilman et al.* [2013] and *Swarthout et al.* [2013] on VOC measurements collected during a 3 week intensive campaign at BAO in February 2011. We filter the GMD BAO data set to keep air samples coming from the NE only (flasks with prior 30 min mean wind from a direction of 0–140° and a mean wind speed > 2.5 m/s). The BAO NE data are also filtered by time of year: data from May and June 2008–2012 are compared with the May 2012 aircraft data, and data from November to April 2007–2012 are compared with the wintertime results reported by *Gilman et al.* [2013] and *Swarthout et al.* [2013] (denoted G13 and S13, respectively, in Table 4). *Gilman et al.* [2013] and *Swarthout et al.* [2013] report their VOC measurements on different calibration scales than GMD. They also sampled day and night closer to the surface, which may make some of their measurements less representative of a large area because the highest mole fraction enhancements tend to occur at night when winds are lower.

For the GMD data sets, $nC_4H_{10}$-to-$C_3H_8$, $iC_5H_{12}$-to-$C_3H_8$ and $nC_5H_{12}$-to-$C_3H_8$ correlation slopes for the aircraft PBL samples are 4–7% higher than the BAO NE May and June samples slopes. Conversely, the $CH_4$-to-$C_3H_8$ enhancements slope for the airplane PBL samples is 23% lower that the BAO NE May and June samples slope. The overall mix of hydrocarbon sources located within the footprints of the airplane and BAO samples have different chemical compositions, especially in terms of $CH_4$ relative to other light alkanes. This difference may reflect a higher contribution of hydrocarbon emissions related to oil and liquid condensate production (enriched in NMHCs relative to $CH_4$) in

©2014. The Authors.

 **Journal of Geophysical Research: Atmospheres** 10.1002/2013JD021272

**Table 5.** Emission Estimates for Methane and Five Nonmethane Hydrocarbons in Weld County Based on Aircraft Measurements in May 2012

| Compound | Total Emissions (t/h) 2 Days in May 2012 | Method |
|---|---|---|
| $CH_4$ | $26.0 \pm 6.8$ | Mass-balance estimate |
| $C_3H_8$ | $11.8 \pm 3.8$ | Based on $CH_4$ to $C_3H_8$ mixing ratios enhancements slope |
| $nC_4H_{10}$ | $7.7 \pm 2.6$ | Based on $C_3H_8$ total emissions estimate and $nC_4H_{10}$ to $C_3H_8$ mixing ratios slope |
| $iC_5H_{12}$ | $2.7 \pm 0.9$ | Based on $C_3H_8$ emissions estimate and $iC_5H_{12}$ to $C_3H_8$ mixing ratios slope |
| $nC_5H_{12}$ | $3.0 \pm 1.0$ | Based on $C_3H_8$ emissions estimate and $nC_5H_{12}$ to $C_3H_8$ mixing ratios slope |
| $C_6H_6$ | $0.17 \pm 0.06$ | Based on $C_3H_8$ emissions estimate and $C_6H_6$ to $C_3H_8$ multiregression coefficient |
| Total for measured NMHC | $25.4 \pm 8.2$ | Sum of $C_3H_8$, $nC_4H_{10}$, $iC_5H_{12}$, $nC_5H_{12}$ and $C_6H_6$ emissions |

the air masses sampled with the aircraft. The $C_{3-5}$ alkane correlation slopes we report for BAO NE winter samples are closer to the slopes reported by *Swarthout et al.* [2013] and 22–28% lower than the slopes reported by *Gilman et al.* [2013]. At this time, it is not clear if the different calibration scales and sampling procedures between the three groups may explain some of the differences in correlation slopes observed.

The $C_6H_6$-to-$C_3H_8$ multivariate slopes for the May 2012 aircraft flasks and the BAO NE May–June flasks agree within their calculated 1 sigma: $8.3 \pm 0.4$ ppt/ppb and $7.5 \pm 0.7$ ppt/ppb, respectively. The multiregression slope we report for the BAO NE winter samples ($5.3 \pm 0.2$ ppt/ppb) is 29% lower than the BAO NE May–June slope. It is in between the multiregression slope reported by *Gilman et al.* [2013] ($4.3 \pm 0.1$ ppt/ppb) and the emission ratio reported by *Swarthout et al.* [2013] ($6.3 \pm 0.4$ppt/ppb) for February 2011. These different measurements suggest that the relative strength of the $C_6H_6$ and $C_3H_8$ emissions from O&G sources in the region site may vary over time and space.

### 3.4. Light Alkanes and Benzene Measurement-Based Regional Emission Estimates

In this section we derive top-down estimates of light alkane and $C_6H_6$ emissions. We first scale the average $CH_4$ regional total top-down emission estimate ($26.0 \pm 6.8$ t/h) obtained with the mass-balance approach with the inverse of the $CH_4$-to-$C_3H_8$ enhancements slope obtained for the aircraft flask samples. The total relative uncertainty in the $C_3H_8$ emission estimate is the sum of the relative uncertainty in the total $CH_4$ emission estimate and the relative uncertainty in the $CH_4$-to-$C_3H_8$ slope. The resulting total $C_3H_8$ mean hourly emission estimate for May 2012 is $11.8 \pm 3.8$ t/h.

Top-down emission estimates for $n$-$C_4H_{10}$, $iC_5H_{12}$, $nC_5H_{12}$, and $C_6H_6$ are calculated by scaling the $C_3H_8$ top-down emission estimate with the NMHC-to-$C_3H_8$ slopes reported in Table 4 for the aircraft flask samples. Uncertainty estimates again reflect the uncertainty in the $C_3H_8$ top-down emission estimate and the slopes. The resulting $nC_4H_{10}$, $iC_5H_{12}$, $nC_5H_{12}$, and $C_6H_6$ mean hourly emission estimates for May 2012 are $7.7 \pm 2.6$ t/h, $2.7 \pm 0.9$ t/h, $3.0 \pm 1.0$ t/h, and $173 \pm 64$ kg/h (1 kg = 0.001 t), respectively.

*Gilman et al.* [2013] attributed 100% of the light alkane ($C_{3-5}$) mixing ratio enhancements above background they observed at BAO in February 2011 to O&G operations emissions. We too assume that the emission estimates we derived above for these nonmethane light alkanes can be entirely attributed to O&G sources in the study region. For $C_6H_6$, we use the slope from the multiple regression analysis to isolate the contribution from O&G sources alone (see previous section). The top-down emission estimates for $C_3H_8$, $nC_4H_{10}$, $iC_5H_{12}$, $nC_5H_{12}$, and $C_6H_6$ are summarized in Table 5 and add up to $25.4 \pm 8.2$ t/h.

This small suite of NMHCs measured by GMD in the aircraft flasks represent a subset of the nonmethane and nonethane hydrocarbons emitted by O&G sources. $C_3H_8$, $nC_4H_{10}$, $iC_5H_{12}$, $nC_5H_{12}$, and $C_6H_6$ represent on average 77% of the total NMHC mass in raw natural gas from the Wattenberg field and 88% of the total NMHC mass in flashing emissions from oil and liquid condensate storage tanks [see also *Pétron et al.*, 2012, supporting information Figure S4; CDPHE, personal communication]. In the CDPHE inventory, as in other air quality emission inventories, ethane is not included in sum of the NMHC due to its low reactivity and low impact on local air quality.

Other NMHC reported in composition profiles for raw natural gas and flashing emissions from storage tanks, which GMD did not measure in the aircraft samples, are *i*-butane ($iC_4H_{10}$), alkanes with six carbons or more ($C_{6+}$), toluene, ethylbenzene, and xylenes [*Pétron et al.* 2012, supporting information]. GMD is currently developing a new GC-MS system to measure several of these gases in future discrete air samples. In order to estimate

©2014. The Authors.


**Journal of Geophysical Research: Atmospheres**   10.1002/2013JD021272

emissions for the NMHCs not analyzed by GMD, one could use the *Gilman et al.* [2013] and *Swarthout et al.* [2013] BAO VOC measurements, assuming they are representative of the mean emission ratios in Weld County.

## 4. Comparison With Inventory-Based Emissions Estimates

### 4.1. Nonmethane Hydrocarbons

CDPHE has developed bottom-up methods to track VOC emissions from O&G sources, which rely on both permit data and empirical equations. Flashing emissions of volatile compounds occur every time "new" oil or liquid condensate is dumped from the on-site separator into a storage tank. In the CDPHE inventory these emissions are treated as an area source proportional to oil and liquid condensate production. We use the May 2012 total oil and liquid condensate production volume for Weld County and an empirical equation described in *Wells* [2012] and *Bar-Ilan and Morris* [2012] to estimate the flashing emissions from storage tanks in Weld County. The empirical equation developed by CDPHE uses an emission factor of 13.7 lb VOC per barrel of oil or liquid condensate produced and assumes an overall emission reduction factor of 53% from the mandatory use of flares or vapor recovery units in the NAA [*Wells*, 2012]. Hourly emissions from oil and liquid condensate storage tanks in Weld County in May 2012 are estimated at 11.8 t/h. Other sources, including compressor engines, truck liquid loading, produced water storage tanks, etc., add 1.14 t/h (D. Wells, personal communication, 2014), while drill rigs, completion, and recompletion add another estimated 0.12 t/h (projected from WestJump 2008) [*Bar-Ilan and Morris*, 2012] to May 2012). In Weld County, according to the state inventory, the bulk of total O&G VOC emissions come from uncaptured or unburned flashing emissions at oil and liquid condensate storage tanks. The bottom-up total VOC emission estimates from O&G sources add up to 13.1 t/h. No uncertainties are available for this estimate. The bottom-up total is about half of the top-down total emission we derive for $C_3H_8$, $nC_4H_{10}$, $iC_5H_{12}$, $nC_5H_{12}$, and $C_6H_6$ in May 2012 (25.4 $\pm$ 8.2 t/h) alone.

In the CDPHE inventory of $C_6H_6$ sources, highway and nonroad vehicles are responsible for close to 90% of the total $C_6H_6$ emissions in the Front Range ozone nonattainment area, or 139 kg/h in 2011 (the 2012 estimate is not available yet). The CDPHE inventory estimate of $C_6H_6$ emissions from O&G operations in Weld County in 2012 amounts to 25.2 kg/h: 17.9 kg/h from oil and liquid condensate storage tanks and 7.3 kg/h from other O&G sources, including produced water tanks, crude oil and condensate loading and transportation, natural gas dehydration and processing operations, flares, and compressor engines. This official estimate is 7 times lower than our average top-down estimate (173 $\pm$ 64 kg/h). Taking into account the 1 sigma uncertainty in our estimate, there is 68% chance that the inventory underestimates these emissions by a factor of 4 to 9. Our results indicate that $C_6H_6$ emissions from O&G operations in Weld County may be as large or even larger than vehicle emissions. This finding stresses the need for further work to better understand and track the substantial "missing" sources of $C_6H_6$ (and potentially other hazardous air pollutants) in O&G production and processing operations [*Pétron et al.*, 2012].

### 4.2. Methane

To date, neither the state of Colorado nor EPA provides complete, up-to-date, and spatially resolved (county or smaller scale) inventories of $CH_4$ sources. The most detailed and regionally relevant information source for $CH_4$ emissions from O&G sources is the EPA Greenhouse Gas Reporting Program (GHGRP), which collects emissions data from the largest sources of GHG in the US under the Consolidated Appropriations Act of 2008 [*EPA*, 2013b].

The GHGRP Subpart W covers almost all segments of petroleum and natural gas systems from production, processing, transmission compression, storage, and distribution besides emissions from stationary fuel combustion covered by Subpart C (http://www.epa.gov/ghgreporting/documents/pdf/infosheets/OnshorePetroleumNaturalGasSystems.pdf). Owners of O&G facilities emitting more than 25,000 t $CO_2$ equivalent/yr (from single point sources or as an aggregate for operations over an O&G basin) are required to report annual GHG emissions data to the EPA following specified methods to promote consistency across operators. Smaller operators and a few source categories do not report emissions data to the GHGRP Subpart W. For example, natural gas gathering compressors do not report to the program at this time. Despite these obvious limitations, it is currently the most detailed and basin-specific inventory of GHG emissions. In November 2013, the GHGRP made public the second year of emissions data reported to Subpart W for operations during 2012.

Twelve large oil and gas producers in the D-J Basin (out of 269 operators) report basin-level $CH_4$ emissions for their area distributed operations to the GHGRP. Their reported $CH_4$ emissions total 6.7 t/h for an average

©2014. The Authors.

 **Journal of Geophysical Research: Atmospheres** 10.1002/2013JD021272

day in 2012. The two largest sources categories are pneumatic devices and pumps (3.8 t/h) and other equipment leaks from well pads (2.1 t/h). Reported emissions from other operations at well pads including liquid unloading, oil and liquid condensate storage tanks, and completions and workovers total 0.55, 0.15 and 0.14 t/h, respectively [EPA, 2013b]. Eleven facilities (large natural gas processing plants and transmission compressor stations) in Weld County also report facility-level GHG emissions to the GHGRP, and their aggregated $CH_4$ emission estimate for an average day in 2012 is 0.2 t/h.

Weld County is the largest O&G producing county by far in the D-J Basin. Here we use the assumption that the GHGRP area source emission estimates reported for the D-J Basin can be scaled by O&G production (expressed in Btu) to derive estimates of emissions for all O&G operators in Weld County in 2012, and we use heat contents for natural gas of 1.021 million Btu per thousand cubic feet and for oil of 5.871 million Btu per barrel of oil. In 2012, the 12 operators in D-J Basin reporting emissions to the GHGRP produced an equivalent of $5.07 \times 10^{14}$ Btu, while all operators in Weld County produced an equivalent of $5.01 \times 10^{14}$ Btu. We scale the GHGRP reported D-J Basin emissions total by 0.989 (= $5.01 \times 10^{14}/5.07 \times 10^{14}$) and derive an estimated total emissions of 6.6 t $CH_4$/h for all O&G area sources in Weld County on an average day in 2012.

To account for all sources, emissions from large point sources (compressors and processing plants) not reporting to the GHGRP should also be added. It is not clear, however, how to scale the 0.2 t/h reported for a subset of 11 such facilities. With a simple scaling of 30/11, we get an estimate of 0.5 t $CH_4$/h for the identified 30 large O&G point sources in the study region (out of 38 total facilities in the state inventory for Weld County).

Overall there is a large gap between the $CH_4$ emissions we estimate based on the GHGRP data for O&G operations in Weld County for an average day in 2012 (7.1 t/h) and the $19.3 \pm 6.9$ t/h average top-down estimate we derive for 2 days in May 2012.

Following CDPHE bottom-up calculations for VOCs flashing emissions from storage tanks, hourly average $CH_4$ flashing emission estimates in Weld County in May 2012 range between 0.9 and 5.9 t/h based on 16 different flashing emissions composition profiles, with an average of 2.8 t/h. The GHGRP reported $CH_4$ emissions from oil and liquid condensate storage tanks in the D-J Basin in 2012 total 0.15 t/h and may be underestimated.

One clear limitation of this comparison has to do with the different temporal coverage of the top-down (daytime for 2 days) and bottom-up (annual) emission estimates. It is beyond the scope of this paper to derive an emission inventory for the same time period represented by our measurements, i.e., a midday snapshot on 2 days in May 2012. Further coordinated work to reconcile $CH_4$ and NMHC emissions estimates based on inventory models and atmospheric measurements studies at different spatial and temporal scales is needed to better characterize how O&G sources impact air quality and climate.

Several studies have expressed $CH_4$ emissions from O&G systems in terms of the fraction of produced $CH_4$ (or natural gas) lost to the atmosphere [U.S. Environmental Protection Agency/Global Reporting Initiative (EPA/GRI), 1996; Shorter et al., 1997; Pétron et al., 2012; Peischl et al., 2013; Karion et al., 2013; Allen et al., 2013]. We estimate that the fraction of gross natural gas production from oil and gas wells lost to the atmosphere in Weld County in May 2012 is $4.1 \pm 1.5$ %. This number is close to the middle scenario (4%) reported by Pétron et al. [2012] for 2008 for the same region. Our current measurements do not allow us to separate the emissions contributions from oil production versus natural gas production. Our total loss rate is substantially lower than the $8.9 \pm 2.8$ % ($1\sigma$) loss rate reported by Karion et al. [2013] for the Uinta Basin gas field in northeastern Utah for one mass-balance flight conducted in February 2012.

## 5. Conclusions

This study presents estimates of total emissions of methane ($CH_4$), propane ($C_3H_8$), n-butane ($nC_4H_{10}$), i- and n-pentane ($iC_5H_{12}$ and $nC_5H_{12}$), and the carcinogen benzene ($C_6H_6$) from the most densely drilled region of the Denver-Julesburg oil and natural gas basin in Weld County in May 2012. Our estimation approach is based on aircraft in situ continuous ($CH_4$) and discrete ($CH_4$, NMHCs) chemical measurements and ground-based wind profilers.

Our top-down total hourly average emission rates for $CH_4$, $C_3H_8$, $nC_4H_{10}$, $iC_5H_{12}$, and $nC_5H_{12}$ are $26.0 \pm 6.8$, $11.8 \pm 3.8$, $7.7 \pm 2.6$, $2.7 \pm 0.9$, and $3.0 \pm 1.0$ t/h, respectively. Based on the lack of correlation we observe between these alkanes and combustion tracers (CO, $C_2H_2$) in the airborne flask samples along with previous

 **Journal of Geophysical Research: Atmospheres**   10.1002/2013JD021272

analysis of NMHC observations in the Basin [*Gilman et al.*, 2013], we attribute 100% of these nonmethane emissions to oil and natural gas operations. We also derive a top-down average emission estimate for $C_6H_6$ emissions from oil and natural gas operations of $173 \pm 64$ kg/h.

Inventory estimates for nonoil and gas $CH_4$ sources in the region suggest that $7.1 \pm 1.7$ t/h on 29 May and $6.3 \pm 1.0$ t/h on 31 May were emitted by nonoil and natural gas sources. On average, we estimate that 75% ($19.3 \pm 6.9$ t/h) of the total $CH_4$ emissions we detected are attributable to O&G operations in the study region.

Overall, our top-down emission estimates for $CH_4$ and NMHCs from oil and natural gas sources are at least twice as large as available bottom-up emission estimates. Accurate estimates of emissions from oil and natural gas operations at the regional and national levels are still needed to quantify (and minimize) their impacts on climate forcing and air quality. Research studies like this one, relying on recent technical developments in atmospheric measurements, are a necessary component for the evaluation of emissions inventories and emissions reduction programs. Further efforts are underway to overcome some of the limitations of the regional mass-balance approach. Specifically, the use of a dense network of $CH_4$, $\delta^{13}CH_4$, and hydrocarbon observations to attribute the total $CH_4$ emissions between different sources is under investigation. Longer-term monitoring observations ingested into inverse models (such as *Miller et al.* [2013]) can also provide a valuable approach to extend the temporal coverage of top-down emission estimates. More top-down studies are needed to evaluate (1) hydrocarbons emission inventories for dry gas/wet gas/oil production regions and (2) the actual impacts of emission mitigation regulations and best management practices including Leak Detection and Repair programs. Future research should also include the investigation of the apparent gap between bottom-up and top-down hydrocarbon emission estimates at the regional and national scales to track down which sources are either missing or underestimated and to quantify the contribution of anomalously large emitters, as suggested by *Brandt et al.* [2014].

**Acknowledgments**
The Environment Defense Fund (EDF) provided funding to conduct the aircraft measurements in May 2012. NOAA, EDF, Climate Program Office's Atmospheric Chemistry, Carbon Cycle and Climate (AC4) program, and NSF AirWaterGas Sustainability Research Network supported the data analysis and interpretation. The NOAA Climate Program Office's Atmospheric Chemistry, Carbon Cycle and Climate (AC4) program partly supported operations and data analysis. We thank the following NOAA Earth Systems Research Lab and University of Colorado CIRES colleagues: Danlei Chao, Andrew Crotwell, Molly Crotwell, Jack Higgs, Duane Kitzis, Ken Masarie, John Miller, Lloyd Miller, Eric Moglia, Carolina Siso, Kelly Sours, Jonathan Williams, Bill Dube, and Jeff Peischl for their many and varied technical contributions. We thank NOAA ESRL Chemical Sciences Division and Physical Sciences Division for supporting the deployment of the HRDL instrument at the NOAA Platteville site (CSD) and the wind profiler at the CHILL site near Greeley, Colorado (PSD). Surface flux measurements at the BAO are supported by an NSF Early Career award (AGS-0955841). We also thank NOAA ESRL Physical Sciences Division for providing high-quality meteorological measurements and supporting multiple long-term and intensive science operations at the NOAA Boulder Atmospheric Observatory near Erie, Colorado. We thank Dale Wells and the Colorado Department of Public Health and the Environment for providing emission inventory data and detailed information on how the state inventory is built. Finally, we gratefully acknowledge the constructive comments from two anonymous reviewers. The GMD data are available at http://www.esrl.noaa.gov/gmd/dv/data/.

## References

Allen, D. T., et al.(2013), Measurements of methane emissions at natural gas production sites in the United States, *Proc. Natl. Acad. Sci. U. S. A.*, doi:10.1073/pnas.1304880110.

API/ANGA (2012), Characterizing pivotal sources of methane emissions from natural gas production, 57 pp.

Bar-Ilan, A., and R. Morris (2012), 2008 O&G emissions for Colorado Basins (Denver-Julesburg, Piceance, and North San Juan), final emissions technical memorandum 4a.

Bar-Ilan, A., et al. (2008), Development of baseline 2006 emissions from oil and gas activity in the Denver-Julesburg Basin, WRAP Phase III report, 34 pp., Western Reg. Air Partnership, Fort Collins, Colo. [Available at http://www.wrapair.org/forums/ogwg/documents/2008-04_06_Baseline_Emissions_D-J_Basin_Technical_Memo_(04-30).]

Bogner, J., K. Spokas, and J. Chanton (2011), Seasonal greenhouse gas emissions (methane, carbon dioxide, nitrous oxide) from engineered landfills: Daily, intermediate, and final California landfill cover soils, *J. Environ. Qual.*, 40, 1010–1020.

Brandt, A. R., et al. (2014), Methane leaks from North American natural gas systems, *Science*, 343(6172), 733–735, doi:10.1126/science.1247045.

Colorado Department of Public Health and the Environment (CDPHE) (2002), Colorado greenhouse gas emissions inventory & forecast: 1990 to 2015. 74 pp.

Colorado Department of Public Health and the Environment (CDPHE) (2008), Denver metropolitan area and north Front Range 8-hour ozone state implementation plan, Technical Support Document For Proposed Pneumatic Controller Regulation. [Available at http://www.colorado.gov/airquality/documents/deno308/Pneumatic_Controller_TSD_DRAFT.pdf.]

Colorado Department of Natural Resources (2011), Colorado new oil boom: The Niobrara, Rock Talk, vol 13(1). [Available at http://geosurvey.state.co.us/pubs/Documents/rtv13n1%204-15-11%20B.pdf.]

Colorado Oil and Gas Conservation Commission (COGCC) (2014), County level production data available in the "DataBase" section. [Available at http://cogcc.state.co.us/.]

Czepiel, P. M., B. Mosher, R. C. Harriss, J. H. Shorter, J. B. McManus, C. E. Kolb, E. Allwine, and B. K. Lamb (1996), Landfill methane emissions measured by enclosure and atmospheric tracer methods, *J. Geophys. Res.*, 101(D11), 16,711–16,719, doi:10.1029/96JD00864.

Czepiel, P. M., J. H. Shorter, B. Mosher, E. Allwine, J. B. McManus, R. C. Harriss, C. E. Kolb, and B. K. Lamb (2003), The influence of atmospheric pressure on landfill methane emissions, *Waste Manage.*, 23(7), 593–598.

Dlugokencky, E. J., K. A. Masarie, P. P. Tans, T. J. Conway, and X. Xiong (1997), Is the amplitude of the methane seasonal cycle changing?, *Atmos. Environ.*, 31(1), 21–26, doi:10.1016/s1352-2310(96)00174-4.

Eisele, A., M. Hannigan, J. Milford, D. Helmig, and P. Milmoe (2009), Understanding air toxics and carbonyl pollutant sources in Boulder County, Colorado, prepared for Environmental Protection Agency Region 8, 145 pp. [Available at http://www.epa.gov/ttnamti1/files/20052006csatam/BCPHAirToxicsReportEPA.pdf.]

Fishman, N. S., et al. (2005), *Energy Resource Studies, Northern Front Range, Colorado, U. S. Geol. Surv. Prof. Pap., 1698.* [Available at http://pubs.usgs.gov/pp/2005/1698/pdf/P1698.pdf.]

Gilman, J. B., B. M. Lerner, W. C. Kuster, and J. de Gouw (2013), Source signature of volatile organic compounds from oil and natural gas operations in northeastern Colorado, *Environ. Sci. Technol.*, doi:10.1021/es304119a.

Goldan, P. D., M. Trainer, W. C. Kuster, D. D. Parrish, J. Carpenter, J. M. Roberts, J. E. Yee, and F. C. Fehsenfeld (1995), Measurements of hydrocarbons, oxygenated hydrocarbons, carbon monoxide, and nitrogen oxides in an urban basin in Colorado: Implications for emission inventories, *J. Geophys. Res.*, 100(D11), 22,771–22,783, doi:10.1029/95JD01369.

Grund, C. J., et al. (2001), High-resolution Doppler lidar for boundary layer and cloud research, *J. Atmos. Oceanic Technol.*, 18(3), 376–393.

   ©2014. The Authors.



 **Journal of Geophysical Research: Atmospheres** 10.1002/2013JD021272

Higley, D., and D. Cox (2007), Oil and gas exploration and development along the front range in the Denver Basin of Colorado, Nebraska, and Wyoming, in Higley, D.K., compiler, Petroleum systems and assessment of undiscovered oil and gas in the Denver Basin Province, Colorado, Kansas, Nebraska, South Dakota, and Wyoming—USGS Province 39: U.S. Geo. Surv. Digital Data Ser. DDS–69–P, ch. 2, 41 pp.

IPCC (2000), Background papers IPCC expert meetings on good practice guidance and uncertainty management in national greenhouse gas inventories, $CH_4$ and $N_2O$ emissions from livestock manure, pp. 321–338. [Available at http://www.ipcc-nggip.iges.or.jp/public/gp/gpg-bgp.html.]

Johnson, K. A., and D. E. Johnson (1995), Methane emissions from cattle, J. Anim. Sci., 73(8), 2483–92.

Karion, A., et al. (2013), Methane emissions estimates from airborne measurements over a western United States natural gas field, Geophys. Res. Lett., 40, 4393–4397, doi:10.1002/grl.50811.

Kebreab, E., K. A. Johnson, S. L. Archibeque, D. Pape, and T. Wirth (2008), Model for estimating enteric methane emissions from United States dairy and feedlot cattle, J. Anim. Sci., 86, 2738–2748, doi:10.2527/jas.2008-0960.

Klusman, R., and M. Jakel (1998), Natural microseepage of methane to the atmosphere from the Denver-Julesburg basin, Colorado, J. Geophys. Res., 103(D21), 28,041–28,045, doi:10.1029/98JD02399.

LaFranchi, B. W., et al. (2013), Constraints on emissions of carbon monoxide, methane, and a suite of hydrocarbons in the Colorado Front Range using observations of $^{14}CO_2$, Atmos. Chem. Phys., 13, 11,101–11,120, doi:10.5194/acp-13-11101-2013.

Levi, M. A. (2012), Comment on "Hydrocarbon emissions characterization in the Colorado Front Range: A pilot study" by Gabrielle Pétron et al., J. Geophys. Res., 117, D21203, doi:10.1029/2012JD017686.

Lodman, D. W., M. E. Branine, B. R. Carmean, P. Zimmerman, G. M. Ward, and D. E. Johnson (1993), Estimates of methane emissions from manure of U.S. cattle, Chemosphere, 26(1–4), 189–199.

Miller, S. M., et al. (2013), Anthropogenic emissions of methane in the United States, Proc. Natl. Acad. Sci. U.S.A., doi:10.1073/pnas.1314392110.

Montzka, S. A., R. C. Myers, J. H. Butler, J. W. Elkins, and S. O. Cummings (1993), Global tropospheric distribution and calibration scale of HCFC-22, Geophys. Res. Lett., 20(8), 703–706, doi:10.1029/93GL00573.

Mosher, B. W., P. Czepiel, R. Harriss, J. Shorter, C. Kolb, J. B. McManus, E. Allwine, and B. Lamb (1999), $CH_4$ emissions at nine landfill sites in the northeastern United States, Environ. Sci. Technol., 33, 2088–2094.

NASS (2014), Colorado agricultural statistics 2013. [Available at http://www.nass.usda.gov/Statistics_by_State/Colorado/Publications/Annual_Statistical_Bulletin/Final%202013.pdf.]

Novelli, P. C., et al. (1998), An internally consistent set of globally distributed atmospheric carbon monoxide mixing ratios developed using results from an intercomparison of measurements, J. Geophys. Res., 103, 19,285–19,293, doi:10.1029/97JD00031.

Peischl, J., et al. (2013), Quantifying sources of methane using light alkanes in the Los Angeles basin, California, J. Geophys. Res. Atmos., 118, 4974–4990, doi:10.1002/jgrd.50413.

Pétron, G., et al. (2012), Hydrocarbon emissions characterization in the Colorado Front Range—A pilot study, J. Geophys. Res., 117, D04304, doi:10.1029/2011JD016360.

Pétron, G., G. J. Frost, M. K. Trainer, B. R. Miller, E. J. Dlugokencky, and P. Tans (2013), Reply to comment on "Hydrocarbon emissions characterization in the Colorado Front Range—A pilot study" by Michael A. Levi, J. Geophys. Res. Atmos., 118, 236–242, doi:10.1029/2012JD018487.

Roberts, S. B., J. L. Hynes, and C. L. Woodward (2001), Map showing the extent of mining, locations of mine shafts, adits, air shafts, and bedrock faults, and thickness of overburden above abandoned coal mines in the Boulder-Weld Coal Field, Boulder, Weld, and Adams Counties, Colorado. [Available at: http://pubs.usgs.gov/imap/i-2735/.]

Scamehorn, L. (2002), High altitude energy: A history of fossil fuels in Colorado. Boulder: University Press of Colorado, 2002. xvi +232 pp. ISBN 0-87081-661-6.

Sharvelle, S., and L. Loetscher (2011), Anaerobic digestion of animal wastes in Colorado, Livestock Series - Management, Fact Sheet, 1.227, 3 pp. [Available at http://www.ext.colostate.edu/pubs/livestk/01227.pdf.]

Shorter, J. H., et al. (1997), Collection of leakage statistics in the natural gas system by tracer methods, Environ. Sci. Technol., 31, 2012–2019.

Sonnenberg, S. (2012), The Niobrara Petroleum System, Rocky Mountain Region, Search and Discovery Article #80206. [Available at: http://www.searchanddiscovery.com/documents/2012/80206sonnenberg/ndx_sonnenberg.pdf.]

Stackhouse, K. R., Y. Pan, Y. Zhao, and F. M. Mitloehner (2011), Greenhouse gas and alcohol emissions from feedlot steers and calves, J. Environ. Qual., 40, 899–906, doi:10.2134/jeq2010.0354.

Steed, J., Jr., and A. G. Hashimoto (1994), Methane emissions from typical manure management systems, Bioresour. Technol., 50(2), 123–130.

Strait, R., S. Roe, A. Bailie, H. Lindquist, and A. Jamison (2007), Colorado greenhouse gas inventory and reference case projections 1990–2020, report, 99 pp., CDPHE, Denver, Colo. [Available at http://www.cdphe. state.co.us/ap/studiesreports.html.]

Swarthout, R. F., R. S. Russo, Y. Zhou, A. H. Hart, and B. C. Sive (2013), Volatile organic compound distributions during the NACHTT campaign at the Boulder Atmospheric Observatory: Influence of urban and natural gas sources, J. Geophys. Res. Atmos., 118, 10,614–10,637, doi:10.1002/jgrd.50722.

USDA (2012), 2007 census of agriculture, County Level Data accessible via the USDA National Agricultural Statistical Services quick stat. [Available at http://quickstats.nass.usda.gov/.]

U.S. Environmental Protection Agency/Global Reporting Initiative (EPA/GRI) (1996), Methane emissions from the natural gas industry, Volume 2: Tech. Rep., EPA-600/R-96-080b, 152pp.

U.S. Environmental Protection Agency (EPA) (1999), U.S. methane emissions 1990–2020: Inventories, projections, and opportunities for reductions, Appendix V: Livestock Manure Management, 26 pp. [Available at http://www.epa.gov/outreach/reports/05-manure.pdf.]

U.S. Environmental Protection Agency (EPA) (2004), Methane emissions from abandoned coal mines in the United States: Emission inventory methodology and 1990–2002 emissions estimates, 90 pp. [Available at http://www.epa.gov/cmop/docs/amm_final_report.pdf.]

U.S. Environmental Protection Agency (EPA) (2009), Technical support document for manure management systems: Proposed rule for mandatory reporting of greenhouse gases, 20 pp. [Available at http://www.epa.gov/ghgreporting/documents/pdf/archived/tsd/TSD%20manure_020409.pdf.]

U.S. Environmental Protection Agency (EPA) (2013a), Inventory of U.S. greenhouse gas emissions and sinks: 1990–2011. [Available at http://www.epa.gov/climatechange/ghgemissions/usinventoryreport/archive.html.]

U.S. Environmental Protection Agency (EPA) (2013b), 2012 greenhouse gas emissions from large facilities. [Available at http://ghgdata.epa.gov/ghgp/main.do.]

U.S. Environmental Protection Agency (EPA) (2014), Draft inventory of U.S. greenhouse gas emissions and sinks: 1990–2012. [Available at http://www.epa.gov/climatechange/ghgemissions/usinventoryreport.html.]

Wells, D. (2012), Condensate tanks emissions, Extended abstract to EPA 2012 International Emission Inventory Conference "Emission Inventories - Meeting the Challenges Posed by Emerging Global, National, Regional and Local Air Quality Issues", 12 pp. [Available at http://www.epa.gov/ttnchie1/conference/ei20/.]

Westberg, H., B. Lamb, K. A. Johnson, and M. Huyler (2001), Inventory of methane emissions from U.S. cattle, J. Geophys. Res., 106, 12,633–12,642, doi:10.1029/2000JD000808.

EPA 430-R-13-001

# Inventory of U.S. Greenhouse Gas Emissions and Sinks:

# 1990 – 2011

**APRIL 12, 2013**

U.S. Environmental Protection Agency

1200 Pennsylvania Ave., N.W.

Washington, DC  20460

U.S.A.

HOW TO OBTAIN COPIES

You can electronically download this document on the U.S. EPA's homepage at <http://www.epa.gov/climatechange/emissions/usinventoryreport.html>.  To request free copies of this report, call the National Service Center for Environmental Publications (NSCEP) at (800) 490-9198, or visit the web site above and click on "order online" after selecting an edition.

All data tables of this document are available for the full time series 1990 through 2011, inclusive, at the internet site mentioned above.

FOR FURTHER INFORMATION

Contact Mr. Leif Hockstad, Environmental Protection Agency, (202) 343–9432, hockstad.leif@epa.gov.

Or Ms. Melissa Weitz, Environmental Protection Agency, (202) 343–897, weitz.melissa@epa.gov.

For more information regarding climate change and greenhouse gas emissions, see the EPA web site at <http://www.epa.gov/climatechange>.

Released for printing: April 15, 2013

# Acknowledgments

The Environmental Protection Agency would like to acknowledge the many individual and organizational contributors to this document, without whose efforts this report would not be complete. Although the complete list of researchers, government employees, and consultants who have provided technical and editorial support is too long to list here, EPA's Office of Atmospheric Programs would like to thank some key contributors and reviewers whose work has significantly improved this year's report.

Work on emissions from fuel combustion was led by Leif Hockstad. Venu Ghanta directed the work on mobile combustion and transportation. Work on industrial process emissions was led by Mausami Desai. Work on fugitive methane emissions from the energy sector was directed by Melissa Weitz and Cate Hight. Calculations for the waste sector were led by Rachel Schmeltz. Tom Wirth directed work on the Agriculture, and together with Jennifer Jenkins and Pete Epanchin, directed work on the Land Use, Land-Use Change, and Forestry chapters. Work on emissions of HFCs, PFCs, and $SF_6$ was directed by Deborah Ottinger and Dave Godwin.

Within the EPA, other Offices also contributed data, analysis, and technical review for this report. The Office of Transportation and Air Quality and the Office of Air Quality Planning and Standards provided analysis and review for several of the source categories addressed in this report. The Office of Solid Waste and the Office of Research and Development also contributed analysis and research.

The Energy Information Administration and the Department of Energy contributed invaluable data and analysis on numerous energy-related topics. The U.S. Forest Service prepared the forest carbon inventory, and the Department of Agriculture's Agricultural Research Service and the Natural Resource Ecology Laboratory at Colorado State University contributed leading research on nitrous oxide and carbon fluxes from soils.

Other government agencies have contributed data as well, including the U.S. Geological Survey, the Federal Highway Administration, the Department of Transportation, the Bureau of Transportation Statistics, the Department of Commerce, the National Agricultural Statistics Service, the Federal Aviation Administration, and the Department of Defense.

We would also like to thank Marian Martin Van Pelt and the full Inventory team at ICF International including Randy Freed, Diana Pape, Robert Lanza, Toby Mandel, Lauren Pederson, Mollie Averyt, Victoria Thompson, Mark Flugge, Tristan Kessler, Katrin Moffroid, Seth Greenburg, Larry O'Rourke, Deborah Harris, Emily Rowan, Joseph Indvik, Aaron Sobel, Leslie Chinery, Dean Gouveia, Neha Mukhi, Eric Stricklin, Alexander Lataille, Pier LaFarge, Nick Devonshire, Andrew Pettit, Rachel Steele, Marybeth Riley-Gilbert, Sarah Biggar, Greg Carlock, Ben Eskin, David Towle, Bikash Acharya, Derina Man, Bobby Renz, Delia Jones, Christine Wrublesky, Rebecca Ferenchiak, Jessica Renny, Maribelle Rodriguez, Dustin Meyer, Nikita Pavlenko, Thuy Phung, and Cassandra Snow for synthesizing this report and preparing many of the individual analyses. Eastern Research Group, RTI International, Raven Ridge Resources, and Ruby Canyon Engineering Inc. also provided significant analytical support.

# Preface

The United States Environmental Protection Agency (EPA) prepares the official U.S. Inventory of Greenhouse Gas Emissions and Sinks to comply with existing commitments under the United Nations Framework Convention on Climate Change (UNFCCC).  Under decision 3/CP.5 of the UNFCCC Conference of the Parties, national inventories for UNFCCC Annex I parties should be provided to the UNFCCC Secretariat each year by April 15.

In an effort to engage the public and researchers across the country, the EPA has instituted an annual public review and comment process for this document.  The availability of the draft document is announced via Federal Register Notice and is posted on the EPA web site.  Copies are also mailed upon request.  The public comment period is generally limited to 30 days; however, comments received after the closure of the public comment period are accepted and considered for the next edition of this annual report.

# Table of Contents

ACKNOWLEDGMENTS ................................................................................................................I

PREFACE ..............................................................................................................................III

TABLE OF CONTENTS ..............................................................................................................V

LIST OF TABLES, FIGURES, AND BOXES ...............................................................................VIII

EXECUTIVE SUMMARY ............................................................................................................1

ES.1. Background Information ..............................................................................................2

ES.2. Recent Trends in U.S. Greenhouse Gas Emissions and Sinks ...................................4

ES.3. Overview of Sector Emissions and Trends ...............................................................16

ES.4. Other Information .....................................................................................................20

1.   INTRODUCTION ...........................................................................................................1-1

1.1   Background Information ..........................................................................................1-3

1.2   Institutional Arrangements .....................................................................................1-10

1.3   Inventory Process ...................................................................................................1-10

1.4   Methodology and Data Sources.............................................................................1-12

1.5   Key Categories .......................................................................................................1-13

1.6   Quality Assurance and Quality Control (QA/QC)...................................................1-17

1.7   Uncertainty Analysis of Emission Estimates..........................................................1-19

1.8   Completeness .........................................................................................................1-20

1.9   Organization of Report...........................................................................................1-20

2.   TRENDS IN GREENHOUSE GAS EMISSIONS .............................................................2-1

2.1   Recent Trends in U.S. Greenhouse Gas Emissions and Sinks................................2-1

2.2   Emissions by Economic Sector ..............................................................................2-20

2.3   Indirect Greenhouse Gas Emissions (CO, NO$_x$, NMVOCs, and SO$_2$) ..................2-30

3.   ENERGY .......................................................................................................................3-1

3.1   Fossil Fuel Combustion (IPCC Source Category 1A) ..............................................3-5

3.2   Carbon Emitted from Non-Energy Uses of Fossil Fuels (IPCC Source Category 1A) ...........................3-38

3.3   Incineration of Waste (IPCC Source Category 1A1a)..............................................3-44

3.4   Coal Mining (IPCC Source Category 1B1a) ............................................................3-48

3.5    Abandoned Underground Coal Mines (IPCC Source Category 1B1a) ................................................. 3-51

3.6    Petroleum Systems (IPCC Source Category 1B2a).......................................................................... 3-54

3.7    Natural Gas Systems (IPCC Source Category 1B2b)........................................................................ 3-60

3.8    Energy Sources of Indirect Greenhouse Gas Emissions................................................................... 3-72

3.9    International Bunker Fuels (IPCC Source Category 1: Memo Items) ............................................... 3-73

3.10   Wood Biomass and Ethanol Consumption (IPCC Source Category 1A) .......................................... 3-78

**4.     INDUSTRIAL PROCESSES ....................................................................................................... 4-1**

4.1    Cement Production (IPCC Source Category 2A1) ............................................................................. 4-6

4.2    Lime Production (IPCC Source Category 2A2) ................................................................................. 4-9

4.3    Other Process Uses of Carbonates (IPCC Source Category 2A3) ................................................... 4-14

4.4    Soda Ash Production and Consumption (IPCC Source Category 2A4) ............................................ 4-17

4.5    Glass Production (IPCC Source Category 2A7)............................................................................... 4-21

4.6    Ammonia Production (IPCC Source Category 2B1) ........................................................................ 4-24

4.7    Urea Consumption for Non-Agricultural Purposes ......................................................................... 4-27

4.8    Nitric Acid Production (IPCC Source Category 2B2)...................................................................... 4-29

4.9    Adipic Acid Production (IPCC Source Category 2B3) .................................................................... 4-32

4.10   Silicon Carbide Production (IPCC Source Category 2B4) and Consumption................................... 4-35

4.11   Petrochemical Production (IPCC Source Category 2B5) ................................................................. 4-37

4.12   Titanium Dioxide Production (IPCC Source Category 2B5) ............................................................ 4-41

4.13   Carbon Dioxide Consumption (IPCC Source Category 2B5) .......................................................... 4-44

4.14   Phosphoric Acid Production (IPCC Source Category 2B5) ............................................................. 4-46

4.15   Iron and Steel Production (IPCC Source Category 2C1) and Metallurgical Coke Production................. 4-50

4.16   Ferroalloy Production (IPCC Source Category 2C2) ...................................................................... 4-59

4.17   Aluminum Production (IPCC Source Category 2C3) ...................................................................... 4-62

4.18   Magnesium Production and Processing (IPCC Source Category 2C4) ............................................ 4-67

4.19   Zinc Production (IPCC Source Category 2C5) ............................................................................... 4-70

4.20   Lead Production (IPCC Source Category 2C5)............................................................................... 4-74

4.21   HCFC-22 Production (IPCC Source Category 2E1) ....................................................................... 4-76

4.22   Substitution of Ozone Depleting Substances (IPCC Source Category 2F) ...................................... 4-79

4.23   Semiconductor Manufacture (IPCC Source Category 2F6) ............................................................ 4-83

4.24   Electrical Transmission and Distribution (IPCC Source Category 2F7) .......................................... 4-89

4.25   Industrial Sources of Indirect Greenhouse Gases .......................................................................... 4-96

**5.     SOLVENT AND OTHER PRODUCT USE................................................................................5-1**

5.1    Nitrous Oxide from Product Uses (IPCC Source Category 3D) ....................................................... 5-1

5.2    Indirect Greenhouse Gas Emissions from Solvent Use ................................................................... 5-4

**6.     AGRICULTURE ........................................................................................................................6-1**

6.1    Enteric Fermentation (IPCC Source Category 4A) ......................................................................... 6-2

6.2    Manure Management (IPCC Source Category 4B) ............................................................................... 6-8

6.3    Rice Cultivation (IPCC Source Category 4C) ................................................................................... 6-14

6.4    Agricultural Soil Management (IPCC Source Category 4D) ............................................................. 6-19

6.5    Field Burning of Agricultural Residues (IPCC Source Category 4F) ............................................... 6-36

**7.    LAND USE, LAND-USE CHANGE, AND FORESTRY ...................................................................7-1**

7.1    Representation of the U.S. Land Base ................................................................................................. 7-4

7.2    Forest Land Remaining Forest Land ................................................................................................. 7-14

7.3    Land Converted to Forest Land (IPCC Source Category 5A2) ......................................................... 7-30

7.4    Cropland Remaining Cropland (IPCC Source Category 5B1)........................................................... 7-31

7.5    Land Converted to Cropland (IPCC Source Category 5B2)............................................................... 7-44

7.6    Grassland Remaining Grassland (IPCC Source Category 5C1) ........................................................ 7-49

7.7    Land Converted to Grassland (IPCC Source Category 5C2) ............................................................. 7-54

7.8    Wetlands Remaining Wetlands ......................................................................................................... 7-58

7.9    Settlements Remaining Settlements .................................................................................................. 7-63

7.10   Land Converted to Settlements (Source Category 5E2) .................................................................... 7-70

7.11   Other (IPCC Source Category 5G)..................................................................................................... 7-70

**8.    WASTE.............................................................................................................................................8-1**

8.1    Landfills (IPCC Source Category 6A1)............................................................................................... 8-4

8.2    Wastewater Treatment (IPCC Source Category 6B) ......................................................................... 8-15

8.3    Waste Incineration (IPCC Source Category 6C) ............................................................................... 8-28

8.4    Composting (IPCC Source Category 6D) .......................................................................................... 8-28

8.5    Waste Sources of Indirect Greenhouse Gases ................................................................................... 8-31

**9.    OTHER..............................................................................................................................................9-1**

**10.   RECALCULATIONS AND IMPROVEMENTS................................................................................10-1**

**11.   REFERENCES ................................................................................................................................11-1**

# List of Tables, Figures, and Boxes

## Tables

Table ES-1:  Global Warming Potentials (100-Year Time Horizon) Used in this Report ....................................3

Table ES-2:  Recent Trends in U.S. Greenhouse Gas Emissions and Sinks (Tg or million metric tons $CO_2$ Eq.) ........5

Table ES-3:  $CO_2$ Emissions from Fossil Fuel Combustion by Fuel Consuming End-Use Sector (Tg or million metric tons $CO_2$ Eq.) ..................................................................................................................10

Table ES-4:  Recent Trends in U.S. Greenhouse Gas Emissions and Sinks by Chapter/IPCC Sector (Tg or million metric tons $CO_2$ Eq.) ..................................................................................................................17

Table ES-5: Net $CO_2$ Flux from Land Use, Land-Use Change, and Forestry (Tg or million metric tons $CO_2$ Eq.) ....19

Table ES-6:  Emissions from Land Use, Land-Use Change, and Forestry (Tg or million metric tons $CO_2$ Eq.) ........19

Table ES-7:  U.S. Greenhouse Gas Emissions Allocated to Economic Sectors (Tg or million metric tons $CO_2$ Eq.) 21

Table ES-8:  U.S Greenhouse Gas Emissions by Economic Sector with Electricity-Related Emissions Distributed (Tg or million metric tons $CO_2$ Eq.) ..................................................................................................22

Table ES-9:  Recent Trends in Various U.S. Data (Index 1990 = 100) ...................................................23

Table 1-1:  Global Atmospheric Concentration, Rate of Concentration Change, and Atmospheric Lifetime (Years) of Selected Greenhouse Gases ............................................................................................. 1-4

Table 1-2:  Global Warming Potentials and Atmospheric Lifetimes (Years) Used in this Report .......................... 1-8

Table 1-3:  Comparison of 100-Year GWPs ........................................................................... 1-9

Table 1-4: Key Categories for the United States (1990-2011) ......................................................... 1-14

Table 1-5:  Estimated Overall Inventory Quantitative Uncertainty (Tg $CO_2$ Eq. and Percent) .......................... 1-19

Table 1-6:  IPCC Sector Descriptions .................................................................................. 1-20

Table 1-7:  List of Annexes ........................................................................................... 1-22

Table 2-1:  Recent Trends in U.S. Greenhouse Gas Emissions and Sinks (Tg $CO_2$ Eq.) .................................. 2-4

Table 2-2:  Recent Trends in U.S. Greenhouse Gas Emissions and Sinks (Gg) .......................................... 2-6

Table 2-3:  Recent Trends in U.S. Greenhouse Gas Emissions and Sinks by Chapter/IPCC Sector (Tg $CO_2$ Eq.) ... 2-8

Table 2-4:  Emissions from Energy (Tg $CO_2$ Eq.) ..................................................................... 2-10

Table 2-5:  $CO_2$ Emissions from Fossil Fuel Combustion by End-Use Sector (Tg $CO_2$ Eq.) ............................ 2-11

Table 2-6:  Emissions from Industrial Processes (Tg $CO_2$ Eq.) ...................................................... 2-13

Table 2-7:  $N_2O$ Emissions from Solvent and Other Product Use (Tg $CO_2$ Eq.) ..................................... 2-15

Table 2-8:  Emissions from Agriculture (Tg $CO_2$ Eq.) ............................................................... 2-16

Table 2-9: Net $CO_2$ Flux from Land Use, Land-Use Change, and Forestry (Tg $CO_2$ Eq.) ............................. 2-17

Table 2-10: Emissions from Land Use, Land-Use Change, and Forestry (Tg $CO_2$ Eq.) ............................... 2-18

Table 2-11:  Emissions from Waste (Tg $CO_2$ Eq.) .................................................................... 2-19

Table 2-12:  U.S. Greenhouse Gas Emissions Allocated to Economic Sectors (Tg $CO_2$ Eq. and Percent of Total in 2011) ................................................................................................................... 2-20

Table 2-13:  Electricity Generation-Related Greenhouse Gas Emissions (Tg $CO_2$ Eq.) .............................. 2-23

Table 2-14:  U.S. Greenhouse Gas Emissions by Economic Sector and Gas with Electricity-Related Emissions Distributed (Tg $CO_2$ Eq.) and Percent of Total in 2011.................................................................................2-24

Table 2-15:  Transportation-Related Greenhouse Gas Emissions (Tg CO2 Eq.) ...............................................2-26

Table 2-16:  Recent Trends in Various U.S. Data (Index 1990 = 100)................................................................2-29

Table 2-17:  Emissions of $NO_x$, CO, NMVOCs, and $SO_2$ (Gg)......................................................................2-31

Table 3-1:  $CO_2$, $CH_4$, and $N_2O$ Emissions from Energy (Tg $CO_2$ Eq.)..........................................................3-2

Table 3-2:  $CO_2$, $CH_4$, and $N_2O$ Emissions from Energy (Gg) ...........................................................................3-3

Table 3-3:  $CO_2$, $CH_4$, and $N_2O$ Emissions from Fossil Fuel Combustion (Tg $CO_2$ Eq.) ...........................3-5

Table 3-4:  $CO_2$, $CH_4$, and $N_2O$ Emissions from Fossil Fuel Combustion (Gg).........................................3-5

Table 3-5:  $CO_2$ Emissions from Fossil Fuel Combustion by Fuel Type and Sector (Tg $CO_2$ Eq.)..........................3-6

Table 3-6:  Annual Change in $CO_2$ Emissions and Total 2011 Emissions from Fossil Fuel Combustion for Selected Fuels and Sectors (Tg $CO_2$ Eq. and Percent) .................................................................................3-7

Table 3-7:  $CO_2$, $CH_4$, and $N_2O$ Emissions from Fossil Fuel Combustion by Sector (Tg $CO_2$ Eq.)......................3-10

Table 3-8:  $CO_2$, $CH_4$, and $N_2O$ Emissions from Fossil Fuel Combustion by End-Use Sector (Tg $CO_2$ Eq.) .........3-11

Table 3-9: $CO_2$ Emissions from Stationary Fossil Fuel Combustion (Tg $CO_2$ Eq.) ...............................3-12

Table 3-10:  $CH_4$ Emissions from Stationary Combustion (Tg $CO_2$ Eq.).................................................3-13

Table 3-11:  $N_2O$ Emissions from Stationary Combustion (Tg $CO_2$ Eq.).................................................3-13

Table 3-12:  $CO_2$ Emissions from Fossil Fuel Combustion in Transportation End-Use Sector (Tg $CO_2$ Eq.) [a] ......3-19

Table 3-13:  $CH_4$ Emissions from Mobile Combustion (Tg $CO_2$ Eq.).......................................................3-21

Table 3-14:  $N_2O$ Emissions from Mobile Combustion (Tg $CO_2$ Eq.) ......................................................3-22

Table 3-15:  Carbon Intensity from Direct Fossil Fuel Combustion by Sector (Tg $CO_2$ Eq./QBtu) ......................3-27

Table 3-16:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Energy-related Fossil Fuel Combustion by Fuel Type and Sector (Tg $CO_2$ Eq. and Percent)...........................................................3-29

Table 3-17:  Tier 2 Quantitative Uncertainty Estimates for $CH_4$ and $N_2O$ Emissions from Energy-Related Stationary Combustion, Including Biomass (Tg $CO_2$ Eq. and Percent).................................................................3-33

Table 3-18:  Tier 2 Quantitative Uncertainty Estimates for $CH_4$ and $N_2O$ Emissions from Mobile Sources (Tg $CO_2$ Eq. and Percent).........................................................................................................................3-36

Table 3-19:  $CO_2$ Emissions from Non-Energy Use Fossil Fuel Consumption (Tg $CO_2$ Eq.)...............................3-38

Table 3-20:  Adjusted Consumption of Fossil Fuels for Non-Energy Uses (TBtu)................................................3-39

Table 3-21:  2011 Adjusted Non-Energy Use Fossil Fuel Consumption, Storage, and Emissions........................3-40

Table 3-22:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Non-Energy Uses of Fossil Fuels (Tg $CO_2$ Eq. and Percent) ...............................................................................................................3-41

Table 3-23:  Tier 2 Quantitative Uncertainty Estimates for Storage Factors of Non-Energy Uses of Fossil Fuels (Percent) ................................................................................................................................................3-42

Table 3-24:  $CO_2$ and $N_2O$ Emissions from the Incineration of Waste (Tg $CO_2$ Eq.)......................................3-44

Table 3-25:  $CO_2$ and $N_2O$ Emissions from the Incineration of Waste (Gg) ...............................................3-45

Table 3-26:  Municipal Solid Waste Generation (Metric Tons) and Percent Combusted......................................3-46

Table 3-27:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ and $N_2O$ from the Incineration of Waste (Tg $CO_2$ Eq. and Percent)..................................................................................................................................3-47

Table 3-28:  $CH_4$ Emissions from Coal Mining (Tg $CO_2$ Eq.) ...................................................................3-48

Table 3-29:  $CH_4$ Emissions from Coal Mining (Gg) ............................................................................. 3-48

Table 3-30:  Coal Production (Thousand Metric Tons) ............................................................................. 3-49

Table 3-31:  Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Coal Mining (Tg $CO_2$ Eq. and Percent)............................................................................................................................................. 3-50

Table 3-32:  $CH_4$ Emissions from Abandoned Coal Mines (Tg $CO_2$ Eq.) ............................................... 3-51

Table 3-33:  $CH_4$ Emissions from Abandoned Coal Mines (Gg) ............................................................ 3-52

Table 3-34:  Number of Gassy Abandoned Mines Present in U.S. Basins, Grouped by Class According to Post-Abandonment State.............................................................................................................................. 3-53

Table 3-35:  Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Abandoned Underground Coal Mines (Tg $CO_2$ Eq. and Percent) .......................................................................................................... 3-54

Table 3-36:  $CH_4$ Emissions from Petroleum Systems (Tg $CO_2$ Eq.) .................................................... 3-56

Table 3-37:  $CH_4$ Emissions from Petroleum Systems (Gg) .................................................................. 3-56

Table 3-38:  $CO_2$ Emissions from Petroleum Systems (Tg $CO_2$ Eq.) .................................................... 3-56

Table 3-39:  $CO_2$ Emissions from Petroleum Systems (Gg) .................................................................. 3-56

Table 3-40:  Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Petroleum Systems (Tg $CO_2$ Eq. and Percent)....................................................................................................................................... 3-58

Table 3-41: Potential Emissions from $CO_2$ Capture and Transport (Tg $CO_2$ Eq.)................................. 3-60

Table 3-42: Potential Emissions from $CO_2$ Capture and Transport (Gg) ............................................... 3-60

Table 3-43: $CH_4$ Emissions from Natural Gas Systems (Tg $CO_2$ Eq.)[a] ............................................... 3-61

Table 3-44: $CH_4$ Emissions from Natural Gas Systems (Gg)[a] ............................................................. 3-61

Table 3-45: Calculated Potential $CH_4$ and Captured/Combusted $CH_4$ from Natural Gas Systems (Tg $CO_2$ Eq.) ... 3-62

Table 3-46: Non-combustion $CO_2$ Emissions from Natural Gas Systems (Tg $CO_2$ Eq.)........................ 3-62

Table 3-47: Non-combustion $CO_2$ Emissions from Natural Gas Systems (Gg) ..................................... 3-62

Table 3-48: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ and Non-energy $CO_2$ Emissions from Natural Gas Systems (Tg $CO_2$ Eq. and Percent)...................................................................................................... 3-65

Table 3-49: $NO_x$, CO, and NMVOC Emissions from Energy-Related Activities (Gg) ........................... 3-72

Table 3-50: $CO_2$, $CH_4$, and $N_2O$ Emissions from International Bunker Fuels (Tg $CO_2$ Eq.) .............. 3-74

Table 3-51: $CO_2$, $CH_4$ and $N_2O$ Emissions from International Bunker Fuels (Gg) ............................. 3-74

Table 3-52: Aviation $CO_2$ and $N_2O$ Emissions for International Transport (Tg $CO_2$ Eq.) .................... 3-75

Table 3-53: Aviation Jet Fuel Consumption for International Transport (Million Gallons).................... 3-76

Table 3-54: Marine Fuel Consumption for International Transport (Million Gallons) ........................... 3-76

Table 3-55: $CO_2$ Emissions from Wood Consumption by End-Use Sector (Tg $CO_2$ Eq.) ................... 3-78

Table 3-56: $CO_2$ Emissions from Wood Consumption by End-Use Sector (Gg) ................................. 3-79

Table 3-57: $CO_2$ Emissions from Ethanol Consumption (Tg $CO_2$ Eq.)............................................... 3-79

Table 3-58: $CO_2$ Emissions from Ethanol Consumption (Gg)............................................................. 3-79

Table 3-59: Woody Biomass Consumption by Sector (Trillion Btu) .................................................... 3-80

Table 3-60: Ethanol Consumption by Sector (Trillion Btu) ................................................................. 3-80

Table 4-1:  Emissions from Industrial Processes (Tg $CO_2$ Eq.)........................................................... 4-2

Table 4-2:  Emissions from Industrial Processes (Gg) ........................................................................ 4-3

Table 4-3:  $CO_2$ Emissions from Cement Production (Tg $CO_2$ Eq. and Gg) ........................................................ 4-7

Table 4-4:  Clinker Production (Gg) ............................................................................................................................... 4-8

Table 4-5:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Cement Production (Tg $CO_2$ Eq. and Percent) ....................................................................................................................................................................... 4-9

Table 4-6:  $CO_2$ Emissions from Lime Production (Tg $CO_2$ Eq. and Gg) ............................................................ 4-10

Table 4-7:  Potential, Recovered, and Net $CO_2$ Emissions from Lime Production (Gg) ....................................... 4-10

Table 4-8:  High-Calcium- and Dolomitic-Quicklime, High-Calcium- and Dolomitic-Hydrated, and Dead-Burned-Dolomite Lime Production (Gg) .................................................................................................................................. 4-11

Table 4-9:  Adjusted Lime Production[a] (Gg) ............................................................................................................. 4-12

Table 4-10:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Lime Production (Tg $CO_2$ Eq. and Percent) .................................................................................................................................................................... 4-13

Table 4-11:  $CO_2$ Emissions from Other Process Uses of Carbonates (Tg $CO_2$ Eq.) ........................................ 4-14

Table 4-12:  $CO_2$ Emissions from Other Process Uses of Carbonates (Gg) ......................................................... 4-15

Table 4-13:  Limestone and Dolomite Consumption (Thousand Metric Tons) ....................................................... 4-16

Table 4-14:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Other Process Uses of Carbonates (Tg $CO_2$ Eq. and Percent) ....................................................................................................................................... 4-17

Table 4-15:  $CO_2$ Emissions from Soda Ash Production and Consumption Not Associated with Glass Manufacturing (Tg $CO_2$ Eq.) ............................................................................................................................................................. 4-18

Table 4-16:  $CO_2$ Emissions from Soda Ash Production and Consumption Not Associated with Glass Manufacturing (Gg) ........................................................................................................................................................................... 4-19

Table 4-17:  Soda Ash Production and Consumption Not Associated with Glass Manufacturing (Gg) ................... 4-19

Table 4-18: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Soda Ash Production and Consumption (Tg $CO_2$ Eq. and Percent) ................................................................................................................. 4-20

Table 4-19: $CO_2$ Emissions from Glass Production (Tg $CO_2$ Eq. and Gg) ........................................................ 4-21

Table 4-20: Limestone, Dolomite, and Soda Ash Consumption Used in Glass Production (Thousand Metric Tons)  4-22

Table 4-21: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Glass Production (Tg $CO_2$ Eq. and Percent) .................................................................................................................................................................... 4-23

Table 4-22:  $CO_2$ Emissions from Ammonia Production (Tg $CO_2$ Eq.) ............................................................ 4-25

Table 4-23:  $CO_2$ Emissions from Ammonia Production (Gg) ............................................................................... 4-25

Table 4-24:  Ammonia Production and Urea Production (Gg) .................................................................................. 4-26

Table 4-25:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Ammonia Production (Tg $CO_2$ Eq. and Percent) .......................................................................................................................................................... 4-26

Table 4-26:  $CO_2$ Emissions from Urea Consumption for Non-Agricultural Purposes (Tg $CO_2$ Eq.) .................... 4-28

Table 4-27:  $CO_2$ Emissions from Urea Consumption for Non-Agricultural Purposes (Gg) ..................................... 4-28

Table 4-28:  Urea Production, Urea Applied as Fertilizer, Urea Imports, and Urea Exports (Gg) ............................. 4-28

Table 4-29:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Urea Consumption for Non-Agricultural Purposes (Tg $CO_2$ Eq. and Percent) .................................................................................................. 4-29

Table 4-30:  $N_2O$ Emissions from Nitric Acid Production (Tg $CO_2$ Eq. and Gg) ............................................... 4-30

Table 4-31:  Nitric Acid Production (Gg) .................................................................................................................... 4-31

Table 4-32:  Tier 2 Quantitative Uncertainty Estimates for $N_2O$ Emissions from Nitric Acid Production (Tg $CO_2$ Eq. and Percent) ............................................................................................................................................. 4-31

Table 4-33:  $N_2O$ Emissions from Adipic Acid Production (Tg $CO_2$ Eq. and Gg) ................................................ 4-33

Table 4-34:  Adipic Acid Production (Gg) ................................................................................................................ 4-34

Table 4-35:  Tier 2 Quantitative Uncertainty Estimates for $N_2O$ Emissions from Adipic Acid Production (Tg $CO_2$ Eq. and Percent) ..................................................................................................................................................... 4-34

Table 4-36:  $CO_2$ and $CH_4$ Emissions from Silicon Carbide Production and Consumption (Tg $CO_2$ Eq.) .............. 4-35

Table 4-37:  $CO_2$ and $CH_4$ Emissions from Silicon Carbide Production and Consumption (Gg) ......................... 4-36

Table 4-38:  Production and Consumption of Silicon Carbide (Metric Tons) ......................................................... 4-36

Table 4-39:  Tier 2 Quantitative Uncertainty Estimates for $CH_4$ and $CO_2$ Emissions from Silicon Carbide Production and Consumption (Tg $CO_2$ Eq. and Percent) ....................................................................................... 4-37

Table 4-40:  $CO_2$ and $CH_4$ Emissions from Petrochemical Production (Tg $CO_2$ Eq.) ........................................... 4-38

Table 4-41:  $CO_2$ and $CH_4$ Emissions from Petrochemical Production (Gg) ......................................................... 4-38

Table 4-42:  Production of Selected Petrochemicals (Thousand Metric Tons) ....................................................... 4-38

Table 4-43:  Carbon Black Feedstock (Primary Feedstock) and Natural Gas Feedstock (Secondary Feedstock) Consumption (Thousand Metric Tons) ................................................................................................................... 4-39

Table 4-44:  Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Petrochemical Production and $CO_2$ Emissions from Carbon Black Production (Tg $CO_2$ Eq. and Percent) ......................................................... 4-40

Table 4-45:  $CO_2$ Emissions from Titanium Dioxide (Tg $CO_2$ Eq. and Gg) ......................................................... 4-42

Table 4-46:  Titanium Dioxide Production (Gg) ..................................................................................................... 4-42

Table 4-47:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Titanium Dioxide Production (Tg $CO_2$ Eq. and Percent) ............................................................................................................................................. 4-43

Table 4-48:  $CO_2$ Emissions from $CO_2$ Consumption (Tg $CO_2$ Eq. and Gg) ....................................................... 4-45

Table 4-49:  $CO_2$ Production (Gg $CO_2$) and the Percent Used for Non-EOR Applications ................................... 4-45

Table 4-50:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from $CO_2$ Consumption (Tg $CO_2$ Eq. and Percent) ............................................................................................................................................................. 4-46

Table 4-51:  $CO_2$ Emissions from Phosphoric Acid Production (Tg $CO_2$ Eq. and Gg) ........................................ 4-47

Table 4-52:  Phosphate Rock Domestic Consumption, Exports, and Imports (Gg) .............................................. 4-48

Table 4-53:  Chemical Composition of Phosphate Rock (percent by weight) ....................................................... 4-48

Table 4-54:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Phosphoric Acid Production (Tg $CO_2$ Eq. and Percent) ............................................................................................................................................. 4-49

Table 4-55:  $CO_2$ and $CH_4$ Emissions from Metallurgical Coke Production (Tg $CO_2$ Eq.) ................................... 4-52

Table 4-56:  $CO_2$ and $CH_4$ Emissions from Metallurgical Coke Production (Gg) .................................................. 4-52

Table 4-57:  $CO_2$ Emissions from Iron and Steel Production (Tg $CO_2$ Eq.) .......................................................... 4-52

Table 4-58:  $CO_2$ Emissions from Iron and Steel Production (Gg) ......................................................................... 4-52

Table 4-59:  $CH_4$ Emissions from Iron and Steel Production (Tg $CO_2$ Eq.) .......................................................... 4-53

Table 4-60:  $CH_4$ Emissions from Iron and Steel Production (Gg) ......................................................................... 4-53

Table 4-61:  Material Carbon Contents for Metallurgical Coke Production ........................................................... 4-54

Table 4-62:  Production and Consumption Data for the Calculation of $CO_2$ and $CH_4$ Emissions from Metallurgical Coke Production (Thousand Metric Tons) ............................................................................................................... 4-54

Table 4-63:  Production and Consumption Data for the Calculation of $CO_2$ Emissions from Metallurgical Coke Production (million $ft^3$) ........................................................................................................................ 4-54

Table 4-64:  $CO_2$ Emission Factors for Sinter Production and Direct Reduced Iron Production .......................... 4-55

Table 4-65:  Material Carbon Contents for Iron and Steel Production ............................................................... 4-55

Table 4-66:  $CH_4$ Emission Factors for Sinter and Pig Iron Production ............................................................. 4-56

Table 4-67:  Production and Consumption Data for the Calculation of $CO_2$ and $CH_4$ Emissions from Iron and Steel Production (Thousand Metric Tons) ........................................................................................................ 4-56

Table 4-68:  Production and Consumption Data for the Calculation of $CO_2$ Emissions from Iron and Steel Production (million $ft^3$ unless otherwise specified) ........................................................................................ 4-57

Table 4-69:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ and $CH_4$ Emissions from Iron and Steel Production and Metallurgical Coke Production (Tg. $CO_2$ Eq. and Percent) ..................................................... 4-58

Table 4-70:  $CO_2$ and $CH_4$ Emissions from Ferroalloy Production (Tg $CO_2$ Eq.) ............................................. 4-59

Table 4-71:  $CO_2$ and $CH_4$ Emissions from Ferroalloy Production (Gg) ........................................................ 4-60

Table 4-72:  Production of Ferroalloys (Metric Tons) ..................................................................................... 4-60

Table 4-73:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Ferroalloy Production (Tg $CO_2$ Eq. and Percent) ............................................................................................................................... 4-61

Table 4-74:  $CO_2$ Emissions from Aluminum Production (Tg $CO_2$ Eq. and Gg) ............................................... 4-62

Table 4-75:  PFC Emissions from Aluminum Production (Tg $CO_2$ Eq.) ........................................................... 4-63

Table 4-76:  PFC Emissions from Aluminum Production (Gg) ........................................................................ 4-63

Table 4-77:  Production of Primary Aluminum (Gg) ...................................................................................... 4-65

Table 4-78:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ and PFC Emissions from Aluminum Production (Tg $CO_2$ Eq. and Percent) ..................................................................................................................... 4-66

Table 4-79:  $SF_6$ Emissions from Magnesium Production and Processing (Tg $CO_2$ Eq. and Gg) .......................... 4-67

Table 4-80:  $SF_6$ Emission Factors (kg $SF_6$ per metric ton of magnesium) ..................................................... 4-68

Table 4-81:  Tier 2 Quantitative Uncertainty Estimates for $SF_6$ Emissions from Magnesium Production and Processing (Tg $CO_2$ Eq. and Percent) ......................................................................................................... 4-70

Table 4-82:  Zinc Production (Metric Tons) ................................................................................................... 4-71

Table 4-83:  $CO_2$ Emissions from Zinc Production (Tg $CO_2$ Eq. and Gg) ......................................................... 4-71

Table 4-84:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Zinc Production (Tg $CO_2$ Eq. and Percent) ............................................................................................................................................ 4-73

Table 4-85:  $CO_2$ Emissions from Lead Production (Tg $CO_2$ Eq. and Gg) ........................................................ 4-74

Table 4-86:  Lead Production (Metric Tons) .................................................................................................. 4-75

Table 4-87:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Lead Production (Tg $CO_2$ Eq. and Percent) ............................................................................................................................................ 4-76

Table 4-88:  HFC-23 Emissions from HCFC-22 Production (Tg $CO_2$ Eq. and Gg) ............................................. 4-77

Table 4-89:  HCFC-22 Production (Gg) ........................................................................................................ 4-78

Table 4-90:  Quantitative Uncertainty Estimates for HFC-23 Emissions from HCFC-22 Production (Tg $CO_2$ Eq. and Percent) ............................................................................................................................................ 4-78

Table 4-91:  Emissions of HFCs and PFCs from ODS Substitutes (Tg $CO_2$ Eq.) ............................................. 4-79

Table 4-92:  Emissions of HFCs and PFCs from ODS Substitution (Mg) ......................................................... 4-79

Table 4-93: Emissions of HFCs and PFCs from ODS Substitutes (Tg $CO_2$ Eq.) by Sector ................................. 4-80

Table 4-94: Tier 2 Quantitative Uncertainty Estimates for HFC and PFC Emissions from ODS Substitutes (Tg $CO_2$ Eq. and Percent) ..................................................................................................................................... 4-82

Table 4-95: PFC, HFC, and $SF_6$ Emissions from Semiconductor Manufacture (Tg $CO_2$ Eq.) ............................. 4-84

Table 4-96: PFC, HFC, and $SF_6$ Emissions from Semiconductor Manufacture (Mg) ........................................... 4-84

Table 4-97: Tier 2 Quantitative Uncertainty Estimates for HFC, PFC, and $SF_6$ Emissions from Semiconductor Manufacture (Tg $CO_2$ Eq. and Percent) ................................................................................................... 4-88

Table 4-98: $SF_6$ Emissions from Electric Power Systems and Electrical Equipment Manufacturers (Tg $CO_2$ Eq.) .. 4-90

Table 4-99: $SF_6$ Emissions from Electric Power Systems and Electrical Equipment Manufacturers (Gg) ........... 4-90

Table 4-100: Tier 2 Quantitative Uncertainty Estimates for $SF_6$ Emissions from Electrical Transmission and Distribution (Tg $CO_2$ Eq. and percent) .......................................................................................... 4-94

Table 4-101: 2011 Potential and Actual Emissions of HFCs, PFCs, and $SF_6$ from Selected Sources (Tg CO2 Eq.). 4-96

Table 4-102: $NO_x$, CO, and NMVOC Emissions from Industrial Processes (Gg) ............................................ 4-96

Table 5-1: $N_2O$ Emissions from Solvent and Other Product Use (Tg $CO_2$ Eq. and Gg) ........................................ 5-1

Table 5-2: $N_2O$ Production (Gg) ......................................................................................................... 5-1

Table 5-3: $N_2O$ Emissions from $N_2O$ Product Usage (Tg $CO_2$ Eq. and Gg) .................................................... 5-2

Table 5-4: Tier 2 Quantitative Uncertainty Estimates for $N_2O$ Emissions from $N_2O$ Product Usage (Tg $CO_2$ Eq. and Percent) ................................................................................................................................ 5-4

Table 5-5: Emissions of $NO_x$, CO, and NMVOC from Solvent Use (Gg) ........................................................ 5-5

Table 6-1: Emissions from Agriculture (Tg $CO_2$ Eq.) ................................................................................ 6-2

Table 6-2: Emissions from Agriculture (Gg) ......................................................................................... 6-2

Table 6-3: $CH_4$ Emissions from Enteric Fermentation (Tg $CO_2$ Eq.) ........................................................... 6-3

Table 6-4: $CH_4$ Emissions from Enteric Fermentation (Gg) ...................................................................... 6-3

Table 6-5: Quantitative Uncertainty Estimates for $CH_4$ Emissions from Enteric Fermentation (Tg $CO_2$ Eq. and Percent) ...................................................................................................................................... 6-6

Table 6-6: $CH_4$ and $N_2O$ Emissions from Manure Management (Tg $CO_2$ Eq.) ................................................ 6-9

Table 6-7: $CH_4$ and $N_2O$ Emissions from Manure Management (Gg) .......................................................... 6-9

Table 6-8: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ and $N_2O$ (Direct and Indirect) Emissions from Manure Management (Tg $CO_2$ Eq. and Percent) ....................................................................................... 6-13

Table 6-9: Implied Emission Factors for $CH_4$ from Manure Management (kg/head/year) ................................. 6-13

Table 6-10: $CH_4$ Emissions from Rice Cultivation (Tg $CO_2$ Eq.) ............................................................... 6-15

Table 6-11: $CH_4$ Emissions from Rice Cultivation (Gg) ........................................................................... 6-16

Table 6-12: Rice Area Harvested (Hectares) ........................................................................................ 6-17

Table 6-13: Ratooned Area as Percent of Primary Growth Area ................................................................ 6-17

Table 6-14: Non-USDA Data Sources for Rice Harvest Information ............................................................ 6-17

Table 6-15: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Rice Cultivation (Tg $CO_2$ Eq. and Percent) ..................................................................................................................................... 6-18

Table 6-16: $N_2O$ Emissions from Agricultural Soils (Tg $CO_2$ Eq.) .............................................................. 6-22

Table 6-17: N$_2$O Emissions from Agricultural Soils (Gg) ...................................................................................... 6-22

Table 6-18: Direct N$_2$O Emissions from Agricultural Soils by Land Use Type and N Input Type (Tg CO$_2$ Eq.)... 6-23

Table 6-19: Indirect N$_2$O Emissions from all Land-Use Types (Tg CO$_2$ Eq.) ....................................................... 6-23

Table 6-20: Quantitative Uncertainty Estimates of N$_2$O Emissions from Agricultural Soil Management in 2011 (Tg CO$_2$ Eq. and Percent) ........................................................................................................................................ 6-34

Table 6-21:  CH$_4$ and N$_2$O Emissions from Field Burning of Agricultural Residues (Tg CO$_2$ Eq.) ..................... 6-36

Table 6-22:  CH$_4$, N$_2$O, CO, and NO$_x$ Emissions from Field Burning of Agricultural Residues (Gg) ..................... 6-37

Table 6-23:  Agricultural Crop Production (Gg of Product) ...................................................................................... 6-39

Table 6-24:  U.S. Average Percent Crop Area Burned by Crop (Percent) ............................................................ 6-39

Table 6-25:  Key Assumptions for Estimating Emissions from Field Burning of Agricultural Residues .............. 6-39

Table 6-26:  Greenhouse Gas Emission Ratios and Conversion Factors .............................................................. 6-39

Table 6-27:  Tier 2 Quantitative Uncertainty Estimates for CH$_4$ and N$_2$O Emissions from Field Burning of Agricultural Residues (Tg CO$_2$ Eq. and Percent) .................................................................................................. 6-40

Table 7-1: Net CO$_2$ Flux from Carbon Stock Changes in Land Use, Land-Use Change, and Forestry (Tg CO$_2$ Eq.)  7-2

Table 7-2: Net CO$_2$ Flux from Carbon Stock Changes in Land Use, Land-Use Change, and Forestry (Tg C) ......... 7-2

Table 7-3: Emissions from Land Use, Land-Use Change, and Forestry (Tg CO$_2$ Eq.) ............................................. 7-2

Table 7-4: Emissions from Land Use, Land-Use Change, and Forestry (Gg) .......................................................... 7-3

Table 7-5:  Managed and Unmanaged Land Area by Land Use Categories (thousands of hectares) ..................... 7-5

Table 7-6:  Land Use and Land-Use Change for the U.S. Managed Land Base (thousands of hectares) ................ 7-5

Table 7-7:  Net Annual Changes in C Stocks (Tg CO$_2$/yr) in Forest and Harvested Wood Pools ......................... 7-17

Table 7-8:  Net Annual Changes in C Stocks (Tg C/yr) in Forest and Harvested Wood Pools ............................. 7-18

Table 7-9:  Forest area (1000 ha) and C Stocks (Tg C) in Forest and Harvested Wood Pools ............................. 7-18

Table 7-10:  Estimates of CO$_2$ (Tg/yr) Emissions for the Lower 48 States and Alaska[a] ....................................... 7-21

Table 7-11:  Tier 2 Quantitative Uncertainty Estimates for Net CO$_2$ Flux from Forest Land Remaining Forest Land: Changes in Forest C Stocks (Tg CO$_2$ Eq. and Percent) ...................................................................................... 7-24

Table 7-12:  Estimated Non-CO$_2$ Emissions from Forest Fires (Tg CO$_2$ Eq.) for U.S. Forests[a] ........................... 7-26

Table 7-13:  Estimated Non-CO$_2$ Emissions from Forest Fires (Gg Gas) for U.S. Forests[a] .................................. 7-26

Table 7-14:  Estimated Carbon Released from Forest Fires for U.S. Forests ........................................................ 7-27

Table 7-15:  Tier 2 Quantitative Uncertainty Estimates of Non-CO$_2$ Emissions from Forest Fires in Forest Land Remaining Forest Land (Tg CO$_2$ Eq. and Percent) .............................................................................................. 7-27

Table 7-16:  Direct N$_2$O Fluxes from Soils in *Forest Land Remaining Forest Land* (Tg CO$_2$ Eq. and Gg N$_2$O) .... 7-29

Table 7-17:  Quantitative Uncertainty Estimates of N$_2$O Fluxes from Soils in *Forest Land Remaining Forest Land* (Tg CO$_2$ Eq. and Percent) ................................................................................................................................... 7-30

Table 7-18:  Net CO$_2$ Flux from Soil C Stock Changes in *Cropland Remaining Cropland* (Tg CO$_2$ Eq.) ............. 7-32

Table 7-19:  Net CO$_2$ Flux from Soil C Stock Changes in *Cropland Remaining Cropland* (Tg C) ....................... 7-32

Table 7-20: Tier 2 Quantitative Uncertainty Estimates for Soil C Stock Changes occurring within *Cropland Remaining Cropland* (Tg CO$_2$ Eq. and Percent) .................................................................................................. 7-38

Table 7-21: Emissions from Liming of Agricultural Soils (Tg CO$_2$ Eq.) ............................................................... 7-39

Table 7-22: Emissions from Liming of Agricultural Soils (Tg C).........................................................................7-39

Table 7-23: Applied Minerals (Million Metric Tons)....................................................................................7-40

Table 7-24: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Liming of Agricultural Soils (Tg $CO_2$ Eq. and Percent)..................................................................................................................7-41

Table 7-25: $CO_2$ Emissions from Urea Fertilization in *Cropland Remaining Cropland* (Tg $CO_2$ Eq.)..................7-41

Table 7-26: $CO_2$ Emissions from Urea Fertilization in *Cropland Remaining Cropland* (Tg C) ...........................7-42

Table 7-27: Applied Urea (Million Metric Tons) ..........................................................................................7-42

Table 7-28: Quantitative Uncertainty Estimates for $CO_2$ Emissions from Urea Fertilization (Tg $CO_2$ Eq. and Percent) ..................................................................................................................................7-43

Table 7-29: Net $CO_2$ Flux from Soil C Stock Changes in Land *Converted to Cropland* (Tg $CO_2$ Eq.) ................7-44

Table 7-30:  Net $CO_2$ Flux from Soil C Stock Changes in *Land Converted to Cropland* (Tg C)...........................7-44

Table 7-31: Tier 2 Quantitative Uncertainty Estimates for Soil C Stock Changes occurring within *Land Converted to Cropland* (Tg $CO_2$ Eq. and Percent)......................................................................................7-47

Table 7-32:  Net $CO_2$ Flux from Soil C Stock Changes in *Grassland Remaining Grassland* (Tg $CO_2$ Eq.)...........7-49

Table 7-33:  Net $CO_2$ Flux from Soil C Stock Changes in Grassland Remaining Grassland (Tg C) .....................7-49

Table 7-34: Tier 2 Quantitative Uncertainty Estimates for C Stock Changes Occurring Within *Grassland Remaining Grassland* (Tg $CO_2$ Eq. and Percent)....................................................................................7-53

Table 7-35:  Net $CO_2$ Flux from Soil C Stock Changes for *Land Converted to Grassland* (Tg $CO_2$ Eq.) .............7-54

Table 7-36:  Net $CO_2$ Flux from Soil C Stock Changes for *Land Converted to Grassland* (Tg C).......................7-55

Table 7-37: Tier 2 Quantitative Uncertainty Estimates for Soil C Stock Changes occurring within *Land Converted to Grassland* (Tg $CO_2$ Eq. and Percent)..............................................................................7-57

Table 7-38:  Emissions from *Peatlands Remaining Peatlands* (Tg $CO_2$ Eq.) ....................................................7-59

Table 7-39:  Emissions from *Peatlands Remaining Peatlands* (Gg) ...............................................................7-60

Table 7-40: Peat Production of Lower 48 States (in thousands of Metric Tons)..............................................7-61

Table 7-41: Peat Production of Alaska (in thousands of Cubic Meters)...........................................................7-61

Table 7-42: Tier-2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from *Peatlands Remaining Peatlands*7-62

Table 7-43:  Net C Flux from Urban Trees (Tg $CO_2$ Eq. and Tg C)..................................................................7-63

Table 7-44:  C Stocks (Metric Tons C), Annual C Sequestration (Metric Tons C/yr), Tree Cover (Percent), and Annual C Sequestration per Area of Tree Cover (kg C/m$^2$-yr) for 28 U.S. Cities....................................7-66

Table 7-45:  Tier 2 Quantitative Uncertainty Estimates for Net C Flux from Changes in C Stocks in Urban Trees (Tg $CO_2$ Eq. and Percent)..............................................................................................................7-67

Table 7-46: Direct $N_2O$ Fluxes from Soils in *Settlements Remaining Settlements* (Tg $CO_2$ Eq. and Gg $N_2O$) .......7-68

Table 7-47:  Quantitative Uncertainty Estimates of $N_2O$ Emissions from Soils in *Settlements Remaining Settlements* (Tg $CO_2$ Eq. and Percent)..................................................................................................7-69

Table 7-48:  Net Changes in Yard Trimming and Food Scrap Stocks in Landfills (Tg $CO_2$ Eq.) ..........................7-70

Table 7-49:  Net Changes in Yard Trimming and Food Scrap Stocks in Landfills (Tg C)....................................7-71

Table 7-50:  Moisture Content (%), C Storage Factor, Proportion of Initial C Sequestered (%), Initial C Content (%), and Decay Rate (year$^{-1}$) for Landfilled Yard Trimmings and Food Scraps in Landfills .......................7-73

Table 7-51:  C Stocks in Yard Trimmings and Food Scraps in Landfills (Tg C) ..................................................7-73

Table 7-52:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Flux from Yard Trimmings and Food Scraps in Landfills (Tg $CO_2$ Eq. and Percent) ................................................................................................. 7-74

Table 8-1:  Emissions from Waste (Tg $CO_2$ Eq.) .............................................................................................. 8-2

Table 8-2:  Emissions from Waste (Gg) ............................................................................................................ 8-2

Table 8-3: $CH_4$ Emissions from Landfills (Tg $CO_2$ Eq.) .................................................................................. 8-6

Table 8-4: $CH_4$ Emissions from Landfills (Gg) ................................................................................................ 8-6

Table 8-5: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Landfills (Tg $CO_2$ Eq. and Percent)8-9

Table 8-6: Materials Discarded in the Municipal Waste Stream by Waste Type, percent (EPA 2011) ................. 8-14

Table 8-7: $CH_4$ and $N_2O$ Emissions from Domestic and Industrial Wastewater Treatment (Tg $CO_2$ Eq.)............. 8-16

Table 8-8: $CH_4$ and $N_2O$ Emissions from Domestic and Industrial Wastewater Treatment (Gg) .......................... 8-16

Table 8-9:  U.S. Population (Millions) and Domestic Wastewater $BOD_5$ Produced (Gg) ........................................ 8-18

Table 8-10: Domestic Wastewater $CH_4$ Emissions from Septic and Centralized Systems (2011) .......................... 8-19

Table 8-11:  Industrial Wastewater $CH_4$ Emissions by Sector (2011) ................................................................... 8-19

Table 8-12:  U.S. Pulp and Paper, Meat, Poultry, Vegetables, Fruits and Juices, Ethanol, and Petroleum Refining Production (Tg) ............................................................................................................................... 8-19

Table 8-13: Variables Used to Calculate Percent Wastewater Treated Anaerobically by Industry (%) ................. 8-20

Table 8-14: Wastewater Flow ($m^3$/ton) and BOD Production (g/L) for U.S. Vegetables, Fruits, and Juices Production ................................................................................................................................................ 8-21

Table 8-15:  U.S. Population (Millions), Population Served by Biological Denitrification (Millions), Fraction of Population Served by Wastewater Treatment (%), Available Protein (kg/person-year), Protein Consumed (kg/person-year), and Nitrogen Removed with Sludge (Gg-N/year) ................................................... 8-25

Table 8-16: Fate of Sludge Removed by Domestic Wastewater Treatment .......................................................... 8-25

Table 8-17: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Wastewater Treatment (Tg $CO_2$ Eq. and Percent) ................................................................................................................................. 8-25

Table 8-18: $CH_4$ and $N_2O$ Emissions from Composting (Tg $CO_2$ Eq.) ............................................................. 8-29

Table 8-19: $CH_4$ and $N_2O$ Emissions from Composting (Gg) ........................................................................... 8-29

Table 8-20: U.S. Waste Composted (Gg) ............................................................................................................ 8-29

Table 8-21 :  Tier 1 Quantitative Uncertainty Estimates for Emissions from Composting (Tg $CO_2$ Eq. and Percent)8-30

Table 8-22:  Emissions of $NO_x$, CO, and NMVOC from Waste (Gg) ................................................................... 8-31

Table 10-1: Revisions to U.S. Greenhouse Gas Emissions (Tg $CO_2$ Eq.) ............................................................ 10-4

Table 10-2: Revisions to Annual Net $CO_2$ Fluxes from Land Use, Land-Use Change, and Forestry (Tg $CO_2$ Eq.)10-6

# Figures

Figure ES-1:  U.S. Greenhouse Gas Emissions by Gas ........................................................................................ 4

Figure ES-2:  Annual Percent Change in U.S. Greenhouse Gas Emissions ............................................................ 5

Figure ES-3:  Cumulative Change in Annual U.S. Greenhouse Gas Emissions Relative to 1990 ............................. 5

Figure ES-4:  2011 Greenhouse Gas Emissions by Gas (Percentages based on Tg $CO_2$ Eq.) ................................. 8

Figure ES-5: 2011 Sources of $CO_2$ Emissions ................................................................................................... 9

Figure ES-6:  2011 $CO_2$ Emissions from Fossil Fuel Combustion by Sector and Fuel Type ......................................10

Figure ES-7:  2011 End-Use Sector Emissions of $CO_2$, $CH_4$, and $N_2O$ from Fossil Fuel Combustion ......................10

Figure ES-8:  2011 Sources of $CH_4$ Emissions ...........................................................................................................13

Figure ES-9:  2011 Sources of $N_2O$ Emissions ..........................................................................................................14

Figure ES-10:  2011 Sources of HFCs, PFCs, and $SF_6$ Emissions ...............................................................................15

Figure ES-11:  U.S. Greenhouse Gas Emissions and Sinks by Chapter/IPCC Sector ..................................................17

Figure ES-12:  2011 U.S. Energy Consumption by Energy Source ..............................................................................18

Figure ES-13:  Emissions Allocated to Economic Sectors ...........................................................................................21

Figure ES-14:  Emissions with Electricity Distributed to Economic Sectors ..............................................................22

Figure ES-15:  U.S. Greenhouse Gas Emissions Per Capita and Per Dollar of Gross Domestic Product ..................23

Figure ES-16:  2011 Key Categories ...........................................................................................................................25

Figure 1-1:  U.S. QA/QC Plan Summary ....................................................................................................................1-18

Figure 2-1:  U.S. Greenhouse Gas Emissions by Gas...................................................................................................2-1

Figure 2-2:  Annual Percent Change in U.S. Greenhouse Gas Emissions ..................................................................2-2

Figure 2-3:  Cumulative Change in Annual U.S. Greenhouse Gas Emissions Relative to 1990 ...............................2-2

Figure 2-4:  U.S. Greenhouse Gas Emissions and Sinks by Chapter/IPCC Sector......................................................2-8

Figure 2-5: 2011Energy Chapter Greenhouse Gas Sources ......................................................................................2-9

Figure 2-6: 2011 U.S. Fossil Carbon Flows (Tg $CO_2$ Eq.) .........................................................................................2-9

Figure 2-7:  2011 $CO_2$ Emissions from Fossil Fuel Combustion by Sector and Fuel Type.....................................2-11

Figure 2-8:  2011 End-Use Sector Emissions from Fossil Fuel Combustion ...........................................................2-12

Figure 2-9:  2011 Industrial Processes Chapter Greenhouse Gas Sources ..............................................................2-13

Figure 2-10:  2011 Agriculture Chapter Greenhouse Gas Sources...........................................................................2-16

Figure 2-11:  2011 Waste Chapter Greenhouse Gas Sources ...................................................................................2-19

Figure 2-12:  Emissions Allocated to Economic Sectors..........................................................................................2-20

Figure 2-13:  Emissions with Electricity Distributed to Economic Sectors.............................................................2-24

Figure 2-14:  U.S. Greenhouse Gas Emissions Per Capita and Per Dollar of Gross Domestic Product .................2-30

Figure 3-1:  2011 Energy Chapter Greenhouse Gas Sources ...................................................................................3-2

Figure 3-2:  2011 U.S. Fossil Carbon Flows (Tg $CO_2$ Eq.) .......................................................................................3-2

Figure 3-3:  2011 U.S. Energy Consumption by Energy Source ...............................................................................3-7

Figure 3-4:  U.S. Energy Consumption (Quadrillion Btu)........................................................................................3-8

Figure 3-5:  2011 $CO_2$ Emissions from Fossil Fuel Combustion by Sector and Fuel Type.....................................3-8

Figure 3-6:  Annual Deviations from Normal Heating Degree Days for the United States (1950–2011) ...............3-9

Figure 3-7:  Annual Deviations from Normal Cooling Degree Days for the United States (1950–2011).................3-9

Figure 3-8:  Nuclear, Hydroelectric, and Wind Power Plant Capacity Factors in the United States (1990–2011)..3-10

Figure 3-9:  Electricity Generation Retail Sales by End-Use Sector ........................................................................3-14

Figure 3-10:  Industrial Production Indices (Index 2007=100) ...............................................................................3-16

Figure 3-11:  Sales-Weighted Fuel Economy of New Passenger Cars and Light-Duty Trucks, 1990–2010..........3-19

Figure 3-12:  Sales of New Passenger Cars and Light-Duty Trucks, 1990–2010....................................................3-19

Figure 3-13:  Mobile Source $CH_4$ and $N_2O$ Emissions.................................................................................................3-21

Figure 3-14:  U.S. Energy Consumption and Energy-Related $CO_2$ Emissions Per Capita and Per Dollar GDP .....3-27

Figure 4-1:  2011 Industrial Processes Chapter Greenhouse Gas Sources ............................................................4-2

Figure 6-1:  2011 Agriculture Chapter Greenhouse Gas Emission Sources...........................................................6-1

Figure 6-2: Sources and Pathways of N that Result in $N_2O$ Emissions from Agricultural Soil Management .........6-21

Figure 6-3: Major Crops, Annual Direct $N_2O$ Emissions Estimated Using the DAYCENT Model, 1990-2011 (Tg $CO_2$ Eq./year).....................................................................................................................................................6-24

Figure 6-4: Grasslands, Annual Direct $N_2O$ Emissions Estimated Using the DAYCENT Model, 1990-2011 (Tg $CO_2$ Eq./year) ..................................................................................................................................................6-25

Figure 6-5: Major Crops, Average Annual N Losses Leading to Indirect $N_2O$ Emissions Estimated Using the DAYCENT Model, 1990-2011 (Gg N/year) ........................................................................................................6-26

Figure 6-6: Grasslands, Average Annual N Losses Leading to Indirect $N_2O$ Emissions Estimated Using the DAYCENT Model, 1990-2011 (Gg N/year) ........................................................................................................6-27

Figure 6-7: Comparison of Measured Emissions at Field Sites and Modeled Emissions Using the DAYCENT Simulation Model and IPCC Tier 1 Approach. ...................................................................................................6-35

Figure 7-1. Percent of Total Land Area in the General Land-Use Categories for 2011 ..........................................7-7

Figure 7-2:  Forest Sector Carbon Pools and Flows ............................................................................................7-16

Figure 7-3:  Estimates of Net Annual Changes in C Stocks for Major C Pools ....................................................7-19

Figure 7-4:  Average C Density in the Forest Tree Pool in the Conterminous United States, 2010 .....................7-20

Figure 7-5:  Total Net Annual $CO_2$ Flux for Mineral Soils under Agricultural Management within States, 2011, *Cropland Remaining Cropland* .........................................................................................................................7-33

Figure 7-6:  Total Net Annual $CO_2$ Flux for Organic Soils under Agricultural Management within States, 2011, *Cropland Remaining Cropland* .........................................................................................................................7-34

Figure 7-7:  Total Net Annual $CO_2$ Flux for Mineral Soils under Agricultural Management within States, 2011, *Land Converted to Cropland* ..............................................................................................................................7-45

Figure 7-8: Total Net Annual $CO_2$ Flux for Organic Soils under Agricultural Management within States, 2011, *Land Converted to Cropland* ..............................................................................................................................7-46

Figure 7-9: Total Net Annual $CO_2$ Flux for Mineral Soils under Agricultural Management within States, 2011, *Grassland Remaining Grassland* ......................................................................................................................7-50

Figure 7-10:  Total Net Annual $CO_2$ Flux for Organic Soils under Agricultural Management within States, 2011, *Grassland Remaining Grassland* ......................................................................................................................7-51

Figure 7-11:  Total Net Annual $CO_2$ Flux for Mineral Soils under Agricultural Management within States, 2011, *Land Converted to Grassland* ...........................................................................................................................7-55

Figure 7-12:  Total Net Annual $CO_2$ Flux for Organic Soils under Agricultural Management within States, 2011, *Land Converted to Grassland* ...........................................................................................................................7-56

Figure 8-1:  2011 Waste Chapter Greenhouse Gas Sources ................................................................................8-1

Figure 8-2:  Management of Municipal Solid Waste in the United States, 2010 (BioCycle 2010) ........................8-12

Figure 8-3:  MSW Management Trends from 1990 to 2010 (EPA 2011) .............................................................8-13

Figure 8-4:  Percent of Recovered Degradable Materials from 1990 to 2010, percent (EPA 2011) .....................8-14

# Boxes

Box ES- 1: Methodological Approach for Estimating and Reporting U.S. Emissions and Sinks ...............................2

Box ES- 2: Recent Trends in Various U.S. Greenhouse Gas Emissions-Related Data ..................................23

Box ES- 3: Recalculations of Inventory Estimates ..................................26

Box 1-1: Methodological approach for estimating and reporting U.S. emissions and sinks ...................................1-2

Box 1-2: The IPCC Fourth Assessment Report and Global Warming Potentials.........................................1-9

Box 1-3: IPCC Reference Approach ..................................1-13

Box 2-1:  Methodology for Aggregating Emissions by Economic Sector.................................2-28

Box 2-2:  Recent Trends in Various U.S. Greenhouse Gas Emissions-Related Data.............................2-29

Box 2-3:  Sources and Effects of Sulfur Dioxide ..................................2-32

Box 3-1: Methodological approach for estimating and reporting U.S. emissions and sinks ...................................3-4

Box 3-2: Energy Data from the Greenhouse Gas Reporting Program ..................................3-4

Box 3-3:  Weather and Non-Fossil Energy Effects on $CO_2$ from Fossil Fuel Combustion Trends ...........................3-8

Box 3-4:  Uses of Greenhouse Gas Reporting Program Data in Reporting Emissions from Industrial Sector Fossil Fuel Combustion ..................................3-26

Box 3-5:  Carbon Intensity of U.S. Energy Consumption ..................................3-26

Box 3-6:  Carbon Dioxide Transport, Injection, and Geological Storage ..................................3-59

Box 4-1: Methodological Approach for Estimating and Reporting U.S. Emissions and Sinks..............................4-6

Box 4-2:  Potential Emission Estimates of HFCs, PFCs, and $SF_6$..................................4-95

Box 6-1.  Tier 1 vs. Tier 3 Approach for Estimating $N_2O$ Emissions..................................6-28

Box 6-2: Comparison of Tier 2 U.S. Inventory Approach and IPCC (2006) Default Approach ...........................6-38

Box 7-1: Methodological Approach for Estimating and Reporting U.S. Emissions and Sinks..............................7-3

Box 7-2:  $CO_2$ Emissions from Forest Fires ..................................7-20

Box 7-3: Tier 3 Approach for Soil C Stocks Compared to Tier 1 or 2 Approaches ..................................7-35

Box 8-1: Methodological Approach for Estimating and Reporting U.S. Emissions and Sinks..............................8-1

Box 8-2: Waste Data from the Greenhouse Gas Reporting Program ..................................8-3

Box 8-3: Nationwide Municipal Solid Waste Data Sources ..................................8-11

Box 8-4: Overview of the Waste Sector ..................................8-12

Box 8-5: Description of a Modern, Managed Landfill ..................................8-14

Box 8-6:  Biogenic Wastes in Landfills..................................8-15

# Executive Summary

An emissions inventory that identifies and quantifies a country's primary anthropogenic[1] sources and sinks of greenhouse gases is essential for addressing climate change. This inventory adheres to both (1) a comprehensive and detailed set of methodologies for estimating sources and sinks of anthropogenic greenhouse gases, and (2) a common and consistent mechanism that enables Parties to the United Nations Framework Convention on Climate Change (UNFCCC) to compare the relative contribution of different emission sources and greenhouse gases to climate change.

In 1992, the United States signed and ratified the UNFCCC. As stated in Article 2 of the UNFCCC, "The ultimate objective of this Convention and any related legal instruments that the Conference of the Parties may adopt is to achieve, in accordance with the relevant provisions of the Convention, stabilization of greenhouse gas concentrations in the atmosphere at a level that would prevent dangerous anthropogenic interference with the climate system. Such a level should be achieved within a time-frame sufficient to allow ecosystems to adapt naturally to climate change, to ensure that food production is not threatened and to enable economic development to proceed in a sustainable manner."[2]

Parties to the Convention, by ratifying, "shall develop, periodically update, publish and make available…national inventories of anthropogenic emissions by sources and removals by sinks of all greenhouse gases not controlled by the Montreal Protocol, using comparable methodologies…"[3] The United States views this report as an opportunity to fulfill these commitments.

This chapter summarizes the latest information on U.S. anthropogenic greenhouse gas emission trends from 1990 through 2011. To ensure that the U.S. emissions inventory is comparable to those of other UNFCCC Parties, the estimates presented here were calculated using methodologies consistent with those recommended in the Revised 1996 Intergovernmental Panel on Climate Change (IPCC) Guidelines for National Greenhouse Gas Inventories (IPCC/UNEP/OECD/IEA 1997), the IPCC Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories (IPCC 2000), and the IPCC Good Practice Guidance for Land Use, Land-Use Change, and Forestry (IPCC 2003). Additionally, the U.S. emission inventory has continued to incorporate new methodologies and data from the 2006 IPCC Guidelines for National Greenhouse Gas Inventories (IPCC 2006). The use of the most recently published calculation methodologies by the IPCC, as contained in the 2006 IPCC Guidelines, is considered to improve the rigor and accuracy of this inventory and is fully in line with the prior IPCC guidance. The structure of this report is consistent with the UNFCCC guidelines for inventory reporting.[4] For most source categories, the IPCC methodologies were expanded, resulting in a more comprehensive and detailed estimate of emissions.

---

[1] The term "anthropogenic," in this context, refers to greenhouse gas emissions and removals that are a direct result of human activities or are the result of natural processes that have been affected by human activities (IPCC/UNEP/OECD/IEA 1997).

[2] Article 2 of the Framework Convention on Climate Change published by the UNEP/WMO Information Unit on Climate Change. See <http://unfccc.int>.

[3] Article 4(1)(a) of the United Nations Framework Convention on Climate Change (also identified in Article 12). Subsequent decisions by the Conference of the Parties elaborated the role of Annex I Parties in preparing national inventories. See <http://unfccc.int>.

[4] See < http://unfccc.int/resource/docs/2006/sbsta/eng/09.pdf>.

**Box ES 1: Methodological Approach for Estimating and Reporting U.S. Emissions and Sinks**

In following the UNFCCC requirement under Article 4.1 to develop and submit national greenhouse gas emissions inventories, the emissions and sinks presented in this report are organized by source and sink categories and calculated using internationally-accepted methods provided by the IPCC.[5]  Additionally, the calculated emissions and sinks in a given year for the United States are presented in a common manner in line with the UNFCCC reporting guidelines for the reporting of inventories under this international agreement.[6]  The use of consistent methods to calculate emissions and sinks by all nations providing their inventories to the UNFCCC ensures that these reports are comparable. In this regard, U.S. emissions and sinks reported in this inventory report are comparable to emissions and sinks reported by other countries.  Emissions and sinks provided in this inventory do not preclude alternative examinations, but rather this inventory report presents emissions and sinks in a common format consistent with how countries are to report inventories under the UNFCCC.  The report itself follows this standardized format, and provides an explanation of the IPCC methods used to calculate emissions and sinks, and the manner in which those calculations are conducted.

On October 30, 2009, the U.S. Environmental Protection Agency (EPA) published a rule for the mandatory reporting of greenhouse gases (GHG) from large GHG emissions sources in the United States. Implementation of 40 CFR Part 98 is referred to as the Greenhouse Gas Reporting Program (GHGRP). 40 CFR part 98 applies to direct greenhouse gas emitters, fossil fuel suppliers, industrial gas suppliers, and facilities that inject $CO_2$ underground for sequestration or other reasons[7]. Reporting is at the facility level, except for certain suppliers of fossil fuels and industrial greenhouse gases. The GHGRP dataset and the data presented in this inventory report are complementary and, as indicated in the respective methodological and planned improvements sections in this report's chapters, EPA is using the data, as applicable, to improve the national estimates presented in this inventory.

# ES.1. Background Information

Greenhouse gases trap heat and make the planet warmer. The most important greenhouse gases directly emitted by humans include $CO_2$, $CH_4$, $N_2O$, and several other fluorine-containing halogenated substances. Although the direct greenhouse gases $CO_2$, $CH_4$, and $N_2O$ occur naturally in the atmosphere, human activities have changed their atmospheric concentrations.  From the pre-industrial era (i.e., ending about 1750) to 2010, concentrations of these greenhouse gases have increased globally by 39, 158, and 18 percent, respectively (IPCC 2007 and NOAA/ESLR 2009).  This annual report estimates the total national greenhouse gas emissions and removals associated with human activities across the United States.

## Global Warming Potentials

Gases in the atmosphere can contribute to the greenhouse effect both directly and indirectly.  Direct effects occur when the gas itself absorbs radiation.  Indirect radiative forcing occurs when chemical transformations of the substance produce other greenhouse gases, when a gas influences the atmospheric lifetimes of other gases, and/or when a gas affects atmospheric processes that alter the radiative balance of the earth (e.g., affect cloud formation or

---

[5] See < http://www.ipcc-nggip.iges.or.jp/public/index.html>.

[6] See < http://unfccc.int/national_reports/annex_i_ghg_inventories/national_inventories_submissions/items/5270.php>.

[7] See <http://www.epa.gov/climatechange/emissions/ghgrulemaking.html> and <http://ghgdata.epa.gov/ghgp/main.do>.

albedo).[8]  The IPCC developed the Global Warming Potential (GWP) concept to compare the ability of each greenhouse gas to trap heat in the atmosphere relative to another gas.

The GWP of a greenhouse gas is defined as the ratio of the time-integrated radiative forcing from the instantaneous release of 1 kilogram (kg) of a trace substance relative to that of 1 kg of a reference gas (IPCC 2001).  Direct radiative effects occur when the gas itself is a greenhouse gas.  The reference gas used is $CO_2$, and therefore GWP-weighted emissions are measured in teragrams (or million metric tons) of $CO_2$ equivalent (Tg $CO_2$ Eq.).[9,10]  All gases in this Executive Summary are presented in units of Tg $CO_2$ Eq.

The UNFCCC reporting guidelines for national inventories were updated in 2006,[11] but continue to require the use of GWPs from the IPCC Second Assessment Report (SAR) (IPCC 1996).  This requirement ensures that current estimates of aggregate greenhouse gas emissions for 1990 to 2011 are consistent with estimates developed prior to the publication of the IPCC Third Assessment Report (TAR) (IPCC 2001) and the IPCC Fourth Assessment Report (AR4) (IPCC 2007).  Therefore, to comply with international reporting standards under the UNFCCC, official emission estimates are reported by the United States using SAR GWP values.  All estimates are provided throughout the report in both $CO_2$ equivalents and unweighted units.  A comparison of emission values using the SAR GWPs versus the TAR and AR4 GWPs can be found in Chapter 1 and, in more detail, in Annex 6.1 of this report.  The GWP values used in this report are listed below in Table ES-1.

**Table ES-1:  Global Warming Potentials (100-Year Time Horizon) Used in this Report**

| Gas | GWP |
| --- | --- |
| $CO_2$ | 1 |
| $CH_4$* | 21 |
| $N_2O$ | 310 |
| HFC-23 | 11,700 |
| HFC-32 | 650 |
| HFC-125 | 2,800 |
| HFC-134a | 1,300 |
| HFC-143a | 3,800 |
| HFC-152a | 140 |
| HFC-227ea | 2,900 |
| HFC-236fa | 6,300 |
| HFC-4310mee | 1,300 |
| $CF_4$ | 6,500 |
| $C_2F_6$ | 9,200 |
| $C_4F_{10}$ | 7,000 |
| $C_6F_{14}$ | 7,400 |
| $SF_6$ | 23,900 |

Source:  IPCC (1996)
* The $CH_4$ GWP includes the direct effects and those indirect effects due to the production of tropospheric ozone and stratospheric water vapor.  The indirect effect due to the production of $CO_2$ is not included.

---

[8] Albedo is a measure of the Earth's reflectivity, and is defined as the fraction of the total solar radiation incident on a body that is reflected by it.

[9] Carbon comprises 12/44ths of carbon dioxide by weight.

[10] One teragram is equal to $10^{12}$ grams or one million metric tons.

[11] See <http://unfccc.int/resource/docs/2006/sbsta/eng/09.pdf>.

Global warming potentials are not provided for CO, NO$_x$, NMVOCs, SO$_2$, and aerosols because there is no agreed-upon method to estimate the contribution of gases that are short-lived in the atmosphere, spatially variable, or have only indirect effects on radiative forcing (IPCC 1996).

# ES.2. Recent Trends in U.S. Greenhouse Gas Emissions and Sinks

In 2011, total U.S. greenhouse gas emissions were 6,702.3 Tg, or million metric tons, CO$_2$ Eq. Total U.S. emissions have increased by 8.4 percent from 1990 to 2011, and emissions decreased from 2010 to 2011 by 1.6 percent (108.0 Tg CO$_2$ Eq.). The decrease from 2010 to 2011 was due to a decrease in the carbon intensity of fuels consumed to generate electricity due to a decrease in coal consumption, with increased natural gas consumption and a significant increase in hydropower used. Additionally, relatively mild winter conditions, especially in the South Atlantic Region of the United States where electricity is an important heating fuel, resulted in an overall decrease in electricity demand in most sectors. Since 1990, U.S. emissions have increased at an average annual rate of 0.4 percent. Figure ES-1 through Figure ES-3 illustrate the overall trends in total U.S. emissions by gas, annual changes, and absolute change since 1990.

Table ES-2 provides a detailed summary of U.S. greenhouse gas emissions and sinks for 1990 through 2011.

**Figure ES-1:  U.S. Greenhouse Gas Emissions by Gas**



**Figure ES-2:  Annual Percent Change in U.S. Greenhouse Gas Emissions**



**Figure ES-3:  Cumulative Change in Annual U.S. Greenhouse Gas Emissions Relative to 1990**



**Table ES-2:  Recent Trends in U.S. Greenhouse Gas Emissions and Sinks (Tg or million metric tons $CO_2$ Eq.)**

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **$CO_2$** | **5,108.8** | **6,109.3** | **6,128.6** | **5,944.8** | **5,517.9** | **5,736.4** | **5,612.9** |
| Fossil Fuel Combustion | 4,748.5 | 5,748.7 | 5,767.7 | 5,590.6 | 5,222.4 | 5,408.1 | 5,277.2 |
| Electricity Generation | 1,820.8 | 2,402.1 | 2,412.8 | 2,360.9 | 2,146.4 | 2,259.2 | 2,158.5 |
| Transportation | 1,494.0 | 1,891.7 | 1,904.7 | 1,816.0 | 1,749.2 | 1,763.9 | 1,745.0 |
| Industrial | 848.6 | 823.4 | 844.4 | 802.0 | 722.6 | 780.2 | 773.2 |
| Residential | 338.3 | 357.9 | 341.6 | 347.0 | 337.0 | 334.6 | 328.8 |
| Commercial | 219.0 | 223.5 | 218.9 | 223.8 | 223.4 | 221.8 | 222.1 |
| U.S. Territories | 27.9 | 50.0 | 45.2 | 41.0 | 43.8 | 49.6 | 49.7 |
| Non-Energy Use of Fuels | 117.4 | 142.7 | 134.9 | 139.5 | 124.0 | 132.8 | 130.6 |
| Iron & Steel & Metallurgical Coke Production | 99.8 | 66.7 | 71.3 | 66.8 | 43.0 | 55.7 | 64.3 |
| Natural Gas Systems | 37.7 | 29.9 | 30.9 | 32.6 | 32.2 | 32.3 | 32.3 |
| Cement Production | 33.3 | 45.2 | 44.5 | 40.5 | 29.0 | 30.9 | 31.6 |
| Lime Production | 11.5 | 14.3 | 14.6 | 14.3 | 11.2 | 13.1 | 13.8 |
| Incineration of Waste | 8.0 | 12.5 | 12.7 | 11.9 | 11.7 | 12.0 | 12.0 |
| Other Process Uses of Carbonates | 4.9 | 6.3 | 7.4 | 5.9 | 7.6 | 9.6 | 9.2 |
| Ammonia Production | 13.0 | 9.2 | 9.1 | 7.9 | 7.9 | 8.7 | 8.8 |
| Cropland Remaining Cropland | 7.1 | 7.9 | 8.2 | 8.6 | 7.2 | 8.4 | 8.1 |
| Urea Consumption for Non-Agricultural Purposes | 3.8 | 3.7 | 4.9 | 4.1 | 3.4 | 4.4 | 4.3 |
| Petrochemical Production | 3.4 | 4.3 | 4.1 | 3.6 | 2.8 | 3.5 | 3.5 |
| Aluminum Production | 6.8 | 4.1 | 4.3 | 4.5 | 3.0 | 2.7 | 3.3 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soda Ash Production and Consumption | 2.8 | 3.0 | 2.9 | 3.0 | 2.6 | 2.7 | 2.7 |
| Titanium Dioxide Production | 1.2 | 1.8 | 1.9 | 1.8 | 1.6 | 1.8 | 1.9 |
| Carbon Dioxide Consumption | 1.4 | 1.3 | 1.9 | 1.8 | 1.8 | 2.2 | 1.8 |
| Ferroalloy Production | 2.2 | 1.4 | 1.6 | 1.6 | 1.5 | 1.7 | 1.7 |
| Glass Production | 1.5 | 1.9 | 1.5 | 1.5 | 1.0 | 1.5 | 1.3 |
| Zinc Production | 0.6 | 1.0 | 1.0 | 1.2 | 0.9 | 1.2 | 1.3 |
| Phosphoric Acid Production | 1.5 | 1.3 | 1.2 | 1.2 | 1.0 | 1.1 | 1.2 |
| Wetlands Remaining Wetlands | 1.0 | 1.1 | 1.0 | 1.0 | 1.1 | 1.0 | 0.9 |
| Lead Production | 0.5 | 0.6 | 0.6 | 0.5 | 0.5 | 0.5 | 0.5 |
| Petroleum Systems | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| Silicon Carbide Production and Consumption | 0.4 | 0.2 | 0.2 | 0.2 | 0.1 | 0.2 | 0.2 |
| *Land Use, Land-Use Change, and Forestry (Sink)[a]* | *(794.5)* | *(997.8)* | *(929.2)* | *(902.6)* | *(882.6)* | *(888.8)* | *(905.0)* |
| *Wood Biomass and Ethanol Consumption[b]* | *218.6* | *228.7* | *238.3* | *251.7* | *245.1* | *264.5* | *264.5* |
| *International Bunker Fuels[c]* | *103.5* | *113.1* | *115.3* | *114.3* | *106.4* | *117.0* | *111.3* |
| **CH₄** | **639.9** | **593.6** | **618.6** | **618.8** | **603.8** | **592.7** | **587.2** |
| Natural Gas Systems | 161.2 | 159.0 | 168.4 | 163.4 | 150.7 | 143.6 | 144.7 |
| Enteric Fermentation | 132.7 | 137.0 | 141.8 | 141.4 | 140.6 | 139.3 | 137.4 |
| Landfills | 147.8 | 112.5 | 111.6 | 113.6 | 113.3 | 106.8 | 103.0 |
| Coal Mining | 84.1 | 56.9 | 57.9 | 67.1 | 70.3 | 72.4 | 63.2 |
| Manure Management | 31.5 | 47.6 | 52.4 | 51.5 | 50.5 | 51.8 | 52.0 |
| Petroleum Systems | 35.2 | 29.2 | 29.8 | 30.0 | 30.5 | 30.8 | 31.5 |
| Wastewater Treatment | 15.9 | 16.5 | 16.6 | 16.6 | 16.5 | 16.4 | 16.2 |
| Forest Land Remaining Forest Land | 2.5 | 8.0 | 14.4 | 8.7 | 5.7 | 4.7 | 14.2 |
| Rice Cultivation | 7.1 | 6.8 | 6.2 | 7.2 | 7.3 | 8.6 | 6.6 |
| Stationary Combustion | 7.5 | 6.6 | 6.4 | 6.6 | 6.3 | 6.3 | 6.3 |
| Abandoned Underground Coal Mines | 6.0 | 5.5 | 5.3 | 5.3 | 5.1 | 5.0 | 4.8 |
| Petrochemical Production | 2.3 | 3.1 | 3.3 | 2.9 | 2.9 | 3.1 | 3.1 |
| Mobile Combustion | 4.6 | 2.4 | 2.1 | 1.9 | 1.8 | 1.8 | 1.7 |
| Composting | 0.3 | 1.6 | 1.7 | 1.7 | 1.6 | 1.5 | 1.5 |
| Iron & Steel & Metallurgical Coke Production | 1.0 | 0.7 | 0.7 | 0.6 | 0.4 | 0.5 | 0.6 |
| Field Burning of Agricultural Residues | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Ferroalloy Production | + | + | + | + | + | + | + |
| Silicon Carbide Production and Consumption | + | + | + | + | + | + | + |
| Incineration of Waste | + | + | + | + | + | + | + |
| *International Bunker Fuels[c]* | *0.1* | *0.1* | *0.1* | *0.1* | *0.1* | *0.1* | *0.1* |
| **N₂O** | **344.3** | **356.1** | **376.1** | **349.7** | **338.7** | **343.9** | **356.9** |
| Agricultural Soil Management | 227.9 | 237.5 | 252.3 | 245.4 | 242.8 | 244.5 | 247.2 |
| Stationary Combustion | 12.3 | 20.6 | 21.2 | 21.1 | 20.7 | 22.6 | 22.0 |
| Mobile Combustion | 44.0 | 36.9 | 29.0 | 25.5 | 22.7 | 20.7 | 18.5 |
| Manure Management | 14.4 | 17.1 | 18.0 | 17.8 | 17.7 | 17.8 | 18.0 |
| Nitric Acid Production | 18.2 | 16.9 | 19.7 | 16.9 | 14.0 | 16.8 | 15.5 |
| Forest Land Remaining Forest Land | 2.1 | 6.9 | 12.1 | 7.4 | 5.0 | 4.2 | 11.9 |
| Adipic Acid Production | 15.8 | 7.4 | 10.7 | 2.6 | 2.8 | 4.4 | 10.6 |
| Wastewater Treatment | 3.5 | 4.7 | 4.8 | 4.9 | 5.0 | 5.1 | 5.2 |
| N₂O from Product Uses | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 |
| Composting | 0.4 | 1.7 | 1.8 | 1.9 | 1.8 | 1.7 | 1.7 |
| Settlements Remaining | 1.0 | 1.5 | 1.6 | 1.5 | 1.4 | 1.5 | 1.5 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Settlements | | | | | | | |
| Incineration of Waste | 0.5 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| Field Burning of Agricultural Residues | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Wetlands Remaining Wetlands | + | + | + | + | + | + | + |
| *International Bunker Fuels[c]* | *0.9* | *1.0* | *1.0* | *1.0* | *0.9* | *1.0* | *1.0* |
| **HFCs** | **36.9** | **115.0** | **120.0** | **117.5** | **112.0** | **121.3** | **129.0** |
| Substitution of Ozone Depleting Substances[d] | 0.3 | 99.0 | 102.7 | 103.6 | 106.3 | 114.6 | 121.7 |
| HCFC-22 Production | 36.4 | 15.8 | 17.0 | 13.6 | 5.4 | 6.4 | 6.9 |
| Semiconductor Manufacture | 0.2 | 0.2 | 0.3 | 0.3 | 0.2 | 0.4 | 0.3 |
| **PFCs** | **20.6** | **6.2** | **7.7** | **6.6** | **4.4** | **5.9** | **7.0** |
| Semiconductor Manufacture | 2.2 | 3.2 | 3.8 | 3.9 | 2.9 | 4.4 | 4.1 |
| Aluminum Production | 18.4 | 3.0 | 3.8 | 2.7 | 1.6 | 1.6 | 2.9 |
| **SF$_6$** | **32.6** | **15.0** | **12.3** | **11.4** | **9.8** | **10.1** | **9.4** |
| Electrical Transmission and Distribution | 26.7 | 11.1 | 8.8 | 8.6 | 8.1 | 7.8 | 7.0 |
| Magnesium Production and Processing | 5.4 | 2.9 | 2.6 | 1.9 | 1.1 | 1.3 | 1.4 |
| Semiconductor Manufacture | 0.5 | 1.0 | 0.8 | 0.9 | 0.7 | 1.0 | 0.9 |
| **Total** | **6,183.3** | **7,195.3** | **7,263.2** | **7,048.8** | **6,586.6** | **6,810.3** | **6,702.3** |
| **Net Emissions (Sources and Sinks)** | **5,388.7** | **6,197.4** | **6,334.0** | **6,146.2** | **5,704.0** | **5,921.5** | **5,797.3** |

+ Does not exceed 0.05 Tg CO$_2$ Eq.
[a] Parentheses indicate negative values or sequestration. The net CO$_2$ flux total includes both emissions and sequestration, and constitutes a net sink in the United States. Sinks are only included in net emissions total.
[b] Emissions from Wood Biomass and Ethanol Consumption are not included specifically in summing energy sector totals. Net carbon fluxes from changes in biogenic carbon reservoirs are accounted for in the estimates for Land Use, Land-Use Change, and Forestry.
[c] Emissions from International Bunker Fuels are not included in totals.
[d] Small amounts of PFC emissions also result from this source.
Note: Totals may not sum due to independent rounding.

Figure ES-4 illustrates the relative contribution of the direct greenhouse gases to total U.S. emissions in 2011. The primary greenhouse gas emitted by human activities in the United States was CO$_2$, representing approximately 83.7 percent of total greenhouse gas emissions. The largest source of CO$_2$, and of overall greenhouse gas emissions, was fossil fuel combustion. CH$_4$ emissions, which have decreased by 8.2 percent since 1990, resulted primarily from natural gas systems, enteric fermentation associated with domestic livestock, and decomposition of wastes in landfills. Agricultural soil management, mobile source fuel combustion and stationary fuel combustion were the major sources of N$_2$O emissions. Ozone depleting substance substitute emissions and emissions of HFC-23 during the production of HCFC-22 were the primary contributors to aggregate HFC emissions. PFC emissions resulted from semiconductor manufacturing and as a by-product of primary aluminum production, while electrical transmission and distribution systems accounted for most SF$_6$ emissions.

**Figure ES-4:  2011 Greenhouse Gas Emissions by Gas (Percentages based on Tg CO₂ Eq.)**



Overall, from 1990 to 2011, total emissions of $CO_2$ increased by 504.0 Tg $CO_2$ Eq. (9.9 percent), while total emissions of $CH_4$ decreased by 52.7 Tg $CO_2$ Eq. (8.2 percent), and $N_2O$ increased by 12.6 Tg $CO_2$ Eq. (3.6 percent). During the same period, aggregate weighted emissions of HFCs, PFCs, and $SF_6$ rose by 55.1 Tg $CO_2$ Eq. (61.1 percent).  From 1990 to 2011, HFCs increased by 92.0 Tg $CO_2$ Eq. (249.3 percent), PFCs decreased by 13.6 Tg $CO_2$ Eq. (66.1 percent), and $SF_6$ decreased by 23.3 Tg $CO_2$ Eq. (71.3 percent).  Despite being emitted in smaller quantities relative to the other principal greenhouse gases, emissions of HFCs, PFCs, and $SF_6$ are significant because many of these gases have extremely high global warming potentials and, in the cases of PFCs and $SF_6$, long atmospheric lifetimes.  Conversely, U.S. greenhouse gas emissions were partly offset by carbon sequestration in forests, trees in urban areas, agricultural soils, and landfilled yard trimmings and food scraps, which, in aggregate, offset 13.5 percent of total emissions in 2011.  The following sections describe each gas's contribution to total U.S. greenhouse gas emissions in more detail.

## Carbon Dioxide Emissions

The global carbon cycle is made up of large carbon flows and reservoirs.  Billions of tons of carbon in the form of $CO_2$ are absorbed by oceans and living biomass (i.e., sinks) and are emitted to the atmosphere annually through natural processes (i.e., sources).  When in equilibrium, carbon fluxes among these various reservoirs are roughly balanced.  Since the Industrial Revolution (i.e., about 1750), global atmospheric concentrations of $CO_2$ have risen about 39 percent (IPCC 2007 and NOAA/ESRL 2009), principally due to the combustion of fossil fuels.  Within the United States, fossil fuel combustion accounted for 94.0 percent of $CO_2$ emissions in 2011.  Globally, approximately 31,780 Tg of $CO_2$ were added to the atmosphere through the combustion of fossil fuels in 2010, of which the United States accounted for about 18 percent.[12]  Changes in land use and forestry practices can also emit $CO_2$ (e.g., through conversion of forest land to agricultural or urban use) or can act as a sink for $CO_2$ (e.g., through net additions to forest biomass). In addition to fossil-fuel combustion, several other sources emit significant quantities of $CO_2$. These sources include, but are not limited to non-energy use of fuels, iron and steel production and cement production (Figure ES-5).

---

[12] Global $CO_2$ emissions from fossil fuel combustion were taken from Energy Information Administration *International Energy Statistics 2010* < http://tonto.eia.doe.gov/cfapps/ipdbproject/IEDIndex3.cfm> EIA (2013).

**Figure ES-5: 2011 Sources of CO$_2$ Emissions**



Note: Electricity generation also includes emissions of less than 0.05 Tg CO$_2$ Eq. from geothermal-based generation.

As the largest source of U.S. greenhouse gas emissions, CO$_2$ from fossil fuel combustion has accounted for approximately 78 percent of GWP-weighted emissions since 1990, and is approximately 79 percent of total GWP-weighted emissions in 2011. Emissions of CO$_2$ from fossil fuel combustion increased at an average annual rate of 0.5 percent from 1990 to 2011. The fundamental factors influencing this trend include (1) a generally growing domestic economy over the last 22 years, and (2) an overall growth in emissions from electricity generation and transportation activities. Between 1990 and 2011, CO$_2$ emissions from fossil fuel combustion increased from 4,748.5 Tg CO$_2$ Eq. to 5,277.2 Tg CO$_2$ Eq.—an 11.1 percent total increase over the twenty-two-year period. From 2010 to 2011, these emissions decreased by 130.9 Tg CO$_2$ Eq. (2.4 percent).

Historically, changes in emissions from fossil fuel combustion have been the dominant factor affecting U.S. emission trends. Changes in CO$_2$ emissions from fossil fuel combustion are influenced by many long-term and short-term factors, including population and economic growth, energy price fluctuations, technological changes, and seasonal temperatures. In the short term, the overall consumption of fossil fuels in the United States fluctuates primarily in response to changes in general economic conditions, energy prices, weather, and the availability of non-fossil alternatives. For example, in a year with increased consumption of goods and services, low fuel prices, severe summer and winter weather conditions, nuclear plant closures, and lower precipitation feeding hydroelectric dams, there would likely be proportionally greater fossil fuel consumption than a year with poor economic performance, high fuel prices, mild temperatures, and increased output from nuclear and hydroelectric plants. In the long term, energy consumption patterns respond to changes that affect the scale of consumption (e.g., population, number of cars, and size of houses), the efficiency with which energy is used in equipment (e.g., cars, power plants, steel mills, and light bulbs) and behavioral choices (e.g., walking, bicycling, or telecommuting to work instead of driving).

**Figure ES-6:  2011 $CO_2$ Emissions from Fossil Fuel Combustion by Sector and Fuel Type**



**Figure ES-7:  2011 End-Use Sector Emissions of $CO_2$, $CH_4$, and $N_2O$ from Fossil Fuel Combustion**



The five major fuel consuming sectors contributing to $CO_2$ emissions from fossil fuel combustion are electricity generation, transportation, industrial, residential, and commercial.  $CO_2$ emissions are produced by the electricity generation sector as they consume fossil fuel to provide electricity to one of the other four sectors, or "end-use" sectors.  For the discussion below, electricity generation emissions have been distributed to each end-use sector on the basis of each sector's share of aggregate electricity consumption.  This method of distributing emissions assumes that each end-use sector consumes electricity that is generated from the national average mix of fuels according to their carbon intensity.  Emissions from electricity generation are also addressed separately after the end-use sectors have been discussed.

Note that emissions from U.S. territories are calculated separately due to a lack of specific consumption data for the individual end-use sectors. Figure ES-6, Figure ES-7, and Table ES-3 summarize $CO_2$ emissions from fossil fuel combustion by end-use sector.

**Table ES-3:  $CO_2$ Emissions from Fossil Fuel Combustion by Fuel Consuming End-Use Sector (Tg or million metric tons $CO_2$ Eq.)**

| End-Use Sector | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Transportation** | **1,497.0** | **1,896.5** | **1,909.7** | **1,820.7** | **1,753.7** | **1,768.4** | **1,749.3** |
| Combustion | 1,494.0 | 1,891.7 | 1,904.7 | 1,816.0 | 1,749.2 | 1,763.9 | 1,745.0 |
| Electricity | 3.0 | 4.7 | 5.1 | 4.7 | 4.5 | 4.5 | 4.3 |
| **Industrial** | **1,535.3** | **1,560.4** | **1,559.0** | **1,499.3** | **1,324.6** | **1,421.3** | **1,392.1** |
| Combustion | 848.6 | 823.4 | 844.4 | 802.0 | 722.6 | 780.2 | 773.2 |
| Electricity | 686.7 | 737.0 | 715.4 | 697.3 | 602.0 | 641.1 | 618.9 |
| **Residential** | **931.4** | **1,214.7** | **1,205.2** | **1,189.9** | **1,123.5** | **1,175.0** | **1,125.6** |
| Combustion | 338.3 | 357.9 | 341.6 | 347.0 | 337.0 | 334.6 | 328.8 |
| Electricity | 593.0 | 856.7 | 863.5 | 842.9 | 786.5 | 840.4 | 796.9 |
| **Commercial** | **757.0** | **1,027.2** | **1,047.7** | **1,039.8** | **976.8** | **993.9** | **960.5** |
| Combustion | 219.0 | 223.5 | 218.9 | 223.8 | 223.4 | 220.6 | 222.1 |
| Electricity | 538.0 | 803.7 | 828.8 | 816.0 | 753.5 | 773.3 | 738.4 |
| **U.S. Territories**[a] | **27.9** | **50.0** | **45.2** | **41.0** | **43.8** | **49.6** | **49.7** |
| **Total** | **4,748.5** | **5,748.7** | **5,767.7** | **5,590.6** | **5,222.4** | **5,408.1** | **5,277.2** |
| **Electricity Generation** | **1,820.8** | **2,402.1** | **2,412.8** | **2,360.9** | **2,146.4** | **2,259.2** | **2,158.5** |

Note: Totals may not sum due to independent rounding. Combustion-related emissions from electricity generation are allocated based on aggregate national electricity consumption by each end-use sector.

[a] Fuel consumption by U.S. territories (i.e., American Samoa, Guam, Puerto Rico, U.S. Virgin Islands, Wake Island, and other U.S. Pacific Islands) is included in this report.

*Transportation End-Use Sector.* Transportation activities (excluding international bunker fuels) accounted for 33 percent of $CO_2$ emissions from fossil fuel combustion in 2011.[13] Virtually all of the energy consumed in this end-use sector came from petroleum products. Nearly 65 percent of the emissions resulted from gasoline consumption for personal vehicle use. The remaining emissions came from other transportation activities, including the combustion of diesel fuel in heavy-duty vehicles and jet fuel in aircraft. From 1990 to 2011, transportation emissions rose by 17 percent due, in large part, to increased demand for travel and the stagnation of fuel efficiency across the U.S. vehicle fleet. The number of vehicle miles traveled by light-duty motor vehicles (passenger cars and light-duty trucks) increased 34 percent from 1990 to 2011, as a result of a confluence of factors including population growth, economic growth, urban sprawl, and low fuel prices over much of this period. It is noted that the more recent trend for transportation has shown a general decline in emissions, due to recent slow growth in economic activity, higher fuel prices, and an associated decrease in the demand for passenger transportation.

*Industrial End-Use Sector.* Industrial $CO_2$ emissions, resulting both directly from the combustion of fossil fuels and indirectly from the generation of electricity that is consumed by industry, accounted for 26 percent of $CO_2$ from fossil fuel combustion in 2011. Approximately 56 percent of these emissions resulted from direct fossil fuel combustion to produce steam and/or heat for industrial processes. The remaining emissions resulted from consuming electricity for motors, electric furnaces, ovens, lighting, and other applications. In contrast to the other end-use sectors, emissions from industry have steadily declined since 1990. This decline is due to structural changes in the U.S. economy (i.e., shifts from a manufacturing-based to a service-based economy), fuel switching, and efficiency improvements.

*Residential and Commercial End-Use Sectors.* The residential and commercial end-use sectors accounted for 21 and 18 percent, respectively, of $CO_2$ emissions from fossil fuel combustion in 2011. Both sectors relied heavily on electricity for meeting energy demands, with 71 and 77 percent, respectively, of their emissions attributable to electricity consumption for lighting, heating, cooling, and operating appliances. The remaining emissions were due to the consumption of natural gas and petroleum for heating and cooking. Emissions from the residential and commercial end-use sectors have increased by 21 percent and 27 percent since 1990, respectively, due to increasing electricity consumption for lighting, heating, air conditioning, and operating appliances.

*Electricity Generation.* The United States relies on electricity to meet a significant portion of its energy demands. Electricity generators consumed 36 percent of U.S. energy from fossil fuels and emitted 41 percent of the $CO_2$ from

---

[13] If emissions from international bunker fuels are included, the transportation end-use sector accounted for 34.5 percent of U.S. emissions from fossil fuel combustion in 2011.

fossil fuel combustion in 2011. The type of fuel combusted by electricity generators has a significant effect on their emissions. For example, some electricity is generated with low $CO_2$ emitting energy technologies, particularly non-fossil options such as nuclear, hydroelectric, or geothermal energy. Electricity generators relied on coal for approximately 42 percent their total energy requirements in 2011, and accounted for 95 percent of all coal consumed for energy in the United States in 2011. Recently a decrease in the carbon intensity of fuels consumed to generate electricity has occurred due to a decrease in coal consumption, and increased natural gas consumption and other generation sources. Across the time series, changes in electricity demand and the carbon intensity of fuels used for electricity generation have a significant impact on $CO_2$ emissions.

Other significant $CO_2$ trends included the following:

- $CO_2$ emissions from non-energy use of fossil fuels have increased by 13.1 Tg $CO_2$ Eq. (11.2 percent) from 1990 through 2011. Emissions from non-energy uses of fossil fuels were 130.6 Tg $CO_2$ Eq. in 2011, which constituted 2.3 percent of total national $CO_2$ emissions, approximately the same proportion as in 1990.

- $CO_2$ emissions from iron and steel production and metallurgical coke production increased by 8.5 Tg $CO_2$ Eq. (15.3 percent) from 2010 to 2011, continuing a two-year trend of increasing emissions primarily due to increased steel production associated with improved economic conditions. Despite this, from 1990 through 2011, emissions declined by 35.6 percent (35.5 Tg $CO_2$ Eq.). This overall decline is due to the restructuring of the industry, technological improvements, and increased scrap utilization.

- In 2011, $CO_2$ emissions from cement production increased by 0.7 Tg $CO_2$ Eq. (2.3 percent) from 2010. After decreasing in 1991 by 2.2 percent from 1990 levels, cement production emissions grew every year through 2006. Since 2006, emissions have fluctuated through 2011 due to the economic recession and associated decrease in demand for construction materials. Overall, from 1990 to 2011, emissions from cement production have decreased by 4.9 percent, a decrease of 1.6 Tg $CO_2$ Eq.

- Net $CO_2$ uptake from Land Use, Land-Use Change, and Forestry increased by 110.5 Tg $CO_2$ Eq. (13.9 percent) from 1990 through 2011. This increase was primarily due to an increase in the rate of net carbon accumulation in forest carbon stocks, particularly in aboveground and belowground tree biomass, and harvested wood pools. Annual carbon accumulation in landfilled yard trimmings and food scraps slowed over this period, while the rate of carbon accumulation in urban trees increased.

## Methane Emissions

Methane ($CH_4$) is more than 20 times as effective as $CO_2$ at trapping heat in the atmosphere (IPCC 1996). Over the last two hundred and fifty years, the concentration of $CH_4$ in the atmosphere increased by 158 percent (IPCC 2007). Anthropogenic sources of $CH_4$ include natural gas and petroleum systems, agricultural activities, landfills, coal mining, wastewater treatment, stationary and mobile combustion, and certain industrial processes (see Figure ES-8).

**Figure ES-8:  2011 Sources of CH₄ Emissions**



Some significant trends in U.S. emissions of CH₄ include the following:

- Natural gas systems were the largest anthropogenic source category of CH₄ emissions in the United States in 2011 with 144.7 Tg CO₂ Eq. of CH₄ emitted into the atmosphere. Those emissions have decreased by 16.5 Tg CO₂ Eq. (10.2 percent) since 1990. The decrease in CH₄ emissions is due largely to a decrease in emissions from transmission and storage due to increased voluntary reductions and a decrease in distribution emissions due to a decrease in cast iron and unprotected steel pipelines. Emissions from field production accounted for approximately 37 percent of CH₄ emissions from natural gas systems in 2011. CH₄ emissions from field production decreased by 12 percent from 1990 through 2011; however, the trend was not stable over the time series-emissions from this source increased by 43 percent from 1990 through 2006, and then declined by 38 percent from 2006 to 2011. Reasons for this trend include such factors as increased voluntary reductions, as well as the effects of the recent global economic slowdown.

- Enteric fermentation is the second largest anthropogenic source of CH₄ emissions in the United States.  In 2011, enteric fermentation CH₄ emissions were 137.4 Tg CO₂ Eq. (23.4 percent of total CH₄ emissions), which represents an increase of 4.6 Tg CO₂ Eq. (3.5 percent) since 1990. This increase in emissions from 1990 to 2011 in enteric generally follows the increasing trends in cattle populations. From 1990 to 1995 emissions increased and then decreased from 1996 to 2001, mainly due to fluctuations in beef cattle populations and increased digestibility of feed for feedlot cattle.  Emissions generally increased from 2002 to 2007, though with a slight decrease in 2004, as both dairy and beef populations underwent increases and the literature indicated a trend toward a decrease in feed digestibility for those years. Emissions decreased again from 2008 to 2011 as beef cattle populations again decreased.

- Landfills are the third largest anthropogenic source of CH₄ emissions in the United States, accounting for 17.5 percent of total CH₄ emissions (103.0 Tg CO₂ Eq.) in 2011.  From 1990 to 2011, CH₄ emissions from landfills decreased by 44.7 Tg CO₂ Eq. (30.3 percent), with small increases occurring in some interim years.  This downward trend in overall emissions can be attributed to a 21 percent reduction in the amount of decomposable materials (i.e., paper and paperboard, food scraps, and yard trimmings) discarded in MSW landfills over the time series (EPA 2010) and an increase in the amount of landfill gas collected and

combusted,[14] which has more than offset the additional $CH_4$ emissions resulting from an increase in the amount of municipal solid waste landfilled.

- In 2011, $CH_4$ emissions from coal mining were 63.2 Tg $CO_2$ Eq., a 9.2 Tg $CO_2$ Eq. (12.6 percent) decrease under 2010 emission levels. The overall decline of 20.8 Tg $CO_2$ Eq. (24.8 percent) from 1990 results from the mining of less gassy coal from underground mines and the increased use of $CH_4$ collected from degasification systems.

- Methane emissions from manure management increased by 65.3 percent since 1990, from 31.5 Tg $CO_2$ Eq. in 1990 to 52.0 Tg $CO_2$ Eq. in 2011. The majority of this increase was from swine and dairy cow manure, since the general trend in manure management is one of increasing use of liquid systems, which tends to produce greater $CH_4$ emissions. The increase in liquid systems is the combined result of a shift to larger facilities, and to facilities in the West and Southwest, all of which tend to use liquid systems. Also, new regulations limiting the application of manure nutrients have shifted manure management practices at smaller dairies from daily spread to manure managed and stored on site.

## Nitrous Oxide Emissions

$N_2O$ is produced by biological processes that occur in soil and water and by a variety of anthropogenic activities in the agricultural, energy-related, industrial, and waste management fields. While total $N_2O$ emissions are much lower than $CO_2$ emissions, $N_2O$ is approximately 300 times more powerful than $CO_2$ at trapping heat in the atmosphere (IPCC 1996). Since 1750, the global atmospheric concentration of $N_2O$ has risen by approximately 19 percent (IPCC 2007). The main anthropogenic activities producing $N_2O$ in the United States are agricultural soil management, stationary fuel combustion, fuel combustion in motor vehicles, manure management and nitric acid production (see Figure ES-9).

**Figure ES-9:  2011 Sources of $N_2O$ Emissions**



Some significant trends in U.S. emissions of $N_2O$ include the following:

---

[14] The $CO_2$ produced from combusted landfill $CH_4$ at landfills is not counted in national inventories as it is considered part of the natural C cycle of decomposition.

- Agricultural soils accounted for approximately 69.3 percent of $N_2O$ emissions and 3.7 percent of total emissions in the United States in 2011. Estimated emissions from this source in 2011 were 247.2 Tg $CO_2$ Eq. Annual $N_2O$ emissions from agricultural soils fluctuated between 1990 and 2011, although overall emissions were 8.5 percent higher in 2011 than in 1990. Annual $N_2O$ emissions from agricultural soils fluctuated between 1990 and 2011, largely as a reflection of annual variation in weather patterns, synthetic fertilizer use, and crop production.

- $N_2O$ emissions from stationary combustion increased 9.7 Tg $CO_2$ Eq. (79.3 percent) from 1990 through 2011. $N_2O$ emissions from this source increased primarily as a result of an increase in the number of coal fluidized bed boilers in the electric power sector.

- In 2011, $N_2O$ emissions from mobile combustion were 18.5 Tg $CO_2$ Eq. (5.2 percent of U.S. $N_2O$ emissions). From 1990 to 2011, $N_2O$ emissions from mobile combustion decreased by 58.0 percent. However, from 1990 to 1998 emissions increased by 25.6 percent, due to control technologies that reduced $NO_x$ emissions while increasing $N_2O$ emissions. Since 1998, newer control technologies have led to an overall decline of 36.8 Tg $CO_2$ Eq. (66.6 percent) in $N_2O$ from this source.

- $N_2O$ emissions from adipic acid production were 10.6 Tg $CO_2$ Eq. in 2011, and have decreased significantly in recent years due to the widespread installation of pollution control measures. Emissions from adipic acid production have decreased by 32.9 percent since 1990 and by 39.6 percent since a peak in 1995.

## HFC, PFC, and $SF_6$ Emissions

HFCs and PFCs are families of synthetic chemicals that are used as alternatives to Ozone Depleting Substances, which are being phased out under the Montreal Protocol and Clean Air Act Amendments of 1990. HFCs and PFCs do not deplete the stratospheric ozone layer, and are therefore acceptable alternatives under the Montreal Protocol.

These compounds, however, along with $SF_6$, are potent greenhouse gases. In addition to having high global warming potentials, $SF_6$ and PFCs have extremely long atmospheric lifetimes, resulting in their essentially irreversible accumulation in the atmosphere once emitted. Sulfur hexafluoride is the most potent greenhouse gas the IPCC has evaluated (IPCC 1996).

Other emissive sources of these gases include electrical transmission and distribution systems, HCFC-22 production, semiconductor manufacturing, aluminum production, and magnesium production and processing (see Figure ES-10).

**Figure ES-10: 2011 Sources of HFCs, PFCs, and $SF_6$ Emissions**



Some significant trends in U.S. HFC, PFC, and $SF_6$ emissions include the following:

- Emissions resulting from the substitution of ozone depleting substances (ODS) (e.g., CFCs) have been consistently increasing, from small amounts in 1990 to 121.7 Tg $CO_2$ Eq. in 2011.  Emissions from ODS substitutes are both the largest and the fastest growing source of HFC, PFC, and $SF_6$ emissions.  These emissions have been increasing as phase-out of ODS required under the Montreal Protocol came into effect, especially after 1994, when full market penetration was made for the first generation of new technologies featuring ODS substitutes.

- HFC emissions from the production of HCFC-22 decreased by 81.0 percent (29.5 Tg $CO_2$ Eq.) from 1990 through 2011, due to a steady decline in the emission rate of HFC-23 (i.e., the amount of HFC-23 emitted per kilogram of HCFC-22 manufactured) and the use of thermal oxidation at some plants to reduce HFC-23 emissions.

- $SF_6$ emissions from electric power transmission and distribution systems decreased by 73.6 percent (19.6 Tg $CO_2$ Eq.) from 1990 to 2011, primarily because of higher purchase prices for $SF_6$ and efforts by industry to reduce emissions.

- PFC emissions from aluminum production decreased by 84.0 percent (15.5 Tg $CO_2$ Eq.) from 1990 to 2011, due to both industry emission reduction efforts and declines in domestic aluminum production.

# ES.3. Overview of Sector Emissions and Trends

In accordance with the Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories (IPCC/UNEP/OECD/IEA 1997), and the 2003 UNFCCC Guidelines on Reporting and Review (UNFCCC 2003), Figure ES-11 and Table ES-4 aggregate emissions and sinks by these chapters.  Emissions of all gases can be summed from each source category from IPCC guidance.  Over the twenty-two-year period of 1990 to 2011, total emissions in the Energy, Industrial Processes, and Agriculture sectors grew by 478.4 Tg $CO_2$ Eq. (9.1 percent), 10.3 Tg $CO_2$ Eq. (3.3 percent), and 47.6 Tg $CO_2$ Eq. (11.5 percent), respectively.  Emissions from the Waste and Solvent and Other Product Use sectors decreased by 40.2 Tg $CO_2$ Eq. (23.9 percent) and less than 0.1 Tg $CO_2$ Eq. (0.4 percent), respectively.  Over the same period, estimates of net C sequestration in the Land Use, Land-Use Change, and Forestry (LULUCF) sector (magnitude of emissions plus $CO_2$ flux from all LULUCF source categories) increased by 87.6 Tg $CO_2$ Eq. (11.2 percent).

**Figure ES-11:  U.S. Greenhouse Gas Emissions and Sinks by Chapter/IPCC Sector**



**Table ES-4:  Recent Trends in U.S. Greenhouse Gas Emissions and Sinks by Chapter/IPCC Sector (Tg or million metric tons CO$_2$ Eq.)**

| Chapter/IPCC Sector | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Energy | 5,267.3 | 6,251.6 | 6,266.9 | 6,096.2 | 5,699.2 | 5,889.1 | 5,745.7 |
| Industrial Processes | 316.1 | 330.8 | 347.2 | 318.7 | 265.3 | 303.4 | 326.5 |
| Solvent and Other Product Use | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 |
| Agriculture | 413.9 | 446.2 | 470.9 | 463.6 | 459.2 | 462.3 | 461.5 |
| Land-Use Change and Forestry | 13.7 | 25.4 | 37.3 | 27.2 | 20.4 | 19.7 | 36.6 |
| Waste | 167.8 | 136.9 | 136.5 | 138.6 | 138.1 | 131.4 | 127.7 |
| **Total Emissions** | **6,183.3** | **7,195.3** | **7,263.2** | **7,048.8** | **6,586.6** | **6,810.3** | **6,702.3** |
| Land-Use Change and Forestry (Sinks) | *(794.5)* | *(997.8)* | *(929.2)* | *(902.6)* | *(882.6)* | *(888.8)* | *(905.0)* |
| **Net Emissions (Emissions and Sinks)** | **5,388.7** | **6,197.4** | **6,334.0** | **6,146.2** | **5,704.0** | **5,921.5** | **5,797.3** |

  \* The net CO$_2$ flux total includes both emissions and sequestration, and constitutes a sink in the United States.  Sinks
    are only included in net emissions total.
    Note:  Totals may not sum due to independent rounding.  Parentheses indicate negative values or sequestration.

# Energy

The Energy chapter contains emissions of all greenhouse gases resulting from stationary and mobile energy activities including fuel combustion and fugitive fuel emissions.  Energy-related activities, primarily fossil fuel combustion, accounted for the vast majority of U.S. CO$_2$ emissions for the period of 1990 through 2011.  In 2011, approximately 87 percent of the energy consumed in the United States (on a Btu basis) was produced through the combustion of fossil fuels.  The remaining 13 percent came from other energy sources such as hydropower, biomass, nuclear, wind, and solar energy (see Figure ES-12).  Energy-related activities are also responsible for CH$_4$ and N$_2$O emissions (43 percent and 11 percent of total U.S. emissions of each gas, respectively).  Overall, emission sources in the Energy chapter account for a combined 85.7 percent of total U.S. greenhouse gas emissions in 2011.

**Figure ES-12:  2011 U.S. Energy Consumption by Energy Source**



# Industrial Processes

The Industrial Processes chapter contains by-product or fugitive emissions of greenhouse gases from industrial processes not directly related to energy activities such as fossil fuel combustion.  For example, industrial processes can chemically transform raw materials, which often release waste gases such as $CO_2$, $CH_4$, and $N_2O$.  These processes include iron and steel production and metallurgical coke production, cement production, ammonia production and urea consumption, lime production, other process uses of carbonates (e.g., flux stone, flue gas desulfurization, and glass manufacturing), soda ash production and consumption, titanium dioxide production, phosphoric acid production, ferroalloy production, glass production, $CO_2$ consumption, silicon carbide production and consumption, aluminum production, petrochemical production, nitric acid production, adipic acid production, lead production, and zinc production.  Additionally, emissions from industrial processes release HFCs, PFCs, and $SF_6$.  Overall, emission sources in the Industrial Process chapter account for 4.9 percent of U.S. greenhouse gas emissions in 2011.

# Solvent and Other Product Use

The Solvent and Other Product Use chapter contains greenhouse gas emissions that are produced as a by-product of various solvent and other product uses.  In the United States, emissions from $N_2O$ from product uses, the only source of greenhouse gas emissions from this sector, accounted for about 0.1 percent of total U.S. anthropogenic greenhouse gas emissions on a carbon equivalent basis in 2011.

# Agriculture

The Agricultural chapter contains anthropogenic emissions from agricultural activities (except fuel combustion, which is addressed in the Energy chapter, and agricultural $CO_2$ fluxes, which are addressed in the Land Use, Land-Use Change, and Forestry chapter).  Agricultural activities contribute directly to emissions of greenhouse gases through a variety of processes, including the following source categories: enteric fermentation in domestic livestock, livestock manure management, rice cultivation, agricultural soil management, and field burning of agricultural residues.  $CH_4$ and $N_2O$ were the primary greenhouse gases emitted by agricultural activities.  $CH_4$ emissions from enteric fermentation and manure management represented 23.4 percent and 8.9 percent of total $CH_4$ emissions from anthropogenic activities, respectively, in 2011.  Agricultural soil management activities such as fertilizer application and other cropping practices were the largest source of U.S. $N_2O$ emissions in 2011, accounting for 69.3 percent.  In 2011, emission sources accounted for in the Agricultural chapters were responsible for 6.9 percent of total U.S. greenhouse gas emissions.

# Land Use, Land-Use Change, and Forestry

The Land Use, Land-Use Change, and Forestry chapter contains emissions of $CH_4$ and $N_2O$, and emissions and removals of $CO_2$ from forest management, other land-use activities, and land-use change. Forest management practices, tree planting in urban areas, the management of agricultural soils, and the landfilling of yard trimmings and food scraps resulted in a net uptake (sequestration) of C in the United States. Forests (including vegetation, soils, and harvested wood) accounted for 92 percent of total 2011 net $CO_2$ flux, urban trees accounted for 8 percent, mineral and organic soil carbon stock changes accounted for 1 percent, and landfilled yard trimmings and food scraps accounted for 1 percent of the total net flux in 2011. The net forest sequestration is a result of net forest growth and increasing forest area, as well as a net accumulation of carbon stocks in harvested wood pools. The net sequestration in urban forests is a result of net tree growth in these areas. In agricultural soils, mineral and organic soils sequester approximately 5 times as much C as is emitted from these soils through liming and urea fertilization. The mineral soil C sequestration is largely due to the conversion of cropland to permanent pastures and hay production, a reduction in summer fallow areas in semi-arid areas, an increase in the adoption of conservation tillage practices, and an increase in the amounts of organic fertilizers (i.e., manure and sewage sludge) applied to agriculture lands. The landfilled yard trimmings and food scraps net sequestration is due to the long-term accumulation of yard trimming carbon and food scraps in landfills.

Land use, land-use change, and forestry activities in 2011 resulted in a net C sequestration of 905.0 Tg $CO_2$ Eq. (Table ES-5). This represents an offset of 16.1 percent of total U.S. $CO_2$ emissions, or 13.5 percent of total greenhouse gas emissions in 2011. Between 1990 and 2011, total land use, land-use change, and forestry net C flux resulted in a 13.9 percent increase in $CO_2$ sequestration, primarily due to an increase in the rate of net C accumulation in forest C stocks, particularly in aboveground and belowground tree biomass, and harvested wood pools. Annual C accumulation in landfilled yard trimmings and food scraps slowed over this period, while the rate of annual C accumulation increased in urban trees.

**Table ES-5: Net CO$_2$ Flux from Land Use, Land-Use Change, and Forestry (Tg or million metric tons CO$_2$ Eq.)**

| Sink Category | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Forest Land Remaining Forest Land | (696.8) | (905.0) | (859.3) | (833.3) | (811.3) | (817.6) | (833.5) |
| Cropland Remaining Cropland | (34.1) | (20.3) | (6.6) | (5.2) | (4.6) | (3.0) | (2.9) |
| Land Converted to Cropland | 21.0 | 13.5 | 14.5 | 14.5 | 14.5 | 14.5 | 14.5 |
| Grassland Remaining Grassland | (5.3) | (1.0) | 7.1 | 7.2 | 7.3 | 7.3 | 7.4 |
| Land Converted to Grassland | (7.7) | (10.2) | (9.0) | (9.0) | (8.9) | (8.8) | (8.8) |
| Settlements Remaining Settlements | (47.5) | (63.2) | (65.0) | (66.0) | (66.9) | (67.9) | (68.8) |
| Other (Landfilled Yard Trimmings and Food Scraps) | (24.2) | (11.6) | (10.9) | (10.9) | (12.7) | (13.3) | (13.0) |
| **Total** | **(794.5)** | **(997.8)** | **(929.2)** | **(902.6)** | **(882.6)** | **(888.8)** | **(905.0)** |

Note: Totals may not sum due to independent rounding. Parentheses indicate net sequestration.

Emissions from Land Use, Land-Use Change, and Forestry are shown in Table ES-6. Liming of agricultural soils and urea fertilization in 2011 resulted in $CO_2$ emissions of 8.1 Tg $CO_2$ Eq. (8,117 Gg). Lands undergoing peat extraction (i.e., *Peatlands Remaining Peatlands*) resulted in $CO_2$ emissions of 0.9 Tg $CO_2$ Eq. (918 Gg), and $N_2O$ emissions of less than 0.05 Tg $CO_2$ Eq. The application of synthetic fertilizers to forest soils in 2011 resulted in direct $N_2O$ emissions of 0.4 Tg $CO_2$ Eq. (1 Gg). Direct $N_2O$ emissions from fertilizer application to forest soils have increased by 455 percent since 1990, but still account for a relatively small portion of overall emissions. Additionally, direct $N_2O$ emissions from fertilizer application to settlement soils in 2011 accounted for 1.5 Tg $CO_2$ Eq. (5 Gg). This represents an increase of 51 percent since 1990. Forest fires in 2011 resulted in $CH_4$ emissions of 14.2 Tg $CO_2$ Eq. (675 Gg), and in $N_2O$ emissions of 11.6 Tg $CO_2$ Eq. (37 Gg).

**Table ES-6: Emissions from Land Use, Land-Use Change, and Forestry (Tg or million metric tons CO$_2$ Eq.)**

| Source Category | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **CO$_2$** | 8.1 | 8.9 | 9.2 | 9.6 | 8.3 | 9.4 | 9.0 |
| Cropland Remaining Cropland: Liming of Agricultural | 4.7 | 4.3 | 4.5 | 5.0 | 3.7 | 4.7 | 4.5 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Soils | | | | | | | |
| Cropland Remaining Cropland: Urea Fertilization | 2.4 | 3.5 | 3.8 | 3.6 | 3.6 | 3.7 | 5.3 |
| Wetlands Remaining Wetlands: Peatlands Remaining Peatlands | 1.0 | 1.1 | 1.0 | 1.0 | 1.1 | 1.0 | 0.9 |
| **CH$_4$** | **2.5** | **8.0** | **14.4** | **8.7** | **5.7** | **4.7** | **14.2** |
| Forest Land Remaining Forest Land: Forest Fires | 2.5 | 8.0 | 14.4 | 8.7 | 5.7 | 4.7 | 14.2 |
| **N$_2$O** | **3.1** | **8.4** | **13.7** | **8.9** | **6.4** | **5.6** | **13.4** |
| Forest Land Remaining Forest Land: Forest Fires | 2.0 | 6.6 | 11.7 | 7.1 | 4.7 | 3.8 | 11.6 |
| Forest Land Remaining Forest Land: Forest Soils | 0.1 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| Settlements Remaining Settlements: Settlement Soils | 1.0 | 1.5 | 1.6 | 1.5 | 1.4 | 1.5 | 1.5 |
| Wetlands Remaining Wetlands: Peatlands Remaining Peatlands | + | + | + | + | + | + | + |
| **Total** | **13.7** | **25.4** | **37.3** | **27.2** | **20.4** | **19.7** | **36.6** |

+ Less than 0.05 Tg CO$_2$ Eq.
Note:  Totals may not sum due to independent rounding.

## Waste

The Waste chapter contains emissions from waste management activities (except incineration of waste, which is addressed in the Energy chapter).  Landfills were the largest source of anthropogenic greenhouse gas emissions in the Waste chapter, accounting for 80.7 percent of this chapter's emissions, and 17.5 percent of total U.S. CH$_4$ emissions.[15]  Additionally, wastewater treatment accounts for 16.7 percent of Waste emissions, 2.8 percent of U.S. CH$_4$ emissions, and 1.5 percent of U.S. N$_2$O emissions.  Emissions of CH$_4$ and N$_2$O from composting are also accounted for in this chapter, generating emissions of 1.5 Tg CO$_2$ Eq. and 1.7 Tg CO$_2$ Eq., respectively.  Overall, emission sources accounted for in the Waste chapter generated 1.9 percent of total U.S. greenhouse gas emissions in 2011.

# ES.4. Other Information

## Emissions by Economic Sector

Throughout the Inventory of U.S. Greenhouse Gas Emissions and Sinks report, emission estimates are grouped into six sectors (i.e., chapters) defined by the IPCC:  Energy; Industrial Processes; Solvent Use; Agriculture; Land Use, Land-Use Change, and Forestry; and Waste.  While it is important to use this characterization for consistency with UNFCCC reporting guidelines, it is also useful to allocate emissions into more commonly used sectoral categories.  This section reports emissions by the following economic sectors:  Residential, Commercial, Industry, Transportation, Electricity Generation, Agriculture, and U.S. Territories.

Table ES-7 summarizes emissions from each of these sectors, and Figure ES-13 shows the trend in emissions by sector from 1990 to 2011.

---

[15] Landfills also store carbon, due to incomplete degradation of organic materials such as wood products and yard trimmings, as described in the Land-Use, Land-Use Change, and Forestry chapter of the Inventory report.

**Figure ES-13:  Emissions Allocated to Economic Sectors**



**Table ES-7:  U.S. Greenhouse Gas Emissions Allocated to Economic Sectors (Tg or million metric tons CO$_2$ Eq.)**

| Implied Sectors | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Electric Power Industry | 1,866.1 | 2,445.7 | 2,455.6 | 2,402.0 | 2,187.6 | 2,303.0 | 2,200.9 |
| Transportation | 1,553.2 | 2,012.3 | 2,013.1 | 1,916.0 | 1,840.6 | 1,852.2 | 1,829.4 |
| Industry | 1,538.8 | 1,416.2 | 1,456.1 | 1,398.8 | 1,244.2 | 1,331.8 | 1,332.0 |
| Agriculture | 458.0 | 517.4 | 555.6 | 535.3 | 525.4 | 528.7 | 546.6 |
| Commercial | 388.1 | 374.1 | 372.0 | 380.9 | 382.9 | 376.9 | 378.0 |
| Residential | 345.4 | 371.3 | 358.2 | 366.0 | 358.1 | 359.6 | 357.3 |
| U.S. Territories | 33.7 | 58.2 | 52.6 | 49.8 | 47.9 | 58.0 | 58.0 |
| **Total Emissions** | **6,183.3** | **7,195.3** | **7,263.2** | **7,048.8** | **6,586.6** | **6,810.3** | **6,702.3** |
| Land Use, Land-Use Change, and Forestry (Sinks) | (794.5) | (997.8) | (929.2) | (902.6) | (882.6) | (888.8) | (905.0) |
| **Net Emissions (Sources and Sinks)** | **5,388.7** | **6,197.4** | **6,334.0** | **6,146.2** | **5,704.0** | **5,921.5** | **5,797.3** |

Note:  Totals may not sum due to independent rounding.  Emissions include CO$_2$, CH$_4$, N$_2$O, HFCs, PFCs, and SF$_6$.
See Table 2-12 for more detailed data.

Using this categorization, emissions from electricity generation accounted for the largest portion (33 percent) of U.S. greenhouse gas emissions in 2011.  Transportation activities, in aggregate, accounted for the second largest portion (27 percent), while emissions from industry accounted for the third largest portion (20 percent) of U.S. greenhouse gas emissions in 2011.  In contrast to electricity generation and transportation, emissions from industry have in general declined over the past decade.  The long-term decline in these emissions has been due to structural changes in the U.S. economy (i.e., shifts from a manufacturing-based to a service-based economy), fuel switching, and energy efficiency improvements.  The remaining 20 percent of U.S. greenhouse gas emissions were contributed by, in order of importance, the agriculture, commercial, and residential sectors, plus emissions from U.S. Territories.  Activities related to agriculture accounted for 8 percent of U.S. emissions; unlike other economic sectors, agricultural sector emissions were dominated by N$_2$O emissions from agricultural soil management and CH$_4$ emissions from enteric fermentation.  The commercial and residential sectors accounted for 6 and 5 percent, respectively, of emissions and U.S. Territories accounted for 1 percent of emissions; emissions from these sectors primarily consisted of CO$_2$ emissions from fossil fuel combustion.  CO$_2$ was also emitted and sequestered by a variety of activities related to forest management practices, tree planting in urban areas, the management of agricultural soils, and landfilling of yard trimmings.

Electricity is ultimately consumed in the economic sectors described above.  Table ES-8 presents greenhouse gas emissions from economic sectors with emissions related to electricity generation distributed into end-use categories (i.e., emissions from electricity generation are allocated to the economic sectors in which the electricity is

consumed).  To distribute electricity emissions among end-use sectors, emissions from the source categories assigned to electricity generation were allocated to the residential, commercial, industry, transportation, and agriculture economic sectors according to retail sales of electricity.[16]  These source categories include $CO_2$ from fossil fuel combustion and the use of limestone and dolomite for flue gas desulfurization, $CO_2$ and $N_2O$ from incineration of waste, $CH_4$ and $N_2O$ from stationary sources, and $SF_6$ from electrical transmission and distribution systems.

When emissions from electricity are distributed among these sectors, industrial activities account for the largest share of U.S. greenhouse gas emissions (28 percent) in 2011.  Transportation is the second largest contributor to total U.S. emissions (27 percent).  The residential and commercial sectors contributed the next largest shares of total U.S. greenhouse gas emissions in 2011. Emissions from these sectors increase substantially when emissions from electricity are included, due to their relatively large share of electricity consumption (e.g., lighting, appliances, etc.).  In all sectors except agriculture, $CO_2$ accounts for more than 80 percent of greenhouse gas emissions, primarily from the combustion of fossil fuels.  Figure ES-14 shows the trend in these emissions by sector from 1990 to 2011.

**Table ES-8:  U.S Greenhouse Gas Emissions by Economic Sector with Electricity-Related Emissions Distributed (Tg or million metric tons $CO_2$ Eq.)**

| Implied Sectors | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Industry | 2,181.3 | 2,102.4 | 2,113.6 | 2,036.3 | 1,789.8 | 1,916.9 | 1,897.2 |
| Transportation | 1,556.3 | 2,017.2 | 2,018.2 | 1,920.8 | 1,845.2 | 1,856.9 | 1,833.7 |
| Residential | 939.5 | 1,192.4 | 1,215.6 | 1,211.1 | 1,150.8 | 1,165.2 | 1,131.0 |
| Commercial | 953.1 | 1,243.6 | 1,237.1 | 1,223.6 | 1,159.6 | 1,216.3 | 1,169.8 |
| Agriculture | 519.3 | 581.5 | 626.2 | 607.1 | 593.3 | 597.1 | 612.6 |
| U.S. Territories | 33.7 | 58.2 | 52.6 | 49.8 | 47.9 | 58.0 | 58.0 |
| **Total Emissions** | **6,183.3** | **7,195.3** | **7,263.2** | **7,048.6** | **6,586.6** | **6,810.3** | **6,702.3** |
| Land Use, Land-Use Change, and Forestry (Sinks) | (794.5) | (997.8) | (929.2) | (902.6) | (882.6) | (888.8) | (905.0) |
| **Net Emissions (Sources and** | **5,388.7** | **6,197.4** | **6,334.0** | **6,146.2** | **5,704.0** | **5,921.5** | **5,797.3** |

See Table 2-14 for more detailed data.

**Figure ES-14:  Emissions with Electricity Distributed to Economic Sectors**



[16] Emissions were not distributed to U.S. territories, since the electricity generation sector only includes emissions related to the generation of electricity in the 50 states and the District of Columbia.

**Box ES 2: Recent Trends in Various U.S. Greenhouse Gas Emissions Related Data**

Total emissions can be compared to other economic and social indices to highlight changes over time. These comparisons include: (1) emissions per unit of aggregate energy consumption, because energy-related activities are the largest sources of emissions; (2) emissions per unit of fossil fuel consumption, because almost all energy-related emissions involve the combustion of fossil fuels; (3) emissions per unit of electricity consumption, because the electric power industry—utilities and nonutilities combined—was the largest source of U.S. greenhouse gas emissions in 2011; (4) emissions per unit of total gross domestic product as a measure of national economic activity; and (5) emissions per capita.

Table ES-9 provides data on various statistics related to U.S. greenhouse gas emissions normalized to 1990 as a baseline year. Greenhouse gas emissions in the United States have grown at an average annual rate of 0.4 percent since 1990. This rate is slightly faster than that for total energy and for fossil fuel consumption, and much slower than that for electricity consumption, overall gross domestic product and national population (see Figure ES-15).

### Table ES-9: Recent Trends in Various U.S. Data (Index 1990 = 100)

| Variable | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 | Growth Rate[a] |
|---|---|---|---|---|---|---|---|---|
| GDP[b] | 100 | 157 | 165 | 164 | 159 | 163 | 166 | 2.5% |
| Electricity Consumption[c] | 100 | 134 | 137 | 136 | 131 | 137 | 136 | 1.5% |
| Fossil Fuel Consumption[c] | 100 | 119 | 119 | 116 | 109 | 112 | 101 | 0.1% |
| Energy Consumption[c] | 100 | 119 | 120 | 117 | 111 | 115 | 102 | 0.1% |
| Population[d] | 100 | 118 | 121 | 122 | 123 | 124 | 125 | 1.1% |
| Greenhouse Gas Emissions[e] | 100 | 116 | 117 | 114 | 107 | 110 | 108 | 0.4% |

[a] Average annual growth rate
[b] Gross Domestic Product in chained 2005 dollars (BEA 2012)
[c] Energy content-weighted values (EIA 2013)
[d] U.S. Census Bureau (2012)
[e] GWP-weighted values

### Figure ES-15: U.S. Greenhouse Gas Emissions Per Capita and Per Dollar of Gross Domestic Product

Source: BEA (2012), U.S. Census Bureau (2012), and emission estimates in this report.



# Key Categories

The IPCC *Good Practice Guidance* (IPCC 2000) defines a key category as a "[source or sink category] that is prioritized within the national inventory system because its estimate has a significant influence on a country's total inventory of direct greenhouse gases in terms of the absolute level of emissions, the trend in emissions, or both."[17] By definition, key categories are sources or sinks that have the greatest contribution to the absolute overall level of national emissions in any of the years covered by the time series. In addition, when an entire time series of emission estimates is prepared, a thorough investigation of key categories must also account for the influence of trends of individual source and sink categories. Finally, a qualitative evaluation of key categories should be performed, in order to capture any key categories that were not identified in either of the quantitative analyses.

Figure ES-16 presents 2011 emission estimates for the key categories as defined by a level analysis (i.e., the contribution of each source or sink category to the total inventory level). The UNFCCC reporting guidelines request that key category analyses be reported at an appropriate level of disaggregation, which may lead to source and sink category names which differ from those used elsewhere in the inventory report. For more information regarding key categories, see section 1.5 and Annex 1.

---

[17] See Chapter 7 "Methodological Choice and Recalculation" in IPCC (2000). <http://www.ipcc-nggip.iges.or.jp/public/gp/gpgaum.htm>

**Figure ES-16: 2011 Key Categories**



Note: For a complete discussion of the key category analysis, see Annex 1. Black bars indicate a Tier 1 level assessment key category. Gray bars indicate a Tier 2 level assessment key category.

# Quality Assurance and Quality Control (QA/QC)

The United States seeks to continually improve the quality, transparency, and credibility of the Inventory of U.S. Greenhouse Gas Emissions and Sinks. To assist in these efforts, the United States implemented a systematic approach to QA/QC. While QA/QC has always been an integral part of the U.S. national system for inventory development, the procedures followed for the current inventory have been formalized in accordance with the QA/QC plan and the UNFCCC reporting guidelines.

# Uncertainty Analysis of Emission Estimates

While the current U.S. emissions inventory provides a solid foundation for the development of a more detailed and comprehensive national inventory, there are uncertainties associated with the emission estimates. Some of the current estimates, such as those for $CO_2$ emissions from energy-related activities and cement processing, are considered to have low uncertainties. For some other categories of emissions, however, a lack of data or an incomplete understanding of how emissions are generated increases the uncertainty associated with the estimates presented. Acquiring a better understanding of the uncertainty associated with inventory estimates is an important step in helping to prioritize future work and improve the overall quality of the Inventory. Recognizing the benefit of conducting an uncertainty analysis, the UNFCCC reporting guidelines follow the recommendations of the IPCC

Good Practice Guidance (IPCC 2000) and require that countries provide single estimates of uncertainty for source and sink categories.

Currently, a qualitative discussion of uncertainty is presented for all source and sink categories. Within the discussion of each emission source, specific factors affecting the uncertainty surrounding the estimates are discussed. Most sources also contain a quantitative uncertainty assessment, in accordance with UNFCCC reporting guidelines.

---

**Box ES 3: Recalculations of Inventory Estimates**

Each year, emission and sink estimates are recalculated and revised for all years in the Inventory of U.S. Greenhouse Gas Emissions and Sinks, as attempts are made to improve both the analyses themselves, through the use of better methods or data, and the overall usefulness of the report. In this effort, the United States follows the 2006 IPCC Guidelines (IPCC 2006), which states, "Both methodological changes and refinements over time are an essential part of improving inventory quality. It is good practice to change or refine methods" when: available data have changed; the previously used method is not consistent with the IPCC guidelines for that category; a category has become key; the previously used method is insufficient to reflect mitigation activities in a transparent manner; the capacity for inventory preparation has increased; new inventory methods become available; and for correction of errors." In general, recalculations are made to the U.S. greenhouse gas emission estimates either to incorporate new methodologies or, most commonly, to update recent historical data.

In each Inventory report, the results of all methodology changes and historical data updates are presented in the "Recalculations and Improvements" chapter; detailed descriptions of each recalculation are contained within each source's description contained in the report, if applicable. In general, when methodological changes have been implemented, the entire time series (in the case of the most recent inventory report, 1990 through 2011) has been recalculated to reflect the change, per the 2006 IPCC Guidelines (IPCC 2006). Changes in historical data are generally the result of changes in statistical data supplied by other agencies. References for the data are provided for additional information.

---

# 1.  Introduction

This report presents estimates by the United States government of U.S. anthropogenic greenhouse gas emissions and sinks for the years 1990 through 2011. A summary of these estimates is provided in Table 2-1 and Table 2-2 by gas and source category in the Trends in Greenhouse Gas Emissions chapter. The emission estimates in these tables are presented on both a full molecular mass basis and on a Global Warming Potential (GWP) weighted basis in order to show the relative contribution of each gas to global average radiative forcing. This report also discusses the methods and data used to calculate these emission estimates.

In 1992, the United States signed and ratified the United Nations Framework Convention on Climate Change (UNFCCC). As stated in Article 2 of the UNFCCC, "The ultimate objective of this Convention and any related legal instruments that the Conference of the Parties may adopt is to achieve, in accordance with the relevant provisions of the Convention, stabilization of greenhouse gas concentrations in the atmosphere at a level that would prevent dangerous anthropogenic interference with the climate system. Such a level should be achieved within a time-frame sufficient to allow ecosystems to adapt naturally to climate change, to ensure that food production is not threatened and to enable economic development to proceed in a sustainable manner."[18,19]

Parties to the Convention, by ratifying, "shall develop, periodically update, publish and make available…national inventories of anthropogenic emissions by sources and removals by sinks of all greenhouse gases not controlled by the Montreal Protocol, using comparable methodologies…"[20] The United States views this report as an opportunity to fulfill these commitments under the UNFCCC.

In 1988, preceding the creation of the UNFCCC, the World Meteorological Organization (WMO) and the United Nations Environment Programme (UNEP) jointly established the Intergovernmental Panel on Climate Change (IPCC). The role of the IPCC is to assess on a comprehensive, objective, open and transparent basis the scientific, technical and socio-economic information relevant to understanding the scientific basis of risk of human-induced climate change, its potential impacts and options for adaptation and mitigation (IPCC 2003). Under Working Group 1 of the IPCC, nearly 140 scientists and national experts from more than thirty countries collaborated in the creation of the Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories (IPCC/UNEP/OECD/IEA 1997) to ensure that the emission inventories submitted to the UNFCCC are consistent and comparable between nations. The IPCC accepted the Revised 1996 IPCC Guidelines at its Twelfth Session (Mexico City, September 11-13, 1996). This report presents information in accordance with these guidelines. In addition, this Inventory is in accordance with the IPCC Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories and the Good Practice Guidance for Land Use, Land-Use Change, and Forestry, which further expanded upon the methodologies in the Revised 1996 IPCC Guidelines. The IPCC has also accepted the 2006 Guidelines for National Greenhouse Gas Inventories (IPCC 2006) at its Twenty-Fifth Session (Mauritius, April 2006). The 2006 IPCC

---

[18] The term "anthropogenic," in this context, refers to greenhouse gas emissions and removals that are a direct result of human activities or are the result of natural processes that have been affected by human activities (IPCC/UNEP/OECD/IEA 1997).

[19] Article 2 of the Framework Convention on Climate Change published by the UNEP/WMO Information Unit on Climate Change. See <http://unfccc.int>. (UNEP/WMO 2000)

[20] Article 4(1)(a) of the United Nations Framework Convention on Climate Change (also identified in Article 12). Subsequent decisions by the Conference of the Parties elaborated the role of Annex I Parties in preparing national inventories. See <http://unfccc.int>.

Guidelines build on the previous bodies of work and includes new sources and gases "…as well as updates to the previously published methods whenever scientific and technical knowledge have improved since the previous guidelines were issued." Many of the methodological improvements presented in the 2006 Guidelines have been adopted in this Inventory.

Overall, this inventory of anthropogenic greenhouse gas emissions provides a common and consistent mechanism through which Parties to the UNFCCC can estimate emissions and compare the relative contribution of individual sources, gases, and nations to climate change. The inventory provides a national estimate of sources and sinks for the United States, including all states and U.S. territories.[21] The structure of this report is consistent with the current UNFCCC Guidelines on Annual Inventories (UNFCCC 2006).

<div style="background:#1a3a5c;color:#fff;padding:6px;font-weight:bold;">Box 1 1: Methodological approach for estimating and reporting U.S. emissions and sinks</div>

In following the UNFCCC requirement under Article 4.1 to develop and submit national greenhouse gas emissions inventories, the emissions and sinks presented in this report are organized by source and sink categories and calculated using internationally-accepted methods provided by the IPCC.[22] Additionally, the calculated emissions and sinks in a given year for the U.S. are presented in a common manner in line with the UNFCCC reporting guidelines for the reporting of inventories under this international agreement.[23] The use of consistent methods to calculate emissions and sinks by all nations providing their inventories to the UNFCCC ensures that these reports are comparable. In this regard, U.S. emissions and sinks reported in this inventory report are comparable to emissions and sinks reported by other countries. Emissions and sinks provided in this inventory do not preclude alternative examinations, but rather this inventory report presents emissions and sinks in a common format consistent with how countries are to report inventories under the UNFCCC. The report itself follows this standardized format, and provides an explanation of the IPCC methods used to calculate emissions and sinks, and the manner in which those calculations are conducted.

On October 30, 2009, the U.S. Environmental Protection Agency (EPA) published a rule for the mandatory reporting of greenhouse gases (GHG) from large GHG emissions sources in the United States. Implementation of 40 CFR Part 98 is referred to as the Greenhouse Gas Reporting Program (GHGRP). 40 CFR Part 98 applies to direct greenhouse gas emitters, fossil fuel suppliers, industrial gas suppliers, and facilities that inject $CO_2$ underground for sequestration or other reasons[24]. Reporting is at the facility level, except for certain suppliers of fossil fuels and industrial greenhouse gases. The GHGRP dataset and the data presented in this inventory report are complementary and, as indicated in the respective planned improvements sections in this report's chapters, EPA is analyzing the data for use, as applicable, to improve the national estimates presented in this inventory.

---

[21] U.S. Territories include American Samoa, Guam, Puerto Rico, U.S. Virgin Islands, Wake Island, and other U.S. Pacific Islands.

[22] See <http://www.ipcc-nggip.iges.or.jp/public/index.html>.

[23] See <http://unfccc.int/national_reports/annex_i_ghg_inventories/national_inventories_submissions/items/5270.php>

[24] See <http://www.epa.gov/climatechange/emissions/ghgrulemaking.html> and <http://ghgdata.epa.gov/ghgp/main.do>.

# 1.1 Background Information

## Science

For over the past 200 years, the burning of fossil fuels such as coal and oil, deforestation, and other sources have caused the concentrations of heat-trapping "greenhouse gases" to increase significantly in our atmosphere. These gases absorb some of the energy being radiated from the surface of the earth and trap it in the atmosphere, essentially acting like a blanket that makes the earth's surface warmer than it would be otherwise.

Greenhouse gases are necessary to life as we know it, because without them the planet's surface would be about 60 °F cooler than present. But, as the concentrations of these gases continue to increase in the atmosphere, the Earth's temperature is climbing above past levels. According to NOAA and NASA data, the Earth's average surface temperature has increased by about 1.2 to 1.4 °F since 1900. The ten warmest years on record (since 1850) have all occurred in the past 13 years (EPA 2009). Most of the warming in recent decades is very likely the result of human activities. Other aspects of the climate are also changing such as rainfall patterns, snow and ice cover, and sea level.

If greenhouse gases continue to increase, climate models predict that the average temperature at the Earth's surface could increase from 2.0 to 11.5 °F above 1990 levels by the end of this century (IPCC 2007). Scientists are certain that human activities are changing the composition of the atmosphere, and that increasing the concentration of greenhouse gases will change the planet's climate. But they are not sure by how much it will change, at what rate it will change, or what the exact effects will be.[25]

## Greenhouse Gases

Although the Earth's atmosphere consists mainly of oxygen and nitrogen, neither plays a significant role in enhancing the greenhouse effect because both are essentially transparent to terrestrial radiation. The greenhouse effect is primarily a function of the concentration of water vapor, carbon dioxide ($CO_2$), and other trace gases in the atmosphere that absorb the terrestrial radiation leaving the surface of the Earth (IPCC 2001). Changes in the atmospheric concentrations of these greenhouse gases can alter the balance of energy transfers between the atmosphere, space, land, and the oceans.[26] A gauge of these changes is called radiative forcing, which is a measure of the influence a factor has in altering the balance of incoming and outgoing energy in the Earth-atmosphere system (IPCC 2001). Holding everything else constant, increases in greenhouse gas concentrations in the atmosphere will produce positive radiative forcing (i.e., a net increase in the absorption of energy by the Earth).

> *Climate change can be driven by changes in the atmospheric concentrations of a number of radiatively active gases and aerosols. We have clear evidence that human activities have affected concentrations, distributions and life cycles of these gases (IPCC 1996).*

Naturally occurring greenhouse gases include water vapor, $CO_2$, methane ($CH_4$), nitrous oxide ($N_2O$), and ozone ($O_3$). Several classes of halogenated substances that contain fluorine, chlorine, or bromine are also greenhouse gases, but they are, for the most part, solely a product of industrial activities. Chlorofluorocarbons (CFCs) and hydrochlorofluorocarbons (HCFCs) are halocarbons that contain chlorine, while halocarbons that contain bromine are referred to as bromofluorocarbons (i.e., halons). As stratospheric ozone depleting substances, CFCs, HCFCs, and halons are covered under the Montreal Protocol on Substances that Deplete the Ozone Layer. The UNFCCC defers to this earlier international treaty. Consequently, Parties to the UNFCCC are not required to include these gases in national greenhouse gas inventories.[27] Some other fluorine-containing halogenated substances— hydrofluorocarbons (HFCs), perfluorocarbons (PFCs), and sulfur hexafluoride ($SF_6$)—do not deplete stratospheric

---

[25] For more information see <http://www.epa.gov/climatechange/science>

[26] For more on the science of climate change, see NRC (2001).

[27] Emissions estimates of CFCs, HCFCs, halons and other ozone-depleting substances are included in this document for informational purposes.

ozone but are potent greenhouse gases. These latter substances are addressed by the UNFCCC and accounted for in national greenhouse gas inventories.

There are also several gases that, although they do not have a commonly agreed upon direct radiative forcing effect, do influence the global radiation budget. These tropospheric gases include carbon monoxide (CO), nitrogen dioxide ($NO_2$), sulfur dioxide ($SO_2$), and tropospheric (ground level) ozone ($O_3$). Tropospheric ozone is formed by two precursor pollutants, volatile organic compounds (VOCs) and nitrogen oxides ($NO_x$) in the presence of ultraviolet light (sunlight). Aerosols are extremely small particles or liquid droplets that are often composed of sulfur compounds, carbonaceous combustion products, crustal materials and other human induced pollutants. They can affect the absorptive characteristics of the atmosphere. Comparatively, however, the level of scientific understanding of aerosols is still very low (IPCC 2001).

$CO_2$, $CH_4$, and $N_2O$ are continuously emitted to and removed from the atmosphere by natural processes on Earth. Anthropogenic activities, however, can cause additional quantities of these and other greenhouse gases to be emitted or sequestered, thereby changing their global average atmospheric concentrations. Natural activities such as respiration by plants or animals and seasonal cycles of plant growth and decay are examples of processes that only cycle carbon or nitrogen between the atmosphere and organic biomass. Such processes, except when directly or indirectly perturbed out of equilibrium by anthropogenic activities, generally do not alter average atmospheric greenhouse gas concentrations over decadal timeframes. Climatic changes resulting from anthropogenic activities, however, could have positive or negative feedback effects on these natural systems. Atmospheric concentrations of these gases, along with their rates of growth and atmospheric lifetimes, are presented in Table 1-1.

**Table 1-1:  Global Atmospheric Concentration, Rate of Concentration Change, and Atmospheric Lifetime (Years) of Selected Greenhouse Gases**

| Atmospheric Variable | $CO_2$ | $CH_4$ | $N_2O$ | $SF_6$ | $CF_4$ |
|---|---|---|---|---|---|
| Pre-industrial atmospheric concentration | 280 ppm | 0.700 ppm | 0.270 ppm | 0 ppt | 40 ppt |
| Atmospheric concentration | 390 ppm | 1.750-1.871 ppm[a] | 0.322-0.323 ppm[a] | 6.8-7.4 ppt | 74 ppt |
| Rate of concentration change | 1.4 ppm/yr | 0.005 ppm/yr[b] | 0.26%/yr | Linear[c] | Linear[c] |
| Atmospheric lifetime (years) | 50-200[d] | 12[e] | 114[e] | 3,200 | >50,000 |

Source: Pre-industrial atmospheric concentrations and rate of concentration changes for all gases are from IPCC (2007). The current atmospheric concentration for $CO_2$ is from NOAA/ESRL (2009).

[a] The range is the annual arithmetic averages from a mid-latitude Northern-Hemisphere site and a mid-latitude Southern-Hemisphere site for October 2006 through September 2007 (CDIAC 2009).

[b] The growth rate for atmospheric $CH_4$ has been decreasing from 1.4 ppb/yr in 1984 to less than 0 ppb/yr in 2001, 2004, and 2005.

[c] IPCC (2007) identifies the rate of concentration change for $SF_6$ and $CF_4$ as linear.

[d] No single lifetime can be defined for $CO_2$ because of the different rates of uptake by different removal processes.

[e] This lifetime has been defined as an "adjustment time" that takes into account the indirect effect of the gas on its own residence time.

A brief description of each greenhouse gas, its sources, and its role in the atmosphere is given below. The following section then explains the concept of GWPs, which are assigned to individual gases as a measure of their relative average global radiative forcing effect.

*Water Vapor ($H_2O$).* Overall, the most abundant and dominant greenhouse gas in the atmosphere is water vapor. Water vapor is neither long-lived nor well mixed in the atmosphere, varying spatially from 0 to 2 percent (IPCC 1996). In addition, atmospheric water can exist in several physical states including gaseous, liquid, and solid. Human activities are not believed to affect directly the average global concentration of water vapor, but, the radiative forcing produced by the increased concentrations of other greenhouse gases may indirectly affect the hydrologic cycle. While a warmer atmosphere has an increased water holding capacity, increased concentrations of water vapor affects the formation of clouds, which can both absorb and reflect solar and terrestrial radiation. Aircraft contrails, which consist of water vapor and other aircraft emittants, are similar to clouds in their radiative forcing effects (IPCC 1999).

*Carbon Dioxide ($CO_2$).* In nature, carbon is cycled between various atmospheric, oceanic, land biotic, marine biotic, and mineral reservoirs. The largest fluxes occur between the atmosphere and terrestrial biota, and between the atmosphere and surface water of the oceans. In the atmosphere, carbon predominantly exists in its oxidized form as $CO_2$. Atmospheric $CO_2$ is part of this global carbon cycle, and therefore its fate is a complex function of

geochemical and biological processes. $CO_2$ concentrations in the atmosphere increased from approximately 280 parts per million by volume (ppmv) in pre-industrial times to 389 ppmv in 2011, a 38.9 percent increase (IPCC 2007 and NOAA/ESRL 2012).[28,29]   The IPCC definitively states that "the present atmospheric $CO_2$ increase is caused by anthropogenic emissions of $CO_2$" (IPCC 2001). The predominant source of anthropogenic $CO_2$ emissions is the combustion of fossil fuels. Forest clearing, other biomass burning, and some non-energy production processes (e.g., cement production) also emit notable quantities of $CO_2$. In its Fourth Assessment Report, the IPCC stated "most of the observed increase in global average temperatures since the mid-20th century is very likely due to the observed increased in anthropogenic greenhouse gas concentrations," of which $CO_2$ is the most important (IPCC 2007).

*Methane ($CH_4$).* $CH_4$ is primarily produced through anaerobic decomposition of organic matter in biological systems. Agricultural processes such as wetland rice cultivation, enteric fermentation in animals, and the decomposition of animal wastes emit $CH_4$, as does the decomposition of municipal solid wastes. $CH_4$ is also emitted during the production and distribution of natural gas and petroleum, and is released as a by-product of coal mining and incomplete fossil fuel combustion. Atmospheric concentrations of $CH_4$ have increased by about 158 percent since 1750, from a pre-industrial value of about 700 ppb to 1,750-1,871 ppb in 2010,[30] although the rate of increase has been declining. The IPCC has estimated that slightly more than half of the current $CH_4$ flux to the atmosphere is anthropogenic, from human activities such as agriculture, fossil fuel use, and waste disposal (IPCC 2007).

$CH_4$ is removed from the atmosphere through a reaction with the hydroxyl radical (OH) and is ultimately converted to $CO_2$. Minor removal processes also include reaction with chlorine in the marine boundary layer, a soil sink, and stratospheric reactions. Increasing emissions of $CH_4$ reduce the concentration of OH, a feedback that may increase the atmospheric lifetime of $CH_4$ (IPCC 2001).

*Nitrous Oxide ($N_2O$).* Anthropogenic sources of $N_2O$ emissions include agricultural soils, especially production of nitrogen-fixing crops and forages, the use of synthetic and manure fertilizers, and manure deposition by livestock; fossil fuel combustion, especially from mobile combustion; adipic (nylon) and nitric acid production; wastewater treatment and waste incineration; and biomass burning. The atmospheric concentration of $N_2O$ has increased by 19 percent since 1750, from a pre-industrial value of about 270 ppb to 322-323 ppb in 2010,[31] a concentration that has not been exceeded during the last thousand years. $N_2O$ is primarily removed from the atmosphere by the photolytic action of sunlight in the stratosphere (IPCC 2007).

*Ozone ($O_3$).* Ozone is present in both the upper stratosphere,[32] where it shields the Earth from harmful levels of ultraviolet radiation, and at lower concentrations in the troposphere,[33] where it is the main component of anthropogenic photochemical "smog." During the last two decades, emissions of anthropogenic chlorine and bromine-containing halocarbons, such as CFCs, have depleted stratospheric ozone concentrations. This loss of ozone in the stratosphere has resulted in negative radiative forcing, representing an indirect effect of anthropogenic emissions of chlorine and bromine compounds (IPCC 1996). The depletion of stratospheric ozone and its radiative forcing was expected to reach a maximum in about 2000 before starting to recover. As of IPCC's fourth assessment,

---

[28] The pre-industrial period is considered as the time preceding the year 1750 (IPCC 2001).

[29] Carbon dioxide concentrations during the last 1,000 years of the pre-industrial period (i.e., 750-1750), a time of relative climate stability, fluctuated by about ±10 ppmv around 280 ppmv (IPCC 2001).

[30] The range is the annual arithmetic averages from a mid-latitude Northern-Hemisphere site and a mid-latitude Southern-Hemisphere site for October 2006 through September 2007 (CDIAC 2010).

[31] The range is the annual arithmetic averages from a mid-latitude Northern-Hemisphere site and a mid-latitude Southern-Hemisphere site for October 2006 through September 2007 (CDIAC 2010).

[32] The stratosphere is the layer from the troposphere up to roughly 50 kilometers. In the lower regions the temperature is nearly constant but in the upper layer the temperature increases rapidly because of sunlight absorption by the ozone layer. The ozone-layer is the part of the stratosphere from 19 kilometers up to 48 kilometers where the concentration of ozone reaches up to 10 parts per million.

[33] The troposphere is the layer from the ground up to 11 kilometers near the poles and up to 16 kilometers in equatorial regions (i.e., the lowest layer of the atmosphere where people live). It contains roughly 80 percent of the mass of all gases in the atmosphere and is the site for most weather processes, including most of the water vapor and clouds.

"whether or not recently observed changes in ozone trends are already indicative of recovery of the global ozone layer is not yet clear" (IPCC 2007).

The past increase in tropospheric ozone, which is also a greenhouse gas, is estimated to provide the third largest increase in direct radiative forcing since the pre-industrial era, behind $CO_2$ and $CH_4$. Tropospheric ozone is produced from complex chemical reactions of volatile organic compounds mixing with $NO_x$ in the presence of sunlight. The tropospheric concentrations of ozone and these other pollutants are short-lived and, therefore, spatially variable  (IPCC 2001).

*Halocarbons, Perfluorocarbons, and Sulfur Hexafluoride.*  Halocarbons are, for the most part, man-made chemicals that have both direct and indirect radiative forcing effects. Halocarbons that contain chlorine (CFCs, HCFCs, methyl chloroform, and carbon tetrachloride) and bromine (halons, methyl bromide, and hydrobromofluorocarbons HFCs) result in stratospheric ozone depletion and are therefore controlled under the Montreal Protocol on Substances that Deplete the Ozone Layer.  Although CFCs and HCFCs include potent global warming gases, their net radiative forcing effect on the atmosphere is reduced because they cause stratospheric ozone depletion, which itself is an important greenhouse gas in addition to shielding the Earth from harmful levels of ultraviolet radiation. Under the Montreal Protocol, the United States phased out the production and importation of halons by 1994 and of CFCs by 1996.  Under the Copenhagen Amendments to the Protocol, a cap was placed on the production and importation of HCFCs by non-Article 5[34] countries beginning in 1996, and then followed by a complete phase-out by the year 2030.  While ozone depleting gases covered under the Montreal Protocol and its Amendments are not covered by the UNFCCC, they are reported in this inventory under Annex 6.2 of this report for informational purposes.

HFCs, PFCs, and $SF_6$ are not ozone depleting substances, and therefore are not covered under the Montreal Protocol. They are, however, powerful greenhouse gases.  HFCs are primarily used as replacements for ozone depleting substances but also emitted as a by-product of the HCFC-22 manufacturing process.  Currently, they have a small aggregate radiative forcing impact, but it is anticipated that their contribution to overall radiative forcing will increase (IPCC 2001).  PFCs and $SF_6$ are predominantly emitted from various industrial processes including aluminum smelting, semiconductor manufacturing, electric power transmission and distribution, and magnesium casting.  Currently, the radiative forcing impact of PFCs and $SF_6$ is also small, but they have a significant growth rate, extremely long atmospheric lifetimes, and are strong absorbers of infrared radiation, and therefore have the potential to influence climate far into the future (IPCC 2001).

*Carbon Monoxide.*  Carbon monoxide has an indirect radiative forcing effect by elevating concentrations of $CH_4$ and tropospheric ozone through chemical reactions with other atmospheric constituents (e.g., the hydroxyl radical, OH) that would otherwise assist in destroying $CH_4$ and tropospheric ozone.  Carbon monoxide is created when carbon-containing fuels are burned incompletely.  Through natural processes in the atmosphere, it is eventually oxidized to $CO_2$.  Carbon monoxide concentrations are both short-lived in the atmosphere and spatially variable.

*Nitrogen Oxides ($NO_x$).*  The primary climate change effects of nitrogen oxides (i.e., NO and $NO_2$) are indirect and result from their role in promoting the formation of ozone in the troposphere and, to a lesser degree, lower stratosphere, where they have positive radiative forcing effects.[35]  Additionally, $NO_x$ emissions from aircraft are also likely to decrease $CH_4$ concentrations, thus having a negative radiative forcing effect (IPCC 1999).  Nitrogen oxides are created from lightning, soil microbial activity, biomass burning (both natural and anthropogenic fires) fuel combustion, and, in the stratosphere, from the photo-degradation of $N_2O$.  Concentrations of $NO_x$ are both relatively short-lived in the atmosphere and spatially variable.

*Nonmethane Volatile Organic Compounds (NMVOCs).*  Non-$CH_4$ volatile organic compounds include substances such as propane, butane, and ethane.  These compounds participate, along with $NO_x$, in the formation of tropospheric ozone and other photochemical oxidants.  NMVOCs are emitted primarily from transportation and

---

[34] Article 5 of the Montreal Protocol covers several groups of countries, especially developing countries, with low consumption rates of ozone depleting substances.  Developing countries with per capita consumption of less than 0.3 kg of certain ozone depleting substances (weighted by their ozone depleting potential) receive financial assistance and a grace period of ten additional years in the phase-out of ozone depleting substances.

[35] $NO_x$ emissions injected higher in the stratosphere, primarily from fuel combustion emissions from high altitude supersonic aircraft, can lead to stratospheric ozone depletion.

industrial processes, as well as biomass burning and non-industrial consumption of organic solvents.  Concentrations of NMVOCs tend to be both short-lived in the atmosphere and spatially variable.

*Aerosols.*  Aerosols are extremely small particles or liquid droplets found in the atmosphere.  They can be produced by natural events such as dust storms and volcanic activity, or by anthropogenic processes such as fuel combustion and biomass burning.  Aerosols affect radiative forcing differently than greenhouse gases, and their radiative effects occur through direct and indirect mechanisms: directly by scattering and absorbing solar radiation; and indirectly by increasing droplet counts that modify the formation, precipitation efficiency, and radiative properties of clouds.  Aerosols are removed from the atmosphere relatively rapidly by precipitation.  Because aerosols generally have short atmospheric lifetimes, and have concentrations and compositions that vary regionally, spatially, and temporally, their contributions to radiative forcing are difficult to quantify (IPCC 2001).

The indirect radiative forcing from aerosols is typically divided into two effects.  The first effect involves decreased droplet size and increased droplet concentration resulting from an increase in airborne aerosols.  The second effect involves an increase in the water content and lifetime of clouds due to the effect of reduced droplet size on precipitation efficiency (IPCC 2001).  Recent research has placed a greater focus on the second indirect radiative forcing effect of aerosols.

Various categories of aerosols exist, including naturally produced aerosols such as soil dust, sea salt, biogenic aerosols, sulfates, and volcanic aerosols, and anthropogenically manufactured aerosols such as industrial dust and carbonaceous[36] aerosols (e.g., black carbon, organic carbon) from transportation, coal combustion, cement manufacturing, waste incineration, and biomass burning.

The net effect of aerosols on radiative forcing is believed to be negative (i.e., net cooling effect on the climate), although because they remain in the atmosphere for only days to weeks, their concentrations respond rapidly to changes in emissions.[37]  Locally, the negative radiative forcing effects of aerosols can offset the positive forcing of greenhouse gases (IPCC 1996).  "However, the aerosol effects do not cancel the global-scale effects of the much longer-lived greenhouse gases, and significant climate changes can still result" (IPCC 1996).

The IPCC's Third Assessment Report notes that "the indirect radiative effect of aerosols is now understood to also encompass effects on ice and mixed-phase clouds, but the magnitude of any such indirect effect is not known, although it is likely to be positive" (IPCC 2001).  Additionally, current research suggests that another constituent of aerosols, black carbon, has a positive radiative forcing, and that its presence "in the atmosphere above highly reflective surfaces such as snow and ice, or clouds, may cause a significant positive radiative forcing" (IPCC 2007).  The primary anthropogenic emission sources of black carbon include diesel exhaust and open biomass burning.

## Global Warming Potentials

A global warming potential is a quantified measure of the globally averaged relative radiative forcing impacts of a particular greenhouse gas (see Table 1-2).  It is defined as the ratio of the time-integrated radiative forcing from the instantaneous release of 1 kilogram (kg) of a trace substance relative to that of 1 kg of a reference gas (IPCC 2001).  Direct radiative effects occur when the gas itself absorbs radiation.  Indirect radiative forcing occurs when chemical transformations involving the original gas produce a gas or gases that are greenhouse gases, or when a gas influences other radiatively important processes such as the atmospheric lifetimes of other gases.  The reference gas used is $CO_2$, and therefore GWP-weighted emissions are measured in teragrams of $CO_2$ equivalent (Tg $CO_2$ Eq.).[38]  The relationship between gigagrams (Gg) of a gas and Tg $CO_2$ Eq. can be expressed as follows:

$$\text{Tg CO}_2 \text{ Eq} = \left(\text{Gg of gas}\right) \times \left(\text{GWP}\right) \times \left(\frac{\text{Tg}}{1,000\,\text{Gg}}\right)$$

---

[36] Carbonaceous aerosols are aerosols that are comprised mainly of organic substances and forms of black carbon (or soot) (IPCC 2001).

[37] Volcanic activity can inject significant quantities of aerosol producing sulfur dioxide and other sulfur compounds into the stratosphere, which can result in a longer negative forcing effect (i.e., a few years) (IPCC 1996).

[38] Carbon comprises 12/44[ths] of carbon dioxide by weight.

where,

    Tg $CO_2$ Eq. = Teragrams of $CO_2$ Equivalent

    Gg = Gigagrams (equivalent to a thousand metric tons)

    GWP = Global Warming Potential

    Tg = Teragrams

GWP values allow for a comparison of the impacts of emissions and reductions of different gases. According to the IPCC, GWPs typically have an uncertainty of ±35 percent. The parties to the UNFCCC have also agreed to use GWPs based upon a 100-year time horizon, although other time horizon values are available.

> *Greenhouse gas emissions and removals should be presented on a gas-by-gas basis in units of mass... In addition, consistent with decision 2/CP.3, Parties should report aggregate emissions and removals of greenhouse gases, expressed in $CO_2$ equivalent terms at summary inventory level, using GWP values provided by the IPCC in its Second Assessment Report... based on the effects of greenhouse gases over a 100-year time horizon.[39]*

Greenhouse gases with relatively long atmospheric lifetimes (e.g., $CO_2$, $CH_4$, $N_2O$, HFCs, PFCs, and $SF_6$) tend to be evenly distributed throughout the atmosphere, and consequently global average concentrations can be determined. The short-lived gases such as water vapor, carbon monoxide, tropospheric ozone, ozone precursors (e.g., $NO_x$, and NMVOCs), and tropospheric aerosols (e.g., $SO_2$ products and carbonaceous particles), however, vary regionally, and consequently it is difficult to quantify their global radiative forcing impacts. No GWP values are attributed to these gases that are short-lived and spatially inhomogeneous in the atmosphere.

**Table 1-2:  Global Warming Potentials and Atmospheric Lifetimes (Years) Used in this Report**

| Gas | Atmospheric Lifetime | GWP[a] |
|---|---|---|
| $CO_2$ | 50-200 | 1 |
| $CH_4$[b] | 12±3 | 21 |
| $N_2O$ | 120 | 310 |
| HFC-23 | 264 | 11,700 |
| HFC-32 | 5.6 | 650 |
| HFC-125 | 32.6 | 2,800 |
| HFC-134a | 14.6 | 1,300 |
| HFC-143a | 48.3 | 3,800 |
| HFC-152a | 1.5 | 140 |
| HFC-227ea | 36.5 | 2,900 |
| HFC-236fa | 209 | 6,300 |
| HFC-4310mee | 17.1 | 1,300 |
| $CF_4$ | 50,000 | 6,500 |
| $C_2F_6$ | 10,000 | 9,200 |
| $C_4F_{10}$ | 2,600 | 7,000 |
| $C_6F_{14}$ | 3,200 | 7,400 |
| $SF_6$ | 3,200 | 23,900 |

Source:  (IPCC 1996)
[a] 100-year time horizon
[b] The GWP of $CH_4$ includes the direct effects and those indirect effects due to the production of tropospheric ozone and stratospheric water

---

[39] Framework Convention on Climate Change; <http://unfccc.int/resource/docs/cop8/08.pdf>; 1 November 2002; Report of the Conference of the Parties at its eighth session; held at New Delhi from 23 October to 1 November 2002; Addendum; Part One: Action taken by the Conference of the Parties at its eighth session; Decision -/CP.8; Communications from Parties included in Annex I to the Convention: Guidelines for the Preparation of National Communications by Parties Included in Annex I to the Convention, Part 1: UNFCCC reporting guidelines on annual inventories; p. 7. (UNFCCC 2003)

vapor. The indirect effect due to the production of $CO_2$ is not included.

---

**Box 1 2: The IPCC Fourth Assessment Report and Global Warming Potentials**

In 2007, the IPCC published its Fourth Assessment Report (AR4), which provided an updated and more comprehensive scientific assessment of climate change. Within this report, the GWPs of several gases were revised relative to the SAR and the IPCC's Third Assessment Report (TAR) (IPCC 2001). Thus the GWPs used in this report have been updated twice by the IPCC; although the SAR GWPs are used throughout this report, it is interesting to review the changes to the GWPs and the impact such improved understanding has on the total GWP-weighted emissions of the United States. Since the SAR and TAR, the IPCC has applied an improved calculation of $CO_2$ radiative forcing and an improved $CO_2$ response function. The GWPs are drawn from IPCC/TEAP (2005) and the TAR, with updates for those cases where new laboratory or radiative transfer results have been published. Additionally, the atmospheric lifetimes of some gases have been recalculated. In addition, the values for radiative forcing and lifetimes have been recalculated for a variety of halocarbons, which were not presented in the SAR. Table 1-3 presents the new GWPs, relative to those presented in the SAR.

### Table 1-3: Comparison of 100-Year GWPs

| Gas | SAR | TAR | AR4 | Change from SAR | |
|---|---|---|---|---|---|
| | | | | TAR | AR4 |
| $CO_2$ | 1 | 1 | 1 | NC | 0 |
| $CH_4$* | 21 | 23 | 25 | 2 | 4 |
| $N_2O$ | 310 | 296 | 298 | (14) | (12) |
| HFC-23 | 11,700 | 12,000 | 14,800 | 300 | 3,100 |
| HFC-32 | 650 | 550 | 675 | (100) | 25 |
| HFC-125 | 2,800 | 3,400 | 3,500 | 600 | 700 |
| HFC-134a | 1,300 | 1,300 | 1,430 | NC | 130 |
| HFC-143a | 3,800 | 4,300 | 4,470 | 500 | 670 |
| HFC-152a | 140 | 120 | 124 | (20) | (16) |
| HFC-227ea | 2,900 | 3,500 | 3,220 | 600 | 320 |
| HFC-236fa | 6,300 | 9,400 | 9,810 | 3,100 | 3,510 |
| HFC-4310mee | 1,300 | 1,500 | 1,640 | 200 | 340 |
| $CF_4$ | 6,500 | 5,700 | 7,390 | (800) | 890 |
| $C_2F_6$ | 9,200 | 11,900 | 12,200 | 2,700 | 3,000 |
| $C_4F_10$ | 7,000 | 8,600 | 8,860 | 1,600 | 1,860 |
| C6F14 | 7,400 | 9,000 | 9,300 | 1,600 | 1,900 |
| $SF_6$ | 23,900 | 22,200 | 22,800 | (1,700) | (1,100) |

Source: (IPCC 2007, IPCC 2001)
NC (No Change)
Note: Parentheses indicate negative values.
* The GWP of $CH_4$ includes the direct effects and those indirect effects due to the production of tropospheric ozone and stratospheric water vapor. The indirect effect due to the production of $CO_2$ is not included.

---

To comply with international reporting standards under the UNFCCC, official emission estimates are reported by the United States using SAR GWP values. The UNFCCC reporting guidelines for national inventories[40] were updated in 2002 but continue to require the use of GWPs from the SAR so that current estimates of aggregate greenhouse gas emissions for 1990 through 2011 are consistent and comparable with estimates developed prior to the publication of the TAR and AR4. For informational purposes, emission estimates that use the updated GWPs

---

[40] See <http://unfccc.int/resource/docs/cop8/08.pdf>.

are presented in detail in Annex 6.1 of this report.  All estimates provided throughout this report are also presented in unweighted units.

# 1.2 Institutional Arrangements

The U.S. Environmental Protection Agency (EPA), in cooperation with other U.S. government agencies, prepares the Inventory of U.S. Greenhouse Gas Emissions and Sinks.  A wide range of agencies and individuals are involved in supplying data to, reviewing, or preparing portions of the U.S. Inventory—including federal and state government authorities, research and academic institutions, industry associations, and private consultants.

Within EPA, the Office of Atmospheric Programs (OAP) is the lead office responsible for the emission calculations provided in the Inventory, as well as the completion of the National Inventory Report and the Common Reporting Format tables.  The Office of Transportation and Air Quality (OTAQ) is also involved in calculating emissions for the Inventory.  While the U.S. Department of State officially submits the annual Inventory to the UNFCCC, EPA's OAP serves as the focal point for technical questions and comments on the U.S. Inventory.  The staff of OAP and OTAQ coordinates the annual methodological choice, activity data collection, and emission calculations at the individual source category level.  Within OAP, an inventory coordinator compiles the entire Inventory into the proper reporting format for submission to the UNFCCC, and is responsible for the collection and consistency of cross-cutting issues in the Inventory.

Several other government agencies contribute to the collection and analysis of the underlying activity data used in the Inventory calculations.  Formal relationships exist between EPA and other U.S. agencies that provide official data for use in the Inventory.  The U.S. Department of Energy's Energy Information Administration provides national fuel consumption data and the U.S. Department of Defense provides military fuel consumption and bunker fuels.  Informal relationships also exist with other U.S. agencies to provide activity data for use in EPA's emission calculations.  These include: the U.S. Department of Agriculture, the U.S. Geological Survey, the Federal Highway Administration, the Department of Transportation, the Bureau of Transportation Statistics, the Department of Commerce, the National Agricultural Statistics Service, and the Federal Aviation Administration.  Academic and research centers also provide activity data and calculations to EPA, as well as individual companies participating in voluntary outreach efforts with EPA.  Finally, the U.S. Department of State officially submits the Inventory to the UNFCCC each April.

# 1.3 Inventory Process

EPA has a decentralized approach to preparing the annual U.S. Inventory, which consists of a National Inventory Report (NIR) and Common Reporting Format (CRF) tables.  The Inventory coordinator at EPA is responsible for compiling all emission estimates and ensuring consistency and quality throughout the NIR and CRF tables.  Emission calculations for individual sources are the responsibility of individual source leads, who are most familiar with each source category and the unique characteristics of its emissions profile.  The individual source leads determine the most appropriate methodology and collect the best activity data to use in the emission calculations, based upon their expertise in the source category, as well as coordinating with researchers and contractors familiar with the sources.  A multi-stage process for collecting information from the individual source leads and producing the Inventory is undertaken annually to compile all information and data.

# Methodology Development, Data Collection, and Emissions and Sink Estimation

Source leads at EPA collect input data and, as necessary, evaluate or develop the estimation methodology for the individual source categories. For most source categories, the methodology for the previous year is applied to the new "current" year of the Inventory, and inventory analysts collect any new data or update data that have changed from the previous year. If estimates for a new source category are being developed for the first time, or if the methodology is changing for an existing source category (e.g., the United States is implementing a higher Tiered approach for that source category), then the source category lead will develop a new methodology, gather the most appropriate activity data and emission factors (or in some cases direct emission measurements) for the entire time series, and conduct a special source-specific peer review process involving relevant experts from industry, government, and universities.

Once the methodology is in place and the data are collected, the individual source leads calculate emissions and sink estimates. The source leads then update or create the relevant text and accompanying annexes for the Inventory. Source leads are also responsible for completing the relevant sectoral background tables of the Common Reporting Format, conducting quality assurance and quality control (QA/QC) checks, and uncertainty analyses.

# Summary Spreadsheet Compilation and Data Storage

The inventory coordinator at EPA collects the source categories' descriptive text and Annexes, and also aggregates the emission estimates into a summary spreadsheet that links the individual source category spreadsheets together. This summary sheet contains all of the essential data in one central location, in formats commonly used in the Inventory document. In addition to the data from each source category, national trend and related data are also gathered in the summary sheet for use in the Executive Summary, Introduction, and Recent Trends sections of the Inventory report. Electronic copies of each year's summary spreadsheet, which contains all the emission and sink estimates for the United States, are kept on a central server at EPA under the jurisdiction of the Inventory coordinator.

# National Inventory Report Preparation

The NIR is compiled from the sections developed by each individual source lead. In addition, the inventory coordinator prepares a brief overview of each chapter that summarizes the emissions from all sources discussed in the chapters. The inventory coordinator then carries out a key category analysis for the Inventory, consistent with the IPCC Good Practice Guidance, IPCC Good Practice Guidance for Land Use, Land Use Change and Forestry, and in accordance with the reporting requirements of the UNFCCC. Also at this time, the Introduction, Executive Summary, and Recent Trends sections are drafted, to reflect the trends for the most recent year of the current Inventory. The analysis of trends necessitates gathering supplemental data, including weather and temperature conditions, economic activity and gross domestic product, population, atmospheric conditions, and the annual consumption of electricity, energy, and fossil fuels. Changes in these data are used to explain the trends observed in greenhouse gas emissions in the United States. Furthermore, specific factors that affect individual sectors are researched and discussed. Many of the factors that affect emissions are included in the Inventory document as separate analyses or side discussions in boxes within the text. Text boxes are also created to examine the data aggregated in different ways than in the remainder of the document, such as a focus on transportation activities or emissions from electricity generation. The document is prepared to match the specification of the UNFCCC reporting guidelines for National Inventory Reports.

# Common Reporting Format Table Compilation

The CRF tables are compiled from individual tables completed by each individual source lead, which contain source emissions and activity data. The inventory coordinator integrates the source data into the UNFCCC's "CRF Reporter" for the United States, assuring consistency across all sectoral tables. The summary reports for emissions, methods, and emission factors used, the overview tables for completeness and quality of estimates, the recalculation tables, the notation key completion tables, and the emission trends tables are then completed by the inventory

coordinator. Internal automated quality checks on the CRF Reporter, as well as reviews by the source leads, are completed for the entire time series of CRF tables before submission.

## QA/QC and Uncertainty

QA/QC and uncertainty analyses are supervised by the QA/QC and Uncertainty coordinators, who have general oversight over the implementation of the QA/QC plan and the overall uncertainty analysis for the Inventory (see sections on QA/QC and Uncertainty, below). These coordinators work closely with the source leads to ensure that a consistent QA/QC plan and uncertainty analysis is implemented across all inventory sources. The inventory QA/QC plan, detailed in a following section, is consistent with the quality assurance procedures outlined by EPA and IPCC.

## Expert and Public Review Periods

During the Expert Review period, a first draft of the document is sent to a select list of technical experts outside of EPA. The purpose of the Expert Review is to encourage feedback on the methodological and data sources used in the current Inventory, especially for sources which have experienced any changes since the previous Inventory.

Once comments are received and addressed, a second draft of the document is released for public review by publishing a notice in the U.S. Federal Register and posting the document on the EPA Web site. The Public Review period allows for a 30 day comment period and is open to the entire U.S. public.

## Final Submittal to UNFCCC and Document Printing

After the final revisions to incorporate any comments from the Expert Review and Public Review periods, EPA prepares the final National Inventory Report and the accompanying Common Reporting Format Reporter database. The U.S. Department of State sends the official submission of the U.S. Inventory to the UNFCCC. The document is then formatted for printing, posted online, printed by the U.S. Government Printing Office, and made available for the public.

# 1.4 Methodology and Data Sources

Emissions of greenhouse gases from various source and sink categories have been estimated using methodologies that are consistent with the Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories (IPCC/UNEP/OECD/IEA 1997). In addition, the United States references the additional guidance provided in the IPCC Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories (IPCC 2000), the IPCC Good Practice Guidance for Land Use, Land-Use Change, and Forestry (IPCC 2003), and the 2006 IPCC Guidelines for National Greenhouse Gas Inventories (IPCC 2006). To the extent possible, the present report relies on published activity and emission factor data. Depending on the emission source category, activity data can include fuel consumption or deliveries, vehicle-miles traveled, raw material processed, etc. Emission factors are factors that relate quantities of emissions to an activity.

The IPCC methodologies provided in the Revised 1996 IPCC Guidelines represent baseline methodologies for a variety of source categories, and many of these methodologies continue to be improved and refined as new research and data become available. In this regard, the U.S. has implemented many methodological improvements published in the IPCC 2006 Guidelines. The use of the most recently published calculation methodologies by the IPCC, as contained in the 2006 IPCC Guidelines, is fully in line with the IPCC good practice guidance for methodological choice to improve rigor and accuracy. In addition, the improvements in using the latest methodological guidance from the IPCC has been recognized by the UNFCCC's Subsidiary Body for Scientific and Technological Advice in

the conclusions of its 30th Session[41], Numerous U.S. inventory experts were involved in the development of the 2006 IPCC Guidelines, and their expertise has provided this latest guidance from the IPCC with the most appropriate calculation methods that are then used in this inventory.  This report uses the IPCC methodologies when applicable, and supplements them with other available country-specific methodologies and data where possible.  Choices made regarding the methodologies and data sources used are provided in conjunction with the discussion of each source category in the main body of the report.  Complete documentation is provided in the annexes on the detailed methodologies and data sources utilized in the calculation of each source category.

---

**Box 1 3: IPCC Reference Approach**

The UNFCCC reporting guidelines require countries to complete a "top-down" reference approach for estimating $CO_2$ emissions from fossil fuel combustion in addition to their "bottom-up" sectoral methodology.  This estimation method uses alternative methodologies and different data sources than those contained in that section of the Energy chapter.  The reference approach estimates fossil fuel consumption by adjusting national aggregate fuel production data for imports, exports, and stock changes rather than relying on end-user consumption surveys (see Annex 4 of this report).  The reference approach assumes that once carbon-based fuels are brought into a national economy, they are either saved in some way (e.g., stored in products, kept in fuel stocks, or left unoxidized in ash) or combusted, and therefore the carbon in them is oxidized and released into the atmosphere.  Accounting for actual consumption of fuels at the sectoral or sub-national level is not required.

---

# 1.5 Key Categories

The IPCC's Good Practice Guidance (IPCC 2000) defines a key category as a "[source or sink category] that is prioritized within the national inventory system because its estimate has a significant influence on a country's total inventory of direct greenhouse gases in terms of the absolute level of emissions, the trend in emissions, or both."[42]  By definition, key categories include those sources that have the greatest contribution to the absolute level of national emissions.  In addition, when an entire time series of emission estimates is prepared, a thorough investigation of key categories must also account for the influence of trends and uncertainties of individual source and sink categories.  This analysis culls out source and sink categories that diverge from the overall trend in national emissions.  Finally, a qualitative evaluation of key categories is performed to capture any categories that were not identified in any of the quantitative analyses.

A Tier 1 approach, as defined in the IPCC's Good Practice Guidance (IPCC 2000), was implemented to identify the key categories for the United States.  This analysis was performed twice; one analysis included sources and sinks from the Land Use, Land-Use Change, and Forestry (LULUCF) sector, the other analysis did not include the LULUCF categories. Following the Tier 1 approach, a Tier 2 approach, as defined in the IPCC's Good Practice Guidance (IPCC 2000), was then implemented to identify any additional key categories not already identified in the Tier 1 assessment. This analysis, which includes each source category's uncertainty assessments (or proxies) in its calculations, was also performed twice to include or exclude LULUCF categories.

---

[41] These Subsidiary Body for Scientific and Technological Advice (SBSTA) conclusions state, "The SBSTA acknowledged that the 2006 IPCC Guidelines contain the most recent scientific methodologies available to estimate emissions by sources and removals by sinks of greenhouse gases (GHGs) not controlled by the Montreal Protocol, and recognized that Parties have gained experience with the 2006 IPCC Guidelines. The SBSTA also acknowledged that the information contained in the 2006 IPCC Guidelines enables Parties to further improve the quality of their GHG inventories."  See <http://unfccc.int/resource/docs/2009/sbsta/eng/03.pdf>

[42] See Chapter 7 "Methodological Choice and Recalculation" in IPCC (2000).  <http://www.ipcc-nggip.iges.or.jp/public/gp/gpgaum.htm>

In addition to conducting Tier 1 and 2 level and trend assessments, a qualitative assessment of the source categories, as described in the IPCC's Good Practice Guidance (IPCC 2000), was conducted to capture any key categories that were not identified by either quantitative method.  One additional key category, international bunker fuels, was identified using this qualitative assessment.  International bunker fuels are fuels consumed for aviation or marine international transport activities, and emissions from these fuels are reported separately from totals in accordance with IPCC guidelines.  If these emissions were included in the totals, bunker fuels would qualify as a key category according to the Tier 1 approach.  The amount of uncertainty associated with estimation of emissions from international bunker fuels also supports the qualification of this source category as key, because it would qualify bunker fuels as a key category according to the Tier 2 approach.  Table 1-4 presents the key categories for the United States (including and excluding LULUCF categories) using emissions and uncertainty data in this report, and ranked according to their sector and global warming potential-weighted emissions in 2011.  The table also indicates the criteria used in identifying these categories (i.e., level, trend, Tier 1, Tier 2, and/or qualitative assessments).  Annex 1 of this report provides additional information regarding the key categories in the United States and the methodologies used to identify them.

## Table 1-4: Key Categories for the United States (1990-2011)

| IPCC Source Categories | Gas | Tier 1 | | | | Tier 2 | | | | Qual[a] | 2011 Emissions (Tg $CO_2$ Eq.) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Level Without LULUCF | Trend Without LULUCF | Level With LULUCF | Trend With LULUCF | Level Without LULUCF | Trend Without LULUCF | Level With LULUCF | Trend With LULUCF | | |
| **Energy** | | | | | | | | | | | |
| $CO_2$ Emissions from Stationary Combustion - Coal - Electricity Generation | $CO_2$ | • | • | • | • | • | • | • | | | 1,722.7 |
| $CO_2$ Emissions from Mobile Combustion: Road | $CO_2$ | • | • | • | • | • | • | • | • | | 1,466.8 |
| $CO_2$ Emissions from Stationary Combustion - Gas - Industrial | $CO_2$ | • | | • | | • | | • | | | 416.3 |
| $CO_2$ Emissions from Stationary Combustion - Gas - Electricity Generation | $CO_2$ | • | • | • | | • | • | • | | | 408.8 |
| $CO_2$ Emissions from Stationary Combustion - Oil - Industrial | $CO_2$ | • | | • | | • | | • | | | 266.8 |
| $CO_2$ Emissions from Stationary Combustion - Gas - Residential | $CO_2$ | • | | • | | • | | • | | | 254.6 |
| $CO_2$ Emissions from Stationary Combustion - Gas - Commercial | $CO_2$ | • | • | • | | • | • | • | | | 170.4 |
| $CO_2$ Emissions from Mobile Combustion: Aviation | $CO_2$ | • | • | • | | • | • | • | | | 148.4 |
| $CO_2$ Emissions from Non-Energy Use of Fuels | $CO_2$ | • | | • | | • | | • | | | 130.6 |
| $CO_2$ Emissions from | $CO_2$ | • | • | • | • | • | • | • | • | | 90.1 |

| Source Category | Gas | | | | | | | | | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Stationary Combustion - Coal - Industrial | | | | | | | | | | |
| $CO_2$ Emissions from Mobile Combustion: Other | $CO_2$ | • | | • | | | | | | 82.4 |
| $CO_2$ Emissions from Stationary Combustion - Oil - Residential | $CO_2$ | • | • | • | • | | • | | | 73.6 |
| $CO_2$ Emissions from Mobile Combustion: Marine | $CO_2$ | • | | • | | | | | | 47.4 |
| $CO_2$ Emissions from Stationary Combustion - Oil - Commercial | $CO_2$ | • | • | • | • | | | | | 46.7 |
| $CO_2$ Emissions from Stationary Combustion - Oil - U.S. Territories | $CO_2$ | • | • | • | • | | • | | | 44.7 |
| $CO_2$ Emissions from Natural Gas Systems | $CO_2$ | • | • | • | • | | • | • | • | 32.3 |
| $CO_2$ Emissions from Stationary Combustion - Oil - Electricity Generation | $CO_2$ | • | • | • | • | | • | | • | 26.6 |
| $CO_2$ Emissions from Stationary Combustion - Coal - Commercial | $CO_2$ | | • | | • | | | | | 5.1 |
| Fugitive Emissions from Natural Gas Systems | $CH_4$ | • | • | • | • | | • | • | • | 144.7 |
| Fugitive Emissions from Coal Mining | $CH_4$ | • | • | • | • | | • | • | • | 63.2 |
| Fugitive Emissions from Petroleum Systems | $CH_4$ | • | • | • | • | | • | • | • | 31.5 |
| Non-$CO_2$ Emissions from Stationary Combustion - Residential | $CH_4$ | | | | | | • | • | | 3.5 |
| Non-$CO_2$ Emissions from Stationary Combustion - Electricity Generation | $N_2O$ | | • | | • | | • | • | • | 17.9 |
| $N_2O$ Emissions from Mobile Combustion: Road | $N_2O$ | • | • | • | • | | • | • | • | 14.4 |
| Non-$CO_2$ Emissions from Stationary Combustion - Industrial | $N_2O$ | | | | | | • | | | 2.7 |
| International Bunker Fuels [b] | Several | | | | | | | | • | 112.4 |
| **Industrial Processes** | | | | | | | | | | |
| $CO_2$ Emissions from Iron and Steel Production & Metallurgical Coke Production | $CO_2$ | • | • | • | • | | • | • | • | 64.3 |
| $CO_2$ Emissions from Cement Production | $CO_2$ | • | • | • | • | | | | | 31.6 |
| $CO_2$ Emissions from | $CO_2$ | | • | | • | | | | | 8.8 |

| | Gas | | | | | | | | | | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ammonia Production** | | | | | | | | | | | |
| $N_2O$ Emissions from Adipic Acid Production | $N_2O$ | | • | | • | | | | | | 10.6 |
| Emissions from Substitutes for Ozone Depleting Substances | HiGWP | • | • | • | • | • | • | • | • | | 121.7 |
| $SF_6$ Emissions from Electrical Transmission and Distribution | HiGWP | | • | | • | | • | | | | 7.0 |
| HFC-23 Emissions from HCFC-22 Production | HiGWP | • | • | • | • | • | • | | | | 6.9 |
| PFC Emissions from Aluminum Production | HiGWP | | • | | • | | | | | | 2.9 |
| $SF_6$ Emissions from Magnesium Production and Processing | HiGWP | | • | | | | | | | | 1.4 |
| **Agriculture** | | | | | | | | | | | |
| $CH_4$ Emissions from Enteric Fermentation | $CH_4$ | • | • | • | • | • | • | | | | 137.4 |
| $CH_4$ Emissions from Manure Management | $CH_4$ | • | • | • | • | • | • | • | | | 52.0 |
| $CH_4$ Emissions from Rice Cultivation | $CH_4$ | | | | | • | • | | | | 6.6 |
| Direct $N_2O$ Emissions from Agricultural Soil Management | $N_2O$ | • | | • | | • | • | | | | 195.2 |
| Indirect $N_2O$ Emissions from Applied Nitrogen | $N_2O$ | • | | • | | • | • | • | | | 51.9 |
| **Waste** | | | | | | | | | | | |
| $CH_4$ Emissions from Landfills | $CH_4$ | • | • | • | • | • | • | | | | 103.0 |
| **Land Use, Land Use Change, and Forestry** | | | | | | | | | | | |
| $CO_2$ Emissions from Land Converted to Cropland | $CO_2$ | | | | • | | • | • | | | 14.5 |
| $CO_2$ Emissions from Grassland Remaining Grassland | $CO_2$ | | | | | | • | • | | | 7.4 |
| $CO_2$ Emissions from Cropland Remaining Cropland | $CO_2$ | | • | • | | | • | • | | | (2.9) |
| $CO_2$ Emissions from Landfilled Yard Trimmings and Food Scraps | $CO_2$ | | | | • | | • | • | | | (13.0) |
| $CO_2$ Emissions from Urban Trees | $CO_2$ | | | | | | | • | | | (68.8) |
| $CO_2$ Emissions from Changes in Forest Carbon Stocks | $CO_2$ | | • | • | | | • | • | | | (833.5) |
| $CH_4$ Emissions from Forest | $CH_4$ | | | • | | | • | • | | | 14.2 |

| Fires | | | | | | | |
|---|---|---|---|---|---|---|---|
| N$_2$O Emissions from Forest Fires | N$_2$O | | • | | • | • | 11.6 |
| **Subtotal Without LULUCF** | | | | | | | **6,513.9** |
| **Total Emissions Without LULUCF** | | | | | | | **6,665.7** |
| **Percent of Total Without LULUCF** | | | | | | | **98%** |
| **Subtotal With LULUCF** | | | | | | | **5,643.4** |
| **Total Emissions With LULUCF** | | | | | | | **5,797.3** |
| **Percent of Total With LULUCF** | | | | | | | **97%** |

[a] Qualitative criteria.
[b] Emissions from this source not included in totals.
Note: Parentheses indicate negative values (or sequestration).

# 1.6 Quality Assurance and Quality Control (QA/QC)

As part of efforts to achieve its stated goals for inventory quality, transparency, and credibility, the United States has developed a quality assurance and quality control plan designed to check, document and improve the quality of its inventory over time.  QA/QC activities on the Inventory are undertaken within the framework of the U.S. QA/QC plan, Quality Assurance/Quality Control and Uncertainty Management Plan for the U.S. Greenhouse Gas Inventory: Procedures Manual for QA/QC and Uncertainty Analysis.

Key attributes of the QA/QC plan are summarized in Figure 1-1.  These attributes include:

- specific detailed procedures and forms that serve to standardize the process of documenting and archiving information, as well as to guide the implementation of QA/QC and the analysis of the uncertainty of the inventory estimates;

- expert review as well as QC—for both the inventory estimates and the Inventory (which is the primary vehicle for disseminating the results of the inventory development process).  In addition, the plan provides for public review of the Inventory;

- both Tier 1 (general) and Tier 2 (source-specific) quality controls and checks, as recommended by IPCC Good Practice Guidance;

- consideration of secondary data quality and source-specific quality checks (Tier 2 QC) in parallel and coordination with the uncertainty assessment; the development of protocols and templates provides for more structured communication and integration with the suppliers of secondary information;

- record-keeping provisions to track which procedures have been followed, and the results of the QA/QC and uncertainty analysis, and feedback mechanisms for corrective action based on the results of the investigations, thereby providing for continual data quality improvement and guided research efforts;

- implementation of QA/QC procedures throughout the whole inventory development process—from initial data collection, through preparation of the emission estimates, to publication of the Inventory;

- a schedule for multi-year implementation; and

- promotion of coordination and interaction within the EPA, across Federal agencies and departments, state government programs, and research institutions and consulting firms involved in supplying data or preparing estimates for the Inventory.  The QA/QC plan itself is intended to be revised and reflect new information that becomes available as the program develops, methods are improved, or additional supporting documents become necessary.

In addition, based on the national QA/QC plan for the Inventory, source-specific QA/QC plans have been developed for a number of sources. These plans follow the procedures outlined in the national QA/QC plan, tailoring the procedures to the specific text and spreadsheets of the individual sources. For each greenhouse gas emissions source or sink included in this Inventory, a minimum of a Tier 1 QA/QC analysis has been undertaken. Where QA/QC activities for a particular source go beyond the minimum Tier 1 level, further explanation is provided within the respective source category text.

The quality control activities described in the U.S. QA/QC plan occur throughout the inventory process; QA/QC is not separate from, but is an integral part of, preparing the inventory. Quality control—in the form of both good practices (such as documentation procedures) and checks on whether good practices and procedures are being followed—is applied at every stage of inventory development and document preparation. In addition, quality assurance occurs at two stages—an expert review and a public review. While both phases can significantly contribute to inventory quality, the public review phase is also essential for promoting the openness of the inventory development process and the transparency of the inventory data and methods.

The QA/QC plan guides the process of ensuring inventory quality by describing data and methodology checks, developing processes governing peer review and public comments, and developing guidance on conducting an analysis of the uncertainty surrounding the emission estimates. The QA/QC procedures also include feedback loops and provide for corrective actions that are designed to improve the inventory estimates over time.

## Figure 1-1:  U.S. QA/QC Plan Summary



Figure 1-1: U.S. QA/QC Plan Summary

# 1.7 Uncertainty Analysis of Emission Estimates

Uncertainty estimates are an essential element of a complete and transparent emissions inventory. Uncertainty information is not intended to dispute the validity of the inventory estimates, but to help prioritize efforts to improve the accuracy of future inventories and guide future decisions on methodological choice. While the U.S. Inventory calculates its emission estimates with the highest possible accuracy, uncertainties are associated to a varying degree with the development of emission estimates for any inventory. Some of the current estimates, such as those for $CO_2$ emissions from energy-related activities, are considered to have minimal uncertainty associated with them. For some other categories of emissions, however, a lack of data or an incomplete understanding of how emissions are generated increases the uncertainty surrounding the estimates presented. The UNFCCC reporting guidelines follow the recommendation in the 1996 IPCC Guidelines (IPCC/UNEP/OECD/IEA 1997) and require that countries provide single point estimates for each gas and emission or removal source category. Within the discussion of each emission source, specific factors affecting the uncertainty associated with the estimates are discussed.

Additional research in the following areas could help reduce uncertainty in the U.S. Inventory:

- *Incorporating excluded emission sources.* Quantitative estimates for some of the sources and sinks of greenhouse gas emissions are not available at this time. In particular, emissions from some land-use activities and industrial processes are not included in the inventory either because data are incomplete or because methodologies do not exist for estimating emissions from these source categories. See Annex 5 of this report for a discussion of the sources of greenhouse gas emissions and sinks excluded from this report.

- *Improving the accuracy of emission factors.* Further research is needed in some cases to improve the accuracy of emission factors used to calculate emissions from a variety of sources. For example, the accuracy of current emission factors applied to $CH_4$ and $N_2O$ emissions from stationary and mobile combustion is highly uncertain.

- *Collecting detailed activity data.* Although methodologies exist for estimating emissions for some sources, problems arise in obtaining activity data at a level of detail in which aggregate emission factors can be applied. For example, the ability to estimate emissions of $SF_6$ from electrical transmission and distribution is limited due to a lack of activity data regarding national $SF_6$ consumption or average equipment leak rates.

The overall uncertainty estimate for the U.S. greenhouse gas emissions inventory was developed using the IPCC Tier 2 uncertainty estimation methodology. Estimates of quantitative uncertainty for the overall greenhouse gas emissions inventory are shown below, in Table 1-5.

The IPCC provides good practice guidance on two approaches—Tier 1 and Tier 2—to estimating uncertainty for individual source categories. Tier 2 uncertainty analysis, employing the Monte Carlo Stochastic Simulation technique, was applied wherever data and resources permitted; further explanation is provided within the respective source category text and in Annex 7. Consistent with the IPCC Good Practice Guidance (IPCC 2000), over a multi-year timeframe, the United States expects to continue to improve the uncertainty estimates presented in this report.

**Table 1-5: Estimated Overall Inventory Quantitative Uncertainty (Tg $CO_2$ Eq. and Percent)**

| Gas | 2011 Emission Estimate[a] (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[b] | | | | Mean[c] | Standard Deviation[c] |
|---|---|---|---|---|---|---|---|
| | | (Tg $CO_2$ Eq.) | | (%) | | (Tg $CO_2$ Eq.) | |
| | | Lower Bound[d] | Upper Bound[d] | Lower Bound | Upper Bound | | |
| $CO_2$ | 5,612.9 | 5,470 | 5,847 | -3% | 4% | 5,658 | 97 |
| $CH_4$[e] | 587.2 | 508 | 668 | -13% | 14% | 581 | 39 |
| $N_2O$[e] | 356.9 | 326 | 502 | -9% | 41% | 405 | 45 |
| PFC, HFC & $SF_6$[e] | 145.3 | 141 | 158 | -3% | 9% | 149 | 4 |
| **Total** | **6,702.3** | **6,575** | **7,017** | **-2%** | **5%** | **6,794** | **114** |
| **Net Emissions (Sources and Sinks)** | **5,797.3** | **5,633** | **6,143** | **-3%** | **6%** | **5,884** | **132** |

Notes:

[a] Emission estimates reported in this table correspond to emissions from only those source categories for which quantitative uncertainty was performed this year. Thus the totals reported in this table exclude approximately 4.6 Tg $CO_2$ Eq. of emissions for which quantitative uncertainty was not assessed. Hence, these emission estimates do not match the final total U.S. greenhouse gas emission estimates presented in this Inventory.

[b] The lower and upper bounds for emission estimates correspond to a 95 percent confidence interval, with the lower bound corresponding to 2.5th percentile and the upper bound corresponding to 97.5th percentile.

[c] Mean value indicates the arithmetic average of the simulated emission estimates; standard deviation indicates the extent of deviation of the simulated values from the mean.

[d] The lower and upper bound emission estimates for the sub-source categories do not sum to total emissions because the low and high estimates for total emissions were calculated separately through simulations.

[e] The overall uncertainty estimates did not take into account the uncertainty in the GWP values for $CH_4$, $N_2O$ and high GWP gases used in the inventory emission calculations for 2011.

Emissions calculated for the U.S. Inventory reflect current best estimates; in some cases, however, estimates are based on approximate methodologies, assumptions, and incomplete data. As new information becomes available in the future, the United States will continue to improve and revise its emission estimates. See Annex 7 of this report for further details on the U.S. process for estimating uncertainty associated with the emission estimates and for a more detailed discussion of the limitations of the current analysis and plans for improvement. Annex 7 also includes details on the uncertainty analysis performed for selected source categories.

# 1.8 Completeness

This report, along with its accompanying CRF tables, serves as a thorough assessment of the anthropogenic sources and sinks of greenhouse gas emissions for the United States for the time series 1990 through 2011. Although this report is intended to be comprehensive, certain sources have been identified which were excluded from the estimates presented for various reasons. Generally speaking, sources not accounted for in this inventory are excluded due to data limitations or a lack of thorough understanding of the emission process. The United States is continually working to improve upon the understanding of such sources and seeking to find the data required to estimate related emissions. As such improvements are implemented, new emission sources are quantified and included in the Inventory. For a complete list of sources not included, see Annex 5 of this report.

# 1.9 Organization of Report

In accordance with the Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories (IPCC/UNEP/OECD/IEA 1997), and the 2006 UNFCCC Guidelines on Reporting and Review (UNFCCC 2006), this Inventory of U.S. Greenhouse Gas Emissions and Sinks is segregated into six sector-specific chapters, listed below in Table 1-6. In addition, chapters on Trends in Greenhouse Gas Emissions and Other information to be considered as part of the U.S. Inventory submission are included.

**Table 1-6: IPCC Sector Descriptions**

| Chapter/IPCC Sector | Activities Included |
| --- | --- |
| Energy | Emissions of all greenhouse gases resulting from stationary and mobile energy activities including fuel combustion and fugitive fuel emissions. |
| Industrial Processes | By-product or fugitive emissions of greenhouse gases from industrial processes not directly related to energy activities such as fossil fuel combustion. |

| | |
|---|---|
| Solvent and Other Product Use | Emissions, of primarily NMVOCs, resulting from the use of solvents and $N_2O$ from product uses. |
| Agriculture | Anthropogenic emissions from agricultural activities except fuel combustion, which is addressed under Energy. |
| Land Use, Land-Use Change, and Forestry | Emissions and removals of $CO_2$, $CH_4$, and $N_2O$ from forest management, other land-use activities, and land-use change. |
| Waste | Emissions from waste management activities. |

Source: (IPCC/UNEP/OECD/IEA 1997)

Within each chapter, emissions are identified by the anthropogenic activity that is the source or sink of the greenhouse gas emissions being estimated (e.g., coal mining). Overall, the following organizational structure is consistently applied throughout this report:

# Chapter/IPCC Sector: Overview of emission trends for each IPCC defined sector

## *Source category*: Description of source pathway and emission trends.

**Methodology**: Description of analytical methods employed to produce emission estimates and identification of data references, primarily for activity data and emission factors.

**Uncertainty**: A discussion and quantification of the uncertainty in emission estimates and a discussion of time-series consistency.

**QA/QC and Verification**: A discussion on steps taken to QA/QC and verify the emission estimates, where beyond the overall U.S. QA/QC plan, and any key findings.

**Recalculations**: A discussion of any data or methodological changes that necessitate a recalculation of previous years' emission estimates, and the impact of the recalculation on the emission estimates, if applicable.

**Planned Improvements**: A discussion on any source-specific planned improvements, if applicable.

Special attention is given to $CO_2$ from fossil fuel combustion relative to other sources because of its share of emissions and its dominant influence on emission trends. For example, each energy consuming end-use sector (i.e., residential, commercial, industrial, and transportation), as well as the electricity generation sector, is described individually. Additional information for certain source categories and other topics is also provided in several Annexes listed in Table 1-7.

**Table 1-7:  List of Annexes**

ANNEX 1 Key Category Analysis
ANNEX 2 Methodology and Data for Estimating $CO_2$ Emissions from Fossil Fuel Combustion
2.1.       Methodology for Estimating Emissions of $CO_2$ from Fossil Fuel Combustion
2.2.       Methodology for Estimating the Carbon Content of Fossil Fuels
2.3.       Methodology for Estimating Carbon Emitted from Non-Energy Uses of Fossil Fuels
ANNEX 3 Methodological Descriptions for Additional Source or Sink Categories
3.1.       Methodology for Estimating Emissions of $CH_4$, $N_2O$, and Indirect Greenhouse Gases from Stationary
            Combustion
3.2.       Methodology for Estimating Emissions of $CH_4$, $N_2O$, and Indirect Greenhouse Gases from Mobile
            Combustion and Methodology for and Supplemental Information on Transportation-Related Greenhouse Gas
            Emissions
3.3.       Methodology for Estimating Emissions from Commercial Aircraft Jet Fuel Consumption
3.4.       Methodology for Estimating $CH_4$ Emissions from Coal Mining
3.5.       Methodology for Estimating $CH_4$ Emissions from Natural Gas Systems
3.6.       Methodology for Estimating $CH_4$ and $CO_2$ Emissions from Petroleum Systems
3.7.       Methodology for Estimating $CO_2$ and $N_2O$ Emissions from Incineration of Waste
3.8.       Methodology for Estimating Emissions from International Bunker Fuels used by the U.S. Military
3.9.       Methodology for Estimating HFC and PFC Emissions from Substitution of Ozone Depleting Substances
3.10.      Methodology for Estimating $CH_4$ Emissions from Enteric Fermentation
3.11.      Methodology for Estimating $CH_4$ and $N_2O$ Emissions from Manure Management
3.12.      Methodology for Estimating $N_2O$ Emissions and Soil Organic C Stock Changes from Agricultural Soil
            Management (Cropland and Grassland)
3.13.      Methodology for Estimating Net Carbon Stock Changes in Forest Lands Remaining Forest Lands
3.14.      Methodology for Estimating $CH_4$ Emissions from Landfills
ANNEX 4 IPCC Reference Approach for Estimating $CO_2$ Emissions from Fossil Fuel Combustion
ANNEX 5 Assessment of the Sources and Sinks of Greenhouse Gas Emissions Not Included
ANNEX 6 Additional Information
6.1.       Global Warming Potential Values
6.2.       Ozone Depleting Substance Emissions
6.3.       Sulfur Dioxide Emissions
6.4.       Complete List of Source Categories
6.5.       Constants, Units, and Conversions
6.6.       Abbreviations
6.7.       Chemical Formulas
ANNEX 7 Uncertainty
7.1.       Overview
7.2.       Methodology and Results
7.3.       Planned Improvements
7.4.       Additional Information on Uncertainty Analyses by Source

# 2.  Trends in Greenhouse Gas Emissions

## 2.1 Recent Trends in U.S. Greenhouse Gas Emissions and Sinks

In 2011, total U.S. greenhouse gas emissions were 6,702.3 Tg or million metric tons $CO_2$ Eq.  Total U.S. emissions have increased by 8.4 percent from 1990 to 2011, and emissions decreased from 2010 to 2011 by 1.6 percent (108.0 Tg $CO_2$ Eq.).  The decrease from 2010 to 2011 was due to a decrease in the carbon intensity of fuels consumed to generate electricity due to a decrease in coal consumption, with increased natural gas consumption and a significant increase in hydropower used.  Additionally, relatively mild winter conditions, especially in the South Atlantic Region of the United States where electricity is an important heating fuel, resulted in an overall decrease in electricity demand in most sectors. Since 1990, U.S. emissions have increased at an average annual rate of 0.4 percent.

**Figure 2-1:  U.S. Greenhouse Gas Emissions by Gas**



**Figure 2-2:  Annual Percent Change in U.S. Greenhouse Gas Emissions**



**Figure 2-3:  Cumulative Change in Annual U.S. Greenhouse Gas Emissions Relative to 1990**



As the largest contributor to U.S. greenhouse gas emissions, carbon dioxide ($CO_2$) from fossil fuel combustion has accounted for approximately 78 percent of global warming potential (GWP) weighted emissions since 1990, from 77 percent of total GWP-weighted emissions in 1990 to 79 percent in 2011. Emissions from this source category grew by 11.1 percent (528.7 Tg $CO_2$ Eq.) from 1990 to 2011 and were responsible for most of the increase in national emissions during this period.  From 2010 to 2011, these emissions decreased by 2.4 percent (130.9 Tg $CO_2$ Eq.).  Historically, changes in emissions from fossil fuel combustion have been the dominant factor affecting U.S. emission trends.

Changes in $CO_2$ emissions from fossil fuel combustion are influenced by many long-term and short-term factors, including population and economic growth, energy price fluctuations, technological changes, and seasonal temperatures.  On an annual basis, the overall consumption of fossil fuels in the United States fluctuates primarily in response to changes in general economic conditions, energy prices, weather, and the availability of non-fossil alternatives.  For example, in a year with increased consumption of goods and services, low fuel prices, severe summer and winter weather conditions, nuclear plant closures, and lower precipitation feeding hydroelectric dams, there would likely be proportionally greater fossil fuel consumption than in a year with poor economic performance, high fuel prices, mild temperatures, and increased output from nuclear and hydroelectric plants.

In the longer-term, energy consumption patterns respond to changes that affect the scale of consumption (e.g., population, number of cars, and size of houses), the efficiency with which energy is used in equipment (e.g., cars, power plants, steel mills, and light bulbs) and behavioral choices (e.g., walking, bicycling, or telecommuting to work instead of driving).

Energy-related $CO_2$ emissions also depend on the type of fuel or energy consumed and its carbon (C) intensity. Producing a unit of heat or electricity using natural gas instead of coal, for example, can reduce the $CO_2$ emissions because of the lower C content of natural gas.

A brief discussion of the year to year variability in fuel combustion emissions is provided below, beginning with 2007.

Emissions from fossil fuel combustion decreased from 2007 to 2008. Several factors contributed to this decrease in emissions. An increase in energy prices coupled with the economic downturn led to a decrease in energy demand and a resulting decrease in emissions from 2007 to 2008. In 2008, the price of coal, natural gas, and petroleum used to generate electricity, as well as the price of fuels used for transportation, increased significantly. As a result of this price increase, coal, natural gas, and petroleum consumption used for electricity generation decreased by 1.4 percent, 2.5 percent, and 28.8 percent, respectively. The increase in the cost of fuels to generate electricity translated into an increase in the price of electricity, leading to a decrease in electricity consumption across all sectors except the commercial sector. The increase in transportation fuel prices led to a decrease in vehicle miles traveled (VMT) and a 4.7 percent decrease in transportation fossil fuel combustion emissions from 2007 to 2008. Cooler weather conditions in the summer led to a decrease in cooling degree days by 8.7 percent and a decrease in electricity demand compared to 2007, whereas cooler winter conditions led to a 5.6 percent increase in heating degree days compared to 2007 and a resulting increase in demand for heating fuels. The increased emissions from winter heating energy demand was offset by a decrease in emissions from summer cooling related electricity demand. Lastly, renewable energy consumption for electricity generation increased by 9.5 percent from 2007 to 2008, driven by a significant increase in solar and wind energy consumption (of 17.3 percent and 60.2 percent, respectively).[43] This increase in renewable energy generation contributed to a decrease in the carbon intensity of electricity generation.

From 2008 to 2009, $CO_2$ from fossil fuel combustion emissions experienced a decrease of 6.6 percent, the greatest decrease of any year over the course of the twenty-year period. Various factors contributed to this decrease in emissions. The continued economic downturn resulted in a 3.1 percent decrease in GDP, and a decrease in energy consumption across all sectors. The economic downturn also impacted total industrial production and manufacturing output, which decreased by 11.4 and 13.8 percent, respectively. In 2009, the price of coal used to generate electricity increased, while the price of natural gas used to generate electricity decreased significantly. As a result, natural gas was used for a greater share of electricity generation in 2009 than 2008, and coal was used for a smaller share. The fuel switching from coal to natural gas and additional electricity generation from other energy sources in 2009, which included a 6.3 percent increase in hydropower generation from the previous year, resulted in a decrease in carbon intensity, and in turn, a decrease in emissions from electricity generation. From 2008 to 2009, industrial sector emissions decreased significantly as a result of a decrease in output from energy-intensive industries of 24.6 percent in nonmetallic mineral and 26.0 percent in primary metal industries. The residential and commercial sectors only experienced minor decreases in emissions as summer and winter weather conditions were less energy-intensive from 2008 to 2009, and the price of electricity only increased slightly. Heating degree days decreased slightly and cooling degree days decreased by 3.8 percent from 2008 to 2009.

From 2009 to 2010, $CO_2$ emissions from fossil fuel combustion increased by 3.6 percent, which represents one of the largest annual increases in $CO_2$ emissions from fossil fuel combustion for the twenty one-year period.[44] This increase is primarily due to an increase in economic output 2009 to 2010, where total industrial production and manufacturing output increased by 5.4 and 6.3 percent, respectively (FRB 2011). Carbon dioxide emissions from fossil fuel combustion in the industrial sector increased by 8.0 percent, including increased emissions from the combustion of fuel oil, natural gas and coal. Overall, coal consumption increased by 5.4 percent, the largest increase in coal consumption for the twenty one-year period between 1990 and 2011. In 2010, weather conditions remained fairly constant in the winter and were much hotter in the summer compared to 2009, as heating degree days decreased slightly by 0.7 percent and cooling degree days increased by 18.6 percent to their highest levels in the twenty one-year period. As a result of the more energy-intensive summer weather conditions, electricity sales to the residential and commercial end-use sectors in 2010 increased approximately 6.0 percent and 1.8 percent, respectively.

From 2010 to 2011, $CO_2$ emissions from fossil fuel combustion decreased by 2.4 percent. This decrease is a result of multiple factors including: (1) a decrease in the carbon intensity of fuels consumed to generate electricity due to a decrease in coal consumption, with increased natural gas consumption and a significant increase in hydropower used; (2) a decrease in transportation-related energy consumption due to higher fuel costs, improvements in fuel efficiency, and a reduction in miles traveled; and (3) relatively mild winter conditions resulting in an overall

---

[43] Renewable energy, as defined in EIA's energy statistics, includes the following energy sources: hydroelectric power, geothermal energy, biofuels, solar energy, and wind energy.

[44] This increase also represents the largest absolute and percentage increase since 1988 (EIA 2011a).

decrease in energy demand in most sectors. In addition, changing fuel prices played a role in the decreasing emissions. Significant increases in the price of motor gasoline in the transportation sector led to a decrease in energy consumption by 1.1 percent. In addition, an increase in the price of coal and a concurrent decrease in natural gas prices led to a 5.7 percent decrease and a 2.5 percent increase in fuel consumption of these fuels by electric generators. This change in fuel prices also reduced the carbon intensity of fuels used to produce electricity in 2011, further contributing to the decrease in fossil fuel combustion emissions.

Overall, from 1990 to 2011, total emissions of $CO_2$ increased by 504.0 Tg $CO_2$ Eq. (9.9 percent), while total emissions of $CH_4$ decreased by 52.7 Tg $CO_2$ Eq. (8.2 percent), and total emissions of $N_2O$ increased 12.6 Tg $CO_2$ Eq. (3.6 percent). During the same period, aggregate weighted emissions of HFCs, PFCs, and $SF_6$ rose by 55.1 Tg $CO_2$ Eq. (61.1 percent). Despite being emitted in smaller quantities relative to the other principal greenhouse gases, emissions of HFCs, PFCs, and $SF_6$ are significant because many of them have extremely high GWPs and, in the cases of PFCs and $SF_6$, long atmospheric lifetimes. Conversely, U.S. greenhouse gas emissions were partly offset by C sequestration in managed forests, trees in urban areas, agricultural soils, and landfilled yard trimmings. These were estimated to offset 13.5 percent of total emissions in 2011.

Table 2-1 summarizes emissions and sinks from all U.S. anthropogenic sources in weighted units of Tg $CO_2$ Eq., while unweighted gas emissions and sinks in gigagrams (Gg) are provided in Table 2-2.

## Table 2-1:  Recent Trends in U.S. Greenhouse Gas Emissions and Sinks (Tg $CO_2$ Eq.)

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **$CO_2$** | **5,108.8** | **6,109.3** | **6,128.6** | **5,944.8** | **5,517.9** | **5,736.4** | **5,612.9** |
| Fossil Fuel Combustion | 4,748.5 | 5,748.7 | 5,767.7 | 5,590.6 | 5,222.4 | 5,408.1 | 5,277.2 |
| Electricity Generation | 1,820.8 | 2,402.1 | 2,412.8 | 2,360.9 | 2,146.4 | 2,259.2 | 2,158.5 |
| Transportation | 1,494.0 | 1,891.7 | 1,904.7 | 1,816.0 | 1,749.2 | 1,763.9 | 1,745.0 |
| Industrial | 848.6 | 823.4 | 844.4 | 802.0 | 722.6 | 780.2 | 773.2 |
| Residential | 338.3 | 357.9 | 341.6 | 347.0 | 337.0 | 334.6 | 328.8 |
| Commercial | 219.0 | 223.5 | 218.9 | 223.8 | 223.4 | 220.6 | 222.1 |
| U.S. Territories | 27.9 | 50.0 | 45.2 | 41.0 | 43.8 | 49.6 | 49.7 |
| Non-Energy Use of Fuels | 117.4 | 142.7 | 134.9 | 139.5 | 124.0 | 132.8 | 130.6 |
| Iron and Steel Production & Metallurgical Coke | | | | | | | |
| Production | 99.8 | 66.7 | 71.3 | 66.8 | 43.0 | 55.7 | 64.3 |
| Natural Gas Systems | 37.7 | 29.9 | 30.9 | 32.6 | 32.2 | 32.3 | 32.3 |
| Cement Production | 33.3 | 45.2 | 44.5 | 40.5 | 29.0 | 30.9 | 31.6 |
| Lime Production | 11.5 | 14.3 | 14.6 | 14.3 | 11.2 | 13.1 | 13.8 |
| Incineration of Waste | 8.0 | 12.5 | 12.7 | 11.9 | 11.7 | 12.0 | 12.0 |
| Other Process Uses of Carbonates | 4.9 | 6.3 | 7.4 | 5.9 | 7.6 | 9.6 | 9.2 |
| Ammonia Production | 13.0 | 9.2 | 9.1 | 7.9 | 7.9 | 8.7 | 8.8 |
| Cropland Remaining Cropland | 7.1 | 7.9 | 8.2 | 8.6 | 7.2 | 8.4 | 8.1 |
| Urea Consumption for Non-Agricultural Purposes | 3.8 | 3.7 | 4.9 | 4.1 | 3.4 | 4.4 | 4.3 |
| Petrochemical Production | 3.4 | 4.3 | 4.1 | 3.6 | 2.8 | 3.5 | 3.5 |
| Aluminum Production | 6.8 | 4.1 | 4.3 | 4.5 | 3.0 | 2.7 | 3.3 |
| Soda Ash Production and Consumption | 2.8 | 3.0 | 2.9 | 3.0 | 2.6 | 2.7 | 2.7 |
| Titanium Dioxide Production | 1.2 | 1.8 | 1.9 | 1.8 | 1.6 | 1.8 | 1.9 |
| Carbon Dioxide Consumption | 1.4 | 1.3 | 1.9 | 1.8 | 1.8 | 2.2 | 1.8 |
| Ferroalloy Production | 2.2 | 1.4 | 1.6 | 1.6 | 1.5 | 1.7 | 1.7 |
| Glass Production | 1.5 | 1.9 | 1.5 | 1.5 | 1.0 | 1.5 | 1.3 |
| Zinc Production | 0.6 | 1.0 | 1.0 | 1.2 | 0.9 | 1.2 | 1.3 |
| Phosphoric Acid Production | 1.5 | 1.3 | 1.2 | 1.1 | 1.0 | 1.1 | 1.2 |
| Wetlands Remaining Wetlands | 1.0 | 1.1 | 1.0 | 1.0 | 1.1 | 1.0 | 0.9 |
| Lead Production | 0.5 | 0.6 | 0.6 | 0.5 | 0.5 | 0.5 | 0.5 |
| Petroleum Systems | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| Silicon Carbide Production and Consumption | 0.4 | 0.2 | 0.2 | 0.2 | 0.1 | 0.2 | 0.2 |
| *Land Use, Land-Use Change, and Forestry (Sink)[a]* | *(794.5)* | *(997.8)* | *(929.2)* | *(902.6)* | *(882.6)* | *(888.8)* | *(905.0)* |
| *Wood Biomass and Ethanol Consumption[b]* | *218.6* | *228.7* | *238.3* | *251.7* | *245.1* | *264.5* | *264.5* |
| *International Bunker Fuels[c]* | *103.5* | *113.1* | *115.3* | *114.3* | *106.4* | *117.0* | *111.3* |
| **$CH_4$** | **639.9** | **593.6** | **618.6** | **618.8** | **603.8** | **592.7** | **587.2** |
| Natural Gas Systems | 161.2 | 159.0 | 168.4 | 163.4 | 150.7 | 143.6 | 144.7 |