| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Enteric Fermentation | 132.7 | 137.0 | 141.8 | 141.4 | 140.6 | 139.3 | 137.4 |
| Landfills | 147.8 | 112.5 | 111.6 | 113.6 | 113.3 | 106.8 | 103.0 |
| Coal Mining | 84.1 | 56.9 | 57.9 | 67.1 | 70.3 | 72.4 | 63.2 |
| Manure Management | 31.5 | 47.6 | 52.4 | 51.5 | 50.5 | 51.8 | 52.0 |
| Petroleum Systems | 35.2 | 29.2 | 29.8 | 30.0 | 30.5 | 30.8 | 31.5 |
| Wastewater Treatment | 15.9 | 16.5 | 16.6 | 16.6 | 16.5 | 16.4 | 16.2 |
| Forest Land Remaining Forest Land | 2.5 | 8.0 | 14.4 | 8.7 | 5.7 | 4.7 | 14.2 |
| Rice Cultivation | 7.1 | 6.8 | 6.2 | 7.2 | 7.3 | 8.6 | 6.6 |
| Stationary Combustion | 7.5 | 6.6 | 6.4 | 6.6 | 6.3 | 6.3 | 6.3 |
| Abandoned Underground Coal Mines | 6.0 | 5.5 | 5.3 | 5.3 | 5.1 | 5.0 | 4.8 |
| Petrochemical Production | 2.3 | 3.1 | 3.3 | 2.9 | 2.9 | 3.1 | 3.1 |
| Mobile Combustion | 4.6 | 2.4 | 2.1 | 1.9 | 1.8 | 1.8 | 1.7 |
| Composting | 0.3 | 1.6 | 1.7 | 1.7 | 1.6 | 1.5 | 1.5 |
| Iron and Steel Production & Metallurgical Coke Production | 1.0 | 0.7 | 0.7 | 0.6 | 0.4 | 0.5 | 0.6 |
| Field Burning of Agricultural Residues | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Ferroalloy Production | + | + | + | + | + | + | + |
| Silicon Carbide Production and Consumption | + | + | + | + | + | + | + |
| Incineration of Waste | + | + | + | + | + | + | + |
| *International Bunker Fuels*[c] | *0.1* | *0.1* | *0.1* | *0.1* | *0.1* | *0.1* | *0.1* |
| **$N_2O$** | **344.3** | **356.1** | **376.1** | **349.7** | **338.7** | **343.9** | **356.9** |
| Agricultural Soil Management | 227.9 | 237.5 | 252.3 | 245.4 | 242.8 | 244.5 | 247.2 |
| Stationary Combustion | 12.3 | 20.6 | 21.2 | 21.1 | 20.7 | 22.6 | 22.0 |
| Mobile Combustion | 44.0 | 36.9 | 29.0 | 25.5 | 22.7 | 20.7 | 18.5 |
| Manure Management | 14.4 | 17.1 | 18.0 | 17.8 | 17.7 | 17.8 | 18.0 |
| Nitric Acid Production | 18.2 | 16.9 | 19.7 | 16.9 | 14.0 | 16.8 | 15.5 |
| Forest Land Remaining Forest Land | 2.1 | 6.9 | 12.1 | 7.4 | 5.0 | 4.2 | 11.9 |
| Adipic Acid Production | 15.8 | 7.4 | 10.7 | 2.6 | 2.8 | 4.4 | 10.6 |
| Wastewater Treatment | 3.5 | 4.7 | 4.8 | 4.9 | 5.0 | 5.1 | 5.2 |
| $N_2O$ from Product Uses | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 |
| Composting | 0.4 | 1.7 | 1.8 | 1.9 | 1.8 | 1.7 | 1.7 |
| Settlements Remaining Settlements | 1.0 | 1.5 | 1.6 | 1.5 | 1.4 | 1.5 | 1.5 |
| Incineration of Waste | 0.5 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| Field Burning of Agricultural Residues | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Wetlands Remaining Wetlands | + | + | + | + | + | + | + |
| *International Bunker Fuels*[c] | *0.9* | *1.0* | *1.0* | *1.0* | *0.9* | *1.0* | *1.0* |
| **HFCs** | **36.9** | **115.0** | **120.0** | **117.5** | **112.0** | **121.3** | **129.0** |
| Substitution of Ozone Depleting Substances[d] | 0.3 | 99.0 | 102.7 | 103.6 | 106.3 | 114.6 | 121.7 |
| HCFC-22 Production | 36.4 | 15.8 | 17.0 | 13.6 | 5.4 | 6.4 | 6.9 |
| Semiconductor Manufacture | 0.2 | 0.2 | 0.3 | 0.3 | 0.2 | 0.4 | 0.3 |
| **PFCs** | **20.6** | **6.2** | **7.7** | **6.6** | **4.4** | **5.9** | **7.0** |
| Semiconductor Manufacture | 2.2 | 3.2 | 3.8 | 3.9 | 2.9 | 4.4 | 4.1 |
| Aluminum Production | 18.4 | 3.0 | 3.8 | 2.7 | 1.6 | 1.6 | 2.9 |
| **$SF_6$** | **32.6** | **15.0** | **12.3** | **11.4** | **9.8** | **10.1** | **9.4** |
| Electrical Transmission and Distribution | 26.7 | 11.1 | 8.8 | 8.6 | 8.1 | 7.8 | 7.0 |
| Magnesium Production and Processing | 5.4 | 2.9 | 2.6 | 1.9 | 1.1 | 1.3 | 1.4 |
| Semiconductor Manufacture | 0.5 | 1.0 | 0.8 | 0.9 | 0.7 | 1.0 | 0.9 |
| **Total** | **6,183.3** | **7,195.3** | **7,263.2** | **7,048.8** | **6,586.6** | **6,810.3** | **6,702.3** |
| **Net Emissions (Sources and Sinks)** | **5,388.7** | **6,197.4** | **6,334.0** | **6,146.2** | **5,704.0** | **5,921.5** | **5,797.3** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.

[a] The net $CO_2$ flux total includes both emissions and sequestration, and constitutes a sink in the United States.  Sinks are only included in net emissions total.  Parentheses indicate negative values or sequestration.

[b] Emissions from Wood Biomass and Ethanol Consumption are not included specifically in summing energy sector totals. Net carbon fluxes from changes in biogenic carbon reservoirs are accounted for in the estimates for Land Use, Land-Use Change, and Forestry.

[c] Emissions from International Bunker Fuels are not included in totals.

[d] Small amounts of PFC emissions also result from this source.

Note:  Totals may not sum due to independent rounding.


## Table 2-2:  Recent Trends in U.S. Greenhouse Gas Emissions and Sinks (Gg)

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **CO₂** | **5,108,811** | **6,109,336** | **6,128,551** | **5,944,813** | **5,517,926** | **5,736,400** | **5,612,855** |
| Fossil Fuel Combustion | 4,748,532 | 5,748,674 | 5,767,654 | 5,590,638 | 5,222,419 | 5,408,119 | 5,277,246 |
| Electricity Generation | 1,820,817 | 2,402,142 | 2,412,827 | 2,360,920 | 2,146,415 | 2,259,190 | 2,158,510 |
| Transportation | 1,493,968 | 1,891,744 | 1,904,652 | 1,815,999 | 1,749,166 | 1,763,870 | 1,745,001 |
| Industrial | 848,556 | 823,408 | 844,420 | 802,040 | 722,627 | 780,240 | 773,192 |
| Residential | 338,347 | 357,902 | 341,649 | 346,962 | 337,034 | 334,589 | 328,759 |
| Commercial | 218,963 | 223,510 | 218,874 | 223,759 | 223,358 | 220,616 | 222,098 |
| U.S. Territories | 27,882 | 49,968 | 45,232 | 40,959 | 43,818 | 49,615 | 49,685 |
| Non-Energy Use of Fuels | 117,414 | 142,701 | 134,887 | 139,484 | 123,977 | 132,839 | 130,554 |
| Iron and Steel Production & Metallurgical Coke Production | 99,781 | 66,666 | 71,277 | 66,822 | 43,029 | 55,746 | 64,259 |
| Natural Gas Systems | 37,665 | 29,923 | 30,851 | 32,622 | 32,187 | 32,313 | 32,344 |
| Cement Production | 33,278 | 45,197 | 44,538 | 40,531 | 29,018 | 30,924 | 31,632 |
| Lime Production | 11,488 | 14,322 | 14,579 | 14,345 | 11,164 | 13,145 | 13,795 |
| Incineration of Waste | 7,972 | 12,452 | 12,711 | 11,876 | 11,688 | 12,038 | 12,038 |
| Other Process Uses of Carbonates | 4,907 | 6,339 | 7,365 | 5,885 | 7,583 | 9,560 | 9,153 |
| Ammonia Production | 13,047 | 9,196 | 9,074 | 7,883 | 7,855 | 8,678 | 8,795 |
| Cropland Remaining Cropland | 7,084 | 7,854 | 8,222 | 8,638 | 7,236 | 8,351 | 8,117 |
| Urea Consumption for Non-Agricultural Purposes | 3,784 | 3,653 | 4,944 | 4,065 | 3,415 | 4,365 | 4,329 |
| Petrochemical Production | 3,429 | 4,330 | 4,070 | 3,572 | 2,833 | 3,455 | 3,505 |
| Aluminum Production | 6,831 | 4,142 | 4,251 | 4,477 | 3,009 | 2,722 | 3,292 |
| Soda Ash Production and Consumption | 2,822 | 2,960 | 2,937 | 2,960 | 2,569 | 2,697 | 2,712 |
| Titanium Dioxide Production | 1,195 | 1,755 | 1,930 | 1,809 | 1,648 | 1,769 | 1,903 |
| Carbon Dioxide Consumption | 1,416 | 1,321 | 1,867 | 1,780 | 1,784 | 2,203 | 1,811 |
| Ferroalloy Production | 2,152 | 1,392 | 1,552 | 1,599 | 1,469 | 1,663 | 1,663 |
| Glass Production | 1,535 | 1,928 | 1,536 | 1,523 | 1,045 | 1,481 | 1,299 |
| Zinc Production | 632 | 1,030 | 1,025 | 1,159 | 943 | 1,182 | 1,286 |
| Phosphoric Acid Production | 1,529 | 1,342 | 1,203 | 1,132 | 977 | 1,087 | 1,151 |
| Wetlands Remaining Wetlands | 1,033 | 1,079 | 1,012 | 992 | 1,089 | 1,010 | 918 |
| Lead Production | 516 | 553 | 562 | 547 | 525 | 542 | 538 |
| Petroleum Systems | 394 | 306 | 311 | 300 | 320 | 332 | 347 |
| Silicon Carbide Production and | 375 | 219 | 196 | 175 | 145 | 181 | 170 |
| *Land Use, Land-Use Change, and Forestry[a]* | *(794,529)* | *(997,828)* | *(929,202)* | *(902,605)* | *(882,625)* | *(888,771)* | *(905,041)* |
| *Wood Biomass and Ethanol Consumption[b]* | *218,637* | *228,651* | *238,308* | *251,734* | *245,057* | *264,459* | *264,527* |
| *International Bunker Fuels[c]* | *103,463* | *113,139* | *115,345* | *114,342* | *106,410* | *116,992* | *111,316* |
| **CH₄** | **30,473** | **28,269** | **29,459** | **29,466** | **28,751** | **28,224** | **27,964** |
| Natural Gas Systems | 7,678 | 7,572 | 8,018 | 7,782 | 7,178 | 6,838 | 6,893 |
| Enteric Fermentation | 6,321 | 6,522 | 6,751 | 6,731 | 6,693 | 6,632 | 6,542 |
| Landfills | 7,037 | 5,357 | 5,314 | 5,409 | 5,397 | 5,083 | 4,907 |
| Coal Mining | 4,003 | 2,710 | 2,756 | 3,196 | 3,348 | 3,447 | 3,011 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Manure Management | 1,499 | 2,265 | 2,493 | 2,452 | 2,403 | 2,466 | 2,478 |
| Petroleum Systems | 1,677 | 1,390 | 1,421 | 1,431 | 1,455 | 1,467 | 1,499 |
| Wastewater Treatment | 758 | 785 | 791 | 791 | 786 | 779 | 770 |
| Forest Land Remaining Forest Land | 118 | 383 | 684 | 413 | 271 | 222 | 675 |
| Rice Cultivation | 339 | 326 | 295 | 343 | 349 | 410 | 316 |
| Stationary Combustion | 355 | 315 | 305 | 313 | 298 | 301 | 300 |
| Abandoned Underground Coal Mines | 288 | 264 | 254 | 253 | 244 | 237 | 231 |
| Petrochemical Production | 108 | 150 | 155 | 137 | 138 | 146 | 148 |
| Mobile Combustion | 218 | 113 | 100 | 92 | 88 | 85 | 82 |
| Composting | 15 | 75 | 79 | 80 | 75 | 73 | 74 |
| Iron and Steel Production & Metallurgical Coke Production | 46 | 34 | 33 | 31 | 17 | 25 | 28 |
| Field Burning of Agricultural Residues | 10 | 8 | 11 | 11 | 11 | 11 | 10 |
| Ferroalloy Production | 1 | + | + | + | + | + | + |
| Silicon Carbide Production and Consumption | 1 | + | + | + | + | + | + |
| Incineration of Waste | + | + | + | + | + | + | + |
| *International Bunker Fuels[c]* | *7* | *5* | *5* | *6* | *5* | *6* | *5* |
| **N$_2$O** | **1,111** | **1,149** | **1,213** | **1,128** | **1,093** | **1,109** | **1,151** |
| Agricultural Soil Management | 735 | 766 | 814 | 792 | 783 | 789 | 797 |
| Stationary Combustion | 40 | 66 | 68 | 68 | 67 | 73 | 71 |
| Mobile Combustion | 142 | 119 | 94 | 82 | 73 | 67 | 60 |
| Manure Management | 46 | 55 | 58 | 57 | 57 | 57 | 58 |
| Nitric Acid Production | 59 | 55 | 64 | 54 | 45 | 54 | 50 |
| Forest Land Remaining Forest Land | 7 | 22 | 39 | 24 | 16 | 13 | 38 |
| Adipic Acid Production | 51 | 24 | 34 | 8 | 9 | 14 | 34 |
| Wastewater Treatment | 11 | 15 | 16 | 16 | 16 | 16 | 17 |
| N$_2$O from Product Uses | 14 | 14 | 14 | 14 | 14 | 14 | 14 |
| Composting | 1 | 6 | 6 | 6 | 6 | 5 | 6 |
| Settlements Remaining Settlements | 3 | 5 | 5 | 5 | 5 | 5 | 5 |
| Incineration of Waste | 2 | 1 | 1 | 1 | 1 | 1 | 1 |
| Field Burning of Agricultural Residues | + | + | + | + | + | + | + |
| Wetlands Remaining Wetlands | + | + | + | + | + | + | + |
| *International Bunker Fuels[c]* | *3* | *3* | *3* | *3* | *3* | *3* | *3* |
| **HFCs** | **M** | **M** | **M** | **M** | **M** | **M** | **M** |
| Substitution of Ozone Depleting Substances[d] | M | M | M | M | M | M | M |
| HCFC-22 Production | 3 | 1 | 1 | 1 | + | 1 | 1 |
| Semiconductor Manufacture | + | + | + | + | + | + | + |
| **PFCs** | **M** | **M** | **M** | **M** | **M** | **M** | **M** |
| Semiconductor Manufacture | M | M | M | M | M | M | M |
| Aluminum Production | M | M | M | M | M | M | M |
| **SF$_6$** | **1** | **1** | **+** | **+** | **+** | **+** | **+** |
| Electrical Transmission and Distribution | 1 | + | + | + | + | + | + |
| Magnesium Production and Processing | + | + | + | + | + | + | + |
| Semiconductor Manufacture | + | + | + | + | + | + | + |

+ Does not exceed 0.5 Gg.

M  Mixture of multiple gases

[a] The net CO$_2$ flux total includes both emissions and sequestration, and constitutes a sink in the United States.  Sinks are only included in net emissions total.  Parentheses indicate negative values or sequestration.

[b] Emissions from Wood Biomass and Ethanol Consumption are not included specifically in summing energy sector totals. Net carbon fluxes from changes in biogenic carbon reservoirs are accounted for in the estimates for Land Use, Land-Use Change, and Forestry.

[c] Emissions from International Bunker Fuels are not included in totals.

[d] Small amounts of PFC emissions also result from this source.
Note: Totals may not sum due to independent rounding.

Emissions of all gases can be summed from each source category into a set of six sectors defined by the Intergovernmental Panel on Climate Change (IPCC). Over the twenty-two-year period of 1990 to 2011, total emissions in the Energy, Industrial Processes, and Agriculture sectors grew by 478.4 Tg $CO_2$ Eq. (9.1 percent), 10.3 Tg $CO_2$ Eq. (3.3 percent), and 47.6 Tg $CO_2$ Eq. (11.5 percent), respectively. Emissions from the Waste and Solvent and Other Produce Use sectors decreased by 40.2 Tg $CO_2$ Eq. (23.9 percent) and less than 0.1 Tg $CO_2$ Eq. (0.4 percent), respectively. Over the same period, estimates of net C sequestration in the Land Use, Land-Use Change, and Forestry sector increased by 87.6 Tg $CO_2$ Eq. (11.2 percent).

**Figure 2-4: U.S. Greenhouse Gas Emissions and Sinks by Chapter/IPCC Sector**



**Table 2-3: Recent Trends in U.S. Greenhouse Gas Emissions and Sinks by Chapter/IPCC Sector (Tg $CO_2$ Eq.)**

| Chapter/IPCC Sector | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Energy | 5,267.3 | 6,251.6 | 6,266.9 | 6,096.2 | 5,699.2 | 5,889.1 | 5,745.7 |
| Industrial Processes | 316.1 | 330.8 | 347.2 | 318.7 | 265.3 | 303.4 | 326.5 |
| Solvent and Other Product Use | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 |
| Agriculture | 413.9 | 446.2 | 470.9 | 463.6 | 459.2 | 462.3 | 461.5 |
| Land Use, Land-Use Change, and Forestry (Emissions) | 13.7 | 25.4 | 37.3 | 27.2 | 20.4 | 19.7 | 36.6 |
| Waste | 167.8 | 136.9 | 136.5 | 138.6 | 138.1 | 131.4 | 127.7 |
| **Total Emissions** | **6,183.3** | **7,195.3** | **7,263.2** | **7,048.8** | **6,586.6** | **6,810.3** | **6,702.3** |
| Net $CO_2$ Flux From Land Use, Land-Use Change and Forestry (Sinks)[*] | (794.5) | (997.8) | (929.2) | (902.6) | (882.6) | (888.8) | (905.0) |
| **Net Emissions (Sources and Sinks)** | **5,388.7** | **6,197.4** | **6,334.0** | **6,146.2** | **5,704.0** | **5,921.5** | **5,797.3** |

[*] The net $CO_2$ flux total includes both emissions and sequestration, and constitutes a sink in the United States. Sinks are only included in net emissions total. Please refer to Table 2-9 for a breakout by source.
Note: Totals may not sum due to independent rounding.
Note: Parentheses indicate negative values or sequestration.

# Energy

Energy-related activities, primarily fossil fuel combustion, accounted for the vast majority of U.S. $CO_2$ emissions for the period of 1990 through 2011. In 2011, approximately 87 percent of the energy consumed in the United States (on a Btu basis) was produced through the combustion of fossil fuels. The remaining 13 percent came from other energy sources such as hydropower, biomass, nuclear, wind, and solar energy (see Figure 2-5 and Figure 2-6). A discussion of specific trends related to $CO_2$ as well as other greenhouse gas emissions from energy consumption is presented in the Energy chapter. Energy-related activities are also responsible for $CH_4$ and $N_2O$ emissions (43 percent and 11 percent of total U.S. emissions of each gas, respectively). Table 2-4 presents greenhouse gas emissions from the Energy chapter, by source and gas.

**Figure 2-5: 2011Energy Chapter Greenhouse Gas Sources**



**Figure 2-6: 2011 U.S. Fossil Carbon Flows (Tg $CO_2$ Eq.)**



**Table 2-4:  Emissions from Energy (Tg $CO_2$ Eq.)**

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **$CO_2$** | **4,912.0** | **5,934.1** | **5,946.4** | **5,774.9** | **5,390.6** | **5,585.6** | **5,452.5** |
| Fossil Fuel Combustion | 4,748.5 | 5,748.7 | 5,767.7 | 5,590.6 | 5,222.4 | 5,408.1 | 5,277.2 |
| Electricity Generation | 1,820.8 | 2,402.1 | 2,412.8 | 2,360.9 | 2,146.4 | 2,259.2 | 2,158.5 |
| Transportation | 1,494.0 | 1,891.7 | 1,904.7 | 1,816.0 | 1,749.2 | 1,763.9 | 1,745.0 |
| Industrial | 848.6 | 823.4 | 844.4 | 802.0 | 722.6 | 780.2 | 773.2 |
| Residential | 338.3 | 357.9 | 341.6 | 347.0 | 337.0 | 334.6 | 328.8 |
| Commercial | 219.0 | 223.5 | 218.9 | 223.8 | 223.4 | 220.6 | 222.1 |
| U.S. Territories | 27.9 | 50.0 | 45.2 | 41.0 | 43.8 | 49.6 | 49.7 |
| Non-Energy Use of Fuels | 117.4 | 142.7 | 134.9 | 139.5 | 124.0 | 132.8 | 130.6 |
| Natural Gas Systems | 37.7 | 29.9 | 30.9 | 32.6 | 32.2 | 32.3 | 32.3 |
| Incineration of Waste | 8.0 | 12.5 | 12.7 | 11.9 | 11.7 | 12.0 | 12.0 |
| Petroleum Systems | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| *Biomass - Wood*[a] | *214.4* | *205.7* | *199.4* | *197.0* | *182.8* | *191.8* | *191.8* |
| *International Bunker Fuels*[b] | *103.5* | *113.1* | *115.3* | *114.3* | *106.4* | *117.0* | *111.3* |
| *Biomass - Ethanol*[a] | *4.2* | *22.9* | *38.9* | *54.7* | *62.3* | *72.6* | *72.8* |
| **$CH_4$** | **298.6** | **259.7** | **269.9** | **274.4** | **264.8** | **259.9** | **252.3** |
| Natural Gas Systems | 161.2 | 159.0 | 168.4 | 163.4 | 150.7 | 143.6 | 144.7 |
| Coal Mining | 84.1 | 56.9 | 57.9 | 67.1 | 70.3 | 72.4 | 63.2 |
| Petroleum Systems | 35.2 | 29.2 | 29.8 | 30.0 | 30.5 | 30.8 | 31.5 |
| Stationary Combustion | 7.5 | 6.6 | 6.4 | 6.6 | 6.3 | 6.3 | 6.3 |
| Abandoned Underground Coal | 6.0 | 5.5 | 5.3 | 5.3 | 5.1 | 5.0 | 4.8 |
| Mobile Combustion | 4.6 | 2.4 | 2.1 | 1.9 | 1.8 | 1.8 | 1.7 |
| Incineration of Waste | + | + | + | + | + | + | + |
| *International Bunker Fuels*[b] | *0.1* | *0.1* | *0.1* | *0.1* | *0.1* | *0.1* | *0.1* |
| **$N_2O$** | **56.8** | **57.9** | **50.6** | **46.9** | **43.8** | **43.6** | **40.8** |
| Stationary Combustion | 44.0 | 36.9 | 29.0 | 25.5 | 22.7 | 20.7 | 18.5 |
| Mobile Combustion | 12.3 | 20.6 | 21.2 | 21.1 | 20.7 | 22.6 | 22.0 |
| Incineration of Waste | 0.5 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| *International Bunker Fuels*[b] | *0.9* | *1.0* | *1.0* | *1.0* | *0.9* | *1.0* | *1.0* |
| **Total** | **5,267.3** | **6,251.6** | **6,266.9** | **6,096.2** | **5,699.2** | **5,889.1** | **5,745.7** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.
[a] Emissions from Wood Biomass and Ethanol Consumption are not included specifically in summing energy sector totals. Net carbon fluxes from changes in biogenic carbon reservoirs are accounted for in the estimates for Land Use, Land-Use Change, and Forestry
[b] Emissions from International Bunker Fuels are not included in totals.
Note:  Totals may not sum due to independent rounding.

Carbon dioxide emissions from fossil fuel combustion are presented in Table 2-5 based on the underlying U.S. energy consumer data collected by EIA. Estimates of $CO_2$ emissions from fossil fuel combustion are calculated from these EIA "end-use sectors" based on total consumption and appropriate fuel properties (any additional analysis and refinement of the EIA data is further explained in the Energy chapter of this report). EIA's fuel consumption data for the electric power sector comprises electricity-only and combined-heat-and-power (CHP) plants within the NAICS 22 category whose primary business is to sell electricity, or electricity and heat, to the public (nonutility power producers can be included in this sector as long as they meet their electric power sector definition). EIA statistics for the industrial sector include fossil fuel consumption that occurs in the fields of manufacturing, agriculture, mining, and construction. EIA's fuel consumption data for the transportation sector consists of all vehicles whose primary purpose is transporting people and/or goods from one physical location to another. EIA's fuel consumption data for the industrial sector consists of all facilities and equipment used for producing, processing, or assembling goods (EIA includes generators that produce electricity and/or useful thermal output primarily to support on-site industrial activities in this sector). EIA's fuel consumption data for the residential sector consists of living quarters for private households. EIA's fuel consumption data for the commercial sector consists of service-providing facilities and equipment from private and public organizations and businesses (EIA includes generators that produce electricity

and/or useful thermal output primarily to support the activities at commercial establishments in this sector). Table 2-5, Figure 2-7, and Figure 2-8 summarize $CO_2$ emissions from fossil fuel combustion by end-use sector.

**Table 2-5: $CO_2$ Emissions from Fossil Fuel Combustion by End-Use Sector (Tg $CO_2$ Eq.)**

| End-Use Sector | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Transportation** | **1,497.0** | **1,896.5** | **1,909.7** | **1,820.7** | **1,753.7** | **1,768.4** | **1,749.3** |
| Combustion | 1,494.0 | 1,891.7 | 1,904.7 | 1,816.0 | 1,749.2 | 1,763.9 | 1,745.0 |
| Electricity | 3.0 | 4.7 | 5.1 | 4.7 | 4.5 | 4.5 | 4.3 |
| **Industrial** | **1,535.3** | **1,560.4** | **1,559.9** | **1,499.3** | **1,324.6** | **1,421.3** | **1,392.1** |
| Combustion | 848.6 | 823.4 | 844.4 | 802.0 | 722.6 | 780.2 | 773.2 |
| Electricity | 686.7 | 737.0 | 715.4 | 697.3 | 602.0 | 641.1 | 618.9 |
| **Residential** | **931.4** | **1,214.7** | **1,205.2** | **1,189.9** | **1,123.5** | **1,175.0** | **1,125.6** |
| Combustion | 338.3 | 357.9 | 341.6 | 347.0 | 337.0 | 334.6 | 328.8 |
| Electricity | 593.0 | 856.7 | 863.5 | 842.9 | 786.5 | 840.4 | 796.9 |
| **Commercial** | **757.0** | **1,027.2** | **1,047.7** | **1,039.8** | **976.8** | **993.9** | **960.5** |
| Combustion | 219.0 | 223.5 | 218.9 | 223.8 | 223.4 | 220.6 | 222.1 |
| Electricity | 538.0 | 803.7 | 828.8 | 816.0 | 753.5 | 773.3 | 738.4 |
| **U.S. Territories[a]** | **27.9** | **50.0** | **45.2** | **41.0** | **43.8** | **49.6** | **49.7** |
| **Total** | **4,748.5** | **5,748.7** | **5,767.7** | **5,590.6** | **5,222.4** | **5,408.1** | **5,277.2** |
| **Electricity Generation** | **1,820.8** | **2,402.1** | **2,412.8** | **2,360.9** | **2,146.4** | **2,259.2** | **2,158.5** |

Note: Totals may not sum due to independent rounding. Combustion-related emissions from electricity generation are allocated based on aggregate national electricity consumption by each end-use sector.
[a] Fuel consumption by U.S. Territories (i.e., American Samoa, Guam, Puerto Rico, U.S. Virgin Islands, Wake Island, and other U.S. Pacific Islands) is included in this report.

**Figure 2-7: 2011 $CO_2$ Emissions from Fossil Fuel Combustion by Sector and Fuel Type**



**Figure 2-8:  2011 End-Use Sector Emissions from Fossil Fuel Combustion**



The main driver of emissions in the Energy sector is $CO_2$ from fossil fuel combustion. Electricity generation is the largest emitter of $CO_2$, and electricity generators consumed 36 percent of U.S. energy from fossil fuels and emitted 41 percent of the $CO_2$ from fossil fuel combustion in 2011. Electricity generation emissions can also be allocated to the end-use sectors that are consuming that electricity, as presented in Table 2-5. The transportation end-use sector accounted for 1,749.3 Tg $CO_2$ Eq. in 2011 or approximately 33 percent of total $CO_2$ emissions from fossil fuel combustion.  The industrial end-use sector accounted for 26 percent of $CO_2$ emissions from fossil fuel combustion. The residential and commercial end-use sectors accounted for 21 and 18 percent, respectively, of $CO_2$ emissions from fossil fuel combustion.  Both of these end-use sectors were heavily reliant on electricity for meeting energy needs, with electricity consumption for lighting, heating, air conditioning, and operating appliances contributing 71 and 77 percent of emissions from the residential and commercial end-use sectors, respectively.  Significant trends in emissions from energy source categories over the twenty two-year period from 1990 through 2011 included the following:

- Total $CO_2$ emissions from fossil fuel combustion increased from 4,748.5 Tg $CO_2$ Eq. in 1990 to 5,277.2 Tg $CO_2$ Eq. in 2011 —an 11.1  percent total increase over the twenty two-year period.  From 2010 to 2011, these emissions decreased by 130.9 Tg $CO_2$ Eq. (2.4 percent).

- $CH_4$ emissions from natural gas systems were 144.7 Tg $CO_2$ Eq. in 2011; emissions have decreased by 16.5 Tg $CO_2$ Eq. (10.2 percent) since 1990.

- $CO_2$ emissions from non-energy use of fossil fuels increased by 13.1 Tg $CO_2$ Eq. (11.2 percent) from 1990 through 2011.  Emissions from non-energy uses of fossil fuels were 130.6 Tg $CO_2$ Eq. in 2011, which constituted 2.3 percent of total national $CO_2$ emissions.

- $N_2O$ emissions from stationary combustion increased by 9.7 Tg $CO_2$ Eq. (79.3 percent) from 1990 through 2011. $N_2O$ emissions from this source increased primarily as a result of an increase in the number of coal fluidized bed boilers in the electric power sector.

- $CO_2$ emissions from incineration of waste (12.0 Tg $CO_2$ Eq. in 2011) increased by 4.1 Tg $CO_2$ Eq. (51.0 percent) from 1990 through 2011, as the volume of plastics and other fossil carbon-containing materials in municipal solid waste grew.

The decrease in $CO_2$ emissions from fossil fuel combustion in 2011 was a result of multiple factors including: (1) a decrease in the carbon intensity of fuels consumed to generate electricity due to a decrease in coal consumption, with increased natural gas consumption and a significant increase in hydropower used; (2) a decrease in transportation-related energy consumption due to higher fuel costs, improvements in fuel efficiency, and a reduction in miles traveled; and (3) relatively mild winter conditions, especially in the South Atlantic Region of the United States where electricity is an important heating fuel, resulting in an overall decrease in electricity demand.

# Industrial Processes

Greenhouse gas emissions are produced as the by-products of many non-energy-related industrial activities. For example, industrial processes can chemically transform raw materials, which often release waste gases such as $CO_2$, $CH_4$, and $N_2O$. These processes include iron and steel production and metallurgical coke production, cement production, ammonia production, urea consumption, lime production, other process uses of carbonates (e.g., flux stone, flue gas desulfurization, and glass manufacturing), soda ash production and consumption, titanium dioxide production, phosphoric acid production, ferroalloy production, $CO_2$ consumption, silicon carbide production and consumption, aluminum production, petrochemical production, nitric acid production, adipic acid production, lead production, and zinc production (see Figure 2-9). Industrial processes also release HFCs, PFCs and $SF_6$. In addition to their use as ODS substitutes, HFCs, PFCs, $SF_6$, and other fluorinated compounds are employed and emitted by a number of other industrial sources in the United States. These industries include aluminum production, HCFC-22 production, semiconductor manufacture, electric power transmission and distribution, and magnesium metal production and processing. Table 2-6 presents greenhouse gas emissions from industrial processes by source category.

**Figure 2-9:  2011 Industrial Processes Chapter Greenhouse Gas Sources**



**Table 2-6:  Emissions from Industrial Processes (Tg $CO_2$ Eq.)**

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **CO₂** | **188.7** | **166.3** | **172.9** | **160.3** | **119.0** | **141.4** | **151.3** |
| Iron and Steel Production & Metallurgical Coke Production | | | | | | | |
| Production | 99.8 | 66.7 | 71.3 | 66.8 | 43.0 | 55.7 | 64.3 |
| *Iron and Steel Production* | *97.3* | *64.6* | *69.2* | *64.5* | *42.1* | *53.7* | *62.8* |
| *Metallurgical Coke Production* | *2.5* | *2.0* | *2.1* | *2.3* | *1.0* | *2.1* | *1.4* |
| Cement Production | 33.3 | 45.2 | 44.5 | 40.5 | 29.0 | 30.9 | 31.6 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lime Production | 11.5 | 14.3 | 14.6 | 14.3 | 11.2 | 13.1 | 13.8 |
| Other Process Uses of Carbonates | 4.9 | 6.3 | 7.4 | 5.9 | 7.6 | 9.6 | 9.2 |
| Ammonia Production | 13.0 | 9.2 | 9.1 | 7.9 | 7.9 | 8.7 | 8.8 |
| Urea Consumption for Non-Agricultural Purposes | 3.8 | 3.7 | 4.9 | 4.1 | 3.4 | 4.4 | 4.3 |
| Petrochemical Production | 3.4 | 4.3 | 4.1 | 3.6 | 2.8 | 3.5 | 3.5 |
| Aluminum Production | 6.8 | 4.1 | 4.3 | 4.5 | 3.0 | 2.7 | 3.3 |
| Soda Ash Production and Consumption | 2.8 | 3.0 | 2.9 | 3.0 | 2.6 | 2.7 | 2.7 |
| Titanium Dioxide Production | 1.2 | 1.8 | 1.9 | 1.8 | 1.6 | 1.8 | 1.9 |
| Carbon Dioxide Consumption | 1.4 | 1.3 | 1.9 | 1.8 | 1.8 | 2.2 | 1.8 |
| Ferroalloy Production | 2.2 | 1.4 | 1.6 | 1.6 | 1.5 | 1.7 | 1.7 |
| Glass Production | 1.5 | 1.9 | 1.5 | 1.5 | 1.0 | 1.5 | 1.3 |
| Zinc Production | 0.6 | 1.0 | 1.0 | 1.2 | 0.9 | 1.2 | 1.3 |
| Phosphoric Acid Production | 1.5 | 1.3 | 1.2 | 1.1 | 1.0 | 1.1 | 1.2 |
| Lead Production | 0.5 | 0.6 | 0.6 | 0.5 | 0.5 | 0.5 | 0.5 |
| Silicon Carbide Production and Consumption | 0.4 | 0.2 | 0.2 | 0.2 | 0.1 | 0.2 | 0.2 |
| **CH$_4$** | **3.3** | **3.9** | **4.0** | **3.6** | **3.3** | **3.6** | **3.7** |
| Petrochemical Production | 2.3 | 3.1 | 3.3 | 2.9 | 2.9 | 3.1 | 3.1 |
| Iron and Steel Production & Metallurgical Coke | 1.0 | 0.7 | 0.7 | 0.6 | 0.4 | 0.5 | 0.6 |
| *Iron and Steel Production* | *1.0* | *0.7* | *0.7* | *0.6* | *0.4* | *0.5* | *0.6* |
| *Metallurgical Coke Production* | + | + | + | + | + | + | + |
| Ferroalloy Production | + | + | + | + | + | + | + |
| Silicon Carbide Production and Consumption | + | + | + | + | + | + | + |
| **N$_2$O** | **34.0** | **24.4** | **30.4** | **19.4** | **16.8** | **21.1** | **26.1** |
| Nitric Acid Production | 18.2 | 16.9 | 19.7 | 16.9 | 14.0 | 16.8 | 15.5 |
| Adipic Acid Production | 15.8 | 7.4 | 10.7 | 2.6 | 2.8 | 4.4 | 10.6 |
| **HFCs** | **36.9** | **115.0** | **120.0** | **117.5** | **112.0** | **121.3** | **129.0** |
| Substitution of Ozone Depleting Substances[a] | 0.3 | 99.0 | 102.7 | 103.6 | 106.3 | 114.6 | 121.7 |
| HCFC-22 Production | 36.4 | 15.8 | 17.0 | 13.6 | 5.4 | 6.4 | 6.9 |
| Semiconductor Manufacture | 0.2 | 0.2 | 0.3 | 0.3 | 0.2 | 0.4 | 0.3 |
| **PFCs** | **20.6** | **6.2** | **7.7** | **6.6** | **4.4** | **5.9** | **7.0** |
| Semiconductor Manufacture | 18.4 | 3.0 | 3.8 | 2.7 | 1.6 | 1.6 | 2.9 |
| Aluminum Production | 2.2 | 3.2 | 3.8 | 3.9 | 2.9 | 4.4 | 4.1 |
| **SF$_6$** | **32.6** | **15.0** | **12.3** | **11.4** | **9.8** | **10.1** | **9.4** |
| Electrical Transmission and Distribution | 26.7 | 11.1 | 8.8 | 8.6 | 8.1 | 7.8 | 7.0 |
| Semiconductor Manufacture | 0.5 | 1.0 | 0.8 | 0.9 | 0.7 | 1.0 | 0.9 |
| Magnesium Production and Processing | 5.4 | 2.9 | 2.6 | 1.9 | 1.1 | 1.3 | 1.4 |
| **Total** | **316.1** | **330.8** | **347.2** | **318.7** | **265.3** | **303.4** | **326.5** |

+ Does not exceed 0.05 Tg CO$_2$ Eq.
[a] Small amounts of PFC emissions also result from this source.

Overall, emissions from the Industrial Processes sector increased by 3.3 percent from 1990 to 2011. Significant trends in emissions from industrial processes source categories over the twenty-two-year period from 1990 through 2011 included the following:

- Combined CO$_2$ and CH$_4$ emissions from iron and steel production and metallurgical coke production increased by 15.2 percent to 64.8 Tg CO$_2$ Eq. from 2010 to 2011, but have declined overall by 35.9 Tg CO$_2$ Eq. (35.6 percent) from 1990 through 2011, due to restructuring of the industry, technological improvements, and increased scrap steel utilization.

- CO$_2$ emissions from ammonia production (8.8 Tg CO$_2$ Eq. in 2011) decreased by 4.3 Tg CO$_2$ Eq. (32.6 percent) since 1990. This is due to a decrease in domestic ammonia production primarily attributed to market fluctuations. Urea consumption for non-agricultural purposes (4.3 Tg CO$_2$ Eq. in 2011) increased by 0.5 Tg CO$_2$ Eq. (14.4 percent) since 1990.

- $N_2O$ emissions from adipic acid production were 10.6 Tg $CO_2$ Eq. in 2011, and have decreased significantly in recent years due to the widespread installation of pollution control measures. Emissions from adipic acid production have decreased by 32.9 percent since 1990 and by 39.6 percent since a peak in 1995.

- HFC emissions from ODS substitutes have been increasing from small amounts in 1990 to 121.7 Tg $CO_2$ Eq. in 2011. This increase results from efforts to phase out CFCs and other ODS' in the United States. In the short term, this trend is expected to continue, and will likely accelerate over the next decade as HCFCs—which are interim substitutes in many applications—are phased out under the provisions of the Copenhagen Amendments to the Montreal Protocol.

- PFC emissions from aluminum production decreased by about 84.0 percent (15.5 Tg $CO_2$ Eq.) from 1990 to 2011, due to both industry emission reduction efforts and lower domestic aluminum production.

## Solvent and Other Product Use

Greenhouse gas emissions are produced as a by-product of various solvent and other product uses. In the United States, $N_2O$ Emissions from Product Uses, the only source of greenhouse gas emissions from this sector, accounted for 4.4 Tg $CO_2$ Eq., or less than 0.1 percent of total U.S. greenhouse gas emissions in 2011 (see Table 2-7).

**Table 2-7:  $N_2O$ Emissions from Solvent and Other Product Use (Tg $CO_2$ Eq.)**

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| $N_2O$ | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 |
| $N_2O$ from Product Uses | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 |
| Total | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 |

In 2011, $N_2O$ emissions from product uses constituted 1.2 percent of U.S. $N_2O$ emissions. From 1990 to 2011, emissions from this source category decreased by 0.4 percent, though slight increases occurred in intermediate years.

## Agriculture

Agricultural activities contribute directly to emissions of greenhouse gases through a variety of processes, including the following source categories: enteric fermentation in domestic livestock, livestock manure management, rice cultivation, agricultural soil management, and field burning of agricultural residues.

In 2011, agricultural activities were responsible for emissions of 461.5 Tg $CO_2$ Eq., or 6.9 percent of total U.S. greenhouse gas emissions. $CH_4$ and $N_2O$ were the primary greenhouse gases emitted by agricultural activities. $CH_4$ emissions from enteric fermentation and manure management represented about 23.4 percent and 8.9 percent of total $CH_4$ emissions from anthropogenic activities, respectively, in 2011. Agricultural soil management activities, such as fertilizer application and other cropping practices, were the largest source of U.S. $N_2O$ emissions in 2011, accounting for 69.3 percent.

**Figure 2-10:  2011 Agriculture Chapter Greenhouse Gas Sources**



**Table 2-8:  Emissions from Agriculture (Tg $CO_2$ Eq.)**

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **$CH_4$** | **171.5** | **191.5** | **200.5** | **200.3** | **198.6** | **199.9** | **196.3** |
| Enteric Fermentation | 132.7 | 137.0 | 141.8 | 141.4 | 140.6 | 139.3 | 137.4 |
| Manure Management | 31.5 | 47.6 | 52.4 | 51.5 | 50.5 | 51.8 | 52.0 |
| Rice Cultivation | 7.1 | 6.8 | 6.2 | 7.2 | 7.3 | 8.6 | 6.6 |
| Field Burning of Agricultural Residues | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| **$N_2O$** | **242.3** | **254.7** | **270.4** | **263.3** | **260.6** | **262.4** | **265.2** |
| Agricultural Soil Management | 227.9 | 237.5 | 252.3 | 245.4 | 242.8 | 244.5 | 247.2 |
| Manure Management | 14.4 | 17.1 | 18.0 | 17.8 | 17.7 | 17.8 | 18.0 |
| Field Burning of Agricultural Residues | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **Total** | **413.9** | **446.2** | **470.9** | **463.6** | **459.2** | **462.3** | **461.5** |

Note:  Totals may not sum due to independent rounding.

Some significant trends in U.S. emissions from Agriculture source categories include the following:

- Agricultural soils produced approximately 69.3 percent of $N_2O$ emissions in the United States in 2011. Estimated emissions from this source in 2011 were 247.2 Tg $CO_2$ Eq.  Annual $N_2O$ emissions from agricultural soils fluctuated between 1990 and 2011, although overall emissions were 8.5 percent higher in 2011 than in 1990.  Nitrous oxide emissions from this source have not shown any significant long-term trend, as their estimation is highly sensitive to the amount of N applied to soils, which has not changed significantly over the time-period, and to weather patterns and crop type.

- Enteric fermentation was the second largest source of $CH_4$ emissions in the United States in 2011, at 137.4 Tg $CO_2$ Eq.  Generally, from 1990 to 1995 emissions increased and then decreased from 1996 to 2001. These trends were mainly due to fluctuations in beef cattle populations and increased digestibility of feed for feedlot cattle.  Emissions generally increased from 2002 to 2007, though with a slight decrease in 2004., as both dairy and beef populations underwent increases and the literature for dairy cow diets indicated a trend toward a decrease in feed digestibility for those years.  Emissions decreased again from 2008 to 2011 as beef cattle populations again decreased.  Regarding trends in other animals, during the timeframe of this analysis, populations of sheep have decreased 52 percent while horse populations have almost doubled, with each annual increase ranging from about 2 to 6 percent. Goat and swine populations have increased 25 percent and 22 percent, respectively, during this timeframe, though with some slight annual decreases. The

populations of American bison and mules, burros, and donkeys have more than tripled and quadrupled, respectively.

- Overall, emissions from manure management increased 52.8 percent between 1990 and 2011. This encompassed an increase of 65.3 percent for $CH_4$, from 31.5 Tg $CO_2$ Eq. in 1990 to 52.0 Tg $CO_2$ Eq. in 2011; and an increase of 25.3 percent for $N_2O$, from 14.4 Tg $CO_2$ Eq. in 1990 to 18.0 Tg $CO_2$ Eq. in 2011. The majority of this increase was from swine and dairy cow manure, since the general trend in manure management is one of increasing use of liquid systems, which tends to produce greater $CH_4$ emissions.

# Land Use, Land-Use Change, and Forestry

When humans alter the terrestrial biosphere through land use, changes in land use, and land management practices, they also alter the background carbon fluxes between biomass, soils, and the atmosphere. Forest management practices, tree planting in urban areas, the management of agricultural soils, and the landfilling of yard trimmings and food scraps have resulted in an uptake (sequestration) of carbon in the United States, which offset about 13.5 percent of total U.S. greenhouse gas emissions in 2011. Forests (including vegetation, soils, and harvested wood) accounted for approximately 92 percent of total 2011 net $CO_2$ flux, urban trees accounted for 8 percent, mineral and organic soil carbon stock changes accounted for 1 percent, and landfilled yard trimmings and food scraps accounted for 1 percent of the total net flux in 2011. The net forest sequestration is a result of net forest growth, increasing forest area, and a net accumulation of carbon stocks in harvested wood pools. The net sequestration in urban forests is a result of net tree growth and increased urban forest size. In agricultural soils, mineral and organic soils sequester approximately 5 times as much C as is emitted from these soils through liming and urea fertilization. The mineral soil C sequestration is largely due to the conversion of cropland to hay production fields, the limited use of bare-summer fallow areas in semi-arid areas, and an increase in the adoption of conservation tillage practices. The landfilled yard trimmings and food scraps net sequestration is due to the long-term accumulation of yard trimming and food scraps carbon in landfills.

Land use, land-use change, and forestry activities in 2011 resulted in a net C sequestration of 905.0 Tg $CO_2$ Eq. (246.8 Tg C) (Table 2-9). This represents an offset of approximately 16.1 percent of total U.S. $CO_2$ emissions, or 13.5 percent of total greenhouse gas emissions in 2011. Between 1990 and 2011, total land use, land-use change, and forestry net C flux resulted in a 13.9 percent increase in $CO_2$ sequestration, primarily due to an increase in the rate of net C accumulation in forest C stocks, particularly in aboveground and belowground tree biomass, and harvested wood pools.

**Table 2-9: Net $CO_2$ Flux from Land Use, Land-Use Change, and Forestry (Tg $CO_2$ Eq.)**

| Sink Category | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Forest Land Remaining Forest Land | (696.8) | (905.0) | (859.3) | (833.3) | (811.3) | (817.6) | (833.5) |
| Cropland Remaining Cropland | (34.1) | (20.3) | (6.6) | (5.2) | (4.6) | (3.0) | (2.9) |
| Land Converted to Cropland | 21.0 | 13.5 | 14.5 | 14.5 | 14.5 | 14.5 | 14.5 |
| Grassland Remaining Grassland | (5.3) | (1.0) | 7.1 | 7.2 | 7.3 | 7.3 | 7.4 |
| Land Converted to Grassland | (7.7) | (10.2) | (9.0) | (9.0) | (8.9) | (8.8) | (8.8) |
| Settlements Remaining Settlements | (47.5) | (63.2) | (65.0) | (66.0) | (66.9) | (67.9) | (68.8) |
| Other (Landfilled Yard Trimmings and Food Scraps) | (24.2) | (11.6) | (10.9) | (10.9) | (12.7) | (13.3) | (13.0) |
| **Total** | **(794.5)** | **(997.8)** | **(929.2)** | **(902.6)** | **(882.6)** | **(888.8)** | **(905.0)** |

Note: Totals may not sum due to independent rounding. Parentheses indicate net sequestration.

Land use, land-use change, and forestry source categories also resulted in emissions of $CO_2$, $CH_4$, and $N_2O$ that are not included in the net $CO_2$ flux estimates presented in Table 2-9. The application of crushed limestone and dolomite to managed land (i.e., soil liming) and urea fertilization resulted in $CO_2$ emissions of 8.1 Tg $CO_2$ Eq. in 2011, an increase of about 14.6 percent relative to 1990. Lands undergoing peat extraction resulted in $CO_2$ emissions of 0.9 Tg $CO_2$ Eq. (918 Gg), and $N_2O$ emissions of less than 0.05 Tg $CO_2$ Eq. in 2011. $N_2O$ emissions from the application of synthetic fertilizers to forest soils have increased from 0.1 Tg $CO_2$ Eq. in 1990 to 0.4 Tg $CO_2$ Eq. in 2011. Settlement soils in 2011 resulted in direct $N_2O$ emissions of 1.5 Tg $CO_2$ Eq., a 51 percent increase relative to

1990. Emissions from forest fires in 2011 resulted in $CH_4$ emissions of 14.2 Tg $CO_2$ Eq., and in $N_2O$ emissions of 11.6 Tg $CO_2$ Eq. (Table 2-10).

**Table 2-10: Emissions from Land Use, Land-Use Change, and Forestry (Tg $CO_2$ Eq.)**

| Source Category | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **$CO_2$** | **8.1** | **8.9** | **9.2** | **9.6** | **8.3** | **9.4** | **9.0** |
| Cropland Remaining Cropland:   Liming of Agricultural Soils | 4.7 | 4.3 | 4.5 | 5.0 | 3.7 | 4.7 | 4.5 |
| Cropland Remaining Cropland:   Urea Fertilization | 2.4 | 3.5 | 3.8 | 3.6 | 3.6 | 3.7 | 3.7 |
| Wetlands Remaining Wetlands: Peatlands Remaining Peatlands | 1.0 | 1.1 | 1.0 | 1.0 | 1.1 | 1.0 | 0.9 |
| **$CH_4$** | **2.5** | **8.0** | **14.4** | **8.7** | **5.7** | **4.7** | **14.2** |
| Forest Land Remaining Forest Land: Forest Fires | 2.5 | 8.0 | 14.4 | 8.7 | 5.7 | 4.7 | 14.2 |
| **$N_2O$** | **3.1** | **8.4** | **13.7** | **8.9** | **6.4** | **5.6** | **13.4** |
| Forest Land Remaining Forest Land: Forest Fires | 2.0 | 6.6 | 11.7 | 7.1 | 4.7 | 3.8 | 11.6 |
| Forest Land Remaining Forest Land: Forest Soils | 0.1 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| Settlements Remaining Settlements: Settlement Soils | 1.0 | 1.5 | 1.6 | 1.5 | 1.4 | 1.5 | 1.5 |
| Wetlands Remaining Wetlands: Peatlands Remaining Peatlands | + | + | + | + | + | + | + |
| **Total** | **13.7** | **25.4** | **37.3** | **27.2** | **20.4** | **19.7** | **36.6** |

+ Less than 0.05 Tg $CO_2$ Eq.
Note: Totals may not sum due to independent rounding.

Other significant trends from 1990 to 2011 in emissions from land use, land-use change, and forestry source categories include:

- Net C sequestration by forest land (i.e., carbon stock accumulation in the five carbon pools) has increased by approximately 20 percent. This is primarily due to increased forest management and the effects of previous reforestation. The increase in intensive forest management resulted in higher growth rates and higher biomass density. The tree planting and conservation efforts of the 1970s and 1980s continue to have a significant impact on sequestration rates. Finally, the forested area in the United States increased over the past 20 years, although only at an average rate of 0.2 percent per year.

- Net sequestration of C by urban trees has increased by 44.9 percent over the period from 1990 to 2011. This is primarily due to an increase in urbanized land area in the United States.

- Annual C sequestration in landfilled yard trimmings and food scraps has decreased by 46.2 percent since 1990. This is due in part to a decrease in the amount of yard trimmings and food scraps generated. In addition, the proportion of yard trimmings and food scraps landfilled has decreased, as there has been a significant rise in the number of municipal composting facilities in the United States.

## Waste

Waste management and treatment activities are sources of greenhouse gas emissions (see Figure 2-11). In 2011, landfills were the third largest source of U.S. anthropogenic $CH_4$ emissions, accounting for 17.5 percent of total U.S. $CH_4$ emissions.[45] Additionally, wastewater treatment accounts for 16.7 percent of Waste emissions, 2.8 percent of U.S. $CH_4$ emissions, and 1.5 percent of $N_2O$ emissions. Emissions of $CH_4$ and $N_2O$ from composting grew from 1990 to 2011, and resulted in emissions of 3.3 Tg $CO_2$ Eq. in 2011. A summary of greenhouse gas emissions from the Waste chapter is presented in Table 2-11.

---

[45] Landfills also store carbon, due to incomplete degradation of organic materials such as wood products and yard trimmings, as described in the Land Use, Land-Use Change, and Forestry chapter.

**Figure 2-11:  2011 Waste Chapter Greenhouse Gas Sources**



Overall, in 2011, waste activities generated emissions of 127.7 Tg $CO_2$ Eq., or 1.9 percent of total U.S. greenhouse gas emissions.

**Table 2-11:  Emissions from Waste (Tg $CO_2$ Eq.)**

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **CH$_4$** | **164.0** | **130.5** | **129.8** | **129.8** | **131.9** | **131.4** | **124.7** |
|   Landfills | 147.8 | 112.5 | 111.5 | 111.6 | 113.6 | 113.3 | 106.8 |
|   Wastewater Treatment | 15.9 | 16.5 | 16.7 | 16.6 | 16.6 | 16.5 | 16.4 |
|   Composting | 0.3 | 1.6 | 1.6 | 1.7 | 1.7 | 1.6 | 1.5 |
| **N$_2$O** | **3.8** | **6.4** | **6.5** | **6.7** | **6.8** | **6.7** | **6.8** |
|   Wastewater Treatment | 3.5 | 4.7 | 4.8 | 4.8 | 4.9 | 5 | 5.1 |
|   Composting | 0.4 | 1.7 | 1.8 | 1.8 | 1.9 | 1.8 | 1.7 |
| **Total** | **167.8** | **136.9** | **136.5** | **138.6** | **138.1** | **131.4** | **127.7** |

Note:  Totals may not sum due to independent rounding.

Some significant trends in U.S. emissions from waste source categories include the following:

- From 1990 to 2011, net CH$_4$ emissions from landfills decreased by 44.7 Tg $CO_2$ Eq. (30.3 percent), with small increases occurring in interim years.  This downward trend in overall emissions is the result of increases in the amount of landfill gas collected and combusted as well as reduction in the amount of decomposable materials (i.e., paper and paperboard, food scraps, and yard trimmings) discarded in MSW landfills over the time series,[46] which has more than offset the additional CH$_4$ emissions resulting from an increase in the amount of municipal solid waste landfilled.

- Combined CH$_4$ and N$_2$O emissions from composting have generally increased since 1990, from 0.7 Tg $CO_2$ Eq. to 3.3 Tg $CO_2$ Eq. in 2011, which represents slightly less than a five-fold increase over the time series.

---

[46] The $CO_2$ produced from combusted landfill CH$_4$ at landfills is not counted in national inventories as it is considered part of the natural C cycle of decomposition.

- From 1990 to 2011, $CH_4$ and $N_2O$ emissions from wastewater treatment increased by 0.2 Tg $CO_2$ Eq. (1.6 percent) and 1.7 Tg $CO_2$ Eq. (49.7 percent), respectively.

# 2.2 Emissions by Economic Sector

Throughout this report, emission estimates are grouped into six sectors (i.e., chapters) defined by the IPCC and detailed above: Energy; Industrial Processes; Solvent and Other Product Use; Agriculture; Land Use, Land-Use Change, and Forestry; and Waste. While it is important to use this characterization for consistency with UNFCCC reporting guidelines, it is also useful to allocate emissions into more commonly used sectoral categories. This section reports emissions by the following U.S. economic sectors: residential, commercial, industry, transportation, electricity generation, and agriculture, as well as U.S. territories.

Using this categorization, emissions from electricity generation accounted for the largest portion (33 percent) of U.S. greenhouse gas emissions in 2011. Transportation activities, in aggregate, accounted for the second largest portion (27 percent). Emissions from industry accounted for about 20 percent of U.S. greenhouse gas emissions in 2011. In contrast to electricity generation and transportation, emissions from industry have in general declined over the past decade. The long-term decline in these emissions has been due to structural changes in the U.S. economy (i.e., shifts from a manufacturing-based to a service-based economy), fuel switching, and efficiency improvements. The remaining 20 percent of U.S. greenhouse gas emissions were contributed by the residential, agriculture, and commercial sectors, plus emissions from U.S. territories. The residential sector accounted for 5 percent, and primarily consisted of $CO_2$ emissions from fossil fuel combustion. Activities related to agriculture accounted for roughly 8 percent of U.S. emissions; unlike other economic sectors, agricultural sector emissions were dominated by $N_2O$ emissions from agricultural soil management and $CH_4$ emissions from enteric fermentation, rather than $CO_2$ from fossil fuel combustion. The commercial sector accounted for roughly 6 percent of emissions, while U.S. territories accounted for less than 1 percent. Carbon dioxide was also emitted and sequestered (in the form of C) by a variety of activities related to forest management practices, tree planting in urban areas, the management of agricultural soils, and landfilling of yard trimmings.

Table 2-12 presents a detailed breakdown of emissions from each of these economic sectors by source category, as they are defined in this report. Figure 2-12 shows the trend in emissions by sector from 1990 to 2011.

**Figure 2-12: Emissions Allocated to Economic Sectors**



**Table 2-12: U.S. Greenhouse Gas Emissions Allocated to Economic Sectors (Tg $CO_2$ Eq. and Percent of Total in 2011)**

| Sector/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 | Percent[a] |
|---|---|---|---|---|---|---|---|---|
| **Electric Power Industry** | **1,866.1** | **2,445.7** | **2,455.6** | **2,402.0** | **2,187.6** | **2,303.0** | **2,200.9** | **32.8%** |
| $CO_2$ from Fossil Fuel Combustion | 1,820.8 | 2,402.1 | 2,412.8 | 2,360.9 | 2,146.4 | 2,259.2 | 2,158.5 | 32.2% |
| Stationary Combustion | 7.7 | 16.5 | 17.2 | 17.3 | 17.2 | 18.9 | 18.4 | 0.3% |
| Incineration of Waste | 8.4 | 12.9 | 13.1 | 12.2 | 12.1 | 12.4 | 12.4 | 0.2% |
| Electrical Transmission and Distribution | 26.7 | 11.1 | 8.8 | 8.6 | 8.1 | 7.8 | 7.0 | 0.1% |
| Other Process Uses of Carbonates | 2.5 | 3.2 | 3.7 | 2.9 | 3.8 | 4.8 | 4.6 | 0.1% |
| **Transportation** | **1,553.2** | **2,012.3** | **2,013.1** | **1,916.0** | **1,840.6** | **1,852.3** | **1,829.4** | **27.3%** |
| $CO_2$ from Fossil Fuel Combustion | 1,494.0 | 1,891.7 | 1,904.7 | 1,816.0 | 1,749.2 | 1,763.9 | 1,745.0 | 26.0% |
| Substitution of Ozone Depleting Substances | + | 72.9 | 68.8 | 64.9 | 60.2 | 58.4 | 57.1 | 0.9% |
| Mobile Combustion | 47.4 | 37.5 | 29.3 | 25.6 | 22.7 | 20.5 | 18.3 | 0.3% |
| Non-Energy Use of Fuels | 11.8 | 10.2 | 10.2 | 9.5 | 8.5 | 9.5 | 9.0 | 0.1% |
| **Industry** | **1,538.8** | **1,416.2** | **1,456.1** | **1,398.8** | **1,244.2** | **1,331.8** | **1,332.0** | **19.9%** |
| $CO_2$ from Fossil Fuel Combustion | 817.5 | 776.6 | 796.0 | 756.6 | 676.0 | 732.6 | 723.8 | 10.8% |
| Natural Gas Systems | 198.9 | 188.9 | 199.2 | 196.0 | 182.9 | 175.9 | 177.1 | 2.6% |
| Non-Energy Use of Fuels | 99.9 | 124.5 | 117.5 | 121.3 | 111.5 | 115.2 | 113.4 | 1.7% |
| Iron and Steel Production | 100.7 | 67.4 | 72.0 | 67.5 | 43.4 | 56.3 | 64.8 | 1.0% |
| Coal Mining | 84.1 | 56.9 | 57.9 | 67.1 | 70.3 | 72.4 | 63.2 | 0.9% |
| Petroleum Systems | 35.6 | 29.5 | 30.1 | 30.3 | 30.9 | 31.1 | 31.8 | 0.5% |
| Cement Production | 33.3 | 45.2 | 44.5 | 40.5 | 29.0 | 30.9 | 31.6 | 0.5% |
| Nitric Acid Production | 18.2 | 16.9 | 19.7 | 16.9 | 14.0 | 16.8 | 15.5 | 0.2% |
| Substitution of Ozone Depleting Substances | + | 6.4 | 7.8 | 8.5 | 10.9 | 13.5 | 15.0 | 0.2% |
| Lime Production | 11.5 | 14.3 | 14.6 | 14.3 | 11.2 | 13.1 | 13.8 | 0.2% |
| Adipic Acid Production | 15.8 | 7.4 | 10.7 | 2.6 | 2.8 | 4.4 | 10.6 | 0.2% |
| Ammonia Production | 13.0 | 9.2 | 9.1 | 7.9 | 7.9 | 8.7 | 8.8 | 0.1% |
| HCFC-22 Production | 36.4 | 15.8 | 17.0 | 13.6 | 5.4 | 6.4 | 6.9 | 0.1% |
| Petrochemical Production | 5.7 | 7.5 | 7.3 | 6.5 | 5.7 | 6.5 | 6.6 | 0.1% |
| Aluminum Production | 25.3 | 7.1 | 8.1 | 7.2 | 4.6 | 4.3 | 6.2 | 0.1% |
| Semiconductor Manufacture | 2.9 | 4.4 | 4.9 | 5.1 | 3.8 | 5.7 | 5.3 | 0.1% |
| Abandoned Underground Coal Mines | 6.0 | 5.5 | 5.3 | 5.3 | 5.1 | 5.0 | 4.8 | 0.1% |
| Other Process Uses of Carbonates | 2.5 | 3.2 | 3.7 | 2.9 | 3.8 | 4.8 | 4.6 | 0.1% |
| $N_2O$ from Product Uses | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 0.1% |
| Urea Consumption for Non-Agricultural Purposes | 3.8 | 3.7 | 4.9 | 4.1 | 3.4 | 4.4 | 4.3 | 0.1% |
| Stationary Combustion | 4.9 | 4.6 | 4.5 | 4.2 | 3.7 | 4.1 | 4.0 | 0.1% |
| Soda Ash Production and Consumption | 2.8 | 3.0 | 2.9 | 3.0 | 2.6 | 2.7 | 2.7 | + |
| Titanium Dioxide Production | 1.2 | 1.8 | 1.9 | 1.8 | 1.6 | 1.8 | 1.9 | + |
| Carbon Dioxide Consumption | 1.4 | 1.3 | 1.9 | 1.8 | 1.8 | 2.2 | 1.8 | + |
| Ferroalloy Production | 2.2 | 1.4 | 1.6 | 1.6 | 1.5 | 1.7 | 1.7 | + |
| Magnesium Production and Processing | 5.4 | 2.9 | 2.6 | 1.9 | 1.1 | 1.3 | 1.4 | + |
| Mobile Combustion | 0.9 | 1.3 | 1.3 | 1.3 | 1.3 | 1.4 | 1.4 | + |
| Glass Production | 1.5 | 1.9 | 1.5 | 1.5 | 1.0 | 1.5 | 1.3 | + |
| Zinc Production | 0.6 | 1.0 | 1.0 | 1.2 | 0.9 | 1.2 | 1.3 | + |
| Phosphoric Acid Production | 1.5 | 1.3 | 1.2 | 1.1 | 1.0 | 1.1 | 1.2 | + |
| Lead Production | 0.5 | 0.6 | 0.6 | 0.5 | 0.5 | 0.5 | 0.5 | + |
| Silicon Carbide Production and Consumption | 0.4 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | + |
| **Agriculture** | **458.0** | **517.4** | **555.6** | **535.3** | **525.4** | **528.7** | **546.6** | **8.2%** |
| $N_2O$ from Agricultural Soil Management | 227.9 | 237.5 | 252.3 | 245.4 | 242.8 | 244.5 | 247.2 | 3.7% |
| Enteric Fermentation | 132.7 | 137.0 | 141.8 | 141.4 | 140.6 | 139.3 | 137.4 | 2.0% |
| Manure Management | 45.8 | 64.6 | 70.3 | 69.3 | 68.2 | 69.5 | 70.0 | 1.0% |
| $CO_2$ from Fossil Fuel Combustion | 31.0 | 46.8 | 48.4 | 45.4 | 46.7 | 47.6 | 49.4 | 0.7% |
| $CH_4$ and $N_2O$ from Forest Fires | 4.5 | 14.6 | 26.1 | 15.7 | 10.4 | 8.5 | 25.7 | 0.4% |
| Rice Cultivation | 7.1 | 6.8 | 6.2 | 7.2 | 7.3 | 8.6 | 6.6 | 0.1% |
| Liming of Agricultural Soils | 4.7 | 4.3 | 4.5 | 5.0 | 3.7 | 4.7 | 4.5 | 0.1% |
| Urea Fertilization | 2.4 | 3.5 | 3.8 | 3.6 | 3.6 | 3.7 | 3.7 | 0.1% |
| $CO_2$ and $N_2O$ from Managed Peatlands | 1.0 | 1.1 | 1.0 | 1.0 | 1.1 | 1.0 | 0.9 | + |
| Mobile Combustion | 0.3 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | + |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Stationary Combustion | 0.1 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | + |
| $N_2O$ from Forest Soils | 0.3 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | + |
| Field Burning of Agricultural Residues | + | + | + | + | + | + | + | + |
| **Commercial** | **388.1** | **374.1** | **372.0** | **380.9** | **382.9** | **376.9** | **378.0** | **5.6%** |
| $CO_2$ from Fossil Fuel Combustion | 219.0 | 223.5 | 218.9 | 223.8 | 223.4 | 220.6 | 222.1 | 3.3% |
| Landfills | 147.8 | 112.5 | 111.6 | 113.6 | 113.3 | 106.8 | 103.0 | 1.5% |
| Substitution of Ozone Depleting Substances | + | 12.3 | 15.4 | 17.2 | 20.1 | 23.6 | 27.0 | 0.4% |
| Wastewater Treatment | 15.9 | 16.5 | 16.6 | 16.6 | 16.5 | 16.4 | 16.2 | 0.2% |
| Human Sewage | 3.5 | 4.7 | 4.8 | 4.9 | 5.0 | 5.1 | 5.2 | 0.1% |
| Composting | 0.7 | 3.3 | 3.5 | 3.5 | 3.3 | 3.2 | 3.3 | + |
| Stationary Combustion | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | + |
| **Residential** | **345.4** | **371.3** | **358.2** | **366.0** | **358.1** | **359.6** | **357.3** | **5.3%** |
| $CO_2$ from Fossil Fuel Combustion | 338.3 | 357.9 | 341.6 | 347.0 | 337.0 | 334.6 | 328.8 | 4.9% |
| Substitution of Ozone Depleting Substances | 0.3 | 7.3 | 10.7 | 12.9 | 15.1 | 19.1 | 22.6 | 0.3% |
| Stationary Combustion | 5.7 | 4.6 | 4.4 | 4.7 | 4.5 | 4.4 | 4.4 | 0.1% |
| Settlement Soil Fertilization | 1.0 | 1.5 | 1.6 | 1.5 | 1.4 | 1.5 | 1.5 | + |
| **U.S. Territories** | **33.7** | **58.2** | **52.6** | **49.8** | **47.9** | **58.0** | **58.0** | **0.9%** |
| $CO_2$ from Fossil Fuel Combustion | 27.9 | 50.0 | 45.2 | 41.0 | 43.8 | 49.6 | 49.7 | 0.7% |
| Non-Energy Use of Fuels | 5.7 | 8.1 | 7.2 | 8.7 | 3.9 | 8.2 | 8.2 | 0.1% |
| Stationary Combustion | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | + |
| **Total Emissions** | **6,183.3** | **7,195.3** | **7,263.2** | **7,048.8** | **6,586.6** | **6,810.3** | **6,702.3** | **100.0%** |
| **Sinks** | **(794.5)** | **(997.8)** | **(929.2)** | **(902.6)** | **(882.6)** | **(888.8)** | **(905.0)** | **-13.5%** |
| $CO_2$ Flux from Forests | (696.8) | (905.0) | (859.3) | (833.3) | (811.3) | (817.6) | (833.5) | -12.4% |
| Urban Trees | (47.5) | (63.2) | (65.0) | (66.0) | (66.9) | (67.9) | (68.8) | -1.0% |
| Landfilled Yard Trimmings and Food Scraps | (24.2) | (11.6) | (10.9) | (10.9) | (12.7) | (13.3) | (13.0) | -0.2% |
| $CO_2$ Flux from Agricultural Soil Carbon Stocks | (26.0) | (18.0) | 6.0 | 7.6 | 8.3 | 10.0 | 10.3 | 0.2% |
| **Net Emissions** | **5,388.7** | **6,197.4** | **6,334.0** | **6,146.2** | **5,704.0** | **5,921.5** | **5,797.3** | **86.5%** |

Note:  Includes all emissions of $CO_2$, $CH_4$, $N_2O$, HFCs, PFCs, and $SF_6$.  Parentheses indicate negative values or sequestration.  Totals may not sum due to independent rounding.

ODS (Ozone Depleting Substances)

+ Does not exceed 0.05 Tg $CO_2$ Eq. or 0.05 percent.

[a] Percent of total emissions for year 2011.

[b] Includes the effects of net additions to stocks of carbon stored in harvested wood products.

## Emissions with Electricity Distributed to Economic Sectors

It can also be useful to view greenhouse gas emissions from economic sectors with emissions related to electricity generation distributed into end-use categories (i.e., emissions from electricity generation are allocated to the economic sectors in which the electricity is consumed).  The generation, transmission, and distribution of electricity, which is the largest economic sector in the United States, accounted for 33 percent of total U.S. greenhouse gas emissions in 2011.  Emissions increased by 18 percent since 1990, as electricity demand grew and fossil fuels remained the dominant energy source for generation.  Electricity generation-related emissions decreased from 2010 to 2011 by 4.4 percent, primarily due to decreased $CO_2$ emissions from fossil fuel combustion.  Electricity sales to the residential and commercial end-use sectors in 2011 decreased approximately 1.5 percent and 0.8 percent, respectively.  The trend in the residential and commercial sectors can largely be attributed to milder, less energy-intensive winter conditions compared to 2010.  Electricity sales to the industrial sector in 2011 increased approximately 0.5 percent.  Overall, in 2011, the amount of electricity generated (in kWh) decreased by 0.8 percent from the previous year.  As a result, $CO_2$ emissions from the electric power sector decreased by 4.4 percent as the consumption of coal and petroleum for electricity generation decreased by 5.7 percent and 19.9 percent, respectively, in 2011 and the consumption of natural gas for electricity generation, increased by 2.5 percent. Table 2-13 provides a detailed summary of emissions from electricity generation-related activities.

**Table 2-13:  Electricity Generation-Related Greenhouse Gas Emissions (Tg CO$_2$ Eq.)**

| Gas/Fuel Type or Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **CO$_2$** | **1,831.2** | **2,417.8** | **2,429.2** | **2,375.7** | **2,161.9** | **2,276.0** | **2,175.1** |
| Fossil Fuel Combustion | 1,820.8 | 2,402.1 | 2,412.8 | 2,360.9 | 2,146.4 | 2,259.2 | 2,158.5 |
| *Coal* | *1,547.6* | *1,983.8* | *1,987.3* | *1,959.4* | *1,740.9* | *1,827.6* | *1,722.7* |
| *Natural Gas* | *175.3* | *318.8* | *371.3* | *361.9* | *372.2* | *399.0* | *408.8* |
| *Petroleum* | *97.5* | *99.2* | *53.9* | *39.2* | *33.0* | *32.2* | *26.6* |
| *Geothermal* | *0.4* | *0.4* | *0.4* | *0.4* | *0.4* | *0.4* | *0.4* |
| Incineration of Waste | 8.0 | 12.5 | 12.7 | 11.9 | 11.7 | 12.0 | 12.0 |
| Other Process Uses of Carbonates | 2.5 | 3.2 | 3.7 | 2.9 | 3.8 | 4.8 | 4.6 |
| **CH$_4$** | **0.3** | **0.5** | **0.5** | **0.5** | **0.4** | **0.5** | **0.4** |
| Stationary Combustion* | 0.3 | 0.5 | 0.5 | 0.5 | 0.4 | 0.5 | 0.4 |
| Incineration of Waste | + | + | + | + | + | + | + |
| **N$_2$O** | **7.8** | **16.4** | **17.1** | **17.2** | **17.2** | **18.8** | **18.3** |
| Stationary Combustion* | 7.4 | 16.0 | 16.7 | 16.8 | 16.8 | 18.5 | 17.9 |
| Incineration of Waste | 0.5 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| **SF$_6$** | **26.7** | **11.1** | **8.8** | **8.6** | **8.1** | **7.8** | **7.0** |
| Electrical Transmission and Distribution | 26.7 | 11.1 | 8.8 | 8.6 | 8.1 | 7.8 | 7.0 |
| **Total** | **1,866.1** | **2,445.7** | **2,455.6** | **2,402.0** | **2,187.6** | **2,303.0** | **2,200.9** |

Note:  Totals may not sum due to independent rounding.

* Includes only stationary combustion emissions related to the generation of electricity.

+ Does not exceed 0.05 Tg CO$_2$ Eq.

To distribute electricity emissions among economic end-use sectors, emissions from the source categories assigned to the electricity generation sector were allocated to the residential, commercial, industry, transportation, and agriculture economic sectors according to each economic sector's share of retail sales of electricity consumption (EIA 2011 and Duffield 2006).  These source categories include CO$_2$ from Fossil Fuel Combustion, CH$_4$ and N$_2$O from Stationary Combustion, Incineration of Waste, Other Process Uses of Carbonates, and SF$_6$ from Electrical Transmission and Distribution Systems. Note that only 50 percent of the Other Process Uses of Carbonates emissions were associated with electricity generation and distributed as described; the remainder of Other Process Uses of Carbonates emissions were attributed to the industrial processes economic end-use sector.[47]

When emissions from electricity are distributed among these sectors, industry activities account for the largest share of total U.S. greenhouse gas emissions (28.3 percent), followed closely by emissions from transportation (27.4 percent).  Emissions from the residential and commercial sectors also increase substantially when emissions from electricity are included.  In all sectors except agriculture, CO$_2$ accounts for more than 80 percent of greenhouse gas emissions, primarily from the combustion of fossil fuels.

Table 2-14 presents a detailed breakdown of emissions from each of these economic sectors, with emissions from electricity generation distributed to them.  Figure 2-13 shows the trend in these emissions by sector from 1990 to 2011.

---

[47] Emissions were not distributed to U.S. territories, since the electricity generation sector only includes emissions related to the generation of electricity in the 50 states and the District of Columbia.

**Figure 2-13:  Emissions with Electricity Distributed to Economic Sectors**



**Table 2-14:  U.S. Greenhouse Gas Emissions by Economic Sector and Gas with Electricity-Related Emissions Distributed (Tg CO$_2$ Eq.) and Percent of Total in 2011**

| Sector/Gas | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 | Percent[a] |
|---|---|---|---|---|---|---|---|---|
| **Industry** | **2,181.3** | **2,102.4** | **2,113.6** | **2,036.3** | **1,789.8** | **1,916.9** | **1,897.2** | **28.3%** |
| Direct Emissions | 1,538.8 | 1,416.2 | 1,456.1 | 1,398.8 | 1,244.2 | 1,331.8 | 1,332.0 | 19.9% |
| CO$_2$ | 1,146.5 | 1,096.3 | 1,115.4 | 1,068.9 | 935.3 | 1,017.2 | 1,016.7 | 15.2% |
| CH$_4$ | 291.5 | 256.2 | 267.0 | 271.0 | 261.4 | 256.9 | 249.5 | 3.7% |
| N$_2$O | 42.4 | 33.0 | 39.0 | 27.8 | 24.9 | 29.5 | 34.4 | 0.5% |
| HFCs, PFCs, and | 58.4 | 30.6 | 34.6 | 31.1 | 22.6 | 28.3 | 31.5 | 0.5% |
| Electricity-Related | 642.4 | 686.2 | 657.5 | 637.6 | 545.5 | 585.0 | 565.1 | 8.4% |
| CO$_2$ | 630.4 | 678.4 | 650.4 | 630.6 | 539.3 | 578.2 | 558.5 | 8.3% |
| CH$_4$ | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | + |
| N$_2$O | 2.7 | 4.6 | 4.6 | 4.6 | 4.3 | 4.8 | 4.7 | 0.1% |
| SF$_6$ | 9.2 | 3.1 | 2.4 | 2.3 | 2.0 | 2.0 | 1.8 | + |
| **Transportation** | **1,556.3** | **2,017.2** | **2,018.2** | **1,920.8** | **1,845.2** | **1,856.9** | **1,833.7** | **27.4%** |
| Direct Emissions | 1,553.2 | 2,012.3 | 2,013.1 | 1,916.0 | 1,840.6 | 1,852.3 | 1,829.4 | 27.3% |
| CO$_2$ | 1,505.8 | 1,901.9 | 1,914.9 | 1,825.5 | 1,757.7 | 1,773.4 | 1,754.0 | 26.2% |
| CH$_4$ | 4.4 | 2.1 | 1.8 | 1.6 | 1.5 | 1.5 | 1.4 | + |
| N$_2$O | 43.03 | 35.43 | 27.54 | 23.96 | 21.17 | 19.08 | 16.88 | 0.3% |
| HFCs[b] | + | 72.9 | 68.8 | 64.9 | 60.2 | 58.4 | 57.1 | 0.9% |
| Electricity-Related | 3.1 | 4.8 | 5.2 | 4.8 | 4.6 | 4.6 | 4.3 | 0.1% |
| CO$_2$ | 3.1 | 4.8 | 5.1 | 4.7 | 4.5 | 4.5 | 4.3 | 0.1% |
| CH$_4$ | + | + | + | + | + | + | + | + |
| N$_2$O | + | + | + | + | + | + | + | + |
| SF$_6$ | + | + | + | + | + | + | + | + |
| **Commercial** | **939.5** | **1,192.4** | **1,215.6** | **1,211.1** | **1,150.8** | **1,165.2** | **1,131.0** | **16.9%** |
| Direct Emissions | 388.1 | 374.1 | 372.0 | 380.9 | 382.9 | 376.9 | 378.0 | 5.6% |
| CO$_2$ | 219.0 | 223.5 | 218.9 | 223.8 | 223.4 | 220.6 | 222.1 | 3.3% |
| CH$_4$ | 164.9 | 131.5 | 130.8 | 132.8 | 132.4 | 125.6 | 121.7 | 1.8% |
| N$_2$O | 4.2 | 6.8 | 7.0 | 7.1 | 7.1 | 7.1 | 7.2 | 0.1% |
| HFCs | + | 12.3 | 15.4 | 17.2 | 20.1 | 23.6 | 27.0 | 0.4% |
| Electricity-Related | 551.4 | 818.3 | 843.5 | 830.2 | 767.9 | 788.3 | 752.9 | 11.2% |
| CO$_2$ | 541.1 | 808.9 | 834.5 | 821.2 | 758.9 | 779.0 | 744.1 | 11.1% |
| CH$_4$ | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | + |
| N$_2$O | 2.3 | 5.5 | 5.9 | 5.9 | 6.0 | 6.4 | 6.3 | 0.1% |
| SF$_6$ | 7.9 | 3.7 | 3.0 | 3.0 | 2.8 | 2.7 | 2.4 | + |
| **Residential** | **953.1** | **1,243.6** | **1,237.1** | **1,223.6** | **1,159.6** | **1,216.3** | **1,169.8** | **17.5%** |
| Direct Emissions | 345.4 | 371.3 | 358.2 | 366.0 | 358.1 | 359.6 | 357.3 | 5.3% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $CO_2$ | 338.3 | 357.9 | 341.6 | 347.0 | 337.0 | 334.6 | 328.8 | 4.9% |
| $CH_4$ | 4.6 | 3.6 | 3.5 | 3.7 | 3.6 | 3.5 | 3.5 | 0.1% |
| $N_2O$ | 2.1 | 2.4 | 2.5 | 2.4 | 2.3 | 2.4 | 2.4 | + |
| HFCs | 0.3 | 7.3 | 10.7 | 12.9 | 15.1 | 19.1 | 22.6 | 0.3% |
| Electricity-Related | 607.8 | 872.3 | 878.8 | 857.6 | 801.6 | 856.7 | 812.5 | 12.1% |
| $CO_2$ | 596.4 | 862.3 | 869.4 | 848.2 | 792.2 | 846.7 | 803.0 | 12.0% |
| $CH_4$ | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | + |
| $N_2O$ | 2.6 | 5.8 | 6.1 | 6.1 | 6.3 | 7.0 | 6.8 | 0.1% |
| $SF_6$ | 8.7 | 4.0 | 3.2 | 3.1 | 3.0 | 2.9 | 2.6 | + |
| **Agriculture** | **519.4** | **581.6** | **626.2** | **607.1** | **593.3** | **597.1** | **612.6** | **9.1%** |
| Direct Emissions | 458.0 | 517.4 | 555.6 | 535.3 | 525.4 | 528.7 | 546.6 | 8.2% |
| $CO_2$ | 39.2 | 55.7 | 57.7 | 55.1 | 55.0 | 57.0 | 58.5 | 0.9% |
| $CH_4$ | 174.1 | 199.7 | 215.1 | 209.1 | 204.4 | 204.7 | 210.6 | 3.1% |
| $N_2O$ | 244.7 | 262.0 | 282.8 | 271.1 | 266.0 | 266.9 | 277.6 | 4.1% |
| Electricity-Related | 61.4 | 64.1 | 70.6 | 71.8 | 67.9 | 68.5 | 65.9 | 1.0% |
| $CO_2$ | 60.2 | 63.4 | 69.9 | 71.0 | 67.1 | 67.7 | 65.2 | 1.0% |
| $CH_4$ | + | + | + | + | + | + | + | + |
| $N_2O$ | 0.3 | 0.4 | 0.5 | 0.5 | 0.5 | 0.6 | 0.5 | + |
| $SF_6$ | 0.9 | 0.3 | 0.3 | 0.3 | 0.3 | 0.2 | 0.2 | + |
| **U.S. Territories** | **33.7** | **58.2** | **52.6** | **49.8** | **47.9** | **58.0** | **58.0** | **0.9%** |
| **Total** | **6,183.3** | **7,195.3** | **7,263.2** | **7,048.8** | **6,586.6** | **6,810.3** | **6,702.3** | **100.0%** |

Note: Emissions from electricity generation are allocated based on aggregate electricity consumption in each end-use sector.

Totals may not sum due to independent rounding.

+ Does not exceed 0.05 Tg $CO_2$ Eq. or 0.05 percent.

[a] Percent of total emissions for year 2011.

[b] Includes primarily HFC-134a.

# Industry

The industrial end-use sector includes $CO_2$ emissions from fossil fuel combustion from all manufacturing facilities, in aggregate. This sector also includes emissions that are produced as a by-product of the non-energy-related industrial process activities. The variety of activities producing these non-energy-related emissions includes methane emissions from petroleum and natural gas systems, fugitive $CH_4$ emissions from coal mining, by-product $CO_2$ emissions from cement manufacture, and HFC, PFC, and $SF_6$ by-product emissions from semiconductor manufacture, to name a few. Since 1990, industrial sector emissions have declined. The decline has occurred both in direct emissions and indirect emissions associated with electricity use. However, the decline in direct emissions has been sharper. In theory, emissions from the industrial end-use sector should be highly correlated with economic growth and industrial output, but heating of industrial buildings and agricultural energy consumption are also affected by weather conditions. In addition, structural changes within the U.S. economy that lead to shifts in industrial output away from energy-intensive manufacturing products to less energy-intensive products (e.g., from steel to computer equipment) also have a significant effect on industrial emissions.

# Transportation

When electricity-related emissions are distributed to economic end-use sectors, transportation activities accounted for 27 percent of U.S. greenhouse gas emissions in 2011. The largest sources of transportation greenhouse gases in 2011 were passenger cars (41.2 percent), light duty trucks, which include sport utility vehicles, pickup trucks, and minivans (17.4 percent), freight trucks (21.0 percent), rail (6.5 percent), and commercial aircraft (6.1 percent). These figures include direct emissions from fossil fuel combustion, as well as HFC emissions from mobile air conditioners and refrigerated transport allocated to these vehicle types.

Although average fuel economy over this period increased slightly due primarily to the retirement of older vehicles, average fuel economy among new vehicles sold annually declined from 1990 to 2004. The decline in new vehicle fuel economy between 1990 and 2004 reflected the increasing market share of light duty trucks, which grew from about one-fifth of new vehicle sales in the 1970s to slightly over half of the market by 2004. Increasing fuel

prices have since decreased overall light duty truck sales, and average new vehicle fuel economy has improved since 2005 as the market share of passenger cars increased. Over the 1990s through early this decade, growth in vehicle travel substantially outweighed improvements in vehicle fuel economy; however, the rate of Vehicle Miles Traveled (VMT) growth slowed considerably starting in 2005 (and declined rapidly in 2008) while average vehicle fuel economy increased. In 2011, fuel VMT fell by 0.7 percent.[48] Additionally, consumption of diesel fuel has continued to decrease recently, due in part to a decrease in commercial activity and freight trucking as a result of the economic recession. Table 2-15 provides a detailed summary of greenhouse gas emissions from transportation-related activities with electricity-related emissions included in the totals.

In terms of the overall trend, from 1990 to 2011, transportation emissions rose by 19 percent due, in large part, to increased demand for travel and the stagnation of fuel efficiency across the U.S. vehicle fleet. The number of vehicle miles traveled by light-duty motor vehicles (passenger cars and light-duty trucks) increased 34 percent from 1990 to 2011, as a result of a confluence of factors including population growth, economic growth, urban sprawl, and low fuel prices over much of this period.

Then, from 2008 to 2009, $CO_2$ emissions from the transportation end-use sector declined 4 percent. The decrease in emissions can largely be attributed to decreased economic activity in 2009 and an associated decline in the demand for transportation. Modes such as medium- and heavy-duty trucks were significantly impacted by the decline in freight transport. From 2009 to 2011, $CO_2$ emissions from the transportation end-use sector stabilized even as economic activity rebounded slightly.

Almost all of the energy consumed for transportation was supplied by petroleum-based products, with more than half being related to gasoline consumption in automobiles and other highway vehicles. Other fuel uses, especially diesel fuel for freight trucks and jet fuel for aircraft, accounted for the remainder. The primary driver of transportation-related emissions was $CO_2$ from fossil fuel combustion, which increased by 17 percent from 1990 to 2011. This rise in $CO_2$ emissions, combined with an increase in HFCs from close to zero emissions in 1990 to 57.1 Tg $CO_2$ Eq. in 2011, led to an increase in overall emissions from transportation activities of 18 percent.

**Table 2-15:  Transportation-Related Greenhouse Gas Emissions (Tg CO2 Eq.)**

| Gas/Vehicle | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Passenger Cars** | **657.4** | **709.5** | **847.4** | **807.0** | **798.7** | **794.1** | **787.4** |
| $CO_2$ | 629.3 | 662.3 | 804.4 | 769.3 | 766.0 | 763.8 | 759.0 |
| $CH_4$ | 2.6 | 1.1 | 1.1 | 1.0 | 0.9 | 0.9 | 0.8 |
| $N_2O$ | 25.4 | 17.8 | 17.3 | 14.7 | 12.4 | 10.9 | 9.4 |
| HFCs | + | 28.4 | 24.6 | 22.1 | 19.3 | 18.6 | 18.3 |
| **Light-Duty Trucks** | **336.6** | **551.3** | **366.4** | **347.0** | **349.5** | **348.0** | **331.4** |
| $CO_2$ | 321.1 | 505.9 | 330.1 | 312.8 | 317.4 | 317.6 | 302.6 |
| $CH_4$ | 1.4 | 0.7 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| $N_2O$ | 14.1 | 13.7 | 5.9 | 5.2 | 5.2 | 4.7 | 4.0 |
| HFCs | + | 31.0 | 30.1 | 28.6 | 26.6 | 25.4 | 24.5 |
| **Medium- and Heavy-Duty Trucks** | **231.1** | **408.4** | **444.7** | **427.0** | **389.2** | **402.9** | **401.1** |
| $CO_2$ | 230.1 | 396.0 | 431.6 | 413.9 | 376.3 | 390.0 | 388.3 |
| $CH_4$ | 0.2 | 0.1 | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 |
| $N_2O$ | 0.8 | 1.1 | 1.4 | 1.4 | 1.1 | 1.1 | 1.0 |
| HFCs | + | 11.1 | 11.5 | 11.6 | 11.6 | 11.6 | 11.7 |
| **Buses** | **8.4** | **12.1** | **18.0** | **17.4** | **16.5** | **16.3** | **17.4** |
| $CO_2$ | 8.4 | 11.8 | 17.6 | 17.0 | 16.1 | 15.9 | 16.9 |

---

[48] VMT and fuel use by vehicle class (VM-1 table) were not available from FHWA for 2011, but trends in overall diesel and gasoline consumption were released in FHWA's Table MF-21 and MF-27. Fuel use in vehicle classes that are predominantly gasoline was estimated to fall by the rate of decrease in gasoline consumption between 2010 and 2011. Fuel use in vehicle classes that were predominantly diesel was estimated to grow by the same rate of diesel fuel consumption increase in 2011. The 2010-2011 change in VMT from FHWA's Traffic Volume Trends was then distributed to vehicle classes based on these fuel consumption estimates, assuming no relative change in MPG between vehicle classes.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $CH_4$ | + | + | + | + | + | + | + |
| $N_2O$ | + | + | + | + | + | + | + |
| HFCs | + | 0.2 | 0.3 | 0.4 | 0.4 | 0.4 | 0.4 |
| **Motorcycles** | **1.8** | **1.7** | **4.3** | **4.5** | **4.3** | **3.8** | **3.7** |
| $CO_2$ | 1.7 | 1.6 | 4.3 | 4.4 | 4.2 | 3.8 | 3.6 |
| $CH_4$ | + | + | + | + | + | + | + |
| $N_2O$ | + | + | + | + | + | + | + |
| **Commercial Aircraft[a]** | **110.9** | **134.0** | **141.0** | **128.5** | **120.7** | **114.4** | **115.7** |
| $CO_2$ | 109.9 | 132.7 | 139.7 | 127.3 | 119.5 | 113.3 | 114.6 |
| $CH_4$ | + | + | + | + | + | + | + |
| $N_2O$ | 1.1 | 1.3 | 1.3 | 1.2 | 1.1 | 1.1 | 1.1 |
| **Other Aircraft[b]** | **78.3** | **59.7** | **42.4** | **48.2** | **36.8** | **40.5** | **34.2** |
| $CO_2$ | 77.5 | 59.1 | 42.0 | 47.8 | 36.4 | 40.1 | 33.8 |
| $CH_4$ | 0.1 | + | + | + | + | + | + |
| $N_2O$ | 0.7 | 0.6 | 0.4 | 0.4 | 0.3 | 0.4 | 0.3 |
| **Ships and Boats[c]** | **45.1** | **45.2** | **55.2** | **45.4** | **40.8** | **44.1** | **48.2** |
| $CO_2$ | 44.5 | 44.5 | 54.4 | 44.7 | 40.2 | 43.4 | 47.4 |
| $CH_4$ | + | + | + | + | + | + | + |
| $N_2O$ | 0.6 | 0.6 | 0.8 | 0.6 | 0.6 | 0.6 | 0.7 |
| HFCs | + | + | + | + | + | + | + |
| **Rail** | **39.0** | **53.0** | **54.4** | **50.7** | **43.4** | **46.3** | **48.0** |
| $CO_2$ | 38.5 | 50.3 | 51.6 | 47.9 | 40.7 | 43.5 | 45.3 |
| $CH_4$ | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| $N_2O$ | 0.3 | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.4 |
| HFCs | + | 2.2 | 2.2 | 2.3 | 2.3 | 2.3 | 2.3 |
| Other Emissions from Electricity Generation[d] | 0.1 | 0.1 | 0.1 | + | + | + | + |
| **Pipelines[e]** | **36** | **32.2** | **34.2** | **35.6** | **36.7** | **37.1** | **37.7** |
| $CO_2$ | 36 | 32.2 | 34.2 | 35.6 | 36.7 | 37.1 | 37.7 |
| **Lubricants** | **11.8** | **10.2** | **10.2** | **9.5** | **8.5** | **9.5** | **9.0** |
| $CO_2$ | 11.8 | 10.2 | 10.2 | 9.5 | 8.5 | 9.5 | 9.0 |
| **Total Transportation** | **1,556.30** | **2,017.2** | **2,018.2** | **1,920.8** | **1,845.2** | **1,856.9** | **1,833.7** |
| *International Bunker Fuels[f]* | *104.5* | *114.3* | *116.5* | *115.5* | *107.5* | *118.2* | *112.4* |

Note: Totals may not sum due to independent rounding. Passenger cars and light-duty trucks include vehicles typically used for personal travel and less than 8500 lbs; medium- and heavy-duty trucks include vehicles larger than 8500 lbs. HFC emissions primarily reflect HFC-134a.

+ Does not exceed 0.05 Tg $CO_2$ Eq.

[a] Consists of emissions from jet fuel consumed by domestic operations of commercial aircraft (no bunkers).

[b] Consists of emissions from jet fuel and aviation gasoline consumption by general aviation and military aircraft.

[c] Fluctuations in emission estimates are associated with fluctuations in reported fuel consumption, and may reflect data collection problems.

[d] Other emissions from electricity generation are a result of waste incineration (as the majority of municipal solid waste is combusted in "trash-to-steam" electricity generation plants), electrical transmission and distribution, and a portion of Other Process Uses of Carbonates (from pollution control equipment installed in electricity generation plants).

[e] $CO_2$ estimates reflect natural gas used to power pipelines, but not electricity. While the operation of pipelines produces $CH_4$ and $N_2O$, these emissions are not directly attributed to pipelines in the US Inventory.

[f] Emissions from International Bunker Fuels include emissions from both civilian and military activities; these emissions are not included in the transportation totals.

## Commercial

The commercial sector is heavily reliant on electricity for meeting energy needs, with electricity consumption for lighting, heating, air conditioning, and operating appliances. The remaining emissions were largely due to the direct consumption of natural gas and petroleum products, primarily for heating and cooking needs. Energy-related emissions from the residential and commercial sectors have generally been increasing since 1990, and are often correlated with short-term fluctuations in energy consumption caused by weather conditions, rather than prevailing

economic conditions. Landfills and wastewater treatment are included in this sector, with landfill emissions decreasing since 1990 and wastewater treatment emissions increasing slightly.

# Residential

The residential sector is heavily reliant on electricity for meeting energy needs, with electricity consumption for lighting, heating, air conditioning, and operating appliances. The remaining emissions were largely due to the direct consumption of natural gas and petroleum products, primarily for heating and cooking needs. Emissions from the residential sectors have generally been increasing since 1990, and are often correlated with short-term fluctuations in energy consumption caused by weather conditions, rather than prevailing economic conditions. In the long-term, this sector is also affected by population growth, regional migration trends, and changes in housing and building attributes (e.g., size and insulation).

# Agriculture

The agriculture sector includes a variety of processes, including enteric fermentation in domestic livestock, livestock manure management, and agricultural soil management. In 2011, agricultural soil management was the largest source of $N_2O$ emissions, and enteric fermentation was the second largest source of $CH_4$ emissions in the United States. This sector also includes small amounts of $CO_2$ emissions from fossil fuel combustion by motorized farm equipment like tractors. The agriculture sector is less reliant on electricity than the other sectors.

---

**Box 2-1: Methodology for Aggregating Emissions by Economic Sector**

In presenting the Economic Sectors in the annual Inventory of U.S. Greenhouse Gas Emissions and Sinks, the Inventory expands upon the standard IPCC sectors common for UNFCCC reporting. Discussing greenhouse gas emissions relevant to U.S.-specific sectors improves communication of the report's findings.

In the Electricity Generation economic sector, $CO_2$ emissions from the combustion of fossil fuels included in the EIA electric utility fuel consuming sector are apportioned to this economic sector. Stationary combustion emissions of $CH_4$ and $N_2O$ are also based on the EIA electric utility sector. Additional sources include $CO_2$, $CH_4$, and $N_2O$ from waste incineration, as the majority of municipal solid waste is combusted in "trash-to-steam" electricity generation plants. The Electricity Generation economic sector also includes $SF_6$ from Electrical Transmission and Distribution, and a portion of $CO_2$ from Other Process Uses of Carbonates (from pollution control equipment installed in electricity generation plants).

In the Transportation economic sector, the $CO_2$ emissions from the combustion of fossil fuels included in the EIA transportation fuel consuming sector are apportioned to this economic sector (additional analyses and refinement of the EIA data is further explained in the Energy chapter of this report). Additional emissions are apportioned from the $CH_4$ and $N_2O$ from Mobile Combustion, based on the EIA transportation sector. Substitutes of Ozone Depleting Substitutes are apportioned based on their specific end-uses within the source category, with emissions from transportation refrigeration/air-conditioning systems to this economic sector. Finally, $CO_2$ emissions from Non-Energy Uses of Fossil Fuels identified as lubricants for transportation vehicles are included in the Transportation economic sector.

For the Industry economic sector, the $CO_2$ emissions from the combustion of fossil fuels included in the EIA industrial fuel consuming sector, minus the agricultural use of fuel explained below, are apportioned to this economic sector. Stationary and mobile combustion emissions of $CH_4$ and $N_2O$ are also based on the EIA industrial sector, minus emissions apportioned to the Agriculture economic sector described below. Substitutes of Ozone Depleting Substitutes are apportioned based on their specific end-uses within the source category, with most emissions falling within the Industry economic sector (minus emissions from the other economic sectors). Additionally, all process-related emissions from sources with methods considered within the IPCC Industrial Process guidance have been apportioned to this economic sector. This includes the process-related emissions (i.e., emissions from the actual process to make the material, not from fuels to power the plant) from such activities as Cement Production, Iron and Steel Production and Metallurgical Coke Production, and Ammonia Production.

---

Additionally, fugitive emissions from energy production sources, such as Natural Gas Systems, Coal Mining, and Petroleum Systems are included in the Industry economic sector. A portion of $CO_2$ from Other Process Uses of Carbonates (from pollution control equipment installed in large industrial facilities) are also included in the Industry economic sector. Finally, all remaining $CO_2$ emissions from Non-Energy Uses of Fossil Fuels are assumed to be industrial in nature (besides the lubricants for transportation vehicles specified above), and are attributed to the Industry economic sector.

As agriculture equipment is included in EIA's industrial fuel consuming sector surveys, additional data is used to extract the fuel used by agricultural equipment, to allow for accurate reporting in the Agriculture economic sector from all sources of emissions, such as motorized farming equipment. Energy consumption estimates are obtained from Department of Agriculture survey data, in combination with separate EIA fuel sales reports. This supplementary data is used to apportion $CO_2$ emissions from fossil fuel combustion, and $CH_4$ and $N_2O$ emissions from stationary and mobile combustion (all data is removed from the Industrial economic sector, to avoid double-counting). The other emission sources included in this economic sector are intuitive for the agriculture sectors, such as $N_2O$ emissions from Agricultural Soils, $CH_4$ from Enteric Fermentation (i.e., exhalation from the digestive tracts of domesticated animals), $CH_4$ and $N_2O$ from Manure Management, $CH_4$ from Rice Cultivation, $CO_2$ emissions from Liming of Agricultural Soils and Urea Application, and $CH_4$ and $N_2O$ from Forest Fires. $N_2O$ emissions from the Application of Fertilizers to tree plantations (termed "forest land" by the IPCC) are also included in the Agriculture economic sector.

The Residential economic sector includes the $CO_2$ emissions from the combustion of fossil fuels reported for the EIA residential sector. Stationary combustion emissions of $CH_4$ and $N_2O$ are also based on the EIA residential fuel consuming sector. Substitutes of Ozone Depleting Substitutes are apportioned based on their specific end-uses within the source category, with emissions from residential air-conditioning systems to this economic sector. $N_2O$ emissions from the Application of Fertilizers to developed land (termed "settlements" by the IPCC) are also included in the Residential economic sector.

The Commercial economic sector includes the $CO_2$ emissions from the combustion of fossil fuels reported in the EIA commercial fuel consuming sector data. Stationary combustion emissions of $CH_4$ and $N_2O$ are also based on the EIA commercial sector. Substitutes of Ozone Depleting Substitutes are apportioned based on their specific end-uses within the source category, with emissions from commercial refrigeration/air-conditioning systems to this economic sector. Public works sources including direct $CH_4$ from Landfills and $CH_4$ and $N_2O$ from Wastewater Treatment and Composting are included in this economic sector.

## Box 2-2:  Recent Trends in Various U.S. Greenhouse Gas Emissions-Related Data

Total emissions can be compared to other economic and social indices to highlight changes over time. These comparisons include: (1) emissions per unit of aggregate energy consumption, because energy-related activities are the largest sources of emissions; (2) emissions per unit of fossil fuel consumption, because almost all energy-related emissions involve the combustion of fossil fuels; (3) emissions per unit of electricity consumption, because the electric power industry—utilities and non-utilities combined—was the largest source of U.S. greenhouse gas emissions in 2011; (4) emissions per unit of total gross domestic product as a measure of national economic activity; or (5) emissions per capita.

Table 2-16 provides data on various statistics related to U.S. greenhouse gas emissions normalized to 1990 as a baseline year. Greenhouse gas emissions in the United States have grown at an average annual rate of 0.4 percent since 1990. This rate is slightly faster than that for total energy consumption and slightly slower than growth in national population since 1990 and much slower than that for electricity consumption and overall gross domestic product, respectively. Total U.S. greenhouse gas emissions are growing at a rate similar to that of fossil fuel consumption since 1990 (see Table 2-16).

## Table 2-16:  Recent Trends in Various U.S. Data (Index 1990 = 100)

| Chapter/IPCC Sector | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 | Growth[a] |
|---|---|---|---|---|---|---|---|---|
| Greenhouse Gas Emissions [e] | 100 | 116 | 117 | 114 | 107 | 110 | 108 | 0.4% |
| Energy Consumption [c] | 100 | 119 | 120 | 117 | 111 | 115 | 102 | 0.1% |
| Fossil Fuel Consumption [c] | 100 | 119 | 119 | 116 | 109 | 112 | 101 | 0.1% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Electricity Consumption [c] | 100 | 134 | 137 | 136 | 131 | 137 | 136 | 1.5% |
| GDP [b] | 100 | 157 | 165 | 164 | 159 | 163 | 166 | 2.5% |
| Population [d] | 100 | 118 | 121 | 122 | 123 | 124 | 125 | 1.1% |

[a] Average annual growth rate
[b] Gross Domestic Product in chained 2005 dollars (BEA 2012)
[c] Energy-content-weighted values (EIA 2012)
[d] U.S. Census Bureau (2012)
[e] GWP-weighted values

**Figure 2-14:  U.S. Greenhouse Gas Emissions Per Capita and Per Dollar of Gross Domestic Product**



Source:  BEA (2011), U.S. Census Bureau (2011), and emission estimates in this report.

# 2.3 Indirect Greenhouse Gas Emissions (CO, NO$_x$, NMVOCs, and SO$_2$)

The reporting requirements of the UNFCCC[49] request that information be provided on indirect greenhouse gases, which include CO, NO$_x$, NMVOCs, and SO$_2$.  These gases do not have a direct global warming effect, but indirectly affect terrestrial radiation absorption by influencing the formation and destruction of tropospheric and stratospheric ozone, or, in the case of SO$_2$, by affecting the absorptive characteristics of the atmosphere.  Additionally, some of these gases may react with other chemical compounds in the atmosphere to form compounds that are greenhouse gases.  Carbon monoxide is produced when carbon-containing fuels are combusted incompletely.  Nitrogen oxides (i.e., NO and NO$_2$) are created by lightning, fires, fossil fuel combustion, and in the stratosphere from N$_2$O.  Non-CH$_4$ volatile organic compounds—which include hundreds of organic compounds that participate in atmospheric chemical reactions (i.e., propane, butane, xylene, toluene, ethane, and many others)—are emitted primarily from transportation, industrial processes, and non-industrial consumption of organic solvents.  In the United States, SO$_2$ is primarily emitted from coal combustion for electric power generation and the metals industry.  Sulfur-containing

---

[49] See <http://unfccc.int/resource/docs/2006/sbsta/eng/09.pdf>.

compounds emitted into the atmosphere tend to exert a negative radiative forcing (i.e., cooling) and therefore are discussed separately.

One important indirect climate change effect of NMVOCs and $NO_x$ is their role as precursors for tropospheric ozone formation. They can also alter the atmospheric lifetimes of other greenhouse gases. Another example of indirect greenhouse gas formation into greenhouse gases is CO's interaction with the hydroxyl radical—the major atmospheric sink for $CH_4$ emissions—to form $CO_2$. Therefore, increased atmospheric concentrations of CO limit the number of hydroxyl molecules (OH) available to destroy $CH_4$.

Since 1970, the United States has published estimates of emissions of CO, $NO_x$, NMVOCs, and $SO_2$ (EPA 2010, EPA 2009),[50] which were regulated under the Clean Air Act[51]. Table 2-17 shows that fuel combustion accounts for the majority of emissions of these indirect greenhouse gases. Industrial processes—such as the manufacture of chemical and allied products, metals processing, and industrial uses of solvents—are also significant sources of CO, $NO_x$, and NMVOCs.

## Table 2-17: Emissions of $NO_x$, CO, NMVOCs, and $SO_2$ (Gg)

| Gas/Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **$NO_x$** | **21,781** | **16,143** | **14,817** | **13,809** | **11,641** | **11,610** | **11,897** |
| Mobile Fossil Fuel Combustion | 10,862 | 9,012 | 7,965 | 7,441 | 6,206 | 6,206 | 6,206 |
| Stationary Fossil Fuel Combustion | 10,023 | 5,858 | 5,432 | 5,148 | 4,159 | 4,159 | 4,159 |
| Industrial Processes | 591 | 569 | 537 | 520 | 568 | 568 | 568 |
| Forest Land Remaining Forest Land | 76 | 102 | 436 | 263 | 173 | 142 | 431 |
| Oil and Gas Activities | 139 | 321 | 318 | 318 | 393 | 393 | 393 |
| Waste Combustion | 82 | 129 | 114 | 106 | 128 | 128 | 128 |
| Agricultural Burning | 6 | 6 | 8 | 7 | 7 | 8 | 7 |
| Solvent Use | 1 | 3 | 4 | 4 | 3 | 3 | 3 |
| Waste | + | 2 | 2 | 2 | 2 | 2 | 2 |
| **CO** | **132,671** | **79,500** | **79,180** | **69,387** | **57,611** | **56,494** | **66,773** |
| Mobile Fossil Fuel Combustion | 119,360 | 62,692 | 55,253 | 51,533 | 43,355 | 43,355 | 43,355 |
| Forest Land Remaining Forest Land | 2,695 | 3,650 | 15,568 | 9,394 | 6,180 | 5,062 | 15,364 |
| Stationary Fossil Fuel Combustion | 5,000 | 4,649 | 4,744 | 4,792 | 4,543 | 4,543 | 4,543 |
| Industrial Processes | 4,125 | 1,555 | 1,640 | 1,682 | 1,549 | 1,549 | 1,549 |
| Waste Combustion | 978 | 1,403 | 1,421 | 1,430 | 1,403 | 1,403 | 1,403 |
| Oil and Gas Activities | 302 | 318 | 320 | 322 | 345 | 345 | 345 |
| Agricultural Burning | 205 | 166 | 225 | 224 | 226 | 227 | 205 |
| Waste | 1 | 7 | 7 | 7 | 7 | 7 | 7 |
| Solvent Use | 5 | 2 | 2 | 2 | 2 | 2 | 2 |
| **NMVOCs** | **20,930** | **13,761** | **13,423** | **13,254** | **9,313** | **9,313** | **9,313** |
| Mobile Fossil Fuel Combustion | 10,932 | 6,330 | 5,742 | 5,447 | 4,151 | 4,151 | 4,151 |
| Solvent Use | 5,216 | 3,851 | 3,839 | 3,834 | 2,583 | 2,583 | 2,583 |
| Industrial Processes | 2,422 | 1,997 | 1,869 | 1,804 | 1,322 | 1,322 | 1,322 |
| Oil and Gas Activities | 554 | 510 | 509 | 509 | 599 | 599 | 599 |
| Stationary Fossil Fuel Combustion | 912 | 716 | 1,120 | 1,321 | 424 | 424 | 424 |
| Waste Combustion | 222 | 241 | 234 | 230 | 159 | 159 | 159 |
| Waste | 673 | 114 | 111 | 109 | 76 | 76 | 76 |
| Agricultural Burning | NA | NA | NA | NA | NA | NA | NA |
| **$SO_2$** | **20,935** | **13,466** | **11,799** | **10,368** | **8,599** | **8,599** | **8,599** |
| Stationary Fossil Fuel Combustion | 18,407 | 11,541 | 10,172 | 8,891 | 7,167 | 7,167 | 7,167 |

[50] $NO_x$ and CO emission estimates from field burning of agricultural residues were estimated separately, and therefore not taken from EPA (2009) and EPA (2010).

[51] Due to redevelopment of the information technology systems for the National Emission Inventory (NEI), publication of the most recent emissions for these pollutants was not available for this report. For an overview of the activities and the schedule for developing the 2011 National Emissions Inventory, with the goal of producing Version 1 in the summer of 2013, see < http://www.epa.gov/ttn/chief/eis/2011nei/2011plan.pdf>

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Industrial Processes | 1,307 | 831 | 807 | 795 | 798 | 798 | 798 |
| Mobile Fossil Fuel Combustion | 793 | 889 | 611 | 472 | 455 | 455 | 455 |
| Oil and Gas Activities | 390 | 181 | 184 | 187 | 154 | 154 | 154 |
| Waste Combustion | 38 | 24 | 24 | 23 | 24 | 24 | 24 |
| Waste | + | 1 | 1 | 1 | 1 | 1 | 1 |
| Solvent Use | + | + | + | + | + | + | + |
| Agricultural Burning | NA | NA | NA | NA | NA | NA | NA |

Source:  (EPA 2010, EPA 2009) except for estimates from field burning of agricultural residues.

NA (Not Available)

Note:  Totals may not sum due to independent rounding.

+ Does not exceed 0.5 Gg.

### Box 2-3:  Sources and Effects of Sulfur Dioxide

Sulfur dioxide ($SO_2$) emitted into the atmosphere through natural and anthropogenic processes affects the earth's radiative budget through its photochemical transformation into sulfate aerosols that can (1) scatter radiation from the sun back to space, thereby reducing the radiation reaching the earth's surface; (2) affect cloud formation; and (3) affect atmospheric chemical composition (e.g., by providing surfaces for heterogeneous chemical reactions).  The indirect effect of sulfur-derived aerosols on radiative forcing can be considered in two parts.  The first indirect effect is the aerosols' tendency to decrease water droplet size and increase water droplet concentration in the atmosphere. The second indirect effect is the tendency of the reduction in cloud droplet size to affect precipitation by increasing cloud lifetime and thickness.  Although still highly uncertain, the radiative forcing estimates from both the first and the second indirect effect are believed to be negative, as is the combined radiative forcing of the two (IPCC 2001). However, because $SO_2$ is short-lived and unevenly distributed in the atmosphere, its radiative forcing impacts are highly uncertain.

Sulfur dioxide is also a major contributor to the formation of regional haze, which can cause significant increases in acute and chronic respiratory diseases.  Once $SO_2$ is emitted, it is chemically transformed in the atmosphere and returns to the earth as the primary source of acid rain.  Because of these harmful effects, the United States has regulated $SO_2$ emissions in the Clean Air Act.

Electricity generation is the largest anthropogenic source of $SO_2$ emissions in the United States, accounting for 60 percent in 2011.  Coal combustion contributes nearly all of those emissions (approximately 92 percent).  Sulfur dioxide emissions have decreased in recent years, primarily as a result of electric power generators switching from high-sulfur to low-sulfur coal and installing flue gas desulfurization equipment.

# 3. Energy

Energy-related activities were the primary sources of U.S. anthropogenic greenhouse gas emissions, accounting for 85.7 percent of total greenhouse gas emissions on a carbon dioxide ($CO_2$) equivalent basis in 2011. [52]  This included 97, 43, and 11 percent of the nation's $CO_2$, methane ($CH_4$), and nitrous oxide ($N_2O$) emissions, respectively. Energy-related $CO_2$ emissions alone constituted 81 percent of national emissions from all sources on a $CO_2$ equivalent basis, while the non-$CO_2$ emissions from energy-related activities represented a much smaller portion of total national emissions (4.4 percent collectively).

Emissions from fossil fuel combustion comprise the vast majority of energy-related emissions, with $CO_2$ being the primary gas emitted (see Figure 3-1).  Globally, approximately 31,780 Tg of $CO_2$ were added to the atmosphere through the combustion of fossil fuels in 2010, of which the United States accounted for about 18 percent.[53]  Due to their relative importance, fossil fuel combustion-related $CO_2$ emissions are considered separately, and in more detail than other energy-related emissions (see Figure 3-2).  Fossil fuel combustion also emits $CH_4$ and $N_2O$. Stationary combustion of fossil fuels was the second largest source of $N_2O$ emissions in the United States and mobile fossil fuel combustion was the third largest source.

---

[52] Estimates are presented in units of teragrams of carbon dioxide equivalent (Tg $CO_2$ Eq.), which weight each gas by its global warming potential, or $GWP$, value.  See section on global warming potentials in the Executive Summary.

[53] Global $CO_2$ emissions from fossil fuel combustion were taken from Energy Information Administration *International Energy Statistics 2011* < http://tonto.eia.doe.gov/cfapps/ipdbproject/IEDIndex3.cfm> EIA (2011).

**Figure 3-1:  2011 Energy Chapter Greenhouse Gas Sources**



**Figure 3-2:  2011 U.S. Fossil Carbon Flows (Tg CO$_2$ Eq.)**



Energy-related activities other than fuel combustion, such as the production, transmission, storage, and distribution of fossil fuels, also emit greenhouse gases.  These emissions consist primarily of fugitive CH$_4$ from natural gas systems, petroleum systems, and coal mining. Table 3-1 summarizes emissions from the Energy sector in units of teragrams (or million metric tons) of CO$_2$ equivalents (Tg CO$_2$ Eq.), while unweighted gas emissions in gigagrams (Gg) are provided in Table 3-2.  Overall, emissions due to energy-related activities were 5,745.7 Tg CO$_2$ Eq. in 2011, an increase of 9.1 percent since 1990.

**Table 3-1:  CO$_2$, CH$_4$, and N$_2$O Emissions from Energy (Tg CO$_2$ Eq.)**

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|

| | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **CO₂** | **4,912.0** | **5,934.1** | **5,946.4** | **5,774.9** | **5,390.6** | **5,585.6** | **5,452.5** |
| Fossil Fuel Combustion | 4,748.5 | 5,748.7 | 5,767.7 | 5,590.6 | 5,222.4 | 5,408.1 | 5,277.2 |
| Electricity Generation | 1,820.8 | 2,402.1 | 2,412.8 | 2,360.9 | 2,146.4 | 2,259.2 | 2,158.5 |
| Transportation | 1,494.0 | 1,891.7 | 1,904.7 | 1,816.0 | 1,749.2 | 1,763.9 | 1,745.0 |
| Industrial | 848.6 | 823.4 | 844.4 | 802.0 | 722.6 | 780.2 | 773.2 |
| Residential | 338.3 | 357.9 | 341.6 | 347.0 | 337.0 | 334.6 | 328.8 |
| Commercial | 219.0 | 223.5 | 218.9 | 223.8 | 223.4 | 220.6 | 222.1 |
| U.S. Territories | 27.9 | 50.0 | 45.2 | 41.0 | 43.8 | 49.6 | 49.7 |
| Non-Energy Use of Fuels | 117.4 | 142.7 | 134.9 | 139.5 | 124.0 | 132.8 | 130.6 |
| Natural Gas Systems | 37.7 | 29.9 | 30.9 | 32.6 | 32.2 | 32.3 | 32.3 |
| Incineration of Waste | 8.0 | 12.5 | 12.7 | 11.9 | 11.7 | 12.0 | 12.0 |
| Petroleum Systems | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| *Biomass – Wood*[a] | *214.4* | *205.7* | *199.4* | *197.0* | *182.8* | *191.8* | *191.8* |
| *International Bunker Fuels*[a] | *103.5* | *113.1* | *115.3* | *114.3* | *106.4* | *117.0* | *111.3* |
| *Biomass – Ethanol*[a] | *4.2* | *22.9* | *38.9* | *54.7* | *62.3* | *72.6* | *72.8* |
| **CH₄** | **298.6** | **259.7** | **269.9** | **274.4** | **264.8** | **259.9** | **252.3** |
| Natural Gas Systems | 161.2 | 159.0 | 168.4 | 163.4 | 150.7 | 143.6 | 144.7 |
| Coal Mining | 84.1 | 56.9 | 57.9 | 67.1 | 70.3 | 72.4 | 63.2 |
| Petroleum Systems | 35.2 | 29.2 | 29.8 | 30.0 | 30.5 | 30.8 | 31.5 |
| Stationary Combustion | 7.5 | 6.6 | 6.4 | 6.6 | 6.3 | 6.3 | 6.3 |
| Abandoned Underground Coal Mines | 6.0 | 5.5 | 5.3 | 5.3 | 5.1 | 5.0 | 4.8 |
| Mobile Combustion | 4.6 | 2.4 | 2.1 | 1.9 | 1.8 | 1.8 | 1.7 |
| Incineration of Waste | + | + | + | + | + | + | + |
| *International Bunker Fuels*[a] | *0.1* | *0.1* | *0.1* | *0.1* | *0.1* | *0.1* | *0.1* |
| **N₂O** | **56.8** | **57.9** | **50.6** | **46.9** | **43.8** | **43.6** | **40.8** |
| Mobile Combustion | 44.0 | 36.9 | 29.0 | 25.5 | 22.7 | 20.7 | 18.5 |
| Stationary Combustion | 12.3 | 20.6 | 21.2 | 21.1 | 20.7 | 22.6 | 22.0 |
| Incineration of Waste | 0.5 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| *International Bunker Fuels*[a] | *0.9* | *0.9* | *1.0* | *1.0* | *0.9* | *1.0* | *1.0* |
| **Total** | **5,267.3** | **6,251.6** | **6,266.9** | **6,096.2** | **5,699.2** | **5,889.1** | **5,745.7** |

+ Does not exceed 0.05 Tg CO₂ Eq.

[a] These values are presented for informational purposes only, in line with IPCC methodological guidance and UNFCCC reporting obligations, and are not included in the specific energy sector contribution to the totals, and are already accounted for elsewhere.

Note: Totals may not sum due to independent rounding.

## Table 3-2:  CO₂, CH₄, and N₂O Emissions from Energy (Gg)

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **CO₂** | **4,911,977** | **5,934,056** | **5,946,414** | **5,774,919** | **5,390,591** | **5,585,642** | **5,452,528** |
| Fossil Fuel Combustion | 4,748,532 | 5,748,674 | 5,767,654 | 5,590,638 | 5,222,419 | 5,408,119 | 5,277,246 |
| Non-Energy Use of Fuels | 117,414 | 142,701 | 134,887 | 139,484 | 123,977 | 132,839 | 130,554 |
| Natural Gas Systems | 37,665 | 29,923 | 30,851 | 32,622 | 32,187 | 32,313 | 32,344 |
| Incineration of Waste | 7,972 | 12,452 | 12,711 | 11,876 | 11,688 | 12,038 | 12,038 |
| Petroleum Systems | 394 | 306 | 311 | 300 | 320 | 332 | 347 |
| *Biomass –Wood*[a] | *214,410* | *205,708* | *199,383* | *196,995* | *182,785* | *191,811* | *191,764* |
| *International Bunker Fuels*[a] | *103,463* | *113,139* | *115,345* | *114,342* | *106,410* | *116,992* | *111,316* |
| *Biomass – Ethanol*[a] | *4,227* | *22,943* | *38,924* | *54,739* | *62,272* | *72,648* | *72,763* |
| **CH₄** | **14,220** | **12,365** | **12,853** | **13,067** | **12,610** | **12,375** | **12,016** |
| Natural Gas Systems | 7,678 | 7,572 | 8,018 | 7,782 | 7,178 | 6,838 | 6,893 |
| Coal Mining | 4,003 | 2,710 | 2,756 | 3,196 | 3,348 | 3,447 | 3,011 |
| Petroleum Systems | 1,677 | 1,390 | 1,421 | 1,431 | 1,455 | 1,467 | 1,499 |
| Stationary Combustion | 355 | 315 | 305 | 313 | 298 | 301 | 300 |
| Abandoned Underground Coal Mines | 288 | 264 | 254 | 253 | 244 | 237 | 231 |
| Mobile Combustion | 218 | 113 | 100 | 92 | 88 | 85 | 82 |
| Incineration of Waste | + | + | + | + | + | + | + |
| *International Bunker* | *7* | *5* | *5* | *6* | *5* | *6* | *5* |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *Fuels*[a] | | | | | | | |
| **N₂O** | **183** | **187** | **163** | **151** | **141** | **141** | **132** |
| Mobile Combustion | 142 | 119 | 94 | 82 | 73 | 67 | 60 |
| Stationary Combustion | 40 | 66 | 68 | 68 | 67 | 73 | 71 |
| Incineration of Waste | 2 | 1 | 1 | 1 | 1 | 1 | 1 |
| *International Bunker Fuels*[a] | *3* | *3* | *3* | *3* | *3* | *3* | *3* |

+ Does not exceed 0.05 Tg $CO_2$ Eq.

[a] These values are presented for informational purposes only, in line with IPCC methodological guidance and UNFCCC reporting obligations, and are not included in the specific energy sector contribution to the totals, and are already accounted for elsewhere.

Note:  Totals may not sum due to independent rounding.

It is noted that in this chapter the methodological guidance was primarily taken from the *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The use of the most recently published calculation methodologies by the IPCC, as contained in the 2006 IPCC Guidelines, is fully in line with the IPCC good practice guidance for methodological choice to improve rigor and accuracy. In addition, the improvements in using the latest methodological guidance from the IPCC has been recognized by the UNFCCC's Subsidiary Body for Scientific and Technological Advice in the conclusions of its 30th Session, Numerous U.S. inventory experts were involved in the development of the 2006 IPCC Guidelines, and their expertise has provided this latest guidance from the IPCC with the most appropriate calculation methods that are then used in this chapter. [54]

<div style="background:#1f3864;color:white;padding:4px"><strong>Box 3-1: Methodological approach for estimating and reporting U.S. emissions and sinks</strong></div>

In following the UNFCCC requirement under Article 4.1 to develop and submit national greenhouse gas emission inventories, the emissions and sinks presented in this report and this chapter, are organized by source and sink categories and calculated using internationally-accepted methods provided by the Intergovernmental Panel on Climate Change (IPCC).   Additionally, the calculated emissions and sinks in a given year for the United States are presented in a common manner in line with the UNFCCC reporting guidelines for the reporting of inventories under this international agreement.   The use of consistent methods to calculate emissions and sinks by all nations providing their inventories to the UNFCCC ensures that these reports are comparable. In this regard, U.S. emissions and sinks reported in this inventory report are comparable to emissions and sinks reported by other countries. Emissions and sinks provided in this inventory do not preclude alternative examinations, but rather this inventory presents emissions and sinks in a common format consistent with how countries are to report inventories under the UNFCCC.  The report itself, and this chapter, follows this standardized format, and provides an explanation of the IPCC methods used to calculate emissions and sinks, and the manner in which those calculations are conducted.

<div style="background:#1f3864;color:white;padding:4px"><strong>Box 3-2: Energy Data from the Greenhouse Gas Reporting Program</strong></div>

On October 30, 2009, the U.S. Environmental Protection Agency (EPA) published a rule for the mandatory reporting of greenhouse gases (GHG) from large GHG emissions sources in the United States. Implementation of 40 CFR Part 98 is referred to as the Greenhouse Gas Reporting Program (GHGRP). 40 CFR Part 98 applies to direct greenhouse gas emitters, fossil fuel suppliers, industrial gas suppliers, and facilities that inject $CO_2$ underground for sequestration or other reasons. Reporting is at the facility level, except for certain suppliers of fossil fuels and industrial greenhouse gases. 40 CFR part 98 requires reporting by 41 industrial categories. Data reporting by affected facilities included the reporting of emissions from fuel combustion at that affected facility. In general, the threshold for reporting is 25,000 metric tons or more of $CO_2$ Eq. per year.

---

[54] These Subsidiary Body for Scientific and Technological Advice (SBSTA) conclusions state, "The SBSTA acknowledged that the 2006 IPCC Guidelines contain the most recent scientific methodologies available to estimate emissions by sources and removals by sinks of greenhouse gases (GHGs) not controlled by the Montreal Protocol, and recognized that Parties have gained experience with the 2006 IPCC Guidelines. The SBSTA also acknowledged that the information contained in the 2006 IPCC Guidelines enables Parties to further improve the quality of their GHG inventories."  See <http://unfccc.int/resource/docs/2009/sbsta/eng/03.pdf>

The GHGRP dataset and the data presented in this inventory report are complementary and, as indicated in the respective planned improvements sections for source categories in this chapter, EPA is analyzing how to use facility-level GHGRP data to improve the national estimates presented in this Inventory (see, also, Box 3-4). Most methodologies used in the GHGRP are consistent with IPCC, though for the GHGRP, facilities collect detailed information specific to their operations according to detailed measurement standards, which may differ with the more aggregated data collected for the inventory to estimate total, national U.S. emissions. It should be noted that the definitions and provisions for reporting fuel types in the GHGRP may differ from those used in the inventory in meeting the UNFCCC reporting guidelines. In line with the UNFCCC reporting guidelines, the inventory report is a comprehensive accounting of all emissions from fuel types identified in the IPCC guidelines and provides a separate reporting of emissions from biomass. Further information on the reporting categorizations in GHGRP and specific data caveats associated with monitoring methods in the GHGRP has been provided on the GHGRP website.

EPA presents the data collected by the GHGRP through a data publication tool that allows data to be viewed in several formats including maps, tables, charts and graphs for individual facilities or groups of facilities.

# 3.1 Fossil Fuel Combustion (IPCC Source Category 1A)

Emissions from the combustion of fossil fuels for energy include the gases $CO_2$, $CH_4$, and $N_2O$. Given that $CO_2$ is the primary gas emitted from fossil fuel combustion and represents the largest share of U.S. total emissions, $CO_2$ emissions from fossil fuel combustion are discussed at the beginning of this section. Following that is a discussion of emissions of all three gases from fossil fuel combustion presented by sectoral breakdowns. Methodologies for estimating $CO_2$ from fossil fuel combustion also differ from the estimation of $CH_4$ and $N_2O$ emissions from stationary combustion and mobile combustion. Thus, three separate descriptions of methodologies, uncertainties, recalculations, and planned improvements are provided at the end of this section. Total $CO_2$, $CH_4$, and $N_2O$ emissions from fossil fuel combustion are presented in Table 3-3 and Table 3-4.

**Table 3-3: $CO_2$, $CH_4$, and $N_2O$ Emissions from Fossil Fuel Combustion (Tg $CO_2$ Eq.)**

| Gas | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 4,748.5 | 5,748.7 | 5,767.7 | 5,590.6 | 5,222.4 | 5,408.1 | 5,277.2 |
| $CH_4$ | 12.0 | 9.0 | 8.5 | 8.5 | 8.1 | 8.1 | 8.0 |
| $N_2O$ | 56.3 | 57.5 | 50.2 | 46.6 | 43.4 | 43.3 | 40.5 |
| **Total** | **4,816.9** | **5,815.2** | **5,826.4** | **5,645.7** | **5,273.9** | **5,459.5** | **5,325.8** |

**Table 3-4: $CO_2$, $CH_4$, and $N_2O$ Emissions from Fossil Fuel Combustion (Gg)**

| Gas | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 4,748,532 | 5,748,674 | 5,767,654 | 5,590,638 | 5,222,419 | 5,408,119 | 5,277,246 |
| $CH_4$ | 574 | 429 | 404 | 405 | 385 | 386 | 382 |
| $N_2O$ | 182 | 186 | 162 | 150 | 140 | 140 | 131 |

Note: Totals may not sum due to independent rounding

## $CO_2$ from Fossil Fuel Combustion

$CO_2$ is the primary gas emitted from fossil fuel combustion and represents the largest share of U.S. total greenhouse gas emissions. $CO_2$ emissions from fossil fuel combustion are presented in Table 3-5. In 2011, $CO_2$ emissions from fossil fuel combustion decreased by 2.4 percent relative to the previous year. The decrease in $CO_2$ emissions from fossil fuel combustion was a result of multiple factors including: (1) a decrease in the carbon intensity of fuels consumed to generate electricity due to a decrease in coal consumption, with increased natural gas consumption and

a significant increase in hydropower used; (2) a decrease in transportation-related energy consumption due to higher fuel costs, improvements in fuel efficiency, and a reduction in miles traveled; and (3) relatively mild winter conditions, especially in the South Atlantic Region of the United States where electricity is an important heating fuel, resulting in an overall decrease in electricity demand. In 2011, $CO_2$ emissions from fossil fuel combustion were 5,277.2 Tg $CO_2$ Eq., or 11.1 percent above emissions in 1990 (see Table 3-5).[55]

**Table 3-5: $CO_2$ Emissions from Fossil Fuel Combustion by Fuel Type and Sector (Tg $CO_2$ Eq.)**

| Fuel/Sector | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Coal** | **1,718.4** | **2,112.3** | **2,105.1** | **2,072.6** | **1,834.3** | **1,933.5** | **1,821.9** |
| Residential | 3.0 | 0.8 | 0.7 | 0.7 | 0.7 | 0.6 | 0.5 |
| Commercial | 12.0 | 9.3 | 6.7 | 6.5 | 6.0 | 5.7 | 5.1 |
| Industrial | 155.3 | 115.3 | 107.0 | 102.6 | 83.3 | 96.2 | 90.1 |
| Transportation | NE | NE | NE | NE | NE | NE | NE |
| Electricity Generation | 1,547.6 | 1,983.8 | 1,987.3 | 1,959.4 | 1,740.9 | 1,827.6 | 1,722.7 |
| U.S. Territories | 0.6 | 3.0 | 3.4 | 3.4 | 3.4 | 3.4 | 3.5 |
| **Natural Gas** | **1,000.3** | **1,166.7** | **1,226.3** | **1,237.9** | **1,216.6** | **1,276.0** | **1,290.3** |
| Residential | 238.0 | 262.2 | 256.3 | 265.5 | 258.8 | 258.6 | 254.6 |
| Commercial | 142.1 | 162.9 | 163.5 | 171.1 | 168.9 | 167.7 | 170.4 |
| Industrial | 408.9 | 388.5 | 398.6 | 401.0 | 377.3 | 411.1 | 416.3 |
| Transportation | 36.0 | 33.1 | 35.2 | 36.7 | 37.9 | 38.1 | 38.8 |
| Electricity Generation | 175.3 | 318.8 | 371.3 | 361.9 | 372.2 | 399.0 | 408.8 |
| U.S. Territories | NO | 1.3 | 1.4 | 1.6 | 1.5 | 1.5 | 1.5 |
| **Petroleum** | **2,029.4** | **2,469.3** | **2,435.8** | **2,279.8** | **2,171.1** | **2,198.2** | **2,164.6** |
| Residential | 97.4 | 94.9 | 84.6 | 80.7 | 77.6 | 75.4 | 73.6 |
| Commercial | 64.9 | 51.3 | 48.7 | 46.1 | 48.5 | 47.2 | 46.7 |
| Industrial | 284.4 | 319.6 | 338.7 | 298.4 | 261.9 | 273.0 | 266.8 |
| Transportation | 1,457.9 | 1,858.7 | 1,869.5 | 1,779.3 | 1,711.3 | 1,725.8 | 1,706.2 |
| Electricity Generation | 97.5 | 99.2 | 53.9 | 39.2 | 33.0 | 32.2 | 26.6 |
| U.S. Territories | 27.2 | 45.7 | 40.4 | 36.0 | 39.0 | 44.7 | 44.7 |
| **Geothermal*** | **0.4** | **0.4** | **0.4** | **0.4** | **0.4** | **0.4** | **0.4** |
| **Total** | **4,748.5** | **5,748.7** | **5,767.7** | **5,590.6** | **5,222.4** | **5,408.1** | **5,277.2** |

NE (Not estimated)
* Although not technically a fossil fuel, geothermal energy-related $CO_2$ emissions are included for reporting purposes.
Note: Totals may not sum due to independent rounding.

Trends in $CO_2$ emissions from fossil fuel combustion are influenced by many long-term and short-term factors. On a year-to-year basis, the overall demand for fossil fuels in the United States and other countries generally fluctuates in response to changes in general economic conditions, energy prices, weather, and the availability of non-fossil alternatives. For example, in a year with increased consumption of goods and services, low fuel prices, severe summer and winter weather conditions, nuclear plant closures, and lower precipitation feeding hydroelectric dams, there would likely be proportionally greater fossil fuel consumption than a year with poor economic performance, high fuel prices, mild temperatures, and increased output from nuclear and hydroelectric plants.

Longer-term changes in energy consumption patterns, however, tend to be more a function of aggregate societal trends that affect the scale of consumption (e.g., population, number of cars, size of houses, and number of houses), the efficiency with which energy is used in equipment (e.g., cars, power plants, steel mills, and light bulbs), and social planning and consumer behavior (e.g., walking, bicycling, or telecommuting to work instead of driving).

$CO_2$ emissions also depend on the source of energy and its carbon (C) intensity. The amount of C in fuels varies significantly by fuel type. For example, coal contains the highest amount of C per unit of useful energy. Petroleum has roughly 75 percent of the C per unit of energy as coal, and natural gas has only about 55 percent.[56] Table 3-6 shows annual changes in emissions during the last five years for coal, petroleum, and natural gas in selected sectors.

[55] An additional discussion of fossil fuel emission trends is presented in the Trends in U.S. Greenhouse Gas Emissions Chapter.
[56] Based on national aggregate carbon content of all coal, natural gas, and petroleum fuels combusted in the United States.

**Table 3-6:  Annual Change in CO$_2$ Emissions and Total 2011 Emissions from Fossil Fuel Combustion for Selected Fuels and Sectors (Tg CO$_2$ Eq. and Percent)**

| Sector | Fuel Type | 2007 to 2008 | | 2008 to 2009 | | 2009 to 2010 | | 2010 to 2011 | | Total 2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Electricity Generation | Coal | -27.9 | -1.4% | -218.5 | -11.2% | 86.7 | 5.0% | -104.9 | -5.7% | 1,722.7 |
| Electricity Generation | Natural Gas | -9.3 | -2.5% | 10.3 | 2.8% | 26.8 | 7.2% | 9.8 | 2.5% | 408.8 |
| Electricity Generation | Petroleum | -14.7 | -27.2% | -6.3 | -15.9% | -0.8 | -2.3% | -5.6 | -17.4% | 26.6 |
| Transportation[a] | Petroleum | -90.2 | -4.8% | -68.0 | -3.8% | 14.5 | 0.8% | -19.5 | -1.1% | 1,706.2 |
| Residential | Natural Gas | 9.3 | 3.6% | -6.7 | -2.5% | -0.3 | -0.1% | -3.9 | -1.5% | 254.6 |
| Commercial | Natural Gas | 7.6 | 4.6% | -2.2 | -1.3% | -1.2 | -0.7% | 2.6 | 1.6% | 170.4 |
| Industrial | Coal | -4.4 | -4.1% | -19.3 | -18.8% | 12.8 | 15.4% | -6.0 | -6.3% | 90.1 |
| Industrial | Natural Gas | 2.4 | 0.6% | -23.7 | -5.9% | 33.8 | 9.0% | 5.2 | 1.3% | 416.3 |
| **All Sectors[b]** | **All Fuels[b]** | **-177.0** | **-3.1%** | **-368.2** | **-6.6%** | **185.7** | **3.6%** | **-130.9** | **-2.4%** | **5,277.2** |

[a] Excludes emissions from International Bunker Fuels.
[b] Includes fuels and sectors not shown in table.

In the United States, 87 percent of the energy consumed in 2011 was produced through the combustion of fossil fuels such as coal, natural gas, and petroleum (see Figure 3-3 and Figure 3-4). The remaining portion was supplied by nuclear electric power (7 percent) and by a variety of renewable energy sources (6 percent), primarily hydroelectric power and biofuels (EIA 2013).[57] Specifically, petroleum supplied the largest share of domestic energy demands, accounting for 40 percent of total U.S. energy consumption in 2011. Natural gas and coal followed in order of energy demand importance, each accounting for approximately 23 percent of total U.S. energy consumption, respectively. Petroleum was consumed primarily in the transportation end-use sector and the vast majority of coal was used in electricity generation. Natural gas was broadly consumed in all end-use sectors except transportation (see Figure 3-5) (EIA 2013).

**Figure 3-3:  2011 U.S. Energy Consumption by Energy Source**



---

[57] Renewable energy, as defined in EIA's energy statistics, includes the following energy sources: hydroelectric power, geothermal energy, biofuels, solar energy, and wind energy

**Figure 3-4: U.S. Energy Consumption (Quadrillion Btu)**



**Figure 3-5: 2011 $CO_2$ Emissions from Fossil Fuel Combustion by Sector and Fuel Type**



Fossil fuels are generally combusted for the purpose of producing energy for useful heat and work. During the combustion process, the C stored in the fuels is oxidized and emitted as $CO_2$ and smaller amounts of other gases, including $CH_4$, CO, and NMVOCs.[58] These other C containing non-$CO_2$ gases are emitted as a byproduct of incomplete fuel combustion, but are, for the most part, eventually oxidized to $CO_2$ in the atmosphere. Therefore, it is assumed that all of the C in fossil fuels used to produce energy is eventually converted to atmospheric $CO_2$.

---

**Box 3-3:  Weather and Non-Fossil Energy Effects on $CO_2$ from Fossil Fuel Combustion Trends**

In 2011, weather conditions were relatively mild during the winter, especially in the South Atlantic Region of the United States where electricity is an important heating fuel, resulting in an overall decrease in electricity demand.

---

[58] See the sections entitled Stationary Combustion and Mobile Combustion in this chapter for information on non-$CO_2$ gas emissions from fossil fuel combustion.

The United States in 2011 also experienced a slightly warmer summer compared to 2010, as heating degree days decreased (3.2 percent) and cooling degree days increased by 1.4 percent. This slight increase in cooling degree days led to only a minor increase in electricity demand to cool homes. However the warmer winter conditions resulted in a significant decrease in the amount of energy required for heating, with heating degree days in the United States 4.5 percent below normal (see Figure 3-6). Summer conditions were slightly warmer in 2011 compared to 2010, and summer temperatures were much warmer than normal, with cooling degree days 21.5 percent above normal (see Figure 3-7) (EIA 2012a).[59]

**Figure 3-6:  Annual Deviations from Normal Heating Degree Days for the United States (1950–2011)**



**Figure 3-7:  Annual Deviations from Normal Cooling Degree Days for the United States (1950–2011)**



Although no new U.S. nuclear power plants have been constructed in recent years, the utilization (i.e., capacity factors[60]) of existing plants in 2011 remained high at 89 percent. Electricity output by hydroelectric power plants increased significantly in 2011 by approximately 25 percent. In recent years, the wind power sector has been showing strong growth, such that, on the margin, it is becoming a relatively important electricity source. Electricity generated by nuclear plants in 2011 provided approximately twice as much of the energy consumed in the United States as hydroelectric plants (EIA 2013). Nuclear, hydroelectric, and wind power capacity factors since 1990 are shown in Figure 3-8.

---

[59] Degree days are relative measurements of outdoor air temperature. Heating degree days are deviations of the mean daily temperature below 65° F, while cooling degree days are deviations of the mean daily temperature above 65° F. Heating degree days have a considerably greater affect on energy demand and related emissions than do cooling degree days. Excludes Alaska and Hawaii. Normals are based on data from 1971 through 2000. The variation in these normals during this time period was ±10 percent and ±14 percent for heating and cooling degree days, respectively (99 percent confidence interval).

[60] The capacity factor equals generation divided by net summer capacity. Summer capacity is defined as "The maximum output that generating equipment can supply to system load, as demonstrated by a multi-hour test, at the time of summer peak demand (period of June 1 through September 30)." Data for both the generation and net summer capacity are from EIA (2012a).

**Figure 3-8:  Nuclear, Hydroelectric, and Wind Power Plant Capacity Factors in the United States (1990—2011)**



# Fossil Fuel Combustion Emissions by Sector

In addition to the $CO_2$ emitted from fossil fuel combustion, $CH_4$ and $N_2O$ are emitted from stationary and mobile combustion as well. Table 3-7 provides an overview of the $CO_2$, $CH_4$, and $N_2O$ emissions from fossil fuel combustion by sector.

**Table 3-7:  $CO_2$, $CH_4$, and $N_2O$ Emissions from Fossil Fuel Combustion by Sector (Tg $CO_2$ Eq.)**

| End-Use Sector | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Electricity Generation** | **1,828.5** | **2,418.6** | **2,430.0** | **2,378.2** | **2,163.7** | **2,278.1** | **2,176.9** |
| $CO_2$ | 1,820.8 | 2,402.1 | 2,412.8 | 2,360.9 | 2,146.4 | 2,259.2 | 2,158.5 |
| $CH_4$ | 0.3 | 0.5 | 0.5 | 0.5 | 0.4 | 0.5 | 0.4 |
| $N_2O$ | 7.4 | 16.0 | 16.7 | 16.9 | 16.8 | 18.5 | 18.0 |
| **Transportation** | **1,542.6** | **1,931.0** | **1,935.8** | **1,843.4** | **1,773.7** | **1,786.3** | **1,765.2** |
| $CO_2$ | 1,494.0 | 1,891.7 | 1,904.7 | 1,816.0 | 1,749.2 | 1,763.9 | 1,745.0 |
| $CH_4$ | 4.6 | 2.4 | 2.1 | 1.9 | 1.8 | 1.8 | 1.7 |
| $N_2O$ | 44.0 | 36.9 | 29.0 | 25.5 | 22.7 | 20.7 | 18.5 |
| **Industrial** | **853.5** | **828.1** | **849.0** | **806.3** | **726.4** | **784.3** | **777.2** |
| $CO_2$ | 848.6 | 823.4 | 844.4 | 802.0 | 722.6 | 780.2 | 773.2 |
| $CH_4$ | 1.6 | 1.5 | 1.5 | 1.4 | 1.2 | 1.3 | 1.3 |
| $N_2O$ | 3.3 | 3.2 | 3.1 | 2.9 | 2.5 | 2.7 | 2.7 |
| **Residential** | **344.1** | **362.5** | **346.0** | **351.6** | **341.5** | **339.0** | **333.2** |
| $CO_2$ | 338.3 | 357.9 | 341.6 | 347.0 | 337.0 | 334.6 | 328.8 |
| $CH_4$ | 4.6 | 3.6 | 3.5 | 3.7 | 3.6 | 3.5 | 3.5 |
| $N_2O$ | 1.1 | 1.0 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |
| **Commercial** | **220.2** | **224.8** | **220.1** | **225.0** | **224.6** | **221.9** | **223.4** |
| $CO_2$ | 219.0 | 223.5 | 218.9 | 223.8 | 223.4 | 220.6 | 222.1 |
| $CH_4$ | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |
| $N_2O$ | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| **U.S. Territories\*** | **28.0** | **50.2** | **45.4** | **41.1** | **44.0** | **49.8** | **49.9** |
| **Total** | **4,816.9** | **5,815.2** | **5,826.4** | **5,645.7** | **5,273.9** | **5,459.5** | **5,325.8** |

Note:  Totals may not sum due to independent rounding.  Emissions from fossil fuel combustion by electricity generation are allocated based on aggregate national electricity consumption by each end-use sector.

---

\* U.S. Territories are not apportioned by sector, and emissions are total greenhouse gas emissions
from all fuel combustion sources.

Other than $CO_2$, gases emitted from stationary combustion include the greenhouse gases $CH_4$ and $N_2O$ and the indirect greenhouse gases $NO_x$, CO, and NMVOCs.[61]  Methane and $N_2O$ emissions from stationary combustion sources depend upon fuel characteristics, size and vintage, along with combustion technology, pollution control equipment, ambient environmental conditions, and operation and maintenance practices. $N_2O$ emissions from stationary combustion are closely related to air-fuel mixes and combustion temperatures, as well as the characteristics of any pollution control equipment that is employed.  Methane emissions from stationary combustion are primarily a function of the $CH_4$ content of the fuel and combustion efficiency.

Mobile combustion produces greenhouse gases other than $CO_2$, including $CH_4$, $N_2O$, and indirect greenhouse gases including $NO_x$, CO, and NMVOCs. As with stationary combustion, $N_2O$ and $NO_x$ emissions from mobile combustion are closely related to fuel characteristics, air-fuel mixes, combustion temperatures, and the use of pollution control equipment.  $N_2O$ from mobile sources, in particular, can be formed by the catalytic processes used to control $NO_x$, CO, and hydrocarbon emissions.  Carbon monoxide emissions from mobile combustion are significantly affected by combustion efficiency and the presence of post-combustion emission controls.  Carbon monoxide emissions are highest when air-fuel mixtures have less oxygen than required for complete combustion. These emissions occur especially in idle, low speed, and cold start conditions.  Methane and NMVOC emissions from motor vehicles are a function of the $CH_4$ content of the motor fuel, the amount of hydrocarbons passing uncombusted through the engine, and any post-combustion control of hydrocarbon emissions (such as catalytic converters).

An alternative method of presenting combustion emissions is to allocate emissions associated with electricity generation to the sectors in which it is used.  Four end-use sectors were defined: industrial, transportation, residential, and commercial.  In the table below, electricity generation emissions have been distributed to each end-use sector based upon the sector's share of national electricity consumption, with the exception of $CH_4$ and $N_2O$ from transportation.[62] Emissions from U.S. territories are also calculated separately due to a lack of end-use-specific consumption data. This method assumes that emissions from combustion sources are distributed across the four end-use sectors based on the ratio of electricity consumption in that sector. The results of this alternative method are presented in Table 3-8.

**Table 3-8:  $CO_2$, $CH_4$, and $N_2O$ Emissions from Fossil Fuel Combustion by End-Use Sector (Tg $CO_2$ Eq.)**

| End-Use Sector | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Transportation** | **1,545.6** | **1,935.8** | **1,940.9** | **1,848.1** | **1,778.2** | **1,790.8** | **1,769.5** |
| $CO_2$ | 1,497.0 | 1,896.5 | 1,909.7 | 1,820.7 | 1,753.7 | 1,768.4 | 1,749.3 |
| $CH_4$ | 4.6 | 2.4 | 2.1 | 1.9 | 1.8 | 1.8 | 1.7 |
| $N_2O$ | 44.0 | 36.9 | 29.1 | 25.5 | 22.7 | 20.7 | 18.5 |
| **Industrial** | **1,543.1** | **1,570.1** | **1,569.5** | **1,508.7** | **1,333.2** | **1,430.8** | **1,401.4** |
| $CO_2$ | 1,535.3 | 1,560.4 | 1,559.9 | 1,499.3 | 1,324.6 | 1,421.3 | 1,392.1 |
| $CH_4$ | 1.7 | 1.7 | 1.6 | 1.5 | 1.4 | 1.5 | 1.5 |
| $N_2O$ | 6.1 | 8.1 | 8.1 | 7.9 | 7.2 | 8.0 | 7.9 |
| **Residential** | **939.6** | **1,225.1** | **1,215.7** | **1,200.7** | **1,134.3** | **1,186.4** | **1,136.9** |
| $CO_2$ | 931.4 | 1,214.7 | 1,205.2 | 1,189.9 | 1,123.5 | 1,175.0 | 1,125.6 |
| $CH_4$ | 4.7 | 3.8 | 3.6 | 3.9 | 3.7 | 3.7 | 3.7 |
| $N_2O$ | 3.5 | 6.7 | 6.9 | 7.0 | 7.1 | 7.8 | 7.5 |
| **Commercial** | **760.5** | **1,034.0** | **1,054.9** | **1,047.1** | **984.2** | **1,001.6** | **968.1** |
| $CO_2$ | 757.0 | 1,027.2 | 1,047.7 | 1,039.8 | 976.8 | 993.9 | 960.5 |
| $CH_4$ | 1.0 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 |
| $N_2O$ | 2.6 | 5.7 | 6.1 | 6.2 | 6.3 | 6.7 | 6.5 |

---

[61] Sulfur dioxide ($SO_2$) emissions from stationary combustion are addressed in Annex 6.3.

[62] Separate calculations were performed for transportation-related $CH_4$ and $N_2O$. The methodology used to calculate these emissions are discussed in the mobile combustion section.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| U.S. Territories* | 28.0 | 50.2 | 45.4 | 41.1 | 44.0 | 49.8 | 49.9 |
| Total | 4,816.9 | 5,815.2 | 5,826.4 | 5,645.7 | 5,273.9 | 5,459.5 | 5,325.8 |

Note:  Totals may not sum due to independent rounding.  Emissions from fossil fuel combustion by electricity generation are allocated based on aggregate national electricity consumption by each end-use sector.

* U.S. Territories are not apportioned by sector, and emissions are total greenhouse gas emissions from all fuel combustion sources.


## Stationary Combustion

The direct combustion of fuels by stationary sources in the electricity generation, industrial, commercial, and residential sectors represent the greatest share of U.S. greenhouse gas emissions.  Table 3-9 presents $CO_2$ emissions from fossil fuel combustion by stationary sources.  The $CO_2$ emitted is closely linked to the type of fuel being combusted in each sector (see Methodology section for $CO_2$ from fossil fuel combustion).  Other than $CO_2$, gases emitted from stationary combustion include the greenhouse gases $CH_4$ and $N_2O$.  Table 3-10 and Table 3-11 present $CH_4$ and $N_2O$ emissions from the combustion of fuels in stationary sources.[63]  Methane and $N_2O$ emissions from stationary combustion sources depend upon fuel characteristics, combustion technology, pollution control equipment, ambient environmental conditions, and operation and maintenance practices.  $N_2O$ emissions from stationary combustion are closely related to air-fuel mixes and combustion temperatures, as well as the characteristics of any pollution control equipment that is employed.  Methane emissions from stationary combustion are primarily a function of the $CH_4$ content of the fuel and combustion efficiency.  The $CH_4$ and $N_2O$ emission estimation methodology was revised in 2010 to utilize the facility-specific technology and fuel use data reported to EPA's Acid Rain Program (see Methodology section for $CH_4$ and $N_2O$ from stationary combustion). Please refer to Table 3-7 for the corresponding presentation of all direct emission sources of fuel combustion.

## Table 3-9: $CO_2$ Emissions from Stationary Fossil Fuel Combustion (Tg $CO_2$ Eq.)

| Sector/Fuel Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Electricity Generation** | **1,820.8** | **2,402.1** | **2,412.8** | **2,360.9** | **2,146.4** | **2,259.2** | **2,158.5** |
| Coal | 1,547.6 | 1,983.8 | 1,987.3 | 1,959.4 | 1,740.9 | 1,827.6 | 1,722.7 |
| Natural Gas | 175.3 | 318.8 | 371.3 | 361.9 | 372.2 | 399.0 | 408.8 |
| Fuel Oil | 97.5 | 99.2 | 53.9 | 39.2 | 33.0 | 32.2 | 26.6 |
| Geothermal | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| **Industrial** | **848.6** | **823.4** | **844.4** | **802.0** | **722.6** | **780.2** | **773.2** |
| Coal | 155.3 | 115.3 | 107.0 | 102.6 | 83.3 | 96.2 | 90.1 |
| Natural Gas | 408.9 | 388.5 | 398.6 | 401.0 | 377.3 | 411.1 | 416.3 |
| Fuel Oil | 284.4 | 319.6 | 338.7 | 298.4 | 261.9 | 273.0 | 266.8 |
| **Commercial** | **219.0** | **223.5** | **218.9** | **223.8** | **223.4** | **220.6** | **222.1** |
| Coal | 12.0 | 9.3 | 6.7 | 6.5 | 6.0 | 5.7 | 5.1 |
| Natural Gas | 142.1 | 162.9 | 163.5 | 171.1 | 168.9 | 167.7 | 170.4 |
| Fuel Oil | 64.9 | 51.3 | 48.7 | 46.1 | 48.5 | 47.2 | 46.7 |
| **Residential** | **338.3** | **357.9** | **341.6** | **347.0** | **337.0** | **334.6** | **328.8** |
| Coal | 3.0 | 0.8 | 0.7 | 0.7 | 0.7 | 0.6 | 0.5 |
| Natural Gas | 238.0 | 262.2 | 256.3 | 265.5 | 258.8 | 258.6 | 254.6 |
| Fuel Oil | 97.4 | 94.9 | 84.6 | 80.7 | 77.6 | 75.4 | 73.6 |
| **U.S. Territories** | **27.9** | **50.0** | **45.2** | **41.0** | **43.8** | **49.6** | **49.7** |
| Coal | 0.6 | 3.0 | 3.4 | 3.4 | 3.4 | 3.4 | 3.5 |
| Natural Gas | NO | 1.3 | 1.4 | 1.6 | 1.5 | 1.5 | 1.5 |
| Fuel Oil | 27.2 | 45.7 | 40.4 | 36.0 | 39.0 | 44.7 | 44.7 |
| **Total** | **3,254.6** | **3,856.9** | **3,863.0** | **3,774.6** | **3,473.3** | **3,644.2** | **3,532.2** |

---

[63] Since emission estimates for U.S. territories cannot be disaggregated by gas in Table 3-8 and Table 3-9, the values for $CH_4$ and $N_2O$ exclude U.S. territory emissions.

**Table 3-10:  CH$_4$ Emissions from Stationary Combustion (Tg CO$_2$ Eq.)**

| Sector/Fuel Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Electricity Generation** | **0.3** | **0.5** | **0.5** | **0.5** | **0.4** | **0.5** | **0.4** |
| Coal | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| Fuel Oil | + | + | + | + | + | + | + |
| Natural Gas | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 |
| Wood | + | + | + | + | + | + | + |
| **Industrial** | **1.6** | **1.5** | **1.5** | **1.4** | **1.2** | **1.3** | **1.3** |
| Coal | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Fuel Oil | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 |
| Natural Gas | 0.2 | 0.1 | 0.1 | 0.2 | 0.1 | 0.2 | 0.2 |
| Wood | 0.9 | 0.9 | 0.9 | 0.9 | 0.8 | 0.9 | 0.9 |
| **Commercial** | **0.9** | **0.9** | **0.9** | **0.9** | **0.9** | **0.9** | **0.9** |
| Coal | + | + | + | + | + | + | + |
| Fuel Oil | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Natural Gas | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| Wood | 0.4 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| **Residential** | **4.6** | **3.6** | **3.5** | **3.7** | **3.6** | **3.5** | **3.5** |
| Coal | 0.2 | 0.1 | + | + | + | + | + |
| Fuel Oil | 0.3 | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 |
| Natural Gas | 0.4 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Wood | 3.7 | 2.8 | 2.7 | 2.9 | 2.8 | 2.8 | 2.8 |
| **U.S. Territories** | **+** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** |
| Coal | + | + | + | + | + | + | + |
| Fuel Oil | + | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Natural Gas | + | + | + | + | + | + | + |
| Wood | + | + | + | + | + | + | + |
| **Total** | **7.5** | **6.6** | **6.4** | **6.6** | **6.3** | **6.3** | **6.3** |

+ Does not exceed 0.05 Tg CO$_2$ Eq.
Note:  Totals may not sum due to independent rounding.

**Table 3-11:  N$_2$O Emissions from Stationary Combustion (Tg CO$_2$ Eq.)**

| Sector/Fuel Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Electricity Generation** | **7.4** | **16.0** | **16.7** | **16.8** | **16.8** | **18.5** | **17.9** |
| Coal | 6.3 | 11.6 | 11.4 | 11.6 | 11.2 | 12.5 | 12.1 |
| Fuel Oil | 0.1 | 0.1 | 0.1 | + | + | + | + |
| Natural Gas | 1.0 | 4.3 | 5.2 | 5.2 | 5.6 | 5.9 | 5.8 |
| Wood | + | + | + | + | + | + | + |
| **Industrial** | **3.3** | **3.2** | **3.1** | **2.9** | **2.5** | **2.7** | **2.7** |
| Coal | 0.8 | 0.6 | 0.5 | 0.5 | 0.4 | 0.5 | 0.4 |
| Fuel Oil | 0.5 | 0.5 | 0.6 | 0.5 | 0.4 | 0.4 | 0.3 |
| Natural Gas | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Wood | 1.8 | 1.9 | 1.8 | 1.7 | 1.6 | 1.7 | 1.7 |
| **Commercial** | **0.4** | **0.4** | **0.3** | **0.3** | **0.3** | **0.3** | **0.3** |
| Coal | 0.1 | + | + | + | + | + | + |
| Fuel Oil | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Natural Gas | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Wood | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **Residential** | **1.1** | **1.0** | **0.9** | **1.0** | **0.9** | **0.9** | **0.9** |
| Coal | + | + | + | + | + | + | + |
| Fuel Oil | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Natural Gas | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Wood | 0.7 | 0.6 | 0.5 | 0.6 | 0.6 | 0.5 | 0.5 |
| **U.S. Territories** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** |
| Coal | + | + | + | + | + | + | + |
| Fuel Oil | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Natural Gas | + | | + | + | + | + | + |
| Wood | + | | + | + | + | + | + |
| **Total** | **12.3** | **20.6** | **21.2** | **21.1** | **20.7** | **22.6** | **22.0** |

+ Does not exceed 0.05 Tg CO₂ Eq.
Note: Totals may not sum due to independent rounding.

## Electricity Generation

The process of generating electricity is the single largest source of $CO_2$ emissions in the United States, representing 38 percent of total $CO_2$ emissions from all $CO_2$ emissions sources across the United States. Methane and $N_2O$ accounted for a small portion of emissions from electricity generation, representing less than 0.1 percent and 0.8 percent, respectively. Electricity generation also accounted for the largest share of $CO_2$ emissions from fossil fuel combustion, approximately 41 percent in 2011. Methane and $N_2O$ from electricity generation represented 6 and 45 percent of emissions from fossil fuel combustion in 2011, respectively. Electricity was consumed primarily in the residential, commercial, and industrial end-use sectors for lighting, heating, electric motors, appliances, electronics, and air conditioning (see Figure 3-9).

**Figure 3-9:  Electricity Generation Retail Sales by End-Use Sector**



The electric power industry includes all power producers, consisting of both regulated utilities and nonutilities (e.g. independent power producers, qualifying cogenerators, and other small power producers). For the underlying energy data used in this chapter, the Energy Information Administration (EIA) places electric power generation into three functional categories: the electric power sector, the commercial sector, and the industrial sector. The electric power sector consists of electric utilities and independent power producers whose primary business is the production of electricity,[64] while the other sectors consist of those producers that indicate their primary business is something other than the production of electricity.

The industrial, residential, and commercial end-use sectors, as presented in Table 3-8, were reliant on electricity for meeting energy needs. The residential and commercial end-use sectors were especially reliant on electricity consumption for lighting, heating, air conditioning, and operating appliances. Electricity sales to the residential and commercial end-use sectors in 2011 decreased approximately 1.5 percent and 0.8 percent, respectively. The trend in the residential and commercial sectors can largely be attributed to milder, less energy-intensive winter conditions compared to 2010. Electricity sales to the industrial sector in 2011 increased approximately 0.5 percent. Overall, in 2011, the amount of electricity generated (in kWh) decreased by 0.8 percent from the previous year. As a result,

---

[64] Utilities primarily generate power for the U.S. electric grid for sale to retail customers. Nonutilities produce electricity for their own use, to sell to large consumers, or to sell on the wholesale electricity market (e.g., to utilities for distribution and resale to customers).

$CO_2$ emissions from the electric power sector decreased by 4.5 percent as the consumption of coal and petroleum for electricity generation decreased by 5.7 percent and 17.4 percent, respectively, in 2011 and the consumption of natural gas for electricity generation, increased by 2.5 percent.

## Industrial Sector

The industrial sector accounted for 25 percent of $CO_2$ emissions from fossil fuel combustion, 17 percent of $CH_4$ emissions from fossil fuel combustion, and 7 percent of $N_2O$ emissions from fossil fuel combustion. $CO_2$, $CH_4$, and $N_2O$ emissions resulted from the direct consumption of fossil fuels for steam and process heat production.

The industrial sector, per the underlying energy consumption data from EIA, includes activities such as manufacturing, construction, mining, and agriculture. The largest of these activities in terms of energy consumption is manufacturing, of which six industries—Petroleum Refineries, Chemicals, Paper, Primary Metals, Food, and Nonmetallic Mineral Products—represent the vast majority of the energy use (EIA 2012a and EIA 2009b).

In theory, emissions from the industrial sector should be highly correlated with economic growth and industrial output, but heating of industrial buildings and agricultural energy consumption are also affected by weather conditions.[65] In addition, structural changes within the U.S. economy that lead to shifts in industrial output away from energy-intensive manufacturing products to less energy-intensive products (e.g., from steel to computer equipment) also have a significant effect on industrial emissions.

From 2010 to 2011, total industrial production and manufacturing output increased by 4.1 and 4.8 percent, respectively (FRB 2012). Over this period, output increased across all production indices for Food, Petroleum Refineries, Chemicals, Paper, Primary Metals, and Nonmetallic Mineral Products (see Figure 3-10).

---

[65] Some commercial customers are large enough to obtain an industrial price for natural gas and/or electricity and are consequently grouped with the industrial end-use sector in U.S. energy statistics. These misclassifications of large commercial customers likely cause the industrial end-use sector to appear to be more sensitive to weather conditions.

**Figure 3-10:  Industrial Production Indices (Index 2007=100)**



Despite the growth in industrial output (51 percent) and the overall U.S. economy (66 percent) from 1990 to 2011, $CO_2$ emissions from fossil fuel combustion in the industrial sector decreased by 8.9 percent over the same time series.  A number of factors are believed to have caused this disparity between growth in industrial output and decrease in industrial emissions, including: (1) more rapid growth in output from less energy-intensive industries relative to traditional manufacturing industries, and (2) energy-intensive industries such as steel are employing new methods, such as electric arc furnaces, that are less carbon intensive than the older methods.  In 2011, $CO_2$, $CH_4$, and $N_2O$ emissions from fossil fuel combustion and electricity use within the industrial end-use sector totaled 1,401.4 Tg $CO_2$ Eq., or approximately 2.1 percent below 2010 emissions.

## Residential and Commercial Sectors

The residential and commercial sectors accounted for 6 and 4 percent of $CO_2$ emissions from fossil fuel combustion, 44 and 12 percent of $CH_4$ emissions from fossil fuel combustion, and 2 and 1 percent of $N_2O$ emissions from fossil fuel combustion, respectively.  Emissions from these sectors were largely due to the direct consumption of natural gas and petroleum products, primarily for heating and cooking needs.  Coal consumption was a minor component of energy use in both of these end-use sectors.  In 2011, $CO_2$, $CH_4$, and $N_2O$ emissions from fossil fuel combustion and electricity use within the residential and commercial end-use sectors were 1,136.9 Tg $CO_2$ Eq. and  968.1 Tg $CO_2$ Eq., respectively.  Total $CO_2$, $CH_4$, and $N_2O$ emissions from the residential and commercial sectors decreased by 4.2 and 3.3 percent from 2010 to 2011, respectively.

Emissions from the residential and commercial sectors have generally been increasing since 1990, and are often correlated with short-term fluctuations in energy consumption caused by weather conditions, rather than prevailing economic conditions.  In the long-term, both sectors are also affected by population growth, regional migration trends, and changes in housing and building attributes (e.g., size and insulation).

Combustion emissions from natural gas consumption represent about 77 percent of the direct fossil fuel $CO_2$ emissions from both the residential and commercial sectors, respectively.  In 2011, natural gas combustion $CO_2$

emissions from the residential and commercial sectors decreased by 1.5 percent and increased by 1.6 percent, respectively.

## U.S. Territories

Emissions from U.S. territories are based on the fuel consumption in American Samoa, Guam, Puerto Rico, U.S. Virgin Islands, Wake Island, and other U.S. Pacific Islands. As described in the Methodology section for $CO_2$ from fossil fuel combustion, this data is collected separately from the sectoral-level data available for the general calculations. As sectoral information is not available for U.S. Territories, $CO_2$, $CH_4$, and $N_2O$ emissions are not presented for U.S. Territories in the tables above, though the emissions will include some transportation and mobile combustion sources.

## Transportation Sector and Mobile Combustion

This discussion of transportation emissions follows the alternative method of presenting combustion emissions by allocating emissions associated with electricity generation to the transportation end-use sector, as presented in Table 3-8. For direct emissions from transportation (i.e., not including emissions associated with the sector's electricity consumption), please see Table 3-7.

### Transportation End-Use Sector

The transportation end-use sector accounted for 1,769.5 Tg $CO_2$ Eq. in 2011, which represented 33 percent of $CO_2$ emissions, 22 percent of $CH_4$ emissions, and 46 percent of $N_2O$ emissions from fossil fuel combustion, respectively. Fuel purchased in the U.S. for international aircraft and marine travel accounted for an additional 111.3 Tg $CO_2$ in 2011; these emissions are recorded as international bunkers and are not included in U.S. totals according to UNFCCC reporting protocols. Among domestic transportation sources, light duty vehicles (including passenger cars and light-duty trucks) represented 61 percent of $CO_2$ emissions, medium- and heavy-duty trucks 22 percent, commercial aircraft 7 percent, and other sources 11 percent. See Table 3-12 for a detailed breakdown of $CO_2$ emissions by mode and fuel type. Emissions of $CO_2$ from the combustion of ethanol for transportation and emissions associated with the agricultural and industrial processes involved in the production of ethanol are captured in other sectors.[66] Ethanol consumption from the transportation sector has increased from 0.7 billion gallons in 1990 to 12.3 billion gallons in 2011. For further information, see the section on wood biomass and ethanol consumption at the end of this chapter, and table A-90 in Annex 3.2.

From 1990 to 2011, transportation emissions rose by 18 percent due, in large part, to increased demand for travel and the stagnation of fuel efficiency across the U.S. vehicle fleet. The number of vehicle miles traveled by light-duty motor vehicles (passenger cars and light-duty trucks) increased 34 percent from 1990 to 2011, as a result of a confluence of factors including population growth, economic growth, urban sprawl, and low fuel prices over much of this period.

From 2010 to 2011, $CO_2$ emissions from the transportation end-use sector decreased by 1.2 percent. The decrease in emissions can largely be attributed to slow growth in economic activity in 2011, decreasing median household income, higher fuel prices and an associated decrease in the demand for passenger transportation. Commercial aircraft emissions continued to fall, having decreased 18 percent since 2007. Decreases in jet fuel emissions (excluding bunkers) are due in part to improved operational efficiency that results in more direct flight routing, improvements in aircraft and engine technologies to reduce fuel burn and emissions, and the accelerated retirement of older, less fuel efficient aircraft.

Almost all of the energy consumed for transportation was supplied by petroleum-based products, with more than half being related to gasoline consumption in automobiles and other highway vehicles. Other fuel uses, especially diesel fuel for freight trucks and jet fuel for aircraft, accounted for the remainder. The primary driver of transportation-related emissions was $CO_2$ from fossil fuel combustion, which increased by 20 percent from 1990 to 2011. This rise in $CO_2$ emissions, combined with an increase in HFCs from close to zero emissions in 1990 to 57.1

---

[66] Net carbon fluxes from changes in biogenic carbon reservoirs are accounted for in the estimates for Land Use, Land-Use Change and Forestry, in line with IPCC methodological guidance and UNFCCC reporting obligations.

Tg $CO_2$ Eq. in 2011, led to an increase in overall emissions from transportation activities of 18 percent (see table 2-14).

## Transportation Fossil Fuel Combustion $CO_2$ Emissions

Domestic transportation $CO_2$ emissions increased by 17 percent (252.2 Tg $CO_2$ Eq.) between 1990 and 2011, an annualized increase of 0.8 percent.   However, between 2010 and 2011, $CO_2$ emissions from domestic transportation decreased by 1%, which contrasted with the previous year's trend of increasing emissions. Almost all of the energy consumed by the transportation sector is petroleum-based, including motor gasoline, diesel fuel, jet fuel, and residual oil.[67] Transportation sources also produce $CH_4$ and $N_2O$; these emissions are included in Table 3-13 and Table 3-14 in the "Mobile Combustion" Section.  Annex 3.2 presents total emissions from all transportation and mobile sources, including $CO_2$, $N_2O$, $CH_4$, and HFCs.

Carbon dioxide emissions from passenger cars and light-duty trucks totaled 1,061.6 Tg $CO_2$ Eq. in 2011, an increase of 12 percent (111.2 Tg $CO_2$ Eq.) from 1990. $CO_2$ emissions from passenger cars and light-duty trucks peaked at 1,184.3 Tg $CO_2$ Eq. in 2004, and since then have declined about 10 percent.  Over the 1990s through early this decade, growth in vehicle travel substantially outweighed improvements in vehicle fuel economy; however, the rate of Vehicle Miles Traveled (VMT) growth slowed considerably starting in 2005 (and declined rapidly in 2008) while average vehicle fuel economy increased.  Among new vehicles sold annually, average fuel economy gradually declined from 1990 to 2004 (Figure 3-11), reflecting substantial growth in sales of light-duty trucks—in particular, growth in the market share of sport utility vehicles—relative to passenger cars (Figure 3-12).  New vehicle fuel economy improved beginning in 2005, largely due to higher light-duty truck fuel economy standards, which have risen each year since 2005.  The overall increase in fuel economy is also due to a slightly lower light-duty truck market share, which peaked in 2004 at 45 percent and declined to 36 percent in 2011.

Passenger car $CO_2$ emissions increased by 21 percent from 1990 to 2011, light-duty truck $CO_2$ emissions decreased by 6 percent and medium- and heavy-duty trucks increased by 69 percent.[68] $CO_2$ from the domestic operation of commercial aircraft increased by 4 percent (4.7 Tg $CO_2$ Eq.) from 1990 to 2011.   Across all categories of aviation, $CO_2$ emissions decreased by 20.8 percent (38.9 Tg $CO_2$ Eq.) between 1990 and 2011.[69] This includes a 64 percent (22.4 Tg $CO_2$ Eq.) decrease in emissions from domestic military operations.   For further information on all greenhouse gas emissions from transportation sources, please refer to Annex 3.2.

---

[67] Biofuel estimates are presented in the Energy chapter for informational purposes only, in line with IPCC methodological guidance and UNFCCC reporting obligations.  Net carbon fluxes from changes in biogenic carbon reservoirs in croplands are accounted for in the estimates for Land Use, Land-Use Change, and Forestry (see Chapter 7).  More information and additional analyses on biofuels are available  at EPA's "Renewable Fuels: Regulations & Standards" See <http://www.epa.gov/otaq/fuels/renewablefuels/regulations.htm>

[68] Includes "light-duty trucks" fueled by gasoline, diesel and LPG

[69] Includes consumption of jet fuel and aviation gasoline.  Does not include aircraft bunkers, which are not included in national emission totals, in line with IPCC methodological guidance and UNFCCC reporting obligations.

**Figure 3-11:  Sales-Weighted Fuel Economy of New Passenger Cars and Light-Duty Trucks, 1990–2010**



**Figure 3-12:  Sales of New Passenger Cars and Light-Duty Trucks, 1990–2010**



**Table 3-12:  $CO_2$ Emissions from Fossil Fuel Combustion in Transportation End-Use Sector (Tg $CO_2$ Eq.) [a]**

| Fuel/Vehicle Type | 1990 | 2005 | 2007[d] | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Gasoline** | **983.7** | **1,187.8** | **1,181.2** | **1,130.3** | **1,128.5** | **1,125.0** | **1,100.4** |
| Passenger Cars | 621.4 | 658.0 | 800.2 | 765.6 | 762.4 | 760.0 | 754.8 |
| Light-Duty Trucks | 309.1 | 478.7 | 315.5 | 298.9 | 304.1 | 303.7 | 288.2 |
| Medium- and Heavy-Duty Trucks[b] | 38.7 | 34.9 | 46.6 | 47.2 | 43.6 | 43.6 | 39.9 |
| Buses | 0.3 | 0.4 | 0.7 | 0.8 | 0.8 | 0.8 | 0.8 |
| Motorcycles | 1.7 | 1.6 | 4.3 | 4.4 | 4.2 | 3.8 | 3.6 |
| Recreational Boats | 12.4 | 14.1 | 13.9 | 13.5 | 13.3 | 13.1 | 13.0 |
| **Distillate Fuel Oil (Diesel)** | **262.9** | **458.1** | **476.3** | **451.6** | **409.7** | **426.3** | **435.4** |
| Passenger Cars | 7.9 | 4.2 | 4.1 | 3.7 | 3.6 | 3.8 | 4.1 |
| Light-Duty Trucks | 11.5 | 25.8 | 13.6 | 12.1 | 12.1 | 12.6 | 13.1 |
| Medium- and Heavy-Duty Trucks[b] | 190.5 | 360.6 | 384.6 | 366.1 | 332.2 | 345.9 | 347.8 |
| Buses | 8.0 | 10.6 | 15.9 | 15.2 | 14.1 | 14.1 | 15.1 |
| Rail | 35.5 | 45.6 | 46.6 | 43.2 | 36.3 | 39.0 | 41.0 |
| Recreational Boats | 2.0 | 3.1 | 3.3 | 3.4 | 3.5 | 3.5 | 3.6 |
| Ships and Other Boats[f] | 7.5 | 8.1 | 8.2 | 7.9 | 8.0 | 7.5 | 10.7 |
| *International Bunker Fuels [c]* | *11.7* | *9.4* | *8.2* | *9.0* | *8.2* | *9.5* | *7.5* |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Jet Fuel**[c] | 184.2 | 189.3 | 179.5 | 173.0 | 154.1 | 151.5 | 146.5 |
| Commercial Aircraft[i] | 109.9 | 132.7 | 139.7 | 127.3 | 119.5 | 113.3 | 114.6 |
| Military Aircraft | 35.0 | 19.4 | 17.8 | 17.6 | 15.4 | 13.6 | 12.6 |
| General Aviation Aircraft | 39.4 | 37.3 | 22.0 | 28.2 | 19.2 | 24.6 | 19.4 |
| *International Bunker Fuels* [e] | *38.0* | *60.1* | *61.5* | *56.1* | *52.8* | *61.0* | *64.9* |
| *International Bunker Fuels* | | | | | | | |
| *From Commercial Aviation* | *30.0* | *55.6* | *57.5* | *52.4* | *49.2* | *57.4* | *61.7* |
| **Aviation Gasoline** | 3.1 | 2.4 | 2.2 | 2.0 | 1.8 | 1.9 | 1.9 |
| General Aviation Aircraft | 3.1 | 2.4 | 2.2 | 2.0 | 1.8 | 1.9 | 1.9 |
| **Residual Fuel Oil** | 22.6 | 19.3 | 29.0 | 19.9 | 15.4 | 19.3 | 20.1 |
| Ships and Other Boats[f] | 22.6 | 19.3 | 29.0 | 19.9 | 15.4 | 19.3 | 20.1 |
| *International Bunker Fuels* [e] | *53.7* | *43.6* | *45.6* | *49.2* | *45.4* | *46.5* | *38.9* |
| **Natural Gas** | 36.0 | 33.1 | 35.2 | 36.7 | 37.9 | 38.1 | 38.8 |
| Passenger Cars | + | + | + | + | + | + | + |
| Light-Duty Trucks | + | + | + | + | + | + | + |
| Buses | + | 0.8 | 1.0 | 1.1 | 1.2 | 1.1 | 1.1 |
| Pipeline[h] | 36.0 | 32.2 | 34.2 | 35.6 | 36.7 | 37.1 | 37.7 |
| **LPG** | 1.4 | 1.7 | 1.4 | 2.5 | 1.7 | 1.8 | 1.9 |
| Light-Duty Trucks | 0.6 | 1.3 | 1.0 | 1.8 | 1.2 | 1.3 | 1.3 |
| Medium- and Heavy-Duty | | | | | | | |
| Trucks[b] | 0.8 | 0.4 | 0.4 | 0.7 | 0.5 | 0.6 | 0.6 |
| Buses | + | + | + | + | + | + | + |
| **Electricity** | 3.0 | 4.7 | 5.1 | 4.7 | 4.5 | 4.5 | 4.3 |
| Rail | 3.0 | 4.7 | 5.1 | 4.7 | 4.5 | 4.5 | 4.3 |
| *Ethanol*[g] | *4.1* | *22.4* | *38.1* | *53.8* | *61.2* | *71.2* | *71.3* |
| **Total** | 1,497.0 | 1,896.5 | 1,909.7 | 1,820.7 | 1,753.7 | 1,768.4 | 1,749.3 |
| **Total (Including Bunkers)** [e] | **1,600.5** | **2,022.9** | **2,025.1** | **1,935.0** | **1,860.1** | **1,885.3** | **1,860.6** |

[a] This table does not include emissions from non-transportation mobile sources, such as agricultural equipment and construction/mining equipment; it also does not include emissions associated with electricity consumption by pipelines or lubricants used in transportation.

[b] Includes medium- and heavy-duty trucks over 8,500 lbs.

[c] Official estimates exclude emissions from the combustion of both aviation and marine international bunker fuels; however, estimates including international bunker fuel-related emissions are presented for informational purposes.

[d] In 2011, FHWA changed how vehicles are classified, moving from a system based on body-type to one that is based on wheelbase. This change in methodology in FHWA's VM-1 table resulted in large changes in VMT by vehicle class, thus leading to a shift in emissions among on-road vehicle classes in the 2007 to 2010 time period.

[e] For BY2011, EPA implemented revisions which adjusted the apportionment of total jet fuel energy consumption, as well as the methodology and sources for calculation of $CO_2$ from aircrafts. For more information, see Recalculations Discussion in the $CO_2$ from Fossil Fuel Combustion section, as well as Annex 3.3.

[f] Fluctuations in emission estimates reflect data collection problems.

[g]: Ethanol estimates are presented for informational purposes only. See section 3.10 of this chapter and the estimates in Land Use, Land-Use Change, and Forestry (see Chapter 7), in line with IPCC methodological guidance and UNFCCC reporting obligations, for more information on ethanol.

[h] Pipelines reflect $CO_2$ emissions from natural gas powered pipelines transporting natural gas.

[i] Commercial aircraft, as modeled in FAA's AEDT, consists of passenger aircraft, cargo, and other chartered flights.

Note: Totals may not sum due to independent rounding.

+ Less than 0.05 Tg $CO_2$ Eq.

## Mobile Fossil Fuel Combustion CH$_4$ and N$_2$O Emissions

Mobile combustion includes emissions of $CH_4$ and $N_2O$ from all transportation sources identified in the U.S. inventory with the exception of pipelines, which are stationary;[70] mobile sources also include non-transportation sources such as construction/mining equipment, agricultural equipment, vehicles used off-road, and other sources

---

[70] Fugitive emissions of $CH_4$ from natural gas systems are reported under the Industrial economic sector. More information on the methodology used to calculate these emissions are included in Annex 3.4

(e.g., snowmobiles, lawnmowers, etc.). Annex 3.2 includes a summary of all emissions from both transportation and mobile sources. Table 3-13 and Table 3-14 provide $CH_4$ and $N_2O$ emission estimates in Tg $CO_2$ Eq.[71]

Mobile combustion was responsible for a small portion of national $CH_4$ emissions (0.3 percent) but was the third largest source of U.S. $N_2O$ emissions (5 percent). From 1990 to 2011, mobile source $CH_4$ emissions declined by 62 percent, to 1.7 Tg $CO_2$ Eq. (82 Gg), due largely to control technologies employed in on-road vehicles since the mid-1990s to reduce CO, $NO_x$, NMVOC, and $CH_4$ emissions. Mobile source emissions of $N_2O$ decreased by 58 percent, to 18.5 Tg $CO_2$ Eq. (60 Gg). Earlier generation control technologies initially resulted in higher $N_2O$ emissions, causing a 26 percent increase in $N_2O$ emissions from mobile sources between 1990 and 1998. Improvements in later-generation emission control technologies have reduced $N_2O$ output, resulting in a 67 percent decrease in mobile source $N_2O$ emissions from 1998 to 2011 (Figure 3-13). Overall, $CH_4$ and $N_2O$ emissions were predominantly from gasoline-fueled passenger cars and light-duty trucks.

## Figure 3-13: Mobile Source CH₄ and N₂O Emissions



## Table 3-13: CH₄ Emissions from Mobile Combustion (Tg CO₂ Eq.)

| Fuel Type/Vehicle Type[a] | 1990 | 2005 | 2007[e] | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Gasoline On-Road** | **4.2** | **1.9** | **1.6** | **1.4** | **1.3** | **1.2** | **1.2** |
| Passenger Cars | 2.6 | 1.1 | 1.1 | 1.0 | 0.9 | 0.9 | 0.8 |
| Light-Duty Trucks | 1.4 | 0.7 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| Medium- and Heavy-Duty Trucks and Buses | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Motorcycles | + | + | + | + | + | + | + |
| **Diesel On-Road** | **+** | **+** | **+** | **+** | **+** | **+** | **+** |
| Passenger Cars | + | + | + | + | + | + | + |
| Light-Duty Trucks | + | + | + | + | + | + | + |
| Medium- and Heavy-Duty Trucks and Buses | + | + | + | + | + | + | + |
| **Alternative Fuel On-Road** | **+** | **+** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** |
| **Non-Road** | **0.3** | **0.5** | **0.5** | **0.4** | **0.4** | **0.4** | **0.5** |
| Ships and Boats | + | + | + | + | + | + | + |
| Rail | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Aircraft[f] | 0.1 | + | + | + | + | + | + |
| Agricultural Equipment[b] | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Construction/Mining Equipment[c] | + | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |

---

[71] See Annex 3.2 for a complete time series of emission estimates for 1990 through 2011.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Other[d] | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **Total** | **4.6** | **2.4** | **2.1** | **1.9** | **1.8** | **1.8** | **1.7** |

[a] See Annex 3.2 for definitions of on-road vehicle types.
[b] Includes equipment, such as tractors and combines, as well as fuel consumption from trucks that are used off-road in agriculture.
[c] Includes equipment, such as cranes, dumpers, and excavators, as well as fuel consumption from trucks that are used off-road in construction.
[d] "Other" includes snowmobiles and other recreational equipment, logging equipment, lawn and garden equipment, railroad equipment, airport equipment, commercial equipment, and industrial equipment, as well as fuel consumption from trucks that are used off-road for commercial/industrial purposes.
[e] In 2011, FHWA changed how vehicles are classified, moving from a system based on body-type to one that is based on wheelbase.  This change in methodology in FHWA's VM-1 table resulted in large changes in VMT by vehicle class, thus leading to a shift in emissions among on-road vehicle classes in the 2007 to 2010 time period.
[f] $CH_4$ emissions from jet engine aircrafts have been zeroed out across the time series.  For more information, see the Recalculations Discussion in the $CH_4$ and $N_2O$ from Fossil Fuel Combustion section.
Note:  Totals may not sum due to independent rounding.
+ Less than 0.05 Tg $CO_2$ Eq.

## Table 3-14:  $N_2O$ Emissions from Mobile Combustion (Tg $CO_2$ Eq.)

| Fuel Type/Vehicle Type[a] | 1990 | 2005 | 2007[e] | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Gasoline On-Road** | **40.1** | **32.2** | **24.1** | **20.7** | **18.3** | **16.1** | **13.9** |
| Passenger Cars | 25.4 | 17.8 | 17.3 | 14.6 | 12.4 | 10.8 | 9.4 |
| Light-Duty Trucks | 14.1 | 13.6 | 5.8 | 5.2 | 5.1 | 4.6 | 4.0 |
| Medium- and Heavy-Duty | | | | | | | |
|   Trucks and Buses | 0.6 | 0.8 | 0.9 | 0.9 | 0.7 | 0.6 | 0.5 |
| Motorcycles | + | + | + | + | + | + | + |
| **Diesel On-Road** | **0.2** | **0.3** | **0.4** | **0.4** | **0.4** | **0.4** | **0.4** |
| Passenger Cars | + | + | + | + | + | + | + |
| Light-Duty Trucks | + | + | + | + | + | + | + |
| Medium- and Heavy-Duty | | | | | | | |
|   Trucks and Buses | 0.2 | 0.3 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| **Alternative Fuel On-Road** | **0.1** | **0.2** | **0.2** | **0.2** | **0.2** | **0.2** | **0.2** |
| **Non-Road** | **3.7** | **4.3** | **4.4** | **4.1** | **3.9** | **3.9** | **4.0** |
| Ships and Boats | 0.6 | 0.6 | 0.8 | 0.6 | 0.6 | 0.6 | 0.7 |
| Rail | 0.3 | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 |
| Aircraft | 1.8 | 1.8 | 1.7 | 1.7 | 1.5 | 1.5 | 1.4 |
| Agricultural Equipment[b] | 0.2 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| Construction/Mining | | | | | | | |
|   Equipment[c] | 0.3 | 0.5 | 0.5 | 0.5 | 0.5 | 0.6 | 0.6 |
| Other[d] | 0.4 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| **Total** | **44.0** | **36.9** | **29.0** | **25.5** | **22.7** | **20.7** | **18.5** |

[a] See Annex 3.2 for definitions of on-road vehicle types.
[b] Includes equipment, such as tractors and combines, as well as fuel consumption from trucks that are used off-road in agriculture.
[c] Includes equipment, such as cranes, dumpers, and excavators, as well as fuel consumption from trucks that are used off-road in construction.
[d] "Other" includes snowmobiles and other recreational equipment, logging equipment, lawn and garden equipment, railroad equipment, airport equipment, commercial equipment, and industrial equipment, as well as fuel consumption from trucks that are used off-road for commercial/industrial purposes.
[e] In 2011, FHWA changed how vehicles are classified, moving from a system based on body-type to one that is based on wheelbase.  This change in methodology in FHWA's VM-1 table resulted in large changes in VMT by vehicle class, thus leading to a shift in emissions among on-road vehicle classes in the 2007 to 2010 time period.
Note:  Totals may not sum due to independent rounding.
+ Less than 0.05 Tg $CO_2$ Eq.

# $CO_2$ from Fossil Fuel Combustion

## Methodology

The methodology used by the United States for estimating $CO_2$ emissions from fossil fuel combustion is conceptually similar to the approach recommended by the IPCC for countries that intend to develop detailed, sectoral-based emission estimates in line with a Tier 2 method in the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006).[72]  The use of the most recently published calculation methodologies by the IPCC, as contained in the 2006 IPCC Guidelines, is considered to improve the rigor and accuracy of this inventory and is fully in line with IPCC good practice guidance.  A detailed description of the U.S. methodology is presented in Annex 2.1, and is characterized by the following steps:

1. *Determine total fuel consumption by fuel type and sector.*  Total fossil fuel consumption for each year is estimated by aggregating consumption data by end-use sector (e.g., commercial, industrial, etc.), primary fuel type (e.g., coal, petroleum, gas), and secondary fuel category (e.g., motor gasoline, distillate fuel oil, etc.).  Fuel consumption data for the United States were obtained directly from the Energy Information Administration (EIA) of the U.S. Department of Energy (DOE), primarily from the Monthly Energy Review and published supplemental tables on petroleum product detail (EIA 2013).  The EIA does not include territories in its national energy statistics, so fuel consumption data for territories were collected separately from Jacobs (2010).[73]

   For consistency of reporting, the IPCC has recommended that countries report energy data using the International Energy Agency (IEA) reporting convention and/or IEA data.  Data in the IEA format are presented "top down"—that is, energy consumption for fuel types and categories are estimated from energy production data (accounting for imports, exports, stock changes, and losses).  The resulting quantities are referred to as "apparent consumption."  The data collected in the United States by EIA on an annual basis and used in this inventory are predominantly from mid-stream or conversion energy consumers such as refiners and electric power generators.  These annual surveys are supplemented with end-use energy consumption surveys, such as the Manufacturing Energy Consumption Survey, that are conducted on a periodic basis (every 4 years).  These consumption data sets help inform the annual surveys to arrive at the national total and sectoral breakdowns for that total.[74]

   It is also important to note that U.S. fossil fuel energy statistics are generally presented using gross calorific values (GCV) (i.e., higher heating values).  Fuel consumption activity data presented here have not been adjusted to correspond to international standards, which are to report energy statistics in terms of net calorific values (NCV) (i.e., lower heating values).[75]

2. *Subtract uses accounted for in the Industrial Processes chapter.*  Portions of the fuel consumption data for seven fuel categories—coking coal, distillate fuel, industrial other coal, petroleum coke, natural gas, residual fuel oil, and other oil—were reallocated to the industrial processes chapter, as they were consumed during non-energy related industrial activity.  To make these adjustments, additional data were collected from AISI (2004 through 2012a), Coffeyville (2012), U.S. Census Bureau (2011), EIA (2012b), USGS (1991 through 2011), USGS (1994 through 2011), USGS (1995, 1998, 2000 through 2002), USGS (2007), USGS (2009), USGS (2010), USGS (2011), USGS (1991 through 2010a), USGS (1991 through 2010b),

---

[72] The IPCC Tier 3B methodology is used for estimating emissions from commercial aircraft.

[73] Fuel consumption by U.S. territories (i.e., American Samoa, Guam, Puerto Rico, U.S. Virgin Islands, Wake Island, and other U.S. Pacific Islands) is included in this report and contributed emissions of 49.7 Tg $CO_2$ Eq. in 2011.

[74] See IPCC Reference Approach for estimating $CO_2$ emissions from fossil fuel combustion in Annex 4 for a comparison of U.S. estimates using top-down and bottom-up approaches.

[75] A crude convention to convert between gross and net calorific values is to multiply the heat content of solid and liquid fossil fuels by 0.95 and gaseous fuels by 0.9 to account for the water content of the fuels.  Biomass-based fuels in U.S. energy statistics, however, are generally presented using net calorific values.

USGS (2012a) and USGS (2012b).[76]

3. *Adjust for conversion of fuels and exports of $CO_2$.* Fossil fuel consumption estimates are adjusted downward to exclude fuels created from other fossil fuels and exports of $CO_2$.[77] Synthetic natural gas is created from industrial coal, and is currently included in EIA statistics for both coal and natural gas. Therefore, synthetic natural gas is subtracted from energy consumption statistics.[78] Since October 2000, the Dakota Gasification Plant has been exporting $CO_2$ to Canada by pipeline. Since this $CO_2$ is not emitted to the atmosphere in the United States, energy used to produce this $CO_2$ is subtracted from energy consumption statistics. To make these adjustments, additional data for ethanol were collected from EIA (2012a), data for synthetic natural gas were collected from EIA (2012b), and data for $CO_2$ exports were collected from the Eastman Gasification Services Company (2011), Dakota Gasification Company (2006), Fitzpatrick (2002), Erickson (2003), EIA (2008) and DOE (2012).

4. *Adjust Sectoral Allocation of Distillate Fuel Oil and Motor Gasoline.* EPA had conducted a separate bottom-up analysis of transportation fuel consumption based on the Federal Highway Administration's (FHWA) VMT that indicated that the amount of distillate and motor gasoline consumption allocated to the transportation sector in the EIA statistics should be adjusted. Therefore, for these estimates, the transportation sector's distillate fuel and motor gasoline consumption was adjusted upward to match the value obtained from the bottom-up analysis based on VMT. As the total distillate and motor gasoline consumption estimate from EIA are considered to be accurate at the national level, the distillate consumption totals for the residential, commercial, and industrial sectors were adjusted downward proportionately. The data sources used in the bottom-up analysis of transportation fuel consumption include AAR (2008 through 2012), Benson (2002 through 2004), DOE (1993 through 2012), EIA (2007a), EIA (1991 through 2013), EPA (2009), and FHWA (1996 through 2013).[79]

5. *Adjust for fuels consumed for non-energy uses.* U.S. aggregate energy statistics include consumption of fossil fuels for non-energy purposes. These are fossil fuels that are manufactured into plastics, asphalt, lubricants, or other products. Depending on the end-use, this can result in storage of some or all of the C contained in the fuel for a period of time. As the emission pathways of C used for non-energy purposes are vastly different than fuel combustion (since the C in these fuels ends up in products instead of being combusted), these emissions are estimated separately in the Carbon Emitted and Stored in Products from Non-Energy Uses of Fossil Fuels section in this chapter. Therefore, the amount of fuels used for non-energy purposes was subtracted from total fuel consumption. Data on non-fuel consumption was provided by EIA (2013).

6. *Subtract consumption of international bunker fuels.* According to the UNFCCC reporting guidelines emissions from international transport activities, or bunker fuels, should not be included in national totals. U.S. energy consumption statistics include these bunker fuels (e.g., distillate fuel oil, residual fuel oil, and jet fuel) as part of consumption by the transportation end-use sector, however, so emissions from international transport activities were calculated separately following the same procedures used for

---

[76] See sections on Iron and Steel Production and Metallurgical Coke Production, Ammonia Production and Urea Consumption, Petrochemical Production, Titanium Dioxide Production, Ferroalloy Production, Aluminum Production, and Silicon Carbide Production and Consumption in the Industrial Processes chapter.

[77] Energy statistics from EIA (2013) are already adjusted downward to account for ethanol added to motor gasoline, and biogas in natural gas.

[78] These adjustments are explained in greater detail in Annex 2.1.

[79] The source of VMT and fuel consumption is FHWA's VM-1 table. The data collection methodology has undergone substantial revision for only years 2007 to 2010, while prior years have remain unchanged Several of the vehicle type categories have changed. For instance, passenger car has been replaced by "Light duty vehicle, short WB" and other 4 axle- 2 tire has been replaced by "Light duty vehicle, long WB". With this change in methodology, there are substantial differences in activity data among vehicle classes, even though overall VMT and fuel consumption is unchanged. While this is the best data available on vehicle activity, the time series reflects changes in the definition of vehicle classes between 2006- 2007 when this change in methodology was implemented.

emissions from consumption of all fossil fuels (i.e., estimation of consumption, and determination of C content).[80]  The Office of the Under Secretary of Defense (Installations and Environment) and the Defense Energy Support Center (Defense Logistics Agency) of the U.S. Department of Defense (DoD) (DESC 2012) supplied data on military jet fuel and marine fuel use.  Commercial jet fuel use was obtained from FAA (2013); residual and distillate fuel use for civilian marine bunkers was obtained from DOC (1991 through 2012) for 1990 through 2001 and 2007 through 2010, and DHS (2008) for 2003 through 2006.  Consumption of these fuels was subtracted from the corresponding fuels in the transportation end-use sector.  Estimates of international bunker fuel emissions for the United States are discussed in detail later in the International Bunker Fuels section of this chapter.

7.  *Determine the total C content of fuels consumed.*  Total C was estimated by multiplying the amount of fuel consumed by the amount of C in each fuel.  This total C estimate defines the maximum amount of C that could potentially be released to the atmosphere if all of the C in each fuel was converted to $CO_2$.  The C content coefficients used by the United States were obtained from EIA's Emissions of Greenhouse Gases in the United States 2008 (EIA 2009a), and an EPA analysis of C content coefficients used in the mandatory reporting rule (EPA 2010a).  A discussion of the methodology used to develop the C content coefficients are presented in Annexes 2.1 and 2.2.

8.  *Estimate $CO_2$ Emissions.*  Total $CO_2$ emissions are the product of the adjusted energy consumption (from the previous methodology steps 1 through 6), the C content of the fuels consumed, and the fraction of C that is oxidized.  The fraction oxidized was assumed to be 100 percent for petroleum, coal, and natural gas based on guidance in IPCC (2006) (see Annex 2.1).

9.  *Allocate transportation emissions by vehicle type.*  This report provides a more detailed accounting of emissions from transportation because it is such a large consumer of fossil fuels in the United States.  For fuel types other than jet fuel, fuel consumption data by vehicle type and transportation mode were used to allocate emissions by fuel type calculated for the transportation end-use sector.

- For on-road vehicles, annual estimates of combined motor gasoline and diesel fuel consumption by vehicle category were obtained from FHWA (1996 through 2013); for each vehicle category, the percent gasoline, diesel, and other (e.g., CNG, LPG) fuel consumption are estimated using data from DOE (1993 through 2012).

- For non-road vehicles, activity data were obtained from AAR (2008 through 2012), APTA (2007 through 2012), APTA (2006), BEA (1991 through 2011), Benson (2002 through 2004), DOE (1993 through 2012), DESC (2012), DOC (1991 through 2012), DOT (1991 through 2012), EIA (2009a), EIA (2011a), EIA (2002), EIA (1991 through 2013), EPA (2012b),  and Gaffney (2007).

- For jet fuel used by aircraft, $CO_2$ emissions from commercial aircraft were developed by the U.S. Federal Aviation Administration (FAA) using a Tier 3B methodology, consistent with the 2006 IPCC Guidelines for National Greenhouse Gas Inventories (see Annex 3.3). $CO_2$ emissions from other aircraft were calculated directly based on reported consumption of fuel as reported by EIA. Allocation to domestic military uses was made using DoD data (see Annex 3.8). General aviation jet fuel consumption is determined as the remainder of total jet fuel use net all other jet fuel use as determined by FAA and DoD. For more information, see the Recalculations Discussion in the $CH_4$ and $N_2O$ from Fossil Combustion Section, as well as Annex 3.2.

Heat contents and densities were obtained from EIA (2012a) and USAF (1998).[81]

---

[80] See International Bunker Fuels section in this chapter for a more detailed discussion.

[81] For a more detailed description of the data sources used for the analysis of the transportation end use sector see the Mobile Combustion (excluding $CO_2$) and International Bunker Fuels sections of the Energy chapter, Annex 3.2, and Annex 3.8.

**Box 3-4:  Uses of Greenhouse Gas Reporting Program Data in Reporting Emissions from Industrial Sector Fossil**

As described in the calculation methodology, total fossil fuel consumption for each year is based on aggregated end-use sector consumption published by the Energy Information Administration (EIA) of the U.S. Department of Energy (DOE). The availability of facility-level combustion emissions through EPA's Greenhouse Gas Reporting Program (GHGRP) has provided an opportunity to better characterize the industrial sector's energy consumption and emissions in the United States, through a disaggregation of EIA's industrial sector fuel consumption data from select industries.

For the GHGRP's 2010 and 2011 reporting years, facility-level fossil fuel combustion emissions reported through the GHGRP were categorized and distributed to specific industry types by utilizing facility-reported NAICS codes (as published by the U.S. Census Bureau), and associated data available from EIA's 2010 Manufacturing Energy Consumption Survey (MECS). As noted previously in this report, the definitions and provisions for reporting fuel types in the GHGRP include some differences from the inventory's use of EIA national fuel statistics to meet the UNFCCC reporting guidelines. The IPCC has provided guidance on aligning facility-level reported fuels and fuel types published in national energy statistics, which guided this exercise.[82]

This year's effort represents the first attempt to align, reconcile, and coordinate the facility-level reporting of fossil fuel combustion emissions under the GHGRP with the national-level approach presented in this report. Consistent with recommendations for reporting the inventory to the UNFCCC, progress was made on certain fuel types for specific industries and has been included in the Common Reporting Format (CRF) tables that are submitted to the UNFCCC along with this report.[83] However, a full mapping was not completed this year due to fuel category differences between national statistics published by EIA and facility-level reported GHGRP data. Furthermore, given that calendar year 2010 was the first year in which emissions data were reported to the GHGRP, this year's examination only focused on 2010 and 2011. For this year's exercise, the efforts in reconciling fuels focused on standard, common fuel types (e.g., natural gas, distillate fuel oil, etc.) where the fuels in EIA's national statistics aligned well with facility-level GHGRP data. For these reasons, the current information presented in the CRF tables should be viewed as an initial attempt at this exercise. Additional efforts will be made for future inventory reports to improve the mapping of fuel types, and examine ways to reconcile and coordinate any differences between facility-level data and national statistics. Additionally, in order to expand this effort through the full time series presented in this report, further analyses will be conducted linking the GHGRP's facility-level reporting with the information published by EIA in its MECS data, other available MECS survey years , and any further informative sources of data. It is believed that this year's analysis has led to improvements in the presentation of data in the inventory, but further work will be conducted, and future improvements will be realized in subsequent inventory reports.

**Box 3-5:  Carbon Intensity of U.S. Energy Consumption**

Fossil fuels are the dominant source of energy in the United States, and $CO_2$ is the dominant greenhouse gas emitted as a product from their combustion. Energy-related $CO_2$ emissions are impacted by not only lower levels of energy consumption but also by lowering the C intensity of the energy sources employed (e.g., fuel switching from coal to natural gas). The amount of C emitted from the combustion of fossil fuels is dependent upon the C content of the fuel and the fraction of that C that is oxidized. Fossil fuels vary in their average C content, ranging from about 53 Tg $CO_2$ Eq./QBtu for natural gas to upwards of 95 Tg $CO_2$ Eq./QBtu for coal and petroleum coke.[84] In general, the C content per unit of energy of fossil fuels is the highest for coal products, followed by petroleum, and then natural gas. The overall C intensity of the U.S. economy is thus dependent upon the quantity and combination of fuels and other energy sources employed to meet demand.

---

[82] See Section 4 "Use of Facility-Level Data in Good Practice National Greenhouse Gas Inventories" of the IPCC meeting report, and specifically the section on using facility-level data in conjunction with energy data, at <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

[83] See < http://www.epa.gov/climatechange/ghgemissions/usinventoryreport.html>

[84] One exajoule (EJ) is equal to $10^{18}$ joules or 0.9478 QBtu.

Table 3-15 provides a time series of the C intensity for each sector of the U.S. economy. The time series incorporates only the energy consumed from the direct combustion of fossil fuels in each sector. For example, the C intensity for the residential sector does not include the energy from or emissions related to the consumption of electricity for lighting. Looking only at this direct consumption of fossil fuels, the residential sector exhibited the lowest C intensity, which is related to the large percentage of its energy derived from natural gas for heating. The C intensity of the commercial sector has predominantly declined since 1990 as commercial businesses shift away from petroleum to natural gas. The industrial sector was more dependent on petroleum and coal than either the residential or commercial sectors, and thus had higher C intensities over this period. The C intensity of the transportation sector was closely related to the C content of petroleum products (e.g., motor gasoline and jet fuel, both around 70 Tg $CO_2$ Eq./EJ), which were the primary sources of energy. Lastly, the electricity generation sector had the highest C intensity due to its heavy reliance on coal for generating electricity.

**Table 3-15: Carbon Intensity from Direct Fossil Fuel Combustion by Sector (Tg $CO_2$ Eq./QBtu)**

| Sector | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Residential [a] | 57.4 | 56.6 | 56.3 | 56.0 | 55.9 | 55.8 | 55.7 |
| Commercial [a] | 59.2 | 57.5 | 57.1 | 56.7 | 56.8 | 56.8 | 56.6 |
| Industrial [a] | 64.3 | 64.3 | 64.1 | 63.5 | 63.0 | 63.0 | 62.6 |
| Transportation [a] | 71.1 | 71.4 | 71.9 | 71.6 | 71.5 | 71.5 | 71.5 |
| Electricity Generation [b] | 87.3 | 85.8 | 84.7 | 84.9 | 83.7 | 83.6 | 82.9 |
| U.S. Territories [c] | 73.0 | 73.4 | 73.5 | 73.3 | 73.1 | 73.1 | 73.1 |
| **All Sectors [c]** | **73.0** | **73.5** | **73.3** | **73.1** | **72.4** | **72.4** | **72.0** |

[a] Does not include electricity or renewable energy consumption.
[b] Does not include electricity produced using nuclear or renewable energy.
[c] Does not include nuclear or renewable energy consumption.
Note: Excludes non-energy fuel use emissions and consumption.

Over the twenty-two-year period of 1990 through 2011, however, the C intensity of U.S. energy consumption has been fairly constant, as the proportion of fossil fuels used by the individual sectors has not changed significantly. Per capita energy consumption fluctuated little from 1990 to 2007, but in 2011 was approximately 17.9 percent below levels in 1990 (see Figure 3-14). Due to a general shift from a manufacturing-based economy to a service-based economy, as well as overall increases in efficiency, energy consumption and energy-related $CO_2$ emissions per dollar of gross domestic product (GDP) have both declined since 1990 (BEA 2012).

**Figure 3-14: U.S. Energy Consumption and Energy-Related $CO_2$ Emissions Per Capita and Per Dollar GDP**



C intensity estimates were developed using nuclear and renewable energy data from EIA (2012a), EPA (2010a), and fossil fuel consumption data as discussed above and presented in Annex 2.1.

## Uncertainty and Time Series Consistency

For estimates of $CO_2$ from fossil fuel combustion, the amount of $CO_2$ emitted is directly related to the amount of fuel consumed, the fraction of the fuel that is oxidized, and the carbon content of the fuel. Therefore, a careful accounting of fossil fuel consumption by fuel type, average carbon contents of fossil fuels consumed, and production of fossil fuel-based products with long-term carbon storage should yield an accurate estimate of $CO_2$ emissions.

Nevertheless, there are uncertainties in the consumption data, carbon content of fuels and products, and carbon oxidation efficiencies. For example, given the same primary fuel type (e.g., coal, petroleum, or natural gas), the amount of carbon contained in the fuel per unit of useful energy can vary. For the United States, however, the impact of these uncertainties on overall $CO_2$ emission estimates is believed to be relatively small. See, for example, Marland and Pippin (1990).

Although statistics of total fossil fuel and other energy consumption are relatively accurate, the allocation of this consumption to individual end-use sectors (i.e., residential, commercial, industrial, and transportation) is less certain. For example, for some fuels the sectoral allocations are based on price rates (i.e., tariffs), but a commercial establishment may be able to negotiate an industrial rate or a small industrial establishment may end up paying an industrial rate, leading to a misallocation of emissions. Also, the deregulation of the natural gas industry and the more recent deregulation of the electric power industry have likely led to some minor problems in collecting accurate energy statistics as firms in these industries have undergone significant restructuring.

To calculate the total $CO_2$ emission estimate from energy-related fossil fuel combustion, the amount of fuel used in these non-energy production processes were subtracted from the total fossil fuel consumption. The amount of $CO_2$ emissions resulting from non-energy related fossil fuel use has been calculated separately and reported in the Carbon Emitted from Non-Energy Uses of Fossil Fuels section of this report. These factors all contribute to the uncertainty in the $CO_2$ estimates. Detailed discussions on the uncertainties associated with C emitted from Non-Energy Uses of Fossil Fuels can be found within that section of this chapter.

Various sources of uncertainty surround the estimation of emissions from international bunker fuels, which are subtracted from the U.S. totals (see the detailed discussions on these uncertainties provided in the International Bunker Fuels section of this chapter). Another source of uncertainty is fuel consumption by U.S. territories. The United States does not collect energy statistics for its territories at the same level of detail as for the fifty states and the District of Columbia. Therefore, estimating both emissions and bunker fuel consumption by these territories is difficult.

Uncertainties in the emission estimates presented above also result from the data used to allocate $CO_2$ emissions from the transportation end-use sector to individual vehicle types and transport modes. In many cases, bottom-up estimates of fuel consumption by vehicle type do not match aggregate fuel-type estimates from EIA. Further research is planned to improve the allocation into detailed transportation end-use sector emissions.

The uncertainty analysis was performed by primary fuel type for each end-use sector, using the IPCC-recommended Tier 2 uncertainty estimation methodology, Monte Carlo Stochastic Simulation technique, with @RISK software. For this uncertainty estimation, the inventory estimation model for $CO_2$ from fossil fuel combustion was integrated with the relevant variables from the inventory estimation model for International Bunker Fuels, to realistically characterize the interaction (or endogenous correlation) between the variables of these two models. About 120 input variables were modeled for $CO_2$ from energy-related Fossil Fuel Combustion (including about 10 for non-energy fuel consumption and about 20 for International Bunker Fuels).

In developing the uncertainty estimation model, uniform distributions were assumed for all activity-related input variables and emission factors, based on the SAIC/EIA (2001) report.[85] Triangular distributions were assigned for the oxidization factors (or combustion efficiencies). The uncertainty ranges were assigned to the input variables based on the data reported in SAIC/EIA (2001) and on conversations with various agency personnel.[86]

The uncertainty ranges for the activity-related input variables were typically asymmetric around their inventory estimates; the uncertainty ranges for the emissions factors were symmetric. Bias (or systematic uncertainties) associated with these variables accounted for much of the uncertainties associated with these variables (SAIC/EIA 2001).[87] For purposes of this uncertainty analysis, each input variable was simulated 10,000 times through Monte Carlo Sampling.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 3-16. Fossil fuel combustion $CO_2$ emissions in 2011 were estimated to be between 5,073.1 and 5,716.2 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 1 percent below to 6 percent above the 2011 emission estimate of 5,277.2 Tg $CO_2$ Eq.

**Table 3-16: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Energy-related Fossil Fuel Combustion by Fuel Type and Sector (Tg $CO_2$ Eq. and Percent)**

| Fuel/Sector | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg $CO_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|
| | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| **Coal** [b] | **1,821.9** | **1,717.0** | **2,030.5** | **-3%** | **+9%** |
| Residential | 0.5 | 0.5 | 0.6 | -6% | +15% |
| Commercial | 5.1 | 4.7 | 6.0 | -5% | +15% |
| Industrial | 90.1 | 84.6 | 107.3 | -4% | +17% |
| Transportation | NE | NE | NE | NA | NA |
| Electricity Generation | 1,722.7 | 1,617.6 | 1,921.8 | -4% | +10% |
| U.S. Territories | 3.5 | 2.9 | 4.3 | -12% | +19% |
| **Natural Gas** [b] | **1,290.3** | **1,264.9** | **1,386.0** | **+0%** | **+6%** |
| Residential | 254.6 | 244.6 | 275.0 | -3% | +7% |
| Commercial | 170.4 | 163.9 | 184.0 | -3% | +7% |
| Industrial | 416.3 | 411.2 | 463.4 | +0% | +10% |
| Transportation | 38.8 | 37.3 | 41.9 | -3% | +7% |
| Electricity Generation | 408.8 | 392.7 | 433.6 | -3% | +5% |
| U.S. Territories | 1.5 | 1.3 | 1.7 | -13% | +17% |
| **Petroleum** [b] | **2,164.6** | **1,991.2** | **2,392.7** | **-5%** | **+7%** |
| Residential | 73.6 | 67.2 | 79.8 | -6% | 5% |
| Commercial | 46.7 | 43.3 | 50.0 | -5% | 4% |
| Industrial | 266.8 | 193.2 | 336.7 | -20% | 18% |
| Transportation | 1,706.2 | 1,565.5 | 1,907.5 | -5% | 8% |
| Electric Utilities | 26.6 | 24.4 | 29.8 | -5% | 9% |

[85] SAIC/EIA (2001) characterizes the underlying probability density function for the input variables as a combination of uniform and normal distributions (the former to represent the bias component and the latter to represent the random component). However, for purposes of the current uncertainty analysis, it was determined that uniform distribution was more appropriate to characterize the probability density function underlying each of these variables.

[86] In the SAIC/EIA (2001) report, the quantitative uncertainty estimates were developed for each of the three major fossil fuels used within each end-use sector; the variations within the sub-fuel types within each end-use sector were not modeled. However, for purposes of assigning uncertainty estimates to the sub-fuel type categories within each end-use sector in the current uncertainty analysis, SAIC/EIA (2001)-reported uncertainty estimates were extrapolated.

[87] Although, in general, random uncertainties are the main focus of statistical uncertainty analysis, when the uncertainty estimates are elicited from experts, their estimates include both random and systematic uncertainties. Hence, both these types of uncertainties are represented in this uncertainty analysis.

| | | | | | |
|---|---|---|---|---|---|
| U.S. Territories | 44.7 | 39.0 | 52.3 | -8% | 11% |
| **Total (excluding Geothermal)** [b] | **5,276.8** | **5,072.6** | **5,715.8** | **-1%** | **+6%** |
| Geothermal | 0.4 | NE | NE | NE | NE |
| **Total (including Geothermal)** [b,c] | **5,277.2** | **5,073.1** | **5,716.2** | **-1%** | **+6%** |

NA (Not Applicable)
NE (Not Estimated)
[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.
[b] The low and high estimates for total emissions were calculated separately through simulations and, hence, the low and high emission estimates for the sub-source categories do not sum to total emissions.
[c] Geothermal emissions added for reporting purposes, but an uncertainty analysis was not performed for $CO_2$ emissions from geothermal production.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

A source-specific QA/QC plan for $CO_2$ from fossil fuel combustion was developed and implemented. This effort included a Tier 1 analysis, as well as portions of a Tier 2 analysis. The Tier 2 procedures that were implemented involved checks specifically focusing on the activity data and methodology used for estimating $CO_2$ emissions from fossil fuel combustion in the United States. Emission totals for the different sectors and fuels were compared and trends were investigated to determine whether any corrective actions were needed. Minor corrective actions were taken.

## Recalculations Discussion

The Energy Information Administration (EIA 2013) updated energy consumption statistics across the time series relative to the previous Inventory. These revisions primarily impacted the emission estimates from 2007 to 2010; however, revisions to industrial and transportation petroleum consumption as well as industrial natural gas and coal consumption impacted emission estimates across the time series. Overall, these changes resulted in an average annual increase of 8.8 Tg $CO_2$ Eq. (0.2 percent) in $CO_2$ emissions from fossil fuel combustion for the period 1990 through 2010.

During the development of the current Inventory, commercial jet fuel consumption data for the 1990 through 2011 time series was provided by FAA. The revised 1990 and 1995 through 2010 estimates were developed with the Aviation Environmental Design Tool (AEDT) using radar-informed data, and are considered more accurate. The radar-informed method that was used to estimate emissions for commercial aircraft for all years 1990 and 1995 through 2011, but was not possible for 1991 through 1995 because the radar data set is not available for those years. FAA developed OAG schedule-informed inventories modeled with AEDT and great circle trajectories for 1990, 2000 and 2010 to generate the best possible jet fuel burn estimates for the 1990 through 1999 time series. International aviation bunker fuel consumption from 1990 to 2011 for commercial aircraft departing from the United States was recalculated in the same manner.

Two other changes to the calculation of jet fuel consumption and $CO_2$ emissions were undertaken. The first is that international bunker jet fuel consumption is now calculated directly, while general aviation jet fuel consumption is calculated as the remainder of total EIA jet fuel consumption net all other jet fuel consumption. In past years' inventories, general aviation consumption was obtained directly from FAA's Aerospace Forecast, while international aviation bunker fuels were calculated as the remainder of jet fuel energy consumption net all other jet fuel consumption. Due to concerns about time series consistency in the FAA Aerospace Forecast data when applying it to general aviation, as well as due to the availability of international jet fuel consumption from FAA's AEDT model, it was determined that aviation international bunker fuels should be calculated directly. Total international bunker jet fuel consumption is calculated as the sum of international commercial jet fuel consumption (FAA 2013) and international military jet fuel consumption (DESC 2012). Sources of energy consumption for other jet fuel remains the same: total jet fuel consumption is obtained from EIA (2012a), domestic commercial aviation is obtained from FAA's AEDT model (FAA 2013), and domestic military fuel consumption is provided by DESC (2012).

Additionally, FAA AEDT's model estimates for $CO_2$ emissions from domestic commercial aviation are used directly. As described above, this follows the IPCC Tier 3b methodology. To calculate emissions for domestic jet fuel use from aircraft other than commercial aviation, AEDT's estimate for domestic commercial $CO_2$ is subtracted from total domestic $CO_2$ emissions from jet fuels. This value is then distributed to domestic military aviation and general aviation based on their proportional energy consumption.

As a result of these changes, estimates of $CO_2$ emissions from combustion of jet fuel were slightly lower than the previous Inventory report, by 10.1 percent (6.5 Tg $CO_2$ Eq.).

## Planned Improvements

To reduce uncertainty of $CO_2$ from fossil fuel combustion estimates, efforts will be taken to work with EIA and other agencies to improve the quality of the U.S. territories data. This improvement is not all-inclusive, and is part of an ongoing analysis and efforts to continually improve the $CO_2$ from fossil fuel combustion estimates. In addition, further expert elicitation may be conducted to better quantify the total uncertainty associated with emissions from this source.

The availability of facility-level combustion emissions through EPA's (GHGRP) will continue to be examined to help better characterize the industrial sector's energy consumption in the United States, and further classify business establishments according to industrial economic activity type. Most methodologies used in EPA's GHGRP are consistent with IPCC, though for EPA's GHGRP, facilities collect detailed information specific to their operations according to detailed measurement standards, which may differ with the more aggregated data collected for the Inventory to estimate total, national U.S. emissions. In addition, and unlike the reporting requirements for this chapter under the UNFCCC reporting guidelines, some facility-level fuel combustion emissions reported under the GHGRP may also include industrial process emissions.[88] In line with UNFCCC reporting guidelines, fuel combustion emissions are included in this chapter, while process emissions are included in the Industrial Processes chapter of this report. In examining data from EPA's GHGRP that would be useful to improve the emission estimates for the $CO_2$ from fossil fuel combustion category, particular attention will also be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all inventory years as reported in this inventory. Additional, analyses will be conducted to align reported facility-level fuel types and IPCC fuel types per the national energy statistics. Additional work will commence to ensure $CO_2$ emissions from biomass are separated in the facility-level reported data, and maintaining consistency with national energy statistics provided by EIA. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will continue to be relied upon.[89]

# CH$_4$ and N$_2$O from Stationary Combustion

## Methodology

Methane and $N_2O$ emissions from stationary combustion were estimated by multiplying fossil fuel and wood consumption data by emission factors (by sector and fuel type for industrial, residential, commercial, and U.S. Territories; and by fuel and technology type for the electric power sector). Beginning with the current Inventory report, the electric power sector utilizes a Tier 2 methodology, whereas all other sectors utilize a Tier 1 methodology. The activity data and emission factors used are described in the following subsections.

### Industrial, Residential, Commercial, and U.S. Territories

National coal, natural gas, fuel oil, and wood consumption data were grouped by sector: industrial, commercial, residential, and U.S. territories. For the $CH_4$ and $N_2O$ estimates, wood consumption data for the United States was obtained from EIA's Annual Energy Review (EIA 2012a). Fuel consumption data for coal, natural gas, and fuel oil for the United States were obtained from EIA's Monthly Energy Review and unpublished supplemental tables on

---

[88] See <http://unfccc.int/resource/docs/2006/sbsta/eng/09.pdf>

[89] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdffiles/1008_Model_and_Facility_Level_Data_Report.pdf>

petroleum product detail (EIA 2013). Because the United States does not include territories in its national energy statistics, fuel consumption data for territories were provided separately by Jacobs (2010).[90] Fuel consumption for the industrial sector was adjusted to subtract out construction and agricultural use, which is reported under mobile sources.[91] Construction and agricultural fuel use was obtained from EPA (2010a). Estimates for wood biomass consumption for fuel combustion do not include wood wastes, liquors, municipal solid waste, tires, etc., that are reported as biomass by EIA. Tier 1 default emission factors for these three end-use sectors were provided by the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006) which, according to this guidance, "are based on the IPCC 1996 Guidelines." U.S. territories' emission factors were estimated using the U.S. emission factors for the primary sector in which each fuel was combusted.

## Electric Power Sector

The electric power sector now uses a Tier 2 emission estimation methodology as fuel consumption for the electricity generation sector by control-technology type was obtained from EPA's Acid Rain Program Dataset (EPA 2012). This combustion technology- and fuel-use data was available by facility from 1996 to 2011. The Tier 2 emission factors used were taken from the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006), which in turn are based on emission factors published by U.S. EPA.

Since there was a difference between the EPA (2012) and EIA (2012a) total energy consumption estimates, the remaining energy consumption from EIA (2012a) was apportioned to each combustion technology type and fuel combination using a ratio of energy consumption by technology type from 1996 to 2011.

Energy consumption estimates were not available from 1990 to 1995 in the EPA (2012) dataset, and as a result, consumption was calculated using total electric power consumption from EIA (2012a) and the ratio of combustion technology and fuel types from EPA (2012). The consumption estimates from 1990 to 1995 were estimated by applying the 1996 consumption ratio by combustion technology type to the total EIA consumption for each year from 1990 to 1995. Emissions were estimated by multiplying fossil fuel and wood consumption by technology- and fuel-specific Tier 2 IPCC emission factors.

Lastly, there were significant differences between wood biomass consumption in the electric power sector between the EPA (2012) and EIA (2012a) datasets. The higher wood biomass consumption from EIA (2012a) in the electric power sector was distributed to the residential, commercial, and industrial sectors according to their percent share of wood biomass energy consumption calculated from EIA (2012a).

More detailed information on the methodology for calculating emissions from stationary combustion, including emission factors and activity data, is provided in Annex 3.1.

## Uncertainty and Time-Series Consistency

Methane emission estimates from stationary sources exhibit high uncertainty, primarily due to difficulties in calculating emissions from wood combustion (i.e., fireplaces and wood stoves). The estimates of $CH_4$ and $N_2O$ emissions presented are based on broad indicators of emissions (i.e., fuel use multiplied by an aggregate emission factor for different sectors), rather than specific emission processes (i.e., by combustion technology and type of emission control).

An uncertainty analysis was performed by primary fuel type for each end-use sector, using the IPCC-recommended Tier 2 uncertainty estimation methodology, Monte Carlo Stochastic Simulation technique, with @RISK software.

The uncertainty estimation model for this source category was developed by integrating the $CH_4$ and $N_2O$ stationary source inventory estimation models with the model for $CO_2$ from fossil fuel combustion to realistically characterize

---

[90] U.S. territories data also include combustion from mobile activities because data to allocate territories' energy use were unavailable. For this reason, $CH_4$ and $N_2O$ emissions from combustion by U.S. territories are only included in the stationary combustion totals.

[91] Though emissions from construction and farm use occur due to both stationary and mobile sources, detailed data was not available to determine the magnitude from each. Currently, these emissions are assumed to be predominantly from mobile sources.

the interaction (or endogenous correlation) between the variables of these three models. About 55 input variables were simulated for the uncertainty analysis of this source category (about 20 from the $CO_2$ emissions from fossil fuel combustion inventory estimation model and about 35 from the stationary source inventory models).

In developing the uncertainty estimation model, uniform distribution was assumed for all activity-related input variables and $N_2O$ emission factors, based on the SAIC/EIA (2001) report.[92] For these variables, the uncertainty ranges were assigned to the input variables based on the data reported in SAIC/EIA (2001).[93] However, the $CH_4$ emission factors differ from those used by EIA. Since these factors were obtained from IPCC/UNEP/OECD/IEA (1997), uncertainty ranges were assigned based on IPCC default uncertainty estimates (IPCC 2000).

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 3-17. Stationary combustion $CH_4$ emissions in 2011 (including biomass) were estimated to be between 2.8 and 17.5 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 35 percent below to 138 percent above the 2011 emission estimate of 6.3 Tg $CO_2$ Eq.[94] Stationary combustion $N_2O$ emissions in 2011 (*including* biomass) were estimated to be between 5.9 and 41.4 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 56 percent below to 67 percent above the 2011 emissions estimate of 22.0 Tg $CO_2$ Eq.

**Table 3-17:  Tier 2 Quantitative Uncertainty Estimates for $CH_4$ and $N_2O$ Emissions from Energy-Related Stationary Combustion, Including Biomass (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | (Tg $CO_2$ Eq.) | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Stationary Combustion | $CH_4$ | 6.3 | 2.8 | 17.5 | -35% | +138% |
| Stationary Combustion | $N_2O$ | 22.0 | 5.9 | 41.4 | -56% | +67% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

The uncertainties associated with the emission estimates of $CH_4$ and $N_2O$ are greater than those associated with estimates of $CO_2$ from fossil fuel combustion, which mainly rely on the carbon content of the fuel combusted. Uncertainties in both $CH_4$ and $N_2O$ estimates are due to the fact that emissions are estimated based on emission factors representing only a limited subset of combustion conditions. For the indirect greenhouse gases, uncertainties are partly due to assumptions concerning combustion technology types, age of equipment, emission factors used, and activity data projections.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

A source-specific QA/QC plan for stationary combustion was developed and implemented. This effort included a Tier 1 analysis, as well as portions of a Tier 2 analysis. The Tier 2 procedures that were implemented involved

---

[92] SAIC/EIA (2001) characterizes the underlying probability density function for the input variables as a combination of uniform and normal distributions (the former distribution to represent the bias component and the latter to represent the random component). However, for purposes of the current uncertainty analysis, it was determined that uniform distribution was more appropriate to characterize the probability density function underlying each of these variables.

[93] In the SAIC/EIA (2001) report, the quantitative uncertainty estimates were developed for each of the three major fossil fuels used within each end-use sector; the variations within the sub-fuel types within each end-use sector were not modeled. However, for purposes of assigning uncertainty estimates to the sub-fuel type categories within each end-use sector in the current uncertainty analysis, SAIC/EIA (2001)-reported uncertainty estimates were extrapolated.

[94] The low emission estimates reported in this section have been rounded down to the nearest integer values and the high emission estimates have been rounded up to the nearest integer values.

checks specifically focusing on the activity data and emission factor sources and methodology used for estimating $CH_4$, $N_2O$, and the indirect greenhouse gases from stationary combustion in the United States. Emission totals for the different sectors and fuels were compared and trends were investigated.

## Recalculations Discussion

$CH_4$ and $N_2O$ emissions from stationary sources (excluding $CO_2$) across the entire time series were revised due revised data from EIA (2013) relative to the previous Inventory. The historical data changes resulted in an average annual decrease of less than 0.1 Tg $CO_2$ Eq. (0.1 percent) in $CH_4$ emissions from stationary combustion and an average annual increase of less than 0.1 Tg $CO_2$ Eq. (less than 0.1 percent) in $N_2O$ emissions from stationary combustion for the period 1990 through 2010.

## Planned Improvements

Several items are being evaluated to improve the $CH_4$ and $N_2O$ emission estimates from stationary combustion and to reduce uncertainty. Efforts will be taken to work with EIA and other agencies to improve the quality of the U.S. territories data. Because these data are not broken out by stationary and mobile uses, further research will be aimed at trying to allocate consumption appropriately. In addition, the uncertainty of biomass emissions will be further investigated since it was expected that the exclusion of biomass from the uncertainty estimates would reduce the uncertainty; and in actuality the exclusion of biomass increases the uncertainty. These improvements are not all-inclusive, but are part of an ongoing analysis and efforts to continually improve these stationary estimates.

Future improvements to the $CH_4$ and $N_2O$ from Stationary Combustion category involve research into the availability of $CH_4$ and $N_2O$ from stationary combustion data, and analyzing data reported under EPA's GHGRP. In examining data from EPA's GHGRP that would be useful to improve the emission estimates for $CH_4$ and $N_2O$ from Stationary Combustion category, particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all Inventory years as reported in this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon. [95]

# $CH_4$ and $N_2O$ from Mobile Combustion

## Methodology

Estimates of $CH_4$ and $N_2O$ emissions from mobile combustion were calculated by multiplying emission factors by measures of activity for each fuel and vehicle type (e.g., light-duty gasoline trucks). Activity data included vehicle miles traveled (VMT) for on-road vehicles and fuel consumption for non-road mobile sources. The activity data and emission factors used are described in the subsections that follow. A complete discussion of the methodology used to estimate $CH_4$ and $N_2O$ emissions from mobile combustion and the emission factors used in the calculations is provided in Annex 3.2.

### On-Road Vehicles

Estimates of $CH_4$ and $N_2O$ emissions from gasoline and diesel on-road vehicles are based on VMT and emission factors by vehicle type, fuel type, model year, and emission control technology. Emission estimates for alternative fuel vehicles (AFVs) are based on VMT and emission factors by vehicle and fuel type. [96]

Emission factors for gasoline and diesel on-road vehicles utilizing Tier 2 and Low Emission Vehicle (LEV) technologies were developed by ICF (2006b); all other gasoline and diesel on-road vehicle emissions factors were developed by ICF (2004). These factors were derived from EPA, California Air Resources Board (CARB) and

---

[95] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

[96] Alternative fuel and advanced technology vehicles are those that can operate using a motor fuel other than gasoline or diesel. This includes electric or other bi-fuel or dual-fuel vehicles that may be partially powered by gasoline or diesel.

Environment Canada laboratory test results of different vehicle and control technology types. The EPA, CARB and Environment Canada tests were designed following the Federal Test Procedure (FTP), which covers three separate driving segments, since vehicles emit varying amounts of greenhouse gases depending on the driving segment. These driving segments are: (1) a transient driving cycle that includes cold start and running emissions, (2) a cycle that represents running emissions only, and (3) a transient driving cycle that includes hot start and running emissions. For each test run, a bag was affixed to the tailpipe of the vehicle and the exhaust was collected; the content of this bag was then analyzed to determine quantities of gases present. The emissions characteristics of segment 2 were used to define running emissions, and subtracted from the total FTP emissions to determine start emissions. These were then recombined based upon the ratio of start to running emissions for each vehicle class from MOBILE6.2, an EPA emission factor model that predicts gram per mile emissions of $CO_2$, CO, HC, $NO_x$, and PM from vehicles under various conditions, to approximate average driving characteristics.[97]

Emission factors for AFVs were developed by ICF (2006a) after examining Argonne National Laboratory's GREET 1.7–Transportation Fuel Cycle Model (ANL 2006) and Lipman and Delucchi (2002). These sources describe AFV emission factors in terms of ratios to conventional vehicle emission factors. Ratios of AFV to conventional vehicle emissions factors were then applied to estimated Tier 1 emissions factors from light-duty gasoline vehicles to estimate light-duty AFVs. Emissions factors for heavy-duty AFVs were developed in relation to gasoline heavy-duty vehicles. A complete discussion of the data source and methodology used to determine emission factors from AFVs is provided in Annex 3.2.

Annual VMT data for 1990 through 2011 were obtained from the Federal Highway Administration's (FHWA) Highway Performance Monitoring System database as reported in Highway Statistics (FHWA 1996 through 2013).[98] VMT estimates were then allocated from FHWA's vehicle categories to fuel-specific vehicle categories using the calculated shares of vehicle fuel use for each vehicle category by fuel type reported in DOE (1993 through 2012) and information on total motor vehicle fuel consumption by fuel type from FHWA (1996 through 2013). VMT for AFVs were taken from Browning (2003). The age distributions of the U.S. vehicle fleet were obtained from EPA (2012, 2000), and the average annual age-specific vehicle mileage accumulation of U.S. vehicles were obtained from EPA (2000).

Control technology and standards data for on-road vehicles were obtained from EPA's Office of Transportation and Air Quality (EPA 2007a, 2007b, 2000, 1998, and 1997) and Browning (2005). These technologies and standards are defined in Annex 3.2, and were compiled from EPA (1993, 1994a, 1994b, 1998, 1999a) and IPCC/UNEP/OECD/IEA (1997).

## Non-Road Vehicles

To estimate emissions from non-road vehicles, fuel consumption data were employed as a measure of activity, and multiplied by fuel-specific emission factors (in grams of $N_2O$ and $CH_4$ per kilogram of fuel consumed).[99] Activity data were obtained from AAR (2008 through 2012), APTA (2007 through 2011), APTA (2006), BEA (1991 through 200), Benson (2002 through 2004), DHS (2008), DOC (1991 through 2012), DOE (1993 through 2012), DESC (2012), DOT (1991 through 2012), EIA (2008a, 2007a, 2012a, 2002), EIA (2007 through 2011), EIA (1991 through 2013), EPA (2012b), Esser (2003 through 2004), FAA (2013), Gaffney (2007), and Whorton (2006 through 2012). Emission factors for non-road modes were taken from IPCC/UNEP/OECD/IEA (1997) and Browning (2009).

---

[97] Additional information regarding the model can be found online at http://www.epa.gov/OMS/m6.htm.

[98] The source of VMT and fuel consumption is FHWA's VM-1 table. The data collection methodology has undergone substantial revision for only years 2007-2010, while prior years have remain unchanged. Several of the vehicle type categories have changed. For instance, passenger car has been replaced by "Light duty vehicle, short WB" and other 4 axle- 2 tire has been replaced by "Light duty vehicle, long WB". With this change in methodology, there are substantial differences in activity data among vehicle classes, even though overall VMT and fuel consumption is unchanged. While this is the best data available on vehicle activity, the time series reflects changes in the definition of vehicle classes between 2006- 2007 when this change in methodology was implemented.

[99] The consumption of international bunker fuels is not included in these activity data, but is estimated separately under the International Bunker Fuels source category.

## Uncertainty and Time-Series Consistency

A quantitative uncertainty analysis was conducted for the mobile source sector using the IPCC-recommended Tier 2 uncertainty estimation methodology, Monte Carlo Stochastic Simulation technique, using @RISK software. The uncertainty analysis was performed on 2011 estimates of $CH_4$ and $N_2O$ emissions, incorporating probability distribution functions associated with the major input variables. For the purposes of this analysis, the uncertainty was modeled for the following four major sets of input variables: (1) vehicle miles traveled (VMT) data, by on-road vehicle and fuel type and (2) emission factor data, by on-road vehicle, fuel, and control technology type, (3) fuel consumption, data, by non-road vehicle and equipment type, and (4) emission factor data, by non-road vehicle and equipment type.

Uncertainty analyses were not conducted for $NO_x$, CO, or NMVOC emissions. Emission factors for these gases have been extensively researched since emissions of these gases from motor vehicles are regulated in the United States, and the uncertainty in these emission estimates is believed to be relatively low. However, a much higher level of uncertainty is associated with $CH_4$ and $N_2O$ emission factors, because emissions of these gases are not regulated in the United States (and, therefore, there are not adequate emission test data), and because, unlike $CO_2$ emissions, the emission pathways of $CH_4$ and $N_2O$ are highly complex.

Mobile combustion $CH_4$ emissions from all mobile sources in 2011 were estimated to be between 1.5 and 2.1 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 14 percent below to 20 percent above the corresponding 2011 emission estimate of 1.7 Tg $CO_2$ Eq. Also at a 95 percent confidence level, mobile combustion $N_2O$ emissions from mobile sources in 2011 were estimated to be between 16.1 and 21.5 Tg $CO_2$ Eq., indicating a range of 13 percent below to 16 percent above the corresponding 2011 emission estimate of 18.5 Tg $CO_2$ Eq.

**Table 3-18:  Tier 2 Quantitative Uncertainty Estimates for $CH_4$ and $N_2O$ Emissions from Mobile Sources (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate[a] (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Mobile Sources | $CH_4$ | 1.7 | 1.5 | 2.1 | -14% | +20% |
| Mobile Sources | $N_2O$ | 18.5 | 16.1 | 21.5 | -13% | +16% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

This uncertainty analysis is a continuation of a multi-year process for developing quantitative uncertainty estimates for this source category using the IPCC Tier 2 approach to uncertainty analysis. As a result, as new information becomes available, uncertainty characterization of input variables may be improved and revised. For additional information regarding uncertainty in emission estimates for $CH_4$ and $N_2O$ please refer to the Uncertainty Annex.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

A source-specific QA/QC plan for mobile combustion was developed and implemented. This plan is based on the IPCC-recommended QA/QC Plan. The specific plan used for mobile combustion was updated prior to collection and analysis of this current year of data. This effort included a Tier 1 analysis, as well as portions of a Tier 2 analysis. The Tier 2 procedures focused on the emission factor and activity data sources, as well as the methodology used for estimating emissions. These procedures included a qualitative assessment of the emissions estimates to determine whether they appear consistent with the most recent activity data and emission factors available. A comparison of historical emissions between the current Inventory and the previous inventory was also conducted to ensure that the changes in estimates were consistent with the changes in activity data and emission factors.

## Recalculations Discussion

In order to ensure that these estimates are continuously improved, the calculation methodology is revised annually based on comments from internal and external reviewers. Each year, adjustments are made to the methodologies used in calculating emissions in the current Inventory relative to previous Inventory reports.

Emissions of $CH_4$ from jet fuels are no longer considered to be emitted across the time series from aircraft gas turbine engines burning jet fuel A at higher power settings.[100] Recent research indicates that modern aircraft jet engines are typically net consumers of methane (Santoni et al, 2011). Methane is emitted at low power and idle operation, but at higher power modes aircraft engines consumer methane. Over the range of engine operating modes, aircraft engines are net consumers of methane on average. Based on this data, methane emissions factors for jet aircraft were reported as zero in this year's Inventory to reflect the latest emissions testing data. DOE's methodology for estimating Fuel Oil and Kerosene Sales data was revised across the time series. This affected vessel bunkering distillate fuel consumption estimates for years 2008-2010 in particular.

Finally, a revision was made to the calculation of Heavy Duty trucks LNG VMT for years 2005 through 2010. This resulted in significantly lower emissions estimate from LNG vehicles, as well as among all Alternative Fueled Vehicles.

As a result of these changes, estimates of $CH_4$ emissions were slightly lower than the previous Inventory report, while $N_2O$ emissions were slightly higher. $CH_4$ emissions for 2008 decreased the most, 6.7 percent (0.1 Tg $CO_2$ Eq.). $N_2O$ emissions for 2008 increased by 0.9 percent (0.2 Tg $CO_2$ Eq.), the greatest increase relative to the previous Inventory.

## Planned Improvements

While the data used for this report represent the most accurate information available, four areas have been identified that could potentially be improved in the short-term given available resources.

- Develop updated emissions factors for diesel vehicles, motorcycle, and biodiesel vehicles. Previous emission factors were based upon extrapolations from other vehicle classes and new test data from Environment Canada and other sources may allow for better estimation of emission factors for these vehicles.

- Develop new emission factors for non-road equipment. The current inventory estimates for non-$CO_2$ emissions from non-road sources are based on emission factors from IPCC guidelines published in 1996. Recent data on non-road sources from Environment Canada and the California Air Resources Board will be investigated in order to assess the feasibility of developing new $N_2O$ and $CH_4$ emissions factors for non-road equipment.

- Develop improved estimates of domestic waterborne fuel consumption. The inventory estimates for residual and distillate fuel used by ships and boats is based in part on data on bunker fuel use from the U.S. Department of Commerce. Domestic fuel consumption is estimated by subtracting fuel sold for international use from the total sold in the United States. It may be possible to more accurately estimate domestic fuel use and emissions by using detailed data on marine ship activity. The feasibility of using domestic marine activity data to improve the estimates is currently being investigated.

- Continue to examine the use of EPA's MOVES model in the development of the inventory estimates, including use for uncertainty analysis. Although the inventory uses some of the underlying data from MOVES, such as vehicle age distributions by model year, MOVES is not used directly in calculating mobile source emissions. As MOVES goes through additional testing and refinement, the use of MOVES will be further explored.

---

[100] "Recommended Best Practice for Quantifying Speciated Organic Gas Emissions from Aircraft Equipped with Turbofan, Turbojet and Turboprop Engines," EPA-420-R-09-901, May 27, 2009 (see http://www.epa.gov/otaq/regs/nonroad/aviation/420r09901.pdf>

# 3.2 Carbon Emitted from Non-Energy Uses of Fossil Fuels (IPCC Source Category 1A)

In addition to being combusted for energy, fossil fuels are also consumed for non-energy uses (NEU) in the United States. The fuels used for these purposes are diverse, including natural gas, liquefied petroleum gases (LPG), asphalt (a viscous liquid mixture of heavy crude oil distillates), petroleum coke (manufactured from heavy oil), and coal (metallurgical) coke (manufactured from coking coal). The non-energy applications of these fuels are equally diverse, including feedstocks for the manufacture of plastics, rubber, synthetic fibers and other materials; reducing agents for the production of various metals and inorganic products; and non-energy products such as lubricants, waxes, and asphalt (IPCC 2006).

$CO_2$ emissions arise from non-energy uses via several pathways. Emissions may occur during the manufacture of a product, as is the case in producing plastics or rubber from fuel-derived feedstocks. Additionally, emissions may occur during the product's lifetime, such as during solvent use. Overall, throughout the time series and across all uses, about 61 percent of the total C consumed for non-energy purposes was stored in products, and not released to the atmosphere; the remaining 39 percent was emitted.

There are several areas in which non-energy uses of fossil fuels are closely related to other parts of this Inventory. For example, some of the NEU products release $CO_2$ at the end of their commercial life when they are combusted after disposal; these emissions are reported separately within the Energy chapter in the Incineration of Waste source category. In addition, there is some overlap between fossil fuels consumed for non-energy uses and the fossil-derived $CO_2$ emissions accounted for in the Industrial Processes chapter, especially for fuels used as reducing agents. To avoid double-counting, the "raw" non-energy fuel consumption data reported by EIA are modified to account for these overlaps. There are also net exports of petrochemicals that are not completely accounted for in the EIA data, and the inventory calculations adjust for the effect of net exports on the mass of C in non-energy applications.

As shown in Table 3-19, fossil fuel emissions in 2011 from the non-energy uses of fossil fuels were 130.6 Tg $CO_2$ Eq., which constituted approximately 2 percent of overall fossil fuel emissions. In 2011, the consumption of fuels for non-energy uses (after the adjustments described above) was 4,747.6 TBtu, an increase of 7.2 percent since 1990 (see Table 3-20). About 52.6 Tg (192.8 Tg $CO_2$ Eq.) of the C in these fuels was stored, while the remaining 35.6 Tg C (130.6 Tg $CO_2$ Eq.) was emitted.

**Table 3-19: $CO_2$ Emissions from Non-Energy Use Fossil Fuel Consumption (Tg $CO_2$ Eq.)**

| Year | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Potential Emissions | 308.7 | 381.7 | 367.0 | 342.6 | 311.5 | 328.4 | 323.3 |
| C Stored | 191.3 | 239.0 | 232.2 | 203.2 | 187.5 | 195.6 | 192.8 |
| Emissions as a % of Potential | 38% | 37% | 37% | 41% | 40% | 40% | 40% |
| **Emissions** | **117.4** | **142.7** | **134.9** | **139.5** | **124.0** | **132.8** | **130.6** |

# Methodology

The first step in estimating C stored in products was to determine the aggregate quantity of fossil fuels consumed for non-energy uses. The C content of these feedstock fuels is equivalent to potential emissions, or the product of consumption and the fuel-specific C content values. Both the non-energy fuel consumption and C content data were supplied by the EIA (2012) (see Annex 2.1). Consumption of natural gas, LPG, pentanes plus, naphthas, other oils, and special naphtha were adjusted to account for net exports of these products that are not reflected in the raw data from EIA. Consumption values for industrial coking coal, petroleum coke, other oils, and natural gas in Table 3-20 and Table 3-21 have been adjusted to subtract non-energy uses that are included in the source categories of the Industrial Processes chapter.[101] Consumption values were also adjusted to subtract net exports of intermediary chemicals.

For the remaining non-energy uses, the quantity of C stored was estimated by multiplying the potential emissions by a storage factor.

- For several fuel types—petrochemical feedstocks (including natural gas for non-fertilizer uses, LPG, pentanes plus, naphthas, other oils, still gas, special naphtha, and industrial other coal), asphalt and road oil, lubricants, and waxes—U.S. data on C stocks and flows were used to develop C storage factors, calculated as the ratio of (a) the C stored by the fuel's non-energy products to (b) the total C content of the fuel consumed. A lifecycle approach was used in the development of these factors in order to account for losses in the production process and during use. Because losses associated with municipal solid waste management are handled separately in this sector under the Incineration of Waste source category, the storage factors do not account for losses at the disposal end of the life cycle.

- For industrial coking coal and distillate fuel oil, storage factors were taken from IPCC/UNEP/OECD/IEA (1997), which in turn draws from Marland and Rotty (1984).

- For the remaining fuel types (petroleum coke, miscellaneous products, and other petroleum), IPCC does not provide guidance on storage factors, and assumptions were made based on the potential fate of C in the respective NEU products.

**Table 3-20: Adjusted Consumption of Fossil Fuels for Non-Energy Uses (TBtu)**

| Year | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Industry** | **4,165.4** | **5,177.2** | **5,012.3** | **4,626.9** | **4,340.3** | **4,539.0** | **4,490.0** |
| Industrial Coking Coal | + | 80.5 | 2.3 | 29.2 | 6.4 | 64.8 | 60.8 |
| Industrial Other Coal | 8.2 | 11.9 | 11.9 | 11.9 | 11.9 | 10.3 | 10.3 |
| Natural Gas to Chemical Plants | 281.3 | 261.0 | 223.0 | 227.3 | 220.5 | 223.1 | 222.2 |
| Asphalt & Road Oil | 1,170.2 | 1,323.2 | 1,197.0 | 1,012.0 | 873.1 | 877.8 | 859.5 |
| LPG | 1,119.5 | 1,666.1 | 1,703.3 | 1,609.2 | 1,702.6 | 1,890.4 | 1,969.6 |
| Lubricants | 186.3 | 160.2 | 161.2 | 149.6 | 134.5 | 149.5 | 141.8 |
| Pentanes Plus | 84.8 | 105.1 | 91.6 | 64.9 | 70.1 | 75.1 | 26.3 |
| Naphtha (<401 ° F) | 326.0 | 679.9 | 542.5 | 467.2 | 451.3 | 473.2 | 468.0 |
| Other Oil (>401 ° F) | 661.6 | 499.8 | 669.1 | 599.1 | 393.0 | 405.3 | 347.8 |
| Still Gas | 21.3 | 67.7 | 44.2 | 47.3 | 133.9 | 152.5 | 167.6 |
| Petroleum Coke | 27.2 | 105.2 | 117.8 | 147.4 | 117.2 | - | - |
| Special Naphtha | 100.8 | 60.9 | 75.4 | 83.2 | 44.3 | 25.6 | 20.6 |
| Distillate Fuel Oil | 7.0 | 11.7 | 17.5 | 17.5 | 17.5 | 17.5 | 17.5 |
| Waxes | 33.3 | 31.4 | 21.9 | 19.1 | 12.2 | 15.4 | 14.6 |
| Miscellaneous Products | 137.8 | 112.8 | 133.5 | 142.0 | 151.8 | 158.8 | 163.3 |

---

[101] These source categories include Iron and Steel Production, Lead Production, Zinc Production, Ammonia Manufacture, Carbon Black Manufacture (included in Petrochemical Production), Titanium Dioxide Production, Ferroalloy Production, Silicon Carbide Production, and Aluminum Production.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Transportation** | **176.0** | **151.3** | **152.2** | **141.3** | **127.1** | **141.2** | **133.9** |
| Lubricants | 176.0 | 151.3 | 152.2 | 141.3 | 127.1 | 141.2 | 133.9 |
| **U.S. Territories** | **86.7** | **121.9** | **108.4** | **132.1** | **59.6** | **123.6** | **123.6** |
| Lubricants | 0.7 | 4.6 | 5.9 | 2.7 | 1.0 | 1.0 | 1.0 |
| Other Petroleum (Misc. Prod.) | 86.0 | 117.3 | 102.5 | 129.4 | 58.5 | 122.6 | 122.6 |
| **Total** | **4,428.1** | **5,450.4** | **5,272.9** | **4,900.3** | **4,526.9** | **4,803.8** | **4,747.6** |

+ Does not exceed 0.05 Tg

- Not applicable.

## Table 3-21:  2011 Adjusted Non-Energy Use Fossil Fuel Consumption, Storage, and Emissions

| Sector/Fuel Type | Adjusted Non-Energy Use[a] (TBtu) | Carbon Content Coefficient (Tg C/QBtu) | Potential Carbon (Tg C) | Storage Factor | Carbon Stored (Tg C) | Carbon Emissions (Tg C) | Carbon Emissions (Tg $CO_2$ Eq.) |
|---|---|---|---|---|---|---|---|
| **Industry** | **4,490.0** | - | **83.0** | - | **52.1** | **30.9** | **113.4** |
| Industrial Coking Coal | 60.8 | 31.00 | 1.9 | 0.10 | 0.2 | 1.7 | 6.2 |
| Industrial Other Coal | 10.3 | 25.82 | 0.3 | 0.59 | 0.2 | 0.1 | 0.4 |
| Natural Gas to Chemical Plants | 222.2 | 14.47 | 3.2 | 0.59 | 1.9 | 1.3 | 4.8 |
| Asphalt & Road Oil | 859.5 | 20.55 | 17.7 | 1.00 | 17.6 | 0.1 | 0.3 |
| LPG | 1,969.6 | 17.06 | 33.6 | 0.59 | 20.0 | 13.6 | 49.9 |
| Lubricants | 141.8 | 20.20 | 2.9 | 0.09 | 0.3 | 2.6 | 9.5 |
| Pentanes Plus | 26.3 | 19.10 | 0.5 | 0.59 | 0.3 | 0.2 | 0.7 |
| Naphtha (<401° F) | 468.0 | 18.55 | 8.7 | 0.59 | 5.2 | 3.5 | 12.9 |
| Other Oil (>401° F) | 347.8 | 20.17 | 7.0 | 0.59 | 4.2 | 2.8 | 10.4 |
| Still Gas | 167.6 | 17.51 | 2.9 | 0.59 | 1.7 | 1.2 | 4.4 |
| Petroleum Coke | - | 27.85 | - | 0.30 | - | - | - |
| Special Naphtha | 20.6 | 19.74 | 0.4 | 0.59 | 0.2 | 0.2 | 0.6 |
| Distillate Fuel Oil | 17.5 | 20.17 | 0.4 | 0.50 | 0.2 | 0.2 | 0.6 |
| Waxes | 14.6 | 19.80 | 0.3 | 0.58 | 0.2 | 0.1 | 0.4 |
| Miscellaneous Products | 163.3 | 20.31 | 3.3 | + | + | 3.3 | 12.2 |
| **Transportation** | **133.9** | - | **2.7** | - | **0.2** | **2.5** | **9.0** |
| Lubricants | 133.9 | 20.20 | 2.7 | 0.09 | 0.2 | 2.5 | 9.0 |
| **U.S. Territories** | **123.6** | - | **2.5** | - | **0.2** | **2.2** | **8.2** |
| Lubricants | 1.0 | 20.20 | + | 0.09 | + | + | 0.1 |
| Other Petroleum (Misc. Prod.) | 122.6 | 20.00 | 2.5 | 0.10 | 0.2 | 2.2 | 8.1 |
| **Total** | **4,747.6** | | **88.2** | | **52.6** | **35.6** | **130.6** |

+ Does not exceed 0.05 Tg

- Not applicable.

[a] To avoid double counting, net exports have been deducted.

Note: Totals may not sum due to independent rounding.

Lastly, emissions were estimated by subtracting the C stored from the potential emissions (see Table 3-19).  More detail on the methodology for calculating storage and emissions from each of these sources is provided in Annex 2.3.

Where storage factors were calculated specifically for the United States, data were obtained on (1) products such as asphalt, plastics, synthetic rubber, synthetic fibers, cleansers (soaps and detergents), pesticides, food additives, antifreeze and deicers (glycols), and silicones; and (2) industrial releases including energy recovery, Toxics Release Inventory (TRI) releases, hazardous waste incineration, and volatile organic compound, solvent, and non-combustion CO emissions.  Data were taken from a variety of industry sources, government reports, and expert communications.  Sources include EPA reports and databases such as compilations of air emission factors (EPA 2001), *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data* (EPA 2010), *Toxics Release*

*Inventory, 1998* (2000b), *Biennial Reporting System* (EPA 2004, 2009), *Resource Conservation and Recovery Act Information System (2013)*, and pesticide sales and use estimates (EPA 1998, 1999, 2002, 2004, 2011); the EIA Manufacturer's Energy Consumption Survey (MECS) (EIA 1994, 1997, 2001, 2005, 2010); the National Petrochemical & Refiners Association (NPRA 2002); the U.S. Bureau of the Census (1999, 2004, 2009); Bank of Canada (2012); Financial Planning Association (2006); INEGI (2006); the United States International Trade Commission (2011); Gosselin, Smith, and Hodge (1984); the Rubber Manufacturers' Association (RMA 2009a,b); the International Institute of Synthetic Rubber Products (IISRP 2000, 2003); the Fiber Economics Bureau (FEB 2012); and the American Chemistry Council (ACC 2003-2011, 2012). Specific data sources are listed in full detail in Annex 2.3.

# Uncertainty and Time-Series Consistency

An uncertainty analysis was conducted to quantify the uncertainty surrounding the estimates of emissions and storage factors from non-energy uses. This analysis, performed using @RISK software and the IPCC-recommended Tier 2 methodology (Monte Carlo Stochastic Simulation technique), provides for the specification of probability density functions for key variables within a computational structure that mirrors the calculation of the inventory estimate. The results presented below provide the 95 percent confidence interval, the range of values within which emissions are likely to fall, for this source category.

As noted above, the non-energy use analysis is based on U.S.-specific storage factors for (1) feedstock materials (natural gas, LPG, pentanes plus, naphthas, other oils, still gas, special naphthas, and other industrial coal), (2) asphalt, (3) lubricants, and (4) waxes. For the remaining fuel types (the "other" category in Table 3-20 and Table 3-21), the storage factors were taken directly from the IPCC *Guidelines for National Greenhouse Gas Inventories*, where available, and otherwise assumptions were made based on the potential fate of carbon in the respective NEU products. To characterize uncertainty, five separate analyses were conducted, corresponding to each of the five categories. In all cases, statistical analyses or expert judgments of uncertainty were not available directly from the information sources for all the activity variables; thus, uncertainty estimates were determined using assumptions based on source category knowledge.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 3-22 (emissions) and Table 3-23 (storage factors). Carbon emitted from non-energy uses of fossil fuels in 2011 was estimated to be between 106.1 and 162.9 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 19 percent below to 25 percent above the 2011 emission estimate of 130.6 Tg $CO_2$ Eq. The uncertainty in the emission estimates is a function of uncertainty in both the quantity of fuel used for non-energy purposes and the storage factor.

**Table 3-22: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Non-Energy Uses of Fossil Fuels (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg $CO_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Feedstocks | $CO_2$ | 84.1 | 65.1 | 119.7 | -23% | 42% |
| Asphalt | $CO_2$ | 0.3 | 0.1 | 0.6 | -59% | 119% |
| Lubricants | $CO_2$ | 18.6 | 15.4 | 21.7 | -17% | 16% |
| Waxes | $CO_2$ | 0.4 | 0.3 | 0.7 | -28% | 64% |
| Other | $CO_2$ | 27.1 | 16.7 | 28.6 | -38% | 6% |
| **Total** | **$CO_2$** | **130.6** | **106.1** | **162.9** | **-19%** | **25%** |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

**Table 3-23: Tier 2 Quantitative Uncertainty Estimates for Storage Factors of Non-Energy Uses of Fossil Fuels (Percent)**

| Source | Gas | 2011 Storage Factor (%) | Uncertainty Range Relative to Emission Estimate[a] (%) | | (%, Relative) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Feedstocks | $CO_2$ | 59% | 52% | 61% | -12% | 3% |
| Asphalt | $CO_2$ | 99.6% | 99% | 100% | -1% | 0% |
| Lubricants | $CO_2$ | 9% | 4% | 17% | -57% | 89% |
| Waxes | $CO_2$ | 58% | 49% | 71% | -15% | 22% |
| Other | $CO_2$ | 8% | 7% | 41% | -2% | 439% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval, as a percentage of the inventory value (also expressed in percent terms).

In Table 3-23, feedstocks and asphalt contribute least to overall storage factor uncertainty on a percentage basis. Although the feedstocks category—the largest use category in terms of total carbon flows—appears to have tight confidence limits, this is to some extent an artifact of the way the uncertainty analysis was structured. As discussed in Annex 2.3, the storage factor for feedstocks is based on an analysis of six fates that result in long-term storage (e.g., plastics production), and eleven that result in emissions (e.g., volatile organic compound emissions). Rather than modeling the total uncertainty around all of these fate processes, the current analysis addresses only the storage fates, and assumes that all C that is not stored is emitted. As the production statistics that drive the storage values are relatively well-characterized, this approach yields a result that is probably biased toward understating uncertainty.

As is the case with the other uncertainty analyses discussed throughout this document, the uncertainty results above address only those factors that can be readily quantified. More details on the uncertainty analysis are provided in Annex 2.3.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

A source-specific QA/QC plan for non-energy uses of fossil fuels was developed and implemented. This effort included a Tier 1 analysis, as well as portions of a Tier 2 analysis for non-energy uses involving petrochemical feedstocks and for imports and exports. The Tier 2 procedures that were implemented involved checks specifically focusing on the activity data and methodology for estimating the fate of C (in terms of storage and emissions) across the various end-uses of fossil C. Emission and storage totals for the different subcategories were compared, and trends across the time series were analyzed to determine whether any corrective actions were needed. Corrective actions were taken to rectify minor errors and to improve the transparency of the calculations, facilitating future QA/QC.

For petrochemical import and export data, special attention was paid to NAICS numbers and titles to verify that none had changed or been removed. Import and export totals were compared for 2011 as well as their trends across the time series.

Petrochemical input data reported by EIA will continue to be investigated in an attempt to address an input/output discrepancy in the NEU model. Since 2001, the C accounted for in the feedstocks C balance outputs (i.e., storage plus emissions) exceeds C inputs. Prior to 2001, the C balance inputs exceed outputs. A portion of this discrepancy has been reduced (see Recalculations Discussion, below) and two strategies have been developed to address the remaining portion (see Planned Improvements, below).

# Recalculations Discussion

Relative to the previous Inventory, emissions from non-energy uses of fossil fuels decreased by an average of 1.0 Tg $CO_2$ Eq. (0.7 percent) across the entire time series. Changes ranged from an increase of about 7 $CO_2$ Eq. in 2010 to a decrease of about 9 $CO_2$ Eq. in 1999. The main catalyst for these recalculations was changes to historic fossil fuel consumption input data acquired from the Energy Information Agency (EIA). The EIA annually revises its fossil fuel consumption estimates, which may affect historic Inventory emissions from non-energy uses of fossil fuels. Since the methodology for calculating emissions from non-energy uses of fossil fuels remained the same relative to the previous inventory, changes to consumption input data is the primary cause of the recalculations. Overall, the net effect of these changes was a slight decrease in emission estimates across the entire time series.

# Planned Improvements

There are several improvements planned for the future:

- More accurate accounting of C in petrochemical feedstocks. EPA has worked with EIA to determine the cause of an input/output discrepancy in the C mass balance contained within the NEU model. In the future, two strategies to reduce or eliminate this discrepancy will continue to be pursued. First, accounting of C in imports and exports will be improved. The import/export adjustment methodology will be examined to ensure that net exports of intermediaries such as ethylene and propylene are fully accounted for. Second, reconsider the use of top-down C input calculation in estimating emissions will be reconsidered. Alternative approaches that rely more substantially on the bottom-up C output calculation will be considered instead.

- Improving the uncertainty analysis. Most of the input parameter distributions are based on professional judgment rather than rigorous statistical characterizations of uncertainty.

- Better characterizing flows of fossil C. Additional fates may be researched, including the fossil C load in organic chemical wastewaters, plasticizers, adhesives, films, paints, and coatings. There is also a need to further clarify the treatment of fuel additives and backflows (especially methyl tert-butyl ether, MTBE).

- Reviewing the trends in fossil fuel consumption for non-energy uses. Annual consumption for several fuel types is highly variable across the time series, including industrial coking coal and other petroleum (miscellaneous products). A better understanding of these trends will be pursued to identify any mischaracterized or misreported fuel consumption for non-energy uses.

- Updating the average C content of solvents was researched, since the entire time series depends on one year's worth of solvent composition data. Unfortunately, the data on C emissions from solvents that were readily available do not provide composition data for all categories of solvent emissions and also have conflicting definitions for volatile organic compounds, the source of emissive C in solvents. Additional sources of solvents data will be identified in order to update the C content assumptions.

- Although U.S.-specific storage factors have been developed for feedstocks, asphalt, lubricants, and waxes, default values from IPCC are still used for two of the non-energy fuel types (industrial coking coal and distillate oil), and broad assumptions are being used for miscellaneous products and other petroleum. Over the long term, there are plans to improve these storage factors by conducting analyses of C fate similar to those described in Annex 2.3 or deferring to more updated default storage factors from IPCC where available.

- Finally improvements to this category will involve analysis of the data reported under EPA's GHGRP. In examining data from EPA's GHGRP that would be useful to improve the emission estimates for the C emitted from non-energy uses of fossil fuels category, particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all Inventory years as reported in this Inventory. In implementing improvements and integration of data from

EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[102]

# 3.3 Incineration of Waste (IPCC Source Category 1A1a)

Incineration is used to manage about 7 to 19 percent of the solid wastes generated in the United States, depending on the source of the estimate and the scope of materials included in the definition of solid waste (EPA 2000, Goldstein and Matdes 2001, Kaufman et al. 2004, Simmons et al. 2006, van Haaren et al. 2010). In the context of this section, waste includes all municipal solid waste (MSW) as well as tires. In the United States, almost all incineration of MSW occurs at waste-to-energy facilities or industrial facilities where useful energy is recovered, and thus emissions from waste incineration are accounted for in the Energy chapter. Similarly, tires are combusted for energy recovery in industrial and utility boilers. Incineration of waste results in conversion of the organic inputs to $CO_2$. According to IPCC guidelines, when the $CO_2$ emitted is of fossil origin, it is counted as a net anthropogenic emission of $CO_2$ to the atmosphere. Thus, the emissions from waste incineration are calculated by estimating the quantity of waste combusted and the fraction of the waste that is C derived from fossil sources.

Most of the organic materials in municipal solid wastes are of biogenic origin (e.g., paper, yard trimmings), and have their net C flows accounted for under the Land Use, Land-Use Change, and Forestry chapter. However, some components—plastics, synthetic rubber, synthetic fibers, and carbon black—are of fossil origin. Plastics in the U.S. waste stream are primarily in the form of containers, packaging, and durable goods. Rubber is found in durable goods, such as carpets, and in non-durable goods, such as clothing and footwear. Fibers in municipal solid wastes are predominantly from clothing and home furnishings. As noted above, tires (which contain rubber and carbon black) are also considered a "non-hazardous" waste and are included in the waste incineration estimate, though waste disposal practices for tires differ from municipal solid waste. Estimates on emissions from hazardous waste incineration can be found in Annex 2.3 and are accounted for as part of the C mass balance for non-energy uses of fossil fuels.

Approximately 26.5 million metric tons of MSW was incinerated in the United States in 2011 (EPA 2011a). $CO_2$ emissions from incineration of waste rose 51 percent since 1990, to an estimated 12.0 Tg $CO_2$ Eq. (12,038 Gg) in 2011, as the volume of tires and other fossil C-containing materials in waste increased (see Table 3-24 and Table 3-25). Waste incineration is also a source of $N_2O$ and $CH_4$ emissions (De Soete 1993; IPCC 2006). $N_2O$ emissions from the incineration of waste were estimated to be 0.4 Tg $CO_2$ Eq. (1 Gg $N_2O$) in 2011, and have not changed significantly since 1990. $CH_4$ emissions from the incineration of waste were estimated to be less than 0.05 Tg $CO_2$ Eq. (less than 0.5 Gg $CH_4$) in 2011, and have not changed significantly since 1990.

**Table 3-24: $CO_2$ and $N_2O$ Emissions from the Incineration of Waste (Tg $CO_2$ Eq.)**

| Gas/Waste Product | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 8.0 | 12.5 | 12.7 | 11.9 | 11.7 | 12.0 | 12.0 |
| Plastics | 5.6 | 6.9 | 6.7 | 6.1 | 6.2 | 6.6 | 6.6 |
| Synthetic Rubber in Tires | 0.3 | 1.6 | 1.8 | 1.7 | 1.6 | 1.6 | 1.6 |
| Carbon Black in Tires | 0.4 | 2.0 | 2.3 | 2.1 | 1.9 | 1.9 | 1.9 |
| Synthetic Rubber in MSW | 0.9 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 |
| Synthetic Fibers | 0.8 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 |
| $N_2O$ | 0.5 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| $CH_4$ | + | + | + | + | + | + | + |

---

[102] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

| Total | 8.5 | 12.9 | 13.1 | 12.3 | 12.1 | 12.4 | 12.4 |

+ Does not exceed 0.05 Tg $CO_2$ Eq.

**Table 3-25: $CO_2$ and $N_2O$ Emissions from the Incineration of Waste (Gg)**

| Gas/Waste Product | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 7,972 | 12,452 | 12,711 | 11,876 | 11,688 | 12,038 | 12,038 |
| Plastics | 5,588 | 6,919 | 6,660 | 6,148 | 6,233 | 6,573 | 6,573 |
| Synthetic Rubber in Tires | 308 | 1,599 | 1,823 | 1,693 | 1,560 | 1,560 | 1,560 |
| Carbon Black in Tires | 385 | 1,958 | 2,268 | 2,085 | 1,903 | 1,903 | 1,903 |
| Synthetic Rubber in MSW | 854 | 765 | 775 | 758 | 767 | 772 | 772 |
| Synthetic Fibers | 838 | 1,211 | 1,185 | 1,192 | 1,226 | 1,230 | 1,230 |
| $N_2O$ | 2 | 1 | 1 | 1 | 1 | 1 | 1 |
| $CH_4$ | + | + | + | + | + | + | + |

+ Does not exceed 0.5 Gg.

# Methodology

Emissions of $CO_2$ from the incineration of waste include $CO_2$ generated by the incineration of plastics, synthetic fibers, and synthetic rubber, as well as the incineration of synthetic rubber and carbon black in tires. These emissions were estimated by multiplying the amount of each material incinerated by the C content of the material and the fraction oxidized (98 percent). Plastics incinerated in municipal solid wastes were categorized into seven plastic resin types, each material having a discrete C content. Similarly, synthetic rubber is categorized into three product types, and synthetic fibers were categorized into four product types, each having a discrete C content. Scrap tires contain several types of synthetic rubber, as well as carbon black. Each type of synthetic rubber has a discrete C content, and carbon black is 100 percent C. Emissions of $CO_2$ were calculated based on the amount of scrap tires used for fuel and the synthetic rubber and carbon black content of tires.

More detail on the methodology for calculating emissions from each of these waste incineration sources is provided in Annex 3.6.

For each of the methods used to calculate $CO_2$ emissions from the incineration of waste, data on the quantity of product combusted and the C content of the product are needed. For plastics, synthetic rubber, and synthetic fibers, the amount of specific materials discarded as municipal solid waste (i.e., the quantity generated minus the quantity recycled) was taken from *Municipal Solid Waste Generation, Recycling, and Disposal in the United States: Facts and Figures* (EPA 2000 through 2003, 2005 through 2011b) and detailed unpublished backup data for some years not shown in the reports (Schneider 2007). The most recent Facts and Figures report contains data for 2010, so the amount of discards in 2011 were assumed to equal 2010 data. The proportion of total waste discarded that is incinerated was derived from data in BioCycle's "State of Garbage in America" (van Haaren et al. 2010). The most recent data provides the proportion of waste incinerated for 2008, so the corresponding proportion in 2011 is assumed to be equal to the proportion in 2008. For synthetic rubber and carbon black in scrap tires, information was obtained from U.S. Scrap Tire Management Summary for 2005 through 2009 data (RMA 2011). For 2010 and 2011, synthetic rubber mass in tires is assumed to be equal to that in 2009 due to a lack of more recently available data.

Average C contents for the "Other" plastics category and synthetic rubber in municipal solid wastes were calculated from 1998 and 2002 production statistics: C content for 1990 through 1998 is based on the 1998 value; C content for 1999 through 2001 is the average of 1998 and 2002 values; and C content for 2002 to date is based on the 2002 value. Carbon content for synthetic fibers was calculated from 1999 production statistics. Information about scrap tire composition was taken from the Rubber Manufacturers' Association internet site (RMA 2012a).

The assumption that 98 percent of organic C is oxidized (which applies to all waste incineration categories for $CO_2$ emissions) was reported in EPA's life cycle analysis of greenhouse gas emissions and sinks from management of solid waste (EPA 2006).

Incineration of waste, including MSW, also results in emissions of $N_2O$ and $CH_4$. These emissions were calculated as a function of the total estimated mass of waste incinerated and an emission factor. As noted above, $N_2O$ and $CH_4$

emissions are a function of total waste incinerated in each year; for 1990 through 2008, these data were derived from the information published in BioCycle (van Haaren et al. 2010). Data on total waste incinerated was not available for 2009, 2010, or 2011, so this value was assumed to equal the most recent value available (2008).

Table 3-26 provides data on municipal solid waste discarded and percentage combusted for the total waste stream. According to Covanta Energy (Bahor 2009) and confirmed by additional research based on ISWA (ERC 2009), all municipal solid waste combustors in the United States are continuously fed stoker units. The emission factors of $N_2O$ and $CH_4$ emissions per quantity of municipal solid waste combusted are default emission factors for this technology type and were taken from the 2006 IPCC Guidelines for National Greenhouse Gas Inventories (IPCC 2006).

**Table 3-26: Municipal Solid Waste Generation (Metric Tons) and Percent Combusted.**

| Year | Waste Discarded | Waste Incinerated | Incinerated (% of Discards) |
|---|---|---|---|
| 1990 | 235,733,657 | 30,632,057 | 13.0 |
| | | | |
| 2005 | 259,559,787 | 25,973,520 | 10.0 |
| | | | |
| 2007 | 268,279,240 | 24,788,539 | 9.2 |
| 2008 | 268,541,088 | 23,674,017 | 8.8 |
| 2009 | 268,541,088[a] | 23,674,017[a] | 8.8[a] |
| 2010 | 268,541,088[a] | 23,674,017[a] | 8.8[a] |
| 2010 | 268,541,088[a] | 23,674,017[a] | 8.8[a] |

[a] Assumed equal to 2008 value.
Source: van Haaren et al. (2010).

# Uncertainty and Time-Series Consistency

A Tier 2 Monte Carlo analysis was performed to determine the level of uncertainty surrounding the estimates of $CO_2$ emissions and $N_2O$ emissions from the incineration of waste (given the very low emissions for $CH_4$, no uncertainty estimate was derived). IPCC Tier 2 analysis allows the specification of probability density functions for key variables within a computational structure that mirrors the calculation of the inventory estimate. Uncertainty estimates and distributions for waste generation variables (i.e., plastics, synthetic rubber, and textiles generation) were obtained through a conversation with one of the authors of the Municipal Solid Waste in the United States reports. Statistical analyses or expert judgments of uncertainty were not available directly from the information sources for the other variables; thus, uncertainty estimates for these variables were determined using assumptions based on source category knowledge and the known uncertainty estimates for the waste generation variables.

The uncertainties in the waste incineration emission estimates arise from both the assumptions applied to the data and from the quality of the data. Key factors include MSW incineration rate; fraction oxidized; missing data on waste composition; average C content of waste components; assumptions on the synthetic/biogenic C ratio; and combustion conditions affecting $N_2O$ emissions. The highest levels of uncertainty surround the variables that are based on assumptions (e.g., percent of clothing and footwear composed of synthetic rubber); the lowest levels of uncertainty surround variables that were determined by quantitative measurements (e.g., combustion efficiency, C content of C black).

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 3-27. Waste incineration $CO_2$ emissions in 2011 were estimated to be between 9.6 and 14.9 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 21 percent below to 24 percent above the 2011 emission estimate of 12.0 Tg $CO_2$ Eq. Also at a 95 percent confidence level, waste incineration $N_2O$ emissions in 2011 were estimated to be between 0.2 and 1.5 Tg $CO_2$ Eq. This indicates a range of 50 percent below to 320 percent above the 2011 emission estimate of 0.4 Tg $CO_2$ Eq.

**Table 3-27: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ and $N_2O$ from the Incineration of Waste (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Incineration of Waste | $CO_2$ | 12.0 | 9.6 | 14.9 | -21% | +24% |
| Incineration of Waste | $N_2O$ | 0.4 | 0.2 | 1.5 | -50% | +320% |

[a] Range of emission estimates predicted by Monte Carlo Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

# QA/QC and Verification

A source-specific QA/QC plan was implemented for incineration of waste. This effort included a Tier 1 analysis, as well as portions of a Tier 2 analysis. The Tier 2 procedures that were implemented involved checks specifically focusing on the activity data and specifically focused on the emission factor and activity data sources and methodology used for estimating emissions from incineration of waste. Trends across the time series were analyzed to determine whether any corrective actions were needed. Actions were taken to streamline the activity data throughout the calculations on incineration of waste.

# Recalculations Discussion

The current Inventory has been revised relative to the previous report. The calculations for synthetic rubber in MSW previously did not assume that 98 percent of organic C is oxidized, so this change was made to each of the past calculations years.  This resulted in an average of -0.1 percent change in total $CO_2$ Eq. emissions since 1990.

# Planned Improvements

The availability of facility-level waste incineration through EPA's GHGRP will be examined to help better characterize waste incineration operations in the United States. This characterization could include future improvements as to the operations involved in waste incineration for energy, whether in the power generation sector or the industrial sector. Additional examinations will be necessary as, unlike the reporting requirements for this chapter under the UNFCCC reporting guidelines,[103] some facility-level waste incineration emissions reported under the GHGRP may also include industrial process emissions. In line with UNFCCC reporting guidelines, emissions for waste incineration with energy recovery are included in this chapter, while process emissions are included in the industrial processes chapter of this report. In examining data from EPA's GHGRP that would be useful to improve the emission estimates for the waste incineration category, particular attention will also be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all inventory years as reported in this inventory. Additionally, analyses will focus on ensuring $CO_2$ emissions from the biomass component of waste are separated in the facility-level reported data, and on maintaining consistency with national waste generation and fate statistics currently used to estimate total, national U.S. greenhouse gas emissions. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[104]

---

[103] See <http://unfccc.int/resource/docs/2006/sbsta/eng/09.pdf>

[104] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

Additional improvements will be to improve the transparency in the current reporting of waste incineration. Currently, hazardous industrial waste incineration is included within the overall calculations for the carbon emitted from the non-energy uses of fossil fuels category. Additional examinations will be made in to any waste incineration activities covered that do not include energy recovery.

# 3.4 Coal Mining (IPCC Source Category 1B1a)

Three types of coal mining related activities release $CH_4$ to the atmosphere: underground mining, surface mining, and post-mining (i.e., coal-handling) activities. Underground coal mines contribute the largest share of $CH_4$ emissions. In 2011, 128 gassy underground coal mines in the United States employed ventilation systems to ensure that $CH_4$ levels remained within safe concentrations. These systems can exhaust significant amounts of $CH_4$ to the atmosphere in low concentrations. Additionally, 23 U.S. coal mines supplemented ventilation systems with degasification systems. Degasification systems are wells drilled from the surface or boreholes drilled inside the mine that remove large volumes of $CH_4$ before, during, or after mining. In 2011, 14 coal mines collected $CH_4$ from degasification systems and utilized this gas, thus reducing emissions to the atmosphere; all of these mines sold $CH_4$ to the natural gas pipeline, including one that also used $CH_4$ to fuel a thermal coal dryer. In addition, one of the mines destroyed a portion of its ventilation air methane using a thermal oxidizer. Surface coal mines also release $CH_4$ as the overburden is removed and the coal is exposed, but the level of emissions is much lower than from underground mines. Post-mining, some of the $CH_4$ retained in the coal is released during processing, storage, and transport of the coal.

Total $CH_4$ emissions in 2011 were estimated to be 63.2 Tg $CO_2$ Eq. (3,011 Gg), a decline of 25 percent since 1990 (see Table 3-28 and Table 3-29). Of this amount, underground mines accounted for 67 percent, surface mines accounted for 21 percent, and post-mining emissions accounted for 12 percent. The decline in $CH_4$ emissions from underground mines from 1996 to 2002 was the result of the reduction of overall coal production, the mining of less gassy coal, and an increase in $CH_4$ recovered and used. Since that time, underground coal production and the associated $CH_4$ emissions have remained fairly level, while surface coal production and its associated emissions have generally increased.

**Table 3-28: CH$_4$ Emissions from Coal Mining (Tg CO$_2$ Eq.)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| UG Mining | 62.3 | 35.0 | 35.7 | 44.4 | 49.8 | 51.8 | 42.4 |
| Liberated | 67.9 | 50.2 | 50.9 | 60.5 | 66.1 | 71.5 | 59.0 |
| Recovered & Used | (5.6) | (15.2) | (15.2) | (16.1) | (16.4) | (19.7) | (16.7) |
| Surface Mining | 12.0 | 13.3 | 13.8 | 14.3 | 12.9 | 12.9 | 13.0 |
| Post-Mining (UG) | 7.7 | 6.4 | 6.1 | 6.1 | 5.6 | 5.7 | 5.8 |
| Post-Mining (Surface) | 2.0 | 2.2 | 2.2 | 2.3 | 2.1 | 2.1 | 2.1 |
| **Total** | **84.1** | **56.9** | **57.9** | **67.1** | **70.3** | **72.4** | **63.2** |

Note: Totals may not sum due to independent rounding. Parentheses indicate negative values.

**Table 3-29: CH$_4$ Emissions from Coal Mining (Gg)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| UG Mining | 2,968 | 1,668 | 1,700 | 2,113 | 2,367 | 2,463 | 2,015 |
| Liberated | 3,234 | 2,390 | 2,422 | 2,881 | 3,149 | 3,403 | 2,811 |
| Recovered & Used | (265.9) | (721.6) | (721.8) | (768.0) | (781.6) | (940.2) | (795.6) |
| Surface Mining | 573.6 | 633.1 | 658.9 | 680.5 | 614.2 | 614.3 | 619.6 |
| Post-Mining (UG) | 368.3 | 305.9 | 289.6 | 292.0 | 266.7 | 270.2 | 275.6 |
| Post-Mining (Surface) | 93.2 | 102.9 | 107.1 | 110.6 | 99.8 | 99.8 | 100.7 |
| **Total** | **4,003** | **2,710** | **2,756** | **3,196** | **3,348** | **3,447** | **3,011** |

Note: Totals may not sum due to independent rounding. Parentheses indicate negative values.

# Methodology

The methodology for estimating $CH_4$ emissions from coal mining consists of two parts. The first part involves estimating $CH_4$ emissions from underground mines. Because of the availability of ventilation system measurements, underground mine emissions can be estimated on a mine-by-mine basis and then summed to determine total emissions. The second step involves estimating emissions from surface mines and post-mining activities by multiplying basin-specific coal production by basin-specific emission factors.

*Underground mines.* Total $CH_4$ emitted from underground mines was estimated as the sum of $CH_4$ liberated from ventilation systems and $CH_4$ liberated by means of degasification systems, minus $CH_4$ recovered and used. The Mine Safety and Heath Administration (MSHA) samples $CH_4$ emissions from ventilation systems for all mines with detectable $CH_4$ concentrations. These mine-by-mine measurements are used to estimate $CH_4$ emissions from ventilation systems.[105]

Some of the higher-emitting underground mines also use degasification systems (e.g., wells or boreholes) that remove $CH_4$ before, during, or after mining. This $CH_4$ can then be collected for use or vented to the atmosphere. Various approaches were employed to estimate the quantity of $CH_4$ collected by each of the twenty mines using these systems, depending on available data. For example, some mines report to EPA the amount of $CH_4$ liberated from their degasification systems. For mines that sell recovered $CH_4$ to a pipeline, pipeline sales data published by state petroleum and natural gas agencies were used to estimate degasification emissions. For those mines for which no other data are available, default recovery efficiency values were developed, depending on the type of degasification system employed.

Finally, the amount of $CH_4$ recovered by degasification systems and then used (i.e., not vented) was estimated. In 2011, 14 active coal mines sold recovered $CH_4$ into the local gas pipeline networks, and one of these mines used recovered $CH_4$ to fuel a thermal coal dryer. In addition, one of the mines that used gas from its degasification system also destroyed a portion of its ventilation air methane using a thermal oxidizer. Emissions avoided for these projects were estimated using gas sales data reported by various state agencies. For most mines with recovery systems, companies and state agencies provided individual well production information, which was used to assign gas sales to a particular year. For the few remaining mines, coal mine operators supplied information regarding the number of years in advance of mining that gas recovery occurs. Data was not available for Pennsylvania degasification wells for 2011, thus underground emissions avoided were estimated for two mines.

*Surface Mines and Post-Mining Emissions.* Surface mining and post-mining $CH_4$ emissions were estimated by multiplying basin-specific coal production, obtained from the Energy Information Administration's Annual Coal Report (see Table 3-30) (EIA 2012), by basin-specific emission factors. Surface mining emission factors were developed by assuming that surface mines emit two times as much $CH_4$ as the average in situ $CH_4$ content of the coal. Revised data on in situ $CH_4$ content and emissions factors are taken from EPA (2005), EPA (1996), and AAPG (1984). This calculation accounts for $CH_4$ released from the strata surrounding the coal seam. For post-mining emissions, the emission factor was assumed to be 32.5 percent of the average in situ $CH_4$ content of coals mined in the basin.

**Table 3-30: Coal Production (Thousand Metric Tons)**

| Year | Underground | Surface | Total |
|------|-------------|---------|-------|
| 1990 | 384,244 | 546,808 | 931,052 |
| 2005 | 334,398 | 691,448 | 1,025,846 |
| 2007 | 319,139 | 720,023 | 1,039,162 |
| 2008 | 323,932 | 737,832 | 1,061,764 |
| 2009 | 301,241 | 671,475 | 972,716 |
| 2010 | 305,862 | 676,177 | 998,337 |
| 2011 | 313,529 | 684,807 | 998,337 |

---

[105] MSHA records coal mine $CH_4$ readings with concentrations of greater than 50 ppm (parts per million) $CH_4$. Readings below this threshold are considered non-detectable.

# Uncertainty and Time-Series Consistency

A quantitative uncertainty analysis was conducted for the coal mining source category using the IPCC-recommended Tier 2 uncertainty estimation methodology. Because emission estimates from underground ventilation systems were based on actual measurement data, uncertainty is relatively low. A degree of imprecision was introduced because the measurements used were not continuous but rather an average of quarterly instantaneous readings. Additionally, the measurement equipment used can be expected to have resulted in an average of 10 percent overestimation of annual $CH_4$ emissions (Mutmansky and Wang 2000). Estimates of $CH_4$ recovered by degasification systems are relatively certain because many coal mine operators provided information on individual well gas sales and mined-through dates. Many of the recovery estimates use data on wells within 100 feet of a mined area. Uncertainty also exists concerning the radius of influence of each well. The number of wells counted, and thus the avoided emissions, may vary if the drainage area is found to be larger or smaller than currently estimated.

Compared to underground mines, there is considerably more uncertainty associated with surface mining and post-mining emissions because of the difficulty in developing accurate emission factors from field measurements. However, since underground emissions comprise the majority of total coal mining emissions, the uncertainty associated with underground emissions is the primary factor that determines overall uncertainty. The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 3-31. Coal mining $CH_4$ emissions in 2011 were estimated to be between 53.5 and 74.5 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 15.4 percent below to 17.7 percent above the 2011 emission estimate of 63.2 Tg $CO_2$ Eq.

**Table 3-31: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Coal Mining (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Coal Mining | $CH_4$ | 63.2 | 53.5 | 74.5 | -15.4% | +17.7% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

# Recalculations Discussion

For the current inventory, updated mine maps were received for the Jim Walter Resources (JWR) Blue Creek #4 and #7 mines, which showed changes in planned locations of areas to be mined and provided a more accurate depiction of the dates that certain pre-drainage CMM wells were mined through. As a result, the mined-through dates were adjusted for some wells relative to the previous Inventory based on updated mine plans, and underground emissions avoided values changed slightly from 2005 to 2010. Also, several pre-mining wells were mis-identified as post-mining wells, changing how their emissions were calculated.

Underground coal production for the state of Utah was inadvertently entered as underground and surface coal production in 2010. As a result, surface coal production values were corrected for 2010.

# Planned Improvements

Future improvements to the Coal Mining category will include analysis of the data reported by underground coal mines to EPA's GHGRP. This data was first collected in 2012 from underground coal mines liberating 36,500,000 actual cubic feet of methane (approximately 700 MT $CH_4$, or 14,700 $MTCO_2e$) per year. In examining data from

EPA's GHGRP that would be useful to improve the emission estimates for the underground coal mines sub-category of the Coal Mining category, particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all inventory years as reported in this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[106]

# 3.5 Abandoned Underground Coal Mines (IPCC Source Category 1B1a)

Underground coal mines contribute the largest share of $CH_4$ emissions, with active underground mines the leading source of underground emissions. However, mines also continue to release $CH_4$ after closure. As mines mature and coal seams are mined through, mines are closed and abandoned. Many are sealed and some flood through intrusion of groundwater or surface water into the void. Shafts or portals are generally filled with gravel and capped with a concrete seal, while vent pipes and boreholes are plugged in a manner similar to oil and gas wells. Some abandoned mines are vented to the atmosphere to prevent the buildup of $CH_4$ that may find its way to surface structures through overburden fractures. As work stops within the mines, $CH_4$ liberation decreases but it does not stop completely. Following an initial decline, abandoned mines can liberate $CH_4$ at a near-steady rate over an extended period of time, or, if flooded, produce gas for only a few years. The gas can migrate to the surface through the conduits described above, particularly if they have not been sealed adequately. In addition, diffuse emissions can occur when $CH_4$ migrates to the surface through cracks and fissures in the strata overlying the coal mine. The following factors influence abandoned mine emissions:

- Time since abandonment;

- Gas content and adsorption characteristics of coal;

- $CH_4$ flow capacity of the mine;

- Mine flooding;

- Presence of vent holes; and

- Mine seals.

Gross abandoned mine $CH_4$ emissions ranged from 6.0 to 9.1 Tg $CO_2$ Eq. from 1990 through 2011, varying, in general, by less than 1 percent to approximately 19 percent from year to year. Fluctuations were due mainly to the number of mines closed during a given year as well as the magnitude of the emissions from those mines when active. Gross abandoned mine emissions peaked in 1996 (9.1 Tg $CO_2$ Eq.) due to the large number of mine closures from 1994 to 1996 (70 gassy mines closed during the three-year period). In spite of this rapid rise, abandoned mine emissions have been generally on the decline since 1996. There were fewer than fifteen gassy mine closures during each of the years from 1998 through 2011, with only two closures in 2011. By 2011, gross abandoned mine emissions decreased slightly to 7.3 Tg $CO_2$ Eq. (see Table 3-32 and Table 3-33). Gross emissions are reduced by $CH_4$ recovered and used at 38 mines, resulting in net emissions in 2011 of 4.8 Tg $CO_2$ Eq.

**Table 3-32:  $CH_4$ Emissions from Abandoned Coal Mines (Tg $CO_2$ Eq.)**

| Activity | 1990 | | 2005 | | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| Abandoned Underground Mines | 6.0 | | 7.0 | | 8.9 | 9.0 | 8.1 | 7.6 | 7.3 |
| Recovered & Used | + | | 1.5 | | 3.6 | 3.7 | 3.0 | 2.7 | 2.4 |
| **Total** | **6.0** | | **5.5** | | **5.3** | **5.3** | **5.1** | **5.0** | **4.8** |

Note:  Totals may not sum due to independent rounding.
+ Does not exceed 0.05 Tg $CO_2$ Eq.

---

[106] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

**Table 3-33:  CH₄ Emissions from Abandoned Coal Mines (Gg)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Abandoned Underground Mines | 288 | 334 | 425 | 429 | 388 | 364 | 347 |
| Recovered & Used | + | 70 | 172 | 177 | 143 | 126 | 116 |
| **Total** | **288** | **264** | **254** | **253** | **244** | **237** | **231** |

Note:  Totals may not sum due to independent rounding.
+ Does not exceed 0.05 Gg

# Methodology

Estimating $CH_4$ emissions from an abandoned coal mine requires predicting the emissions of a mine from the time of abandonment through the inventory year of interest.  The flow of $CH_4$ from the coal to the mine void is primarily dependent on the mine's emissions when active and the extent to which the mine is flooded or sealed.  The $CH_4$ emission rate before abandonment reflects the gas content of the coal, rate of coal mining, and the flow capacity of the mine in much the same way as the initial rate of a water-free conventional gas well reflects the gas content of the producing formation and the flow capacity of the well.  A well or a mine which produces gas from  a coal seam and the surrounding strata will produce less gas through time as the reservoir of gas is depleted.  Depletion of a reservoir will follow a predictable pattern depending on the interplay of a variety of natural physical conditions imposed on the reservoir.  The depletion of a reservoir is commonly modeled by mathematical equations and mapped as a type curve.  Type curves which are referred to as decline curves have been developed for abandoned coal mines. Existing data on abandoned mine emissions through time, although sparse, appear to fit the hyperbolic type of decline curve used in forecasting production from natural gas wells.

In order to estimate $CH_4$ emissions over time for a given mine, it is necessary to apply a decline function, initiated upon abandonment, to that mine.  In the analysis, mines were grouped by coal basin with the assumption that they will generally have the same initial pressures, permeability and isotherm.  As $CH_4$ leaves the system, the reservoir pressure, Pr, declines as described by the isotherm.  The emission rate declines because the mine pressure (Pw) is essentially constant at atmospheric pressure for a vented mine, and the productivity index or PI term, which is expressed as the flow rate per unit of pressure change, is essentially constant at the pressures of interest (atmospheric to 30 psia).  A rate-time equation can be generated that can be used to predict future emissions.  This decline through time is hyperbolic in nature and can be empirically expressed as:

$$q = q_i \, (1+bD_i t)^{(-1/b)}$$

where,

| | |
|---|---|
| q | = Gas flow rate at time t in million cubic feet per day (mmcfd) |
| $q_i$ | = Initial gas flow rate at time zero ($t_o$),  mmcfd |
| b | = The hyperbolic exponent, dimensionless |
| $D_i$ | = Initial decline rate, 1/yr |
| t | = Elapsed time from $t_o$ (years) |

This equation is applied to mines of various initial emission rates that have similar initial pressures, permeability and adsorption isotherms (EPA 2003).

The decline curves created to model the gas emission rate of coal mines must account for factors that decrease the rate of emission after mining activities cease, such as sealing and flooding.  Based on field measurement data, it was assumed that most U.S. mines prone to flooding will become completely flooded within eight years and therefore no longer have any measurable $CH_4$ emissions.  Based on this assumption, an average decline rate for flooded mines was established by fitting a decline curve to emissions from field measurements.  An exponential equation was developed from emissions data measured at eight abandoned mines known to be filling with water located in two of the five basins.  Using a least squares, curve-fitting algorithm, emissions data were matched to the exponential equation shown below.  There was not enough data to establish basin-specific equations as was done with the vented, non-flooding mines (EPA 2003).

$$q = q_{ie}^{(-Dt)}$$

where,

$q$     = Gas flow rate at time t in mmcfd
$q_i$   = Initial gas flow rate at time zero ($t_o$), mmcfd
$D$     = Decline rate, I/yr
$t$     = Elapsed time from $t_o$ (years)

Seals have an inhibiting effect on the rate of flow of $CH_4$ into the atmosphere compared to the flow rate that would exist if the mine had an open vent. The total volume emitted will be the same, but emissions will occur over a longer period of time. The methodology, therefore, treats the emissions prediction from a sealed mine similarly to the emissions prediction from a vented mine, but uses a lower initial rate depending on the degree of sealing. A computational fluid dynamics simulator was used with the conceptual abandoned mine model to predict the decline curve for inhibited flow. The percent sealed is defined as $100 \times (1 - $ (initial emissions from sealed mine / emission rate at abandonment prior to sealing)). Significant differences are seen between 50 percent, 80 percent and 95 percent closure. These decline curves were therefore used as the high, middle, and low values for emissions from sealed mines (EPA 2003).

For active coal mines, those mines producing over 100 thousand cubic feet per day (mcfd) account for 98 percent of all $CH_4$ emissions. This same relationship is assumed for abandoned mines. It was determined that 469 abandoned mines closing after 1972 produced emissions greater than 100 mcfd when active. Further, the status of 273 of the 469 mines (or 58 percent) is known to be either: (1) vented to the atmosphere; (2) sealed to some degree (either earthen or concrete seals); or, (3) flooded (enough to inhibit $CH_4$ flow to the atmosphere). The remaining 42 percent of the mines whose status is unknown were placed in one of these three categories by applying a probability distribution analysis based on the known status of other mines located in the same coal basin (EPA 2003).

**Table 3-34: Number of Gassy Abandoned Mines Present in U.S. Basins, Grouped by Class According to Post-Abandonment State**

| Basin | Sealed | Vented | Flooded | Total Known | Unknown | Total Mines |
|---|---|---|---|---|---|---|
| Central Appl. | 26 | 25 | 48 | 99 | 129 | 228 |
| Illinois | 30 | 3 | 14 | 47 | 27 | 74 |
| Northern Appl. | 42 | 22 | 16 | 80 | 36 | 116 |
| Warrior Basin | 0 | 0 | 16 | 16 | 0 | 16 |
| Western Basins | 27 | 3 | 2 | 32 | 10 | 42 |
| **Total** | **125** | **53** | **96** | **274** | **202** | **476** |

Inputs to the decline equation require the average emission rate and the date of abandonment. Generally this data is available for mines abandoned after 1971; however, such data are largely unknown for mines closed before 1972. Information that is readily available, such as coal production by state and county, are helpful but do not provide enough data to directly employ the methodology used to calculate emissions from mines abandoned after 1971. It is assumed that pre-1972 mines are governed by the same physical, geologic, and hydrologic constraints that apply to post-1971 mines; thus, their emissions may be characterized by the same decline curves.

During the 1970s, 78 percent of $CH_4$ emissions from coal mining came from seventeen counties in seven states. In addition, mine closure dates were obtained for two states, Colorado and Illinois, for the hundred year period extending from 1900 through 1999. The data were used to establish a frequency of mine closure histogram (by decade) and applied to the other five states with gassy mine closures. As a result, basin-specific decline curve equations were applied to 145 gassy coal mines estimated to have closed between 1920 and 1971 in the United States, representing 78 percent of the emissions. State-specific, initial emission rates were used based on average coal mine $CH_4$ emissions rates during the 1970s (EPA 2003).

Abandoned mines emission estimates are based on all closed mines known to have active mine $CH_4$ ventilation emission rates greater than 100 mcfd at the time of abandonment. For example, for 1990 the analysis included 145 mines closed before 1972 and 258 mines closed between 1972 and 1990. Initial emission rates based on MSHA reports, time of abandonment, and basin-specific decline curves influenced by a number of factors were used to calculate annual emissions for each mine in the database. Coal mine degasification data are not available for years prior to 1990, thus the initial emission rates used reflect ventilation emissions only for pre-1990 closures. $CH_4$ degasification amounts were added to the quantity of $CH_4$ vented to determine the total $CH_4$ liberation rate for all mines that closed between 1992 and 2011. Since the sample of gassy mines (with active mine emissions greater

than 100 mcfd) is assumed to account for 78 percent of the pre-1972 and 98 percent of the post-1971 abandoned mine emissions, the modeled results were multiplied by 1.22 and 1.02 to account for all U.S. abandoned mine emissions.

From 1993 through 2011, emission totals were downwardly adjusted to reflect abandoned mine $CH_4$ emissions avoided from those mines. The inventory totals were not adjusted for abandoned mine reductions in 1990 through 1992, because no data was reported for abandoned coal mining $CH_4$ recovery projects during that time.

## Uncertainty

A quantitative uncertainty analysis was conducted to estimate the uncertainty surrounding the estimates of emissions from abandoned underground coal mines. The uncertainty analysis described below provides for the specification of probability density functions for key variables within a computational structure that mirrors the calculation of the inventory estimate. The results provide the range within which, with 95 percent certainty, emissions from this source category are likely to fall.

As discussed above, the parameters for which values must be estimated for each mine in order to predict its decline curve are: 1) the coal's adsorption isotherm; 2) $CH_4$ flow capacity as expressed by permeability; and 3) pressure at abandonment. Because these parameters are not available for each mine, a methodological approach to estimating emissions was used that generates a probability distribution of potential outcomes based on the most likely value and the probable range of values for each parameter. The range of values is not meant to capture the extreme values, but rather values that represent the highest and lowest quartile of the cumulative probability density function of each parameter. Once the low, mid, and high values are selected, they are applied to a probability density function.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 3-35. Abandoned coal mine $CH_4$ emissions in 2011 were estimated to be between 4.0 and 6.2 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 18 percent below to 27 percent above the 2011 emission estimate of 4.8 Tg $CO_2$ Eq. One of the reasons for the relatively narrow range is that mine-specific data is used in the methodology. The largest degree of uncertainty is associated with the unknown status mines (which account for 42 percent of the mines), with a $\pm51$ percent uncertainty.

**Table 3-35: Tier 2 Quantitative Uncertainty Estimates for CH$_4$ Emissions from Abandoned Underground Coal Mines (Tg CO$_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg CO$_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg CO$_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Abandoned Underground Coal Mines | CH$_4$ | 4.8 | 4.0 | 6.2 | -18% | +27% |

[a] Range of emission estimates predicted by Monte Carlo Simulation for a 95 percent confidence interval.

# 3.6 Petroleum Systems (IPCC Source Category 1B2a)

Methane emissions from petroleum systems are primarily associated with crude oil production, transportation, and refining operations. During each of these activities, $CH_4$ emissions are released to the atmosphere as fugitive emissions, vented emissions, emissions from operational upsets, and emissions from fuel combustion. Fugitive and vented $CO_2$ emissions from petroleum systems are primarily associated with crude oil production and refining operations but are negligible in transportation operations. Combustion $CO_2$ emissions from fuels are already accounted for in the Fossil Fuels Combustion source category, and hence have not been taken into account in the Petroleum Systems source category. Total $CH_4$ and $CO_2$ emissions from petroleum systems in 2011 were 31.5 Tg $CO_2$ Eq. (1,499 Gg $CH_4$) and 0.3 Tg $CO_2$ Eq. (347 Gg), respectively. Since 1990, $CH_4$ emissions have declined by 10.6 percent, due to industry efforts to reduce emissions and a decline in domestic oil production. However, in recent

years, domestic oil production has begun to increase again, resulting in greater $CH_4$ emissions from the petroleum sector. Since 2008, when production began to increase, $CH_4$ emissions have increased by almost 5 percent (see Table 3-36 and Table 3-37). $CO_2$ emissions have declined by 11.9 percent since 1990, but have similarly increased in recent years due to increased domestic production. Since 2008, $CO_2$ emissions have increased by nearly 16 percent (see Table 3-38 and Table 3-39).

*Production Field Operations.* Production field operations account for 98.4 percent of total $CH_4$ emissions from petroleum systems. Vented $CH_4$ from field operations account for approximately 90 percent of the emissions from the production sector, uncombusted $CH_4$ emissions (i.e. unburned fuel) account for 6.5 percent, fugitive emissions are 3.4 percent, and process upset emissions are slightly over two-tenths of a percent. The most dominant sources of emissions, in order of magnitude, are shallow water offshore oil platforms, natural-gas-powered high bleed pneumatic devices, oil tanks, natural-gas powered low bleed pneumatic devices, gas engines, deep water offshore platforms, and chemical injection pumps. These seven sources alone emit about 94 percent of the production field operations emissions. Offshore platform emissions are a combination of fugitive, vented, and uncombusted fuel emissions from all equipment housed on oil platforms producing oil and associated gas. Emissions from high and low-bleed pneumatics occur when pressurized gas that is used for control devices is bled to the atmosphere as they cycle open and closed to modulate the system. Emissions from oil tanks occur when the $CH_4$ entrained in crude oil under pressure volatilizes once the crude oil is put into storage tanks at atmospheric pressure. Emissions from gas engines are due to unburned $CH_4$ that vents with the exhaust. Emissions from chemical injection pumps are due to the estimated 25 percent of such pumps that use associated gas to drive pneumatic pumps. The remaining 6 percent of the emissions are distributed among 26 additional activities within the four categories: vented, fugitive, combustion and process upset emissions. For more detailed, source-level data on $CH_4$ emissions in production field operations, refer to Annex 3.5.

Since 1990, $CH_4$ emissions from production of crude oil have decreased by 10.8 percent. This reduction was a result of a significant decrease in annual domestic production. From 1990 until 2008, domestic production of crude oil decreased by 32 percent. However, since 2008, domestic production of oil has begun to increase again, resulting in greater emissions of $CH_4$. Since 2008, $CH_4$ emissions from crude oil production have increased by 4.8 percent. This is mainly from production activities such as pneumatic device venting, tank venting, process upsets, and combustion.

Vented $CO_2$ associated with field operations account for 99 percent of the total $CO_2$ emissions from production field operations, while fugitive and process upsets together account for less than 1 percent of the emissions. The most dominant sources of vented emissions are oil tanks, high bleed pneumatic devices, shallow water offshore oil platforms, low bleed pneumatic devices, and chemical injection pumps. These five sources together account for 98.5 percent of the non-combustion $CO_2$ emissions from production field operations, while the remaining 1.5 percent of the emissions is distributed among 24 additional activities within the three categories: vented, fugitive and process upsets. Note that $CO_2$ from associated gas flaring is accounted in natural gas systems production emissions.

*Crude Oil Transportation.* Crude oil transportation activities account for less than 0.4 percent of total $CH_4$ emissions from the oil industry. Venting from tanks, truck loading, and marine vessel loading operations accounts for 75.4 percent of $CH_4$ emissions from crude oil transportation. Fugitive emissions, almost entirely from floating roof tanks, account for 18.3 percent of $CH_4$ emissions from crude oil transportation. The remaining 6.6 percent is distributed among three additional sources within the vented emissions category. Emissions from pump engine drivers and heaters were not estimated due to lack of data.

Since 1990, $CH_4$ emissions have decreased by almost 29 percent. However, because emissions from crude oil transportation account for such a small percentage of the total emissions from the petroleum industry, this has had little impact on the overall emissions. $CH_4$ emissions from crude oil transportation have remained the same since 2000.

*Crude Oil Refining.* Crude oil refining processes and systems account for less than 1.3 percent of total $CH_4$ emissions from the oil industry because most of the $CH_4$ in crude oil is removed or escapes before the crude oil is delivered to the refineries. There is an insignificant amount of $CH_4$ in all refined products. Within refineries, vented emissions account for about 81 percent of the emissions, while fugitive and combustion emissions account for approximately 9 and 9.5 percent, respectively. Refinery system blowdowns for maintenance and the process of asphalt blowing—with air, to harden the asphalt—are the primary venting contributors. Most of the fugitive $CH_4$ emissions from refineries are from leaks in the fuel gas system. Refinery combustion emissions include small amounts of unburned $CH_4$ in process heater stack emissions and unburned $CH_4$ in engine exhausts and flares.

$CH_4$ emissions from refining of crude oil have increased almost 6 percent since 1990; however, similar to the transportation subcategory, this increase has had little effect on the overall emissions of $CH_4$. Since 1990, $CH_4$ emissions have teetered between 17 and 20 Gg.

Asphalt blowing from crude oil refining accounts for 4.3 percent of the total non-combustion $CO_2$ emissions in petroleum systems. Since 2000, the year in which $CO_2$ emissions from refining peaked, emissions of $CO_2$ have dropped by approximately 29 percent.

**Table 3-36:  $CH_4$ Emissions from Petroleum Systems (Tg $CO_2$ Eq.)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Production Field Operations** | **34.7** | **28.7** | **29.3** | **29.5** | **30.1** | **30.3** | **31.0** |
| Pneumatic device venting | 10.3 | 8.4 | 8.4 | 8.7 | 8.8 | 8.7 | 9.0 |
| Tank venting | 5.3 | 3.9 | 4.1 | 3.9 | 4.2 | 4.4 | 4.7 |
| Combustion & process upsets | 1.9 | 1.5 | 1.5 | 1.6 | 2.0 | 2.0 | 2.1 |
| Misc. venting & fugitives | 16.8 | 14.5 | 15.0 | 14.8 | 14.6 | 14.7 | 14.7 |
| Wellhead fugitives | 0.6 | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 | 0.5 |
| **Crude Oil Transportation** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** |
| **Refining** | **0.4** | **0.4** | **0.4** | **0.4** | **0.4** | **0.4** | **0.4** |
| **Total** | **35.2** | **29.2** | **29.8** | **30.0** | **30.5** | **30.8** | **31.5** |

Note: Totals may not sum due to independent rounding.

**Table 3-37:  $CH_4$ Emissions from Petroleum Systems (Gg)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Production Field Operations** | **1,653** | **1,366** | **1,396** | **1,407** | **1,432** | **1443** | **1,475** |
| Pneumatic device venting | 489 | 398 | 398 | 416 | 419 | 416 | 428 |
| Tank venting | 250 | 188 | 193 | 185 | 202 | 211 | 221 |
| Combustion & process upsets | 88 | 71 | 72 | 75 | 94 | 95 | 99 |
| Misc. venting & fugitives | 799 | 690 | 714 | 706 | 694 | 700 | 702 |
| Wellhead fugitives | 26 | 19 | 20 | 24 | 23 | 22 | 24 |
| **Crude Oil Transportation** | **7** | **5** | **5** | **5** | **5** | **5** | **5** |
| **Refining** | **18** | **19** | **19** | **19** | **18** | **19** | **19** |
| **Total** | **1,677** | **1,390** | **1,421** | **1,431** | **1,455** | **1,467** | **1,499** |

Note: Totals may not sum due to independent rounding.

**Table 3-38:  $CO_2$ Emissions from Petroleum Systems (Tg $CO_2$ Eq.)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Production Field Operations** | **0.4** | **0.3** | **0.3** | **0.3** | **0.3** | **0.3** | **0.3** |
| Pneumatic device venting | + | + | + | + | + | + | + |
| Tank venting | 0.3 | 0.2 | 0.3 | 0.2 | 0.3 | 0.3 | 0.3 |
| Misc. venting & fugitives | + | + | + | + | + | + | + |
| Wellhead fugitives | + | + | + | + | + | + | + |
| **Crude Refining** | **+** | **+** | **+** | **+** | **+** | **+** | **+** |
| **Total** | **0.4** | **0.3** | **0.3** | **0.3** | **0.3** | **0.3** | **0.3** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.
Note: Totals may not sum due to independent rounding.

**Table 3-39:  $CO_2$ Emissions from Petroleum Systems (Gg)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Production Field Operations** | **376** | **285** | **293** | **284** | **306** | **317** | **332** |
| Pneumatic device venting | 27 | 22 | 22 | 23 | 23 | 23 | 24 |
| Tank venting | 328 | 246 | 253 | 243 | 265 | 276 | 291 |
| Misc. venting & fugitives | 18 | 16 | 16 | 16 | 16 | 16 | 16 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wellhead fugitives | 1 | | 1 | | 1 | 1 | 1 | 1 | 1 |
| **Crude Refining** | 18 | | 20 | | 18 | 16 | 14 | 15 | 15 |
| **Total** | 394 | | 306 | | 311 | 300 | 320 | 332 | 347 |

Note: Totals may not sum due to independent rounding.

# Methodology

The methodology for estimating $CH_4$ emissions from petroleum systems is based on comprehensive studies of $CH_4$ emissions from U.S. petroleum systems (EPA 1996, EPA 1999). These studies calculated emission estimates for 64 activities occurring in petroleum systems from the oil wellhead through crude oil refining, including 33 activities for crude oil production field operations, 11 for crude oil transportation activities, and 20 for refining operations. Annex 3.5 provides greater detail on the emission estimates for these 64 activities. The estimates of $CH_4$ emissions from petroleum systems do not include emissions downstream of oil refineries because these emissions are negligible.

Key references for activity data and emission factors are the Energy Information Administration annual and monthly reports (EIA 1990 through 2011, 1995 through 2011a-c), "Methane Emissions from the Natural Gas Industry by the Gas Research Institute and EPA" (EPA/GRI 1996a-d), "Estimates of Methane Emissions from the U.S. Oil Industry" (EPA 1999), consensus of industry peer review panels, BOEMRE and BOEM reports (BOEMRE 2005, BOEM 2012a-c), analysis of BOEMRE data (EPA 2005, BOEMRE 2004), the Oil & Gas Journal (OGJ 2012a,b), the Interstate Oil and Gas Compact Commission (IOGCC 2011, and the United States Army Corps of Engineers, (1995-2010).

The methodology for estimating $CH_4$ emissions from the 64 oil industry activities employs emission factors initially developed by EPA (1999). Activity data for the years 1990 through 2011 were collected from a wide variety of statistical resources. Emissions are estimated for each activity by multiplying emission factors (e.g., emission rate per equipment item or per activity) by the corresponding activity data (e.g., equipment count or frequency of activity). EPA (1999) provides emission factors for all activities except those related to offshore oil production and field storage tanks. For offshore oil production, two emission factors were calculated using data collected over a one-year period for all federal offshore platforms (EPA 2005, BOEMRE 2004). One emission factor is for oil platforms in shallow water, and one emission factor is for oil platforms in deep water. Emission factors are held constant for the period 1990 through 2011. The number of platforms in shallow water and the number of platforms in deep water are used as activity data and are taken from Bureau of Ocean Energy Management (BOEM) (formerly Bureau of Ocean Energy Management, Regulation, and Enforcement [BOEMRE]) statistics (BOEM 2012a-c). For oil storage tanks, the emissions factor was calculated as the total emissions per barrel of crude charge from E&P Tank data weighted by the distribution of produced crude oil gravities from the HPDI production database (EPA 1999, HPDI 2010).

For some years, complete activity data were not available. In such cases, one of three approaches was employed. Where appropriate, the activity data was calculated from related statistics using ratios developed for EPA (1996). For example, EPA (1996) found that the number of heater treaters (a source of $CH_4$ emissions) is related to both number of producing wells and annual production. To estimate the activity data for heater treaters, reported statistics for wells and production were used, along with the ratios developed for EPA (1996). In other cases, the activity data was held constant from 1990 through 2011 based on EPA (1999). Lastly, the previous year's data were used when data for the current year were unavailable. The $CH_4$ and $CO_2$ sources in the production sector share common activity data. See Annex 3.5 for additional detail.

The methodology for estimating $CO_2$ emissions from petroleum systems combines vented, fugitive, and process upset emissions sources from 29 activities for crude oil production field operations and one activity from petroleum refining. Emissions are estimated for each activity by multiplying emission factors by their corresponding activity data. The emission factors for $CO_2$ are estimated by multiplying the $CH_4$ emission factors by a conversion factor, which is the ratio of $CO_2$ content and methane content in produced associated gas. The only exceptions to this methodology are the emission factors for crude oil storage tanks, which are obtained from E&P Tank simulation runs, and the emission factor for asphalt blowing, which was derived using the methodology and sample data from API (2009).

# Uncertainty and Time-Series Consistency

This section describes the analysis conducted to quantify uncertainty associated with the estimates of emissions from petroleum systems. Performed using @RISK software and the IPCC-recommended Tier 2 methodology (Monte Carlo Stochastic Simulation technique), the method employed provides for the specification of probability density functions for key variables within a computational structure that mirrors the calculation of the inventory estimate. The results provide the range within which, with 95 percent certainty, emissions from this source category are likely to fall.

The detailed, bottom-up inventory analysis used to evaluate U.S. petroleum systems reduces the uncertainty related to the $CH_4$ emission estimates in comparison to a top-down approach. However, some uncertainty still remains. Emission factors and activity factors are based on a combination of measurements, equipment design data, engineering calculations and studies, surveys of selected facilities and statistical reporting. Statistical uncertainties arise from natural variation in measurements, equipment types, operational variability and survey and statistical methodologies. Published activity factors are not available every year for all 64 activities analyzed for petroleum systems; therefore, some are estimated. Because of the dominance of the seven major sources, which account for 92 percent of the total methane emissions, the uncertainty surrounding these seven sources has been estimated most rigorously, and serves as the basis for determining the overall uncertainty of petroleum systems emission estimates.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 3-40. Petroleum systems $CH_4$ emissions in 2011 were estimated to be between 23.9 and 78.4 Tg $CO_2$ Eq., while $CO_2$ emissions were estimated to be between 0.3 and 0.9 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 24 percent below to 149 percent above the 2011 emission estimates of 31.5 and 0.3 Tg $CO_2$ Eq. for $CH_4$ and $CO_2$, respectively.

**Table 3-40:  Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Petroleum Systems (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.)[b] | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound[b] | Upper Bound[b] | Lower Bound[b] | Upper Bound[b] |
| Petroleum Systems | $CH_4$ | 31.5 | 23.9 | 78.4 | -24% | 149% |
| Petroleum Systems | $CO_2$ | 0.3 | 0.3 | 0.9 | -24% | 149% |

[a] Range of 2011 relative uncertainty predicted by Monte Carlo Stochastic Simulation, based on 1995 base year activity factors, for a 95 percent confidence interval.
[b] All reported values are rounded after calculation. As a result, lower and upper bounds may not be duplicable from other rounded values as shown in table.
Note: Totals may not sum due to independent rounding

# QA/QC and Verification Discussion

The petroleum inventory is continually being reviewed and assessed to determine whether emission factors and activity factors accurately reflect current industry practice. A QA/QC analysis was performed for data gathering and input, documentation, and calculation. The primary focus of the QA/QC checks is determining if the assumptions in the Inventory are consistent with current industry practices through review of regulations, public webcasts, and the Natural Gas STAR Program. Finally, QA/QC checks are consistently conducted to minimize human error in the model calculations.

# Recalculations Discussion

Most revisions for the current Inventory relative to the previous report were due to updating the previous report's data with revised data from existing data sources. In addition, when activity data updates are made for a particular emissions source, the entire time series is revised or corrected, which may result in slight changes in estimated emissions from past years.

# Planned Improvements

EPA's GHGRP published 2011 emissions data from the first year of reporting from the oil and gas sector in early 2013. GHGRP data will be reviewed for incorporation in the Inventory. Sources where GHGRP national totals are outside of the range expected based on the Inventory are being closely examined. Key reasons for differences are being determined. For example, it is being assessed whether differences in activity data or emissions factors are driving the emissions total difference. Coverage of GHGRP data is also being evaluated; EPA's GHGRP has a threshold for reporting, versus coverage for the Inventory, which represents total national-level emissions. Finally, in line with the UNFCCC reporting guidelines and IPCC guidance, it must be determined how to calculate emissions for the entire time series (i.e., 1990-2011) so that emissions calculated in earlier years use a consistent methodology with emissions calculated using more recent data from EPA's GHGRP. For some sources, it may be appropriate to use GHGRP data throughout the time series; for other sources, existing Inventory factors may be appropriate for other years. In particular, whether certain emissions sources currently accounted for in the Energy sector should be separately accounted for in the petroleum systems source category estimates (e.g., $CO_2$ process emissions from hydrogen production) will be investigated.

In order to improve the offshore platform emission calculations, more current (post-2000) inventories of the Gulf of Mexico platforms will be reviewed. This may provide more accurate inventories for the number of platforms, platform activity, deep water assignments, and oil and gas production.

EPA plans to review Gas STAR reduction data to determine whether some of the reductions deducted from the Natural Gas System emissions estimates should instead be deducted from the Petroleum Systems emissions estimates.

---

## Box 3-6: Carbon Dioxide Transport, Injection, and Geological Storage

Carbon dioxide is produced, captured, transported, and used for Enhanced Oil Recovery (EOR) as well as commercial and non-EOR industrial applications. This $CO_2$ is produced from both naturally-occurring $CO_2$ reservoirs and from industrial sources such as natural gas processing plants and ammonia plants. In the Inventory, emissions from naturally-produced $CO_2$ are estimated based on the application.

In the inventory, $CO_2$ that is used in non-EOR industrial and commercial applications (e.g., food processing, chemical production) is assumed to be emitted to the atmosphere during its industrial use. These emissions are discussed in the Carbon Dioxide Consumption section. The naturally-occurring $CO_2$ used in EOR operations is assumed to be fully sequestered. Additionally, all anthropogenic $CO_2$ emitted from natural gas processing and ammonia plants is assumed to be emitted to the atmosphere, regardless of whether the $CO_2$ is captured or not. These emissions are currently included in the Natural Gas Systems and the Ammonia Production sections of the inventory report, respectively.

IPCC includes methodological guidance to estimate emissions from the capture, transport, injection, and geological storage of $CO_2$. The methodology is based on the principle that the carbon capture and storage system should be handled in a complete and consistent manner across the entire Energy sector. The approach accounts for $CO_2$ captured at natural and industrial sites as well as emissions from capture, transport, and use. For storage specifically, a Tier 3 methodology is outlined for estimating and reporting emissions based on site-specific evaluations. However, IPCC (IPCC 2006) notes that if a national regulatory process exists, emissions information available through that process may support development of $CO_2$ emissions estimates for geologic storage.

In the United States, facilities that conduct geologic sequestration of $CO_2$ and all other facilities that inject $CO_2$, including facilities conducting enhanced oil and gas recovery, are required to report greenhouse gas data annually to EPA through its GHGRP. Facilities conducting geologic sequestration of $CO_2$ are required to develop and implement an EPA-approved site-specific monitoring, reporting and verification plan, and to report the amount of $CO_2$ sequestered using a mass balance approach. Data from this program will be evaluated closely and opportunities for improving the emission estimates will be considered.

Preliminary estimates indicate that the amount of $CO_2$ captured from industrial and natural sites is 46.2 Tg $CO_2$ Eq. (46,198 Gg) (see Table 3-41 and Table 3-42). Site-specific monitoring and reporting data for $CO_2$ injection sites (i.e., EOR operations) were not readily available, therefore, these estimates assume all $CO_2$ is emitted.

**Table 3-41: Potential Emissions from CO$_2$ Capture and Transport (Tg CO$_2$ Eq.)**

| Stage | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Acid Gas Removal Plants | 4.8 | 5.8 | 6.4 | 6.6 | 7.0 | 11.6 | 11.6 |
| Naturally Occurring CO$_2$ | 20.8 | 28.3 | 33.1 | 36.1 | 39.7 | 34.0 | 34.0 |
| Ammonia Production Plants | + | 0.7 | 0.7 | 0.6 | 0.6 | 0.7 | 0.7 |
| Pipelines Transporting CO$_2$ | + | + | + | + | + | + | + |
| **Total** | **25.6** | **34.7** | **40.1** | **43.3** | **47.3** | **46.2** | **46.2** |

+ Does not exceed 0.05 Tg CO$_2$ Eq.
Note; Totals may not sum due to independent rounding.

**Table 3-42: Potential Emissions from CO$_2$ Capture and Transport (Gg)**

| Stage | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Acid Gas Removal Plants | 4,832 | 5,798 | 6,088 | 6,630 | 7,035 | 11,554 | 11,554 |
| Naturally Occurring CO$_2$ | 20,811 | 28,267 | 33,086 | 36,102 | 39,725 | 33,967 | 33,967 |
| Ammonia Production Plants | + | 676 | 676 | 580 | 580 | 677 | 677 |
| Pipelines Transporting CO$_2$ | 8 | 7 | 7 | 8 | 8 | 8 | 8 |
| **Total** | **25,643** | **34,742** | **40,141** | **43,311** | **47,340** | **46,198** | **46,198** |

+ Does not exceed 0.5 Gg.
Note: Totals do not include emissions from pipelines transporting CO$_2$. Totals may not sum due to independent rounding.

# 3.7 Natural Gas Systems (IPCC Source Category 1B2b)

The U.S. natural gas system encompasses hundreds of thousands of wells, hundreds of processing facilities, and over a million miles of transmission and distribution pipelines. Overall, natural gas systems emitted 144.7 Tg CO$_2$ Eq. (6,893 Gg) of CH$_4$ in 2011, a 10 percent decrease compared to 1990 emissions (see Table 3-43, Table 3-44, and Table 3-45) and 32.3 Tg CO$_2$ Eq. (32,344 Gg) of non-combustion CO$_2$ in 2011, a 14 percent decrease compared to 1990 emissions (see Table 3-46 and Table 3-47). The decrease in CH$_4$ emissions is due largely to a decrease in emissions from transmission and storage due to increased voluntary reductions and a decrease in distribution emissions due to a decrease in cast iron and unprotected steel pipelines.

CH$_4$ and non-combustion CO$_2$ emissions from natural gas systems are generally process related, with normal operations, routine maintenance, and system upsets being the primary contributors. Emissions from normal operations include: natural gas engines and turbine uncombusted exhaust, bleed and discharge emissions from pneumatic devices, and fugitive emissions from system components. Routine maintenance emissions originate from pipelines, equipment, and wells during repair and maintenance activities. Pressure surge relief systems and accidents can lead to system upset emissions. Below is a characterization of the four major stages of the natural gas system. Each of the stages is described and the different factors affecting CH$_4$ and non-combustion CO$_2$ emissions are discussed.

*Field Production.* In this initial stage, wells are used to withdraw raw gas from underground formations. Emissions arise from the wells themselves, gathering pipelines, and well-site gas treatment facilities such as dehydrators and separators. Emissions from pneumatic devices, gas wells with liquids unloading, and gas well completions and refracturing (workovers) with and without hydraulic fracturing account for the majority of CH$_4$ emissions. Flaring emissions account for the majority of the non-combustion CO$_2$ emissions. Emissions from field production accounted for approximately 37 percent of CH$_4$ and about 33 percent of non-combustion CO$_2$ emissions from natural gas systems in 2011. CH$_4$ emissions from field production decreased by nearly 12 percent from 1990-2011; however, the trend was not stable over the time series--emissions from this source increased 43 percent from 1990-2006, and then declined by 38 percent from 2006 to 2011. Reasons for this trend likely include increased voluntary reductions, as well as the effects of the recent global economic slowdown.

*Processing.* In this stage, natural gas liquids and various other constituents from the raw gas are removed, resulting in "pipeline quality" gas, which is injected into the transmission system. Fugitive $CH_4$ emissions from compressors, including compressor seals, are the primary emission source from this stage. The majority of non-combustion $CO_2$ emissions come from acid gas removal units, which are designed to remove $CO_2$ from natural gas. Processing plants account for about 14 percent of $CH_4$ emissions and approximately 66 percent of non-combustion $CO_2$ emissions from natural gas systems.

*Transmission and Storage.* Natural gas transmission involves high pressure, large diameter pipelines that transport gas long distances from field production and processing areas to distribution systems or large volume customers such as power plants or chemical plants. Compressor station facilities, which contain large reciprocating and turbine compressors, are used to move the gas throughout the United States transmission system. Fugitive $CH_4$ emissions from these compressor stations and from metering and regulating stations account for the majority of the emissions from this stage. Pneumatic devices and engine uncombusted exhaust are also sources of $CH_4$ emissions from transmission facilities. Natural gas is also injected and stored in underground formations, or liquefied and stored in above ground tanks, during periods of low demand (e.g., summer), and withdrawn, processed, and distributed during periods of high demand (e.g., winter). Compressors and dehydrators are the primary contributors to emissions from these storage facilities. $CH_4$ emissions from the transmission and storage sector account for approximately 30 percent of emissions from natural gas systems, while $CO_2$ emissions from transmission and storage account for less than 1 percent of the non-combustion $CO_2$ emissions from natural gas systems. $CH_4$ emissions from this source decreased by 11 percent from 1990-2011 due to increased voluntary reductions (e.g., replacement of high bleed pneumatics with low bleed pneumatics, replacement of wet seals with dry seals).

*Distribution.* Distribution pipelines take the high-pressure gas from the transmission system at "city gate" stations, reduce the pressure and distribute the gas through primarily underground mains and service lines to individual end users. There were over 1,231,000 miles of distribution mains in 2011, an increase of approximately 287,000 miles since 1990 (PHMSA 2011). Distribution system emissions, which account for approximately 19 percent of $CH_4$ emissions from natural gas systems and less than 1 percent of non-combustion $CO_2$ emissions, result mainly from fugitive emissions from gate stations and pipelines. An increased use of plastic piping, which has lower emissions than other pipe materials, has reduced emissions from this stage. Distribution system $CH_4$ emissions in 2011 were 16 percent lower than 1990 levels.

Table 3-43 and Table 3-44 show total $CH_4$ emissions for the four major stages of natural gas systems, in Tg $CO_2$ Eq (Table 3-43) and Gg (Table 3-44). Table 3-45 gives more information on how the numbers in Table 3-43 were calculated. Table 3-45 shows the calculated $CH_4$ release (i.e. potential emissions before any controls are applied) from each stage, and the amount of $CH_4$ that is estimated to have been flared, captured, or otherwise controlled, and therefore not emitted to the atmosphere. Subtracting the value for $CH_4$ that is controlled from the value for calculated potential release of $CH_4$ results in the total emissions values. More disaggregated information on potential emissions and emissions is available in the Annex. See Methodology for Estimating $CH_4$ and $CO_2$ Emissions from Natural Gas Systems.

## Table 3-43: $CH_4$ Emissions from Natural Gas Systems (Tg $CO_2$ Eq.)[a]

| Stage | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Field Production | 60.8 | 75.5 | 83.1 | 76.4 | 61.9 | 57.2 | 53.4 |
| Processing | 17.9 | 14.2 | 15.2 | 15.9 | 17.5 | 16.5 | 19.6 |
| Transmission and Storage | 49.2 | 39.5 | 40.8 | 41.2 | 42.4 | 41.6 | 43.8 |
| Distribution | 33.4 | 29.8 | 29.3 | 29.9 | 28.9 | 28.3 | 27.9 |
| **Total** | **161.2** | **159.0** | **168.4** | **163.4** | **150.7** | **143.6** | **144.7** |

[a] These values represent $CH_4$ emitted to the atmosphere. $CH_4$ that is captured, flared, or otherwise controlled (and not emitted to the atmosphere) has been calculated and removed from emission totals.
Note: Totals may not sum due to independent rounding.

## Table 3-44: $CH_4$ Emissions from Natural Gas Systems (Gg)[a]

| Stage | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Field Production | 2,893 | 3,595 | 3,958 | 3,640 | 2,948 | 2,724 | 2,545 |
| Processing | 851 | 677 | 723 | 756 | 834 | 787 | 932 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Transmission and Storage | 2,343 | 1,879 | 1,942 | 1,964 | 2,021 | 1,980 | 2,087 |
| Distribution | 1,591 | 1,421 | 1,396 | 1,422 | 1,376 | 1,348 | 1,329 |
| **Total** | **7,678** | **7,572** | **8,018** | **7,782** | **7,178** | **6,838** | **6,893** |

[a] These values represent CH$_4$ emitted to the atmosphere. CH$_4$ that is captured, flared, or otherwise controlled (and not emitted to the atmosphere) has been calculated and removed from emission totals.

Note: Totals may not sum due to independent rounding.

## Table 3-45: Calculated Potential CH$_4$ and Captured/Combusted CH$_4$ from Natural Gas Systems (Tg CO$_2$ Eq.)

| | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Calculated Potential‡** | 161.5 | 205.3 | 220.0 | 225.4 | 205.5 | 207.4 | 206.5 |
| Field Production | 60.9 | 105.4 | 119.4 | 123.2 | 103.7 | 105.6 | 103.9 |
| Processing | 17.9 | 17.3 | 18.2 | 19.0 | 19.3 | 19.9 | 21.1 |
| Transmission and Storage | 49.2 | 51.9 | 52.0 | 52.5 | 52.5 | 52.7 | 52.7 |
| Distribution | 33.4 | 30.8 | 30.3 | 30.7 | 30.0 | 29.2 | 28.8 |
| **Captured/Combusted** | 0.2 | 46.3 | 51.6 | 62.0 | 54.7 | 63.8 | 61.8 |
| Field Production | 0.2 | 29.9 | 36.3 | 46.8 | 41.8 | 48.4 | 50.5 |
| Processing | + | 3.0 | 3.1 | 3.1 | 1.8 | 3.3 | 1.6 |
| Transmission and Storage | + | 12.4 | 11.2 | 11.3 | 10.0 | 11.1 | 8.8 |
| Distribution | + | 0.9 | 1.0 | 0.8 | 1.1 | 0.9 | 0.9 |
| **Net Emissions** | 161.2 | 159.0 | 168.4 | 163.4 | 150.7 | 143.6 | 144.7 |
| Field Production | 60.8 | 75.5 | 83.1 | 76.4 | 61.9 | 57.2 | 53.4 |
| Processing | 17.9 | 14.2 | 15.2 | 15.9 | 17.5 | 16.5 | 19.6 |
| Transmission and Storage | 49.2 | 39.5 | 40.8 | 41.2 | 42.4 | 41.6 | 43.8 |
| Distribution | 33.4 | 29.8 | 29.3 | 29.9 | 28.9 | 28.3 | 27.9 |

Note: Totals may not sum due to independent rounding.

+ Emissions are less than 0.1 Tg CO$_2$ Eq.

‡ In this context, "potential" means the total emissions calculated before voluntary reductions and regulatory controls are applied.

## Table 3-46: Non-combustion CO$_2$ Emissions from Natural Gas Systems (Tg CO$_2$ Eq.)

| Stage | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Field Production | 9.8 | 8.1 | 9.5 | 11.1 | 10.9 | 10.9 | 10.8 |
| Processing | 27.8 | 21.7 | 21.2 | 21.4 | 21.2 | 21.3 | 21.5 |
| Transmission and Storage | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Distribution | + | + | + | + | + | + | + |
| **Total** | **37.7** | **29.9** | **30.9** | **32.6** | **32.2** | **32.3** | **32.3** |

Note: Totals may not sum due to independent rounding.

+ Emissions are less than 0.1 Tg CO$_2$ Eq.

## Table 3-47: Non-combustion CO$_2$ Emissions from Natural Gas Systems (Gg)

| Stage | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Field Production | 9,795 | 8,070 | 9,546 | 11,130 | 10,893 | 10,862 | 10,774 |
| Processing | 27,763 | 21,746 | 21,199 | 21,385 | 21,188 | 21,346 | 21,466 |
| Transmission and Storage | 62 | 64 | 64 | 65 | 65 | 65 | 65 |
| Distribution | 46 | 42 | 42 | 42 | 41 | 40 | 40 |
| **Total** | **37,665** | **29,923** | **30,851** | **32,622** | **32,187** | **32,313** | **32,344** |

Note: Totals may not sum due to independent rounding.

# Methodology

The methodology for natural gas emissions estimates presented in this Inventory involves the calculation of $CH_4$ and $CO_2$ emissions for over 100 emissions sources, and then the summation of emissions for each natural gas sector stage.

The calculation of emissions for each source of emissions in natural gas systems generally occurs in three steps:

**Step 1. Calculate Potential Methane** – *Collect activity data on production and equipment in use and apply emission factors (i.e., scf gas per unit or activity)*

**Step 2. Compile Reductions Data** – *Calculate the amount of the methane that is not emitted, using data on voluntary action and regulations*

**Step 3. Calculate Net Emissions** – *Deduct methane that is not emitted from the total methane potential estimates to develop net $CH_4$ emissions, and calculate $CO_2$ emissions*

This approach of calculating potential $CH_4$ and then applying reductions data to calculate net emissions was used to ensure an accurate time series that reflects real emission trends. As noted below, key data on emissions are from a 1996 report containing data collected in 1992. Since the time of this study, practices and technologies have changed. While this study still represents best available data for some emission sources, using these emission factors alone to represent actual emissions without adjusting for emissions controls would in many cases overestimate emissions. As updated emission factors reflecting changing practices are not available for most sources, the 1992 emission factors continue to be used for many sources for all years of the Inventory, but they are considered to be potential emissions factors, representing what emissions would be if practices and technologies had not changed over time.

For the inventory, the calculated potential emissions are adjusted using data on reductions reported to Gas STAR, and data on regulations that result in $CH_4$ reductions. As more data become available, alternate approaches may be considered. For example, new data—such as API/ANGA data on liquids unloading—can enable EPA to disaggregate or stratify a source into two or more distinct sub-categories based upon different technology types, each with unique emission factors.

**Step 1.  Calculate Potential Methane**

In the first step, potential $CH_4$ is calculated by multiplying activity data (such as miles of pipeline or number of wells) by factors that relate that activity data to potential emissions. Potential $CH_4$ is the amount of $CH_4$ that would be emitted in the absence of any control technology or mitigation activity. It is important to note that potential $CH_4$ factors in most cases do not represent emitted $CH_4$, and must be adjusted for any emissions-reducing technologies, or practices, as appropriate. For more information, please see the Annex.

Potential Methane Factors

The primary basis for estimates of $CH_4$ and non-combustion-related $CO_2$ emissions from the U.S. natural gas industry is a detailed study by the Gas Research Institute and EPA (EPA/GRI 1996). The EPA/GRI study developed over 80 $CH_4$ emission factors to characterize emissions from the various components within the operating stages of the U.S. natural gas system. The EPA/GRI study was based on a combination of process engineering studies, collection of activity data and measurements at representative gas facilities conducted in the early 1990s. Methane compositions from GTI 2001 are adjusted year to year using gross production for oil and gas supply National Energy Modeling System (NEMS) regions from the EIA. Therefore, emission factors may vary from year to year due to slight changes in the $CH_4$ composition for each NEMS oil and gas supply module region. The majority of emission factors used in the Inventory were derived from the EPA/GRI study. The emission factors used to estimate $CH_4$ were also used to calculate non-combustion $CO_2$ emissions. The Gas Technology Institute's (GTI, formerly GRI) Unconventional Natural Gas and Gas Composition Databases (GTI 2001) were used to adapt the $CH_4$ emission factors into non-combustion related $CO_2$ emission factors. Additional information about $CO_2$ content in transmission quality natural gas was obtained from numerous U.S. transmission companies to help further develop the non-combustion $CO_2$ emission factors.

Although the inventory primarily uses EPA/GRI emission factors, significant updates were made to the emissions estimates for two sources in recent Inventories: liquids unloading; and gas well completions with hydraulic

fracturing and workovers with hydraulic fracturing (refracturing). In the case of liquids unloading, the methodology was revised to calculate national emissions through the use region-specific emission factors developed from well data collected in a survey conducted by API/ANGA (API/ANGA 2012). This approach may result in slight differences in the national results provided by API/ANGA. It is important to note that in this new methodology, the emission factors used for liquids unloading are not potential factors, but are factors for actual emissions. See the Recalculations Discussion for more information on the methodology for liquids unloading. For gas well completions with hydraulic fracturing and workovers with hydraulic fracturing (refracturing), a potential emission factor developed by EPA was applied to completions and refracturings to calculate potential emissions (EPA 2012a). Previous Inventory versions also included updated emission factors for production condensate tank vents (both with and without control devices) and transmission and storage centrifugal compressors (both with wet seals and with dry seals). See the Annex for more detailed information on the methodology and data used to calculate $CH_4$ and non-combustion $CO_2$ emissions from natural gas systems.

Updates to emission factors using the GHGRP data for natural gas systems (40 CFR 98, subpart W) and other data will be evaluated as they become available.

Activity Data

Activity data were taken from the following sources: DrillingInfo, Inc (DrillingInfo 2012), American Gas Association (AGA 1991–1998); Bureau of Ocean Energy Management, Regulation and Enforcement (previous Minerals and Management Service) (BOEMRE 2010a-d); Monthly Energy Review (EIA 2011f); Natural Gas Liquids Reserves Report (EIA 2005); Natural Gas Monthly (EIA 2011b,c,e); the Natural Gas STAR Program annual emissions savings (EPA 2012); Oil and Gas Journal (OGJ 1997–2011); Pipeline and Hazardous Materials Safety Administration (PHMSA 2011); Federal Energy Regulatory Commission (FERC 2011) and other Energy Information Administration publications (EIA 2001, 2004, 2010a,d). Data for estimating emissions from hydrocarbon production tanks were incorporated (EPA 1999). Coalbed $CH_4$ well activity factors were taken from the Wyoming Oil and Gas Conservation Commission (Wyoming 2009) and the Alabama State Oil and Gas Board (Alabama 2010).

For many sources, recent direct activity data are not available. For these sources, a set of industry activity data drivers was developed and is used to update activity data. Drivers include statistics on gas production, number of wells, system throughput, miles of various kinds of pipe, and other statistics that characterize the changes in the U.S. natural gas system infrastructure and operations. For example, recent data on various types of field separation equipment in the production stage (i.e., heaters, separators, and dehydrators) are unavailable. Each of these types of field separation equipment was determined to relate to the number of non-associated gas wells. Using the number of each type of field separation equipment estimated by GRI/EPA in 1992, and the number of non-associated gas wells in 1992, a factor was developed that is used to estimate the number of each type of field separation equipment throughout the time series. More information on activity data and drivers is available in Annex 3.4.

**Step 2. Compile Reductions Data--***Calculate the amount of the methane that is not emitted, using data on voluntary action and regulations*

The emissions calculated in Step 1 above represent potential emissions from an activity, and do not take into account any use of technologies and practices that reduce emissions. To take into account use of such technologies, data, where available, are collected on both regulatory and voluntary reductions. Regulatory actions reducing emissions include state regulations requiring controls at completions with hydraulic fracturing, and National Emission Standards for Hazardous Air Pollutants (NESHAP) regulations for dehydrator vents and condensate tanks. Voluntary reductions included in the Inventory are those reported to GasSTAR for activities such as voluntary reduced emissions completions, replacing a high bleed pneumatic device with a low bleed device, and replacing wet seals with dry seals at reciprocating compressors. For more information on these reductions, please see the Annex. The emission estimates presented in Table 3-43 and Table 3-44 are the $CH_4$ that is emitted to the atmosphere (i.e., net emissions), not potential emissions without capture or flaring.

Future Inventories will include impacts of the New Source Performance Standards (NSPS) for oil and gas (EPA 2012b). The NSPS came into effect in 2012. Reductions resulting from that regulation will first impact emissions estimates in the 1990 through 2012 Inventory, to be released in 2014. The regulation, which targets VOCs, is expected to achieve a 95 percent reduction in VOCs from hydraulically fractured gas wells completions and workovers with hydraulic fracturing (refracturing), with $CH_4$ reduction co-benefits. The rule also has VOC

reduction requirements for compressors, storage vessels, pneumatic controllers, and equipment leaks at processing plants, which will also impact $CH_4$ emissions.

**Step 3. Calculate Net Emissions**

In the final step, emission reductions from voluntary and regulatory actions are deducted from the total calculated potential emissions to estimate the net emissions that are presented in Table 3-43, and included in the Inventory totals. Note that for liquids unloading, condensate tanks, and centrifugal compressors, emissions to the atmosphere are calculated directly using emission factors that vary by technology.

# Uncertainty and Time-Series Consistency

A quantitative uncertainty analysis was conducted to determine the level of uncertainty surrounding estimates of emissions from natural gas systems using the recommended methodology from IPCC. EPA produced the results presented below in Table 3-48, which provide with 95 percent certainty the range within which emissions from this source category are likely to fall for the year 2011. Performed using @RISK software and the IPCC-recommended Tier 2 methodology (Monte Carlo Simulation technique), this analysis provides for the specification of probability density functions for key variables within a computational structure that mirrors the calculation of the inventory estimate. The IPCC guidance notes that in using this method, "some uncertainties that are not addressed by statistical means may exist, including those arising from omissions or double counting, or other conceptual errors, or from incomplete understanding of the processes that may lead to inaccuracies in estimates developed from models." As a result, the understanding of the uncertainty of emissions estimates for this category will evolve and will improve as the underlying methodologies and datasets improve.

The @RISK model was used to quantify the uncertainty associated with the emissions estimates using the top twelve emission sources for the year 2010. The uncertainty analysis was not updated for the 1990-2011 Inventory; instead, the uncertainty ranges calculated previously were applied to 2011 emissions estimates. The majority of sources in the current inventory were calculated using the same emission factors and activity data for which PDFs were developed in the 1990-2010 uncertainty analysis. As noted above, several emissions sources have been updated with this year's Inventory, and the 2010 uncertainty ranges will not reflect the uncertainty associated with the recently updated emission factors and activity data sources. Future inventories will include updates to the uncertainty analysis.

The results presented below provide with 95 percent certainty the range within which emissions from this source category are likely to fall for the year 2011, using the recommended IPCC methodology. The heterogeneous nature of the natural gas industry makes it difficult to sample facilities that are completely representative of the entire industry. Additionally, highly variable emission rates were measured among many system components, making the calculated average emission rates uncertain. The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 3-48. Natural gas systems $CH_4$ emissions in 2011 were estimated to be between 117.2 and 188.1 Tg $CO_2$ Eq. at a 95 percent confidence level. Natural gas systems non-energy $CO_2$ emissions in 2011 were estimated to be between 26.2 and 42.0 Tg $CO_2$ Eq. at 95 percent confidence level.

**Table 3-48: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ and Non-energy $CO_2$ Emissions from Natural Gas Systems (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.)[c] | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound[c] | Upper Bound[c] | Lower Bound[c] | Upper Bound[c] |
| Natural Gas Systems | $CH_4$ | 144.7 | 117.2 | 188.1 | -19% | +30% |
| Natural Gas Systems[b] | $CO_2$ | 32.3 | 26.2 | 42.0 | -19% | +30% |

[a] Range of emission estimates predicted by Monte Carlo Simulation for a 95 percent confidence interval.

[b] An uncertainty analysis for the non-energy $CO_2$ emissions was not performed. The relative uncertainty estimated (expressed as a percent) from the $CH_4$ uncertainty analysis was applied to the point estimate of non-energy $CO_2$ emissions.

[c] All reported values are rounded after calculation. As a result, lower and upper bounds may not be duplicable from

other rounded values as shown in Table 3-43.

# QA/QC and Verification Discussion

The natural gas emission estimates in the Inventory are continually being reviewed and assessed to determine whether emission factors and activity factors accurately reflect current industry practice. A QA/QC analysis was performed for data gathering and input, documentation, and calculation. QA/QC checks are consistently conducted to minimize human error in the model calculations.

In addition, through review of information associated with regulations, public webcasts, and the Natural Gas STAR Program, QA/QC checks are performed to determine that the assumptions in the Inventory are consistent with current industry practices. In the development of the current Inventory, EPA held a stakeholder workshop in September 2012 on the emissions estimates for Natural Gas Systems. Feedback on the methods, and new data received from stakeholders helped improve the quality of the estimates in the Inventory. Further, information from comments received through expert and public review of the Inventory was reviewed and incorporated, as appropriate.

As a result of the QA/QC checks, the Inventory was updated to correct an error in the production sector estimates for dehydrators, Kimray pumps, and dehydrator vents. Previous Inventories included the use of an inconsistent dehydrator ratio (dehydrators per non-associated gas well) for the Northeast region; this was updated to use a consistent national dehydrator ratio across all regions. This change in dehydrator ratios directly affects the number of dehydrators and dehydrator venting. However, it also indirectly impacts Kimray pumps because the Kimray pump activity factor is a function of dehydrator output. The impact of this revision was to increase emissions from these sources. The largest component of this increase is from Kimray pumps, while the dehydrator vents and dehydrators constitute a smaller portion of the increase.

The QA/QC checks also identified that emissions from condensate tanks (both controlled and uncontrolled combined) more than doubled between the previous Inventory report and the current Inventory. The primary cause of this was the increase of 2010 condensate activity data in the Southwest region from 15 MMbbl/yr (in the previous Inventory) to 51 MMbbl/yr (in the current Inventory); this increase can be further traced to be almost entirely from Railroad Commission (RRC) District 8 in Texas. Although this activity data increase is significant, it was officially reported to EIA, and is assumed to be reasonably accurate.

In some cases, the emission reductions reported under the Natural Gas STAR program were incorrectly accounted in the calculation of annual reductions in previous Inventories. In some cases, the length of time that reductions occurred for Natural Gas STAR technologies and practices was being aggregated incorrectly. The Gas STAR reporting categories were reviewed, and it was determined which activities result in a one-time reduction that should reduce emissions in only one year of the Inventory (e.g. a performing a REC at a well completion) versus activities that result in ongoing reductions that should continue throughout the time series (e.g. replacing a high-bleed pneumatic device with a low-bleed pneumatic device). Once the reductions were properly classified, the reductions were recalculated throughout the time series. This error resulted in an overestimate of emission reductions in some areas, and an underestimate in other cases.

Finally, Several recent ambient measurement studies (e.g. Petron et al. 2012) have implied higher methane emissions from natural gas systems in certain areas than would be expected based on bottom-up estimates. EPA is aware of such studies and is interested in feedback on how information from atmospheric measurement studies can be used to improve U.S. GHG Inventory estimates. Some factors for consideration include whether measurements taken are representative of all natural gas producing areas in the U.S., and what activities were taking place at the time of measurement (general operating conditions, or high-emission venting events), and how such measurements can inform emission factors and activity data used to calculate national emissions.

## Additional QA/QC for Updates

Additional QA/QC was performed on sources with major updates in the 1990-2011 Inventory: hydraulically fractured well completions and workovers with hydraulic fracturing (refracturing), and liquids unloading. In the development of this Inventory, the review of preliminary GHGRP data for liquids unloading and well completions with hydraulic fracturing, and workovers with hydraulic fracturing (refracturing) was prioritized. Initial data from

GHGRP were used in a QC cross-check against updates under consideration for those emissions sources. The preliminary cross-checks confirm substantial emissions for these sources and support the direction of the changes.

## QA/QC of Update to Completions at Wells with Hydraulic Fracturing and Workovers with Hydraulic Fracturing (Refracturing)

Additional analyses and data on these sources were reviewed, and both expert and public review comments were evaluated to QA/QC the Inventory estimates. Further, in the course of development of the 2012 NSPS for Oil and Gas, data submitted by commenters was analyzed, including detailed data provided by URS. As a result of this analysis, it was determined that the Inventory potential emission factor for hydraulic fracturing completions and workovers with hydraulic fracturing (refracturing) provides a valid central estimate of potential emissions from this source. In the subsequent development of the Inventory, the NSPS data and analysis was reviewed, and it was determined that it was also appropriate to apply the factor in the Inventory. Since the time of the NSPS analysis, other information has become available on emissions from hydraulic fracturing. For example, information from O'Sullivan and Paltsev (2012) was reviewed, which generally supports EPA's potential emission factor as a national average reflecting potential emissions from all unconventional formation types. The paper also provides more detail on emissions from shale gas, which may be reviewed related to planned improvements.

Also in the course of the development of the NSPS, EPA received comments and industry data on workovers with hydraulic fracturing (refracturing) that supported a revision of the refracture rate from 10 percent to 1 percent. The recent ANGA/API survey data show a similar refracture frequency. EPA made this change in the current Inventory, which resulted in a reduced number of workovers with hydraulic fracturing compared to previous inventories.[107]

Some commenters on the public review draft of this Inventory suggested that the amount of flaring and RECs may be underestimated, especially at workover sites. Commenters calculated net emissions from their own data and commenters used GHGRP data to calculate lower net emissions per well than calculated by the inventory. Some commenters recommended that EPA separate the population of wells into those that vent and those that do not vent, and apply a lower 'net' emission factor for wells that do not vent. Many commenters suggested that EPA continue to review GHGRP data, and seek other data on emissions from this source to evaluate the appropriateness of the emission factors used and the coverage of the data on reductions from RECs and flaring. Several commenters suggested that the potential factor overestimates potential emissions; one commenter provided data showing a slightly higher potential emission factor. One comment suggested that the count of well completions may be underestimated, and two commenters suggested that the refracture rate may be an overestimate.

Initial GHGRP data show lower overall $CH_4$ emissions from well completions with hydraulic fracturing and workovers with hydraulic fracturing (refracturing) than calculated in the Inventory. Facilities reporting to GHGRP reported emissions of 6.2 Tg $CO_2$ Eq. of $CH_4$ in 2011, while the Inventory estimate for 2011 is 16.7 Tg $CO_2$ Eq. of $CH_4$. A result of a lower GHGRP result is to be expected, as GHGRP data exclude well completions occurring at facilities below the GHGRP reporting threshold of 25,000 mt $CO_2$ Eq.; however, many of the well completions nationwide are likely captured in the GHGRP data set. The GHGRP data indicate that the Inventory activity data on well completions and use of RECs compare well with the industry-reported activity data, but that the Inventory may not be accounting for all of the flaring of gas during completion and workovers with hydraulic fracturing (refracturing).

## QA/QC of Update to Liquids Unloading

EPA also reviewed information on liquids unloading provided in the recent API/ANGA report, and assessed key differences between API/ANGA with EPA's inventory estimates. As noted below in Recalculations Discussion, EPA concluded that the data set provided by API/ANGA provided broader coverage, more recent data, and more information on use of plunger lifts and other control technologies than the other data sets available to EPA at the time of development of the previous Inventories' emission factors and methodology.

---

[107] For details of these analyses, please see Background Supplemental Technical Support Document for the Final New Source Performance Standards for oil and gas, available at http://www.epa.gov/airquality/oilandgas/pdfs/20120418tsd.pdf

EPA received several subsequent comments on this update through the public review of the draft Inventory. Several comments supported the update. One comment suggested that the update is inappropriate because the API/ANGA survey may not be representative of all wells in the U.S., and noted available data sources that indicate higher emission factors for earlier years in the time series. EPA reviewed the available data and concluded that they were accurate data points for those years, but they do not represent more recent practices. Another commenter noted that the assumption of no plunger lifts in operation in 1990 is an underestimate. EPA will continue to assess new data on past liquids unloading practices and emissions and consider improvements to the time series. Commenters suggested and EPA agreed that it should continue to review GHGRP data, and seek other data on emissions from liquids unloading to evaluate the appropriateness of the update.

Initial GHGRP data show higher $CH_4$ emissions from liquids unloading than calculated in the inventory. Facilities reporting to GHGRP reported emissions of 6.0 Tg $CO_2$ Eq. of $CH_4$ in 2011, while the inventory estimate for 2011 is 5.4 Tg $CO_2$ Eq. Due to the GHGRP threshold, a lower GHGRP result would be expected, as data reported should not include all liquids unloading occurring nationally, only liquids unloading occurring at facilities meeting the GHGRP reporting threshold. GHGRP data confirm the average emissions per well calculated in the Inventory, but indicate that emissions from liquids unloading are highly variable. A few GHGRP sources report relatively higher emissions from this activity that might not be captured in the average emission factors used in the Inventory. GHGRP data also indicate that nationally, more wells vent emissions from liquids unloading than are included in the GHG Inventory, and that more wells have plunger lifts than are included in the inventory. GHGRP data from the Rocky Mountain region in particular show a much larger number of wells practicing liquids unloading than are captured in the inventory.

New data related to these emission sources will continue to be evaluated, and in particular, GHGRP data submitted in 2012 and 2013 will be reviewed for possible future improvements to the Inventory.

## Recalculations Discussion

Information and data related to the emission estimates was received through the Inventory preparation process, the formal public notice and comment process of the proposed oil and gas NSPS for VOCs, and through a stakeholder workshop on the natural gas sector emissions estimates. All relevant information provided was carefully evaluated, and updates were made to two key sources in the expert review draft: liquids unloading, and completions with hydraulic fracturing and workovers with hydraulic fracturing (refracturing). Additional updates were made to well counts (activity data), which impact multiple sources. Emission estimates will continue to be refined to reflect the most robust data and information available. In particular, data from EPA's GHGRP will be reviewed and potentially incorporated; GHGRP data will be published for the first year of emissions data from the oil and gas sector in 2013.

The recalculations in the current Inventory relative to the previous report primarily impacted $CH_4$ emission estimates in the production sector, which in 2010 decreased from 126.0 Tg $CO_2$ Eq. in the previous Inventory to 57.2 Tg $CO_2$ Eq. in the current Inventory. The key reason for this change is the recalculation for liquids unloading, which in 2010 decreased $CH_4$ emissions from 85.6 Tg $CO_2$ Eq. in the previous Inventory to 5.4 Tg $CO_2$ Eq. in the current Inventory.

### Liquids Unloading

The largest change in emissions was due to an update to the methodology for liquids unloading (85.6 Tg $CO_2$ Eq. for 2010 in the previous Inventory versus 5.4 Tg $CO_2$ Eq. for 2010 in the current Inventory). Data on liquids unloading from a survey conducted by API/ANGA (API/ANGA 2012) were reviewed. The survey included data from over 50,000 wells. The API/ANGA data and emission factors were compared to the data and emission factors used to develop the previous and current Inventories' estimates of liquids unloading, and to the GRI/EPA 1996 data used to develop previous Inventory estimates. Inventories prior to the 2011 Inventory relied on a 1996 GRI factor for liquids unloading. The GRI factor was based on assumptions of venting using average gas production rates. The 2011 Inventory was updated with new emission factors for liquids unloading, developed by using engineering equations with depth and pressure data from a sample of wells to calculate casing volume, sample data from a Gas STAR partner to calculate duration of blowdowns, and assumptions from GRI on number of blowdowns per well per year. The data set provided by API/ANGA provided broader coverage, more recent data, and more information on use of plunger lifts and other control technologies than the other data sets. The API/ANGA data showed that both wells with and without hydraulic fracturing practice liquids unloading, while the Inventory previously only

included wells without hydraulic fracturing in its estimates for liquids unloading. The data also showed far more widespread use of control technologies than was being captured in previous Inventories, and shorter emissions duration from liquids unloading. The API/ANGA data were considered to be an improvement over the previously used data, and the Inventory was updated with the API/ANGA data. Using the API/ANGA data, liquids unloading emissions factors were developed for wells with plunger lifts, and for wells without plunger lifts for each NEMS region.[108] These values were then applied to well counts for each region, using the percentages of wells venting for liquids unloading with plunger lifts, and wells venting without plunger lifts in each region, from the API/ANGA data. The API/ANGA data showed a larger national percentage of wells using plunger lifts than had been calculated. This discrepancy is due to the use of API/ANGA data at a regional level. Regions with large well populations but lower plunger lifts usage caused the calculated national percentage of wells with plunger lifts to be lower in the Inventory. For similar reasons, the average emissions per well in the Inventory differ from API/ANGA's national average factors. API/ANGA data were collected in 2010 and 2011. To calculate emissions for the time series, for each region, the percentage of wells requiring liquids unloading determined from the API/ANGA data were held constant across the 1990 through 2011 time series. It was then estimated that no plunger lifts and no artificial lifts were in operation in any basin in 1990, and then this estimate was increased linearly up to the percentage indicated by the API/ANGA data for that region in 2010. Please see the above QA/QC and Verification Discussion for other information reviewed, and quality checks conducted in relation to this recalculation.

## Completions with Hydraulic Fracturing and Workovers with Hydraulic Fracturing (Refracturing)

Methodological changes made to the completions with hydraulic fracturing and workovers with hydraulic fracturing (refracturing) $CH_4$ emission estimates resulted in an increase in the emission estimates (3.8 Tg $CO_2$e for 2010 in the previous Inventory versus 16.7 Tg $CO_2$ Eq. for 2010 in the current Inventory). In EPA's analysis for the NSPS signed April 17, 2012 (EPA 2012a), EPA recalculated emissions for wells with hydraulic fracturing, based on updated activity data for the number of completed wells with hydraulic fracturing, a revised refracturing rate, and a revised estimate of state regulatory reductions. In this Inventory, emissions were recalculated using the same approach. First, well completions numbers were updated using DI Desktop data (DrillingInfo 2012). Previous Inventories used data from state websites and had incomplete coverage of completions, omitting completions in tight sands and most shale formations and coal bed methane (CBM), due to a lack of data. For instance, the previous Inventory only included gas wells with hydraulic fracturing from CBM wells in six states and from shale gas wells in Texas. The more complete DI Desktop data used in the current Inventory provided national coverage of formations that predominantly employ hydraulic fracturing (i.e., shale, tight gas, and CBM), which lead to an increased number of wells with hydraulic fracturing. Second, consistent with the updated NSPS analysis, a refracture rate of 1 percent (i.e., 1 percent of all wells with hydraulic fracturing are assumed to be refractured in a year) was applied. For each year of the Inventory the total count of wells with hydraulic fracturing is multiplied by 0.01 to obtain the number of workovers. Previous Inventories used a refracture rate of 10 percent. Third, the potential emission factor for these activities was rounded from 9,175 Mscf gas per completion/workover to 9,000 Mscf gas per completion/workover, consistent with the updated NSPS analysis. Finally, the method for reducing emissions due to reductions resulting from state regulations requiring control of emissions from completions and workovers was updated. The update applies reductions from state regulations starting in 2008, when these regulations came into effect. Previous Inventories incorrectly deducted these reductions beginning in 1990. As a result, the update reduces the percentage of emissions reduced due to regulations from 51 percent across the time series, to 9 percent in 2008 and 14 percent from 2009 through 2011. As in previous Inventories, voluntary reductions reported to GasSTAR are also deducted from potential emissions totals.[109] For more information on the updates to emissions from completions with hydraulic fracturing and refracturing, please see the NSPS Technical Support

---

[108] In some cases, emission factors for wells with plunger lifts are higher than for wells without plunger lifts. Reasons for unexpected result may include plunger lifts being installed at wells with greater liquids loading, and therefore a need for frequent lifts with gas venting.

[109] Gas STAR reductions for hydraulic fracturing were updated using 2011 reports between the public review draft (which deducted 2010 reductions as the 2011 data was not yet available) and this final inventory.

Document (EPA 2012a). Please see the above QA/QC and Verification Discussion for other information reviewed, and quality checks conducted in relation to this recalculation.

## Well Counts

Activity data on well counts was updated using DI Desktop data. Previous Inventories relied on EIA data. As noted above under Completions with Hydraulic Fracturing and Refracturing, the previous Inventory only included gas wells with hydraulic fracturing from CBM wells in six states and from shale gas wells in Texas. The more complete DI Desktop data used in the current Inventory provided national coverage of formations that predominantly employed hydraulic fracturing (i.e., shale, tight gas, and CBM), which lead to an increased number of wells with hydraulic fracturing. This in turn led to a decrease in the total number of wells estimated to not employ hydraulic fracturing. The change in data source also resulted in a change in the number of associated gas wells. Please see the Annex for more information on how well categories (i.e. associated gas wells, non-associated gas wells, non-associated gas wells with hydraulic fracturing) were determined.

## GasSTAR Reductions

In addition to the corrections discussed above in the QA/QC section, two updates were made to the GasSTAR Reductions. The first update was to add in reductions from the additional reports received in 2012, which contain data on emissions reductions up to the year 2011. The second was to remove from the total Gas STAR reductions number any reductions associated with liquids unloading, as those are already taken into account in the updated liquids unloading methodology. For more information, please see above Recalculations discussion on liquids unloading.

The impact of the correction noted in the QA/QC discussion, the update with new Gas STAR data, and the removal of emissions reductions associated with liquids unloading varies across the time series. The recalculation resulted in a small increase in total Gas STAR reductions for 2010, from 55.8 Tg $CO_2$ Eq. in the previous Inventory versus 56.2 Tg $CO_2$ Eq. in the current Inventory.

During the current Inventory cycle, EPA plans to continue to review available information on these and other sources, including data from the Greenhouse Gas Reporting Program, to potentially update these estimates.

In addition to these methodological updates, some of the calculated emissions for the 1990 through 2011 time series have changed from the previous Inventory report due to corrections noted above in QA/QC and Verification Discussion.

## Planned Improvements

The emission estimates will continue to be refined to reflect the most robust data and information available. Substantial amounts of new information will be made available in the coming year through a number of channels including EPA's GHGRP, research studies by various organizations, government and academic researchers, and industry. There are relevant ongoing studies that are collecting new information related to natural gas system emissions (e.g. GTI data on pipelines, University of Texas at Austin (UT Austin) and Environmental Defense Fund (EDF) data on natural gas systems). EPA looks forward to reviewing information and data from these studies as they become available for potential incorporation in the Inventory.

## Gas STAR Reductions

Gas STAR data is being reviewed to determine where reductions can be assigned to specific emissions sources in the Inventory. In general, the Inventory continues to use aggregated Gas STAR reductions by natural gas system stage (i.e., production, processing, transmission and storage, and distribution). In some cases, emissions reductions reported to Gas STAR have been matched to potential emissions calculated in the Inventory, to provide a net emissions number for specific emissions sources. Table A-132 "$CH_4$ Reductions Derived from the Natural Gas STAR Program (Gg)" in the Annex presents sources for which Gas STAR reductions can be matched to Inventory emissions sources. Net emissions values for these sources are presented in Table "Net emissions for select sources (Gg)" of Annex 3.4. Data will continue to be reviewed to determine where net emissions can be presented for additional sources. Some reported reduction activities cover multiple Inventory sources. It is not possible at this

time to attribute those reductions to specific Inventory source categories, and they will remain included in the "Other" category.

## Incorporation of GHGRP Data

EPA's GHGRP published 2011 emissions data from the first year of reporting from the oil and gas sector in early 2013. As noted above in QA/QC and Verification Discussion, in the development of the Inventory, review of preliminary GHGRP data was prioritized for liquids unloading and well completions with hydraulic fracturing and workovers with hydraulic fracturing (refracturing), and used this data was used to perform QA/QC checks on the major updates to these sources.

GHGRP data continues to be reviewed for incorporation in the Inventory. Sources where GHGRP national totals are outside of the range expected based on the Inventory are being closely examined. Key reasons for differences are being determined. For example, it is being assessed whether differences in activity data or emissions factors are driving the emissions total difference. Coverage of GHGRP data is also being evaluated; EPA's GHGRP has a threshold for reporting, versus coverage for the Inventory, which represents total national-level emissions. Finally, in line with the UNFCCC reporting guidelines and IPCC guidance, it must be determined how to calculate emissions for the entire time series (i.e., 1990-2011) so that emissions calculated in earlier years use a consistent methodology with emissions calculated using more recent data from EPA's GHGRP. For some sources, it may be appropriate to use GHGRP data throughout the time series; for other sources, existing Inventory factors may be appropriate for other years.

## Source-Specific Updates

### Hydraulic Fracturing

Analysis of available data to update reductions data for this source is a priority for next year's Inventory. Commenters on the public review draft suggested that significant flaring of emissions from completions and workovers with hydraulic fracturing (refracturing) is occurring that is not taken into account in the Inventory. EPA will continue to seek information on flaring to ensure that the Inventory reflects industry practices. Several methods are being considered for estimating well completion emissions reductions to account for RECs and flaring not reported to Gas STAR. Alternative methods could potentially involve different emission factors for completions without controls, completions with flaring, and completions with RECS. EPA will review 2011 and 2012 GHGRP data from this source, and assess how the data can be best incorporated into the inventory, and how the recent data can best inform emissions calculations throughout the 1990-2012 time series.

Additionally, EPA will assess differences between emissions in different unconventional formation types (e.g., coal seams, tight sands). Data sources to be reviewed for these updates will include GHGRP data and information from upcoming studies, such as the UT Austin, EDF, and industry study.

### Liquids Unloading

EPA is prioritizing examination of GHGRP data to update emission factors, the number of wells that perform liquids unloading, and use of plunger lifts for the Inventory. GHGRP data are also being reviewed to assess whether regional factors can be developed, or whether national factors are more appropriate until more years of data are available from the GHGRP. Commenters during the public review of the Inventory noted that there were other available data sources that indicate higher emission factors for earlier years in the time series, and suggested alternative methods for determining emissions throughout the time series including a step-wise approach based on production data. EPA will investigate additional data sources on liquids unloading practices and emissions throughout the time series. EPA plans to complete several analyses of GHGRP data suggested by commenters, such as examining liquids unloading emissions in different formation types (especially CBM), reviewing emissions differences between reports using different methods to calculate emissions, and reviewing outliers. EPA will also take into consideration usage of best available monitoring methods.

### Centrifugal Compressors

Through expert review comments, measured emissions data developed by El Paso Corporation for centrifugal compressors with both wet and dry seals were also identified. Although these studies and data sets could not be

fully evaluated prior to release of the public review draft of the 1990-2011 Inventory, this data and additional data from upcoming studies will be reviewed as they become available, and related GHGRP data will also be analyzed for potential updates to this source category.

*Produced water*

An expert review comment noted that the Inventory includes emissions from produced water from CBM formations only. Whether other sources of produced water emissions are incorrectly omitted from the Inventory and whether data is available to include these sources will be investigated, if appropriate.

# 3.8 Energy Sources of Indirect Greenhouse Gas Emissions

In addition to the main greenhouse gases addressed above, many energy-related activities generate emissions of indirect greenhouse gases. Total emissions of nitrogen oxides ($NO_x$), carbon monoxide (CO), and non-$CH_4$ volatile organic compounds (NMVOCs) from energy-related activities from 1990 to 2011 are reported in Table 3-49.

**Table 3-49: $NO_x$, CO, and NMVOC Emissions from Energy-Related Activities (Gg)**

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **$NO_x$** | **21,106** | **15,319** | **13,829** | **13,012** | **10,887** | **10,887** | **10,887** |
| Mobile Combustion | 10,862 | 9,012 | 7,965 | 7,441 | 6,206 | 6,206 | 6,206 |
| Stationary | 10,023 | 5,858 | 5,432 | 5,148 | 4,159 | 4,159 | 4,159 |
| *International Bunker Fuels** | *1,956* | *1,704* | *1,733* | *1,832* | *1,692* | *1,790* | *1,542* |
| Oil and Gas | 139 | 321 | 318 | 318 | 393 | 393 | 393 |
| Waste Combustion | 82 | 129 | 114 | 106 | 128 | 128 | 128 |
| **CO** | **125,640** | **69,062** | **61,739** | **58,078** | **49,647** | **49,647** | **49,647** |
| Mobile Combustion | 119,360 | 62,692 | 55,253 | 51,533 | 43,355 | 43,355 | 43,355 |
| Stationary | 5,000 | 4,649 | 4,744 | 4,792 | 4,543 | 4,543 | 4,543 |
| Waste Combustion | 978 | 1,403 | 1,421 | 1,430 | 1,403 | 1,403 | 1,403 |
| Oil and Gas | 302 | 318 | 320 | 322 | 345 | 345 | 345 |
| *International Bunker Fuels** | *103* | *133* | *135* | *129* | *121* | *136* | *137* |
| **NMVOCs** | **12,620** | **7,798** | **7,604** | **7,507** | **5,333** | **5,333** | **5,333** |
| Mobile Combustion | 10,932 | 6,330 | 5,742 | 5,447 | 4,151 | 4,151 | 4,151 |
| Oil and Gas | 554 | 510 | 509 | 509 | 599 | 599 | 599 |
| Stationary | 912 | 716 | 1,120 | 1,321 | 424 | 424 | 424 |
| Waste Combustion | 222 | 241 | 234 | 230 | 159 | 159 | 159 |
| *International Bunker Fuels** | *57* | *54* | *55* | *57* | *53* | *56* | *50* |

* These values are presented for informational purposes only and are not included in totals.

## Methodology

Due to the lack of data available at the time of publication, emission estimates for 2010 and 2011 rely on 2009 data as a proxy. Emission estimates for 2009 were obtained from preliminary data (EPA 2010, EPA 2009), and disaggregated based on EPA (2003), which, in its final iteration, will be published on the National Emission Inventory (NEI) Air Pollutant Emission Trends web site. Due to redevelopment of the information technology systems for the NEI, publication of the most recent emissions for these pollutants (i.e., indirect greenhouse gases)

was not available for this report.[110] Emissions were calculated either for individual categories or for many categories combined, using basic activity data (e.g., the amount of raw material processed) as an indicator of emissions. National activity data were collected for individual categories from various agencies. Depending on the category, these basic activity data may include data on production, fuel deliveries, raw material processed, etc.

Activity data were used in conjunction with emission factors, which together relate the quantity of emissions to the activity. Emission factors are generally available from the EPA's Compilation of Air Pollutant Emission Factors, AP-42 (EPA 1997). The EPA currently derives the overall emission control efficiency of a source category from a variety of information sources, including published reports, the 1985 National Acid Precipitation and Assessment Program emissions inventory, and other EPA databases.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Uncertainty and Time-Series Consistency

Uncertainties in these estimates are partly due to the accuracy of the emission factors used and accurate estimates of activity data. A quantitative uncertainty analysis was not performed.

# 3.9 International Bunker Fuels (IPCC Source Category 1: Memo Items)

Emissions resulting from the combustion of fuels used for international transport activities, termed international bunker fuels under the UNFCCC, are not included in national emission totals, but are reported separately based upon location of fuel sales. The decision to report emissions from international bunker fuels separately, instead of allocating them to a particular country, was made by the Intergovernmental Negotiating Committee in establishing the Framework Convention on Climate Change.[111] These decisions are reflected in the IPCC methodological guidance, including the 2006 IPCC Guidelines, in which countries are requested to report emissions from ships or aircraft that depart from their ports with fuel purchased within national boundaries and are engaged in international transport separately from national totals (IPCC 2006).[112]

Two transport modes are addressed under the IPCC definition of international bunker fuels: aviation and marine.[113] Greenhouse gases emitted from the combustion of international bunker fuels, like other fossil fuels, include $CO_2$, $CH_4$ and $N_2O$ for marine transport modes, and $CO_2$ and $N_2O$ for aviation transport modes. Emissions from ground transport activities—by road vehicles and trains—even when crossing international borders are allocated to the country where the fuel was loaded into the vehicle and, therefore, are not counted as bunker fuel emissions.

The IPCC Guidelines distinguish between different modes of air traffic. Civil aviation comprises aircraft used for the commercial transport of passengers and freight, military aviation comprises aircraft under the control of national armed forces, and general aviation applies to recreational and small corporate aircraft. The IPCC Guidelines further

---

[110] For an overview of the activities and the schedule for developing the 2011 National Emissions Inventory, with the goal of producing Version 1 in the summer of 2013, See < http://www.epa.gov/ttn/chief/eis/2011nei/2011plan.pdf>

[111] See report of the Intergovernmental Negotiating Committee for a Framework Convention on Climate Change on the work of its ninth session, held at Geneva from 7 to 18 February 1994 (A/AC.237/55, annex I, para. 1c).

[112] Note that the definition of international bunker fuels used by the UNFCCC differs from that used by the International Civil Aviation Organization.

[113] Most emission related international aviation and marine regulations are under the rubric of the International Civil Aviation Organization (ICAO) or the International Maritime Organization (IMO), which develop international codes, recommendations, and conventions, such as the International Convention of the Prevention of Pollution from Ships (MARPOL).

define international bunker fuel use from civil aviation as the fuel combusted for civil (e.g., commercial) aviation purposes by aircraft arriving or departing on international flight segments. However, as mentioned above, and in keeping with the IPCC Guidelines, only the fuel purchased in the United States and used by aircraft taking-off (i.e., departing) from the United States are reported here. The standard fuel used for civil aviation is kerosene-type jet fuel, while the typical fuel used for general aviation is aviation gasoline.[114]

Emissions of $CO_2$ from aircraft are essentially a function of fuel use. $N_2O$ emissions also depend upon engine characteristics, flight conditions, and flight phase (i.e., take-off, climb, cruise, decent, and landing). Recent data suggest that little or no $CH_4$ is emitted by modern engines (Anderson et al., 2011), and as a result, $CH_4$ emissions from this category are considered zero. In jet engines, $N_2O$ is primarily produced by the oxidation of atmospheric nitrogen, and the majority of emissions occur during the cruise phase. International marine bunkers comprise emissions from fuels burned by ocean-going ships of all flags that are engaged in international transport. Ocean-going ships are generally classified as cargo and passenger carrying, military (i.e., U.S. Navy), fishing, and miscellaneous support ships (e.g., tugboats). For the purpose of estimating greenhouse gas emissions, international bunker fuels are solely related to cargo and passenger carrying vessels, which is the largest of the four categories, and military vessels. Two main types of fuels are used on sea-going vessels: distillate diesel fuel and residual fuel oil. $CO_2$ is the primary greenhouse gas emitted by marine shipping.

Overall, aggregate greenhouse gas emissions in 2011 from the combustion of international bunker fuels from both aviation and marine activities were 112.4 Tg $CO_2$ Eq., or 8 percent above emissions in 1990 (see Table 3-50 and Table 3-51). Emissions from international flights and international shipping voyages departing from the United States have increased by 71 percent and decreased by 29 percent, respectively, since 1990. The majority of these emissions were in the form of $CO_2$; however, small amounts of $CH_4$ (from marine transport modes) and $N_2O$ were also emitted.

**Table 3-50:  $CO_2$, $CH_4$, and $N_2O$ Emissions from International Bunker Fuels (Tg $CO_2$ Eq.)**

| Gas/Mode | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 103.5 | 113.1 | 115.3 | 114.3 | 106.4 | 117.0 | 111.3 |
| Aviation | 38.0 | 60.1 | 61.5 | 56.1 | 52.8 | 61.0 | 64.9 |
| *Commercial* | *30.0* | *55.6* | *57.5* | *52.4* | *49.2* | *57.4* | *61.7* |
| *Military* | *8.1* | *4.5* | *4.0* | *3.8* | *3.6* | *3.6* | *3.2* |
| Marine | 65.4 | 53.0 | 53.9 | 58.2 | 53.6 | 56.0 | 46.5 |
| **$CH_4$** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** |
| Aviation | - | - | - | - | - | - | - |
| Marine | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **$N_2O$** | **0.9** | **1.0** | **1.0** | **1.0** | **0.9** | **1.0** | **1.0** |
| Aviation | 0.4 | 0.6 | 0.6 | 0.6 | 0.5 | 0.6 | 0.6 |
| Marine | 0.5 | 0.4 | 0.4 | 0.5 | 0.4 | 0.4 | 0.4 |
| **Total** | **104.5** | **114.3** | **116.5** | **115.5** | **107.5** | **118.2** | **112.4** |

- Assumed to be zero
Note:  Totals may not sum due to independent rounding. Includes aircraft cruise altitude emissions.

**Table 3-51:  $CO_2$, $CH_4$ and $N_2O$ Emissions from International Bunker Fuels (Gg)**

| Gas/Mode | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 103,463 | 113,139 | 115,345 | 114,342 | 106,410 | 116,992 | 111,316 |
| Aviation | 38,034 | 60,125 | 61,489 | 56,146 | 52,785 | 60,967 | 64,857 |
| Marine | 65,429 | 53,014 | 53,856 | 58,196 | 53,625 | 56,025 | 46,459 |
| $CH_4$ | 7 | 5 | 5 | 6 | 5 | 6 | 5 |
| Aviation | - | - | - | - | - | - | - |
| Marine | 7 | 5 | 5 | 6 | 5 | 6 | 5 |

[114] Naphtha-type jet fuel was used in the past by the military in turbojet and turboprop aircraft engines.

| N₂O | 3 | | 3 | | 3 | 3 | 3 | 3 | 3 |
|-----|---|---|---|---|---|---|---|---|---|
| Aviation | 1 | | 2 | | 2 | 2 | 2 | 2 | 2 |
| Marine | 2 | | 1 | | 1 | 1 | 1 | 1 | 1 |

\- Assumed to be zero
Note:  Totals may not sum due to independent rounding.  Includes aircraft cruise altitude emissions.

**Table 3-52:  Aviation CO₂ and N₂O Emissions for International Transport (Tg CO₂ Eq.)**

| Aviation Mode | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---------------|------|------|------|------|------|------|------|
| Commercial Aircraft | 30.0 | 55.6 | 57.5 | 52.4 | 49.2 | 57.4 | 61.7 |
| Military Aircraft | 8.1 | 4.5 | 4.0 | 3.8 | 3.6 | 3.6 | 3.2 |
| **Total** | **38.0** | **60.1** | **61.5** | **56.1** | **52.8** | **61.0** | **64.9** |

+ Does not exceed 0.05 Tg CO₂ Eq.

## Methodology

Emissions of $CO_2$ were estimated by applying C content and fraction oxidized factors to fuel consumption activity data.  This approach is analogous to that described under $CO_2$ from Fossil Fuel Combustion.  Carbon content and fraction oxidized factors for jet fuel, distillate fuel oil, and residual fuel oil were taken directly from EIA and are presented in Annex 2.1, Annex 2.2, and Annex 3.8 of this Inventory.  Density conversions were taken from Chevron (2000), ASTM (1989), and USAF (1998).  Heat content for distillate fuel oil and residual fuel oil were taken from EIA (2012) and USAF (1998), and heat content for jet fuel was taken from EIA (2013).  A complete description of the methodology and a listing of the various factors employed can be found in Annex 2.1.  See Annex 3.8 for a specific discussion on the methodology used for estimating emissions from international bunker fuel use by the U.S. military.

Emission estimates for $CH_4$ and $N_2O$ were calculated by multiplying emission factors by measures of fuel consumption by fuel type and mode.  Emission factors used in the calculations of $CH_4$ and $N_2O$ emissions were obtained from the Revised 1996 IPCC Guidelines (IPCC/UNEP/OECD/IEA 1997) and the 2006 IPCC Guidelines (IPCC 2006).  For aircraft emissions, the following values, in units of grams of pollutant per kilogram of fuel consumed (g/kg), were employed: 0.1 for $N_2O$ (IPCC 2006).  For marine vessels consuming either distillate diesel or residual fuel oil the following values (g/MJ), were employed: 0.32 for $CH_4$ and 0.08 for $N_2O$.  Activity data for aviation included solely jet fuel consumption statistics, while the marine mode included both distillate diesel and residual fuel oil.

Activity data on domestic and international aircraft fuel consumption were developed by the U.S. Federal Aviation Administration (FAA) using radar-informed data from the FAA Enhanced Traffic Management System (ETMS) for 1990, 2000 through 2011 as modeled with the Aviation Environmental Design Tool (AEDT).  This bottom-up approach is built from modeling dynamic aircraft performance for each flight occurring within an individual calendar year.  The analysis incorporates data on the aircraft type, date, flight identifier, departure time, arrival time, departure airport, arrival airport, ground delay at each airport, and real-world flight trajectories.  To generate results for a given flight within AEDT, the radar-informed aircraft data is correlated with engine and aircraft performance data to calculate fuel burn and exhaust emissions.  Information on exhaust emissions for in-production aircraft engines comes from the International Civil Aviation Organization (ICAO) Aircraft Engine Emissions Databank (EDB).  This bottom-up approach is in accordance with the Tier 3B method from the 2006 IPCC Guidelines for National Greenhouse Gas Inventories.

International aviation $CO_2$ estimates for 1990 and 2000 through 2011are obtained from FAA's AEDT model (FAA 2013).  The radar-informed method that was used to estimate $CO_2$ emissions for commercial aircraft for 1990, and 2000 through 2011 is not possible for 1991 through 1999 because the radar data set is not available for years prior to 2000.  FAA developed OAG schedule-informed inventories modeled with AEDT and great circle trajectories for 1990, 2000 and 2010.  Because fuel consumption and $CO_2$ emission estimates for years 1991-1999 are unavailable, consumption estimates for these years were calculated using fuel consumption estimates from the Bureau of Transportation Statistics (DOT 1991 through 2011), adjusted based on 2000 through 2005 data.

Data on U.S. Department of Defense (DoD) aviation bunker fuels and total jet fuel consumed by the U.S. military was supplied by the Office of the Under Secretary of Defense (Installations and Environment), DoD. Estimates of the percentage of each Service's total operations that were international operations were developed by DoD. Military aviation bunkers included international operations, operations conducted from naval vessels at sea, and operations conducted from U.S. installations principally over international water in direct support of military operations at sea. Military aviation bunker fuel emissions were estimated using military fuel and operations data synthesized from unpublished data by the Defense Energy Support Center, under DoD's Defense Logistics Agency (DESC 2011). Together, the data allow the quantity of fuel used in military international operations to be estimated. Densities for each jet fuel type were obtained from a report from the U.S. Air Force (USAF 1998). Final jet fuel consumption estimates are presented in Table 3-53. See Annex 3.8 for additional discussion of military data.

Activity data on distillate diesel and residual fuel oil consumption by cargo or passenger carrying marine vessels departing from U.S. ports were taken from unpublished data collected by the Foreign Trade Division of the U.S. Department of Commerce's Bureau of the Census (DOC 2011) for 1990 through 2001, 2007, through 2011, and the Department of Homeland Security's Bunker Report for 2003 through 2006 (DHS 2008). Fuel consumption data for 2002 was interpolated due to inconsistencies in reported fuel consumption data. Activity data on distillate diesel consumption by military vessels departing from U.S. ports were provided by DESC (2012). The total amount of fuel provided to naval vessels was reduced by 13 percent to account for fuel used while the vessels were not-underway (i.e., in port). Data on the percentage of steaming hours underway versus not-underway were provided by the U.S. Navy. These fuel consumption estimates are presented in Table 3-54.

**Table 3-53:  Aviation Jet Fuel Consumption for International Transport (Million Gallons)**

| Nationality | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| U.S. and Foreign Carriers | 3,222 | 5,983 | 6,184 | 5,634 | 5,293 | 6,173 | 6,634 |
| U.S. Military | 862 | 462 | 410 | 386 | 367 | 367 | 326 |
| **Total** | **4,084** | **6,445** | **6,594** | **6,021** | **5,660** | **6,540** | **6,960** |

Note:  Totals may not sum due to independent rounding.

**Table 3-54:  Marine Fuel Consumption for International Transport (Million Gallons)**

| Fuel Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Residual Fuel Oil | 4,781 | 3,881 | 4,059 | 4,373 | 4,040 | 4,141 | 3,463 |
| Distillate Diesel Fuel & Other | 617 | 444 | 358 | 445 | 426 | 476 | 393 |
| U.S. Military Naval Fuels | 522 | 471 | 444 | 437 | 374 | 448 | 341 |
| **Total** | **5,920** | **4,796** | **4,861** | **5,254** | **4,841** | **5,065** | **4,197** |

Note:  Totals may not sum due to independent rounding.

## Uncertainty and Time-Series Consistency

Emission estimates related to the consumption of international bunker fuels are subject to the same uncertainties as those from domestic aviation and marine mobile combustion emissions; however, additional uncertainties result from the difficulty in collecting accurate fuel consumption activity data for international transport activities separate from domestic transport activities.[115] For example, smaller aircraft on shorter routes often carry sufficient fuel to complete several flight segments without refueling in order to minimize time spent at the airport gate or take advantage of lower fuel prices at particular airports. This practice, called tankering, when done on international flights, complicates the use of fuel sales data for estimating bunker fuel emissions. Tankering is less common with the type of large, long-range aircraft that make many international flights from the United States, however. Similar practices occur in the marine shipping industry where fuel costs represent a significant portion of overall operating costs and fuel prices vary from port to port, leading to some tankering from ports with low fuel costs.

---

[115] See uncertainty discussions under Carbon Dioxide Emissions from Fossil Fuel Combustion.

Uncertainties exist with regard to the total fuel used by military aircraft and ships, and in the activity data on military operations and training that were used to estimate percentages of total fuel use reported as bunker fuel emissions. Total aircraft and ship fuel use estimates were developed from DoD records, which document fuel sold to the Navy and Air Force from the Defense Logistics Agency. These data may slightly over or under estimate actual total fuel use in aircraft and ships because each Service may have procured fuel from, and/or may have sold to, traded with, and/or given fuel to other ships, aircraft, governments, or other entities. There are uncertainties in aircraft operations and training activity data. Estimates for the quantity of fuel actually used in Navy and Air Force flying activities reported as bunker fuel emissions had to be estimated based on a combination of available data and expert judgment. Estimates of marine bunker fuel emissions were based on Navy vessel steaming hour data, which reports fuel used while underway and fuel used while not underway. This approach does not capture some voyages that would be classified as domestic for a commercial vessel. Conversely, emissions from fuel used while not underway preceding an international voyage are reported as domestic rather than international as would be done for a commercial vessel. There is uncertainty associated with ground fuel estimates for 1997 through 2001. Small fuel quantities may have been used in vehicles or equipment other than that which was assumed for each fuel type.

There are also uncertainties in fuel end-uses by fuel-type, emissions factors, fuel densities, diesel fuel sulfur content, aircraft and vessel engine characteristics and fuel efficiencies, and the methodology used to back-calculate the data set to 1990 using the original set from 1995. The data were adjusted for trends in fuel use based on a closely correlating, but not matching, data set. All assumptions used to develop the estimate were based on process knowledge, Department and military Service data, and expert judgments. The magnitude of the potential errors related to the various uncertainties has not been calculated, but is believed to be small. The uncertainties associated with future military bunker fuel emission estimates could be reduced through additional data collection.

Although aggregate fuel consumption data have been used to estimate emissions from aviation, the recommended method for estimating emissions of gases other than $CO_2$ in the 2006 IPCC Guidelines is to use data by specific aircraft type, number of individual flights and, ideally, movement data to better differentiate between domestic and international aviation and to facilitate estimating the effects of changes in technologies. The IPCC also recommends that cruise altitude emissions be estimated separately using fuel consumption data, while landing and take-off (LTO) cycle data be used to estimate near-ground level emissions of gases other than $CO_2$.[116]

There is also concern regarding the reliability of the existing DOC (2011) data on marine vessel fuel consumption reported at U.S. customs stations due to the significant degree of inter-annual variation.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above

## QA/QC and Verification

A source-specific QA/QC plan for international bunker fuels was developed and implemented. This effort included a Tier 1 analysis, as well as portions of a Tier 2 analysis. The Tier 2 procedures that were implemented involved checks specifically focusing on the activity data and emission factor sources and methodology used for estimating $CO_2$, $CH_4$, and $N_2O$ from international bunker fuels in the United States. Emission totals for the different sectors and fuels were compared and trends were investigated. No corrective actions were necessary.

---

[116] U.S. aviation emission estimates for CO, $NO_x$, and NMVOCs are reported by EPA's National Emission Inventory (NEI) Air Pollutant Emission Trends web site, and reported under the Mobile Combustion section. It should be noted that these estimates are based solely upon LTO cycles and consequently only capture near ground-level emissions, which are more relevant for air quality evaluations. These estimates also include both domestic and international flights. Therefore, estimates reported under the Mobile Combustion section overestimate IPCC-defined domestic CO, $NO_x$, and NMVOC emissions by including landing and take-off (LTO) cycles by aircraft on international flights, but underestimate because they do not include emissions from aircraft on domestic flight segments at cruising altitudes. The estimates in Mobile Combustion are also likely to include emissions from ocean-going vessels departing from U.S. ports on international voyages.

## Recalculations Discussion

Changes to emission estimates are due to revisions made to historical activity data for marine residual and distillate fuel oil consumption and a methodology change for collecting U.S. and Foreign Carrier Aviation Jet Fuel Consumption. The 2011 data formats, developed by the FAA using radar-informed data from the ETMS for 1990, and 2000 through 2011 as modeled with the AEDT, were used to recalculate prior inventories. This bottom-up approach is in accordance with the Tier 3B method from the 2006 IPCC Guidelines for National Greenhouse Gas Inventories. The activity data covers the time series 1990, and 2000 through 2011 with domestic defined as the 50 states and separately as the 50 states and U.S. Territories. Emissions of $CH_4$ from jet fuels are no longer considered to be emitted across the time series from aircraft gas turbine engines burning jet fuel A at higher power settings [117]. Recent research indicates that modern aircraft jet engines are typically net consumers of methane (Santoni et al. 2011). Methane is emitted at low power and idle operation, but at higher power modes aircraft engines consumer methane. Over the range of engine operating modes, aircraft engines are net consumers of methane on average. Based on this data, methane emissions factors for jet aircraft were reported as zero in this year's Inventory to reflect the latest emissions testing data.

These historical data changes resulted in changes to the emission estimates for the entire time-series to the previous Inventory, which averaged to an annual decrease in emissions from international bunker fuels of 6.5 Tg $CO_2$ Eq. (5.4 percent) in $CO_2$ emissions, an annual decrease of 0.04 Tg $CO_2$ Eq. (25.8 percent) in $CH_4$ emissions, and an annual average decrease of 0.1 Tg $CO_2$ Eq. (9.7 percent) in $N_2O$ emissions.

# 3.10    Wood Biomass and Ethanol Consumption (IPCC Source Category 1A)

The combustion of biomass fuels such as wood, charcoal, and wood waste and biomass-based fuels such as ethanol from corn and woody crops generates $CO_2$ in addition to $CH_4$ and $N_2O$ already covered in this chapter. In line with the reporting requirements for inventories submitted under the UNFCCC, $CO_2$ emissions from biomass combustion have been estimated separately from fossil fuel $CO_2$ emissions and are not directly included in the energy sector contributions to U.S. totals. In accordance with IPCC methodological guidelines, any such emissions are calculated by accounting for net carbon (C) fluxes from changes in biogenic C reservoirs in wooded or crop lands. For a more complete description of this methodological approach, see the *Land Use, Land-Use Change, and Forestry* chapter (Chapter 7), which accounts for the contribution of any resulting $CO_2$ emissions to U.S. totals within the Land Use, Land-Use Change and Forestry sector's approach.

In 2011, total $CO_2$ emissions from the burning of woody biomass in the industrial, residential, commercial, and electricity generation sectors were approximately 191.8 Tg $CO_2$ Eq. (191,764 Gg) (see Table 3-55 and Table 3-56). As the largest consumer of woody biomass, the industrial sector was responsible for 70 percent of the $CO_2$ emissions from this source. The residential sector was the second largest emitter, constituting 25 percent of the total, while the commercial and electricity generation sectors accounted for the remainder.

**Table 3-55:  $CO_2$ Emissions from Wood Consumption by End-Use Sector (Tg $CO_2$ Eq.)**

| End-Use Sector | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Industrial | 143.2 | 148.4 | 143.2 | 136.0 | 123.9 | 133.7 | 133.4 |
| Residential | 63.3 | 48.3 | 45.9 | 50.2 | 48.4 | 47.4 | 48.1 |
| Commercial | 7.2 | 7.9 | 7.8 | 8.1 | 8.2 | 8.1 | 7.9 |
| Electricity Generation | 0.7 | 1.2 | 2.4 | 2.8 | 2.4 | 2.6 | 2.4 |
| **Total** | **214.4** | **205.7** | **199.4** | **197.0** | **182.8** | **191.8** | **191.8** |

---

[117] "Recommended Best Practice for Quantifying Speciated Organic Gas Emissions from Aircraft Equipped with Turbofan, Turbojet and Turboprop Engines," EPA-420-R-09-901, May 27, 2009 (See <http://www.epa.gov/otaq/aviation.htm>

Note:  Totals may not sum due to independent rounding.

**Table 3-56:  $CO_2$ Emissions from Wood Consumption by End-Use Sector (Gg)**

| End-Use Sector | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Industrial | 143,219 | 148,384 | 143,243 | 135,961 | 123,856 | 133,743 | 133,399 |
| Residential | 63,286 | 48,282 | 45,929 | 50,155 | 48,415 | 47,437 | 48,051 |
| Commercial | 7,173 | 7,861 | 7,817 | 8,126 | 8,161 | 8,079 | 7,880 |
| Electricity Generation | 733 | 1,182 | 2,394 | 2,754 | 2,353 | 2,552 | 2,434 |
| **Total** | **214,410** | **205,708** | **199,383** | **196,995** | **182,785** | **191,811** | **191,764** |

Note:  Totals may not sum due to independent rounding.

Biomass-derived fuel consumption in the United States transportation sector consisted primarily of ethanol use. Ethanol is primarily produced from corn grown in the Midwest, and was used mostly in the Midwest and South. Pure ethanol can be combusted, or it can be mixed with gasoline as a supplement or octane-enhancing agent.  The most common mixture is a 90 percent gasoline, 10 percent ethanol blend known as gasohol.  Ethanol and ethanol blends are often used to fuel public transport vehicles such as buses, or centrally fueled fleet vehicles.

In 2011, the United States consumed an estimated 1,063 trillion Btu of ethanol, and as a result, produced approximately 72.8 Tg $CO_2$ Eq. (72,763 Gg) (see Table 3-57 and Table 3-58) of $CO_2$ emissions.  Ethanol production and consumption has grown steadily every year since 1990, with the exception of 1996 due to short corn supplies and high prices in that year.

**Table 3-57:  $CO_2$ Emissions from Ethanol Consumption (Tg $CO_2$ Eq.)**

| End-Use Sector | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Transportation | 4.1 | 22.4 | 38.1 | 53.8 | 61.2 | 71.2 | 71.3 |
| Industrial | 0.1 | 0.5 | 0.7 | 0.8 | 0.9 | 1.2 | 1.2 |
| Commercial | + | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 |
| **Total** | **4.2** | **22.9** | **38.9** | **54.7** | **62.3** | **72.6** | **72.8** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.

**Table 3-58:  $CO_2$ Emissions from Ethanol Consumption (Gg)**

| End-Use Sector | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Transportation[a] | 4,136 | 22,414 | 38,116 | 53,796 | 61,191 | 71,221 | 71,333 |
| Industrial | 56 | 468 | 674 | 797 | 888 | 1,192 | 1,194 |
| Commercial | 34 | 60 | 135 | 146 | 194 | 235 | 235 |
| **Total** | **4,227** | **22,943** | **38,924** | **54,739** | **62,272** | **72,648** | **72,763** |

[a] See Annex 3.2, Table A-88 for additional information on transportation consumption of these fuels.

## Methodology

Woody biomass emissions were estimated by applying two EIA gross heat contents (Lindstrom 2006) to U.S. consumption data (see Table 3-59), provided in energy units. This year woody biomass consumption data for the industrial, residential, and commercial sectors were obtained from EIA 2012, while woody biomass consumption data for the electricity generation sector was estimated from EPA's Clean Air Market Acid Rain Program dataset (EPA 2012). The bottom-up analysis of woody biomass consumption based on EPA's Acid Rain Program dataset indicated that the amount of woody biomass consumption allocated in the EIA statistics should be adjusted. Therefore, for these estimates, the electricity generation sector's woody biomass consumption was adjusted downward to match the value obtained from the bottom-up analysis based on EPA's Acid Rain Program dataset. As the total woody biomass consumption estimate from EIA is considered to be accurate at the national level, the woody biomass consumption totals for the industrial, residential, and commercial sectors were adjusted upward proportionately.

One heat content (16.95 MMBtu/MT wood and wood waste) was applied to the industrial sector's consumption, while the other heat content (15.43 MMBtu/MT wood and wood waste) was applied to the consumption data for the other sectors. An EIA emission factor of 0.434 MT C/MT wood (Lindstrom 2006) was then applied to the resulting quantities of woody biomass to obtain $CO_2$ emission estimates. It was assumed that the woody biomass contains black liquor and other wood wastes, has a moisture content of 12 percent, and is converted into $CO_2$ with 100 percent efficiency. The emissions from ethanol consumption were calculated by applying an emission factor of 18.67 Tg C/QBtu (EPA 2010) to U.S. ethanol consumption estimates that were provided in energy units (EIA 2013) (see Table 3-60).

**Table 3-59: Woody Biomass Consumption by Sector (Trillion Btu)**

| End-Use Sector | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Industrial | 1,525.8 | 1,580.8 | 1,526.0 | 1,448.4 | 1,319.5 | 1,424.8 | 1,421.2 |
| Residential | 613.7 | 468.2 | 445.4 | 486.4 | 469.5 | 460.0 | 466.0 |
| Commercial | 69.6 | 76.2 | 75.8 | 78.8 | 79.1 | 78.3 | 76.4 |
| Electricity Generation | 7.1 | 11.5 | 23.2 | 26.7 | 22.8 | 24.7 | 23.6 |
| **Total** | **2,216.2** | **2,136.7** | **2,070.5** | **2,040.3** | **1,891.0** | **1,987.9** | **1,987.2** |

**Table 3-60: Ethanol Consumption by Sector (Trillion Btu)**

| End-Use Sector | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Transportation | 60.4 | 327.4 | 556.8 | 785.8 | 893.9 | 1,040.4 | 1,042.0 |
| Industrial | 0.8 | 6.8 | 9.8 | 11.6 | 13.0 | 17.4 | 17.4 |
| Commercial | 0.5 | 0.9 | 2.0 | 2.1 | 2.8 | 3.4 | 3.4 |
| **Total** | **61.7** | **335.1** | **568.6** | **799.6** | **909.7** | **1,061.2** | **1,062.9** |

## Uncertainty and Time-Series Consistency

It is assumed that the combustion efficiency for woody biomass is 100 percent, which is believed to be an overestimate of the efficiency of wood combustion processes in the United States. Decreasing the combustion efficiency would decrease emission estimates. Additionally, the heat content applied to the consumption of woody biomass in the residential, commercial, and electric power sectors is unlikely to be a completely accurate representation of the heat content for all the different types of woody biomass consumed within these sectors. Emission estimates from ethanol production are more certain than estimates from woody biomass consumption due to better activity data collection methods and uniform combustion techniques.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2010. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Recalculations Discussion

Wood and ethanol consumption values were revised relative to the previous Inventory for 2010 based on updated information from EIA's Annual Energy Review (EIA 2012a). These revisions of historical data for wood biomass consumption resulted in an average annual decrease in emissions from wood biomass consumption of about 0.1 Tg $CO_2$ Eq. (0.1 percent) from 1990 through 2010. Slight adjustments were made to ethanol consumption based on updated information from EIA (2012a), which slightly decreased estimates for ethanol consumed. As a result of adjustments to historical EIA data, average annual emissions from ethanol consumption decreased by 0.1 Tg $CO_2$ Eq. (0.1 percent) relative to the previous Inventory estimates.

## Planned Improvements

The availability of facility-level combustion emissions through EPA's GHGRP will be examined to help better characterize the industrial sector's energy consumption in the United States, and further classify business

establishments according to industrial economic activity type. Most methodologies used in EPA's GHGRP are consistent with IPCC, though for EPA's GHGRP, facilities collect detailed information specific to their operations according to detailed measurement standards, which may differ with the more aggregated data collected for the Inventory to estimate total, national U.S. emissions. In addition, and unlike the reporting requirements for this chapter under the UNFCCC reporting guidelines, some facility-level fuel combustion emissions reported under the GHGRP may also include industrial process emissions.[118] In line with UNFCCC reporting guidelines, fuel combustion emissions are included in this chapter, while process emissions are included in the Industrial Processes chapter of this report. In examining data from EPA's GHGRP that would be useful to improve the emission estimates for the $CO_2$ from biomass combustion category, particular attention will also be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all inventory years as reported in this inventory. Additionally, analyses will focus on aligning reported facility-level fuel types and IPCC fuel types per the national energy statistics, ensuring $CO_2$ emissions from biomass are separated in the facility-level reported data, and maintaining consistency with national energy statistics provided by EIA. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[119]

---

[118] See <http://unfccc.int/resource/docs/2006/sbsta/eng/09.pdf>
[119] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

# 4.  Industrial Processes

Greenhouse gas emissions are produced as the by-products of various non-energy-related industrial activities. That is, these emissions are produced from an industrial process itself and are not directly a result of energy consumed during the process. For example, raw materials can be chemically transformed from one state to another. This transformation can result in the release of greenhouse gases such as carbon dioxide ($CO_2$), methane ($CH_4$), and nitrous oxide ($N_2O$). The processes addressed in this chapter include iron and steel production and metallurgical coke production, cement production, lime production, other process uses of carbonates (e.g., flux stone, flue gas desulfurization, and glass manufacturing), ammonia production and urea consumption, petrochemical production, aluminum production, soda ash production and use, titanium dioxide production, $CO_2$ consumption, ferroalloy production, glass production, zinc production, phosphoric acid production, lead production, silicon carbide production and consumption, nitric acid production, and adipic acid production (see Figure 4-1).

In addition to the three greenhouse gases listed above, there are also industrial sources of man-made fluorinated compounds called hydrofluorocarbons (HFCs), perfluorocarbons (PFCs), and sulfur hexafluoride ($SF_6$). The present contribution of these gases to the radiative forcing effect of all anthropogenic greenhouse gases is small; however, because of their extremely long lifetimes, many of them will continue to accumulate in the atmosphere as long as emissions continue. In addition, many of these gases have high global warming potentials; $SF_6$ is the most potent greenhouse gas the Intergovernmental Panel on Climate Change (IPCC) has evaluated. Usage of HFCs is growing rapidly since they are the primary substitutes for ozone depleting substances (ODSs), which are being phased-out under the Montreal Protocol on Substances that Deplete the Ozone Layer. In addition to their use as ODS substitutes, HFCs, PFCs, and $SF_6$ are employed and emitted by a number of other industrial sources in the United States. These industries include aluminum production, HCFC-22 production, semiconductor manufacture, electric power transmission and distribution, and magnesium metal production and processing.

In 2011, industrial processes generated emissions of 326.5 teragrams of $CO_2$ equivalent (Tg $CO_2$ Eq.), or 4.9 percent of total U.S. greenhouse gas emissions. Carbon dioxide emissions from all industrial processes were 151.3 Tg $CO_2$ Eq. (151,292 Gg) in 2011, or 2.7 percent of total U.S. $CO_2$ emissions. Methane emissions from industrial processes resulted in emissions of approximately 3.7 Tg $CO_2$ Eq. (177 Gg) in 2011, which was less than 1 percent of U.S. $CH_4$ emissions. $N_2O$ emissions from adipic acid and nitric acid production were 26.1 Tg $CO_2$ Eq. (84 Gg) in 2011, or 7.3 percent of total U.S. $N_2O$ emissions. In 2011 combined emissions of HFCs, PFCs, and $SF_6$ totaled 145.3 Tg $CO_2$ Eq. Total emissions from Industrial Processes in 2011 were 3.3 percent more than 1990 emissions.

**Figure 4-1:  2011 Industrial Processes Chapter Greenhouse Gas Sources**



The slight increase in overall Industrial Processes emissions since 1990 reflects a range of emission trends among the industrial process emission sources. Emissions resulting from most types of metal production have declined significantly since 1990, largely due to production shifting to other countries, but also due to transitions to less-emissive methods of production (in the case of iron and steel) and to improved practices (in the case of PFC emissions from aluminum production). Emissions from mineral sources have either increased or not changed significantly since 1990 but largely track economic cycles, while $CO_2$ and $CH_4$ emissions from chemical sources have either decreased or not changed significantly. HFC emissions from the substitution of ozone depleting substances have increased drastically since 1990, while the emission trends of HFCs, PFCs, and $SF_6$ from other sources are mixed. Trends are explained further within each emission source category throughout the chapter.

Table 4-1 summarizes emissions for the Industrial Processes chapter in Tg $CO_2$ Eq., while unweighted native gas emissions in Gg are provided in Table 4-2.  The source descriptions that follow in the chapter are presented in the order as reported to the UNFCCC in the common reporting format tables, corresponding generally to: mineral products, chemical production, metal production, and emissions from the uses of HFCs, PFCs, and $SF_6$.

**Table 4-1:  Emissions from Industrial Processes (Tg $CO_2$ Eq.)**

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **$CO_2$** | **188.7** | **166.3** | **172.9** | **160.3** | **119.0** | **141.4** | **151.3** |
| Iron and Steel Production & Metallurgical Coke Production | 99.8 | 66.7 | 71.3 | 66.8 | 43.0 | 55.7 | 64.3 |
| *Iron and Steel Production* | *97.3* | *64.6* | *69.2* | *64.5* | *42.1* | *53.7* | *62.8* |

| | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| *Metallurgical Coke Production* | *2.5* | *2.0* | *2.1* | *2.3* | *1.0* | *2.1* | *1.4* |
| Cement Production | 33.3 | 45.2 | 44.5 | 40.5 | 29.0 | 30.9 | 31.6 |
| Lime Production | 11.5 | 14.3 | 14.6 | 14.3 | 11.2 | 13.1 | 13.8 |
| Other Process Uses of Carbonates | 4.9 | 6.3 | 7.4 | 5.9 | 7.6 | 9.6 | 9.2 |
| Ammonia Production | 13.0 | 9.2 | 9.1 | 7.9 | 7.9 | 8.7 | 8.8 |
| Urea Consumption for Non-Agricultural Purposes | 3.8 | 3.7 | 4.9 | 4.1 | 3.4 | 4.4 | 4.3 |
| Petrochemical Production | 3.4 | 4.3 | 4.1 | 3.6 | 2.8 | 3.5 | 3.5 |
| Aluminum Production | 6.8 | 4.1 | 4.3 | 4.5 | 3.0 | 2.7 | 3.3 |
| Soda Ash Production and Consumption | 2.8 | 3.0 | 2.9 | 3.0 | 2.6 | 2.7 | 2.7 |
| Titanium Dioxide Production | 1.2 | 1.8 | 1.9 | 1.8 | 1.6 | 1.8 | 1.9 |
| Carbon Dioxide Consumption | 1.4 | 1.3 | 1.9 | 1.8 | 1.8 | 2.2 | 1.8 |
| Ferroalloy Production | 2.2 | 1.4 | 1.6 | 1.6 | 1.5 | 1.7 | 1.7 |
| Glass Production | 1.5 | 1.9 | 1.5 | 1.5 | 1.0 | 1.5 | 1.3 |
| Zinc Production | 0.6 | 1.0 | 1.0 | 1.2 | 0.9 | 1.2 | 1.3 |
| Phosphoric Acid Production | 1.5 | 1.3 | 1.2 | 1.1 | 1.0 | 1.1 | 1.2 |
| Lead Production | 0.5 | 0.6 | 0.6 | 0.5 | 0.5 | 0.5 | 0.5 |
| Silicon Carbide Production and Consumption | 0.4 | 0.2 | 0.2 | 0.2 | 0.1 | 0.2 | 0.2 |
| **CH$_4$** | **3.3** | **3.9** | **4.0** | **3.6** | **3.3** | **3.6** | **3.7** |
| Petrochemical Production | 2.3 | 3.1 | 3.3 | 2.9 | 2.9 | 3.1 | 3.1 |
| Iron and Steel Production & Metallurgical Coke Production | 1.0 | 0.7 | 0.7 | 0.6 | 0.4 | 0.5 | 0.6 |
| *Iron and Steel Production* | *1.0* | *0.7* | *0.7* | *0.6* | *0.4* | *0.5* | *0.6* |
| *Metallurgical Coke Production* | + | + | + | + | + | + | + |
| Ferroalloy Production | + | + | + | + | + | + | + |
| Silicon Carbide Production and Consumption | + | + | + | + | + | + | + |
| **N$_2$O** | **34.0** | **24.4** | **30.4** | **19.4** | **16.8** | **21.1** | **26.1** |
| Nitric Acid Production | 18.2 | 16.9 | 19.7 | 16.9 | 14.0 | 16.8 | 15.5 |
| Adipic Acid Production | 15.8 | 7.4 | 10.7 | 2.6 | 2.8 | 4.4 | 10.6 |
| **HFCs** | **36.9** | **115.0** | **120.0** | **117.5** | **112.0** | **121.3** | **129.0** |
| Substitution of Ozone Depleting Substances[a] | 0.3 | 99.0 | 102.7 | 103.6 | 106.3 | 114.6 | 121.7 |
| HCFC-22 Production | 36.4 | 15.8 | 17.0 | 13.6 | 5.4 | 6.4 | 6.9 |
| Semiconductor Manufacturing HFCs | 0.2 | 0.2 | 0.3 | 0.3 | 0.2 | 0.4 | 0.3 |
| **PFCs** | **20.6** | **6.2** | **7.7** | **6.6** | **4.4** | **5.9** | **7.0** |
| Semiconductor Manufacturing PFCs | 2.2 | 3.2 | 3.8 | 3.9 | 2.9 | 4.4 | 4.1 |
| Aluminum Production | 18.4 | 3.0 | 3.8 | 2.7 | 1.6 | 1.6 | 2.9 |
| **SF$_6$** | **32.6** | **15.0** | **12.3** | **11.4** | **9.8** | **10.1** | **9.4** |
| Electrical Transmission and Distribution | 26.7 | 11.1 | 8.8 | 8.6 | 8.1 | 7.8 | 7.0 |
| Magnesium Production and Processing | 5.4 | 2.9 | 2.6 | 1.9 | 1.1 | 1.3 | 1.4 |
| Semiconductor Manufacturing SF$_6$ | 0.5 | 1.0 | 0.8 | 0.9 | 1.0 | 0.9 | 0.9 |
| **Total** | **316.1** | **330.8** | **347.2** | **318.8** | **265.4** | **303.4** | **326.5** |

+ Does not exceed 0.05 Tg CO$_2$ Eq.
Note: Totals may not sum due to independent rounding.
[a] Small amounts of PFC emissions also result from this source.

## Table 4-2: Emissions from Industrial Processes (Gg)

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **CO$_2$** | **188,717** | **166,347** | **172,904** | **160,264** | **119,011** | **141,397** | **151,292** |
| Iron and Steel Production & Metallurgical Coke Production | 99,781 | 66,666 | 71,277 | 66,822 | 43,029 | 55,746 | 64,259 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| *Iron and Steel Production* | *97,311* | *64,623* | *69,223* | *64,488* | *42,073* | *53,662* | *62,834* |
| *Metallurgical Coke Production* | *2,470* | *2,043* | *2,054* | *2,334* | *956* | *2,084* | *1,425* |
| Cement Production | 33,278 | 45,197 | 44,538 | 40,531 | 29,018 | 30,924 | 31,632 |
| Lime Production | 11,488 | 14,322 | 14,579 | 14,345 | 11,164 | 13,145 | 13,795 |
| Other Process Uses of Carbonates | 4,907 | 6,339 | 7,365 | 5,885 | 7,583 | 9,560 | 9,153 |
| Ammonia Production | 13,047 | 9,196 | 9,074 | 7,883 | 7,855 | 8,678 | 8,795 |
| Urea Consumption for Non-Agricultural Purposes | 3,784 | 3,653 | 4,944 | 4,065 | 3,415 | 4,365 | 4,329 |
| Petrochemical Production | 3,429 | 4,330 | 4,070 | 3,572 | 2,833 | 3,455 | 3,505 |
| Aluminum Production | 6,831 | 4,142 | 4,251 | 4,477 | 3,009 | 2,722 | 3,292 |
| Soda Ash Production and Consumption | 2,822 | 2,960 | 2,937 | 2,960 | 2,569 | 2,697 | 2,712 |
| Titanium Dioxide Production | 1,195 | 1,755 | 1,930 | 1,809 | 1,648 | 1,769 | 1,903 |
| Carbon Dioxide Consumption | 1,416 | 1,321 | 1,867 | 1,780 | 1,784 | 2,203 | 1,811 |
| Ferroalloy Production | 2,152 | 1,392 | 1,552 | 1,599 | 1,469 | 1,663 | 1,663 |
| Glass Production | 1,535 | 1,928 | 1,536 | 1,523 | 1,045 | 1,481 | 1,299 |
| Zinc Production | 632 | 1,030 | 1,025 | 1,159 | 943 | 1,182 | 1,286 |
| Phosphoric Acid Production | 1,529 | 1,342 | 1,203 | 1,132 | 977 | 1,087 | 1,151 |
| Lead Production | 516 | 553 | 562 | 547 | 525 | 542 | 538 |
| Silicon Carbide Production and Consumption | 375 | 219 | 196 | 175 | 145 | 181 | 170 |
| **CH₄** | **156** | **184** | **189** | **169** | **156** | **172** | **177** |
| Petrochemical Production | 108 | 150 | 155 | 137 | 138 | 146 | 148 |
| Iron and Steel Production & Metallurgical Coke Production | 46 | 34 | 33 | 31 | 17 | 25 | 28 |
| *Iron and Steel Production* | *46* | *34* | *33* | *31* | *17* | *25* | *28* |
| *Metallurgical Coke Production* | *+* | *+* | *+* | *+* | *+* | *+* | *+* |
| Ferroalloy Production | 1 | + | + | + | + | + | + |
| Silicon Carbide Production and Consumption | 1 | + | + | + | + | + | + |
| **N₂O** | **110** | **79** | **98** | **63** | **54** | **68** | **84** |
| Nitric Acid Production | 59 | 55 | 64 | 54 | 45 | 54 | 50 |
| Adipic Acid Production | 51 | 24 | 34 | 8 | 9 | 14 | 34 |
| **HFCs** | **M** | **M** | **M** | **M** | **M** | **M** | **M** |
| Substitution of Ozone Depleting Substances[a] | M | M | M | M | M | M | M |
| HCFC-22 Production | 3 | 1 | 1 | 1 | + | 1 | 1 |
| Semiconductor Manufacturing HFCs | + | + | + | + | + | + | + |
| **PFCs** | **M** | **M** | **M** | **M** | **M** | **M** | **M** |
| Semiconductor Manufacturing PFCs | M | M | M | M | M | M | M |
| Aluminum Production | M | M | M | M | M | M | M |
| **SF₆** | **1** | **1** | **1** | **+** | **+** | **+** | **+** |
| Electrical Transmission and Distribution | 1 | + | + | + | + | + | + |
| Magnesium Production and Processing | + | + | + | + | + | + | + |
| Semiconductor Manufacturing SF₆ | + | + | + | + | + | + | + |

+ Does not exceed 0.5 Gg
M (Mixture of gases)
Note:  Totals may not sum due to independent rounding.
[a] Small amounts of PFC emissions also result from this source.

The general methods employed to estimate emissions for industrial processes, as recommended by the IPCC, involves multiplying production data (or activity data) for each process by an emission factor per unit of production. It is noted that in this chapter the methodological guidance was primarily taken from the 2006 IPCC Guidelines for National Greenhouse Gas Inventories. The use of the most recently published calculation methodologies by the IPCC, as contained in the 2006 IPCC Guidelines, is fully in line with the IPCC good practice guidance for

methodological choice to improve rigor and accuracy. In addition, the improvements in using the latest methodological guidance from the IPCC has been recognized by the UNFCCC's Subsidiary Body for Scientific and Technological Advice in the conclusions of its 30th Session[120]. Furthermore, the U.S. hosted the July 2004 experts meeting for the development of the Industrial Processes & Product Use (IPPU) volume of the 2006 IPCC Guidelines, and numerous U.S. experts participated in developing the methodological guidance that was published in that volume[121]. In this regard, not only is it the most recent guidance from the IPCC, but the 2006 IPCC Guidelines reflects the input of U.S. experts, which makes it that much more applicable to the inventory as explained in this chapter.

## QA/QC and Verification Procedures

For industrial process sources of $CO_2$ and $CH_4$ emissions, a detailed plan was developed and implemented. This plan was based on the overall U.S. strategy, but was tailored to include specific procedures recommended for these sources. Two types of checks were performed using this plan: (1) general, or Tier 1, procedures that focus on annual procedures and checks to be used when gathering, maintaining, handling, documenting, checking, and archiving the data, supporting documents, and files, and (2) source-category specific, or Tier 2, procedures that focus on procedures and checks of the emission factors, activity data, and methodologies used for estimating emissions from the relevant industrial process sources. Examples of these procedures include checks to ensure that activity data and emission estimates are consistent with historical trends; that, where possible, consistent and reputable data sources are used across sources; that interpolation or extrapolation techniques are consistent across sources; and that common datasets and factors are used where applicable. Tier 1 quality assurance and quality control procedures have been performed for all industrial process sources. Tier 2 procedures were performed for more significant emission categories, consistent with IPCC good practice.

For most industrial process categories, activity data is obtained through a survey of manufacturers conducted by various organizations (specified within each source); the uncertainty of the activity data is a function of the reliability of plant-level production data and is influenced by the completeness of the survey response. The emission factors used are defaults from IPCC derived using calculations that assume precise and efficient chemical reactions, or were based upon empirical data in published references. As a result, uncertainties in the emission coefficients can be attributed to, among other things, inefficiencies in the chemical reactions associated with each production process or to the use of empirically-derived emission factors that are biased; therefore, they may not represent U.S. national averages. Additional assumptions are described within each source.

The uncertainty analysis performed to quantify uncertainties associated with the 2011 inventory estimates from industrial processes continues a multi-year process for developing credible quantitative uncertainty estimates for these source categories using the IPCC Tier 2 approach. As the process continues, the type and the characteristics of the actual probability density functions underlying the input variables are identified and better characterized (resulting in development of more reliable inputs for the model, including accurate characterization of correlation between variables), based primarily on expert judgment. Accordingly, the quantitative uncertainty estimates reported in this section should be considered illustrative and as iterations of ongoing efforts to produce accurate uncertainty estimates. The correlation among data used for estimating emissions for different sources can influence the uncertainty analysis of each individual source. While the uncertainty analysis recognizes very significant connections among sources, a more comprehensive approach that accounts for all linkages will be identified as the uncertainty analysis moves forward.

---

[120] These Subsidiary Body for Scientific and Technological Advice (SBSTA) conclusions state, "The SBSTA acknowledged that the 2006 IPCC Guidelines contain the most recent scientific methodologies available to estimate emissions by sources and removals by sinks of greenhouse gases (GHGs) not controlled by the Montreal Protocol, and recognized that Parties have gained experience with the 2006 IPCC Guidelines. The SBSTA also acknowledged that the information contained in the 2006 IPCC Guidelines enables Parties to further improve the quality of their GHG inventories." See <http://unfccc.int/resource/docs/2009/sbsta/eng/03.pdf>
[121] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/Washington_Report.pdf>

**Box 4-1: Methodological Approach for Estimating and Reporting U.S. Emissions and Sinks**

On October 30, 2009, the U.S. EPA published a rule for the mandatory reporting of greenhouse gases from large GHG emissions sources in the United States. Implementation of 40 CFR Part 98 is referred to as EPA's Greenhouse Gas Reporting Program (GHGRP). 40 CFR part 98 applies to direct greenhouse gas emitters, fossil fuel suppliers, industrial gas suppliers, and facilities that inject $CO_2$ underground for sequestration or other reasons and requires reporting by 41 industrial categories. Reporting is at the facility level, except for certain suppliers of fossil fuels and industrial greenhouse gases. In general, the threshold for reporting is 25,000 metric tons or more of $CO_2$ Eq. per year. Calendar year 2010 was the first year in which data were reported for many facilities subject to 40 CFR part 98.

EPA's GHGRP dataset and the data presented in this inventory report are complementary and, as indicated in the respective planned improvements sections for source categories in this chapter, EPA is analyzing how to use facility-level GHGRP data to improve the national estimates presented in this inventory, giving particular consideration to ensuring time series consistency. Most methodologies used in EPA's GHGRP are consistent with IPCC, though for EPA's GHGRP, facilities collect detailed information specific to their operations according to detailed measurement standards. This may differ with the more aggregated data collected for the inventory to estimate total, national U.S. emissions. It should be noted that the definitions for source categories in the GHGRP may differ from those used in this inventory in meeting the UNFCCC reporting guidelines. In line with the UNFCCC reporting guidelines, the inventory report is a comprehensive accounting of all emissions from source categories identified in the IPCC guidelines. Further information on the reporting categorizations in EPA's GHGRP and specific data caveats associated with monitoring methods in EPA's GHGRP has been provided on the EPA's GHGRP website.

EPA presents the data collected by EPA's GHGRP through a data publication tool that allows data to be viewed in several formats including maps, tables, charts and graphs for individual facilities or groups of facilities.

# 4.1 Cement Production (IPCC Source Category 2A1)

Cement production is an energy- and raw material-intensive process that results in the generation of $CO_2$ from both the energy consumed in making the cement and the chemical process itself. Emissions from fuels consumed for energy purposes during the production of cement are accounted for in the Energy chapter. $CO_2$ emitted from the chemical process of cement production is the second largest source of industrial $CO_2$ emissions in the United States. Cement is produced in 36 states and Puerto Rico. Texas, California, Missouri, Florida, Pennsylvania, Michigan and Alabama were the seventh largest (in descending order) cement-producing states in 2011 and accounted for approximately half of U.S. production (USGS 2012).

During the cement production process, calcium carbonate ($CaCO_3$) is heated in a cement kiln at a temperature of about 1,450°C (2,400°F) to form lime (i.e., calcium oxide or CaO) and $CO_2$ in a process known as calcination or calcining. Next, the lime is combined with silica-containing materials to produce clinker (an intermediate product), with the earlier byproduct $CO_2$ being released to the atmosphere. The clinker is then allowed to cool, mixed with a small amount of gypsum and potentially other materials (e.g., slag), and used to make Portland cement.[122]

---

[122] Approximately three percent of total clinker production is used to produce masonry cement, which is produced using plasticizers (e.g., ground limestone, lime) and Portland cement (USGS 2011). Carbon dioxide emissions that result from the production of lime used to create masonry cement are included in the Lime Manufacture source category.

In 2011, U.S. clinker production totaled 61,171 thousand metric tons (USGS 2012).[123] The resulting $CO_2$ emissions were estimated to be 31.6 Tg $CO_2$ Eq. (31,632 Gg) (see Table 4-3).

**Table 4-3:  $CO_2$ Emissions from Cement Production (Tg $CO_2$ Eq. and Gg)**

| Year | Tg $CO_2$ Eq. | Gg |
|------|------|------|
| 1990 | 33.3 | 33,278 |
| | | |
| 2005 | 45.2 | 45,197 |
| | | |
| 2007 | 44.5 | 44,538 |
| 2008 | 40.5 | 40,531 |
| 2009 | 29.0 | 29,018 |
| 2010 | 30.9 | 30,924 |
| 2011 | 31.6 | 31,632 |

Greenhouse gas emissions from cement production grew every year from 1991 through 2006, but have decreased since. Emissions since 1990 have decreased by eight percent. Emissions decreased significantly between 2008 and 2009, due to the economic recession and associated decrease in demand for construction materials. Emissions increased slightly from 2009 levels in 2010, and increased slightly again in 2011 due to increasing consumption; however, emissions were still 22 percent lower in 2010 than peak emissions in 2006. Cement continues to be a critical component of the construction industry; therefore, the availability of public and private construction funding, as well as overall economic conditions, have considerable influence on cement production.

# Methodology

$CO_2$ emissions from cement production are created by the chemical reaction of carbon-containing minerals (i.e., calcining limestone) in the cement kiln. While in the kiln, limestone is broken down into $CO_2$ and lime, with the $CO_2$ released to the atmosphere. The quantity of $CO_2$ emitted during cement production is directly proportional to the lime content of the clinker. During calcination, each mole of limestone ($CaCO_3$) heated in the clinker kiln forms one mole of lime (CaO) and one mole of $CO_2$:

$$CaCO_3 + heat \rightarrow CaO + CO_2$$

$CO_2$ emissions were estimated using the Tier 2 methodology from the 2006 IPCC Guidelines. The Tier 2 methodology was used because detailed and complete data (including weights and composition) for carbonate(s) consumed in clinker production are not available, and thus a rigorous Tier 3 approach is impractical. Tier 2 specifies the use of aggregated plant or national clinker production data and an emission factor, which is the product of the average lime fraction for clinker of 65 percent and a constant reflecting the mass of $CO_2$ released per unit of lime (van Oss 2012). This calculation yields an emission factor of 0.51 tons of $CO_2$ per ton of clinker produced, which was determined as follows:

$$EF_{Clinker} = 0.6460 \ CaO \times \left[ \frac{44.01 \ g/mole \ CO_2}{56.08 \ g/mole \ CaO} \right] = 0.5070 \ tons \ CO_2/ton \ clinker$$

During clinker production, some of the clinker precursor materials remain in the kiln as non-calcinated, partially calcinated, or fully calcinated cement kiln dust (CKD). The emissions attributable to the calcinated portion of the CKD are not accounted for by the clinker emission factor. The IPCC recommends that these additional CKD $CO_2$

---

[123] Based on preliminary data from the Cement Mineral Industry Survey for December 2011, Table 4 (USGS 2012).

emissions should be estimated as two percent of the $CO_2$ emissions calculated from clinker production (when data on CKD generation are not available).[124]  Total cement production emissions were calculated by adding the emissions from clinker production to the emissions assigned to CKD (IPCC 2006).

Furthermore, small amounts of impurities (i.e., not calcium carbonate) may exist in the raw limestone used to produce clinker.  The proportion of these impurities is generally minimal, although a small (one to two percent) amount of magnesium oxide (MgO) may be desirable as a flux.  Per the IPCC Tier 2 methodology, a correction for magnesium oxide is not used, since the amount of magnesium oxide from carbonate is likely very small and the assumption of a 100 percent carbonate source of CaO already yields an overestimation of emissions (IPCC 2006).  The 1990 through 2011 activity data for clinker production (see Table 4-4) were obtained from USGS (US Bureau of Mines 1990 through 1993, USGS 1995 through 2012). The data were compiled by USGS (to the nearest ton) through questionnaires sent to domestic clinker and cement manufacturing plants.

**Table 4-4:  Clinker Production (Gg)**

| Year | Clinker |
|------|---------|
| 1990 | 64,355 |
|  |  |
| 2005 | 87,405 |
|  |  |
| 2007 | 86,130 |
| 2008 | 78,382 |
| 2009 | 56,116 |
| 2010 | 59,802 |
| 2011 | 61,171[a] |

Note: Clinker production from 1990-1994 currently includes Puerto Rico. Clinker production from 1995-2011 excludes Puerto Rico.
[a]Preliminary data; will be updated when 2011 Mineral Yearbook for cement is published.

## Uncertainty and Time-Series Consistency

The uncertainties contained in these estimates are primarily due to uncertainties in the lime content of clinker and in the percentage of CKD recycled inside the cement kiln.  Uncertainty is also associated with the assumption that all calcium-containing raw materials are $CaCO_3$, when a small percentage likely consists of other carbonate and non-carbonate raw materials.  The lime content of clinker varies from 60 to 67 percent; 65 percent is used as a representative value (van Oss 2012).  CKD loss can range from 1.5 to 8 percent depending upon plant specifications.  Additionally, some amount of $CO_2$ is reabsorbed when the cement is used for construction.  As cement reacts with water, alkaline substances such as calcium hydroxide are formed.  During this curing process, these compounds may react with $CO_2$ in the atmosphere to create calcium carbonate.  This reaction only occurs in roughly the outer 0.2 inches of surface area.  Because the amount of $CO_2$ reabsorbed is thought to be minimal, it was not estimated.

The results of the Tier 2 quantitative uncertainty analysis are summarized in

Table 4-5. Based on the uncertainties associated with total U.S. clinker production, the $CO_2$ emission factor for clinker production, and the emission factor for additional $CO_2$ emissions from CKD, 2011 $CO_2$ emissions from

---

[124] Default IPCC clinker and CKD emission factors were verified through expert consultation with van Oss (2012).

cement production were estimated to be between 29.4 and 34.0 Tg $CO_2$ Eq. at the 95 percent confidence level. This confidence level indicates a range of approximately 7.18 percent below and 6.89 percent above the emission estimate of 31.6 Tg $CO_2$ Eq.

**Table 4-5:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Cement Production (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg $CO_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Cement Production | $CO_2$ | 31.6 | 29.4 | 34.0 | -7.18% | +6.89% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

## Recalculations Discussion

Activity data for the time series was revised for the current inventory.  Specifically, clinker production data for 2006 through 2011 were revised to reflect updated USGS data. In a given inventory year, advance clinker data is typically used.  This data is typically finalized several years later by USGS.  The published time series was reviewed to ensure time series consistency.  Published data generally differed from advance data by approximately 1,000 metric tons, or 1 percent of the total.  Details on the emission trends through time are described in more detail in the Methodology section, above.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Cement Production source category. Particular attention will be made to ensure time series consistency of the emissions estimates presented in future inventory reports, consistent with IPCC and UNFCCC guidelines. This is required as facility-level reporting data from EPA's GHGRP, with the program's initial requirements for reporting of emissions in calendar year 2010, are not available for all inventory years (i.e., 1990 through 2009) as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[125]

# 4.2 Lime Production (IPCC Source Category 2A2)

Lime is an important manufactured product with many industrial, chemical, and environmental applications.  Its major uses are in steel making, flue gas desulfurization systems at coal-fired electric power plants, construction, and water purification.  Emissions from fuels consumed for energy purposes during the production of lime are accounted for in the Energy chapter. Lime is also used as a $CO_2$ scrubber, and there has been experimentation on the use of lime to capture $CO_2$ from electric power plants.  For U.S. operations, the term "lime" actually refers to a variety of chemical compounds.  These include calcium oxide (CaO), or high-calcium quicklime; calcium hydroxide

---

[125] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

$(Ca(OH)_2)$, or hydrated lime; dolomitic quicklime ($[CaO\bullet MgO]$); and dolomitic hydrate ($[Ca(OH)_2\bullet MgO]$ or $[Ca(OH)_2\bullet Mg(OH)_2]$).

Lime production involves three main processes: stone preparation, calcination, and hydration. Carbon dioxide is generated during the calcination stage, when limestone—mostly calcium carbonate ($CaCO_3$)—is roasted at high temperatures in a kiln to produce CaO and $CO_2$. The $CO_2$ is given off as a gas and is normally emitted to the atmosphere. Some of the $CO_2$ generated during the production process, however, is recovered at some facilities for use in sugar refining and precipitated calcium carbonate (PCC) production.[126]

Lime production in the United States—including Puerto Rico—reported to be 19,059 thousand metric tons in 2011 (USGS 2012). This production resulted in estimated net $CO_2$ emissions of 13.8 Tg $CO_2$ Eq. (13,795 Gg) (see Table 4-6 and Table 4-7).

**Table 4-6: $CO_2$ Emissions from Lime Production (Tg $CO_2$ Eq. and Gg)**

| Year | Tg $CO_2$ Eq. | Gg |
|------|---------------|--------|
| 1990 | 11.5 | 11,488 |
| 2005 | 14.3 | 14,322 |
| 2007 | 14.6 | 14,579 |
| 2008 | 14.3 | 14,345 |
| 2009 | 11.2 | 11,164 |
| 2010 | 13.1 | 13,145 |
| 2011 | 13.8 | 13,795 |

**Table 4-7: Potential, Recovered, and Net $CO_2$ Emissions from Lime Production (Gg)**

| Year | Potential | Recovered[a] | Net Emissions |
|------|-----------|--------------|---------------|
| 1990 | 11,959 | 471 | 11,488 |
| 2005 | 15,074 | 752 | 14,322 |
| 2007 | 15,248 | 669 | 14,579 |
| 2008 | 14,992 | 647 | 14,345 |
| 2009 | 11,852 | 688 | 11,164 |
| 2010 | 13,788 | 644 | 13,145 |
| 2011 | 14,414 | 620 | 13,795 |

[a] For sugar refining and PCC production.
Note: Totals may not sum due to independent rounding.

In 2011, lime production increased 5 percent from 2010 levels to 19,059 thousand metric tons, due to an increase in steel production. Lime production in 2010 rebounded from a 21 percent decline in 2009 to 18,233 thousand metric tons, which is still eight percent below 2008 levels. Lime production declined in 2009 mostly due to the economic recession and the associated significant downturn in major markets such as construction and steel. The surprising rebound in 2010 is primarily due to increased consumption in steelmaking, chemical and industrial uses, and in flue gas desulfurization. The contemporary lime market is approximately distributed across five end-use categories as follows: metallurgical uses, 38 percent; environmental uses, 31 percent; chemical and industrial uses, 22 percent;

---

[126] PCC is obtained from the reaction of $CO_2$ with calcium hydroxide. It is used as a filler and/or coating in the paper, food, and plastic industries.

construction uses, eight percent; and refractory dolomite, one percent. Metallurgical uses made up almost 87 percent of the increase in lime consumption in 2011, and it continues to be the major component of the industry's recovery since the 2008 through 2009 economic recession.

## Methodology

During the calcination stage of lime production, $CO_2$ is given off as a gas and normally exits the system with the stack gas. To calculate emissions, the amounts of high-calcium and dolomitic lime produced were multiplied by their respective emission factors using the Tier 2 approach from the 2006 IPCC Guidelines (IPCC 2006). The emission factor is the product of the stoichiometric ratio between $CO_2$ and CaO, and the average CaO and MgO content for lime. The CaO and MgO content for lime is assumed to be 95 percent for both high-calcium and dolomitic lime) (IPCC 2006). The emission factors were calculated as follows:

For high-calcium lime:

$$[(44.01 \text{ g/mole } CO_2) \div (56.08 \text{ g/mole CaO})] \times (0.9500 \text{ CaO/lime}) = 0.7455 \text{ g } CO_2/\text{g lime}$$

For dolomitic lime:

$$[(88.02 \text{ g/mole } CO_2) \div (96.39 \text{ g/mole CaO})] \times (0.9500 \text{ CaO/lime}) = 0.8675 \text{ g } CO_2/\text{g lime}$$

Production was adjusted to remove the mass of chemically combined water found in hydrated lime, determined according to the molecular weight ratios of $H_2O$ to $(Ca(OH)_2$ and $[Ca(OH)_2 \cdot Mg(OH)_2]$) (IPCC 2000). These factors set the chemically combined water content to 24.3 percent for high-calcium hydrated lime, and 27.2 percent for dolomitic hydrated lime.

Lime emission estimates were multiplied by a factor of 1.02 to account for lime kiln dust (LKD), which is produced as a byproduct during the production of lime (IPCC 2006).

Lime emission estimates were further adjusted to account for PCC producers and sugar refineries that recover $CO_2$ emitted by lime production facilities for use as an input into production or refining processes. For $CO_2$ recovery by sugar refineries, lime consumption estimates (USGS 2011) were multiplied by a $CO_2$ recovery factor to determine the total amount of $CO_2$ recovered from lime production facilities. According to industry outreach by state agencies, sugar refineries use captured $CO_2$ for 100 percent of their $CO_2$ input (Lutter 2009). Carbon dioxide recovery by PCC producers was determined by multiplying estimates for the percentage $CO_2$ of production weight for PCC production at lime plants by a $CO_2$ recovery factor based on the amount of purchased $CO_2$ by PCC manufacturers (Prillaman 2008 through 2012). As data were only available starting in 2007, $CO_2$ recovery for the period 1990 through 2006 was extrapolated by determining a ratio of PCC production at lime facilities to lime consumption for PCC (USGS 1992 through 2008).

Lime production data (high-calcium- and dolomitic-quicklime, high-calcium- and dolomitic-hydrated, and dead-burned dolomite) for 1990 through 2011 (see Table 4-8) were obtained from USGS (1992 through 2012) and are compiled by USGS to the nearest ton. Natural hydraulic lime, which is produced from CaO and hydraulic calcium silicates, is not produced in the United States (USGS 2011). Total lime production was adjusted to account for the water content of hydrated lime by converting hydrate to oxide equivalent based on recommendations from the IPCC, and is presented in Table 4-9 (IPCC 2000). The CaO and CaO•MgO contents of lime were obtained from the IPCC (IPCC 2006). Since data for the individual lime types (high calcium and dolomitic) was not provided prior to 1997, total lime production for 1990 through 1996 was calculated according to the three year distribution from 1997 to 1999.

### Table 4-8: High-Calcium- and Dolomitic-Quicklime, High-Calcium- and Dolomitic-Hydrated, and Dead-Burned-Dolomite Lime Production (Gg)

| Year | High-Calcium Quicklime | Dolomitic Quicklime | High-Calcium Hydrated | Dolomitic Hydrated | Dead-Burned Dolomite |
|------|------------------------|---------------------|-----------------------|--------------------|----------------------|
| 1990 | 11,166 | 2,234 | 1,781 | 319 | 342 |
| 2005 | 14,100 | 2,990 | 2,220 | 474 | 200 |

| Year | High-Calcium Quicklime | Dolomitic Quicklime | High-Calcium Hydrated | Dolomitic Hydrated | Dead-Burned Dolomite |
|------|------------------------|---------------------|------------------------|--------------------|----------------------|
| 2007 | 14,700 | 2,710 | 2,240 | 357 | 230 |
| 2008 | 14,600 | 2,630 | 2,070 | 358 | 213 |
| 2009 | 11,800 | 1,830 | 1,690 | 261 | 178 |
| 2010 | 13,300 | 2,570 | 1,910 | 239 | 214 |
| 2011 | 13,900 | 2,690 | 2,010 | 230 | 229 |

**Table 4-9: Adjusted Lime Production[a] (Gg)**

| Year | High-Calcium | Dolomitic |
|------|--------------|-----------|
| 1990 | 12,466 | 2,800 |
| 2005 | 15,721 | 3,522 |
| 2007 | 16,335 | 3,190 |
| 2008 | 16,111 | 3,094 |
| 2009 | 13,034 | 2,191 |
| 2010 | 14,694 | 2,951 |
| 2011 | 15,367 | 3,080 |

[a] Minus water content of hydrated lime

# Uncertainty and Time-Series Consistency

The uncertainties contained in these estimates can be attributed to slight differences in the chemical composition of lime products and recovery rates for sugar refineries and PCC manufacturers located at lime plants. Although the methodology accounts for various formulations of lime, it does not account for the trace impurities found in lime, such as iron oxide, alumina, and silica. Due to differences in the limestone used as a raw material, a rigid specification of lime material is impossible. As a result, few plants produce lime with exactly the same properties.

In addition, a portion of the $CO_2$ emitted during lime production will actually be reabsorbed when the lime is consumed. As noted above, lime has many different chemical, industrial, environmental, and construction applications. In many processes, $CO_2$ reacts with the lime to create calcium carbonate (e.g., water softening). Carbon dioxide reabsorption rates vary, however, depending on the application. For example, 100 percent of the lime used to produce precipitated calcium carbonate reacts with $CO_2$; whereas most of the lime used in steel making reacts with impurities such as silica, sulfur, and aluminum compounds. Quantifying the amount of $CO_2$ that is reabsorbed would require a detailed accounting of lime use in the United States and additional information about the associated processes where both the lime and byproduct $CO_2$ are "reused" are required to quantify the amount of $CO_2$ that is reabsorbed. Research conducted thus far has not yielded the necessary information to quantify $CO_2$ reabsorbtion rates.[127]

In some cases, lime is generated from calcium carbonate byproducts at pulp mills and water treatment plants.[128] The lime generated by these processes is not included in the USGS data for commercial lime consumption. In the

---

[127] Representatives of the National Lime Association estimate that $CO_2$ reabsorption that occurs from the use of lime may offset as much as a quarter of the $CO_2$ emissions from calcination (Males 2003).

[128] Some carbide producers may also regenerate lime from their calcium hydroxide byproducts, which does not result in emissions of $CO_2$. In making calcium carbide, quicklime is mixed with coke and heated in electric furnaces. The regeneration of lime in this process is done using a waste calcium hydroxide (hydrated lime) [$CaC_2 + 2H_2O \rightarrow C_2H_2 + Ca(OH)_2$], not calcium

pulping industry, mostly using the Kraft (sulfate) pulping process, lime is consumed in order to causticize a process liquor (green liquor) composed of sodium carbonate and sodium sulfide. The green liquor results from the dilution of the smelt created by combustion of the black liquor where biogenic C is present from the wood. Kraft mills recover the calcium carbonate "mud" after the causticizing operation and calcine it back into lime—thereby generating $CO_2$—for reuse in the pulping process. Although this re-generation of lime could be considered a lime manufacturing process, the $CO_2$ emitted during this process is mostly biogenic in origin, and therefore is not included in the industrial processes totals (Miner and Upton 2002). In accordance with IPCC methodological guidelines, any such emissions are calculated by accounting for net carbon (C) fluxes from changes in biogenic C reservoirs in wooded or crop lands (see Chapter 7).

In the case of water treatment plants, lime is used in the softening process. Some large water treatment plants may recover their waste calcium carbonate and calcine it into quicklime for reuse in the softening process. Further research is necessary to determine the degree to which lime recycling is practiced by water treatment plants in the United States.

Uncertainties also remain surrounding recovery rates used for sugar refining and PCC production. The recovery rate for sugar refineries is based on two sugar beet processing and refining facilities located in California that use 100 percent recovered $CO_2$ from lime plants (Lutter 2012). This analysis assumes that all sugar refineries located on-site at lime plants also use 100 percent recovered $CO_2$. The recovery rate for PCC producers located on-site at lime plants is based on the 2012 value for PCC manufactured at commercial lime plants, given by USGS (Miller 2012). Another uncertainty is the assumption that calcination emissions for LKD is around 2 percent. The National Lime association has commented that the estimates of emissions from LKD could be closer to 6 percent. In addition, they note emissions may also be generated through production of other byproducts/wastes at lime plants (Seeger, 2013). There is limited data publicly available on LKD generation rates and also quantities, types of other byproducts/wastes produced at lime facilities. Further research is needed to improve understanding of additional calcination emissions.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-10. Lime $CO_2$ emissions were estimated to be between 13.4 and 14.2 Tg $CO_2$ Eq. at the 95 percent confidence level. This confidence level indicates a range of approximately 2.6 percent below and 2.6 percent above the emission estimate of 13.8 Tg $CO_2$ Eq.

**Table 4-10:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Lime Production (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Lime Production | $CO_2$ | 13.8 | 13.4 | 14.2 | -2.6% | +2.6% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

# Recalculations Discussion

Production data for dead-burned dolomite were updated in the 2011 Lime Minerals Yearbook to three significant figures, which caused the $CO_2$ production from lime to change for all years from 2007 through 2010 relative to the previous inventory. Quicklime and hydrate lime production data were also revised for 2007, 2008, and 2010. These revisions resulted in a net decrease in emissions for 2007 and 2008 and a net increase in emissions for 2009 and 2010.

---

carbonate [$CaCO_3$]. Thus, the calcium hydroxide is heated in the kiln to simply expel the water [$Ca(OH)_2$ + heat $\rightarrow CaO + H_2O$] and no $CO_2$ is released.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Lime Production source category. Pending resources, a potential improvement to the inventory estimates for this source category would include the derivation of an average $CO_2$ recovery rated based on the average of aggregated data reported by facilities under EPA's GHGRP regarding onsite use of $CO_2$. Particular attention will be made to ensure time series consistency of the emissions estimates presented in future inventory reports, consistent with IPCC and UNFCCC guidelines. This is required as the facility-level reporting data from EPA's GHGRP, with the program's initial requirements for reporting of emissions in calendar year 2010, are not available for all inventory years (i.e., 1990 through 2009) as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[129]

# 4.3 Other Process Uses of Carbonates (IPCC Source Category 2A3)

Limestone ($CaCO_3$), dolomite ($CaCO_3MgCO_3$)[130], and other carbonates such as magnesium carbonate and iron carbonate are basic materials used by a wide variety of industries, including construction,agriculture, chemical, metallurgy, glass production, and environmental pollution control. This section only addresses limestone and dolomite use. Limestone is widely distributed throughout the world in deposits of varying sizes and degrees of purity. Large deposits of limestone occur in nearly every state in the United States, and significant quantities are extracted for industrial applications. For some of these applications, limestone is heated sufficiently enough to calcine the material and generate $CO_2$ as a byproduct. Examples of such applications include limestone used as a flux or purifier in metallurgical furnaces, as a sorbent in flue gas desulfurization (FGD) systems for utility and industrial plants, and as a raw material for the production of glass, lime, and cement. Emissions from limestone and dolomite used in other process sectors such as cement, lime, glass production, and iron & steel, are excluded from this section and reported under their respective source categories (e.g., glass manufacturing IPCC Source Category 2A7.) Emissions from fuels consumed for energy purposes during these processes are accounted for in the Energy chapter.

In 2011,19,979 thousand metric tons of limestone and 1,895 thousand metric tons of dolomite were consumed for these emissive applications, excluding glass manufacturing (USGS 1995 through 2012a). Usage of limestone and dolomite resulted in aggregate $CO_2$ emissions of 9.2Tg $CO_2$ Eq. (9,153Gg) (see Table 4-11and Table 4-12). Overall, emissions have increased 87 percent from 1990 through 2011.

**Table 4-11:  $CO_2$ Emissions from Other Process Uses of Carbonates (Tg $CO_2$ Eq.)**

| Year | Flux Stone | FGD | Magnesium Production | Other Miscellaneous Uses | Total |
|------|-----------|-----|---------------------|-------------------------|-------|
| 1990 | 2.6 | 1.4 | 0.1 | 0.8 | 4.9 |
| 2005 | 2.6 | 3.0 | + | 0.7 | 6.3 |
| 2007 | 2.0 | 3.2 | + | 2.2 | 7.4 |
| 2008 | 1.0 | 3.8 | + | 1.1 | 5.9 |
| 2009 | 1.8 | 5.4 | + | 0.4 | 7.6 |
| 2010 | 1.6 | 7.1 | + | 0.9 | 9.6 |
| 2011 | 1.5 | 5.4 | + | 2.3 | 9.2 |

---

[129] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

[130] Limestone and dolomite are collectively referred to as limestone by the industry, and intermediate varieties are seldom distinguished.

Notes:  Totals may not sum due to independent rounding.  "Other miscellaneous uses" include chemical stone, mine dusting or acid water treatment, acid neutralization, and sugar refining.
+ Emissions are less than 0.1 Tg $CO_2$ Eq.

**Table 4-12:  $CO_2$ Emissions from Other Process Uses of Carbonates (Gg)**

| Year | Flux Stone | FGD | Magnesium Production | Other Miscellaneous Uses | Total |
|------|-----------|-----|---------------------|--------------------------|-------|
| 1990 | 2,592 | 1,432 | 64 | 819 | 4,907 |
| 2005 | 2,649 | 2,973 | + | 718 | 6,339 |
| 2007 | 1,958 | 3,177 | + | 2,230 | 7,365 |
| 2008 | 974 | 3,799 | + | 1,113 | 5,885 |
| 2009 | 1,784 | 5,403 | + | 396 | 7,583 |
| 2010 | 1,560 | 7,064 | + | 937 | 9,560 |
| 2011 | 1,467 | 5,420 | + | 2,266 | 9,153 |

+ Emissions are less than 0.1 Gg $CO_2$ Eq.

## Methodology

$CO_2$ emissions were calculated based on the IPCC 2006 Guidelines Tier 2 method by multiplying the quantity of limestone or dolomite consumed by the emission factor for limestone or dolomite calcination, respectively, Table 2.1 – limestone: 0.43971 tonne $CO_2$/tonne carbonate, and dolomite: 0.47732 tonne $CO_2$/tonne carbonate[131] . This methodology was used for flux stone, flue gas desulfurization systems, chemical stone, mine dusting or acid water treatment, acid neutralization, and sugar refining. Flux stone used during the production of iron and steel was deducted from the Other Process Uses of Carbonates estimate and attributed to the Iron and Steel Production estimate. Similarly limestone and dolomite consumption for glass manufacturing, cement, and lime manufacturing are excluded from this category and attributed to their respective categories.

Historically, the production of magnesium metal was the only other significant use of limestone and dolomite that produced $CO_2$ emissions. At the end of 2001, the sole magnesium production plant operating in the United States that produced magnesium metal using a dolomitic process that resulted in the release of $CO_2$ emissions ceased its operations (USGS 1995 through 2011b).

Consumption data for 1990 through 2011 of limestone and dolomite used for flux stone, flue gas desulfurization systems, chemical stone, mine dusting or acid water treatment, acid neutralization, and sugar refining (see Table 4-13) were obtained from the USGS *Minerals Yearbook: Crushed Stone Annual Report* (1995 through 2012a) and the U.S. Bureau of Mines (1991 and 1993a), which are reported to the nearest ton.  The production capacity data for 1990 through 2011 of dolomitic magnesium metal also came from the USGS (1995 through 2012b) and the U.S. Bureau of Mines (1990 through 1993b).  During 1990 and 1992, the USGS did not conduct a detailed survey of limestone and dolomite consumption by end-use.  Consumption for 1990 was estimated by applying the 1991 percentages of total limestone and dolomite use constituted by the individual limestone and dolomite uses to 1990 total use.  Similarly, the 1992 consumption figures were approximated by applying an average of the 1991 and 1993 percentages of total limestone and dolomite use constituted by the individual limestone and dolomite uses to the 1992 total.

Additionally, each year the USGS withholds data on certain limestone and dolomite end-uses due to confidentiality agreements regarding company proprietary data.  For the purposes of this analysis, emissive end-uses that contained withheld data were estimated using one of the following techniques: (1) the value for all the withheld data points for limestone or dolomite use was distributed evenly to all withheld end-uses; (2) the average percent of total limestone or dolomite for the withheld end-use in the preceding and succeeding years; or (3) the average fraction of total limestone or dolomite for the end-use over the entire time period.

---

[131]IPCC 2006, Volume 3: Chapter 2

There is a large quantity of crushed stone reported to the USGS under the category "unspecified uses." A portion of this consumption is believed to be limestone or dolomite used for emissive end uses. The quantity listed for "unspecified uses" was, therefore, allocated to each reported end use according to each end uses fraction of total consumption in that year.[132]

**Table 4-13:  Limestone and Dolomite Consumption (Thousand Metric Tons)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Flux Stone | 6,737 | 7,022 | 5,305 | 3,253 | 4,623 | 4,440 | 4,396 |
| Limestone | 5,804 | 3,165 | 3,477 | 1,970 | 1,631 | 1,921 | 2,531 |
| Dolomite | 933 | 3,857 | 1,827 | 1,282 | 2,992 | 2,520 | 1,865 |
| FGD | 3,258 | 6,761 | 7,225 | 8,639 | 12,288 | 16,064 | 12,326 |
| Other Miscellaneous Uses | 1,835 | 1,632 | 5,057 | 2,531 | 898 | 2,121 | 5,152 |
| **Total** | **11,830** | **15,415** | **17,587** | **14,423** | **17,809** | **22,626** | **21,874** |

Notes:  "Other miscellaneous uses" includes chemical stone, mine dusting or acid water treatment, acid neutralization, and sugar refining. Zero values for limestone and dolomite consumption for glass making result during years when the USGS reports that no limestone or dolomite are consumed for this use.

## Uncertainty and Time-Series Consistency

The uncertainty levels presented in this section account for uncertainty associated with activity data. Data on limestone and dolomite consumption are collected by USGS through voluntary national surveys. USGS contacts the mines (i.e., producers of various types of crushed stone) for annual sales data. The producers report the annual quantity sold to various end-users/industry types. USGS estimates the historical response rate for the crushed stone survey to be approximately 70 percent, the rest is estimated by USGS. Large fluctuations in reported consumption exist, reflecting year-to-year changes in the number of survey responders. The uncertainty resulting from a shifting survey population is exacerbated by the gaps in the time series of reports. The accuracy of distribution by end use is also uncertain because this value is reported by the producer/mines and not the end user. Additionally, there is significant inherent uncertainty associated with estimating withheld data points for specific end uses of limestone and dolomite. Lastly, much of the limestone consumed in the United States is reported as "other unspecified uses;" therefore, it is difficult to accurately allocate this unspecified quantity to the correct end-uses.

Uncertainty in the estimates also arises in part due to variations in the chemical composition of limestone. In addition to calcium carbonate, limestone may contain smaller amounts of magnesia, silica, and sulfur, among other minerals. The exact specifications for limestone or dolomite used as flux stone vary with the pyrometallurgical process and the kind of ore processed.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-14. Other Process Uses of Carbonates $CO_2$ emissions were estimated to be between 8.0 and 10.7 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 12 percent below and 15 percent above the emission estimate of 9.2 Tg $CO_2$ Eq.

---

[132]This approach was recommended by USGS, the data collection agency.

---

**Table 4-14:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Other Process Uses of Carbonates (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg $CO_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Limestone and Dolomite Use | $CO_2$ | 9.2 | 8.0 | 10.7 | -12% | +15% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

## Recalculations

Limestone and dolomite used in glass manufacturing have been excluded from this source category and are accounted for in the Glass Production source category (IPCC Source Category 2A7). Previous Inventories did not include a separate Glass Production source, but included emissions from glass manufacturing in the "Limestone and Dolomite Use" and "Soda Ash Manufacturing" sections. Recalculations were applied to the entire time-series for limestone and dolomite use (excluding glass manufacturing) emissions, to ensure time-series consistency from 1990 through 2011. Emission estimates for the entire time-series (1990 through 2011) were recalculated by excluding limestone and dolomite consumption in glass production. Also, the previous calculation methodology employed the methodology presented in 1996 IPCC guidelines. This methodology relied on the average carbonate C content and conversion of C to $CO_2$. The new methodology employed is based on the Tier 2 methodology as presented in the IPCC 2006 guidelines. For more details on the revised methodology, refer to the Methodology section, above.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Other Process Uses of Carbonates source category. Particular attention will be made to ensure time series consistency of the emissions estimates presented in future inventory reports, consistent with IPCC and UNFCCC guidelines. This is required as the facility-level reporting data from EPA's GHGRP, with the program's initial requirements for reporting of emissions in calendar year 2010,  are not available for all inventory years (i.e., 1990 through 2009) as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[133]

# 4.4 Soda Ash Production and Consumption (IPCC Source Category 2A4)

Soda ash (sodium carbonate. $Na_2CO_3$) is a white crystalline solid that is readily soluble in water and strongly alkaline.  Commercial soda ash is used as a raw material in a variety of industrial processes and in many familiar consumer products such as glass, soap and detergents, paper, textiles, and food.  (Emissions from soda used in glass production are reported under IPCC Source Category 2A7. Glass production is its own sub-category and historical soda ash consumption figures have been adjusted to reflect this change.)  After glass manufacturing, soda ash is used primarily to manufacture many sodium-base inorganic chemicals, including sodium bicarbonate, sodium chromates, sodium phosphates, and sodium silicates  (USGS 2012).  Internationally, two types of soda ash are

---

[133] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

produced, natural and synthetic. The United States produces only natural soda ash and is second only to China in total soda ash production. Trona is the principal ore from which natural soda ash is made.

Only two states produce natural soda ash: Wyoming and California. Of these two states, only net emissions of $CO_2$ from Wyoming were calculated due to specifics regarding the production processes employed in the state.[134] During the production process used in Wyoming, trona ore is calcined to produce crude soda ash. Carbon dioxide is generated as a byproduct of this reaction, and is eventually emitted into the atmosphere. In addition, $CO_2$ may also be released when soda ash is consumed. Emissions from fuels consumed for energy purposes during the production and consumption of soda ash are accounted for in the Energy sector.

In 2011, $CO_2$ emissions from the production of soda ash from trona were approximately 1.6 Tg $CO_2$ Eq. (1,607 Gg). Soda ash consumption in the United States generated 1.1 Tg $CO_2$ Eq. (1,105 Gg) in 2011. Total emissions from soda ash production and consumption in 2011 were 2.7 Tg $CO_2$ Eq. (2,712 Gg) (see Table 4-15 and Table 4-16).

Total emissions in 2011 increased by approximately 0.6 percent from emissions in 2010, and have decreased overall by approximately 3.9 percent since 1990.

Emissions have remained relatively constant over the time series with some fluctuations since 1990. In general, these fluctuations were related to the behavior of the export market and the U.S. economy. The global soda ash industry continued to recover from the world economic problems that began in 2009. According to U.S. Geological Survey (USGS), approximately 17 percent (or 2.45 million metric tons per year) of total industry nameplate capacity was idled in 2010. Increased demand for soda ash prompted U.S. soda ash producers to raise the sales price of soda ash in 2011. The U.S. soda ash export association raised the export price citing that global soda ash demand was increasing (USGS 2012).

## Table 4-15: $CO_2$ Emissions from Soda Ash Production and Consumption Not Associated with Glass Manufacturing (Tg $CO_2$ Eq.)

| Year | Production | Consumption | Total |
|------|------------|-------------|-------|
| 1990 | 1.4 | 1.4 | 2.8 |
| 2005 | 1.7 | 1.3 | 3.0 |
| 2007 | 1.7 | 1.3 | 2.9 |
| 2008 | 1.7 | 1.2 | 3.0 |
| 2009 | 1.5 | 1.1 | 2.6 |
| 2010 | 1.5 | 1.1 | 2.7 |
| 2011 | 1.6 | 1.1 | 2.7 |

Note: Totals may not sum due to independent rounding.

---

[134] In California, soda ash is manufactured using sodium carbonate-bearing brines instead of trona ore. To extract the sodium carbonate, the complex brines are first treated with $CO_2$ in carbonation towers to convert the sodium carbonate into sodium bicarbonate, which then precipitates from the brine solution. The precipitated sodium bicarbonate is then calcined back into sodium carbonate. Although $CO_2$ is generated as a byproduct, the $CO_2$ is recovered and recycled for use in the carbonation stage and is not emitted. A third state, Colorado, produced soda ash until the plant was idled in 2004. The lone producer of sodium bicarbonate no longer mines trona in the state. For a brief time, $NaHCO_3$ was produced using soda ash feedstocks mined in Wyoming and shipped to Colorado. Prior to 2004, because the trona was mined in Wyoming, the production numbers given by the USGS included the feedstocks mined in Wyoming and shipped to Colorado. In this way, the sodium bicarbonate production that took place in Colorado was accounted for in the Wyoming numbers.

**Table 4-16:  CO$_2$ Emissions from Soda Ash Production and Consumption Not Associated with Glass Manufacturing (Gg)**

| Year | Production | Consumption | Total |
|------|-----------|-------------|-------|
| 1990 | 1,431 | 1,391 | 2,822 |
| 2005 | 1,655 | 1,305 | 2,960 |
| 2007 | 1,675 | 1,262 | 2,937 |
| 2008 | 1,733 | 1,227 | 2,960 |
| 2009 | 1,470 | 1,099 | 2,569 |
| 2010 | 1,548 | 1,149 | 2,697 |
| 2011 | 1,607 | 1,105 | 2,712 |

Note:  Totals may not sum due to independent rounding.

The United States represents about one-fourth of total world soda ash output.   Based on final 2011 reported data, the estimated distribution of soda ash by end-use in 2011 was chemical production, 55 percent; soap and detergent manufacturing, 19 percent; distributors, 10 percent; flue gas desulfurization, 7 percent; other uses, 5 percent; pulp and paper production, 3 percent; and water treatment, 2 percent (USGS 2012).

U.S. natural soda ash is competitive in world markets because the majority of the world output of soda ash is made synthetically. Although the United States continues to be a major supplier of world soda ash, China, which surpassed the United States in soda ash production in 2003, is the world's leading producer.  Despite this competition, U.S. soda ash exports are expected to increase, causing domestic production to increase slightly (USGS 2012).

## Methodology

During the production process, trona ore is calcined in a rotary kiln and chemically transformed into a crude soda ash that requires further processing.  Carbon dioxide and water are generated as byproducts of the calcination process.  Carbon dioxide emissions from the calcination of trona can be estimated based on the following chemical reaction:

$$2(Na_3(CO_3)(HCO_3) \cdot 2H_2O) \; \rightarrow \; 3Na_2CO_3 + 5H_2O + CO_2$$
$$[\text{trona}] \hspace{3cm} [\text{soda ash}]$$

Based on this formula, which is consistent with an IPCC Tier 1 approach, approximately 10.27 metric tons of trona are required to generate one metric ton of CO$_2$, or an emission factor of 0.097 metric tons CO$_2$ per metric ton trona (IPCC 2006).  Thus, the 16.5 million metric tons of trona mined in 2011 for soda ash production (USGS 2012) resulted in CO$_2$ emissions of approximately 1.6 Tg CO$_2$ Eq. (1,607 Gg).

Once produced, most soda ash is consumed in chemical and soap production, with minor amounts in pulp and paper, flue gas desulfurization, and water treatment.  As soda ash is consumed for these purposes, additional CO$_2$ is usually emitted.  In these applications, it is assumed that one mole of C is released for every mole of soda ash used.  Thus, approximately 0.113 metric tons of C (or 0.415 metric tons of CO$_2$) are released for every metric ton of soda ash consumed.

The activity data for trona production and soda ash consumption (see Table 4-17) between 1990 and 2011 were taken from USGS Minerals Yearbook for Soda Ash (1994 through 2012).  Soda ash production and consumption data were collected by the USGS from voluntary surveys of the U.S. soda ash industry.

**Table 4-17:  Soda Ash Production and Consumption Not Associated with Glass Manufacturing (Gg)**

| Year | Production[*] | Consumption[**] |
|------|--------------|-----------------|
| 1990 | 14,700 | 3,351 |

| 2005 | 17,000 | 3,144 |
| 2007 | 17,200 | 3,041 |
| 2008 | 17,800 | 2,957 |
| 2009 | 15,100 | 2,647 |
| 2010 | 15,900 | 2,768 |
| 2011 | 16,500 | 2,663 |

* Soda ash produced from trona ore only.
** Soda ash consumption is sales reported by producers which exclude imports. Historically, imported soda ash is less than 1 percent of the total U.S. consumption (Kostick, 2012).

## Uncertainty and Time-Series Consistency

Emission estimates from soda ash production have relatively low associated uncertainty levels in that reliable and accurate data sources are available for the emission factor and activity data. Soda ash production data was collected by the USGS from voluntary surveys. A survey request was sent to each of the five soda ash production, all of which responded, representing 100 percent of the total production data (Kostick 2012). The primary source of uncertainty, however, results from the fact that emissions from soda ash consumption are dependent upon the type of processing employed by each end-use. Specific emission factors for each end-use are not available, so a Tier 1 default emission factor is used for all end uses. Therefore, there is uncertainty surrounding the emission factors from the consumption of soda ash.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-18. Soda Ash Production and Consumption $CO_2$ emissions were estimated to be between 2.6 and 2.9 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 5 percent below and 5 percent above the emission estimate of 2.7 Tg $CO_2$ Eq.

**Table 4-18: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Soda Ash Production and Consumption (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Soda Ash Production and Consumption | $CO_2$ | 2.7 | 2.6 | 2.9 | -5% | +5% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

## Recalculations

In previous Inventories, emissions from soda ash included $CO_2$ from glass production. Emissions from glass production are now included in the Glass Production source category, and historical production figures in Table 4-17 have been adjusted to remove the amount of soda ash associated with non-glass uses. This resulted in an average emission decrease of 1.3 Tg of $CO_2$ across the time-series. All emissions shown in

Table 4-15 and Table 4-16 have been revised accordingly.

## Planned Improvements

Future inventory reports are anticipated to estimate emissions from other uses of soda ash. To add specificity, future inventories will extract soda ash consumed for other uses of carbonates from the current soda ash consumption emission estimates and include them under those sources; in 2011 glass production is its own sub-category.

In examining data from EPA's GHGRP that would be useful to improve the emission estimates for Soda Ash and Consumption category, particular attention will be made to ensure time series consistency of the emissions estimates presented in future inventory reports, consistent with IPCC and UNFCCC guidelines. This is required as the facility-level reporting data from EPA's GHGRP, with the program's initial requirements for reporting of emissions in calendar year 2010, are not available for all inventory years (i.e., 1990 through 2009) as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[135]

# 4.5 Glass Production (IPCC Source Category 2A7)

The glass industry can be divided into four main categories: containers, flat (window) glass, fiber glass, and specialty glass. The majority of commercial glass produced is container and flat glass (U.S. EPA 2010). Glass production employs a variety of raw materials in a glass-batch. These include formers, fluxes, stabilizers, and sometimes colorants. The main former in all types of glass is silica ($SiO_2$). Other major formers in glass include feldspar and boric acid (i.e., borax). Fluxes are added to lower the temperature at which the batch melts. Most commonly used flux materials are soda ash (sodium carbonate, $Na_2CO_3$) and potash (potassium carbonate, $K_2O$). Stabilizers are used to make glass more chemically stable and to keep the finished glass from dissolving and/or falling apart. Commonly used stabilizing agents in glass production are limestone ($CaCO_3$), dolomite ($CaCO_3MgCO_3$), alumina ($Al_2O_3$), magnesia ($MgO$), barium carbonate ($BaCO_3$), strontium carbonate ($SrCO_3$), lithium carbonate ($Li_2CO_3$) , and zirconia (OIT 2002). The major raw materials (e.g. fluxes, stabilizers) which emit process-related $CO_2$ emissions are limestone, dolomite, and soda ash. Glass makers also use a certain amount of recycled scrap glass (cullet), which comes from in-house return of glassware broken in the process or other glass spillage or retention such as recycling or cullet broker services. The raw materials (primarily limestone, dolomite and soda ash) release $CO_2$ emissions during the glass melting process. This is a high-temperature, energy intensive process. Emissions from fuels consumed for energy purposes during the production of glass are accounted for in the Energy sector.

In 2011, 614 thousand metric tons of limestone, 0 thousand metric tons of dolomite, and 2,480 thousand metric tons of soda ash were consumed for glass production (USGS 2011a, 2011b). Use of limestone, dolomite, and soda ash in glass production resulted in aggregate $CO_2$ emissions of 1.3 Tg $CO_2$ Eq. (1,299 Gg) (see Table 4-19). Overall, emissions have decreased 15 percent from 1990 through 2011.

Emissions from glass production have remained relatively constant over the time series with some fluctuations since 1990. In general, these fluctuations were related to the behavior of the export market and the U.S. economy. Specifically, the extended downturn in residential and commercial construction and automotive industries between 2008 and 2010 resulted in reduced consumption of glass products, causing a drop in global demand for limestone/dolomite and soda ash, and a corresponding decrease in emissions. Furthermore, the glass container sector is one of the leading soda ash consuming sectors in the United States. Some commercial food and beverage package manufacturers are shifting from glass containers towards lighter and more cost effective polyethylene terephthalate (PET) based containers, putting downward pressure on domestic consumption of soda ash (USGS 1994 through 2011b).

**Table 4-19: $CO_2$ Emissions from Glass Production (Tg $CO_2$ Eq. and Gg)**

| Year | Tg $CO_2$ Eq. | Gg |
|------|---------------|-------|
| 1990 | 1.5 | 1,535 |
| | | |
| 2005 | 1.9 | 1,928 |

---

[135] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

| | | |
|---|---|---|
| 2007 | 1.5 | 1,536 |
| 2008 | 1.5 | 1,523 |
| 2009 | 1.0 | 1,045 |
| 2010 | 1.5 | 1,481 |
| 2011 | 1.3 | 1,299 |

# Methodology

$CO_2$ emissions were calculated based on the IPCC 2006 Guidelines Tier 3 method by multiplying the quantity of input carbonates (limestone, dolomite, and soda ash) by the carbonate-based emission factor (in metric tons $CO_2$/metric ton carbonate: limestone: 0.43971; dolomite: 0.47732; and soda ash: 0.41492).

Consumption data for 1990 through 2011 of limestone, dolomite, and soda ash used for glass manufacturing (see Table 4-20) were obtained from the USGS *Minerals Yearbook: Crushed Stone Annual Report* (1995 through 2011a), the *USGS Minerals Yearbook: Soda Ash Annual Report* (1995 through 2011b), and the U.S. Bureau of Mines (1991 and 1993a), which are reported to the nearest ton. During 1990 and 1992, the USGS did not conduct a detailed survey of limestone and dolomite consumption by end-use. Consumption for 1990 was estimated by applying the 1991 percentages of total limestone and dolomite use constituted by the individual limestone and dolomite uses to 1990 total use. Similarly, the 1992 consumption figures were approximated by applying an average of the 1991 and 1993 percentages of total limestone and dolomite use constituted by the individual limestone and dolomite uses to the 1992 total.

Additionally, each year the USGS withholds data on certain limestone and dolomite end-uses due to confidentiality agreements regarding company proprietary data. For the purposes of this analysis, emissive end-uses that contained withheld data were estimated using one of the following techniques: (1) the value for all the withheld data points for limestone or dolomite use was distributed evenly to all withheld end-uses; or (2) the average percent of total limestone or dolomite for the withheld end-use in the preceding and succeeding years.

There is a large quantity of limestone and dolomite reported to the USGS under the categories "unspecified - reported" and "unspecified – estimated." A portion of this consumption is believed to be limestone or dolomite used for glass manufacturing. The quantities listed under the "unspecified" categories were, therefore, allocated to glass manufacturing according to the percent limestone or dolomite consumption for glass manufacturing end use for that year.[136]

Based on the 2011 reported data, the estimated distribution of soda ash consumption for glass production compared to total domestic soda ash consumption is 23.2 percent (USGS 2012).

**Table 4-20: Limestone, Dolomite, and Soda Ash Consumption Used in Glass Production (Thousand Metric Tons)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Limestone | 430 | 920 | 757 | 879 | 139 | 999 | 614 |
| Dolomite | 59 | 541 | 0 | 0 | 0 | 0 | 0 |
| Soda Ash | 3,177 | 3,050 | 2,900 | 2,740 | 2,370 | 2,510 | 2,480 |
| **Total** | **3,666** | **4,511** | **3,657** | **3,619** | **2,509** | **3,509** | **3,094** |

Notes: Zero values for limestone and dolomite consumption for glass making result during years when the USGS reports that no limestone or dolomite are consumed for this use.

# Uncertainty and Time-Series Consistency

The uncertainty levels presented in this section arise in part due to variations in the chemical composition of limestone used in glass production. In addition to calcium carbonate, limestone may contain smaller amounts of

---

[136] This approach was recommended by USGS.

magnesia, silica, and sulfur, among other minerals (potassium carbonate, strontium carbonate and barium carbonate, and dead burned dolomite). Similarly, the quality of the limestone (and mix of carbonates) used for glass manufacturing will depend on the type of glass being manufactured.

The estimates below also account for uncertainty associated with activity data. Large fluctuations in reported consumption exist, reflecting year-to-year changes in the number of survey responders. The uncertainty resulting from a shifting survey population is exacerbated by the gaps in the time series of reports. The accuracy of distribution by end use is also uncertain because this value is reported by the manufacturer of the input carbonates (limestone, dolomite & soda ash) and not the end user. For 2011, there has been no reported consumption of dolomite for glass manufacturing. This data has been reported to USGS by dolomite manufacturers and not end-users (i.e., glass manufacturers). There is a high uncertainty associated with this estimate. Additionally, there is significant inherent uncertainty associated with estimating withheld data points for specific end uses of limestone and dolomite. The uncertainty of the estimates for limestone and dolomite used in glass making is especially high; however, since glass making accounts for a small percent of consumption, its contribution to the overall emissions estimate is low. Lastly, much of the limestone consumed in the United States is reported as "other unspecified uses;" therefore, it is difficult to accurately allocate this unspecified quantity to the correct end-uses. Further research is needed into alternate and more complete sources of data on carbonate-based raw material consumption by the glass industry.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-21. Glass production $CO_2$ emissions were estimated to be between 1.2 and 1.4 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 4 percent below and 5 percent above the emission estimate of 1.3 Tg $CO_2$ Eq.

**Table 4-21: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Glass Production (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Glass Production | $CO_2$ | 1.3 | 1.2 | 1.4 | -4% | +5% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

# Planned Improvements

Pending resources, future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Glass Production source category. Particular attention will be made to ensure time series consistency of the emissions estimates presented in future inventory reports, consistent with IPCC and UNFCCC guidelines. This is required as the facility-level reporting data from EPA's GHGRP, with the program's initial requirements for reporting of emissions in calendar year 2010, are not available for all inventory years (i.e., 1990 through 2009) as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[137]

---

[137] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

# 4.6 Ammonia Production (IPCC Source Category 2B1)

Emissions of $CO_2$ occur during the production of synthetic ammonia, primarily through the use of natural gas, petroleum coke, or naphtha as a feedstock. Emissions from fuels consumed for energy purposes during the production of ammonia are accounted for in the Energy chapter. The natural gas-based, naphtha-based, and petroleum coke-based processes produce $CO_2$ and hydrogen ($H_2$), the latter of which is used in the production of ammonia. One synthetic ammonia production plant located in Kansas is producing ammonia from petroleum coke feedstock; other synthetic ammonia production plants in the United States are using natural gas feedstock. In some plants some of the $CO_2$ produced by the process is captured and used to produce urea rather than being emitted to the atmosphere. The brine electrolysis process for production of ammonia does not lead to process-based $CO_2$ emissions.

There are five principal process steps in synthetic ammonia production from natural gas feedstock. The primary reforming step converts $CH_4$ to $CO_2$, carbon monoxide (CO), and $H_2$ in the presence of a catalyst. Only 30 to 40 percent of the $CH_4$ feedstock to the primary reformer is converted to CO and $CO_2$ in this step of the process. The secondary reforming step converts the remaining $CH_4$ feedstock to CO and $CO_2$. The CO in the process gas from the secondary reforming step (representing approximately 15 percent of the process gas) is converted to $CO_2$ in the presence of a catalyst, water, and air in the shift conversion step. Carbon dioxide is removed from the process gas by the shift conversion process, and the hydrogen gas is combined with the nitrogen ($N_2$) gas in the process gas during the ammonia synthesis step to produce ammonia. The $CO_2$ is included in a waste gas stream with other process impurities and is absorbed by a scrubber solution. In regenerating the scrubber solution, $CO_2$ is released from the solution.

The conversion process for conventional steam reforming of $CH_4$, including the primary and secondary reforming and the shift conversion processes, is approximately as follows:

$$0.88\ CH_4 + 1.26\ Air + 1.24\ H_2O \xrightarrow{\text{(catalyst)}} 0.88\ CO_2 + N_2 + 3\ H_2$$

$$N_2 + 3\ H_2 \rightarrow 2\ NH_3$$

To produce synthetic ammonia from petroleum coke, the petroleum coke is gasified and converted to $CO_2$ and $H_2$. These gases are separated, and the $H_2$ is used as a feedstock to the ammonia production process, where it is reacted with $N_2$ to form ammonia.

Not all of the $CO_2$ produced during the production of ammonia is emitted directly to the atmosphere. Some of the ammonia and some of the $CO_2$ produced by the synthetic ammonia process are used as raw materials in the production of urea [$CO(NH_2)_2$], which has a variety of agricultural and industrial applications.

The chemical reaction that produces urea is:

$$2\ NH_3 + CO_2 \rightarrow NH_2COONH_4 \rightarrow CO(NH_2)_2 + H_2O$$

Only the $CO_2$ emitted directly to the atmosphere from the synthetic ammonia production process are accounted for in determining emissions from ammonia production. The $CO_2$ that is captured during the ammonia production process and used to produce urea does not contribute to the $CO_2$ emission estimates for ammonia production presented in this section. Instead, $CO_2$ emissions resulting from the consumption of urea are attributed to the urea consumption or urea application source category (under the assumption that the C stored in the urea during its manufacture is released into the environment during its consumption or application). Emissions of $CO_2$ resulting from agricultural applications of urea are accounted for in the Cropland Remaining Cropland section of the Land-use, Land-use Change, and Forestry chapter. Emissions of $CO_2$ resulting from non-agricultural applications of urea (e.g., use as a feedstock in chemical production processes) are accounted for in the Urea Consumption for Non-Agricultural Purposes section of the Industrial Process chapter.

Total emissions of $CO_2$ from ammonia production in 2011 were 8.8 Tg $CO_2$ Eq. (8,795 Gg), and are summarized in Table 4-22 and Table 4-23. The observed decrease in ammonia production and associated $CO_2$ emissions between

2007 and 2009 is due to several factors, including market fluctuations and high natural gas prices. Ammonia production relies on natural gas as both a feedstock and a fuel, and as such, domestic producers are competing with imports from countries with lower natural gas prices (EEA 2004). The increase in ammonia production (and associated $CO_2$ emissions) after 2010 is largely attributable to dramatically lower natural gas prices in the United States after 2009 (EIA 2012).

**Table 4-22: $CO_2$ Emissions from Ammonia Production (Tg $CO_2$ Eq.)**

| Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Ammonia Production | 13.0 | 9.2 | 9.1 | 7.9 | 7.9 | 8.7 | 8.8 |
| **Total** | **13.0** | **9.2** | **9.1** | **7.9** | **7.9** | **8.7** | **8.8** |

**Table 4-23: $CO_2$ Emissions from Ammonia Production (Gg)**

| Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Ammonia Production | 13,047 | 9,196 | 9,074 | 7,883 | 7,855 | 8,678 | 8,795 |
| **Total** | **13,047** | **9,196** | **9,074** | **7,883** | **7,855** | **8,678** | **8,795** |

# Methodology

The calculation methodology for non-combustion $CO_2$ emissions from production of synthetic ammonia from natural gas feedstock is based on the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006). The method uses a $CO_2$ emission factor published by the European Fertilizer Manufacturers Association (EFMA) that is based on natural gas-based ammonia production technologies that are similar to those employed in the United States. The $CO_2$ emission factor (1.2 metric tons $CO_2$/metric ton $NH_3$, EFMA 2000a) is applied to the percent of total annual domestic ammonia production from natural gas feedstock.

Emissions of $CO_2$ from ammonia production are then adjusted to account for the use of some of the $CO_2$ produced from ammonia production as a raw material in the production of urea. The $CO_2$ emissions reported for ammonia production are reduced by a factor of 0.733 multiplied by total annual domestic urea production. This corresponds to a stochiometric $CO_2$/urea factor of 44/60, assuming complete conversion of $NH_3$ and $CO_2$ to urea (IPCC 2006, EFMA 2000b).

All synthetic ammonia production and subsequent urea production are assumed to be from the same process—conventional catalytic reforming of natural gas feedstock, with the exception of ammonia production from petroleum coke feedstock at one plant located in Kansas. Annual ammonia and urea production are shown in Table 4-24. The $CO_2$ emission factor for production of ammonia from petroleum coke is based on plant specific data, wherein all C contained in the petroleum coke feedstock that is not used for urea production is assumed to be emitted to the atmosphere as $CO_2$ (Bark 2004). Ammonia and urea are assumed to be manufactured in the same manufacturing complex, as both the raw materials needed for urea production are produced by the ammonia production process. The $CO_2$ emission factor for the petroleum coke feedstock process (3.57 metric tons $CO_2$/metric ton $NH_3$, Bark 2004) is applied to the percent of total annual domestic ammonia production from petroleum coke feedstock.

The emission factor of 1.2 metric ton $CO_2$/metric ton $NH_3$ for production of ammonia from natural gas feedstock was taken from the EFMA Best Available Techniques publication, Production of Ammonia (EFMA 2000a). The EFMA reported an emission factor range of 1.15 to 1.30 metric ton $CO_2$/metric ton $NH_3$, with 1.2 metric ton $CO_2$/metric ton $NH_3$ as a typical value (EFMA 2000a). Technologies (e.g., catalytic reforming process) associated with this factor are found to closely resemble those employed in the U.S. for use of natural gas as a feedstock. The EFMA reference also indicates that more than 99 percent of the $CH_4$ feedstock to the catalytic reforming process is ultimately converted to $CO_2$. The emission factor of 3.57 metric ton $CO_2$/metric ton $NH_3$ for production of ammonia from petroleum coke feedstock was developed from plant-specific ammonia production data and petroleum coke feedstock utilization data for the ammonia plant located in Kansas (Bark 2004). As noted earlier, emissions from fuels consumed for energy purposes during the production of ammonia are accounted for in the Energy chapter. The total ammonia production data for 2011 was obtained from American Chemistry Council (2012). For years before

2011, ammonia production data (See Table 4-24) was obtained from Coffeyville Resources (Coffeyville 2005, 2006, 2007a, 2007b, 2009, 2010, 2011, and 2012) and the Census Bureau of the U.S. Department of Commerce (U.S. Census Bureau 1991 through 1994, 1998 through 2010) as reported in Current Industrial Reports Fertilizer Materials and Related Products annual and quarterly reports. Urea-ammonia nitrate production was obtained from Coffeyville Resources (Coffeyville 2005, 2006, 2007a, 2007b, 2009, 2010, 2011, and 2012). Urea production data for 1990 through 2008 were obtained from the Minerals Yearbook: Nitrogen (USGS 1994 through 2009). Urea production data for 2009 through 2010 were obtained from the U.S. Bureau of the Census (U.S. Bureau of the Census 2010 and 2011). Urea production data for 2011 was estimated using the ammonia production information in 2011 and assuming that the ratio of urea production to ammonia production is the same as the production ration in 2010.

**Table 4-24:  Ammonia Production and Urea Production (Gg)**

| Year | Ammonia Production | Urea Production |
|------|--------------------|-----------------|
| 1990 | 15,425 | 7,450 |
| 2005 | 10,143 | 5,270 |
| 2007 | 10,393 | 5,590 |
| 2008 | 9,570 | 5,240 |
| 2009 | 9,372 | 5,084 |
| 2010 | 10,084 | 5,122 |
| 2011 | 10,325 | 5,245 |

# Uncertainty and Time-Series Consistency

The uncertainties presented in this section are primarily due to how accurately the emission factor used represents an average across all ammonia plants using natural gas feedstock. Uncertainties are also associated with natural gas feedstock consumption data for the U.S. ammonia industry as a whole, the assumption that all ammonia production and subsequent urea production was from the same process—conventional catalytic reforming of natural gas feedstock, with the exception of one ammonia production plant located in Kansas that is manufacturing ammonia from petroleum coke feedstock. Uncertainty is also associated with the representativeness of the emission factor used for the petroleum coke-based ammonia process. It is also assumed that ammonia and urea are produced at collocated plants from the same natural gas raw material.

Recovery of $CO_2$ from ammonia production plants for purposes other than urea production (e.g., commercial sale) has not been considered in estimating the $CO_2$ emissions from ammonia production, as data concerning the disposition of recovered $CO_2$ are not available. Such recovery may or may not affect the overall estimate of $CO_2$ emissions depending upon the end use to which the recovered $CO_2$ is applied. Further research is required to determine whether byproduct $CO_2$ is being recovered from other ammonia production plants for application to end uses that are not accounted for elsewhere.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-25. Ammonia Production $CO_2$ emissions were estimated to be between 8.1 and 9.5 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 8.0 percent below and 7.1 percent above the emission estimate of 8.8 Tg $CO_2$ Eq.

**Table 4-25:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Ammonia Production (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|--------|-----|------------------------|-----------------------|-----------------------|-----------------|-----------------|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Ammonia Production | $CO_2$ | 8.8 | 8.1 | 9.5 | -8.0% | +7.1% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Ammonia Production source category. Particular attention will be made to ensure time series consistency of the emissions estimates presented in future inventory reports, consistent with IPCC and UNFCCC guidelines. This is required as the facility-level reporting data from EPA's GHGRP, with the program's initial requirements for reporting of emissions in calendar year 2010, are not available for all inventory years (i.e., 1990 through 2009) as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[138] Specifically, the planned improvements include assessing data to update the emission factors to include both fuel and feedstock $CO_2$ emissions and incorporate $CO_2$ capture and storage. Methodologies will also be updated if additional ammonia-production plants are found to use hydrocarbons other than natural gas for ammonia production.

# 4.7 Urea Consumption for Non-Agricultural Purposes

Urea is used as a nitrogenous fertilizer for agricultural applications and also in a variety of industrial applications. Urea's industrial applications include its use as adhesives, binders, sealants, resins, fillers, analytical reagents, catalysts, intermediates, solvents, dyestuffs, fragrances, deodorizers, flavoring agents, humectants and dehydrating agents, formulation components, monomers, paint and coating additives, photosensitive agents, and surface treatments agents. In addition, urea is used for abating nitrous oxide emissions from coal-fired power plants and diesel transportation motors.

Urea is produced using ammonia and $CO_2$ as raw materials. All urea produced in the United States is assumed to be produced at ammonia production facilities where both ammonia and $CO_2$ are generated. The chemical reaction that produces urea is:

$$2\ NH_3 + CO_2 \rightarrow NH_2COONH_4 \rightarrow CO(NH_2)_2 + H_2O$$

This section accounts for $CO_2$ emissions associated with urea consumed exclusively for non-agricultural purposes. $CO_2$ emissions associated with urea consumed for fertilizer are accounted for in the Cropland Remaining Cropland section of the Land Use, Land-Use Change, and Forestry chapter.

Emissions of $CO_2$ from urea consumed for non-agricultural purposes in 2011 were estimated to be 4.3 Tg $CO_2$ Eq. (4,329 Gg), and are summarized in Table 4-26 and Table 4-27.

---

[138] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

**Table 4-26:  $CO_2$ Emissions from Urea Consumption for Non-Agricultural Purposes (Tg $CO_2$ Eq.)**

| Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|--------|------|------|------|------|------|------|------|
| Urea Consumption | 3.8 | 3.7 | 4.9 | 4.1 | 3.4 | 4.4 | 4.3 |
| **Total** | **3.8** | **3.7** | **4.9** | **4.1** | **3.4** | **4.4** | **4.3** |

**Table 4-27:  $CO_2$ Emissions from Urea Consumption for Non-Agricultural Purposes (Gg)**

| Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|--------|------|------|------|------|------|------|------|
| Urea Consumption | 3,784 | 3,653 | 4,944 | 4,065 | 3,415 | 4,365 | 4,329 |
| **Total** | **3,784** | **3,653** | **4,944** | **4,065** | **3,415** | **4,365** | **4,329** |

## Methodology

Emissions of $CO_2$ resulting from urea consumption for non-agricultural purposes are estimated by multiplying the amount of urea consumed in the United States for non-agricultural purposes by a factor representing the amount of $CO_2$ used as a raw material to produce the urea. This method is based on the assumption that all of the C in urea is released into the environment as $CO_2$ during use.

The amount of urea consumed for non-agricultural purposes in the United States is estimated by deducting the quantity of urea fertilizer applied to agricultural lands, which is obtained directly from the Land Use, Land-Use Change, and Forestry chapter (see Table 7-26) and is reported in Table 4-28, from the total domestic supply of urea. The domestic supply of urea is estimated based on the amount of urea produced plus the sum of net urea imports and exports. A factor of 0.73 tons of $CO_2$ per ton of urea consumed is then applied the resulting supply of urea for non-agricultural purposes to estimate $CO_2$ emissions from the amount of urea consumed for non-agricultural purposes. The 0.733 tons of $CO_2$ per ton of urea emission factor is based on the stoichiometry of producing urea from ammonia and $CO_2$. This corresponds to a stochiometric $CO_2$/urea factor of 44/60, assuming complete conversion of $NH_3$ and $CO_2$ to urea (IPCC 2006, EFMA 2000).

Urea production data for 1990 through 2008 were obtained from the Minerals Yearbook: Nitrogen (USGS 1994 through 2009). Urea production data for 2009 through 2010 were obtained from the U.S. Bureau of the Census (2011). Urea production data for 2011 was obtained directly from the same source used in the section for Ammonia Production (Section 4.6) of this report (American Chemistry Council 2012). Urea import data for 2011 were taken from U.S. Fertilizer Import/Exports from USDA Economic Research Service Data Sets (U.S. Department of Agriculture 2012). Urea import data for the previous years were obtained from the U.S. Census Bureau Current Industrial Reports Fertilizer Materials and Related Products annual and quarterly reports for 1997 through 2010 (U.S. Census Bureau 1998 through 2011), The Fertilizer Institute (TFI 2002) for 1993 through 1996, and the United States International Trade Commission Interactive Tariff and Trade DataWeb (U.S. ITC 2002) for 1990 through 1992 (see Table 4-28). Urea export data for 1990 through 2011 were taken from U.S. Fertilizer Import/Exports from USDA Economic Research Service Data Sets (U.S. Department of Agriculture 2012).

**Table 4-28:  Urea Production, Urea Applied as Fertilizer, Urea Imports, and Urea Exports (Gg)**

| Year | Urea Production | Urea Applied as Fertilizer | Urea Imports | Urea Exports |
|------|-----------------|----------------------------|--------------|--------------|
| 1990 | 7,450 | 3,296 | 1,860 | 854 |
| 2005 | 5,270 | 4,779 | 5,026 | 536 |
| 2007 | 5,590 | 5,214 | 6,546 | 271 |
| 2008 | 5,240 | 4,927 | 5,459 | 230 |
| 2009 | 5,084 | 4,864 | 4,727 | 289 |
| 2010 | 5,122 | 5,650 | 6,631 | 152 |
| 2011 | 5,245 | 4,995 | 5,860 | 207 |

# Uncertainty and Time-Series Consistency

The amount of urea used for non-agricultural purposes is estimated based on estimates of urea production, urea imports, urea exports, and the amount of urea used as fertilizer. The primary uncertainties associated with this source category are associated with the accuracy of these estimates as well as the fact that each estimate is obtained from a different data source. There is also uncertainty associated with the assumption that all of the C in urea is released into the environment as $CO_2$ during use.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-29. $CO_2$ emissions associated with urea consumption for non-agricultural purposes were estimated to be between 4.0 and 4.6 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 6.7 percent below and 6.3 percent above the emission estimate of 4.3 Tg $CO_2$ Eq.

**Table 4-29:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Urea Consumption for Non-Agricultural Purposes (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg $CO_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Urea Consumption for Non-Agricultural Purposes | $CO_2$ | 4.3 | 4.0 | 4.6 | -6.7% | +6.3% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

# Planned Improvements

Future improvements to the urea consumption for non-agricultural purposes source category involve continuing to research obtaining data on how much urea is consumed for specific applications in the United States and whether C is released to the environment fully during each application.

# 4.8 Nitric Acid Production (IPCC Source Category 2B2)

Nitric acid ($HNO_3$) is an inorganic compound used primarily to make synthetic commercial fertilizers. It is also a major component in the production of adipic acid—a feedstock for nylon—and explosives. Virtually all of the nitric acid produced in the United States is manufactured by the catalytic oxidation of ammonia (EPA 1997). During this reaction, $N_2O$ is formed as a byproduct and is released from reactor vents into the atmosphere. Emissions from fuels consumed for energy purposes during the production of nitric acid are accounted for in the Energy chapter.

Currently, the nitric acid industry controls for emissions of NO and $NO_2$ (i.e., $NO_x$). As such, the industry in the US uses a combination of non-selective catalytic reduction (NSCR) and selective catalytic reduction (SCR) technologies. In the process of destroying $NO_x$, NSCR systems are also very effective at destroying $N_2O$. However, NSCR units are generally not preferred in modern plants because of high energy costs and associated high gas temperatures. NSCRs were widely installed in nitric plants built between 1971 and 1977. As of 2011, approximately 30 percent of nitric acid plants use NSCR or other catalyst-based $N_2O$ abatement technology, representing 25.6 percent of estimated national nitric acid production (EPA 2010, IFDC 2012, CAR 2013, EPA

2013, EPA 2013a). The remaining 74.4 percent of nitric acid production occurs using SCR or extended absorption, neither of which is known to reduce $N_2O$ emissions.[139]

$N_2O$ emissions from this source were estimated to be 15.5 Tg $CO_2$ Eq. (50 Gg) in 2011 (see Table 4-30). Emissions from nitric acid production have decreased by 14.7 percent since 1990, with the trend in the time series closely tracking the changes in production. Emissions have decreased by 28 percent since 1997, the highest year of production in the time series.

**Table 4-30:  $N_2O$ Emissions from Nitric Acid Production (Tg $CO_2$ Eq. and Gg)**

| Year | Tg $CO_2$ Eq. | Gg |
|------|------|------|
| 1990 | 18.2 | 59 |
| 2005 | 16.9 | 55 |
| 2007 | 19.7 | 64 |
| 2008 | 16.9 | 54 |
| 2009 | 14.0 | 45 |
| 2010 | 16.8 | 54 |
| 2011 | 15.5 | 50 |

## Methodology

For 1990 through 2008, $N_2O$ emissions were calculated by multiplying nitric acid production by the amount of $N_2O$ emitted per unit of nitric acid produced. The emission factor was determined as a weighted average of two known emission factors: 2 kg $N_2O$/metric ton $HNO_3$ produced at plants using non-selective catalytic reduction (NSCR) systems and 9 kg $N_2O$/metric ton $HNO_3$ produced at plants not equipped with NSCR (IPCC 2006). In the process of destroying $NO_x$, NSCR systems destroy 80 to 90 percent of the $N_2O$, which is accounted for in the emission factor of 2 kg $N_2O$/metric ton $HNO_3$. During this period, approximately 88 percent of nitric acid was produced without NSCR systems (EPA 2010, EPA 2013), resulting in an emission factor of 8.1 kg $N_2O$/metric ton $HNO_3$.

In 2009, several nitric acid production facilities that did not have NSCR abatement systems installed were closed (Desai 2012) and one facility installed catalyst-based $N_2O$ abatement technology (CAR 2013). As a result, as of 2009 approximately 26 percent of $HNO_3$ plants in the United States are equipped with NSCR or catalyst-based $N_2O$ abatement technology representing 19.7 percent of estimated national production (EPA 2010, EPA 2013). Therefore, the resulting emission factor is 7.6 kg $N_2O$/metric ton $HNO_3$ for 2009. In 2010, one NSCR plant was not operated (IFDC 2012), bringing the percentage controlled with NSCR or catalyst-based $N_2O$ abatement technology to 17.2 percent of production. This same plant suspended operations through 2011 (IFDC 2011, EPA 2013) while additional production lines began controlling their process with NSCR (CAR 2013), bringing the percent of production controlled with NSCR or catalyst-based $N_2O$ abatement technology up to 25.6 percent by 2011. The resulting emission factor in 2011 is 7.2 kg $N_2O$/metric ton $HNO_3$.

Nitric acid production data for the U.S. for 1990 through 2002 were obtained from the U.S. Census Bureau (2010b); 2003 production data were obtained from the U.S. Census Bureau (2008); 2004 through 2007 production data were obtained from the U.S. Census Bureau (2009); 2008 and 2009 production data were obtained from the U.S. Census Bureau (2010a); and 2010 production data were obtained from the U.S. Census Bureau (2011) (see Table 4-31). The U.S. Census Bureau ceased collecting production data after the second quarter of 2011(2012). The 2011 U.S. Census

---

[139] Number of plants and production lines using $N_2O$ abatement technology is based on publicly available $N_2O$ abatement project and permit information (EPA 2010, CAR 2013, EPA 2013), supplemented with information available from trade associations (IFDC 2012) and non-confidential business information data elements from EPA's GHGRP (EPA 2013a). Using boilerplate production capacity information available for each plant and a national estimate of nitric acid production capacity utilization, we estimate that  approximately 25.6 percent of estimated national nitric acid was produced on lines using NSCR or other catalyst-based $N_2O$ abatement technology as of 2011 (EPA 2010, IFDC 2012, CAR 2013, EPA 2013, EPA 2013a).

Bureau (2012) data that were available showed that the production trends of the first two quarters of 2011 were within 1 percent of the 2010 production over the same period. Therefore, the 2011 production was assumed to be the same as 2010.

**Table 4-31: Nitric Acid Production (Gg)**

| Year | Gg |
|------|-------|
| 1990 | 7,195 |
|      |       |
| 2005 | 6,711 |
|      |       |
| 2007 | 7,827 |
| 2008 | 6,686 |
| 2009 | 5,924 |
| 2010 | 6,931 |
| 2011 | 6,931 |

# Uncertainty and Time-Series Consistency

Uncertainty associated with the parameters used to estimate $N_2O$ emissions includes that of production data, the share of U.S. nitric acid production attributable to each emission abatement technology over the time series, and the emission factors applied to each abatement technology type. While some information has been obtained through outreach with industry associations, limited information is available over the time series for a variety of facility level variables, including plant specific production levels, abatement technology type and installation date and accurate destruction and removal efficiency rates. Some information will be available through EPA's GHGRP, but this data is not available over the time series.

The results of this Tier 2 quantitative uncertainty analysis are summarized in Table 4-32. $N_2O$ emissions from nitric acid production were estimated to be between 9.5 and 21.7 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 39 percent below to 40 percent above the 2011 emissions estimate of 15.5 Tg $CO_2$ Eq.

**Table 4-32: Tier 2 Quantitative Uncertainty Estimates for $N_2O$ Emissions from Nitric Acid Production (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg $CO_2$ Eq.) | | (%) | |
|--------|-----|------|-------------|-------------|-------------|-------------|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Nitric Acid Production | $N_2O$ | 15.5 | 9.5 | 21.7 | -39% | +40% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

# Recalculations

Methodological recalculations were applied to the entire time-series relative to the previous inventory to ensure time-series consistency from 1990 through 2011 to reflect improved information available on abatement technology installation (CAR 2013, EPA 2013). Based on the improved data, the percentage of NSCR-equipped production was revised for the 1990-2008 years from 17.3 percent to 12.3 percent. Furthermore, emission factors were developed for the 2009, 2010 and 2011 years to reflect increasing application of abatement technology across the industry. Details on the emission trends and abatement technology trends through time are described in more detail in the Methodology section, above.

## Planned Improvements

This inventory incorporates research into the availability of facility level nitric acid production data, abatement technology type and installation dates, the share of nitric acid production attributable to various abatement technologies in recent years, as well as efforts to analyze data reported under EPA's GHGRP. These research efforts are especially important given the cancellation of the U.S. Census Bureau's Current Industrial Reports data series, from which national Nitric Acid production data have historically been derived. In examining data from EPA's GHGRP that would be useful to improve the emission estimates for nitric acid production category, particular attention was made to ensure time series consistency of the emissions estimates presented in future inventory reports, consistent with IPCC and UNFCCC guidelines. This is required as the facility-level reporting data from EPA's GHGRP, with the program's initial requirements for reporting of emissions in calendar year 2010, are not available for all inventory years (i.e., 1990 through 2009) as reported in this inventory. Similar research is planned for upcoming years as more recent GHGRP data become available.  In implementing future improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[140]

 A potential improvement to the inventory estimates for this source category would include the derivation of country-specific emission factors, based on data reported under EPA's GHGRP. Aggregating facility-level data elements reported under the GHGRP, specifically emissions and nitric acid production data, EPA will derive a country-specific emission factor for estimating $N_2O$ process emissions in recent years and consider applicability in past years.  If feasible, EPA would propose to include revised estimates in the final GHG inventory published later this spring using these emission factors derived from the specified GHGRP data elements.[141]

# 4.9 Adipic Acid Production (IPCC Source Category 2B3)

Adipic acid production is an anthropogenic source of $N_2O$ emissions.  Worldwide, few adipic acid plants exist.  The United States and Europe are the major producers.  In 2011, the United States had two companies with a total of three adipic acid production facilities, all of which were operational (CW 2007; Desai 2010; VA DEQ 2009; EPA 2012).  The United States accounts for the largest share of global adipic acid production capacity (30 percent), followed by the European Union (29 percent) and China (22 percent) (SEI 2010).  Adipic acid is a white crystalline solid used in the manufacture of synthetic fibers, plastics, coatings, urethane foams, elastomers, and synthetic lubricants.  Commercially, it is the most important of the aliphatic dicarboxylic acids, which are used to manufacture polyesters.  84 percent of all adipic acid produced in the United States is used in the production of nylon 6,6; nine percent is used in the production of polyester polyols; four percent is used in the production of plasticizers; and the remaining four percent is accounted for by other uses, including unsaturated polyester resins and food applications (ICIS 2007).  Food grade adipic acid is used to provide some foods with a "tangy" flavor (Thiemens and Trogler 1991). Emissions from fuels consumed for energy purposes during the production of adipic acid are accounted for in the Energy chapter.

Adipic acid is produced through a two-stage process during which $N_2O$ is generated in the second stage.  The first stage of manufacturing usually involves the oxidation of cyclohexane to form a cyclohexanone/cyclohexanol mixture.  The second stage involves oxidizing this mixture with nitric acid to produce adipic acid.  $N_2O$ is generated

---

[140] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

[141] As stated, the emission factor be derived from aggregating facility level data on nitric acid production and emissions, also considering other reported elements such as use of abatement, type of nitric acid production process (e.g. low, medium, high pressure, etc.).  EPA would further describe derivation of the factors from aggregated facility data and publish the factors themselves in the Nitric Acid Methodology section. In addition, EPA would publish nitric acid production aggregated from annual facility level reports for 2010 and 2011 in Table 4-31.

as a byproduct of the nitric acid oxidation stage and is emitted in the waste gas stream (Thiemens and Trogler 1991). Process emissions from the production of adipic acid vary with the types of technologies and level of emission controls employed by a facility.  In 1990, two of the three major adipic acid-producing plants had $N_2O$ abatement technologies in place and, as of 1998, the three major adipic acid production facilities had control systems in place (Reimer et al. 1999).  One small plant, which last operated in April 2006 and represented approximately two percent of production, did not control for $N_2O$ (VA DEQ 2009; ICIS 2007; VA DEQ 2006).

Very little information on annual trends in the activity data exist for adipic acid. Primary production data is derived from the American Chemistry Council (ACC) *Guide to the Business of Chemistry*, which does not provide source specific trend information. The USGS does not currently publish a Minerals Yearbook for adipic acid, and it is not included in the general USGS Minerals Commodity Summary.

$N_2O$ emissions from adipic acid production were estimated to be 10.6 Tg $CO_2$ Eq. (34 Gg) in 2011 (see Table 4-33). National adipic acid production has increased by approximately 1 percent over the period of 1990 through 2011, to roughly 760,000 metric tons. Over the same period, emissions have been reduced by 33 percent due to both the widespread installation of pollution control measures in the late 1990s and plant idling in the late 2000s.  In April 2006, the smallest of the four facilities ceased production of adipic acid (VA DEQ 2009); furthermore, one of the major adipic acid production facilities was not operational in 2009 or 2010 (Desai 2010). All three remaining facilities were in operation in 2011, but the abatement utilization rate at the largest production plant was much lower in 2011 than in 2010, which resulted in a 141 percent increase in emissions from 2010 (EPA 2012).

**Table 4-33:  $N_2O$ Emissions from Adipic Acid Production (Tg $CO_2$ Eq. and Gg)**

| Year | Tg $CO_2$ Eq. | Gg |
|------|------|------|
| 1990 | 15.8 | 51 |
| | | |
| 2005 | 7.4 | 24 |
| | | |
| 2007 | 10.7 | 34 |
| 2008 | 2.6 | 8 |
| 2009 | 2.8 | 9 |
| 2010 | 4.4 | 14 |
| 2011 | 10.6 | 34 |

## Methodology

Due to confidential business information, plant names are not provided in this section.  The four adipic acid-producing plants will henceforth be referred to as Plants 1 through 4.

For Plants 1 and 2, 1990 to 2011 emission estimates were obtained directly from the plant engineer and account for reductions due to control systems in place at these plants during the time series (Desai 2010, EPA 2012). These estimates were based on continuous process monitoring equipment installed at the two facilities.  In 2009 and 2010, no adipic acid production occurred at Plant 1 (EPA 2012). For Plant 4, $N_2O$ emissions were estimated using the following equation:

$$N_2O \text{ emissions} = (\text{production of adipic acid [metric tons \{MT\} of adipic acid]}) \times (0.3 \text{ MT } N_2O \text{ / MT adipic acid}) \times (1 - [N_2O \text{ destruction factor} \times \text{abatement system utility factor}])$$

The adipic acid production is multiplied by an emission factor (i.e., $N_2O$ emitted per unit of adipic acid produced) , which has been estimated, based on experiments that the reaction stoichiometry for $N_2O$ production in the preparation of adipic acid at approximately 0.3 metric tons of $N_2O$ per metric ton of product (IPCC 2006).  The "$N_2O$ destruction factor" in the equation represents the percentage of $N_2O$ emissions that are destroyed by the installed abatement technology.  The "abatement system utility factor" represents the percentage of time that the abatement equipment operates during the annual production period.  Overall, in the United States, two of the plants employ catalytic destruction (Plants 1 and 2), one plant employs thermal destruction (Plant 3), and the smallest plant that closed in 2006 used no $N_2O$ abatement equipment (Plant 4).

For Plant 3, 2005 through 2011 emissions were obtained directly from the plant engineer and analysis of Greenhouse Gas Reporting Program data (EPA 2012, Desai 2012). For 1990 through 2004, emissions were estimated using plant-specific production data and IPCC factors as described above for Plant 4. Production data for 1990 through 2003 was estimated by allocating national adipic acid production data to the plant level using the ratio of known plant capacity to total national capacity for all U.S. plants. For 2004, actual plant production data were obtained and used for emission calculations (CW 2005).

Plant capacities for 1990 through 1994 were obtained from Chemical and Engineering News, "Facts and Figures" and "Production of Top 50 Chemicals" (C&EN 1992 through 1995). Plant capacities for 1995 and 1996 were kept the same as 1994 data. The 1997 plant capacities were taken from Chemical Market Reporter "Chemical Profile: Adipic Acid" (CMR 1998). The 1998 plant capacities for all four plants and 1999 plant capacities for three of the plants were obtained from Chemical Week, Product Focus: Adipic Acid/Adiponitrile (CW 1999). Plant capacities for 2000 for three of the plants were updated using Chemical Market Reporter, "Chemical Profile: Adipic Acid" (CMR 2001). For 2001 through 2003, the plant capacities for three plants were kept the same as the year 2000 capacities. Plant capacity for 1999 to 2003 for the one remaining plant was kept the same as 1998. For Plant 4, which last operated in April 2006 (VA DEQ 2009), plant-specific production data were obtained across the time series from 1990 through 2008 (VA DEQ 2010). Since the plant has not operated since 2006, production through 2010 was assumed to be zero. The plant-specific production data were then used for calculating emissions as described above.

National adipic acid production data (see Table 4-34) from 1990 through 2011 were obtained from the American Chemistry Council (ACC 2012), although this data was not used in estimating the emissions from adipic acid plants.

**Table 4-34:  Adipic Acid Production (Gg)**

| Year | Gg |
|------|-----|
| 1990 | 755 |
|      |     |
| 2005 | 865 |
|      |     |
| 2007 | 850 |
| 2008 | 805 |
| 2009 | 760 |
| 2010 | 710 |
| 2011 | 760 |

# Uncertainty and Time-Series Consistency

Uncertainty associated with $N_2O$ emission estimates included that of the methods used by companies to monitor and estimate emissions.

The results of this Tier 2 quantitative uncertainty analysis are summarized in Table 4-35. $N_2O$ emissions from adipic acid production for 2011 were estimated to be between 9.6 and 11.6 Tg $CO_2$ Eq. at the 95 percent confidence level. These values indicate a range of approximately 9 percent below to 9 percent above the 2011 emission estimate of 10.6 Tg $CO_2$ Eq.

**Table 4-35:  Tier 2 Quantitative Uncertainty Estimates for $N_2O$ Emissions from Adipic Acid Production (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg $CO_2$ Eq.) | | Uncertainty Range Relative to Emission Estimate[a] (%) | |
|--------|-----|---------|-------------|-------------|-------------|-------------|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Adipic Acid Production | $N_2O$ | 10.6 | 9.6 | 11.6 | -9% | +9% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

## Planned Improvements

Future improvements involve continuing to evaluate, analyze, and use data reported under EPA's GHGRP that would provide more accurate emission estimates for future years, and could also be useful to improve the emission factors used for the Adipic Acid Production source category for years prior to 2010. Particular attention would be made to ensure time series consistency of the emissions estimates presented in future inventory reports, consistent with IPCC and UNFCCC guidelines. This is required as the facility-level reporting data from EPA's GHGRP, with the program's initial requirements for reporting of emissions in calendar year 2010, are not available for all inventory years (i.e., 1990 through 2009) as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories has been, and will continue to be, relied upon.[142] Specifically, the planned improvements include continuing to assess data to update the $N_2O$ emission factors (which could be used to improve historical emission estimates) and update abatement utility and destruction factors based on actual performance of the latest catalytic and thermal abatement equipment at plants with continuous process and emission monitoring equipment.

# 4.10    Silicon Carbide Production (IPCC Source Category 2B4) and Consumption

Carbon dioxide and $CH_4$ are emitted from the production[143] of silicon carbide (SiC), a material used as an industrial abrasive. Emissions from fuels consumed for energy purposes during the production of silicon carbine are accounted for in the Energy chapter. To make SiC, quartz ($SiO_2$) is reacted with C in the form of petroleum coke. A portion (about 35 percent) of the C contained in the petroleum coke is retained in the SiC. The remaining C is emitted as $CO_2$, $CH_4$, or CO.

Carbon dioxide is also emitted from the consumption of SiC for metallurgical and other non-abrasive applications. The USGS reports that a portion (approximately 50 percent) of SiC is used in metallurgical and other non-abrasive applications, primarily in iron and steel production (USGS 2006a). Markets for manufactured abrasives, including SiC, are heavily influenced by activity in the U.S. manufacturing sector, especially in the aerospace, automotive, furniture, housing, and steel manufacturing sectors. As a result of the economic downturn in 2008 and 2009, demand for SiC decreased in those years. Low cost imports, particularly from China, combined with high relative operating costs for domestic producers, continue to put downward pressure on the production of SiC in the United States. However, demand for SiC consumption in the United States has recovered somewhat from its lows in 2009 (USGS 2012a).

Carbon dioxide emissions from SiC production and consumption in 2011 were 0.17 Tg $CO_2$ Eq. (170 Gg). Approximately 54 percent of these emissions resulted from SiC production while the remainder resulted from SiC consumption. Methane emissions from SiC production in 2011 were 0.01 Tg $CO_2$ Eq. $CH_4$ (0.4 Gg) (see Table 4-36: and Table 4-37).

**Table 4-36:  $CO_2$ and $CH_4$ Emissions from Silicon Carbide Production and Consumption (Tg $CO_2$ Eq.)**

| Year | 1990 | | 2005 | | 2007 | 2008 | 2009 | 2010 | 2011 |
|------|------|---|------|---|------|------|------|------|------|
| $CO_2$ | 0.4 | | 0.2 | | 0.2 | 0.2 | 0.1 | 0.2 | 0.2 |

---

[142] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

[143] Silicon carbide is produced for both abrasive and metallurgical applications in the United States. Production for metallurgical applications is not available and therefore both $CH_4$ and $CO_2$ estimates are based solely upon production estimates of silicon carbide for abrasive applications.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $CH_4$ | + | + | + | + | + | + | + |
| **Total** | **0.4** | **0.2** | **0.2** | **0.2** | **0.2** | **0.2** | **0.2** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.
Note: Totals may not sum due to independent rounding.

**Table 4-37: $CO_2$ and $CH_4$ Emissions from Silicon Carbide Production and Consumption (Gg)**

| Year | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 375 | 219 | 196 | 175 | 145 | 181 | 170 |
| $CH_4$ | 1 | + | + | + | + | + | + |

+ Does not exceed 0.5 Gg.

# Methodology

Emissions of $CO_2$ and $CH_4$ from the production of SiC were calculated by multiplying annual SiC production by the emission factors (2.62 metric tons $CO_2$/metric ton SiC for $CO_2$ and 11.6 kg $CH_4$/metric ton SiC for $CH_4$) provided by the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006).

Emissions of $CO_2$ from silicon carbide consumption for metallurgical uses were calculated by multiplying the annual utilization of SiC for metallurgical uses (reported annually in the USGS Minerals Yearbook for Silicon) by the C content of SiC (31.5 percent), which was determined according to the molecular weight ratio of SiC.

Emissions of $CO_2$ from silicon carbide consumption for other non-abrasive uses were calculated by multiplying the annual SiC consumption for non-abrasive uses by the C content of SiC (31.5 percent). The annual SiC consumption for non-abrasive uses was calculated by multiplying the annual SiC consumption (production plus net imports) by the percent used in metallurgical and other non-abrasive uses (50 percent) (USGS 2006a) then minus the SiC consumption for metallurgical use. Production data for 1990 through 2010 were obtained from the Minerals Yearbook: Manufactured Abrasives (USGS 1991a through 2011a and 2012b). Production data for 2011 was taken from the Minerals Commodity Summary: Abrasives (Manufactured) (2012a). Silicon carbide consumption by major end use was obtained from the Minerals Yearbook: Silicon (USGS 1991b through 2011b and 2012c) (see Table 4-38) for years 1990 through 2010. Silicon carbide for metallurgical consumption for 2011 is proxied using 2010 data due to unavailability of data at time of publication. Net imports for the entire time series were obtained from the U.S. Census Bureau (2005 through 2012).

**Table 4-38: Production and Consumption of Silicon Carbide (Metric Tons)**

| Year | Production | Consumption |
|---|---|---|
| 1990 | 105,000 | 172,465 |
| 2005 | 35,000 | 220,149 |
| 2007 | 35,000 | 179,741 |
| 2008 | 35,000 | 144,928 |
| 2009 | 35,000 | 92,280 |
| 2010 | 35,000 | 154,540 |
| 2011 | 35,000 | 136,222 |

# Uncertainty and Time-Series Consistency

There is uncertainty associated with the emission factors used because they are based on stoichiometry as opposed to monitoring of actual SiC production plants. An alternative would be to calculate emissions based on the quantity of petroleum coke used during the production process rather than on the amount of silicon carbide produced. However,

these data were not available.  For $CH_4$, there is also uncertainty associated with the hydrogen-containing volatile compounds in the petroleum coke (IPCC 2006).  There is also uncertainty associated with the use or destruction of methane generated from the process in addition to uncertainty associated with levels of production, net imports, consumption levels, and the percent of total consumption that is attributed to metallurgical and other non-abrasive uses.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-39.  Silicon carbide production and consumption $CO_2$ emissions were estimated to be between 9 percent below and 10 percent above the emission estimate of 0.2 Tg $CO_2$ Eq. at the 95 percent confidence level.  Silicon carbide production $CH_4$ emissions were estimated to be between 9 percent below and 9 percent above the emission estimate of 0.01 Tg $CO_2$ Eq. at the 95 percent confidence level.

**Table 4-39:  Tier 2 Quantitative Uncertainty Estimates for $CH_4$ and $CO_2$ Emissions from Silicon Carbide Production and Consumption (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg $CO_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Silicon Carbide Production and Consumption | $CO_2$ | 0.2 | 0.2 | 0.2 | -9% | +10% |
| Silicon Carbide Production | $CH_4$ | + | + | + | -9% | +9% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.
+ Does not exceed 0.05 Tg $CO_2$ Eq. or 0.5 Gg.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Silicon Carbide Production source category. Particular attention will be made to ensure time series consistency of the emissions estimates presented in future inventory reports, consistent with IPCC and UNFCCC guidelines. This is required as the facility-level reporting data from EPA's GHGRP, with the program's initial requirements for reporting of emissions in calendar year 2010, are not available for all inventory years (i.e., 1990 through 2009) as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[144] In addition, improvements will involve continued research to determine if calcium carbide production and consumption data are available for the United States.  If these data are available, calcium carbide emission estimates will be included in this source category.

# 4.11   Petrochemical Production (IPCC Source Category 2B5)

The production of some petrochemicals results in the release of small amounts of $CH_4$ and $CO_2$ emissions. Petrochemicals are chemicals isolated or derived from petroleum or natural gas.  Methane emissions from the production of carbon black, ethylene, ethylene dichloride, and methanol and $CO_2$ emissions from the production of carbon black are presented here and reported under IPCC Source Category 2B5.  The $CO_2$ emissions from petrochemical processes other than carbon black are currently reported under Carbon Emitted from Non-Energy

---

[144] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

Uses of Fossil Fuels in the Energy chapter. The $CO_2$ from carbon black production is included here to allow for the direct reporting of $CO_2$ emissions from the process and direct accounting of the feedstocks used in the process.

Carbon black is an intense black powder generated by the incomplete combustion of an aromatic petroleum or coal-based feedstock. Most carbon black produced in the United States is added to rubber to impart strength and abrasion resistance, and the tire industry is by far the largest consumer. The other major use of carbon black is as a pigment. Ethylene is consumed in the production processes of the plastics industry including polymers such as high, low, and linear low density polyethylene (HDPE, LDPE, LLDPE), polyvinyl chloride (PVC), ethylene dichloride, ethylene oxide, and ethylbenzene. Ethylene dichloride is one of the first manufactured chlorinated hydrocarbons with reported production as early as 1795. The primary use of ethylene dichloride is in the production of vinyl chloride monomer, the precursor to PVC. Ethylene dichloride was used as a fuel additive until 1996 when leaded gasoline was phased out. Methanol is a chemical feedstock most often converted into formaldehyde, acetic acid and olefins. It is also an alternative transportation fuel as well as an additive used by municipal wastewater treatment facilities in the denitrification of wastewater. Emissions of $CO_2$ and $CH_4$ from petrochemical production in 2011 were 3.5 Tg $CO_2$ Eq. (3,505 Gg) and 3.1 Tg $CH_4$ Eq. (148 Gg), respectively (see Table 4-40 and Table 4-41), totaling 6.6 Tg $CO_2$ Eq. There has been an overall increase in $CO_2$ emissions from carbon black production of 2 percent since 1990. Methane emissions from petrochemical production have increased by approximately 37 percent since 1990.

**Table 4-40: $CO_2$ and $CH_4$ Emissions from Petrochemical Production (Tg $CO_2$ Eq.)**

| Year | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|------|------|------|------|------|------|------|------|
| $CO_2$ | 3.4 | 4.3 | 4.1 | 3.6 | 2.8 | 3.5 | 3.5 |
| $CH_4$ | 2.3 | 3.1 | 3.3 | 2.9 | 2.9 | 3.1 | 3.1 |
| **Total** | **5.7** | **7.5** | **7.3** | **6.5** | **5.7** | **6.5** | **6.6** |

Notes: Totals may not sum due to independent rounding.
$CO_2$ emissions are from carbon black production only.

**Table 4-41: $CO_2$ and $CH_4$ Emissions from Petrochemical Production (Gg)**

| Year | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|------|------|------|------|------|------|------|------|
| $CO_2$ | 3,429 | 4,330 | 4,070 | 3,572 | 2,833 | 3,455 | 3,505 |
| $CH_4$ | 108 | 150 | 155 | 137 | 138 | 146 | 148 |

Note: $CO_2$ emissions are from carbon black production only.

## Methodology

Emissions of $CH_4$ were calculated by multiplying annual estimates of chemical production by the appropriate emission factor, as follows: 0.06 kg $CH_4$/metric ton carbon black, 6 kg $CH_4$/metric ton ethylene, 0.0226 kg $CH_4$/metric ton ethylene dichloride, and 2.3 kg $CH_4$/metric ton methanol. Although the production of other chemicals may also result in $CH_4$ emissions, insufficient data were available to estimate their emissions.

Emission factors were taken from the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006) Annual production data (see Table 4-42) were obtained from the American Chemistry Council's Guide to the Business of Chemistry (ACC 2002, 2003, 2005 through 2012) and the International Carbon Black Association (Johnson 2003 and 2005 through 2012). Methanol production data for 1990 through 2007 were obtained from the ACC Guide to the Business of Chemistry (ACC 2002, 2003, 2005 through 2011). The ACC discontinued its data series for Methanol after 2007, so methanol production data for 2008 through 2011 was obtained through the Methanol Institute (Jordan 2012a and 2012b).

**Table 4-42: Production of Selected Petrochemicals (Thousand Metric Tons)**

| Chemical | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|----------|------|------|------|------|------|------|------|
| Carbon Black | 1,307 | 1,651 | 1,552 | 1,362 | 1,080 | 1,317 | 1,337 |
| Ethylene | 16,542 | 23,975 | 25,415 | 22,555 | 22,610 | 23,975 | 24,410 |
| Ethylene Dichloride | 6,283 | 11,260 | 9,565 | 8,975 | 8,120 | 8,810 | 8,460 |
| Methanol | 3,785 | 2,336 | 1,068 | 810 | 810 | 903 | 760 |

Almost all carbon black in the United States is produced from petroleum-based or coal-based feedstocks using the "furnace black" process (European IPPC Bureau 2004). The furnace black process is a partial combustion process in which a portion of the carbon black feedstock is combusted to provide energy to the process. Carbon black is also produced in the United States by the thermal cracking of acetylene-containing feedstocks ("acetylene black process") and by the thermal cracking of other hydrocarbons ("thermal black process"). One U.S. carbon black plant produces carbon black using the thermal black process, one U.S. carbon black plant produces carbon black using the acetylene black process, (The Innovation Group 2004), and one carbon black plant uses the lampblack process (EPA 2000).

The furnace black process produces carbon black from "carbon black feedstock" (also referred to as "carbon black oil"), which is a heavy aromatic oil that may be derived as a byproduct of either the petroleum refining process or the metallurgical (coal) coke production process. For the production of both petroleum-derived and coal-derived carbon black, the "primary feedstock" (i.e., carbon black feedstock) is injected into a furnace that is heated by a "secondary feedstock" (generally natural gas). Both the natural gas secondary feedstock and a portion of the carbon black feedstock are oxidized to provide heat to the production process and pyrolyze the remaining carbon black feedstock to carbon black. The "tail gas" from the furnace black process contains $CO_2$, carbon monoxide, sulfur compounds, $CH_4$, and non-$CH_4$ volatile organic compounds. A portion of the tail gas is generally burned for energy recovery to heat the downstream carbon black product dryers. The remaining tail gas may also be burned for energy recovery, flared, or vented uncontrolled to the atmosphere.

The calculation of the C lost during the production process is the basis for determining the amount of $CO_2$ released during the process. The C content of national carbon black production is subtracted from the total amount of C contained in primary and secondary feedstock to find the amount of C lost during the production process. It is assumed that the C lost in this process is emitted to the atmosphere as either $CH_4$ or $CO_2$. The C content of the $CH_4$ emissions, estimated as described above, is subtracted from the total C lost in the process to calculate the amount of C emitted as $CO_2$. The total amount of primary and secondary carbon black feedstock consumed in the process (see Table 4-43) is estimated using a primary feedstock consumption factor and a secondary feedstock consumption factor estimated from U.S. Census Bureau (1999, 2004, and 2007) data. The average carbon black feedstock consumption factor for U.S. carbon black production is 1.69 metric tons of carbon black feedstock consumed per metric ton of carbon black produced. The average natural gas consumption factor for U.S. carbon black production is 321 normal cubic meters of natural gas consumed per metric ton of carbon black produced. The amount of C contained in the primary and secondary feedstocks is calculated by applying the respective C contents of the feedstocks to the respective levels of feedstock consumption (EIA 2003, 2004).

**Table 4-43: Carbon Black Feedstock (Primary Feedstock) and Natural Gas Feedstock (Secondary Feedstock) Consumption (Thousand Metric Tons)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Primary Feedstock | 2,213 | 2,794 | 2,627 | 2,305 | 1,828 | 2,229 | 2,262 |
| Secondary Feedstock | 284 | 359 | 337 | 296 | 235 | 286 | 290 |

For the purposes of emission estimation, 100 percent of the primary carbon black feedstock is assumed to be derived from petroleum refining byproducts. Carbon black feedstock derived from metallurgical (coal) coke production (e.g., creosote oil) is also used for carbon black production; however, no data are available concerning the annual consumption of coal-derived carbon black feedstock. Carbon black feedstock derived from petroleum refining byproducts is assumed to be 90 percent elemental C (IPCC 2006). It is assumed that 100 percent of the tail gas produced from the carbon black production process is combusted and that none of the tail gas is vented to the atmosphere uncontrolled. The furnace black process is assumed to be the only process used for the production of carbon black because of the lack of data concerning the relatively small amount of carbon black produced using the acetylene black and thermal black processes. The carbon black produced from the furnace black process is assumed to be 97 percent elemental C (Othmer et al. 1992, IPCC 2006).

# Uncertainty and Time-Series Consistency

The $CH_4$ emission factors used for petrochemical production are based on a limited number of studies. Using plant-specific factors instead of default or average factors could increase the accuracy of the emission estimates; however, such factors were not available for the current publication. There may also be other significant sources of $CH_4$ arising from petrochemical production activities that have not been included in these estimates.

The results of the quantitative uncertainty analysis for the $CO_2$ emissions from carbon black production calculation are based on feedstock consumption, import and export data, and carbon black production data. The composition of carbon black feedstock varies depending upon the specific refinery production process, and therefore the assumption that carbon black feedstock is 90 percent C gives rise to uncertainty. Also, no data are available concerning the consumption of coal-derived carbon black feedstock, so $CO_2$ emissions from the utilization of coal-based feedstock are not included in the emission estimate. In addition, other data sources indicate that the amount of petroleum-based feedstock used in carbon black production may be underreported by the U.S. Census Bureau. Finally, the amount of carbon black produced from the thermal black process and acetylene black process, although estimated to be a small percentage of the total production, is not known. Therefore, there is some uncertainty associated with the assumption that all of the carbon black is produced using the furnace black process.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-44. Petrochemical production $CO_2$ emissions were estimated to be between 2.6 and 4.5 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 26 percent below to 29 percent above the emission estimate of 3.5 Tg $CO_2$ Eq. Petrochemical production $CH_4$ emissions were estimated to be between 2.2 and 4.0 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 29 percent below to 30 percent above the emission estimate of 3.1 Tg $CO_2$ Eq.

**Table 4-44: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Petrochemical Production and $CO_2$ Emissions from Carbon Black Production (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg $CO_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Petrochemical Production | $CO_2$ | 3.5 | 2.6 | 4.5 | -26% | +29% |
| Petrochemical Production | $CH_4$ | 3.1 | 2.2 | 4.0 | -29% | +30% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

# Recalculations

Relative to the previous inventory, emissions data for all years was updated using emission factors published in the 2006 IPCC guidelines (IPCC 2006). Previous reports applied the 1996 IPCC guidelines IPCC/UNEP/OECD/IEA (1997). A significant decrease in $CH_4$ emissions from carbon black production resulted from this recalculation, because the emissions factor in the 2006 IPCC guidelines is based on actual data from three European carbon black facilities. These facilities use thermal treatment to control $CH_4$ emissions, and the assumption of thermal treatment is recommended for North American facilities as well. The feedstock C content for carbon black was revised from 89 to 90 percent based on the values for carbon black feedstock listed in IPCC (2006) rather than the value used in the previous inventory, which was an average of ten petrochemical feedstocks.

The emission factor for ethylene production was revised upward from 1.0 g $CH_4$/kg of product to 6.0 g $CH_4$/kg of product based on the 2006 IPCC guidelines. This emission factor is based on test data from 15 European facilities and reflects the most current knowledge of this process. The emission factor for ethylene dichloride was revised in the 2006 IPCC downward from 0.4 to 0.0226 g $CH_4$/ kg product to reflect the information that $CH_4$ emissions arise only from combustion of natural gas, not from the production process itself.

The net result of these adjustments to emission factors for Petrochemical Production is that the emission estimate for 2011 is higher than it would have been under the previous methodology, an increase from 4.3 to 6.6 Tg $CO_2$ Eq. The

ethylene process is the primary driver of the increase.  A comparison of the results of the two calculation methods is shown in Table 4-44 for the 2011 data. Between the 1996 and 2006 emission factors Ethylene is increased by 2.57 Tg $CO_2$ Eq and Carbon Black decreased by 0.31 Tg $CO_2$ Eq. Overall, the total emission factors increased since IPCC 1996.

## Planned Improvements

Pending resources, a potential improvement to the inventory estimates for this source category would include the derivation of country-specific emission factors, based on data reported under EPA's GHGRP which uses a method similar to IPCC Tier 2 and 3 approaches. Using data elements reported under EPA's GHGRP, specifically emissions and petrochemical production data (i.e., carbon black, ethylene, ethylene oxide, and acrylonitrile) that can be aggregated from facility level to national level for its use, EPA will derive a country-specific emission factor for estimating process emissions for each type of petrochemical produced. The new emissions factors derived from GHGRP data will replace the use of IPCC defaults, as currently described in the methodological section. Additionally, acrylonitrile and ethylene oxide are chemical processes that are included in the IPCC petrochemical production source category, but have not been included in the U.S. estimates of emissions from this category due to a prior lack of data.  Data on production of these two chemicals are not available from public sources used to establish the production and emissions from manufacture of the other petrochemical processes.  However, information from these processes and other petrochemical products are now collected by EPA's GHGRP starting with calendar year 2010. In order to provide estimates for the entire time series (i.e., 1990 through 2009), EPA will need to evaluate applicability of more recent GHGRP data to previous years' estimates, and potentially research additional data that could be utilized to calculate emissions from production of these chemicals.

# 4.12    Titanium Dioxide Production (IPCC Source Category 2B5)

Titanium dioxide ($TiO_2$) is a metal oxide manufactured from titanium ore, and is principally used as a pigment in white paint, lacquers, and varnishes.  Titanium Dioxide is also used as a pigment in the manufacture of paper, foods, plastics, and other products.  There are two processes for making $TiO_2$: the chloride process and the sulfate process. The chloride process uses petroleum coke and chlorine as raw materials and emits process-related $CO_2$.  Emissions from fuels consumed for energy purposes during the production of titanium dioxide are accounted for in the Energy chapter.

The sulfate process does not use petroleum coke or other forms of C as a raw material and does not emit $CO_2$.

The chloride process is based on the following chemical reactions:

$$2 \text{ FeTiO}_3 + 7 \text{ Cl}_2 + 3 \text{ C} \rightarrow 2 \text{ TiCl}_4 + 2 \text{ FeCl}_3 + 3 \text{ CO}_2$$

$$2 \text{ TiCl}_4 + 2 \text{ O}_2 \rightarrow 2 \text{ TiO}_2 + 4 \text{ Cl}_2$$

The C in the first chemical reaction is provided by petroleum coke, which is oxidized in the presence of the chlorine and $FeTiO_3$ (the Ti-containing ore) to form $CO_2$.  Since 2004, all $TiO_2$ produced in the United States is through the chloride process, and a special grade of "calcined" petroleum coke is manufactured specifically for this purpose.

Emissions of $CO_2$ in 2011 were 1.9 Tg $CO_2$ Eq. (1,903 Gg), which represents an increase of 59 percent since 1990 (see Table 4-45).

**Table 4-45:  $CO_2$ Emissions from Titanium Dioxide (Tg $CO_2$ Eq. and Gg)**

| Year | Tg $CO_2$ Eq. | Gg |
|------|------|------|
| 1990 | 1.2 | 1,195 |
| | | |
| 2005 | 1.8 | 1,755 |
| | | |
| 2007 | 1.9 | 1,930 |
| 2008 | 1.8 | 1,809 |
| 2009 | 1.6 | 1,648 |
| 2010 | 1.8 | 1,769 |
| 2011 | 1.9 | 1,903 |

# Methodology

Emissions of $CO_2$ from $TiO_2$ production were calculated by multiplying annual $TiO_2$ production by chloride-process-specific emission factors.

Data were obtained for the total amount of $TiO_2$ produced each year.  For years previous to 2004, it was assumed that $TiO_2$ was produced using the chloride process and the sulfate process in the same ratio as the ratio of the total U.S. production capacity for each process.  As of 2004, the last remaining sulfate-process plant in the United States closed; therefore, 100 percent of post-2004 production uses the chloride process (USGS 2005).  An emission factor of 0.4 metric tons C/metric ton $TiO_2$ was applied to the estimated chloride-process production (IPCC 2006).  It was assumed that all $TiO_2$ produced using the chloride process was produced using petroleum coke, although some $TiO_2$ may have been produced with graphite or other C inputs.  The amount of petroleum coke consumed annually in $TiO_2$ production was calculated based on the assumption that the calcined petroleum coke used in the process is 98.4 percent C and 1.6 percent inert materials (Nelson 1969).

The emission factor for the $TiO_2$ chloride process was taken from the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006).  Titanium dioxide production data and the percentage of total $TiO_2$ production capacity that is chloride process for 1990 through 2010 (see Table 4-46:) were obtained through the Minerals Yearbook: Titanium Annual Report (USGS 1991 through 2012a).  Production data for 2011 was obtained from the Minerals Commodity Summary: Titanium and Titanium Dioxide (USGS 2012b).  Due to lack of available 2011 production capacity data at the time of publication, the 2010 production capacity estimate is used as a proxy for 2011.  Percentage chloride-process data were not available for 1990 through 1993, so data from the 1994 USGS Minerals Yearbook were used for these years.  Because a sulfate-process plant closed in September 2001, the chloride-process percentage for 2001 was estimated based on a discussion with Joseph Gambogi (2002).  By 2002, only one sulfate plant remained online in the United States and this plant closed in 2004 (USGS 2005).

**Table 4-46: Titanium Dioxide Production (Gg)**

| Year | Gg |
|------|------|
| 1990 | 979 |
| | |
| 2005 | 1,310 |
| | |
| 2007 | 1,440 |
| 2008 | 1,350 |
| 2009 | 1,230 |
| 2010 | 1,320 |
| 2011 | 1,420 |

# Uncertainty and Time-Series Consistency

Each year, USGS collects titanium industry data for titanium mineral and pigment production operations. If $TiO_2$

pigment plants do not respond, production from the operations is estimated on the basis of prior year production levels and industry trends. Variability in response rates varies from 67 to 100 percent of $TiO_2$ pigment plants over the time series.

Although some $TiO_2$ may be produced using graphite or other C inputs, information and data regarding these practices were not available. Titanium dioxide produced using graphite inputs, for example, may generate differing amounts of $CO_2$ per unit of $TiO_2$ produced as compared to that generated through the use of petroleum coke in production. While the most accurate method to estimate emissions would be to base calculations on the amount of reducing agent used in each process rather than on the amount of $TiO_2$ produced, sufficient data were not available to do so.

As of 2004, the last remaining sulfate-process plant in the United States closed. Since annual $TiO_2$ production was not reported by USGS by the type of production process used (chloride or sulfate) prior to 2004 and only the percentage of total production capacity by process was reported, the percent of total $TiO_2$ production capacity that was attributed to the chloride process was multiplied by total $TiO_2$ production to estimate the amount of $TiO_2$ produced using the chloride process. Finally, the emission factor was applied uniformly to all chloride-process production, and no data were available to account for differences in production efficiency among chloride-process plants. In calculating the amount of petroleum coke consumed in chloride-process $TiO_2$ production, literature data were used for petroleum coke composition. Certain grades of petroleum coke are manufactured specifically for use in the $TiO_2$ chloride process; however, this composition information was not available.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-47:. Titanium dioxide consumption $CO_2$ emissions were estimated to be between 1.6 and 2.2 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 15 percent below and 15 percent above the emission estimate of 1.9 Tg $CO_2$ Eq.

**Table 4-47: Tier 2 Quantitative Uncertainty Estimates for CO$_2$ Emissions from Titanium Dioxide Production (Tg CO$_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg CO$_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg CO$_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Titanium Dioxide Production | CO$_2$ | 1.9 | 1.6 | 2.2 | -15% | +15% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

# Recalculations

Production data for 2010 were updated relative to the previous inventory based on recently published data in the USGS Minerals Yearbook: Titanium 2010 (USGS 2012b). This resulted in a 6 percent decrease in 2010 $CO_2$ emissions from $TiO_2$ production relative to the previous report.

# Planned Improvements

Pending resources, a potential improvement to the inventory estimates for this source category would include the derivation of country-specific emission factors, based on data reported under EPA's GHGRP. Using data elements reported under the GHGRP, specifically emissions and titanium production data that can be aggregated at the national level for its use, EPA will derive a country-specific emission factor for estimating process emissions. The emission factor will be derived from aggregating annual facility-level process line data on annual titanium dioxide production and facility level emissions,. Information on titanium dioxide production is collected by EPA's GHGRP starting with calendar year 2010. In order to provide estimates for the entire time series (i.e., 1990 through 2009), EPA will need to evaluate applicability of more recent GHGRP data to previous years estimates and potentially research additional data that could be utilized in the calculations for this source category. In implementing

improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[145]

In addition, the planned improvements include researching the significance of titanium-slag production in electric furnaces and synthetic-rutile production using the Becher process in the United States.  Significant use of these production processes will be included in future estimates.

# 4.13    Carbon Dioxide Consumption (IPCC Source Category 2B5)

$CO_2$ is used for a variety of commercial applications, including food processing, chemical production, carbonated beverage production, and refrigeration, and is also used in petroleum production for enhanced oil recovery (EOR). Carbon dioxide used for EOR is injected into the underground reservoirs to increase the reservoir pressure to enable additional petroleum to be produced. For the most part, $CO_2$ used in non-EOR applications will eventually be released to the atmosphere, and for the purposes of this analysis $CO_2$ used in commercial applications other than EOR is assumed to be emitted to the atmosphere.  Carbon dioxide used in EOR applications is discussed in the Energy Chapter under "Carbon Capture and Storage, including Enhanced Oil Recovery" and is not discussed in this section.

$CO_2$ is produced from naturally occurring $CO_2$ reservoirs, as a byproduct from the energy and industrial production processes (e.g., ammonia production, fossil fuel combustion, ethanol production), and as a byproduct from the production of crude oil and natural gas, which contain naturally occurring $CO_2$ as a component.  Only $CO_2$ produced from naturally occurring $CO_2$ reservoirs and used in industrial applications other than EOR is included in this analysis.  Neither byproduct $CO_2$ generated from energy nor industrial production processes nor $CO_2$ separated from crude oil and natural gas are included in this analysis for a number of reasons.  Carbon dioxide captured from biogenic sources (e.g., ethanol production plants) is not included in the inventory.  Carbon dioxide captured from crude oil and gas production is used in EOR applications and is therefore reported in the Energy Chapter.  Any $CO_2$ captured from industrial or energy production processes (e.g., ammonia plants, fossil fuel combustion) and used in non-EOR applications is assumed to be emitted to the atmosphere.  The $CO_2$ emissions from such capture and use are therefore accounted for under Ammonia Production, Fossil Fuel Combustion, or other appropriate source category.[146]

$CO_2$ is produced as a byproduct of crude oil and natural gas production.  This $CO_2$ is separated from the crude oil and natural gas using gas processing equipment, and may be emitted directly to the atmosphere, or captured and reinjected into underground formations, used for EOR, or sold for other commercial uses.  A further discussion of $CO_2$ used in EOR is described in the Energy Chapter under the text box titled "Carbon Dioxide Transport, Injection, and Geological Storage."  The only $CO_2$ consumption that is accounted for in this analysis is $CO_2$ produced from naturally-occurring $CO_2$ reservoirs that is used in commercial applications other than EOR.

There are currently three facilities, one in Mississippi (Jackson Dome) and two in New Mexico (Bravo Dome and West Bravo Dome), producing $CO_2$ from naturally occurring $CO_2$ reservoirs for use in both EOR and in other commercial applications (e.g., chemical manufacturing, food production).  A fourth facility in Colorado (McCallum Dome) is producing $CO_2$ from naturally occurring $CO_2$ reservoirs for commercial applications only.  There are other naturally occurring $CO_2$ reservoirs, mostly located in the western United States, that produce $CO_2$ but they are only producing $CO_2$ for EOR applications, not for other commercial applications (Allis et al. 2000).  Carbon dioxide production from these facilities is discussed in the Energy Chapter.

---

[145] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

[146] There are currently four known electric power plants operating in the U.S. that capture $CO_2$ for use as food-grade $CO_2$ or other industrial processes; however, insufficient data prevents estimating emissions from these activities as part of $CO_2$ Consumption.

In 2011, the amount of $CO_2$ produced by the Colorado, Mississippi, and New Mexico facilities for commercial applications and subsequently emitted to the atmosphere was 1.8 Tg $CO_2$ Eq. (1,811 Gg) (see Table 4-48). This is a decrease of 18 percent from the previous year and an increase of 28 percent since 1990. This increase was largely due to an in increase in production at the Mississippi facility, despite the low percentage (9 percent) of the facility's total reported production that was used for commercial applications in 2011.

**Table 4-48:  $CO_2$ Emissions from $CO_2$ Consumption (Tg $CO_2$ Eq. and Gg)**

| Year | Tg $CO_2$ Eq. | Gg |
|------|------|------|
| 1990 | 1.4 | 1,416 |
| 2005 | 1.3 | 1,321 |
| 2007 | 1.9 | 1,867 |
| 2008 | 1.8 | 1,780 |
| 2009 | 1.8 | 1,784 |
| 2010 | 2.2 | 2,203 |
| 2011 | 1.8 | 1,811 |

# Methodology

$CO_2$ emission estimates for 1990 through 2011 were based on production data for the four facilities currently producing $CO_2$ from naturally-occurring $CO_2$ reservoirs for use in non-EOR applications. Some of the $CO_2$ produced by these facilities is used for EOR and some is used in other commercial applications (e.g., chemical manufacturing, food production). It is assumed that 100 percent of the $CO_2$ production used in commercial applications other than EOR is eventually released into the atmosphere.

$CO_2$ production data and the percentage of production that was used for non-EOR applications for the Jackson Dome, Mississippi facility were obtained from Advanced Resources International (ARI 2006, 2007) for 1990 to 2000 and from the Annual Reports of Denbury Resources (Denbury Resources 2002 through 2012) for 2001 to 2011 (see Table 4-49). Denbury Resources reported the average $CO_2$ production in units of MMCF $CO_2$ per day for 2001 through 2011 and reported the percentage of the total average annual production that was used for EOR. Production from 1990 to 2000 was set equal to 2001 production. Carbon dioxide production data for the Bravo Dome, New Mexico facilities were obtained from ARI for 1990 through 2010. Data for the West Bravo Dome facility was only available for 2009 and 2010. Since 2011 $CO_2$ production was not available for Bravo Dome facilities, 2010 data was used as a proxy for 2011. The percentage of total production that was used for non-EOR applications were obtained from the New Mexico Bureau of Geology and Mineral Resources (Broadhead 2003 and New Mexico Bureau of Geology and Mineral Resources 2006). Production data for the McCallum Dome, Colorado facility were obtained from the Colorado Oil and Gas Conservation Commission (COGCC) for 1999 through 2011 (COGCC 2012). Production data for 1990 to 1998 and percentage of production used for EOR were assumed to be the same as for 1999.

**Table 4-49:  $CO_2$ Production (Gg $CO_2$) and the Percent Used for Non-EOR Applications**

| Year | Jackson Dome, MS $CO_2$ Production (Gg) (% Non-EOR) | Bravo Dome, NM $CO_2$ Production (Gg) (% Non-EOR) | West Bravo Dome, NM $CO_2$ Production (Gg) (% Non-EOR) | McCallum Dome, CO $CO_2$ Production (Gg) (% Non-EOR) |
|------|------|------|------|------|
| 1990 | 1,353 (100%) | 6,301 (1%) | - | 0.07 (100%) |
| 2005 | 4,678 (27%) | 5,799 (1%) | - | 0.06 (100%) |
| 2007 | 9,529 (19%) | 5,605 (1%) | - | 0.07 (100%) |
| 2008 | 12,312 (14%) | 5,605 (1%) | - | 0.07 (100%) |
| 2009 | 13,201 (13%) | 4,639 (1%) | 2,126 (1%) | 0.02 (100%) |
| 2010 | 16,487 (13%) | 4,832 (1%) | 870 (1%) | 0.05 (100%) |
| 2011 | 19,487 (9%) | 4,832 (1%) | 870 (1%) | 0.03 (100%) |

## Uncertainty and Time-Series Consistency

Uncertainty is associated with the number of facilities that are currently producing $CO_2$ from naturally occurring $CO_2$ reservoirs for commercial uses other than EOR, and for which the $CO_2$ emissions are not accounted for elsewhere. Research indicates that there are only two such facilities, which are in New Mexico and Mississippi; however, additional facilities may exist that have not been identified. In addition, it is possible that $CO_2$ recovery exists in particular production and end-use sectors that are not accounted for elsewhere. Such recovery may or may not affect the overall estimate of $CO_2$ emissions from that sector depending upon the end use to which the recovered $CO_2$ is applied. Further research is required to determine whether $CO_2$ is being recovered from other facilities for application to end uses that are not accounted for elsewhere.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-50. Carbon dioxide consumption $CO_2$ emissions were estimated to be between 1.4 and 2.4 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 25 percent below to 30 percent above the emission estimate of 1.8 Tg $CO_2$ Eq.

**Table 4-50: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from $CO_2$ Consumption (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2010 Emission Estimate (Tg CO₂ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg CO₂ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| CO₂ Consumption | CO₂ | 1.8 | 1.4 | 2.4 | -25% | +30% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Carbon Dioxide Consumption source category. Particular attention will be made to ensure time series consistency of the emissions estimates presented in future inventory reports, consistent with IPCC and UNFCCC guidelines. This is required as the facility-level reporting data from EPA's GHGRP, with the program's initial requirements for reporting of emissions in calendar year 2010, are not available for all inventory years (i.e., 1990 through 2009) as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[147]

# 4.14   Phosphoric Acid Production (IPCC Source Category 2B5)

Phosphoric acid ($H_3PO_4$) is a basic raw material in the production of phosphate-based fertilizers. Phosphate rock is mined in Florida, North Carolina, Idaho, Utah, and other areas of the United States and is used primarily as a raw material for phosphoric acid production. The production of phosphoric acid from phosphate rock produces byproduct gypsum ($CaSO_4$-2$H_2O$), referred to as phosphogypsum.

---

[147] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

The composition of natural phosphate rock varies depending upon the location where it is mined. Natural phosphate rock mined in the United States generally contains inorganic C in the form of calcium carbonate (limestone) and also may contain organic C. The chemical composition of phosphate rock (francolite) mined in Florida is:

$$Ca_{10-x-y} Na_x Mg_y (PO_4)_{6-x}(CO_3)_x F_{2+0.4x}$$

The calcium carbonate component of the phosphate rock is integral to the phosphate rock chemistry. Phosphate rock can also contain organic C that is physically incorporated into the mined rock but is not an integral component of the phosphate rock chemistry. Phosphoric acid production from natural phosphate rock is a source of $CO_2$ emissions, due to the chemical reaction of the inorganic C (calcium carbonate) component of the phosphate rock.

The phosphoric acid production process involves chemical reaction of the calcium phosphate ($Ca_3(PO_4)_2$) component of the phosphate rock with sulfuric acid ($H_2SO_4$) and recirculated phosphoric acid ($H_3PO_4$) (EFMA 2000). The primary chemical reactions for the production of phosphoric acid from phosphate rock are:

$$Ca_3(PO_4)_2 + 4H_3PO_4 \rightarrow 3Ca(H_2PO_4)_2$$

$$3Ca(H_2PO_4)_2 + 3H_2SO_4 + 6H_2O \rightarrow 3CaSO_4 \bullet 6H_2O + 6H_3PO_4$$

The limestone ($CaCO_3$) component of the phosphate rock reacts with the sulfuric acid in the phosphoric acid production process to produce calcium sulfate (phosphogypsum) and $CO_2$. Emissions from fuels consumed for energy purposes during the production of phosphoric acid are accounted for in the Energy chapter. The chemical reaction for the limestone-sulfuric acid reaction is:

$$CaCO_3 + H_2SO_4 + H_2O \rightarrow CaSO_4 \bullet 2H_2O + CO_2$$

Total U.S. phosphate rock production sold or used in 2011 was 28.6 million metric tons (USGS 2012). Approximately 80 percent of domestic phosphate rock production was mined in Florida and North Carolina, while approximately 20 percent of production was mined in Idaho and Utah. Total imports of phosphate rock in 2011 were 3.4 million metric tons (USGS 2012). The vast majority, 99 percent, of imported phosphate rock is sourced from Morocco (USGS 2005). Phosphate rock production, including domestic production and imports for consumption, increased between 2010 and 2011 by 5 percent. Over the 1990 to 2011 period, domestic production has decreased by nearly 43 percent. Total $CO_2$ emissions from phosphoric acid production were 1.2 Tg $CO_2$ Eq. (1,151 Gg) in 2011 (see Table 4-51). After experiencing weak market conditions due to the global economic downturn in 2008 and 2009, demand for and trade in phosphate rock increased in 2010 and 2011 (USGS 2012).

**Table 4-51:  CO₂ Emissions from Phosphoric Acid Production (Tg CO₂ Eq. and Gg)**

| Year | Tg CO₂ Eq. | Gg |
|------|-----------|-------|
| 1990 | 1.5 | 1,529 |
| 2005 | 1.3 | 1,342 |
| 2007 | 1.2 | 1,203 |
| 2008 | 1.1 | 1,132 |
| 2009 | 1.0 | 977 |
| 2010 | 1.1 | 1,087 |
| 2011 | 1.2 | 1,151 |

# Methodology

$CO_2$ emissions from production of phosphoric acid from phosphate rock are calculated by multiplying the average amount of calcium carbonate contained in the natural phosphate rock by the amount of phosphate rock that is used annually to produce phosphoric acid, accounting for domestic production and net imports for consumption.

The $CO_2$ emissions calculation methodology is based on the assumption that all of the inorganic C (calcium carbonate) content of the phosphate rock reacts to $CO_2$ in the phosphoric acid production process and is emitted with the stack gas. The methodology also assumes that none of the organic C content of the phosphate rock is converted to $CO_2$ and that all of the organic C content remains in the phosphoric acid product.

From 1993 to 2004, the *USGS Mineral Yearbook: Phosphate Rock* disaggregated phosphate rock mined annually in Florida and North Carolina from phosphate rock mined annually in Idaho and Utah, and reported the annual amounts of phosphate rock exported and imported for consumption (see Table 4-52).  For the years 1990, 1991, 1992, and 2005 through 2011, only nationally aggregated mining data was reported by USGS.  For the years 1990, 1991, and 1992, the breakdown of phosphate rock mined in Florida and North Carolina, and the amount mined in Idaho and Utah, are approximated using average share of U.S. production in those states from 1993 to 2004 data. For the years 2005 through 2011, the same approximation method is used, but the share of U.S. production in those states data were obtained from the USGS commodity specialist for phosphate rock (USGS 2012). Data for domestic sales or consumption of phosphate rock, exports of phosphate rock (primarily from Florida and North Carolina), and imports of phosphate rock for consumption for 1990 through 2011 were obtained from *USGS Minerals Yearbook: Phosphate Rock* (USGS 1994 through 2011, 2013).  From 2004 through 2011, the USGS reported no exports of phosphate rock from U.S. producers (USGS 2005 through 2011, USGS 2012).

The carbonate content of phosphate rock varies depending upon where the material is mined.  Composition data for domestically mined and imported phosphate rock were provided by the Florida Institute of Phosphate Research (FIPR 2003).  Phosphate rock mined in Florida contains approximately 1 percent inorganic C, and phosphate rock imported from Morocco contains approximately 1.46 percent inorganic C.  Calcined phosphate rock mined in North Carolina and Idaho contains approximately 0.41 percent and 0.27 percent inorganic C, respectively (see Table 4-53).

Carbonate content data for phosphate rock mined in Florida are used to calculate the $CO_2$ emissions from consumption of phosphate rock mined in Florida and North Carolina (80 percent of domestic production) and carbonate content data for phosphate rock mined in Morocco are used to calculate $CO_2$ emissions from consumption of imported phosphate rock.  The $CO_2$ emissions calculation is based on the assumption that all of the domestic production of phosphate rock is used in uncalcined form.  As of 2006, the USGS noted that one phosphate rock producer in Idaho produces calcined phosphate rock; however, no production data were available for this single producer (USGS 2006).  The USGS confirmed that no significant quantity of domestic production of phosphate rock in 2011 is in the calcined form (USGS 2012).

**Table 4-52:  Phosphate Rock Domestic Consumption, Exports, and Imports (Gg)**

| Location/Year | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| U.S. Domestic | | | | | | | |
| Consumption[a] | 49,800 | 35,200 | 31,100 | 28,900 | 25,500 | 28,100 | 28,600 |
| FL & NC | 42,494 | 28,160 | 24,880 | 23,120 | 20,400 | 22,480 | 22,880 |
| ID & UT | 7,306 | 7,040 | 6,220 | 5,780 | 5,100 | 5,620 | 5,720 |
| Exports—FL & NC | 6,240 | - | - | - | - | - | - |
| Imports—Morocco | 451 | 2,630 | 2,670 | 2,750 | 2,000 | 2,400 | 3,350 |
| **Total U.S.** | | | | | | | |
| **Consumption** | **44,011** | **37,830** | **33,770** | **31,650** | **27,500** | **30,500** | **31,950** |

[a] USGS does not disaggregate production data regionally (FL & NC and ID & UT) for 1990 and 2005 through 2011.  Data for those years are estimated based on information from the USGS commodity specialist (USGS 2012).
- Assumed equal to zero.

**Table 4-53:  Chemical Composition of Phosphate Rock (percent by weight)**

| Composition | Central Florida | North Florida | North Carolina (calcined) | Idaho (calcined) | Morocco |
|---|---|---|---|---|---|
| Total Carbon (as C) | 1.60 | 1.76 | 0.76 | 0.60 | 1.56 |
| Inorganic Carbon (as C) | 1.00 | 0.93 | 0.41 | 0.27 | 1.46 |
| Organic Carbon (as C) | 0.60 | 0.83 | 0.35 | - | 0.10 |
| Inorganic Carbon (as $CO_2$) | 3.67 | 3.43 | 1.50 | 1.00 | 5.00 |

Source: FIPR 2003
- Assumed equal to zero.

# Uncertainty and Time-Series Consistency

Phosphate rock production data used in the emission calculations were developed by the USGS through monthly and semiannual voluntary surveys of the active phosphate rock mines during 2011. For previous years in the time series, USGS provided the data disaggregated regionally; however, beginning in 2006 only total U.S. phosphate rock production were reported. Regional production for 2011 was estimated based on regional production data from previous years and multiplied by regionally-specific emission factors. There is uncertainty associated with the degree to which the estimated 2011 regional production data represents actual production in those regions. Total U.S. phosphate rock production data are not considered to be a significant source of uncertainty because all the domestic phosphate rock producers report their annual production to the USGS. Data for exports of phosphate rock used in the emission calculation are reported by phosphate rock producers and are not considered to be a significant source of uncertainty. Data for imports for consumption are based on international trade data collected by the U.S. Census Bureau. These U.S. government economic data are not considered to be a significant source of uncertainty.

An additional source of uncertainty in the calculation of $CO_2$ emissions from phosphoric acid production is the carbonate composition of phosphate rock; the composition of phosphate rock varies depending upon where the material is mined, and may also vary over time. Another source of uncertainty is the disposition of the organic C content of the phosphate rock. A representative of the FIPR indicated that in the phosphoric acid production process, the organic C content of the mined phosphate rock generally remains in the phosphoric acid product, which is what produces the color of the phosphoric acid product (FIPR 2003a). Organic C is therefore not included in the calculation of $CO_2$ emissions from phosphoric acid production.

A third source of uncertainty is the assumption that all domestically-produced phosphate rock is used in phosphoric acid production and used without first being calcined. Calcination of the phosphate rock would result in conversion of some of the organic C in the phosphate rock into $CO_2$. However, according to air permit information available to the public, at least one facility has calcining units permitted for operation (NCDENR, 2013).

Finally, USGS indicated that approximately 7 percent of domestically-produced phosphate rock is used to manufacture elemental phosphorus and other phosphorus-based chemicals, rather than phosphoric acid (USGS 2006). According to USGS, there is only one domestic producer of elemental phosphorus, in Idaho, and no data were available concerning the annual production of this single producer. Elemental phosphorus is produced by reducing phosphate rock with coal coke, and it is therefore assumed that 100 percent of the carbonate content of the phosphate rock will be converted to $CO_2$ in the elemental phosphorus production process. The calculation for $CO_2$ emissions is based on the assumption that phosphate rock consumption, for purposes other than phosphoric acid production, results in $CO_2$ emissions from 100 percent of the inorganic C content in phosphate rock, but none from the organic C content.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-54. Phosphoric acid production $CO_2$ emissions were estimated to be between 0.9 and 1.4 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 18 percent below and 18 percent above the emission estimate of 1.2 Tg $CO_2$ Eq.

### Table 4-54: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Phosphoric Acid Production (Tg $CO_2$ Eq. and Percent)

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Phosphoric Acid Production | $CO_2$ | 1.2 | 0.9 | 1.4 | -18% | +18% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

## Recalculations

Emissions were updated relative to the previous inventory based on data for apparent consumption of phosphate rock (phosphate rock sold or consumed) for the years 2005 through 2010 (USGS 2012). Previous estimates were made using production of phosphate rock. This resulted in a net decrease in emissions from 2005 through 2010 of less than 1 percent relative to the previous report.

## Planned Improvements

Pending resources, a potential improvement to the inventory estimates for this source category would include updating the inorganic carbon content of phosphate rock based on data reported under EPA's GHGRP. This new inorganic carbon content factor would be applied to regional phosphate rock consumption aggregated from facility level reports in the methodology, replacing use of USGS national-level data for 2010 and onward. Information from phosphoric acid producers is now collected by EPA's GHGRP starting with calendar year 2010. In order to provide estimates for the entire time series (i.e. 1990 through 2009), EPA will need to evaluate applicability of more recent GHGRP data to previous years estimates and potentially research additional data that could be utilized in the calculations for this source category.

# 4.15    Iron and Steel Production (IPCC Source Category 2C1) and Metallurgical Coke Production

The production of iron and steel is an energy-intensive activity that generates process-related emissions of $CO_2$ and $CH_4$. Process emissions occur at each step of steel production from the production of raw materials to the refinement of iron to the making of crude steel. In the United States, steel is produced through both primary and secondary processes. Historically, primary production—using a basic oxygen furnace (BOF) with pig iron as the primary feedstock—has been the dominant method. However, secondary production using scrap steel in electric arc furnaces (EAFs) has increased significantly in recent years due to the increased availability of scrap steel and the resultant economic advantages of steel recycling. Total production of crude steel in the United States between 2000 and 2008 ranged from a low of 99,320,000 tons to a high of 109,879,000 tons (2001 and 2004, respectively). Due to the decrease in demand caused by the global economic downturn (particularly from the automotive industry), crude steel production in the United States sharply decreased to 65,460,000 tons in 2009. In 2010, crude steel production rebounded to 88,730,000 tons as economic conditions improved and then increased further to 95,240,000 tons in 2011 (AISI 2012).

Metallurgical coke is an important input in the production of iron and steel. The metallurgical coke production process produces $CO_2$ emissions and fugitive $CH_4$ emissions.

Coke is used to produce iron or pig iron feedstock from raw iron ore. The production of metallurgical coke from coking coal may occur either on-site at "integrated" iron and steel plants or off-site at "merchant" coke plants. Metallurgical coke is produced by heating coking coal in a coke oven in a low-oxygen environment; this heating drives off the volatile components of the coking coal and produces coal (metallurgical) coke. Carbon-containing byproducts of the metallurgical coke manufacturing process include coke oven gas, coal tar, coke breeze (small-grade coke oven coke with particle size <5 mm) and light oil. Coke oven gas typically is recovered and used as fuel for underfiring the coke ovens, as well as a process gas and fuel within the iron and steel mill. Small amounts of coke oven gas are also sold as synthetic natural gas outside of iron and steel mills (and are accounted for in the Energy chapter). Coal tar is used as a raw material to produce anodes used for primary aluminum production, EAF steel production, and other electrolytic processes, and also is used in the production of other coal tar products. Coke breeze may be used in the sintering process. Light oil is sold to petroleum refiners who use the material as an additive for gasoline.

Iron is produced by first reducing iron oxide (iron ore) with metallurgical coke in a blast furnace. Iron can be introduced into the blast furnace in the form of raw iron ore, taconite pellets (9-16 mm iron-containing spheres), briquettes, or sinter. In addition to metallurgical coke and iron, other inputs to the blast furnace include natural gas, fuel oil, and coke oven gas. The carbon in the metallurgical coke used in the blast furnace combines with oxides in the iron ore in a reducing atmosphere to produce blast furnace gas containing carbon monoxide (CO) and $CO_2$. The CO is then converted and emitted as $CO_2$ when combusted to either pre-heat the blast air used in the blast furnace or for other purposes at the steel mill. This pig iron or crude iron that is produced from this process contains about 3 to 5 percent carbon by weight. The pig iron production process in a blast furnace produces $CO_2$ emissions and fugitive $CH_4$ emissions.

Iron can also be produced through the direct reduction process; wherein, iron ore is reduced to metallic iron in the solid state at process temperatures less than 1000 °C. Direct reduced iron production results in process emissions of $CO_2$ and $CH_4$ through the consumption of natural gas used during the reduction process.

Sintering is a thermal process by which fine iron-bearing particles, such as from air emission control system dust, are baked, which causes the material to agglomerate into roughly one-inch pellets that are then recharged into the blast furnace for pig iron production. Iron ore particles may also be formed into larger pellets or briquettes by mechanical means, and then agglomerated by heating. The agglomerate is then crushed and screened to produce an iron-bearing feed that is charged into the blast furnace. The sintering process produces $CO_2$ and fugitive $CH_4$ emissions through the consumption of carbonaceous inputs (e.g., coke breeze, etc.) during the sintering process.

Steel is produced from varying levels of pig iron and scrap steel in specialized BOF and EAF steel-making furnaces. Carbon inputs to BOF steel-making furnaces include pig iron and scrap steel as well as natural gas, fuel oil, and fluxes (e.g., limestone, dolomite, etc.). In a BOF, the carbon in iron and scrap steel combines with high-purity oxygen to reduce the carbon content of the metal to the amount desired for the specified grade of steel. EAFs use carbon electrodes, charge carbon, and other materials (e.g., natural gas, etc.) to aid in melting metal inputs (primarily recycled scrap steel), which are refined and alloyed to produce the desired grade of steel. Carbon dioxide emissions occur in BOFs through the reduction process. In EAFs, $CO_2$ emissions result primarily from the consumption of carbon electrodes and also from the consumption of supplemental carbon-containing materials used to augment the melting process.

In addition to the production processes mentioned above, $CO_2$ is also generated at iron and steel mills through the consumption of process byproducts (e.g., blast furnace gas, coke oven gas, etc.) used for various purposes including heating, annealing, and electricity generation. Process byproducts sold for use as synthetic natural gas are deducted and reported in the Energy chapter (emissions associated with natural gas and fuel oil consumption for these purposes are reported in the Energy chapter).

The majority of $CO_2$ emissions from the iron and steel production process come from the use of metallurgical coke in the production of pig iron and from the consumption of other process byproducts at the iron and steel mill, with lesser amounts emitted from the use of flux and from the removal of carbon from pig iron used to produce steel. Some carbon is also stored in the finished iron and steel products.

According to the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006), the production of metallurgical coke from coking coal is considered to be an energy use of fossil fuel and the use of coke in iron and steel production is considered to be an industrial process source. Therefore, the Guidelines suggest that emissions from the production of metallurgical coke should be reported separately in the Energy source, while emissions from coke consumption in iron and steel production should be reported in the industrial process source. However, the approaches and emission estimates for both metallurgical coke production and iron and steel production are both presented here because the activity data used to estimate emissions from metallurgical coke production have significant overlap with activity data used to estimate iron and steel production emissions. In addition, some byproducts (e.g., coke oven gas, etc.) of the metallurgical coke production process are consumed during iron and steel production, and some byproducts of the iron and steel production process (e.g., blast furnace gas, etc.) are consumed during metallurgical coke production. Emissions associated with the consumption of these byproducts are attributed to the point of consumption. For example, $CO_2$ emissions associated with the combustion of coke oven gas in the blast furnace during pig iron production are attributed to pig iron production. Emissions associated with the use of conventional fuels (e.g., natural gas, fuel oil, etc.) for electricity generation, heating and annealing, or other miscellaneous purposes downstream of the iron and steelmaking furnaces are reported in the Energy chapter.

## Metallurgical Coke Production

Emissions of $CO_2$ and $CH_4$ from metallurgical coke production in 2011 were 1.4 Tg $CO_2$ Eq. (1,425 Gg) and less than 0.00003 Tg $CO_2$ Eq. (less than 0.002 Gg), respectively (see Table 4-55 and Table 4-56), totaling 1.4 Tg $CO_2$ Eq. Emissions decreased in 2011 and have decreased overall since 1990. In 2011, domestic coke production increased by 3 percent but has decreased overall since 1990. Coke production in 2011 was 26 percent lower than in 2000 and 44 percent below 1990. Overall, emissions from metallurgical coke production have declined by 42 percent (1.0 Tg $CO_2$ Eq.) from 1990 to 2011.

**Table 4-55:  $CO_2$ and $CH_4$ Emissions from Metallurgical Coke Production (Tg $CO_2$ Eq.)**

| Year | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 2.5 | 2.0 | 2.1 | 2.3 | 1.0 | 2.1 | 1.4 |
| $CH_4$ | + | + | + | + | + | + | + |
| **Total** | **2.5** | **2.0** | **2.1** | **2.3** | **1.0** | **2.1** | **1.4** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.

**Table 4-56:  $CO_2$ and $CH_4$ Emissions from Metallurgical Coke Production (Gg)**

| Year | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 2,470 | 2,043 | 2,054 | 2,334 | 956 | 2,084 | 1,425 |
| $CH_4$ | + | + | + | + | + | + | + |

+ Does not exceed 0.5 Gg

## Iron and Steel Production

Emissions of $CO_2$ and $CH_4$ from iron and steel production in 2011 were 62.8 Tg $CO_2$ Eq. (62,834 Gg) and 0.6 Tg $CO_2$ Eq. (27.6 Gg), respectively (see Table 4-57 through Table 4-60), totaling approximately 63.4 Tg $CO_2$ Eq. Emissions increased in 2011 (primarily due to increased steel production associated with improved economic conditions) but have decreased overall since 1990 due to restructuring of the industry, technological improvements, and increased scrap steel utilization. Carbon dioxide emission estimates include emissions from the consumption of carbonaceous materials in the blast furnace, EAF, and BOF, as well as blast furnace gas and coke oven gas consumption for other activities at the steel mill.

In 2011, domestic production of pig iron increased by 13 percent from 2010 levels. Overall, domestic pig iron production has declined since the 1990s. Pig iron production in 2011 was 37 percent lower than in 2000 and 39 percent below 1990. Carbon dioxide emissions from steel production have increased by 70 percent (5.6 Tg $CO_2$ Eq.) since 1990, while overall $CO_2$ emissions from iron and steel production have declined by 35 percent (34.5 Tg $CO_2$ Eq.) from 1990 to 2011.

**Table 4-57:  $CO_2$ Emissions from Iron and Steel Production (Tg $CO_2$ Eq.)**

| Year | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Sinter Production | 2.4 | 1.7 | 1.4 | 1.3 | 0.8 | 1.0 | 1.2 |
| Iron Production | 47.6 | 19.4 | 27.0 | 25.6 | 15.9 | 19.1 | 19.9 |
| Steel Production | 8.0 | 9.4 | 9.8 | 8.4 | 7.6 | 9.2 | 13.5 |
| Other Activities[a] | 39.3 | 34.2 | 31.0 | 29.1 | 17.8 | 24.3 | 28.2 |
| **Total** | **97.3** | **64.6** | **69.2** | **64.5** | **42.1** | **53.7** | **62.8** |

Note:  Totals may not sum due to independent rounding.
[a] Includes emissions from blast furnace gas and coke oven gas combustion for activities at the steel mill other than consumption in blast furnace, EAFs, or BOFs.

**Table 4-58:  $CO_2$ Emissions from Iron and Steel Production (Gg)**

| Year | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Sinter Production | 2,448 | 1,663 | 1,383 | 1,299 | 763 | 1,045 | 1,188 |
| Iron Production | 47,650 | 19,414 | 27,042 | 25,622 | 15,941 | 19,109 | 19,901 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Steel Production | 7,958 | 9,386 | 9,834 | 8,422 | 7,555 | 9,248 | 13,515 |
| Other Activities [a] | 39,256 | 34,160 | 30,964 | 29,146 | 17,815 | 24,260 | 28,230 |
| **Total** | **97,311** | **64,623** | **69,223** | **64,488** | **42,073** | **53,662** | **62,834** |

Note: Totals may not sum due to independent rounding.
[a] Includes emissions from blast furnace gas and coke oven gas combustion for activities at the steel mill other than consumption in blast furnace, EAFs, or BOFs.

### Table 4-59:  CH$_4$ Emissions from Iron and Steel Production (Tg CO$_2$ Eq.)

| Year | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Sinter Production | + | + | + | + | + | + | + |
| Iron Production | 0.9 | 0.7 | 0.7 | 0.6 | 0.4 | 0.5 | 0.6 |
| **Total** | **1.0** | **0.7** | **0.7** | **0.6** | **0.4** | **0.5** | **0.6** |

+ Does not exceed 0.05 Tg CO$_2$ Eq.
Note: Totals may not sum due to independent rounding.

### Table 4-60:  CH$_4$ Emissions from Iron and Steel Production (Gg)

| Year | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Sinter Production | 0.9 | 0.6 | 0.5 | 0.4 | 0.3 | 0.4 | 0.4 |
| Iron Production | 44.7 | 33.5 | 32.7 | 30.4 | 17.1 | 24.2 | 27.2 |
| **Total** | **45.6** | **34.1** | **33.2** | **30.8** | **17.4** | **24.5** | **27.6** |

Note: Totals may not sum due to independent rounding.

# Methodology

Emission estimates presented in this chapter are largely based on Tier 2 methodologies provided by the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006). These Tier 2 methodologies call for a mass balance accounting of the carbonaceous inputs and outputs during the iron and steel production process and the metallurgical coke production process. Tier 1 methods are used for certain iron and steel production processes (e.g. DRI production) for which available data are insufficient for utilizing a Tier 2 method.

## Metallurgical Coke Production

Coking coal is used to manufacture metallurgical (coal) coke that is used primarily as a reducing agent in the production of iron and steel, but is also used in the production of other metals including zinc and lead (see Zinc Production and Lead Production sections of this chapter). Emissions associated with producing metallurgical coke from coking coal are estimated and reported separately from emissions that result from the iron and steel production process. To estimate emission from metallurgical coke production, a Tier 2 method provided by the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006) was utilized. The amount of C contained in materials produced during the metallurgical coke production process (i.e., coke, coke breeze, coke oven gas, and coal tar) is deducted from the amount of C contained in materials consumed during the metallurgical coke production process (i.e., natural gas, blast furnace gas, and coking coal). Light oil, which is produced during the metallurgical coke production process, is excluded from the deductions due to data limitations. The amount of C contained in these materials is calculated by multiplying the material-specific C content by the amount of material consumed or produced (see Table 4-61). The amount of coal tar produced was approximated using a production factor of 0.03 tons of coal tar per ton of coking coal consumed. The amount of coke breeze produced was approximated using a production factor of 0.075 tons of coke breeze per ton of coking coal consumed. Data on the consumption of carbonaceous materials (other than coking coal) as well as coke oven gas production were available for integrated steel mills only (i.e., steel mills with co-located coke plants). Therefore, carbonaceous material (other than coking coal) consumption and coke oven gas production were excluded from emission estimates for merchant coke plants. Carbon contained in coke oven gas used for coke-oven underfiring was not included in the deductions to avoid double-counting.

**Table 4-61:  Material Carbon Contents for Metallurgical Coke Production**

| Material | kg C/kg |
|---|---|
| Coal Tar | 0.62 |
| Coke | 0.83 |
| Coke Breeze | 0.83 |
| Coking Coal | 0.73 |
| **Material** | **kg C/GJ** |
| Coke Oven Gas | 12.1 |
| Blast Furnace Gas | 70.8 |

Source: IPCC 2006, Table 4.3. Coke Oven Gas and
Blast Furnace Gas, Table 1.3.

The production processes for metallurgical coke production results in fugitive emissions of $CH_4$, which are emitted via leaks in the production equipment, rather than through the emission stacks or vents of the production plants.  The fugitive emissions were calculated by applying Tier 1 emission factors (0.1 g $CH_4$ per metric ton) taken from the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006) for metallurgical coke production.

Data relating to the mass of coking coal consumed at metallurgical coke plants and the mass of metallurgical coke produced at coke plants were taken from the Energy Information Administration (EIA), Quarterly Coal Report October through December (EIA 1998 through 2012d)  (see Table 4-62).  Data on the volume of natural gas consumption, blast furnace gas consumption, and coke oven gas production for metallurgical coke production at integrated steel mills were obtained from the American Iron and Steel Institute (AISI), *Annual Statistical Report* (AISI 2004 through 2012a) and through personal communications with AISI (2008b) (see Table 4-63).  The factor for the quantity of coal tar produced per ton of coking coal consumed was provided by AISI (2008b).  The factor for the quantity of coke breeze produced per ton of coking coal consumed was obtained through Table 2-1 of the report *Energy and Environmental Profile of the U.S. Iron and Steel Industry* (DOE 2000).  Data on natural gas consumption and coke oven gas production at merchant coke plants were not available and were excluded from the emission estimate.  Carbon contents for coking coal, metallurgical coke, coal tar, coke oven gas, and blast furnace gas were provided by the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006).  The carbon content for coke breeze was assumed to equal the carbon content of coke.

**Table 4-62:  Production and Consumption Data for the Calculation of $CO_2$ and $CH_4$ Emissions from Metallurgical Coke Production (Thousand Metric Tons)**

| Source/Activity Data | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Metallurgical Coke Production** | | | | | | | |
| Coking Coal Consumption at Coke Plants | 35,269 | 21,259 | 20,607 | 20,022 | 13,904 | 19,135 | 19,445 |
| Coke Production at Coke Plants | 25,054 | 15,167 | 14,698 | 14,194 | 10,109 | 13,628 | 13,989 |
| Coke Breeze Production | 2,645 | 1,594 | 1,546 | 1,502 | 1,043 | 1,435 | 1,458 |
| Coal Tar Production | 1,058 | 638 | 618 | 601 | 417 | 574 | 583 |

**Table 4-63:  Production and Consumption Data for the Calculation of $CO_2$ Emissions from Metallurgical Coke Production (million ft$^3$)**

| Source/Activity Data | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Metallurgical Coke Production** | | | | | | | |
| Coke Oven Gas Production[a] | 250,767 | 114,213 | 109,912 | 103,191 | 66,155 | 95,405 | 109,044 |
| Natural Gas Consumption | 599 | 2,996 | 3,309 | 3,134 | 2,121 | 3,108 | 3,175 |
| Blast Furnace Gas Consumption | 24,602 | 4,460 | 5,144 | 4,829 | 2,435 | 3,181 | 3,853 |

[a] Includes coke oven gas used for purposes other than coke oven underfiring only.

## Iron and Steel Production

Emissions of $CO_2$ from sinter production and direct reduced iron production were estimated by multiplying total national sinter production and the total national direct reduced iron production by Tier 1 $CO_2$ emission factors (see

Table 4-64).  Because estimates of sinter production and direct reduced iron production were not available, production was assumed to equal consumption.

**Table 4-64:  CO$_2$ Emission Factors for Sinter Production and Direct Reduced Iron Production**

| Material Produced | Metric Ton CO$_2$/Metric Ton |
|---|---|
| Sinter | 0.2 |
| Direct Reduced Iron | 0.7 |

Source: IPCC 2006, Table 4.1.

To estimate emissions from pig iron production in the blast furnace, the amount of carbon contained in the produced pig iron and blast furnace gas were deducted from the amount of carbon contained in inputs (i.e., metallurgical coke, sinter, natural ore, pellets, natural gas, fuel oil, coke oven gas, and direct coal injection).  The carbon contained in the pig iron, blast furnace gas, and blast furnace inputs was estimated by multiplying the material-specific carbon content by each material type (see Table 4-65).  Carbon in blast furnace gas used to pre-heat the blast furnace air is combusted to form CO$_2$ during this process.

Emissions from steel production in EAFs were estimated by deducting the carbon contained in the steel produced from the carbon contained in the EAF anode, charge carbon, and scrap steel added to the EAF.  Small amounts of carbon from direct reduced iron, pig iron, and flux additions to the EAFs were also included in the EAF calculation. For BOFs, estimates of carbon contained in BOF steel were deducted from carbon contained in inputs such as natural gas, coke oven gas, fluxes, and pig iron.  In each case, the carbon was calculated by multiplying material-specific carbon contents by each material type (see Table 4-65).  For EAFs, the amount of EAF anode consumed was approximated by multiplying total EAF steel production by the amount of EAF anode consumed per metric ton of steel produced (0.002 metric tons EAF anode per metric ton steel produced (AISI 2008b)).  The amount of flux (e.g., limestone and dolomite) used during steel manufacture was deducted from the Limestone and Dolomite Use source category to avoid double-counting.

CO$_2$ emissions from the consumption of blast furnace gas and coke oven gas for other activities occurring at the steel mill were estimated by multiplying the amount of these materials consumed for these purposes by the material-specific carbon content (see Table 4-65).

CO$_2$ emissions associated with the sinter production, direct reduced iron production, pig iron production, steel production, and other steel mill activities were summed to calculate the total CO$_2$ emissions from iron and steel production (see Table 4-57 and Table 4-58).

**Table 4-65:  Material Carbon Contents for Iron and Steel Production**

| Material | kg C/kg |
|---|---|
| Coke | 0.83 |
| Direct Reduced Iron | 0.02 |
| Dolomite | 0.13 |
| EAF Carbon Electrodes | 0.82 |
| EAF Charge Carbon | 0.83 |
| Limestone | 0.12 |
| Pig Iron | 0.04 |
| Steel | 0.01 |
| **Material** | **kg C/GJ** |
| Coke Oven Gas | 12.1 |
| Blast Furnace Gas | 70.8 |

Source: IPCC 2006, Table 4.3. Coke Oven Gas and Blast Furnace Gas, Table 1.3.

The production processes for sinter and pig iron result in fugitive emissions of CH$_4$, which are emitted via leaks in the production equipment, rather than through the emission stacks or vents of the production plants.  The fugitive emissions were calculated by applying Tier 1 emission factors taken from the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006) for sinter production and the *1995 IPCC Guidelines* (IPCC/UNEP/OECD/IEA 1995) (see Table 4-66) for pig iron production.  The production of direct reduced iron also

results in emissions of $CH_4$ through the consumption of fossil fuels (e.g., natural gas); however, these emissions estimates are excluded due to data limitations.

## Table 4-66:  $CH_4$ Emission Factors for Sinter and Pig Iron Production

| Material Produced | Factor | Unit |
|---|---|---|
| Pig Iron | 0.9 | g $CH_4$/kg |
| Sinter | 0.07 | kg $CH_4$/metric ton |

Source: Sinter (IPCC 2006, Table 4.2), Pig Iron (IPCC/UNEP/OECD/IEA 1995, Table 2.2)

Sinter consumption data were obtained from AISI's Annual Statistical Report (AISI 2004 through 2012a) and through personal communications with AISI (2008b) (see Table 4-67). In general, direct reduced iron (DRI) consumption data were obtained from the USGS Minerals Yearbook – Iron and Steel Scrap (USGS 1991 through 2011). However, data for DRI consumed in EAFs were not available for the years 1990 and 1991.  EAF DRI consumption in 1990 and 1991 was calculated by multiplying the total DRI consumption for all furnaces by the EAF share of total DRI consumption in 1992. Also, data for DRI consumed in BOFs were not available for the years 1990 through 1993.  BOF DRI consumption in 1990 through 1993 was calculated by multiplying the total DRI consumption for all furnaces (excluding EAFs and cupola) by the BOF share of total DRI consumption (excluding EAFs and cupola) in 1994.

The Tier I $CO_2$ emission factors for sinter production and direct reduced iron production were obtained through the 2006 IPCC Guidelines for National Greenhouse Gas Inventories (IPCC 2006).  Data for pig iron production, coke, natural gas, fuel oil, sinter, and pellets consumed in the blast furnace; pig iron production; and blast furnace gas produced at the iron and steel mill and used in the metallurgical coke ovens and other steel mill activities were obtained from AISI's Annual Statistical Report (AISI 2004 through 2012a) and through personal communications with AISI (2008b) (see Table 4-68).

Data for EAF steel production, flux, EAF charge carbon, and natural gas consumption were obtained from AISI's Annual Statistical Report (AISI 2004 through 2012a) and through personal communications with AISI (2012b and 2008b).  The factor for the quantity of EAF anode consumed per ton of EAF steel produced was provided by AISI (AISI 2008b).  Data for BOF steel production, flux, natural gas, natural ore, pellet sinter consumption as well as BOF steel production were obtained from AISI's Annual Statistical Report (AISI 2004 through 2012a) and through personal communications with AISI (2008b).  Data for EAF and BOF scrap steel, pig iron, and DRI consumption were obtained from the USGS Minerals Yearbook – Iron and Steel Scrap (USGS 1991 through 2011).Data on coke oven gas and blast furnace gas consumed at the iron and steel mill (other than in the EAF, BOF, or blast furnace) were obtained from AISI's Annual Statistical Report (AISI 2004 through 2012a) and through personal communications with AISI (2008b).

Data on blast furnace gas and coke oven gas sold for use as synthetic natural gas were obtained from EIA's Natural Gas Annual 2011 (EIA 2012b).  Carbon contents for direct reduced iron, EAF carbon electrodes, EAF charge carbon, limestone, dolomite, pig iron, and steel were provided by the 2006 IPCC Guidelines for National Greenhouse Gas Inventories (IPCC 2006).  The carbon contents for natural gas, fuel oil, and direct injection coal were obtained from EIA 2012c and EPA 2010.  Heat contents for the same fuels were obtained from EIA (1992, 2012a).  Heat contents for coke oven gas and blast furnace gas were provided in Table 2-2 of the report Energy and Environmental Profile of the U.S. Iron and Steel Industry (DOE 2000).

## Table 4-67:  Production and Consumption Data for the Calculation of $CO_2$ and $CH_4$ Emissions from Iron and Steel Production (Thousand Metric Tons)

| Source/Activity Data | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Sinter Production** | | | | | | | |
| Sinter Production | 12,239 | 8,315 | 6,914 | 6,497 | 3,814 | 5,225 | 5,941 |
| **Direct Reduced Iron Production** | | | | | | | |
| Direct Reduced Iron Production | 498 | 962 | 1,310 | 1,210 | 824 | 1,100 | 1,270 |
| **Pig Iron Production** | | | | | | | |
| Coke Consumption | 24,946 | 13,832 | 15,039 | 14,251 | 8,572 | 10,883 | 11,962 |

| | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Pig Iron Production | 49,669 | 37,222 | 36,337 | 33,730 | 19,019 | 26,844 | 30,228 |
| Direct Injection Coal Consumption | 1,485 | 2,573 | 2,734 | 2,578 | 1,674 | 2,279 | 2,604 |
| **EAF Steel Production** | | | | | | | |
| EAF Anode and Charge Carbon Consumption | 67 | 1,127 | 1,214 | 1,109 | 845 | 1,189 | 1,257 |
| Scrap Steel Consumption | 42,691 | 46,600 | 48,400 | 50,500 | 43,200 | 47,500 | 164,000 |
| Flux Consumption | 319 | 695 | 567 | 680 | 476 | 640 | 726 |
| EAF Steel Production | 33,511 | 52,194 | 57,004 | 52,791 | 36,725 | 49,339 | 52,108 |
| **BOF Steel Production** | | | | | | | |
| Pig Iron Consumption | 47,307 | 34,400 | 33,400 | 30,600 | 25,900 | 31,200 | 31,300 |
| Scrap Steel Consumption | 14,713 | 11,400 | 9,140 | 8,890 | 7,110 | 9,860 | 8,800 |
| Flux Consumption | 576 | 582 | 408 | 431 | 318 | 431 | 454 |
| BOF Steel Production | 43,973 | 42,705 | 41,099 | 39,105 | 22,659 | 31,158 | 34,291 |

**Table 4-68: Production and Consumption Data for the Calculation of $CO_2$ Emissions from Iron and Steel Production (million $ft^3$ unless otherwise specified)**

| Source/Activity Data | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Pig Iron Production** | | | | | | | |
| Natural Gas Consumption | 56,273 | 59,844 | 56,112 | 53,349 | 35,933 | 47,814 | 59,132 |
| Fuel Oil Consumption (thousand gallons) | 163,397 | 16,170 | 84,498 | 55,552 | 23,179 | 27,505 | 21,378 |
| Coke Oven Gas Consumption | 22,033 | 16,557 | 16,239 | 15,336 | 9,951 | 14,233 | 17,772 |
| Blast Furnace Gas Production | 1,439,380 | 1,299,980 | 1,173,588 | 1,104,674 | 672,486 | 911,180 | 1,063,326 |
| **EAF Steel Production** | | | | | | | |
| Natural Gas Consumption | 15,905 | 19,985 | 28,077 | 10,826 | 7,848 | 10,403 | 6,263 |
| **BOF Steel Production** | | | | | | | |
| Coke Oven Gas Consumption | 3,851 | 524 | 525 | 528 | 373 | 546 | 554 |
| **Other Activities** | | | | | | | |
| Coke Oven Gas Consumption | 224,883 | 97,132 | 93,148 | 87,327 | 55,831 | 80,626 | 90,718 |
| Blast Furnace Gas Consumption | 1,414,778 | 1,295,520 | 1,168,444 | 1,099,845 | 670,051 | 907,999 | 1,059,473 |

# Uncertainty and Time-Series Consistency

The estimates of $CO_2$ and $CH_4$ emissions from metallurgical coke production are based on material production and consumption data and average carbon contents. Uncertainty is associated with the total U.S. coking coal consumption, total U.S. coke production and materials consumed during this process. Data for coking coal consumption and metallurgical coke production are from different data sources (EIA) than data for other carbonaceous materials consumed at coke plants (AISI), which does not include data for merchant coke plants. There is uncertainty associated with the fact that coal tar and coke breeze production were estimated based on coke production because coal tar and coke breeze production data were not available. Since merchant coke plant data is not included in the estimate of other carbonaceous materials consumed at coke plants, the mass balance equation for $CO_2$ from metallurgical coke production cannot be reasonably completed. Therefore, for the purpose of this analysis, uncertainty parameters are applied to primary data inputs to the calculation (i.e, coking coal consumption and metallurgical coke production) only.

The estimates of $CO_2$ emissions from iron and steel production are based on material production and consumption data and average carbon contents. There is uncertainty associated with the assumption that direct reduced iron and sinter consumption are equal to production. There is uncertainty associated with the assumption that all coal used for purposes other than coking coal is for direct injection coal; some of this coal may be used for electricity generation. There is also uncertainty associated with the carbon contents for pellets, sinter, and natural ore, which are assumed to equal the carbon contents of direct reduced iron. For EAF steel production, there is uncertainty associated with the amount of EAF anode and charge carbon consumed due to inconsistent data throughout the time series. Also for EAF steel production, there is uncertainty associated with the assumption that 100 percent of the

natural gas attributed to "steelmaking furnaces" by AISI is process-related and nothing is combusted for energy purposes. Uncertainty is also associated with the use of process gases such as blast furnace gas and coke oven gas. Data are not available to differentiate between the use of these gases for processes at the steel mill versus for energy generation (i.e., electricity and steam generation); therefore, all consumption is attributed to iron and steel production. These data and carbon contents produce a relatively accurate estimate of $CO_2$ emissions. However, there are uncertainties associated with each.

For the purposes of the $CH_4$ calculation from iron and steel production it is assumed that all of the $CH_4$ escapes as fugitive emissions and that none of the $CH_4$ is captured in stacks or vents. Additionally, the $CO_2$ emissions calculation is not corrected by subtracting the carbon content of the $CH_4$, which means there may be a slight double counting of carbon as both $CO_2$ and $CH_4$.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-69 for metallurgical coke production and iron and steel production. Total $CO_2$ emissions from metallurgical coke production and iron and steel production were estimated to be between 53.9 and 75.1 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 16 percent below and 17 percent above the emission estimate of 64.2 Tg $CO_2$ Eq. Total $CH_4$ emissions from metallurgical coke production and iron and steel production were estimated to be between 0.5 and 0.7 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 21 percent below and 22 percent above the emission estimate of 0.6 Tg $CO_2$ Eq.

**Table 4-69: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ and $CH_4$ Emissions from Iron and Steel Production and Metallurgical Coke Production (Tg. $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg $CO_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Metallurgical Coke & Iron and Steel Production | $CO_2$ | 64.2 | 53.9 | 75.1 | -16% | +17% |
| Metallurgical Coke & Iron and Steel Production | $CH_4$ | 0.6 | 0.5 | 0.7 | -21% | +22% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

# Recalculations

In previous Inventories, the furnace-specific (i.e., EAF and BOF) consumption statistics for scrap steel, pig iron, and DRI were obtained from AISI's *Annual Statistical Report* (AISI 2004 through 2012a) and through personal communication. However, the consumption statistics from AISI's *Annual Statistical Report* were typically not disaggregated by furnace type. As a result, total consumption statistics were split based upon furnace-type fractions derived from the limited years when furnace-specific consumption statistics were available.

More complete furnace-specific consumption statistics were recently identified from the *USGS Minerals Yearbook – Iron and Steel Scrap* (USGS 1991 through 2011). Scrap steel and pig iron consumption statistics were complete for the entire time series from 1990 to 2011, while DRI consumption statistics were complete except for the first few years of the time series (i.e., 1990 and 1991 for EAFs and 1990 through 1993 for BOFs).

Revised emissions were calculated for the entire time series using these new data sets for the furnace-specific (i.e., EAF and BOF) consumption statistics for scrap steel, pig iron, and DRI. In general, the changes in emissions were minimal. The emissions from iron production decreased slightly, while the emissions from steel production increased slightly. The net emissions also increased slightly.

# Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Iron and Steel Production source category. Particular attention would be made to ensure time series consistency of the emissions estimates presented in future inventory reports, consistent

with IPCC and UNFCCC guidelines. This is required as the facility-level reporting data from EPA's GHGRP, with the program's initial requirements for reporting of emissions in calendar year 2010, are not available for all inventory years (i.e., 1990 through 2009) as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[148]

Additional improvements include accounting for emission estimates for the production of metallurgical coke to the Energy chapter as well as identifying the amount of carbonaceous materials, other than coking coal, consumed at merchant coke plants. Other potential improvements include identifying the amount of coal used for direct injection and the amount of coke breeze, coal tar, and light oil produced during coke production. Efforts will also be made to identify inputs for preparing Tier 2 estimates for sinter and direct reduced iron production, as well as identifying information to better characterize emissions from the use of process gases and fuels within the Energy and Industrial Processes chapters.

# 4.16    Ferroalloy Production (IPCC Source Category 2C2)

Carbon dioxide and $CH_4$ are emitted from the production of several ferroalloys. Ferroalloys are composites of iron and other elements such as silicon, manganese, and chromium. When incorporated in alloy steels, ferroalloys are used to alter the material properties of the steel. Estimates from two types of ferrosilicon (25 to 55 percent and 56 to 95 percent silicon), silicon metal (96 to 99 percent silicon), and miscellaneous alloys (32 to 65 percent silicon) have been calculated. Emissions from the production of ferrochromium and ferromanganese are not included here because of the small number of manufacturers of these materials in the United States. In addition, government information disclosure rules prevent the publication of production data for these production facilities. Emissions from fuels consumed for energy purposes during the production of ferroalloys are accounted for in the Energy chapter.

Similar to emissions from the production of iron and steel, $CO_2$ is emitted when metallurgical coke is oxidized during a high-temperature reaction with iron and the selected alloying element. Due to the strong reducing environment, CO is initially produced, and eventually oxidized to $CO_2$. A representative reaction equation for the production of 50 percent ferrosilicon is given below:

$$Fe_2O_3 + 2SiO_2 + 7C \rightarrow 2FeSi + 7CO$$

While most of the C contained in the process materials is released to the atmosphere as $CO_2$, a percentage is also released as $CH_4$ and other volatiles. The amount of $CH_4$ that is released is dependent on furnace efficiency, operation technique, and control technology.

Ferroalloy production data for the year 2011 were not available at the time of publication. For the purposes of this inventory, 2010 annual ferroalloy production data were used as proxy for year 2011. Emissions of $CO_2$ from ferroalloy production in 2011 were 1.7 Tg $CO_2$ Eq. (1,663 Gg) (see Table 4-70 and Table 4-71), which is a 23 percent reduction since 1990. Emissions of $CH_4$ from ferroalloy production in 2011 were 0.01 Tg $CO_2$ Eq. (0.466 Gg), which is a 31 percent decrease since 1990.

**Table 4-70:  $CO_2$ and $CH_4$ Emissions from Ferroalloy Production (Tg $CO_2$ Eq.)**

| Year | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 2.2 | 1.4 | 1.6 | 1.6 | 1.5 | 1.7 | 1.7 |
| $CH_4$ | + | + | + | + | + | + | + |
| Total | 2.2 | 1.4 | 1.6 | 1.6 | 1.5 | 1.7 | 1.7 |

+ Does not exceed 0.05 Tg $CO_2$ Eq.

---

[148] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

Note:  Totals may not sum due to independent rounding.

**Table 4-71:  $CO_2$ and $CH_4$ Emissions from Ferroalloy Production (Gg)**

| Year | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|------|------|------|------|------|------|------|------|
| $CO_2$ | 2,152 | 1,392 | 1,552 | 1,599 | 1,469 | 1,663 | 1,663 |
| $CH_4$ | 1 | + | + | + | + | + | + |

+ Does not exceed 0.5 Gg.

# Methodology

Emissions of $CO_2$ and $CH_4$ from ferroalloy production were calculated using a Tier 1 method from the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006), specifically by multiplying annual ferroalloy production by material-specific default emission factors provided by IPCC (2006).  For ferrosilicon alloys containing 25 to 55 percent silicon and miscellaneous alloys (including primarily magnesium-ferrosilicon, but also including other silicon alloys) containing 32 to 65 percent silicon, an emission factor for 45 percent silicon was applied for $CO_2$ (i.e., 2.5 metric tons $CO_2$/metric ton of alloy produced) and an emission factor for 65 percent silicon was applied for $CH_4$ (i.e., 1 kg $CH_4$/metric ton of alloy produced).  Additionally, for ferrosilicon alloys containing 56 to 95 percent silicon, an emission factor for 75 percent silicon ferrosilicon was applied for both $CO_2$ and $CH_4$ (i.e., 4 metric tons $CO_2$/metric ton alloy produced and 1 kg $CH_4$/metric ton of alloy produced, respectively).  The emission factors for silicon metal equaled 5 metric tons $CO_2$/metric ton metal produced and 1.2 kg $CH_4$/metric ton metal produced.  It was assumed that 100 percent of the ferroalloy production was produced using petroleum coke in an electric arc furnace process (IPCC 2006), although some ferroalloys may have been produced with coking coal, wood, other biomass, or graphite carbon inputs.  The amount of petroleum coke consumed in ferroalloy production was calculated assuming that the petroleum coke used is 90 percent C and 10 percent inert material (Onder and Bagdoyan 1993).

Ferroalloy production data for 1990 through 2011 (see Table 4-72) were obtained from the USGS through personal communications with the USGS Silicon Commodity Specialist (Corathers 2011, Corathers 2012) and through the *Minerals Yearbook: Silicon Annual Report* (USGS 1995 through 2011).  Because USGS does not provide estimates of silicon metal production for 2006 through 2011, 2005 production data are used.  Until 1999, the USGS reported production of ferrosilicon containing 25 to 55 percent silicon separately from production of miscellaneous alloys containing 32 to 65 percent silicon; however, beginning in 1999, the USGS reported these as a single category.  The composition data for petroleum coke was obtained from Onder and Bagdoyan (1993).

**Table 4-72:  Production of Ferroalloys (Metric Tons)**

| Year | Ferrosilicon 25%-55% | Ferrosilicon 56%-95% | Silicon Metal | Misc. Alloys 32-65% |
|------|------|------|------|------|
| 1990 | 321,385 | 109,566 | 145,744 | 72,442 |
| 2005 | 123,000 | 86,100 | 148,000 | NA |
| 2007 | 180,000 | 90,600 | 148,000 | NA |
| 2008 | 193,000 | 94,000 | 148,000 | NA |
| 2009 | 123,932 | 104,855 | 148,000 | NA |
| 2010 | 153,000 | 135,000 | 148,000 | NA |
| 2011 | 153,000 | 135,000 | 148,000 | NA |

NA (Not Available)

# Uncertainty and Time-Series Consistency

Annual ferroalloy production is currently reported by the USGS in three broad categories: ferroalloys containing 25 to 55 percent silicon (including miscellaneous alloys), ferroalloys containing 56 to 95 percent silicon, and silicon metal (through 2005 only). Silicon metal production values for 2006 through 2011 are assumed to be equal to 2005 value reported by USGS (USGS did not report silicon metal production for 2006 through 2011).  It was assumed

that the IPCC emission factors apply to all of the ferroalloy production processes, including miscellaneous alloys. Finally, production data for silvery pig iron (alloys containing less than 25 percent silicon) are not reported by the USGS to avoid disclosing proprietary company data. Emissions from this production category, therefore, were not estimated.

Also, some ferroalloys may be produced using wood or other biomass as a primary or secondary carbon source (carbonaceous reductants), information and data regarding these practices were not available. Emissions from ferroalloys produced with wood or other biomass would not be counted under this source because wood-based carbon is of biogenic origin.[149] Even though emissions from ferroalloys produced with coking coal or graphite inputs would be counted in national trends, they may be generated with varying amounts of $CO_2$ per unit of ferroalloy produced. The most accurate method for these estimates would be to base calculations on the amount of reducing agent used in the process, rather than the amount of ferroalloys produced. These data, however, were not available, and are also often considered confidential business information.

Emissions of $CH_4$ from ferroalloy production will vary depending on furnace specifics, such as type, operation technique, and control technology. Higher heating temperatures and techniques such as sprinkle charging will reduce $CH_4$ emissions; however, specific furnace information was not available or included in the $CH_4$ emission estimates.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-73. Ferroalloy production $CO_2$ emissions were estimated to be between 1.5 and 1.9 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 12 percent below and 12 percent above the emission estimate of 1.7 Tg $CO_2$ Eq. Ferroalloy production $CH_4$ emissions were estimated to be between a range of approximately 12 percent below and 23 percent above the emission estimate of 0.01 Tg $CO_2$ Eq.

**Table 4-73: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Ferroalloy Production (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg $CO_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Ferroalloy Production | $CO_2$ | 1.7 | 1.5 | 1.9 | -12% | +12% |
| Ferroalloy Production | $CH_4$ | + | + | + | -12% | +23% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Details on the emission trends through time are described in more detail in the Methodology section, above.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Ferroalloy Production source category. Particular attention would be made to ensure time series consistency of the emissions estimates presented in future inventory reports, consistent with IPCC and UNFCCC guidelines. This is required as the facility-level reporting data from EPA's GHGRP, with the program's initial requirements for reporting of emissions in calendar year 2010, are not available for all inventory years (i.e., 1990 through 2009) as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[150]

[149] Emissions and sinks of biogenic carbon are accounted for in the Land Use, Land-Use Change, and Forestry chapter.
[150] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

# 4.17    Aluminum Production (IPCC Source Category 2C3)

Aluminum is a light-weight, malleable, and corrosion-resistant metal that is used in many manufactured products, including aircraft, automobiles, bicycles, and kitchen utensils. As of last reporting, the United States was the fourth largest producer of primary aluminum, with approximately 4 percent of the world total (USGS 2012a). The United States was also a major importer of primary aluminum. The production of primary aluminum—in addition to consuming large quantities of electricity—results in process-related emissions of $CO_2$ and two perfluorocarbons (PFCs): perfluoromethane ($CF_4$) and perfluoroethane ($C_2F_6$).

$CO_2$ is emitted during the aluminum smelting process when alumina (aluminum oxide, $Al_2O_3$) is reduced to aluminum using the Hall-Heroult reduction process. The reduction of the alumina occurs through electrolysis in a molten bath of natural or synthetic cryolite ($Na_3AlF_6$). The reduction cells contain a carbon lining that serves as the cathode. Carbon is also contained in the anode, which can be a carbon mass of paste, coke briquettes, or prebaked carbon blocks from petroleum coke. During reduction, most of this carbon is oxidized and released to the atmosphere as $CO_2$.

Process emissions of $CO_2$ from aluminum production were estimated to be 3.3 Tg $CO_2$ Eq. (3,292 Gg) in 2011 (see Table 4-74). The carbon anodes consumed during aluminum production consist of petroleum coke and, to a minor extent, coal tar pitch. The petroleum coke portion of the total $CO_2$ process emissions from aluminum production is considered to be a non-energy use of petroleum coke, and is accounted for here and not under the $CO_2$ from Fossil Fuel Combustion source category of the Energy sector. Similarly, the coal tar pitch portion of these $CO_2$ process emissions is accounted for here.

**Table 4-74:  $CO_2$ Emissions from Aluminum Production (Tg $CO_2$ Eq. and Gg)**

| Year | Tg $CO_2$ Eq. | Gg |
|------|-----------|-------|
| 1990 | 6.8 | 6,831 |
| 2005 | 4.1 | 4,142 |
| 2007 | 4.3 | 4,251 |
| 2008 | 4.5 | 4,477 |
| 2009 | 3.0 | 3,009 |
| 2010 | 2.7 | 2,722 |
| 2011 | 3.3 | 3,292 |

In addition to $CO_2$ emissions, the aluminum production industry is also a source of PFC emissions. During the smelting process, when the alumina ore content of the electrolytic bath falls below critical levels required for electrolysis, rapid voltage increases occur, which are termed "anode effects." These anode effects cause carbon from the anode and fluorine from the dissociated molten cryolite bath to combine, thereby producing fugitive emissions of $CF_4$ and $C_2F_6$. In general, the magnitude of emissions for a given smelter and level of production depends on the frequency and duration of these anode effects. As the frequency and duration of the anode effects increase, emissions increase.

Since 1990, emissions of $CF_4$ and $C_2F_6$ have declined by 85 percent and 77 percent, respectively, to 2.3 Tg $CO_2$ Eq. of $CF_4$ (0.36 Gg) and 0.6 Tg $CO_2$ Eq. of $C_2F_6$ (0.066 Gg) in 2011, as shown in Table 4-75 and Table 4-76. This decline is due both to reductions in domestic aluminum production and to actions taken by aluminum smelting companies to reduce the frequency and duration of anode effects. Since 1990, aluminum production has declined by 51 percent, while the combined $CF_4$ and $C_2F_6$ emission rate (per metric ton of aluminum produced) has been reduced by 67 percent. Emissions rose by approximately 87 percent between 2010 and 2011 due to an increase in U.S. aluminum production and to process changes at one smelter.

**Table 4-75:  PFC Emissions from Aluminum Production (Tg $CO_2$ Eq.)**

| Year | $CF_4$ | $C_2F_6$ | Total |
|------|--------|----------|-------|
| 1990 | 15.8 | 2.7 | 18.4 |
| | | | |
| 2005 | 2.5 | 0.4 | 3.0 |
| | | | |
| 2007 | 3.2 | 0.6 | 3.8 |
| 2008 | 2.2 | 0.5 | 2.7 |
| 2009 | 1.3 | 0.3 | 1.6 |
| 2010 | 1.2 | 0.4 | 1.6 |
| 2011 | 2.3 | 0.6 | 2.9 |

Note:  Totals may not sum due to independent rounding.

**Table 4-76:  PFC Emissions from Aluminum Production (Gg)**

| Year | $CF_4$ | $C_2F_6$ |
|------|--------|----------|
| 1990 | 2.4 | 0.3 |
| | | |
| 2005 | 0.4 | + |
| | | |
| 2007 | 0.5 | 0.1 |
| 2008 | 0.3 | 0.1 |
| 2009 | 0.2 | + |
| 2010 | 0.2 | + |
| 2011 | 0.4 | 0.1 |

+ Does not exceed 0.05 Gg.

In 2011, U.S. primary aluminum production totaled approximately 2.0 million metric tons a 15 percent increase from 2010 production levels (USAA 2012).  In 2011, five companies managed production at ten operational primary aluminum smelters.  Five smelters were closed the entire year in 2011.  Five potlines that were closed in late 2008 and 2009 at four other smelters were also restarted in early 2011 (USGS 2012b).  During 2011, monthly U.S. primary aluminum production was greater in each quarter of 2010 when compared to the corresponding quarter in 2010 (USAA 2012).

For 2012, total production was approximately 2.1 million metric tons compared to 2.0 million metric tons in 2011, a 4 percent increase (USAA 2013).  Based on the increase in production, process $CO_2$ and PFC emissions are likely to be greater in 2012 compared to 2011 given no significant changes in process controls at operational facilities.

## Methodology

Process $CO_2$ and perfluorocarbon (PFC)—i.e., perfluoromethane ($CF_4$) and perfluoroethane ($C_2F_6$)—emission estimates from primary aluminum production for 2010 and 2011 are reported in the EPA's GHGRP database. Facilities began reporting primary aluminum production process emissions (for 2010) in 2011, for the first time, GHGRP data (for 2010 and 2011) is available to be incorporated into the inventory.  EPA's GHGRP mandates that all facilities that contain an aluminum production process must report: $CF_4$ and $C_2F_6$ emissions from anode effects in all prebake and Søderberg electrolysis cells, carbon dioxide ($CO_2$) emissions from anode consumption during electrolysis in all prebake and Søderberg cells, and all $CO_2$ emissions from onsite anode baking. Data elements (e.g., primary aluminum production, anode effect frequency and duration, and slope coefficients) that constitute confidential business information (CBI) are not reported under EPA's GHGRP at the present time. In prior years, most facilities reported both the process emissions and the CBI data elements to the Voluntary Aluminum Industry Partnership (VAIP) program. To estimate the process emissions, EPA's GHGRP uses the process-specific equations (and certain technology-specific defaults) detailed in subpart F. These equations are based on the Tier 2/Tier 3 IPCC (2006) methods for primary aluminum production, and Tier 1 methods when estimating missing data elements. It

should be noted that the same methods (i.e., IPCC 2006) are used for estimating the emissions prior to the availability of the reported GHGRP data in the inventory.

## Process CO$_2$ Emissions from Anode Consumption and Anode Baking

Prior to the introduction of EPA's GHGRP in 2010, CO$_2$ emissions were still estimated with IPCC (2006) methods, but had to combine individual facility reported data with process-specific emissions modeling. These estimates were based on information previously gathered from EPA's VAIP program, U.S. Geological Survey (USGS) Mineral Commodity reviews, and The Aluminum Association (USAA) statistics, among other sources. Since pre- and post-GHGRP estimates use the same methodology, emission estimates are comparable across the time series.

Most of the CO$_2$ emissions released during aluminum production occur during the electrolysis reaction of the carbon anode, as described by the following reaction:

$$2Al_2O_3 + 3C \ \rightarrow \ 4Al + 3CO_2$$

For prebake smelter technologies, CO$_2$ is also emitted during the anode baking process. These emissions can account for approximately 10 percent of total process CO$_2$ emissions from prebake smelters.

Depending on the availability of smelter-specific data, the CO$_2$ emitted from electrolysis at each smelter was estimated from: (1) the smelter's annual anode consumption, (2) the smelter's annual aluminum production and rate of anode consumption (per ton of aluminum produced) for previous and/or following years, or, (3) the smelter's annual aluminum production and IPCC default CO$_2$ emission factors. The first approach tracks the consumption and carbon content of the anode, assuming that all carbon in the anode is converted to CO$_2$. Sulfur, ash, and other impurities in the anode are subtracted from the anode consumption to arrive at a C consumption figure. This approach corresponds to either the IPCC Tier 2 or Tier 3 method, depending on whether smelter-specific data on anode impurities are used. The second approach interpolates smelter-specific anode consumption rates to estimate emissions during years for which anode consumption data are not available. This approach avoids substantial errors and discontinuities that could be introduced by reverting to Tier 1 methods for those years. The last approach corresponds to the IPCC Tier 1 method (2006), and is used in the absence of present or historic anode consumption data.

The equations used to estimate CO$_2$ emissions in the Tier 2 and 3 methods vary depending on smelter type (IPCC 2006). For Prebake cells, the process formula accounts for various parameters, including net anode consumption, and the sulfur, ash, and impurity content of the baked anode. For anode baking emissions, the formula accounts for packing coke consumption, the sulfur and ash content of the packing coke, as well as the pitch content and weight of baked anodes produced. For Soderberg cells, the process formula accounts for the weight of paste consumed per metric ton of aluminum produced, and pitch properties, including sulfur, hydrogen, and ash content.

Through the VAIP, anode consumption (and some anode impurity) data have been reported for 1990, 2000, 2003, 2004, 2005, 2006, 2007, 2008, and 2009. Where available, smelter-specific process data reported under the VAIP were used; however, if the data were incomplete or unavailable, information was supplemented using industry average values recommended by IPCC (2006). Smelter-specific CO$_2$ process data were provided by 18 of the 23 operating smelters in 1990 and 2000, by 14 out of 16 operating smelters in 2003 and 2004, 14 out of 15 operating smelters in 2005, 13 out of 14 operating smelters in 2006, 5 out of 14 operating smelters in, 2007 and 2008, and 3 out of 13 operating smelters in 2009. For years where CO$_2$ emissions data or CO$_2$ process data were not reported by these companies, estimates were developed through linear interpolation, and/or assuming representative (e.g., previously reported or industry default) values.

In the absence of any previous historical smelter specific process data (i.e., 1 out of 13 smelters in 2009, 1 out of 14 smelters in 2006, 2007, and 2008, 1 out of 15 smelters in 2005, and 5 out of 23 smelters between 1990 and 2003), CO$_2$ emission estimates were estimated using Tier 1 Soderberg and/or Prebake emission factors (metric ton of CO$_2$ per metric ton of aluminum produced) from IPCC (2006).

## Process PFC Emissions from Anode Effects

Smelter-specific PFC emissions from aluminum production for 2010 and 2011 were reported to EPA under the GHGRP. To estimate their PFC emissions and report them under EPA's GHGRP, smelters use an approach

identical to the Tier 3 approach in the 2006 IPCC Guidelines.  Specifically, they use a smelter-specific slope coefficient as well as smelter-specific operating data to estimate an emission factor using the following equation:

$$\text{PFC (CF}_4 \text{ or C}_2\text{F}_6\text{) kg/metric ton Al} = S \times \text{(Anode Effect Minutes/Cell-Day)}$$

where,

S = Slope coefficient ((kg PFC/metric ton Al)/(Anode Effect Minutes/Cell-Day))
(Anode Effect Minutes/Cell-Day) = (Anode Effect Frequency/Cell-Day) $\times$ Anode Effect Duration (minutes)

They then multiply this emission factor by aluminum production to estimate PFC emissions.  All U.S. aluminum smelters are required to report their emissions under EPA's GHGRP.

Prior to 2010, PFC emissions were estimated using the same equation, but the slope-factor used for some smelters was technology-specific rather than smelter-specific, making the method a Tier 2 rather than a Tier 3 approach for those smelters.  Emissions and background data were reported to EPA under the VAIP.  For 1990 through 2009, smelter-specific slope coefficients were available and were used for smelters representing between 30 and 94 percent of U.S. primary aluminum production.  The percentage changed from year to year as some smelters closed or changed hands and as the production at remaining smelters fluctuated.  For smelters that did not report smelter-specific slope coefficients, IPCC technology-specific slope coefficients were applied (IPCC 2000, 2006).  The slope coefficients were combined with smelter-specific anode effect data collected by aluminum companies and reported under the VAIP, to estimate emission factors over time.  For 1990 through 2009, smelter-specific anode effect data were available for smelters representing between 80 and 100 percent of U.S. primary aluminum production.  Where smelter-specific anode effect data were not available, representative values (e.g., previously reported or industry averages) were used.

For all smelters, emission factors were multiplied by annual production to estimate annual emissions at the smelter level.  For 1990 through 2009, smelter-specific production data were available for smelters representing between 30 and 100 percent of U.S. primary aluminum production.  (For the years after 2000, this percentage was near the high end of the range.)  Production at non-reporting smelters was estimated by calculating the difference between the production reported under VAIP and the total U.S. production supplied by USGS or USAA, and then allocating this difference to non-reporting smelters in proportion to their production capacity.  Emissions were then aggregated across smelters to estimate national emissions.

Between 1990 and 2009, production data were provided under the VAIP by 21 of the 23 U.S. smelters that operated during at least part of that period.  For the non-reporting smelters, production was estimated based on the difference between reporting smelters and national aluminum production levels (from USGS and USAA), with allocation to specific smelters based on reported production capacities (from USGS).

National primary aluminum production data for 2011 were obtained via The Aluminum Association (USAA 2012).  For 1990 through 2001, and 2006 (see Table 4-77) data were obtained from USGS, Mineral Industry Surveys: Aluminum Annual Report (USGS 1995, 1998, 2000, 2001, 2002, 2007).  For 2002 through 2005, and 2007 through 2010 national aluminum production data were obtained from the USAA's Primary Aluminum Statistics (USAA 2004, 2005, 2006, 2008, 2009, 2010, 2011).

## Table 4-77:  Production of Primary Aluminum (Gg)

| Year | Gg |
|------|------|
| 1990 | 4,048 |
| | |
| 2005 | 2,478 |
| | |
| 2007 | 2,560 |
| 2008 | 2,659 |
| 2009 | 1,727 |
| 2010 | 1,727 |
| 2011 | 1,986 |

# Uncertainty and Time Series Consistency

Uncertainty was assigned to the $CO_2$, $CF_4$, and $C_2F_6$ emission values reported by each individual facility to the GHGRP. As previously mentioned, the methods for estimating emissions for the GHGRP and this report are the same, and follow the IPCC (2006) methodology. As a result, it was possible to assign uncertainty bounds (and distributions) based on an analysis of the uncertainty associated with the facility-specific emissions estimated for previous inventory years. Uncertainty surrounding the reported $CO_2$, $CF_4$, and $C_2F_6$ emission values were determined to have a normal distribution with uncertainty ranges of ±6, ±16, and ±20 percent, respectively. A Monte Carlo analysis was applied to estimate the overall uncertainty of the $CO_2$, $CF_4$, and $C_2F_6$ emission estimates for the U.S. aluminum industry as a whole, and the results are provided below.

The results of this Tier 2 quantitative uncertainty analysis are summarized in Table 4-78. Aluminum production-related $CO_2$ emissions were estimated to be between 3.2 and 3.4 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 2 percent below to 2 percent above the emission estimate of 3.3 Tg $CO_2$ Eq. Also, production-related $CF_4$ emissions were estimated to be between 2.2 and 2.5 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 7 percent below to 7 percent above the emission estimate of 2.3 Tg $CO_2$ Eq. Finally, aluminum production-related $C_2F_6$ emissions were estimated to be between 0.5 and 0.7 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 11 percent below to 11 percent above the emission estimate of 0.6 Tg $CO_2$ Eq.

**Table 4-78: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ and PFC Emissions from Aluminum Production (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to 2011 Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Aluminum Production | $CO_2$ | 3.3 | 3.2 | 3.4 | −2% | +2% |
| Aluminum Production | $CF_4$ | 2.3 | 2.2 | 2.5 | −7% | +7% |
| Aluminum Production | $C_2F_6$ | 0.6 | 0.5 | 0.7 | −11% | +11% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

# Recalculations

Previously estimated production-related $CO_2$ and PFC emissions for 2010 were replaced with those individual facility values reported for 2010 to EPA's GHGRP. These data were used to recalculate emissions for that year, decreasing estimated total $CO_2$ emissions by 10 percent and increasing estimated total PFC emissions by 1 percent.

# Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Aluminum Production source category. Particular attention will be made to ensure time series consistency of the emissions estimates presented in future inventory reports, consistent with IPCC and UNFCCC guidelines. This is required as the facility-level reporting data from EPA's GHGRP, with the program's initial requirements for reporting of emissions in calendar year 2010, are not available for all inventory years (i.e., 1990 through 2009) as required for this inventory. In implementing improvements and integration of

data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[151]

# 4.18    Magnesium Production and Processing (IPCC Source Category 2C4)

The magnesium metal production and casting industry uses sulfur hexafluoride ($SF_6$) as a cover gas to prevent the rapid oxidation of molten magnesium in the presence of air. Sulfur hexafluoride has been used in this application around the world for more than twenty-five years. A dilute gaseous mixture of $SF_6$ with dry air and/or $CO_2$ is blown over molten magnesium metal to induce and stabilize the formation of a protective crust. A small portion of the $SF_6$ reacts with the magnesium to form a thin molecular film of mostly magnesium oxide and magnesium fluoride. The amount of $SF_6$ reacting in magnesium production and processing is considered to be negligible and thus all $SF_6$ used is assumed to be emitted into the atmosphere. Although alternative cover gases, such as AM-cover™ (containing HFC-134a), Novec™ 612 and dilute $SO_2$ systems can be used, many facilities in the United States are still using traditional $SF_6$ cover gas systems.

The magnesium industry emitted 1.4 Tg $CO_2$ Eq. (0.06 Gg) of $SF_6$ in 2011, representing an increase of approximately 8 percent from 2010 emissions (See Table 4-79). The increase can be attributed to: increased demand for magnesium for use in iron and steel desulfurization as U.S. steel production recovered from the economic downturn (USGS 2011b), and  increased production and processing due to improving economic conditions and increased demand from the automotive industry (USGS 2011b). The increase was mitigated in part by continuing industry efforts to utilize $SF_6$ alternatives, such as Novec™612 and sulfur dioxide, as part of the EPA's $SF_6$ Emission Reduction Partnership for the Magnesium Industry.

**Table 4-79:  $SF_6$ Emissions from Magnesium Production and Processing (Tg $CO_2$ Eq. and Gg)**

| Year | Tg $CO_2$ Eq. | Gg |
|------|---------------|------|
| 1990 | 5.4 | 0.2 |
| | | |
| 2005 | 2.9 | 0.1 |
| | | |
| 2007 | 2.6 | 0.1 |
| 2008 | 1.9 | 0.1 |
| 2009 | 1.1 | 0.04 |
| 2010 | 1.3 | 0.05 |
| 2011 | 1.4 | 0.06 |

## Methodology

Emission estimates for the magnesium industry incorporate information provided by some industry participants in EPA's $SF_6$ Emission Reduction Partnership for the Magnesium Industry.  The Partnership started in 1999 and, in 2010, participating companies represented 100 percent of U.S. primary and secondary production and 90 percent of the casting sector production (i.e., die, sand, permanent mold, wrought, and anode casting).  Absolute emissions for 1999 through 2010 from primary production, secondary production (i.e., recycling), and die casting were generally reported by Partnership participants. Partners reported their $SF_6$ consumption, which was assumed to be equivalent to emissions.  Although 2010 was the last reporting year under the Partnership, some industry partners provided information for the year 2011 in the reports for year 2010. For the remaining partners that did not report 2011

---

[151] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

emissions, these were estimated based on the metal processed and emission rate reported by that partner in previous year(s). Each partner's metal production in 2011 was extrapolated from that partner's metal production in 2010 and the trend observed in previous years. Each partner's emission rate in 2011 was assumed to equal that partner's emission rate in 2010. When it was determined a Partner is no longer in production, its metal production and emissions rates were set to zero if no activity information was available.

Emission factors for 2002 to 2006 for sand casting activities were also acquired through the Partnership. For 2007 through 2010 the sand casting partner did not report and the reported emission factor from 2005 was utilized as being representative of the industry. The same emission factor was also used for 2011 as partners were not required to report after the year 2010. The 1999 through 2010 emissions from casting operations (other than die) were estimated by multiplying emission factors (kg $SF_6$ per metric ton of metal produced or processed) by the amount of metal produced or consumed. For 2011, in the absence of reported data, company-specific emission factors were assumed to be the same as that in 2010. To estimate emissions for 2011, company-specific emission factors were multiplied by the corresponding estimated metal production (based on previous years' trend).The emission factors for casting activities are provided below in Table 4-80. The emission factors for primary production, secondary production and sand casting are withheld to protect company-specific production information. However, the emission factor for primary production has not risen above the average 1995 partner value of 1.1 kg $SF_6$ per metric ton.

Die casting emissions for 1999 through 2011 accounted for 15 to 52 percent of all $SF_6$ emissions from the U.S. magnesium industry during this period. These estimates are based on information supplied by industry partners for 1999 through 2010. For 2011, in cases where reported data on company-specific emissions was not available, company-specific emission factors for 2011 were assumed to be the same as that in 2010. To estimate emissions for 2011, company-specific emission factors were multiplied by the corresponding estimated metal production (based on previous year's trend). From 2000 to 2010, partners accounted for all U.S. die casting that was tracked by USGS. For 2011, emissions were estimated for the same companies using the methodology mentioned above. In 1999, partners did not account for all die casting tracked by USGS, and, therefore, it was necessary to estimate the emissions of die casters who were not partners. Die casters who were not partners were assumed to be similar to partners who cast small parts. Due to process requirements, these casters consume larger quantities of $SF_6$ per metric ton of processed magnesium than casters that process large parts. Consequently, emission estimates from this group of die casters were developed using an average emission factor of 5.2 kg $SF_6$ per metric ton of magnesium. This emission factor was developed using magnesium production and $SF_6$ usage data for the year 1999. The emission factors for the other industry sectors (i.e., permanent mold, wrought, and anode casting) were based on discussions with industry representatives.

**Table 4-80: $SF_6$ Emission Factors (kg $SF_6$ per metric ton of magnesium)**

| Year | Die Casting | Permanent Mold | Wrought | Anodes |
|------|-------------|----------------|---------|--------|
| 1999 | 2.14[a] | 2 | 1 | 1 |
| 2000 | 0.72 | 2 | 1 | 1 |
| 2001 | 0.72 | 2 | 1 | 1 |
| 2002 | 0.71 | 2 | 1 | 1 |
| 2003 | 0.81 | 2 | 1 | 1 |
| 2004 | 0.81 | 2 | 1 | 1 |
| 2005 | 0.79 | 2 | 1 | 1 |
| 2006 | 0.86 | 2 | 1 | 1 |
| 2007 | 0.67 | 2 | 1 | 1 |
| 2008 | 1.15 | 2 | 1 | 1 |
| 2009 | 1.77 | 2 | 1 | 1 |
| 2010 | 2.51 | 2 | 1 | 1 |
| 2011 | 2.52 | 2 | 1 | 1 |

[a] Weighted average that includes an estimated emission factor of 5.2 kg $SF_6$ per metric ton of magnesium for die casters that do not participate in the Partnership.

$SF_6$ emission estimates were developed using data provided by the Magnesium Partnership participants in the previous years (1999 through 2010) and the data published by USGS. U.S. magnesium consumption (casting) data from 1990 through 2011 were available from the USGS (USGS 2002, 2003, 2005, 2006, 2007, 2008, 2010, 2011, 2012). Emission factors from 1990 through 1998 were based on a number of sources. Emission factors for primary

production were available from U.S. primary producers for 1994 and 1995, and an emission factor for die casting of 4.1 kg per metric ton was available for the mid-1990s from an international survey (Gjestland & Magers 1996) that was used for years 1990 through 1996.

To estimate emissions for 1990 through 1998, industry emission factors were multiplied by the corresponding metal production and consumption (casting) statistics from USGS. The primary production emission factors were 1.2 kg per metric ton for 1990 through 1993, and 1.1 kg per metric ton for 1994 through 1997. For die casting, an emission factor of 4.1 kg per metric ton was used for the period 1990 through 1996. For 1996 through 1998, the emission factors for primary production and die casting were assumed to decline linearly to the level estimated based on partner reports in 1999. This assumption is consistent with the trend in $SF_6$ sales to the magnesium sector that is reported in the RAND survey of major $SF_6$ manufacturers, which shows a decline of 70 percent from 1996 to 1999 (RAND 2002). Sand casting emission factors for 2002 through 2010 were provided by the Magnesium Partnership participants, and for 1990 through 2001 emission factors for this process were assumed to be the same as the 2002 emission factor. For 2011, sand casting emission factor was assumed to be constant at the 2010 value. The emission factor for secondary production from 1990 through 1998 was assumed to be constant at the 1999 average partner value. The emission factors for the other processes (i.e., permanent mold, wrought, and anode casting), about which less is known, were assumed to remain constant at levels defined in Table 4-80.

## Uncertainty

To estimate the uncertainty surrounding the estimated 2011 $SF_6$ emissions from magnesium production and processing, the uncertainties associated with three variables were estimated (1) emissions reported by magnesium producers and processors for 2011 that participated in the Magnesium Partnership till 2010, (2) emissions estimated for magnesium producers and processors that participated in the Partnership till 2010 but did not report 2011 emissions, and (3) emissions estimated for magnesium producers and processors that did not participate in the Partnership. An uncertainty of 5 percent was assigned to the data reported by each participant in the Partnership. If partners did not report emissions data during the current reporting year, $SF_6$ emissions data were estimated using available emission factor and production information reported in prior years; the extrapolation was based on the company-specific trend for reporting in the current reporting year and the year prior. The uncertainty associated with the $SF_6$ usage estimate generated from the extrapolated emission factor and production information was estimated to be 30 percent for each year of extrapolation. The lone sand casting partner has not reported since 2007 and its activity and emission factor were held constant at 2005 levels due to a reporting anomaly in 2006 because of malfunctions at the facility. The uncertainty associated with the $SF_6$ usage for the sand casting partner was 67 percent. For those industry processes that are not represented in Partnership, such as permanent mold and wrought casting, $SF_6$ emissions were estimated using production and consumption statistics reported by USGS and estimated process-specific emission factors (see Table 4-80). The uncertainties associated with the emission factors and USGS-reported statistics were assumed to be 75 percent and 25 percent, respectively. Emissions associated with sand casting activities utilized a partner-reported emission factor with an uncertainty of 75 percent. In general, where precise quantitative information was not available on the uncertainty of a parameter, a conservative (upper-bound) value was used.

Additional uncertainties exist in these estimates that are not addressed in this methodology, such as the basic assumption that $SF_6$ neither reacts nor decomposes during use. The melt surface reactions and high temperatures associated with molten magnesium could potentially cause some gas degradation. Recent measurement studies have identified $SF_6$ cover gas degradation in die casting applications on the order of 20 percent (Bartos et al. 2007). Sulfur hexafluoride may also be used as a cover gas for the casting of molten aluminum with high magnesium content; however, the extent to which this technique is used in the United States is unknown.

The results of this Tier 2 quantitative uncertainty analysis are summarized in Table 4-81. $SF_6$ emissions associated with magnesium production and processing were estimated to be between 1.2 and 1.6 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 13 percent below to 13 percent above the 2011 emission estimate of 1.4 Tg $CO_2$ Eq. The uncertainty estimates for 2011 are higher relative to the 2010 reporting year which is due to the fact that emission estimates for 2011 are based more on projected data that actual reported data as compared to last year with only three emission sources using reported estimates and remaining sources using projected (highly uncertain) estimates.

**Table 4-81:  Tier 2 Quantitative Uncertainty Estimates for SF$_6$ Emissions from Magnesium Production and Processing (Tg CO$_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg CO$_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg CO$_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Magnesium Production | SF$_6$ | 1.4 | 1.2 | 1.6 | -13% | +13% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

## Recalculations Discussion

The USGS 2010 Mineral Yearbook for Magnesium showed a revision in its estimate of sand casting production of magnesium for 2009 in the United States, revising its previous estimate of 44 metric tons in 2009 to 107 metric tons.

## Planned Improvements

In the next inventory report, emissions data reported under EPA's GHGRP will be incorporated in the national inventory estimates.  The emission estimation method required by subpart T of EPA's GHGRP is the same method which Partners use to estimate emissions when reporting in previous Inventories. Therefore, it is not expected that there will be any time series consistency issues. Future inventory estimates will use a new data source in future years, but will rely on a similar to the methodology used for the years 1999 through 2010, where Partner facility-level reported data were used. For future years, this facility-level data will instead come through EPA's GHGRP for facilities that meet the reporting threshold.

Cover gas research conducted over the last decade has found that SF$_6$ used for magnesium melt protection can have degradation rates on the order of 20 percent in die casting applications (Bartos et al. 2007). Current emission estimates assume (per the 2006 IPCC Guidelines) that all SF$_6$ utilized is emitted to the atmosphere. Additional research may lead to a revision of IPCC Guidelines to reflect this phenomenon and until such time, developments in this sector will be monitored for possible application to the inventory methodology.  Another issue that will be addressed in future inventories is the likely adoption of alternate cover gases by U.S. magnesium producers and processors.  These cover gases, which include AM-cover™ (containing HFC-134a) and Novec™ 612, have lower GWPs than SF$_6$, and tend to quickly degrade during their exposure to the molten metal.  Magnesium producers and processors have already begun using these cover gases for 2006 through 2011 in a limited fashion; because the amounts being used by companies on the whole are low enough that they have a minor effect on the overall emissions from the industry, these emissions are only being monitored and recorded at this time.

# 4.19    Zinc Production (IPCC Source Category 2C5)

Zinc production in the United States consists of both primary and secondary processes.  The majority of zinc produced in the United States is used for galvanizing. Galvanizing is a process where zinc coating is applied to steel in order to prevent corrosion. Zinc is used extensively for galvanizing operations in the automotive and construction industry. Zinc is also used in the production of zinc alloys and brass and bronze alloys (e.g., brass mills, copper foundries, copper ingot manufacturing, etc.). Zinc compounds and dust are also used, to a lesser extent, by the agriculture, chemicals, paint, and rubber industries.  Emissions from fuels consumed for energy purposes during the production of Zinc are accounted for in the Energy chapter.

Primary production in the United States is conducted through the electrolytic process, while secondary techniques include the electrothermic and Waelz kiln processes, as well as a range of other metallurgical, hydrometallurgical, and pyrometallurgical processes. Worldwide primary zinc production also employs a pyrometallurgical process using the Imperial Smelting Furnace process; however, this process is not used in the United States (Sjardin 2003). Of the primary and secondary processes used in the United States, only the electrothermic and Waelz kiln secondary processes result in non-energy $CO_2$ emissions (Viklund-White 2000).

In the electrothermic process, roasted zinc concentrate and secondary zinc products enter a sinter feed where they are burned to remove impurities before entering an electric retort furnace. Metallurgical coke added to the electric retort furnace reduces the zinc oxides and produces vaporized zinc, which is then captured in a vacuum condenser.

In the Waelz kiln process, electric arc furnace (EAF) dust, which is captured during the recycling of galvanized steel, enters a kiln along with a reducing agent (typically metallurgical coke). When kiln temperatures reach approximately 1100-1200 °C, zinc fumes are produced, which are combusted with air entering the kiln. This combustion forms zinc oxide, which is collected in a baghouse or electrostatic precipitator, and is then leached to remove chloride and fluoride. Through this process, approximately 0.33 metric ton of zinc is produced for every metric ton of EAF dust treated (Viklund-White 2000).

In 2011, U.S. primary and secondary refined zinc production were estimated to total 251,000 metric tons (USGS 2012), which was larger than 2010 levels, likely due to the general improvement in the U.S. economy in 2011 (see Table 4-82). Zinc mine production increased in 2011 compared to 2010 levels, primarily owing to the increased production at the zinc mining complexes in Tennessee. Primary zinc production (primary slab zinc) slightly decreased in 2011 due to planned maintenance in the third quarter at a zinc refinery in Tennessee. On the other hand, secondary zinc production in 2011 increased relative to 2010 owing to an increase in production in the first half of 2011 at a smelter in Pennsylvania (USGS 2012); this smelter in Pennsylvania was previously affected by an outage in the fourth quarter of 2010 (Horsehead 2012).

Emissions of $CO_2$ from zinc production in 2011 were estimated to be 1.3 Tg $CO_2$ Eq. (1,286 Gg) (see Table 4-83). All 2011 $CO_2$ emissions resulted from secondary zinc production processes. Emissions from zinc production in the U.S. have increased overall since 1990 due to a gradual shift from non-emissive primary production to emissive secondary production. In 2011, emissions were estimated to be 103 percent higher than they were in 1990.

**Table 4-82:  Zinc Production (Metric Tons)**

| Year | Primary | Secondary |
|------|---------|-----------|
| 1990 | 262,704 | 95,708 |
| 2005 | 191,120 | 156,000 |
| 2007 | 121,000 | 157,000 |
| 2008 | 125,000 | 161,000 |
| 2009 | 94,000 | 109,000 |
| 2010 | 120,000 | 129,000 |
| 2011 | 117,000 | 134,000 |

**Table 4-83: $CO_2$ Emissions from Zinc Production (Tg $CO_2$ Eq. and Gg)**

| Year | Tg $CO_2$ Eq. | Gg |
|------|---------------|-----|
| 1990 | 0.6 | 632 |
| 2005 | 1.0 | 1,030 |
| 2007 | 1.0 | 1,025 |
| 2008 | 1.2 | 1,159 |
| 2009 | 0.9 | 943 |
| 2010 | 1.2 | 1,182 |
| 2011 | 1.3 | 1,286 |

# Methodology

Non-energy $CO_2$ emissions from zinc production result from the electrothermic and Waelz kiln secondary production processes, which both use metallurgical coke or other carbon-based materials as reductants. The methods used to estimate emissions from these processes are based on Tier 1 methods from the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006). The Tier 1 emission factors provided by IPCC for Waelz kiln-based secondary production were derived from coke consumption factors and other data presented in Viklund-White (2000). These coke consumption factors as well as other inputs used to develop the Waelz kiln emission factors are shown below. IPCC does not provide an emission factor for electrothermic processes due to limited information; therefore, the Waelz kiln-specific emission factors were also applied to zinc produced from electrothermic processes.

For Waelz kiln-based production, IPCC recommends the use of emission factors based on EAF dust consumption, if possible, rather than the amount of zinc produced since the amount of reduction materials used is more directly dependent on the amount of EAF dust consumed. Since only a portion of emissive zinc production facilities consume EAF dust, the emission factor based on zinc production is applied to the non-EAF dust consuming facilities while the emission factor based on EAF dust consumption is applied to EAF dust consuming facilities.

The Waelz kiln emission factor based on the amount of zinc produced was developed based on the amount of metallurgical coke consumed for non-energy purposes per ton of zinc produced (i.e., 1.19 metric tons coke/metric ton zinc produced) (Viklund-White 2000), and the following equation:

$$EF_{\text{Waelz Kiln}} = \frac{1.19\,metric\,tons\,coke}{metric\,tons\,zinc} \times \frac{0.85\,metric\,tons\,C}{metric\,tons\,coke} \times \frac{3.67\,metric\,tons\,CO_2}{metric\,tons\,C} = \frac{3.70\,metric\,tons\,CO_2}{metric\,tons\,zinc}$$

The Waelz kiln emission factor based on the amount of EAF dust consumed was developed based on the amount of metallurgical coke consumed per ton of EAF dust consumed (i.e., 0.4 metric tons coke/metric ton EAF dust consumed) (Viklund-White 2000), and the following equation:

$$EF_{\text{EAF Dust}} = \frac{0.4\,metric\,tons\,coke}{metric\,tons\,EAF\,dust} \times \frac{0.85\,metric\,tons\,C}{metric\,tons\,coke} \times \frac{3.67\,metric\,tons\,CO_2}{metric\,tons\,C} = \frac{1.24\,metric\,tons\,CO_2}{metric\,tons\,EAF\,Dust}$$

The only companies in the United States that use emissive technology to produce secondary zinc products are Horsehead, PIZO, and Steel Dust Recycling. For Horsehead, EAF dust is recycled in Waelz kilns at their Beaumont, TX; Calumet, IL; Palmerton, PA; Rockwood, TN; and Barnwell, SC facilities. These Waelz kiln facilities produce intermediate zinc products (crude zinc oxide or calcine), most of which is transported to their Monaca, PA facility where the products are smelted into refined zinc using electrothermic technology. Some of Horsehead's intermediate zinc products that are not smelted at Monaca are instead exported to other countries around the world (Horsehead 2010a). PIZO and Steel Dust Recycling recycle EAF dust into intermediate zinc products using Waelz kilns, and then sell the intermediate products to companies who smelt it into refined products.

The total amount of EAF dust consumed by Horsehead at their Waelz kilns was available from Horsehead financial reports for years 2006 through 2011 (Horsehead 2007, 2008, 2010a, 2011, and 2012). Consumption levels for 1990 through 2005 were extrapolated using the percentage change in annual refined zinc production at secondary smelters in the United States as provided by *USGS Minerals Yearbook: Zinc* (USGS 1995 through 2011). The EAF dust consumption values for each year were then multiplied by the 1.24 metric tons $CO_2$/metric ton EAF dust consumed emission factor to develop $CO_2$ emission estimates for Horsehead's Waelz kiln facilities.

The amount of EAF dust consumed and total production capacity were obtained from Steel Dust Recycling's facility for 2011 (Rowland 2012). SDR's facility in Alabama underwent expansion in 2011 to include a second unit (to be operational in early- to mid-2012). SDR's facility has been operational since 2008. The amount of EAF dust consumed by PIZO's facility in 2009, 2010, and 2011 (the only years this facility has been in operation) and Steel Dust Recycling's facility for 2008, 2009, and 2010 was not publicly available. Therefore, these consumption values, excluding PIZO's 2011 value, were estimated by calculating the 2008 through 2010 annual capacity utilization of

Horsehead's Waelz kilns and multiplying this utilization ratio by the capacities of the PIZO and Steel Dust Recycling facilities, which were available from the companies (Horsehead 2007, 2008, 2010a, 2010b, and 2011; PIZO 2012; Steel Dust Recycling LLC 2012). EAF dust consumption for PIZO's facility for 2011 was calculated by applying the average annual capacity utilization rates for Horsehead and SDR (Grupo PROMAX) to PIZO's annual capacity. (Horsehead 2012, Rowland 2012, PIZO 2012). The 1.24 metric tons $CO_2$/metric ton EAF dust consumed emission factor was then applied to PIZO's and Steel Dust Recycling's estimated EAF dust consumption to develop $CO_2$ emission estimates for those Waelz kiln facilities.

Refined zinc production levels for Horsehead's Monaca, PA facility (utilizing electrothermic technology) were available from the company for years 2005 through 2011 (Horsehead 2008, 2011 and 2012). Production levels for 1990 through 2004 were extrapolated using the percentage changes in annual refined zinc production at secondary smelters in the United States as provided by USGS Minerals Yearbook: Zinc (USGS 1995 through 2011). The 3.70 metric tons $CO_2$/metric ton zinc emission factor was then applied to the Monaca facility's production levels to estimate $CO_2$ emissions for the facility. The Waelz kiln production emission factor was applied in this case rather than the EAF dust consumption emission factor since Horsehead's Monaca facility did not consume EAF dust.

# Uncertainty and Time-Series Consistency

The uncertainties contained in these estimates are two-fold, relating to activity data and emission factors used.

First, there is uncertainty associated with the amount of EAF dust consumed in the United States to produce secondary zinc using emission-intensive Waelz kilns. The estimate for the total amount of EAF dust consumed in Waelz kilns is based on (1) an EAF dust consumption value reported annually by Horsehead Corporation as part of its financial reporting to the Securities and Exchange Commission (SEC), and (2) an EAF dust consumption value obtained from the Waelz kiln facility operated in Alabama by Steel Dust Recycling LLC. Since actual EAF dust consumption information is not available for PIZO's facility (2009-2010) and SDR's facility (2008-2010), the amount is estimated by multiplying the EAF dust recycling capacity of the facility (available from the company's Web site) by the capacity utilization factor for Horsehead Corporation (which is available from Horsehead's financial reports). Also, the EAF dust consumption for PIZO's facility in 2011 was estimated by multiplying the average capacity utilization factor developed from Horsehead Corp. and SDR's annual capacity utilization rates by PIZO's EAF dust recycling capacity. Therefore, there is uncertainty associated with the assumption used to estimate PIZO and SDR's annual EAF dust consumption values (except SDR's EAF dust consumption in 2011 which was obtained from SDR's recycling facility in Alabama).

Second, there are uncertainties associated with the emission factors used to estimate $CO_2$ emissions from secondary zinc production processes. The Waelz kiln emission factors are based on materials balances for metallurgical coke and EAF dust consumed as provided by Viklund-White (2000). Therefore, the accuracy of these emission factors depend upon the accuracy of these materials balances. Data limitations prevented the development of emission factors for the electrothermic process. Therefore, emission factors for the Waelz kiln process were applied to both electrothermic and Waelz kiln production processes. The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-84. Zinc production $CO_2$ emissions were estimated to be between 1.1 and 1.5 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 17 percent below and 15 percent above the emission estimate of 1.3 Tg $CO_2$ Eq.

**Table 4-84:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Zinc Production (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Zinc Production | $CO_2$ | 1.3 | 1.1 | 1.5 | -17% | +15% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Zinc Production source category. Particular attention would be made to ensure time series consistency of the emissions estimates presented in future inventory reports, consistent with IPCC and UNFCCC guidelines. This is required as the facility-level reporting data from EPA's GHGRP, with the program's initial requirements for reporting of emissions in calendar year 2010, are not available for all inventory years (i.e., 1990 through 2009) as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[152]

# 4.20    Lead Production (IPCC Source Category 2C5)

Lead production in the United States consists of both primary and secondary processes – both of which emit $CO_2$ (Sjardin 2003). Primary lead production, in the form of direct smelting, occurs at a just a single smelter in Missouri. This primary lead smelter is expected to be closed by the end of 2013, and a new smelter is proposed to be constructed at the same location as the existing smelter. Secondary production primarily involves the recycling of lead acid batteries at approximately 20 separate smelters in the United States. A total of 14 of these secondary smelters have annual capacities of 15,000 tons or more and were collectively responsible for more than 99 percent of secondary lead production in 2011(USGS 2012).  Secondary lead production has increased in the United States over the past decade while primary lead production has decreased.  In 2011, secondary lead production accounted for nearly 91 percent of total lead production.

Primary production of lead through the direct smelting of lead concentrate produces $CO_2$ emissions as the lead concentrates are reduced in a furnace using metallurgical coke (Sjardin 2003).  U.S. primary lead production increased by approximately 3 percent from 2010 to 2011, but has decreased by 71 percent since 1990 (USGS 1995 through 2012a, Guberman 2012).

Similar to primary lead production, $CO_2$ emissions from secondary production result when a reducing agent, usually metallurgical coke, is added to the smelter to aid in the reduction process. Carbon dioxide emissions from secondary production also occur through the treatment of secondary raw materials (Sjardin 2003).  In 2011, U.S. secondary lead production decreased from 2010 levels by approximately 1 percent, but has increased by 23 percent since 1990 (USGS 1995 through 2012a, Guberman 2012).

In 2011, U.S. primary and secondary lead production totaled 1,248,000 metric tons (Guberman 2012).  The resulting emissions of $CO_2$ from 2011 production were estimated to be 0.5 Tg $CO_2$ Eq. (538 Gg) (see Table 4-85).  The majority of 2011 lead production is from secondary processes, which accounted for 95 percent of total 2011 $CO_2$ emissions.  At last reporting, the United States was the third largest mine producer of lead in the world, behind China and Australia, accounting for approximately 8 percent of world production in 2011 (USGS 2012).  Emissions from fuels consumed for energy purposes during the production of lead are accounted for in the Energy chapter.

**Table 4-85:  $CO_2$ Emissions from Lead Production (Tg $CO_2$ Eq. and Gg)**

| Year | Tg $CO_2$ Eq. | Gg |
|------|------|------|
| 1990 | 0.5 | 516 |
| 2005 | 0.6 | 553 |
| 2007 | 0.6 | 562 |

[152] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

| | | |
|---|---|---|
| 2008 | 0.5 | 547 |
| 2009 | 0.5 | 525 |
| 2010 | 0.5 | 542 |
| 2011 | 0.5 | 538 |

After a steady increase in total emissions from 1995 to 2000, total emissions have gradually decreased since 2000 but were still 4 percent greater in 2011 than in 1990. Although primary production has decreased significantly (71 percent since 1990), secondary production has increased by about 23 percent over the same time period. Since secondary production is more emissions-intensive, the increase in secondary production since 1990 has resulted in a net increase in emissions despite the sharp decrease in primary production (USGS 1995 through 2012a; Guberman 2012).

## Methodology

Non-energy $CO_2$ emissions from lead production result from primary and secondary production processes that use metallurgical coke or other carbon-based materials as reductants. The methods used to estimate emissions for lead production are based on Sjardin's work (Sjardin 2003) for lead production emissions and Tier 1 methods from the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006). For primary lead production using direct smelting, Sjardin (2003) and the IPCC (2006) provide an emission factor of 0.25 metric tons $CO_2$/metric ton lead. For secondary lead production, Sjardin (2003) and IPCC (2006) provide an emission factor of 0.25 metric tons $CO_2$/metric ton lead for direct smelting, as well as an emission factor of 0.2 metric tons $CO_2$/metric ton lead produced for the treatment of secondary raw materials (i.e., pretreatment of lead acid batteries). Since the secondary production of lead involves both the use of the direct smelting process and the treatment of secondary raw materials, Sjardin recommends an additive emission factor to be used in conjunction with the secondary lead production quantity. The direct smelting factor (0.25) and the sum of the direct smelting and pretreatment emission factors (0.45) are multiplied by total U.S. primary and secondary lead production, respectively, to estimate $CO_2$ emissions.

The 1990 through 2011 activity data for primary and secondary lead production (see Table 4-86) were obtained from the USGS through personal communications with the USGS Lead Commodity Specialist (Guberman 2012) and through the *USGS Mineral Yearbook: Lead* (USGS 1995 through 2012a).

**Table 4-86: Lead Production (Metric Tons)**

| Year | Primary | Secondary |
|---|---|---|
| 1990 | 404,000 | 922,000 |
| | | |
| 2005 | 143,000 | 1,150,000 |
| | | |
| 2007 | 123,000 | 1,180,000 |
| 2008 | 135,000 | 1,140,000 |
| 2009 | 103,000 | 1,110,000 |
| 2010 | 115,000 | 1,140,000 |
| 2011 | 118,000 | 1,130,000 |

## Uncertainty and Time-Series Consistency

Uncertainty associated with lead production relates to the emission factors and activity data used. The direct smelting emission factor used in primary production is taken from Sjardin (2003) who averaged the values provided by three other studies (Dutrizac et al. 2000, Morris et al. 1983, Ullman 1997). For secondary production, Sjardin (2003) added a $CO_2$ emission factor associated with battery treatment. The applicability of these emission factors to plants in the United States is uncertain. There is also a smaller level of uncertainty associated with the accuracy of primary and secondary production data provided by the USGS.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-87. Lead production $CO_2$ emissions were estimated to be between 0.5 and 0.6 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 15 percent below and 15 percent above the emission estimate of 0.5 Tg $CO_2$ Eq.

**Table 4-87:  Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Lead Production (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Lead Production | $CO_2$ | 0.5 | 0.5 | 0.6 | -15% | +15% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

## Planned Improvements

Future improvements involve evaluating and analyzing data reported under EPA's GHGRP that would be useful to improve the emission estimates for the Lead Production source category. Particular attention would be made to ensure time series consistency of the emissions estimates presented in future inventory reports, consistent with IPCC and UNFCCC guidelines. This is required as the facility-level reporting data from EPA's GHGRP, with the program's initial requirements for reporting of emissions in calendar year 2010, are not available for all inventory years (i.e., 1990 through 2009) as required for this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[153]

# 4.21   HCFC-22 Production (IPCC Source Category 2E1)

Trifluoromethane (HFC-23 or $CHF_3$) is generated as a byproduct during the manufacture of chlorodifluoromethane (HCFC-22), which is primarily employed in refrigeration and air conditioning systems and as a chemical feedstock for manufacturing synthetic polymers. Between 1990 and 2000, U.S. production of HCFC-22 increased significantly as HCFC-22 replaced chlorofluorocarbons (CFCs) in many applications. Between 2000 and 2007, U.S. production fluctuated but generally remained above 1990 levels. In 2008 and 2009, U.S. production declined markedly before increasing slightly in 2010 and 2011. Because HCFC-22 depletes stratospheric ozone, its production for non-feedstock uses is scheduled to be phased out by 2020 under the U.S. Clean Air Act.[154] Feedstock production, however, is permitted to continue indefinitely.

HCFC-22 is produced by the reaction of chloroform ($CHCl_3$) and hydrogen fluoride (HF) in the presence of a catalyst, $SbCl_5$. The reaction of the catalyst and HF produces $SbCl_xF_y$, (where x + y = 5), which reacts with chlorinated hydrocarbons to replace chlorine atoms with fluorine. The HF and chloroform are introduced by submerged piping into a continuous-flow reactor that contains the catalyst in a hydrocarbon mixture of chloroform and partially fluorinated intermediates. The vapors leaving the reactor contain HCFC-21 ($CHCl_2F$), HCFC-22 ($CHClF_2$), HFC-23 ($CHF_3$), HCl, chloroform, and HF. The under-fluorinated intermediates (HCFC-21) and chloroform are then condensed and returned to the reactor, along with residual catalyst, to undergo further fluorination. The final vapors leaving the condenser are primarily HCFC-22, HFC-23, HCl and residual HF. The

---

[153] See <http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf>

[154] As construed, interpreted, and applied in the terms and conditions of the *Montreal Protocol on Substances that Deplete the Ozone Layer*. [42 U.S.C. §7671m(b), CAA §614]

HCl is recovered as a useful byproduct, and the HF is removed. Once separated from HCFC-22, the HFC-23 may be released to the atmosphere, recaptured for use in a limited number of applications, or destroyed.

Three facilities produced HCFC-22 in the U.S. in 2011. Emissions of HFC-23 in 2011 were estimated to be 6.9 Tg $CO_2$ Eq. (0.6 Gg) (see Table 4-88). This quantity represents a 9 percent increase from 2010 emissions but an 81 percent decline from 1990 emissions. The increase from 2010 emissions was caused by a 9 percent increase in HCFC-22 production. The decline from 1990 emissions is due to a 21 percent decrease in HCFC-22 production and a 76 percent decrease in the HFC-23 emission rate since 1990. The decrease in the emission rate is primarily attributable to five factors: (a) five plants that did not capture and destroy the HFC-23 generated have ceased production of HCFC-22 since 1990, (b) one plant that captures and destroys the HFC-23 generated began to produce HCFC-22, (c) one plant implemented and documented a process change that reduced the amount of HFC-23 generated, and (d) the same plant began recovering HFC-23, primarily for destruction and secondarily for sale, and (e) another plant began destroying HFC-23.

**Table 4-88: HFC-23 Emissions from HCFC-22 Production (Tg $CO_2$ Eq. and Gg)**

| Year | Tg $CO_2$ Eq. | Gg |
|------|---------------|-----|
| 1990 | 36.4 | 3 |
| 2005 | 15.8 | 1 |
| 2007 | 17.0 | 1 |
| 2008 | 13.6 | 1 |
| 2009 | 5.4 | 0.5 |
| 2010 | 6.4 | 0.5 |
| 2011 | 6.9 | 0.6 |

# Methodology

To estimate HFC-23 emissions for five of the eight HCFC-22 plants that have operated in the United States since 1990, methods comparable to the Tier 3 methods in the *2006 IPCC Guidelines for National Greenhouse Gas Inventories* (IPCC 2006) were used. Emissions for 2010 and 2011 were obtained through reports submitted by U.S. HCFC-22 production facilities to EPA's GHGRP. EPA's GHGRP mandates that all HCFC-22 production facilities report their annual emissions of HFC-23 from HCFC-22 production processes and HFC-23 destruction processes. Previously, data were obtained by EPA through collaboration with an industry association that received voluntarily reported HCFC-22 production and HFC-23 emissions annually from all U.S. HCFC-22 producers from 1990 through 2009. These emissions were aggregated and reported to EPA on an annual basis.

For the other three plants, the last of which closed in 1993, methods comparable to the Tier 1 method in the 2006 IPCC Guidelines were used. Emissions from these three plants have been calculated using the recommended emission factor for unoptimized plants operating before 1995 (0.04 kg HCFC-23/kg HCFC-22 produced).

The five plants that have operated since 1994 measured concentrations of HFC-23 to estimate their emissions of HFC-23. Plants using thermal oxidation to abate their HFC-23 emissions monitor the performance of their oxidizers to verify that the HFC-23 is almost completely destroyed. Plants that release (or historically have released) some of their byproduct HFC-23 periodically measure HFC-23 concentrations in the output stream using gas chromatography. This information is combined with information on quantities of products (e.g., HCFC-22) to estimate HFC-23 emissions.

To estimate 1990 through 2009 emissions, reports from an industry association were used that aggregated HCFC-22 production and HFC-23 emissions from all U.S. HCFC-22 producers and reported them to EPA (ARAP 1997, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009, 2010). To estimate 2010 and 2011 emissions, facility-level data (including both HCFC-22 production and HFC-23 emissions) reported through the EPA's GHGRP were analyzed (ICF 2012). In 1997 and 2008, comprehensive reviews of plant-level estimates of HFC-23 emissions and HCFC-22 production were performed (RTI 1997; RTI 2008). The 1997 and 2008 reviews enabled U.S. totals to be reviewed, updated, and where necessary, corrected, and also for plant-level uncertainty analyses

(Monte-Carlo simulations) to be performed for 1990, 1995, 2000, 2005, and 2006. Estimates of annual U.S. HCFC-22 production are presented in Table 4-89.

**Table 4-89: HCFC-22 Production (Gg)**

| Year | Gg |
|------|-----|
| 1990 | 139 |
|      |     |
| 2005 | 156 |
|      |     |
| 2007 | 162 |
| 2008 | 126 |
| 2009 | 91  |
| 2010 | 101 |
| 2011 | 110 |

## Uncertainty and Time Series Consistency

The uncertainty analysis presented in this section was based on a plant-level Monte Carlo Stochastic Simulation for 2006. The Monte Carlo analysis used estimates of the uncertainties in the individual variables in each plant's estimating procedure. This analysis was based on the generation of 10,000 random samples of model inputs from the probability density functions for each input. A normal probability density function was assumed for all measurements and biases except the equipment leak estimates for one plant; a log-normal probability density function was used for this plant's equipment leak estimates. The simulation for 2006 yielded a 95-percent confidence interval for U.S. emissions of 6.8 percent below to 9.6 percent above the reported total.

The relative errors yielded by the Monte Carlo Stochastic Simulation for 2006 were applied to the U.S. emission estimate for 2011. The resulting estimates of absolute uncertainty are likely to be reasonably accurate because (1) the methods used by the three plants to estimate their emissions are not believed to have changed significantly since 2006, and (2) although the distribution of emissions among the plants may have changed between 2006 and 2011 (because both HCFC-22 production and the HFC-23 emission rate declined significantly), the two plants that contribute significantly to emissions were estimated to have similar relative uncertainties in their 2006 (as well as 2005) emission estimates. Thus, changes in the relative contributions of these two plants to total emissions are not likely to have a large impact on the uncertainty of the national emission estimate.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-90. HFC-23 emissions from HCFC-22 production were estimated to be between 6.4 and 7.6 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 7 percent below and 10 percent above the emission estimate of 6.9 Tg $CO_2$ Eq.

**Table 4-90: Quantitative Uncertainty Estimates for HFC-23 Emissions from HCFC-22 Production (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|--------|-----|------------------------------------|------------------------|---|---|---|
|        |     |                                    | (Tg $CO_2$ Eq.) | | (%) | |
|        |     |                                    | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| HCFC-22 Production | HFC-23 | 6.9 | 6.4 | 7.6 | -7% | +10% |

[a] Range of emissions reflects a 95 percent confidence interval.

Details on the emission trends through time are described in more detail in the Methodology section, above.

## Recalculations Discussion

2010 emissions were revised downward by 1.7 Tg CO2 Eq., or 21 percent, reflecting a correction made by one plant to its estimated emissions for that year following the discovery of a malfunction in a flowmeter totalizer.

# 4.22    Substitution of Ozone Depleting Substances (IPCC Source Category 2F)

Hydrofluorocarbons (HFCs) and perfluorocarbons (PFCs) are used as alternatives to several classes of ozone-depleting substances (ODSs) that are being phased out under the terms of the *Montreal Protocol* and the Clean Air Act Amendments of 1990.[155]  Ozone depleting substances—chlorofluorocarbons (CFCs), halons, carbon tetrachloride, methyl chloroform, and hydrochlorofluorocarbons (HCFCs)—are used in a variety of industrial applications including refrigeration and air conditioning equipment, solvent cleaning, foam production, sterilization, fire extinguishing, and aerosols.  Although HFCs and PFCs are not harmful to the stratospheric ozone layer, they are potent greenhouse gases.  Emission estimates for HFCs and PFCs used as substitutes for ODSs are provided in Table 4-91 and Table 4-92.

**Table 4-91:  Emissions of HFCs and PFCs from ODS Substitutes (Tg $CO_2$ Eq.)**

| Gas | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| HFC-23 | + | + | + | + | + | + | + |
| HFC-32 | + | 0.3 | 1.0 | 1.3 | 1.7 | 2.5 | 3.2 |
| HFC-125 | + | 8.5 | 12.0 | 14.3 | 17.3 | 22.2 | 26.6 |
| HFC-134a | + | 74.9 | 72.2 | 69.3 | 66.7 | 66.8 | 66.4 |
| HFC-143a | + | 8.7 | 10.3 | 11.1 | 12.6 | 14.7 | 16.8 |
| HFC-236fa | + | 0.8 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |
| $CF_4$ | + | + | + | + | + | + | + |
| Others* | 0.3 | 5.6 | 6.3 | 6.7 | 7.0 | 7.4 | 7.8 |
| **Total** | **0.3** | **99.0** | **102.7** | **103.6** | **106.3** | **114.6** | **121.7** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.
* Others include HFC-152a, HFC-227ea, HFC-245fa, HFC-43-10mee, $C_4F_{10}$, and PFC/PFPEs, the latter being a proxy for a diverse collection of PFCs and perfluoropolyethers (PFPEs) employed for solvent applications.  For estimating purposes, the GWP value used for PFC/PFPEs was based upon $C_6F_{14}$.
Note:  Totals may not sum due to independent rounding.

**Table 4-92:  Emissions of HFCs and PFCs from ODS Substitution (Mg)**

| Gas | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| HFC-23 | + | 1 | 1 | 2 | 2 | 2 | 2 |
| HFC-32 | + | 505 | 1,489 | 2,025 | 2,613 | 3,856 | 4,935 |
| HFC-125 | + | 3,053 | 4,297 | 5,119 | 6,178 | 7,930 | 9,511 |
| HFC-134a | + | 57,637 | 55,517 | 53,273 | 51,326 | 51,402 | 51,007 |
| HFC-143a | + | 2,290 | 2,718 | 2,911 | 3,325 | 3,861 | 4,412 |
| HFC-236fa | + | 125 | 136 | 141 | 144 | 146 | 147 |
| $CF_4$ | + | 2 | 2 | 2 | 2 | 3 | 3 |
| Others* | M | M | M | M | M | M | M |

M (Mixture of Gases)
+ Does not exceed 0.5 Mg
* Others include HFC-152a, HFC-227ea, HFC-245fa, HFC-43-10mee, $C_4F_{10}$, and PFC/PFPEs, the latter being a proxy for a diverse collection of PFCs and perfluoropolyethers (PFPEs) employed for solvent applications.

In 1990 and 1991, the only significant emissions of HFCs and PFCs as substitutes to ODSs were relatively small amounts of HFC-152a—used as an aerosol propellant and also a component of the refrigerant blend R-500 used in chillers—and HFC-134a in refrigeration end-uses.  Beginning in 1992, HFC-134a was used in growing amounts as a

---

[155] [42 U.S.C § 7671, CAA Title VI]

refrigerant in motor vehicle air-conditioners and in refrigerant blends such as R-404A.[156]  In 1993, the use of HFCs in foam production began, and in 1994 ODS substitutes for halons entered widespread use in the United States as halon production was phased-out. In 1995, these compounds also found applications as solvents.

The use and subsequent emissions of HFCs and PFCs as ODS substitutes has been increasing from small amounts in 1990 to 121.7 Tg $CO_2$ Eq. in 2011.  This increase was in large part the result of efforts to phase out CFCs and other ODSs in the United States.  In the short term, this trend is expected to continue, and will likely continue over the next decade as HCFCs, which are interim substitutes in many applications, are themselves phased-out under the provisions of the Copenhagen Amendments to the *Montreal Protocol*.  Improvements in the technologies associated with the use of these gases and the introduction of alternative gases and technologies, however, may help to offset this anticipated increase in emissions.

Table 4-93 presents emissions of HFCs and PFCs as ODS substitutes by end-use sector for 1990 through 2011.  The end-use sectors that contributed the most toward emissions of HFCs and PFCs as ODS substitutes in 2011 include refrigeration and air-conditioning (103.9 Tg $CO_2$ Eq., or approximately 85 percent), aerosols (9.7 Tg $CO_2$ Eq., or approximately 8 percent), and foams (5.9 Tg $CO_2$ Eq., or approximately 5 percent).  Within the refrigeration and air-conditioning end-use sector, motor vehicle air-conditioning was the highest emitting end-use (42.7 Tg $CO_2$ Eq.), followed by refrigerated retail food and refrigerated transport.  Each of the end-use sectors is described in more detail below.

**Table 4-93:  Emissions of HFCs and PFCs from ODS Substitutes (Tg $CO_2$ Eq.) by Sector**

| Sector | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Refrigeration/Air Conditioning | + | 87.9 | 90.3 | 90.4 | 91.3 | 97.6 | 103.9 |
| Aerosols | 0.3 | 7.3 | 8.2 | 8.6 | 9.1 | 9.3 | 9.7 |
| Foams | + | 1.9 | 2.3 | 2.5 | 3.9 | 5.4 | 5.9 |
| Solvents | + | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.4 |
| Fire Protection | + | 0.5 | 0.7 | 0.7 | 0.8 | 0.9 | 0.9 |
| **Total** | **0.3** | **99.0** | **102.7** | **103.6** | **106.3** | **114.6** | **121.7** |

+ Does not exceed 0.05 Tg $CO_2$ Eq.

# Refrigeration/Air Conditioning

The refrigeration and air-conditioning sector includes a wide variety of equipment types that have historically used CFCs or HCFCs. End-uses within this sector include motor vehicle air-conditioning, retail food refrigeration, refrigerated transport (e.g.,  ship holds, truck trailers, railway freight cars), household refrigeration, residential and small commercial air-conditioning and heat pumps, chillers (large comfort cooling), cold storage facilities, and industrial process refrigeration (e.g., systems used in food processing, chemical, petrochemical, pharmaceutical, oil and gas, and metallurgical industries).  As the ODS phaseout is taking effect, most equipment is being or will eventually be retrofitted or replaced to use HFC-based substitutes. Common HFCs in use today in the refrigeration/air-conditioning equipment are HFC-134a, R-410A,[157] R-404A, and R-507A.[158]  These HFCs are emitted to the atmosphere during equipment manufacture and operation (as a result of component failure, leaks, and purges), as well as at servicing and disposal events.

# Aerosols

Aerosol propellants are used in metered dose inhalers (MDIs) and a variety of personal care products and technical/specialty products (e.g., duster sprays and safety horns).  Many pharmaceutical companies that produce MDIs—a type of inhaled therapy used to treat asthma and chronic obstructive pulmonary disease—have replaced the use of CFCs with HFC-propellant alternatives.  The earliest ozone-friendly MDIs were produced with HFC-

---

[156] R-404A contains HFC-125, HFC-143a, and HFC-134a.

[157] R-410A contains HFC-32 and HFC-125.

[158] R-507A, also called R-507, contains HFC-125 and HFC-143a.

134a, but the industry has started to use HFC-227ea as well. Conversely, since the use of CFC propellants was banned in 1978, most non-medical consumer aerosol products have not transitioned to HFCs, but to "not-in-kind" technologies, such as solid roll-on deodorants and finger-pump sprays. The transition away from ODS in specialty aerosol products has also led to the introduction of non-fluorocarbon alternatives (e.g., hydrocarbon propellants) in certain applications, in addition to HFC-134a or HFC-152a. These propellants are released into the atmosphere as the aerosol products are used.

## Foams

CFCs and HCFCs have traditionally been used as foam blowing agents to produce polyurethane (PU), polystyrene, polyolefin, and phenolic foams, which are used in a wide variety of products and applications. Since the *Montreal Protocol*, flexible PU foams as well as other types of foam, such as polystyrene sheet, polyolefin, and phenolic foam, have transitioned almost completely away from fluorocompounds, into alternatives such as $CO_2$, methylene chloride, and hydrocarbons. The majority of rigid PU foams have transitioned to HFCs—primarily HFC-134a and HFC-245fa. Today, these HFCs are used to produce polyurethane appliance, PU commercial refrigeration, PU spray, and PU panel foams—used in refrigerators, vending machines, roofing, wall insulation, garage doors, and cold storage applications. In addition, HFC-152a, HFC-134a and $CO_2$ are used to produce polystyrene sheet/board foam, which is used in food packaging and building insulation. Emissions of blowing agents occur when the foam is manufactured as well as during the foam lifetime and at foam disposal, depending on the particular foam type.

## Solvents

CFCs, methyl chloroform (1,1,1-trichloroethane or TCA), and to a lesser extent carbon tetrachloride ($CCl_4$) were historically used as solvents in a wide range of cleaning applications, including precision, electronics, and metal cleaning. Since their phaseout, metal cleaning end-use applications have primarily transitioned to non-fluorocarbon solvents and not-in-kind processes. The precision and electronics cleaning end-uses have transitioned in part to high-GWP gases, due to their high reliability, excellent compatibility, good stability, low toxicity, and selective solvency. These applications rely on HFC-43-10mee, HFC-365mfc, HFC-245fa, and to a lesser extent, PFCs. Electronics cleaning involves removing flux residue that remains after a soldering operation for printed circuit boards and other contamination-sensitive electronics applications. Precision cleaning may apply to either electronic components or to metal surfaces, and is characterized by products, such as disk drives, gyroscopes, and optical components, that require a high level of cleanliness and generally have complex shapes, small clearances, and other cleaning challenges. The use of solvents yields fugitive emissions of these HFCs and PFCs.

## Fire Protection

Fire protection applications include portable fire extinguishers ("streaming" applications) that originally used halon 1211, and total flooding applications that originally used halon 1301, as well as some halon 2402. Since the production and sale of halons were banned in the United States in 1994, the halon replacement agent of choice in the streaming sector has been dry chemical, although HFC-236fa is also used to a limited extent. In the total flooding sector, HFC-227ea has emerged as the primary replacement for halon 1301 in applications that require clean agents. Other HFCs, such as HFC-23 and HFC-125, are used in smaller amounts. The majority of HFC-227ea in total flooding systems is used to protect essential electronics, as well as in civil aviation, military mobile weapons systems, oil/gas/other process industries, and merchant shipping. As fire protection equipment is tested or deployed, emissions of these HFCs occur.

# Methodology

A detailed Vintaging Model of ODS-containing equipment and products was used to estimate the actual—versus potential—emissions of various ODS substitutes, including HFCs and PFCs. The name of the model refers to the fact that it tracks the use and emissions of various compounds for the annual "vintages" of new equipment that enter service in each end-use. The Vintaging Model predicts ODS and ODS substitute use in the United States based on modeled estimates of the quantity of equipment or products sold each year containing these chemicals and the amount of the chemical required to manufacture and/or maintain equipment and products over time. Emissions for each end-use were estimated by applying annual leak rates and release profiles, which account for the lag in

emissions from equipment as they leak over time. By aggregating the data for 60 different end-uses, the model produces estimates of annual use and emissions of each compound. Further information on the Vintaging Model is contained in Annex 3.8.

# Uncertainty and Time-Series Consistency

Given that emissions of ODS substitutes occur from thousands of different kinds of equipment and from millions of point and mobile sources throughout the United States, emission estimates must be made using analytical tools such as the Vintaging Model or the methods outlined in IPCC (2006). Though the model is more comprehensive than the IPCC default methodology, significant uncertainties still exist with regard to the levels of equipment sales, equipment characteristics, and end-use emissions profiles that were used to estimate annual emissions for the various compounds.

The Vintaging Model estimates emissions from 60 end-uses. The uncertainty analysis, however, quantifies the level of uncertainty associated with the aggregate emissions resulting from the top 21 end-uses, comprising over 95 percent of the total emissions, and 5 other end-uses. These 26 end-uses comprise 97 percent of the total emissions. In an effort to improve the uncertainty analysis, additional end-uses are added annually, with the intention that over time uncertainty for all emissions from the Vintaging Model will be fully characterized. Any end-uses included in previous years' uncertainty analysis were included in the current uncertainty analysis, whether or not those end-uses were included in the top 95 percent of emissions from ODS Substitutes.

In order to calculate uncertainty, functional forms were developed to simplify some of the complex "vintaging" aspects of some end-use sectors, especially with respect to refrigeration and air-conditioning, and to a lesser degree, fire extinguishing. These sectors calculate emissions based on the entire lifetime of equipment, not just equipment put into commission in the current year, thereby necessitating simplifying equations. The functional forms used variables that included growth rates, emission factors, transition from ODSs, change in charge size as a result of the transition, disposal quantities, disposal emission rates, and either stock for the current year or original ODS consumption. Uncertainty was estimated around each variable within the functional forms based on expert judgment, and a Monte Carlo analysis was performed. The most significant sources of uncertainty for this source category include the percent of non-MDI aerosol propellant that is HFC-152a, as well as the manufacturing loss rate for XPS: Boardstock foam.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-94. Substitution of ozone depleting substances HFC and PFC emissions were estimated to be between 117.2 and 134.2 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 1.5 percent below to 12.8 percent above the emission estimate of 118.9 Tg $CO_2$ Eq.

**Table 4-94:  Tier 2 Quantitative Uncertainty Estimates for HFC and PFC Emissions from ODS Substitutes (Tg $CO_2$ Eq. and Percent)**

| Source | Gases | 2011 Emission Estimate (Tg $CO_2$ Eq.)[a] | Uncertainty Range Relative to Emission Estimate[b] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Substitution of Ozone Depleting Substances | HFCs and PFCs | 118.9 | 117.2 | 134.2 | -1.5% | +12.8% |

[a] 2011 emission estimates and the uncertainty range presented in this table correspond to selected end-uses within the aerosols, foams, solvents, fire extinguishing agents, and refrigerants sectors, but not for other remaining categories. Therefore, because the uncertainty associated with emissions from "other" ODS substitutes was not estimated, they were excluded in the estimates reported in this table.
[b] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

# Recalculations Discussion

A review of the window unit end-use led to a minor revision in the assumed transition scenario. Overall, this change to the Vintaging Model had negligible effects on estimates of greenhouse gas emissions across the time series.

# Planned Improvements

Future improvements to the Vintaging Model are planned for the refrigeration and air-conditioning and foam sectors. New vintages will be added for the motor vehicle air-conditioning, small retail food, domestic refrigeration, and polyurethane rigid domestic refrigerator and freezer insulation foam end-uses. These vintages will include transitions to low-GWP alternatives that have been newly introduced into the U.S. market.  In addition, a vending machine end-use may be added to the refrigeration and air-conditioning sector, in order to capture a portion of the retail food market that may not be adequately encompassed by the small retail food end-use. These updates to the Vintaging Model are not anticipated to have a significant impact in the near term on the estimates of greenhouse gas emissions for the refrigeration and air-conditioning and foams sectors, but are anticipated to have an increasingly larger impact in future years as the low-GWP alternatives penetrate the U.S. market.

# 4.23    Semiconductor Manufacture (IPCC Source Category 2F6)

The semiconductor industry uses multiple long-lived fluorinated gases in plasma etching and plasma enhanced chemical vapor deposition (PECVD) processes to produce semiconductor products.  The gases most commonly employed are trifluoromethane (HFC-23 or $CHF_3$), perfluoromethane ($CF_4$), perfluoroethane ($C_2F_6$), nitrogen trifluoride ($NF_3$), and sulfur hexafluoride ($SF_6$), although other compounds such as perfluoropropane ($C_3F_8$) and perfluorocyclobutane (c-$C_4F_8$) are also used.  The exact combination of compounds is specific to the process employed.

A single 300 mm silicon wafer that yields between 400 to 500 semiconductor products (devices or chips) may require as many as, or more than 100 distinct fluorinated-gas-using process steps, principally to deposit and pattern dielectric films.  Plasma etching (or patterning) of dielectric films, such as silicon dioxide and silicon nitride, is performed to provide pathways for conducting material to connect individual circuit components in each device. The patterning process uses plasma-generated fluorine atoms, which chemically react with exposed dielectric film to selectively remove the desired portions of the film.  The material removed as well as undissociated fluorinated gases flow into waste streams and, unless emission abatement systems are employed, into the atmosphere.  PECVD chambers, used for depositing dielectric films, are cleaned periodically using fluorinated and other gases.  During the cleaning cycle the gas is converted to fluorine atoms in plasma, which etches away residual material from chamber walls, electrodes, and chamber hardware.  Undissociated fluorinated gases and other products pass from the chamber to waste streams and, unless abatement systems are employed, into the atmosphere.  In addition to emissions of unreacted gases, some fluorinated compounds can also be transformed in the plasma processes into different fluorinated compounds which are then exhausted, unless abated, into the atmosphere.  For example, when $C_2F_6$ is used in cleaning or etching, $CF_4$ is generated and emitted as a process by-product.  Besides dielectric film etching and PECVD chamber cleaning, much smaller quantities of fluorinated gases are used to etch polysilicon films and refractory metal films like tungsten.

For 2011, total weighted emissions of all fluorinated greenhouse gases by the U.S. semiconductor industry were estimated to be 5.3 Tg $CO_2$ Eq.  Combined emissions of all fluorinated greenhouse gases are presented in Table 4-95 and Table 4-96 below for years 1990, 2005 and the period 2007 to 2011.  The rapid growth of this industry and the increasing complexity (growing number of layers) of semiconductor products led to an increase in emissions of 148 percent between 1990 and 1999, when emissions peaked at 7.2 Tg $CO_2$ Eq.[159] The emissions growth rate began to slow after 1999, and emissions declined by 26 percent between 1999 and 2011. Together, industrial growth and

---

[159] Complexity is a term denoting the circuit required to connect the active circuit elements (transistors) on a chip.  Increasing miniaturization, for the same chip size, leads to increasing transistor density, which, in turn, requires more complex interconnections between those transistors.  This increasing complexity is manifested by increasing the levels (i.e., layers) of wiring, with each wiring layer requiring fluorinated gas usage for its manufacture.

adoption of emissions reduction technologies, including but not limited to abatement technologies, resulted in a net increase in emissions of 84 percent between 1990 and 2011.

There was a sizable dip seen in emissions between 2008 and 2009, or a 25 percent decrease, due to the slowed economic growth, and hence production, during this time. This trend is a newly identified historic trend in this year's inventory and can be attributed to information on historic trends in demand for silicon from a newly purchased VLSI database, which is used as part of estimating emissions from semiconductor manufacturing (see the Recalculations Discussion section). While the industry recovered and emissions rose between 2009 and 2010 by more than 50 percent a small reduction in emission can be seen between 2010 and 2011. This reduction may be attributable to a reduction in non-Partner activity (TMLA). (As discussed further in the Methodology section, non-Partners are conservatively assumed to have an emission rate equal to the Partners' emission rate in the late 1990s; this is higher than the current Partner emission rate).

**Table 4-95:  PFC, HFC, and SF$_6$ Emissions from Semiconductor Manufacture (Tg CO$_2$ Eq.)**

| Year | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|------|------|------|------|------|------|------|------|
| CF$_4$ | 0.7 | 1.1 | 1.3 | 1.4 | 1.1 | 1.7 | 1.6 |
| C$_2$F$_6$ | 1.5 | 2.0 | 2.4 | 2.4 | 1.7 | 2.6 | 2.3 |
| C$_3$F$_8$ | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 |
| C$_4$F$_8$ | 0.0 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 |
| HFC-23 | 0.2 | 0.2 | 0.3 | 0.3 | 0.2 | 0.4 | 0.3 |
| SF$_6$ | 0.5 | 1.0 | 0.8 | 0.9 | 0.7 | 1.0 | 0.9 |
| NF$_3$* | 0.0 | 0.4 | 0.5 | 0.6 | 0.5 | 0.5 | 0.7 |
| **Total** | **2.9** | **4.4** | **4.9** | **5.1** | **3.8** | **5.7** | **5.3** |

Note:  Totals may not sum due to independent rounding.
* NF$_3$ emissions are presented for informational purposes, using the AR4 GWP of 17,200, and are not included in totals.

**Table 4-96:  PFC, HFC, and SF$_6$ Emissions from Semiconductor Manufacture (Mg)**

| Year | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|------|------|------|------|------|------|------|------|
| CF$_4$ | 115 | 168 | 205 | 213 | 166 | 259 | 252 |
| C$_2$F$_6$ | 160 | 216 | 259 | 257 | 187 | 284 | 255 |
| C$_3$F$_8$ | 0 | 5 | 6 | 13 | 5 | 5 | 6 |
| C$_4$F$_8$ | 0 | 13 | 7 | 7 | 4 | 4 | 4 |
| HFC-23 | 15 | 18 | 24 | 25 | 20 | 31 | 29 |
| SF$_6$ | 22 | 40 | 35 | 36 | 29 | 42 | 39 |
| NF$_3$ | 3 | 26 | 30 | 33 | 33 | 32 | 38 |

## Methodology

Emissions are based on Partner reported emissions data received through the EPA's PFC Reduction/Climate Partnership and the EPA's PFC Emissions Vintage Model (PEVM), a model that estimates industry emissions in the absence of emission control strategies (Burton and Beizaie 2001).[160]  The availability and applicability of Partner data differs across the 1990 through 2011 time series.  Consequently, emissions from semiconductor manufacturing were estimated using five distinct methods, one each for the periods 1990 through 1994, 1995 through 1999, 2000 through 2006, 2007 through 2010, and 2011.

---

[160] A Partner refers to a participant in the U.S. EPA PFC Reduction/Climate Partnership for the Semiconductor Industry. Through a Memorandum of Understanding (MoU) with the EPA, Partners voluntarily reported their PFC emissions to the EPA by way of a third party, which aggregated the emissions through 2010. For 2011, while no MOU existed, it was assumed that the same companies that were Partners in 2010 were "Partners" in 2011 for purposes of estimating inventory emissions.

## 1990 through 1994

From 1990 through 1994, Partnership data was unavailable and emissions were modeled using the PEVM (Burton and Beizaie 2001).[161] The 1990 to 1994 emissions are assumed to be uncontrolled, since reduction strategies such as chemical substitution and abatement were yet to be developed.

PEVM is based on the recognition that PFC emissions from semiconductor manufacturing vary with: (1) the number of layers that comprise different kinds of semiconductor devices, including both silicon wafer and metal interconnect layers, and (2) silicon consumption (i.e., the area of semiconductors produced) for each kind of device. The product of these two quantities, Total Manufactured Layer Area (TMLA), constitutes the activity data for semiconductor manufacturing. PEVM also incorporates an emission factor that expresses emissions per unit of layer-area. Emissions are estimated by multiplying TMLA by this emission factor.

PEVM incorporates information on the two attributes of semiconductor devices that affect the number of layers: (1) linewidth technology (the smallest manufactured feature size),[162] and (2) product type (discrete, memory or logic).[163] For each linewidth technology, a weighted average number of layers is estimated using VLSI product-specific worldwide silicon demand data in conjunction with complexity factors (i.e., the number of layers per Integrated Circuit (IC)) specific to product type (Burton and Beizaie 2001, ITRS 2007). PEVM derives historical consumption of silicon (i.e., square inches) by linewidth technology from published data on annual wafer starts and average wafer size (VLSI Research, Inc. 2010).

The emission factor in PEVM is the average of four historical emission factors, each derived by dividing the total annual emissions reported by the Partners for each of the four years between 1996 and 1999 by the total TMLA estimated for the Partners in each of those years. Over this period, the emission factors varied relatively little (i.e., the relative standard deviation for the average was 5 percent). Since Partners are believed not to have applied significant emission reduction measures before 2000, the resulting average emission factor reflects uncontrolled emissions. The emission factor is used to estimate world uncontrolled emissions using publicly available data on world silicon consumption.

## 1995 through 1999

For 1995 through 1999, total U.S. emissions were extrapolated from the total annual emissions reported by the Partners (1995 through 1999). Partner-reported emissions are considered more representative (e.g., in terms of capacity utilization in a given year) than PEVM estimated emissions, and are used to generate total U.S. emissions when applicable. The emissions reported by the Partners were divided by the ratio of the total capacity of the plants operated by the Partners and the total capacity of all of the semiconductor plants in the United States; this ratio represents the share of capacity attributable to the Partnership. This method assumes that Partners and non-Partners have identical capacity utilizations and distributions of manufacturing technologies. Plant capacity data is contained in the World Fab Forecast (WFF) database and its predecessors, which is updated quarterly (Semiconductor Equipment and Materials Industry 2011).

---

[161] Various versions of the PEVM exist to reflect changing industrial practices. From 1990 to 1994 emissions estimates are from PEVM v1.0, completed in September 1998. The emission factor used to estimate 1990 to 1994 emissions is an average of the 1995 and 1996 emissions factors, which were derived from Partner reported data for those years.

[162] By decreasing features of Integrated Circuit components, more components can be manufactured per device, which increases its functionality. However, as those individual components shrink it requires more layers to interconnect them to achieve the functionality. For example, a microprocessor manufactured with the smallest feature sizes (65 nm) might contain as many as 1 billion transistors and require as many as 11 layers of component interconnects to achieve functionality, while a device manufactured with 130 nm feature size might contain a few hundred million transistors and require 8 layers of component interconnects (ITRS 2007).

[163] Memory devices manufactured with the same feature sizes as microprocessors (a logic device) require approximately one-half the number of interconnect layers, whereas discrete devices require only a silicon base layer and no interconnect layers (ITRS 2007). Since discrete devices did not start using PFCs appreciably until 2004, they are only accounted for in the PEVM emissions estimates from 2004 onwards.

## 2000 through 2006

The emission estimate for the years 2000 through 2006—the period during which Partners began the consequential application of PFC-reduction measures—was estimated using a combination of Partner reported emissions and PEVM modeled emissions. The emissions reported by Partners for each year were accepted as the quantity emitted from the share of the industry represented by those Partners. Remaining emissions, those from non-Partners, were estimated using PEVM and the method described above. Non-Partners are assumed not to have implemented any PFC-reduction measures, and hence PEVM model provides emission estimates without such measures. The portion of the U.S. total attributed to non-Partners is obtained by multiplying PEVM's total U.S. emissions figure by the non-Partner share of U. S. total silicon capacity for each year as described above.[164] Annual updates to PEVM reflect published figures for actual silicon consumption from VLSI Research, Inc., revisions and additions to the world population of semiconductor manufacturing plants, and changes in IC fabrication practices within the semiconductor industry (see ITRS 2008 and Semiconductor Equipment and Materials Industry 2011).[165,166,167]

## 2007 through 2010

For the years 2007 through 2010, emissions were also estimated using a combination of Partner reported emissions and PEVM modeled emissions to provide estimates for non-Partners; however, two improvements were made to the estimation method employed for the previous years in the time series. First, the 2007 through 2010 emission estimates account for the fact that Partners and non-Partners employ different distributions of manufacturing technologies, with the Partners using manufacturing technologies with greater transistor densities and therefore greater numbers of layers.[168] Second, the scope of the 2007 through 2010 estimates is expanded relative to the estimates for the years 2000 through 2006 to by including emissions from Research and Development (R&D) fabs. This additional enhancement was feasible through the use of more detailed data published in the World Fab Forecast. PEVM databases are updated annually as described above. The published world average capacity utilization for 2007 through 2010 was used for production fabs while for R&D fabs a 20 percent figure was assumed (SIA 2009).

---

[164] This approach assumes that the distribution of linewidth technologies is the same between Partners and non-Partners. As discussed in the description of the method used to estimate 2007 emissions, this is not always the case.

[165] Special attention was given to the manufacturing capacity of plants that use wafers with 300 mm diameters because the actual capacity of these plants is ramped up to design capacity, typically over a 2–3 year period. To prevent overstating estimates of partner-capacity shares from plants using 300 mm wafers, *design* capacities contained in WFW were replaced with estimates of *actual installed* capacities for 2004 published by Citigroup Smith Barney (2005). Without this correction, the partner share of capacity would be overstated, by approximately 5 percent. For perspective, approximately 95 percent of all new capacity additions in 2004 used 300 mm wafers, and by year-end those plants, on average, could operate at approximately 70 percent of the design capacity. For 2005, actual installed capacities were estimated using an entry in the World Fab Watch database (April 2006 Edition) called "wafers/month, 8-inch equivalent," which denoted the actual installed capacity instead of the fully-ramped capacity. For 2006, actual installed capacities of new fabs were estimated using an average monthly ramp rate of 1100 wafer starts per month (wspm) derived from various sources such as semiconductor fabtech, industry analysts, and articles in the trade press. The monthly ramp rate was applied from the first-quarter of silicon volume (FQSV) to determine the average design capacity over the 2006 period.

[166] In 2006, the industry trend in co-ownership of manufacturing facilities continued. Several manufacturers, who are Partners, now operate fabs with other manufacturers, who in some cases are also Partners and in other cases are not Partners. Special attention was given to this occurrence when estimating the Partner and non-Partner shares of U.S. manufacturing capacity.

[167] Two versions of PEVM are used to model non-Partner emissions during this period. For the years 2000 to 2003 PEVM v3.2.0506.0507 was used to estimate non-Partner emissions. During this time, discrete devices did not use PFCs during manufacturing and therefore only memory and logic devices were modeled in the PEVM v3.2.0506.0507. From 2004 onwards, discrete device fabrication started to use PFCs, hence PEVM v4.0.0701.0701, the first version of PEVM to account for PFC emissions from discrete devices, was used to estimate non-Partner emissions for this time period.

[168] EPA considered applying this change to years before 2007, but found that it would be difficult due to the large amount of data (i.e., technology-specific global and non-Partner TMLA) that would have to be examined and manipulated for each year. This effort did not appear to be justified given the relatively small impact of the improvement on the total estimate for 2007 and the fact that the impact of the improvement would likely be lower for earlier years because the estimated share of emissions accounted for by non-Partners is growing as Partners continue to implement emission-reduction efforts.

In addition, publicly available actual utilization data was used to account for differences in fab utilization for manufacturers of discrete and IC products for the emissions in 2010 for non-partners. PEVM estimates were adjusted using technology weighted capacity shares that reflect relative influence of different utilization.

## 2011

EPA's Partnership with the semiconductor industry, which included Partners' commitment to voluntarily report emissions data to EPA, ended in 2010. Future Inventories will rely on data reported through EPA's GHGRP for the semiconductor industry; however, this data was not available for the current inventory. Therefore, to ensure consistency within the time series, a modification of the 2007 to 2010 method was used. To estimate 2011 Partner emissions, it was assumed that the emission rate for Partners (Partnership emissions by gas to Partnership total manufactured layer area) was constant from 2010 to 2011. With this one exception, the method outlined for 2007 to 2010, which used PEVM to estimate non-Partner emissions and added those to estimated "Partner" emissions to determine total emissions for this sector, was used to estimate emissions in 2011.

## Gas-Specific Emissions

Two different approaches were also used to estimate the distribution of emissions of specific fluorinated gases. Before 1999, when there was no consequential adoption of fluorinated-gas-reducing measures, a fixed distribution of fluorinated-gas use was assumed to apply to the entire U.S. industry. This distribution was based upon the average fluorinated-gas purchases made by semiconductor manufacturers during this period and the application of IPCC default emission factors for each gas (Burton and Beizaie 2001). For the 2000 through 2011 period, the 1990 through 1999 distribution was assumed to apply to the non-Partners. Partners, however, began reporting gas-specific emissions during this period. Thus, gas-specific emissions for 2000 through 2011 were estimated by adding the emissions reported by the Partners (or estimated based on Partner reported emissions) to those estimated for the non-Partners.

## Data Sources

Partners estimated their emissions using a range of methods. It is assumed that most Partners used a method at least as accurate as the IPCC's Tier 2a Methodology, recommended in the IPCC Guidelines for National Greenhouse Inventories (2006). Data used to develop emission estimates are attributed in part to estimates based on data provided by the members of the Partnership, and in part from data obtained from PEVM estimates. Estimates of operating plant capacities and characteristics for Partners and non-Partners were derived from the Semiconductor Equipment and Materials Industry (SEMI) World Fab Forecast (formerly World Fab Watch) database (1996 through 2012) (e.g., Semiconductor Materials and Equipment Industry, 2012). Actual world capacity utilizations for 2010 were obtained from Semiconductor International Capacity Statistics (SICAS) (SIA, 2010). Estimates of silicon consumed by linewidth from 1990 through 2011 were derived from information from VLSI Research, Inc. (2010), and the number of layers per linewidth was obtained from International Technology Roadmap for Semiconductors: 2011 Update (Burton and Beizaie 2001, ITRS 2007, ITRS 2008, ITRS 2011).

## Uncertainty and Time Series Consistency

A quantitative uncertainty analysis of this source category was performed using the IPCC-recommended Tier 2 uncertainty estimation methodology, the Monte Carlo Stochastic Simulation technique. The equation used to estimate uncertainty is:

$$\text{U.S. emissions} = \sum \text{Partnership gas-specific submittals} + [(\text{non-Partner share of World TMLA}) \times (\text{PEVM Emission Factor} \times \text{World TMLA})]$$

The Monte Carlo analysis results presented below relied on estimates of uncertainty attributed to the four quantities on the right side of the equation. Estimates of uncertainty for the four quantities were in turn developed using the estimated uncertainties associated with the individual inputs to each quantity, error propagation analysis, Monte Carlo simulation, and expert judgment. The relative uncertainty associated with World TMLA estimate in 2011 is about ±10 percent, based on the uncertainty estimate obtained from discussions with VLSI, Inc. For the share of World layer-weighted silicon capacity accounted for by non-Partners, a relative uncertainty of ±8 percent was

estimated based on a separate Monte Carlo simulation to account for the random occurrence of missing data in the World Fab Forecast database. A relative uncertainty of approximately ±10 percent was estimated for the PEVM emission factor, based on the standard deviation of the 1996 to 1999 emission factors.[169] All estimates of uncertainties are given at 95-percent confidence intervals.

In developing estimates of uncertainty, consideration was also given to the nature and magnitude of the potential bias that World activity data (i.e., World TMLA) might have in its estimates of the number of layers associated with devices manufactured at each technology node. The result of a brief analysis indicated that U.S. TMLA overstates the average number of layers across all product categories and all manufacturing technologies by 0.12 layers or 2.9 percent.[170] The same upward bias is assumed for World TMLA, and is represented in the uncertainty analysis by deducting the absolute bias value from the World activity estimate when it is incorporated into the Monte Carlo analysis.

In 2009 and 2010 the relative uncertainty of total (i.e., aggregated) reported Partnership PFC emissions, by gas, was based on an analysis of the uncertainty of 2008 Partner-specific reported emissions by gas, as the Partner-specific reported data was not available for 2009 and 2010. For the estimated aggregate Partnership PFC emissions data, a relative uncertainty of ±50 percent was estimated for each gas-specific PFC emissions value reported by an individual Partner for 2008, and error propagation techniques were used to apply these values to estimate uncertainty for total Partnership gas-specific estimates for 2008-2010.[171] Likewise, individual Partner reported emissions were not available for 2011. Consequently, the uncertainty associated with total 2011 Partnership gas-specific emissions in 2011 was assumed to be the same as the uncertainty associated with the 2008, 2009, and 2010 Partnership gas-specific emissions.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-97. The emissions estimate for total U.S. PFC emissions from semiconductor manufacturing were estimated to be between 4.9 and 5.8 Tg $CO_2$ Eq. at a 95 percent confidence level. This range represents 8 percent below to 9 percent above the 2011 emission estimate of 5.3 Tg $CO_2$ Eq. This range and the associated percentages apply to the estimate of total emissions rather than those of individual gases. Uncertainties associated with individual gases will be somewhat higher than the aggregate, but were not explicitly modeled.

**Table 4-97:  Tier 2 Quantitative Uncertainty Estimates for HFC, PFC, and $SF_6$ Emissions from Semiconductor Manufacture (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate[a] (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[b] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound[c] | Lower Bound | Upper Bound |
| Semiconductor Manufacture | HFC, PFC, and $SF_6$ | 5.3 | 4.9 | 5.8 | -8% | 9% |

[a] Because the uncertainty analysis covered all emissions (including $NF_3$), the emission estimate presented here does not match that shown in Table 4-95.
[b] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.
[c] Absolute lower and upper bounds were calculated using the corresponding lower and upper bounds in percentages.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

---

[169] The average of 1996 to 1999 emission factor is used to derive the PEVM emission factor.

[170] This is based on an analysis of 2004 data.

[171] Error propagation resulted in Partnership gas-specific uncertainties ranging from 17 to 27 percent. Uncertainty is based on Partner reported data from 2008, as EPA has not conducted an audit of Partner data at Latham and Watkins since that data was reported.

## Recalculations Discussion

Activity data for the time series was revised for the current inventory.  Specifically, silicon demand data for the years 2007-2010 were revised within PEVM, and hence the inventory, to reflect updated published data purchased from VLSI within the Worldwide Silicon Demand report. The revised inventory now relies on the 2012 version of this report, which revised historic numbers in the late 2000's since the last purchase of the report for inventory purposes. The 2012 Silicon Demand report captures the slowdown and drop in silicon demand, particularly in 2009, due to worldwide economic slowdowns, whereas data previously used did not reflect this. Differences seen between the datasets used, in terms of millions of squares inches of silicon demanded, were 5.8 percent, 4.8 percent, 22.1 percent, and 9.1 percent for the years 2007, 2008, 2009 and 2010, respectively.

## Planned Improvements

Future years' emissions data from the EPA's GHGRP will be available for use. The data required to be reported for semiconductor manufacturers under subpart I-Electronics Manufacturing includes PFC, HFC, $SF_6$, and $NF_3$ emissions, as well as emissions of $N_2O$ and heat transfer fluid emissions. Therefore a point of consideration for future national emissions estimates is the inclusion of $N_2O$ and emissions from heat transfer fluid (HTF) loss to the atmosphere.

$N_2O$ is used for the chemical vapor deposition process mainly. Deposition is a fundamental step in the fabrication of a variety of electronic devices. During deposition, layers of dielectric, barrier, or electrically conductive films are deposited or grown on a wafer or other substrate. Chemical vapor deposition (CVD) enables the deposition of dielectric or metal films. During the CVD process, gases that contain atoms of the material to be deposited react on the wafer surface to form a thin film of solid material. Films deposited by CVD may be silicon oxide, single-layer crystal epitaxial silicon, amorphous silicon, silicon nitride, dielectric anti-reflective coatings, low-k dielectric, aluminum, titanium, titanium nitride, polysilicon, tungsten, refractory metals or silicides. $N_2O$ may be the oxidizer of choice during deposition of silicon oxide films. $N_2O$ may also be used in other manufacturing processes.

Fluorinated Heat transfer fluids, of which some are liquid perfluorinated compounds, are used for temperature control, device testing, cleaning substrate surfaces and other parts, and soldering in certain types of semiconductor manufacturing production processes. Evaporation of these fluids is a source of fluorinated emissions (EPA 2006).

When considering the integration of emissions data from a new source, EPA's GHGRP, time series consistency is a major consideration, consistent with IPCC and UNFCCC guidelines. This is required as facility-level reporting data from EPA's GHGRP, with the program's initial requirements for reporting of emissions in calendar year 2010, are not available for all inventory years (i.e., 1990 through 2009) as required for this inventory. In addition, EPA's GHGRP requires reporters to use an emission estimation method similar, but not the same, as Partners used in the past. Additionally, EPA's GHGRP provides new emission factors as compared to the IPCC Guidelines which many Partners relied on. Consideration will also need to be given to the fact that PEVM estimated emissions are likely to not be consistent with GHGRP emissions data because the PEVM emission factor relies on historic Partner data. Companies/facilities reporting under subpart I of EPA's GHGRP will represent a larger portion of the sector than historically reported under the voluntary Partnership.

Along with more emissions information for the semiconductor manufacturing sector, EPA's GHGRP requires the reporting of emissions from other types of electronics manufacturing, including micro-electro-mechanical systems, flat panel displays, and photovoltaic cells. Including these sources categories in future national inventories may be a consideration.

# 4.24    Electrical Transmission and Distribution (IPCC Source Category 2F7)

The largest use of $SF_6$, both in the United States and internationally, is as an electrical insulator and interrupter in equipment that transmits and distributes electricity (RAND 2004).  The gas has been employed by the electric power

industry in the United States since the 1950s because of its dielectric strength and arc-quenching characteristics. It is used in gas-insulated substations, circuit breakers, and other switchgear. Sulfur hexafluoride has replaced flammable insulating oils in many applications and allows for more compact substations in dense urban areas.

Fugitive emissions of $SF_6$ can escape from gas-insulated substations and switchgear through seals, especially from older equipment. The gas can also be released during equipment manufacturing, installation, servicing, and disposal. Emissions of $SF_6$ from equipment manufacturing and from electrical transmission and distribution systems were estimated to be 7.0 Tg $CO_2$ Eq. (0.3 Gg) in 2011. This quantity represents a 74 percent decrease from the estimate for 1990 (see Table 4-98 and Table 4-99). This decrease is believed to have two causes: a sharp increase in the price of $SF_6$ during the 1990s and a growing awareness of the environmental impact of $SF_6$ emissions through programs such as EPA's $SF_6$ Emission Reduction Partnership for Electric Power Systems.

**Table 4-98: $SF_6$ Emissions from Electric Power Systems and Electrical Equipment Manufacturers (Tg $CO_2$ Eq.)**

| Year | Electric Power Systems | Electrical Equipment Manufacturers | Total |
|------|------------------------|-------------------------------------|-------|
| 1990 | 26.3 | 0.3 | 26.7 |
| 2005 | 10.3 | 0.8 | 11.1 |
| 2007 | 8.2 | 0.6 | 8.8 |
| 2008 | 7.5 | 1.1 | 8.6 |
| 2009 | 7.5 | 0.6 | 8.1 |
| 2010 | 7.0 | 0.8 | 7.8 |
| 2011 | 6.3 | 0.8 | 7.0 |

Note: Totals may not sum due to independent rounding.

**Table 4-99: $SF_6$ Emissions from Electric Power Systems and Electrical Equipment Manufacturers (Gg)**

| Year | Emissions |
|------|-----------|
| 1990 | 1.1 |
| 2005 | 0.5 |
| 2007 | 0.4 |
| 2008 | 0.4 |
| 2009 | 0.3 |
| 2010 | 0.3 |
| 2011 | 0.3 |

# Methodology

The estimates of emissions from Electrical Transmission and Distribution are comprised of emissions from electric power systems and emissions from the manufacture of electrical equipment. The methodologies for estimating both sets of emissions are described below.

For the first time, the inventory methodology incorporates emission estimates from electric power systems reported through EPA's GHGRP. In 2012, several U.S. electrical power systems began reporting emission estimates to EPA through its GHGRP. EPA's GHGRP mandates that users of $SF_6$ in electric power systems are required to report emissions if the facility has a total $SF_6$ nameplate capacity that exceeds 17,820 pounds (a nameplate-based approximate of the 25,000 metric tons of $CO_2$ equivalent threshold). Many utilities participating in EPA's $SF_6$ Emission Reduction Partnership for Electric Power Systems (Partners) began reporting their emissions through EPA's GHGRP given the reporting threshold as opposed to through the Partnership as was done historically; additionally, several utilities that are not Partners reported estimates through EPA's GHGRP. Like Partners, electric power systems that report their $SF_6$ emissions under EPA's GHGRP are required to use the IPCC Tier 3 utility-level mass-balance approach (IPCC 2006).

# 1999 through 2011 Emissions from Electric Power Systems

Emissions from electric power systems from 1999 to 2011 were estimated based on: (1) reporting from utilities participating in EPA's SF$_6$ Emission Reduction Partnership for Electric Power Systems (Partners), which began in 1999; (2) reporting from utilities required to report under the EPA's GHGRP, which began in 2012 for emissions occurring in 2011 (GHGRP-Only Reporters); and (3) the relationship between utilities' reported emissions and their transmission miles as reported in the 2001, 2004, 2007, and 2010 Utility Data Institute (UDI) Directories of Electric Power Producers and Distributors (UDI 2001, 2004, 2007, 2010), which was applied to the electric power systems that do not report to EPA (Non-Reporters). (Transmission miles are defined as the miles of lines carrying voltages above 34.5 kV).

Over the period from 1999 to 2011, Partner utilities, which for inventory purposes are defined as utilities that either currently are or previously have been part of the Partnership, represented between 43 percent and 48 percent of total U.S. transmission miles. Partner utilities estimated their emissions using a Tier 3 utility-level mass balance approach (IPCC 2006). If a Partner utility did not provide data for a particular year, emissions were interpolated between years for which data were available or extrapolated based on Partner-specific transmission mile growth rates. In 2011, approximately 0.2 percent of the total emissions attributed to Partner utilities were reported through Partnership reports. Approximately 72 percent of the total emissions attributed to Partner utilities were reported and verified through the GHGRP, as described below. Partners without verified 2011 data accounted for approximately 28 percent of the total emissions attributed to Partner utilities.[172]

EPA's GHGRP requires users of SF$_6$ in electric power systems to report emissions if the facility has a total SF$_6$ nameplate capacity that exceeds 17,820 pounds. (This quantity is the nameplate capacity that would result in annual SF6 emissions equal to 25,000 metric tons of $CO_2$ equivalent at the historical emission rate reported under the Partnership.) Like Partners, electric power systems that report their SF$_6$ emissions under EPA's GHGRP are required to use the Tier 3 utility-level mass-balance approach. Many Partners began reporting their emissions through EPA's GHGRP in 2012 because their nameplate capacity exceeded the reporting threshold. Partners who did not report through EPA's GHGRP continued to report through the Partnership.

In addition, many non-Partners began reporting to EPA for the first time through its GHGRP in 2012. Non-Partner emissions reported and verified under EPA's GHGRP were compiled to form a new category of reported data (GHGRP-Only Reporters). GHGRP-Only Reporters accounted for 16 percent of U.S. transmission miles and 15 percent of estimated U.S. emissions from electric power system in 2011.[173]

Emissions from Non-Reporters (i.e., utilities other than Partners and GHGRP-Only Reporters) in every year since 1999 were estimated using the results of a regression analysis that correlated emissions from reporting utilities with their transmission miles. In the United States, SF$_6$ is contained primarily in transmission equipment rated above 34.5 kV. Two equations were developed, one for "non-large" and one for "large" utilities (i.e., with fewer or more than 10,000 transmission miles, respectively). The distinction between utility sizes was made because the regression analysis showed that the relationship between emissions and transmission miles differed for non-large and large transmission networks.

---

[172] It should be noted that data reported through the GHGRP must go through a verification process; only data verified as of January 1, 2013 could be used in the emission estimates for 2011. For Partners whose GHGRP data was not yet verified, emissions were extrapolated based upon historical Partner-specific transmission mile growth rates, and those Partners are included in the 'non-reporting Partners' category.

For electric power systems, verification involved a series of electronic range, completeness, and algorithm checks for each report submitted. In addition, EPA manually reviewed the reported data and compared each facility's reported transmission miles with the corresponding quantity in the UDI 2010 database (UDI 2010). EPA then followed up with reporters where the discrepancy between the reported miles and the miles published by UDI was greater than 10 percent, with a goal to improve data quality. Only GHGRP data verified as of January 1, 2013 was included in the emission estimates for 2011.

[173] It should also be noted that GHGRP-reported emissions from five facilities that did not have any associated transmission miles were included in the emissions estimates for 2011. Emissions from these facilities comprise approximately 0.6 percent of total reported and verified emissions. EPA is continuing to investigate whether or not these emissions are already implicitly accounted for in the relationship between transmission miles and emissions (discussed further below).

To estimate emissions from non-reporting, non-large utilities, a regression equation based on verified data from both Partners and GHGRP-Only Reporters was used.  As noted above, non-Partner emissions were reported to the EPA for the first time through its GHGRP in 2012.  This data was of particular interest because it provided insight into the emission rate of non-Partners, which previously was assumed to be equal to the historical (1999) emission rate of Partners.[174]   The availability of non-Partner emissions estimates allowed the regression analysis to be modified for smaller utilities.  (The regression equation for larger non-reporting utilities could not be revised, because verified emissions estimates were not available for any non-Partner utilities with greater than 10,000 transmission miles).  To develop the equation, first, the emission rates and emissions per transmission mile reported by Partners and GHGRP-Only Reporters with fewer than 10,000 transmission miles in 2011 was reviewed to determine whether there was a statistically significant difference between these two groups.  It was determined that there is no statistically significant difference among the two sets; therefore, Partner and GHGRP-Only reported data for 2011 were combined to develop a regression equation to estimate the emissions of non-reporting utilities. The equation was developed based on the emissions reported by a subset of 35 Partner utilities and 39 non-Partner utilities (representing approximately 40 percent of total U.S. transmission miles for utilities with fewer than 10,000 transmission miles).  2011 transmission mileage data was reported through EPA's GHGRP, with the exception of transmission mileage data for Partners that did not report through EPA's GHGRP, which was obtained from the 2010 UDI Directory of Electric Power Producers and Distributors (UDI 2010).

Historical emissions from non-reporting, non-large utilities were estimated by linearly interpolating between the 1999 regression coefficient and the revised 2011 regression coefficient.

The equation for large utilities was developed based on the 1999 $SF_6$ emissions reported by a subset of 42 Partner utilities (representing approximately 23 percent of U.S. transmission miles) and 2000 transmission mileage data obtained from the 2001 UDI Directory of Electric Power Producers and Distributors (UDI 2001).  This equation was used to estimate non-Reporter emissions from large utilities from 1999 to 2011.

The regression equations are:

Non-reporting large utilities (more than 10,000 transmission miles, in kilograms):

$$\text{Emissions (kg)} = 0.58 \times \text{Transmission Miles}$$

Non-reporting small utilities (less than 10,000 transmission miles, in kilograms):

$$\text{Emissions (kg)} = \text{Annual regression coefficient} \times \text{Transmission Miles}$$

where the annual regression coefficient ranged linearly from 0.89 in 1999 to 0.34 in 2011

Data on transmission miles for each Non-Reporter for the years 2000, 2003, 2006, and 2009 were obtained from the 2001, 2004, 2007, and 2010 UDI Directories of Electric Power Producers and Distributors, respectively (UDI 2001, 2004, 2007, 2010).  The U.S. transmission system grew by over 25,000 miles between 2000 and 2003 and by only 2,400 miles between 2003 and 2006.  These periodic increases are assumed to have occurred gradually. Therefore, transmission mileage was assumed to increase at an annual rate of 1.3 percent between 2000 and 2003 and 0.1 percent between 2003 and 2006.  This growth rate grew to 2.8 percent from 2006 to 2009 as transmission miles increased by 56,000 miles (approximately). The annual growth rate for 2010 and 2011 was extrapolated based on the growth rate from 2006 to 2009 of 2.8 percent.

As a final step, total electric power system emissions were determined for each year by summing the Partner reported and estimated emissions (reported data was available through the EPA's $SF_6$ Emission Reduction Partnership for Electric Power Systems), the GHGRP-Only reported emissions, and the non-reporting utilities' emissions (determined using the 1999 and 2011 regression equations).

---

[174] Partners in EPA's $SF_6$ Emission Reduction Partnership reduced their emissions by approximately 63 percent from 1999 to 2010 and 68 percent from 1999 to 2011.

## 1990 through 1998 Emissions from Electric Power Systems

Because most utilities participating in the Partnership reported emissions only for 1999 through 2011, modeling was used to estimate $SF_6$ emissions from electric power systems for the years 1990 through 1998. To perform this modeling, U.S. emissions were assumed to follow the same trajectory as global emissions from this source during the 1990 to 1999 period. To estimate global emissions, the RAND survey of global $SF_6$ sales were used, together with the following equation for estimating emissions, which is derived from the mass-balance equation for chemical emissions (Volume 3, Equation 7.3) in the IPCC Guidelines for National Greenhouse Gas Inventories (IPCC 2006).[175] (Although equation 7.3 of the IPCC Guidelines appears in the discussion of substitutes for ozone-depleting substances, it is applicable to emissions from any long-lived pressurized equipment that is periodically serviced during its lifetime.)

$$\text{Emissions (kilograms } SF_6) = SF_6 \text{ purchased to refill existing equipment (kilograms)} + \text{nameplate capacity of retiring equipment (kilograms)} \text{ [176]}$$

Note that the above equation holds whether the gas from retiring equipment is released or recaptured; if the gas is recaptured, it is used to refill existing equipment, thereby lowering the amount of $SF_6$ purchased by utilities for this purpose.

Gas purchases by utilities and equipment manufacturers from 1961 through 2003 are available from the RAND (2004) survey. To estimate the quantity of $SF_6$ released or recovered from retiring equipment, the nameplate capacity of retiring equipment in a given year was assumed to equal 81.2 percent of the amount of gas purchased by electrical equipment manufacturers 40 years previous (e.g., in 2000, the nameplate capacity of retiring equipment was assumed to equal 81.2 percent of the gas purchased in 1960). The remaining 18.8 percent was assumed to have been emitted at the time of manufacture. The 18.8 percent emission factor is an average of IPCC default $SF_6$ emission rates for Europe and Japan for 1995 (IPCC 2006). The 40-year lifetime for electrical equipment is also based on IPCC (2006). The results of the two components of the above equation were then summed to yield estimates of global $SF_6$ emissions from 1990 through 1999.

U.S. emissions between 1990 and 1999 are assumed to follow the same trajectory as global emissions during this period. To estimate U.S. emissions, global emissions for each year from 1990 through 1998 were divided by the estimated global emissions from 1999. The result was a time series of factors that express each year's global emissions as a multiple of 1999 global emissions. Historical U.S. emissions were estimated by multiplying the factor for each respective year by the estimated U.S. emissions of $SF_6$ from electric power systems in 1999 (estimated to be 15.0 Tg $CO_2$ Eq.).

Two factors may affect the relationship between the RAND sales trends and actual global emission trends. One is utilities' inventories of $SF_6$ in storage containers. When $SF_6$ prices rise, utilities are likely to deplete internal inventories before purchasing new $SF_6$ at the higher price, in which case $SF_6$ sales will fall more quickly than emissions. On the other hand, when $SF_6$ prices fall, utilities are likely to purchase more $SF_6$ to rebuild inventories, in which case sales will rise more quickly than emissions. This effect was accounted for by applying 3-year smoothing to utility $SF_6$ sales data. The other factor that may affect the relationship between the RAND sales trends and actual global emissions is the level of imports from and exports to Russia and China. $SF_6$ production in these countries is not included in the RAND survey and is not accounted for in any another manner by RAND. However, atmospheric studies confirm that the downward trend in estimated global emissions between 1995 and 1998 was real (see the Uncertainty discussion below).

## 1990 through 2011 Emissions from Manufacture of Electrical Equipment

The 1990 to 2011 emission estimates for original equipment manufacturers (OEMs) were derived by assuming that manufacturing emissions equal 10 percent of the quantity of $SF_6$ provided with new equipment. The quantity of $SF_6$

---

[175] Ideally, sales to utilities in the U.S. between 1990 and 1999 would be used as a model. However, this information was not available. There were only two U.S. manufacturers of $SF_6$ during this time period, so it would not have been possible to conceal sensitive sales information by aggregation.

[176] Nameplate capacity is defined as the amount of $SF_6$ within fully charged electrical equipment.

provided with new equipment was estimated based on statistics compiled by the National Electrical Manufacturers Association (NEMA). These statistics were provided for 1990 to 2000; the quantities of $SF_6$ provided with new equipment for 2001 to 2011 were estimated using Partner reported data and the total industry $SF_6$ nameplate capacity estimate (143.1 Tg $CO_2$ Eq. in 2011). Specifically, the ratio of new nameplate capacity to total nameplate capacity of a subset of Partners for which new nameplate capacity data was available from 1999 to 2010 was calculated. Due to the decrease in available Partner data for 2011 – as most Partners reported through the GHGRP and reporting on these parameters was not required in 2011 – the 2011 ratio was estimated as an average of the 1999 to 2010 ratios. These ratios were then multiplied by the total industry nameplate capacity estimate for each year to derive the amount of $SF_6$ provided with new equipment for the entire industry. The 10 percent emission rate is the average of the "ideal" and "realistic" manufacturing emission rates (4 percent and 17 percent, respectively) identified in a paper prepared under the auspices of the International Council on Large Electric Systems (CIGRE) in February 2002 (O'Connell et al. 2002).

## Uncertainty

To estimate the uncertainty associated with emissions of $SF_6$ from Electrical Transmission and Distribution, uncertainties associated with four quantities were estimated: (1) emissions from Partners, (2) emissions from GHGRP-Only Reporters, (3) emissions from Non-Reporters, and (4) emissions from manufacturers of electrical equipment. A Monte Carlo analysis was then applied to estimate the overall uncertainty of the emissions estimate.

Total emissions from the $SF_6$ Emission Reduction Partnership include emissions from both reporting (through the Partnership or GHGRP) and non-reporting Partners. For reporting Partners, individual Partner-reported $SF_6$ data was assumed to have an uncertainty of 10 percent. Based on a Monte Carlo analysis, the cumulative uncertainty of all Partner-reported data was estimated to be 2.5 percent. The uncertainty associated with extrapolated or interpolated emissions from non-reporting Partners was assumed to be 20 percent.

For GHGRP-Only Reporters, reported $SF_6$ data was assumed to have an uncertainty of 20 percent.[177] Based on a Monte Carlo analysis, the cumulative uncertainty of all GHGRP-Only reported data was estimated to be 5.2 percent.

There are two sources of uncertainty associated with the regression equations used to estimate emissions in 2011 from Non-Reporters: (1) uncertainty in the coefficients (as defined by the regression standard error estimate), and (2) the uncertainty in total transmission miles for Non-Reporters. Uncertainties were also estimated regarding (1) the quantity of $SF_6$ supplied with equipment by equipment manufacturers, which is projected from Partner provided nameplate capacity data and industry $SF_6$ nameplate capacity estimates, and (2) the manufacturers' $SF_6$ emissions rate.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 4-100. Electrical Transmission and Distribution $SF_6$ emissions were estimated to be between 5.8 and 8.5 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 17 percent below and 21 percent above the emission estimate of 7.0 Tg $CO_2$ Eq.

**Table 4-100:  Tier 2 Quantitative Uncertainty Estimates for $SF_6$ Emissions from Electrical Transmission and Distribution (Tg $CO_2$ Eq. and percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to 2011 Emission Estimate[a] (Tg $CO_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Electrical Transmission and Distribution | $SF_6$ | 7.0 | 5.8 | 8.5 | -17% | +21% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

---

[177] Uncertainty is assumed to be higher for the GHGRP-Only category, because 2011 is the first year that those utilities have reported to EPA,.

In addition to the uncertainty quantified above, there is uncertainty associated with using global $SF_6$ sales data to estimate U.S. emission trends from 1990 through 1999. However, the trend in global emissions implied by sales of $SF_6$ appears to reflect the trend in global emissions implied by changing $SF_6$ concentrations in the atmosphere. That is, emissions based on global sales declined by 29 percent between 1995 and 1998 (RAND 2004), and emissions based on atmospheric measurements declined by 17 percent over the same period (Levin et al. 2010).

Several pieces of evidence indicate that U.S. $SF_6$ emissions were reduced as global emissions were reduced. First, the decreases in sales and emissions coincided with a sharp increase in the price of $SF_6$ that occurred in the mid-1990s and that affected the United States as well as the rest of the world. A representative from DILO, a major manufacturer of $SF_6$ recycling equipment, stated that most U.S. utilities began recycling rather than venting $SF_6$ within two years of the price rise. Finally, the emissions reported by the one U.S. utility for 1990 through 1999 under the Partnership showed a downward trend beginning in the mid-1990s.

## Recalculations Discussion

The historical emissions estimated for this source category have undergone significant revisions. First, in the current inventory, $SF_6$ emission estimates for the period 1990 through 2010 were updated relative to the previous report based on revisions to interpolated and extrapolated non-reported Partner data. Second, an error was detected and fixed regarding the treatment of UDI 2010 data in the inventory. Due to a change in the transmission mile growth rate, this impacted $SF_6$ emission estimates for the period 2006 through 2010. Third, the previously-described interpolation between 1999 and 2011 regression coefficients to estimate emissions from non-reporting utilities with fewer than 10,000 transmission miles impacted historical estimates for the period 2000 through 2010. Previously, a conservative coefficient had been used to estimate non-Partner emissions that proved too high once GHGRP-reported data was analyzed for the 2011 reporting year. As a result of the above changes, $SF_6$ emissions from electrical transmission and distribution decreased by 37 percent for 2010 relative to the previous report.

## Planned Improvements

With future reporting under EPA's GHGRP, affected electric power systems will be required to report additional data elements, including the decrease in $SF_6$ inventory, purchases of $SF_6$, disbursements of $SF_6$, and net increase in total nameplate capacity of equipment operated. This will allow inclusion of GHGRP data on nameplate capacity and purchases in the inventory in future years. However, particular attention will be made to ensure time series consistency of the emissions estimates presented in future inventory reports, consistent with IPCC and UNFCCC guidelines. This is required as facility-level reporting data from EPA's GHGRP are not available for all inventory years (i.e., 1990 through 2010) as required for this inventory.

### Box 4-2:  Potential Emission Estimates of HFCs, PFCs, and SF$_6$

Emissions of HFCs, PFCs and $SF_6$ from industrial processes can be estimated in two ways, either as potential emissions or as actual emissions. Emission estimates in this chapter are "actual emissions," which are defined by the Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories (IPCC/UNEP/OECD/IEA 1997) as estimates that take into account the time lag between consumption and emissions. In contrast, "potential emissions" are defined to be equal to the amount of a chemical consumed in a country, minus the amount of a chemical recovered for destruction or export in the year of consideration. Potential emissions will generally be greater for a given year than actual emissions, since some amount of chemical consumed will be stored in products or equipment and will not be emitted to the atmosphere until a later date, if ever. Although actual emissions are considered to be the more accurate estimation approach for a single year, estimates of potential emissions are provided for informational purposes.

Separate estimates of potential emissions were not made for industrial processes that fall into the following categories:

- *By-product emissions.* Some emissions do not result from the consumption or use of a chemical, but are the unintended by-products of another process. For such emissions, which include emissions of $CF_4$ and $C_2F_6$ from aluminum production and of HFC-23 from HCFC-22 production, the distinction between potential and actual emissions is not relevant.

- *Potential emissions that equal actual emissions.* For some sources, such as magnesium production and processing, no delay between consumption and emission is assumed and, consequently, no destruction of the chemical takes place. In this case, actual emissions equal potential emissions.

Table 4-101 presents potential emission estimates for HFCs and PFCs from the substitution of ozone depleting substances, HFCs, PFCs, and $SF_6$ from semiconductor manufacture, and $SF_6$ from magnesium production and processing and electrical transmission and distribution.[178] Potential emissions associated with the substitution for ozone depleting substances were calculated using the EPA's Vintaging Model. Estimates of HFCs, PFCs, and $SF_6$ consumed by semiconductor manufacture were developed by dividing chemical-by-chemical emissions by the appropriate chemical-specific emission factors from the IPCC Good Practice Guidance (Tier 2c). Estimates of $CF_4$ consumption were adjusted to account for the conversion of other chemicals into $CF_4$ during the semiconductor manufacturing process, again using the default factors from the IPCC Good Practice Guidance. Potential SF6 emissions estimates for electrical transmission and distribution were developed using U.S. utility purchases of SF6 for electrical equipment. From 1999 through 2007, estimates were obtained from reports submitted by participants in EPA's $SF_6$ Emission Reduction Partnership for Electric Power Systems. U.S. utility purchases of $SF_6$ for electrical equipment from 1990 through 1998 were backcasted based on world sales of $SF_6$ to utilities. Purchases of $SF_6$ by utilities were added to $SF_6$ purchases by electrical equipment manufacturers to obtain total $SF_6$ purchases by the electrical equipment sector.

**Table 4-101: 2011 Potential and Actual Emissions of HFCs, PFCs, and $SF_6$ from Selected Sources (Tg CO2 Eq.)**

| Source | Potential | Actual |
|---|---|---|
| Substitution of Ozone Depleting Substances | 236.3 | 121.7 |
| Aluminum Production | - | 2.9 |
| HCFC-22 Production | - | 6.9 |
| Semiconductor Manufacture | + | + |
| Magnesium Production and Processing | + | + |
| Electrical Transmission and Distribution | 17.1 | 11.7 |

- Not applicable.
+ Does not exceed 0.05 Tg $CO_2$ Eq.

# 4.25   Industrial Sources of Indirect Greenhouse Gases

In addition to the main greenhouse gases addressed above, many industrial processes generate emissions of indirect greenhouse gases. Total emissions of nitrogen oxides ($NO_x$), carbon monoxide (CO), and non-$CH_4$ volatile organic compounds (NMVOCs) from non-energy industrial processes from 1990 to 2011 are reported in Table 4-102.

**Table 4-102: $NO_x$, CO, and NMVOC Emissions from Industrial Processes (Gg)**

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **$NO_x$** | **591** | **569** | **537** | **520** | **568** | **568** | **568** |
| Other Industrial Processes | 343 | 437 | 398 | 379 | 436 | 436 | 436 |
| Metals Processing | 88 | 60 | 62 | 62 | 60 | 60 | 60 |
| Chemical and Allied Product Manufacturing | 152 | 55 | 59 | 61 | 55 | 55 | 55 |
| Storage and Transport | 3 | 15 | 16 | 16 | 15 | 15 | 15 |

---

[178] See Annex 5 for a discussion of sources of $SF_6$ emissions excluded from the actual emissions estimates in this report.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Miscellaneous* | 5 | 2 | 2 | 2 | 2 | 2 | 2 |
| **CO** | **4,125** | **1,555** | **1,640** | **1,682** | **1,549** | **1,549** | **1,549** |
| Metals Processing | 2,395 | 752 | 824 | 859 | 752 | 752 | 752 |
| Other Industrial Processes | 487 | 484 | 464 | 454 | 484 | 484 | 484 |
| Chemical and Allied Product Manufacturing | 1,073 | 189 | 223 | 240 | 187 | 187 | 187 |
| Storage and Transport | 69 | 97 | 103 | 104 | 97 | 97 | 97 |
| Miscellaneous* | 101 | 32 | 27 | 25 | 29 | 29 | 29 |
| **NMVOCs** | **2,422** | **1,997** | **1,869** | **1,804** | **1,322** | **1,322** | **1,322** |
| Storage and Transport | 1,352 | 1,308 | 1,224 | 1,182 | 662 | 662 | 662 |
| Other Industrial Processes | 364 | 415 | 383 | 367 | 395 | 395 | 395 |
| Chemical & Allied Product Manufacturing | 575 | 213 | 210 | 207 | 206 | 206 | 206 |
| Metals Processing | 111 | 44 | 43 | 42 | 44 | 44 | 44 |
| Miscellaneous* | 20 | 17 | 10 | 7 | 15 | 15 | 15 |

* Miscellaneous includes the following categories: catastrophic/accidental release, other combustion, health services, cooling towers, and fugitive dust. It does not include agricultural fires or slash/prescribed burning, which are accounted for under the Field Burning of Agricultural Residues source.
Note: Totals may not sum due to independent rounding.

## Methodology

Due to the lack of data available at the time of publication, emission estimates for 2010 and 2011 rely on 2009 data as a proxy. Emission estimates for 2009 were obtained from preliminary data (EPA 2010, EPA 2009), and disaggregated based on EPA (2003), which, in its final iteration, will be published on the National Emission Inventory (NEI) Air Pollutant Emission Trends web site. Due to redevelopment of the information technology systems for the NEI, publication of the most recent emissions for these pollutants (i.e., indirect greenhouse gases) was not available for this report.[179] Emissions were calculated either for individual categories or for many categories combined, using basic activity data (e.g., the amount of raw material processed) as an indicator of emissions. National activity data were collected for individual categories from various agencies. Depending on the category, these basic activity data may include data on production, fuel deliveries, raw material processed, etc.

Activity data were used in conjunction with emission factors, which together relate the quantity of emissions to the activity. Emission factors are generally available from the EPA's Compilation of Air Pollutant Emission Factors, AP-42 (EPA 1997). The EPA currently derives the overall emission control efficiency of a source category from a variety of information sources, including published reports, the 1985 National Acid Precipitation and Assessment Program emissions inventory, and other EPA databases.

## Uncertainty and Time-Series Consistency

Uncertainties in these estimates are partly due to the accuracy of the emission factors and activity data used. A quantitative uncertainty analysis was not performed.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

---

[179] For an overview of the activities and the schedule for developing the 2011 National Emissions Inventory, with the goal of producing Version 1 in the summer of 2013, see < http://www.epa.gov/ttn/chief/eis/2011nei/2011plan.pdf>

# 5.  Solvent and Other Product Use

Greenhouse gas emissions are produced as a by-product of various solvent and other product uses.  In the United States, emissions from Nitrous Oxide ($N_2O$) Product Uses, the only source of greenhouse gas emissions from this sector, accounted for less than 0.1 percent of total U.S. anthropogenic greenhouse gas emissions on a $CO_2$ equivalent basis in 2011 (see Table 5-1).  Indirect greenhouse gas emissions also result from solvent and other product use, and are presented in Table 5-5 in gigagrams (Gg).

**Table 5-1:  $N_2O$ Emissions from Solvent and Other Product Use (Tg $CO_2$ Eq. and Gg)**

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| $N_2O$ from Product Uses | | | | | | | |
| Tg $CO_2$ Eq. | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 | 4.4 |
| Gg | 14 | 14 | 14 | 14 | 14 | 14 | 14 |

# 5.1 Nitrous Oxide from Product Uses (IPCC Source Category 3D)

$N_2O$ is a clear, colorless, oxidizing liquefied gas, with a slightly sweet odor.  Two companies operate a total of five $N_2O$ production facilities in the United States (Airgas 2007; FTC 2001).  $N_2O$ is primarily used in carrier gases with oxygen to administer more potent inhalation anesthetics for general anesthesia, and as an anesthetic in various dental and veterinary applications.  As such, it is used to treat short-term pain, for sedation in minor elective surgeries, and as an induction anesthetic.  The second main use of $N_2O$ is as a propellant in pressure and aerosol products, the largest application being pressure-packaged whipped cream.  Small quantities of $N_2O$ also are used in the following applications:

- Oxidizing agent and etchant used in semiconductor manufacturing;

- Oxidizing agent used, with acetylene, in atomic absorption spectrometry;

- Production of sodium azide, which is used to inflate airbags;

- Fuel oxidant in auto racing; and

- Oxidizing agent in blowtorches used by jewelers and others (Heydorn 1997).

Production of $N_2O$ in 2011 was approximately 15 Gg (Table 5-2).

**Table 5-2:  $N_2O$ Production (Gg)**

| Year | Gg |
|---|---|
| 1990 | 16 |

| | |
|---|---|
| 2005 | 15 |
| | |
| 2007 | 15 |
| 2008 | 15 |
| 2009 | 15 |
| 2010 | 15 |
| 2011 | 15 |

$N_2O$ emissions were 4.4 Tg $CO_2$ Eq. (14 Gg) in 2011 (Table 5-3).  Production of $N_2O$ stabilized during the 1990s because medical markets had found other substitutes for anesthetics, and more medical procedures were being performed on an outpatient basis using local anesthetics that do not require $N_2O$.  The use of $N_2O$ as a propellant for whipped cream has also stabilized due to the increased popularity of cream products packaged in reusable plastic tubs (Heydorn 1997).

**Table 5-3:  $N_2O$ Emissions from $N_2O$ Product Usage (Tg $CO_2$ Eq. and Gg)**

| Year | Tg $CO_2$ Eq. | Gg |
|---|---|---|
| 1990 | 4.4 | 14 |
| | | |
| 2005 | 4.4 | 14 |
| | | |
| 2007 | 4.4 | 14 |
| 2008 | 4.4 | 14 |
| 2009 | 4.4 | 14 |
| 2010 | 4.4 | 14 |
| 2011 | 4.4 | 14 |

## Methodology

Emissions from $N_2O$ product usage were calculated by first multiplying the total amount of $N_2O$ produced in the United States by the share of the total quantity of $N_2O$ attributed to each end use.  This value was then multiplied by the associated emission rate for each end use.  After the emissions were calculated for each end use, they were added together to obtain a total estimate of $N_2O$ product usage emissions.  Emissions were determined using the following equation:

$$N_2O \text{ Product Usage Emissions} = \Sigma i \text{ [Total U.S. Production of } N_2O] \times \text{[Share of Total Quantity of } N_2O \text{ Usage by Sector i]} \times \text{[Emissions Rate for Sector i]}$$

where,

    i = Sector.

The share of total quantity of $N_2O$ usage by end use represents the share of national $N_2O$ produced that is used by the specific subcategory (i.e., anesthesia, food processing, etc.).  In 2011, the medical/dental industry used an estimated 89.5 percent of total $N_2O$ produced, followed by food processing propellants at 6.5 percent.  All other categories combined used the remainder of the $N_2O$ produced.  This subcategory breakdown has changed only slightly over the past decade.  For instance, the small share of $N_2O$ usage in the production of sodium azide has declined significantly during the 1990s.  Due to the lack of information on the specific time period of the phase-out in this market subcategory, most of the $N_2O$ usage for sodium azide production is assumed to have ceased after 1996, with the majority of its small share of the market assigned to the larger medical/dental consumption subcategory (Heydorn 1997).  The $N_2O$ was allocated across the following categories: medical applications, food processing propellant, and sodium azide production (pre-1996).  A usage emissions rate was then applied for each sector to estimate the amount of $N_2O$ emitted.

Only the medical/dental and food propellant subcategories were estimated to release emissions into the atmosphere, and therefore these subcategories were the only usage subcategories with emission rates. For the medical/dental subcategory, due to the poor solubility of $N_2O$ in blood and other tissues, none of the $N_2O$ is assumed to be metabolized during anesthesia and quickly leaves the body in exhaled breath. Therefore, an emission factor of 100 percent was used for this subcategory (IPCC 2006). For $N_2O$ used as a propellant in pressurized and aerosol food products, none of the $N_2O$ is reacted during the process and all of the $N_2O$ is emitted to the atmosphere, resulting in an emission factor of 100 percent for this subcategory (IPCC 2006). For the remaining subcategories, all of the $N_2O$ is consumed/reacted during the process, and therefore the emission rate was considered to be zero percent (Tupman 2002).

This chapter's methodological guidance was taken from the 2006 IPCC Guidelines for National Greenhouse Gas Inventories. This latest guidance from the IPCC best represents the understanding of emissions profiles from activities from solvents. The use of the most recently published calculation methodologies by the IPCC, as contained in the 2006 IPCC Guidelines for waste source categories is fully in line with the IPCC good practice guidance for methodological choice to improve rigor and accuracy. In addition, the improvements in using the latest methodological guidance from the IPCC has been recognized by the UNFCCC's Subsidiary Body for Scientific and Technological Advice in the conclusions of its 30th Session.[180]

The 1990 through 1992 $N_2O$ production data were obtained from SRI Consulting's Nitrous Oxide, North America report (Heydorn 1997). $N_2O$ production data for 1993 through 1995 were not available. Production data for 1996 was specified as a range in two data sources (Heydorn 1997, Tupman 2002). In particular, for 1996, Heydorn (1997) estimates $N_2O$ production to range between 13.6 and 18.1 thousand metric tons. Tupman (2003) provided a narrower range (15.9 to 18.1 thousand metric tons) for 1996 that falls within the production bounds described by Heydorn (1997). Tupman (2003) data are considered more industry-specific and current. Therefore, the midpoint of the narrower production range was used to estimate $N_2O$ emissions for years 1993 through 2001 (Tupman 2003). The 2002 and 2003 $N_2O$ production data were obtained from the Compressed Gas Association Nitrous Oxide Fact Sheet and Nitrous Oxide Abuse Hotline (CGA 2002, 2003). These data were also provided as a range. For example, in 2003, CGA (2003) estimates $N_2O$ production to range between 13.6 and 15.9 thousand metric tons. Due to unavailable data, production estimates for years 2004 through 2011 were held at the 2003 value.

The 1996 share of the total quantity of $N_2O$ used by each subcategory was obtained from SRI Consulting's Nitrous Oxide, North America report (Heydorn 1997). The 1990 through 1995 share of total quantity of $N_2O$ used by each subcategory was kept the same as the 1996 number provided by SRI Consulting. The 1997 through 2001share of total quantity of $N_2O$ usage by sector was obtained from communication with a $N_2O$ industry expert (Tupman 2002). The 2002 and 2003 share of total quantity of $N_2O$ usage by sector was obtained from CGA (2002, 2003). Due to unavailable data, the share of total quantity of $N_2O$ usage data for years 2004 through 2011 was assumed to equal the 2003 value. The emissions rate for the food processing propellant industry was obtained from SRI Consulting's Nitrous Oxide, North America report (Heydorn 1997), and confirmed by a $N_2O$ industry expert (Tupman 2002). The emissions rate for all other subcategories was obtained from communication with a $N_2O$ industry expert (Tupman 2002). The emissions rate for the medical/dental subcategory was obtained from the 2006 IPCC Guidelines.

## Uncertainty and Time-Series Consistency

The overall uncertainty associated with the 2011 $N_2O$ emission estimate from $N_2O$ product usage was calculated using the IPCC Guidelines for National Greenhouse Gas Inventories (2006) Tier 2 methodology. Uncertainty associated with the parameters used to estimate $N_2O$ emissions include production data, total market share of each end use, and the emission factors applied to each end use, respectively.

---

[180] These Subsidiary Body for Scientific and Technological Advice (SBSTA) conclusions state, "The SBSTA acknowledged that the 2006 IPCC Guidelines contain the most recent scientific methodologies available to estimate emissions by sources and removals by sinks of greenhouse gases (GHGs) not controlled by the Montreal Protocol, and recognized that Parties have gained experience with the 2006 IPCC Guidelines. The SBSTA also acknowledged that the information contained in the 2006 IPCC Guidelines enables Parties to further improve the quality of their GHG inventories." See <http://unfccc.int/resource/docs/2009/sbsta/eng/03.pdf>

The results of this Tier 2 quantitative uncertainty analysis are summarized in Table 5-4. $N_2O$ emissions from $N_2O$ product usage were estimated to be between 4.1 and 4.7 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of approximately 8 percent below to 8 percent above the emissions estimate of 4.4 Tg $CO_2$ Eq.

**Table 5-4:  Tier 2 Quantitative Uncertainty Estimates for $N_2O$ Emissions from $N_2O$ Product Usage (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| $N_2O$ Product Usage | $N_2O$ | 4.4 | 4.1 | 4.7 | -8% | +8% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Furthermore, methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time-series are described in more detail in the Methodology section, above.

## Planned Improvements

Planned improvements include a continued evaluation of alternative production statistics for cross verification, a reassessment of $N_2O$ product use subcategories to accurately represent trends, investigation of production and use cycles, and the potential need to incorporate a time lag between production and ultimate product use and resulting release of $N_2O$. Additionally, planned improvements include considering imports and exports of $N_2O$ for product uses.

Future inventories will examine data from EPA's GHGRP to improve the emission estimates for the $N_2O$ product use subcategory. Particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all inventory years as reported in this Inventory.

# 5.2 Indirect Greenhouse Gas Emissions from Solvent Use

The use of solvents and other chemical products can result in emissions of various ozone precursors (i.e., indirect greenhouse gases).[181] Non-$CH_4$ volatile organic compounds (NMVOCs), commonly referred to as "hydrocarbons," are the primary gases emitted from most processes employing organic or petroleum based solvents. As some of industrial applications also employ thermal incineration as a control technology, combustion by-products, such as carbon monoxide (CO) and nitrogen oxides ($NO_x$), are also reported with this source category. In the United States, emissions from solvents are primarily the result of solvent evaporation, whereby the lighter hydrocarbon molecules in the solvents escape into the atmosphere. The evaporation process varies depending on different solvent uses and solvent types. The major categories of solvent uses include: degreasing, graphic arts, surface coating, other industrial uses of solvents (i.e., electronics, etc.), dry cleaning, and non-industrial uses (i.e., uses of paint thinner, etc.).

---

[181] Solvent usage in the United States also results in the emission of small amounts of hydrofluorocarbons (HFCs) and hydrofluoroethers (HFEs), which are included under Substitution of Ozone Depleting Substances in the Industrial Processes chapter.

Total emissions of NO$_x$, NMVOCs, and CO from 1990 to 2011 are reported in Table 5-5.

**Table 5-5:  Emissions of NO$_x$, CO, and NMVOC from Solvent Use (Gg)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **NO$_x$** | **1** | **3** | **4** | **4** | **3** | **3** | **3** |
| Surface Coating | 1 | 3 | 4 | 4 | 3 | 3 | 3 |
| Graphic Arts | + | + | + | + | + | + | + |
| Degreasing | + | + | + | + | + | + | + |
| Dry Cleaning | + | + | + | + | + | + | + |
| Other Industrial Processes[a] | + | + | + | + | + | + | + |
| Non-Industrial Processes[b] | + | + | + | + | + | + | + |
| Other | NA | + | + | + | + | + | + |
| **CO** | **5** | **2** | **2** | **2** | **2** | **2** | **2** |
| Surface Coating | + | 2 | 2 | 2 | 2 | 2 | 2 |
| Other Industrial Processes[a] | 4 | + | + | + | + | + | + |
| Dry Cleaning | + | + | + | + | + | + | + |
| Degreasing | + | + | + | + | + | + | + |
| Graphic Arts | + | + | + | + | + | + | + |
| Non-Industrial Processes[b] | + | + | + | + | + | + | + |
| Other | NA | + | + | + | + | + | + |
| **NMVOCs** | **5,216** | **3,851** | **3,839** | **3,834** | **2,583** | **2,583** | **2,583** |
| Surface Coating | 2,289 | 1,578 | 1,573 | 1,571 | 1,058 | 1,058 | 1,058 |
| Non-Industrial Processes[b] | 1,724 | 1,446 | 1,441 | 1,439 | 970 | 970 | 970 |
| Degreasing | 675 | 280 | 280 | 279 | 188 | 188 | 188 |
| Dry Cleaning | 195 | 230 | 229 | 229 | 154 | 154 | 154 |
| Graphic Arts | 249 | 194 | 193 | 193 | 130 | 130 | 130 |
| Other Industrial Processes[a] | 85 | 88 | 87 | 87 | 59 | 59 | 59 |
| Other | + | 36 | 36 | 36 | 24 | 24 | 24 |

[a] Includes rubber and plastics manufacturing, and other miscellaneous applications.
[b] Includes cutback asphalt, pesticide application adhesives, consumer solvents, and other miscellaneous applications.
Note:  Totals may not sum due to independent rounding.
+ Does not exceed 0.5 Gg.
NA: Not available

## Methodology

Emissions were calculated by aggregating solvent use data based on information relating to solvent uses from different applications such as degreasing, graphic arts, etc.  Emission factors for each consumption category were then applied to the data to estimate emissions.  For example, emissions from surface coatings were mostly due to solvent evaporation as the coatings solidify.  By applying the appropriate solvent-specific emission factors to the amount of solvents used for surface coatings, an estimate of emissions was obtained.  Emissions of CO and NO$_x$ result primarily from thermal and catalytic incineration of solvent-laden gas streams from painting booths, printing operations, and oven exhaust.

Due to the lack of data available at the time of publication, emission estimates for 2010 and 2011 rely on 2009 data as a proxy.  Emission estimates for 2009 were obtained from preliminary data (EPA 2010, EPA 2009), and disaggregated based on EPA (2003), which, in its final iteration, will be published on the National Emission Inventory (NEI) Air Pollutant Emission Trends web site. Due to redevelopment of the information technology systems for the NEI, publication of the most recent emissions for these pollutants (i.e., indirect greenhouse gases)

was not available for this report.[182] Emissions were calculated either for individual categories or for many categories combined, using basic activity data (e.g., the amount of solvent purchased) as an indicator of emissions. National activity data were collected for individual applications from various agencies.

Activity data were used in conjunction with emission factors, which together relate the quantity of emissions to the activity. Emission factors are generally available from the EPA's Compilation of Air Pollutant Emission Factors, AP-42 (EPA 1997). The EPA currently derives the overall emission control efficiency of a source category from a variety of information sources, including published reports, the 1985 National Acid Precipitation and Assessment Program emissions inventory, and other EPA databases.

## Uncertainty and Time-Series Consistency

Uncertainties in these estimates are partly due to the accuracy of the emission factors used and the reliability of correlations between activity data and actual emissions.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

---

[182] For an overview of the activities and the schedule for developing the 2011 National Emissions Inventory, with the goal of producing Version 1 in the summer of 2013, see < http://www.epa.gov/ttn/chief/eis/2011nei/2011plan.pdf>

# 6. Agriculture

Agricultural activities contribute directly to emissions of greenhouse gases through a variety of processes. This chapter provides an assessment of non-carbon-dioxide emissions from the following source categories: enteric fermentation in domestic livestock, livestock manure management, rice cultivation, agricultural soil management, and field burning of agricultural residues (see Figure 6-1). Carbon dioxide ($CO_2$) emissions and removals from agriculture-related land-use activities, such as liming of agricultural soils and conversion of grassland to cultivated land, are presented in the Land Use, Land-Use Change, and Forestry chapter. Carbon dioxide emissions from on-farm energy use are accounted for in the Energy chapter.

**Figure 6-1: 2011 Agriculture Chapter Greenhouse Gas Emission Sources**

Agricultural Soil Management
Enteric Fermentation
Manure Management
Rice Cultivation
Field Burning of Agricultural Residues
< 0.5
Agriculture as a Portion of all Emissions
6.9%
0
25
50
75
100
125
150
175
200
225
250
275
Tg CO2 Eq.

In 2011, the Agriculture sector was responsible for emissions of 461.5 teragrams of $CO_2$ equivalents (Tg $CO_2$ Eq.), or 6.9 percent of total U.S. greenhouse gas emissions. Methane ($CH_4$) and nitrous oxide ($N_2O$) were the primary greenhouse gases emitted by agricultural activities. Methane emissions from enteric fermentation and manure management represent about 23 percent and 9 percent of total $CH_4$ emissions from anthropogenic activities, respectively. Of all domestic animal types, beef and dairy cattle were by far the largest emitters of $CH_4$. Rice cultivation and field burning of agricultural residues were minor sources of $CH_4$. Agricultural soil management activities such as fertilizer application and other cropping practices were the largest source of U.S. $N_2O$ emissions, accounting for 69 percent. Manure management and field burning of agricultural residues were also small sources of $N_2O$ emissions.

Table 6-1 and Table 6-2 present emission estimates for the Agriculture sector. Between 1990 and 2011, $CH_4$ emissions from agricultural activities increased by 14.4 percent, while $N_2O$ emissions fluctuated from year to year, but overall increased by 9.5 percent.

**Table 6-1: Emissions from Agriculture (Tg CO$_2$ Eq.)**

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **CH$_4$** | **171.5** | **191.5** | **200.5** | **200.3** | **198.6** | **199.9** | **196.3** |
| Enteric Fermentation | 132.7 | 137.0 | 141.8 | 141.4 | 140.6 | 139.3 | 137.4 |
| Manure Management | 31.5 | 47.6 | 52.4 | 51.5 | 50.5 | 51.8 | 52.0 |
| Rice Cultivation | 7.1 | 6.8 | 6.2 | 7.2 | 7.3 | 8.6 | 6.6 |
| Field Burning of Agricultural Residues | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| **N$_2$O** | **242.3** | **254.7** | **270.4** | **263.3** | **260.6** | **262.4** | **265.2** |
| Agricultural Soil Management | 227.9 | 237.5 | 252.3 | 245.4 | 242.8 | 244.5 | 247.2 |
| Manure Management | 14.4 | 17.1 | 18.0 | 17.8 | 17.7 | 17.8 | 18.0 |
| Field Burning of Agricultural Residues | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **Total** | **413.9** | **446.2** | **470.9** | **463.6** | **459.2** | **462.3** | **461.5** |

Note: Totals may not sum due to independent rounding.

**Table 6-2: Emissions from Agriculture (Gg)**

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **CH$_4$** | **8,169** | **9,121** | **9,550** | **9,537** | **9,456** | **9,519** | **9,345** |
| Enteric Fermentation | 6,321 | 6,522 | 6,751 | 6,731 | 6,693 | 6,632 | 6,542 |
| Manure Management | 1,499 | 2,265 | 2,493 | 2,452 | 2,403 | 2,466 | 2,478 |
| Rice Cultivation | 339 | 326 | 295 | 343 | 349 | 410 | 316 |
| Field Burning of Agricultural Residues | 10 | 8 | 11 | 11 | 11 | 11 | 10 |
| **N$_2$O** | **782** | **821** | **872** | **849** | **841** | **846** | **856** |
| Agricultural Soil Management | 735 | 766 | 814 | 792 | 783 | 789 | 797 |
| Manure Management | 46 | 55 | 58 | 57 | 57 | 57 | 58 |
| Field Burning of Agricultural Residues | + | + | + | + | + | + | + |

+ Less than 0.5 Gg.

Note: Totals may not sum due to independent rounding.

# 6.1 Enteric Fermentation (IPCC Source Category 4A)

Methane is produced as part of normal digestive processes in animals. During digestion, microbes resident in an animal's digestive system ferment food consumed by the animal. This microbial fermentation process, referred to as enteric fermentation, produces CH$_4$ as a byproduct, which can be exhaled or eructated by the animal. The amount of CH$_4$ produced and emitted by an individual animal depends primarily upon the animal's digestive system, and the amount and type of feed it consumes.

Ruminant animals (e.g., cattle, buffalo, sheep, goats, and camels) are the major emitters of CH$_4$ because of their unique digestive system. Ruminants possess a rumen, or large "fore-stomach," in which microbial fermentation breaks down the feed they consume into products that can be absorbed and metabolized. The microbial fermentation that occurs in the rumen enables them to digest coarse plant material that non-ruminant animals cannot. Ruminants, consequently, have the highest CH$_4$ emissions among all animal types.

Non-ruminant animals (e.g., swine, horses, and mules) also produce CH$_4$ emissions through enteric fermentation, although this microbial fermentation occurs in the large intestine. These non-ruminants emit significantly less CH$_4$ on a per-animal basis than ruminants because the capacity of the large intestine to produce CH$_4$ is lower.

In addition to the type of digestive system, an animal's feed quality and feed intake also affect CH$_4$ emissions. In general, lower feed quality and/or higher feed intake leads to higher CH$_4$ emissions. Feed intake is positively

correlated to animal size, growth rate, and production (e.g., milk production, wool growth, pregnancy, or work). Therefore, feed intake varies among animal types as well as among different management practices for individual animal types (e.g., animals in feedlots or grazing on pasture).

Methane emission estimates from enteric fermentation are provided in Table 6-3 and Table 6-4.

Total livestock $CH_4$ emissions in 2011 were 137.4 Tg $CO_2$ Eq. (6,542 Gg).  Beef cattle remain the largest contributor of $CH_4$ emissions from enteric fermentation, accounting for 72 percent in 2011.  Emissions from dairy cattle in 2011 accounted for 24 percent, and the remaining emissions were from horses, sheep, swine, goats, American bison, mules, burros, and donkeys.

From 1990 to 2011, emissions from enteric fermentation have increased by 3.5 percent, and generally follow trends in cattle populations, although while emissions from beef cattle increased 3 percent from 1990 to 2011, production of beef increased 16 percent, and while dairy emissions increased 5 percent over the entire time series, milk production increased 33 percent. This indicates that while emission factors per head are increasing, emission factors per unit of product are going down.  Generally, from 1990 to 1995 emissions increased and then decreased from 1996 to 2001.  These trends were mainly due to fluctuations in beef cattle populations and increased digestibility of feed for feedlot cattle.  Emissions generally increased from 2002 to 2007, though with a slight decrease in 2004, as both dairy and beef populations underwent increases and the literature for dairy cow diets indicated a trend toward a decrease in feed digestibility for those years.  Emissions decreased again from 2008 to 2011 as beef cattle populations again decreased.  Regarding trends in other animals, during the timeframe of this analysis, populations of sheep have decreased 52 percent while horse populations have more than doubled, with each annual increase ranging from about 2 to 6 percent. Goat and swine populations have increased 25 percent and 22 percent, respectively, during this timeframe, though with some slight annual decreases. The populations of American bison and mules, burros, and donkeys have nearly tripled and quadrupled, respectively.

## Table 6-3: CH$_4$ Emissions from Enteric Fermentation (Tg CO$_2$ Eq.)

| Livestock Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Beef Cattle | 96.2 | 101.4 | 104.0 | 103.1 | 102.0 | 101.0 | 98.8 |
| Dairy Cattle | 31.8 | 30.4 | 32.4 | 32.9 | 33.2 | 33.0 | 33.3 |
| Swine | 1.7 | 1.0 | 2.1 | 2.1 | 2.1 | 2.0 | 2.1 |
| Horses | 0.8 | 1.5 | 1.5 | 1.6 | 1.6 | 1.6 | 1.6 |
| Sheep | 1.9 | 1.9 | 1.0 | 1.0 | 1.0 | 0.9 | 0.9 |
| Goats | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| American Bison | 0.1 | 0.4 | 0.3 | 0.4 | 0.3 | 0.3 | 0.3 |
| Mules, Burros, and Donkeys | + | + | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **Total** | **132.7** | **137.0** | **141.8** | **141.4** | **140.6** | **139.3** | **137.4** |

Notes: Totals may not sum due to independent rounding.
+ Does not exceed 0.05 Tg CO2 Eq.

## Table 6-4:  CH$_4$ Emissions from Enteric Fermentation (Gg)

| Livestock Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Beef Cattle | 4,581 | 4,829 | 4,953 | 4,909 | 4,857 | 4,810 | 4,705 |
| Dairy Cattle | 1,513 | 1,449 | 1,544 | 1,564 | 1,581 | 1,569 | 1,585 |
| Swine | 81 | 92 | 98 | 101 | 99 | 97 | 98 |
| Horses | 39 | 70 | 73 | 74 | 75 | 77 | 78 |
| Sheep | 91 | 49 | 49 | 48 | 46 | 45 | 44 |
| Goats | 13 | 14 | 16 | 16 | 16 | 16 | 16 |
| American Bison | 4 | 17 | 16 | 17 | 17 | 16 | 13 |
| Mules, Burros, and Donkeys | 1 | 2 | 3 | 3 | 3 | 3 | 3 |
| **Total** | **6,321** | **6,522** | **6,751** | **6,731** | **6,693** | **6,632** | **6,542** |

Note: Totals may not sum due to independent rounding.

# Methodology

Livestock emission estimate methodologies fall into two categories: cattle and other domesticated animals. Cattle, due to their large population, large size, and particular digestive characteristics, account for the majority of $CH_4$ emissions from livestock in the United States. A more detailed methodology (i.e., IPCC Tier 2) was therefore applied to estimate emissions for all cattle. Emission estimates for other domesticated animals (horses, sheep, swine, goats, American bison, and mules, burros, and donkeys) were handled using a less detailed approach (i.e., IPCC Tier 1).

While the large diversity of animal management practices cannot be precisely characterized and evaluated, significant scientific literature exists that provides the necessary data to estimate cattle emissions using the IPCC Tier 2 approach. The Cattle Enteric Fermentation Model (CEFM), developed by EPA and used to estimate cattle $CH_4$ emissions from enteric fermentation, incorporates this information and other analyses of livestock population, feeding practices, and production characteristics.

National cattle population statistics were disaggregated into the following cattle sub-populations:

- Dairy Cattle
  - Calves
  - Heifer Replacements
  - Cows
- Beef Cattle
  - Calves
  - Heifer Replacements
  - Heifer and Steer Stockers
  - Animals in Feedlots (Heifers and Steer)
  - Cows
  - Bulls

Calf birth rates, end-of-year population statistics, detailed feedlot placement information, and slaughter weight data were used to create a transition matrix that models cohorts of individual animal types and their specific emission profiles. The key variables tracked for each of the cattle population categories are described in Annex 3.9. These variables include performance factors such as pregnancy and lactation as well as average weights and weight gain. Annual cattle population data were obtained from the U.S. Department of Agriculture's (USDA) National Agricultural Statistics Service (NASS) QuickStats database (USDA 2012).

Diet characteristics were estimated by region for U.S. dairy, foraging beef, and feedlot beef cattle. These estimates were used to calculate digestible energy (DE) values (expressed as the percent of gross energy intake digested by the animal) and $CH_4$ conversion rates ($Y_m$) (expressed as the fraction of gross energy converted to $CH_4$) for each population category. The IPCC recommends $Y_m$ ranges of 3.0±1.0 percent for feedlot cattle and 6.5±1.0 percent for other well-fed cattle consuming temperate-climate feed types (IPCC 2006). Given the availability of detailed diet information for different regions and animal types in the United States, DE and $Y_m$ values unique to the United States were developed. The diet characterizations and estimation of DE and $Y_m$ values were based on information from state agricultural extension specialists, a review of published forage quality studies and scientific literature, expert opinion, and modeling of animal physiology.

The diet characteristics for dairy cattle were based on Donovan (1999) and an extensive review of nearly 20 years of literature from 1990 through 2009. Estimates of DE were national averages based on the feed components of the diets observed in the literature for the following year groupings: 1990-1993, 1994-1998, 1999-2003, 2004-2006,

2007, and 2008 onwards.[183]  Base year $Y_m$ values by region were estimated using Donovan (1999).  A ruminant digestion model (COWPOLL, as selected in Kebreab et al. 2008) was used to evaluate $Y_m$ for each diet evaluated from the literature, and a function was developed to adjust regional values over time based on the national trend. Dairy replacement heifer diet assumptions were based on the observed relationship in the literature between dairy cow and dairy heifer diet characteristics.

For feedlot animals, the DE and $Y_m$ values used for 1990 were recommended by Johnson (1999).  Values for DE and $Y_m$ for 1991 through 1999 were linearly extrapolated based on the 1990 and 2000 data.  DE and $Y_m$ values for 2000 onwards were based on survey data in Galyean and Gleghorn (2001) and Vasconcelos and Galyean (2007).

For grazing beef cattle, $Y_m$ values were based on Johnson (2002), DE values for 1990 through 2006 were based on specific diet components estimated from Donovan (1999), and DE values from 2007 onwards were developed from an analysis by Archibeque (2011), based on diet information in Preston (2010) and USDA:APHIS:VS (2010). Weight and weight gains for cattle were estimated from Holstein (2010), Doren et al. (1989), Enns (2008), Lippke et al. (2000), Pinchack et al. (2004), Platter et al. (2003), Skogerboe et al. (2000), and expert opinion.  See Annex 3.9 for more details on the method used to characterize cattle diets and weights in the United States.

To estimate $CH_4$ emissions from all cattle types except calves 6 months and younger,[184] the population was divided into state, age, sub-type (i.e., dairy cows and replacements, beef cows and replacements, heifer and steer stockers, heifers and steers in feedlots, and bulls), and production (i.e., pregnant, lactating) groupings to more fully capture differences in $CH_4$ emissions from these animal types.  The transition matrix was used to simulate the age and weight structure of each sub-type on a monthly basis, to more accurately reflect the fluctuations that occur throughout the year.  Cattle diet characteristics were then used in conjunction with Tier 2 equations from IPCC (2006) to produce $CH_4$ emission factors for the following cattle types: dairy cows, beef cows, dairy replacements, beef replacements, steer stockers, heifer stockers, steer feedlot animals, heifer feedlot animals, and bulls.  To estimate emissions from cattle, monthly population data from the transition matrix were multiplied by the calculated emission factor for each cattle type.  More details are provided in Annex 3.9.

Emission estimates for other animal types were based on average emission factors representative of entire populations of each animal type.  Methane emissions from these animals accounted for a minor portion of total $CH_4$ emissions from livestock in the United States from 1990 through 2011.  Also, the variability in emission factors for each of these other animal types (e.g., variability by age, production system, and feeding practice within each animal type) is less than that for cattle.  Annual livestock population data for sheep, swine, and horses were obtained for all years from USDA NASS (USDA 2012).  Horse data were not available before the 1997 census and beyond the 2007 census, so the available data were extrapolated back for 1990 through 1996 and forward for 2008 through 2011. Data between census years were interpolated between the available data points. Goat and mule, burro, and donkey population data were available for 1987, 1992, 1997, 2002, and 2007 (USDA 1992, 1997, 2012); the remaining years between 1990 and 2011 were interpolated and extrapolated from the available estimates.  American bison population estimates were available from USDA for 2002 and 2007 (USDA 2012) and from the National Bison Association (1999) for 1997 through 1999 Additional years were based on observed trends from the National Bison Association (1999), interpolation between known data points, and ratios of population to slaughter statistics (USDA 2012), as described in more detail in Annex 3.9. Methane emissions from sheep, goats, swine, horses, American bison, and mules, burros, and donkeys were estimated by using emission factors utilized in Crutzen et al. (1986, cited in IPCC 2006).  These emission factors are representative of typical animal sizes, feed intakes, and feed characteristics in developed countries.  For American bison the emission factor for buffalo was used and adjusted based on the ratio of live weights to the 0.75 power.  The methodology is the same as that recommended by IPCC (2006).

See Annex 3.9 for more detailed information on the methodology and data used to calculate $CH_4$ emissions from enteric fermentation.

---

[183] Due to inconsistencies in the 2003 literature values, the 2002 values were used for 2003, as well.

[184] Because calves consume mainly milk and the IPCC recommends the use of a methane conversion factor of zero for all juveniles consuming only milk, this results in no methane emissions from this subcategory of cattle.

# Uncertainty and Time-Series Consistency

A quantitative uncertainty analysis for this source category was performed using the IPCC-recommended Tier 2 uncertainty estimation methodology, Monte Carlo Stochastic Simulation technique as described in ICF (2003). These uncertainty estimates were developed for the 1990 through 2001 Inventory report. There have been no significant changes to the methodology, although the source of some input variables have been updated, at this time there are not better estimates available for the uncertainty ranges around the 2011 activity data and emission factor input variables used in the current submission. Consequently, these uncertainty estimates were directly applied to the 2011 emission estimates.

A total of 185 primary input variables (177 for cattle and 8 for non-cattle) were identified as key input variables for the uncertainty analysis. A normal distribution was assumed for almost all activity- and emission factor-related input variables. Triangular distributions were assigned to three input variables (specifically, cow-birth ratios for the three most recent years included in the 2001 model run) to ensure only positive values would be simulated. For some key input variables, the uncertainty ranges around their estimates (used for inventory estimation) were collected from published documents and other public sources; others were based on expert opinion and best estimates. In addition, both endogenous and exogenous correlations between selected primary input variables were modeled. The exogenous correlation coefficients between the probability distributions of selected activity-related variables were developed through expert judgment.

The uncertainty ranges associated with the activity data-related input variables were plus or minus 10 percent or lower. However, for many emission factor-related input variables, the lower- and/or the upper-bound uncertainty estimates were over 20 percent. The results of the quantitative uncertainty analysis are summarized in Table 6-5. Based on this analysis, enteric fermentation $CH_4$ emissions in 2011 were estimated to be between 122.3 and 162.1 Tg $CO_2$ Eq. at a 95 percent confidence level, which indicates a range of 11 percent below to 18 percent above the 2011 emission estimate of 137.4 Tg $CO_2$ Eq. Among the individual cattle sub-source categories, beef cattle account for the largest amount of $CH_4$ emissions as well as the largest degree of uncertainty in the emission estimates. Among non-cattle, horses represent the largest percent of uncertainty in the previous uncertainty analysis because the FAO population estimates used for horses at that time had a higher degree of uncertainty than for the USDA population estimates used for swine, goats, and sheep. The horse populations are now from the same USDA source as the other animal types, and therefore the uncertainty range around horses is likely overestimated. American bison, mules, burros, and donkeys were excluded from the initial uncertainty estimate because they were not included in the estimate of emissions at that time, although because of their small populations they would not significantly increase the uncertainty estimate ranges of the overall emissions from enteric fermentation.

**Table 6-5: Quantitative Uncertainty Estimates for $CH_4$ Emissions from Enteric Fermentation (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a, b, c] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Enteric Fermentation | $CH_4$ | 137.4 | 122.3 | 162.1 | -11% | +18% |

[a] Range of emissions estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.
[b] Note that the relative uncertainty range was estimated with respect to the 2001 emission estimates submitted in 2003 and applied to the 2011 estimates.
[c] The overall uncertainty calculated in 2003, and applied to the 2011 emission estimate, did not include uncertainty estimates for American bison, mules, burros, and donkeys, and was based on the Tier 1 methodology for bulls. Consequently, there was more uncertainty with bull emissions than with other cattle types.

Methodological recalculations were applied to the entire time series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section.

# QA/QC and Verification

In order to ensure the quality of the emission estimates from enteric fermentation, the IPCC Tier 1 and Tier 2 Quality Assurance/Quality Control (QA/QC) procedures were implemented consistent with the U.S. QA/QC plan. Tier 2 QA procedures included independent peer review of emission estimates. Recent updates to the foraging portion of the diet values for cattle made this the area of emphasis for QA/QC this year, with specific attention to the data sources and comparisons of the current estimates with previous estimates.

In addition, over the past few years, particular importance has been placed on harmonizing the data exchange between the enteric fermentation and manure management source categories. The current inventory submission now utilizes the transition matrix from the CEFM for estimating cattle populations and weights for both source categories, and the CEFM is used to output volatile solids and nitrogen (N) excretion estimates using the diet assumptions in the model in conjunction with the energy balance equations from the IPCC (2006). This approach facilitates the QA/QC process for both of these source categories.

# Recalculations Discussion

There were no modifications to the methodology that had an effect on emission estimates, therefore the only recalculations were due to changes in activity data, including the following:

- In the previous Inventory, the 2003 dairy DE had an anomalous shift in data that did not mimic actual feeding conditions. In order to create a more realistic time series, the 2003 data point was dropped and the previous data point was extended for an extra year. This change increased dairy cattle emissions by 110 Gg (8.1 percent) in 2003.

- The USDA published minor revisions in several categories that affected historical emissions estimated for cattle in 2010, including dairy cow milk production for several states, and beef replacement heifer populations. . These changes had an insignificant impact on the overall results.

- There were additional population changes for sheep in 2009 and 2010 and swine for 2010. Historical emission estimates for sheep increased less than 1 percent per year compared to the previous emission estimates for the years mentioned above. Swine population changes resulted in an increase in emissions of 0.1 percent.

- In this Inventory horse populations have been estimated from USDA census data available via Quickstats (USDA 2012), while in the previous Inventory, population estimates were from FAO (2011). New data were chosen to reduce high levels of uncertainty that exist with the FAO data. Populations and emission estimates have declined by about 50 percent from previous estimates from 1990 through 2010 as a result of this change.

# Planned Improvements

Continued research and regular updates are necessary to maintain an emissions inventory that reflects the current base of knowledge. Ongoing revisions for enteric fermentation could include some of the following options:

- Updating input variables that are from older data sources, such as beef births by month and beef cow lactation rates;

- Investigation of the availability of annual data for the DE and crude protein values of specific diet and feed components for foraging and feedlot animals;

- Reevaluation of the appropriate age to begin inclusion of enteric fermentation emissions from calves;

- Given the many challenges in characterizing dairy diets, further investigation will be conducted on additional sources or methodologies for estimating DE for dairy;

- The possible breakout of other animal types (i.e., sheep, swine, goats, horses) from national estimates to state-level estimates or updating to Tier 2 methodology; and

- The investigation of methodologies for including enteric fermentation emission estimates from poultry.

In addition, recent changes that have been implemented to the CEFM warrant an assessment of the current uncertainty analysis; therefore, a revision of the quantitative uncertainty surrounding emission estimates from this source category will be initiated.

# 6.2 Manure Management (IPCC Source Category 4B)

The management of livestock manure can produce anthropogenic $CH_4$ and $N_2O$ emissions. Methane is produced by the anaerobic decomposition of manure. Direct $N_2O$ emissions are produced as part of the N cycle through the nitrification and denitrification of the organic N in livestock dung and urine.[185] Indirect $N_2O$ emissions are produced as result of the volatilization of N as $NH_3$ and $NO_x$ and runoff and leaching of N during treatment, storage and transportation.

When livestock or poultry manure are stored or treated in systems that promote anaerobic conditions (e.g., as a liquid/slurry in lagoons, ponds, tanks, or pits), the decomposition of materials in the manure tends to produce $CH_4$. When manure is handled as a solid (e.g., in stacks or drylots) or deposited on pasture, range, or paddock lands, it tends to decompose aerobically and produce little or no $CH_4$. Ambient temperature, moisture, and manure storage or residency time affect the amount of $CH_4$ produced because they influence the growth of the bacteria responsible for $CH_4$ formation. For non-liquid-based manure systems, moist conditions (which are a function of rainfall and humidity) can promote $CH_4$ production. Manure composition, which varies by animal diet, growth rate, and type, including the animal's digestive system, also affects the amount of $CH_4$ produced. In general, the greater the energy content of the feed, the greater the potential for $CH_4$ emissions. However, some higher-energy feeds also are more digestible than lower quality forages, which can result in less overall waste excreted from the animal.

The production of direct $N_2O$ emissions from livestock manure depends on the composition of the manure and urine, the type of bacteria involved in the process, and the amount of oxygen and liquid in the manure system. For direct $N_2O$ emissions to occur, the manure must first be handled aerobically where ammonia ($NH_3$) or organic N is converted to nitrates and nitrites (nitrification), and then handled anaerobically where the nitrates and nitrites are reduced to dinitrogen gas ($N_2$), with intermediate production of $N_2O$ and nitric oxide (NO) (denitrification) (Groffman et al. 2000). These emissions are most likely to occur in dry manure handling systems that have aerobic conditions, but that also contain pockets of anaerobic conditions due to saturation. A very small portion of the total N excreted is expected to convert to $N_2O$ in the waste management system (WMS). Indirect $N_2O$ emissions are produced when nitrogen is lost from the system through volatilization (as $NH_3$ or $NO_x$) or through runoff and leaching. The vast majority of volatilization losses from these operations are $NH_3$. Although there are also some small losses of $NO_x$, there are no quantified estimates available for use, so losses due to volatilization are only based on $NH_3$ loss factors. Runoff losses would be expected from operations that house animals or store manure in a manner that is exposed to weather. Runoff losses are also specific to the type of animal housed on the operation due to differences in manure characteristics. Little information is known about leaching from manure management systems as most research focuses on leaching from land application systems. Since leaching losses are expected to be minimal, leaching losses are coupled with runoff losses and the runoff/leaching estimate does not include any leaching losses.

Estimates of $CH_4$ emissions in 2011 were 52.0 Tg $CO_2$ Eq. (2,478 Gg), 65 percent higher than in 1990. Emissions increased on average by 1.0 Tg $CO_2$ Eq. (3.0 percent) annually over this period. The majority of this increase was from swine and dairy cow manure, where emissions increased 51 and 111 percent, respectively. Although the majority of manure in the United States is handled as a solid, producing little $CH_4$, the general trend in manure

---

[185] Direct and indirect $N_2O$ emissions from dung and urine spread onto fields either directly as daily spread or after it is removed from manure management systems (e.g., lagoon, pit, etc.) and from livestock dung and urine deposited on pasture, range, or paddock lands are accounted for and discussed in the Agricultural Soil Management source category within the Agriculture sector.

management, particularly for dairy and swine (which are both shifting towards larger facilities), is one of increasing use of liquid systems. Also, new regulations limiting the application of manure nutrients have shifted manure management practices at smaller dairies from daily spread to manure managed and stored on site. Although national dairy animal populations have been generally decreasing, some states have seen increases in their dairy populations as the industry becomes more concentrated in certain areas of the country. These areas of concentration, such as California, New Mexico, and Idaho, tend to utilize more liquid-based systems to manage (flush or scrape) and store manure. Thus the shift toward larger facilities is translated into an increasing use of liquid manure management systems, which have higher potential $CH_4$ emissions than dry systems. This shift was accounted for by incorporating state and WMS-specific $CH_4$ conversion factor (MCF) values in combination with the 1992, 1997, 2002, and 2007 farm-size distribution data reported in the *Census of Agriculture* (USDA 2009a). Methane emissions from sheep have decreased significantly since 1990 (a 56 percent decrease from 1990 to 2011); however, this is mainly due to population changes. Overall, sheep contribute less than one percent of $CH_4$ emissions from animal manure management. From 2010 to 2011, there was a 0.5 percent increase in total $CH_4$ emissions, mainly due to minor shifts in the animal populations and the resultant effects on manure management system allocations.

In 2011, total $N_2O$ emissions were estimated to be 18.0 Tg $CO_2$ Eq. (58 Gg); in 1990, emissions were 14.4 Tg $CO_2$ Eq. (46 Gg). These values include both direct and indirect $N_2O$ emissions from manure management. Nitrous oxide emissions have remained fairly steady since 1990. Small changes in $N_2O$ emissions from individual animal groups exhibit the same trends as the animal group populations, with the overall net effect that $N_2O$ emissions showed a 25 percent increase from 1990 to 2011 and a 1.3 percent increase from 2010 through 2011.

Table 6-6 and Table 6-7 provide estimates of $CH_4$ and $N_2O$ emissions from manure management by animal category.

### Table 6-6:  $CH_4$ and $N_2O$ Emissions from Manure Management (Tg $CO_2$ Eq.)

| Gas/Animal Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **$CH_4$[a]** | **31.5** | **47.6** | **52.4** | **51.5** | **50.5** | **51.8** | **52.0** |
| Dairy Cattle | 12.6 | 22.4 | 25.7 | 26.0 | 25.9 | 26.0 | 26.5 |
| Beef Cattle | 2.7 | 2.8 | 2.9 | 2.8 | 2.7 | 2.8 | 2.8 |
| Swine | 13.1 | 19.2 | 20.6 | 19.7 | 18.8 | 19.9 | 19.8 |
| Sheep | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Goats | + | + | + | + | + | + | + |
| Poultry | 2.8 | 2.7 | 2.8 | 2.7 | 2.7 | 2.7 | 2.7 |
| Horses | 0.2 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Bison | + | + | + | + | + | + | + |
| Mules and Asses | + | + | + | + | + | + | + |
| **$N_2O$[b]** | **14.4** | **17.1** | **18.0** | **17.8** | **17.7** | **17.8** | **18.0** |
| Dairy Cattle | 5.3 | 5.7 | 5.9 | 5.8 | 5.8 | 5.9 | 5.9 |
| Beef Cattle | 6.1 | 7.4 | 7.9 | 7.8 | 7.8 | 7.8 | 8.0 |
| Swine | 1.2 | 1.8 | 2.0 | 2.0 | 2.0 | 1.9 | 2.0 |
| Sheep | 0.1 | 0.4 | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 |
| Goats | + | + | + | + | + | + | + |
| Poultry | 1.5 | 1.7 | 1.7 | 1.7 | 1.6 | 1.6 | 1.6 |
| Horses | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 |
| Bison | NA | NA | NA | NA | NA | NA | NA |
| Mules and Asses | + | + | + | + | + | + | + |
| **Total** | **45.8** | **64.6** | **70.3** | **69.3** | **68.2** | **69.5** | **70.0** |

+ Less than 0.05 Tg $CO_2$ Eq.
[a] Accounts for $CH_4$ reductions due to capture and destruction of $CH_4$ at facilities using anaerobic digesters.
[b] Includes both direct and indirect $N_2O$ emissions.
Note:  Totals may not sum due to independent rounding. Bison are maintained entirely on unmanaged WMS; there are no bison $N_2O$ emissions from managed systems.

### Table 6-7:  $CH_4$ and $N_2O$ Emissions from Manure Management (Gg)

| Gas/Animal Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **$CH_4$[a]** | **1,499** | **2,265** | **2,493** | **2,452** | **2,403** | **2,466** | **2,478** |
| Dairy Cattle | 599 | 1,069 | 1,224 | 1,238 | 1,233 | 1,239 | 1,262 |
| Beef Cattle | 128 | 135 | 136 | 132 | 131 | 134 | 132 |
| Swine | 624 | 914 | 982 | 938 | 896 | 948 | 941 |
| Sheep | 7 | 3 | 3 | 3 | 3 | 3 | 3 |
| Goats | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Poultry | 131 | 129 | 134 | 129 | 128 | 129 | 127 |
| Horses | 9 | 12 | 11 | 10 | 11 | 11 | 11 |
| Bison | + | + | + | + | + | + | + |
| Mules and Asses | + | + | + | + | + | + | + |
| **$N_2O$[b]** | **46** | **55** | **58** | **57** | **57** | **57** | **58** |
| Dairy Cattle | 17 | 18 | 19 | 19 | 19 | 19 | 19 |
| Beef Cattle | 20 | 24 | 26 | 25 | 25 | 25 | 26 |
| Swine | 4 | 6 | 6 | 6 | 6 | 6 | 6 |
| Sheep | + | 1 | 1 | 1 | 1 | 1 | 1 |
| Goats | + | + | + | + | + | + | + |
| Poultry | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Horses | + | + | + | + | + | + | + |
| Bison | NA | NA | NA | NA | NA | NA | NA |
| Mules and Asses | + | + | + | + | + | + | + |

+ Less than 0.5 Gg.
[a]Accounts for $CH_4$ reductions due to capture and destruction of $CH_4$ at facilities using anaerobic digesters.
[b]Includes both direct and indirect $N_2O$ emissions.
Note:  Totals may not sum due to independent rounding  Bison are maintained entirely on unmanaged WMS; there are no bison $N_2O$ emissions from managed systems.
NA: Not available

## Methodology

The methodologies presented in IPCC (2006) form the basis of the $CH_4$ and $N_2O$ emission estimates for each animal type.  This section presents a summary of the methodologies used to estimate $CH_4$ and $N_2O$ emissions from manure management.  See Annex 3.10 for more detailed information on the methodology and data used to calculate $CH_4$ and $N_2O$ emissions from manure management.

### Methane Calculation Methods

The following inputs were used in the calculation of $CH_4$ emissions:

- Animal population data (by animal type and state);
- Typical animal mass (TAM) data (by animal type);
- Portion of manure managed in each WMS, by state and animal type;
- Volatile solids (VS) production rate (by animal type and state or United States);
- Methane producing potential ($B_o$) of the volatile solids (by animal type); and
- Methane conversion factors (MCF), the extent to which the $CH_4$ producing potential is realized for each type of WMS (by state and manure management system, including the impacts of any biogas collection efforts).

Methane emissions were estimated by first determining activity data, including animal population, TAM, WMS usage, and waste characteristics.  The activity data sources are described below:

- Annual animal population data for 1990 through 2011 for all livestock types, except goats, horses, mules and asses, and bison were obtained from USDA National Agriculture Statistics Service (NASS).  For cattle, the USDA populations were utilized in conjunction with birth rates, detailed feedlot placement information, and slaughter weight data to create the transition matrix in the CEFM that models cohorts of individual animal types and their specific emission profiles.  The key variables tracked for each of the cattle population categories are described in Section 6.1 and in more detail in Annex 3.9.  Goat population data for 1992, 1997, 2002, and 2007, horse and mule and ass population data for 1997, 2002 and 2007, and

bison population for 2002 and 2007 were obtained from the *Census of Agriculture* (USDA 2009a). Bison population data for 1990-1999 were obtained from the National Bison Association (1999).

- The TAM is an annual average weight which was obtained for animal types other than cattle from information in USDA's *Agricultural Waste Management Field Handbook* (USDA 1996), the American Society of Agricultural Engineers, Standard D384.1 (ASAE 1999) and others (Meagher 1986, EPA 1992, Safley 2000, IPCC 2006, ERG 2010a). For a description of the TAM used for cattle, please see section 6.1, Enteric Fermentation.

- WMS usage was estimated for swine and dairy cattle for different farm size categories using data from USDA, APHIS 1996, Bush 1998, Ott 2000, USDA 2009a) and EPA (ERG 2000a, EPA 2002a, 2002b). For beef cattle and poultry, manure management system usage data were not tied to farm size but were based on other data sources (ERG 2000a, USDA: APHIS 2000, UEP 1999). For other animal types, manure management system usage was based on previous estimates (EPA 1992). Bison WMS usage was assumed to be the same as not on feed (NOF) cattle, while mules and asses were assumed to be the same as horses.

- VS production rates for all cattle except for bulls and calves were calculated by head for each state and animal type in the CEFM. VS production rates by animal mass for all other animals were determined using data from USDA's *Agricultural Waste Management Field Handbook* (USDA 1996, 2008 and ERG 2010b and 2010c) and data that was not available in the most recent *Handbook* were obtained from the American Society of Agricultural Engineers, Standard D384.1 (ASAE 1998) or the 2006 IPCC Guidelines. Bison VS production was assumed to be the same as NOF bulls.

- The maximum CH₄ producing capacity of the VS (Bₒ) was determined for each animal type based on literature values (Morris 1976, Bryant et al, 1976, Hashimoto 1981, Hashimoto 1984, EPA 1992, Hill 1982, and Hill 1984).

- MCFs for dry systems were set equal to default IPCC factors based on state climate for each year (IPCC 2006). MCFs for liquid/slurry, anaerobic lagoon, and deep pit systems were calculated based on the forecast performance of biological systems relative to temperature changes as predicted in the van't Hoff-Arrhenius equation which is consistent with IPCC (2006) Tier 2 methodology.

- Anaerobic digestion system data were obtained from the EPA AgSTAR Program, including information presented in the *AgSTAR Digest* (EPA 2000, 2003, 2006) and the AgSTAR project database (EPA 2012). Anaerobic digester emissions were calculated based on estimated methane production and collection and destruction efficiency assumptions (ERG 2008).

To estimate CH₄ emissions for cattle and bison, the estimated amount of VS (kg per animal-year) managed in each WMS for each animal type, state, and year were taken from the CEFM. For animals other than cattle, the annual amount of VS (kg per year) from manure excreted in each WMS was calculated for each animal type, state, and year. This calculation multiplied the animal population (head) by the VS excretion rate (kg VS per 1,000 kg animal mass per day), the TAM (kg animal mass per head) divided by 1,000, the WMS distribution (percent), and the number of days per year (365.25).

The estimated amount of VS managed in each WMS was used to estimate the CH₄ emissions (kg CH₄ per year) from each WMS. The amount of VS (kg per year) were multiplied by the maximum CH₄ producing capacity of the VS (Bₒ) (m³ CH₄ per kg VS), the MCF for that WMS (percent), and the density of CH₄ (kg CH₄ per m³ CH₄). The CH₄ emissions for each WMS, state, and animal type were summed to determine the total U.S. CH₄ emissions.

## Nitrous Oxide Calculation Methods

The following inputs were used in the calculation of direct and indirect N₂O emissions:

- Animal population data (by animal type and state);
- TAM data (by animal type);
- Portion of manure managed in each WMS (by state and animal type);
- Total Kjeldahl N excretion rate (Nex);
- Direct N₂O emission factor (EF_WMS);
- Indirect N₂O emission factor for volitalization (EF_volitalization);

- Indirect $N_2O$ emission factor for runoff and leaching ($EF_{runoff/leach}$);
- Fraction of N loss from volitalization of $NH_3$ and $NO_x$ ($Frac_{gas}$); and
- Fraction of N loss from runoff and leaching ($Frac_{runoff/leach}$).

$N_2O$ emissions were estimated by first determining activity data, including animal population, TAM, WMS usage, and waste characteristics. The activity data sources (except for population, TAM, and WMS, which were described above) are described below:

- Nex rates for all cattle except for bulls and calves were calculated by head for each state and animal type in the CEFM. Nex rates by animal mass for all other animals were determined using data from USDA's *Agricultural Waste Management Field Handbook* (USDA 1996, 2008 and ERG 2010b and 2010c) and data from the American Society of Agricultural Engineers, Standard D384.1 (ASAE 1998) and IPCC (2006). Bison Nex rates were assumed to be the same as NOF bulls.

- All $N_2O$ emission factors (direct and indirect) were taken from IPCC (2006). These data are appropriate because they were developed using U.S. data.

- Country-specific estimates for the fraction of N loss from volitalization ($Frac_{gas}$) and runoff and leaching ($Frac_{runoff/leach}$) were developed. $Frac_{gas}$ values were based on WMS-specific volitalization values as estimated from EPA's *National Emission Inventory - Ammonia Emissions from Animal Agriculture Operations* (EPA 2005). $Frac_{runoff/leaching}$ values were based on regional cattle runoff data from EPA's Office of Water (EPA 2002b; see Annex 3.1).

To estimate $N_2O$ emissions for cattle and bison, the estimated amount of N excreted (kg per animal-year) managed in each WMS for each animal type, state, and year were taken from the CEFM. For animals other than cattle, the amount of N excreted (kg per year) in manure in each WMS for each animal type, state, and year was calculated. The population (head) for each state and animal was multiplied by TAM (kg animal mass per head) divided by 1,000, the nitrogen excretion rate (Nex, in kg N per 1000 kg animal mass per day), WMS distribution (percent), and the number of days per year.

Direct $N_2O$ emissions were calculated by multiplying the amount of N excreted (kg per year) in each WMS by the $N_2O$ direct emission factor for that WMS ($EF_{WMS}$, in kg $N_2O$-N per kg N) and the conversion factor of $N_2O$-N to $N_2O$. These emissions were summed over state, animal, and WMS to determine the total direct $N_2O$ emissions (kg of $N_2O$ per year).

Next, indirect $N_2O$ emissions from volitalization (kg $N_2O$ per year) were calculated by multiplying the amount of N excreted (kg per year) in each WMS by the fraction of N lost through volitalization ($Frac_{gas}$) divided by 100, and the emission factor for volitalization ($EF_{volitalization}$, in kg $N_2O$ per kg N), and the conversion factor of $N_2O$-N to $N_2O$. Indirect $N_2O$ emissions from runoff and leaching (kg $N_2O$ per year) were then calculated by multiplying the amount of N excreted (kg per year) in each WMS by the fraction of N lost through runoff and leaching ($Frac_{runoff/leach}$) divided by 100, and the emission factor for runoff and leaching ($EF_{runoff/leach}$, in kg $N_2O$ per kg N), and the conversion factor of $N_2O$-N to $N_2O$. The indirect $N_2O$ emissions from volitalization and runoff and leaching were summed to determine the total indirect $N_2O$ emissions.

The direct and indirect $N_2O$ emissions were summed to determine total $N_2O$ emissions (kg $N_2O$ per year).

## Uncertainty and Time-Series Consistency

An analysis (ERG 2003) was conducted for the manure management emission estimates presented in the 1990 through 2001 Inventory report to determine the uncertainty associated with estimating $CH_4$ and $N_2O$ emissions from livestock manure management. The quantitative uncertainty analysis for this source category was performed in 2002 through the IPCC-recommended Tier 2 uncertainty estimation methodology, the Monte Carlo Stochastic Simulation technique. The uncertainty analysis was developed based on the methods used to estimate $CH_4$ and $N_2O$ emissions from manure management systems. A normal probability distribution was assumed for each source data category. The series of equations used were condensed into a single equation for each animal type and state. The equations for each animal group contained four to five variables around which the uncertainty analysis was performed for each state. These uncertainty estimates were directly applied to the 2011 emission estimates.

The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 6-8. Manure management $CH_4$ emissions in 2011 were estimated to be between 42.7 and 62.4 Tg $CO_2$ Eq. at a 95 percent confidence level, which

indicates a range of 18 percent below to 20 percent above the actual 2011 emission estimate of 52.0 Tg $CO_2$ Eq. At the 95 percent confidence level, $N_2O$ emissions were estimated to be between 15.1 and 22.3 Tg $CO_2$ Eq. (or approximately 16 percent below and 24 percent above the actual 2011 emission estimate of 18.0 Tg $CO_2$ Eq.).

**Table 6-8: Tier 2 Quantitative Uncertainty Estimates for CH$_4$ and N$_2$O (Direct and Indirect) Emissions from Manure Management (Tg CO$_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg CO$_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg CO$_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Manure Management | CH$_4$ | 52.0 | 42.7 | 62.4 | -18% | +20% |
| Manure Management | N$_2$O | 18.0 | 15.1 | 22.3 | -16% | +24% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

# QA/QC and Verification

Tier 1 and Tier 2 QA/QC activities were conducted consistent with the U.S. QA/QC plan. Tier 2 activities focused on comparing estimates for the previous and current inventories for $N_2O$ emissions from managed systems and $CH_4$ emissions from livestock manure. All errors identified were corrected. Order of magnitude checks were also conducted, and corrections made where needed. Manure N data were checked by comparing state-level data with bottom up estimates derived at the county level and summed to the state level. Similarly, a comparison was made by animal and WMS type for the full time series, between national level estimates for N excreted and the sum of county estimates for the full time series.

Any updated data, including population, are validated by experts to ensure the changes are representative of the best available U.S. specific data. The U.S. specific values for TAM, Nex, VS, B$_o$, and MCF were also compared to the IPCC default values and validated by experts. Although significant differences exist in some instances, these differences are due to the use of U.S. specific data and the differences in U.S. agriculture as compared to other countries. The U.S. manure management emission estimates use the most reliable country-specific data, which are more representative of U.S. animals and systems than the IPPC default values.

For additional verification, the implied $CH_4$ emission factors for manure management (kg of $CH_4$ per head per year) were considered. Table 6-9 presents the implied emission factors of kg of $CH_4$ per head per year used for the manure management emission estimates as well as the IPCC default emission factors. The U.S. implied emission factors fall within the range of the IPCC default values, except in the case of sheep, goats, and some years for horses and dairy cattle. The U.S. implied emission factors are greater than the IPCC default value for those animals due to the use of U.S.-specific data for typical animal mass and VS excretion. There is an increase in implied emission factors for dairy and swine across the time series. This increase reflects the dairy and swine industry trend towards larger farm sizes; large farms are more likely to manage manure as a liquid and therefore produce more $CH_4$ emissions.

**Table 6-9:  Implied Emission Factors for CH$_4$ from Manure Management (kg/head/year)**

| Animal Type | Implied CH$_4$ Emission Factors (kg/head/year) | | | | | | |
|---|---|---|---|---|---|---|---|
| | IPCC | 1990 | 1995 | 2000 | 2005 | 2010 | 2011 |
| Dairy Cattle | 48-112 | 42.3 | 51.0 | 68.2 | 81.2 | 91.0 | 92.2 |
| Beef Cattle | 1-2 | 1.5 | 1.5 | 1.5 | 1.6 | 1.6 | 1.6 |
| Swine | 10-45 | 11.6 | 13.0 | 14.2 | 15.0 | 14.6 | 14.3 |
| Sheep | 0.19-0.37 | 0.6 | 0.6 | 0.6 | 0.6 | 0.5 | 0.5 |
| Goats | 0.13-0.26 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| Poultry | 0.02-1.4 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Horses | 1.56-3.13 | 4.2 | 4.1 | 3.9 | 3.1 | 2.6 | 2.6 |
| Mules and Asses | 0.76-1.14 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Bison | NA | 1.8 | 1.9 | 1.9 | 2.0 | 2.1 | 2.1 |

In addition, IPCC emission factors for $N_2O$ were compared to the U.S. inventory implied $N_2O$ emission factors. Default $N_2O$ emission factors from the 2006 IPCC were used to estimate $N_2O$ emission from each WMS in conjunction with U.S.-specific Nex values. The implied emission factors differed from the U.S. inventory values due to the use of U.S.-specific Nex values and differences in populations present in each WMS throughout the time series.

## Recalculations Discussion

The CEFM produces population, VS and Nex data for cattle that are used in the manure management inventory.  As a result, all changes to the CEFM described in Section 6.1 Enteric Fermentation contributed to changes in the population, VS and Nex data used for calculating $CH_4$ and $N_2O$ cattle emissions from manure management. This year the CEFM produced VS and Nex for bulls and as a result of this change in data source, there were changes in VS and Nex for bulls in all years which impacted $CH_4$ and $N_2O$ emissions for these animals. In addition, an error in the crude protein calculation in the 1990-2010 CEFM impacted Nex estimates for NOF cattle. Combined, these changes contributed to a 20 percent decrease in the Nex of beef cattle from the 1990-2010 to the 1990-2011 inventory. State animal populations were updated to reflect updated USDA NASS datasets.  Population changes occurred for broilers, layers, pullets and swine in 2010 and sheep in 2009 and 2010. In addition, the data source used for horse population data was changed from the United Nations Food and Agriculture Organization (FAO) to USDA Census data. FAO data were previously used because USDA horse data are only updated every 5 years. However, there were large population differences between the FAO dataset and the USDA data and the USDA data are country specific and more representative and accurate for U.S. animal population data.

Temperature data were updated to incorporate the most recent available data.  The temperature data are used to estimate MCFs for liquid systems; this update caused minor changes in $CH_4$ emission estimates from dairy, swine, beef, and poultry from 2008 to 2010.

Updated anaerobic digester data was obtained from the AgSTAR database. The WMS distributions for the current Inventory for dairy cattle, swine, and poultry were updated to reflect the updated anaerobic digestion data.

Tier 2 emission estimates for mules and asses and North American bison were incorporated into the current Inventory.  Although these animal groups are considered very minor sources of emissions and did not contribute significantly to the overall U.S. emissions from manure management, they were be included for completeness and consistency across source categories.

## Planned Improvements

The uncertainty analysis will be updated in the future to more accurately assess uncertainty of emission calculations. This update is necessary due to the extensive changes in emission calculation methodology, including estimation of emissions at the WMS level and the use of new calculations and variables for indirect $N_2O$ emissions.

# 6.3 Rice Cultivation (IPCC Source Category 4C)

Most of the world's rice, and all rice in the United States, is grown on flooded fields.  When fields are flooded, aerobic decomposition of organic material gradually depletes most of the oxygen present in the soil, causing anaerobic soil conditions.  Once the environment becomes anaerobic, $CH_4$ is produced through anaerobic decomposition of soil organic matter by methanogenic bacteria.  As much as 60 to 90 percent of the $CH_4$ produced is oxidized by aerobic methanotrophic bacteria in the soil (some oxygen remains at the interfaces of soil and water, and soil and root system) (Holzapfel-Pschorn et al. 1985, Sass et al. 1990).  Some of the $CH_4$ is also leached away as dissolved $CH_4$ in floodwater that percolates from the field.  The remaining un-oxidized $CH_4$ is transported from the submerged soil to the atmosphere primarily by diffusive transport through the rice plants.  Minor amounts of $CH_4$ also escape from the soil via diffusion and bubbling through floodwaters.

The water management system under which rice is grown is one of the most important factors affecting $CH_4$ emissions.  Upland rice fields are not flooded, and therefore are not believed to produce $CH_4$.  In deepwater rice

fields (i.e., fields with flooding depths greater than one meter), the lower stems and roots of the rice plants are dead, so the primary $CH_4$ transport pathway to the atmosphere is blocked. The quantities of $CH_4$ released from deepwater fields, therefore, are believed to be significantly less than the quantities released from areas with shallower flooding depths. Some flooded fields are drained periodically during the growing season, either intentionally or accidentally. If water is drained and soils are allowed to dry sufficiently, $CH_4$ emissions decrease or stop entirely. This is due to soil aeration, which not only causes existing soil $CH_4$ to oxidize but also inhibits further $CH_4$ production in soils. All rice in the United States is grown under continuously flooded conditions; none is grown under deepwater conditions. Mid-season drainage does not occur except by accident (e.g., due to levee breach).

Other factors that influence $CH_4$ emissions from flooded rice fields include fertilization practices (especially the use of organic fertilizers), soil temperature, soil type, rice variety, and cultivation practices (e.g., tillage, seeding, and weeding practices). The factors that determine the amount of organic material available to decompose (i.e., organic fertilizer use, soil type, rice variety,[186] and cultivation practices) are the most important variables influencing the amount of $CH_4$ emitted over the growing season; the total amount of $CH_4$ released depends primarily on the amount of organic substrate available. Soil temperature is known to be an important factor regulating the activity of methanogenic bacteria, and therefore the rate of $CH_4$ production. However, although temperature controls the amount of time it takes to convert a given amount of organic material to $CH_4$, that time is short relative to a growing season, so the dependence of total emissions over an entire growing season on soil temperature is weak. The application of synthetic fertilizers has also been found to influence $CH_4$ emissions; in particular, both nitrate and sulfate fertilizers (e.g., ammonium nitrate and ammonium sulfate) appear to inhibit $CH_4$ formation.

Rice is cultivated in eight states: Arkansas, California, Florida, Louisiana, Mississippi, Missouri, Oklahoma, and Texas.[187] Soil types, rice varieties, and cultivation practices for rice vary from state to state, and even from farm to farm. However, most rice farmers apply organic fertilizers in the form of residue from the previous rice crop, which is left standing, disked, or rolled into the fields. Most farmers also apply synthetic fertilizer to their fields, usually urea. Nitrate and sulfate fertilizers are not commonly used in rice cultivation in the United States. In addition, the climatic conditions of southwest Louisiana, Texas, and Florida often allow for a second, or ratoon, rice crop. Ratoon crops are much less common or non-existent in Arkansas, California, Mississippi, Missouri, Oklahoma, and northern areas of Louisiana. Methane emissions from ratoon crops have been found to be considerably higher than those from the primary crop. This second rice crop is produced from regrowth of the stubble after the first crop has been harvested. Because the first crop's stubble is left behind in ratooned fields, and there is no time delay between cropping seasons (which would allow the stubble to decay aerobically), the amount of organic material that is available for anaerobic decomposition is considerably higher than with the first (i.e., primary) crop.

Rice cultivation is a small source of $CH_4$ in the United States (Table 6-10 and Table 6-11). In 2011, $CH_4$ emissions from rice cultivation were 6.6 Tg $CO_2$ Eq. (316 Gg). Annual emissions fluctuated unevenly between the years 1990 and 2011, ranging from an annual decrease of 23 percent to an annual increase of 17 percent. There was an overall decrease of 17 percent between 1990 and 2006, due to an overall decrease in primary crop area.[188] However, emission levels increased again by 12 percent between 2006 and 2011 due to an increase in rice crop area in all states except Oklahoma, which reported no rice production in 2009, 2010, and 2011. All states except California and Florida reported a decrease in rice crop area from 2010 to 2011. The factors that affect the rice acreage in any year vary from state to state, although the price of rice relative to competing crops is the primary controlling variable in most states.

**Table 6-10:  $CH_4$ Emissions from Rice Cultivation (Tg $CO_2$ Eq.)**

| State | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Primary** | **5.1** | **6.0** | **4.9** | **5.3** | **5.6** | **6.5** | **4.7** |
| Arkansas | 2.1 | 2.9 | 2.4 | 2.5 | 2.6 | 3.2 | 2.1 |
| California | 0.7 | 0.9 | 1.0 | 0.9 | 1.0 | 1.0 | 1.0 |

---

[186] The roots of rice plants shed organic material, which is referred to as "root exudate." The amount of root exudate produced by a rice plant over a growing season varies among rice varieties.

[187] A very small amount of rice is grown on about 20 acres in South Carolina; however, this amount was determined to be too insignificant to warrant inclusion in national emission estimates.

[188] The 23 percent decrease occurred between 2010 and 2011; the 17 percent increase happened between 2009 and 2010.

| State | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Florida | + | + | + | + | + | + | + |
| Louisiana | 1.0 | 0.9 | 0.7 | 0.8 | 0.8 | 1.0 | 0.7 |
| Mississippi | 0.4 | 0.5 | 0.3 | 0.4 | 0.4 | 0.5 | 0.3 |
| Missouri | 0.1 | 0.4 | 0.3 | 0.4 | 0.4 | 0.4 | 0.2 |
| Oklahoma | + | + | + | + | + | + | + |
| Texas | 0.6 | 0.4 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| **Ratoon** | **2.1** | **0.8** | **1.3** | **1.9** | **1.8** | **2.1** | **1.9** |
| Arkansas | + | + | + | + | + | + | + |
| Florida | + | + | + | + | + | + | + |
| Louisiana | 1.1 | 0.5 | 0.9 | 1.2 | 1.1 | 1.4 | 1.0 |
| Texas | 0.9 | 0.4 | 0.3 | 0.6 | 0.7 | 0.7 | 0.9 |
| **Total** | **7.1** | **6.8** | **6.2** | **7.2** | **7.3** | **8.6** | **6.6** |

+ Less than 0.05 Tg CO$_2$ Eq.
Note:  Totals may not sum due to independent rounding.

**Table 6-11:  CH$_4$ Emissions from Rice Cultivation (Gg)**

| State | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Primary** | **241** | **287** | **235** | **254** | **265** | **308** | **224** |
| Arkansas | 102 | 139 | 113 | 119 | 125 | 152 | 98 |
| California | 34 | 45 | 45 | 44 | 47 | 47 | 49 |
| Florida | 1 | 1 | 1 | 1 | 1 | 1 | 2 |
| Louisiana | 46 | 45 | 32 | 39 | 39 | 45 | 36 |
| Mississippi | 21 | 22 | 16 | 19 | 21 | 26 | 13 |
| Missouri | 7 | 18 | 15 | 17 | 17 | 21 | 11 |
| Oklahoma | + | + | + | + | + | + | + |
| Texas | 30 | 17 | 12 | 15 | 14 | 16 | 15 |
| **Ratoon** | **98** | **39** | **60** | **89** | **84** | **101** | **92** |
| Arkansas | + | 1 | + | + | + | + | + |
| Florida | 2 | + | 1 | 1 | 2 | 2 | 2 |
| Louisiana | 52 | 22 | 42 | 59 | 51 | 68 | 46 |
| Texas | 45 | 17 | 16 | 29 | 31 | 32 | 44 |
| **Total** | **339** | **326** | **295** | **343** | **349** | **410** | **316** |

+ Less than 0.5 Gg
Note:  Totals may not sum due to independent rounding.

# Methodology

IPCC (2006) recommends using harvested rice areas, area-based daily emission factors (i.e., amount of CH$_4$ emitted per day per unit harvested area), and length of growing season to estimate annual CH$_4$ emissions from rice cultivation.  To that end, the recommended methodology and Tier 2 U.S.-specific emission factors derived from rice field measurements were used.  Average U.S. seasonal emission factors were applied since state-specific and daily emission factors were not available.  Seasonal emissions have been found to be much higher for ratooned crops than for primary crops, so emissions from ratooned and primary areas are estimated separately using emission factors that are representative of the particular growing season.  This approach is consistent with IPCC (2006).

The harvested rice areas for the primary and ratoon crops in each state are presented in Table 6-12, and the area of ratoon crop area as a percent of primary crop area is shown in Table 6-13.  Primary crop areas for 1990 through 2010 for all states except Florida and Oklahoma were taken from U.S. Department of Agriculture's *Field Crops Final Estimates 1987–1992* (USDA 1994), *Field Crops Final Estimates 1992–1997* (USDA 1998), *Field Crops Final Estimates 1997–2002* (USDA 2003), and *Crop Production Summary* (USDA 2005 through 2012).  Source data for non-USDA sources of primary and ratoon harvest areas are shown in Table 6-14.  California, Mississippi, Missouri, and Oklahoma have not ratooned rice over the period 1990 through 2011 (Beighley 2012; Buehring 2009 through 2011; Guethle 1999 through 2010; Lee 2003 through 2007; Mutters 2002 through 2005; Street 1999 through 2003; Walker 2005, 2007 through 2008).

**Table 6-12:  Rice Area Harvested (Hectares)**

| State/Crop | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Arkansas | | | | | | | |
|   Primary | 485,633 | 661,675 | 536,220 | 564,549 | 594,901 | 722,380 | 467,017 |
|   Ratoon[a] | - | 662 | 5 | 6 | 6 | 7 | 5 |
| California | 159,854 | 212,869 | 215,702 | 209,227 | 225,010 | 223,796 | 234,723 |
| Florida | | | | | | | |
|   Primary | 4,978 | 4,565 | 6,242 | 5,463 | 5,664 | 5,330 | 8,212 |
|   Ratoon | 2,489 | - | 1,873 | 1,639 | 2,266 | 2,275 | 2,311 |
| Louisiana | | | | | | | |
|   Primary | 220,558 | 212,465 | 152,975 | 187,778 | 187,778 | 216,512 | 169,162 |
|   Ratoon | 66,168 | 27,620 | 53,541 | 75,111 | 65,722 | 86,605 | 59,207 |
| Mississippi | 101,174 | 106,435 | 76,487 | 92,675 | 98,341 | 122,622 | 63,942 |
| Missouri | 32,376 | 86,605 | 72,036 | 80,534 | 80,939 | 101,578 | 51,801 |
| Oklahoma | 617 | 271 | - | 77 | - | - | - |
| Texas | | | | | | | |
|   Primary | 142,857 | 81,344 | 58,681 | 69,607 | 68,798 | 76,083 | 72,845 |
|   Ratoon | 57,143 | 21,963 | 21,125 | 36,892 | 39,903 | 41,085 | 56,091 |
| **Total Primary** | **1,148,047** | **1,366,228** | **1,118,343** | **1,209,911** | **1,261,431** | **1,468,300** | **1,067,702** |
| **Total Ratoon** | **125,799** | **50,245** | **76,544** | **113,648** | **107,897** | **129,971** | **117,613** |
| **Total** | **1,273,847** | **1,416,473** | **1,194,887** | **1,323,559** | **1,369,328** | **1,598,271** | **1,185,315** |

[a] Arkansas ratooning occurred only in 1998, 1999, and  2005 through 2011.
- No reported value
Note:  Totals may not sum due to independent rounding.


**Table 6-13:  Ratooned Area as Percent of Primary Growth Area**

| State | 1990 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arkansas | | 0% | + | + | | | | | 0% | 0.1% | + | + | + | + | + | + |
| Florida | | | 50% | 65% | 41% | 60% | 54% | 100% | 77% | 0% | 28% | 30% | 30% | 40% | 43% | 28% |
| Louisiana | | | | 30% | 40% | 30% | 15% | 35% | 30% | 13% | 20% | 35% | 40% | 35% | 40% | 35% |
| Texas | | | | 40% | 50% | 40% | 37% | 38% | 35% | 27% | 39% | 36% | 53% | 58% | 54% | 77% |

+ Indicates ratooning less than 0.1 percent.


**Table 6-14:  Non-USDA Data Sources for Rice Harvest Information**

| State/Crop | 1990 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Arkansas | | | | | | | | |
| Ratoon | | | | | Wilson (2002 − 2007, 2009 − 2012) | | | | | | | | |
| | | | | | Florida | | | | | | | | |
| Primary | | Scheuneman (1999 − 2001) | | Deren (2002) | Kirstein (2003, 2006) | | | Gonzales (2006 − 2012) | | | | | |
| Ratoon | | Scheuneman (1999) | | Deren (2002) | Kirstein (2003-2004) | | Cantens (2005) | Gonzales (2006 − 2012) | | | | | |
| | | | | | Louisiana | | | | | | | | |
| Ratoon | Bollich (2000) | | | Linscombe (1999, 2001 − 2012) | | | | | | | | | |
| | | | | | Oklahoma | | | | | | | | |
| Primary | | | | Lee (2003-2007) | | | | | | Anderson (2008 − 2012) | | | |
| | | | | | Texas | | | | | | | | |
| Ratoon | | Klosterboer (1999 − 2003) | | | Stansel (2004 − 2005) | | | Texas Ag Experiment Station (2006 − 2012) | | | | | |

To determine what $CH_4$ emission factors should be used for the primary and ratoon crops, $CH_4$ flux information from rice field measurements in the United States was collected. Experiments that involved atypical or nonrepresentative management practices (e.g., the application of nitrate or sulfate fertilizers, or other substances believed to suppress $CH_4$ formation), as well as experiments in which measurements were not made over an entire flooding season or floodwaters were drained mid-season, were excluded from the analysis. The remaining experimental results[189] were then sorted by season (i.e., primary and ratoon) and type of fertilizer amendment (i.e., no fertilizer added, organic fertilizer added, and synthetic and organic fertilizer added). The experimental results from primary crops with added synthetic and organic fertilizer (Bossio et al. 1999; Cicerone et al. 1992; Sass et al. 1991a, 1991b) were averaged to derive an emission factor for the primary crop, and the experimental results from ratoon crops with added synthetic fertilizer (Lindau and Bollich 1993, Lindau et al. 1995) were averaged to derive an emission factor for the ratoon crop. The resultant emission factor for the primary crop is 210 kg $CH_4$/hectare-season, and the resultant emission factor for the ratoon crop is 780 kg $CH_4$/hectare-season.

## Uncertainty and Time-Series Consistency

The largest uncertainty in the calculation of $CH_4$ emissions from rice cultivation is associated with the emission factors. Seasonal emissions, derived from field measurements in the United States, vary by more than one order of magnitude. This inherent variability is due to differences in cultivation practices, particularly fertilizer type, amount, and mode of application; differences in cultivar type; and differences in soil and climatic conditions. A portion of this variability is accounted for by separating primary from ratooned areas. However, even within a cropping season or a given management regime, measured emissions may vary significantly. Of the experiments used to derive the emission factors applied here, primary emissions ranged from 22 to 479 kg $CH_4$/hectare-season and ratoon emissions ranged from 481 to 1,490 kg $CH_4$/hectare-season. The uncertainty distributions around the primary and ratoon emission factors were derived using the distributions of the relevant primary or ratoon emission factors available in the literature and described above. Variability about the rice emission factor means was not normally distributed for either primary or ratooned crops, but rather skewed, with a tail trailing to the right of the mean. A lognormal statistical distribution was, therefore, applied in the Tier 2 Monte Carlo analysis.

Other sources of uncertainty include the primary rice-cropped area for each state, percent of rice-cropped area that is ratooned, and the extent to which flooding outside of the normal rice season is practiced. Expert judgment was used to estimate the uncertainty associated with primary rice-cropped area for each state at 1 to 5 percent, and a normal distribution was assumed. Uncertainties were applied to ratoon area by state, based on the level of reporting performed by the state. No uncertainty estimates were calculated for the practice of flooding outside of the normal rice season because $CH_4$ flux measurements have not been undertaken over a sufficient geographic range or under a broad enough range of representative conditions to account for this source in the emission estimates or its associated uncertainty.

To quantify the uncertainties for emissions from rice cultivation, a Monte Carlo (Tier 2) uncertainty analysis was performed using the information provided above. The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 6-15. Rice cultivation $CH_4$ emissions in 2012 were estimated to be between 2.5 and 16.3 Tg $CO_2$ Eq. at a 95 percent confidence level, which indicates a range of 63 percent below to 146 percent above the actual 2011 emission estimate of 6.6 Tg $CO_2$ Eq.

**Table 6-15:  Tier 2 Quantitative Uncertainty Estimates for CH$_4$ Emissions from Rice Cultivation (Tg CO$_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate | Uncertainty Range Relative to Emission Estimate[a] |
|---|---|---|---|

---

[189] In some of these remaining experiments, measurements from individual plots were excluded from the analysis because of the aforementioned reasons. In addition, one measurement from the ratooned fields (i.e., the flux of 1,490 kg $CH_4$/hectare-season in Lindau and Bollich 1993) was excluded, because this emission rate is unusually high compared to other flux measurements in the United States, as well as IPCC (2006) default emission factors.

|  |  | (Tg CO$_2$ Eq.) | (Tg CO$_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
|  |  |  | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Rice Cultivation | CH$_4$ | 6.6 | 2.5 | 16.3 | -63% | +146% |

$^a$ Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

A source-specific QA/QC plan for rice cultivation was developed and implemented. This effort included a Tier 1 analysis, as well as portions of a Tier 2 analysis. The Tier 2 procedures focused on comparing trends across years, states, and cropping seasons to attempt to identify any outliers or inconsistencies. No problems were found.

## Planned Improvements

A possible future improvement is to create region-specific emission factors for rice cultivation. The current methodology uses a nationwide average emission factor, derived from several studies done in a number of states. The prospective improvement would take the same studies and average them by region, presumably resulting in more spatially specific emission factors. This prospective improvement would likely not take place for another 2 to 3 years, because the analyses needed for it are currently taking place.

# 6.4 Agricultural Soil Management (IPCC Source Category 4D)

Nitrous oxide is produced naturally in soils through the microbial processes of nitrification and denitrification.[190] A number of agricultural activities increase mineral N availability in soils, thereby increasing the amount available for nitrification and denitrification, and ultimately the amount of N$_2$O emitted. These activities increase soil mineral N either directly or indirectly (see Figure 6-2). Direct increases occur through a variety of management practices that add or lead to greater release of mineral N to the soil, including fertilization; application of managed livestock manure and other organic materials such as sewage sludge; deposition of manure on soils by domesticated animals in pastures, rangelands, and paddocks (PRP) (i.e., by grazing animals and other animals whose manure is not managed); production of N-fixing crops and forages; retention of crop residues; and drainage and cultivation of organic cropland soils (i.e., soils with a high organic matter content, otherwise known as Histosols).[191] Other agricultural soil management activities, including irrigation, drainage, tillage practices, and fallowing of land, can influence N mineralization in soils and thereby affect direct emissions. Mineral N is also made available in soils through decomposition of soil organic matter and plant litter, as well as asymbiotic fixation of N from the

---

[190] Nitrification and denitrification are driven by the activity of microorganisms in soils. Nitrification is the aerobic microbial oxidation of ammonium (NH$_4^+$) to nitrate (NO$_3^-$), and denitrification is the anaerobic microbial reduction of nitrate to N$_2$. Nitrous oxide is a gaseous intermediate product in the reaction sequence of denitrification, which leaks from microbial cells into the soil and then into the atmosphere. Nitrous oxide is also produced during nitrification, although by a less well-understood mechanism (Nevison 2000).

[191] Drainage and cultivation of organic soils in former wetlands enhances mineralization of N-rich organic matter, thereby increasing N$_2$O emissions from these soils.

atmosphere, and these processes are influenced by agricultural management through impacts on moisture and temperature regimes in soils.[192]  These additional sources of mineral N are included at the recommendation of IPCC (2006) for complete accounting of management impacts on greenhouse gas emissions, as discussed in the Methodology section.  Indirect emissions of $N_2O$ occur through two pathways: (1) volatilization and subsequent atmospheric deposition of applied/mineralized N, and (2) surface runoff and leaching of applied/mineralized N into groundwater and surface water.[193]   Direct emissions from agricultural lands (i.e., cropland and grassland as defined in Chapter 7, Land Representation Section) are included in this section, while direct emissions from forest lands and settlements are presented in the Land Use, Land-Use Change, and Forestry chapter.  However, indirect $N_2O$ emissions from all land-uses (cropland, grassland, forest lands, and settlements) are reported in this section.

---

[192] Asymbiotic N fixation is the fixation of atmospheric $N_2$ by bacteria living in soils that do not have a direct relationship with plants.

[193] These processes entail volatilization of applied or mineralized N as $NH_3$ and $NO_x$, transformation of these gases within the atmosphere (or upon deposition), and deposition of the N primarily in the form of particulate $NH_4^+$, nitric acid ($HNO_3$), and $NO_x$.

**Figure 6-2: Sources and Pathways of N that Result in N₂O Emissions from Agricultural Soil Management**



Agricultural soils produce the majority of $N_2O$ emissions in the United States.  Estimated emissions from this source in 2011 were 247.2Tg $CO_2$ Eq. (797 Gg $N_2O$) (see Table 6-16 and Table 6-17).  Annual $N_2O$ emissions from agricultural soils fluctuated between 1990 and 2011, although overall emissions were 8.5 percent higher in 2011 than in 1990.  Year-to-year fluctuations are largely a reflection of annual variation in weather patterns, synthetic fertilizer use, and crop production.  On average, cropland accounted for approximately 64 percent of total direct emissions, while grassland accounted for approximately 36 percent.  These percentages are about the same for indirect emissions since forest lands and settlements account for such a small percentage of total indirect emissions.  Estimated direct and indirect $N_2O$ emissions by sub-source category are shown in Table 6-18 and Table 6-19.

**Table 6-16: $N_2O$ Emissions from Agricultural Soils (Tg $CO_2$ Eq.)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Direct** | **181.8** | **195.8** | **198.5** | **193.0** | **191.3** | **192.3** | **195.2** |
| Cropland | 103.9 | 124.7 | 128.5 | 124.6 | 122.4 | 125.0 | 125.4 |
| Grassland | 77.9 | 71.1 | 69.9 | 68.4 | 68.9 | 67.3 | 69.8 |
| **Indirect (All Land-Use Types)** | **46.0** | **41.7** | **53.8** | **52.4** | **51.5** | **52.2** | **51.9** |
| Cropland | 33.4 | 28.4 | 41.5 | 40.2 | 39.5 | 40.2 | 40.3 |
| Grassland | 12.3 | 12.6 | 11.6 | 11.4 | 11.4 | 11.3 | 10.9 |
| Forest Land | + | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Settlements | 0.4 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| **Total** | **227.9** | **237.5** | **252.3** | **245.4** | **242.8** | **244.5** | **247.2** |

+ Less than 0.05 Tg $CO_2$ Eq.

**Table 6-17: $N_2O$ Emissions from Agricultural Soils (Gg)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Direct** | **587** | **632** | **640** | **623** | **617** | **620** | **630** |
| Cropland | 335 | 402 | 415 | 402 | 395 | 403 | 405 |
| Grassland | 251 | 229 | 226 | 221 | 222 | 217 | 225 |
| **Indirect (All Land-Use Types)** | **149** | **135** | **174** | **169** | **166** | **168** | **168** |
| Cropland | 108 | 92 | 134 | 130 | 127 | 130 | 130 |
| Grassland | 40 | 41 | 37 | 37 | 37 | 36 | 35 |
| Forest Land | 0 | + | + | + | + | + | + |
| Settlements | 1 | 2 | 2 | 2 | 2 | 2 | 2 |
| **Total** | **735** | **766** | **814** | **792** | **783** | **789** | **797** |

+ Less than 0.5 Gg $N_2O$

**Table 6-18: Direct N$_2$O Emissions from Agricultural Soils by Land Use Type and N Input Type (Tg CO$_2$ Eq.)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Cropland** | **103.9** | **124.7** | **128.5** | **124.6** | **122.4** | **125.0** | **125.4** |
| **Mineral Soils** | **101.0** | **121.8** | **125.6** | **121.7** | **119.5** | **122.1** | **122.5** |
| Synthetic Fertilizer | 40.0 | 49.1 | 53.0 | 49.5 | 47.5 | 49.9 | 50.3 |
| Organic Amendment[b] | 11.6 | 13.5 | 14.0 | 13.8 | 13.7 | 13.7 | 13.7 |
| Residue N[a] | 3.7 | 4.3 | 4.2 | 4.1 | 4.1 | 4.1 | 4.1 |
| Mineralization and Asymbiotic Fixation | 45.8 | 55.0 | 54.5 | 54.4 | 54.3 | 54.4 | 54.4 |
| **Organic Soils** | **2.9** | **2.9** | **2.9** | **2.9** | **2.9** | **2.9** | **2.9** |
| **Grassland** | **77.9** | **71.1** | **69.9** | **68.4** | **68.9** | **67.3** | **69.8** |
| Synthetic Fertilizer | 3.0 | 2.9 | 2.7 | 2.4 | 2.5 | 2.2 | 2.1 |
| PRP Manure | 27.7 | 25.7 | 23.4 | 22.6 | 22.4 | 22.0 | 21.8 |
| Managed Manure | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 |
| Sewage Sludge | 0.3 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.6 |
| Residue N[c] | 2.7 | 2.7 | 2.7 | 2.8 | 2.8 | 2.7 | 2.9 |
| Mineralization and Asymbiotic Fixation | 44.2 | 39.2 | 40.5 | 40.0 | 40.5 | 39.8 | 42.3 |
| **Total** | **181.8** | **195.8** | **198.5** | **193.1** | **191.3** | **192.3** | **195.2** |

[a] Cropland residue N inputs include N in unharvested legumes as well as crop residue N.

[b] Organic amendment inputs include managed manure amendments, daily spread manure amendments, and commercial organic fertilizers (i.e., dried blood, dried manure, tankage, compost, and other).

[c] Grassland residue N inputs include N in ungrazed legumes as well as ungrazed grass residue N

[d] Accounts for managed manure and daily spread manure amendments that are applied to grassland soils.

**Table 6-19: Indirect N$_2$O Emissions from all Land-Use Types (Tg CO$_2$ Eq.)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Cropland** | **33.4** | **28.4** | **41.5** | **40.2** | **39.5** | **40.2** | **40.3** |
| Volatilization & Atm. Deposition | 13.1 | 14.3 | 14.4 | 14.0 | 13.8 | 13.9 | 14.0 |
| Surface Leaching & Run-Off | 20.2 | 14.1 | 27.1 | 26.2 | 25.6 | 26.3 | 26.4 |
| **Grassland** | **12.3** | **12.6** | **11.6** | **11.4** | **11.4** | **11.3** | **10.9** |
| Volatilization & Atm. Deposition | 7.3 | 7.8 | 7.8 | 7.7 | 7.7 | 7.6 | 7.6 |
| Surface Leaching & Run-Off | 5.0 | 4.8 | 3.8 | 3.7 | 3.7 | 3.6 | 3.3 |
| **Forest Land** | **+** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** |
| Volatilization & Atm. Deposition | + | + | + | + | + | + | + |
| Surface Leaching & Run-Off | + | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **Settlements** | **0.4** | **0.6** | **0.6** | **0.6** | **0.6** | **0.6** | **0.6** |
| Volatilization & Atm. Deposition | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Surface Leaching & Run-Off | 0.2 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| **Total** | **46.0** | **41.7** | **53.8** | **52.4** | **51.5** | **52.2** | **51.9** |

+ Less than 0.05 Tg CO$_2$ Eq.

Figure 6-3 and Figure 6-6 show regional patterns in direct $N_2O$ emissions, and also show N losses from volatilization, leaching, and runoff that lead to indirect $N_2O$ emissions. Annual emissions and N losses in 2011 are shown for the Tier 3 Approach only.

Direct $N_2O$ emissions from croplands tend to be high in the Corn Belt (Illinois, Iowa, Indiana, Ohio, southern Minnesota, and eastern Nebraska), where a large portion of the land is used for growing highly fertilized corn and N-fixing soybean crops (Figure 6-3). Direct emissions are also high in Kansas, Missouri and Texas, primarily from irrigated cropping in western Texas, dryland wheat in Kansas, and hay cropping in eastern Texas and Missouri. Direct emissions are low in many parts of the eastern United States because a small portion of land is cultivated, and also low in many western states where rainfall and access to irrigation water are limited.

Direct emissions (Tg $CO_2$ Eq./state/year) from grasslands are highest in the central and western United States (Figure 6-3) where a high proportion of the land is used for cattle grazing. Most areas in the Great Lake states, the Northeast, and Southeast have moderate to low emissions even though emissions from these areas tend to be high on a per unit area basis, because the total amount of grassland is much lower than in the central and western United States.

Indirect emissions from croplands and grasslands (Figure 6-5 and Figure 6-6) show patterns similar to direct emissions, because the factors that control direct emissions (N inputs, weather, soil type) also influence indirect emissions. However, there are some exceptions, because the processes that contribute to indirect emissions ($NO_3^-$ leaching, N volatilization) do not respond in exactly the same manner as the processes that control direct emissions (nitrification and denitrification). For example, coarser-textured soils facilitate relatively high indirect emissions in Florida grasslands due to high rates of N volatilization and $NO_3^-$ leaching, even though they have only moderate rates of direct $N_2O$ emissions.

**Figure 6-3: Major Crops, Annual Direct N$_2$O Emissions Estimated Using the DAYCENT Model, 1990-2011 (Tg CO$_2$ Eq./year)**



**Figure 6-4: Grasslands, Annual Direct N$_2$O Emissions Estimated Using the DAYCENT Model, 1990-2011 (Tg CO$_2$ Eq./year)**



**Figure 6-5: Major Crops, Average Annual N Losses Leading to Indirect N$_2$O Emissions Estimated Using the DAYCENT Model, 1990-2011 (Gg N/year)**



**Figure 6-6: Grasslands, Average Annual N Losses Leading to Indirect N$_2$O Emissions Estimated Using the DAYCENT Model, 1990-2011 (Gg N/year)**



Grasslands, Average Annual N Losses Leading to Indirect N$_2$O Emissions Estimated Using the DAYCENT Model, 1990–2011 (Gg N/year)

# Methodology

The *2006 IPCC Guidelines* (IPCC 2006) divide the Agricultural Soil Management source category into five components: (1) direct emissions due to N additions to cropland and grassland mineral soils, including synthetic fertilizers, sewage sludge applications, crop residues, organic amendments, and biological N fixation associated with planting of legumes on cropland and grassland soils; (2) direct emissions from soil organic matter mineralization due to land use and management change; (3) direct emissions from drainage and cultivation of organic cropland soils; (4) direct emissions from soils due to the deposition of manure by livestock on PRP grasslands; and (5) indirect emissions from soils and water due to N additions and manure deposition to soils that lead to volatilization, leaching, or runoff of N and subsequent conversion to N$_2$O.

The United States has adopted recommendations from IPCC (2006) on methods for agricultural soil management. These recommendations include (1) estimating the contribution of N from crop residues to indirect soil N$_2$O emissions; (2) adopting a revised emission factor for direct N$_2$O emissions to the extent that Tier 1 methods are used in the Inventory (described later in this section); (3) removing double counting of emissions from N-fixing crops associated with the biological N fixation and crop residue N input categories; (4) using revised crop residue statistics to compute N inputs to soils based on harvest yield data to the extent that Tier 1 methods are used in the Inventory; (5) accounting for indirect as well as direct emissions from N made available via mineralization of soil organic matter and litter, in addition to asymbiotic fixation (i.e., computing total emissions from managed land); (6) reporting all emissions from managed lands because management affects all processes leading to soil N$_2$O emissions; and (7) estimating emissions associated with land use and management change which can significantly change the N mineralization rates from soil organic matter.[194] One recommendation from IPCC (2006) that has not

---

[194] N inputs from asymbiotic N fixation are not directly addressed in *2006 IPCC Guidelines*, but are a component of the total emissions from managed lands and are included in the Tier 3 approach developed for this source.

been completely adopted is the accounting of emissions from pasture renewal, which involves occasional plowing to improve forage production. Pastures are replanted occasionally in rotation with annual crops, and this practice is represented in the Inventory. However, renewal of pasture that is not rotated with annual crops occasionally is not common in the United States, and is not estimated.

## Direct N$_2$O Emissions

The methodology used to estimate direct emissions from agricultural soil management in the United States is based on a combination of IPCC Tier 1 and 3 approaches. A Tier 3 process-based model (DAYCENT) was used to estimate direct emissions from a variety of crops that are grown on mineral soils on mineral (i.e., non-organic) soils, including alfalfa hay, barley, corn, cotton, dry beans, grass hay, grass-clover hay, oats, onions, peanuts, potatoes, rice, sorghum, soybeans, sugar beets, sunflowers, tomatoes, and wheat; as well as most of the direct emissions from non-federal grasslands (Del Grosso et al. 2010). The Tier 3 approach has been specifically designed and tested to estimate N$_2$O emissions in the United States, accounting for more of the environmental and management influences on soil N$_2$O emissions than the IPCC Tier 1 method (see Box 6-1 for further elaboration). Moreover, the Tier 3 approach allows for the inventory to address direct N$_2$O emissions and soil C stock changes from mineral cropland soils in a single analysis. Carbon and N dynamics are linked in plant-soil systems through biogeochemical processes of microbial decomposition and plant production (McGill and Cole 1981). Coupling the two source categories (i.e., agricultural soil C and N$_2$O) in a single inventory analysis ensures that there is a consistent treatment of the processes and interactions are taken into account between C and N cycling in soils.

The Tier 3 approach was based on the cropping and land use histories recorded in the USDA National Resources Inventory (NRI) survey (USDA-NRCS 2009). The NRI is a statistically-based sample of all non-federal land, and includes 380,956 points in agricultural land for the conterminous United States and Hawaii that are included in the Tier 3 method.[195] Each point is associated with an "expansion factor" that allows scaling of N$_2$O emissions from NRI points to the entire country (i.e., each expansion factor represents the amount of area with the same land-use/management history as the sample point). Land-use and some management information (e.g., crop type, soil attributes, and irrigation) were originally collected for each NRI point on a 5-year cycle beginning in 1982. For cropland, data were collected for 4 out of 5 years in the cycle (i.e., 1979-1982, 1984-1987, 1989-1992, and 1994-1997). However, the NRI program began collecting annual data in 1998, and data are currently available through 2007.

| Box 6-1.  Tier 1 vs. Tier 3 Approach for Estimating N$_2$O Emissions |
|---|

The IPCC (2006) Tier 1 approach is based on multiplying activity data on different N inputs (e.g., synthetic fertilizer, manure, N fixation, etc.) by the appropriate default IPCC emission factors to estimate N$_2$O emissions on an input-by-input basis. The Tier 1 approach requires a minimal amount of activity data, readily available in most countries (e.g., total N applied to crops); calculations are simple; and the methodology is highly transparent. In contrast, the Tier 3 approach developed for this Inventory employs a process-based model (i.e., DAYCENT) that represents the interaction of N inputs and the environmental conditions at specific locations. Consequently, the Tier 3 approach produces more accurate estimates; it accounts more comprehensively for land-use and management impacts and their interaction with environmental factors (i.e., weather patterns and soil characteristics), which will enhance or dampen anthropogenic influences. However, the Tier 3 approach requires more detailed activity data (e.g., crop-specific N amendment rates), additional data inputs (e.g., daily weather, soil types, etc.), and considerable computational resources and programming expertise. The Tier 3 methodology is less transparent, and thus it is critical to evaluate the output of Tier 3 methods against measured data in order to demonstrate the adequacy of the method for estimating emissions (IPCC 2006). Another important difference between the Tier 1 and Tier 3 approaches relates to assumptions regarding N cycling. Tier 1 assumes that N added to a system is subject to N$_2$O emissions only during that year and cannot be stored in soils and contribute to N$_2$O emissions in subsequent years. This is a simplifying assumption that is likely to create bias in estimated N$_2$O emissions for a specific year. In

---

[195] NRI points were classified as agricultural if under grassland or cropland management between 1990 and 2007. There are another 148,731 NRI survey points that are cropland ) and are not included in the Tier 3 analysis. The soil N$_2$O emissions associated with these points are estimated with the IPCC Tier 1 method.

contrast, the process-based model used in the Tier 3 approach includes such legacy effects when N added to soils is re-mineralized from soil organic matter and emitted as $N_2O$ during subsequent years.

The Tier 1 IPCC (2006) methodology was used to estimate (1) direct emissions from crops on mineral soils that are not simulated by DayCent (e.g., tobacco, sugarcane, orchards, vineyards, and other crops); (2) federal grassland direct emissions, which were not estimated with the Tier 3 DAYCENT model; and (3) direct emissions from drainage and cultivation of organic cropland soils.

## Tier 3 Approach for Mineral Cropland Soils

The DAYCENT biogeochemical model (Parton et al. 1998; Del Grosso et al. 2001, 2011) was used to estimate direct $N_2O$ emissions from mineral cropland soils that are managed for production of a wide variety of crops based on the cropping histories in the National Resources Inventory (USDA-NRCS 2009), including alfalfa hay, barley, corn, cotton, dry beans, grass hay, grass-clover hay, oats, onions, peanuts, potatoes, rice, sorghum, soybeans, sugar beets, sunflowers, tomatoes, and wheat . Crops simulated by DAYCENT are grown on approximately 93 percent of total croplands in the United States. Crop production is simulated with NASA-CASA production algorithm (Potter et al.1993, Potter et al. 2007) using the MODIS Enhanced Vegetation Index (EVI) products, MOD13Q1 and MYD13Q1, with a pixel resolution of 250m. A prediction algorithm was developed to estimate EVI (Gurung et al. 2009) for gap-filling during years over the inventory time series when EVI data were not available (e.g., Data from the MODIS sensor were only available after 2000 following the launch of the Aqua and Terra Satellites; see Annex 3.11 for more information). DAYCENT also simulated soil organic matter decomposition, greenhouse gas fluxes, and key biogeochemical processes affecting $N_2O$ emissions.

DAYCENT was used to estimate direct $N_2O$ emissions due to mineral N available from the following sources: (1) the application of synthetic fertilizers; (2) the application of livestock manure; (3) the retention of crop residues (i.e., leaving residues in the field after harvest instead of burning or collecting residues); and (4) mineralization of soil organic matter and litter, in addition to asymbiotic fixation. Note that commercial organic fertilizers are addressed with the Tier 1 method because county-level application data would be needed to simulate applications in DAYCENT, and currently data are only available at the national scale. The third and fourth sources are generated internally by the DAYCENT model.

Synthetic fertilizer data were based on fertilizer use and rates by crop type for different regions of the United States that were obtained primarily from the USDA Economic Research Service Cropping Practices Survey (USDA-ERS 1997, 2011) with additional data from other sources, including the National Agricultural Statistics Service (NASS 1992, 1999, 2004). Frequency and rates of livestock manure application to cropland during 1997 were estimated from data compiled by the USDA Natural Resources Conservation Service (Edmonds et al. 2003), and then adjusted using county-level estimates of manure available for application in other years. The adjustments were based on county-scale ratios of manure available for application to soils in other years relative to 1997 (see Annex 3.11 for further details). Greater availability of managed manure N relative to 1997 was assumed to increase the area amended with manure, while reduced availability of manure N relative to 1997 was assumed to reduce the amended area. Data on the county-level N available for application were estimated for managed systems based on the total amount of N excreted in manure minus N losses during storage and transport, and including the addition of N from bedding materials. Nitrogen losses include direct nitrous oxide emissions, volatilization of ammonia and $NO_x$, runoff and leaching, and poultry manure used as a feed supplement. For unmanaged systems, it is assumed that no N losses or additions occur prior to the application of manure to the soil. More information on livestock manure production is available in the Manure Management Section 6.2 and Annex 3.10.

The IPCC approach considers crop residue N and N mineralized from soil organic matter as activity data. However, they are not treated as activity data in DAYCENT simulations because residue production, symbiotic N fixation (e.g., legumes), mineralization of N from soil organic matter, and asymbiotic N fixation are internally generated by the model as part of the simulation. In other words, DAYCENT accounts for the influence of symbiotic N fixation, mineralization of N from soil organic matter, retention of crop residue on $N_2O$ emissions, and asymbiotic N fixation, but these are not model inputs. The DAYCENT simulations also accounted for the approximately 3 percent of grain crop residues that were assumed to be burned based on state inventory data (ILENR 1993, Oregon Department of Energy 1995, Noller 1996, Wisconsin Department of Natural Resources 1993, and Cibrowski 1996), and therefore did not contribute to soil $N_2O$ emissions.

Additional sources of data were used to supplement the mineral N (USDA ERS 1997, 2011), livestock manure (Edmonds et al. 2003), and land-use information (USDA-NRCS 2009). The Conservation Technology Information Center (CTIC 2004) provided annual data on tillage activity with adjustments for long-term adoption of no-till agriculture (Towery 2001). Tillage data has an influence on soil organic matter decomposition and subsequent soil $N_2O$ emissions. The time series of tillage data began in 1989 and ended in 2004, so further changes in tillage practices since 2004 are not currently captured in the inventory. Daily weather data were used as an input in the model simulations, based on gridded weather data at a 32 km scale from the North America Regional Reanalysis Product (NARR) (Mesinger et al. 2006). Soil attributes were obtained from the Soil Survey Geographic Database (SSURGO) (Soil Survey Staff 2011).

Each NRI point was run 100 times as part of the uncertainty assessment, yielding a total of over 18 million simulations for the analysis. Soil $N_2O$ emission estimates from DAYCENT were adjusted using a structural uncertainty estimator accounting for uncertainty in model algorithms and parameter values (Del Grosso et al. 2010). Soil $N_2O$ emissions and 95 percent confidence intervals were estimated for each year between 1990 and 2007, but emissions from 2008 to 2011 were assumed to be similar to 2007 because no additional activity data are currently available from the NRI for the latter years.

Nitrous oxide emissions from managed agricultural lands are the result of interactions among anthropogenic activities (e.g., N fertilization, manure application, tillage) and other driving variables, such as weather and soil characteristics. These factors influence key processes associated with N dynamics in the soil profile, including immobilization of N by soil microbial organisms, decomposition of organic matter, plant uptake, leaching, runoff, and volatilization, as well as the processes leading to $N_2O$ production (nitrification and denitrification). It is not possible to partition $N_2O$ emissions into each anthropogenic activity directly from model outputs due to the complexity of the interactions (e.g., $N_2O$ emissions from synthetic fertilizer applications cannot be distinguished from those resulting from manure applications). To approximate emissions by activity, the amount of mineral N added to the soil for each of these sources was determined and then divided by the total amount of mineral N that was made available in the soil according to the DAYCENT model. The percentages were then multiplied by the total of direct $N_2O$ emissions in order to approximate the portion attributed to key practices. This approach is only an approximation because it assumes that all N made available in soil has an equal probability of being released as $N_2O$, regardless of its source, which is unlikely to be the case (Delgado et al., 2009). However, this approach allows for further disaggregation of emissions by source of N, which is valuable for reporting purposes and is analogous to the reporting associated with the IPCC (2006) Tier 1 method, in that it associates portions of the total soil $N_2O$ emissions with individual sources of N.

## Tier 1 Approach for Mineral Cropland Soils

The IPCC (2006) Tier 1 methodology was used to estimate direct $N_2O$ emissions for mineral cropland soils that are managed for production of crop types not simulated by DAYCENT, such as tobacco, sugarcane, sugar beets, and millet, . DAYCENT simulations did not include 100 percent of the land area for some crops (e.g., barley, oats, peanuts, rice, dry beans) so emissions from these lands were also estimated using IPCC Tier 1 methodology. For the Tier 1 Approach, estimates of direct $N_2O$ emissions from N applications were based on mineral soil N that was made available from the following practices: (1) the application of synthetic commercial fertilizers; (2) application of managed manure and non-manure commercial organic fertilizers; and (3) the retention of above- and below-ground crop residues in agricultural fields (i.e., crop biomass that is not harvested). Non-manure organic amendments were not included in the DAYCENT simulations because county-level data were not available.[196] Consequently, non-manure organic amendments, as well as additional manure that was not added to crops in the DAYCENT simulations, were included in the Tier 1 analysis. The influence of land-use change on soil $N_2O$ emissions in the Tier 1 apporach has not been addressed in this analysis, but is a planned improvement. The following sources were used to derive activity data:

---

[196] Commercial organic fertilizers include dried blood, tankage, compost, and other; dried manure and sewage sludge that are used as commercial fertilizer have been excluded to avoid double counting. The dried manure N is counted with the non-commercial manure applications, and sewage sludge is assumed to be applied only to grasslands.

- A process-of-elimination approach was used to estimate synthetic N fertilizer additions for crops not simulated by DAYCENT, because little information exists on their fertilizer application rates. The total amount of fertilizer used on farms has been estimated by the USGS from sales records (Ruddy et al. 2006), and these data were aggregated to obtain state-level N additions to farms. After subtracting the portion of fertilizer applied to crops and grasslands simulated by DAYCENT (see Tier 3 Approach for Cropland Mineral Soils Section and Grasslands Section for information on data sources), the remainder of the total fertilizer used on farms was assumed to be applied to crops that were not simulated by DAYCENT.
- Similarly, a process-of-elimination approach was used to estimate manure N additions for crops that were not simulated by DAYCENT, because little information exists on application rates for these crops. The amount of manure N applied in the Tier 3 approach to crops and grasslands was subtracted from total manure N available for land application (see Tier 3 Approach for Cropland Mineral Soils Section and Grasslands Section for information on data sources), and this difference was assumed to be applied to crops that are not simulated by DAYCENT.
- Non-manure, non-sewage-sludge commercial organic fertilizer additions were based on organic fertilizer consumption statistics, which were converted to units of N using average organic fertilizer N content (TVA 1991 through 1994; AAPFCO 1995 through 2010). Manure and sewage sludge components were subtracted from total commercial organic fertilizers to avoid double counting.
- Crop residue N was derived by combining amounts of above- and below-ground biomass, which were determined based on crop production yield statistics (USDA 1994, 1998, 2003, 2005, 2006, 2008, 2009, 2010a), dry matter fractions (IPCC 2006), linear equations to estimate above-ground biomass given dry matter crop yields from harvest (IPCC 2006), ratios of below-to-above-ground biomass (IPCC 2006), and N contents of the residues (IPCC 2006). For crops that were only partly simulated by DAYCENT, N inputs from residue were reduced based on the portion of land not simulated compared to total crop area. Approximately 3 percent of the crop residues were burned and therefore did not contribute to soil $N_2O$ emissions, based on state inventory data (ILENR 1993, Oregon Department of Energy 1995, Noller 1996, Wisconsin Department of Natural Resources 1993, and Cibrowski 1996).

The total increase in soil mineral N from applied fertilizers and crop residues was multiplied by the IPCC (2006) default emission factor to derive an estimate of direct $N_2O$ emissions using the Tier 1 Approach.

## Drainage and Cultivation of Organic Cropland Soils

The IPCC (2006) Tier 1 methods were used to estimate direct $N_2O$ emissions due to drainage and cultivation of organic soils at a state scale. State-scale estimates of the total area of drained and cultivated organic soils were obtained from the *National Resources Inventory* (NRI) (USDA-NRCS 2009) using soils data from the Soil Survey Geographic Database (SSURGO) (Soil Survey Staff 2011). Temperature data from Daly et al. (1994, 1998) were used to subdivide areas into temperate and sub-tropical climates using the climate classification from IPCC (2006). Data were available for 1982, 1992, 1997, 2002 and 2007. To estimate annual emissions, the total temperate area was multiplied by the IPCC default emission factor for temperate regions, and the total sub-tropical area was multiplied by the average of the IPCC default emission factors for temperate and tropical regions (IPCC 2006).

## Direct $N_2O$ Emissions from Grassland Soils

As with $N_2O$ from croplands, the Tier 3 process-based DAYCENT model and Tier 1 method described in IPCC (2006) were combined to estimate emissions from non-federal and federal grasslands, respectively. Grasslands include pastures and rangelands used for grass forage production, where the primary use is livestock grazing. Rangelands are typically extensive areas of native grasslands that are not intensively managed, while pastures are often seeded grasslands, possibly following tree removal, which may or may not be improved with practices such as irrigation and interseeding legumes.

DAYCENT was used to simulate $N_2O$ emissions from NRI survey locations (USDA-NRCS 2009) on non-federal grasslands resulting from manure deposited by livestock directly onto pastures and rangelands (i.e., PRP manure), N fixation from legume seeding, managed manure amendments (i.e., manure other than PRP manure), and synthetic fertilizer application. Other N inputs were simulated within the DAYCENT framework, including N input from mineralization due to decomposition of soil organic matter and N inputs from senesced grass litter, as well as asymbiotic fixation of N from the atmosphere. The simulations used the same weather, soil, and synthetic N

fertilizer data as discussed under the section, Tier 3 Approach for Mineral Cropland Soils. Managed manure N amendments to grasslands were estimated from Edmonds et al. (2003) and adjusted for annual variation using data on the availability of managed manure N for application to soils, according to methods described in the Manure Management section (Section 6.2) and Annex 3.10. Biological N fixation is simulated within DAYCENT, and therefore was not an input to the model.

Manure N deposition from grazing animals (i.e., PRP manure) is another key input of N to grasslands. The amounts of PRP manure N applied on non-federal grasslands for each NRI point were generated internally by the DAYCENT model based on simulated plant biomass and assumed grazing intensity. DAYCENT simulations of non-federal grasslands accounted for approximately 56 percent of total PRP manure. The remainder of the PRP manure N excretions in each state was assumed to be excreted on federal grasslands, and the $N_2O$ emissions were estimated using the IPCC (2006) Tier 1 method with IPCC default emission factors. Sewage sludge was assumed to be applied on grasslands because of the heavy metal content and other pollutants in human waste that limit its use as an amendment to croplands. Sewage sludge application was estimated from data compiled by EPA (1993, 1999, 2003), McFarland (2001), and NEBRA (2007). Sewage sludge data on soil amendments to agricultural lands were only available at the national scale, and it was not possible to associate application with specific soil conditions and weather at the county scale. Therefore, DAYCENT could not be used to simulate the influence of sewage sludge amendments on $N_2O$ emissions from grassland soils, and consequently, emissions from sewage sludge were estimated using the IPCC (2006) Tier 1 method.

Grassland area data were consistent with the Land Representation reported in Section 7.1. Data were obtained from the U.S. Department of Agriculture *National Resources Inventory*[197] and the U.S. Geological Survey (USGS) National Land Cover Dataset, which were reconciled with the Forest Inventory and Analysis Data.[198] The area data for pastures and rangeland were aggregated to the county level to estimate non-federal and federal grassland areas.[199]

Tier 1 estimates of $N_2O$ emissions for the PRP manure N deposited on federal grasslands and applied sewage sludge N were produced by multiplying the N input by the appropriate emission factor. Tier 1 estimates for emissions from manure N were calculated at the state level and aggregated to the entire country but emission from sewage sludge N were calculated exclusively at the national scale.

Each NRI point was simulated 100 times as part of the uncertainty assessment, yielding a total of over 18 million simulation runs for the analysis. Soil $N_2O$ emission estimates from DAYCENT were adjusted using a structural uncertainty estimator accounting for uncertainty in model algorithms and parameter values (Del Grosso et al. 2010). Soil $N_2O$ emissions and 95 percent confidence intervals were estimated for each year between 1990 and 2007, but emissions from 2008 to 2011 were assumed to be similar to 2007 because no additional activity data are currently available from the NRI for the latter years.

## Total Direct $N_2O$ Emissions from Cropland and Grassland Soils

Annual direct emissions from the Tier 1 and 3 approaches for cropland mineral soils, from drainage and cultivation of organic cropland soils, and from grassland soils were summed to obtain the total direct $N_2O$ emissions from agricultural soil management (see Table 6-16 and Table 6-17).

## Indirect $N_2O$ Emissions

This section describes the methods used for estimating indirect soil $N_2O$ emissions from all land-use types (i.e., croplands, grasslands, forest lands, and settlements). Indirect $N_2O$ emissions occur when mineral N made available through anthropogenic activity is transported from the soil either in gaseous or aqueous forms and later converted into $N_2O$. There are two pathways leading to indirect emissions. The first pathway results from volatilization of N as $NO_x$ and $NH_3$ following application of synthetic fertilizer, organic amendments (e.g., manure, sewage sludge),

---

[197] USDA-NRCS 2009, Nusser and Goebel 1997, <http://www.ncgc.nrcs.usda.gov/products/nri/index.htm>

[198] Forest Inventory and Analysis Data, <http://fia.fs.us/tools-data/data>

[199] NLCD, Vogelman et al. 2001, <http://www.mrlc.gov>

and deposition of PRP manure. N made available from mineralization of soil organic matter and residue, including N incorporated into crops and forage from symbiotic N fixation, and input of N from asymbiotic fixation also contributes to volatilized N emissions. Volatilized N can be returned to soils through atmospheric deposition, and a portion of the deposited N is emitted to the atmosphere as $N_2O$. The second pathway occurs via leaching and runoff of soil N (primarily in the form of $NO_3^-$) that was made available through anthropogenic activity on managed lands, mineralization of soil organic matter and residue, including N incorporated into crops and forage from symbiotic N fixation, and inputs of N into the soil from asymbiotic fixation. The $NO_3^-$ is subject to denitrification in water bodies, which leads to $N_2O$ emissions. Regardless of the eventual location of the indirect $N_2O$ emissions, the emissions are assigned to the original source of the N for reporting purposes, which here includes croplands, grasslands, forest lands, and settlements.

### Indirect $N_2O$ Emissions from Atmospheric Deposition of Volatilized N from Managed Soils

As in the direct emissions calculation, the Tier 3 DAYCENT model and IPCC (2006) Tier 1 methods were combined to estimate the amount of N that was volatilized and eventually emitted as $N_2O$. DAYCENT was used to estimate N volatilization for land areas whose direct emissions were simulated with DAYCENT (i.e., most commodity and some specialty croplands and most grasslands). The N inputs included are the same as described for direct $N_2O$ emissions in the Tier 3 Approach for Cropland Mineral Soils Section and Grasslands Section. Nitrogen volatilization for all other areas was estimated using the Tier 1 method and default IPCC fractions for N subject to volatilization (i.e., N inputs on croplands not simulated by DAYCENT, PRP manure N excretion on federal grasslands, sewage sludge application on grasslands). The Tier 1 method and default fractions were also used to estimate N subject to volatilization from N inputs on settlements and forest lands (see the Land Use, Land-Use Change, and Forestry chapter). For the volatilization data generated from both the DAYCENT and Tier 1 approaches, the IPCC (2006) default emission factor was used to estimate indirect $N_2O$ emissions occurring due to re-deposition of the volatilized N (Table 6-19).

### Indirect $N_2O$ Emissions from Leaching/Runoff

As with the calculations of indirect emissions from volatilized N, the Tier 3 DAYCENT model and IPCC (2006) Tier 1 method were combined to estimate the amount of N that was subject to leaching and surface runoff into water bodies, and eventually emitted as $N_2O$. DAYCENT was used to simulate the amount of N transported from lands in the Tier 3 Approach. N transport from all other areas was estimated using the Tier 1 method and the IPCC (2006) default factor for the proportion of N subject to leaching and runoff. This N transport estimate includes N applications on croplands that were not simulated by DAYCENT, sewage sludge amendments on grasslands, PRP manure N excreted on federal grasslands, and N inputs on settlements and forest lands. For both the DAYCENT Tier 3 and IPCC (2006) Tier 1 methods, nitrate leaching was assumed to be an insignificant source of indirect $N_2O$ in cropland and grassland systems in arid regions as discussed in IPCC (2006). In the United States, the threshold for significant nitrate leaching is based on the potential evapotranspiration (PET) and rainfall amount, similar to IPCC (2006), and is assumed to be negligible in regions where the amount of precipitation plus irrigation does not exceed 80 percent of PET. For leaching and runoff data estimated by the Tier 3 and Tier 1 approaches, the IPCC (2006) default emission factor was used to estimate indirect $N_2O$ emissions that occur in groundwater and waterways (Table 6-19).

# Uncertainty and Time-Series Consistency

Uncertainty was estimated for each of the following five components of $N_2O$ emissions from agricultural soil management: (1) direct emissions calculated by DAYCENT; (2) the components of indirect emissions (N volatilized and leached or runoff) calculated by DAYCENT; (3) direct emissions calculated with the IPCC (2006) Tier 1 method; (4) the components of indirect emissions (N volatilized and leached or runoff) calculated with the IPCC (2006) Tier 1 method; and (5) indirect emissions calculated with the IPCC (2006) Tier 1 method. Uncertainty in direct emissions, which account for the majority of $N_2O$ emissions from agricultural management, as well as the components of indirect emissions calculated by DAYCENT were estimated with a Monte Carlo Analysis, addressing uncertainties in model inputs and structure (i.e., algorithms and parameterization) (Del Grosso et al. 2010). Uncertainties in direct emissions calculated with the IPCC (2006) Tier 1 method, the proportion of volatilization and leaching or runoff estimated with the IPCC (2006) Tier 1 method, and indirect $N_2O$ emissions were estimated with a simple error propagation approach (IPCC 2006). Uncertainties from the Tier 1 and Tier 3

(i.e., DAYCENT) estimates were combined using simple error propagation (IPCC 2006). Additional details on the uncertainty methods are provided in Annex 3.11. The combined uncertainty for direct soil $N_2O$ emissions ranged from 18 percent below to 40 percent above the 2011 emissions estimate of 195.2 Tg $CO_2$ Eq., and the combined uncertainty for indirect soil $N_2O$ emissions ranged from 50 percent below to 151 percent above the 2011 estimate of 51.9 Tg $CO_2$ Eq.

**Table 6-20: Quantitative Uncertainty Estimates of $N_2O$ Emissions from Agricultural Soil Management in 2011 (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Direct Soil $N_2O$ Emissions | $N_2O$ | 195.2 | 160.0 | 273.4 | -18% | 40% |
| Indirect Soil $N_2O$ Emissions | $N_2O$ | 51.9 | 26.1 | 130.4 | -50% | 151% |

Note: Due to lack of data, uncertainties in managed manure N production, PRP manure N production, other organic fertilizer amendments, indirect losses of N in the DAYCENT simulations, and sewage sludge amendments to soils are currently treated as certain; these sources of uncertainty will be included in future Inventories.

Methodological recalculations were applied to the entire time series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

# QA/QC and Verification

DAYCENT results for $N_2O$ emissions and $NO_3^-$ leaching were compared with field data representing various cropland and grassland systems, soil types, and climate patterns (Del Grosso et al. 2005, Del Grosso et al. 2008), and further evaluated by comparing to emission estimates produced using the IPCC (2006) Tier 1 method for the same sites. Nitrous oxide measurement data were available for 12 sites in the United States and one in Australia, representing over 30 different combinations of fertilizer treatments and cultivation practices. DAYCENT estimates of $N_2O$ emissions were closer to measured values at most sites compared to the IPCC Tier 1 estimate (Figure 6-7). In general, IPCC Tier 1 methodology tends to over-estimate emissions when observed values are low and under-estimate emissions when observed values are high, while DAYCENT estimates are less biased. DAYCENT accounts for key site-level factors (weather, soil characteristics, and management) that are not addressed in the IPCC Tier 1 Method, and thus the model is better able to represent the variability in $N_2O$ emissions. Nitrate leaching data were available for three sites in the United States representing nine different combinations of fertilizer amendments. DAYCENT does have a tendency to under-estimate small emission rates; estimates are increased to correct for this bias based on a statistical model derived from the comparison of model estimates to measurements (See Annex 3.11 for more information). Regardless, the comparison demonstrates that DAYCENT provides relatively high predictive capability for $N_2O$ emissions and $NO_3^-$ leaching, and is an improvement over the IPCC Tier 1 method.

**Figure 6-7: Comparison of Measured Emissions at Field Sites and Modeled Emissions Using the DAYCENT Simulation Model and IPCC Tier 1 Approach.**



DAYCENT simulations had errors in the PRP manure N application that were corrected. Errors were also identified in the level of N uptake by plants that resulted in limited N availability for microbial transformations including nitrification and denitrification. The availability of N to the plants was modified, and the evaluation shows the improved fit of the model to measured $N_2O$ emissions (Figure 6-7). Crop harvest indices also had errors that were corrected. One of the key quality control issues was an under-estimation of C stocks in the DAYCENT model due to higher than expected decomposition rates. The model was re-parameterized to correct this error and accurately represent soil C dynamics, which has an influence on soil $N_2O$ emissions through the decomposition and N mineralization processes in soils.

Spreadsheets containing input data and probability distribution functions required for DAYCENT simulations of croplands and grasslands and unit conversion factors were checked, as were the program scripts that were used to run the Monte Carlo uncertainty analysis. Several errors were identified following re-organization of the calculation spreadsheets, and corrective actions have been taken. In particular, some of the links between spreadsheets were missing or needed to be modified. Spreadsheets containing input data, emission factors, and calculations required for the Tier 1 approach were checked and no errors were found.

## Recalculations Discussion

Methodological recalculations in this year's Inventory were associated with the following improvements: (1) incorporation of MODIS Enhanced Vegetation Index to reduce uncertainties in the estimation of crop production and subsequent carbon input to the soil; (2) using the National Resources Inventory (NRI) as the basis for crop histories and land use change (USDA-NRCS 2009); (3) addition of specific tillage practices with statistics from Conservation Technology and Information Center (CTIC 2004); (4) extension of the N fertilizer activity data with new USDA statistics on fertilizer use through 2009 (USDA-ERS 2011); and (5) expansion of the number of crops simulated by DAYCENT (i.e., dry beans, onions, peanuts, potatoes, rice, sugar beets, sunflowers, and tomatoes). These changes resulted in an increase in emissions of approximately 16 per cent on average relative to the previous Inventory. The differences are partly due to the broader scope of the current Inventory that includes the influence of land use change and tillage on mineral N availability in soils, which is a key driver of nitrification and denitrification. Synthetic fertilizer rates are also higher for crops based on the updated USDA statistics. In addition, the dataset was expanded for evaluating the error in model structure, improving the ability to assess uncertainty in the emission estimates.

## Planned Improvements

An automated quality assurance/quality control system is currently under development for the Tier 3 method that is used to estimate the majority of emissions associated with this source category. Currently, quality control is conducted by manual graphing and queries to determine if values are outside of an expected range. The new system will automatically create graphs, maps and conduct range checks to improve efficiency in this important step for the inventory analysis. This development will ensure a more thorough review of the inventory results.

Another improvement is to reconcile the amount of crop residues burned with the Field Burning of Agricultural Residues source category (Section 6.5). The methodology for Field Burning of Agricultural Residues was significantly updated recently, but the new estimates of crop residues burned were not incorporated into the DAYCENT runs for the Agricultural Soil Management source. In the next Inventory report, the estimates will be reconciled; meanwhile, the estimates presented in this section use the same methodology as used in previous Inventory reports for determining crop residues burned.

# 6.5 Field Burning of Agricultural Residues (IPCC Source Category 4F)

Farming activities produce large quantities of agricultural crop residues, and farmers use or dispose of these residues in a variety of ways. For example, agricultural residues can be left on or plowed into the field; composted and then applied to soils; landfilled; or burned in the field. Alternatively, they can be collected and used as fuel, animal bedding material, supplemental animal feed, or construction material. Field burning of crop residues is not considered a net source of $CO_2$, because the C released to the atmosphere as $CO_2$ during burning is assumed to be reabsorbed during the next growing season. Crop residue burning is, however, a net source of $CH_4$, $N_2O$, $CO$, and $NO_x$, which are released during combustion.

Field burning is not a common method of agricultural residue disposal in the United States. The primary crop types whose residues are typically burned in the United States are corn, cotton, lentils, rice, soybeans, sugarcane, and wheat (McCarty 2009). In 2011, $CH_4$ and $N_2O$ emissions from field burning were 0.2 Tg $CO_2$ Eq. (10 Gg) and 0.1 Tg. $CO_2$ Eq. (0.3 Gg), respectively. Annual emissions from this source over the period 1990 to 2011 have remained relatively constant, averaging approximately 0.2 Tg $CO_2$ Eq. (10 Gg) of $CH_4$ and 0.1 Tg $CO_2$ Eq. (0.3 Gg) of $N_2O$ (see Table 6-21 and Table 6-22).

**Table 6-21:  $CH_4$ and $N_2O$ Emissions from Field Burning of Agricultural Residues (Tg $CO_2$ Eq.)**

| Gas/Crop Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **$CH_4$** | **0.2** | **0.2** | **0.2** | **0.2** | **0.2** | **0.2** | **0.2** |
| Corn | + | + | + | + | + | + | + |
| Cotton | + | + | + | + | + | + | + |
| Lentils | + | + | + | + | + | + | + |
| Rice | + | + | 0.1 | 0.1 | 0.1 | 0.1 | + |
| Soybeans | + | + | + | + | + | + | + |
| Sugarcane | + | + | + | + | + | + | + |
| Wheat | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **$N_2O$** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** | **0.1** |
| Corn | + | + | + | + | + | + | + |
| Cotton | + | + | + | + | + | + | + |
| Lentils | + | + | + | + | + | + | + |
| Rice | + | + | + | + | + | + | + |
| Soybeans | + | + | + | + | + | + | + |
| Sugarcane | + | + | + | + | + | + | + |
| Wheat | + | + | + | + | + | + | + |
| **Total** | **0.3** | **0.2** | **0.3** | **0.3** | **0.3** | **0.3** | **0.3** |

+ Less than 0.05 Tg $CO_2$ Eq.
Note:  Totals may not sum due to independent rounding.

**Table 6-22:  CH$_4$, N$_2$O, CO, and NO$_x$ Emissions from Field Burning of Agricultural Residues (Gg)**

| Gas/Crop Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **CH$_4$** | 10 | 8 | 11 | 11 | 11 | 11 | 10 |
| Corn | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Cotton | + | + | + | + | + | + | + |
| Lentils | + | + | + | + | + | + | + |
| Rice | 2 | 2 | 3 | 3 | 3 | 3 | 2 |
| Soybeans | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Sugarcane | 1 | 1 | 1 | 1 | 2 | 1 | 2 |
| Wheat | 5 | 3 | 4 | 4 | 4 | 4 | 4 |
| **N$_2$O** | + | + | + | + | + | + | + |
| Corn | + | + | + | + | + | + | + |
| Cotton | + | + | + | + | + | + | + |
| Lentils | + | + | + | + | + | + | + |
| Rice | + | + | + | + | + | + | + |
| Soybeans | + | + | + | + | + | + | + |
| Sugarcane | + | + | + | + | + | + | + |
| Wheat | + | + | + | + | + | + | + |
| **CO** | 205 | 166 | 225 | 224 | 226 | 227 | 205 |
| **NO$_x$** | 6 | 6 | 8 | 7 | 7 | 8 | 7 |

+ Less than 0.5 Tg CO$_2$ Eq.
Note:  Totals may not sum due to independent rounding.

# Methodology

The Tier 2 methodology used for estimating greenhouse gas emissions from field burning of agricultural residues in the United States is consistent with IPCC (2006) (for more details, see  Box 6-2).  In order to estimate the amounts of C and N released during burning, the following equation was used:

C or N released = Σ over all crop types and states (Area Burned ÷ Crop Area Harvested × Crop Production × Residue/Crop Ratio × Dry Matter Fraction × Burning Efficiency × Combustion Efficiency × Fraction of C or N)

where,

| | | |
|---|---|---|
| Area Burned | = | Total area of crop burned, by state |
| Crop Area Harvested | = | Total area of crop harvested, by state |
| Crop Production | = | Annual production of crop in Gg, by state |
| Residue/Crop Ratio | = | Amount of residue produced per unit of crop production, by state |
| Dry Matter Fraction | = | Amount of dry matter per unit of biomass for a crop |
| Fraction of C or N | = | Amount of C or N per unit of dry matter for a crop |
| Burning Efficiency | = | The proportion of prefire fuel biomass consumed[200] |
| Combustion Efficiency | = | The proportion of C or N released with respect to the total amount of C or N available in the burned material, respectively[200] |

Crop production and area harvested were available by state and year from USDA (2011) for all crops (except rice in Florida and Oklahoma, as detailed below).  The amount C or N released was used in the following equation to determine the CH$_4$, CO, N$_2$O and NO$_x$ emissions from the field burning of agricultural residues:

CH$_4$ and CO, or N$_2$O and NO$_x$ Emissions from Field Burning of Agricultural Residues = (C or N Released) × (Emissions Ratio for C or N) × (Conversion Factor)

where,

| | | |
|---|---|---|
| Emissions Ratio | = | g CH$_4$-C or CO-C/g C released, or g N$_2$O-N or NO$_x$-N/g N released |

---

[200] In IPCC/UNEP/OECD/IEA (1997), the equation for C or N released contains the variable 'fraction oxidized in burning.' This variable is equivalent to (burning efficiency × combustion efficiency).

Conversion Factor = conversion, by molecular weight ratio, of $CH_4$-C to C (16/12), or CO-C to C (28/12), or $N_2O$-N to N (44/28), or $NO_x$-N to N (30/14)

**Box 6-2: Comparison of Tier 2 U.S. Inventory Approach and IPCC (2006) Default Approach**

Emissions from Burning of Agricultural Residues were calculated using a Tier 2 methodology that is based on IPCC/UNEP/OECD/IEA (1997) and incorporates crop- and country-specific emission factors and variables. The equation varies slightly in form from the one presented in the IPCC (2006) guidelines, but both equations rely on the same underlying variables. The IPCC (2006) equation was developed to be broadly applicable to all types of biomass burning, and, thus, is not specific to agricultural residues. IPCC (2006) default factors are provided only for four crops (wheat, corn, rice, and sugarcane), while this Inventory analyzes emissions from seven crops. A comparison of the methods and factors used in (1) the current Inventory and (2) the default IPCC (2006) approach was undertaken in the 1990 through 2009 Inventory report to determine the magnitude of the difference in overall estimates resulting from the two approaches. The IPCC (2006) approach was not used because crop-specific emission factors for $N_2O$ were not available for all crops. In order to maintain consistency of methodology, the IPCC/UNEP/OECD/IEA (1997) approach presented in the Methodology section was used.

The IPCC (2006) default approach resulted in 12 percent higher emissions of $CH_4$ and 25 percent higher emissions of $N_2O$ than the estimates in the 1990 through 2009 Inventory. It is reasonable to maintain the current methodology, since the IPCC (2006) defaults are only available for four crops and are worldwide average estimates, while current estimates are based on U.S.-specific, crop-specific, published data.

Crop production data for all crops except rice in Florida and Oklahoma were taken from USDA's QuickStats service (USDA 2012). Rice production and area data for Florida and Oklahoma, which are not collected by USDA, were estimated separately. Average primary and ratoon crop yields for Florida (Schueneman and Deren 2002) were applied to Florida acreages (Schueneman 1999, 2001; Deren 2002; Kirstein 2003, 2004; Cantens 2004, 2005; Gonzalez 2007 through 2012), and crop yields for Arkansas (USDA 2012) were applied to Oklahoma acreages[201] (Lee 2003 through 2006; Anderson 2008 through 2012). The production data for the crop types whose residues are burned are presented in Table 6-23. Crop weight by bushel was obtained from Murphy (1993).

The fraction of crop area burned was calculated using data on area burned by crop type and state[202] from McCarty (2010) for corn, cotton, lentils, rice, soybeans, sugarcane, and wheat.[203] McCarty (2010) used remote sensing data from Moderate Resolution Imaging Spectroradiometer (MODIS) to estimate area burned by crop. National-level area burned data were divided by national-level crop area harvested data to estimate the percent of crop area burned by crop. The average fraction of area burned by crop across all states is shown in Table 6-24. All crop area harvested data were from USDA (2012), except for rice acreage in Florida and Oklahoma, which is not measured by USDA (Schueneman 1999, 2001; Deren 2002; Kirstein 2003, 2004; Cantens 2004, 2005; Gonzalez 2007 through 2012; Lee 2003 through 2006; Anderson 2008 through 2012). Data on crop area burned were only available from McCarty (2010) for the years 2003 through 2007. For other years in the time series, the percent area burned was assumed to be equal to the average percent area burned from the 5 years for which data were available. This average was taken at the crop and national level. Table 6-24 shows these percent area estimates aggregated for the United States as a whole, at the crop level. State-level estimates based on state-level crop area harvested and burned data were also prepared, but are not presented here.

All residue/crop product mass ratios except sugarcane and cotton were obtained from Strehler and Stützle (1987). The datum for sugarcane is from Kinoshita (1988) and that of cotton from Huang et al. (2007). The residue/crop ratio for lentils was assumed to be equal to the average of the values for peas and beans. Residue dry matter

---

[201] Rice production yield data are not available for Oklahoma, so the Arkansas values are used as a proxy.

[202] Alaska and Hawaii were excluded.

[203] McCarty (2009) also examined emissions from burning of Kentucky bluegrass and a general "other crops/fallow" category, but USDA crop area and production data were insufficient to estimate emissions from these crops using the methodology employed in the Inventory. McCarty (2009) estimates that approximately 18 percent of crop residue emissions result from burning of the Kentucky bluegrass and "other" categories.

fractions for all crops except soybeans, lentils, and cotton were obtained from Turn et al. (1997). Soybean and lentil dry matter fractions were obtained from Strehler and Stützle (1987); the value for lentil residue was assumed to equal the value for bean straw. The cotton dry matter fraction was taken from Huang et al. (2007). The residue C contents and N contents for all crops except soybeans and cotton are from Turn et al. (1997). The residue C content for soybeans is the IPCC default (IPCC/UNEP/OECD/IEA 1997). The N content of soybeans is from Barnard and Kristoferson (1985). The C and N contents of lentils were assumed to equal those of soybeans. The C and N contents of cotton are from Lachnicht et al. (2004). These data are listed in Table 6-25. The burning efficiency was assumed to be 93 percent, and the combustion efficiency was assumed to be 88 percent, for all crop types, except sugarcane (EPA 1994). For sugarcane, the burning efficiency was assumed to be 81 percent (Kinoshita 1988) and the combustion efficiency was assumed to be 68 percent (Turn et al. 1997). Emission ratios and conversion factors for all gases (see Table 6-26) were taken from the *Revised 1996 IPCC Guidelines* (IPCC/UNEP/OECD/IEA 1997).

**Table 6-23: Agricultural Crop Production (Gg of Product)**

| Crop | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|------|------|------|------|------|------|------|------|
| Corn[a] | 201,534 | 282,263 | 331,177 | 307,142 | 332,549 | 316,165 | 313,918 |
| Cotton | 3,376 | 5,201 | 4,182 | 2,790 | 2,654 | 3,942 | 3,391 |
| Lentils | 40 | 238 | 166 | 109 | 266 | 393 | 215 |
| Rice | 7,114 | 10,132 | 9,033 | 9,272 | 9,972 | 11,027 | 8,392 |
| Soybeans | 52,416 | 83,507 | 72,859 | 80,749 | 91,417 | 90,605 | 83,172 |
| Sugarcane | 25,525 | 24,137 | 27,188 | 25,041 | 27,608 | 24,821 | 26,656 |
| Wheat | 74,292 | 57,243 | 55,821 | 68,016 | 60,366 | 60,062 | 54,413 |

[a] Corn for grain (i.e., excludes corn for silage).

**Table 6-24: U.S. Average Percent Crop Area Burned by Crop (Percent)**

| State | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|-------|------|------|------|------|------|------|------|
| Corn | + | + | + | + | + | + | + |
| Cotton | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Lentils | 1 | + | 1 | 1 | 1 | 1 | 1 |
| Rice | 10 | 6 | 13 | 10 | 10 | 10 | 10 |
| Soybeans | + | + | + | + | + | + | + |
| Sugarcane | 32 | 18 | 21 | 32 | 32 | 32 | 32 |
| Wheat | 2 | 2 | 2 | 2 | 2 | 2 | 2 |

+ Less than 0.5 percent

**Table 6-25: Key Assumptions for Estimating Emissions from Field Burning of Agricultural Residues**

| Crop | Residue/Crop Ratio | Dry Matter Fraction | C Fraction | N Fraction | Burning Efficiency (Fraction) | Combustion Efficiency (Fraction) |
|------|------|------|------|------|------|------|
| Corn | 1.0 | 0.91 | 0.448 | 0.006 | 0.93 | 0.88 |
| Cotton | 1.6 | 0.90 | 0.445 | 0.012 | 0.93 | 0.88 |
| Lentils | 2.0 | 0.85 | 0.450 | 0.023 | 0.93 | 0.88 |
| Rice | 1.4 | 0.91 | 0.381 | 0.007 | 0.93 | 0.88 |
| Soybeans | 2.1 | 0.87 | 0.450 | 0.023 | 0.93 | 0.88 |
| Sugarcane | 0.2 | 0.62 | 0.424 | 0.004 | 0.81 | 0.68 |
| Wheat | 1.3 | 0.93 | 0.443 | 0.006 | 0.93 | 0.88 |

**Table 6-26: Greenhouse Gas Emission Ratios and Conversion Factors**

| Gas | Emission Ratio | Conversion Factor |
|-----|------|------|
| $CH_4$:C | 0.005[a] | 16/12 |
| CO:C | 0.060[a] | 28/12 |
| $N_2O$:N | 0.007[b] | 44/28 |
| $NO_x$:N | 0.121[b] | 30/14 |

[a] Mass of C compound released (units of C) relative to mass of total C released from burning (units of C).
[b] Mass of N compound released (units of N) relative to

mass of total N released from burning (units of N).

# Uncertainty and Time-Series Consistency

Due to data and time limitations, uncertainty resulting from the fact that emissions from burning of Kentucky bluegrass and "other" residues are not included in the emissions estimates was not incorporated into the uncertainty analysis. The results of the Tier 2 Monte Carlo uncertainty analysis are summarized in Table 6-27. Methane emissions from field burning of agricultural residues in 2011 were estimated to be between 0.12 and 0.29 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 40 percent below and 42 percent above the 2011 emission estimate of 0.20 Tg $CO_2$ Eq. Also at the 95 percent confidence level, $N_2O$ emissions were estimated to be between 0.06 and 0.11 Tg $CO_2$ Eq., or approximately 30 percent below and 31 percent above the 2011 emission estimate of 0.09 Tg $CO_2$ Eq.

**Table 6-27:  Tier 2 Quantitative Uncertainty Estimates for CH$_4$ and N$_2$O Emissions from Field Burning of Agricultural Residues (Tg CO$_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg CO$_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] | | | |
|---|---|---|---|---|---|---|
| | | | (Tg CO$_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Field Burning of Agricultural Residues | CH$_4$ | 0.20 | 0.12 | 0.29 | -40% | 42% |
| Field Burning of Agricultural Residues | N$_2$O | 0.09 | 0.06 | 0.11 | -30% | 31% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

# QA/QC and Verification

A source-specific QA/QC plan for field burning of agricultural residues was implemented. This effort included a Tier 1 analysis, as well as portions of a Tier 2 analysis. The Tier 2 procedures focused on comparing trends across years, states, and crops to attempt to identify any outliers or inconsistencies. For some crops and years in Florida and Oklahoma, the total area burned as measured by McCarty (2010) was greater than the area estimated for that crop, year, and state by Gonzalez (2004-2008) and Anderson (2007) for Florida and Oklahoma, respectively, leading to a percent area burned estimate of greater than 100 percent. In such cases, it was assumed that the percent crop area burned for that state was 100 percent.

# Recalculations Discussion

For the current Inventory, the crop production data for 2010 and 2011 were updated relative to the previous report using data from USDA (2012). Rice cultivation data for Florida and Oklahoma, which are not reported by USDA, were updated for 2011 through communications with state experts. These small updates in crop production values resulted in a negligible (less than 0.0 percent) decrease in sector emissions in 2010, and an average decrease in emissions of 0.5 percent from 1990 to 2011. An error was identified and corrected in the formula for cotton area burned. This error affected the percentage of cotton crop area burned for all years, with an average decrease of 7 percent. Overall, the correction had a small effect on 1990 through 2007 emissions, which mostly stayed the same with the exception of a 1 percent decrease in 2007.

# Planned Improvements

Attempts will be made to incorporate state-level estimates of percentage of crop area burned into the uncertainty analysis for future inventories, to make the uncertainty analysis more robust. Further investigation will be also

conducted into inconsistent data from Florida and Oklahoma as mentioned in the QA/QC and verification section, and attempts will be made to revise or further justify the assumption of 100 percent of area burned for those crops and years where the estimated percent area burned exceeded 100 percent. The availability of useable area harvested and other data for bluegrass and the "other crops" category in McCarty (2010) will also be investigated, in order to try to incorporate these emissions into the estimate. More crop area burned data are becoming available and will be analyzed for incorporation into the next Inventory report.

# 7.  Land Use, Land-Use Change, and Forestry

This chapter provides an assessment of the net greenhouse gas flux resulting from the uses and changes in land types and forests in the United States. [204]  The Intergovernmental Panel on Climate Change *2006 Guidelines for National Greenhouse Gas Inventories* (IPCC 2006) recommends reporting fluxes according to changes within and conversions between certain land-use types termed forest land, cropland, grassland, and settlements (as well as wetlands).  The greenhouse gas flux from *Forest Land Remaining Forest Land* is reported using estimates of changes in forest carbon (C) stocks, non-carbon dioxide ($CO_2$) emissions from forest fires, and the application of synthetic fertilizers to forest soils.  The greenhouse gas flux from agricultural lands (i.e., cropland and grassland) that is reported in this chapter includes changes in organic C stocks in mineral and organic soils due to land use and management, and emissions of $CO_2$ due to the application of crushed limestone and dolomite to managed land (i.e., soil liming) and urea fertilization.  Fluxes are reported for four agricultural land use/land-use change categories: *Cropland Remaining Cropland, Land Converted to Cropland, Grassland Remaining Grassland*, and *Land Converted to Grassland*.  Fluxes resulting from *Settlements Remaining Settlements* include those from urban trees and soil fertilization. Landfilled yard trimmings and food scraps are accounted for separately under *Other*.

The estimates in this chapter, with the exception of $CO_2$ fluxes from wood products and urban trees, and $CO_2$ emissions from liming and urea fertilization, are based on activity data collected at multiple-year intervals, which are in the form of forest, land-use, and municipal solid waste surveys. Carbon dioxide fluxes from forest C stocks (except the wood product components) and from agricultural soils (except the liming component) are calculated on an average annual basis from data collected in intervals ranging from 1 to 10 years.  The resulting annual averages are applied to years between surveys. Calculations of non-$CO_2$ emissions from forest fires are based on forest $CO_2$ flux data.  For the landfilled yard trimmings and food scraps source, periodic solid waste survey data were interpolated so that annual storage estimates could be derived. This flux has been applied to the entire time series, and periodic U.S. census data on changes in urban area have been used to develop annual estimates of $CO_2$ flux.

Land use, land-use change, and forestry activities in 2011 resulted in a net C sequestration of 905.0 Tg $CO_2$ Eq. (246.8 Tg C) (Table 7-1 and Table 7-2).  This represents an offset of approximately 13.5 percent of total U.S. $CO_2$ emissions.  Total land use, land-use change, and forestry net C sequestration increased by approximately 13.9 percent between 1990 and 2011. [205] This increase was primarily due to an increase in the rate of net C accumulation in forest C stocks.  Net C accumulation in *Forest Land Remaining Forest Land, Land Converted to Grassland*, and *Settlements Remaining Settlements* increased, while net C accumulation in *Cropland Remaining Cropland, Grassland Remaining Grassland*, and landfilled yard trimmings and food scraps slowed over this period.  Emissions from *Land Converted to Cropland* decreased  between 1990 and 2011.

---

[204] The term "flux" is used here to encompass both emissions of greenhouse gases to the atmosphere, and removal of C from the atmosphere.  Removal of C from the atmosphere is also referred to as "carbon sequestration."

[205] Carbon sequestration estimates are net figures.  The C stock in a given pool fluctuates due to both gains and losses.  When losses exceed gains, the C stock decreases, and the pool acts as a source.  When gains exceed losses, the C stock increases, and the pool acts as a sink; also referred to as net C sequestration.

**Table 7-1: Net CO$_2$ Flux from Carbon Stock Changes in Land Use, Land-Use Change, and Forestry**

| Sink Category | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Forest Land Remaining Forest Land[a] | (696.8) | (905.0) | (859.3) | (833.3) | (811.3) | (817.6) | (833.5) |
| Cropland Remaining Cropland | (34.1) | (20.3) | (6.6) | (5.2) | (4.6) | (3.0) | (2.9) |
| Land Converted to Cropland | 21.0 | 13.5 | 14.5 | 14.5 | 14.5 | 14.5 | 14.5 |
| Grassland Remaining Grassland | (5.3) | (1.0) | 7.1 | 7.2 | 7.3 | 7.3 | 7.4 |
| Land Converted to Grassland | (7.7) | (10.2) | (9.0) | (9.0) | (8.9) | (8.8) | (8.8) |
| Settlements Remaining Settlements[b] | (47.5) | (63.2) | (65.0) | (66.0) | (66.9) | (67.9) | (68.8) |
| Other (Landfilled Yard Trimmings and | (24.2) | (11.6) | (10.9) | (10.9) | (12.7) | (13.3) | (13.0) |
| **Total** | **(794.5)** | **(997.8)** | **(929.2)** | **(902.6)** | **(882.6)** | **(888.8)** | **(905.0)** |

Note: Parentheses indicate net sequestration. Totals may not sum due to independent rounding.
[a] Estimates include C stock changes on both *Forest Land Remaining Forest Land* and *Land Converted to Forest Land*.
[b] Estimates include C stock changes on both *Settlements Remaining Settlements* and *Land Converted to Settlements*.

**Table 7-2: Net CO$_2$ Flux from Carbon Stock Changes in Land Use, Land-Use Change, and Forestry**

| Sink Category | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Forest Land Remaining Forest Land[a] | (190.0) | (246.8) | (234.4) | (227.3) | (221.3) | (223.0) | (227.3) |
| Cropland Remaining Cropland | (9.3) | (5.5) | (1.8) | (1.4) | (1.2) | (0.8) | (0.8) |
| Land Converted to Cropland | 5.7 | 3.7 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| Grassland Remaining Grassland | (1.4) | (0.3) | 1.9 | 2.0 | 2.0 | 2.0 | 2.0 |
| Land Converted to Grassland | (2.1) | (2.8) | (2.5) | (2.4) | (2.4) | (2.4) | (2.4) |
| Settlements Remaining Settlements[b] | (13.0) | (17.2) | (17.7) | (18.0) | (18.3) | (18.5) | (18.8) |
| Other (Landfilled Yard Trimmings and | (6.6) | (3.2) | (3.0) | (3.0) | (3.5) | (3.6) | (3.6) |
| **Total** | **(216.7)** | **(272.1)** | **(253.4)** | **(246.2)** | **(240.7)** | **(242.4)** | **(246.8)** |

Note: 1 Tg C = 1 teragram C = 1 million metric tons C. Parentheses indicate net sequestration. Totals may not sum due to independent rounding.
[a] Estimates include C stock changes on both Forest Land Remaining Forest Land and Land Converted to Forest Land.
[b] Estimates include C stock changes on both *Settlements Remaining Settlements* and *Land Converted to Settlements*.

Emissions from Land Use, Land-Use Change, and Forestry are shown in Table 7-3 and Table 7-4. Liming of agricultural soils and urea fertilization in 2011 resulted in CO$_2$ emissions of 8.1 Tg CO$_2$ Eq. (8,117 Gg). Lands undergoing peat extraction (i.e., *Peatlands Remaining Peatlands*) resulted in CO$_2$ emissions of .9 Tg CO$_2$ Eq. (918 Gg), and nitrous oxide (N$_2$O) emissions of less than 0.05 Tg CO$_2$ Eq. The application of synthetic fertilizers to forest soils in 2011 resulted in direct N$_2$O emissions of 0.4 Tg CO$_2$ Eq. (1 Gg). Direct N$_2$O emissions from fertilizer application to forest soils have increased by 455 percent since 1990, but still account for a relatively small portion of overall emissions. Additionally, direct N$_2$O emissions from fertilizer application to settlement soils in 2011 accounted for 1.5 Tg CO$_2$ Eq. (4 Gg). This represents an increase of 50 percent since 1990. Forest fires in 2011 resulted in methane (CH$_4$) emissions of 14.2 Tg CO$_2$ Eq. (675 Gg), and in N$_2$O emissions of 11.6 Tg CO$_2$ Eq. (37 Gg).

**Table 7-3: Emissions from Land Use, Land-Use Change, and Forestry (Tg CO$_2$ Eq.)**

| Source Category | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **CO$_2$** | **8.1** | **8.9** | **9.2** | **9.6** | **8.3** | **9.4** | **9.0** |
| Cropland Remaining Cropland: Liming of Agricultural Soils | 4.7 | 4.3 | 4.5 | 5.0 | 3.7 | 4.7 | 4.5 |
| Cropland Remaining Cropland Urea Fertilization | 2.4 | 3.5 | 3.8 | 3.6 | 3.6 | 3.7 | 3.7 |
| Wetlands Remaining Wetlands: Peatlands Remaining Peatlands | 1.0 | 1.1 | 1.0 | 1.0 | 1.1 | 1.0 | 0.9 |
| **CH$_4$** | **2.5** | **8.0** | **14.4** | **8.7** | **5.7** | **4.7** | **14.2** |
| Forest Land Remaining Forest | 2.5 | 8.0 | 14.4 | 8.7 | 5.7 | 4.7 | 14.2 |

| | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Land: Forest Fires | | | | | | | |
| **N$_2$O** | 3.1 | 8.4 | 13.7 | 8.9 | 6.4 | 5.6 | 13.4 |
| Forest Land Remaining Forest Land: Forest Fires | 2.0 | 6.6 | 11.7 | 7.1 | 4.7 | 3.8 | 11.6 |
| Forest Land Remaining Forest Land: Forest Soils[a] | 0.1 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| Settlements Remaining Settlements: Settlement Soils[b] | 1.0 | 1.5 | 1.6 | 1.5 | 1.4 | 1.5 | 1.5 |
| Wetlands Remaining Wetlands: Peatlands Remaining Peatlands | + | + | + | + | + | + | + |
| **Total** | 13.7 | 25.4 | 37.3 | 27.2 | 20.4 | 19.7 | 36.6 |

+ Less than 0.05 Tg $CO_2$ Eq.

Note: These estimates include direct emissions only. Indirect $N_2O$ emissions are reported in the Agriculture chapter. Totals may not sum due to independent rounding.

[a] Estimates include emissions from N fertilizer additions on both *Forest Land Remaining Forest Land*, and *Land Converted to Forest Land*, but not from land-use conversion.

[b] Estimates include emissions from N fertilizer additions on both *Settlements Remaining Settlements*, and *Land Converted to Settlements*, but not from land-use conversion

## Table 7-4: Emissions from Land Use, Land-Use Change, and Forestry (Gg)

| Source Category | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **CO$_2$** | **8,117** | **8,933** | **9,233** | **9,630** | **8,325** | **9,361** | **9,034** |
| Cropland Remaining Cropland: Liming of Agricultural Soils | 4,667 | 4,349 | 4,464 | 5,025 | 3,669 | 4,688 | 4,454 |
| Cropland Remaining Cropland Urea Fertilization | 2,417 | 3,504 | 3,757 | 3,613 | 3,567 | 3,663 | 3,663 |
| Wetlands Remaining Wetlands: Peatlands Remaining Peatlands | 1,033 | 1,079 | 1,012 | 992 | 1,089 | 1,010 | 918 |
| **CH$_4$** | **118** | **383** | **684** | **413** | **271** | **222** | **675** |
| Forest Land Remaining Forest Land: Forest Fires | 118 | 383 | 684 | 413 | 271 | 222 | 675 |
| **N$_2$O** | **10** | **27** | **44** | **29** | **21** | **18** | **43** |
| Forest Land Remaining Forest Land: Forest Fires | 7 | 21 | 38 | 23 | 15 | 12 | 37 |
| Forest Land Remaining Forest Land: Forest Soils[a] | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| Settlements Remaining Settlements: Settlement Soils[b] | 3 | 5 | 5 | 5 | 5 | 5 | 5 |
| Wetlands Remaining Wetlands: Peatlands Remaining Peatlands | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

+ Emissions are less than 0.5 Tg $CO_2$ Eq.

Note: These estimates include direct emissions only. Indirect $N_2O$ emissions are reported in the Agriculture chapter. Totals may not sum due to independent rounding.

[a] Estimates include emissions from N fertilizer additions on both *Forest Land Remaining Forest Land*, and *Land Converted to Forest Land*, but not from land-use conversion.

[b] Estimates include emissions from N fertilizer additions on both *Settlements Remaining Settlements*, and *Land Converted to Settlements*, but not from land-use conversion.

### Box 7-1: Methodological Approach for Estimating and Reporting U.S. Emissions and Sinks

In following the UNFCCC requirement under Article 4.1 to develop and submit national greenhouse gas emissions inventories, the emissions and sinks presented in this report are organized by source and sink categories and calculated using internationally-accepted methods provided by the Intergovernmental Panel on Climate Change (IPCC).[206] Additionally, the calculated emissions and sinks in a given year for the United States are presented in a

[206] See <http://www.ipcc-nggip.iges.or.jp/public/index.html>.

common manner in line with the UNFCCC reporting guidelines for the reporting of inventories under this international agreement.[207]  The use of consistent methods to calculate emissions and sinks by all nations providing their inventories to the UNFCCC ensures that these reports are comparable.  In this regard, U.S. emissions and sinks reported in this inventory report are comparable to emissions and sinks reported by other countries.  Emissions and sinks provided in this inventory do not preclude alternative examinations, but rather this inventory report presents emissions and sinks in a common format consistent with how countries are to report inventories under the UNFCCC.  The report itself follows this standardized format, and provides an explanation of the IPCC methods used to calculate emissions and sinks, and the manner in which those calculations are conducted.

# 7.1 Representation of the U.S. Land Base

A national land-use categorization system that is consistent and complete both temporally and spatially is needed in order to assess land use and land-use change status and the associated greenhouse gas fluxes over the inventory time series. This system should be consistent with IPCC (2006), such that all countries reporting on national greenhouse gas fluxes to the UNFCCC should (1) describe the methods and definitions used to determine areas of managed and unmanaged lands in the country, (2) describe and apply a consistent set of definitions for land-use categories over the entire national land base and time series (i.e., such that increases in the land areas within particular land-use categories are balanced by decreases in the land areas of other categories unless the national land base is changing), and (3) account for greenhouse gas fluxes on all managed lands.  The implementation of such a system helps to ensure that estimates of greenhouse gas fluxes are as accurate as possible. This section of the Inventory has been developed in order to comply with this guidance.

Multiple databases are used to track land management in the United States, which are also used as the basis to classify U.S. land area into the six IPCC land-use categories (i.e., *Forest Land Remaining Forest Land*, *Cropland Remaining Cropland*, *Grassland Remaining Grassland*, *Wetlands Remaining Wetlands*, *Settlements Remaining Settlements* and *Other Land Remaining Other Land*) and the thirty land-use change categories (e.g., *Cropland Converted to Forest Land*, *Grassland Converted to Forest Land*, *Wetlands Converted to Forest Land*, *Settlements Converted to Forest Land*, *Other Land Converted to Forest Lands*)[208]  (IPCC 2006).  The primary databases are the U.S. Department of Agriculture (USDA) National Resources Inventory (NRI)[209] and the USDA Forest Service (USFS) Forest Inventory and Analysis (FIA)[210] Database.  The U.S. Geological Survey (USGS) National Land Cover Dataset (NLCD)[211] is also used to identify land uses in regions that were not included in the NRI or FIA.

The total land area included in the U.S. Inventory is 936 million hectares.  Approximately 867 million hectares of this land base is considered managed, which has basically not changed over the time series of the Inventory (Table 7-5).[212]  In 2011, the United States had a total of 301 million hectares of managed Forest Land (4 percent increase since 1990), 159 million hectares of Cropland (6.6 percent decrease since 1990), 294 million hectares of managed Grassland (3.4 percent decrease since 1990), 43 million hectares of managed Wetlands (3.4 percent decrease since 1990), 51 million hectares of Settlements (31 percent increase since 1990), and 19 million hectares of managed Other Land (Table 7-6).  Wetlands are not differentiated between managed and unmanaged and are reported as managed, although some wetlands would be unmanaged according to the U.S. definition (see definition later in this section).  Future improvements will include a differentiation between managed and unmanaged wetlands.  In addition, C stock changes are not currently estimated for the entire land base, which leads to discrepancies between

---

[207] See <http://unfccc.int/national_reports/annex_i_ghg_inventories/national_inventories_submissions/items/5270.php>.

[208] Land-use category definitions are provided in the Methodology section.

[209] NRI data is available at <http://www.nrcs.usda.gov/wps/portal/nrcs/site/national/home/>.

[210] FIA data is available at <http://www.fia.fs.fed.us/tools-data/default.asp>.

[211] NLCD data is available at <http://www.mrlc.gov/>.

[212] The current land representation does not include areas from U.S. territories, but there are planned improvements to include these regions in future reports

the area data presented here and in the subsequent sections of the NRI. Planned improvements are underway or in development phases to conduct an inventory of C stock changes on all managed land (e.g., federal grasslands).

Dominant land uses vary by region, largely due to climate patterns, soil types, geology, proximity to coastal regions, and historical settlement patterns, although all land-uses occur within each of the fifty states (Figure 7-1). Forest Land tends to be more common in the eastern states, mountainous regions of the western United States, and Alaska. Cropland is concentrated in the mid-continent region of the United States, and Grassland is more common in the western United States. Wetlands are fairly ubiquitous throughout the United States, though they are more common in the upper Midwest and eastern portions of the country. Settlements are more concentrated along the coastal margins and in the eastern states.

**Table 7-5: Managed and Unmanaged Land Area by Land Use Categories (thousands of hectares)**

| Land Use Categories | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Managed Lands** | **866,933** | **866,932** | **866,932** | **866,932** | **866,932** | **866,932** | **866,932** |
| Forest | 290,080 | 297,543 | 298,783 | 299,355 | 299,928 | 300,500 | 301,073 |
| Croplands | 170,309 | 159,946 | 159,101 | 159,096 | 159,091 | 159,087 | 159,083 |
| Grasslands | 304,636 | 297,122 | 295,930 | 295,528 | 295,126 | 294,722 | 294,319 |
| Settlements | 38,675 | 49,660 | 50,620 | 50,617 | 50,614 | 50,611 | 50,608 |
| Wetlands | 44,409 | 43,816 | 43,498 | 43,351 | 43,203 | 43,056 | 42,909 |
| Other | 18,824 | 18,844 | 19,000 | 18,985 | 18,970 | 18,955 | 18,941 |
| **Unmanaged Lands** | **69,498** | **69,499** | **69,499** | **69,499** | **69,499** | **69,499** | **69,499** |
| Forest | 14,565 | 14,565 | 14,565 | 14,565 | 14,565 | 14,565 | 14,565 |
| Croplands | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Grasslands | 39,675 | 39,676 | 39,676 | 39,676 | 39,676 | 39,676 | 39,676 |
| Settlements | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wetlands | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 15,258 | 15,259 | 15,259 | 15,259 | 15,259 | 15,259 | 15,259 |
| **Total** | **936,431** | **936,431** | **936,431** | **936,431** | **936,431** | **936,431** | **936,431** |

**Table 7-6: Land Use and Land-Use Change for the U.S. Managed Land Base (thousands of hectares)**

| Land Use & Land-Use Change Categories[a] | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Total Forest Land** | **290,080** | **297,543** | **298,783** | **299,355** | **299,928** | **300,500** | **301,073** |
| FF | 284,970 | 285,250 | 287,311 | 287,877 | 288,444 | 289,010 | 289,577 |
| CF | 1,118 | 2,651 | 2,444 | 2,444 | 2,444 | 2,445 | 2,445 |
| GF | 3,425 | 7,821 | 7,297 | 7,298 | 7,300 | 7,302 | 7,303 |
| WF | 66 | 255 | 262 | 262 | 263 | 264 | 265 |
| SF | 103 | 371 | 386 | 386 | 387 | 388 | 389 |
| OF | 398 | 1,194 | 1,084 | 1,087 | 1,089 | 1,092 | 1,094 |
| **Total Cropland** | **170,309** | **159,946** | **159,101** | **159,096** | **159,091** | **159,087** | **159,083** |
| CC | 154,842 | 143,069 | 143,879 | 143,874 | 143,870 | 143,866 | 143,863 |
| FC | 1,118 | 675 | 568 | 568 | 568 | 568 | 568 |
| GC | 13,583 | 15,067 | 13,581 | 13,580 | 13,580 | 13,580 | 13,580 |
| WC | 156 | 193 | 174 | 174 | 174 | 174 | 174 |
| SC | 431 | 688 | 669 | 669 | 669 | 669 | 669 |
| OC | 180 | 253 | 231 | 231 | 231 | 231 | 231 |
| **Total Grassland** | **304,636** | **297,122** | **295,930** | **295,528** | **295,126** | **294,722** | **294,319** |
| GG | 294,417 | 277,981 | 278,134 | 277,803 | 277,471 | 277,138 | 276,805 |
| FG | 1,611 | 2,990 | 2,725 | 2,723 | 2,721 | 2,719 | 2,717 |
| CG | 7,909 | 14,625 | 13,643 | 13,575 | 13,507 | 13,439 | 13,370 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WG | 238 | 408 | 329 | 329 | 328 | 328 | 328 |
| SG | 111 | 274 | 267 | 267 | 267 | 267 | 267 |
| OG | 349 | 844 | 832 | 832 | 831 | 831 | 831 |
| **Total Wetlands** | **44,409** | **43,816** | **43,498** | **43,351** | **43,203** | **43,056** | **42,909** |
| WW | 43,760 | 42,309 | 42,061 | 41,917 | 41,772 | 41,628 | 41,483 |
| FW | 140 | 393 | 382 | 380 | 378 | 376 | 374 |
| CW | 132 | 365 | 345 | 345 | 345 | 344 | 344 |
| GW | 343 | 696 | 662 | 661 | 661 | 661 | 661 |
| SW | 0 | 10 | 10 | 10 | 10 | 10 | 10 |
| OW | 33 | 43 | 39 | 38 | 38 | 38 | 37 |
| **Total Settlements** | **38,675** | **49,660** | **50,620** | **50,617** | **50,614** | **50,611** | **50,608** |
| SS | 34,134 | 35,265 | 36,345 | 36,342 | 36,339 | 36,336 | 36,333 |
| FS | 1,787 | 6,111 | 6,089 | 6,089 | 6,089 | 6,089 | 6,089 |
| CS | 1,343 | 3,625 | 3,518 | 3,518 | 3,518 | 3,518 | 3,518 |
| GS | 1,353 | 4,430 | 4,436 | 4,436 | 4,436 | 4,436 | 4,436 |
| WS | 3 | 31 | 30 | 30 | 30 | 30 | 30 |
| OS | 55 | 198 | 201 | 201 | 201 | 201 | 201 |
| **Total Other Land** | **18,824** | **18,844** | **19,000** | **18,985** | **18,970** | **18,955** | **18,941** |
| OO | 17,791 | 16,625 | 16,710 | 16,695 | 16,681 | 16,666 | 16,652 |
| FO | 182 | 538 | 570 | 569 | 569 | 569 | 569 |
| CO | 331 | 645 | 703 | 703 | 703 | 703 | 703 |
| GO | 454 | 896 | 895 | 895 | 895 | 894 | 894 |
| WO | 63 | 119 | 102 | 102 | 102 | 102 | 102 |
| SO | 2 | 21 | 20 | 20 | 20 | 20 | 20 |
| **Grand Total** | **866,933** | **866,932** | **866,932** | **866,932** | **866,932** | **866,932** | **866,932** |

[a]The abbreviations are "F" for Forest Land, "C" for Cropland, "G" for Grassland, "W" for Wetlands, "S" for Settlements, and "O" for Other Lands. Lands remaining in the same land use category are identified with the land use abbreviation given twice (e.g., "FF" is Forest Land Remaining Forest Land), and land use change categories are identified with the previous land use abbreviation followed by the new land use abbreviation (e.g., "CF" is Cropland Converted to Forest Land).

Notes: All land areas reported in this table are considered managed. A planned improvement is underway to deal with an exception for wetlands which includes both managed and unmanaged lands based on the definitions for the current U.S. Land Representation Assessment. In addition, U.S. Territories have not been classified into land uses and are not included in the U.S. Land Representation Assessment. See Planned Improvements for discussion on plans to include territories in future Inventories.

**Figure 7-1. Percent of Total Land Area in the General Land-Use Categories for 2011**



# Methodology

## IPCC Approaches for Representing Land Areas

IPCC (2006) describes three approaches for representing land areas. Approach 1 provides data on the total area for each individual land-use category, but does not provide detailed information on changes of area between categories and is not spatially explicit other than at the national or regional level. With Approach 1, total net conversions between categories can be detected, but not the individual changes between the land-use categories that led to those net changes. Approach 2 introduces tracking of individual land-use changes between the categories (e.g., Forest Land to Cropland, Cropland to Forest Land, Grassland to Cropland, etc.), using surveys or other forms of data that do not provide location data on specific parcels of land. Approach 3 extends Approach 2 by providing location data on specific parcels of land, such as maps, along with the land-use history. The three approaches are not presented as hierarchical tiers and are not mutually exclusive.

According to IPCC (2006), the approach or mix of approaches selected by an inventory agency should reflect calculation needs and national circumstances. For this analysis, the NRI, FIA, and the NLCD have been combined to provide a complete representation of land use for managed lands. These data sources are described in more detail later in this section. All of these datasets have a spatially-explicit time series of land-use data, and therefore Approach 3 is used to provide a full representation of land use in the U.S. Inventory. Lands are treated as remaining in the same category (e.g., *Cropland Remaining Cropland*) if a land-use change has not occurred in the last 20 years. Otherwise, the land is classified in a land-use-change category based on the current use and most recent use before conversion to the current use (e.g., *Cropland Converted to Forest Land*).

## Definitions of Land Use in the United States

### *Managed and Unmanaged Land*

The U.S. definitions of managed and unmanaged lands are similar to the basic IPCC (2006) definition of managed land, but with some additional elaboration to reflect national circumstances. Based on the following definitions, most lands in the United States are classified as managed:

- *Managed Land*: Land is considered managed if direct human intervention has influenced its condition. Direct intervention occurs mostly in areas accessible to human activity and includes altering or maintaining the condition of the land to produce commercial or non-commercial products or services; to serve as transportation corridors or locations for buildings, landfills, or other developed areas for commercial or non-commercial purposes; to extract resources or facilitate acquisition of resources; or to provide social functions for personal, community or societal objectives where these areas are readily accessible to society.[213]

- *Unmanaged Land*: All other land is considered unmanaged. Unmanaged land is largely comprised of areas inaccessible to society due to the remoteness of the locations. Though these lands may be influenced indirectly by human actions such as atmospheric deposition of chemical species produced in industry or $CO_2$ fertilization, they are not influenced by a direct human intervention.[214]

---

[213] Wetlands are an exception to this general definition, because these lands, as specified by IPCC (2006), are only considered managed if they are created through human activity, such as dam construction, or the water level is artificially altered by human activity. Distinguishing between managed and unmanaged wetlands is difficult due to limited data availability. Wetlands are not characterized by use within the NRI. Therefore, unless wetlands are managed for cropland or grassland, it is not possible to know if they are artificially created or if the water table is managed based on the use of NRI data. As a result, all wetlands are reported as managed. See the Planned Improvements section of the Inventory for work being done to refine the Wetland area estimates.

[214] There will be some areas that qualify as Forest Land or Grassland according to the land use criteria, but are classified as unmanaged land due to the remoteness of their location.

---

In addition, managed land that is converted to unmanaged remains in the managed land base for 20 years to account for legacy effects of management on C stocks.

## Land-Use Categories

As with the definition of managed lands, IPCC (2006) provides general non-prescriptive definitions for the six main land-use categories: Forest Land, Cropland, Grassland, Wetlands, Settlements and Other Land.  In order to reflect U.S. circumstances, country-specific definitions have been developed, based predominantly on criteria used in the land-use surveys for the United States.  Specifically, the definition of Forest Land is based on the FIA definition of forest,[215] while definitions of Cropland, Grassland, and Settlements are based on the NRI.[216] The definitions for Other Land and Wetlands are based on the IPCC (2006) definitions for these categories.

- *Forest Land*: A land-use category that includes areas at least 36.6 m wide and 0.4 ha in size with at least 10 percent cover (or equivalent stocking) by live trees of any size, including land that formerly had such tree cover and that will be naturally or artificially regenerated. Forest land includes transition zones, such as areas between forest and non-forest lands that have at least 10 percent cover (or equivalent stocking) with live trees and forest areas adjacent to urban and built-up lands. Roadside, streamside, and shelterbelt strips of trees must have a crown width of at least 36.6 m and continuous length of at least 110.6 m to qualify as forest land. Unimproved roads and trails, streams, and clearings in forest areas are classified as forest if they are less than 36.6 m wide or 0.4 ha in size; otherwise they are excluded from Forest Land and classified as Settlements. Tree-covered areas in agricultural production settings, such as fruit orchards, or tree-covered areas in urban settings, such as city parks, are not considered forest land (Smith et al. 2009).

- *Cropland*: A land-use category that includes areas used for the production of adapted crops for harvest; this category includes both cultivated and non-cultivated lands.[217] Cultivated crops include row crops or close-grown crops and also hay or pasture in rotation with cultivated crops. Non-cultivated cropland includes continuous hay, perennial crops (e.g., orchards) and horticultural cropland. Cropland also includes land with alley cropping and windbreaks,[218] as well as lands in temporary fallow or enrolled in conservation reserve programs (i.e., set-asides[219]).  Roads through Cropland, including interstate highways, state highways, other paved roads, gravel roads, dirt roads, and railroads are excluded from Cropland area estimates and are, instead, classified as Settlements.

- *Grassland*: A land-use category on which the plant cover is composed principally of grasses, grass-like plants (i.e., sedges and rushes), forbs, or shrubs suitable for grazing and browsing, and includes both pastures and native rangelands.[220] This includes areas where practices such as clearing, burning, chaining, and/or chemicals are applied to maintain the grass vegetation. Savannas, some wetlands and deserts, in addition to tundra are considered Grassland.[221]  Woody plant communities of low forbs and shrubs, such as mesquite, chaparral, mountain shrub, and pinyon-juniper, are also classified as Grassland if they do not meet the criteria for Forest Land.  Grassland includes land managed with agroforestry practices such as silvipasture and windbreaks, assuming the stand or woodlot does not meet the criteria for Forest Land. Roads through Grassland, including interstate highways, state highways, other paved roads, gravel roads,

---

[215] See <http://socrates.lv-hrc.nevada.edu/fia/ab/issues/pending/glossary/Glossary_5_30_06.pdf>.

[216] See < http://www.nrcs.usda.gov/wps/portal/nrcs/site/national/home>.

[217] A minor portion of Cropland occurs on federal lands, and is not currently included in the C stock change inventory.  A planned improvement is underway to include these areas in future C inventories.

[218] Currently, there is no data source to account for biomass C stock change associated with woody plant growth and losses in alley cropping systems and windbreaks in cropping systems, although these areas are included in the cropland land base.

[219] A set-aside is cropland that has been taken out of active cropping and converted to some type of vegetative cover, including, for example, native grasses or trees.

[220] Grasslands on federal lands are included in the managed land base, but C stock changes are not estimated on these lands. Federal grassland areas have been assumed to have negligible changes in C due to limited land use and management change, but planned improvements are underway to further investigate this issue and include these areas in future C inventories.

[221] IPCC (2006) guidelines do not include provisions to separate desert and tundra as land categories.

dirt roads, and railroads are excluded from Grassland area estimates and are, instead, classified as Settlements.

- *Wetlands*: A land-use category that includes land covered or saturated by water for all or part of the year. Managed Wetlands are those where the water level is artificially changed, or were created by human activity. Certain areas that fall under the managed Wetlands definition are covered in other areas of the IPCC guidance and/or the inventory, including Cropland (e.g., rice cultivation), Grassland, and Forest Land (including drained or undrained forested wetlands).

- *Settlements*: A land-use category representing developed areas consisting of units of 0.25 acres (0.1 ha) or more that includes residential, industrial, commercial, and institutional land; construction sites; public administrative sites; railroad yards; cemeteries; airports; golf courses; sanitary landfills; sewage treatment plants; water control structures and spillways; parks within urban and built-up areas; and highways, railroads, and other transportation facilities. Also included are tracts of less than 10 acres (4.05 ha) that may meet the definitions for Forest Land, Cropland, Grassland, or Other Land but are completely surrounded by urban or built-up land, and so are included in the settlement category. Rural transportation corridors located within other land uses (e.g., Forest Land, Cropland, and Grassland) are also included in Settlements.

- *Other Land*: A land-use category that includes bare soil, rock, ice, and all land areas that do not fall into any of the other five land-use categories, which allows the total of identified land areas to match the managed land base.

# Land-Use Data Sources: Description and Application to U.S. Land Area Classification

## U.S. Land-Use Data Sources

The three main data sources for land area and use data in the United States are the NRI, FIA, and the NLCD. For the Inventory, the NRI is the official source of data on all land uses on non-federal lands (except forest land), and is also used as the resource to determine the total land base for the conterminous United States and Hawaii. The NRI is conducted by the USDA Natural Resources Conservation Service and is designed to assess soil, water, and related environmental resources on non-federal lands. The NRI has a stratified multi-stage sampling design, where primary sample units are stratified on the basis of county and township boundaries defined by the U.S. Public Land Survey (Nusser and Goebel 1997). Within a primary sample unit (typically a 160-acre [64.75 ha] square quarter-section), three sample points are selected according to a restricted randomization procedure. Each point in the survey is assigned an area weight (expansion factor) based on other known areas and land-use information (Nusser and Goebel 1997). The NRI survey utilizes data derived from remote sensing imagery and site visits in order to provide detailed information on land use and management, particularly of croplands and grasslands, and is used as the basis to account for C stock changes in agricultural lands (except federal Grasslands). The NRI survey was conducted every 5 years between 1982 and 1997, but shifted to annualized data collection in 1998. This Inventory incorporates data through 2007 from the NRI.

The FIA program, conducted by the USFS, is the official source of data on Forest Land area and management data for the Inventory. FIA engages in a hierarchical system of sampling, with sampling categorized as Phases 1 through 3, in which sample points for phases are subsets of the previous phase. Phase 1 refers to collection of remotely-sensed data (either aerial photographs or satellite imagery) primarily to classify land into forest or non-forest and to identify landscape patterns like fragmentation and urbanization. Phase 2 is the collection of field data on a network of ground plots that enable classification and summarization of area, tree, and other attributes associated with forest land uses. Phase 3 plots are a subset of Phase 2 plots where data on indicators of forest health are measured. Data from all three phases are also used to estimate C stock changes for forest land. Historically, FIA inventory surveys had been conducted periodically, with all plots in a state being measured at a frequency of every 5 to 14 years. A new national plot design and annual sampling design was introduced by FIA about ten years ago. Most states, though, have only recently been brought into this system. Annualized sampling means that a portion of plots throughout each state is sampled each year, with the goal of measuring all plots once every 5 years. See Annex 3.12

to see the specific survey data available by state. The most recent year of available data varies state by state (range of most recent data is from 2002 through 2012).

Though NRI provides land-area data for both federal and non-federal lands, it only includes land-use data on non-federal lands, and FIA only records data for forest land.[222] Consequently, major gaps exist when the datasets are combined, such as federal grassland operated by the Bureau of Land Management (BLM), USDA, and National Park Service, as well as most of Alaska.[223] The NLCD is used as a supplementary database to account for land use on federal lands that are not included in the NRI and FIA databases. The NLCD land-cover classification scheme, available for 1992, 2001, and 2006, has been applied over the conterminous United States (Homer et al. 2007), and also for Alaska and Hawaii in 2001. For the conterminous United States, the NLCD Land Cover Change Products for 2001 and 2006 were used in order to represent both land use and land-use change for federal lands (Fry et al. 2011, Homer et al. 2007). The NLCD products are based primarily on Landsat Thematic Mapper imagery. The NLCD contains 21 categories of land-cover information, which have been aggregated into the IPCC land-use categories, and the data are available at a spatial resolution of 30 meters. The federal land portion of the NLCD was extracted from the dataset using the federal land area boundary map from the National Atlas (U.S. Department of Interior 2005). This map represents federal land boundaries in 2005, so as part of the analysis, the federal land area was adjusted annually based on the NRI federal land area estimates (i.e., land is periodically transferred between federal and non-federal ownership). Consequently, the portion of the land base categorized with NLCD data varied from year to year, corresponding to an increase or decrease in the federal land base. The NLCD is strictly a source of land-cover information, however, and does not provide the necessary site conditions, crop types, and management information from which to estimate C stock changes on those lands.

Another step in the analysis is to address gaps as well as overlaps in the representation of the U.S. land base between the Agricultural Carbon Stock Inventory (*Cropland Remaining Cropland, Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland*) and Forest Land Carbon Stock Inventory (*Forest Land Remaining Forest Land* and *Land Converted to Forest Land*), which are based on the NRI and FIA databases, respectively. NRI and FIA have different criteria for classifying forest land and sampling designs, leading to discrepancies in the resulting estimates of Forest Land area on non-federal land. Similarly, there are discrepancies between the NLCD and FIA data for defining and classifying Forest Land on federal lands. Moreover, dependence exists between the Forest Land area and the amount of land designated as other land uses in both the NRI and the NLCD, such as the amount of Grassland, Cropland, and Wetlands, relative to the Forest Land area. This results in inconsistencies among the three databases for estimated Forest Land area, as well as for the area estimates for other land-use categories. FIA is the main database for forest statistics, and consequently, the NRI and NLCD were adjusted to achieve consistency with FIA estimates of Forest Land. The adjustments were made at a state-scale, and it was assumed that the majority of the discrepancy in forest area was associated with an under- or over-prediction of Grassland and Wetland area in the NRI and NLCD due to differences in Forest Land definitions. Specifically, the Forest Land area for a given state according to the NRI and NLCD was adjusted to match the FIA estimates of Forest Land for non-federal and federal land, respectively. In a second step, corresponding increases or decreases were made in the area estimates of Grassland and Wetland from the NRI and NLCD, in order to balance the change in forest area, and therefore not change the overall amount of managed land within an individual state. The adjustments were based on the proportion of land within each of these land-use categories at the state-level. (i.e., a higher proportion of Grassland led to a larger adjustment in Grassland area).

As part of Quality Assurance /Quality Control (QA/QC), the land base derived from the NRI, FIA and NLCD was compared to the Topologically Integrated Geographic Encoding and Referencing (TIGER) survey (U.S. Census Bureau 2010). The U.S. Census Bureau gathers data on the U.S. population and economy, and has a database of land areas for the country. The land area estimates from the U.S. Census Bureau differ from those provided by the land-use surveys used in the Inventory because of discrepancies in the reporting approach for the census and the methods used in the NRI, FIA, and NLCD. The area estimates of land-use categories, based on NRI, FIA, and NLCD, are derived from remote sensing data instead of the land survey approach used by the U.S. Census Survey.

---

[222] FIA does collect some data on non-forest land use, but these are held in regional databases versus the national database. The status of these data is being investigated.

[223] The survey programs also do not include U.S. Territories with the exception of non-federal lands in Puerto Rico, which are included in the NRI survey. Furthermore, NLCD does not include coverage for U.S. Territories.

More importantly, the U.S. Census Survey does not provide a time series of land-use change data or land management information, which is critical for conducting emission inventories and is provided from the NRI and FIA surveys. Consequently, the U.S. Census Survey was not adopted as the official land area estimate for the Inventory. Rather, the NRI data were adopted because this database provides full coverage of land area and land use for the conterminous United States and Hawaii. Regardless, the total difference between the U.S. Census Survey and the NRI data is about 25 million hectares for the total conterminous U.S. land base of about 786 million hectares currently included in the Inventory, or a 3.1 percent difference. Much of this difference is associated with open waters in coastal regions and the Great Lakes. NRI does not include as much of the area of open waters in these regions as the U.S. Census Survey.

## Managed Land Designation

Lands are designated as managed in the United States based on the definitions provided earlier in this section. In order to apply the definitions in an analysis of managed land, the following criteria are used:

- All croplands and settlements are designated as managed so only grassland, forest land or other lands may be designated as unmanaged land;[224]
- All forest lands with active fire protection are considered managed;
- All grasslands are considered managed at a county scale if there are livestock in the county;
- Other areas are considered managed if accessible based on the proximity to roads and other transportation corridors, and/or infrastructure; and
- Lands that were previously managed remain in the managed land base for 20 years following the conversion to account for legacy effects of management on C stocks.

These criteria will be expanded in the future as other data sources become available, such as national datasets on mining and resource extraction.

The analysis of managed lands is conducted using a geographic information system. Lands that are used for crop production or settlements are determined from the NLCD (Fry et al. 2011, Homer et al. 2007). Active fire management is determined from maps of federal and state management plans from the National Atlas (U.S. Department of Interior 2005) and Alaska Interagency Fire Management Council (1998). It is noteworthy that all federal lands in the conterminous U.S. have active fire protection, and are therefore designated as managed. The designation of grasslands as managed is determined based on USDA-NASS livestock population data at the county scale (U.S. Department of Agriculture 2011). Accessibility is evaluated based on a 10km buffer surrounding road and train transportation networks using the ESRI Data and Maps product (ESRI 2008), and a 10km buffer surrounding settlements using NLCD. The resulting managed land area is overlaid on the NLCD to estimate the area of managed land by land use for both federal and non-federal lands. The remaining land represents the unmanaged land base.

## Approach for Combining Data Sources

The managed land base in the United States has been classified into the six IPCC land-use categories using definitions developed to meet national circumstances, while adhering to IPCC (2006).[225] In practice, the land was initially classified into a variety of land-use categories using the NRI, FIA and NLCD, and then aggregated into the thirty-six broad land use and land-use-change categories identified in IPCC (2006). Details on the approach used to combine data sources for each land use are described below as are the gaps that will be reconciled as part of ongoing planned improvements:

- *Forest Land*: Both non-federal and federal forest lands in both the continental United States and coastal Alaska are covered by FIA. FIA is used as the basis for both Forest Land area data as well as to estimate C stocks and fluxes on Forest Land. Interior Alaska is not currently surveyed by FIA so forest land in Alaska

---

[224] A planned improvement is underway to deal with an exception for wetlands which includes both managed and unmanaged lands based on the definitions for the current U.S. Land Representation Assessment.
[225] Definitions are provided in the previous section.

is evaluated with 2001 NLCD. Forest Lands in U.S. territories are currently excluded from the analysis, but FIA surveys are currently being conducted on U.S. territories and will become available in the future. NRI is being used in the current report to provide Forest Land areas on non-federal lands in Hawaii. Currently, federal forest land in Hawaii is evaluated with the 2001 NLCD, but FIA data will be collected in Hawaii in the future.

- *Cropland*: Cropland is classified using the NRI, which covers all non-federal lands within 49 states (excluding Alaska), including state and local government-owned land as well as tribal lands. NRI is used as the basis for both Cropland area data as well as to estimate C stocks and fluxes on Cropland. NLCD 2001 is used to determine Cropland area in Alaska. Croplands in U.S. territories are excluded from both NRI data collection and the NLCD.

- *Grassland*: Grassland on non-federal lands is classified using the NRI within 49 states (excluding Alaska), including state and local government-owned land as well as tribal lands. NRI is used as the basis for both Grassland area data as well as to estimate C stocks and fluxes on Grassland. U.S. territories are excluded from both NRI data collection and the current release of the NLCD product. Grassland on federal lands is managed by the Bureau of Land Management lands, Department of Defense lands, National Parks and within USFS lands are covered by the NLCD. In addition, federal and non-federal grasslands in Alaska are currently excluded from the analysis, but NLCD has a new product for Alaska that will be incorporated into the assessment for future reports.

- *Wetlands*: NRI captures wetlands on non-federal lands within 49 states (excluding Alaska), while federal wetlands and wetlands in Alaska are covered by the NLCD. U.S. territories are excluded. This currently includes both managed and unmanaged wetlands as no database has yet been applied to make this distinction. See Planned Improvements for details.

- *Settlements*: The NRI captures non-federal settlement area in 49 states (excluding Alaska). If areas of Forest Land or Grassland under 10 acres (4.05 ha) are contained within settlements or urban areas, they are classified as Settlements (urban) in the NRI database. If these parcels exceed the 10 acre (4.05 ha) threshold and are Grassland, they will be classified as such by NRI. Regardless of size, a forested area is classified as non-forest by FIA if it is located within an urban area. Settlements on federal lands and in Alaska are covered by NLCD. Settlements in U.S. territories are currently excluded from NRI and NLCD.

- *Other Land*: Any land not falling into the other five land categories and, therefore, categorized as Other Land is classified using the NRI for non-federal areas in the 49 states (excluding Alaska) and NLCD for the federal lands and Alaska. Other land in U.S. territories is excluded from the NLCD.

Some lands can be classified into one or more categories due to multiple uses that meet the criteria of more than one definition. However, a ranking has been developed for assignment priority in these cases. The ranking process is initiated by distinguishing between managed and unmanaged lands. The managed lands are then assigned, from highest to lowest priority, in the following manner:

*Settlements > Cropland > Forest Land > Grassland > Wetlands > Other Land*

Settlements are given the highest assignment priority because they are extremely heterogeneous with a mosaic of patches that include buildings, infrastructure and travel corridors, but also open grass areas, forest patches, riparian areas, and gardens. The latter examples could be classified as Grassland, Forest Land, Wetlands, and Cropland, respectively, but when located in close proximity to settlement areas they tend to be managed in a unique manner compared to non-settlement areas. Consequently, these areas are assigned to the Settlements land-use category. Cropland is given the second assignment priority, because cropping practices tend to dominate management activities on areas used to produce food, forage or fiber. The consequence of this ranking is that crops in rotation with grass will be classified as Cropland, and land with woody plant cover that is used to produce crops (e.g., orchards) is classified as Cropland, even though these areas may meet the definitions of Grassland or Forest Land, respectively. Similarly, Wetlands are considered Croplands if they are used for crop production, such as rice or cranberries. Forest Land occurs next in the priority assignment because traditional forestry practices tend to be the focus of the management activities in areas with woody plant cover that are not croplands (e.g., orchards) or settlements (e.g., housing subdivisions with significant tree cover). Grassland occurs next in the ranking, while Wetlands and Other Land complete the list.

The assignment priority does not reflect the level of importance for reporting greenhouse gas emissions and removals on managed land, but is intended to classify all areas into a single land use. Currently, the IPCC does not make provisions in the guidelines for assigning land to multiple uses. For example, a Wetland is classified as Forest Land if the area has sufficient tree cover to meet the stocking and stand size requirements. Similarly, Wetlands are classified as Cropland if they are used for crop production, such as rice or cranberries. In either case, emissions from Wetlands are included in the Inventory if human interventions are influencing emissions from Wetlands, in accordance with the guidance provided in IPCC (2006).

## Recalculations Discussion

Alaska was added to the latest inventory and a formal analysis was conducted for managed and unmanaged lands. Both improvements led to significant changes in the reporting of the managed land base. Overall more land area is incorporated into this Inventory, but a large portion of this land is designated as unmanaged due to the remoteness of some areas in Alaska.

In addition, new data were incorporated from FIA on forestland areas, which was used to make minor adjustments to the time series. FIA conducts a survey of plots annually so that each plot is visited every 5 years (Note: some states have not initiated the annual sampling regime, as discussed previously). Consequently, the time series is updated each year as new data are collected over the 5 year cycles.

## Planned Improvements

Area data by land-use category are not estimated for the U.S. territories. A key planned improvement is to incorporate land-use data from these areas into the Inventory. Fortunately, most of the managed land in the United States is included in the current land-use statistics, but a complete accounting is a key goal for the near future. Data sources will also be evaluated for representing land use on federal and non-federal lands in U.S. territories.

Additional work will be conducted to reconcile differences in Forest Land estimates between the NRI and FIA, evaluating the assumption that the majority of discrepancies in Forest Land areas are associated with an over- or under-estimation of Grassland and Wetland area. In some regions of the United States, a discrepancy in Forest Land areas between NRI and FIA may be associated with an over- or under-prediction of other land uses, and an analysis is planned to develop region-specific adjustments.

There are also other databases that may need to be reconciled with the NRI and NLCD datasets, particularly for Settlements and Wetlands. Urban area estimates, used to produce C stock and flux estimates from urban trees, are currently based on population data (1990 and 2000 U.S. Census data). Using the population statistics, "urban clusters" are defined as areas with more than 500 people per square mile. The USFS is currently moving ahead with an urban forest inventory program so that urban forest area estimates will be consistent with FIA forest area estimates outside of urban areas, which would be expected to reduce omissions and overlap of forest area estimates along urban boundary areas.

The implementation criteria will also be expanded in the future, particularly in regard to inclusion of areas managed for mining and petroleum extraction. This criteria will have an impact on the managed land base in Alaska although there will still be large tracts of unmanaged land in this region with virtually no direct influence on GHG emissions from human activity.

# 7.2 Forest Land Remaining Forest Land

## Changes in Forest Carbon Stocks (IPCC Source Category 5A1)

For estimating C stocks or stock change (flux), C in forest ecosystems can be divided into the following five storage pools (IPCC 2003):

- Aboveground biomass, which includes all living biomass above the soil including stem, stump, branches, bark, seeds, and foliage. This category includes live understory.

- Belowground biomass, which includes all living biomass of coarse living roots greater than 2 mm diameter.

- Dead wood, which includes all non-living woody biomass either standing, lying on the ground (but not including litter), or in the soil.

- Litter, which includes the litter, fumic, and humic layers, and all non-living biomass with a diameter less than 7.5 cm at transect intersection, lying on the ground.

- Soil organic C (SOC), including all organic material in soil to a depth of 1 meter but excluding the coarse roots of the aboveground pools.

In addition, there are two harvested wood pools necessary for estimating C flux:

- Harvested wood products (HWP) in use.

- HWP in solid waste disposal sites (SWDS).

Carbon is continuously cycled among these storage pools and between forest ecosystems and the atmosphere as a result of biological processes in forests (e.g., photosynthesis, respiration, growth, mortality, decomposition, and disturbances such as fires or pest outbreaks) and anthropogenic activities (e.g., harvesting, thinning, clearing, and replanting). As trees photosynthesize and grow, C is removed from the atmosphere and stored in living tree biomass. As trees die and otherwise deposit litter and debris on the forest floor, C is released to the atmosphere and also is transferred to the soil by organisms that facilitate decomposition.

The net change in forest C is not equivalent to the net flux between forests and the atmosphere because timber harvests do not cause an immediate flux of C of all vegetation C to the atmosphere. Instead, harvesting transfers a portion of the C stored in wood to a "product pool." Once in a product pool, the C is emitted over time as $CO_2$ when the wood product combusts or decays. The rate of emission varies considerably among different product pools. For example, if timber is harvested to produce energy, combustion releases C immediately. Conversely, if timber is harvested and used as lumber in a house, it may be many decades or even centuries before the lumber decays and C is released to the atmosphere. If wood products are disposed of in SWDS, the C contained in the wood may be released many years or decades later, or may be stored almost permanently in the SWDS.

This section quantifies the net changes in C stocks in the five forest C pools and two harvested wood pools. The net change in stocks for each pool is estimated, and then the changes in stocks are summed over all pools to estimate total net flux. The focus on C implies that all C-based greenhouse gases are included, and the focus on stock change suggests that specific ecosystem fluxes do not need to be separately itemized in this report. Changes in C stocks from disturbances, such as forest fires, are implicitly included in the net changes. For instance, an inventory conducted after fire counts only the trees that are left. The change between inventories thus accounts for the C changes due to fires; however, it may not be possible to attribute the changes to the disturbance specifically. Similarly, changes in C stocks from natural disturbances, such as wildfires, pest outbreaks, and storms, are implicitly accounted for in the forest inventory approach; however, they are highly variable from year to year. Wildfire events are typically the most severe but other natural disturbance events can result in large C stock losses that are time- and location- specific. The IPCC (2003) recommends reporting C stocks according to several land-use types and conversions, specifically *Forest Land Remaining Forest Land* and *Land Converted to Forest Land*. Currently, consistent datasets are just becoming available for the conterminous United States to allow forest land conversions and forest land remaining forest land to be identified, and research is ongoing to properly use that information based on research results. Thus, net changes in all forest-related land, including non-forest land converted to forest and forests converted to non-forest, are reported here.

Forest C storage pools, and the flows between them via emissions, sequestration, and transfers, are shown in Figure 7-2. In the figure, boxes represent forest C storage pools and arrows represent flows between storage pools or between storage pools and the atmosphere. Note that the boxes are not identical to the storage pools identified in this chapter. The storage pools identified in this chapter have been refined in this graphic to better illustrate the processes that result in transfers of C from one pool to another, and emissions to as well as uptake from the atmosphere.

**Figure 7-2:  Forest Sector Carbon Pools and Flows**



Approximately 33 percent (304 million hectares) of the U.S. land area is forested (Smith et al. 2009).  The current forest C inventory includes 275 million hectares in the conterminous 48 states (USDA Forest Service 2012a, 2012b) that are considered managed and are included in this inventory.  An additional 6 million hectares of southeast and south central Alaskan forest are inventoried and are included here.  Some differences exist in forest land defined in Smith et al. (2009) and the forest land included in this report, which is based on USDA Forest Service (2012b).  Survey data are not yet available from Hawaii and a large portion of interior Alaska, but estimates of these areas are included in Smith et al. (2009).  Alternately, updated survey data for central and western forest land in both Oklahoma and Texas have only recently become available, and these forests contribute to overall C stock reported below.  While Hawaii and U.S. territories have relatively small areas of forest land and will thus probably not influence the overall C budget substantially, these regions will be added to the C budget as sufficient data become available.  Agroforestry systems are also not currently accounted for in the inventory, since they are not explicitly inventoried by either the FIA program of USDA Forest Service or the NRI of the USDA Natural Resources Conservation Service (Perry et al. 2005).

Sixty-eight percent (208 million hectares) of U.S. forests in Alaska and the conterminous U.S. are classified as timberland, meaning they meet minimum levels of productivity and have not been removed from production.  Nine percent of Alaskan forests and 81 percent of forests in the conterminous United States are classified as timberlands.  Of the remaining nontimberland forests, 30 million hectares are reserved forest lands (withdrawn by law from management for production of wood products) and 66 million hectares are lower productivity forest lands (Smith et al. 2009).  Historically, the timberlands in the conterminous 48 states have been more frequently or intensively surveyed than other forest lands.

Forest land area declined by approximately 10 million hectares over the period from the early 1960s to the late 1980s.  Since then, forest area has increased by about 12 million hectares (Smith et al. 2009).  Current trends in forest area represent an average annual increase of 0.2 percent.  In addition to the increase in forest area, the major influences on the current net C flux from forest land are management activities and the ongoing impacts of previous land-use changes.  These activities affect the net flux of C by altering the amount of C stored in forest ecosystems.  For example, intensified management of forests that leads to an increased rate of growth increases the eventual

biomass density of the forest, thereby increasing the uptake of C.[226] Though harvesting forests removes much of the aboveground C, on average the volume of annual net growth nationwide is about 72 percent higher than the volume of annual removals on timberlands (Smith et al. 2009). The reversion of cropland to forest land increases C storage in biomass, forest floor, and soils. The net effects of forest management and the effects of land-use change involving forest land are captured in the estimates of C stocks and fluxes presented in this chapter.

In the United States, improved forest management practices, the regeneration of previously cleared forest areas, and timber harvesting and use have resulted in net uptake (i.e., net sequestration) of C each year from 1990 through 2011. The rate of forest clearing begun in the 17th century following European settlement had slowed by the late 19th century. Through the later part of the 20th century many areas of previously forested land in the United States were allowed to revert to forests or were actively reforested. The impacts of these land-use changes still influence C fluxes from these forest lands. More recently, the 1970s and 1980s saw a resurgence of federally-sponsored forest management programs (e.g., the Forestry Incentive Program) and soil conservation programs (e.g., the Conservation Reserve Program), which have focused on tree planting, improving timber management activities, combating soil erosion, and converting marginal cropland to forests. In addition to forest regeneration and management, forest harvests have also affected net C fluxes. Because most of the timber harvested from U.S. forests is used in wood products, and many discarded wood products are disposed of in SWDS rather than by incineration, significant quantities of C in harvested wood are transferred to long-term storage pools rather than being released rapidly to the atmosphere (Skog and Nicholson 1998, Skog 2008). The size of these long-term C storage pools has increased during the last century.

Changes in C stocks in U.S. forests and harvested wood were estimated to account for net sequestration of 834 Tg CO$_2$ Eq. (227 Tg C) in 2011 (Table 7-7, Table 7-8, and Table 7-9). In addition to the net accumulation of C in harvested wood pools, sequestration is a reflection of net forest growth and increasing forest area over this period. Overall, average C in forest ecosystem biomass (aboveground and belowground) increased from 54 to 62 Mg C/ha between 1990 and 2012 (see Annex 3-12 for average C densities by specific regions and forest types). Continuous, regular annual surveys are not available over the period for each state; therefore, estimates for non-survey years were derived by interpolation between known data points. Survey years vary from state to state, and national estimates are a composite of individual state surveys. Therefore, changes in sequestration over the interval 1990 to 2011 are the result of the sequences of new inventories for each state. C in forest ecosystem biomass had the greatest effect on total change through increases in C density and total forest land. Management practices that increase C stocks on forest land, as well as afforestation and reforestation efforts, influence the trends of increased C densities in forests and increased forest land in the United States.

Annual net additions to HWP carbon stock were estimated to continue to increase during 2011 from a low in 2009 as inputs to products in use for both solid wood and paper products increased with continued recovery from the recession. Gross inputs to products in use in 2011 were well above the discard rate but net additions to products in use were still about 25 percent below the rate for 2008. The primary reason for overall net additions in recent years is a near stable rate of net additions to products in landfills. Estimates of C additions for 2008, 2009 and 2010 were adjusted downward due to revision in data on softwood pulpwood production, hardwood lumber production, hardwood plywood production, and imports of particleboard and medium density fiberboard. Due to the change in import data, estimates of C storage were reduced more for the Stock Change Accounting approach (Annex Table A-228) than the Production Approach (Table 7-7, Annex Table A-228).

**Table 7-7: Net Annual Changes in C Stocks (Tg CO$_2$/yr) in Forest and Harvested Wood Pools**

| Carbon Pool | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Forest** | **(565.1)** | **(799.6)** | **(757.0)** | **(757.1)** | **(757.1)** | **(758.2)** | **(761.8)** |
| Aboveground Biomass | (359.8) | (436.4) | (404.0) | (403.9) | (403.9) | (403.9) | (403.9) |
| Belowground Biomass | (70.3) | (86.0) | (80.1) | (80.1) | (80.1) | (80.1) | (80.1) |
| Dead Wood | (32.6) | (47.1) | (52.3) | (52.3) | (52.3) | (53.4) | (57.1) |

---

[226] The term "biomass density" refers to the mass of live vegetation per unit area. It is usually measured on a dry-weight basis. Dry biomass is 50 percent C by weight.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Litter | (25.0) | (49.6) | (54.5) | (54.5) | (54.5) | (54.5) | (54.5) |
| Soil Organic Carbon | (77.4) | (180.5) | (166.2) | (166.3) | (166.3) | (166.3) | (166.3) |
| **Harvested Wood** | **(131.8)** | **(105.4)** | **(102.3)** | **(76.3)** | **(54.3)** | **(59.4)** | **(71.7)** |
| Products in Use | (64.8) | (45.4) | (38.5) | (13.6) | 6.8 | 1.2 | (10.0) |
| SWDS | (67.0) | (59.9) | (63.8) | (62.7) | (61.0) | (60.7) | (61.7) |
| **Total Net Flux** | **(696.8)** | **(905.0)** | **(859.3)** | **(833.3)** | **(811.3)** | **(817.6)** | **(833.5)** |

Note: Forest C stocks do not include forest stocks in U.S. territories, Hawaii, a portion of managed forests in Alaska, or trees on non-forest land (e.g., urban trees, agroforestry systems). Parentheses indicate net C sequestration (i.e., a net removal of C from the atmosphere). Total net flux is an estimate of the actual net flux between the total forest C pool and the atmosphere. Forest area estimates are based on interpolation and extrapolation of inventory data as described in the text and in Annex 3.12. Harvested wood estimates are based on results from annual surveys and models. Totals may not sum due to independent rounding.

### Table 7-8: Net Annual Changes in C Stocks (Tg C/yr) in Forest and Harvested Wood Pools

| Carbon Pool | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Forest** | **(154.1)** | **(218.1)** | **(206.5)** | **(206.5)** | **(206.5)** | **(206.8)** | **(207.8)** |
| Aboveground Biomass | (98.1) | (119.0) | (110.2) | (110.2) | (110.2) | (110.2) | (110.2) |
| Belowground Biomass | (19.2) | (23.4) | (21.8) | (21.8) | (21.8) | (21.8) | (21.8) |
| Dead Wood | (8.9) | (12.9) | (14.3) | (14.3) | (14.3) | (14.6) | (15.6) |
| Litter | (6.8) | (13.5) | (14.9) | (14.9) | (14.9) | (14.9) | (14.9) |
| Soil Organic C | (21.1) | (49.2) | (45.3) | (45.4) | (45.4) | (45.4) | (45.4) |
| **Harvested Wood** | **(35.9)** | **(28.7)** | **(28.1)** | **(20.8)** | **(14.8)** | **(16.2)** | **(19.5)** |
| Products in Use | (17.7) | (12.4) | (10.5) | (3.7) | 1.8 | 0.3 | (2.7) |
| SWDS | (18.3) | (16.3) | (17.4) | (17.1) | (16.6) | (16.5) | (16.8) |
| **Total Net Flux** | **(190.0)** | **(246.8)** | **(234.4)** | **(227.3)** | **(221.3)** | **(223.0)** | **(227.3)** |

Note: Forest C stocks do not include forest stocks in U.S. territories, Hawaii, a portion of managed lands in Alaska, or trees on non-forest land (e.g., urban trees, agroforestry systems). Parentheses indicate net C sequestration (i.e., a net removal of C from the atmosphere). Total net flux is an estimate of the actual net flux between the total forest C pool and the atmosphere. Harvested wood estimates are based on results from annual surveys and models. Totals may not sum due to independent rounding.

Stock estimates for forest and harvested wood C storage pools are presented in Table 7-9. Together, the aboveground live and forest soil pools account for a large proportion of total forest C stocks. C stocks summed for non-soil pools increased over time Figure 7-3. Therefore, C sequestration was greater than C emissions from forests, as discussed above. Figure 7-4 shows county-average C densities for live trees on forest land, including both above- and belowground biomass.

### Table 7-9: Forest area (1000 ha) and C Stocks (Tg C) in Forest and Harvested Wood Pools

| | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Forest Area (1000 ha)** | 271,794 | 279,781 | 281,090 | 281,694 | 282,300 | 282,905 | 283,510 |
| **Carbon Pools (Tg C)** | | | | | | | |
| **Forest** | **38,777** | **41,192** | **41,618** | **41,825** | **42,031** | **42,238** | **42,444** |
| Aboveground Biomass | 12,284 | 13,912 | 14,146 | 14,256 | 14,366 | 14,476 | 14,586 |
| Belowground Biomass | 2,432 | 2,752 | 2,798 | 2,820 | 2,842 | 2,863 | 2,885 |
| Dead Wood | 2,161 | 2,342 | 2,368 | 2,383 | 2,397 | 2,411 | 2,426 |
| Litter | 4,816 | 4,880 | 4,908 | 4,923 | 4,937 | 4,952 | 4,967 |
| Soil Organic C | 17,084 | 17,306 | 17,399 | 17,444 | 17,489 | 17,535 | 17,580 |
| **Harvested Wood** | **1,859** | **2,325** | **2,383** | **2,411** | **2,432** | **2,447** | **2,463** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Products in Use | 1,231 | 1,436 | 1,460 | 1,471 | 1,474 | 1,472 | 1,472 |
| SWDS | 628 | 890 | 923 | 941 | 958 | 974 | 991 |
| **Total C Stock** | **40,637** | **43,517** | **44,002** | **44,236** | **44,463** | **44,684** | **44,907** |

Note: Forest area estimates include portions of managed forests in Alaska for which survey data are available. Forest C stocks do not include forest stocks in U.S. territories, Hawaii, a large portion of Alaska, or trees on non-forest land (e.g., urban trees, agroforestry systems).  Wood product stocks include exports, even if the logs are processed in other countries, and exclude imports.  Forest area estimates are based on interpolation and extrapolation of inventory data as described in Smith et al. (2010) and in Annex 3.12.  Harvested wood estimates are based on results from annual surveys and models.  Totals may not sum due to independent rounding.  Inventories are assumed to represent stocks as of January 1 of the inventory year.  Flux is the net annual change in stock.  Thus, an estimate of flux for 2006 requires estimates of C stocks for 2006 and 2007.

**Figure 7-3:  Estimates of Net Annual Changes in C Stocks for Major C Pools**



**Figure 7-4:  Average C Density in the Forest Tree Pool in the Conterminous United States, 2010**



## Box 7-2:  $CO_2$ Emissions from Forest Fires

As stated previously, the forest inventory approach implicitly accounts for emissions due to disturbances such as forest fires, because only C remaining in the forest is estimated.  Net C stock change is estimated by subtracting consecutive C stock estimates.  A forest fire disturbance removes C from the forest.  The inventory data on which net C stock estimates are based already reflect this C loss.  Therefore, estimates of net annual changes in C stocks for U.S. forestland already account for $CO_2$ emissions from forest fires occurring in the lower 48 states as well as in the proportion of Alaska's managed forest land captured in this Inventory.  Because it is of interest to quantify the magnitude of $CO_2$ emissions from fire disturbance, these estimates are highlighted here, using the full extent of available data.  Non-$CO_2$ greenhouse gas emissions from forest fires are also quantified in a separate section below.

The IPCC (2003) methodology and IPCC (2006) default combustion factor for wildfire were employed to estimate $CO_2$ emissions from forest fires.  $CO_2$ emissions for wildfires and prescribed fires in the lower 48 states and wildfires in Alaska in 2011 were estimated to be 225.3 Tg $CO_2$/yr.  This amount is masked in the estimate of net annual forest C stock change for 2011 because this net estimate accounts for the amount sequestered minus any emissions.

**Table 7-10:  Estimates of $CO_2$ (Tg/yr) Emissions for the Lower 48 States and Alaska[a]**

| Year | $CO_2$ emitted from Wildfires in Lower 48 States (Tg/yr) | $CO_2$ emitted from Prescribed Fires in Lower 48 States (Tg/yr) | $CO_2$ emitted from Wildfires in Alaska (Tg/yr) | Total $CO_2$ emitted (Tg/yr) |
|---|---|---|---|---|
| 1990 | 32.4 | 7.1 | + | 39.5 |
| 2005 | 107.0 | 20.7 | + | 127.7 |
| 2007 | 203.5 | 24.8 | + | 228.3 |
| 2008 | 122.5 | 15.3 | + | 137.8 |
| 2009 | 70.6 | 20.1 | + | 90.6 |
| 2010 | 54.9 | 19.3 | + | 74.2 |
| 2011 | 208.0 | 17.3 | + | 225.3 |

+ Does not exceed 0.05 Tg $CO_2$ Eq.
[a] Note that these emissions have already been accounted for in the estimates of net annual changes in C stocks, which account for the amount sequestered minus any emissions.

## Methodology and Data Sources

The methodology described herein is consistent with IPCC (2003, 2006) and IPCC/UNEP/OECD/IEA (1997). Forest ecosystem C stocks and net annual C stock change were determined according to stock-difference methods, which involved applying C estimation factors to forest inventory data and interpolating between successive inventory-based estimates of C stocks.  Harvested wood C estimates were based on factors such as the allocation of wood to various primary and end-use products as well as half-life (the time at which half of the amount placed in use will have been discarded from use) and expected disposition (e.g., product pool, SWDS, combustion).  An overview of the different methodologies and data sources used to estimate the C in forest ecosystems or harvested wood products is provided here.  See Annex 3.12 for details and additional information related to the methods and data.

### Forest Ecosystem Carbon from Forest Inventory

Forest ecosystem stock and flux estimates are based on the stock-difference method and calculations for all estimates are in units of C.  Separate estimates were made for the five IPCC C storage pools described above.  All estimates were based on data collected from the extensive array of permanent forest inventory plots in the United States as well as models employed to fill gaps in field data (USDA Forest Service 2012b, 2012c).  Carbon conversion factors were applied at the disaggregated level of each inventory plot and then appropriately expanded to population estimates.  A combination of tiers as outlined by IPCC (2006) was used.  The Tier 3 biomass C values were calculated from forest inventory tree-level data.  The Tier 2 dead organic and soil C pools were based on empirical or process models from the inventory data.  All C conversion factors are specific to regions or individual states within the United States, which were further classified according to characteristic forest types within each region.

The first step in developing forest ecosystem estimates is to identify useful inventory data and resolve any inconsistencies among datasets.  Forest inventory data were obtained from the FIA program (Frayer and Furnival 1999, USDA Forest Service 2012b).  Inventories include data collected on permanent inventory plots on forest lands and were organized as a number of separate datasets, each representing a complete inventory, or survey, of an individual state at a specified time. [227]  Many of the more recent annual inventories reported for states were

---

[227] Forest land in the United States includes land that is at least 10 percent stocked with trees of any size.  Timberland is the most productive type of forest land, which is on unreserved land and is producing or capable of producing crops of industrial wood.

represented as "moving window" averages, which means that a portion—but not all—of the previous year's inventory is updated each year (USDA Forest Service 2012d). Forest C calculations were organized according to these state surveys, and the frequency of surveys varies by state. All available data sets were identified for each state starting with pre-1990 data, and all unique surveys were identified for stock and change calculations. Since C stock change is based on differences between successive surveys within each state, accurate estimates of net C flux thus depend on consistent representation of forest land between these successive inventories. In order to achieve this consistency from 1990 to the present, states were sometimes subdivided into sub-state areas where the sum of sub-state inventories produces the best whole-state representation of C change as discussed in Smith et al. (2010).

The principal FIA datasets employed are freely available for download at USDA Forest Service (2012b) as the Forest Inventory and Analysis Database (FIADB) Version 5.1 (USDA Forest Service 2012, Woudenberg et al. 2010). However, to achieve consistent representation (spatial and temporal), three other general sources of past FIA data were included as necessary. First, older FIA plot- and tree-level data—not in the current FIADB format—were used if available. Second, Resources Planning Act Assessment (RPA) databases, which are periodic, plot-level only, summaries of state inventories, were used to provide the data at or before 1990. Finally, an additional forest inventory data source used was the Integrated Database (IDB), which is a compilation of periodic forest inventory data from the 1990s for California, Oregon, and Washington (Waddell and Hiserote 2005). These IDB data were identified by Heath et al. (2011) as the most appropriate non-FIADB sources for these states and were included in this inventory. See USDA Forest Service (2012a) for information on current and older data as well as additional FIA Program features. A detailed list of the specific forest inventory data used in this inventory is in Annex 3.12.

Forest C stocks were estimated from inventory data by a collection of conversion factors and models (Birdsey and Heath 1995, Birdsey and Heath 2001, Heath et al. 2003, Smith et al. 2004, Smith et al. 2006), which have been formalized in an FIADB-to-C calculator (Smith et al. 2010). The conversion factors and model coefficients were categorized by region and forest type, and forest C stock estimates were calculated from application of these factors at the scale of FIA inventory plots. The results were estimates of C density (Mg C per hectare) for six forest ecosystem pools: live trees, standing dead trees, understory vegetation, down dead wood, forest floor, and soil organic matter. The six C pools used in the FIADB-to-C calculator were aggregated to the 5 C pools defined by IPCC (2006): aboveground biomass, belowground biomass, dead wood, litter, and soil organic matter. The live-tree and understory C were pooled as biomass, and standing dead trees and down dead wood were pooled as dead wood, in accordance with IPCC (2006).

Once plot-level C stocks were calculated as C densities on *Forest Land Remaining Forest Land* for the five IPCC (2006) reporting pools, the stocks were expanded to population estimates according to methods appropriate to the respective inventory data (for example, see Bechtold and Patterson (2005)). These expanded C stock estimates were summed to state or sub-state total C stocks. Annualized estimates of C stocks were developed by using available FIA inventory data and interpolating or extrapolating to assign a C stock to each year in the 1990 through 2012 time series. Flux, or net annual stock change, was estimated by calculating the difference in stocks between two successive years and applying the appropriate sign convention; net increases in ecosystem C were identified as negative flux. By convention, inventories were assigned to represent stocks as of January 1 of the inventory year; an estimate of flux for 1996 required estimates of C stocks for 1996 and 1997, for example. Additional discussion of the use of FIA inventory data and the C conversion process is in Annex 3.12.

## Carbon in Biomass

Live tree C pools include aboveground and belowground (coarse root) biomass of live trees with diameter at diameter breast height (dbh) of at least 2.54 cm at 1.37 m above the forest floor. Separate estimates were made for above- and below-ground biomass components. If inventory plots included data on individual trees, tree C was based on Woodall et al. (2011a), which is also known as the component ratio method (CRM), and is a function of volume, species, and diameter. An additional component of foliage, which was not explicitly included in Woodall et al. (2011a), was added to each tree following the same CRM method. Some of the older forest inventory data in use for these estimates did not provide measurements of individual trees. Examples of these data include plots with incomplete or missing tree data or the RPA plot-level summaries. The C estimates for these plots were based on average densities (metric tons C per hectare) obtained from plots of more recent surveys with similar stand characteristics and location. This applies to 5 percent of the forest land inventory-plot-to-C conversions within the 183 state-level surveys utilized here.

Understory vegetation is a minor component of biomass, which is defined as all biomass of undergrowth plants in a forest, including woody shrubs and trees less than 2.54 cm dbh. In the current inventory, it was assumed that 10 percent of total understory C mass is belowground. Estimates of C density were based on information in Birdsey (1996) and biomass estimates from Jenkins et al. (2003). Understory frequently represented over 1 percent of C in biomass, but its contribution rarely exceeded 2 percent of the total.

## Carbon in Dead Organic Matter

Dead organic matter was initially calculated as three separate pools—standing dead trees, down dead wood, and litter—with C stocks estimated from sample data or modeled. The standing dead tree C pools include aboveground and belowground (coarse root) mass and include trees of at least 12.7 cm dbh. Calculations followed the basic method applied to live trees (Woodall et al. 2011a) with additional modifications to account for decay and structural loss (Domke et al. 2011, Harmon et al. 2011). Similar to the situation with live tree data, some of the older forest inventory data did not provide sufficient data on standing dead trees to make accurate population-level estimates. The C estimates for these plots were based on average densities (metric tons C per hectare) obtained from plots of more recent surveys with similar stand characteristics and location. This applied to 25 percent of the forest land inventory-plot-to-C conversions within the 183 state-level surveys utilized here. Down dead wood estimates are based on measurement of a subset of FIA plots for downed dead wood(Domke et al., Woodall and Monleon 2008, Woodall et al. In Review). Down dead wood is defined as pieces of dead wood greater than 7.5 cm diameter, at transect intersection, that are not attached to live or standing dead trees. This includes stumps and roots of harvested trees. To facilitate the downscaling of downed dead wood C estimates from state to individual plots, downed dead wood models specific to regions and forest types within each region are used. Litter C is the pool of organic C (also known as duff, humus, and fine woody debris) above the mineral soil and includes woody fragments with diameters of up to 7.5 cm. Estimates are based on equations of Smith and Heath (2002).

## Carbon in Forest Soil

Soil organic C includes all organic material in soil to a depth of 1 meter but excludes the coarse roots of the biomass or dead wood pools. Estimates of SOC were based on the national STATSGO spatial database (USDA 1991), which includes region and soil type information. SOC determination was based on the general approach described by Amichev and Galbraith (2004). Links to FIA inventory data were developed with the assistance of the USDA Forest Service FIA Geospatial Service Center by overlaying FIA forest inventory plots on the soil C map. This method produced mean SOC densities stratified by region and forest type group. It did not provide separate estimates for mineral or organic soils but instead weighted their contribution to the overall average based on the relative amount of each within forest land. Thus, forest SOC is a function of species and location, and net change also depends on these two factors as total forest area changes. In this respect, SOC provides a country-specific reference stock for 1990-present, but it does not reflect effects of past land use.

## Harvested Wood Carbon

Estimates of the HWP contribution to forest C sinks and emissions (hereafter called "HWP Contribution") were based on methods described in Skog (2008) using the WOODCARB II model. These methods are based on IPCC (2006) guidance for estimating HWP C. IPCC (2006) provides methods that allow Parties to report HWP Contribution using one of several different accounting approaches: production, stock change and atmospheric flow, as well as a default method that assumes there is no change in HWP C stocks (see Annex 3.12 for more details about each approach). The United States used the production accounting approach to report HWP Contribution. Under the production approach, C in exported wood was estimated as if it remains in the United States, and C in imported wood was not included in inventory estimates. Though reported U.S. HWP estimates are based on the production approach, estimates resulting from use of the two alternative approaches, the stock change and atmospheric flow approaches, are also presented for comparison (see Annex 3.12). Annual estimates of change were calculated by tracking the additions to and removals from the pool of products held in end uses (i.e., products in use such as housing or publications) and the pool of products held in solid waste disposal sites (SWDS).

Solidwood products added to pools include lumber and panels. End-use categories for solidwood include single and multifamily housing, alteration and repair of housing, and other end-uses. There is one product category and one end-use category for paper. Additions to and removals from pools were tracked beginning in 1900, with the exception that additions of softwood lumber to housing began in 1800. Solidwood and paper product production

and trade data were taken from USDA Forest Service and other sources (Hair and Ulrich 1963; Hair 1958; USDC Bureau of Census; 1976; Ulrich, 1985, 1989; Steer 1948; AF&PA 2006a 2006b; Howard 2003, 2007). Estimates for disposal of products reflected the change over time in the fraction of products discarded to SWDS (as opposed to burning or recycling) and the fraction of SWDS that were in sanitary landfills versus dumps.

There are five annual HWP variables that were used in varying combinations to estimate HWP Contribution using any one of the three main approaches listed above. These are:

(1A) annual change of C in wood and paper products in use in the United States,

(1B) annual change of C in wood and paper products in SWDS in the United States,

(2A) annual change of C in wood and paper products in use in the United States and other countries where the wood came from trees harvested in the United States,

(2B) annual change of C in wood and paper products in SWDS in the United States and other countries where the wood came from trees harvested in the United States,

(3) C in imports of wood, pulp, and paper to the United States,

(4) C in exports of wood, pulp and paper from the United States, and

(5) C in annual harvest of wood from forests in the United States.

The sum of variables 2A and 2B yielded the estimate for HWP Contribution under the production accounting approach. A key assumption for estimating these variables was that products exported from the United States and held in pools in other countries have the same half-lives for products in use, the same percentage of discarded products going to SWDS, and the same decay rates in SWDS as they would in the United States.

## Uncertainty and Time Series Consistency

A quantitative uncertainty analysis placed bounds on current flux for forest ecosystems as well as C in harvested wood products through Monte Carlo Stochastic Simulation of the Methods described above and probabilistic sampling of C conversion factors and inventory data. See Annex 3.12 for additional information. The 2011 net annual change for forest C stocks was estimated to be between -957 and -712 Tg $CO_2$ Eq. at a 95 percent confidence level. This includes a range of -883.7 to -641.1 Tg $CO_2$ Eq. in forest ecosystems and -90.9 to -54.8 Tg $CO_2$ Eq. for HWP.

**Table 7-11: Tier 2 Quantitative Uncertainty Estimates for Net $CO_2$ Flux from Forest Land Remaining Forest Land: Changes in Forest C Stocks (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Flux Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Flux Estimate [a] (Tg $CO_2$ Eq.) | | (%) | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Forest Ecosystem | $CO_2$ | (761.8) | (883.7) | (641.1) | -16.0 | +15.8 |
| Harvested Wood Products | $CO_2$ | (71.7) | (90.9) | (54.8) | -26.8 | +23.6 |
| **Total Forest** | **$CO_2$** | **(833.5)** | **(956.5)** | **(712.1)** | **-14.8** | **+14.6** |

Note: Parentheses indicate negative values or net sequestration.
[a] Range of flux estimates predicted by Monte Carlo stochastic simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

As discussed above, the FIA program has conducted consistent forest surveys based on extensive statistically-based sampling of most of the forest land in the conterminous United States, dating back to 1952. The FIA program includes numerous quality assurance and quality control (QA/QC) procedures, including calibration among field crews, duplicate surveys of some plots, and systematic checking of recorded data. Because of the statistically-based sampling, the large number of survey plots, and the quality of the data, the survey databases developed by the FIA program form a strong foundation for C stock estimates. Field sampling protocols, summary data, and detailed inventory databases are archived and are publicly available on the Internet (USDA Forest Service 2012d).

Many key calculations for estimating current forest C stocks based on FIA data were developed to fill data gaps in assessing forest C and have been in use for many years to produce national assessments of forest C stocks and stock changes (see additional discussion and citations in the Methodology section above and in Annex 3.12). General quality control procedures were used in performing calculations to estimate C stocks based on survey data. For example, the derived C datasets, which include inventory variables such as areas and volumes, were compared to standard inventory summaries such as the forest resource statistics of Smith et al. (2009) or selected population estimates generated from FIADB 5.1, which are available at an FIA internet site (USDA Forest Service 2012b). Agreement between the C datasets and the original inventories is important to verify accuracy of the data used. Finally, C stock estimates were compared with previous inventory report estimates to ensure that any differences could be explained by either new data or revised calculation methods (see the "Recalculations" discussion, below).

Estimates of the HWP variables and the HWP contribution under the production accounting approach use data from U.S. Census and USDA Forest Service surveys of production and trade. Factors to convert wood and paper to units C are based on estimates by industry and Forest Service published sources. The WOODCARB II model uses estimation methods suggested by IPCC (2006). Estimates of annual C change in solid wood and paper products in use were calibrated to meet two independent criteria. The first criterion is that the WOODCARB II model estimate of C in houses standing in 2001 needs to match an independent estimate of C in housing based on U.S. Census and USDA Forest Service survey data. Meeting the first criterion resulted in an estimated half-life of about 80 years for single family housing built in the 1920s, which is confirmed by other U.S. Census data on housing. The second criterion is that the WOODCARB II model estimate of wood and paper being discarded to SWDS needs to match EPA estimates of discards each year over the period 1990 to 2000 (EPA 2006). These criteria help reduce uncertainty in estimates of annual change in C in products in use in the United States and, to a lesser degree, reduce uncertainty in estimates of annual change in C in products made from wood harvested in the United States. In addition, WOODCARB II landfill decay rates have been validated by ensuring that estimates of $CH_4$ emissions from landfills based on EPA (2006) data are reasonable in comparison with $CH_4$ estimates based on WOODCARB II landfill decay rates.

## Recalculations Discussion

In addition to annual updates to most-recent inventories for many states, four additional changes in method or data reduction for the current Inventory affected the national stock and change estimates for forest ecosystems. Of these, the modification of the down dead wood estimates to incorporate plot level sampling of down woody material (Woodall et al. 2010, Woodall et al. In Review) resulted in the greatest impact on total forest C stocks. Nationally, estimates for C in down dead wood stocks decreased by about 8 percent. A second change was a modification in the approach to determining the necessary volumes as inputs to the tree biomass equations, which only affected a few of the periodic (i.e., older) inventories. Next, we identified that the older forest inventories classified as woodlands on National Forests in Colorado included a spatial extent substantially lower than current inventories of that classification. The older inventories were dropped from our calculations because of the inconsistency (see annex 3.12 for specifics of inventories in use). Finally, the current FIADB 5.1 data do not include the periodic survey for Alaska as was included in the previous Inventory (EPA 2012). Therefore we retained the estimates based on FIADB 4.0after making appropriate adjustments consistent with this year's Inventory (e.g., the modified down dead wood estimates). This represents a change in method—that is, including older FIADB data—that does not affect the estimates, because it maintains consistency between successive Inventories.

Estimates for C additions to harvested wood products pools were adjusted due to revision to data for softwood pulpwood production (2006 to 2010), hardwood lumber production (2007 to 2010), hardwood plywood production (2008 to 2010), and imports of particleboard and medium density fiberboard (1998 to 2010). Revisions are

contained in Howard (forthcoming). Estimates of the total C stock have been adjusted to represent the stock at the beginning of the year rather than the end of the year to match the beginning year estimates for forest stocks. Previously the estimates had been for the end of the year. This reduced the total stock level estimate for years through 2010 by 20 to 30 Tg C.

## Planned Improvements

The ongoing annual surveys by the FIA Program will improve the precision of forest C estimates as new state surveys become available (USDA Forest Service 2012b), particularly in western states. The annual surveys will eventually include all states. To date, three states are not yet reporting any data from the annualized sampling design of FIA: Hawaii, New Mexico and Wyoming. Estimates for these states are currently based on older, periodic data. Hawaii and U.S. territories will also be included when appropriate forest C data are available. In addition, the more intensive sampling of fine woody debris, litter, and SOC on some of the permanent FIA plots continues and will substantially improve resolution of C pools at the plot level for all U.S. forest land as this information becomes available (Woodall et al. 2011b). Improved resolution, incorporating more of Alaska's forests, and using annualized sampling data as it becomes available for those states currently not reporting are planned for future reporting.

As more information becomes available about historical land use, the ongoing effects of changes in land use and forest management will be better accounted for in estimates of soil C (Birdsey and Lewis 2003, Woodbury et al. 2006, Woodbury et al. 2007). Currently, soil C estimates are based on the assumption that soil C density depends only on broad forest type group, not on land-use history, but long-term residual effects on soil and forest floor C stocks are likely after land-use change. Estimates of such effects depend on identifying past land use changes associated with forest lands.

Similarly, agroforestry practices, such as windbreaks or riparian forest buffers along waterways, are not currently accounted for in the inventory. In order to properly account for the C stocks and fluxes associated with agroforestry, research will be needed that provides the basis and tools for including these plantings in a nation-wide inventory, as well as the means for entity-level reporting.

## Non-$CO_2$ Emissions from Forest Fires

Emissions of non-$CO_2$ gases from forest fires were estimated using the default IPCC (2003) methodology incorporating default IPCC (2006) emissions factors and combustion factor for wildfires. Emissions from this source in 2011 were estimated to be 14.2 Tg $CO_2$ Eq. of $CH_4$ and 11.6 Tg $CO_2$ Eq. of $N_2O$, as shown in Table 7-12 and Table 7-13. The estimates of non-$CO_2$ emissions from forest fires account for wildfires in the lower 48 states and Alaska as well as prescribed fires in the lower 48 states.

**Table 7-12:  Estimated Non-$CO_2$ Emissions from Forest Fires (Tg $CO_2$ Eq.) for U.S. Forests[a]**

| Gas | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| $CH_4$ | 2.5 | 8.0 | 14.4 | 8.7 | 5.7 | 4.7 | 14.2 |
| $N_2O$ | 2.0 | 6.6 | 11.7 | 7.1 | 4.7 | 3.8 | 11.6 |
| Total | 4.5 | 14.6 | 26.1 | 15.7 | 10.4 | 8.5 | 25.7 |

[a] Calculated based on C emission estimates *in Changes in Forest Carbon Stocks* and default factors in IPCC (2003, 2006).

**Table 7-13:  Estimated Non-$CO_2$ Emissions from Forest Fires (Gg Gas) for U.S. Forests[a]**

| Gas | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| $CH_4$ | 118 | 383 | 684 | 413 | 271 | 222 | 675 |
| $N_2O$ | 7 | 21 | 38 | 23 | 15 | 12 | 37 |

[a] Calculated based on C emission estimates *in Changes in Forest Carbon Stocks* and default factors in IPCC (2003, 2006).

## Methodology

The IPCC (2003) Tier 2 default methodology was used to calculate non-$CO_2$ emissions from forest fires. However, more up-to-date default emission factors from IPCC (2006) were converted into gas-specific emission ratios and incorporated into the methodology. Estimates of $CH_4$ and $N_2O$ emissions were calculated by multiplying the total estimated $CO_2$ emitted from forest burned by the gas-specific emissions ratios. $CO_2$ emissions were estimated by multiplying total C emitted (Table 7-14) by the C to $CO_2$ conversion factor of 44/12 and by 92.8 percent, which is the estimated proportion of C emitted as $CO_2$ (Smith 2008a). The equations used were:

$$CH_4 \text{ Emissions} = (C \text{ released}) \times 92.8\% \times (44/12) \times (CH_4 \text{ to } CO_2 \text{ emission ratio})$$

$$N_2O \text{ Emissions} = (C \text{ released}) \times 92.8\% \times (44/12) \times (N_2O \text{ to } CO_2 \text{ emission ratio})$$

Estimates for C emitted from forest fires are the same estimates used to generate estimates of $CO_2$ presented earlier in Box 7-1. Estimates for C emitted include emissions from wildfires in both Alaska and the lower 48 states as well as emissions from prescribed fires in the lower 48 states only (based on expert judgment that prescribed fires only occur in the lower 48 states) (Smith 2008a). The IPCC (2006) default combustion factor of 0.45 for "all 'other' temperate forests" was applied in estimating C emitted from both wildfires and prescribed fires. See the explanation in Annex 3.12 for more details on the methodology used to estimate C emitted from forest fires.

**Table 7-14:  Estimated Carbon Released from Forest Fires for U.S. Forests**

| Year | C Emitted (Tg/yr) |
|------|-------------------|
| 1990 | 11.6 |
|      |      |
| 2005 | 37.5 |
|      |      |
| 2007 | 67.1 |
| 2008 | 40.5 |
| 2009 | 26.6 |
| 2010 | 21.8 |
| 2011 | 66.2 |

## Uncertainty and Time-Series Consistency

Non-$CO_2$ gases emitted from forest fires depend on several variables, including: forest area for Alaska and the lower 48 states; average C densities for wildfires in Alaska, wildfires in the lower 48 states, and prescribed fires in the lower 48 states; emission ratios; and combustion factor values (proportion of biomass consumed by fire). To quantify the uncertainties for emissions from forest fires, a Monte Carlo (Tier 2) uncertainty analysis was performed using information about the uncertainty surrounding each of these variables. The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 7-15.

**Table 7-15:  Tier 2 Quantitative Uncertainty Estimates of Non-$CO_2$ Emissions from Forest Fires in Forest Land Remaining Forest Land (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate (Tg $CO_2$ Eq.) | | (%) | |
|--------|-----|------------------|-----------------|-----------------|-----------------|-----------------|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Non-$CO_2$ Emissions from Forest Fires | $CH_4$ | 14.2 | 2.6 | 37.6 | −82% | +165% |
| Non-$CO_2$ Emissions from Forest Fires | $N_2O$ | 11.6 | 2.2 | 31.0 | −81% | +169% |

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

Tier 1 and Tier 2 QA/QC activities were conducted consistent with the U.S. QA/QC plan. Source-specific quality control measures for forest fires included checking input data, documentation, and calculations to ensure data were properly handled through the inventory process. Errors that were found during this process were corrected as necessary.

## Recalculations Discussion

For the current Inventory, non-$CO_2$ emissions were calculated using the 2006 IPCC default emission factors for $CH_4$ and $N_2O$ instead of the 2003 IPCC default emission factors. These default emission factors were converted to $CH_4$ to $CO_2$ and $N_2O$ to $CO_2$ emission ratios and then multiplied by $CO_2$ emissions to estimate $CH_4$ and $N_2O$ emissions. The previous 2003 IPCC methodology provides emission ratios that are multiplied by total C emitted.

The National Association of State Foresters (NASF) releases data on land under wildland protection every several years. In 2011, NASF released these data for the year 2008, which affected the ratio of forest land to land under wildland protection for the years 2007 through 2009. For each of these three years, the updated ratio decreased the forest area burned estimates for the lower forty-eight states by around 15 percent. See the explanation in Annex 3.12 for more details on how the forestland to land under wildland protection ratio is used to calculate forest fire emissions.

In previous Inventory reports, the methodology has assumed that the C density of forest areas burned in wild and prescribed fires does not vary between years. This assumption has been in contrast to the forest C stock estimates, which are updated annually for all years based on data from the USDA Forest Service. The methodology adopted for the current and previous Inventory improves the C density factors by incorporating dynamic C density values based on the annual C pool data provided by the USDA Forest Service for the years 1990 to 2011. As a result of this update, estimates of $CO_2$ and non-$CO_2$ emissions from wild and prescribed fires decreased by between 1 and 4 percent as compared to the estimates included in the previous Inventory. This decrease occurred because the dynamic C density values calculated were on average 1% lower (depending on the year) than the C density values previously used for the methodology. For more information on how C density contributes to estimates of emissions from forest fires, see Annex 3.12.

## Planned Improvements

The default combustion factor of 0.45 from IPCC (2006) was applied in estimating C emitted from both wildfires and prescribed fires. Additional research into the availability of a combustion factor specific to prescribed fires is being conducted.

# Direct N₂O Fluxes from Forest Soils (IPCC Source Category 5A1)

Of the synthetic nitrogen (N) fertilizers applied to soils in the United States, no more than one percent is applied to forest soils. Application rates are similar to those occurring on cropped soils, but in any given year, only a small proportion of total forested land receives N fertilizer. This is because forests are typically fertilized only twice during their approximately 40-year growth cycle (once at planting and once approximately 20 years later). Thus, while the rate of N fertilizer application for the area of forests that receives N fertilizer in any given year is relatively high, the average annual application is quite low as inferred by dividing all forest land that may undergo N fertilization at some point during its growing cycle by the amount of N fertilizer added to these forests in a given year. Direct $N_2O$ emissions from forest soils in 2011 were 0.4 Tg $CO_2$ Eq. (1 Gg). Emissions have increased by 455 percent from 1990 to 2011as a result of an increase in the area of N fertilized pine plantations in the southeastern United States and Douglas-fir timberland in western Washington and Oregon. Total forest soil $N_2O$ emissions are summarized in Table 7-16.

**Table 7-16: Direct N$_2$O Fluxes from Soils in *Forest Land Remaining Forest Land* (Tg CO$_2$ Eq. and Gg N$_2$O)**

| Year | Tg CO$_2$ Eq. | Gg |
|------|------|------|
| 1990 | 0.1 | 0.2 |
| 2005 | 0.4 | 1.2 |
| 2007 | 0.4 | 1.2 |
| 2008 | 0.4 | 1.2 |
| 2009 | 0.4 | 1.2 |
| 2010 | 0.4 | 1.2 |
| 2011 | 0.4 | 1.2 |

Note: These estimates include direct N$_2$O emissions from N fertilizer additions only. Indirect N$_2$O emissions from fertilizer additions are reported in the Agriculture chapter. These estimates include emissions from both *Forest Land Remaining Forest Land* and from *Land Converted to Forest Land*.

## Methodology

The IPCC Tier 1 approach was used to estimate N$_2$O from soils within *Forest Land Remaining Forest Land*. According to U.S. Forest Service statistics for 1996 (USDA Forest Service 2001), approximately 75 percent of trees planted were for timber, and about 60 percent of national total harvested forest area is in the southeastern United States. Although southeastern pine plantations represent the majority of fertilized forests in the United States, this Inventory also accounted for N fertilizer application to commercial Douglas-fir stands in western Oregon and Washington. For the Southeast, estimates of direct N$_2$O emissions from fertilizer applications to forests were based on the area of pine plantations receiving fertilizer in the southeastern United States and estimated application rates (Albaugh et al. 2007; Fox et al. 2007). Not accounting for fertilizer applied to non-pine plantations is justified because fertilization is routine for pine forests but rare for hardwoods (Binkley et al. 1995). For each year, the area of pine receiving N fertilizer was multiplied by the weighted average of the reported range of N fertilization rates (121 lbs. N per acre). Area data for pine plantations receiving fertilizer in the Southeast were not available for 2005, 2006, 2007 and 2008, so data from 2004 were used for these years. For commercial forests in Oregon and Washington, only fertilizer applied to Douglas-fir was accounted for, because the vast majority (~95 percent) of the total fertilizer applied to forests in this region is applied to Douglas-fir (Briggs 2007). Estimates of total Douglas-fir area and the portion of fertilized area were multiplied to obtain annual area estimates of fertilized Douglas-fir stands. The annual area estimates were multiplied by the typical rate used in this region (200 lbs. N per acre) to estimate total N applied (Briggs 2007), and the total N applied to forests was multiplied by the IPCC (2006) default emission factor of 1 percent to estimate direct N$_2$O emissions. The volatilization and leaching/runoff N fractions for forest land, calculated according to the IPCC default factors of 10 percent and 30 percent, respectively, were included with the indirect emissions in the Agricultural Soil Management source category (consistent with reporting guidance that all indirect emissions are included in the Agricultural Soil Management source category).

## Uncertainty and Time-Series Consistency

The amount of N$_2$O emitted from forests depends not only on N inputs and fertilized area, but also on a large number of variables, including organic C availability, oxygen gas partial pressure, soil moisture content, pH, temperature, and tree planting/harvesting cycles. The effect of the combined interaction of these variables on N$_2$O flux is complex and highly uncertain. IPCC (2006) does not incorporate any of these variables into the default methodology, except variation in estimated fertilizer application rates and estimated areas of forested land receiving N fertilizer. All forest soils are treated equivalently under this methodology. Furthermore, only synthetic N fertilizers are captured, so applications of organic N fertilizers are not estimated. However, the total quantity of

organic N inputs to soils is included in the Agricultural Soil Management and *Settlements Remaining Settlements* sections.

Uncertainties exist in the fertilization rates, annual area of forest lands receiving fertilizer, and the emission factors. Fertilization rates were assigned a default level[228] of uncertainty at ±50 percent, and area receiving fertilizer was assigned a ±20 percent according to expert knowledge (Binkley 2004). IPCC (2006) provided estimates for the uncertainty associated with direct $N_2O$ emission factor for synthetic N fertilizer application to soils. Quantitative uncertainty of this source category was estimated through the IPCC-recommended Tier 2 uncertainty estimation methodology. The uncertainty ranges around the 2005 activity data and emission factor input variables were directly applied to the 2011 emissions estimates. The results of the quantitative uncertainty analysis are summarized in Table 7-17. $N_2O$ fluxes from soils were estimated to be between 0.1 and 1.1 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 59 percent below and 211 percent above the 2011 emission estimate of 0.4 Tg $CO_2$ Eq.

**Table 7-17: Quantitative Uncertainty Estimates of N₂O Fluxes from Soils in *Forest Land Remaining Forest Land* (Tg CO₂ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg CO₂ Eq.) | Uncertainty Range Relative to Emission Estimate | | | |
|---|---|---|---|---|---|---|
| | | | (Tg CO₂ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Forest Land Remaining Forest Land: N₂O Fluxes from Soils | N₂O | 0.4 | 0.1 | 1.1 | -59% | +211% |

Note: This estimate includes direct $N_2O$ emissions from N fertilizer additions to both *Forest Land Remaining Forest Land* and *Land Converted to Forest Land*.

## Planned Improvements

State-level area data will be obtained for southeastern pine plantations and northwestern Douglas-fir forests to estimate soil $N_2O$ emission by state and provide information about regional variation in emission patterns.

# 7.3 Land Converted to Forest Land (IPCC Source Category 5A2)

Land-use change is constantly occurring, and areas under a number of differing land-use types are converted to forest each year, just as forest land is converted to other uses. However, the magnitude of these changes is not currently known. Given the paucity of available land-use information relevant to this particular IPCC source category, it is not possible to separate $CO_2$ or $N_2O$ fluxes on *Land Converted to Forest Land* from fluxes on *Forest Land Remaining Forest Land* at this time.

---

[228] Uncertainty is unknown for the fertilization rates so a conservative value of ±50% was used in the analysis.

# 7.4 Cropland Remaining Cropland (IPCC Source Category 5B1)

## Mineral and Organic Soil Carbon Stock Changes

Soils contain both organic and inorganic forms of C, but SOC stocks are the main source and sink for atmospheric $CO_2$ in most soils. Changes in inorganic C stocks are typically minor. In addition, SOC is the dominant organic C pool in cropland ecosystems, because biomass and dead organic matter have considerably less C and those pools are relatively ephemeral. IPCC (2006) recommends reporting changes in SOC stocks due to agricultural land-use and management activities on mineral and organic soils.[229]

Typical well-drained mineral soils contain from 1 to 6 percent organic C by weight, although mineral soils that are saturated with water for substantial periods during the year may contain significantly more C (NRCS 1999). Conversion of mineral soils from their native state to agricultural uses can cause as much as half of the SOC to be decomposed and the C lost to the atmosphere. The rate and ultimate magnitude of C loss will depend on pre-conversion conditions, conversion method and subsequent management practices, climate, and soil type. In the tropics, 40 to 60 percent of the C loss generally occurs within the first 10 years following conversion; C stocks continue to decline in subsequent decades but at a much slower rate. In temperate regions, C loss can continue for several decades, reducing stocks by 20 to 40 percent of native C levels. Eventually, the soil can reach a new equilibrium that reflects a balance between C inputs (e.g., decayed plant matter, roots, and organic amendments such as manure and crop residues) and C loss through microbial decomposition of organic matter. However, land use, management, and other conditions may change before the new equilibrium is reached. The quantity and quality of organic matter inputs and their rate of decomposition are determined by the combined interaction of climate, soil properties, and land use. Land use and agricultural practices such as clearing, drainage, tillage, planting, grazing, crop residue management, fertilization, and flooding can modify both organic matter inputs and decomposition, and thereby result in a net flux of C to or from the pool of soil C.

Organic soils, also referred to as histosols, include all soils with more than 12 to 20 percent organic C by weight, depending on clay content (NRCS 1999, Brady and Weil 1999). The organic layer of these soils can be very deep (i.e., several meters), forming under inundated conditions in which minimal decomposition of plant residue occurs. When organic soils are prepared for crop production, they are drained and tilled, leading to aeration of the soil, which accelerates the rate of decomposition and $CO_2$ emissions. Because of the depth and richness of the organic layers, C loss from drained organic soils can continue over long periods of time. The rate of $CO_2$ emissions varies depending on climate and composition (i.e., decomposability) of the organic matter. Also, the use of organic soils for annual crop production leads to higher C loss rates than drainage of organic soils in grassland or forests, due to deeper drainage and more intensive management practices in cropland (Armentano and Verhoeven 1990, as cited in IPCC/UNEP/OECD/IEA 1997). Carbon losses are estimated from drained organic soils under both grassland and cropland management in this Inventory.

*Cropland Remaining Cropland* includes all cropland in an inventory year that had been cropland for the last 20 years according to the USDA NRI land-use survey (USDA-NRCS 2009).[230] The inventory includes all privately-owned croplands in the conterminous United States and Hawaii, but there is a minor amount of cropland on federal lands that is not currently included in the estimation of C stock changes, leading to a discrepancy between the total amount of managed area in *Cropland Remaining Cropland* (see Section 7.1) and the cropland area included in the Inventory. It is important to note that plans are being made to include federal croplands in future C inventories.

---

[229] $CO_2$ emissions associated with liming are also estimated but are included in a separate section of the report.

[230] NRI points were classified according to land-use history records starting in 1982 when the NRI survey began, and consequently the classifications were based on less than 20 years from 1990 to 2001.

The area of *Cropland Remaining Cropland* changes through time as land is converted to or from cropland management. $CO_2$ emissions and removals[231] due to changes in mineral soil C stocks are estimated using a Tier 3 approach for the majority of annual crops. A Tier 2 IPCC method is used for the remaining crops (vegetables, tobacco, perennial/horticultural crops, and rice) not included in the Tier 3 method. In addition, a Tier 2 method is used for very gravelly, cobbly, or shaley soils (i.e., classified as soils that have greater than 35 percent of soil volume comprised of gravel, cobbles, or shale) and for additional changes in mineral soil C stocks that were not addressed with the Tier 3 approach (i.e., change in C stocks after 2003 due to Conservation Reserve Program enrollment). Emissions from organic soils are estimated using a Tier 2 IPCC method.

Of the two sub-source categories, land-use and land management of mineral soils was the most important component of total net C stock change in the early part of the time series, but emissions from organic soils nearly exceeded mineral soils in the latter part of the time series (see Table 7-18 and Table 7-19). In 2011, mineral soils were estimated to remove 29.7 Tg $CO_2$ Eq. (8.1 Tg C). This rate of C storage in mineral soils represented about a 51 percent decrease in the rate since the initial reporting year of 1990. Emissions from organic soils were 26.8 Tg $CO_2$ Eq. (7.3 Tg C) in 2011, which was similar to the emissions in 1990. In total, U.S. agricultural soils in *Cropland Remaining Cropland* sequestered approximately 2.9 Tg $CO_2$ Eq. (0.8 Tg C) in 2011.

**Table 7-18:  Net CO$_2$ Flux from Soil C Stock Changes in *Cropland Remaining Cropland* (Tg CO$_2$ Eq.)**

| Soil Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Mineral Soils | (60.4) | (47.1) | (33.4) | (32.0) | (31.4) | (29.8) | (29.7) |
| Organic Soils | 26.3 | 26.8 | 26.8 | 26.8 | 26.8 | 26.8 | 26.8 |
| **Total Net Flux** | **(34.1)** | **(20.3)** | **(6.6)** | **(5.2)** | **(4.6)** | **(3.0)** | **(2.9)** |

**Table 7-19:  Net CO$_2$ Flux from Soil C Stock Changes in *Cropland Remaining Cropland* (Tg C)**

| Soil Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Mineral Soils | (16.5) | (12.9) | (9.1) | (8.7) | (8.6) | (8.1) | (8.1) |
| Organic Soils | 7.2 | 7.3 | 7.3 | 7.3 | 7.3 | 7.3 | 7.3 |
| **Total Net Flux** | **(9.3)** | **(5.5)** | **(1.8)** | **(1.4)** | **(1.2)** | **(0.8)** | **(0.8)** |

The net reduction in soil C accumulation over the time series (51 percent lower for 2011, relative to 1990) was largely due to the declining influence of annual cropland enrolled in the Conservation Reserve Program, which began in the late 1980s. However, there were still positive increases in C stocks from land enrolled in the reserve program, as well as intensification of crop production by limiting the use of bare-summer fallow in semi-arid regions, increased hay production, and adoption of conservation tillage (i.e., reduced- and no-till practices).

The spatial variability in 2011 annual $CO_2$ flux associated with C stock changes in mineral and organic soils is displayed in Figure 7-5 and Figure 7-6. The highest rates of net C accumulation in mineral soils occurred in the Midwest, which is the area with the largest amounts of cropland managed with conservation tillage, and the south-central and northwest regions. Emissions from organic soils were highest in Southeastern Coastal Region (particularly Florida), upper Midwest and Northeast surrounding the Great Lakes, and the Pacific Coast (particularly California), coinciding with largest concentrations of organic soils in the United States that are used for agricultural production.

---

[231] Note that removals occur through crop and forage uptake of $CO_2$ into biomass C that is later incorporated into soil pools.

**Figure 7-5:  Total Net Annual CO$_2$ Flux for Mineral Soils under Agricultural Management within States, 2011, *Cropland Remaining Cropland***



**Figure 7-6:  Total Net Annual CO$_2$ Flux for Organic Soils under Agricultural Management within States, 2011, *Cropland Remaining Cropland***



Methodology

The following section includes a description of the methodology used to estimate changes in soil C stocks due to: (1) agricultural land-use and management activities on mineral soils; and (2) agricultural land-use and management activities on organic soils for *Cropland Remaining Cropland*.

Soil C stock changes were estimated for *Cropland Remaining Cropland* (as well as agricultural land falling into the IPCC categories *Land Converted to Cropland*, *Grassland Remaining Grassland*, and *Land Converted to Grassland*) according to land-use histories recorded in the USDA National Resources Inventory (NRI) survey (USDA-NRCS 2009).  The NRI is a statistically-based sample of all non-federal land, and includes approximately 529,558 points in agricultural land for the conterminous United States and Hawaii.[232] Each point is associated with an "expansion factor" that allows scaling of C stock changes from NRI points to the entire country (i.e., each expansion factor represents the amount of area with the same land-use/management history as the sample point).  Land-use and some management information (e.g., crop type, soil attributes, and irrigation) were originally collected for each NRI point on a 5-year cycle beginning in 1982.  For cropland, data were collected for 4 out of 5 years in the cycle (i.e., 1979-1982, 1984-1987, 1989-1992, and 1994-1997).  However, the NRI program began collecting annual data in 1998, and data are currently available through 2007.  NRI points were classified as *Cropland Remaining Cropland* in a given year between 1990 and 2007 if the land use had been cropland for 20 years.[233]  Cropland includes all land used to produce food and fiber, or forage that is harvested and used as feed (e.g., hay and silage).

---

[232] NRI points were classified as agricultural if under grassland or cropland management between 1990 and 2007.

[233]  NRI points were classified according to land-use history records starting in 1982 when the NRI survey began.  Therefore, the classification prior to 2002 was based on less than 20 years of recorded land-use history for the time series.

*Mineral Soil Carbon Stock Changes*

An IPCC Tier 3 model-based approach was applied to estimate C stock changes for mineral soils used to produce a majority of annual crops in the United States (Ogle et al. 2010), including alfalfa hay, barley, corn, cotton, dry beans, grass hay, grass-clover hay, oats, onions, peanuts, potatoes, rice, sorghum, soybeans, sugar beets, sunflowers, tomatoes, and wheat.  The model-based approach uses the DAYCENT biogeochemical model (Parton et al. 1998; Del Grosso et al. 2001, 2011) to estimate soil C stock changes and soil nitrous oxide emissions from agricultural soil management.  Carbon and N dynamics are linked in plant-soil systems through biogeochemical processes of microbial decomposition and plant production (McGill and Cole 1981).  Coupling the two source categories (i.e., agricultural soil C and $N_2O$) in a single inventory analysis ensures that there is a consistent treatment of the processes and interactions are taken into account between C and N cycling in soils.

The remaining crops on mineral soils were estimated using an IPCC Tier 2 method (Ogle et al. 2003), including some vegetables, tobacco, perennial/horticultural crops, and crops that are rotated with these crops.  The Tier 2 method was also used for very gravelly, cobbly, or shaley soils (greater than 35 percent by volume).  Mineral SOC stocks were estimated using a Tier 2 method for these areas because the DAYCENT model, which is used for the Tier 3 method, has not been fully tested to address its adequacy for estimating C stock changes associated with certain crops and rotations, as well as cobbly, gravelly, or shaley soils.  An additional stock change calculation was made for mineral soils using Tier 2 emission factors, accounting for enrollment patterns in the Conservation Reserve Program after 2007, which was not addressed by the Tier 3 method.

Further elaboration on the methodology and data used to estimate stock changes from mineral soils are described below and in Annex 3.11.

*Tier 3 Approach*

Mineral SOC stocks and stock changes were estimated using the DAYCENT biogeochemical model (Parton et al. 1998; Del Grosso et al. 2001, 2011), which simulates the dynamics of C and other elements in cropland, grassland, forest, and savanna ecosystems.  The DAYCENT model utilizes the soil C modeling framework developed in Century model (Parton et al. 1987, 1988, 1994; Metherell et al. 1993), but has been refined to simulate dynamics at a daily time-step.  Crop production is simulated with NASA-CASA production algorithm (Potter et al.1993, Potter et al. 2007) using the MODIS Enhanced Vegetation Index (EVI) products, MOD13Q1 and MYD13Q1, with a pixel resolution of 250m. A prediction algorithm was developed to estimate EVI (Gurung et al. 2009) for gap-filling during years over the inventory time series when EVI data were not available (e.g., data from the MODIS sensor were only available 2000 following the launch of the Aqua and Terra Satellites). The modeling approach uses daily weather data as an input, along with information about soil physical properties.  Input data on land use and management are specified at a daily resolution and include land-use type, crop/forage type, and management activities (e.g., planting, harvesting, fertilization, manure amendments, tillage, irrigation, residue removal, grazing, and fire).  The model computes net primary productivity and C additions to soil, soil temperature, and water dynamics, in addition to turnover, stabilization, and mineralization of soil organic matter C and nutrient (N, P, K, S) elements.  This method is more accurate than the Tier 1 and 2 approaches provided by the IPCC, because the simulation model treats changes as continuous over time rather than the simplified discrete changes represented in the default method (see  Box 7-3 for additional information).  National estimates were obtained by simulating historical land-use and management patterns as recorded in the USDA National Resources Inventory (NRI) survey.

## Box 7-3: Tier 3 Approach for Soil C Stocks Compared to Tier 1 or 2 Approaches

A Tier 3 model-based approach is used to estimate soil C stock changes on the majority of agricultural land with mineral soils.  This approach entails several fundamental differences compared to the IPCC Tier 1 or 2 methods, which classify land areas into a number of discrete classes based on a highly aggregated classification of climate, soil, and management (i.e., only six climate regions, seven soil types and eleven management systems occur in U.S. agricultural land under the IPCC classification).  Input variables to the Tier 3 model, including climate, soils, and management activities (e.g., fertilization, crop species, tillage, etc.), are represented in considerably more detail both temporally and spatially, and exhibit multi-dimensional interactions through the more complex model structure compared with the IPCC Tier 1 or 2 approach.  The spatial resolution of the analysis is also finer in the Tier 3

method compared to the lower tier methods as implemented in the United States for previous Inventories (e.g., 3,037 counties versus 181 Major Land Resource Areas (MLRAs), respectively).

The Tier 3 model simulates a continuous time period rather than the equilibrium step change used in the IPCC methodology (Tier 1 and 2). More specifically, the DAYCENT model (i.e., daily time-step version of the Century model) simulates soil C dynamics (and $CO_2$ emissions and uptake) on a daily time step based on C emissions and removals resulting from plant production and decomposition processes. The changes in soil C stocks are influenced by not only changes in land use and management but also weather variability and secondary feedbacks between management activities, climate, and soils, as they affect primary production and decomposition. This latter characteristic constitutes one of the greatest differences between the methods, and forms the basis for a more complete accounting of soil C stock changes in the Tier 3 approach compared with Tier 2 methodology. Consequently, delayed responses can occur due to variable weather patterns and other environmental constraints that interact with land use and management and affect the time frame over which stock changes occur in response to management decisions.

Additional sources of activity data were used to supplement the land-use information from NRI. The Conservation Technology Information Center (CTIC 2004) provided annual data on tillage activity at the county level since 1989, with adjustments for long-term adoption of no-till agriculture (Towery 2001). Information on fertilizer use and rates by crop type for different regions of the United States were obtained primarily from the USDA Economic Research Service Cropping Practices Survey (USDA-ERS 1997, 2011) with additional data from other sources, including the National Agricultural Statistics Service (NASS 1992, 1999, 2004). Frequency and rates of manure application to cropland during 1997 were estimated from data compiled by the USDA Natural Resources Conservation Service (Edmonds et al. 2003), and then adjusted using county-level estimates of manure available for application in other years. Specifically, county-scale ratios of manure available for application to soils in other years relative to 1997 were used to adjust the area amended with manure (see Annex 3.11 for further details). Greater availability of managed manure N relative to 1997 was, thus, assumed to increase the area amended with manure, while reduced availability of manure N relative to 1997 was assumed to reduce the amended area. Data on the county-level N available for application were estimated for managed systems based on the total amount of N excreted in manure minus N losses during storage and transport, and including the addition of N from bedding materials. Nitrogen losses include direct $N_2O$ emissions, volatilization of ammonia and $NO_x$, runoff and leaching, and poultry manure used as a feed supplement. For unmanaged systems, it is assumed that no N losses or additions occur prior to the application of manure to the soil. More information on livestock manure production is available in the Manure Management, Section 6.2, and Annex 3.10.

Daily weather data were used as an input in the model simulations, based on gridded weather data at a 32 km scale from the North America Regional Reanalysis Product (NARR) (Mesinger et al. 2006). Soil attributes were obtained from the Soil Survey Geographic Database (SSURGO) (Soil Survey Staff 2011). The carbon dynamics at each NRI point was simulated 100 times as part of the uncertainty assessment, yielding a total of over 18 million simulation runs for the analysis. Carbon stock estimates from DAYCENT were adjusted using a structural uncertainty estimator accounting for uncertainty in model algorithms and parameter values (Ogle et al. 2007, 2010). Carbon stocks and 95 percent confidence intervals were estimated for each year between 1990 and 2007, but C stock changes from 2008 to 2011 were assumed to be similar to 2007 because no additional activity data are currently available from the NRI for the latter years.

*Tier 2 Approach*

In the IPCC Tier 2 method, data on climate, soil types, land-use, and land management activity were used to classify land area to apply specific stock change factors. MLRAs formed the base spatial unit for mapping climate regions in the United States; each MLRA represents a geographic unit with relatively similar soils, climate, water resources, and land uses (NRCS 1981). MLRAs were classified into climate regions according to the IPCC categories using the PRISM climate database of Daly et al. (1994).

Reference C stocks were estimated using the National Soil Survey Characterization Database (NRCS 1997) with cultivated cropland as the reference condition, rather than native vegetation as used in IPCC (2003, 2006). Changing the reference condition was necessary because soil measurements under agricultural management are

much more common and easily identified in the National Soil Survey Characterization Database (NRCS 1997) than native reference conditions.

U.S.-specific stock change factors were derived from published literature to determine the impact of management practices on SOC storage, including changes in tillage, cropping rotations and intensification, and land-use change between cultivated and uncultivated conditions (Ogle et al. 2003, Ogle et al. 2006).  U.S. factors associated with organic matter amendments were not estimated because there were an insufficient number of studies to analyze those impacts.  Instead, factors from IPCC (2003) were used to estimate the effect of those activities.

Activity data were primarily based on the historical land-use/management patterns recorded in the NRI.  Each NRI point was classified by land use, soil type, climate region (using PRISM data, Daly et al. 1994) and management condition.  Classification of cropland area by tillage practice was based on data from the Conservation Technology Information Center (CTIC 2004, Towery 2001) as described above.  Activity data on wetland restoration of Conservation Reserve Program land were obtained from Euliss and Gleason (2002).  Manure N amendments over the inventory time period were based on application rates and areas amended with manure N from Edmonds et al. (2003), in addition to the managed manure production data discussed in the previous methodology subsection on the Tier 3 analysis for mineral soils.

Combining information from these data sources, SOC stocks for mineral soils were estimated 50,000 times for 1982, 1992, 1997, 2002 and 2007, using a Monte Carlo stochastic simulation approach and probability distribution functions for U.S.-specific stock change factors, reference C stocks, and land-use activity data (Ogle et al. 2002, Ogle et al. 2003, Ogle et al. 2006).  The annual C flux for 1990 through 1992 was determined by calculating the average annual change in stocks between 1982 and 1992; annual C flux for 1993 through 1997 was determined by calculating the average annual change in stocks between 1992 and 1997; annual C flux for 1998 through 2002 was determined by calculating the average annual change in stocks between 1998 and 2002; and annual C flux from 2003 through 2011 was determined by calculating the average annual change in stocks between 2003 and 2007.

*Additional Mineral C Stock Change*

Annual C flux estimates for mineral soils between 2008 and 2011 were adjusted to account for additional C stock changes associated with gains or losses in soil C after 2007 due to changes in Conservation Reserve Program enrollment.  The change in enrollment acreage relative to 2007 was based on data from USDA-FSA (2012) for 2008 through 2011, and the differences in mineral soil areas were multiplied by 0.5 metric tons C per hectare per year to estimate the net effect on soil C stocks.  The stock change rate is based on country-specific factors and the IPCC default method (see Annex 3.11 for further discussion).

*Organic Soil Carbon Stock Changes*

Annual C emissions from drained organic soils in *Cropland Remaining Cropland* were estimated using the Tier 2 method provided in IPCC (2003, 2006), with U.S.-specific C loss rates (Ogle et al. 2003) rather than default IPCC rates.  The final estimates included a measure of uncertainty as determined from the Monte Carlo Stochastic Simulation with 50,000 iterations.  Emissions were based on the 1992, 1997, 2002 and 2007 *Cropland Remaining Cropland* areas from the 2007 *National Resources Inventory* (USDA-NRCS 2009).  The annual emissions estimated for 1992 was applied to 1990 through 1992; annual emissions estimated for 1997 was applied to 1993 through 1997; annual emissions estimated for 2002 was applied to 1998 through 2002; and annual emissions estimated for 2007 was applied to 2003 through 2011.

# Uncertainty and Time-Series Consistency

Uncertainty associated with the *Cropland Remaining Cropland* land-use category was addressed for changes in agricultural soil C stocks (including both mineral and organic soils).  Uncertainty estimates are presented in Table 7-20 for each subsource (mineral soil C stocks and organic soil C stocks) and method that was used in the inventory analysis (i.e., Tier 2 and Tier 3).  Uncertainty for the portions of the Inventory estimated with Tier 2 and 3 approaches was derived using a Monte Carlo approach (see Annex 3.11 for further discussion).  Uncertainty estimates from each approach were combined using the error propagation equation in accordance with IPCC (2006).  The combined uncertainty was calculated by taking the square root of the sum of the squares of the standard deviations of the uncertain quantities.  More details on how the individual uncertainties were developed are in Annex 3.11.  The combined uncertainty for soil C stocks in *Cropland Remaining Cropland* ranged from 1160

percent below to 596 percent above the 2011 stock change estimate of 2.9 Tg $CO_2$ Eq. The large relative uncertainty is due to the small net flux estimate in 2011.

**Table 7-20: Tier 2 Quantitative Uncertainty Estimates for Soil C Stock Changes occurring within *Cropland Remaining Cropland* (Tg $CO_2$ Eq. and Percent)**

| Source | 2011 Flux Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Flux Estimate | | | |
|---|---|---|---|---|---|
| | | (Tg $CO_2$ Eq.) | | (%) | |
| | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Mineral Soil C Stocks: Cropland Remaining Cropland, Tier 3 Inventory Methodology* | (30.6) | (62.3) | (19.0) | -104% | 38% |
| Mineral Soil C Stocks: Cropland Remaining Cropland, Tier 2 Inventory Methodology | (2.8) | (5.1) | (0.9) | -80% | 68% |
| Mineral Soil C Stocks: Cropland Remaining Cropland (Change in CRP enrollment relative to 2003) | 3.7 | 1.9 | 5.6 | -50% | 50% |
| Organic Soil C Stocks: Cropland Remaining Cropland, Tier 2 Inventory Methodology | 26.8 | 17.7 | 39.0 | -34% | 46% |
| **Combined Uncertainty for Flux associated with Agricultural Soil Carbon Stock Change in Cropland Remaining Cropland** | **(2.9)** | **(36.0)** | **14.2** | **-1160%** | **596%** |

Methodological recalculations were applied to the entire time series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Recalculations Discussion

Methodological recalculations in this year's inventory were associated with the following improvements: 1) use of the DAYCENT biogeochemical model to estimate SOC stock changes for the Tier 3 method; 2) incorporation of MODIS Enhanced Vegetation Index to estimate crop production and subsequent C input to the soil; 3) incorporation of new activity data from the National Resources Inventory (NRI), extending the time series through 2007 (USDA-NRCS 2009); 4) recalculation of the Tier 2 portion of the inventory with the new NRI activity data; 5) extension of the tillage activity dataset with statistics from Conservation Technology and Information Center (CTIC 2004); 6) including more crops in the Tier 3 method application that had been part of the Tier 2 method in the previous Inventory (i.e., dry beans, onions, peanuts, potatoes, rice, sugar beets, sunflowers, and tomatoes); and 7) extension of the N fertilizer activity data with new USDA statistics on fertilizer use through 2009 (USDA-ERS 2011). SOC stock changes declined by 2.1 Tg $CO_2$ eq. on average over the time series as a result of these improvements in the Inventory. The largest changes in SOC trends tended to occur after 2002, and are attributed to the new NRI and tillage data (the previous Inventory was based on a time series of activity data that ended in 2003). However, improved estimation of C dynamics associated with the new DAYCENT model also had a significant effect on the recalculation for *Cropland Remaining Cropland*.

## QA/QC and Verification

Quality control measures included checking input data, model scripts, and results to ensure data were properly handled throughout the inventory process. DAYCENT simulations had errors in crop harvest indices that were corrected. Inventory reporting forms and text were reviewed and revised as needed to correct transcription errors. One of the key quality control issues was an under-estimation of C stocks in the DAYCENT model due to higher than expected decomposition rates. The model was re-parameterized to correct this error and accurately represent soil C dynamics. As discussed in the uncertainty section, results were compared to field measurements, and a

statistical relationship was developed to assess uncertainties in the model's predictive capability. The comparisons included over 45 long-term experiments, representing about 800 combinations of management treatments across all of the sites (Ogle et al. 2007) (See Annex 3.11 for more information).

## Planned Improvements

An automated quality assurance/quality control system is currently under development for the Tier 3 method that is used to estimate the majority of emissions associated with this source category. Currently, quality control is conducted by manual graphing and queries to determine if values are outside of an expected range. The new system will automatically create graphs, maps and conduct range checking to improve efficiency in this important step for the inventory analysis. This development will ensure a more thorough review of the inventory results.

# $CO_2$ Emissions from Agricultural Liming

IPCC (2006) recommends reporting $CO_2$ emissions from lime additions (in the form of crushed limestone ($CaCO_3$) and dolomite ($CaMg(CO_3)_2$) to agricultural soils. Limestone and dolomite are added by land managers to ameliorate acidification. When these compounds come in contact with acid soils, they degrade, thereby generating $CO_2$. The rate and ultimate magnitude of degradation of applied limestone and dolomite depends on the soil conditions, climate regime, and the type of mineral applied. Emissions from liming have fluctuated over the past nineteen years, ranging from 3.7 Tg $CO_2$ Eq. to 5.0 Tg $CO_2$ Eq. In 2011, liming of agricultural soils in the United States resulted in emissions of 4.5 Tg $CO_2$ Eq. (1.2 Tg C), representing about a 5 percent decrease in emissions since 1990 (see Table 7-21 and Table 7-22). The trend is driven entirely by the amount of lime and dolomite estimated to have been applied to soils over the time period.

**Table 7-21: Emissions from Liming of Agricultural Soils (Tg $CO_2$ Eq.)**

| Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Liming of Soils[a] | 4.7 | 4.3 | 4.5 | 5.0 | 3.7 | 4.7 | 4.5 |

[a] Also includes emissions from liming on *Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland,* and *Settlements Remaining Settlements.*

**Table 7-22: Emissions from Liming of Agricultural Soils (Tg C)**

| Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Liming of Soils[a] | 1.3 | 1.2 | 1.2 | 1.4 | 1.0 | 1.3 | 1.2 |

[a] Also includes emissions from liming on *Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland,* and *Settlements Remaining Settlements.*

## Methodology

$CO_2$ emissions from degradation of limestone and dolomite applied to agricultural soils were estimated using a Tier 2 methodology consistent with IPCC (2006). The annual amounts of limestone and dolomite applied (see Table 7-23) were multiplied by $CO_2$ emission factors from West and McBride (2005). These emission factors (0.059 metric ton C/metric ton limestone, 0.064 metric ton C/metric ton dolomite) are lower than the IPCC default emission factors because they account for the portion of agricultural lime that may leach through the soil and travel by rivers to the ocean (West and McBride 2005). This analysis of lime dissolution is based on liming occurring in the Mississippi River basin, where the vast majority of all U.S. liming takes place (West 2008). U.S. liming that does not occur in the Mississippi River basin tends to occur under similar soil and rainfall regimes, and, thus, the emission factor is appropriate for use across the United States (West 2008). The annual application rates of limestone and dolomite were derived from estimates and industry statistics provided in the *Minerals Yearbook* and *Mineral Industry Surveys* (Tepordei 1993 through 2006; Willett 2007a, b, 2009 through 2011b; USGS 2008 through

2012).  To develop these data, the U.S. Geological Survey (USGS; U.S. Bureau of Mines prior to 1997) obtained production and use information by surveying crushed stone manufacturers.  Because some manufacturers were reluctant to provide information, the estimates of total crushed limestone and dolomite production and use were divided into three components: (1) production by end-use, as reported by manufacturers (i.e., "specified" production); (2) production reported by manufacturers without end-uses specified (i.e., "unspecified" production); and (3) estimated additional production by manufacturers who did not respond to the survey (i.e., "estimated" production).

The "unspecified" and "estimated" amounts of crushed limestone and dolomite applied to agricultural soils were calculated by multiplying the percentage of total "specified" limestone and dolomite production applied to agricultural soils by the total amounts of "unspecified" and "estimated" limestone and dolomite production.  In other words, the proportion of total "unspecified" and "estimated" crushed limestone and dolomite that was applied to agricultural soils (as opposed to other uses of the stone) was assumed to be proportionate to the amount of "specified" crushed limestone and dolomite that was applied to agricultural soils.  In addition, data were not available for 1990, 1992, and 2011 on the fractions of total crushed stone production that were limestone and dolomite, and on the fractions of limestone and dolomite production that were applied to soils. To estimate the 1990 and 1992 data, a set of average fractions were calculated using the 1991 and 1993 data.  These average fractions were applied to the quantity of "total crushed stone produced or used" reported for 1990 and 1992 in the 1994 *Minerals Yearbook* (Tepordei 1996).  To estimate 2011 data, 2010 fractions were applied to a 2011 estimate of total crushed stone presented in the USGS *Mineral Industry Surveys: Crushed Stone and Sand and Gravel in the First Quarter of 2012* (USGS 2012); thus, the 2011 data in Table 7-21 through Table 7-23 are shaded to indicate that they are based on a combination of data and projections.

The primary source for limestone and dolomite activity data is the *Minerals Yearbook*, published by the Bureau of Mines through 1994 and by the USGS from 1995 to the present.  In 1994, the "Crushed Stone" chapter in the *Minerals Yearbook* began rounding (to the nearest thousand metric tons) quantities for total crushed stone produced or used.  It then reported revised (rounded) quantities for each of the years from 1990 to 1993.  In order to minimize the inconsistencies in the activity data, these revised production numbers have been used in all of the subsequent calculations.  Since limestone and dolomite activity data are also available at the state level, the national-level estimates reported here were broken out by state, although state-level estimates are not reported here.

**Table 7-23: Applied Minerals (Million Metric Tons)**

| Mineral | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---------|------|------|------|------|------|------|------|
| Limestone | 19.01 | 18.09 | 17.46 | 20.46 | 15.66 | 20.05 | 19.05 |
| Dolomite | 2.36 | 1.85 | 2.92 | 2.55 | 1.20 | 1.50 | 1.42 |

Note: Data represent amounts applied to *Cropland Remaining Cropland, Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland,* and *Settlements Remaining Settlements.*

## Uncertainty and Time-Series Consistency

Uncertainty regarding limestone and dolomite activity data inputs was estimated at ±15 percent and assumed to be uniformly distributed around the inventory estimate (Tepordei 2003b).  Analysis of the uncertainty associated with the emission factors included the following: the fraction of agricultural lime dissolved by nitric acid versus the fraction that reacts with carbonic acid, and the portion of bicarbonate that leaches through the soil and is transported to the ocean.  Uncertainty regarding the time associated with leaching and transport was not accounted for, but should not change the uncertainty associated with $CO_2$ emissions (West 2005).  The uncertainties associated with the fraction of agricultural lime dissolved by nitric acid and the portion of bicarbonate that leaches through the soil were each modeled as a smoothed triangular distribution between ranges of zero percent to 100 percent.  The uncertainty surrounding these two components largely drives the overall uncertainty estimates reported below.  More information on the uncertainty estimates for Liming of Agricultural Soils is contained within the Uncertainty Annex.

A Monte Carlo (Tier 2) uncertainty analysis was applied to estimate the uncertainty of $CO_2$ emissions from liming.  The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 7-24.  Carbon dioxide emissions from Liming of Agricultural Soils in 2011 were estimated to be between 0.25 and 9.24 Tg $CO_2$ Eq. at the 95 percent

confidence level.  This indicates a range of 94 percent below to 112 percent above the 2011 emission estimate of 4.5 Tg $CO_2$ Eq.

**Table 7-24: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Emissions from Liming of Agricultural Soils (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emissions Estimate[a] | | | |
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Liming of Agricultural Soils[1] | $CO_2$ | 4.5 | 0.3 | 9.2 | -94% | +112% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

[1] Also includes emissions from liming on *Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland,* and *Settlements Remaining Settlements.*

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011.  Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

A QA/QC analysis was performed for data gathering and input, documentation, and calculation.  The QA/QC analysis did not reveal any inaccuracies or incorrect input values.

## Recalculations Discussion

Several adjustments were made in the current Inventory to improve the results.  The quantity of applied minerals reported in the previous Inventory for 2009 has been revised; the updated activity data for 2009 for limestone are approximately 76 thousand metric tons greater and the 2009 data for dolomite are approximately 110 thousand metric tons less than the data used for the previous Inventory.  Consequently, the reported emissions resulting from liming in 2009 decreased by about 0.8 percent. In the previous Inventory, to estimate 2010 data, 2009 fractions were applied to a 2010 estimate of total crushed stone presented in the USGS *Mineral Industry Surveys: Crushed Stone and Sand and Gravel in the First Quarter of 2011* (USGS 2011).  Since publication of the previous Inventory, the *Minerals Yearbook* has published actual quantities of crushed stone sold or used by producers in the United States in 2010.  These values have replaced those used in the previous Inventory to calculate the quantity of minerals applied to soil and the emissions from liming.  The updated activity data for 2011 are approximately 3,605 thousand metric tons greater than the data used in the previous Inventory. As a result, the reported emissions from liming in 2010 increased by about 20 percent.

# $CO_2$ Emissions from Urea Fertilization

The use of urea ($CO(NH_2)_2$) as fertilizer leads to emissions of $CO_2$ that was fixed during the industrial production process.  Urea in the presence of water and urease enzymes is converted into ammonium ($NH_4^+$), hydroxyl ion (OH), and bicarbonate ($HCO_3^-$).  The bicarbonate then evolves into $CO_2$ and water.  Emissions from urea fertilization in the United States totaled 3.7 Tg $CO_2$ Eq. (1.0 Tg C) in 2011 (Table 7-25 and Table 7-26). Emissions from urea fertilization have grown 52 percent between 1990 and 2011, due to an increase in the use of urea as fertilizer.

**Table 7-25: $CO_2$ Emissions from Urea Fertilization in *Cropland Remaining Cropland* (Tg $CO_2$ Eq.)**

| Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Urea Fertilization[a] | 2.4 | 3.5 | 3.8 | 3.6 | 3.6 | 3.7 | 3.7 |

[a] Also includes emissions from urea fertilization on *Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland, Settlements Remaining Settlements*, and *Forest Land Remaining Forest Land*.

**Table 7-26: CO$_2$ Emissions from Urea Fertilization in *Cropland Remaining Cropland* (Tg C)**

| Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Urea Fertilization[a] | 0.7 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |

[a] Also includes emissions from urea fertilization on *Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland, Settlements Remaining Settlements*, and *Forest Land Remaining Forest Land*.

## Methodology

Carbon dioxide emissions from the application of urea to agricultural soils were estimated using the IPCC (2006) Tier 1 methodology. The annual amounts of urea fertilizer applied (see Table 7-27) were derived from state-level fertilizer sales data provided in *Commercial Fertilizers* (TVA 1991, 1992, 1993, 1994; AAPFCO 1995 through 2011b) and were multiplied by the default IPCC (2006) emission factor of 0.20, which is equal to the C content of urea on an atomic weight basis. Because fertilizer sales data are reported in fertilizer years (July through June), a calculation was performed to convert the data to calendar years (January through December). According to historic monthly fertilizer use data (TVA 1992b), 65 percent of total fertilizer used in any fertilizer year is applied between January and June of that calendar year, and 35 percent of total fertilizer used in any fertilizer year is applied between July and December of the previous calendar year. Fertilizer sales data for the 2011 fertilizer year were not available in time for publication. Accordingly, urea application in the 2011 fertilizer year was assumed to be equal to that of the 2010 fertilizer year. Since 2012 fertilizer year data were not available, July through December 2011 fertilizer consumption was estimated by calculating the percent change in urea use from January through June 2010 to January through June 2011. For this Inventory, because fertilizer year 2011 activity data were set equal to 2010 activity data, this percent change was zero. This percent change was then multiplied by the July through December 2010 data to estimate July through December 2011 fertilizer use; thus, the 2011 data in Table 7-25 through Table 7-27 are shaded to indicate that they are based on a combination of data and projections. State-level estimates of CO$_2$ emissions from the application of urea to agricultural soils were summed to estimate total emissions for the entire United States.

**Table 7-27: Applied Urea (Million Metric Tons)**

| | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Urea Fertilizer[1] | 3.30 | 4.78 | 5.12 | 4.93 | 4.86 | 4.99 | 4.99 |

[1] These numbers represent amounts applied to all agricultural land, including *Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland, Settlements Remaining Settlements*, and *Forest Land Remaining Forest Land*.

## Uncertainty and Time-Series Consistency

Uncertainty estimates are presented in Table 7-28 for Urea Fertilization. A Tier 2 Monte Carlo analysis was completed. The largest source of uncertainty was the default emission factor, which assumes that 100 percent of the C applied to soils is ultimately emitted into the environment as CO$_2$. This factor does not incorporate the possibility that some of the C may be retained in the soil. The emission estimate is, therefore, likely to be high. In addition, each urea consumption data point has an associated uncertainty. Urea for non-fertilizer use, such as aircraft deicing, may be included in consumption totals; it was determined through personal communication with Fertilizer Regulatory Program Coordinator David L. Terry (2007), however, that this amount is most likely very small.

Research into aircraft deicing practices also confirmed that urea is used minimally in the industry; a 1992 survey found a known annual usage of approximately 2,000 tons of urea for deicing; this would constitute 0.06 percent of the 1992 consumption of urea (EPA 2000). Similarly, surveys conducted from 2002 to 2005 indicate that total urea use for deicing at U.S. airports is estimated to be 3,740 MT per year, or less than 0.07 percent of the fertilizer total for 2007 (Itle 2009). Lastly, there is uncertainty surrounding the assumptions behind the calculation that converts fertilizer years to calendar years. Carbon dioxide emissions from urea fertilization of agricultural soils in 2011 were estimated to be between 2.1 and 3.8 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of 42 percent below to 4 percent above the 2011 emission estimate of 3.7 Tg $CO_2$ Eq.

**Table 7-28: Quantitative Uncertainty Estimates for $CO_2$ Emissions from Urea Fertilization (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emissions Estimate[a] | | | |
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| --- | --- | --- | --- | --- | --- | --- |
| Urea Fertilization | $CO_2$ | 3.7 | 2.1 | 3.8 | -42% | +4% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Note: These numbers represent amounts applied to all agricultural land, *including Land Converted to Cropland, Grassland Remaining Grassland, Land Converted to Grassland, Settlements Remaining Settlements*, and *Forest Land Remaining Forest Land.*

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

A QA/QC analysis was performed for data gathering and input, documentation, and calculation. Inventory reporting forms and text were reviewed. No errors were found.

## Recalculations Discussion

In the current Inventory, July to December 2010 urea application data were updated with assumptions for fertilizer year 2011, and the 2010 emission estimate was revised accordingly. The activity data decreased by about 655,000 metric tons for 2010 and this change resulted in an approximately 11.6 percent decrease in emissions in 2010 relative to the previous Inventory.

## Planned Improvements

The primary planned improvement is to investigate using a Tier 2 or Tier 3 approach, which would utilize country-specific information to estimate a more precise emission factor.

# 7.5 Land Converted to Cropland (IPCC Source Category 5B2)

*Land Converted to Cropland* includes all cropland in an inventory year that had been another land use at any point during the previous 20 years according to the USDA NRI land-use survey (USDA-NRCS 2009).[234] Consequently, lands are retained in this category for 20 years as recommended by the IPCC guidelines (IPCC 2006) unless there is another land-use change. The inventory includes all privately-owned croplands in the conterminous United States and Hawaii, but there is a minor amount of cropland on federal lands that is not currently included in the estimation of C stock changes, leading to a discrepancy between the total amount of managed area in *Land Converted to Cropland* (see Section 7.1) and the cropland area included in the inventory.

Background on agricultural C stock changes is provided in *Cropland Remaining Cropland* and will only be summarized here for *Land Converted to Cropland*. Soils are the largest pool of C in agricultural land, and also have the greatest potential for storage or release of C, because biomass and dead organic matter C pools are relatively small and ephemeral compared with soils. The IPCC (2006) recommends reporting changes in SOC stocks due to (1) agricultural land-use and management activities on mineral soils, and (2) agricultural land-use and management activities on organic soils.[235]

Land-use and management of mineral soils in *Land Converted to Cropland* led to losses of C throughout the time series (Table 7-29 and Table 7-30). The total rate of change in soil C stocks was 14.5 Tg $CO_2$ Eq. (4.0 Tg C) in 2011. Mineral soils were estimated to lose 13.4 Tg $CO_2$ Eq. (3.6 Tg C) in 2011, while drainage and cultivation of organic soils led to an annual loss of 1.1 Tg $CO_2$ Eq. (0.3 Tg C) in 2011.

**Table 7-29:  Net $CO_2$ Flux from Soil C Stock Changes in Land *Converted to Cropland* (Tg $CO_2$ Eq.)**

| Soil Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Mineral Soils | 18.9 | 12.4 | 13.4 | 13.4 | 13.4 | 13.4 | 13.4 |
| Organic Soils | 2.2 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 |
| **Total Net Flux** | **21.0** | **13.5** | **14.5** | **14.5** | **14.5** | **14.5** | **14.5** |

**Table 7-30:  Net $CO_2$ Flux from Soil C Stock Changes in *Land Converted to Cropland* (Tg C)**

| Soil Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Mineral Soils | 5.1 | 3.4 | 3.6 | 3.6 | 3.6 | 3.6 | 3.6 |
| Organic Soils | 0.6 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| **Total Net Flux** | **5.7** | **3.7** | **4.0** | **4.0** | **4.0** | **4.0** | **4.0** |

The spatial variability in 2011 annual $CO_2$ flux associated with C stock changes in mineral and organic soils for *Land Converted to Cropland* is displayed in Figure 7-7 and Figure 7-8. The largest losses occurred in the southwestern and Northeastern US. Conversion of grassland to cropland in these regions led to enhanced decomposition of soil organic matter with cultivation and a net loss of carbon from the soil. Emissions from organic soils were largest in the Southeastern Coastal Region (particularly Florida), the upper Midwest and Northeast surrounding the Great Lakes, in addition to the Pacific Coastal Region, which coincides with areas that have a large concentration of cultivated organic soils in the United States.

---

[234] NRI points were classified according to land-use history records starting in 1982 when the NRI survey began, and consequently the classifications were based on less than 20 years from 1990 to 2001.

[235] $CO_2$ emissions associated with liming are also estimated but included in 7.4 Cropland Remaining Cropland.

**Figure 7-7:  Total Net Annual CO$_2$ Flux for Mineral Soils under Agricultural Management within States, 2011,** *Land Converted to Cropland*



**Figure 7-8: Total Net Annual CO$_2$ Flux for Organic Soils under Agricultural Management within States, 2011,** *Land Converted to Cropland*



Note: Values greater than zero represent emissions.

# Methodology

The following section includes a brief description of the methodology used to estimate changes in soil C stocks due to agricultural land-use and management activities on mineral and organic soils for *Land Converted to Cropland*. Biomass C stock changes are not explicitly included in this category but biomass C losses associated with conversion of forest to grassland are included in the *Forest Land Remaining Forest Land* section. Further elaboration on the methodologies and data used to estimate stock changes for mineral and organic soils are provided in the *Cropland Remaining Cropland* section and Annex 3.11.

Soil C stock changes were estimated for *Land Converted to Cropland* according to land-use histories recorded in the USDA NRI survey (USDA-NRCS 2009). Land-use and some management information (e.g., crop type, soil attributes, and irrigation) were originally collected for each NRI point on a 5-year cycle beginning in 1982. However, the NRI program initiated annual data collection in 1998, and the annual data are currently available through 2007. NRI points were classified as *Land Converted to Cropland* in a given year between 1990 and 2007 if the land use was cropland but had been another use during the previous 20 years. Cropland includes all land used to produce food or fiber, or forage that is harvested and used as feed (e.g., hay and silage).

## Mineral Soil Carbon Stock Changes

A Tier 3 model-based approach was applied to estimate C stock changes for soils on *Land Converted to Cropland* that are used to produce a majority of all crops (Ogle et al. 2010), including alfalfa hay, barley, corn, cotton, dry beans, grass hay, grass-clover hay, oats, onions, peanuts, potatoes, rice, sorghum, soybeans, sugar beets, sunflowers, tomatoes, and wheat.. Soil C stock changes on the remaining soils were estimated with the IPCC Tier 2 method

(Ogle et al. 2003), including land used to produce some vegetables, tobacco, perennial/horticultural crops and crops rotated with these crops; land on very gravelly, cobbly, or shaley soils (greater than 35 percent by volume); and land converted from forest or federal ownership.[236]

*Tier 3 Approach*

Mineral SOC stocks and stock changes were estimated using the DAYCENT biogeochemical model for the Tier 3 method (Parton et al. 1998; Del Grosso et al. 2001, 2011). The DAYCENT model utilizes the soil C modeling framework developed in Century model (Parton et al. 1987, 1988, 1994; Metherell et al. 1993), but has been refined to simulate dynamics at a daily time-step. National estimates were obtained by using the model to simulate historical land-use change patterns as recorded in the USDA National Resources Inventory (USDA-NRCS 2009). C stocks and 95 percent confidence intervals were estimated for each year between 1990 and 2007, but C stock changes from 2008 to 2011 were assumed to be similar to 2007 because no additional activity data are currently available from the NRI for the latter years. The methods used for *Land Converted to Cropland* are the same as those described in the Tier 3 portion of *Cropland Remaining Cropland* section for mineral soils (see *Cropland Remaining Cropland* Tier 3 methods section and Annex 3.11 for additional information).

*Tier 2 Approach*

For the mineral soils not included in the Tier 3 analysis, SOC stock changes were estimated using a Tier 2 Approach for *Land Converted to Cropland* as described in the Tier 2 portion of *Cropland Remaining Cropland* section for mineral soils (see *Cropland Remaining Cropland* Tier 2 methods section for additional information).

## Organic Soil Carbon Stock Changes

Annual C emissions from drained organic soils in *Land Converted to Cropland* were estimated using the Tier 2 method provided in IPCC (2003, 2006), with U.S.-specific C loss rates (Ogle et al. 2003) as described in the *Cropland Remaining Cropland* section for organic soils (see *Cropland Remaining Cropland* Organic Soils methods section and Annex 3.11 for additional information).

## Uncertainty and Time-Series Consistency

Uncertainty analysis for mineral soil C stock changes using the Tier 3 and Tier 2 approaches were based on the same method described for *Cropland Remaining Cropland*. The uncertainty for annual C emission estimates from drained organic soils in *Land Converted to Cropland* was estimated using the Tier 2 approach, as described in the *Cropland Remaining Cropland* section.

Uncertainty estimates are presented in Table 7-31 for each subsource (i.e., mineral soil C stocks and organic soil C stocks) and method that was used in the Inventory analysis (i.e., Tier 2 and Tier 3). Uncertainty for the portions of the Inventory estimated with Tier 2 and 3 approaches was derived using a Monte Carlo approach (see Annex 3.11 for further discussion). Uncertainty estimates from each approach were combined using the error propagation equation in accordance with IPCC (2006), i.e., by taking the square root of the sum of the squares of the standard deviations of the uncertain quantities. More detail on how the individual uncertainties were estimated is in Annex 3.11. The combined uncertainty for soil C stocks in *Land Converted to Cropland* ranged from -70 percent below to 70 percent above the 2011 stock change estimate of 14.5 Tg $CO_2$ Eq.

**Table 7-31: Tier 2 Quantitative Uncertainty Estimates for Soil C Stock Changes occurring within *Land Converted to Cropland* (Tg $CO_2$ Eq. and Percent)**

| Source | 2011 Flux Estimate | Uncertainty Range Relative to Flux Estimate |
|---|---|---|

---

[236] Federal land is not a land use, but rather an ownership designation that is treated as forest or nominal grassland for purposes of these calculations. The specific use for federal lands is not identified in the NRI survey (USDA-NRCS 2009).

| | (Tg CO$_2$ Eq.) | (Tg CO$_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|
| | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Mineral Soil C Stocks: Land Converted to Cropland, Tier 3 Inventory Methodology | 11.8 | 1.8 | 21.9 | -85% | 85% |
| Mineral Soil C Stocks: Land Converted to Cropland, Tier 2 Inventory Methodology | 1.5 | 0.8 | 2.4 | -49% | 54% |
| Organic Soil C Stocks: Land Converted to Cropland, Tier 2 Inventory Methodology | 1.1 | 0.3 | 2.2 | -71% | 94% |
| **Combined Uncertainty for Flux associated with Soil Carbon Stock Change in Land Converted to Cropland** | **14.5** | **4.4** | **24.7** | **-70%** | **70%** |

Methodological recalculations were applied to the entire time series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Recalculations Discussion

Methodological recalculations in the current Inventory were associated with the following improvements: 1) use of the DAYCENT biogeochemical model to estimate SOC stock changes for the Tier 3 method; 2) incorporation of new activity data from the National Resources Inventory (NRI), extending the time series through 2007 (USDA-NRCS 2009); 3) recalculation of the Tier 2 portion of the inventory with the new NRI activity data; 4) extension of the tillage activity dataset with statistics from Conservation Technology and Information Center (CTIC 2004); 5) including more crops in the Tier 3 method application that had been part of the Tier 2 method in the previous Inventory (i.e., dry beans, onions, peanuts, potatoes, rice, sugar beets, sunflowers, and tomatoes); and 6) extension of the N fertilizer activity data with new USDA statistics on fertilizer use through 2009 (USDA-ERS 2009). SOC change rates declined by 13.7 Tg CO$_2$ eq. on average over the time series as a result of these improvements to the Inventory. Improved estimation of C dynamics associated with the new DAYCENT model had the largest influence on the recalculation for *Land Converted to Cropland*.

## QA/QC and Verification

See QA/QC and Verification section under *Cropland Remaining Cropland*.

## Planned Improvements

Soil C stock changes with land use conversion from forest land to cropland are undergoing further evaluation to ensure consistency in the time series. Different methods are used to estimate soil C stock changes in forest land and croplands, and while the areas have been reconciled between these land uses, there has been limited evaluation of the consistency in C stock changes with conversion from forest land to cropland. See Planned Improvements section under *Cropland Remaining Cropland* for additional planned improvements.

# 7.6 Grassland Remaining Grassland (IPCC Source Category 5C1)

*Grassland Remaining Grassland* includes all grassland in an inventory year that had been grassland for the previous 20 years[237] according to the USDA NRI land use survey (USDA-NRCS 2009). The inventory includes all privately-owned grasslands in the conterminous United States and Hawaii, but does not address changes in C stocks for grasslands on federal lands, leading to a discrepancy between the total amount of managed area in *Grassland Remaining Grassland* (see Section 7.1) and the grassland area included in the Inventory. While federal grasslands probably have minimal changes in land management and C stocks, plans are being made to further evaluate and potentially include these areas in future C inventories.

Background on agricultural C stock changes is provided in the *Cropland Remaining Cropland* section and will only be summarized here for *Grassland Remaining Grassland*. Soils are the largest pool of C in agricultural land, and also have the greatest potential for storage or release of C, because biomass and dead organic matter C pools are relatively small and ephemeral compared to soils. IPCC (2006) recommends reporting changes in SOC stocks due to (1) agricultural land-use and management activities on mineral soils, and (2) agricultural land-use and management activities on organic soils.[238]

Land-use and management increased soil C in mineral soils of *Grassland Remaining Grassland* until 2007 when the trend was reversed to small decreases in soil C. Organic soils lost relatively small amounts of C in each year 1990 through 2011. Due to the pattern for mineral soils, the overall trend was a gain in soil C through most of the time series, except for the last few years of the time series where there were small losses. The rates varied from year to year but there was a net emission of 7.4 Tg $CO_2$ Eq. (2.0 Tg C) in 2011. There was considerable variation over the time series driven by variability in weather patterns and associated interaction with land management activity. The change rates on per hectare basis were small, however, even in the years with larger total changes in stocks. Overall, flux rates declined by 12.7 Tg $CO_2$ Eq. (3.5 Tg C) when comparing the net change in soil C from 1990 and 2011.

**Table 7-32:  Net $CO_2$ Flux from Soil C Stock Changes in *Grassland Remaining Grassland* (Tg $CO_2$ Eq.)**

| Soil Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Mineral Soils | (8.7) | (3.8) | 4.4 | 4.4 | 4.5 | 4.6 | 4.6 |
| Organic Soils | 3.4 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 | 2.8 |
| **Total Net Flux** | **(5.3)** | **(1.0)** | **7.1** | **7.2** | **7.3** | **7.3** | **7.4** |

Note: Totals may not sum due to independent rounding.

**Table 7-33:  Net $CO_2$ Flux from Soil C Stock Changes in Grassland Remaining Grassland (Tg C)**

| Soil Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Mineral Soils | (2.4) | (1.0) | 1.2 | 1.2 | 1.2 | 1.2 | 1.3 |
| Organic Soils | 0.9 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 |
| **Total Net Flux** | **(1.4)** | **(0.3)** | **1.9** | **2.0** | **2.0** | **2.0** | **2.0** |

Note: Totals may not sum due to independent rounding.

The spatial variability in the 2011 annual $CO_2$ flux associated with C stock changes in mineral and organic soils is displayed in Figure 7-9 and Figure 7-10. Grassland gained soil organic C in several regions during 2011, including the Northeast, Southwest, Midwest, Southwest and far western states; although the gains were relatively small on a

---

[237] NRI points were classified according to land-use history records starting in 1982 when the NRI survey began, and consequently the classifications were based on less than 20 years from 1990 to 2001.

[238] $CO_2$ emissions associated with liming are also estimated but included in 7.4 Cropland Remaining Cropland.

per-hectare basis in most of these regions. Emission rates from drained organic soils were highest from organic soils were largest in the Southeastern Coastal Region (particularly Florida), upper Midwest and Northeastern regions, in addition the Pacific Coastal Region, coinciding with largest concentrations of organic soils in the United States that are used for agricultural production.

**Figure 7-9: Total Net Annual CO$_2$ Flux for Mineral Soils under Agricultural Management within States, 2011,** *Grassland Remaining Grassland*



**Figure 7-10:  Total Net Annual $CO_2$ Flux for Organic Soils under Agricultural Management within States, 2011, *Grassland Remaining Grassland***



Note: Values greater than zero represent emissions.

# Methodology

The following section includes a brief description of the methodology used to estimate changes in soil C stocks due to agricultural land-use and management activities on mineral and organic soils for *Grassland Remaining Grassland*. Further elaboration on the methodologies and data used to estimate stock changes from mineral and organic soils are provided in the *Cropland Remaining Cropland* section and Annex 3.11.

Soil C stock changes were estimated for *Grassland Remaining Grassland* according to land-use histories recorded in the USDA NRI survey (USDA-NRCS 2009). Land-use and some management information (e.g., crop type, soil attributes, and irrigation) were originally collected for each NRI point on a 5-year cycle beginning in 1982. However, the NRI program initiated annual data collection in 1998, and the annual data are currently available through 2007. NRI points were classified as *Grassland Remaining Grassland* in a given year between 1990 and 2007 if the land use had been grassland for 20 years. Grassland includes pasture and rangeland used for grass forage production, where the primary use is livestock grazing. Rangelands are typically extensive areas of native grassland that are not intensively managed, while pastures are often seeded grassland, possibly following tree removal, that may or may not be improved with practices such as irrigation and interseeding legumes.

## Mineral Soil Carbon Stock Changes

An IPCC Tier 3 model-based approach was applied to estimate C stock changes for most mineral soils in *Grassland Remaining Grassland*. The C stock changes for the remaining soils were estimated with an IPCC Tier 2 method (Ogle et al. 2003), including gravelly, cobbly, or shaley soils (greater than 35 percent by volume) and additional stock changes associated with sewage sludge amendments.

## Tier 3 Approach

Mineral SOC stocks and stock changes for *Grassland Remaining Grassland* were estimated using the DAYCENT biogeochemical model (Parton et al. 1998; Del Grosso et al. 2001, 2011), as described in *Cropland Remaining Cropland*. The DAYCENT model utilizes the soil C modeling framework developed in Century model (Parton et al. 1987, 1988, 1994; Metherell et al. 1993), but has been refined to simulate dynamics at a daily time-step. Historical land-use and management patterns were used in the DAYCENT simulations as recorded in the USDA National Resources Inventory (NRI) survey, with supplemental information on fertilizer use and rates from the USDA Economic Research Service Cropping Practices Survey (USDA-ERS 1997, 2011) and National Agricultural Statistics Service (NASS 1992, 1999, 2004). Frequency and rates of manure application to grassland during 1997 were estimated from data compiled by the USDA Natural Resources Conservation Service (Edmonds, et al. 2003), and then adjusted using county-level estimates of manure available for application in other years. Specifically, county-scale ratios of manure available for application to soils in other years relative to 1997 were used to adjust the area amended with manure (see Annex 3.11 for further details). Greater availability of managed manure N relative to 1997 was, thus, assumed to increase the area amended with manure, while reduced availability of manure N relative to 1997 was assumed to reduce the amended area.

The amount of manure produced by each livestock type was calculated for managed and unmanaged waste management systems based on methods described in the Manure Management, Section 6.2, and Annex 3.10. Manure N deposition from grazing animals (i.e., PRP manure) was an input to the DAYCENT model (see Annex 3.10), and included approximately 91 percent of total PRP manure (the remainder is deposited on federal lands, which are currently not included in this inventory). C stocks and 95 percent confidence intervals were estimated for each year between 1990 and 2007, but C stock changes from 2008 to 2011 were assumed to be similar to 2007 because no additional activity data are currently available from the NRI for the latter years. See the Tier 3 methods in *Cropland Remaining Cropland* section for additional discussion on the Tier 3 methodology for mineral soils.

## Tier 2 Approach

The Tier 2 approach is based on the same methods described in the Tier 2 portion of *Cropland Remaining Cropland* section for mineral soils (see *Cropland Remaining Cropland* Tier 2 methods section and Annex 3.11 for additional information).

## Additional Mineral C Stock Change Calculations

Annual C flux estimates for mineral soils between 1990 and 2011 were adjusted to account for additional C stock changes associated with sewage sludge amendments using a Tier 2 method. Estimates of the amounts of sewage sludge N applied to agricultural land were derived from national data on sewage sludge generation, disposition, and N content. Total sewage sludge generation data for 1988, 1996, and 1998, in dry mass units, were obtained from an EPA report (EPA 1999) and estimates for 2004 were obtained from an independent national biosolids survey (NEBRA 2007). These values were linearly interpolated to estimate values for the intervening years, and linearly extrapolated to estimate values for years since 2004. N application rates from Kellogg et al. (2000) were used to determine the amount of area receiving sludge amendments. Although sewage sludge can be added to land managed for other land uses, it was assumed that agricultural amendments occur in grassland. Cropland is assumed to rarely be amended with sewage sludge due to the high metal content and other pollutants in human waste. The soil C storage rate was estimated at 0.38 metric tons C per hectare per year for sewage sludge amendments to grassland. The stock change rate is based on country-specific factors and the IPCC default method (see Annex 3.11 for further discussion).

# Organic Soil Carbon Stock Changes

Annual C emissions from drained organic soils in *Grassland Remaining Grassland* were estimated using the Tier 2 method provided in IPCC (2003, 2006), which utilizes U.S.-specific C loss rates (Ogle et al. 2003) rather than default IPCC rates. Emissions were based on the 1992, 1997, 2002 and 2007 *Grassland Remaining Grassland* areas from the 2007 *National Resources Inventory* (USDA-NRCS 2009). The annual emissions estimated for 1992 was applied to 1990 through 1992; annual emissions estimated for 1997 was applied to 1993 through 1997; annual emissions estimated for 2002 was applied to 1998 through 2002; and annual emissions estimated for 2007 was applied to 2003 through 2011.

# Uncertainty and Time-Series Consistency

Uncertainty estimates are presented in Table 7-34 for each subsource (i.e., mineral soil C stocks and organic soil C stocks) disaggregated to the level of the inventory methodology employed (i.e., Tier 2 and Tier 3). Uncertainty for the portions of the Inventory estimated with Tier 2 and 3 approaches was derived using a Monte Carlo approach (see Annex 3.11 for further discussion). Uncertainty estimates from each approach were combined using the error propagation equation in accordance with IPCC (2006), i.e., by taking the square root of the sum of the squares of the standard deviations of the uncertain quantities. More details on how the individual uncertainties were developed are in Annex 3.11. The combined uncertainty for soil C stocks in *Grassland Remaining Grassland* ranged from 497 percent below to 497 percent above the 2011 stock change estimate of 7.4 Tg $CO_2$ Eq. The large relative uncertainty is due to the small net flux estimate in 2011.

**Table 7-34: Tier 2 Quantitative Uncertainty Estimates for C Stock Changes Occurring Within *Grassland Remaining Grassland* (Tg $CO_2$ Eq. and Percent)**

| Source | 2011 Flux Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Flux Estimate | | | |
|---|---|---|---|---|---|
| | | (Tg $CO_2$ Eq.) | | (%) | |
| | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Mineral Soil C Stocks Grassland Remaining Grassland, Tier 3 Methodology | 5.8 | (31.1) | 42.7 | -636% | 636% |
| Mineral Soil C Stocks: Grassland Remaining Grassland, Tier 2 Methodology | 0.1 | 0.0 | 0.2 | -86% | 110% |
| Mineral Soil C Stocks: Grassland Remaining Grassland, Tier 2 Methodology (Change in Soil C due to Sewage Sludge Amendments) | (1.2) | (1.9) | (0.6) | -50% | 50% |
| Organic Soil C Stocks: Grassland Remaining Grassland, Tier 2 Methodology | 2.8 | 1.4 | 4.6 | -48% | 65% |
| **Combined Uncertainty for Flux Associated with Agricultural Soil Carbon Stock Change in Grassland Remaining Grassland** | **7.4** | **(29.5)** | **44.4** | **-497%** | **497%** |

Note: Parentheses indicate negative values.

Methodological recalculations were applied to the entire time series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

# Recalculations Discussion

Methodological recalculations in the current Inventory were associated with the following improvements: 1) use of the DAYCENT biogeochemical model to estimate SOC stock changes for the Tier 3 method; 2) incorporation of new activity data from the National Resources Inventory (NRI), extending the time series through 2007 (USDA-NRCS 2009); 3) recalculation of the Tier 2 portion of the inventory with the new NRI activity data; and 4) extension of the N fertilizer activity data with new USDA statistics on fertilizer use through 2009 (USDA-ERS 2009). SOC stock change declined by 11.75 Tg $CO_2$ eq. on average over the time series as a result of these improvements in the Inventory. Improved estimation of C dynamics associated with the new DAYCENT model had the largest influence on the recalculation for *Grassland Remaining Grassland*.

# QA/QC and Verification

Quality control measures included checking input data, model scripts, and results to ensure data were properly handled through the inventory process. DAYCENT simulations had errors in the PRP manure N application during an initial set of simulations that were later corrected. Crop harvest indices also had errors that were corrected.

Inventory reporting forms and text were reviewed and revised as needed to correct transcription errors. Modeled results were compared to measurements from several long-term grazing experiments (See Annex 3.11 for more information). One of the key quality control issues was an under-estimation of C stocks in the DAYCENT model due to higher than expected decomposition rates. The model was re-parameterized to correct this error and accurately represent soil C dynamics.

## Planned Improvements

One of the key planned improvements for the *Grassland Remaining Grassland* is to develop and inventory of carobn stock changes on federal grasslands in the western U.S. This is a significant improvement and will take several years to implement. See Planned Improvements section under *Cropland Remaining Cropland* for information about other upcoming improvements.

# 7.7 Land Converted to Grassland (IPCC Source Category 5C2)

*Land Converted to Grassland* includes all grassland in an inventory year that had been in another land use at any point during the previous 20 years[239] according to the USDA NRI land-use survey (USDA-NRCS 2009). Consequently, lands are retained in this category for 20 years as recommended by IPCC (2006) unless there is another land use change. The Inventory includes all privately-owned grasslands in the conterminous United States and Hawaii, but does not address changes in C stocks for grasslands on federal lands, leading to a discrepancy between the total amount of managed area for *Land Converted to Grassland* (see Section 7.1) and the grassland area included in the Inventory. It is important to note that plans are being made to include these areas in future C inventories.

Background on agricultural C stock changes is provided in *Cropland Remaining Cropland* and will only be summarized here for *Land Converted to Grassland*. Soils are the largest pool of C in agricultural land, and also have the greatest potential for storage or release of C, because biomass and dead organic matter C pools are relatively small and ephemeral compared with soils. IPCC (2006) recommend reporting changes in SOC stocks due to (1) agricultural land-use and management activities on mineral soils, and (2) agricultural land-use and management activities on organic soils.[240]

Land-use and management of mineral soils in *Land Converted to Grassland* led to an increase in soil C stocks from 1990 through 2011 (see Table 7-35 and Table 7-36). For example, the stock change rates were estimated to remove 7.7 Tg $CO_2$ Eq. (2.1 Tg C) and 8.8 Tg $CO_2$ Eq. (2.4 Tg C) from mineral soils in 1990 and 2011, respectively. Drainage of organic soils for grazing management led to losses varying from 0.4 to 0.8 Tg $CO_2$ Eq. yr$^{-1}$ (0.1 to 0.2 Tg C).

**Table 7-35: Net $CO_2$ Flux from Soil C Stock Changes for *Land Converted to Grassland* (Tg $CO_2$ Eq.)**

| Soil Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Mineral Soils[a] | (8.1) | (11.0) | (9.8) | (9.8) | (9.7) | (9.6) | (9.6) |
| Organic Soils | 0.4 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 |
| **Total Net Flux** | **(7.7)** | **(10.2)** | **(9.0)** | **(9.0)** | **(8.9)** | **(8.8)** | **(8.8)** |

---

[239] NRI points were classified according to land-use history records starting in 1982 when the NRI survey began, and consequently the classifications were based on less than 20 years from 1990 to 2001.

[240] $CO_2$ emissions associated with liming are also estimated but included in 7.4 Cropland Remaining Cropland.

**Table 7-36: Net CO$_2$ Flux from Soil C Stock Changes for *Land Converted to Grassland* (Tg C)**

| Soil Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Mineral Soils[a] | (2.2) | (3.0) | (2.7) | (2.7) | (2.6) | (2.6) | (2.6) |
| Organic Soils | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| **Total Net Flux** | **(2.1)** | **(2.8)** | **(2.5)** | **(2.4)** | **(2.4)** | **(2.4)** | **(2.4)** |

The spatial variability in annual CO$_2$ flux associated with C stock changes in mineral soils is displayed in Figure 7-11and Figure 7-12.  Soil C stock increased in most states for *Land Converted to Grassland*.  The largest gains were in the Southeastern region, Northeast, South-Central, Midwest, and northern Great Plains.  The patterns were driven by conversion of annual cropland into continuous pasture.  Emissions from organic soils were highest in the Pacific Coastal Region, Gulf Coast Region (particularly Florida), and the upper Midwest and Northeast surrounding the Great Lakes, coinciding with the largest concentrations of organic soils in the United States that are used for agricultural production.

**Figure 7-11: Total Net Annual CO$_2$ Flux for Mineral Soils under Agricultural Management within States, 2011, *Land Converted to Grassland***



**Figure 7-12:  Total Net Annual CO$_2$ Flux for Organic Soils under Agricultural Management within States, 2011, *Land Converted to Grassland***



## Methodology

This section includes a brief description of the methodology used to estimate changes in soil C stocks due to agricultural land-use and management activities on mineral soils for *Land Converted to Grassland*.  Biomass C stock changes are not explicitly included in this category but losses associated with conversion of forest to grassland are included in the *Forest Land Remaining Forest Land* section. Further elaboration on the methodologies and data used to estimate stock changes from mineral and organic soils are provided in the *Cropland Remaining Cropland* section and Annex 3.11.

Soil C stock changes were estimated for *Land Converted to Grassland* according to land-use histories recorded in the USDA NRI survey (USDA-NRCS 2009).  Land-use and some management information (e.g., crop type, soil attributes, and irrigation) were originally collected for each NRI point on a 5-year cycle beginning in 1982. However, the NRI program initiated annual data collection in 1998, and the annual data are currently available through 2007.  NRI points were classified as *Land Converted to Grassland* in a given year between 1990 and 2009 if the land use was grassland, but had been another use in the previous 20 years.  Grassland includes pasture and rangeland used for grass forage production, where the primary use is livestock grazing.  Rangeland typically includes extensive areas of native grassland that are not intensively managed, while pastures are often seeded grassland, possibly following tree removal, that may or may not be improved with practices such as irrigation and interseeding legumes.

### Mineral Soil Carbon Stock Changes

An IPCC Tier 3 model-based approach was applied to estimate C stock changes for *Land Converted to Grassland* on most mineral soils.  C stock changes on the remaining soils were estimated with an IPCC Tier 2 approach (Ogle et al. 2003), including prior cropland used to produce vegetables, tobacco, perennial/horticultural crops, and rice; land areas with very gravelly, cobbly, or shaley soils (greater than 35 percent by volume); and land converted from

forest or federal ownership.[241]  A Tier 2 approach was also used to estimate additional changes in mineral soil C stocks due to sewage sludge amendments.  However, stock changes associated with sewage sludge amendments are reported in the *Grassland Remaining Grassland* section.

### Tier 3 Approach

Mineral SOC stocks and stock changes were estimated using the DAYCENT biogeochemical model (Parton et al. 1998; Del Grosso et al. 2001, 2011) as described for *Grassland Remaining Grassland*.  The DAYCENT model utilizes the soil C modeling framework developed in Century (Parton et al. 1987, 1988, 1994; Metherell et al. 1993), but has been refined to simulate dynamics at a daily time-step. Historical land-use and management patterns were used in the DAYCENT simulations as recorded in the NRI survey, with supplemental information on fertilizer use and rates from the USDA Economic Research Service Cropping Practices Survey (USDA-ERS 1997, 2011) and the National Agricultural Statistics Service (NASS 1992, 1999, 2004) (see *Grassland Remaining Grassland* Tier 3 methods section and Annex 3.11 for additional information).

### Tier 2 Approach

The Tier 2 approach used for *Land Converted to Grassland* on mineral soils is the same as described for *Cropland Remaining Cropland* (See *Cropland Remaining Cropland* Tier 2 Approach and Annex 3.11 for additional information).

## Organic Soil Carbon Stock Changes

Annual C emissions from drained organic soils in *Land Converted to Grassland* were estimated using the Tier 2 method provided in IPCC (2003, 2006), with U.S.-specific C loss rates (Ogle et al. 2003) as described in the *Grassland Remaining Grassland* section for organic soils (see *Cropland Remaining Cropland* Organic Soils methods section and Annex 3.11 for additional information).

# Uncertainty and Time-Series Consistency

Uncertainty analysis for mineral soil C stock changes using the Tier 3 and Tier 2 approaches were based on the same method described in *Cropland Remaining Cropland*.  The uncertainty or annual C emission estimates from drained organic soils in *Land Converted to Grassland* was estimated using the Tier 2 approach, as described in the *Cropland Remaining Cropland* section.

Uncertainty estimates are presented in Table 7-37 for each subsource (i.e., mineral soil C stocks and organic soil C stocks), disaggregated to the level of the inventory methodology employed (i.e., Tier 2 and Tier 3).  Uncertainty for the portions of the Inventory estimated with Tier 2 and 3 approaches was derived using a Monte Carlo approach (see Annex 3.11 for further discussion). Uncertainty estimates from each approach were combined using the error propagation equation in accordance with IPCC (2006) (i.e., by taking the square root of the sum of the squares of the standard deviations of the uncertain quantities).   More detail on how the individual uncertainties were estimated is in Annex 3.11.  The combined uncertainty for soil C stocks in *Land Converted to Grassland* ranged from -105 percent below to 105 percent above the 2011 stock change estimate of 8.8 Tg $CO_2$ Eq.  The large relative uncertainty is due to the small net flux estimate in 2011.

**Table 7-37: Tier 2 Quantitative Uncertainty Estimates for Soil C Stock Changes occurring within *Land Converted to Grassland* (Tg $CO_2$ Eq. and Percent)**

| Source | 2011 Flux Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Flux Estimate | |
| --- | --- | --- | --- |
| | | (Tg $CO_2$ Eq.) | (%) |

---

[241] Federal land is not a land use, but rather an ownership designation that is treated as forest or nominal grassland for purposes of these calculations.  The specific use for federal lands is not identified in the NRI survey (USDA-NRCS 2009).

| | Lower Bound | Upper Bound | Lower Bound | Upper Bound | Upper Bound |
|---|---|---|---|---|---|
| Mineral Soil C Stocks: Land Converted to Grassland, Tier 3 Inventory Methodology | (7.1) | (16.2) | 2.0 | -129% | 129% |
| Mineral Soil C Stocks: Land Converted to Grassland, Tier 2 Inventory Methodology | (2.5) | (3.7) | (1.4) | -48% | 44% |
| Organic Soil C Stocks: Land Converted to Grassland, Tier 2 Inventory Methodology | 0.8 | 0.4 | 1.4 | -51% | 72% |
| **Combined Uncertainty for Flux associated with Agricultural Soil Carbon Stocks in Land Converted to Grassland** | **(8.8)** | **(18.0)** | **0.4** | **-105%** | **105%** |

Note: Parentheses indicate negative values.

Methodological recalculations were applied to the entire time series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Recalculations Discussion

Methodological recalculations in the current Inventory were associated with the following improvements: 1) use of the DAYCENT biogeochemical model to estimate SOC stock changes for the Tier 3 method; 2) incorporation of new activity data from the National Resources Inventory (NRI), extending the time series through 2007 (USDA-NRCS 2009); 3) recalculation of the Tier 2 portion of the inventory with the new NRI activity data; and 4) extension of the N fertilizer activity data with new USDA statistics on fertilizer use through 2009 (USDA-ERS 2009). SOC stock changes declined by 13.42 Tg $CO_2$ eq. on average over the time series as a result of these improvements in the Inventory. Improved estimation of C dynamics associated with the new DAYCENT model had the largest influence on the recalculation for *Land Converted to Grassland*.

## QA/QC and Verification

See the QA/QC and Verification section under *Land Converted to Grassland*.

## Planned Improvements

Soil C stock changes with land use conversion from forest land to grassland are undergoing further evaluation to ensure consistency in the time series. Different methods are used to estimate soil C stock changes in forest land and grasslands, and while the areas have been reconciled between these land uses, there has been limited evaluation of the consistency in C stock changes with conversion from forest land to grassland. See Planned Improvements section under *Cropland Remaining Cropland* for additional planned improvements.

# 7.8 Wetlands Remaining Wetlands

## Peatlands Remaining Peatlands

### Emissions from Managed Peatlands

Managed peatlands are peatlands which have been cleared and drained for the production of peat. The production cycle of a managed peatland has three phases: land conversion in preparation for peat extraction (e.g., clearing surface biomass, draining), extraction (which results in the emissions reported under *Peatlands Remaining Peatlands*), and abandonment, restoration, or conversion of the land to another use.

$CO_2$ emissions from the removal of biomass and the decay of drained peat constitute the major greenhouse gas flux from managed peatlands. Managed peatlands may also emit $CH_4$ and $N_2O$. The natural production of $CH_4$ is largely reduced but not entirely shut down when peatlands are drained in preparation for peat extraction (Strack et al., 2004 as cited in IPCC 2006); however, $CH_4$ emissions are assumed to be insignificant under IPCC Tier 1 methodology (IPCC, 2006). $N_2O$ emissions from managed peatlands depend on site fertility. In addition, abandoned and restored peatlands continue to release greenhouse gas emissions, and at present no methodology is provided by IPCC (2006) to estimate greenhouse gas emissions or removals from restored peatlands. This inventory estimates both $CO_2$ and $N_2O$ emissions from *Peatlands Remaining Peatlands* in accordance with Tier 1 IPCC (2006) guidelines.

## $CO_2$ and $N_2O$ Emissions from Peatlands Remaining Peatlands

IPCC (2006) recommends reporting $CO_2$ and $N_2O$ emissions from lands undergoing active peat extraction (i.e., *Peatlands Remaining Peatlands*) as part of the estimate for emissions from managed wetlands. Peatlands occur where plant biomass has sunk to the bottom of water bodies and water-logged areas and exhausted the oxygen supply below the water surface during the course of decay. Due to these anaerobic conditions, much of the plant matter does not decompose but instead forms layers of peat over decades and centuries. In the United States, peat is extracted for horticulture and landscaping growing media, and for a wide variety of industrial, personal care, and other products. It has not been used for fuel in the United States for many decades. Peat is harvested from two types of peat deposits in the United States: sphagnum bogs in northern states and wetlands in states further south. The peat from sphagnum bogs in northern states, which is nutrient poor, is generally corrected for acidity and mixed with fertilizer. Production from more southerly states is relatively coarse (i.e., fibrous) but nutrient rich.

IPCC (2006) recommends considering both on-site and off-site emissions when estimating $CO_2$ emissions from *Peatlands Remaining Peatlands* using the Tier 1 approach. Current methodologies estimate only on-site $N_2O$ emissions, since off-site $N_2O$ estimates are complicated by the risk of double-counting emissions from nitrogen fertilizers added to horticultural peat. On-site emissions from managed peatlands occur as the land is cleared of vegetation and the underlying peat is exposed to sun and weather. As this occurs, some peat deposit is lost and $CO_2$ is emitted from the oxidation of the peat. Since $N_2O$ emissions from saturated ecosystems tend to be low unless there is an exogenous source of nitrogen, $N_2O$ emissions from drained peatlands are dependent on nitrogen mineralization and therefore on soil fertility. Peatlands located on highly fertile soils contain significant amounts of organic nitrogen in inactive form. Draining land in preparation for peat extraction allows bacteria to convert the nitrogen into nitrates which leach to the surface where they are reduced to $N_2O$.

Off-site $CO_2$ emissions from managed peatlands occur from the horticultural and landscaping use of peat. Nutrient-poor (but fertilizer-enriched) peat tends to be used in bedding plants and in greenhouse and plant nursery production, whereas nutrient-rich (but relatively coarse) peat is used directly in landscaping, athletic fields, golf courses, and plant nurseries. Most of the $CO_2$ emissions from peat occur off-site, as the peat is processed and sold to firms which, in the United States, use it predominantly for horticultural purposes.

Total emissions from *Peatlands Remaining Peatlands* were estimated to be 0.922 Tg $CO_2$ Eq. in 2011 (see Table 7-38) comprising 0.918 Tg $CO_2$ Eq. (918 Gg) of $CO_2$ and 0.004 Tg $CO_2$ Eq. (0.014 Gg) of $N_2O$. Total emissions in 2011 were about 9 percent smaller than total emissions in 2010, with the decrease due to the decrease in peat production reported in the lower 48 states in 2011. At the time of writing, peat production in Alaska (reported in cubic meters) was not yet published, and was therefore assumed to equal the value reported in 2010; although early indications were that production in 2011 will be slightly higher than in 2010 (Harbo 2012 as cited in USGS 2012).

Total emissions from *Peatlands Remaining Peatlands* have fluctuated between 0.9 and 1.2 Tg $CO_2$ Eq. across the time series with a decreasing trend from 1990 until 1994 followed by an increasing trend through 2000. After 2000, emissions generally decreased until 2006 and then increased until 2009, when the trend reversed. Emissions in 2011 represent a decline from emissions in 2010. $CO_2$ emissions from *Peatlands Remaining Peatlands* have fluctuated between 0.9 and 1.2 Tg $CO_2$ across the time series, and these emissions drive the trends in total emissions. $N_2O$ emissions remained close to zero across the time series, with a decreasing trend from 1990 until 1995 followed by an increasing trend through 2000. $N_2O$ emissions decreased between 2000 and 2006, followed by a leveling off between 2008 and 2010, and a decline in 2011.

**Table 7-38: Emissions from *Peatlands Remaining Peatlands* (Tg $CO_2$ Eq.)**

| Gas | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|-----|------|------|------|------|------|------|------|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| $CO_2$ | 1.0 | | 1.1 | 1.0 | 1.0 | 1.1 | 1.0 | 0.9 |
| $N_2O$ | + | | + | + | + | + | + | + |
| **Total** | **1.0** | | **1.1** | **1.0** | **1.0** | **1.1** | **1.0** | **0.9** |

+ Less than 0.05 Tg $CO_2$ Eq.

Note:  These numbers are based on U.S. production data in accordance with Tier 1 guidelines, which does not take into account imports, exports and stockpiles (i.e., apparent consumption).

**Table 7-39:  Emissions from *Peatlands Remaining Peatlands* (Gg)**

| Gas | 1990 | | 2005 | | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| $CO_2$ | 1,033 | | 1,079 | | 1,012 | 992 | 1,089 | 1,010 | 918 |
| $N_2O$ | + | | + | | + | + | + | + | + |

+ Less than 0.5 Gg

Note:  These numbers are based on U.S. production data in accordance with Tier 1 guidelines, which does not take into account imports, exports, and stockpiles (i.e., apparent consumption).

# Methodology

## *Off-Site $CO_2$ Emissions*

$CO_2$ emissions from domestic peat production were estimated using a Tier 1 methodology consistent with IPCC (2006).  Off-site $CO_2$ emissions from *Peatlands Remaining Peatlands* were calculated by apportioning the annual weight of peat produced in the United States (Table 7-40) into peat extracted from nutrient-rich deposits and peat extracted from nutrient-poor deposits using annual percentage-by-weight figures.  These nutrient-rich and nutrient-poor production values were then multiplied by the appropriate default C fraction conversion factor taken from IPCC (2006) in order to obtain off-site emission estimates.  For the lower 48 states, both annual percentages of peat type by weight and domestic peat production data were sourced from estimates and industry statistics provided in the *Minerals Yearbook* and *Mineral Commodity Summaries* from the U.S. Geological Survey (USGS 1991–2012).  To develop these data, the U.S. Geological Survey (USGS; U.S. Bureau of Mines prior to 1997) obtained production and use information by surveying domestic peat producers.  On average, about 75 percent of the peat operations respond to the survey.  USGS estimated data for non-respondents on the basis of prior-year production levels (Apodaca 2011).

The Alaska estimates rely on reported peat production from Alaska's annual Mineral Industry Reports (Szumigala et al. 2010).  Similar to the U.S. Geological Survey, Alaska's Mineral Industry Report methodology solicits voluntary reporting of peat production from producers. However, the report does not estimate production for the non-reporting producers, resulting in larger inter-annual variation in reported peat production from Alaska depending on the number of producers who report in a given year (Szumigala 2011).  In addition, in both the lower 48 states and Alaska, large variations in peat production can also result from variations in precipitation and the subsequent changes in moisture conditions, since unusually wet years can hamper peat production (USGS 1991–2012).  The methodology estimates Alaska emissions separately from lower 48 emissions because the state conducts its own mineral survey and reports peat production by volume, rather than by weight (Table 7-41).  However, volume production data were used to calculate off-site $CO_2$ emissions from Alaska applying the same methodology but with volume-specific C fraction conversion factors from IPCC (2006).[242]

The *apparent consumption* of peat, which includes production plus imports minus exports plus the decrease in stockpiles, in the United States is over two-and-a-half times the amount of domestic peat production.  Therefore, off-site $CO_2$ emissions from the use of all horticultural peat within the United States are not accounted for using the Tier 1 approach.  The United States has increasingly imported peat from Canada for horticultural purposes; from 2007 to 2010, imports of sphagnum moss (nutrient-poor) peat from Canada represented 97 percent of total U.S. peat imports (USGS 2012a).  Most peat produced in the United States is reed-sedge peat, generally from southern states, which is

---

[242] Peat produced from Alaska was assumed to be nutrient poor; as is the case in Canada, "where deposits of high-quality [but nutrient poor] sphagnum moss are extensive" (USGS 2008).

classified as nutrient rich by IPCC (2006). Higher-tier calculations of $CO_2$ emissions from apparent consumption would involve consideration of the percentages of peat types stockpiled (nutrient rich versus nutrient poor) as well as the percentages of peat types imported and exported.

**Table 7-40:  Peat Production of Lower 48 States (in thousands of Metric Tons)**

| Type of Deposit | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Nutrient-Rich | 595.1 | 657.6 | 581.0 | 559.7 | 560.3 | 558.9 | 511.2 |
| Nutrient-Poor | 55.4 | 27.4 | 54.0 | 55.4 | 48.7 | 69.1 | 56.8 |
| **Total Production** | **692.0** | **685.0** | **635.0** | **615.0** | **609.0** | **628.0** | **568.0** |

Sources:  United States Geological Survey (USGS) (1991–2012) *Minerals Yearbook: Peat (1994–2011);* United States Geological Survey (USGS) (1996–2012) *Mineral Commodity Summaries: Peat (1996–2011).*

**Table 7-41:  Peat Production of Alaska (in thousands of Cubic Meters)**

| | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Total Production** | 49.7 | 47.8 | 52.3 | 64.1 | 183.9 | 59.8 | 59.8 |

Sources:  Division of Geological & Geophysical Surveys (DGGS), Alaska Department of Natural Resources (1997–2011) *Alaska's Mineral Industry Report (1997–2010).*

## On-site $CO_2$ Emissions

IPCC (2006) suggests basing the calculation of on-site emissions estimates on the area of peatlands managed for peat extraction differentiated by the nutrient type of the deposit (rich versus poor). Information on the area of land managed for peat extraction is currently not available for the United States, but in accordance with IPCC (2006), an average production rate for the industry was applied to derive an area estimate. In a mature industrialized peat industry, such as exists in the United States and Canada, the vacuum method can extract up to 100 metric tons per hectare per year (Cleary et al. 2005 as cited in IPCC 2006).[243] The area of land managed for peat extraction in the United States was estimated using nutrient-rich and nutrient-poor production data and the assumption that 100 metric tons of peat are extracted from a single hectare in a single year. The annual land area estimates were then multiplied by the appropriate nutrient-rich or nutrient-poor IPCC (2006) default emission factor in order to calculate on-site $CO_2$ emission estimates. Production data are not available by weight for Alaska. In order to calculate on-site emissions resulting from *Peatlands Remaining Peatlands* in Alaska, the production data by volume were converted to weight using annual average bulk peat density values, and then converted to land area estimates using the same assumption that a single hectare yields 100 metric tons. The IPCC (2006) on-site emissions equation also includes a term which accounts for emissions resulting from the change in C stocks that occurs during the clearing of vegetation prior to peat extraction. Area data on land undergoing conversion to peatlands for peat extraction is also unavailable for the United States. However, USGS records show that the number of active operations in the United States has been declining since 1990; therefore it seems reasonable to assume that no new areas are being cleared of vegetation for managed peat extraction. Other changes in C stocks in living biomass on managed peatlands are also assumed to be zero under the Tier 1 methodology (IPCC 2006).

## On-site $N_2O$ Emissions

IPCC (2006) suggests basing the calculation of on-site $N_2O$ emissions estimates on the area of nutrient-rich peatlands managed for peat extraction. These area data are not available directly for the United States, but the on-site $CO_2$ emissions methodology above details the calculation of area data from production data. In order to estimate $N_2O$ emissions, the area of nutrient rich *Peatlands Remaining Peatlands* was multiplied by the appropriate default emission factor taken from IPCC (2006).

---

[243] The vacuum method is one type of extraction that annually "mills" or breaks up the surface of the peat into particles, which then dry during the summer months. The air-dried peat particles are then collected by vacuum harvesters and transported from the area to stockpiles (IPCC 2006).

## Uncertainty

The uncertainty associated with peat production data was estimated to be ± 25 percent (Apodaca 2008) and assumed to be normally distributed. The uncertainty associated with peat production data stems from the fact that the USGS receives data from the smaller peat producers but estimates production from some larger peat distributors. The peat type production percentages were assumed to have the same uncertainty values and distribution as the peat production data (i.e., ± 25 percent with a normal distribution). The uncertainty associated with the Alaskan reported production data was assumed to be the same as the lower 48 states, or ± 25 percent with a normal distribution. It should be noted that the Alaska Department of Natural Resources estimates that around half of producers do not respond to their survey with peat production data; therefore, the production numbers reported are likely to underestimate Alaska peat production (Szumigala 2008). The uncertainty associated with the average bulk density values was estimated to be ± 25 percent with a normal distribution (Apodaca 2008). IPCC (2006) gives uncertainty values for the emissions factors for the area of peat deposits managed for peat extraction based on the range of underlying data used to determine the emission factors. The uncertainty associated with the emission factors was assumed to be triangularly distributed. The uncertainty values surrounding the C fractions were based on IPCC (2006) and the uncertainty was assumed to be uniformly distributed. Based on these values and distributions, a Monte Carlo (Tier 2) uncertainty analysis was applied to estimate the uncertainty of $CO_2$ and $N_2O$ emissions from *Peatlands Remaining Peatlands*. The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 7-42. $CO_2$ emissions from *Peatlands Remaining Peatlands* in 2011 were estimated to be between 0.6 and 1.2 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of 33 percent below to 35 percent above the 2011 emission estimate of 0.9 Tg $CO_2$ Eq. $N_2O$ emissions from *Peatlands Remaining Peatlands* in 2011 were estimated to be between 0.001 and 0.006 Tg $CO_2$ Eq. at the 95 percent confidence level. This indicates a range of 74 percent below to 39 percent above the 2011 emission estimate of 0.004 Tg $CO_2$ Eq.

**Table 7-42: Tier-2 Quantitative Uncertainty Estimates for CO₂ Emissions from *Peatlands Remaining Peatlands***

| Source | Gas | 2011 Emissions Estimate (Tg CO₂ Eq.) | Uncertainty Range Relative to Emissions Estimate[a] (Tg CO₂ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Peatlands Remaining | CO₂ | 0.9 | 0.6 | 1.2 | −33% | 35% |
| Peatlands | N₂O | + | + | + | −74% | 39% |

+ Does not exceed 0.01 Tg CO₂ Eq. or 0.5 Gg.
[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

## QA/QC and Verification

A QA/QC analysis was performed for data gathering and input, documentation, and calculation. The QA/QC analysis did not reveal any inaccuracies or incorrect input values.

## Recalculations Discussion

The current Inventory represents the fifth Inventory report in which emissions from *Peatlands Remaining Peatlands* are included. The Inventory estimates for 2010 have been updated to incorporate new information on the proportion of rich and poor peat soil, and the bulk density of peat types in 2010. These data are from the advance release of the *2010 Mineral Yearbook: Peat* (USGS 2012b), which was released too late to be fully incorporated into the previous Inventory estimates. Updating these 2010 input values resulted in an 8 percent decrease compared to the previous Inventory report's 2010 emission estimate.

## Planned Improvements

In order to further improve estimates of $CO_2$ and $N_2O$ emissions from *Peatlands Remaining Peatlands*, future efforts will consider options for obtaining better data on the quantity of peat harvested per hectare and the total area undergoing peat extraction.

# 7.9 Settlements Remaining Settlements

## Changes in Carbon Stocks in Urban Trees (IPCC Source Category 5E1)

Urban forests constitute a significant portion of the total U.S. tree canopy cover (Dwyer et al. 2000). Urban areas (cities, towns, and villages) are estimated to cover over 3 percent of the United States (U.S. Census Bureau 2012). With an average tree canopy cover of 35 percent, urban areas account for approximately 5 percent of total tree cover in the continental United States (Nowak and Greenfield 2012). Trees in urban areas of the United States were estimated to account for an average annual net sequestration of 58.5 Tg $CO_2$ Eq. (16.0 Tg C) over the period from 1990 through 2011. Net C flux from urban trees in 2011 was estimated to be −68.8 Tg $CO_2$ Eq. (−18.8 Tg C). Annual estimates of $CO_2$ flux (Table 7-43) were developed based on periodic (1990, 2000, and 2010) U.S. Census data on urbanized area. The estimate of urbanized area is smaller than the area categorized as *Settlements* in the Representation of the U.S. Land Base developed for this report, by an average of 47 percent over the 1990 through 2011 time series—i.e., the Census urban area is a subset of the *Settlements* area.

In 2011, urban area was about 44 percent smaller than the total area defined as *Settlements*. Census area data are preferentially used to develop C flux estimates for this source category since these data are more applicable for use with the available peer-reviewed data on urban tree canopy cover and urban tree C sequestration. Annual sequestration increased by 45 percent between 1990 and 2011 due to increases in urban land area. Data on C storage and urban tree coverage were collected since the early 1990s and have been applied to the entire time series in this report. As a result, the estimates presented in this chapter are not truly representative of changes in C stocks in urban trees for *Settlements* areas, but are representative of changes in C stocks in urban trees for Census urban area. The method used in this report does not attempt to scale these estimates to the *Settlements* area. Therefore, the estimates presented in this chapter are likely an underestimate of the true changes in C stocks in urban trees in all *Settlements* areas—i.e., the changes in C stocks in urban trees presented in this chapter are a subset of the changes in C stocks in urban trees in all *Settlements* areas.

Net C flux from urban trees is proportionately greater on an area basis than that of forests. This trend is primarily the result of different net growth rates in urban areas versus forests—urban trees often grow faster than forest trees because of the relatively open structure of the urban forest (Nowak and Crane 2002). However, areas in each case are accounted for differently. Because urban areas contain less tree coverage than forest areas, the C storage per hectare of land is in fact smaller for urban areas. However, urban tree reporting occurs on a basis of C sequestered per unit area of tree cover, rather than C sequestered per total land area. Expressed per unit of tree cover, areas covered by urban trees have a greater C density than do forested areas (Nowak and Crane 2002). Expressed per unit of land area, however, the situation is the opposite: urban areas have a smaller C density than forest areas.

**Table 7-43: Net C Flux from Urban Trees (Tg $CO_2$ Eq. and Tg C)**

| Year | Tg $CO_2$ Eq. | Tg C |
|------|---------------|--------|
| 1990 | (47.5) | (13.0) |
| | | |
| 2005 | (63.2) | (17.2) |
| | | |
| 2007 | (65.0) | (17.7) |
| 2008 | (66.0) | (18.0) |
| 2009 | (66.9) | (18.3) |
| 2010 | (67.9) | (18.5) |

| 2011 | (68.8) | (18.8) |
|------|--------|--------|

Note:  Parentheses indicate net sequestration.

## Methodology

Methods for quantifying urban tree biomass, C sequestration, and C emissions from tree mortality and decomposition were taken directly from Nowak et al. (2013, in review), Nowak and Crane (2002), and Nowak (1994).  In general, the methodology used by Nowak et al. (2013, in review) to estimate net C sequestration in urban trees followed three steps.  First, field data from 28 cities were used to generate allometric estimates of biomass from measured tree dimensions.  Second, estimates of tree growth and biomass increment were generated from published literature and adjusted for tree condition and land-use class to generate estimates of gross C sequestration in urban trees.  Third, estimates of C emissions due to mortality and decomposition were subtracted from gross C sequestration values to derive estimates of net C sequestration.  Finally, sequestration estimates for these cities, in units of C sequestered per unit area of tree cover, were used to estimate urban forest C sequestration in the U.S. by using urban area estimates from U.S. Census data and urban tree cover estimates from remote sensing data, an approach consistent with Nowak et al. (2013, in review).

This approach is also consistent with the default IPCC methodology in IPCC (2006), although sufficient data are not yet available to separately determine interannual gains and losses in C stocks in the living biomass of urban trees.  Annual changes in net C flux from urban trees are based solely on changes in total urban area in the United States.

In order to generate the allometric relationships between tree dimensions and tree biomass, Nowak et al. (2013, in review) and previously published information (Nowak and Crane 2002; and Nowak 1994, 2007c, and 2009) collected field measurements in a number of U.S. cities between 1989 and 2012.  For a sample of trees in each of the cities in Table 7-44, data including tree measurements of stem diameter, tree height, crown height and crown width, and information on location, species, and canopy condition were collected.  The data for each tree were converted into C storage by applying allometric equations to estimate aboveground biomass, a root-to-shoot ratio to convert aboveground biomass estimates to whole tree biomass, moisture content, a C content of 50 percent (dry weight basis), and an adjustment factor of 0.8 to account for urban trees having less aboveground biomass for a given stem diameter than predicted by allometric equations based on forest trees (Nowak 1994).  C storage estimates for deciduous trees include only C stored in wood.  These calculations were then used to develop an allometric equation relating tree dimensions to C storage for each species of tree, encompassing a range of diameters.

Tree growth was estimated using annual height growth and diameter growth rates for specific land uses and diameter classes.  Growth calculations were adjusted by a factor to account for tree condition (fair to excellent, poor, critical, dying, or dead).  For each tree, the difference in C storage estimates between year 1 and year (x + 1) represents the gross amount of C sequestered.  These annual gross C sequestration rates for each species (or genus), diameter class, and land-use condition (e.g., parks, transportation, vacant, golf courses) were then scaled up to city estimates using tree population information.  The area of assessment for each city was defined by its political boundaries; parks and other forested urban areas were thus included in sequestration estimates (Nowak 2011).

Most of the field data used to develop the methodology of Nowak et al. (2013, in review) were analyzed using the U.S. Forest Service's Urban Forest Effects (UFORE) model.  UFORE is a computer model that uses standardized field data from random plots in each city and local air pollution and meteorological data to quantify urban forest structure, values of the urban forest, and environmental effects, including total C stored and annual C sequestration.  UFORE was used with field data from a stratified random sample of plots in each city to quantify the characteristics of the urban forest. (Nowak et al. 2007a).

Gross C emissions result from tree death and removals.  Estimates of gross C emissions from urban trees were derived by applying estimates of annual mortality and condition, and assumptions about whether dead trees were removed from the site to the total C stock estimate for each city.  Estimates of annual mortality rates by diameter class and condition class were derived from a study of street-tree mortality (Nowak 1986).  Different decomposition rates were applied to dead trees left standing compared with those removed from the site.  For removed trees, different rates were applied to the removed/aboveground biomass in contrast to the belowground biomass.  The estimated annual gross C emission rates for each species (or genus), diameter class, and condition class were then scaled up to city estimates using tree population information.

The field data for the 28 cities are described in Nowak et al. (2013, in review), which builds upon previous research, including: Nowak and Crane (2002), Nowak et al. (2007a), and references cited therein. The allometric equations applied to the field data for each tree were taken from the scientific literature (see Nowak 1994, Nowak et al. 2002), but if no allometric equation could be found for the particular species, the average result for the genus was used. The adjustment (0.8) to account for less live tree biomass in urban trees was based on information in Nowak (1994). Measured tree growth rates for street (Frelich 1992; Fleming 1988; Nowak 1994), park (deVries 1987), and forest (Smith and Shifley 1984) trees were standardized to an average length of growing season (153 frost free days) and adjusted for site competition and tree condition. Standardized growth rates of trees of the same species or genus were then compared to determine the average difference between standardized street tree growth and standardized park and forest growth rates. Crown light exposure (CLE) measurements (number of sides and/or top of tree exposed to sunlight) were used to represent forest, park, and open (street) tree growth conditions. Local tree base growth rates (BG) were then calculated as the average standardized growth rate for open-grown trees multiplied by the number of frost free days divided by 153. Growth rates were then adjusted for CLE. The CLE adjusted growth rate was then adjusted based on tree health and tree condition to determine the final growth rate. Assumptions for which dead trees would be removed versus left standing were developed specific to each land use and were based on expert judgment of the authors. Decomposition rates were based on literature estimates (Nowak et al. 2013, in review).

Estimates of gross and net sequestration rates for each of the 28 cities (Table 7-44) were compiled in units of C sequestration per unit area of tree canopy cover. These rates were used in conjunction with estimates of national urban area and urban tree cover data to calculate national annual net C sequestration by urban trees for the United States. This method was described in Nowak et al. (2013, in review) and has been modified to incorporate U.S. Census data.

Specifically, urban area estimates were based on 1990, 2000, and 2010 U.S. Census data. The 1990 U.S. Census defined urban land as "urbanized areas," which included land with a population density greater than 1,000 people per square mile, and adjacent "urban places," which had predefined political boundaries and a population total greater than 2,500. In 2000, the U.S. Census replaced the "urban places" category with a new category of urban land called an "urban cluster," which included areas with more than 500 people per square mile. In 2010, the Census updated its definitions to have "urban areas" encompassing Census tract delineated cities with 50,000 or more people, and "urban clusters" containing Census tract delineated locations with between 2,500 and 50,000 people. Urban land area increased by approximately 23 percent from 1990 to 2000 and 16 percent from 2000 to 2010; Nowak et al. (2005) estimate that the changes in the definition of urban land are responsible for approximately 20 percent of the total reported increase in urban land area from 1990 to 2000. Under all Census (i.e., 1990, 2000, and 2010) definitions, the urban category encompasses most cities, towns, and villages (i.e., it includes both urban and suburban areas). *Settlements* area, as assessed in the Representation of the U.S. Land Base developed for this report, encompassed all developed parcels greater than 0.1 hectares in size, including rural transportation corridors, and as previously mentioned represents a larger area than the Census-derived urban area estimates. However, the smaller, Census-derived urban area estimates were deemed to be more suitable for estimating national urban tree cover given the data available in the peer-reviewed literature (i.e., the data set available is consistent with Census urban rather than *Settlements* areas), and the recognized overlap in the changes in C stocks between urban forest and non-urban forest (see Planned Improvements below). Specifically, tree canopy cover of U.S. urban areas was estimated by Nowak and Greenfield (2012) to be 35 percent, assessed across Census-delineated urbanized areas and urban clusters. This canopy cover percentage is multiplied by the urban area estimated for each year to produce an estimate of national urban tree cover area.

Net annual C sequestration estimates were derived for the 28 cities by subtracting the gross annual emission estimates from the gross annual sequestration estimates. The gross and net annual C sequestration values for each city were divided by each city's area of tree cover to determine the average annual sequestration rates per unit of tree area for each city. The median value for gross sequestration per unit area of tree cover ($0.26$ kg C/m$^2$-yr) was then multiplied by the estimate of national urban tree cover area to estimate national annual gross sequestration, per the methods of Nowak et al. (2013, in review). To estimate national annual net sequestration, the estimate of national annual gross sequestration was multiplied by the average of the ratios of net to gross sequestration (0.72) for those cities that had both estimates. The urban tree cover estimates for each of the 28 cities and the United States were obtained from Nowak et al. (2013, in review) which compiled ten years of research including Dwyer et al. (2000), Nowak et al. (2002), Nowak (2007a), and Nowak (2009). The urban area estimates were taken from the 2010 U.S. Census (2012).

**Table 7-44:  C Stocks (Metric Tons C), Annual C Sequestration (Metric Tons C/yr), Tree Cover (Percent), and Annual C Sequestration per Area of Tree Cover (kg C/m²-yr) for 28 U.S. Cities**

| City | Carbon Stocks | Gross Annual Sequestration | Net Annual Sequestration | Tree Cover | Gross Annual Sequestration per Area of Tree Cover | Net Annual Sequestration per Area of Tree Cover | Net:Gross Annual Sequestration Ratio |
|---|---|---|---|---|---|---|---|
| Arlington, TX | 1,682,599 | 15,528 | 14,126 | 22.5 | 0.288 | 0.262 | 0.91 |
| Atlanta, GA | 2,263,366 | 38,227 | 29,213 | 53.9 | 0.229 | 0.175 | 0.76 |
| Baltimore, MD | 1,832,289 | 15,251 | 9,086 | 28.5 | 0.282 | 0.168 | 0.60 |
| Boston, MA | 1,002,364 | 8,648 | 6,289 | 28.9 | 0.231 | 0.168 | 0.73 |
| Casper, WY | 380,972 | 975 | 525 | 8.9 | 0.221 | 0.119 | 0.54 |
| Chicago, IL | 3,606,103 | 20,703 | 14,551 | 18.0 | 0.212 | 0.149 | 0.70 |
| Freehold, NJ | 58,074 | 449 | 287 | 31.2 | 0.314 | 0.201 | 0.64 |
| Gainesville, FL | 770,597 | 12,294 | 8,941 | 50.6 | 0.220 | 0.160 | 0.73 |
| Golden, CO | 143,880 | 577 | 458 | 11.4 | 0.228 | 0.181 | 0.79 |
| Jersey City, NJ | 496,573 | 3,566 | 2,016 | 26.2 | 0.329 | 0.186 | 0.57 |
| Hartford, CT | 167,630 | 732 | 528 | 11.5 | 0.183 | 0.132 | 0.72 |
| Lincoln, NE | 2,021,556 | 10,152 | 8,712 | 14.4 | 0.409 | 0.351 | 0.86 |
| Los Angeles, CA | 5,589,259 | 40,052 | 24,350 | 20.6 | 0.176 | 0.107 | 0.61 |
| Milwaukee, WI | 1,819,099 | 12,766 | 8,740 | 21.6 | 0.260 | 0.178 | 0.68 |
| Minneapolis, MN | 666,381 | 7,339 | 3,786 | 34.1 | 0.157 | 0.081 | 0.52 |
| Moorestown, NJ | 378,291 | 3,090 | 2,327 | 28.0 | 0.320 | 0.241 | 0.75 |
| Morgantown, WV | 212,767 | 2,385 | 1,855 | 39.6 | 0.297 | 0.231 | 0.78 |
| New York, NY | 5,858,668 | 34,856 | 18,792 | 20.9 | 0.230 | 0.124 | 0.54 |
| Omaha, NE | 4,223,950 | 20,576 | 16,084 | 14.8 | 0.513 | 0.401 | 0.78 |
| Philadelphia, PA | 2,312,040 | 13,275 | 9,731 | 20.8 | 0.206 | 0.151 | 0.73 |
| Roanoke, VI | 1,019,062 | 12,710 | 8,537 | 31.7 | 0.399 | 0.268 | 0.67 |
| Sacramento, CA | 10,219,814 | 59,001 | 51,176 | 13.2 | 0.377 | 0.327 | 0.87 |
| San Francisco, CA | 1,100,474 | 4,194 | 3,846 | 16.0 | 0.241 | 0.221 | 0.92 |
| Scranton, PA | 384,930 | 3,317 | 2,461 | 22.0 | 0.399 | 0.296 | 0.74 |
| Syracuse, NY | 558,424 | 4,521 | 3,205 | 26.9 | 0.285 | 0.202 | 0.71 |
| Washington, DC | 1,355,928 | 13,290 | 10,561 | 35.0 | 0.263 | 0.209 | 0.79 |
| Woodbridge, NJ | 491,062 | 4,573 | 3,338 | 29.5 | 0.285 | 0.208 | 0.73 |
| | | | | | Median: 0.26 | | Mean: 0.72 |

NA = not analyzed.

Sources:  Nowak et al. (2013, in review)

## Uncertainty and Time-Series Consistency

Uncertainty associated with changes in C stocks in urban trees includes the uncertainty associated with urban area, percent urban tree coverage, and estimates of gross and net C sequestration for each of the 28 U.S. cities.  A 10 percent uncertainty was associated with urban area estimates based on expert judgment, while a 1.4 percent uncertainty is reported for the percent urban tree coverage value (Nowak and Greenfield 2012).  Uncertainty associated with estimates of gross and net C sequestration for each of the 28 U.S. cities was based on standard error estimates for each of the city-level sequestration estimates reported by Nowak et al (2013, in review).  These estimates are based on field data collected in each of the 28 U.S. cities, and uncertainty in these estimates increases as they are scaled up to the national level.

Additional uncertainty is associated with the biomass equations, conversion factors, and decomposition assumptions used to calculate C sequestration and emission estimates (Nowak et al. 2002).  These results also exclude changes in soil C stocks, and there may be some overlap between the urban tree C estimates and the forest tree C estimates. Due to data limitations, urban soil C flux is not quantified as part of this analysis, while reconciliation of urban tree and forest tree estimates will be addressed through the land-representation effort described in the Planned Improvements section of this chapter.

A Monte Carlo (Tier 2) uncertainty analysis was applied to estimate the overall uncertainty of the sequestration estimate. The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 7-45. The net C flux from changes in C stocks in urban trees in 2011 was estimated to be between −81.9 and −59.9 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 19 percent more sequestration to 13 percent less sequestration than the 2011 flux estimate of −68.8 Tg $CO_2$ Eq.

**Table 7-45:  Tier 2 Quantitative Uncertainty Estimates for Net C Flux from Changes in C Stocks in Urban Trees (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Flux Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Flux Estimate | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Changes in C Stocks in Urban Trees | $CO_2$ | (68.8) | (81.9) | (59.9) | 19% | −13% |

Note:  Parentheses indicate negative values or net sequestration.

Details on the emission trends through time are described in more detail in the Methodology section, above.

## QA/QC and Verification

The net C flux resulting from urban trees was predominately calculated using city-specific estimates of gross and net C sequestration estimates for urban trees and urban tree coverage area published in the literature. The validity of these data for their use in this section of the inventory was evaluated through correspondence established with Dr. David J. Nowak, an author of the papers. Through this correspondence, the methods used to collect the urban tree sequestration and area data were further clarified and the use of these data in the inventory was reviewed and validated (Nowak 2002a, 2007b, 2011, and Nowak et al. 2013 in review).

## Recalculations

The 1990 to 2010 net C flux estimates were recalculated relative to the previous Inventory based on three changes in activity data; (1) 2010 U.S. Census data were released in March 2012, along with updated definitions of urban area and urban cluster, resulting in revisions to the annual urban area estimated for 1990 to 2010; (2) a revised average urban tree canopy cover (35.0 percent) was published by Nowak and Greenfield (2012); and (3) C sequestration data was available for 28 rather than 14 cities from Nowak et al. (2013, in review). The combination of the methodological and historical data changes resulted in an average annual net sequestration decrease of 19.5 Tg $CO_2$ Eq. (24.5 percent) in urban trees compared to the previous report across the entire time-series.

## Planned Improvements

A consistent representation of the managed land base in the United States is discussed at the beginning of the *Land Use, Land-Use Change, and Forestry* chapter, and discusses a planned improvement by the USDA Forest Service to reconcile the overlap between urban forest and non-urban forest greenhouse gas inventories. Urban forest inventories are including areas also defined as forest land under the Forest Inventory and Analysis (FIA) program of the USDA Forest Service, resulting in "double-counting" of these land areas in estimates of C stocks and fluxes for this report. For example, Nowak et al. (2013, in review) estimates that 13.7 percent of urban land is measured by the forest inventory plots, and could be responsible for up to 87 Tg C of overlap.

Urban tree cover data specific to all 50 states has been developed (Nowak 2013, in review). It may be possible to develop and use a set of state-specific sequestration rates for estimating regional C flux estimates.

Future research may also enable more complete coverage of changes in the C stock in urban trees for all Settlements land. To provide estimates for all Settlements, research would need to establish the extent of overlap between Settlements and Census-defined urban areas, and would have to characterize sequestration on non-urban Settlements land.

# Direct $N_2O$ Fluxes from Settlement Soils (IPCC Source Category 5E1)

Of the synthetic N fertilizers applied to soils in the United States, approximately 2.4 percent are currently applied to lawns, golf courses, and other landscaping occurring within settlement areas.  Application rates are lower than those occurring on cropped soils, and, therefore, account for a smaller proportion of total U.S. soil $N_2O$ emissions per unit area.  In addition to synthetic N fertilizers, a portion of surface applied sewage sludge is applied to settlement areas.  In 2011, $N_2O$ emissions from settlement soils were 1.5 Tg $CO_2$ Eq. (4.8 Gg).  There was an overall increase of 51 percent over the period from 1990 through 2011 due to a general increase in the application of synthetic N fertilizers to an expanding settlement area.  Interannual variability in these emissions is directly attributable to interannual variability in total synthetic fertilizer consumption and sewage sludge applications in the United States.  Emissions from this source are summarized in Table 7-46.

**Table 7-46: Direct $N_2O$ Fluxes from Soils in *Settlements Remaining Settlements* (Tg $CO_2$ Eq. and Gg $N_2O$)**

| Year | Tg $CO_2$ Eq. | Gg |
|------|---------------|-----|
| 1990 | 1.0 | 3.2 |
| | | |
| 2005 | 1.5 | 4.7 |
| | | |
| 2007 | 1.6 | 5.1 |
| 2008 | 1.5 | 4.7 |
| 2009 | 1.4 | 4.5 |
| 2010 | 1.5 | 4.7 |
| 2011 | 1.5 | 4.8 |

Note: These estimates include direct $N_2O$ emissions from N fertilizer additions only.  Indirect $N_2O$ emissions from fertilizer additions are reported in the Agriculture chapter.  These estimates include emissions from both *Settlements Remaining Settlements* and from *Land Converted to Settlements*.

## Methodology

For soils within *Settlements Remaining Settlements*, the IPCC Tier 1 approach was used to estimate soil $N_2O$ emissions from synthetic N fertilizer and sewage sludge additions.  Estimates of direct $N_2O$ emissions from soils in settlements were based on the amount of N in synthetic commercial fertilizers applied to settlement soils, and the amount of N in sewage sludge applied to non-agricultural land and surface disposal of sewage sludge (see Annex 3.11 for a detailed discussion of the methodology for estimating sewage sludge application).

Nitrogen applications to settlement soils are estimated using data compiled by the USGS (Ruddy et al. 2006).  The USGS estimated on-farm and non-farm fertilizer use is based on sales records at the county level from 1982 through 2001 (Ruddy et al. 2006).  Non-farm N fertilizer was assumed to be applied to settlements and forest lands; values for 2002 through 2008 were based on 2001 values adjusted for annual total N fertilizer sales in the United States because there is no new activity data on application after 2001.  Settlement application was calculated by subtracting forest application from total non-farm fertilizer use. Sewage sludge applications were derived from national data on sewage sludge generation, disposition, and N content (see Annex 3.11 for further detail).  The total amount of N resulting from these sources was multiplied by the IPCC default emission factor for applied N (1 percent) to estimate direct $N_2O$ emissions (IPCC 2006).  The volatilized and leached/runoff N fractions for settlements, calculated with the IPCC default volatilization factors (10 or 20 percent, respectively, for synthetic or organic N fertilizers) and leaching/runoff factor for wet areas (30 percent), were included with indirect emissions, as reported in the $N_2O$ Emissions from Agricultural Soil Management source category of the Agriculture chapter (consistent

with reporting guidance that all indirect emissions are included in the Agricultural Soil Management source category).

## Uncertainty and Time-Series Consistency

The amount of $N_2O$ emitted from settlements depends not only on N inputs and fertilized area, but also on a large number of variables, including organic C availability, oxygen gas partial pressure, soil moisture content, pH, temperature, and irrigation/watering practices. The effect of the combined interaction of these variables on $N_2O$ flux is complex and highly uncertain. The IPCC default methodology does not explicitly incorporate any of these variables, except variation in fertilizer N and sewage sludge application rates. All settlement soils are treated equivalently under this methodology.

Uncertainties exist in both the fertilizer N and sewage sludge application rates in addition to the emission factors. Uncertainty in fertilizer N application was assigned a default level of ±50 percent.[244] Uncertainty in the amounts of sewage sludge applied to non-agricultural lands and used in surface disposal was derived from variability in several factors, including: (1) N content of sewage sludge; (2) total sludge applied in 2000; (3) wastewater existing flow in 1996 and 2000; and (4) the sewage sludge disposal practice distributions to non-agricultural land application and surface disposal. Uncertainty in the emission factors was provided by the IPCC (2006).

Quantitative uncertainty of this source category was estimated through the IPCC-recommended Tier 2 uncertainty estimation methodology. The uncertainty ranges around the 2005 activity data and emission factor input variables were directly applied to the 2011 emission estimates. The results of the quantitative uncertainty analysis are summarized in Table 7-47. $N_2O$ emissions from soils in Settlements Remaining Settlements in 2011 were estimated to be between 0.8 and 3.9 Tg $CO_2$ Eq. at a 95 percent confidence level. This indicates a range of 49 percent below to 163 percent above the 2011 emission estimate of 1.5 Tg $CO_2$ Eq.

**Table 7-47: Quantitative Uncertainty Estimates of $N_2O$ Emissions from Soils in *Settlements Remaining Settlements* (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emissions (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Settlements Remaining Settlements: $N_2O$ Fluxes from Soils | $N_2O$ | 1.5 | 0.8 | 3.9 | -49% | 163% |

Note: This estimate includes direct $N_2O$ emissions from N fertilizer additions to both *Settlements Remaining Settlements* and from *Land Converted to Settlements*.

## Planned Improvements

A minor improvement is planned to update the uncertainty analysis for direct emissions from settlements to be consistent with the most recent activity data for this source.

---

[244] No uncertainty is provided with the USGS fertilizer consumption data (Ruddy et al. 2006) so a conservative ±50% was used in the analysis.

# 7.10    Land Converted to Settlements (Source Category 5E2)

Land-use change is constantly occurring, and land under a number of uses undergoes urbanization in the United States each year. However, data on the amount of land converted to settlements is currently lacking. Given the lack of available information relevant to this particular IPCC source category, it is not possible to separate $CO_2$ or $N_2O$ fluxes on *Land Converted to Settlements* from fluxes on *Settlements Remaining Settlements* at this time.

# 7.11    Other (IPCC Source Category 5G)

## Changes in Yard Trimming and Food Scrap Carbon Stocks in Landfills

In the United States, yard trimmings (i.e., grass clippings, leaves, and branches) and food scraps account for a significant portion of the municipal waste stream, and a large fraction of the collected yard trimmings and food scraps are discarded in landfills. Carbon contained in landfilled yard trimmings and food scraps can be stored for very long periods.

Carbon storage estimates are associated with particular land uses. For example, harvested wood products are accounted for under *Forest Land Remaining Forest Land* because these wood products are considered a component of the forest ecosystem. The wood products serve as reservoirs to which C resulting from photosynthesis in trees is transferred, but the removals in this case occur in the forest. Carbon stock changes in yard trimmings and food scraps are associated with settlements, but removals in this case do not occur within settlements. To address this complexity, yard trimming and food scrap C storage is reported under the "Other" source category.

Both the amount of yard trimmings collected annually and the fraction that is landfilled have declined over the last decade. In 1990, over 53 million metric tons (wet weight) of yard trimmings and food scraps were generated (i.e., put at the curb for collection to be taken to disposal sites or to composting facilities) (EPA 2011; Schneider 2007, 2008). Since then, programs banning or discouraging yard trimmings disposal have led to an increase in backyard composting and the use of mulching mowers, and a consequent 5 percent decrease in the tonnage generated (i.e., collected for composting or disposal). At the same time, an increase in the number of municipal composting facilities has reduced the proportion of collected yard trimmings that are discarded in landfills—from 72 percent in 1990 to 35 percent in 2011. The net effect of the reduction in generation and the increase in composting is a 54 percent decrease in the quantity of yard trimmings disposed of in landfills since 1990.

Food scrap generation has grown by 46 percent since 1990, and though the proportion of food scraps discarded in landfills has decreased slightly from 82 percent in 1990 to 80 percent in 2011, the tonnage disposed of in landfills has increased considerably (by 42 percent). Overall, the decrease in the landfill disposal rate of yard trimmings has more than compensated for the increase in food scrap disposal in landfills, and the net result is a decrease in annual landfill C storage from 24.2 Tg $CO_2$ Eq. in 1990 to 13.0 Tg $CO_2$ Eq. in 2011 (Table 7-48 and Table 7-49).

**Table 7-48:  Net Changes in Yard Trimming and Food Scrap Stocks in Landfills (Tg $CO_2$ Eq.)**

| Carbon Pool | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Yard Trimmings** | **(21.0)** | **(7.3)** | **(7.0)** | **(7.0)** | **(8.5)** | **(9.3)** | **(9.2)** |
| Grass | (1.8) | (0.6) | (0.6) | (0.6) | (0.8) | (0.9) | (0.9) |
| Leaves | (9.0) | (3.3) | (3.2) | (3.2) | (3.9) | (4.2) | (4.2) |
| Branches | (10.2) | (3.4) | (3.2) | (3.1) | (3.8) | (4.1) | (4.1) |
| **Food Scraps** | **(3.2)** | **(4.3)** | **(3.9)** | **(3.9)** | **(4.2)** | **(4.1)** | **(3.8)** |
| **Total Net Flux** | **(24.2)** | **(11.6)** | **(10.9)** | **(10.9)** | **(12.7)** | **(13.3)** | **(13.0)** |

Note: Totals may not sum due to independent rounding. Parentheses indicate negative values

**Table 7-49: Net Changes in Yard Trimming and Food Scrap Stocks in Landfills (Tg C)**

| Carbon Pool | 1990 | | 2005 | | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| **Yard Trimmings** | **(5.7)** | | **(2.0)** | | **(1.9)** | **(1.9)** | **(2.3)** | **(2.5)** | **(2.5)** |
| Grass | (0.5) | | (0.2) | | (0.2) | (0.2) | (0.2) | (0.3) | (0.2) |
| Leaves | (2.5) | | (0.9) | | (0.9) | (0.9) | (1.1) | (1.1) | (1.1) |
| Branches | (2.8) | | (0.9) | | (0.9) | (0.9) | (1.0) | (1.1) | (1.1) |
| **Food Scraps** | **(0.9)** | | **(1.2)** | | **(1.1)** | **(1.1)** | **(1.1)** | **(1.1)** | **(1.0)** |
| **Total Net Flux** | **(6.6)** | | **(3.2)** | | **(3.0)** | **(3.0)** | **(3.5)** | **(3.6)** | **(3.6)** |

Note: Totals may not sum due to independent rounding. Parentheses indicate negative values

## Methodology

When wastes of biogenic origin (such as yard trimmings and food scraps) are landfilled and do not completely decompose, the C that remains is effectively removed from the global C cycle. Empirical evidence indicates that yard trimmings and food scraps do not completely decompose in landfills (Barlaz 1998, 2005, 2008; De la Cruz and Barlaz 2010), and thus the stock of C in landfills can increase, with the net effect being a net atmospheric removal of C. Estimates of net C flux resulting from landfilled yard trimmings and food scraps were developed by estimating the change in landfilled C stocks between inventory years, based on methodologies presented for the *Land Use, Land-Use Change, and Forestry* sector in IPCC (2003). Carbon stock estimates were calculated by determining the mass of landfilled C resulting from yard trimmings or food scraps discarded in a given year; adding the accumulated landfilled C from previous years; and subtracting the mass of C that was landfilled in previous years that decomposed.

To determine the total landfilled C stocks for a given year, the following were estimated: (1) the composition of the yard trimmings; (2) the mass of yard trimmings and food scraps discarded in landfills; (3) the C storage factor of the landfilled yard trimmings and food scraps; and (4) the rate of decomposition of the degradable C. The composition of yard trimmings was assumed to be 30 percent grass clippings, 40 percent leaves, and 30 percent branches on a wet weight basis (Oshins and Block 2000). The yard trimmings were subdivided, because each component has its own unique adjusted C storage factor (i.e., moisture content and C content) and rate of decomposition. The mass of yard trimmings and food scraps disposed of in landfills was estimated by multiplying the quantity of yard trimmings and food scraps discarded by the proportion of discards managed in landfills. Data on discards (i.e., the amount generated minus the amount diverted to centralized composting facilities) for both yard trimmings and food scraps were taken primarily from *Municipal Solid Waste Generation, Recycling, and Disposal in the United States: Tables and Figures for 2010* (EPA 2011), which provides data for 1960, 1970, 1980, 1990, 2000, 2005, and 2007 through 2010. Data were not yet published for 2011, consequently, 2011 data on discards for yard trimmings and food scraps were assumed to be equal to 2010 data from EPA (2011). To provide data for some of the missing years, detailed backup data were obtained from Schneider (2007, 2008). Remaining years in the time series for which data were not provided were estimated using linear interpolation. The EPA (2011) report does not subdivide discards of individual materials into volumes landfilled and combusted, although it provides an estimate of the proportion of overall waste stream discards managed in landfills[245] and combustors with energy recovery (i.e., ranging from 100 percent and 0 percent, respectively, in 1960 to 81 percent and 19 percent in 2000); it is assumed that the proportion of each individual material (food scraps, grass, leaves, branches) that is landfilled is the same as the proportion across the overall waste stream.

The amount of C disposed of in landfills each year, starting in 1960, was estimated by converting the discarded landfilled yard trimmings and food scraps from a wet weight to a dry weight basis, and then multiplying by the initial (i.e., pre-decomposition) C content (as a fraction of dry weight). The dry weight of landfilled material was

[245] EPA (2011) reports discards in two categories: "combustion with energy recovery" and "landfill, other disposal," which includes combustion without energy recovery. For years in which there is data from previous EPA reports on combustion without energy recovery, EPA assumes these estimates are still applicable. For 2000 to present, EPA assumes that any combustion of MSW that occurs includes energy recovery, so all discards to "landfill, other disposal" are assumed to go to landfills.

calculated using dry weight to wet weight ratios (Tchobanoglous et al. 1993, cited by Barlaz 1998) and the initial C contents and the C storage factors were determined by Barlaz (1998, 2005, 2008) (Table 7-50).

The amount of C remaining in the landfill for each subsequent year was tracked based on a simple model of C fate. As demonstrated by Barlaz (1998, 2005, 2008), a portion of the initial C resists decomposition and is essentially persistent in the landfill environment. Barlaz (1998, 2005, 2008) conducted a series of experiments designed to measure biodegradation of yard trimmings, food scraps, and other materials, in conditions designed to promote decomposition (i.e., by providing ample moisture and nutrients). After measuring the initial C content, the materials were placed in sealed containers along with methanogenic microbes from a landfill. Once decomposition was complete, the yard trimmings and food scraps were re-analyzed for C content; the C remaining in the solid sample can be expressed as a proportion of initial C (shown in the row labeled "CS, proportion of initial C stored (%)" in Table 7-50).

The modeling approach applied to simulate U.S. landfill C flows builds on the findings of Barlaz (1998, 2005, 2008). The proportion of C stored is assumed to persist in landfills. The remaining portion is assumed to degrade over time, resulting in emissions of $CH_4$ and $CO_2$ (the $CH_4$ emissions resulting from decomposition of yard trimmings and food scraps are accounted for in the *Waste* chapter). The degradable portion of the C is assumed to decay according to first-order kinetics. The decay rates for each of the materials are shown in Table 7-50.

The first-order decay rates, $k$, for each component were derived from De la Cruz and Barlaz (2010). De la Cruz and Barlaz (2010) calculate first-order decay rates using laboratory data published in Eleazer et al. (1997), and a correction factor, $f$, is found so that the weighted average decay rate for all components is equal to the AP-42 default decay rate (0.04) for mixed MSW for regions that receive more than 25 inches of rain annually. Because AP-42 values were developed using landfill data from approximately 1990, 1990 waste composition for the United States from EPA's *Characterization of Municipal Solid Waste in the United States: 1990 Update* was used to calculate $f$. This correction factor is then multiplied by the Eleazer et al. (1997) decay rates of each waste component to develop field-scale first-order decay rates.

De la Cruz and Barlaz (2010) also use other assumed initial decay rates for mixed MSW in place of the AP-42 default value based on different types of environments in which landfills in the United States are found, including dry conditions (less than 25 inches of rain annually, $k=0.02$) and bioreactor landfill conditions (moisture is controlled for rapid decomposition, $k=0.12$). The *Landfills* section of the Inventory (which estimates $CH_4$ emissions) estimates the overall MSW decay rate by partitioning the U.S. landfill population into three categories, based on annual precipitation ranges of: (1) less than 20 inches of rain per year, (2) 20 to 40 inches of rain per year, and (3) greater than 40 inches of rain per year. These correspond to overall MSW decay rates of 0.020, 0.038, and 0.057 year$^{-1}$, respectively.

De la Cruz and Barlaz (2010) calculate component-specific decay rates corresponding to the first value (0.020 year$^{-1}$), but not for the other two overall MSW decay rates. To maintain consistency between landfill methodologies across the Inventory, the correction factors ($f$) were developed for decay rates of 0.038 and 0.057 year$^{-1}$ through linear interpolation. A weighted national average component-specific decay rate was calculated by assuming that waste generation is proportional to population (the same assumption used in the landfill methane emission estimate), based on population data from the 2000 U.S. Census. The component-specific decay rates are shown in Table 7-50.

For each of the four materials (grass, leaves, branches, food scraps), the stock of C in landfills for any given year is calculated according to the following formula:

$$LFC_{i,t} = \sum_{n}^{t} W_{i,n} \times (1 - MC_i) \times ICC_i \times \{[CS_i \times ICC_i] + [(1 - (CS_i \times ICC_i)) \times e^{-k(t-n)}]\}$$

where,

| | | |
|---|---|---|
| $t$ | = | Year for which C stocks are being estimated (year), |
| $i$ | = | Waste type for which C stocks are being estimated (grass, leaves, branches, food scraps), |
| $LFC_{i,t}$ | = | Stock of C in landfills in year $t$, for waste $i$ (metric tons), |
| $W_{i,n}$ | = | Mass of waste $i$ disposed of in landfills in year $n$ (metric tons, wet weight), |
| $n$ | = | Year in which the waste was disposed of (year, where $1960 < n < t$), |
| $MC_i$ | = | Moisture content of waste $i$ (percent of water), |
| $CS_i$ | = | Proportion of initial C that is stored for waste $i$ (percent), |

| | | |
|---|---|---|
| $ICC_i$ | = | Initial C content of waste $i$ (percent), |
| e | = | Natural logarithm, and |
| $k$ | = | First-order decay rate for waste $i$, (year$^{-1}$). |

For a given year $t$, the total stock of C in landfills ($TLFC_t$) is the sum of stocks across all four materials (grass, leaves, branches, food scraps). The annual flux of C in landfills ($F_t$) for year $t$ is calculated as the change in stock compared to the preceding year:

$$F_t = TLFC_t - TLFC_{(t-1)}$$

Thus, the C placed in a landfill in year $n$ is tracked for each year $t$ through the end of the inventory period (2011). For example, disposal of food scraps in 1960 resulted in depositing about 1,135,000 metric tons of C. Of this amount, 16 percent (179,000 metric tons) is persistent; the remaining 84 percent (956,000 metric tons) is degradable. By 1965, more than half of the degradable portion (518,000 metric tons) decomposes, leaving a total of 617,000 metric tons (the persistent portion, plus the remainder of the degradable portion).

Continuing the example, by 2011, the total food scraps C originally disposed of in 1960 had declined to 179,000 metric tons (i.e., virtually all degradable C had decomposed). By summing the C remaining from 1960 with the C remaining from food scraps disposed of in subsequent years (1961 through 2011), the total landfill C from food scraps in 2011 was 38.1 million metric tons. This value is then added to the C stock from grass, leaves, and branches to calculate the total landfill C stock in 2011, yielding a value of 254.2 million metric tons (as shown in Table 7-51). In exactly the same way total net flux is calculated for forest C and harvested wood products, the total net flux of landfill C for yard trimmings and food scraps for a given year (Table 7-49) is the difference in the landfill C stock for that year and the stock in the preceding year. For example, the net change in 2011 shown in Table 7-49 (3.6 Tg C) is equal to the stock in 2011 (254.2 Tg C) minus the stock in 2010 (250.7 Tg C).

The C stocks calculated through this procedure are shown in Table 7-51.

**Table 7-50:  Moisture Content (%), C Storage Factor, Proportion of Initial C Sequestered (%), Initial C Content (%), and Decay Rate (year$^{-1}$) for Landfilled Yard Trimmings and Food Scraps in Landfills**

| | Yard Trimmings | | | Food Scraps |
|---|---|---|---|---|
| Variable | Grass | Leaves | Branches | |
| Moisture Content (% H2O) | 70 | 30 | 10 | 70 |
| CS, proportion of initial C stored (%) | 53 | 85 | 77 | 16 |
| Initial C Content (%) | 45 | 46 | 49 | 51 |
| Decay Rate (year$^{-1}$) | 0.323 | 0.185 | 0.016 | 0.156 |

**Table 7-51:  C Stocks in Yard Trimmings and Food Scraps in Landfills (Tg C)**

| Carbon Pool | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Yard Trimmings** | 155.8 | 202.9 | 206.9 | 208.8 | 211.1 | 213.6 | 216.2 |
| Branches | 74.6 | 97.5 | 99.3 | 100.2 | 101.2 | 102.3 | 103.5 |
| Leaves | 66.7 | 87.3 | 89.2 | 90.0 | 91.1 | 92.2 | 93.4 |
| Grass | 14.5 | 18.1 | 18.4 | 18.6 | 18.8 | 19.0 | 19.3 |
| **Food Scraps** | 21.3 | 31.7 | 33.7 | 34.8 | 35.9 | 37.0 | 38.1 |
| **Total Carbon Stocks** | 177.2 | 234.7 | 240.6 | 243.6 | 247.0 | 250.7 | 254.2 |

Note: Totals may not sum due to independent rounding.

## Uncertainty and Time-Series Consistency

The uncertainty analysis for landfilled yard trimmings and food scraps includes an evaluation of the effects of uncertainty for the following data and factors: disposal in landfills per year (tons of C), initial C content, moisture

content, decay rate, and proportion of C stored. The C storage landfill estimates are also a function of the composition of the yard trimmings (i.e., the proportions of grass, leaves and branches in the yard trimmings mixture). There are respective uncertainties associated with each of these factors.

A Monte Carlo (Tier 2) uncertainty analysis was applied to estimate the overall uncertainty of the sequestration estimate. The results of the Tier 2 quantitative uncertainty analysis are summarized in Table 7-52. Total yard trimmings and food scraps $CO_2$ flux in 2011 was estimated to be between −19.6 and −5.3 Tg $CO_2$ Eq. at a 95 percent confidence level (or 19 of 20 Monte Carlo stochastic simulations). This indicates a range of 50 percent below to 59 percent above the 2011 flux estimate of −13.0 Tg $CO_2$ Eq. More information on the uncertainty estimates for Yard Trimmings and Food Scraps in Landfills is contained within the Uncertainty Annex.

**Table 7-52: Tier 2 Quantitative Uncertainty Estimates for $CO_2$ Flux from Yard Trimmings and Food Scraps in Landfills (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Flux Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Flux Estimate[a] (Tg $CO_2$ Eq.) | | Uncertainty Range Relative to Flux Estimate[a] (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Yard Trimmings and Food Scraps | $CO_2$ | (13.0) | (19.6) | (5.3) | −50% | +59% |

[a] Range of flux estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.
Note: Parentheses indicate negative values or net C sequestration.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

## Recalculations Discussion

The current Inventory has been revised relative to the previous report. Input data were not yet published for 2011 at the time of writing, so *Municipal Solid Waste Generation, Recycling, and Disposal in the United States: Tables and Figures for 2010* (EPA 2011) input data were used for 2011. Although the input data were the same from 2010 to 2011, the final C stock and C flux estimates changed because of the decomposition model (see Methodology for more information regarding the decomposition model), which calculates the C that remains from yard trimmings and food scraps that were landfilled in past years.

## Planned Improvements

Future work is planned to evaluate the consistency between the estimates of C storage described in this chapter and the estimates of landfill $CH_4$ emissions described in the *Waste* chapter. For example, the *Waste* chapter does not distinguish landfill $CH_4$ emissions from yard trimmings and food scraps separately from landfill $CH_4$ emissions from total bulk (i.e., municipal solid) waste, which includes yard trimmings and food scraps.

# 8.  Waste

Waste management and treatment activities are sources of greenhouse gas emissions (see Figure 8-1).  Landfills accounted for approximately 17.5 percent of total U.S. anthropogenic methane ($CH_4$) emissions in 2011, the third largest contribution of any $CH_4$ source in the United States.  Additionally, wastewater treatment and composting of organic waste accounted for approximately 2.8 percent and less than 1 percent of U.S. $CH_4$ emissions, respectively.  Nitrous oxide ($N_2O$) emissions from the discharge of wastewater treatment effluents into aquatic environments were estimated, as were $N_2O$ emissions from the treatment process itself.  $N_2O$ emissions from composting were also estimated.  Together, these waste activities account for less than 2 percent of total U.S. $N_2O$ emissions.  Nitrogen oxides ($NO_x$), carbon monoxide (CO), and non-$CH_4$ volatile organic compounds (NMVOCs) are emitted by waste activities, and are addressed separately at the end of this chapter.  A summary of greenhouse gas emissions from the Waste chapter is presented in Table 8-1 and Table 8-2.

**Figure 8-1:  2011 Waste Chapter Greenhouse Gas Sources**



**Box 8-1: Methodological Approach for Estimating and Reporting U.S. Emissions and Sinks**

In following the UNFCCC requirement under Article 4.1 to develop and submit national greenhouse gas emission inventories, the emissions and sinks presented in this report and this chapter, are organized by source and sink categories and calculated using internationally-accepted methods provided by the Intergovernmental Panel on

Climate Change (IPCC).[246]  Additionally, the calculated emissions and sinks in a given year for the United States are presented in a common manner in line with the UNFCCC reporting guidelines for the reporting of inventories under this international agreement.[247]  The use of consistent methods to calculate emissions and sinks by all nations providing their inventories to the UNFCCC ensures that these reports are comparable. In this regard, U.S. emissions and sinks reported in this inventory report are comparable to emissions and sinks reported by other countries. Emissions and sinks provided in this inventory do not preclude alternative examinations,[248] but rather this inventory presents emissions and sinks in a common format consistent with how countries are to report inventories under the UNFCCC.  The report itself, and this chapter, follows this standardized format, and provides an explanation of the IPCC methods used to calculate emissions and sinks, and the manner in which those calculations are conducted.

Overall, in 2011, waste activities generated emissions of 127.7 Tg $CO_2$ Eq., or just under 2 percent of total U.S. greenhouse gas emissions.

### Table 8-1:  Emissions from Waste (Tg $CO_2$ Eq.)

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **CH$_4$** | **164.0** | **130.5** | **129.8** | **131.9** | **131.4** | **124.7** | **120.8** |
| Landfills | 147.8 | 112.5 | 111.6 | 113.6 | 113.3 | 106.8 | 103.0 |
| Wastewater Treatment | 15.9 | 16.5 | 16.6 | 16.6 | 16.5 | 16.4 | 16.2 |
| Composting | 0.3 | 1.6 | 1.7 | 1.7 | 1.6 | 1.5 | 1.5 |
| **N$_2$O** | **3.8** | **6.4** | **6.7** | **6.8** | **6.7** | **6.8** | **6.9** |
| Domestic Wastewater Treatment | 3.5 | 4.7 | 4.8 | 4.9 | 5.0 | 5.1 | 5.2 |
| Composting | 0.4 | 1.7 | 1.8 | 1.9 | 1.8 | 1.7 | 1.7 |
| **Total** | **167.8** | **136.9** | **136.5** | **138.6** | **138.1** | **131.4** | **127.7** |

Note:  Totals may not sum due to independent rounding.

### Table 8-2:  Emissions from Waste (Gg)

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **CH$_4$** | **7,810** | **6,217** | **6,183** | **6,280** | **6,258** | **5,936** | **5,751** |
| Landfills | 7,037 | 5,357 | 5,314 | 5,409 | 5,397 | 5,083 | 4,907 |
| Wastewater Treatment | 758 | 785 | 791 | 791 | 786 | 779 | 770 |
| Composting | 15 | 75 | 79 | 80 | 75 | 73 | 74 |
| **N$_2$O** | **12** | **21** | **21** | **22** | **22** | **22** | **22** |
| Domestic Wastewater Treatment | 11 | 15 | 16 | 16 | 16 | 16 | 17 |
| Composting | 1 | 6 | 6 | 6 | 6 | 5 | 6 |

Note:  Totals may not sum due to independent rounding.

Carbon dioxide, $CH_4$, and $N_2O$ emissions from the incineration of waste are accounted for in the Energy sector rather than in the Waste sector because almost all incineration of municipal solid waste (MSW) in the United States occurs at waste-to-energy facilities where useful energy is recovered. Similarly, the Energy sector also includes an estimate of emissions from burning waste tires and hazardous industrial waste, because virtually all of the

[246] See http://www.ipcc-nggip.iges.or.jp/public/index.html.

[247] See http://unfccc.int/national_reports/annex_i_ghg_inventories/national_inventories_submissions/items/5270.php.

[248] For example, see http://www.epa.gov/aboutepa/oswer.html.

combustion occurs in industrial and utility boilers that recover energy. The incineration of waste in the United States in 2011 resulted in 12.4 Tg $CO_2$ Eq. emissions, nearly half of which is attributable to the combustion of plastics. For more details on emissions from the incineration of waste, see Section 3.3.

It is additionally noted that in this chapter methodological guidance was taken from the 2006 IPCC Guidelines for National Greenhouse Gas Inventories. This latest guidance from the IPCC best represents the understanding of emissions profiles from activities in the waste sector. The use of the most recently published calculation methodologies by the IPCC, as contained in the 2006 IPCC Guidelines for waste source categories is fully in line with the IPCC good practice guidance for methodological choice to improve rigor and accuracy. In addition, the improvements in using the latest methodological guidance from the IPCC has been recognized by the UNFCCC's Subsidiary Body for Scientific and Technological Advice in the conclusions of its 30th Session[249], Numerous U.S. inventory experts were involved in the development of the 2006 IPCC Guidelines, and their expertise has provided this latest guidance from the IPCC with the most appropriate calculation methods that are then used in this chapter.

## Box 8-2: Waste Data from the Greenhouse Gas Reporting Program

On October 30, 2009, the U.S. EPA published a rule for the mandatory reporting of greenhouse gases from large GHG emissions sources in the United States. Implementation of 40 CFR Part 98 is referred to as EPA's Greenhouse Gas Reporting Program (GHGRP). 40 CFR part 98 applies to direct greenhouse gas emitters, fossil fuel suppliers, industrial gas suppliers, and facilities that inject $CO_2$ underground for sequestration or other reasons and requires reporting by 41 industrial categories. Reporting is at the facility level, except for certain suppliers of fossil fuels and industrial greenhouse gases. In general, the threshold for reporting is 25,000 metric tons or more of $CO_2$ Eq. per year.

EPA's GHGRP dataset and the data presented in this inventory report are complementary and, as indicated in the respective planned improvements sections for source categories in this chapter, EPA is analyzing how to use facility-level GHGRP data to improve the national estimates presented in this inventory. Most methodologies used in EPA's GHGRP are consistent with IPCC, though for EPA's GHGRP, facilities collect detailed information specific to their operations according to detailed measurement standards. This may differ with the more aggregated data collected for the inventory to estimate total, national U.S. emissions. It should be noted that the definitions for source categories in the GHGRP may differ from those used in this inventory in meeting the UNFCCC reporting guidelines. In line with the UNFCCC reporting guidelines, the inventory report is a comprehensive accounting of all emissions from source categories identified in the IPCC guidelines. Further information on the reporting categorizations in EPA's GHGRP and specific data caveats associated with monitoring methods in EPA's GHGRP has been provided on the EPA's GHGRP website.[250]

EPA presents the data collected by EPA's GHGRP through a data publication tool[251] that allows data to be viewed in several formats including maps, tables, charts and graphs for individual facilities or groups of facilities.

---

[249] These Subsidiary Body for Scientific and Technological Advice (SBSTA) conclusions state, "The SBSTA acknowledged that the 2006 IPCC Guidelines contain the most recent scientific methodologies available to estimate emissions by sources and removals by sinks of greenhouse gases (GHGs) not controlled by the Montreal Protocol, and recognized that Parties have gained experience with the 2006 IPCC Guidelines. The SBSTA also acknowledged that the information contained in the 2006 IPCC Guidelines enables Parties to further improve the quality of their GHG inventories." See <http://unfccc.int/resource/docs/2009/sbsta/eng/03.pdf>
[250] See <http://www.ccdsupport.com/confluence/display/ghgp/Detailed+Description+of+Data+for+Certain+Sources+and+Processes>.
[251] See <http://ghgdata.epa.gov>.

# 8.1 Landfills (IPCC Source Category 6A1)

In the United States, solid waste is managed by landfilling, recovery through recycling or composting, and combustion through waste-to-energy facilities. Disposing of solid waste in modern, managed landfills is the most commonly used waste management technique in the United States. More information on how solid waste data are collected and managed in the United States is provided in Box 8-3 and Box 8-4. The municipal solid waste (MSW) and industrial waste landfills referred to in this section are all modern landfills that must comply with a variety of regulations as discussed in Box 8-5. Disposing of waste in illegal dumping sites is not considered to have occurred in years later than 1980 and these sites are not considered to contribute to net emissions in this section for the inventory time frame of 1990 to 2011. MSW landfills, or sanitary landfills, are sites where MSW is managed to prevent or minimize health, safety, and environmental impacts. Waste is deposited in different cells and covered daily with soil; many have environmental monitoring systems to track performance, collect leachate, and collect landfill gas. Industrial waste landfills are constructed in a similar way as MSW landfills, but accept waste produced by industrial activity, such as factories, mills, and mines.

After being placed in a landfill, organic waste (such as paper, food scraps, and yard trimmings) is initially decomposed by aerobic bacteria. After the oxygen has been depleted, the remaining waste is available for consumption by anaerobic bacteria, which break down organic matter into substances such as cellulose, amino acids, and sugars. These substances are further broken down through fermentation into gases and short-chain organic compounds that form the substrates for the growth of methanogenic bacteria. These methane- ($CH_4$) producing anaerobic bacteria convert the fermentation products into stabilized organic materials and biogas consisting of approximately 50 percent biogenic carbon dioxide ($CO_2$) and 50 percent $CH_4$, by volume. Landfill biogas also contains trace amounts of non-methane organic compounds (NMOC) and volatile organic compounds (VOC) that either result from decomposition by-products or volatilization of biodegradable wastes (EPA 2008).

Methane and $CO_2$ are the primary constituents of landfill gas generation and emissions. However, the 2006 Intergovernmental Panel on Climate Change (IPCC) Guidelines set an international convention to not report biogenic $CO_2$ released due to landfill decomposition in the Waste sector (IPCC 2006). Carbon dioxide emissions are estimated and reported for under the Land Use/Land Use Change and Forestry (LULUCF) sector (see Box 8-6). Additionally, emissions of NMOC and VOC are not estimated because they are considered to be emitted in trace amounts. Nitrous oxide ($N_2O$) emissions from the disposal and application of sewage sludge on landfills are also not explicitly modeled as part of greenhouse gas emissions from landfills. $N_2O$ emissions from sewage sludge applied to landfills as a daily cover or for disposal are expected to be relatively small because the microbial environment in an anaerobic landfill is not very conducive to the nitrification and denitrification processes that result in $N_2O$ emissions. Furthermore, the 2006 IPCC Guidelines (IPCC 2006) did not include a methodology for estimating $N_2O$ emissions from solid waste disposal sites "because they are not significant." Therefore, only $CH_4$ generation and emissions are estimated for landfills under the Waste sector.

Methane generation and emissions from landfills are a function of several factors, including: (1) the total amount of waste-in-place, which is the total waste landfilled annually over the operational lifetime of a landfill; (2) the characteristics of the landfill receiving waste (e.g., composition of waste-in-place, size, climate, cover material); (3) the amount of $CH_4$ that is recovered and either flared or used for energy purposes; and (4) the amount of $CH_4$ oxidized as the landfill gas passes through the cover material into the atmosphere. Each landfill has unique characteristics, but all managed landfills practice similar operating practices, including the application of a daily and intermediate cover material over the waste being disposed of in the landfill to prevent odor and reduce risks to public health. Based on recent literature, the specific type of cover material used can affect the rate of oxidation of landfill gas (RTI 2011). The most commonly used cover materials are soil, clay, and sand. Some states also permit the use of green waste, tarps, waste derived materials, sewage sludge or biosolids, and contaminated soil as a daily cover. Methane production typically begins one or two years after waste is disposed of in a landfill and will continue for 10 to 60 years or longer as the degradable waste decomposes over time.

In 2011, landfill $CH_4$ emissions were approximately 103.0 Tg $CO_2$ Eq. (4,907 Gg of $CH_4$), representing the third largest source of $CH_4$ emissions in the United States, behind natural gas systems and enteric fermentation. Emissions from MSW landfills, which received about 69 percent of the total solid waste generated in the United States, accounted for about 94 percent of total landfill emissions, while industrial landfills accounted for the remainder. Approximately 1,900 to 2,000 operational MSW landfills exist in the United States, with the largest

landfills receiving most of the waste and generating the majority of the $CH_4$ emitted (EPA 2010; *BioCycle* 2010; WBJ 2010). Conversely, there are approximately 3,200 MSW landfills in the United States that have been closed since 1980 (for which a closure data is known, WBJ 2010). While the number of active MSW landfills has decreased significantly over the past 20 years, from approximately 6,326 in 1990 to approximately 2,000 in 2010, the average landfill size has increased (EPA 2010; *BioCycle* 2010; WBJ 2010). The exact number of active and closed dedicated industrial waste landfills is not known at this time, but the Waste Business Journal total of landfills that accept industrial and construction and demolition debris for 2010 is 1,305.

The estimated annual quantity of waste placed in MSW landfills increased 26 percent from about 205 Tg in 1990 to 258 Tg in 2011 (see Annex 3.13). Net $CH_4$ emissions have fluctuated from year to year, but a slowly decreasing trend has been observed over the past decade despite increased waste disposal amounts. For example, from 1990 to 2011, net $CH_4$ emissions from landfills decreased by approximately 30 percent (see Table 8-3 and Table 8-4). This decreasing trend can be attributed to a 21 percent reduction in the amount of decomposable materials (i.e., paper and paperboard, food scraps, and yard trimmings) discarded in MSW landfills over the time series (EPA 2010) and an increase in the amount of landfill gas collected and combusted (i.e., used for energy or flared), resulting in lower net $CH_4$ emissions from MSW landfills.[252] For instance, in 1990, approximately 954 Gg of $CH_4$ were recovered and combusted from landfills, while in 2011, approximately 8,177 Gg of $CH_4$ were combusted, representing an average annual increase in the quantity of $CH_4$ recovered and combusted from 1990 to 2011 of 11 percent (see Annex 3.13). In 2011, an estimated 71 new landfill gas-to-energy (LFGTE) projects and 29 new flares began operation (EPA 2012). While the amount of landfill gas collected and combusted continues to increase every year, the rate of increase in collection and combustion no longer exceeds the rate of additional $CH_4$ generation from the amount of organic MSW landfilled as the U.S. population grows.

The total amount of MSW generated is expected to increase as the U.S. population continues to grow. The percentage of waste landfilled, however, may decline due to increased recycling and composting practices. Additionally, the quantity of recovered $CH_4$ that is either flared or used for energy purposes is expected to continually increase as a result of 1996 federal regulations that require large MSW landfills to collect and combust landfill gas (see 40 CFR Part 60, Subpart Cc 2005 and 40 CFR Part 60, Subpart WWW 2005), as well as voluntary programs that encourage $CH_4$ recovery and use such as EPA's Landfill Methane Outreach Program (LMOP), and federal and state incentives that promote renewable energy (e.g., tax credits, low interest loans, and Renewable Portfolio Standards).

---

[252] Due to a lack of data specific to industrial waste landfills, landfill gas recovery is only estimated for MSW landfills.

**Table 8-3: CH$_4$ Emissions from Landfills (Tg CO$_2$ Eq.)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| MSW Landfills | 172.6 | 241.2 | 254.2 | 259.2 | 262.9 | 266.6 | 270.2 |
| Industrial Landfills | 11.6 | 15.4 | 15.5 | 15.7 | 15.8 | 15.9 | 16.0 |
| **Recovered** | | | | | | | |
| Gas-to-Energy | (13.3) | (55.9) | (62.6) | (67.2) | (74.2) | (82.5) | (88.0) |
| Flared | (6.7) | (75.7) | (83.2) | (81.5) | (78.6) | (81.4) | (83.7) |
| Oxidized[a] | (16.4) | (12.5) | (12.4) | (12.6) | (12.6) | (11.9) | (11.4) |
| **Total** | **147.8** | **112.5** | **111.6** | **113.5** | **113.3** | **106.8** | **103.0** |

Note: Totals may not sum due to independent rounding. Parentheses indicate negative values.
[a] Includes oxidation at both municipal and industrial landfills. Oxidation at MSW landfills is accounted for after CH$_4$ recovery.

**Table 8-4: CH$_4$ Emissions from Landfills (Gg)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| MSW Landfills | 8,219 | 11,486 | 12,106 | 12,343 | 12,519 | 12,694 | 12,868 |
| Industrial Landfills | 554 | 732 | 740 | 746 | 752 | 758 | 761 |
| **Recovered** | | | | | | | |
| Gas-to-Energy | (634) | (2,660) | (2,980) | (3,198) | (3,532) | (3,927) | (4,190) |
| Flared | (321) | (3,606) | (3,961) | (3,880) | (3,743) | (3,876) | (3,986) |
| Oxidized[a] | (782) | (595) | (590) | (601) | (600) | (565) | (545) |
| **Total** | **7,037** | **5,357** | **5,314** | **5,409** | **5,397** | **5,083** | **4,907** |

Note: Totals may not sum due to independent rounding. Parentheses indicate negative values.
[a] Includes CH$_4$ oxidation at municipal and industrial landfills. Oxidation at MSW landfills is accounted for after CH$_4$ recovery.

# Methodology

CH$_4$ emissions from landfills were estimated as the CH$_4$ produced from MSW landfills, plus the CH$_4$ produced by industrial waste landfills, minus the CH$_4$ recovered and combusted from MSW landfills, minus the CH$_4$ oxidized before being released into the atmosphere:

$$CH_{4,\text{Solid Waste}} = [CH_{4,\text{MSW}} + CH_{4,\text{Ind}} - R] - Ox$$

where,

| | |
|---|---|
| CH$_{4,\text{Solid Waste}}$ | = CH$_4$ emissions from solid waste |
| CH$_{4,\text{MSW}}$ | = CH$_4$ generation from MSW landfills, |
| CH$_{4,\text{Ind}}$ | = CH$_4$ generation from industrial landfills, |
| R | = CH$_4$ recovered and combusted (only for MSW landfills), and |
| Ox | = CH$_4$ oxidized from MSW and industrial waste landfills before release to the atmosphere. |

The methodology for estimating CH$_4$ emissions from landfills is based on the first order decay model described by the IPCC (IPCC 2006). Methane generation is based on nationwide waste disposal data; it is not landfill-specific. The amount of CH$_4$ recovered, however, is landfill-specific, but only for MSW landfills due to a lack of data specific to industrial waste landfills. Values for the CH$_4$ generation potential (L$_0$) and decay rate constant (k) used in the first order decay model were obtained from an analysis of CH$_4$ recovery rates for a database of 52 landfills and from published studies of other landfills (RTI 2004; EPA 1998; SWANA 1998; Peer, Thorneloe, and Epperson 1993). The decay rate constant was found to increase with average annual rainfall; consequently, values of k were developed for 3 ranges of rainfall, or climate types (wet, arid, and temperate). The annual quantity of waste placed in landfills was apportioned to the 3 ranges of rainfall based on the percent of the U.S. population in each of the 3 ranges. Historical census data were used to account for the shift in population to more arid areas over time. An overview of the data sources and methodology used to calculate CH$_4$ generation and recovery is provided below, while a more detailed description of the methodology used to estimate CH$_4$ emissions from landfills can be found in Annex 3.13.

National MSW landfill waste generation and disposal data are obtained from the *BioCycle* State of Garbage surveys, published approximately every two years. The State of Garbage (SOG) survey is the only continually updated nationwide survey of waste disposed in landfills in the United States.  The SOG surveys use the principles of mass balance where all MSW generated is equal to the amount of MSW landfilled, combusted in waste-to-energy plants, composted, and/or recycled (*BioCycle* 2010). This approach assumes that all waste management methods are tracked and reported to state agencies.  Survey respondents are asked to provide a breakdown of MSW generated and managed by landfilling, recycling, composting, and combustion (in waste-to-energy facilities) in actual tonnages.  The survey reported data are adjusted to exclude non-MSW materials (e.g., industrial and agricultural wastes, construction and demolition debris, automobile scrap, and sludge from wastewater treatment plants) that may be included in survey responses. All state disposal data are adjusted for import/export; imported waste is included in a particular state and exported waste is not.  Where no waste generation data are provided by a state in the SOG survey, the amount generated is estimated using the average nationwide waste per capita rate multiplied by that particular state's population.

National landfill waste generation data for 1989 through 2008 were obtained from the SOG survey for every two years (BioCycle 2006, 2008, and 2010).  National landfill waste generation data for the years in-between the *BioCycle* State of Garbage surveys (e.g., 2001, 2003, 2005, 2007, 2009, 2010, and 2011) were extrapolated based on *BioCycle* data and the U.S. Census population The most recent SOG survey was published in 2010 for the 2008 year.  Waste generation data will be updated as new reports are published. Because the SOG survey does not account for waste generated in U.S. territories, waste generation for the territories was estimated using population data obtained from the U.S. Census Bureau (2009, 2012) and national per capita solid waste generation from the survey (2010).

Estimates of the quantity of waste landfilled from 1989 to the current inventory year are determined by applying a waste disposal factor to the total amount of waste generated (i.e., the SOG data).  A waste disposal factor is determined for each year an SOG survey is published and equals the ratio of the total amount of waste landfilled to the total amount of waste generated. The waste disposal factor is interpolated for the years in-between the *BioCycle* surveys, as is done for the amount of waste generated for a given survey year.

Estimates of the annual quantity of waste landfilled for 1960 through 1988 were obtained from EPA's *Anthropogenic Methane Emissions in the United States, Estimates for 1990:  Report to Congress* (EPA 1993) and an extensive landfill survey by the EPA's Office of Solid Waste in 1986 (EPA 1988).  Although waste placed in landfills in the 1940s and 1950s contributes very little to current $CH_4$ generation, estimates for those years were included in the first order decay model for completeness in accounting for $CH_4$ generation rates and are based on the population in those years and the per capita rate for land disposal for the 1960s.  For calculations in this inventory, wastes landfilled prior to 1980 were broken into two groups: wastes disposed in landfills (Methane Conversion Factor, MCF, of 1) and those disposed in dumps (MCF of 0.6).  All calculations after 1980 assume waste is disposed in managed, modern landfills.  Please see Annex 3.13 for more details.

Methane recovery is currently only accounted for at MSW landfills since no comprehensive data regarding gas collection systems have been published for industrial waste landfills. The estimated landfill gas recovered per year at MSW landfills was based on a combination of three databases: the flare vendor database (contains updated sales data collected from vendors of flaring equipment), a database of landfill gas-to-energy (LFGTE) projects compiled by LMOP (EPA 2012), and a database developed by the Energy Information Administration (EIA) for the voluntary reporting of greenhouse gases (EIA 2007).  Based on the information provided by the EIA and flare vendor databases, the $CH_4$ combusted by flares in operation from 1990 to the current inventory year was estimated. Information provided by the EIA and LMOP databases were used to estimate $CH_4$ combusted in LFGTE projects over the time series.  The three databases were carefully compared to identify landfills that were in two or all three of the databases to avoid double or triple counting $CH_4$ reductions.

The flare vendor database estimates $CH_4$ combusted by flares using the midpoint of a flare's reported capacity while the EIA database uses landfill-specific measured gas flow.  As the EIA database only includes data through 2006; 2007 to 2011 recovery for projects included in the EIA database were assumed to be the same as in 2006.  This quantity likely underestimates flaring because these databases do not have information on all flares in operation. The EIA database is no longer being updated and it is expected that data obtained from the EPA's Greenhouse Gas Reporting Program (GHGRP) will serve as a supplemental data source for facility-reported recovery data. Additionally, the EIA and LMOP databases provided data on landfill gas flow and energy generation for landfills with LFGTE projects.  If a landfill in the EIA database was also in the LMOP and/or the flare vendor database, the

emissions avoided were based on the EIA data because landfill owners or operators reported the amount recovered based on measurements of gas flow and concentration, and the reporting accounted for changes over time. If both flare data and LMOP recovery data were available for any of the remaining landfills (i.e., not in the EIA database), then the emissions recovery was based on the LMOP data, which provides reported landfill-specific data on gas flow for direct use projects and project capacity (i.e., megawatts) for electricity projects. The flare data, on the other hand, only provide a range of landfill gas flow for a given flare size. Given that each LFGTE project is likely to also have a flare, double counting reductions from flares and LFGTE projects in the LMOP database was avoided by subtracting emission reductions associated with LFGTE projects for which a flare had not been identified from the emission reductions associated with flares (referred to as the flare correction factor). A further explanation of the methodology used to estimate the landfill gas recovered can be found in Annex 3.13.

A destruction efficiency of 99 percent was applied to $CH_4$ recovered to estimate $CH_4$ emissions avoided due to the combusting of $CH_4$ in destruction devices, i.e., flares. The destruction efficiency value was selected based on the range of efficiencies (86 to 99 percent) recommended for flares in EPA's AP-42 Compilation of Air Pollutant Emission Factors, Chapter 2.4 (EPA 2008), efficiencies used to establish new source performance standards (NSPS) for landfills, and in recommendations for shutdown flares used in LMOP.

Emissions from industrial waste landfills were estimated from industrial production data (ERG 2012), waste disposal factors, and the first order decay model. As over 99 percent of the organic waste placed in industrial waste landfills originated from the food processing (meat, vegetables, fruits) and pulp and paper industries, estimates of industrial landfill emissions focused on these two sectors (EPA 1993). There are currently no data sources that track and report the amount and type of waste disposed of in industrial waste landfills in the United States. Therefore, the amount of waste landfilled is assumed to be a fraction of production that is held constant over the time series as explained in Annex 3.13. The composition of waste disposed of in industrial waste landfills is expected to be more consistent in terms of composition and quantity than that disposed of in MSW landfills.

The amount of $CH_4$ oxidized by the landfill cover at both municipal and industrial waste landfills was assumed to be ten percent of the $CH_4$ generated that is not recovered (IPCC 2006, Mancinelli and McKay 1985, Czepiel et al. 1996). To calculate net $CH_4$ emissions, both $CH_4$ recovered and $CH_4$ oxidized were subtracted from $CH_4$ generated at municipal and industrial waste landfills.

## Uncertainty and Time-Series Consistency

Several types of uncertainty are associated with the estimates of $CH_4$ emissions from MSW and industrial waste landfills. The primary uncertainty concerns the characterization of landfills. Information is not available on two fundamental factors affecting $CH_4$ production: the amount and composition of waste placed in every MSW and industrial waste landfill for each year of its operation. The SOG survey is the only nationwide data source that compiles the amount of MSW disposed at the state-level. The surveys do not include information on waste composition and there are no comprehensive data sets that compile quantities of waste disposed or waste composition by landfill. Some MSW landfills have conducted detailed waste composition studies, but landfills in the United States are not required to perform these studies. The approach used here assumes that the $CH_4$ generation potential and the rate of decay that produces $CH_4$, as determined from several studies of $CH_4$ recovery at MSW landfills, are representative of conditions at U.S. landfills. When this top-down approach is applied at the nationwide level, the uncertainties are assumed to be less than when applying this approach to individual landfills and then aggregating the results to the national level. In other words, this approach may over- and under-estimate $CH_4$ generation at some landfills if used at the facility-level, but the end result is expected to balance out because it is being applied nationwide. There is also a high degree of uncertainty and variability associated with the first order decay model, particularly when a homogeneous waste composition and hypothetical decomposition rates are applied to heterogeneous landfills (IPCC 2006).

Additionally, there is a lack of landfill-specific information regarding the number and type of industrial waste landfills in the United States. The approach used here assumes that the majority (99 percent) of industrial waste disposed of in industrial waste landfills consists of waste from the pulp and paper and food and beverage industries. However, because waste generation and disposal data are not available in an existing data source for all U.S. industrial waste landfills, we apply a straight disposal factor over the entire time series to the amount of waste generated to determine the amounts disposed.

Aside from the uncertainty in estimating $CH_4$ generation potential, uncertainty exists in the estimates of the landfill gas oxidized. A constant oxidation factor of 10 percent as recommended by the Intergovernmental Panel on Climate Change (IPCC) for managed landfills is used for both MSW and industrial waste landfills regardless of climate, the type of cover material, and/or presence of a gas collection system. The number of field studies measuring the rate of oxidation has increased substantially since the IPCC 2006 Guidelines were published and, as discussed in the Potential Improvements section, efforts are being made to review the literature and revise this value based on recent, peer-reviewed studies.

Another significant source of uncertainty lies with the estimates of $CH_4$ that are recovered by flaring and gas-to-energy projects at MSW landfills. Three separate databases containing recovery information are used to determine the total amount of $CH_4$ recovered and there are uncertainties associated with each. The LMOP database and the flare vendor databases are updated annually, while the EIA database has not been updated since 2005 and will essentially be replaced by the GHGRP data for a portion of landfills (i.e., those meeting the GHGRP thresholds). To avoid double counting and to use the most relevant estimate of $CH_4$ recovery for a given landfill, a hierarchical approach is used among the three databases. The EIA data are given precedence because $CH_4$ recovery was directly reported by landfills, the LMOP data are given second priority because $CH_4$ recovery is estimated from facility-reported LFGTE system characteristics, and the flare data are given third priority because this database contains minimal information about the flare and no site-specific operating characteristics (Bronstein et al., 2012). The IPCC default value of 10 percent for uncertainty in recovery estimates was used in the uncertainty analysis when metering of landfill gas was in place (for about 64 percent of the $CH_4$ estimated to be recovered). This 10 percent uncertainty factor applies to 2 of the 3 databases (EIA and LMOP). For flaring without metered recovery data (approximately 34 percent of the $CH_4$ estimated to be recovered), a much higher uncertainty of approximately 50 percent was used (e.g., when recovery was estimated as 50 percent of the flare's design capacity). The compounding uncertainties associated with the 3 databases leads to the large upper and lower bounds for MSW landfills presented in Table 8-5.

The results of the IPCC Good Practice Guidance Tier 2 quantitative uncertainty analysis are summarized in Table 8-5. In 2011, landfill $CH_4$ emissions were estimated to be between 47.0 and 150.2 Tg $CO_2$ Eq., which indicates a range of 54 percent below to 46 percent above the 2011 emission estimate of 103.0 Tg $CO_2$ Eq.

**Table 8-5: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Landfills (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate[a] (Tg $CO_2$ Eq.) | | (%) | |
|---|---|---|---|---|---|---|
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| **Landfills** | **$CH_4$** | **103.0** | **47.0** | **150.2** | **-54%** | **+46%** |
| MSW | $CH_4$ | 88.7 | 33.5 | 136.0 | -62% | +53% |
| Industrial | $CH_4$ | 14.4 | 10.5 | 17.4 | -27% | +21% |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

# QA/QC and Verification

A QA/QC analysis was performed for data gathering and input, documentation, and calculation. QA/QC checks are not performed on the published data used to populate the inventory data set, including the SOG survey data and the published LMOP database. A primary focus of the QA/QC checks was to ensure that $CH_4$ recovery estimates were not double-counted and that all LFGTE projects and flares were included in the respective project databases. Both manual and electronic checks were made to ensure that emission avoidance from each landfill was calculated in only one of the three databases. The primary calculation spreadsheet is tailored from the IPCC waste model and has been verified previously using the original, peer-reviewed IPCC waste model. All model input values were verified by secondary QA/QC review.

# Recalculations Discussion

When conducted, methodological recalculations are applied to the entire time-series to ensure time-series consistency from 1990 through the current inventory year. No methodological changes were made for this

inventory, but the national landfill waste generation data for 2007, 2008, 2009, and 2010 were recalculated for states that did not report an amount of waste generated in the SOG 2010 survey. This recalculation was warranted after reviewing the waste generation and disposal trends over the time series, particularly for years after 2004 where a noticeable decrease in the amount of waste generated was calculated. For states that did not report an amount of waste generated in the 2010 survey (*BioCycle 2010*), the recalculations used the most recent SOG waste per capita data in the 2010 survey and state-specific generation rates from the previous SOG survey (*BioCycle* 2008). These recalculations resulted in a slight increase in the waste generated for 2007 through 2010.

# Planned Improvements

Improvements to the inventory being examined include incorporating data from the EPA's GHGRP and recent peer-reviewed literature, modifying the default oxidation factor applied to MSW and industrial waste landfills, and either modifying the bulk waste degradable organic carbon (DOC) value or estimating emissions using a waste-specific approach in the first order decay model.

Beginning in 2011, all MSW landfills that accepted waste on or after January 1, 1980 and generate $CH_4$ in amounts equivalent to 25,000 metric tons or more of carbon dioxide equivalent ($CO_2$ Eq.) were required to calculate and report their greenhouse gas emissions to EPA through its GHGRP. The MSW landfill source category of the GHGRP consists of the landfill, landfill gas collection systems, and landfill gas destruction devices, including flares. Potential improvements to the inventory methodology may be made using the GHGRP data, specifically for inputs to the first order decay equation. The approach used by the inventory to estimate $CH_4$ generation assumes a bulk waste-specific DOC value that may not accurately capture the changing waste composition over the time series (e.g., the reduction of organics entering the landfill environment due to increased composting, see Box 8-4). Using data obtained from the GHGRP and any publicly available landfill-specific waste characterization studies in the United States, the methodology may be modified to incorporate a waste composition approach or revisions may be made to the bulk waste DOC value currently used. Additionally, GHGRP data could be analyzed and a weighted average for the methane correction factor (MCF), fraction of $CH_4$ (F) in the landfill gas, the destruction efficiency of flares, and the decay rate constant (k) could replace the values currently used in the inventory.

The most significant contribution of the GHGRP data to the inventory is expected to be the amount of recovered landfill gas and other information related to the gas collection system (Bronstein et al., 2012). Information for landfills with gas collection systems reporting under the GHGRP will be incorporated into the inventory data set and the measured $CH_4$ recovery data will be used for the reporting landfills in lieu of the EIA, LMOP, and flare vendor data. The GHGRP data undergo an extensive series of verification steps, are more reliable and accurate than the data currently used, and will reduce uncertainties surrounding $CH_4$ recovery when applied to the landfills in the inventory data set (Bronstein et al., 2012).

In addition to MSW landfills, industrial waste landfills at facilities generating $CH_4$ in amounts equivalent to 25,000 metric tons or more of $CO_2$ Eq. were required to report their GHG emissions beginning in September 2012 through EPA's GHGRP. Similar data for industrial waste landfills as is required for the MSW landfills will be reported. Any additions or improvements to the inventory using reported GHGRP data will be made for the industrial waste landfill portion of the inventory. One possible improvement is the addition of industrial sectors other than pulp and paper, and food and beverage (e.g., metal foundries, petroleum refineries, and chemical manufacturing facilities). Of particular interest in the GHGRP data set for industrial waste landfills will be the presence of gas collection systems since recovery is not currently associated with industrial waste landfills in the inventory methodology. It is unlikely that data reported through the GHGRP for industrial waste landfills will yield improved estimates for k and $L_o$ for the industrial sectors. However, EPA is considering an update to the $L_o$ and k values for the pulp and paper sector and are currently gathering feedback from stakeholders.

The addition of this higher tier data will improve the emission calculations to provide a more accurate representation of greenhouse gas emissions from MSW and industrial waste landfills, but potential improvements to the inventory will not occur until after the deferral of GHGRP equation inputs expires in March 2013 for both MSW and industrial waste landfills, or as early as the 1990 to 2013 inventory report. Facility-level reporting data from the GHGRP are not available for all inventory years as reported in this inventory; therefore, particular attention will be made to

ensure time series consistency while incorporating data from EPA's GHGRP that would be useful to improve the emissions estimates for MSW landfills. In implementing improvements and integration of data from the GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[253]

As a first step toward revising the oxidation factor used in the inventory, a literature review was conducted in 2011 (RTI 2011). A standard $CH_4$ oxidation factor of 10 percent has been used for both industrial and MSW landfills for all inventory reports and is currently recommended as the default for well-managed landfills in the latest IPCC guidelines (2006). Recent comments on the inventory methodology indicated that a default oxidation factor of 10 percent may be less than oxidation rates achieved at well-managed landfills with gas collection and control. The impact of different landfill cover types on the rate of oxidation warrants further investigation as well.

Currently, one oxidation factor (10 percent) is applied to the total amount of waste generated nationwide. Changing the oxidation factor and calculating the amount of $CH_4$ oxidized from landfills with gas collection and control requires the estimation of waste disposed of in these types of landfills. The inventory methodology uses waste generation data from the SOG surveys, which report the total amount of waste generated and disposed nationwide by state. In 2010, the State of Garbage survey requested data on the presence of landfill gas collection systems for the first time. Twenty-eight states reported that 260 out of 1,414 (18 percent) operational landfills recovered landfill gas (*BioCycle* 2010). However, the survey did not include closed landfills with gas collection and control systems. In the future, the amount of states collecting and reporting this information is expected to increase. The EPA's GHGRP data set for MSW landfills could be used to fill in the gaps related to the amount of waste disposed in landfills with gas collection systems. Although the EPA's GHGRP does not capture every landfill in the United States, larger landfills are expected to meet the reporting thresholds and will be reporting waste disposal information by year beginning in March 2013. After incorporating the EPA's GHGRP data, it may be possible to calculate the amount of waste disposed of at landfills with and without gas collection systems in the United States, which will allow the inventory waste model to apply different oxidation factors depending on the presence of a gas collection system.

While research findings indicate some evidence that landfills with gas collection and control achieve a 20 percent or higher oxidation rate, there is not sufficient certainty to adopt a higher oxidation rate at this time. It is expected that with increased reporting by states in the State of Garbage survey, as well as the data collected through EPA's GHGRP, the oxidation rate for at least a subset of landfills may be increased in a future inventory. A continued effort will be made to review peer-reviewed field studies that focus on oxidation specifically to determine how oxidation is affected by the presence of a gas collection system and landfill cover type and whether increasing the oxidation factor is warranted for all or only a portion of landfills (e.g., open versus closed, or only those with gas collection systems).

## Box 8-3: Nationwide Municipal Solid Waste Data Sources

Municipal solid waste generated in the United States can be managed through landfilling, recycling, composting, and combustion with energy recovery. There are two main sources for nationwide solid waste management data in the United States,

- The BioCycle and Earth Engineering Center of Columbia University's State of Garbage (SOG) in America surveys and
- The EPA's Municipal Solid Waste in The United States: Facts and Figures reports.

The SOG surveys collect state-reported data on the amount of waste generated and the waste managed via different management options: landfilling, recycling, composting, and combustion. The survey asks for actual tonnages instead of percentages in each waste category (e.g., residential, commercial, industrial, construction and demolition, organics, tires) for each waste management option. If such a breakdown is not available, the survey asks for total tons landfilled. The data are adjusted for imports and exports so that the principles of mass balance are adhered to, whereby the amount of waste managed does not exceed the amount of waste generated. The SOG reports present survey data aggregated to the state level.

---

[253] See: http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf

The EPA Facts and Figures reports use a materials flow methodology, which relies heavily on a mass balance approach. Data are gathered from industry associations, key businesses, similar industry sources, and government agencies (e.g., the Department of Commerce and the U.S. Census Bureau) and are used to estimate tons of materials and products generated, recycled, or discarded nationwide. The amount of MSW generated is estimated by adjusting the imports and exports of produced materials. MSW that is not recycled, composted, or combusted is assumed to be landfilled. The data presented in the report are nationwide totals.

The State of Garbage surveys are the preferred data source for estimating waste generation and disposal amounts in the inventory because they are considered a more objective, numbers-based analysis of solid waste management in the United States. However, the EPA Facts and Figures reports are useful when investigating waste management trends at the nationwide level and for typical waste composition data, which the State of Garbage surveys do not ask for.

In this inventory, emissions from solid waste management are presented separately by waste management option, except for recycling of waste materials. Emissions from recycling are attributed to the stationary combustion of fossil fuels, and are presented in the stationary combustion chapter in the Energy sector, although the emissions estimates are not called out separately. Emissions from solid waste disposal in landfills and the composting of solid waste materials are presented in the Landfills and Composting chapters in the Waste sector of this report. In the United States, almost all incineration of MSW occurs at waste-to-energy facilities or industrial facilities where useful energy is recovered, and thus emissions from waste incineration are accounted for in the Incineration chapter of the Energy sector of this report.



**Box 8-4: Overview of the Waste Sector**

As shown in Figure 8-2 and Figure 8-3, landfilling of MSW is currently and has been the most common waste management practice. A large portion of materials in the waste stream are recovered for recycling and composting, which is becoming an increasingly prevalent trend throughout the country. Materials that are composted would have normally been disposed of in a landfill.

**Figure 8-2:  Management of Municipal Solid Waste in the United States, 2010 (BioCycle 2010)**



**Figure 8-3:  MSW Management Trends from 1990 to 2010 (EPA 2011)**



Table 8-6 presents a typical composition of waste disposed of at a typical MSW landfill in the United States over time.  It is important to note that the actual composition of waste entering each landfill will vary from that presented in Table 8-6.  Understanding how the waste composition changes over time, specifically for the degradable waste types, is important for estimating greenhouse gas emissions.  For certain degradable waste types (i.e., paper and paperboard), the amounts discarded have decreased over time due to an increase in recovery (see Table 8-6 and Figure 8-4).  Landfill ban legislation affecting yard trimmings resulted in an increase of composting from 1990 to 2008.  Table 8-6 and Figure 8-4 do not reflect the impact of backyard composting on yard trimming generation and recovery estimates. The recovery of food trimmings has been consistently low.  Increased recovery of degradable materials reduces the $CH_4$ generation potential and $CH_4$ emissions from landfills.

**Table 8-6: Materials Discarded in the Municipal Waste Stream by Waste Type, percent (EPA 2011)**

| Waste Type | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|
| Paper and Paperboard | 24.5% | 24.5% | 21.7% | 19.7% | 14.8% | 15.3% |
| Glass | 5.7% | 5.7% | 5.5% | 5.3% | 5.0% | 4.8% |
| Metals | 7.7% | 7.7% | 7.9% | 8.0% | 8.0% | 8.3% |
| Plastics | 15.7% | 15.7% | 16.4% | 16.0% | 15.8% | 16.3% |
| Rubber and Leather | 3.5% | 3.5% | 3.6% | 3.7% | 3.7% | 3.8% |
| Textiles | 5.5% | 5.5% | 5.9% | 6.2% | 6.3% | 6.4% |
| Wood | 7.4% | 7.4% | 7.5% | 7.6% | 7.7% | 7.8% |
| Other[a] | 1.8% | 1.8% | 1.9% | 1.9% | 1.9% | 1.9% |
| Food Scraps[b] | 17.9% | 17.9% | 18.2% | 18.6% | 19.1% | 19.3% |
| Yard Trimmings[c] | 7.0% | 7.0% | 6.7% | 6.6% | 7.6% | 8.1% |
| Miscellaneous Inorganic Wastes | 2.1% | 2.1% | 2.1% | 2.2% | 2.2% | 2.2% |

[a] Includes electrolytes in batteries and fluff pulp, feces, and urine in disposable diapers. Details may not add to totals due to rounding. Source: EPA 2011.

[b] Data for food scraps were estimated using sampling studies in various parts of the country in combination with demographic data on population, grocery store sales, restaurant sales, number of employees, and number of prisoners, students, and patients in institutions. Source: EPA 2010.

[c] Data for yard trimmings were estimated using sampling studies, population data, and published sources documenting legislation affecting yard trimmings disposal in landfills. Source: EPA 2010.

Figure 8-4: Percent of Recovered Degradable Materials from 1990 to 2010, percent (EPA 2011)



**Box 8-5: Description of a Modern, Managed Landfill**

Modern, managed landfills are well-engineered facilities that are located, designed, operated, and monitored to ensure compliance with federal, state, and tribal regulations. Municipal solid waste (MSW) landfills must be designed to protect the environment from contaminants which may be present in the solid waste stream. Requirements for affected MSW landfills may include:

- Siting requirements to protect sensitive areas (e.g., airports, floodplains, wetlands, fault areas, seismic impact zones, and unstable areas)
- Design requirements for new landfills to ensure that Maximum Contaminant Levels (MCLs) will not be exceeded in the uppermost aquifer (e.g., composite liners and leachate collection systems)

- Leachate collection and removal systems
- Operating practices (e.g., daily and intermediate cover, receipt of regulated hazardous wastes, use of landfill cover material, access options to prevent illegal dumping, use of a collection system to prevent stormwater run-on/run-off, record-keeping)
- Air monitoring requirements (explosive gases)
- Groundwater monitoring requirements
- Closure and post-closure care requirements (e.g., final cover construction), and
- Corrective action provisions.

Specific federal regulations that affected MSW landfills must comply with include the 40 CFR Part 258 (Subtitle D of RCRA), or equivalent state regulations and the New Source Performance Standards (NSPS) 40 CFR Part 60 Subpart WW. Additionally, state and tribal requirements may exist. For more information regarding federal MSW landfill regulations, see http://www.epa.gov/osw/nonhaz/municipal/landfill/msw_regs.htm.

### Box 8-6:  Biogenic Wastes in Landfills

Regarding the depositing of wastes of biogenic origin in landfills (i.e., all degradable waste), empirical evidence shows that some of these wastes degrade very slowly in landfills, and the C they contain is effectively sequestered in landfills over a period of time (Barlaz 1998, 2006). Estimates of C removals from landfilling of forest products, yard trimmings, and food scraps are further described in the Land Use, Land-Use Change, and Forestry chapter, based on methods presented in IPCC (2003) and IPCC (2006).

# 8.2 Wastewater Treatment (IPCC Source Category 6B)

Wastewater treatment processes can produce anthropogenic $CH_4$ and $N_2O$ emissions. Wastewater from domestic[254] and industrial sources is treated to remove soluble organic matter, suspended solids, pathogenic organisms, and chemical contaminants. Treatment may either occur on site, most commonly through septic systems or package plants, or off site at centralized treatment systems. Centralized wastewater treatment systems may include a variety of processes, ranging from lagooning to advanced tertiary treatment technology for removing nutrients. In the United States, approximately 20 percent of domestic wastewater is treated in septic systems or other on-site systems, while the rest is collected and treated centrally (U.S. Census Bureau 2011).

Soluble organic matter is generally removed using biological processes in which microorganisms consume the organic matter for maintenance and growth. The resulting biomass (sludge) is removed from the effluent prior to discharge to the receiving stream. Microorganisms can biodegrade soluble organic material in wastewater under aerobic or anaerobic conditions, where the latter condition produces $CH_4$. During collection and treatment, wastewater may be accidentally or deliberately managed under anaerobic conditions. In addition, the sludge may be further biodegraded under aerobic or anaerobic conditions. The generation of $N_2O$ may also result from the treatment of domestic wastewater during both nitrification and denitrification of the N present, usually in the form of urea, ammonia, and proteins. These compounds are converted to nitrate ($NO_3$) through the aerobic process of nitrification. Denitrification occurs under anoxic conditions (without free oxygen), and involves the biological conversion of nitrate into dinitrogen gas ($N_2$). $N_2O$ can be an intermediate product of both processes, but has

---

[254] Throughout the inventory, emissions from domestic wastewater also include any commercial and industrial wastewater collected and co-treated with domestic wastewater.

typically been associated with denitrification. Recent research suggests that higher emissions of $N_2O$ may in fact originate from nitrification (Ahn et al. 2010).

The principal factor in determining the $CH_4$ generation potential of wastewater is the amount of degradable organic material in the wastewater. Common parameters used to measure the organic component of the wastewater are the Biochemical Oxygen Demand (BOD) and Chemical Oxygen Demand (COD). Under the same conditions, wastewater with higher COD (or BOD) concentrations will generally yield more $CH_4$ than wastewater with lower COD (or BOD) concentrations. BOD represents the amount of oxygen that would be required to completely consume the organic matter contained in the wastewater through aerobic decomposition processes, while COD measures the total material available for chemical oxidation (both biodegradable and non-biodegradable). Because BOD is an aerobic parameter, it is preferable to use COD to estimate $CH_4$ production. The principal factor in determining the $N_2O$ generation potential of wastewater is the amount of N in the wastewater. The variability of N in the influent to the treatment system, as well as the operating conditions of the treatment system itself, also impact the $N_2O$ generation potential.

In 2011, $CH_4$ emissions from domestic wastewater treatment were 0.36 Tg $CO_2$ Eq. (360 Gg). Emissions remained fairly steady from 1990 through 1997, but have decreased since that time due to decreasing percentages of wastewater being treated in anaerobic systems, including reduced use of on-site septic systems and central anaerobic treatment systems. In 2011, $CH_4$ emissions from industrial wastewater treatment were estimated to be 8.6 Tg $CO_2$ Eq. (409 Gg). Industrial emission sources have increased across the time series through 1999 and then fluctuated up and down with production changes associated with the treatment of wastewater from the pulp and paper manufacturing, meat and poultry processing, fruit and vegetable processing, starch-based ethanol production, and petroleum refining industries. Table 8-7 and Table 8-8 provide $CH_4$ and $N_2O$ emission estimates from domestic and industrial wastewater treatment.

With respect to $N_2O$, the United States identifies two distinct sources for $N_2O$ emissions from domestic wastewater: emissions from centralized wastewater treatment processes, and emissions from effluent from centralized treatment systems that has been discharged into aquatic environments. The 2011 emissions of $N_2O$ from centralized wastewater treatment processes and from effluent were estimated to be 0.3 Tg $CO_2$ Eq. (1 Gg) and 4.9 Tg $CO_2$ Eq. (15.7 Gg), respectively. Total $N_2O$ emissions from domestic wastewater were estimated to be 5.2 Tg $CO_2$ Eq. (16.7 Gg). $N_2O$ emissions from wastewater treatment processes gradually increased across the time series as a result of increasing U.S. population and protein consumption.

### Table 8-7: $CH_4$ and $N_2O$ Emissions from Domestic and Industrial Wastewater Treatment (Tg $CO_2$ Eq.)

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **$CH_4$** | **15.9** | **16.5** | **16.6** | **16.6** | **16.5** | **16.4** | **16.2** |
| Domestic | 8.8 | 8.3 | 8.1 | 8.0 | 8.0 | 7.8 | 7.6 |
| Industrial* | 7.1 | 8.2 | 8.5 | 8.6 | 8.5 | 8.6 | 8.6 |
| **$N_2O$** | **3.5** | **4.7** | **4.8** | **4.9** | **5.0** | **5.1** | **5.2** |
| Domestic | 3.5 | 4.7 | 4.8 | 4.9 | 5.0 | 5.1 | 5.2 |
| **Total** | **19.4** | **21.2** | **21.4** | **21.4** | **21.5** | **21.5** | **21.4** |

\* Industrial activity includes the pulp and paper manufacturing, meat and poultry processing, fruit and vegetable processing, starch-based ethanol production, and petroleum refining industries.
Note: Totals may not sum due to independent rounding.

### Table 8-8: $CH_4$ and $N_2O$ Emissions from Domestic and Industrial Wastewater Treatment (Gg)

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **$CH_4$** | **758** | **785** | **791** | **791** | **786** | **779** | **770** |
| Domestic | 421 | 396 | 385 | 383 | 380 | 370 | 360 |
| Industrial* | 338 | 389 | 405 | 409 | 406 | 409 | 409 |
| **$N_2O$** | **11** | **15** | **16** | **16** | **16** | **16** | **17** |
| Domestic | 11 | 15 | 16 | 16 | 16 | 16 | 17 |

* Industrial activity includes the pulp and paper manufacturing, meat and poultry processing, fruit and vegetable processing, starch-based ethanol production, and petroleum refining industries.
Note: Totals may not sum due to independent rounding.

# Methodology

## Domestic Wastewater $CH_4$ Emission Estimates

Domestic wastewater $CH_4$ emissions originate from both septic systems and from centralized treatment systems, such as publicly owned treatment works (POTWs). Within these centralized systems, $CH_4$ emissions can arise from aerobic systems that are not well managed or that are designed to have periods of anaerobic activity (e.g., constructed wetlands), anaerobic systems (anaerobic lagoons and facultative lagoons), and from anaerobic digesters when the captured biogas is not completely combusted. $CH_4$ emissions from septic systems were estimated by multiplying the United States population by the percent of wastewater treated in septic systems (20 percent), an emission factor (10.7 g $CH_4$/capita/day) and converting that to Gg/year. Methane emissions from POTWs were estimated by multiplying the total $BOD_5$ produced in the United States by the percent of wastewater treated centrally (80 percent), the relative percentage of wastewater treated by aerobic and anaerobic systems, the relative percentage of wastewater facilities with primary treatment, the percentage of $BOD_5$ treated after primary treatment (67.5 percent), the maximum $CH_4$-producing capacity of domestic wastewater (0.6), and the relative MCFs for aerobic (zero or 0.3) and anaerobic (0.8) systems with all aerobic systems assumed to be well-managed. Methane emissions from anaerobic digesters were estimated by multiplying the amount of biogas generated by wastewater sludge treated in anaerobic digesters by the proportion of $CH_4$ in digester biogas (0.65), the density of $CH_4$ (662 g $CH_4$/m$^3$ $CH_4$), and the destruction efficiency associated with burning the biogas in an energy/thermal device (0.99). The methodological equations are:

$$\textit{Emissions from Septic Systems} = A$$
$$= US_{POP} \times (\% \text{ onsite}) \times (EF_{SEPTIC}) \times 1/10^9 \times \text{Days}$$

$$\textit{Emissions from Centrally Treated Aerobic Systems} = B$$
$$= [(\% \text{ collected}) \times (\text{total } BOD_5 \text{ produced}) \times (\% \text{ aerobic}) \times (\% \text{ aerobic w/out primary}) + (\% \text{ collected}) \times (\text{total } BOD_5 \text{ produced}) \times (\% \text{ aerobic}) \times (\% \text{ aerobic w/primary}) \times (1-\% \text{ BOD removed in prim. treat.})] \times (\% \text{ operations not well managed}) \times (B_o) \times (\text{MCF-aerobic\_not\_well\_man}) \times 1/10^6$$

$$\textit{Emissions from Centrally Treated Anaerobic Systems} = C$$
$$= [(\% \text{ collected}) \times (\text{total } BOD_5 \text{ produced}) \times (\% \text{ anaerobic}) \times (\% \text{ anaerobic w/out primary}) + (\% \text{ collected}) \times (\text{total } BOD_5 \text{ produced}) \times (\% \text{ anaerobic}) \times (\% \text{ anaerobic w/primary}) \times (1-\% BOD \text{ removed in prim. treat.})] \times (B_o) \times (\text{MCF-anaerobic}) \times 1/10^6$$

$$\textit{Emissions from Anaerobic Digesters} = D$$
$$= [(\text{POTW\_flow\_AD}) \times (\text{digester gas})/ (\text{per capita flow})] \times \text{conversion to } m^3 \times (\text{FRAC\_CH}_4) \times (365.25) \times (\text{density of } CH_4) \times (1-DE) \times 1/10^9$$

$$\text{Total } CH_4 \text{ Emissions (Gg)} = A + B + C + D$$

where,

| | |
|---|---|
| $US_{POP}$ | = U.S. population |
| % onsite | = Flow to septic systems / total flow |
| % collected | = Flow to POTWs / total flow |
| % aerobic | = Flow to aerobic systems / total flow to POTWs |
| % anaerobic | = Flow to anaerobic systems / total flow to POTWs |
| % aerobic w/out primary | = Percent of aerobic systems that do not employ primary treatment |
| % aerobic w/primary | = Percent of aerobic systems that employ primary treatment |
| % BOD removed in prim. treat. | = 32.5% |
| % operations not well managed | = Percent of aerobic systems that are not well managed and in which some anaerobic degradation occurs |

| | |
|---|---|
| % anaerobic w/out primary | = Percent of anaerobic systems that do not employ primary treatment |
| % anaerobic w/primary | = Percent of anaerobic systems that employ primary treatment |
| $EF_{SEPTIC}$ | = Methane emission factor (10.7 g $CH_4$/capita/day) – septic systems |
| Days | = days per year (365.25) |
| Total $BOD_5$ produced | = kg BOD/capita/day × U.S. population × 365.25 days/yr |
| $B_o$ | = Maximum $CH_4$-producing capacity for domestic wastewater (0.60 kg $CH_4$/kg BOD) |
| $1/10^6$ | = Conversion factor, kg to Gg |
| MCF-aerobic_not_well_man. | = $CH_4$ correction factor for aerobic systems that are not well managed (0.3) |
| MCF-anaerobic | = $CH_4$ correction factor for anaerobic systems (0.8) |
| DE | = $CH_4$ destruction efficiency from flaring or burning in engine (0.99 for enclosed flares) |
| POTW_flow_AD | = Wastewater influent flow to POTWs that have anaerobic digesters (gal) |
| digester gas | = Cubic feet of digester gas produced per person per day (1.0 $ft^3$/person/day) (Metcalf and Eddy 2003) |
| per capita flow | = Wastewater flow to POTW per person per day (100 gal/person/day) |
| conversion to $m^3$ | = Conversion factor, $ft^3$ to $m^3$ (0.0283) |
| $FRAC\_CH_4$ | = Proportion $CH_4$ in biogas (0.65) |
| density of $CH_4$ | = 662 (g $CH_4$/$m^3$ $CH_4$) |
| $1/10^9$ | = Conversion factor, g to Gg |

U.S. population data were taken from the U.S. Census Bureau International Database (U.S. Census 2012) and include the populations of the United States, American Samoa, Guam, Northern Mariana Islands, Puerto Rico, and the Virgin Islands. Table 8-9 presents U.S. population and total $BOD_5$ produced for 1990 through 2011, while Table 8-10 presents domestic wastewater $CH_4$ emissions for both septic and centralized systems in 2011. The proportions of domestic wastewater treated onsite versus at centralized treatment plants were based on data from the 1989, 1991, 1993, 1995, 1997, 1999, 2001, 2003, 2005, 2007, 2009, 2011 American Housing Surveys conducted by the U.S. Census Bureau (U.S. Census 2011), with data for intervening years obtained by linear interpolation. The percent of wastewater flow to aerobic and anaerobic systems, the percent of aerobic and anaerobic systems that do and do not employ primary treatment, and the wastewater flow to POTWs that have anaerobic digesters were obtained from the 1992, 1996, 2000, and 2004 Clean Watershed Needs Survey (EPA 1992, 1996, 2000, and 2004). Data for intervening years were obtained by linear interpolation and the years 2004 through 2011 were forecasted from the rest of the time series. The $BOD_5$ production rate (0.09 kg/capita/day) and the percent $BOD_5$ removed by primary treatment for domestic wastewater were obtained from Metcalf and Eddy (2003). The $CH_4$ emission factor (0.6 kg $CH_4$/kg $BOD_5$) and the MCF used for centralized treatment systems were taken from IPCC (2006), while the $CH_4$ emission factor (10.7 g $CH_4$/capita/day) used for septic systems were taken from Leverenz et al. (2010). The $CH_4$ destruction efficiency for methane recovered from sludge digestion operations, 99 percent, was selected based on the range of efficiencies (98 to 100 percent) recommended for flares in AP-42 Compilation of Air Pollutant Emission Factors, Chapter 2.4 (EPA 1998), efficiencies used to establish new source performance standards (NSPS) for landfills, and in recommendations for closed flares used by the Landfill Methane Outreach Program (LMOP). The cubic feet of digester gas produced per person per day (1.0 $ft^3$/person/day) and the proportion of $CH_4$ in biogas (0.65) come from Metcalf and Eddy (2003). The wastewater flow to a POTW (100 gal/person/day) was taken from the Great Lakes-Upper Mississippi River Board of State and Provincial Public Health and Environmental Managers, "Recommended Standards for Wastewater Facilities (Ten-State Standards)" (2004).

## Table 8-9:  U.S. Population (Millions) and Domestic Wastewater BOD₅ Produced (Gg)

| Year | Population | BOD$_5$ |
|---|---|---|
| 1990 | 253 | 8,333 |
| 2005 | 300 | 9,853 |
| 2007 | 305 | 10,039 |
| 2008 | 308 | 10,132 |
| 2009 | 311 | 10,220 |
| 2010 | 314 | 10,303 |

| 2011 | 316 | 10,377 |
|---|---|---|

Source: U.S. Census Bureau (2012);
Metcalf & Eddy 2003.

**Table 8-10: Domestic Wastewater CH$_4$ Emissions from Septic and Centralized Systems (2011)**

| | CH$_4$ emissions (Tg CO$_2$ Eq.) | % of Domestic Wastewater CH$_4$ |
|---|---|---|
| Septic Systems | 5.0 | 66.4% |
| Centralized Systems | 2.5 | 33.6% |
| **Total** | **7.6** | **100%** |

Note: Totals may not sum due to independent rounding.

## Industrial Wastewater CH$_4$ Emission Estimates

Methane emission estimates from industrial wastewater were developed according to the methodology described in IPCC (2006). Industry categories that are likely to produce significant CH$_4$ emissions from wastewater treatment were identified. High volumes of wastewater generated and a high organic wastewater load were the main criteria. The top five industries that meet these criteria are pulp and paper manufacturing; meat and poultry processing; vegetables, fruits, and juices processing; starch-based ethanol production; and petroleum refining. Wastewater treatment emissions for these sectors for 2011 are displayed in Table 8-11 below. Table 8-12 contains production data for these industries.

**Table 8-11:  Industrial Wastewater CH$_4$ Emissions by Sector (2011)**

| | CH$_4$ emissions (Tg CO$_2$ Eq.) | % of Industrial Wastewater CH$_4$ |
|---|---|---|
| Pulp & Paper | 4.1 | 48% |
| Meat & Poultry | 3.7 | 43% |
| Petroleum Refineries | 0.6 | 7% |
| Fruit & Vegetables | 0.1 | 1% |
| Ethanol Refineries | 0.1 | 1% |
| **Total** | **8.6** | **100%** |

Note: Totals may not sum due to independent rounding.

**Table 8-12:  U.S. Pulp and Paper, Meat, Poultry, Vegetables, Fruits and Juices, Ethanol, and Petroleum Refining Production (Tg)**

| Year | Pulp and Paper[a] | Meat (Live Weight Killed) | Poultry (Live Weight Killed) | Vegetables, Fruits and Juices | Ethanol | Petroleum Refining |
|---|---|---|---|---|---|---|
| 1990 | 128.9 | 27.3 | 14.6 | 38.7 | 2.7 | 702.4 |
| 2005 | 131.4 | 31.4 | 25.1 | 42.9 | 11.7 | 818.6 |
| 2007 | 135.9 | 33.4 | 26.0 | 44.7 | 19.4 | 827.6 |
| 2008 | 134.5 | 34.4 | 26.6 | 45.1 | 26.9 | 836.8 |
| 2009 | 137.0 | 33.8 | 25.2 | 46.5 | 31.7 | 822.4 |
| 2010 | 137.0 | 33.7 | 25.9 | 43.2 | 39.5 | 848.6 |
| 2011 | 137.0 | 33.8 | 26.2 | 42.9 | 41.5 | 858.8 |

[a]Pulp and paper production is the sum of woodpulp production plus paper and paperboard production.

Methane emissions from these categories were estimated by multiplying the annual product output by the average outflow, the organics loading (in COD) in the outflow, the percentage of organic loading assumed to degrade

anaerobically, and the maximum $CH_4$ producing potential of industrial wastewater ($B_o$).  Ratios of BOD:COD in various industrial wastewaters were obtained from EPA (1997a) and used to estimate COD loadings.  The $B_o$ value used for all industries is the IPCC default value of 0.25 kg $CH_4$/kg COD (IPCC 2006).

For each industry, the percent of plants in the industry that treat wastewater on site, the percent of plants that have a primary treatment step prior to biological treatment, and the percent of plants that treat wastewater anaerobically were defined.  The percent of wastewater treated anaerobically onsite (TA) was estimated for both primary treatment (%$TA_p$) and secondary treatment (%$TA_s$).  For plants that have primary treatment in place, an estimate of COD that is removed prior to wastewater treatment in the anaerobic treatment units was incorporated.

The methodological equations are:

$$CH_4 \text{ (industrial wastewater)} = [P \times W \times COD \times \%TA_p \times B_o \times MCF] + [P \times W \times COD \times \%TA_s \times B_o \times MCF]$$

$$\%TA_p = [\%Plants_o \times \%WW_{a,p} \times \%COD_p]$$

$$\%TA_s = [\%Plants_a \times \%WW_{a,s} \times \%COD_s] + [\%Plants_t \times \%WW_{a,t} \times \%COD_s]$$

where,

| | |
|---|---|
| $CH_4$ (industrial wastewater) | = Total $CH_4$ emissions from industrial wastewater (kg/year) |
| P | = Industry output (metric tons/year) |
| W | = Wastewater generated ($m^3$/metric ton of product) |
| COD | = Organics loading in wastewater (kg/$m^3$) |
| %$TA_p$ | = Percent of wastewater treated anaerobically on site in primary treatment |
| %$TA_s$ | = Percent of wastewater treated anaerobically on site in secondary treatment |
| %$Plants_o$ | = Percent of plants with onsite treatment |
| %$WW_{a,p}$ | = Percent of wastewater treated anaerobically in primary treatment |
| %$COD_p$ | = Percent of COD entering primary treatment |
| %$Plants_a$ | = Percent of plants with anaerobic secondary treatment |
| %$Plants_t$ | = Percent of plants with other secondary treatment |
| %$WW_{a,s}$ | = Percent of wastewater treated anaerobically in anaerobic secondary treatment |
| %$WW_{a,t}$ | = percent of wastewater treated anaerobically in other secondary treatment |
| %$COD_s$ | = percent of COD entering secondary treatment |
| $B_o$ | = Maximum $CH_4$ producing potential of industrial wastewater (default value of 0.25 kg $CH_4$/kg COD) |
| MCF | = $CH_4$ correction factor, indicating the extent to which the organic content (measured as COD) degrades anaerobically |

As described below, the values presented in Table 8-13 were used in the emission calculations and are described in detail in Aguiar and Bartram (2008).

## Table 8-13: Variables Used to Calculate Percent Wastewater Treated Anaerobically by Industry (%)

| Variable | Industry | | | | | | |
|---|---|---|---|---|---|---|---|
| | Pulp and Paper | Meat Processing | Poultry Processing | Fruit/ Vegetable Processing | Ethanol Production – Wet Mill | Ethanol Production – Dry Mill | Petroleum Refining |
| %$TA_p$ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| %$TA_s$ | 10.5 | 33 | 25 | 4.2 | 33.3 | 75 | 100 |
| %$Plants_o$ | 60 | 100 | 100 | 11 | 100 | 100 | 100 |
| %$Plants_a$ | 25 | 33 | 25 | 5.5 | 33.3 | 75 | 100 |
| %$Plants_t$ | 35 | 67 | 75 | 5.5 | 66.7 | 25 | 0 |
| %$WW_{a,p}$ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| %$WW_{a,s}$ | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| %$WW_{a,t}$ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| %$COD_p$ | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| %$COD_s$ | 42 | 100 | 100 | 77 | 100 | 100 | 100 |

Source: Aguiar and Bartram (2008) Planned Revisions of the Industrial Wastewater Inventory Emission Estimates for the

1990-2007 Inventory. August 10, 2008.

*Pulp and Paper.* Wastewater treatment for the pulp and paper industry typically includes neutralization, screening, sedimentation, and flotation/hydrocycloning to remove solids (World Bank 1999, Nemerow and Dasgupta 1991). Secondary treatment (storage, settling, and biological treatment) mainly consists of lagooning. In determining the percent that degrades anaerobically, both primary and secondary treatment were considered. In the United States, primary treatment is focused on solids removal, equalization, neutralization, and color reduction (EPA 1993). The vast majority of pulp and paper mills with on-site treatment systems use mechanical clarifiers to remove suspended solids from the wastewater. About 10 percent of pulp and paper mills with treatment systems use settling ponds for primary treatment and these are more likely to be located at mills that do not perform secondary treatment (EPA 1993). However, because the vast majority of primary treatment operations at U.S. pulp and paper mills use mechanical clarifiers, and less than 10 percent of pulp and paper wastewater is managed in primary settling ponds that are not expected to have anaerobic conditions, negligible emissions are assumed to occur during primary treatment.

Approximately 42 percent of the BOD passes on to secondary treatment, which consists of activated sludge, aerated stabilization basins, or non-aerated stabilization basins. No anaerobic activity is assumed to occur in activated sludge systems or aerated stabilization basins (note: although IPCC recognizes that some $CH_4$ can be emitted from anaerobic pockets, they recommend an MCF of zero). However, about 25 percent of the wastewater treatment systems used in the United States are non-aerated stabilization basins. These basins are typically 10 to 25 feet deep. These systems are classified as anaerobic deep lagoons (MCF = 0.8).

A time series of $CH_4$ emissions for 1990 through 2001 was developed based on production figures reported in the Lockwood-Post Directory (Lockwood-Post 2002). Published data from the American Forest and Paper Association, data published by Paper Loop, and other published statistics were used to estimate production for 2002 through 2011 (Pulp and Paper 2005, 2006, and monthly reports from 2003 through 2008; Paper 360° 2007). The overall wastewater outflow was estimated to be 85 m³/metric ton, and the average BOD concentrations in raw wastewater was estimated to be 0.4 gram BOD/liter (EPA 1997b, EPA 1993, World Bank 1999). The COD:BOD ratio used to convert the organic loading to COD for pulp and paper facilities was 2 (EPA 1997a).

*Meat and Poultry Processing.* The meat and poultry processing industry makes extensive use of anaerobic lagoons in sequence with screening, fat traps and dissolved air flotation when treating wastewater on site. About 33 percent of meat processing operations (EPA 2002) and 25 percent of poultry processing operations (U.S. Poultry 2006) perform on-site treatment in anaerobic lagoons. The IPCC default $B_o$ of 0.25 kg $CH_4$/kg COD and default MCF of 0.8 for anaerobic lagoons were used to estimate the $CH_4$ produced from these on-site treatment systems. Production data, in carcass weight and live weight killed for the meat and poultry industry, were obtained from the USDA Agricultural Statistics Database and the Agricultural Statistics Annual Reports (USDA 2012). Data collected by EPA's Office of Water provided estimates for wastewater flows into anaerobic lagoons: 5.3 and 12.5 m³/metric ton for meat and poultry production (live weight killed), respectively (EPA 2002). The loadings are 2.8 and 1.5 g BOD/liter for meat and poultry, respectively. The COD:BOD ratio used to convert the organic loading to COD for both meat and poultry facilities was 3 (EPA 1997a).

*Vegetables, Fruits, and Juices Processing.* Treatment of wastewater from fruits, vegetables, and juices processing includes screening, coagulation/settling, and biological treatment (lagooning). The flows are frequently seasonal, and robust treatment systems are preferred for on-site treatment. Effluent is suitable for discharge to the sewer. This industry is likely to use lagoons intended for aerobic operation, but the large seasonal loadings may develop limited anaerobic zones. In addition, some anaerobic lagoons may also be used (Nemerow and Dasgupta 1991). Consequently, 4.2 percent of these wastewater organics are assumed to degrade anaerobically. The IPCC default $B_o$ of 0.25 kg $CH_4$/kg COD and default MCF of 0.8 for anaerobic treatment were used to estimate the $CH_4$ produced from these on-site treatment systems. The USDA National Agricultural Statistics Service (USDA 2012) provided production data for potatoes, other vegetables, citrus fruit, non-citrus fruit, and grapes processed for wine. Outflow and BOD data, presented in Table 8-14, were obtained from EPA (1974) for potato, citrus fruit, and apple processing, and from EPA (1975) for all other sectors. The COD:BOD ratio used to convert the organic loading to COD for all fruit, vegetable, and juice facilities was 1.5 (EPA 1997a).

## Table 8-14: Wastewater Flow (m³/ton) and BOD Production (g/L) for U.S. Vegetables, Fruits, and Juices Production

| Commodity | Wastewater Outflow (m$^3$/ton) | BOD (g/L) |
|---|---|---|
| **Vegetables** | | |
| Potatoes | 10.27 | 1.765 |
| Other Vegetables | 8.69 | 0.794 |
| **Fruit** | | |
| Apples | 3.66 | 1.371 |
| Citrus | 10.11 | 0.317 |
| Non-citrus | 12.42 | 1.204 |
| Grapes (for wine) | 2.78 | 1.831 |

*Ethanol Production*. Ethanol, or ethyl alcohol, is produced primarily for use as a fuel component, but is also used in industrial applications and in the manufacture of beverage alcohol. Ethanol can be produced from the fermentation of sugar-based feedstocks (e.g., molasses and beets), starch- or grain-based feedstocks (e.g., corn, sorghum, and beverage waste), and cellulosic biomass feedstocks (e.g., agricultural wastes, wood, and bagasse). Ethanol can also be produced synthetically from ethylene or hydrogen and carbon monoxide. However, synthetic ethanol comprises only about 2 percent of ethanol production, and although the Department of Energy predicts cellulosic ethanol to greatly increase in the coming years, currently it is only in an experimental stage in the United States. According to the Renewable Fuels Association, 82 percent of ethanol production facilities use corn as the sole feedstock and 7 percent of facilities use a combination of corn and another starch-based feedstock. The fermentation of corn is the principal ethanol production process in the United States and is expected to increase through 2012, and potentially more; therefore, emissions associated with wastewater treatment at starch-based ethanol production facilities were estimated (ERG 2006).

Ethanol is produced from corn (or other starch-based feedstocks) primarily by two methods: wet milling and dry milling. Historically, the majority of ethanol was produced by the wet milling process, but now the majority is produced by the dry milling process. The wastewater generated at ethanol production facilities is handled in a variety of ways. Dry milling facilities often combine the resulting evaporator condensate with other process wastewaters, such as equipment wash water, scrubber water, and boiler blowdown and anaerobically treat this wastewater using various types of digesters. Wet milling facilities often treat their steepwater condensate in anaerobic systems followed by aerobic polishing systems. Wet milling facilities may treat the stillage (or processed stillage) from the annual fermentation/distillation process separately or together with steepwater and/or wash water. $CH_4$ generated in anaerobic digesters is commonly collected and either flared or used as fuel in the ethanol production process (ERG 2006).

Available information was compiled from the industry on wastewater generation rates, which ranged from 1.25 gallons per gallon ethanol produced (for dry milling) to 10 gallons per gallon ethanol produced (for wet milling) (Ruocco 2006a,b; Merrick 1998; Donovan 1996; and NRBP 2001). COD concentrations were also found to be about 3 g/L (Ruocco 2006a; Merrick 1998; White and Johnson 2003). The amount of wastewater treated anaerobically was estimated, along with how much of the $CH_4$ is recovered through the use of biomethanators (ERG 2006). Methane emissions were then estimated as follows:

$$\text{Methane} = [\text{Production} \times \text{Flow} \times \text{COD} \times 3.785 \times ([\%\text{Plants}_o \times \%\text{WW}_{a,p} \times \%\text{COD}_p] + [\%\text{Plants}_a \times \%\text{WW}_{a,s} \times \%\text{COD}_s] + [\%\text{Plants}_t \times \%\text{WW}_{a,t} \times \%\text{COD}_s]) \times B_o \times \text{MCF} \times \% \text{ Not Recovered}] + [\text{Production} \times \text{Flow} \times 3.785 \times \text{COD} \times ([\%\text{Plants}_o \times \%\text{WW}_{a,p} \times \%\text{COD}_p] + [\%\text{Plants}_a \times \%\text{WW}_{a,s} \times \%\text{COD}_s] + [\%\text{Plants}_t \times \%\text{WW}_{a,t} \times \%\text{COD}_s]) \times B_o \times \text{MCF} \times (\% \text{ Recovered}) \times (1- \text{DE})] \times 1/10^9$$

where,

| | |
|---|---|
| Production | = gallons ethanol produced (wet milling or dry milling) |
| Flow | = gallons wastewater generated per gallon ethanol produced (1.25 dry milling, 10 wet milling) |
| COD | = COD concentration in influent (3 g/l) |
| 3.785 | = conversion, gallons to liters |
| $\%\text{Plants}_o$ | = percent of plants with onsite treatment (100%) |
| $\%\text{WW}_{a,p}$ | = percent of wastewater treated anaerobically in primary treatment (0%) |
| $\%\text{COD}_p$ | = percent of COD entering primary treatment (100%) |
| $\%\text{Plants}_a$ | = percent of plants with anaerobic secondary treatment (33.3% wet, 75% dry) |
| $\%\text{Plants}_t$ | = percent of plants with other secondary treatment (66.7% wet, 25% dry) |

| | |
|---|---|
| %WW$_{a,s}$ | = percent of wastewater treated anaerobically in anaerobic secondary treatment (100%) |
| %WW$_{a,t}$ | = percent of wastewater treated anaerobically in other secondary treatment (0%) |
| %COD$_s$ | = percent of COD entering secondary treatment (100%) |
| B$_o$ | = maximum methane producing capacity (0.25 g CH$_4$/g COD) |
| MCF | = methane conversion factor (0.8 for anaerobic systems) |
| % Recovered | = percent of wastewater treated in system with emission recovery |
| % Not Recovered | = 1 - percent of wastewater treated in system with emission recovery |
| DE | = destruction efficiency of recovery system (99%) |
| 1/10^9 | = conversion factor, g to Gg |

A time series of CH$_4$ emissions for 1990 through 2011 was developed based on production data from the Renewable Fuels Association (RFA 2012).

*Petroleum Refining*. Petroleum refining wastewater treatment operations produce CH$_4$ emissions from anaerobic wastewater treatment. The wastewater inventory section includes CH$_4$ emissions from petroleum refining wastewater treated on site under intended or unintended anaerobic conditions. Most facilities use aerated biological systems, such as trickling filters or rotating biological contactors; these systems can also exhibit anaerobic conditions that can result in the production of CH$_4$. Oil/water separators are used as a primary treatment method; however, it is unlikely that any COD is removed in this step.

Available information from the industry was compiled. The wastewater generation rate, from CARB (2007) and Timm (1985), was determined to be 35 gallons per barrel of finished product. An average COD value in the wastewater was estimated at 0.45 kg/m$^3$ (Benyahia et al. 2006).

The equation used to calculate CH$_4$ generation at petroleum refining wastewater treatment systems is presented below:

$$\text{Methane} = \text{Flow} \times \text{COD} \times B_o \times \text{MCF}$$

where,

| | |
|---|---|
| Flow | = Annual flow treated through anaerobic treatment system (m$^3$/year) |
| COD | = COD loading in wastewater entering anaerobic treatment system (kg/m$^3$) |
| B$_o$ | = maximum methane producing potential of industrial wastewater (default value of 0.25 kg CH$_4$/kg COD) |
| MCF | = methane conversion factor (0.3) |

A time series of CH$_4$ emissions for 1990 through 2011 was developed based on production data from the Energy Information Association (EIA 2012).

## Domestic Wastewater N$_2$O Emission Estimates

N$_2$O emissions from domestic wastewater (wastewater treatment) were estimated using the IPCC (2006) methodology, including calculations that take into account N removal with sewage sludge, non-consumption and industrial/commercial wastewater N, and emissions from advanced centralized wastewater treatment plants:

- In the United States, a certain amount of N is removed with sewage sludge, which is applied to land, incinerated, or landfilled (N$_{SLUDGE}$). The N disposal into aquatic environments is reduced to account for the sewage sludge application.

- The IPCC methodology uses annual, per capita protein consumption (kg protein/[person-year]). For this inventory, the amount of protein available to be consumed is estimated based on per capita annual food availability data and its protein content, and then adjusts that data using a factor to account for the fraction of protein actually consumed.

- Small amounts of gaseous nitrogen oxides are formed as byproducts in the conversion of nitrate to N gas in anoxic biological treatment systems. Approximately 7 g N$_2$O is generated per capita per year if wastewater treatment includes intentional nitrification and denitrification (Scheehle and Doorn 2001). Analysis of the 2004 CWNS shows that plants with denitrification as one of their unit operations serve a population of 2.4 million people. Based on an emission factor of 7 g per capita per year, approximately 21.2 metric tons of additional N$_2$O

may have been emitted via denitrification in 2004. Similar analyses were completed for each year in the inventory using data from CWNS on the amount of wastewater in centralized systems treated in denitrification units. Plants without intentional nitrification/denitrification are assumed to generate 3.2 g $N_2O$ per capita per year.

$N_2O$ emissions from domestic wastewater were estimated using the following methodology:

$$N_2O_{TOTAL} = N_2O_{PLANT} + N_2O_{EFFLUENT}$$

$$N_2O_{PLANT} = N_2O_{NIT/DENIT} + N_2O_{WOUT\ NIT/DENIT}$$

$$N_2O_{NIT/DENIT} = [(US_{POPND}) \times EF_2 \times F_{IND\text{-}COM}] \times 1/10^9$$

$$N_2O_{WOUT\ NIT/DENIT} = \{[(US_{POP} \times WWTP) - US_{POPND}] \times F_{IND\text{-}COM} \times EF_1\} \times 1/10^9$$

$$N_2O_{EFFLUENT} = \{[(((US_{POP} \times WWTP) - (0.9 \times US_{POPND})) \times Protein \times F_{NPR} \times F_{NON\text{-}CON} \times F_{IND\text{-}COM}) - N_{SLUDGE}] \times EF_3 \times 44/28\} \times 1/10^6$$

where,

|  |  |
|---|---|
| $N_2O_{TOTAL}$ | = Annual emissions of $N_2O$ (Gg) |
| $N_2O_{PLANT}$ | = $N_2O$ emissions from centralized wastewater treatment plants (Gg) |
| $N_2O_{NIT/DENIT}$ | = $N_2O$ emissions from centralized wastewater treatment plants with nitrification/denitrification (Gg) |
| $N_2O_{WOUT\ NIT/DENIT}$ | = $N_2O$ emissions from centralized wastewater treatment plants without nitrification/denitrification (Gg) |
| $N_2O_{EFFLUENT}$ | = $N_2O$ emissions from wastewater effluent discharged to aquatic environments (Gg) |
| $US_{POP}$ | = U.S. population |
| $US_{POPND}$ | = U.S. population that is served by biological denitrification (from CWNS) |
| $WWTP$ | = Fraction of population using WWTP (as opposed to septic systems) |
| $EF_1$ | = Emission factor (3.2 g $N_2O$/person-year) – plant with no intentional denitrification |
| $EF_2$ | = Emission factor (7 g $N_2O$/person-year) – plant with intentional denitrification |
| Protein | = Annual per capita protein consumption (kg/person/year) |
| $F_{NPR}$ | = Fraction of N in protein, default = 0.16 (kg N/kg protein) |
| $F_{NON\text{-}CON}$ | = Factor for non-consumed protein added to wastewater (1.4) |
| $F_{IND\text{-}COM}$ | = Factor for industrial and commercial co-discharged protein into the sewer system (1.25) |
| $N_{SLUDGE}$ | = N removed with sludge, kg N/yr |
| $EF_3$ | = Emission factor (0.005 kg $N_2O$ -N/kg sewage-N produced) – from effluent |
| 0.9 | = Amount of nitrogen removed by denitrification systems (EPA 2008) |
| 44/28 | = Molecular weight ratio of $N_2O$ to $N_2$ |

U.S. population data were taken from the U.S. Census Bureau International Database (U.S. Census 2012) and include the populations of the United States, American Samoa, Guam, Northern Mariana Islands, Puerto Rico, and the Virgin Islands. The fraction of the U.S. population using wastewater treatment plants is based on data from the 1989, 1991, 1993, 1995, 1997, 1999, 2001, 2003, 2005, 2007, 2009, and 2011 American Housing Survey (U.S. Census 2011). Data for intervening years were obtained by linear interpolation. The emission factor ($EF_1$) used to estimate emissions from wastewater treatment for plants without intentional denitrification was taken from IPCC (2006), while the emission factor ($EF_2$) used to estimate emissions from wastewater treatment for plants with intentional denitrification was taken from Scheehle and Doorn (2001). Data on annual per capita protein intake were provided by U.S. Department of Agriculture Economic Research Service (USDA 2009). Protein consumption data for 2005 through 2011 were extrapolated from data for 1990 through 2004. An emission factor to estimate emissions from effluent ($EF_3$) has not been specifically estimated for the United States, thus the default IPCC value (0.005 kg $N_2O$-N/kg sewage-N produced) was applied. The fraction of N in protein (0.16 kg N/kg protein) was also obtained from IPCC (2006). The factor for non-consumed protein and the factor for industrial and commercial co-discharged protein were obtained from IPCC (2006). Sludge generation was obtained from EPA (1999) for 1988, 1996, and 1998 and from Beecher et al. (2007) for 2004. Intervening years were interpolated, and estimates for 2005 through 2011 were forecasted from the rest of the time series. An estimate for the N removed as sludge ($N_{SLUDGE}$) was obtained by determining the amount of sludge disposed by incineration, by land application (agriculture or other), through surface disposal, in landfills, or through ocean dumping. In 2011, 277 Gg N was

removed with sludge. Table 8-15 presents the data for U.S. population, population served by biological denitrification, population served by wastewater treatment plants, available protein, protein consumed, and nitrogen removed with sludge.

**Table 8-15:  U.S. Population (Millions), Population Served by Biological Denitrification (Millions), Fraction of Population Served by Wastewater Treatment (%), Available Protein (kg/person-year), Protein Consumed (kg/person-year), and Nitrogen Removed with Sludge (Gg-N/year)**

| Year | Population | Population$_{ND}$ | WWTP Population | Available Protein | Protein Consumed | N Removed |
|------|-----------|-------------------|-----------------|-------------------|------------------|-----------|
| 1990 | 253 | 2.0 | 75.6 | 38.7 | 29.6 | 215.6 |
| 2005 | 300 | 2.4 | 78.8 | 41.7 | 32.0 | 260.3 |
| 2007 | 305 | 2.3 | 79.4 | 42.1 | 32.3 | 265.9 |
| 2008 | 308 | 2.2 | 79.4 | 42.2 | 32.4 | 268.7 |
| 2009 | 311 | 2.2 | 79.3 | 42.4 | 32.5 | 271.4 |
| 2010 | 313 | 2.1 | 80.0 | 42.6 | 32.7 | 274.2 |
| 2011 | 316 | 2.1 | 80.6 | 42.8 | 32.8 | 277.0 |

**Table 8-16: Fate of Sludge Removed by Domestic Wastewater Treatment**

| Disposal Practices Distribution (1000 kg N) | 1990 | 1995 | 2000 | 2005 | 2010 | 2011 |
|---------------------------------------------|------|------|------|------|------|------|
| Incineration | 35,027.35 | 37,806.16 | 38,399.04 | 38,595.85 | 38,301.05 | 38,215.54 |
| Land Application | 77,378.34 | 97,230.98 | 113,311.73 | 129,196.74 | 144,113.04 | 147,054.99 |
| *Ag* | *52,198.15* | *69,001.16* | *83,522.63* | *98,080.96* | *112,014.99* | *114,778.24* |
| *Other* | *25,180.19* | *28,229.81* | *29,789.11* | *31,115.78* | *32,098.05* | *32,276.75* |
| Surface Disposal | 20,325.19 | 16,142.13 | 10,243.93 | 4,586.01 | 2,558.71 | 2,275.43 |
| Landfill | 72,962.21 | 75,945.15 | 74,158.54 | 71,407.98 | 67,609.40 | 66,790.83 |
| Ocean Dumping | 8,294.65 | - | - | - | - | - |
| Other | 1,645.76 | 6,353.98 | 11,312.32 | 16,478.76 | 21,661.26 | 22,702.30 |

# Uncertainty and Time-Series Consistency

The overall uncertainty associated with both the 2011 $CH_4$ and $N_2O$ emission estimates from wastewater treatment and discharge was calculated using the IPCC Good Practice Guidance Tier 2 methodology (2000).  Uncertainty associated with the parameters used to estimate $CH_4$ emissions include that of numerous input variables used to model emissions from domestic wastewater, and wastewater from pulp and paper manufacture, meat and poultry processing, fruits and vegetable processing, ethanol production, and petroleum refining.  Uncertainty associated with the parameters used to estimate $N_2O$ emissions include that of sewage sludge disposal, total U.S. population, average protein consumed per person, fraction of N in protein, non-consumption nitrogen factor, emission factors per capita and per mass of sewage-N, and for the percentage of total population using centralized wastewater treatment plants.

The results of this Tier 2 quantitative uncertainty analysis are summarized in Table 8-17.  Methane emissions from wastewater treatment were estimated to be between 11.5 and 20.7 Tg $CO_2$ Eq. at the 95 percent confidence level (or in 19 out of 20 Monte Carlo Stochastic Simulations).  This indicates a range of approximately 29 percent below to 28 percent above the 2011 emissions estimate of 16.2 Tg $CO_2$ Eq.  $N_2O$ emissions from wastewater treatment were estimated to be between 1.2 and 10.2 Tg $CO_2$ Eq., which indicates a range of approximately 77 percent below to 97 percent above the 2011 emissions estimate of 5.2 Tg $CO_2$ Eq.

**Table 8-17: Tier 2 Quantitative Uncertainty Estimates for $CH_4$ Emissions from Wastewater Treatment (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate | Uncertainty Range Relative to Emission Estimate[a] |
|--------|-----|------------------------|----------------------------------------------------|

|  |  | (Tg CO$_2$ Eq.) | (Tg CO2 Eq.) | | (%) | |
|---|---|---|---|---|---|---|
|  |  |  | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| **Wastewater Treatment** | **CH$_4$** | **16.2** | **11.5** | **20.7** | **-29%** | **+28%** |
| Domestic | CH$_4$ | 7.6 | 5.6 | 9.6 | -26% | +27% |
| Industrial | CH$_4$ | 8.6 | 4.6 | 12.7 | -47% | +48% |
| **Wastewater Treatment** | **N$_2$O** | **5.2** | **1.2** | **10.2** | **-77%** | **+97%** |

[a] Range of emission estimates predicted by Monte Carlo Stochastic Simulation for a 95 percent confidence interval.

Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

# QA/QC and Verification

A QA/QC analysis was performed on activity data, documentation, and emission calculations. This effort included a Tier 1 analysis, including the following checks:

- Checked for transcription errors in data input;
- Ensured references were specified for all activity data used in the calculations;
- Checked a sample of each emission calculation used for the source category;
- Checked that parameter and emission units were correctly recorded and that appropriate conversion factors were used;
- Checked for temporal consistency in time series input data for each portion of the source category;
- Confirmed that estimates were calculated and reported for all portions of the source category and for all years;
- Investigated data gaps that affected emissions estimates trends; and
- Compared estimates to previous estimates to identify significant changes.

All transcription errors identified were corrected. The QA/QC analysis did not reveal any systemic inaccuracies or incorrect input values.

# Recalculations Discussion

Production data were updated to reflect updated USDA NASS datasets. This resulted in minor changes to the emission estimates from the previous inventory. In addition, population updates from the U.S. Census resulted in minor changes to domestic wastewater treatment emission estimates from 2000 through 2010.

# Planned Improvements

The methodology to estimate CH$_4$ emissions from domestic wastewater treatment currently utilizes estimates for the percentage of centrally treated wastewater that is treated by aerobic systems and anaerobic systems. These data come from the 1992, 1996, 2000, and 2004 CWNS. The question of whether activity data for wastewater treatment systems are sufficient across the time series to further differentiate aerobic systems with the potential to generate small amounts of CH$_4$ (aerobic lagoons) versus other types of aerobic systems, and to differentiate between anaerobic systems to allow for the use of different MCFs for different types of anaerobic treatment systems, continues to be explored. The CWNS data for 2008 were evaluated for incorporation into the inventory, but due to significant changes in format, this dataset is not sufficiently detailed for inventory calculations. However, additional information and other data continue to be evaluated to update future years of the inventory.

For industrial wastewater emissions, data recently collected by EPA's Office of Air for pulp and paper mills and petroleum refineries is being evaluated to determine if sufficient information is available to update the estimates of wastewater generated per unit of production and the percent of industry wastewater treated anaerobically in these industries (%TA). Initial evaluations of EPA's Office of Air data for pulp and paper manufacturing indicate there is sufficient information to update emission estimates in the next inventory year. Data collected in 2012 under the EPA's GHGRP will also be investigated for updating this variable. In examining data from EPA's GHGRP for use

in improving the emission estimates for the industrial wastewater category, particular attention will be made to ensure time series consistency, as the facility-level reporting data from EPA's GHGRP are not available for all inventory years as reported in this inventory. In implementing improvements and integration of data from EPA's GHGRP, the latest guidance from the IPCC on the use of facility-level data in national inventories will be relied upon.[255] For all industries, EPA will continue to review new research on industrial wastewater characteristics, utilization of treatment systems, and associated greenhouse gas emissions as it becomes available. Before the incorporation of any new data, EPA will ensure it is representative of industry conditions.

Currently, it is assumed that all aerobic wastewater treatment systems are well managed and produce no $CH_4$ and that all anaerobic systems have an MCF of 0.8.  Efforts to obtain better data reflecting emissions from various types of municipal treatment systems are currently being pursued.

With respect to estimating $N_2O$ emissions, the default emission factors for indirect $N_2O$ from wastewater effluent and direct $N_2O$ from centralized wastewater treatment facilities have a high uncertainty.  Research is being conducted by WERF to measure $N_2O$ emissions from municipal treatment systems. In addition, a literature review has been conducted focused on $N_2O$ emissions from wastewater treatment to determine the state of such research and identify data to develop a country-specific $N_2O$ emission factor or alternate emission factor or method.  Such data will continue to be reviewed as they are available to determine if a country-specific $N_2O$ emission factor can or should be developed, or if alternate emission factors should be used.

Previously, new measurement data from WERF were used to develop U.S.-specific emission factors for $CH_4$ emissions from septic systems and incorporated it into the inventory emissions calculation. Due to the high uncertainty of the measurements for $N_2O$ from septic systems, estimates of $N_2O$ emissions were not included. Appropriate emission factors for septic system $N_2O$ emissions will continue to be investigated as the data collected by WERF indicate that septic soil systems are a source of $N_2O$ emissions.

In addition, the estimate of N entering municipal treatment systems is under review.  The factor that accounts for non-sewage N in wastewater (bath, laundry, kitchen, industrial components) also has a high uncertainty.  Obtaining data on the changes in average influent N concentrations to centralized treatment systems over the time series would improve the estimate of total N entering the system, which would reduce or eliminate the need for other factors for non-consumed protein or industrial flow. The dataset previously provided by the National Association of Clean Water Agencies (NACWA) was reviewed to determine if it was representative of the larger population of centralized treatment plants for potential inclusion into the inventory. However, this limited dataset was not representative of the number of systems by state or the service populations served in the United States, and therefore could not be incorporated into the inventory methodology.  Additional data sources will continue to be researched with the goal of improving the uncertainty of the estimate of N entering municipal treatment systems.

The value used for N content of sludge continues to be investigated. This value is driving the $N_2O$ emissions for wastewater treatment and is static over the time series. To date, new data has not been identified that would be able to establish a time series for this value. The amount of sludge produced and sludge disposal practices will also be investigated.  In addition, based on UNFCCC review comments, improving the transparency of the fate of sludge produced in wastewater treatment will also be investigated.

A review of other industrial wastewater treatment sources for those industries believed to discharge significant loads of BOD and COD has been ongoing. Food processing industries have the highest potential for $CH_4$ generation due to the waste characteristics generated, and the greater likelihood to treat the wastes anaerobically.  However, in all cases there is dated information available on U.S. treatment operations for these industries. Previously, organic chemicals, the seafood processing industry and coffee processing were investigated to estimate their potential to generate $CH_4$.  Due to the insignificant amount of $CH_4$ estimated to be emitted and the lack of reliable, up-to-date data, these industries were not selected for inclusion in the industry. Preliminary analyses of the beer and malt and dairy products industries has been performed. These industries will continue to be investigated for incorporation. Other industries will be reviewed as necessary for inclusion in future years of the inventory using EPA's Permit Compliance System and Toxics Release inventory.

---

[255] See: http://www.ipcc-nggip.iges.or.jp/meeting/pdfiles/1008_Model_and_Facility_Level_Data_Report.pdf.

In addition, available datasets will be reviewed to provide further information on the fates of sludge removed by domestic wastewater treatment in the next inventory report.

# 8.3 Waste Incineration (IPCC Source Category 6C)

As stated earlier in this chapter, $CO_2$, $N_2O$, and $CH_4$ emissions from the incineration of waste are accounted for in the Energy sector rather than in the Waste sector because almost all incineration of municipal solid waste (MSW) in the United States occurs at waste-to-energy facilities where useful energy is recovered. Similarly, the Energy sector also includes an estimate of emissions from burning waste tires and hazardous industrial waste, because virtually all of the combustion occurs in industrial and utility boilers that recover energy. The incineration of waste in the United States in 2011 resulted in 12.4 Tg $CO_2$ Eq. emissions, nearly half of which is attributable to the combustion of plastics. For more details on emissions from the incineration of waste, see Section 3.3 of the Energy chapter.

Additional sources of emissions from waste incineration include non-hazardous industrial waste incineration and medical waste incineration. As described in Annex 5 of this report, data are not readily available for these sources and emissions estimates are not provided. Further investigations will be made, including assessing the applicability of state-level data collected for EPA's National Emission Inventory (NEI)[256].

# 8.4 Composting (IPCC Source Category 6D)

Composting of organic waste, such as food waste, garden (yard) and park waste, and sludge, is common in the United States. Advantages of composting include reduced volume in the waste material, stabilization of the waste, and destruction of pathogens in the waste material. The end products of composting, depending on its quality, can be recycled as fertilizer and soil amendment, or be disposed in a landfill. Approximately 400 composting facilities operate in the United States (WBJ 2010).

Composting is an aerobic process and a large fraction of the degradable organic carbon in the waste material is converted into carbon dioxide ($CO_2$). Methane ($CH_4$) is formed in anaerobic sections of the compost, but it is oxidized to a large extent in the aerobic sections of the compost. Anaerobic sections are created in composting piles when there is excessive moisture or inadequate aeration (or mixing) of the compost pile. The estimated $CH_4$ released into the atmosphere ranges from less than 1 percent to a few percent of the initial C content in the material (IPCC 2006). Depending on the N content of the feedstock and how well the compost pile is managed, nitrous oxide ($N_2O$) emissions can be produced. The formation of $N_2O$ is complicated, but is mainly associated with anaerobic conditions. Emissions vary and range from less than 0.5 percent to 5 percent of the initial content of the material (IPCC 2006).

From 1990 to 2011, the amount of material composted in the United States has increased from 3,810 Gg to 18,449 Gg, an increase of approximately 384 percent. From 2000 to 2011, the amount of material composted in the United States has increased by approximately 24 percent. Emissions of $CH_4$ and $N_2O$ from composting have increased by the same percentage. In 2011, $CH_4$ emissions from composting (see Table 8-18 and Table 8-19) were 1.5 Tg $CO_2$ Eq. (74 Gg), and $N_2O$ emissions from composting were 1.7 Tg $CO_2$ Eq. (5.5 Gg). The wastes composted primarily include yard trimmings (grass, leaves, and tree and brush trimmings) and food scraps from residences and commercial establishments (such as grocery stores, restaurants, and school and factory cafeterias). The composted waste quantities reported here do not include backyard composting. The growth in composting since the 1990s is

---

[256] See < http://www.epa.gov/ttn/chief/eiinformation.html>

attributable to primarily two factors: (1) steady growth in population and residential housing, and (2) the enactment of legislation by state and local governments that discouraged the disposal of yard trimmings in landfills. In 1992, 11 states and the District of Columbia had legislation in effect that banned or discouraged disposal of yard trimmings in landfills. Currently, 23 states and the District of Columbia, representing about 50 percent of the nation's population, have enacted such legislation (EPA 2010). The total amount of waste composted has decreased slightly since 2008, by approximately 8 percent.

**Table 8-18: CH$_4$ and N$_2$O Emissions from Composting (Tg CO$_2$ Eq.)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| CH$_4$ | 0.3 | 1.6 | 1.7 | 1.7 | 1.6 | 1.5 | 1.5 |
| N$_2$O | 0.4 | 1.7 | 1.8 | 1.9 | 1.8 | 1.7 | 1.7 |
| **Total** | **0.7** | **3.3** | **3.5** | **3.5** | **3.3** | **3.2** | **3.3** |

**Table 8-19: CH$_4$ and N$_2$O Emissions from Composting (Gg)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| CH$_4$ | 15 | 75 | 79 | 80 | 75 | 73 | 74 |
| N$_2$O | 1 | 6 | 6 | 6 | 6 | 5 | 6 |

## Methodology

Methane and N$_2$O emissions from composting depend on factors such as the type of waste composted, the amount and type of supporting material (such as wood chips and peat) used, temperature, moisture content and aeration during the process.

The emissions shown in Table 8-18 and Table 8-19 were estimated using the IPCC default (Tier 1) methodology (IPCC 2006), which is the product of an emission factor and the mass of organic waste composted (note: no CH$_4$ recovery is expected to occur at composting operations):

$$E_i = M \times EF_i$$

where,

| | |
|---|---|
| E$_i$ | = CH$_4$ or N$_2$O emissions from composting, Gg CH$_4$ or N$_2$O, |
| M | = mass of organic waste composted in Gg, |
| EF$_i$ | = emission factor for composting, 4 g CH$_4$/kg of waste treated (wet basis) and 0.3 g N$_2$O/kg of waste treated (wet basis) (IPCC 2006), and |
| i | = designates either CH$_4$ or N$_2$O. |

Estimates of the quantity of waste composted (M) are presented in Table 8-20. Estimates of the quantity composted for 1990 and 1995 were taken from the *Characterization of Municipal Solid Waste in the United States: 1996 Update* (Franklin Associates 1997); estimates of the quantity composted for 2000, 2005, 2006, 2007, 2008, and 2009 were taken from EPA's *Municipal Solid Waste In The United States: 2009 Facts and Figures* (EPA 2010); estimates of the quantity composted for 2010 were taken from EPA's *Municipal Solid Waste In The United States: 2010 Facts and Figures* (EPA 2011); estimates of the quantity composted for 2011 were calculated using the 2010 quantity composted and a ratio of the U.S. population in 2010 and 2011 (U.S. Census Bureau 2012). The estimated quantity of waste composted in 2010 was revised based on updated information (EPA 2011).

**Table 8-20: U.S. Waste Composted (Gg)**

| Activity | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| Waste Composted | 3,810 | 18,643 | 19,695 | 20,049 | 18,824 | 18,298 | 18,449 |

Source: EPA 2008 and EPA 2011.

# Uncertainty and Time-Series Consistency

Little is known about the site-specific operating conditions at the composting facilities in the United States. The generation of $CH_4$ and $N_2O$ emissions is highly dependent on the characteristics of the feedstock material (e.g., moisture content, C to N ratio, size), on the climate, and on the operating and maintenance practices (e.g., use of a shredder/grinder to maintain consistency in size of the feedstock material, frequency of pile rotation, addition of moisture, application of finished compost on the pile). The estimated uncertainty from the 2006 IPCC Guidelines is ±50 percent for the Tier 1 methodology. Emissions from composting in 2011 were estimated to be between 1.6 and 4.9 Tg $CO_2$ Eq., which indicates a range of 50 percent below to 50 percent above the actual 2011 emission estimate of 3.3 Tg $CO_2$ Eq. (see Table 8-21).

**Table 8-21 : Tier 1 Quantitative Uncertainty Estimates for Emissions from Composting (Tg $CO_2$ Eq. and Percent)**

| Source | Gas | 2011 Emission Estimate (Tg $CO_2$ Eq.) | Uncertainty Range Relative to Emission Estimate | | | |
|---|---|---|---|---|---|---|
| | | | (Tg $CO_2$ Eq.) | | (%) | |
| | | | Lower Bound | Upper Bound | Lower Bound | Upper Bound |
| Composting | $CH_4$, $N_2O$ | 3.3 | 1.6 | 4.9 | -50% | +50% |

Methodological recalculations were applied to the entire time series to ensure time-series consistency from 1990 through 2011. Details on the emission trends through time are described in more detail in the Methodology section, above.

# QA/QC and Verification

A QA/QC analysis was performed for data gathering and input, documentation, and calculation. A primary focus of the QA/QC checks was to ensure that the amount of waste composted annually was correct according to the latest EPA *Municipal Solid Waste In The United States: Facts and Figures* report.

# Recalculations Discussion

The estimated amount of waste composted in 2010 was updated based on new data contained in EPA's *Municipal Solid Waste In The United States: 2010 Facts and Figures* (EPA 2011). The amounts of $CH_4$ and $N_2O$ emissions estimates presented in Table 8-18 and Table 8-19 were revised accordingly.

# Planned Improvements

For future Inventories, additional efforts will be made to improve the estimates of $CH_4$ and $N_2O$ emissions from composting. For example, a literature search may be conducted to determine if emission factors specific to various composting systems and composted materials are available. Further cooperation with estimating emissions in cooperation with the LULUCF Other section will be made.

# 8.5 Waste Sources of Indirect Greenhouse Gases

In addition to the main greenhouse gases addressed above, waste generating and handling processes are also sources of indirect greenhouse gas emissions. Total emissions of $NO_x$, CO, and NMVOCs from waste sources for the years 1990 through 2011 are provided in Table 8-22.

**Table 8-22: Emissions of $NO_x$, CO, and NMVOC from Waste (Gg)**

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **$NO_x$** | + | 2 | 2 | 2 | 2 | 2 | 2 |
| Landfills | + | 2 | 2 | 2 | 2 | 2 | 2 |
| Wastewater Treatment | + | + | + | + | + | + | + |
| Miscellaneous[a] | + | + | + | + | + | + | + |
| **CO** | 1 | 7 | 7 | 7 | 7 | 7 | 7 |
| Landfills | 1 | 6 | 6 | 6 | 6 | 6 | 6 |
| Wastewater Treatment | + | + | + | + | + | + | + |
| Miscellaneous[a] | + | + | + | + | + | + | + |
| **NMVOCs** | 673 | 114 | 111 | 109 | 76 | 76 | 76 |
| Wastewater Treatment | 57 | 49 | 48 | 47 | 33 | 33 | 33 |
| Miscellaneous[a] | 557 | 43 | 42 | 41 | 29 | 29 | 29 |
| Landfills | 58 | 22 | 21 | 21 | 14 | 14 | 14 |

[a] Miscellaneous includes TSDFs (Treatment, Storage, and Disposal Facilities under the Resource Conservation and Recovery Act [42 U.S.C. § 6924, SWDA § 3004]) and other waste categories.
Note: Totals may not sum due to independent rounding.
+ Does not exceed 0.5 Gg.

## Methodology

Due to the lack of data available at the time of publication, emission estimates for 2010 and 2011 rely on 2009 data as a proxy. Emission estimates for 2009 were obtained from preliminary data (EPA 2010, EPA 2009), and disaggregated based on EPA (2003), which, in its final iteration, will be published on the National Emission Inventory (NEI) Air Pollutant Emission Trends web site. Due to redevelopment of the information technology systems for the NEI, publication of the most recent emissions for these pollutants (i.e., indirect greenhouse gases) was not available for this report[257]. Emission estimates of these gases were provided by sector, using a "top down" estimating procedure—emissions were calculated either for individual sources or for many sources combined, using basic activity data (e.g., the amount of raw material processed) as an indicator of emissions. National activity data were collected for individual source categories from various agencies. Depending on the source category, these basic activity data may include data on production, fuel deliveries, raw material processed, etc.

## Uncertainty and Time-Series Consistency

No quantitative estimates of uncertainty were calculated for this source category. Methodological recalculations were applied to the entire time-series to ensure time-series consistency from 1990 through 2011.

---

[257] For an overview of the activities and the schedule for developing the 2011 National Emissions Inventory, with the goal of producing Version 1 in the summer of 2013, see < http://www.epa.gov/ttn/chief/eis/2011nei/2011plan.pdf>

# 9.  Other

The United States does not report any greenhouse gas emissions under the Intergovernmental Panel on Climate Change (IPCC) "Other" sector.

# 10. Recalculations and Improvements

Each year, emission and sink estimates are recalculated and revised for all years in the Inventory of U.S. Greenhouse Gas Emissions and Sinks, as attempts are made to improve both the analyses themselves, through the use of better methods or data, and the overall usefulness of the report. In this effort, the United States follows both the IPCC Good Practice Guidance (IPCC, 2000) and the 2006 IPCC Guidelines (IPCC 2006), which states, "Both methodological changes and refinements over time are an essential part of improving inventory quality. It is *good practice* to change or refine methods" when: available data have changed; the previously used method is not consistent with the IPCC guidelines for that category; a category has become key; the previously used method is insufficient to reflect mitigation activities in a transparent manner; the capacity for inventory preparation has increased; new inventory methods become available; and for correction of errors."

The results of all methodological changes and historical data updates are presented in this section; detailed descriptions of each recalculation are contained within each source's description found in this report, if applicable. Table 10-1 summarizes the quantitative effect of these changes on U.S. greenhouse gas emissions and sinks and Table 10-2 summarizes the quantitative effect on annual net $CO_2$ fluxes, both relative to the previously published U.S. Inventory (i.e., the 1990 through 2010 report). These tables present the magnitude of these changes in units of teragrams of carbon dioxide equivalent (Tg $CO_2$ Eq.).

The Recalculations Discussion section of each source's chapter presents the details of each recalculation. In general, when methodological changes have been implemented, the entire time series (i.e., 1990 through 2010) has been recalculated to reflect the change, per IPCC (2006). Changes in historical data are generally the result of changes in statistical data supplied by other agencies.

The following ten emission sources and sinks, which are listed in descending order of annual change in emissions or sequestration between 1990 and 2010, underwent some of the most significant methodological and historical data changes. A brief summary of the recalculations and/or improvements undertaken is provided for each of the ten sources.

- *Natural Gas Systems ($CH_4$).* Information and data related to the emission estimates was received through the Inventory preparation process, the formal public notice and comment process of the proposed oil and gas NSPS for VOCs, and through a stakeholder workshop on the natural gas sector emissions estimates.  All relevant information provided was carefully evaluated, and updates were made to two key sources in the expert review draft:  liquids unloading, and completions with hydraulic fracturing and workovers with hydraulic fracturing (refracturing). Additional updates were made to well counts (activity data), which impact multiple sources. Emission estimates will continue to be refined to reflect the most robust data and information available.  In particular, data from EPA's GHGRP will be reviewed and potentially incorporated; GHGRP data will be published for the first year of emissions data from the oil and gas sector in 2013.  Overall, these changes resulted in an average annual decrease of 41.6 Tg $CO_2$ Eq. (20.2 percent) in $CH_4$ emissions from Natural Gas Systems for the period 1990 through 2010.

- *Agricultural Soil Management ($N_2O$).* Methodological recalculations in the current Inventory were associated with the following improvements: 1) incorporation of MODIS Enhanced Vegetation Index  to reduce uncertainties in the estimation of crop production and subsequent carbon input to the soil; 2) using the National Resources Inventory (NRI) as the basis for crop histories and land use change (USDA-NRCS 2009);  3) addition of specific tillage practices with statistics from Conservation Technology and Information Center (CTIC 2004); 4) extension of the N fertilizer activity data with new USDA statistics on fertilizer use through

2009 (USDA-ERS 2011); and 5) expansion of the number of crops simulated by DAYCENT (i.e., dry beans, onions, peanuts, potatoes, rice, sugar beets, sunflowers, and tomatoes). These changes resulted in an increase in emissions of approximately 16 per cent on average relative to the previous Inventory. The differences are partly due to the broader scope of the current Inventory that includes the influence of land use change and tillage on mineral N availability in soils, which is a key driver of nitrification and denitrification. Synthetic fertilizer rates are also higher for crops based on the updated USDA statistics. In addition, the dataset was expanded for evaluating the error in model structure, improving the ability to assess uncertainty in the emission estimates. These changes resulted in an average annual increase in $N_2O$ emissions from Agricultural Soil Management of 34.8 Tg $CO_2$ Eq. (16.4 percent) relative to the previous report.

- *Settlements Remaining Settlements (C Sink).* The 1990 to 2010 net C flux estimates were recalculated relative to the previous Inventory based on three changes in activity data; (1) 2010 U.S. Census data were released in March 2012, along with updated definitions of urban area and urban cluster, resulting in revisions to the annual urban area estimated for 1990 to 2010; (2) a revised average urban tree canopy cover (35.0 percent) was published by Nowak and Greenfield (2012); and (3) C sequestration data was available for 28 rather than 14 cities from Nowak et al. (2013, in review). The combination of the methodological and historical data changes resulted in an average annual net sequestration decrease of 19.5 Tg $CO_2$ Eq. (24.5 percent) in urban trees compared to the previous report across the entire time-series.

- *Land Converted to Cropland (C Sink).* Methodological recalculations in the current Inventory were associated with the following improvements: 1) use of the DAYCENT biogeochemical model to estimate SOC stock changes for the Tier 3 method; 2) incorporation of new activity data from the National Resources Inventory (NRI), extending the time series through 2007 (USDA-NRCS 2009); 3) recalculation of the Tier 2 portion of the inventory with the new NRI activity data; 4) extension of the tillage activity dataset with statistics from Conservation Technology and Information Center (CTIC 2004); 5) including more crops in the Tier 3 method application that had been part of the Tier 2 method in the previous Inventory (i.e., dry beans, onions, peanuts, potatoes, rice, sugar beets, sunflowers, and tomatoes); and 6) extension of the N fertilizer activity data with new USDA statistics on fertilizer use through 2009 (USDA-ERS 2009). Improved estimation of C dynamics associated with the new DAYCENT model had the largest influence on the recalculation for *Land Converted to Cropland*. These changes resulted in an average annual net sequestration decrease of 13.7 Tg $CO_2$ Eq. (443.1 percent).

- *Land Converted to Grassland (C Sink).* Methodological recalculations in the current Inventory were associated with the following improvements: 1) use of the DAYCENT biogeochemical model to estimate Soil organic C (SOC) stock changes for the Tier 3 method; 2) incorporation of new activity data from the National Resources Inventory (NRI), extending the time series through 2007 (USDA-NRCS 2009); 3) recalculation of the Tier 2 portion of the inventory with the new NRI activity data; and 4) extension of the N fertilizer activity data with new USDA statistics on fertilizer use through 2009 (USDA-ERS 2009). Improved estimation of C dynamics associated with the new DAYCENT model had the largest influence on the recalculation for *Land Converted to Grassland*. These changes resulted in an average annual net sequestration decrease  of 13.4 Tg $CO_2$ Eq. (57.6 percent).

- *Grassland Remaining Grassland (C Sink).* Methodological recalculations in the current Inventory were associated with the following improvements: 1) use of the DAYCENT biogeochemical model to estimate SOC stock changes for the Tier 3 method; 2) incorporation of new activity data from the National Resources Inventory (NRI), extending the time series through 2007 (USDA-NRCS 2009); 3) recalculation of the Tier 2 portion of the inventory with the new NRI activity data; and 4) extension of the N fertilizer activity data with new USDA statistics on fertilizer use through 2009 (USDA-ERS 2009 Improved estimation of C dynamics associated with the new DAYCENT model had the largest influence on the recalculation for *Grassland Remaining Grassland*. These changes resulted in an average annual net sequestration decrease of 12.1 Tg $CO_2$ Eq. (17.1 percent).

- *Fossil Fuel Combustion ($CO_2$).* The Energy Information Administration (EIA 2013) updated energy consumption statistics across the time series relative to the previous Inventory. These revisions primarily impacted the emission estimates from 2007 to 2010; however, revisions to industrial and transportation petroleum consumption as well as industrial natural gas and coal consumption impacted emission estimates across the time series. Overall, these changes resulted in an average annual increase of 8.8 Tg $CO_2$ Eq. (0.2 percent) in $CO_2$ emissions from fossil fuel combustion for the period 1990 through 2010. Additionally, for

domestic aviation, a Tier 3B method from the 2006 IPCC Guidelines for National Greenhouse Gas Inventories was implemented. The data was developed by the FAA using radar-informed data from the ETMS for 1990, and 1995 through 2011 as modeled with the AEDT[258], with domestic defined as the 50 U.S. states and U.S. Territories. These historical data changes resulted in changes to the emission estimates for the entire time-series to the previous Inventory, which averaged to an annual decrease in emissions from commercial aviation jet fuel combustion of 6.5 Tg $CO_2$ Eq. (10.1 percent) in $CO_2$ emissions.

- *International Bunker Fuels ($CO_2$).* Changes to emission estimates are due to revisions made to historical activity data for marine residual and distillate fuel oil consumption and a methodology change for collecting U.S. and Foreign Carrier Aviation Jet Fuel Consumption. The 2011 data formats, developed by the FAA using radar-informed data from the ETMS for 1990, and 2000 through 2011 as modeled with the AEDT, was used to recalculate prior inventories. This bottom-up approach is in accordance with the Tier 3B method from the 2006 IPCC Guidelines for National Greenhouse Gas Inventories. The activity data covers the time series 1990, and 2000 through 2011 with domestic defined as the 50 states and U.S. Territories. These historical data changes resulted in changes to the emission estimates for the entire time-series to the previous Inventory, which averaged to an annual decrease in emissions from international bunker fuels of 6.5 Tg $CO_2$ Eq. (5.4 percent) in $CO_2$ emissions.

- *Forest Land Remaining Forest (C Sink).* In addition to annual updates to most-recent inventories for many states, additional changes in methods or data reduction for the current Inventory affected the national stock and change estimates for forest ecosystems. Of these, the modification of the down dead wood estimates to incorporate plot level sampling of down woody material (Woodall et al. 2010, Woodall et al. In Review) resulted in the greatest impact on total forest C stocks. Nationally, estimates for C in down dead wood stocks decreased by about 8 percent. A second change was a modification in the approach to determining the necessary volumes as inputs to the tree biomass equations, which only affected a few of the periodic (i.e., older) inventories. Next, we identified that the older forest inventories classified as woodlands on National Forests in Colorado included a spatial extent substantially lower than current inventories of that classification. The older inventories were dropped from our calculations because of the inconsistency (see annex 3.12 for specifics of inventories in use). Finally, the current FIADB 5.1 data do not include the periodic survey for Alaska as was included in the previous Inventory (EPA 2012). Therefore we retained the estimates based on FIADB 4.0after making appropriate adjustments consistent with this year's Inventory (e.g., the modified down dead wood estimates). This represents a change in method—that is, including older FIADB data—that does not affect the estimates, because it maintains consistency between successive Inventories.

  Estimates for C additions to harvested wood products pools were adjusted due to revision to data for softwood pulpwood production (2006 to 2010), hardwood lumber production (2007 to 2010), hardwood plywood production (2008 to 2010), and imports of particleboard and medium density fiberboard (1998 to 2010). Revisions are contained in Howard (forthcoming). Estimates of the total C stock have been adjusted to represent the stock at the beginning of the year rather than the end of the year to match the beginning year estimates for forest stocks. Previously, the estimates had been for the end of the year. This reduced the total stock level estimate for years through 2010 by 20 to 30 Tg C. These changes resulted in an average annual net sequestration decrease of 3.4 Tg $CO_2$ Eq. (1.1 percent).

- *Cropland Remaining Cropland – Mineral and Organic Soil Carbon Stock Changes (C Sink).* Methodological recalculations in this year's inventory were associated with the following improvements: 1) use of the DAYCENT biogeochemical model to estimate SOC stock changes for the Tier 3 method; 2) incorporation of MODIS Enhanced Vegetation Index to estimate crop production and subsequent C input to the soil; 3) incorporation of new activity data from the National Resources Inventory (NRI), extending the time series through 2007 (USDA-NRCS 2009); 4) recalculation of the Tier 2 portion of the inventory with the new NRI activity data; 5) extension of the tillage activity dataset with statistics from Conservation Technology and Information Center (CTIC 2004); 6) including more crops in the Tier 3 method application that had been part of the Tier 2 method in the previous Inventory (i.e., dry beans, onions, peanuts, potatoes, rice, sugar beets,

---

[258] Additional information on the AEDT modeling process is available at:
http://www.faa.gov/about/office_org/headquarters_offices/apl/research/models/

sunflowers, and tomatoes); and 7) extension of the N fertilizer activity data with new USDA statistics on fertilizer use through 2009 (USDA-ERS 2011). The largest changes in SOC trends tended to occur after 2002, and are attributed to the new NRI and tillage data (the previous Inventory was based on a time series of activity data that ended in 2003). However, improved estimation of C dynamics associated with the new DAYCENT model also had a significant effect on the recalculation for *Cropland Remaining Cropland*. These changes resulted in an average annual net sequestration decrease of 2.1 Tg $CO_2$ Eq. (0.1 percent).

**Table 10-1: Revisions to U.S. Greenhouse Gas Emissions (Tg $CO_2$ Eq.)**

| Gas/Source | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|
| **$CO_2$** | **8.3** | **1.7** | **10.0** | **20.6** | **17.4** | **30.0** |
| Fossil Fuel Combustion | 10.2 | 2.2 | 9.9 | 19.1 | 16.3 | 20.3 |
|   Electricity Generation | + | + | + | + | + | 0.8 |
|   Transportation | 8.0 | (4.9) | 10.8 | 26.2 | 21.3 | 18.4 |
|   Industrial | 2.2 | 7.1 | + | (4.5) | (4.0) | 2.4 |
|   Residential | + | + | + | (2.4) | (2.0) | (5.6) |
|   Commercial | + | + | + | (1.3) | (1.2) | (3.6) |
|   U.S. Territories | + | + | (0.9) | 1.1 | 2.2 | 8.0 |
| Non-Energy Use of Fuels | (2.2) | (1.4) | + | 0.9 | 0.3 | 7.7 |
| Natural Gas Systems | 0.1 | + | (0.2) | (0.2) | + | + |
| Cement Production | NC | NC | NC | NC | NC | 0.4 |
| Lime Production | + | (0.1) | + | + | (0.1) | + |
| Other Processes of Carbonates | (0.2) | (0.4) | (0.3) | (0.4) | (0.1) | (0.5) |
| Glass Production | NC | NC | NC | NC | NC | NC |
| Soda Ash Production and Consumption | (1.3) | (1.3) | (1.2) | (1.1) | (1.0) | (1.0) |
| Carbon Dioxide Consumption | NC | NC | NC | NC | NC | NC |
| Incineration of Waste | + | + | + | + | + | + |
| Titanium Dioxide Production | NC | NC | NC | NC | NC | (0.1) |
| Aluminum Production | NC | NC | NC | NC | NC | (0.3) |
| Iron and Steel Production & Metallurgical Coke Production | 0.2 | 0.7 | 0.1 | 0.7 | 0.9 | 1.5 |
| Ferroalloy Production | NC | NC | NC | NC | NC | NC |
| Ammonia Production | + | + | + | + | + | + |
| Urea Consumption for Non-Agricultural Purposes | + | + | + | + | + | + |
| Phosphoric Acid Production | NC | + | + | (0.1) | + | 0.1 |
| Petrochemical Production | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Silicon Carbide Production and Consumption | NC | NC | NC | NC | NC | NC |
| Lead Production | NC | NC | NC | NC | NC | NC |
| Zinc Production | NC | NC | NC | NC | NC | + |
| Cropland Remaining Cropland | NC | NC | NC | NC | + | 0.3 |
| Wetlands Remaining Wetlands | NC | NC | NC | NC | NC | + |
| Petroleum Systems | NC | + | + | + | + | + |
| *Land Use, Land-Use Change, and Forestry (Sink)[a]* | *87.3* | *88.1* | *179.0* | *184.8* | *179.9* | *185.9* |
| *Biomass - Wood[b]* | *NC* | *+* | *(2.8)* | *(0.4)* | *1.0* | *0.2* |
| *International Bunker Fuels[b]* | *(8.4)* | *3.4* | *(12.3)* | *(19.4)* | *(15.9)* | *(10.8)* |
| *Biomass - Ethanol[b]* | *NC* | *NC* | *NC* | *NC* | *NC* | *(1.9)* |
| **$CH_4$** | **(28.3)** | **(32.1)** | **(37.6)** | **(49.1)** | **(68.4)** | **(73.8)** |
| Stationary Combustion | + | + | (0.1) | + | + | + |
| Mobile Combustion | (0.1) | (0.2) | (0.1) | (0.1) | (0.1) | (0.1) |
| Coal Mining | NC | 0.1 | + | 0.2 | 0.2 | 0.2 |
| Abandoned Underground Coal Mines | NC | NC | NC | NC | NC | NC |
| Natural Gas Systems | (28.4) | (31.5) | (36.9) | (49.2) | (70.2) | (71.8) |
| Petroleum Systems | NC | + | + | 0.1 | (0.1) | (0.2) |
| Petrochemical Production | 1.4 | 2.1 | 2.2 | 2.0 | 2.1 | 2.2 |
| Silicon Carbide Production and Consumption | NC | NC | NC | NC | NC | NC |
| Iron and Steel Production & Metallurgical Coke Production | NC | NC | NC | NC | NC | NC |

| | | | | | | |
|---|---|---|---|---|---|---|
| Ferroalloy Production | NC | NC | NC | NC | NC | NC |
| Enteric Fermentation | (1.1) | (2.0) | (2.1) | (2.0) | (2.0) | (2.0) |
| Manure Management | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) | (0.3) |
| Rice Cultivation | NC | NC | NC | NC | NC | NC |
| Field Burning of Agricultural Residues | + | + | + | + | + | + |
| Forest Land Remaining Forest Land | + | (0.1) | (0.2) | (0.1) | (0.1) | (0.2) |
| Landfills | 0.1 | (0.2) | (0.1) | 0.5 | 2.1 | (1.1) |
| Wastewater Treatment | + | + | + | + | + | + |
| Composting | NC | NC | NC | NC | + | + |
| Incineration of Waste | NC | NC | NC | NC | NC | NC |
| *International Bunker Fuels*[b] | + | + | + | + | + | + |
| **$N_2O$** | **28.1** | **24.2** | **41.1** | **32.6** | **34.7** | **37.7** |
| Stationary Combustion | + | + | + | + | + | + |
| Mobile Combustion | 0.1 | (0.1) | 0.1 | 0.2 | 0.2 | 0.1 |
| Adipic Acid Production | + | NC | NC | NC | NC | 1.6 |
| Nitric Acid Production | 0.5 | 0.5 | 0.6 | 0.5 | (0.5) | + |
| Manure Management | (0.4) | (0.5) | (0.5) | (0.5) | (0.5) | (0.6) |
| Agricultural Soil Management | 27.9 | 24.4 | 41.2 | 32.5 | 35.6 | 36.7 |
| Field Burning of Agricultural Residues | + | + | + | + | + | + |
| Wastewater Treatment | NC | + | + | + | + | + |
| $N_2O$ from Product Uses | NC | NC | NC | NC | NC | NC |
| Incineration of Waste | NC | NC | NC | NC | NC | NC |
| Settlements Remaining Settlements | NC | NC | NC | + | + | 0.1 |
| Forest Land Remaining Forest Land | + | (0.1) | (0.2) | (0.1) | (0.1) | (0.1) |
| Composting | NC | NC | NC | NC | + | + |
| Wetlands Remaining Wetlands | NC | NC | NC | NC | NC | + |
| *International Bunker Fuels*[b] | (0.2) | + | (0.1) | (0.2) | (0.1) | (0.1) |
| **HFCs** | **NC** | **NC** | **+** | **+** | **(0.1)** | **(1.7)** |
| Substitution of Ozone Depleting Substances | NC | NC | NC | + | + | + |
| HCFC-22 Production | NC | NC | NC | NC | NC | (1.7) |
| Semiconductor Manufacture | NC | NC | + | + | (0.1) | + |
| **PFCs** | **NC** | **NC** | **0.1** | **(0.1)** | **(1.2)** | **0.3** |
| Aluminum Production | NC | NC | NC | NC | NC | + |
| Semiconductor Manufacture | NC | NC | 0.1 | (0.1) | (1.2) | 0.3 |
| **$SF_6$** | **+** | **(2.8)** | **(3.3)** | **(3.6)** | **(4.0)** | **(4.0)** |
| Electrical Transmission and Distribution | + | (2.8) | (3.3) | (3.6) | (3.8) | (4.1) |
| Semiconductor Manufacture | NC | NC | + | + | (0.3) | 0.1 |
| Magnesium Production and Processing | NC | NC | NC | NC | + | + |
| **Net Change in Total Emissions**[b] | **8.1** | **(9.0)** | **10.4** | **0.4** | **(21.6)** | **(11.5)** |
| **Percent Change** | **0.1%** | **(0.1%)** | **0.1%** | **+** | **(0.3%)** | **(0.2%)** |

+ Absolute value does not exceed 0.05 Tg $CO_2$ Eq. or 0.05 percent.
Parentheses indicate negative values
NC (No Change)
[a] Not included in emissions total.
[b] Excludes net $CO_2$ flux from Land Use, Land-Use Change, and Forestry, and emissions from International Bunker Fuels.
Note: Totals may not sum due to independent rounding.

**Table 10-2: Revisions to Annual Net CO$_2$ Fluxes from Land Use, Land-Use Change, and Forestry (Tg CO$_2$ Eq.)**

| Component: Net CO$_2$ Flux From Land Use, Land-Use Change, and Forestry | 1990 | 2005 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|---|
| Forest Land Remaining Forest Land | 4.5 | 35.9 | 99.9 | 105.0 | 99.3 | 104.2 |
| Cropland Remaining Cropland | (4.7) | (2.1) | 13.1 | 12.9 | 12.8 | 12.6 |
| Land Converted to Cropland | 18.9 | 7.6 | 8.6 | 8.6 | 8.6 | 8.6 |
| Grassland Remaining Grassland | 46.9 | 7.9 | 15.8 | 15.7 | 15.6 | 15.7 |
| Land Converted to Grassland | 12.1 | 14.2 | 15.0 | 14.8 | 14.7 | 14.7 |
| Settlements Remaining Settlements | 9.6 | 24.6 | 26.8 | 27.9 | 29.0 | 30.1 |
| Other | NC | NC | NC | NC | NC | NC |
| **Net Change in Total Flux** | **87.3** | **88.1** | **179.0** | **184.8** | **179.9** | **185.9** |
| **Percent Change** | **9.9%** | **8.1%** | **16.2%** | **17.0%** | **16.9%** | **17.3%** |

NC (No Change)
Note: Numbers in parentheses indicate a decrease in estimated net flux of CO$_2$ to the atmosphere, or an increase in net sequestration.
Note: Totals may not sum due to independent rounding.
+ Absolute value does not exceed 0.05 Tg CO$_2$ Eq. or 0.05 percent

# 11. References

## Executive Summary

BEA (2012 ) *2012 Comprehensive Revision of the National Income and Product Accounts: Current-dollar and "real" GDP, 1929–2012*. Bureau of Economic Analysis (BEA), U.S. Department of Commerce, Washington, DC. Last Modified January 2013. Available online at < http://www.bea.gov/national/index.htm#gdp >.

EIA (2013) Supplemental Tables on Petroleum Product detail. *Monthly Energy Review, February 2013,* Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0035(2013/02).

EIA (2012) *International Energy Annual 2011*. Energy Information Administration (EIA), U.S. Department of Energy. Washington, DC. Updated October 2012. Available online at <http://www.eia.doe.gov/emeu/iea/carbon.html >.

EPA (2010) "2009 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards.

EPA (2009) "1970 - 2008 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards. Available online at <http://www.epa.gov/ttn/chief/trends/index.html>.

IPCC (2007) Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. S. Solomon , D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.). Cambridge University Press. Cambridge, United Kingdom 996 pp.

IPCC (2006) 2006 IPCC Guidelines for National Greenhouse Gas Inventories. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2003) Good Practice Guidance for Land Use, Land-Use Change, and Forestry. National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, J. Penman, et al. (eds.). Available online at <http://www.ipcc-nggip.iges.or.jp/public/gpglulucf/gpglulucf.htm>. August 13, 2004.

IPCC (2001) Climate Change 2001: The Scientific Basis. Intergovernmental Panel on Climate Change, J.T. Houghton, Y. Ding, D.J. Griggs, M. Noguer, P.J. van der Linden, X. Dai, C.A. Johnson, and K. Maskell (eds.). Cambridge University Press. Cambridge, United Kingdom.

IPCC (2000) Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories. , National Greenhouse Gas Inventories Programme, Intergovernmental Panel on Climate Change. Montreal. May 2000. IPCC-XVI/Doc. 10 (1.IV.2000).

IPCC (1996) Climate Change 1995: The Science of Climate Change. Intergovernmental Panel on Climate Change, J.T. Houghton, L.G. Meira Filho, B.A. Callander, N. Harris, A. Kattenberg, and K. Maskell. (eds.). Cambridge University Press. Cambridge, United Kingdom.

IPCC/UNEP/OECD/IEA (1997) Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories. Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency.  Paris, France.

NOAA/ESRL (2009) "Trends in Atmospheric Carbon Dioxide." Available online at <http://www.esrl.noaa.gov/gmd/ccgg/trends/>. 11 January 2010.

UNFCCC (2003) National Communications: Greenhouse Gas Inventories from Parties included in Annex 1 to the Convention, UNFCCC Guidelines on Reporting and Review.  Conference of the Parties, Eighth Session, New Delhi. (FCCC/CP/2002/8).  March 28, 2003.

U.S. Census Bureau (2012) U.S. Census Bureau International Database (IDB). June 2012. Available online at <http://www.census.gov/ipc/www/idbnew.html>.

# Introduction

CDIAC (2009) "Recent Greenhouse Gas Concentrations." T.J. Blasing; DOI: 10.3334/CDIAC/atg.032. Available online at <http://cdiac.ornl.gov/pns/current_ghg.html>. 23 February 2010.

EPA (2009) Technical Support Document for the Endangerment and Cause or Contribute Findings for Greenhouse Gases Under Section 202(a) of the Clean Air Act. U.S. Environmental Protection Agency. December 2009.

IPCC (2007) Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change. S. Solomon , D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.). Cambridge University Press. Cambridge, United Kingdom 996 pp.

IPCC (2006) 2006 IPCC Guidelines for National Greenhouse Gas Inventories. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2003) Good Practice Guidance for Land Use, Land-Use Change, and Forestry.  National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change,  J. Penman, et al. (eds.).   Available online at <http://www.ipcc-nggip.iges.or.jp/public/gpglulucf/gpglulucf.htm>. August 13, 2004.

IPCC (2001) Climate Change 2001: The Scientific Basis. Intergovernmental Panel on Climate Change, J.T. Houghton, Y. Ding, D.J. Griggs, M. Noguer, P.J. van der Linden, X. Dai, C.A. Johnson, and K. Maskell (eds.). Cambridge University Press.  Cambridge, United Kingdom.

IPCC (2000) Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories. National Greenhouse Gas Inventories Programme, Intergovernmental Panel on Climate Change. Montreal. May 2000. IPCC-XVI/Doc. 10 (1.IV.2000).

IPCC (1999) Aviation and the Global Atmosphere.  Intergovernmental Panel on Climate Change. J.E. Penner, et al. (eds.). Cambridge University Press.  Cambridge, United Kingdom.

IPCC (1996) Climate Change 1995: The Science of Climate Change. Intergovernmental Panel on Climate Change, J.T. Houghton, L.G. Meira Filho, B.A. Callander, N. Harris, A. Kattenberg, and K. Maskell (eds.).  Cambridge University Press.  Cambridge, United Kingdom.

IPCC/TEAP (2005) *Special Report: Safeguarding the Ozone Layer and the Global Climate System, Chapter 4: Refrigeration*. 2005. Available at http://www.auto-ts.com/hcfc/technology%20option/Refrigeration/transport%20refrigeration.pdf

IPCC/UNEP/OECD/IEA (1997) Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories. Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency.  Paris, France.

Jacobson, M.Z. (2001) "Strong Radiative Heating Due to the Mixing State of Black Carbon in Atmospheric Aerosols." Nature, 409:695-697.

NOAA/ESRL (2009) "Trends in Atmospheric Carbon Dioxide." Available online at <http://www.esrl.noaa.gov/gmd/ccgg/trends/>. 11 January 2010.

UNEP/WMO (1999) Information Unit on Climate Change. Framework Convention on Climate Change. Available online at <http://unfccc.int>.

UNFCCC (2006) Updated UNFCCC Reporting Guidelines on Annual Inventories Following Incorporation of the Provisions of Decision 14/CP.11. United Nations Framework Convention on Climate Change, Nairobi. (FCCC/SBSTA/2006/9). August 16, 2006.

# Trends in Greenhouse Gas Emissions

BEA (2010) *2009 Comprehensive Revision of the National Income and Product Accounts: Current-dollar and "real" GDP, 1929–2009*. Bureau of Economic Analysis (BEA), U.S. Department of Commerce, Washington, DC. July 29, 2010. Available online at < http://www.bea.gov/national/index.htm#gdp >.

Duffield, J. (2006) Personal communication. Jim Duffield, Office of Energy Policy and New Uses, USDA and Lauren Flinn, ICF International. December 2006.

EIA (2011) Supplemental Tables on Petroleum Product detail. *Monthly Energy Review, January 2011,* Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0035(2011/01).

EPA (2010) "2009 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards.

EPA (2009) "1970 - 2008 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards. Available online at <http://www.epa.gov/ttn/chief/trends/index.html>.

IPCC (2001) Climate Change 2001: The Scientific Basis. Intergovernmental Panel on Climate Change, J.T. Houghton, Y. Ding, D.J. Griggs, M. Noguer, P.J. van der Linden, X. Dai, C.A. Johnson, and K. Maskell (eds.). Cambridge University Press. Cambridge, United Kingdom.

U.S. Census Bureau (2010) U.S. Census Bureau International Database (IDB). Available online at <http://www.census.gov/ipc/www/idbnew.html>. August 15, 2010.

# Energy

EIA (2010) Indicators: $CO_2$ Emissions. *International Energy Statistics 2010*. Energy Information Administration <http://tonto.eia.doe.gov/cfapps/ipdbproject/IEDIndex3.cfm>.

## Carbon Dioxide Emissions from Fossil Fuel Combustion

AAR (2008 through 2012) *Railroad Facts*. Policy and Economics Department, Association of American Railroads, Washington, DC.

AISI (2004 through 2012a) *Annual Statistical Report*, American Iron and Steel Institute, Washington, DC.

APTA (2007 through 2012) *Public Transportation Fact Book*. American Public Transportation Association, Washington, DC. Available online at <http://www.apta.com/resources/statistics/Pages/transitstats.aspx>.

APTA (2006) *Commuter Rail National Totals*. American Public Transportation Association, Washington, DC. Available online at <http://www.apta.com/research/stats/rail/crsum.cfm>.

BEA (2012) *2011 Comprehensive Revision of the National Income and Product Accounts: Current-dollar and "real" GDP, 1929–2011.* Bureau of Economic Analysis (BEA), U.S. Department of Commerce, Washington, DC. October 26, 2012. Available online at < http://www.bea.gov/national/index.htm#gdp >.

BEA (1991 through 2011) Unpublished BE-36 survey data. Bureau of Economic Analysis, U.S. Department of Commerce. Washington, DC.

Benson, D. (2002 through 2004) Unpublished data. Upper Great Plains Transportation Institute, North Dakota State University and American Short Line & Regional Railroad Association.

Coffeyville Resources Nitrogen Fertilizers (2012)  Nitrogen Fertilizer Operations.  Available online at <http://coffeyvillegroup.com/NitrogenFertilizerOperations/index.html>.

Dakota Gasification Company (2006) *CO$_2$ Pipeline Route and Designation Information*. Bismarck, ND. Available online at <http://www.dakotagas.com/SafetyHealth/Pipeline_Information.html>.

DESC (2012) Unpublished data from the Defense Fuels Automated Management System (DFAMS). Defense Energy Support Center, Defense Logistics Agency, U.S. Department of Defense. Washington, DC.

DHS (2008) Email Communication. Elissa Kay, Department of Homeland Security and Joe Aamidor, ICF International. January 11, 2008.

DOC (1991 through 2012) Unpublished Report of Bunker Fuel Oil Laden on Vessels Cleared for Foreign Countries. Form-563.  Foreign Trade Division, Bureau of the Census, U.S. Department of Commerce. Washington, DC.

DOE (2012) *2010 Worldwide Gasification Database*. National Energy Technology Laboratory and Gasification Technologies Council. Available online at <http://www.netl.doe.gov/technologies/coalpower/gasification/worlddatabase/index.html>. Accessed on 15 March 2012

DOE (1993 through 2012) *Transportation Energy Data Book*. Office of Transportation Technologies, Center for Transportation Analysis, Energy Division, Oak Ridge National Laboratory. ORNL-6978.

DOT (1991 through 2012) *Fuel Cost and Consumption*. U.S. Department of Transportation, Bureau of Transportation Statistics, Washington, DC. DAI-10. http://www.transtats.bts.gov/fuel.asp.

Eastman Gasification Services Company (2003) Project Data on Eastman Chemical Company's Chemicals-from-Coal Complex in Kingsport, TN. Available online at <http://www.netl.doe.gov/coal/gasification/pubs/pdf/Eastman%20Chemicals%20from%20Coal%20Complex.pdf>.

EIA (2013) Supplemental Tables on Petroleum Product detail. *Monthly Energy Review, February 2013*, Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0035(2013/02).

EIA (2012a) *Annual Energy Review 2012*. Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0384(2011). October 9, 2012.

EIA (2012b) *Quarterly Coal Report: January-March 2012.*Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0121.

EIA (2012c) *U.S. Energy-Related Carbon Dioxide Emissions, 2011* Energy Information Administration, U.S. Department of Energy. Washington, DC. August 2012. Available online at <http://www.eia.gov/environment/emissions/carbon/>.

EIA (2011) *Natural Gas Annual 2010*. Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0131(06). October 2010.

EIA (2009a) *Emissions of Greenhouse Gases in the United States 2008, Draft Report*. Office of Integrated Analysis and Forecasting, Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE-EIA-0573(2009).

EIA (2009b) *Manufacturing Consumption of Energy 2006*. Energy Information Administration, U.S. Department of Energy. Washington, DC. Released July, 2009.

EIA (2007a) Personal Communication. Joel Lou, Energy Information Administration. and Aaron Beaudette, ICF International. *Residual and Distillate Fuel Oil Consumption for Vessel Bunkering (Both International and Domestic) for American Samoa, U.S. Pacific Islands, and Wake Island*. October 24, 2007.

EIA (2008) *Historical Natural Gas Annual, 1930 – 2008*. Energy Information Administration, U.S. Department of Energy. Washington, DC.

EIA (2002) *Alternative Fuels Data Tables*. Energy Information Administration, U.S. Department of Energy. Washington, DC. Available online at <http://www.eia.doe.gov/fuelalternate.html>.

EIA (2001) *U.S. Coal, Domestic and International Issues*. Energy Information Administration, U.S. Department of Energy. Washington, DC. March 2001.

EIA (1991 through 2013) *Fuel Oil and Kerosene Sales*. Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0535-annual.

EPA (2012) Acid Rain Program Dataset 1996-2011. Office of Air and Radiation, Office of Atmospheric Programs, U.S. Environmental Protection Agency, Washington, D.C.

EPA (2012b*) NONROAD 2089a Model*. Office of Transportation and Air Quality, U.S. Environmental Protection Agency. Available online at <http://www.epa.gov/oms/nonrdmdl.htm>.

EPA (2010a) Carbon Content Coefficients Developed for EPA's Mandatory Reporting Rule. Office of Air and Radiation, Office of Atmospheric Programs, U.S. Environmental Protection Agency, Washington, D.C.

Erickson, T. (2003) *Plains $CO_2$ Reduction (PCOR) Partnership*. Presented at the Regional Carbon Sequestration Partnership Meeting Pittsburgh, Pennsylvania, Energy and Environmental Research Center, University of North Dakota. November 3, 2003. Available online at <http://www.netl.doe.gov/publications/proceedings/03/carbon-seq/Erickson.pdf>.

FAA (2013) Personal Communication between FAA and Leif Hockstad for aviation emissions estimates from the Aviation Environmental Design Tool (AEDT). January 2013.

FAA (2012) *FAA Aerospace Forecasts Fiscal Years 2012-2032*. Table 30 "General Aviation Aircraft Fuel Consumption," Federal Aviation Administration. Available online at < http://www.faa.gov/about/office_org/headquarters_offices/apl/aviation_forecasts/aerospace_forecasts/2012-2032

Fitzpatrick, E. (2002) *The Weyburn Project: A Model for International Collaboration*. Available online at <http://www.netl.doe.gov/coalpower/sequestration/pubs/mediarelease/mr-101102.pdf>.

FHWA (1996 through 2013) *Highway Statistics*. Federal Highway Administration, U.S. Department of Transportation, Washington, DC. Report FHWA-PL-96-023-annual. Available online at <http://www.fhwa.dot.gov/policy/ohpi/hss/hsspubs.htm>.

FRB (2012) *Industrial Production and Capacity Utilization*. Federal Reserve Statistical Release, G.17, Federal Reserve Board. Available online at <http://www.federalreserve.gov/releases/G17/table1_2.htm>. March 30, 2012.

Gaffney, J. (2007) Email Communication. John Gaffney, American Public Transportation Association and Joe Aamidor, ICF International. December 17, 2007.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories*. Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency. Paris, France.

Jacobs, G. (2010) Personal communication. Gwendolyn Jacobs, Energy Information Administration and Rubaab Bhangu, ICF International. *U.S. Territories Fossil Fuel Consumption, 1990–2009*. Unpublished. U.S. Energy Information Administration. Washington, DC.

Marland, G. and A. Pippin (1990) "United States Emissions of Carbon Dioxide to the Earth's Atmosphere by Economic Activity." *Energy Systems and Policy,* 14(4):323.

SAIC/EIA (2001) *Monte Carlo Simulations of Uncertainty in U.S. Greenhouse Gas Emission Estimates. Final Report*. Prepared by Science Applications International Corporation (SAIC) for Office of Integrated Analysis and Forecasting, Energy Information Administration , U.S. Department of Energy. Washington, DC. June 22, 2001.

USAF (1998) *Fuel Logistics Planning*. U.S. Air Force: AFPAM23-221. May 1, 1998.

U.S. Bureau of the Census (2011) *Current Industrial Reports Fertilizer Materials and Related Products: 2010 Summary*. Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

USAA (2012a) *U.S. Primary Aluminum Production 2011*. U.S. Aluminum Association, Washington, DC. January, 2012.

USAA (2012b) *U.S. Primary Aluminum Production 2012*. U.S. Aluminum Association, Washington, DC. October, 2012.

USGS (2011) *2010 Mineral Yearbook; Aluminum [Advanced Release]*. U.S. Geological Survey, Reston, VA.

USGS (2010a) *2009 Mineral Commodity Summaries: Aluminum*. U.S. Geological Survey, Reston, VA.

USGS (2009) *2008 Mineral Yearbook: Aluminum*. U.S. Geological Survey, Reston, VA.

USGS (2007) *2006 Mineral Yearbook: Aluminum*. U.S. Geological Survey, Reston, VA.

USGS (1991 through 2011) *Minerals Yearbook: Manufactured Abrasives Annual Report*. U.S. Geological Survey, Reston, VA.

USGS (1994 through 2011) *Minerals Yearbook: Lead Annual Report*. U.S. Geological Survey, Reston, VA.

USGS (1995, 1998, 2000 through 2002) *Mineral Yearbook: Aluminum Annual Report*. U.S. Geological Survey, Reston, VA.

USGS (1991 through 2010a) *Minerals Yearbook: Silicon Annual Report*. U.S. Geological Survey, Reston, VA.

USGS (1991 through 2010b) *Mineral Yearbook: Titanium Annual Report*. U.S. Geological Survey, Reston, VA.

Whorton, D. (2006 through 2012) Personal communication, Class II and III Rail energy consumption, American Short Line and Regional Railroad Association.

# Stationary Combustion (excluding CO$_2$)

EIA (2013) Supplemental Tables on Petroleum Product detail. *Monthly Energy Review, February 2013,* Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0035(2013/02).

EIA (2012a) *Annual Energy Review 2011*. Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0384(2011). October 9, 2012.

EPA (2010a*) NONROAD 2009a Model*. Office of Transportation and Air Quality, U.S. Environmental Protection Agency. Available online at <http://www.epa.gov/oms/nonrdmdl.htm>.

EPA (2010b) "2009 Average annual emissions, all criteria pollutants in MS Excel." National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data. Office of Air Quality Planning and Standards.

EPA (2003) E-mail correspondance. Air pollutant data. Office of Air Pollution to the Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency (EPA). December 22, 2003.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2000) *Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories*. , National Greenhouse Gas Inventories Programme, Intergovernmental Panel on Climate Change. Montreal. May 2000. IPCC-XVI/Doc. 10 (1.IV.2000).

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories.* Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency.  Paris, France.

Jacobs, G. (2010) Personal communication. Gwendolyn Jacobs, Energy Information Administration and Rubaab Bhangu, ICF International. *U.S. Territories Fossil Fuel Consumption, 1990–2009.* Unpublished. U.S. Energy Information Administration. Washington, DC.

SAIC/EIA (2001) *Monte Carlo Simulations of Uncertainty in U.S. Greenhouse Gas Emission Estimates. Final Report.* Prepared by Science Applications International Corporation (SAIC) for Office of Integrated Analysis and Forecasting, Energy Information Administration , U.S. Department of Energy. Washington, DC. June 22, 2001.

# Mobile Combustion (excluding CO2)

AAR (2008 through 2012) *Railroad Facts.* Policy and Economics Department, Association of American Railroads, Washington, DC.

ANL (2006) Argonne National Laboratory (2006) GREET model Version 1.7. June 2006.

APTA (2007 through 2012) *Public Transportation Fact Book.* American Public Transportation Association, Washington, DC. Available online at < http://www.apta.com/resources/statistics/Pages/transitstats.aspx >.

APTA (2006) *Commuter Rail National Totals.* American Public Transportation Association, Washington, DC. Available online at <http://www.apta.com/research/stats/rail/crsum.cfm>.

Benson, D. (2002 through 2004) Personal communication. Unpublished data developed by the Upper Great Plains Transportation Institute, North Dakota State University and American Short Line & Regional Railroad Association.

BEA (1991 through 2005) Unpublished BE-36 survey data. Bureau of Economic Analysis (BEA), U.S. Department of Commerce.

Browning, L. (2009) Personal communication with Lou Browning , "Suggested New Emission Factors for Marine Vessels.", ICF International.

Browning, L. (2005) Personal communication with Lou Browning, Emission control technologies for diesel highway vehicles specialist, ICF International.

Browning, L. (2003) "VMT Projections for Alternative Fueled and Advanced Technology Vehicles through 2025." 13th CRC On-Road Vehicle Emissions Workshop. April 2003.

DHS (2008) Email Communication. Elissa Kay, Department of Homeland Security and Joe Aamidor, ICF International. January 11, 2008.

DESC (2012) Unpublished data from the Defense Fuels Automated Management System (DFAMS). Defense Energy Support Center, Defense Logistics Agency, U.S. Department of Defense. Washington, DC.

DOC (1991 through 2012) Unpublished Report of Bunker Fuel Oil Laden on Vessels Cleared for Foreign Countries. Form-563.  Foreign Trade Division, Bureau of the Census, U.S. Department of Commerce. Washington, DC.

DOE (1993 through 2012) *Transportation Energy Data Book.* Office of Transportation Technologies, Center for Transportation Analysis, Energy Division, Oak Ridge National Laboratory. ORNL-5198.

DOT (1991 through 2012) *Fuel Cost and Consumption.* U.S. Department of Transportation, Bureau of Transportation Statistics, Washington, DC. DAI-10. http://www.transtats.bts.gov/fuel.asp.

EIA (2012a) Supplemental Tables on Petroleum Product detail. *Monthly Energy Review, September 2012,* Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0035(2012/09).

EIA (2011) *Annual Energy Review 2010.* Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0384(2011). October 19, 2011.

EIA (2008a) "Table 3.1: World Petroleum Supply and Disposition." *International Energy Annual*. Energy Information Administration, U.S. Department of Energy. Washington, DC. Available online at <http://www.eia.doe.gov/iea/pet.html>.

EIA (2007a) Personal Communication. Joel Lou, Energy Information Administration and Aaron Beaudette, ICF International. *Residual and Distillate Fuel Oil Consumption for Vessel Bunkering (Both International and Domestic) for American Samoa, U.S. Pacific Islands, and Wake Island.* October 24, 2007.

EIA (2007 through 2011) *Natural Gas Annual*. Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0131(11).

EIA (2002) *Alternative Fuels Data Tables*. Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://www.eia.doe.gov/fuelrenewable.html>.

EIA (1991 through 2013) *Fuel Oil and Kerosene Sales.* Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0535-annual.

EPA (2008)  "1970 - 2007 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards.  Available online at <http://www.epa.gov/ttn/chief/trends/index.html>.

EPA (2007a) Annual Certification Test Results Report. Office of Transportation and Air Quality, U.S. Environmental Protection Agency. Available online at <http://www.epa.gov/otaq/crttst.htm>.

EPA (2007b) Confidential engine family sales data submitted to EPA by manufacturers. Office of Transportation and Air Quality, U.S. Environmental Protection Agency.

EPA (2011a) Motor Vehicle Emission Simulator (MOVES). Office of Transportation and Air Quality, U.S. Environmental Protection Agency. Available online at <http://www.epa.gov/otaq/ngm.htm>.

EPA (2012b) *NONROAD 2008a Model*. Office of Transportation and Air Quality, U.S. Environmental Protection Agency. Available online at <http://www.epa.gov/oms/nonrdmdl.htm>.

EPA (2000) *Mobile6 Vehicle Emission Modeling Software*. Office of Mobile Sources, U.S. Environmental Protection Agency, Ann Arbor, Michigan.

EPA (1999a) *Emission Facts: The History of Reducing Tailpipe Emissions*. Office of Mobile Sources. May 1999. EPA 420-F-99-017. Available online at <http://www.epa.gov/oms/consumer/f99017.pdf>.

EPA (1999b) Regulatory Announcement: EPA's Program for Cleaner Vehicles and Cleaner Gasoline. Office of Mobile Sources. December 1999. EPA420-F-99-051. Available online at <http://www.epa.gov/otaq/regs/ld-hwy/tier-2/frm/f99051.pdf>.

EPA (1998) *Emissions of Nitrous Oxide from Highway Mobile Sources: Comments on the Draft Inventory of U.S. Greenhouse Gas Emissions and Sinks, 1990–1996*. Office of Mobile Sources, Assessment and Modeling Division, U.S. Environmental Protection Agency. August 1998. EPA420-R-98-009.

EPA (1997) *Mobile Source Emission Factor Model (MOBILE5a)*. Office of Mobile Sources, U.S. Environmental Protection Agency, Ann Arbor, Michigan.

EPA (1994a) *Automobile Emissions: An Overview*. Office of Mobile Sources. August 1994. EPA 400-F-92-007. Available online at <http://www.epa.gov/otaq/consumer/05-autos.pdf>.

EPA (1994b) *Milestones in Auto Emissions Control*. Office of Mobile Sources. August 1994. EPA 400-F-92-014. Available online at <http://www.epa.gov/otaq/consumer/12-miles.pdf>.

EPA (1993) *Automobiles and Carbon Monoxide*. Office of Mobile Sources. January 1993. EPA 400-F-92-005. Available online at <http://www.epa.gov/otaq/consumer/03-co.pdf>.

Esser, C. (2003 through 2004) Personal Communication with Charles Esser, Residual and Distillate Fuel Oil Consumption for Vessel Bunkering (Both International and Domestic) for American Samoa, U.S. Pacific Islands, and Wake Island.

FAA (2013) Personal Communication between FAA and Leif Hockstad for aviation emissions estimates from the Aviation Environmental Design Tool (AEDT). February 2012.

FHWA (1996 through 2013) *Highway Statistics.* Federal Highway Administration, U.S. Department of Transportation, Washington, DC. Report FHWA-PL-96-023-annual. Available online at <http://www.fhwa.dot.gov/policyinformation/statistics.cfm>.

Gaffney, J. (2007) Email Communication. John Gaffney, American Public Transportation Association and Joe Aamidor, ICF International. December 17, 2007.

ICF (2006a) *Revisions to Alternative Fuel Vehicle (AFV) Emission Factors for the U.S. Greenhouse Gas Inventory.* Memorandum from ICF International to John Davies, Office of Transportation and Air Quality, U.S. Environmental Protection Agency. November 2006.

ICF (2006b) *Revised Gasoline Vehicle EFs for LEV and Tier 2 Emission Levels.* Memorandum from ICF International to John Davies, Office of Transportation and Air Quality, U.S. Environmental Protection Agency. November 2006.

ICF (2004) *Update of Methane and Nitrous Oxide Emission Factors for On-Highway Vehicles.* Final Report to U.S. Environmental Protection Agency. February 2004.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories.* Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency, Paris, France.

Lipman, T. and M. Delucchi (2002) "Emissions of Nitrous Oxide and Methane from Conventional and Alternative Fuel Motor Vehicles." *Climate Change,* 53:477-516.

Aircraft emissions of methane and nitrous oxide during the alternative aviation fuel experiment. Santoni, G., B. Lee, E. Wood, S. Herndon, R. Miake-Lye, S Wofsy, J. McManus, D. Nelson, M. Zahniser. Environ Sci Technol. 2011 Aug 15; 45(16):7075-82.

Unnasch, S., L. Browning, and E. Kassoy (2001) *Refinement of Selected Fuel-Cycle Emissions Analyses, Final Report to ARB.*

U.S. Census Bureau (2000) *Vehicle Inventory and Use Survey.* U.S. Census Bureau, Washington, DC. Database CD-EC97-VIUS.

Whorton, D. (2006 through 2012) Personal communication, Class II and III Rail energy consumption, American Short Line and Regional Railroad Association.

# Carbon Emitted from Non-Energy Uses of Fossil Fuels

ACC (2012) "*Guide to the Business of Chemistry, 2012,*" American Chemistry Council.

ACC (2003-2011) "PIPS Year-End Resin Statistics for 2010: Production, Sales and Captive Use." Available online at <http://www.americanchemistry.com/Jobs/EconomicStatistics/Plastics-Statistics/Production-and-Sales-Data-by-Resin.pdf>.

Bank of Canada (2012) Financial Markets Department Year Average of Exchange Rates. Available online at < http://www.bankofcanada.ca/stats/assets/pdf/nraa-2011.pdf>

EIA (2013) Supplemental Tables on Petroleum Product detail. *Monthly Energy Review, October 2012,* Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0035(2013/2).

EIA (2010) *EIA Manufacturing Consumption of Energy (MECS) 2006,* U.S. Department of Energy, Energy Information Administration, Washington, DC.

EIA (2005) *EIA Manufacturing Consumption of Energy (MECS) 2002,* U.S. Department of Energy, Energy Information Administration, Washington, DC.

EIA (2001) *EIA Manufacturing Consumption of Energy (MECS) 1998,* U.S. Department of Energy, Energy Information Administration, Washington, DC.

EIA (1997) *EIA Manufacturing Consumption of Energy (MECS) 1994,* U.S. Department of Energy, Energy Information Administration, Washington, DC.

EIA (1994) *EIA Manufacturing Consumption of Energy (MECS) 1991,* U.S. Department of Energy, Energy Information Administration, Washington, DC.

EPA (2011) EPA's Pesticides Industry Sales and Usage, 2006 and 2007 Market Estimates. Available online at <http://www.epa.gov/oppbead1/pestsales/. Accessed January 2012>.

EPA (2010) "1970 - 2009 Average annual emissions, all criteria pollutants in MS Excel." National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data. Office of Air Quality Planning and Standards. Available online at <http://www.epa.gov/ttn/chief/trends/index.html>.

EPA (2009) Biennial Reporting System (BRS) Database.  U.S. Environmental Protection Agency, Envirofacts Warehouse. Washington, DC.  Available online at <http://www.epa.gov/enviro/html/brs/>. Data for 2001-2007 are current as of Sept. 9, 2009.

EPA (2007b) *Municipal Solid Waste in the United States: Facts and Figures for 2006*. Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency, Washington, DC. Available online at <http://www.epa.gov/epaoswer/non-hw/muncpl/msw99.htm>.

EPA (2006a) *Air Emissions Trends - Continued Progress Through 2005*. U.S. Environmental Protection Agency, Washington DC. December 19, 2006. Available online at <http://www.epa.gov/air/airtrends/index.html>.

EPA (2004) EPA's Pesticides Industry Sales and Usage, 2000 and 2001 Market Estimates. Available online at <http://www.epa.gov/oppbead1/pestsales/. Accessed September 2006>.

EPA (2002) EPA's Pesticides Industry Sales and Usage, 1998 and 1999 Market Estimates, table 3.6.  Available online at <http://www.epa.gov/oppbead1/pestsales/99pestsales/market_estimates1999.pdf>. Accessed July 2003.

EPA (2001) AP 42, Volume I, Fifth Edition. Chapter 11: Mineral Products Industry. Available online at <http://www.epa.gov/ttn/chief/ap42/ch11/index.html>.

EPA (2000a) *Biennial Reporting System (BRS)*.  U.S. Environmental Protection Agency, Envirofacts Warehouse. Washington, DC.  Available online at <http://www.epa.gov/enviro/html/brs/>.

EPA (2000b) *Toxics Release Inventory, 1998*.  U.S. Environmental Protection Agency, Office of Environmental Information, Office of Information Analysis and Access, Washington, DC.  Available online at <http://www.epa.gov/triexplorer/chemical.htm>.

EPA (1999) EPA's Pesticides Industry Sales and Usage, 1996-1997 Market Estimates. Available online at <http://www.epa.gov/oppbead1/pestsales/97pestsales/market_estimates1997.pdf>.

EPA (1998) EPA's Pesticides Industry Sales and Usage, 1994-1995 Market Estimates. Available online at <http://www.epa.gov/oppbead1/pestsales/95pestsales/market_estimates1995.pdf>.

EPA (2013).  *Resource Conservation and Recovery Act (RCRA)Info*, Biennial Report, GM Form (Section 2- Onsite Management) and WR Form.

FEB (2012) *Fiber Economics Bureau, as cited in C&EN (2012) Too Quiet After the Storm: After a rebound in 2010,chemical production hardly grew in 2011.* Chemical &Engineering News, American Chemcical Society, 2 July.  Available online at http://www.cen-online.org

FEB (2011) *Fiber Economics Bureau, as cited in C&EN (2011) Output Ramps up in all Regions*. Chemical Engineering News, American Chemical Society, 4 July. Available online at <http://www.cen-online.org>.

FEB (2010) *Fiber Economics Bureau, as cited in C&EN (2010) Output Declines in U.S., Europe*. Chemical & Engineering News, American Chemical Society, 6 July. Available online at <http://www.cen-online.org>.

FEB (2009) *Fiber Economics Bureau, as cited in C&EN (2009) Chemical Output Slipped In Most Regions* Chemical & Engineering News, American Chemical Society, 6 July.  Available online at <http://www.cen-online.org>.

FEB (2007) *Fiber Economics Bureau, as cited in C&EN (2007) Gains in Chemical Output Continue*. Chemical & Engineering News, American Chemical Society. July 2, 2007. Available online at <http://www.cen-online.org>.

FEB (2005) *Fiber Economics Bureau, as cited in C&EN (2005) Production: Growth in Most Regions* Chemical & Engineering News, American Chemical Society, 11 July.  Available online at <http://www.cen-online.org>.

FEB (2003) *Fiber Economics Bureau, as cited in C&EN (2003) Production Inches Up in Most Countries,* Chemical & Engineering News, American Chemical Society, 7 July.  Available online at <http://www.cen-online.org>.

FEB (2001) *Fiber Economics Bureau, as cited in ACS (2001) Production: slow gains in output of chemicals and products lagged behind U.S. economy as a whole* Chemical & Engineering News, American Chemical Society, 25 June. Available online at <http://pubs.acs.org/cen>.

Financial Planning Association (2006) Canada/US Cross-Border Tools: US/Canada Exchange Rates. Available online at <http://www.fpanet.org/global/planners/US_Canada_ex_rates.cfm>.  Accessed August 16, 2006.

Gosselin, Smith, and Hodge (1984) "Clinical Toxicology of Commercial Products." Fifth Edition, Williams & Wilkins, Baltimore.

Huurman, J.W.F. (2006) R*ecalculation of Dutch Stationary Greenhouse Gas Emissions Based on Sectoral Energy Statistics 1990-2002.* Statistics Netherlands, Voorburg, The Netherlands.

IISRP (2003) "*IISRP Forecasts Moderate Growth in North America to 2007*" International Institute of Synthetic Rubber Producers, Inc. New Release. Available online at <http://www.iisrp.com/press-releases/2003-Press-Releases/IISRP-NA-Forecast-03-07.html>.

IISRP (2000) "Synthetic Rubber Use Growth to Continue Through 2004, Says IISRP and RMA" International Institute of Synthetic Rubber Producers press release.

INEGI (2006) Producción bruta total de las unidades económicas manufactureras por Subsector, Rama, Subrama y Clase de actividad. Available online at <http://www.inegi.gob.mx/est/contenidos/espanol/proyectos/censos/ce2004/tb_manufacturas.asp>. Accessed August 15.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe, eds.; Institute for Global Environmental Strategies (IGES).  Hayama, Kanagawa, Japan.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories.* Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency. Paris, France.

Marland, G., and R.M. Rotty (1984) "Carbon dioxide emissions from fossil fuels: A procedure for estimation and results for 1950-1982", Tellus 36b:232-261.

NPRA (2002) North American Wax - A Report Card. Available online at <http://www.npra.org/members/publications/papers/lubes/LW-02-126.pdf>.

RMA (2009a) *Scrap Tire Markets in the United States: 9th Biennial Report.* Rubber Manufacturers Association, Washington, DC. May 2009.

RMA (2009b) "Scrap Tire Markets: Facts and Figures – Scrap Tire Characteristics." Available online at: http://www.rma.org/scrap_tires/scrap_tire_markets/scrap_tire_characteristics/ Accessed 17 September 2009.Schneider, S. (2007) E-mail between Shelly Schneider of Franklin Associates (a division of ERG) and Sarah Shapiro of ICF International, January 10, 2007.

U.S. Bureau of the Census (2009) *Soap and Other Detergent Manufacturing: 2007.* Available online at <http://smpbff1.dsd.census.gov/TheDataWeb_HotReport/servlet/HotReportEngineServlet?emailname=vh@boc&filename=mfg1.hrml&20071204152004.Var.NAICS2002=325611&forward=20071204152004.Var.NAICS2002 >.

U.S. Bureau of the Census (2004) *Soap and Other Detergent Manufacturing: 2002,* Issued December 2004, EC02-31I-325611 (RV). Available online at <http://www.census.gov/prod/ec02/ec0231i325611.pdf>.

U.S. Bureau of the Census (1999) *Soap and Other Detergent Manufacturing: 1997,* Available online at <http://www.census.gov/epcd/www/ec97stat.htm>.

U.S. International Trade Commission (1990-2012) "Interactive Tariff and Trade DataWeb: Quick Query." Available online at <http://dataweb.usitc.gov/>. Accessed October 2012.

## Incineration of Waste

ArSova, Ljupka, Rob van Haaren, Nora Goldstein, Scott M. Kaufman, and Nickolas J. Themelis (2008) "16th Annual BioCycle Nationwide Survey: The State of Garbage in America" Biocycle, JG Press, Emmaus, PA. December.

Bahor, B (2009) Covanta Energy's public review comments re: *Draft Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990-2007.* Submitted via email on April 9, 2009 to Leif Hockstad, U.S. EPA.

De Soete, G.G. (1993) "Nitrous Oxide from Combustion and Industry: Chemistry, Emissions and Control." In A. R. Van Amstel, (ed) Proc. of the International Workshop Methane and Nitrous Oxide: Methods in National Emission Inventories and Options for Control, Amersfoort, NL. February 3-5, 1993.

Energy Recovery Council (2009) "2007 Directory of Waste-to-Energy Plants in the United States." Accessed September 29, 2009.

EPA (2011a) Municipal Solid Waste Generation, Recycling, and Disposal in the United States: Tables and Figures for 2010. Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency. Washington, DC. Available online at <http://www.epa.gov/epaoswer/non-hw/muncpl/msw99.htm>.

EPA (2007, 2008, 2011b) Municipal Solid Waste in the United States: Facts and Figures. Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency. Washington, DC. Available online at <http://www.epa.gov/epaoswer/non-hw/muncpl/msw99.htm>.

EPA (2006) Solid Waste Management and Greenhouse Gases: A Life-Cycle Assessment of Emissions and Sinks. Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency. Washington, DC.

EPA (2000) Characterization of Municipal Solid Waste in the United States: Source Data on the 1999 Update. Office of Solid Waste, U.S. Environmental Protection Agency. Washington, DC. EPA530-F-00-024.

Goldstein, N. and C. Madtes (2001) "13th Annual BioCycle Nationwide Survey: The State of Garbage in America." BioCycles, JG Press, Emmaus, PA. December 2001.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Kaufman, et al. (2004) "14th Annual BioCycle Nationwide Survey: The State of Garbage in America 2004" Biocycle, JG Press, Emmaus, PA. January, 2004.

RMA (2012a) "Scrap Tire Markets: Facts and Figures – Scrap Tire Characteristics." Available online at <http://www.rma.org/scrap_tires/scrap_tire_markets/scrap_tire_characteristics/>. Accessed 18 January 2012.

RMA (2012b) "Rubber FAQs." Rubber Manufacturers Association. Available online at <http://www.rma.org/about_rma/rubber_faqs/ Accessed 18 January 2012>.

RMA (2011) "U.S. Scrap Tire Management Summary 2005-2009." Rubber Manufacturers Association. October 2011. Available online at: <http://www.rma.org/scrap_tires/scrap_tire_markets/2009_summary.pdf>.

Schneider, S. (2007) E-mail between Shelly Schneider of Franklin Associates (a division of ERG) and Sarah Shapiro of ICF International, January 10, 2007.

Simmons, et al. (2006) "15th Nationwide Survey of Municipal Solid Waste Management in the United States: The State of Garbage in America" BioCycle, JG Press, Emmaus, PA. April 2006.

van Haaren, Rob, Thermelis, N., and Goldstein, N. (2010) "The State of Garbage in America." BioCycle, October 2010. Volume 51, Number 10, pg. 16-23.

# Coal Mining

AAPG (1984) *Coalbed Methane Resources of the United States.* AAPG Studies in Geology Series #17.

DOE (1983) *Methane Recovery from Coalbeds: A Potential Energy Source*. U.S. Department of Energy. DOE/METC/83-76.

EIA (2012) *Annual Coal Report 1991-2011 (*Formerly called *Coal Industry Annual).* Table 1. Energy Information Administration, U.S. Department of Energy, Washington, DC.

EPA (1996) *Evaluation and Analysis of Gas Content and Coal Properties of Major Coal Bearing Regions of the United States.* U.S. Environmental Protection Agency. EPA/600/R-96-065.

GRI (1988) *A Geologic Assessment of Natural Gas from Coal Seams.* Topical Reports, Gas Research Institute 1986-88.

Mutmansky, Jan M. and Yanbei Wang (2000) "Analysis of Potential Errors in Determination of Coal Mine Annual Methane Emissions." *Mineral Resources Engineering,* 9(4). December 2000.

USBM (1986) *Results of the Direct Method Determination of the Gas Contents of U.S. Coal Basins.* Circular 9067, U.S. Bureau of Mines.

# Abandoned Underground Coal Mines

EPA (2003) *Methane Emissions Estimates & Methodology for Abandoned Coal Mines in the U.S.* Draft Final Report. Washington, DC. June 2003.

Mutmansky, Jan M., and Yanbei Wang (2000) *Analysis of Potential Errors in Determination of Coal Mine Annual Methane Emissions.* Department of Energy and Geo-Environmental Engineering, Pennsylvania State University. University Park, PA.

U.S. Department of Labor, Mine Health & Safety Administration (2011) *Data Retrieval System.* Available online at <http://www.msha.gov/drs/drshome.htm>.

# Natural Gas Systems

AGA (1991 through 1998) Gas Facts. American Gas Association. Washington, DC.

Alabama (2011) Alabama State Oil and Gas Board. Available online at <http://www.ogb.state.al.us>.

API (2005) "Table 12—Section III—Producing Oil Wells in the United States by State." In *Basic Petroleum Data Book. American Petroleum Institute, Volume XXV, Number 1. February 2005.

API/ANGA (2012) *Characterizing Pivotal Sources of Methane Emissions from Natural Gas Production – Summary and Analysis of API and ANGA Survey Responses.* Final Report. American Petroleum Institute and America's Natural Gas Alliance. September 21.

BOEMRE (2011a) Gulf of Mexico Region Offshore Information. Bureau of Ocean Energy Management, Regulation and Enforcement, U.S. Department of Interior. Available online at <http://www.gomr.mms.gov/homepg/offshore/fldresv/resvmenu.html>.

BOEMRE (2011b) Gulf of Mexico Region. Bureau of Ocean Energy Management, Regulation and Enforcement, U.S. Department of Interior. Available online at <http://www.gomr.boemre.gov/homepg/freeasci/platform/freeplat.html >.

BOEMRE (2011c) OCS Platform Activity. Bureau of Ocean Energy Management, Regulation and Enforcement, U.S. Department of Interior.  Available online at < http://www.boemre.gov/stats/PDFs/OCSPlatformActivity.pdf >.

BOEMRE (2011d) Pacific OCS Region. Bureau of Ocean Energy Management, Regulation and Enforcement, U.S. Department of Interior.  Available online at <http://www.gomr.mms.gov/homepg/pubinfo/pacificfreeasci/platform/pacificfreeplat.html html >.

BOEMRE (2004) *Gulfwide Emission Inventory Study for the Regional Haze and Ozone Modeling Effort.* OCS Study MMS 2004-072.

DrillingInfo (2012) DI Desktop® August 2012 Download. DrillingInfo, Inc.

EIA (2012a) Formation crosswalk. Energy Information Administration, U.S. Department of Energy, Washington, DC. Provided July 7.

EIA (2012b) Number of Producing Gas Wells, 1989-2011, Natural Gas Navigator. Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://www.eia.gov/dnav/ng/ng_prod_wells_s1_a.htm>.

EIA (2011a) Lease Condensate Production, 1989-2009, Natural Gas Navigator. Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://www.eia.gov/dnav/ng/ng_prod_lc_s1_a.htm >.

EIA (2011b) "Table 1—Summary of Natural Gas Supply and Disposition in the United States 2006-2011." Natural Gas Monthly, Energy Information Administration, U.S. Department of Energy, Washington, DC.  Available online at <http://www.eia.doe.gov>.

EIA (2011c) "Table 2—Natural Gas Consumption in the United States 2006-2011."  Natural Gas Monthly, Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://www.eia.doe.gov>.

EIA (2011d) "Table 5— Marketed Production of Natural Gas in Selected States and the Federal Gulf of Mexico, 2006-2011." Natural Gas Monthly, Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://www.eia.doe.gov>.

EIA (2011e) Table 5.2. Monthly Energy Review. Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://www.eia.doe.gov>.

EIA (2011f) Table 6.2. Annual Energy Review. Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://www.eia.doe.gov>.

EIA (2011g) Table A4. Annual Energy Review. Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://www.eia.doe.gov>.

EIA (2011h) U.S. Imports by Country. Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://www.eia.doe.gov>.

EIA (2005) "Table 5—U.S. Crude Oil, Natural Gas, and Natural Gas Liquids Reserves, 1977-2003." Energy Information Administration, Department of Energy, Washington, DC.

EIA (2004) *US LNG Markets and Uses.* Energy Information Administration, U.S. Department of Energy, Washington, DC. June 2004.  Available online at <http://www.eia.doe.gov/pub/oil_gas/natural_gas/ feature_articles/2004/lng/lng2004.pdf>.

EIA (2001) "Documentation of the Oil and Gas Supply Module (OGSM)." Energy Information Administration, U.S. Department of Energy, Washington, DC. Available online at <http://tonto.eia.doe.gov/FTPROOT/modeldoc/m063(2001).pdf>.

EIA (1996) "Emissions of Greenhouse Gases in the United States" Carbon Dioxide Emissions. Energy Information Administration, U.S. Department of Energy, Washington, DC.

EPA (2012a) *Oil and Natural Gas Sector: Standards of Performance for Crude Oil and Natural Gas Production, Transmission, and Distribution. Background Supplemental Technical Support Document for the Final New Source Performance Standards.* Environmental Protection Agency. April 2012.

EPA (2012b) *Oil and Natural Gas Sector: New Source Performance Standards and National Emission Standards for Hazardous Air Pollutants Reviews.* Environmental Protection Agency, 40 CFR Parts 60 and 63, [EPA-HQ-OAR-2010-0505; FRL-9665-1], RIN 2060-AP76.

EPA (2011) Natural Gas STAR Reductions 1990-2010. Natural Gas STAR Program.

EPA (2007) *Reducing Methane Emissions During Completions Operations*. Natural Gas STAR Producer's Technology Transfer Workshop. September 11, 2007. Available online at <http://epa.gov/gasstar/documents/workshops/glenwood-2007/04_recs.pdf>.

EPA (2006a) *Installing Plunger Lift Systems in Gas Wells*. Lessons Learned from Natural Gas STAR Partners. October 2006. Available online on <http://epa.gov/gasstar/documents/ll_plungerlift.pdf>.

EPA (2006b) *Replacing Wet Seals with Dry Seals in Centrifugal Compressors*. Lessons Learned from Natural Gas STAR Partners. October 2006. Available online at <http://epa.gov/gasstar/documents/ll_wetseals.pdf>.

EPA (2004) *Green Completions* Natural Gas STAR Producer's Technology Transfer Workshop. September 21, 2004. Available online at <http://epa.gov/gasstar/workshops/techtransfer/2004/houston-02.html>.

EPA (1999) *Estimates of Methane Emissions from the U.S. Oil Industry (Draft Report)*. Prepared by ICF-Kaiser, Office of Air and Radiation, U.S. Environmental Protection Agency. October 1999.

EPA/GRI (1996) *Methane Emissions from the Natural Gas Industry*. Prepared by Harrison, M., T. Shires, J. Wessels, and R. Cowgill, eds., Radian International LLC for National Risk Management Research Laboratory, Air Pollution Prevention and Control Division, Research Triangle Park, NC. EPA-600/R-96-080a.

FERC (2010) *North American LNG Terminals* . Federal Energy Regulatory Commission, Washington, DC. Available online at <http://www.ferc.gov/industries/lng/indus-act/terminals/lng-existing.pdf>.

GTI (2001) Gas Resource Database: Unconventional Natural Gas and Gas Composition Databases. Second Edition. GRI-01/0136.

HPDI (2012) Well count and completions extract from database, August 2012 download.

HPDI (2010) Production and Permit Data, October 2010.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, H.S. Eggleston, L. Buenida, K. Miwa, T Ngara, and K. Tanabe, eds.; Institute for Global Environmental Strategies (IGES). Hayama, Kanagawa, Japan.

Kentucky (2012) Kentucky Department for Natural Resources. Available online at <http://oilandgas.ky.gov/Pages/ProdnctionReports.aspx >.

Lippman (2003) Rocky Mountain Region Second Quarter 2003 Production Report. Lippman Consulting, Inc.

OGJ (1997-2011) "Worldwide Gas Processing." *Oil & Gas Journal,* PennWell Corporation, Tulsa, OK. Available online at <http:// http://www.ogj.com/>.

Petron, Gabrielle (2012) Hydrocarbon Emissions Characterization in the Colorado Front Range: A Pilot Study, *Journal of Geophysical Research* doi:10.1029/2011JD016360.

PHMSA (2010) Transmission Annuals Data. Pipeline and Hazardous Materials Safety Administration, U.S. Department of Transportation, Washington, DC. Available online at < http://phmsa.dot.gov/pipeline/library/data-stats >.

PHMSA (2011) Gas Distribution Annual Data. Pipeline and Hazardous Materials Safety Administration, U.S. Department of Transportation, Washington, DC. Available online at < http://phmsa.dot.gov/pipeline/library/data-stats >.

TERC (2009) *VOC Emissions from Oil and Condensate Storage Tanks*. Hendler, Albert, URS Corporation; Nunn, Jim, COMM Engineering; Lundeen, Joe, Trimeric Corporation. Revised April 2, 2009. Available online at: <http://files.harc.edu/Projects/AirQuality/Projects/H051C/H051CFinalReport.pdf>.

WGC (2009) "Methane's Role in Promoting Sustainable Development in the Oil and Natural Gas Industry." October 2009.

Wyoming (2010) Wyoming Oil and Gas Conservation Commission. Available online at <http://wogcc.state.wy.us/coalbedchart.cfm>.

# Petroleum Systems

API (2009) Compendium of Greenhouse gas Emissions Methodologies for the Oil and Gas Industry. American Petroleum Institute. Austin, TX, August 2009.

BOEM (2012a) *OCS Platform Activity.* Bureau of Ocean Energy Management, U.S. Department of Interior. Available online at <http://www.boem.gov/uploadedFiles/BOEM/Newsroom/Offshore_Stats_and_Facts/Gulf_of_Mexico_Region/OCSPlatformActivity.pdf>.

BOEM (2012b) *Platform Information and Data.* Bureau of Ocean Energy Management, U.S. Department of Interior. Available online at <https://www.data.boem.gov/homepg/data_center/platform/platform.asp>.

BOEM (2012c) *Pacific OCS Region.* Bureau of Ocean Energy Management, U.S. Department of Interior. Available online at <http://www.data.boem.gov/homepg/data_center/platform/PacificFreePlat.asp>.

BOEM (2005) *Field and Reserve Information.* Bureau of Ocean Energy Management, U.S. Department of Interior. Available online at < http://www.boem.gov/BOEM-Newsroom/Offshore-Stats-and-Facts/Gulf-of-Mexico-Region/GOMR-Field-and-Reserve-Information.aspx >.

BOEMRE (2004) *Gulfwide Emission Inventory Study for the Regional Haze and Ozone Modeling Effort.* Bureau of Ocean Energy Management, Regulation, and Enforcement (formerly Minerals Management Service), U.S. Department of Interior. OCS Study MMS 2004-072. Available online at <http://www.data.boem.gov/PI/PDFImages/ESPIS/2/3010.pdf>

EIA (1990 through 2011) *Refinery Capacity Report.* Energy Information Administration, U.S. Department of Energy. Washington, DC. Available online at < http://www.eia.gov/petroleum/refinerycapacity/ >.

EIA (1995 through 2011a) *Annual Energy Review*. Energy Information Administration, U.S. Department of Energy. Washington, DC. Available online at < http://www.eia.gov/totalenergy/data/annual/index.cfm >.

EIA (1995 through 2011b) *Monthly Energy Review*. Energy Information Administration, U.S. Department of Energy. Washington, DC. Available online at < http://www.eia.gov/totalenergy/data/monthly/index.cfm >.

EIA (1995 through 2011c) *Petroleum Supply Annual. Volume 1.* U.S Department of Energy Washington, DC. Available online at: < http://www.eia.gov/petroleum/supply/annual/volume1/>.

EPA (2005) *Incorporating the Mineral Management Service Gulfwide Offshore Activities Data System (GOADS) 2000 data into the methane emissions inventories.* Prepared by ICF International. U.S. Environmental Protection Agency. 2005.

EPA (1999) *Estimates of Methane Emissions from the U.S. Oil Industry (Draft Report).* Prepared by ICF International. Office of Air and Radiation, U.S. Environmental Protection Agency. October 1999.

EPA (1999a) *Methane Emissions from the U.S. Petroleum Industry.* Prepared by Radian International. U.S. Environmental Protection Agency. February 1999.

EPA (1995) *Compilation of Air Pollutant Emission Factors AP-42, Fifth Edition, Volume I: Stationary Point and Area Sources.* U.S. Environmental Protection Agency. Available online at <http://www.epa.gov/ttn/chief/ap42/index.html>.

EPA/GRI (1996a) *Methane Emissions from the Natural Gas Industry, V7: Blow and Purge Activities.* Prepared by Radian. U.S. Environmental Protection Agency. April 1996.

EPA/GRI (1996b) *Methane Emissions from the Natural Gas Industry, V11: Compressor Driver Exhaust.* Prepared by Radian. U.S. Environmental Protection Agency. April 1996.

EPA/GRI (1996c) *Methane Emissions from the Natural Gas Industry, V12: Pneumatic Devices.* Prepared by Radian. U.S. Environmental Protection Agency. April 1996.

EPA/GRI (1996d) *Methane Emissions from the Natural Gas Industry, V13: Chemical Injection Pumps.* Prepared by Radian. U.S. Environmental Protection Agency. April 1996.

HPDI (2011) Production and Permit Data, October 2009.

IOGCC (2011) *Marginal Wells: fuel for economic growth 2010 Report*. Interstate Oil & Gas Compact Commission. Available online at <http://iogcc.myshopify.com/collections/frontpage/products/2010-marginal-well-report>.

OGJ (2012a) *Oil and Gas Journal 1990-2011*. Pipeline Economics Issue, September 2012.

OGJ (2012b) *Oil and Gas Journal 1990-2011*. Worldwide Refining Issue, January 2012.

Rayman, Ron (1997). Personal communication. Dresser Texsteam, Houston, Texas (manufacturer of chemical injection pumps).

TERC (2009) *VOC Emissions from Oil and Condensate Storage Tanks*. Hendler, Albert, URS Corporation; Nunn, Jim, COMM Engineering; Lundeen, Joe, Trimeric Corporation. Revised April 2, 2009. Available online at: <http://files.harc.edu/Projects/AirQuality/Projects/H051C/H051CFinalReport.pdf>.

United States Army Corps of Engineers (1995-2010) *Waterborne Commerce of the United States, Part 5: National Summaries*. U.S. Army Corps of Engineers. Washington, DC.

# Energy Sources of Indirect Greenhouse Gases

EPA (2010) "2009 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards.

EPA (2009) "1970 - 2008 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards. Available online at <http://www.epa.gov/ttn/chief/trends/index.html>.

EPA (2003) E-mail correspondence containing preliminary ambient air pollutant data. Office of Air Pollution and the Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency. December 22, 2003.

EPA (1997) *Compilation of Air Pollutant Emission Factors, AP-42*. Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency. Research Triangle Park, NC. October 1997.

# International Bunker Fuels

Anderson, B.E., et al., *Alternative Aviation Fuel Experiment (AAFEX)*, NASA Technical Memorandum, in press, 2011.

ASTM (1989) *Military Specification for Turbine Fuels, Aviation, Kerosene Types*, NATO F-34 (JP-8) and NATO F-35. February 10, 1989. Available online at <http://test.wbdg.org/ccb/FEDMIL/t_83133d.pdf>.

Chevron (2000) *Aviation Fuels Technical Review (FTR-3)*. Chevron Products Company, Chapter 2. Available online at <http://www.chevron.com/products/prodserv/fuels/bulletin/aviationfuel/2_at_fuel_perf.shtm>.

DESC (2012) Unpublished data from the Defense Fuels Automated Management System (DFAMS). Defense Energy Support Center, Defense Logistics Agency, U.S. Department of Defense. Washington, DC.

DHS (2008) Personal Communication with Elissa Kay, Residual and Distillate Fuel Oil Consumption (International Bunker Fuels). Department of Homeland Security, Bunker Report. January 11, 2008.

DOC (2011) Unpublished Report of Bunker Fuel Oil Laden on Vessels Cleared for Foreign Countries. Form-563. Foreign Trade Division, Bureau of the Census, U.S. Department of Commerce. Washington, DC.

DOT (1991 through 2012) Fuel Cost and Consumption. Federal Aviation Administration, Bureau of Transportation Statistics, U.S. Department of Transportation. Washington, DC. DAI-10.

EIA (2013) Supplemental Tables on Petroleum Product detail. *Monthly Energy Review, February 2013,* Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0035(2013/02).

EIA (2012) *Annual Energy Review 2011*. Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0384(2012). October 9, 2012.

FAA (2013) Personal Communication between FAA and Leif Hockstad for aviation emissions estimates from the Aviation Environmental Design Tool (AEDT). January 2013.

FAA (2006) *System for assessing Aviation's Global Emission (SAGE) Model*. Federal Aviation Administration's Office of Aviation Policy, Planning, and Transportation Topics, 2006.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories*. Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency.  Paris, France.

USAF (1998) *Fuel Logistics Planning*. U.S. Air Force pamphlet AFPAM23-221, May 1, 1998.

## Wood Biomass and Ethanol Consumption

EIA (2012) *Annual Energy Review 2012*. Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0384(2011). October 9, 2012.

EPA (2012) Acid Rain Program Dataset 1996-2011.  Office of Air and Radiation, Office of Atmospheric Programs, U.S. Environmental Protection Agency, Washington, D.C.

EPA (2010) Carbon Content Coefficients Developed for EPA's Mandatory Reporting Rule. Office of Air and Radiation, Office of Atmospheric Programs, U.S. Environmental Protection Agency, Washington, D.C.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories*. Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency.  Paris, France.

# Industrial Processes

## Cement Production

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

U.S. Bureau of Mines (1990 through 1993) *Minerals Yearbook: Cement Annual Report*. U.S. Department of the Interior, Washington, DC.

USGS (1995 through 2011) *Mineral Commodity Summaries - Cement*. U.S. Geological Survey, Reston, VA.

USGS (2012).*Cement Mineral Industry Survey for December 2011*. U.S. Geological Survey, Reston, VA.

Van Oss (2012) Personal communication.Hendrik van Oss, Commodity Specialist of the U.S. Geological Survey and Daisy Wang, Eastern Research Group, Inc. October 10, 2012.

## Lime Production

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2000) *Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories*. , National Greenhouse Gas Inventories Programme, Intergovernmental Panel on Climate Change. Montreal. May 2000. IPCC-XVI/Doc. 10 (1.IV.2000).

Lutter (2009 through 2012) Personal communication. Karen Lutter, California Air Resources Board and Daisy Wang, ERG. October 18, 2012; October 24, 2012.

Males, E. (2003) Memorandum from Eric Males, National Lime Association to Mr. William N. Irving & Mr. Leif Hockstad, Environmental Protection Agency. March 6, 2003.

Miller (2012) Personal communication, Michael Miller, U.S. Geological Survey and Daisy Wang, Eastern Research Group, Inc. November 5, 2012.

Miner, R. and B. Upton (2002) Methods for estimating greenhouse gas emissions from lime kilns at kraft pulp mills. Energy. Vol. 27 (2002), p. 729-738.

Prillaman (2008 through 2012) Personal communication. Hunter Prillaman, National Lime Association and Daisy Wang, Eastern Research Group, Inc. October 24, 2012.

USGS (1992 through 2012) *Minerals Yearbook: Lime*. U.S. Geological Survey, Reston, VA.

## Other Process Uses of Carbonates

U.S. Bureau of Mines (1991 & 1993a) *Minerals Yearbook: Crushed Stone Annual Report*. U.S. Department of the Interior. Washington, DC.

U.S. Bureau of Mines (1990 through 1993b) *Minerals Yearbook: Magnesium and Magnesium Compounds Annual Report*. U.S. Department of the Interior. Washington, DC.

USGS (1995 through 2012a) *Minerals Yearbook: Crushed Stone Annual Report*. U.S. Geological Survey, Reston, VA.

USGS (1995 through 2012b) *Minerals Yearbook: Magnesium Annual Report*. U.S. Geological Survey, Reston, VA.

## Soda Ash Production and Consumption

IPCC (2006) *2006 IPCC Guidelnes for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

USGS (1994 through 2012) *Minerals Yearbook: Soda Ash Annual Report*. U.S. Geological Survey, Reston, VA.

USGS (2012) Mineral Industry Survey: Soda Ash in July 2012. U.S. Geological Survey, Reston, VA.

Kostick, D. S. (2012) Personal communication. Dennis S. Kostick of U.S. Department of the Interior - U.S. Geological Survey, Soda Ash Commodity Specialist with Gopi Manne and Bryan Lange of Eastern Research Group, Inc. October 2012.

## Glass Production

OIT (2002) *Glass Industry of the Future: Energy and Environmental Profile of the U.S. Glass Industry*. Office of Industrial Technologies, U.S. Department of Energy. Washington, DC.

U.S. Bureau of Mines (1991 & 1993a) *Minerals Yearbook: Crushed Stone Annual Report*. U.S. Department of the Interior. Washington, DC.

U.S. EPA (2009) *Technical Support Document for the Glass Manufacturing Sector: Proposed Rule for Mandatory Reporting of Greenhouse Gases*. U.S. Environmental Protection Agency, Washington, DC.

USGS (1995 through 2011a) *Minerals Yearbook: Crushed Stone Annual Report*. U.S. Geological Survey, Reston, VA.

USGS (1995 through 2011b) *Minerals Yearbook: Soda Ash Annual Report*. U.S. Geological Survey, Reston, VA.

USGS (2012) *Mineral Industry Survey: Soda Ash July 2012*. U.S. Geological Survey, Reston, VA.

# Ammonia Production and Urea Consumption

American Chemistry Council (2012) *Business of Chemistry (Annual Data) - Chemicals and Plastic Resins Production*.

Bark (2004) *CoffeyvilleNitrogen Plant* Available online at < http://www.gasification.org/uploads/downloads/Conferences/2003/07BARK.pdf >. December 15, 2004.

Coffeyville Resources Nitrogen Fertilizers (2012)  Nitrogen Fertilizer Operations.  Available online at <http://coffeyvillegroup.com/NitrogenFertilizerOperations/index.html>.

Coffeyville Resources Nitrogen Fertilizers (2011)  Nitrogen Fertilizer Operations.  Available online at <http://coffeyvillegroup.com/NitrogenFertilizerOperations/index.html>.

Coffeyville Resources Nitrogen Fertilizers (2010)  Nitrogen Fertilizer Operations.  Available online at <http://coffeyvillegroup.com/NitrogenFertilizerOperations/index.html>.

Coffeyville Resources Nitrogen Fertilizers (2009)  Nitrogen Fertilizer Operations.  Available online at <http://coffeyvillegroup.com/NitrogenFertilizerOperations/index.html>.

Coffeyville Resources Nitrogen Fertilizers, LLC (2005 through 2007a) Business Data. Available online at <http://www.coffeyvillegroup.com/businessSnapshot.asp>.

Coffeyville Resources Nitrogen Fertilizers (2007b)  Nitrogen Fertilizer Operations.  Available online at <http://coffeyvillegroup.com/nitrogenMain.aspx>.

EEA (2004) *Natural Gas Issues for the U.S. Industrial and Power Generation Sectors*.  Submitted to National Commission on Energy Policy.

EFMA (2000a) *Best Available Techniques for Pollution Prevention and Control in the European Fertilizer Industry*. Booklet No. 1 of 8: Production of Ammonium. Available online at <http://fertilizerseurope.com/site/index.php?id=390>

EFMA (2000b) *Best Available Techniques for Pollution Prevention and Control in the European Fertilizer Industry*. Booklet No. 5 of 8: Production of Urea and Urea Ammonium Nitrate. Available online at <http://fertilizerseurope.com/site/index.php?id=390>

EIA (2012) *Natural Gas Prices for the U.S. 2005-2011* Available online at <http://www.eia.gov/dnav/ng/ng_pri_sum_dcu_nus_m.htm >.

U.S. Bureau of the Census (2011) *Current Industrial Reports Fertilizer Materials and Related Products: 2010 Summary*.  Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

U.S. Bureau of the Census (2010) *Current Industrial Reports Fertilizer Materials and Related Products: 2009 Summary*.  Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

U.S. Bureau of the Census (2009) *Current Industrial Reports Fertilizer Materials and Related Products: 2008 Summary*.  Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

U.S. Bureau of the Census (2008) *Current Industrial Reports Fertilizer Materials and Related Products: 2007 Summary*.  Available online at <http://www.census.gov/cir/www/325/mq325b/mq325b075.xls.>.

U.S. Census Bureau (2007) *Current Industrial Reports Fertilizer Materials and Related Products: 2006 Summary*. Available online at < http://www.census.gov/industry/1/mq325b065.pdf>.

U.S. Census Bureau (2006) *Current Industrial Reports Fertilizer Materials and Related Products: 2005 Summary*. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (2002, 2004, 2005) *Current Industrial Reports Fertilizer Materials and Related Products: Fourth Quarter Report Summary*. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (1998 through 2002b, 2003) *Current Industrial Reports Fertilizer Materials and Related Products: Annual Reports Summary*. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (2002a) *Current Industrial Reports Fertilizer Materials and Related Products: First Quarter 2002.* June 2002. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (2002c) *Current Industrial Reports Fertilizer Materials and Related Products: Third Quarter 2001.* January 2002. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (2001a) *Current Industrial Reports Fertilizer Materials and Related Products: Second Quarter 2001.* September 2001. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (1991 through 1994) *Current Industrial Reports Fertilizer Materials Annual Report.* Report No. MQ28B.  U.S. Census Bureau, Washington, DC.

USGS (1994 through 2009) Minerals Yearbook: Nitrogen.  Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/nitrogen/>.

## Urea Consumption for Non-Agricultural Purposes

American Chemistry Council (2012) *Business of Chemistry (Annual Data) - Chemicals and Plastic Resins Production.*

EFMA (2000) *Best Available Techniques for Pollution Prevention and Control in the European Fertilizer Industry.* Booklet No. 5 of 8: Production of Urea and Urea Ammonium Nitrate.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

TFI (2002) *U.S. Nitrogen Imports/Exports Table.* The Fertilizer Institute. Available online at <http://www.tfi.org/statistics/usnexim.asp>.  August 2002.

U.S. Bureau of the Census (2011) *Current Industrial Reports Fertilizer Materials and Related Products: 2010 Summary.*  Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

U.S. Bureau of the Census (2010) *Current Industrial Reports Fertilizer Materials and Related Products: 2009 Summary.*  Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

U.S. Bureau of the Census (2009) *Current Industrial Reports Fertilizer Materials and Related Products: 2008 Summary.*  Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

U.S. Bureau of the Census (2008) *Current Industrial Reports Fertilizer Materials and Related Products: 2007 Summary.*  Available online at <http://www.census.gov/cir/www/325/mq325b/mq325b075.xls.>.

U.S. Census Bureau (2007) *Current Industrial Reports Fertilizer Materials and Related Products: 2006 Summary.* Available online at < http://www.census.gov/industry/1/mq325b065.pdf>.

U.S. Census Bureau (2006) *Current Industrial Reports Fertilizer Materials and Related Products: 2005 Summary.* Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (2002, 2004, 2005) *Current Industrial Reports Fertilizer Materials and Related Products: Fourth Quarter Report Summary.* Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (1998 through 2002b, 2003) *Current Industrial Reports Fertilizer Materials and Related Products: Annual Reports Summary.* Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (2002a) *Current Industrial Reports Fertilizer Materials and Related Products: First Quarter 2002.* June 2002. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (2002c) *Current Industrial Reports Fertilizer Materials and Related Products: Third Quarter 2001.* January 2002. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Census Bureau (2001a) *Current Industrial Reports Fertilizer Materials and Related Products: Second Quarter 2001.* September 2001. Available online at <http://www.census.gov/cir/www/325/mq325b.html>.

U.S. Department of Agriculture (2012) Economic Research Service Data Sets, Data Sets, U.S. Fertilizer Imports/Exports: Standard Tables. Available online at < http://www.ers.usda.gov/data-products/fertilizer-importsexports/standard-tables.aspx >.

USGS (1994 through 2009) Minerals Yearbook: Nitrogen. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/nitrogen/>.

U.S. ITC (2002) *United States International Trade Commission Interactive Tariff and Trade DataWeb, Version 2.5.0.* Available online at <http://dataweb.usitc.gov/scripts/user_set.asp>. August 2002.

## Nitric Acid Production

Desai (2012) Personal communication. Mausami Desai, U.S. Environmental Protection Agency, January 25, 2012.

EPA (2010, 2013) *Draft Nitric Acid Database.* U.S. Environmental Protection Agency, Office of Air and Radiation. September, 2010.

EPA (1997) *Compilation of Air Pollutant Emission Factors, AP-42.* Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency. Research Triangle Park, NC. October 1997.

IFDC (2012) *North America Fertilizer Capacity.* September, 2012. Provided by The Fertilizer Institute (TFI) to Mausami Desai, EPA, December 10, 2012.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

US Census Bureau (2012) *Current Industrial Reports. Fertilizers and Related Chemicals – Second Quarter 2011.* "Table 1: Summary of Production of Principle Fertilizers and Related Chemicals: 2011 to 2009." September, 2011. MQ325B(11)-2. Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

US Census Bureau (2011) *Current Industrial Reports. Fertilizers and Related Chemicals: 2010.* "Table 1: Summary of Production of Principle Fertilizers and Related Chemicals: 2009 and 2010." June, 2011. MQ325B(10)-5. Available online at < http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

US Census Bureau (2010a) *Current Industrial Reports. Fertilizers and Related Chemicals: 2009.* "Table 1: Summary of Production of Principle Fertilizers and Related Chemicals: 2009 and 2008." June, 2010. MQ325B(08)-5. Available online at < http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

US Census Bureau (2010b) Personal communication between Hilda Ward (of U.S. Census Bureau) and Caroline Cochran (of ICF International). October 26, 2010 and November 5, 2010.

US Census Bureau (2009) *Current Industrial Reports. Fertilizers and Related Chemicals: 2008.* "Table 1: Shipments and Production of Principal Fertilizers and Related Chemicals: 2004 to 2008." June, 2009. MQ325B(08)-5. Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html>.

US Census Bureau (2008) *Current Industrial Reports. Fertilizers and Related Chemicals: 2007.* "Table 1: Shipments and Production of Principal Fertilizers and Related Chemicals: 2003 to 2007." June, 2008. MQ325B(07)-5. Available online at <http://www.census.gov/manufacturing/cir/historical_data/mq325b/index.html >.

US Census Bureau (2006) *Current Industrial Reports.*, "Table 995: Inorganic Chemicals and Fertilizers." August, 2006. Series MAQ325A Available online at <www.census.gov/compendia/statab/2007/tables/07s0995.xls>.

## Adipic Acid Production

ACC (2012) "Business of Chemistry (Annual Data).xls." American Chemistry Council Guide to the Business of Chemistry. August 2012.

C&EN (1995) "Production of Top 50 Chemicals Increased Substantially in 1994." *Chemical & Engineering News*, 73(15):17. April 10, 1995.

C&EN (1994) "Top 50 Chemicals Production Rose Modestly Last Year." *Chemical & Engineering News*, 72(15):13. April 11, 1994.

C&EN (1993) "Top 50 Chemicals Production Recovered Last Year." *Chemical & Engineering News*, 71(15):11. April 12, 1993.

C&EN (1992) "Production of Top 50 Chemicals Stagnates in 1991." *Chemical & Engineering News*, 70(15): 17. April 13, 1992.

CMR (2001) "Chemical Profile: Adipic Acid." *Chemical Market Reporter*. July 16, 2001.

CMR (1998) "Chemical Profile: Adipic Acid." *Chemical Market Reporter*. June 15, 1998.

CW (2007) "Product Focus: Adipic Acid." *Chemical Week*. August 1-8, 2007.

CW (2005) "Product Focus: Adipic Acid." *Chemical Week*. May 4, 2005.

CW (1999) "Product Focus: Adipic Acid/Adiponitrile." *Chemical Week*, p. 31. March 10, 1999.

Desai (2012) Personal communication. Mausami Desai, U.S. Environmental Protection Agency and Toby Mandel, ICF International, January 25, 2012.

Desai (2010) Personal communication. Mausami Desai, U.S. Environmental Protection Agency, and Caroline Cochran, ICF International. November 8, 2010.

Desai (2009) Personal communication. Mausami Desai, U.S. Environmental Protection Agency and Joseph Herr, ICF International. November 19, 2009.

EPA (2012) Analysis of Greenhouse Gas Reporting Program data – Subpart E (Adipic Acid), Office of Air and Radiation, Office of Atmospheric Programs, U.S. Environmental Protection Agency, Washington, D.C.

ICIS (2007) "Adipic Acid." *ICIS Chemical Business Americas*. July 9, 2007.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Reimer, R.A., Slaten, C.S., Seapan, M., Koch, T.A. and Triner, V.G. (1999) "Implementation of Technologies for Abatement of $N_2O$ Emissions Associated with Adipic Acid Manufacture." Proceedings of the 2nd Symposium on Non-$CO_2$ Greenhouse Gases (NCGG-2), Noordwijkerhout, The Netherlands, 8-10 Sept. 1999, Ed. J. van Ham *et al.*, Kluwer Academic Publishers, Dordrecht, pp. 347-358.

SEI (2010) *Industrial $N_2O$ Projects Under the CDM: Adipic Acid – A Case for Carbon Leakage?* Stockholm Environment Institute Working Paper WP-US-1006. October 9, 2010.

Thiemens, M.H., and W.C. Trogler (1991) "Nylon production; an unknown source of atmospheric nitrous oxide." *Science* 251:932-934.

VA DEQ (2010) Personal communication. Stanley Faggert, Virgina Department of Environmental Quality and Joseph Herr, ICF International. March 12, 2010.

VA DEQ (2009) Personal communication. Stanley Faggert, Virgina Department of Environmental Quality and Joseph Herr, ICF International. October 26, 2009.

VA DEQ (2006) Virginia Title V Operating Permit. Honeywell International Inc. Hopewell Plant. Virginia Department of Environmental Quality. Permit No. PRO50232. Effective January 1, 2007.

## Silicon Carbide Production

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe, eds.; Institute for Global Environmental Strategies (IGES). Hayama, Kanagawa, Japan.

U.S. Census Bureau (2005 through 2012) *U.S International Trade Commission (USITC) Trade DataWeb*. Available online at <http://dataweb.usitc.gov/>.

USGS (2012a) *Minerals Commodity Summary: Abrasives (Manufactured) 2012.* U.S. Geological Survey, Reston, VA. Available online at < http://minerals.usgs.gov/minerals/pubs/commodity/abrasives/>.

USGS (1991a through 2011a and 2012b) *Minerals Yearbook: Manufactured Abrasives Annual Report.* U.S. Geological Survey, Reston, VA. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/abrasives/>.

USGS (1991b through 2011b and 2012c) *Minerals Yearbook: Silicon Annual Report.* U.S. Geological Survey, Reston, VA. Available online at < http://minerals.usgs.gov/minerals/pubs/commodity/silicon/>.

## Petrochemical Production

ACC (2002, 2003, 2005 through 2012) *Guide to the Business of Chemistry.* American Chemistry Council, Arlington, VA.

EIA (2004) *Annual Energy Review 2003.* Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0384(2003). September 2004.

EIA (2003) *Emissions of Greenhouse Gases in the United States 2002.* Office of Integrated Analysis and Forecasting, Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE-EIA-0573(2002). February 2003.

EPA (2000) *Economic Impact Analysis for the Proposed Carbon Black Manufacturing NESHAP,* U.S. Environmental Protection Agency. Research Triangle Park, NC. EPA-452/D-00-003. May 2000.

European IPPC Bureau (2004) *Draft Reference Document on Best Available Techniques in the Large Volume Inorganic Chemicals—Solid and Others Industry,* Table 4.21. European Commission, 224. August 2004.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories.* Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency. Paris, France.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency. Paris, France.

Jordan, J. (2011a) Personal communication. Jim Jordan of Jordan Associates on behalf of the Methanol Institute and Pier LaFarge, ICF International. October 19th, 2011

Jordan, J. (2011b) Personal communication. Jim Jordan of Jordan Associates on behalf of the Methanol Institute and Pier LaFarge, ICF International. October 18th, 2011

Jordan, J. (2012a) Personal communication. Jim Jordan of Jordan Associates on behalf of the Methanol Institute and Donna Lazzari, ERG. DATE

Johnson, G. L. (2012) Personal communication. Greg Johnson of Liskow & Lewis, on behalf of the International Carbon Black Association (ICBA) and Donna Lazzari, ERG. October 31, 2012

Johnson, G. L. (2011) Personal communication. Greg Johnson of Liskow & Lewis, on behalf of the International Carbon Black Association (ICBA) and Pier LaFarge, ICF International. October 2011.

Johnson, G. L. (2010) Personal communication. Greg Johnson of Liskow & Lewis, on behalf of the International Carbon Black Association (ICBA) and Caroline Cochran, ICF International. September 2010.

Johnson, G. L. (2009) Personal communication. Greg Johnson of Liskow & Lewis, on behalf of the International Carbon Black Association (ICBA) and Jean Y. Kim, ICF International. October 2009.

Johnson, G. L. (2008) Personal communication. Greg Johnson of Liskow & Lewis, on behalf of the International Carbon Black Association (ICBA) and Jean Y. Kim, ICF International. November 2008.

Johnson, G. L. (2007) Personal communication. Greg Johnson of Liskow & Lewis, on behalf of the International Carbon Black Association (ICBA) and Tristan Kessler, ICF International. November 2007.

Johnson, G. L. (2006) Personal communication. Greg Johnson of Liskow & Lewis, on behalf of the International Carbon Black Association (ICBA) and Erin Fraser, ICF International. October 2006.

Johnson, G. L. (2005) Personal communication. Greg Johnson of Liskow & Lewis, on behalf of the International Carbon Black Association (ICBA) and Erin Fraser, ICF International. October 2005.

Johnson, G. L. (2003) Personal communication. Greg Johnson of Liskow & Lewis, on behalf of the International Carbon Black Association (ICBA) and Caren Mintz, ICF International November 2003.

Othmer, K. (1992) Carbon (*Carbon Black*), Vol. 4, 1045.

Srivastava, Manoj, I.D. Singh, and Himmat Singh (1999) "Structural Characterization of Petroleum Based Feedstocks for Carbon Black Production," Table-1. *Petroleum Science and Technology* 17(1&2):67-80.

The Innovation Group (2004) *Carbon Black Plant Capacity.* Available online at <http://www.the-innovation-group.com/ChemProfiles/Carbon%20Black.htm>.

U.S. Census Bureau (2007) 2006 *Economic Census: Manufacturing—Industry Series: Carbon Black Manufacturing.* Department of Commerce. Washington, DC. EC0731I3. June 2009.

U.S. Census Bureau (2004) 2002 *Economic Census: Manufacturing—Industry Series: Carbon Black Manufacturing.* Department of Commerce. Washington, DC. EC02-311-325182. September 2004.

U.S. Census Bureau (1999) *1997 Economic Census: Manufacturing—Industry Series: Carbon Black Manufacturing.* Department of Commerce. Washington, DC. EC97M-3251F. August 1999.

## Titanium Dioxide Production

Gambogi, J. (2002) Telephone communication. Joseph Gambogi, Commodity Specialist, U.S. Geological Survey and Philip Groth, ICF International. November 2002.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Nelson, H.W. (1969) *Petroleum Coke Handling Problems.* Great Lakes Carbon Corporation.

USGS (USGS 1991 through 2012a) *Minerals Yearbook: Titanium 2010 Annual Report.* U.S. Geological Survey, Reston, VA.

USGS (2012b) *Mineral Commodity Summary: Titanium and Titanium Dioxide 2012.* U.S. Geological Survey, Reston, VA.

## Carbon Dioxide Consumption

Allis, R. et al. (2000) *Natural $CO_2$ Reservoirs on the Colorado Plateau and Southern Rocky Mountains: Candidates for $CO_2$ Sequestration.* Utah Geological Survey and Utah Energy and Geoscience Institute. Salt Lake City, Utah.

ARI (1990 through 2011) *$CO_2$ Use in Enhanced Oil Recovery.* Deliverable to ICF International under Task Order 102, July 15, 2011.

ARI (2007) *$CO_2$-EOR: An Enabling Bridge for the Oil Transition.* Presented at "Modeling the Oil Transition—a DOE/EPA Workshop on the Economic and Environmental Implications of Global Energy Transitions." Washington, DC. April 20-21, 2007.

ARI (2006) *$CO_2$-EOR: An Enabling Bridge for the Oil Transition.* Presented at "Modeling the Oil Transition—a DOE/EPA Workshop on the Economic and Environmental Implications of Global Energy Transitions." Washington, DC. April 20-21, 2006.

Broadhead (2003) Personal communication. Ron Broadhead, Principal Senior Petroleum Geologist and Adjunct faculty, Earth and Environmental Sciences Department, New Mexico Bureau of Geology and Mineral Resources, and Robin Pestrusak, ICF International. September 5, 2003.

COGCC (2012) Monthly $CO_2$ Produced by County.  Available online at <http://cogcc.state.co.us/COGCCReports/production.aspx?id=MonthlyCO2ProdByCounty>.  Accessed September 2012.

Denbury Resources Inc. (2002 through 2012)  Annual Report: 2011 Form 10-K. Available online at <http://www.denbury.com/files/doc_financials/2011%2010-K%20Final%20Version.pdf >.  Accessed September 2012.

New Mexico Bureau of Geology and Mineral Resources (2006) Natural Accumulations of Carbon Dioxide in New Mexico and Adjacent Parts of Colorado and Arizona: Commercial Accumulation of CO2. Available online at <http://geoinfo.nmt.edu/staff/broadhead/CO2.html#commercial>.

## Phosphoric Acid Production

EFMA (2000) "Production of Phosphoric Acid." *Best Available Techniques for Pollution Prevention and Control in the European Fertilizer Industry.* Booklet 4 of 8. European Fertilizer Manufacturers Association. Available online at <http://www.efma.org/Publications/BAT%202000/Bat04/section04.asp>.

FIPR (2003) "Analyses of Some Phosphate Rocks." Facsimile Gary Albarelli, the Florida Institute of Phosphate Research, Bartow, Florida, to Robert Lanza, ICF International. July 29, 2003.

FIPR (2003a) Florida Institute of Phosphate Research. Personal communication. Mr. Michael Lloyd, Laboratory Manager, FIPR, Bartow, Florida, to Mr. Robert Lanza, ICF International. August 2003.

NCDENR (2013) North Carolina Department of Environment and Natural Resources, Title V Air Permit Review for PCS Phosphate Company, Inc. – Aurora. Available online at http://www.ncair.org/permits/permit_reviews/PCS_rev_08282012.pdf.  Accessed on January 25, 2013.

USGS (1994 through 2011, 2013) *Minerals Yearbook. Phosphate Rock Annual Report*. U.S. Geological Survey, Reston, VA. Note that the 2013 edition at time of this writing is an advance release dated January, 2013.

USGS (2012) Personal communication between Stephen Jasinski (USGS) and Mausami Desai (EPA) on October 12, 2012.

USGS (2012a) Mineral Commodity Summaries: Phosphate Rock. January 2012. U.S. Geological Survey, Reston, VA.  Available online at http://minerals.usgs.gov/minerals/pubs/commodity/phosphate_rock/mcs-2012-phosp.pdf.

## Iron and Steel Production and Metallurgical Coke Production

AISI (2004 through 2012a) *Annual Statistical Report*, American Iron and Steel Institute, Washington, DC.

AISI (2012b) Personal communication, Mausami Desai, US EPA, and the American Iron and Steel Institute, October 2012.

AISI (2008b) Personal communication, Mausami Desai, US EPA, and the American Iron and Steel Institute, October 2008.

DOE (2000) *Energy and Environmental Profile of the U.S. Iron and Steel Industry*.  Office of Industrial Technologies, U.S. Department of Energy.  August 2000.  DOE/EE-0229.EIA

EIA (2012a) *Annual Energy Review 2011*, Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0384(2011).

EIA (2012b) *Natural Gas Annual 2011*, Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0131(11).

EIA (2012c) Supplemental Tables on Petroleum Product detail. Monthly Energy Review, September 2012, Energy Information Administration, U.S. Department of Energy, Washington, DC. DOE/EIA-0035(2012/09).

EIA (1998 through 2012d) *Quarterly Coal Report: October-December*, Energy Information Administration, U.S. Department of Energy. Washington, DC. DOE/EIA-0121.

EIA (1992) Coal and lignite production. *EIA State Energy Data Report 1992*, Energy Information Administration, U.S. Department of Energy, Washington, DC.

EPA (2010) Carbon Content Coefficients Developed for EPA's Mandatory Reporting Rule. Office of Air and Radiation, Office of Atmospheric Programs, U.S. Environmental Protection Agency, Washington, D.C.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC/UNEP/OECD/IEA (1995) "Volume 3: Greenhouse Gas Inventory Reference Manual.  Table 2-2".*IPCC Guidelines for National Greenhouse Gas Inventories.*  Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency.  IPCC WG1 Technical Support Unit, United Kingdom.

USGS (1991 through 2011)  *USGS Minerals Yearbook – Iron and Steel Scrap.*. U.S. Geological Survey, Reston, VA.

## Ferroalloy Production

Corathers, L. (2012) Personal communication. Lisa Corathers, Commodity Specialist, U.S. Geological Survey and Paul Stewart, ICF International. March 09, 2012.

Corathers, L. (2011) Personal communication. Lisa Corathers, Commodity Specialist, U.S. Geological Survey and Paul Stewart, ICF International. March 11, 2011.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Onder, H., and E.A. Bagdoyan (1993) Everything You've Always Wanted to Know about Petroleum Coke. Allis Mineral Systems.

USGS (1995 through 2011) Minerals Yearbook: Silicon Annual Report. U.S. Geological Survey, Reston, VA.

## Aluminum Production

IPCC (2006)  *2006 IPCC Guidelines for National Greenhouse Gas Inventories*.  The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.).  Hayama, Kanagawa, Japan.

IPCC (2000)  *Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories*. National Greenhouse Gas Inventories Programme, Intergovernmental Panel on Climate Change.  Montreal. May 2000.  IPCC-XVI/Doc. 10 (1.IV.2000).

USAA (2013)  *U.S. Primary Aluminum Production 2012.*  U.S. Aluminum Association, Washington, DC.  January, 2013.

USAA (2012)  *U.S. Primary Aluminum Production 2011.*  U.S. Aluminum Association, Washington, DC.  January, 2012.

USAA (2011)  *U.S. Primary Aluminum Production 2010.*  U.S. Aluminum Association, Washington, DC.

USAA (2010)  *U.S. Primary Aluminum Production 2009.*  U.S. Aluminum Association, Washington, DC.

USAA (2008, 2009)  *U.S. Primary Aluminum Production.*  U.S. Aluminum Association, Washington, DC.

USAA (2004, 2005, 2006)  *Primary Aluminum Statistics.*  U.S. Aluminum Association, Washington, DC.

USGS (2012a)  *2011 Mineral Yearbook; Aluminum [Advanced Release].*  U.S. Geological Survey, Reston, VA.

USGS (2012b)  *2011 Mineral Commodity Summaries: Aluminum.*  U.S. Geological Survey, Reston, VA.

USGS (2011)  *2010 Mineral Yearbook; Aluminum [Advanced Release].*  U.S. Geological Survey, Reston, VA.

USGS (2007) *2006 Mineral Yearbook: Aluminum.* U.S. Geological Survey, Reston, VA.

USGS (1995, 1998, 2000, 2001, 2002) *Minerals Yearbook: Aluminum Annual Report.* U.S. Geological Survey, Reston, VA.

## Magnesium Production and Processing

Bartos S., C. Laush, J. Scharfenberg, and R. Kantamaneni (2007) "Reducing greenhouse gas emissions from magnesium die casting," *Journal of Cleaner Production*, 15: 979-987, March.

Gjestland, H. and D. Magers (1996) "Practical Usage of Sulphur [Sulfur] Hexafluoride for Melt Protection in the Magnesium Die Casting Industry," #13, *1996 Annual Conference Proceedings*, International Magnesium Association. Ube City, Japan.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

RAND (2002) RAND Environmental Science and Policy Center, "Production and Distribution of $SF_6$ by End-Use Applications" Katie D. Smythe. *International Conference on $SF_6$ and the Environment: Emission Reduction Strategies*. San Diego, CA. November 21-22, 2002.

USGS (2002, 2003, 2005 through 2008, and 2011b) Minerals Yearbook: Magnesium Annual Report. U.S. Geological Survey, Reston, VA. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/magnesium/index.html#mis>.

USGS (2010a) *Mineral Commodity Summaries: Magnesium Metal*. U.S. Geological Survey, Reston, VA. Available online at < http://minerals.usgs.gov/minerals/pubs/commodity/magnesium/mcs-2010-mgmet.pdf>.

## Zinc Production

Horsehead Corp. (2012) Form 10-k, Annual Report for the Fiscal Year Ended December, 31, 2011. Available at: <http://www.sec.gov/Archives/edgar/data/1385544/000119312512107345/d293011d10k.htm>. Submitted March 9, 2012.

Horsehead Corp. (2011) 10-k Annual Report for the Fiscal Year Ended December, 31 2010. Available at: <http://google.brand.edgar-online.com/default.aspx?sym=zinc>. Submitted March 16, 2011.

Horsehead Corp. (2010a) 10-k Annual Report for the Fiscal Year Ended December, 31 2009. Available at: <http://google.brand.edgar-online.com/default.aspx?sym=zinc>. Submitted March 16, 2010.

Horsehead Corp. (2010b) *Horsehead Holding Corp. Provides Update on Operations at its Monaca, PA Plant.* July 28, 2010. Available at: <http://www.horsehead.net/pressreleases.php?showall=no&news=&ID=65>.

Horsehead Corp. (2008) 10-k Annual Report for the Fiscal Year Ended December, 31 2007. Available at: <http://google.brand.edgar-online.com/default.aspx?sym=zinc>. Submitted March 31, 2008.

Horsehead Corp (2007) Registration Statement (General Form) S-1. Available at <http://google.brand.edgar-online.com/default.aspx?sym=zinc>. Submitted April 13, 2007.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

PIZO (2012) Available at <http://pizotech.com/index.html>. Accessed October 10, 2012.

Rowland (2012) Personal communication. Art Rowland, Plant Manager, Steel Dust Recycling LLC and Gopi Manne, Eastern Research Group, Inc.; October 5, 2012.

Sjardin (2003) $CO_2$ *Emission Factors for Non-Energy Use in the Non-Ferrous Metal, Ferroalloys and Inorganics Industry.* Copernicus Institute. Utrecht, the Netherlands.

Steel Dust Recycling LLC (2012) Available at < http://steeldust.com/home.htm>. Accessed September 21, 2012.

USGS (2012) *2012 Mineral Commodity Summary: Zinc*. U.S. Geological Survey, Reston, VA.

USGS (1995 through 2011) *Minerals Yearbook: Zinc Annual Report*. U.S. Geological Survey, Reston, VA.

Viklund-White C. (2000) "The Use of LCA for the Environmental Evaluation of the Recycling of Galvanized Steel." ISIJ International.  Volume 40 No. 3: 292-299.

## Lead Production

Dutrizac, J.E., V. Ramachandran, and J.A. Gonzalez (2000) *Lead-Zinc 2000*. The Minerals, Metals, and Materials Society.

Guberman, D. (2012) Personal communication. David E. Guberman, Commodity Specialist, U.S. Geological Survey and Gopi Manne, Eastern Research Group, Inc.; October 3, 2012.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Morris, D., F.R. Steward, and P. Evans (1983) *Energy Efficiency of a Lead Smelter*. Energy 8(5):337-349.

Sjardin, M. (2003) *$CO_2$ Emission Factors for Non-Energy Use in the Non-Ferrous Metal, Ferroalloys and Inorganics Industry*.  Copernicus Institute. Utrecht, the Netherlands.

Ullman (1997) *Ullman's Encyclopedia of Industrial Chemistry: Fifth Edition*. Volume A5. John Wiley and Sons.

USGS (2012) *2012 Mineral Commodity Summary, Lead*. U.S. Geological Survey, Reston, VA.

USGS (1995 through 2012a) *Minerals Yearbook: Lead Annual Report*. U.S. Geological Survey, Reston, VA.

## HCFC-22 Production

ARAP (2010) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger of the U.S. Environmental Protection Agency.  September 10, 2010.

ARAP (2009) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger of the U.S. Environmental Protection Agency.  September 21, 2009.

ARAP (2008) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger of the U.S. Environmental Protection Agency.  October 17, 2008.

ARAP (2007) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger of the U.S. Environmental Protection Agency.  October 2, 2007.

ARAP (2006) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Sally Rand of the U.S. Environmental Protection Agency.  July 11, 2006.

ARAP (2005) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger of the U.S. Environmental Protection Agency.  August 9, 2005.

ARAP (2004) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger of the U.S. Environmental Protection Agency.  June 3, 2004.

ARAP (2003) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Sally Rand of the U.S. Environmental Protection Agency. August 18, 2003.

ARAP (2002) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger of the U.S. Environmental Protection Agency.  August 7, 2002.

ARAP (2001) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger of the U.S. Environmental Protection Agency.  August 6, 2001.

ARAP (2000) Electronic mail communication from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Sally Rand of the U.S. Environmental Protection Agency. August 13, 2000.

ARAP (1999)  Facsimile from Dave Stirpe, Executive Director, Alliance for Responsible Atmospheric Policy to Deborah Ottinger Schaefer of the U.S. Environmental Protection Agency.  September 23, 1999.

ARAP (1997)  Letter from Dave Stirpe, Director, Alliance for Responsible Atmospheric Policy to Elizabeth Dutrow of the U.S. Environmental Protection Agency.  December 23, 1997.

ICF (2012) Subpart O submission analysis from EPA Greenhouse Gas Reporting Rule. March 30, 2012.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

RTI (1997)  "Verification of Emission Estimates of HFC-23 from the Production of HCFC-22:  Emissions from 1990 through 1996."  Report prepared by Research Triangle Institute for the Cadmus Group.  November 25, 1997; revised February 16, 1998.

RTI (2008)  "Verification of Emission Estimates of HFC-23 from the Production of HCFC-22:Emissions from 1990 through 2006."  Report prepared by RTI International for the Climate Change Division.  March, 2008.

## Substitution of Ozone Depleting Substances

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

## Semiconductor Manufacture

Burton, C.S., and R. Beizaie (2001) "EPA's PFC Emissions Model (PEVM) v. 2.14: Description and Documentation" prepared for Office of Global Programs, U. S. Environmental Protection Agency, Washington, DC. November 2001.

Citigroup Smith Barney (2005) *Global Supply/Demand Model for Semiconductor*s. March 2005.

ITRS (2007, 2008, 2011) *International Technology Roadmap for Semiconductors: 2006 Update*, January 2007; *International Technology Roadmap for Semiconductors: 2007 Edition,* January 2008*; International Technoology Roadmap for Semiconductors: 2011,* January 2012; Update, Available online at <http://www.itrs.net/Links/2007ITRS/Home2007.htm>. Theses and earlier editions and updates are available at <http://public.itrs.net>. Information about the number of interconnect layers for years 1990–2010 is contained in Burton and Beizaie, 2001. PEVM is updated using new editions and updates of the ITRS, which are published annually.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe, eds. Institute for Global Environmental Strategies (IGES). Hayama, Kanagawa, Japan.

Semiconductor Equipment and Materials Industry (2011) *World Fab Forecast, August 2012 Edition*.

Semiconductor Industry Association (SIA) (2009) STATS: SICAS Capacity and Utilization Rates Q1-Q4 2008, Q1-Q4 2009, Q1-Q4 2010. Available online at <http://www.sia-online.org/cs/papers_publications/statistics>.

U.S. EPA (2006) *Uses and Emissions of Liquid PFC Heat Transfer Fluids from the Electronics Sector*. U.S. Environmental Protection Agency, Washington, DC. EPA-430-R-06-901.

VLSI Research, Inc. (2012) Worldwide Silicon Demand. August 2012.

## Electrical Transmission and Distribution

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Levin et al. (2010) "The Global $SF_6$ Source Inferred from Long-term High Precision Atmospheric Measurements and its Comparison with Emission Inventories."*Atmospheric Chemistry and Physics*, 10: 2655–2662.

O'Connell, P., F. Heil, J. Henriot, G. Mauthe, H. Morrison, L. Neimeyer, M. Pittroff, R. Probst, J.P. Tailebois (2002) *$SF_6$ in the Electric Industry, Status 2000,* CIGRE. February 2002.

RAND (2004) "Trends in $SF_6$ Sales and End-Use Applications: 1961-2003," Katie D. Smythe. *International Conference on $SF_6$ and the Environment: Emission Reduction Strategies.* RAND Environmental Science and Policy Center, Scottsdale, AZ. December 1-3, 2004.

UDI (2010) *2010 UDI Directory of Electric Power Producers and Distributors, 118th Edition*, Platts.

UDI (2007) *2007 UDI Directory of Electric Power Producers and Distributors, 115th Edition*, Platts.

UDI (2004) *2004 UDI Directory of Electric Power Producers and Distributors, 112th Edition*, Platts.

UDI (2001) *2001 UDI Directory of Electric Power Producers and Distributors, 109th Edition*, Platts.

## Industrial Sources of Indirect Greenhouse Gases

EPA (2010) "2009 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards.

EPA (2009) "1970 - 2008 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards. Available online at <http://www.epa.gov/ttn/chief/trends/index.html>.

EPA (2003) E-mail correspondence containing preliminary ambient air pollutant data. Office of Air Pollution and the Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency.  December 22, 2003.

EPA (1997) *Compilation of Air Pollutant Emission Factors, AP-42*. Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency. Research Triangle Park, NC. October 1997.

# Solvent and Other Product Use

## Nitrous Oxide from Product Uses

Airgas (2012) Airgas, INC. Form 10-K. Annual Report Pursuant to Section 13 or 15 (d) of the SEC Act of 1934. Fiscal year ended March, 31, 2012.  Available online at <http://files.shareholder.com/downloads/ARG/2085226304x0xS804212-12-16/804212/filing.pdf >.

CGA (2003) "CGA Nitrous Oxide Abuse Hotline: CGA/NWSA Nitrous Oxide Fact Sheet." Compressed Gas Association. November 3, 2003.

CGA (2002) "CGA/NWSA Nitrous Oxide Fact Sheet." Compressed Gas Association. March 25, 2002.

FTC (2001) Federal Trade Commission: *Analysis of Agreement Containing Consent Order To Aid Public Comment.* FTC File No. 001-0040. October, 2001. Available online at <http://www.ftc.gov/os/2001/10/airgasanalysis.htm >.

Heydorn, B. (1997) "Nitrous Oxide—North America." *Chemical Economics Handbook*, SRI Consulting. May 1997.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories; Volume 3, Chapter 8.4 N2O From Product Uses.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Tupman, M. (2003) Personal communication .Martin Tupman, Airgas Nitrous Oxide and Daniel Lieberman, ICF International. August 8, 2003.

Tupman, M. (2002) Personal communication. Martin Tupman of Airgas Nitrous Oxide and Laxmi Palreddy, ICF International. July 3, 2002.

## Solvent Use

EPA (2010) "2009 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards.

EPA (2009) "1970 - 2008 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards. Available online at <http://www.epa.gov/ttn/chief/trends/index.html>.

EPA (2003) E-mail correspondence containing preliminary ambient air pollutant data. Office of Air Pollution and the Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency.  December 22, 2003.

EPA (1997) *Compilation of Air Pollutant Emission Factors, AP-42*. Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency. Research Triangle Park, NC. October 1997.

# Agriculture

## Enteric Fermentation

Archibeque, S. (2011) Personal Communication. Shawn Archibeque, Colorado State University, Fort Collins, Colorado and staff at ICF International.

Crutzen, P.J., I. Aselmann, and W. Seiler (1986)  Methane Production by Domestic Animals, Wild Ruminants, Other Herbivores, Fauna, and Humans. *Tellus*, 38B:271-284.

Donovan, K. (1999) Personal Communication. Kacey Donovan, University of California at Davis and staff at ICF International.

Doren, P.E.,  J. F. Baker, C. R. Long and T. C. Cartwright (1989) Estimating Parameters of Growth Curves of Bulls, *J Animal Science* 67:1432-1445.

Enns, M. (2008) Personal Communication. Dr. Mark Enns, Colorado State University and staff at ICF International.

FAO (2011) *FAOSTAT Statistical Database*.  Food and Agriculture Organization of the United Nations. Available online at <http://apps.fao.org>.

Galyean and Gleghorn (2001) Summary of the 2000 Texas Tech University Consulting Nutritionist Survey. Texas Tech University. Available online at <http://www.depts.ttu.edu/afs/burnett_center/progress_reports/bc12.pdf>. June 2009.

Holstein Association (2010) *History of the Holstein Breed* (website). Available online at <http://www.holsteinusa.com/holstein_breed/breedhistory.html>. Accessed September 2010.

ICF (2006) *Cattle Enteric Fermentation Model: Model Documentation*.  Prepared by ICF International for the Environmental Protection Agency. June 2006.

ICF (2003) *Uncertainty Analysis of 2001 Inventory Estimates of Methane Emissions from Livestock Enteric Fermentation in the U.S.*  Memorandum from ICF International to the Environmental Protection Agency. May 2003.

IPCC (2006) 2006 *IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2000*) Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories*. National Greenhouse Gas Inventories Programme, Intergovernmental Panel on Climate Change. Montreal. May 2000. IPCC-XVI/Doc. 10 (1.IV.2000).

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories*. Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency.  Paris, France.

Johnson, D. (2002) Personal Communication. Don Johnson, Colorado State University, Fort Collins, and ICF International.

Johnson, D. (1999) Personal Communication. Don Johnson, Colorado State University, Fort Collins, and David Conneely, ICF International.

Johnson, K. (2010) Personal Communication. Kris Johnson, Washington State University, Pullman, and ICF International.

Kebreab E., K. A. Johnson, S. L. Archibeque, D. Pape, and T. Wirth (2008) Model for estimating enteric methane emissions from United States dairy and feedlot cattle. *J. Anim. Sci.* 86: 2738-2748.

Lippke, H., T. D. Forbes, and W. C. Ellis.  (2000) Effect of supplements on growth and forage intake by stocker steers grazing wheat pasture. *J. Anim. Sci.* 78:1625-1635

National Bison Association (2011) Handling & Carcass Info (on website).  Available online at: <http://www.bisoncentral.com/about-bison/handling-and-carcass-info>. Accessed August 16, 2011.

National Bison Association (1999) Total Bison Population—1999. Report provided during personal email communication with Dave Carter, Executive Director, National Bison Association July 19, 2011.

NRC (1999) *1996 Beef NRC: Appendix Table 22*.  National Research Council.

NRC (1984) *Nutrient requirements for beef cattle (6th Ed.)*. National Academy Press, Washington, DC.

Pinchak, W.E., D. R. Tolleson, M. McCloy, L. J. Hunt, R. J. Gill, R. J. Ansley, and S. J. Bevers (2004) Morbidity effects on productivity and profitability of stocker cattle grazing in the southern plains. J. Anim. Sci. 82:2773-2779.

Platter, W. J., J. D. Tatum, K. E. Belk, J. A. Scanga, and G. C. Smith (2003) Effects of repetitive use of hormonal implants on beef carcass quality, tenderness, and consumer ratings of beef palatability. J. Anim. Sci. 81:984-996.

Preston, R.L. 2010. What's The Feed Composition Value of That Cattle Feed? Beef Magazine, March 1, 2010. Available at: http://beefmagazine.com/nutrition/feed-composition-tables/feed-composition-value-cattle--0301

Skogerboe, T. L., L. Thompson, J. M. Cunningham, A. C. Brake, V. K. Karle (2000) The effectiveness of a single dose of doramectin pour-on in the control of gastrointestinal nematodes in yearling stocker cattle. Vet. Parasitology 87:173-181.

USDA (2012) *Quick Stats: Agricultural Statistics Database*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. Available online at <http://quickstats.nass.usda.gov/>. Accessed July 25, 2012.

USDA (1997) *Census of Agriculture: 1997 Census Report*. United States Department of Agriculture. Available online at: <http://www.agcensus.usda.gov/Publications/1997/index.asp>. Accessed July 18, 2011.

USDA (1996) *Beef Cow/Calf Health and Productivity Audit (CHAPA): Forage Analyses from Cow/Calf Herds in 18 States*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC.  Available online at <http://www.aphis.usda.gov/vs/ceah/cahm>. March 1996.

USDA:APHIS:VS (2010) Beef 2007–08, Part *V: Reference of Beef Cow-calf Management Practices in the United States, 2007–08*. USDA–APHIS–VS, CEAH. Fort Collins, CO.

USDA (1992) Census *of Agriculture: 1992 Census Report*. United States Department of Agriculture. Available online at: <http://www.agcensus.usda.gov/Publications/1992/index.asp>. Accessed July 18, 2011.

USDA:APHIS:VS (2002) *Reference of 2002 Dairy Management Practices*. USDA–APHIS–VS, CEAH. Fort Collins, CO.  Available online at <http://www.aphis.usda.gov/vs/ceah/cahm>.

USDA:APHIS:VS (1998) *Beef '97, Parts I-IV*. USDA–APHIS–VS, CEAH. Fort Collins, CO.  Available online at < http://www.aphis.usda.gov/animal_health/nahms/beefcowcalf/index.shtml#beef97>

USDA:APHIS:VS (1996) *Reference of 1996 Dairy Management Practices*. USDA–APHIS–VS, CEAH. Fort Collins, CO.  Available online at <http://www.aphis.usda.gov/vs/ceah/cahm>.

USDA:APHIS:VS (1994) *Beef Cow/Calf Health and Productivity Audit*.  USDA–APHIS–VS, CEAH. Fort Collins, CO.  Available online at <http://www.aphis.usda.gov/vs/ceah/cahm>.

USDA:APHIS:VS (1993) *Beef Cow/Calf Health and Productivity Audit*. USDA–APHIS–VS, CEAH. Fort Collins, CO.  August 1993. Available online at <http://www.aphis.usda.gov/vs/ceah/cahm>.

Vasconcelos and Galyean (2007) Nutritional recommendations of feedlot consulting nutritionists: The 2007 Texas Tech University Study. J. Anim. Sci. 85:2772-2781.

## Manure Management

Anderson, S. (2000) Personal Communication. Steve Anderson, Agricultural Statistician, National Agriculture Statistics Service, U.S. Department of Agriculture and Lee-Ann Tracy, ERG.  Washington, DC. May 31, 2000.

ASAE (1998) *ASAE Standards 1998, 45th Edition*. American Society of Agricultural Engineers. St. Joseph, MI.

Bryant, M.P., V.H. Varel, R.A. Frobish, and H.R. Isaacson (1976) In H.G. Schlegel (ed.); *Seminar on Microbial Energy Conversion*.  E. Goltz KG. Göttingen, Germany.

Bush, E. (1998) Personal communication with Eric Bush, Centers for Epidemiology and Animal Health , U.S. Department of Agriculture regarding *National Animal Health Monitoring System's (NAHMS) Swine '95 Study*.

Deal, P. (2000) Personal Communication. Peter B. Deal, Rangeland Management Specialist, Florida Natural Resource Conservation Service and Lee-Ann Tracy, ERG.  June 21, 2000.

EPA (2012)  AgSTAR Anaerobic Digester Database.  Available online at: <http://www.epa.gov/agstar/projects/index.html#database>.

EPA (2008) *Climate Leaders Greenhouse Gas Inventory Protocol Offset Project Methodology for Project Type Managing Manure with Biogas Recovery Systems*. Available online at <http://www.epa.gov/climateleaders/documents/resources/ClimateLeaders_DraftManureOffsetProtocol.pdf>.

EPA (2006) *AgSTAR Digest*. Office of Air and Radiation, U.S. Environmental Protection Agency. Washington, DC. Winter 2006.  Available online at <http://www.epa.gov/agstar/pdf/2006digest.pdf>. Retrieved July 2006.

EPA (2005) *National Emission Inventory—Ammonia Emissions from Animal Agricultural Operations, Revised Draft Report*. U.S. Environmental Protection Agency. Washington, DC. April 22, 2005.  Available online at <ftp://ftp.epa.gov/EmisInventory/2002finalnei/documentation/nonpoint/nh3inventory_draft_042205.pdf>. Retrieved August 2007.

EPA (2003) *AgSTAR Digest*. Office of Air and Radiation, U.S. Environmental Protection Agency. Washington, DC. Winter 2003.  Available online at <http://www.epa.gov/agstar/pdf/2003digest.pdf>. Retrieved July 2006.

EPA (2002a) *Development Document for the Final Revisions to the National Pollutant Discharge Elimination System (NPDES) Regulation and the Effluent Guidelines for Concentrated Animal Feeding Operations (CAFOS)*. U.S. Environmental Protection Agency.  EPA-821-R-03-001.  December 2002.

EPA (2002b) *Cost Methodology for the Final Revisions to the National Pollutant Discharge Elimination System Regulation and the Effluent Guidelines for Concentrated Animal Feeding Operations*. U.S. Environmental Protection Agency.  EPA-821-R-03-004.  December 2002.

EPA (2000) *AgSTAR Digest*. Office of Air and Radiation, U.S. Environmental Protection Agency. Washington, DC. Spring 2000.  Available online at: http://www.epa.gov/agstar/news-events/digest/2000digest.pdf .

EPA (1992) *Global Methane Emissions from Livestock and Poultry Manure*, Office of Air and Radiation, U.S. Environmental Protection Agency. February 1992.

ERG (2010a) "Typical Animal Mass Values for Inventory Swine Categories." Memorandum to EPA from ERG. July 19, 2010.

ERG (2010b) Telecon with William Boyd of USDA NRCS and Cortney Itle of ERG Concerning Updated VS and Nex Rates. August 8, 2010.

ERG (2010c) "Updating Current Inventory Manure Characteristics new USDA Agricultural Waste Management Field Handbook Values." Memorandum to EPA from ERG. August 13, 2010.

ERG (2008) "Methodology for Improving Methane Emissions Estimates and Emission Reductions from Anaerobic Digestion System for the 1990-2007 Greenhouse Gas Inventory for Manure Management." Memorandum to EPA from ERG. August 18, 2008.

ERG (2003) "Methodology for Estimating Uncertainty for Manure Management Greenhouse Gas Inventory." Contract No. GS-10F-0036, Task Order 005. Memorandum to EPA from ERG, Lexington, MA. September 26, 2003.

ERG (2001) *Summary of development of MDP Factor for methane conversion factor calculations.* ERG, Lexington, MA. September 2001.

ERG (2000a) *Calculations: Percent Distribution of Manure for Waste Management Systems.* ERG, Lexington, MA. August 2000.

ERG (2000b) *Discussion of Methodology for Estimating Animal Waste Characteristics* (Summary of $B_o$ Literature Review). ERG, Lexington, MA. June 2000.

Garrett, W.N. and D.E. Johnson (1983) "Nutritional energetics of ruminants." *Journal of Animal Science*, 57(suppl.2):478-497.

Groffman, P.M., R. Brumme, K. Butterbach-Bahl, K.E. Dobbie, A.R. Mosier, D. Ojima, H. Papen, W.J. Parton, K.A. Smith, and C. Wagner-Riddle (2000) "Evaluating annual nitrous oxide fluxes at the ecosystem scale." *Global Biogeochemcial Cycles*, 14(4):1061-1070.

Hashimoto, A.G. (1984) "Methane from Swine Manure: Effect of Temperature and Influent Substrate Composition on Kinetic Parameter (k)." *Agricultural Wastes*, 9:299-308.

Hashimoto, A.G., V.H. Varel, and Y.R. Chen (1981) "Ultimate Methane Yield from Beef Cattle Manure; Effect of Temperature, Ration Constituents, Antibiotics and Manure Age." *Agricultural Wastes*, 3:241-256.

Hill, D.T. (1984) "Methane Productivity of the Major Animal Types." *Transactions of the ASAE*, 27(2):530-540.

Hill, D.T. (1982) "Design of Digestion Systems for Maximum Methane Production." *Transactions of the ASAE*, 25(1):226-230.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Johnson, D. (2000) Personal Communication. Dan Johnson, State Water Management Engineer, California Natural Resource Conservation Service and Lee-Ann Tracy, ERG. June 23, 2000.

Lange, J. (2000) Personal Communication. John Lange, Agricultural Statistician, U.S. Department of Agriculture, National Agriculture Statistics Service and Lee-Ann Tracy, ERG. Washington, DC. May 8, 2000.

Miller, P. (2000) Personal Communication. Paul Miller, Iowa Natural Resource Conservation Service and Lee-Ann Tracy, ERG. June 12, 2000.

Milton, B. (2000) Personal Communication. Bob Milton, Chief of Livestock Branch, U.S. Department of Agriculture, National Agriculture Statistics Service and Lee-Ann Tracy, ERG. May 1, 2000.

Meagher, M. (1986). Bison bison. Mammalian Species. 266: 1-8.

Moffroid , K and D. Pape. (2012) *1990-2011 Volatile Solids and Nitrogen Excretion Rates.* Dataset to EPA from ICF International. August 2012.

Morris, G.R. (1976) *Anaerobic Fermentation of Animal Wastes: A Kinetic and Empirical Design Fermentation.* M.S. Thesis. Cornell University.

National Bison Association (1999) Total Bison Population—1999. Report provided during personal email communication with Dave Carter, Executive Director, National Bison Association July 19, 2011.

NOAA (2012) *National Climate Data Center (NCDC)*. Available online at <ftp://ftp.ncdc.noaa.gov/pub/data/cirs/> (for all states except Alaska and Hawaii) and <ftp://ftp.ncdc.noaa.gov/pub/data/gsod/2008/>. (for Alaska and Hawaii). September 2012.

Ott, S.L. (2000) *Dairy '96 Study*. Stephen L. Ott, Animal and Plant Health Inspection Service, U.S. Department of Agriculture. June 19, 2000.

Safley, L.M., Jr. and P.W. Westerman (1990) "Psychrophilic anaerobic digestion of animal manure: proposed design methodology." *Biological Wastes*, 34:133-148.

Safley, L.M., Jr. (2000) Personal Communication. Deb Bartram, ERG and L.M. Safley, President, Agri-Waste Technology. June and October 2000.

Stettler, D. (2000) Personal Communication. Don Stettler, Environmental Engineer, National Climate Center, Oregon Natural Resource Conservation Service and Lee-Ann Tracy, ERG.  June 27, 2000.

Sweeten, J. (2000) Personal Communication. John Sweeten, Texas A&M University and Indra Mitra, ERG. June 2000.

UEP (1999) *Voluntary Survey Results—Estimated Percentage Participation/Activity*, Caged Layer Environmental Management Practices, Industry data submissions for EPA profile development, United Egg Producers and National Chicken Council.  Received from John Thorne, Capitolink.  June 2000.

USDA (2012a) *Quick Stats: Agricultural Statistics Database*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC.  Available online at <http://quickstats.nass.usda.gov/>.

USDA (2012b) *Chicken and Eggs 2011 Summary*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC.  February 2012.  Available online at <http://www.nass.usda.gov/Publications/index.asp> .

USDA (2012c) *Poultry - Production and Value 2011 Summary*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. April 2012. Available online at <http://www.nass.usda.gov/Publications/index.asp> .

USDA (2011a) *Chicken and Eggs 2010 Summary*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC.  February 2011. Available online at <http://www.nass.usda.gov/Publications/index.asp> .

USDA (2011b) *Poultry - Production and Value 2010 Summary*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. April 2011. Available online at <http://www.nass.usda.gov/Publications/index.asp> .

USDA (2010a) *Chicken and Eggs 2009 Summary*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC.  February 2010.  Available online at <http://www.nass.usda.gov/Publications/index.asp> .

USDA (2010b) *Poultry - Production and Value 2009 Summary*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. April 2010. Available online at <http://www.nass.usda.gov/Publications/index.asp> .

USDA (2009a) *1992, 1997, 2002, and 2007 Census of Agriculture*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC.  Available online at <http://www.nass.usda.gov/census/>. December 2009.

USDA (2009b) *Chicken and Eggs 2008 Summary*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC.  February 2009.  Available online at <http://www.nass.usda.gov/Publications/index.asp> .

USDA (2009c) *Poultry - Production and Value 2008 Summary*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC. April 2009. Available online at <http://www.nass.usda.gov/Publications/index.asp> .

USDA (2009d) *Chicken and Eggs – Final Estimates 2003-2007*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC.  March 2009.  Available online at <http://usda.mannlib.cornell.edu/usda/nass/SB980/sb1024.pdf> .

USDA (2009e) *Poultry Production and Value—Final Estimates 2003-2007*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC.  May 2009.  Available online at <http://usda.mannlib.cornell.edu/nass/SB994/sb1028.pdf>.

USDA (2008) *Agricultural Waste Management Field Handbook, National Engineering Handbook (NEH)*, Part 651. Natural Resources Conservation Service, U.S. Department of Agriculture.

USDA (2004a) *Chicken and Eggs—Final Estimates 1998-2003*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC.  April 2004.  Available online at <http://usda.mannlib.cornell.edu/reports/general/sb/>.

USDA (2004b) *Poultry Production and Value—Final Estimates 1998-2002*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC.  April 2004.  Available online at <http://usda.mannlib.cornell.edu/reports/general/sb/>.

USDA (1999) *Poultry Production and Value—Final Estimates 1994-97*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC.  March 1999.  Available online at <http://usda.mannlib.cornell.edu/reports/general/sb/>.

USDA (1998) *Chicken and Eggs—Final Estimates 1994-97*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC.  December 1998.  Available online at <http://usda.mannlib.cornell.edu/reports/general/sb/>.

USDA (1996) *Agricultural Waste Management Field Handbook, National Engineering Handbook (NEH)*, Part 651. Natural Resources Conservation Service, U.S. Department of Agriculture. July 1996.

USDA (1995a) *Poultry Production and Value—Final Estimates 1988-1993*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC.  March 1995.  Available online at <http://usda.mannlib.cornell.edu/reports/general/sb/>.

USDA (1995b) *Chicken and Eggs—Final Estimates 1988-1993*.  National Agriculture Statistics Service, U.S. Department of Agriculture. Washington, DC.  December 1995.  Available online at <http://usda.mannlib.cornell.edu/reports/general/sb/>.

USDA, APHIS (2003)  *Sheep 2001,Part I:Reference of Sheep Management in the United States, 2001* and *Part IV:Baseline Reference of 2001 Sheep Feedlot Health and Management*. USDA-APHIS-VS. Fort Collins, CO. #N356.0702. http://www.aphis.usda.gov/animal_health/nahms/sheep/index.shtml#sheep2001

USDA, APHIS (2000) *Layers '99—Part II: References of 1999 Table Egg Layer Management in the U.S.* USDA-APHIS-VS. Fort Collins, CO. http://www.aphis.usda.gov/animal_health/nahms/poultry/downloads/layers99/Layers99_dr_PartII.pdf

USDA, APHIS (1996) *Swine '95: Grower/Finisher Part II: Reference of 1995 U.S. Grower/Finisher Health & Management Practices.* USDA-APHIS-VS. Fort Collins, CO. http://www.aphis.usda.gov/animal_health/nahms/swine/downloads/swine95/Swine95_dr_PartII.pdf

# Rice Cultivation

Anderson, M. (2008 through 2012) Email correspondence. Monte Anderson, Oklahoma Farm Service Agency and ICF International.

Beighley, D. (2011 through 2012) Email correspondence. Donn Beighley, Southeast Missouri State University, Department of Agriculture and ICF International.

Bollich, P. (2000) Personal Communication. Pat Bollich, Professor with Louisiana State University Agriculture Center and Payton Deeks, ICF International.

Bossio, D.A., W. Horwath, R.G. Mutters, and C. van Kessel (1999) "Methane pool and flux dynamics in a rice field following straw incorporation." *Soil Biology and Biochemistry*, 31:1313-1322.

Buehring, N. (2009 through 2011) Email correspondence. Nathan Buehring, Assistant Professor and Extension Rice Specialist, Mississippi State University Delta Branch Exp. Station and ICF International.

Cantens, G. (2004 through 2005) Personal Communication. Janet Lewis, Assistant to Gaston Cantens, Vice President of Corporate Relations, Florida Crystals Company and ICF International.

Cicerone R.J., C.C. Delwiche, S.C. Tyler, and P.R. Zimmerman (1992) "Methane Emissions from California Rice Paddies with Varied Treatments." *Global Biogeochemical Cycles,* 6:233-248.

Deren, C. (2002) Personal Communication and Dr. Chris Deren, Everglades Research and Education Centre at the University of Florida and Caren Mintz, ICF International. August 15, 2002.

Fife, L. (2011) Email correspondence. Les Fife, Sacramento Valley AgBurn Coordinator and ICF International.

Gonzalez, R. (2007 through 2012) Email correspondence. Rene Gonzalez, Plant Manager, Sem-Chi Rice Company and ICF International.

Guethle, D. (1999 through 2010) Personal Communication. David Guethle, Agronomy Specialist, Missouri Cooperative Extension Service and ICF International.

Holzapfel-Pschorn, A., R. Conrad, and W. Seiler (1985) "Production, Oxidation, and Emissions of Methane in Rice Paddies." *FEMS Microbiology Ecology,* 31:343-351.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2000) *Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories.* National Greenhouse Gas Inventories Programme, Intergovernmental Panel on Climate Change, Montreal. May 2000. IPCC-XVI/Doc. 10 (1.IV.2000).

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories.* Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency, Paris, France.

Kirstein, A. (2003 through 2004, 2006) Personal Communication. Arthur Kirstein, Coordinator, Agricultural Economic Development Program, Palm Beach County Cooperative Extension Service, FL and ICF International.

Klosterboer, A. (1997, 1999 through 2003) Personal Communication. Arlen Klosterboer, retired Extension Agronomist, Texas A&M University and ICF International. July 7, 2003.

Lancero, J. (2006 through 2010) Email correspondence. Jeff Lancero, California Air Resources Board and ICF International.

Lee, D. (2003 through 2007) Email correspondence. Danny Lee, OK Farm Service Agency and ICF International.

Lindau, C.W. and P.K. Bollich (1993) "Methane Emissions from Louisiana First and Ratoon Crop Rice." *Soil Science,* 156:42-48.

Lindau, C.W., P.K Bollich, and R.D. DeLaune (1995) "Effect of Rice Variety on Methane Emission from Louisiana Rice." *Agriculture, Ecosystems and Environment,* 54:109-114.

Linscombe, S. (1999, 2001 through 2012) Email correspondence. Steve Linscombe, Professor with the Rice Research Station at Louisiana State University Agriculture Center and ICF International.

Mayhew, W. (1997) Personal Communication. Walter Mayhew, University of Arkansas, Little Rock and Holly Simpkins, ICF Incorporated. November 24, 1997.

Mutters, C. (2001 through 2005) Personal Communication. Mr. Cass Mutters, Rice Farm Advisor for Butte, Glen, and Tehama Counties University of California, Cooperative Extension Service and ICF International.

Sacramento Valley Basinwide Air Pollution Control Council (2005, 2007) *Report on the Conditional Rice Straw Burning Permit Program.* Available online at <http://www.bcaqmd.org/default.asp?docpage=html/bcc.htm>.

Saichuk, J. (1997) Personal Communication. John Saichuk, Louisiana State University and Holly Simpkins, ICF Incorporated. November 24, 1997.

Sass, R.L., F.M Fisher, P.A. Harcombe, and F.T. Turner (1991a) "Mitigation of Methane Emissions from Rice Fields: Possible Adverse Effects of Incorporated Rice Straw." *Global Biogeochemical Cycles,* 5:275-287.

Sass, R.L., F.M. Fisher, F.T. Turner, and M.F. Jund (1991b) "Methane Emissions from Rice Fields as Influenced by Solar Radiation, Temperature, and Straw Incorporation." *Global Biogeochemical Cycles,* 5:335-350.

Sass, R.L., F.M. Fisher, P.A. Harcombe, and F.T. Turner (1990) "Methane Production and Emissions in a Texas Rice Field." *Global Biogeochemical Cycles,* 4:47-68.

Schueneman, T. (1997, 1999 through 2001) Personal Communication. Tom Schueneman, Agricultural Extension Agent, Palm Beach County, FL and ICF International.

Slaton, N. (1999 through 2001) Personal Communication. Nathan Slaton, Extension Agronomist—Rice, University of Arkansas Division of Agriculture Cooperative Extension Service and ICF International.

Stansel, J. (2004 through 2005) Email correspondence. Dr. Jim Stansel, Resident Director and Professor Emeritus, Texas A&M University Agricultural Research and Extension Center and ICF International.

Stevens, G. (1997) Personal Communication. Gene Stevens, Extension Specialist, Missouri Commercial Agriculture Program, Delta Research Center and Holly Simpkins, ICF Incorporated. December 17, 1997.

Street, J. (1997, 1999 through 2003) Personal Communication. Joe Street, Rice Specialist, Mississippi State University, Delta Research Center and ICF International.

Texas Agricultural Experiment Station (2007 through 2012) *Texas Rice Acreage by Variety.* Agricultural Research and Extension Center, Texas Agricultural Experiment Station, Texas A&M University System. Available online at <http://beaumont.tamu.edu/CropSurvey/CropSurveyReport.aspx>.

Texas Agricultural Experiment Station (2006) *2005 - Texas Rice Crop Statistics Report.* Agricultural Research and Extension Center, Texas Agricultural Experiment Station, Texas A&M University System, p. 8. Available online at <http://beaumont.tamu.edu/eLibrary/TRRFReport_default.htm>.

USDA (2005 through 2012) *Crop Production Summary.* National Agricultural Statistics Service, Agricultural Statistics Board, U.S. Department of Agriculture, Washington, DC. Available online at <http://usda.mannlib.cornell.edu>.

USDA (2003) *Field Crops, Final Estimates 1997-2002.* Statistical Bulletin No. 982. National Agricultural Statistics Service, Agricultural Statistics Board, U.S. Department of Agriculture, Washington, DC. Available online at <http://usda.mannlib.cornell.edu/usda/reports/general/sb/>. September 2005.

USDA (1998) *Field Crops Final Estimates 1992-1997.* Statistical Bulletin Number 947 a. National Agricultural Statistics Service, Agricultural Statistics Board, U.S. Department of Agriculture, Washington, DC. Available online at <http://usda.mannlib.cornell.edu/>. July 2001.

USDA (1994) *Field Crops Final Estimates 1987-1992.* Statistical Bulletin Number 896. National Agricultural Statistics Service, Agricultural Statistics Board, U.S. Department of Agriculture, Washington, DC. Available online at <http://usda.mannlib.cornell.edu/>. July 2001.

Walker, T. (2005, 2007 through 2008) Email correspondence. Tim Walker, Assistant Research Professor, Mississippi State University Delta Branch Exp. Station and ICF International.

Wilson, C. (2002 through 2007, 2009 through 2012) Personal Communication. Dr. Chuck Wilson, Rice Specialist at the University of Arkansas Cooperative Extension Service and ICF International.

## Agricultural Soil Management

AAPFCO (1995 through 2000a, 2002 through 2007) Commercial Fertilizers. Association of American Plant Food Control Officials. University of Kentucky. Lexington, KY.

AAPFCO (2008 through 2011b) Commercial Fertilizers. Association of American Plant Food Control Officials. University of Missouri. Columbia, MO.

Cibrowski, P. (1996) Personal Communication. Peter Cibrowski, Minnesota Pollution Control Agency and Heike Mainhardt, ICF Incorporated. July 29, 1996.

CTIC (2004) 2004 Crop Residue Management Survey. Conservation Technology Information Center. Available online at <http://www.ctic.purdue.edu/CRM/>.

Delgado, J.A., S.J. Del Grosso, and S.M. Ogle (2009) "15N isotopic crop residue cycling studies and modeling suggest that IPCC methodologies to assess residue contributions to N2O-N emissions should be reevaluated." Nutrient Cycling in Agroecosystems, DOI 10.1007/s10705-009-9300-9.

Del Grosso, S.J., W.J. Parton, C.A. Keough, and M. Reyes-Fox. (2011) Special features of the DayCent modeling package and additional procedures for parameterization, calibration, validation, and applications, in Methods of Introducing System Models into Agricultural Research, L.R. Ahuja and Liwang Ma, editors, p. 155-176, American Society of Agronomy, Crop Science Society of America, Soil Science Society of America, Madison, WI. USA.

Del Grosso, S.J., S.M. Ogle, W.J. Parton, and F.J. Breidt (2010) "Estimating Uncertainty in N2O Emissions from US Cropland Soils." Global Biogeochemical Cycles, 24, GB1009, doi:10.1029/2009GB003544.

Del Grosso, S.J., T. Wirth, S.M. Ogle, W.J. Parton (2008) Estimating agricultural nitrous oxide emissions. EOS 89, 529-530.

Del Grosso, S.J., A.R. Mosier, W.J. Parton, and D.S. Ojima (2005) "DAYCENT Model Analysis of Past and Contemporary Soil N2O and Net Greenhouse Gas Flux for Major Crops in the USA." Soil Tillage and Research, 83: 9-24. doi: 10.1016/j.still.2005.02.007.

Del Grosso, S.J., W.J. Parton, A.R. Mosier, M.D. Hartman, J. Brenner, D.S. Ojima, and D.S. Schimel (2001) "Simulated Interaction of Carbon Dynamics and Nitrogen Trace Gas Fluxes Using the DAYCENT Model." In Schaffer, M., L. Ma, S. Hansen, (eds.); Modeling Carbon and Nitrogen Dynamics for Soil Management. CRC Press. Boca Raton, Florida. 303-332.

Edmonds, L., N. Gollehon, R.L. Kellogg, B. Kintzer, L. Knight, C. Lander, J. Lemunyon, D. Meyer, D.C. Moffitt, and J. Schaeffer (2003) "Costs Associated with Development and Implementation of Comprehensive Nutrient Management Plans." Part 1. Nutrient Management, Land Treatment, Manure and Wastewater Handling and Storage, and Recordkeeping. Natural Resource Conservation Service, U.S. Department of Agriculture.

EPA (2003) Clean Watersheds Needs Survey 2000—Report to Congress, U.S. Environmental Protection Agency. Washington, DC. Available online at <http://www.epa.gov/owm/mtb/cwns/2000rtc/toc.htm>.

EPA (1999) Biosolids Generation, Use and Disposal in the United States. Office of Solid Waste, U.S. Environmental Protection Agency. Available online at <http://biosolids.policy.net/relatives/18941.PDF>.

EPA (1993) Federal Register. Part II. Standards for the Use and Disposal of Sewage Sludge; Final Rules. U.S. Environmental Protection Agency, 40 CFR Parts 257, 403, and 503.

Gurung, R.B., F.J. Breidt, A. Dutin, and S.M. Ogle (2009) Predicting Enhanced Vegetation Index (EVI) for ecosystem modeling applications. Remote Sensing of Environment 113:2186-2193.

ILENR (1993) Illinois Inventory of Greenhouse Gas Emissions and Sinks: 1990. Office of Research and Planning, Illinois Department of Energy and Natural Resources. Springfield, IL.

IPCC (2006) 2006 IPCC Guidelines for National Greenhouse Gas Inventories. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

McFarland, M.J. (2001) Biosolids Engineering, New York: McGraw-Hill, p. 2.12.

McGill, W.B., and C.V. Cole (1981) Comparative aspects of cycling of organic C, N, S and P through soil organic matter. Geoderma 26:267-286.

Mesinger, F., G. DiMego, E. Kalnay, K. Mitchell, P. C. Shafran, W. Ebisuzaki, D. Jovic, J. Woollen, E. Rogers, E. H. Berbery, M. B. Ek, Y. Fan, R. Grumbine, W. Higgins, H. Li, Y. Lin, G. Manikin, D. Parrish, and W. Shi (2006) North American regional reanalysis. Bulletin of the American Meteorological Society 87:343-360.

NASS (2004) Agricultural Chemical Usage: 2003 Field Crops Summary. Report AgCh1(04)a, National Agricultural Statistics Service, U.S. Department of Agriculture. Available online at <http://usda.mannlib.cornell.edu/reports/nassr/other/pcu-bb/agcs0504.pdf>.

NASS (1999) Agricultural Chemical Usage: 1998 Field Crops Summary. Report AgCh1(99). National Agricultural Statistics Service, U.S. Department of Agriculture. Available online at <http://usda.mannlib.cornell.edu/reports/nassr/other/pcu-bb/agch0599.pdf>.

NASS (1992) Agricultural Chemical Usage: 1991 Field Crops Summary. Report AgCh1(92). National Agricultural Statistics Service, U.S. Department of Agriculture. Available online at <http://usda.mannlib.cornell.edu/reports/nassr/other/pcu-bb/agch0392.txt>.

NEBRA (2007) A National Biosolids Regulation, Quality, End Use & Disposal Survey.  North East Biosolids and Residuals Association, July 21, 2007

NFA (1946) "Charting the Fertilizer Course: Results of NFA's Third Practice Survey." National Fertilizer Association.  The Fertilizer Review.  Vol. XXI, 2:7-13.

Noller, J. (1996) Personal Communication. John Noller, Missouri Department of Natural Resources and Heike Mainhardt, ICF Incorporated.  July 30, 1996.

Nusser, S.M., J.J. Goebel  (1997)  The national resources inventory: a long term monitoring programme. Environmental and Ecological Statistics, 4, 181-204.

Oregon Department of Energy (1995) Report on Reducing Oregon's Greenhouse Gas Emissions: Appendix D Inventory and Technical Discussion.  Oregon Department of Energy. Salem, OR.

Parton, W.J., M.D. Hartman, D.S. Ojima, and D.S. Schimel (1998) "DAYCENT: Its Land Surface Submodel: Description and Testing".  Glob. Planet. Chang. 19: 35-48.

Potter, C. S., J.T. Randerson, C.B. Fields, P.A. Matson, P.M. Vitousek, H.A. Mooney, and S.A. Klooster. (1993) "Terrestrial ecosystem production: a process model based on global satellite and surface data." Global Biogeochemical Cycles 7:811-841.

Potter, C., S. Klooster, A. Huete, and V. Genovese (2007) Terrestrial carbon sinks for the United States predicted from MODIS satellite data and ecosystem modeling.  Earth Interactions 11, Article No. 13, DOI 10.1175/EI228.1.

Ruddy B.C., D.L. Lorenz, and D.K. Mueller (2006) County-level estimates of nutrient inputs to the land surface of the conterminous United States, 1982-2001. Scientific Investigations Report  2006-5012. US Department of the Interior.

Soil Survey Staff, Natural Resources Conservation Service, United States Department of Agriculture. (2005) State Soil Geographic (STATSGO) Database for State.  Available online at <http://www.ncgc.nrcs.usda.gov/products/datasets/statsgo/index.html>.

Towery, D. (2001) Personal Communication. Dan Towery regarding adjustments to the CTIC (1998) tillage data to reflect long-term trends, Conservation Technology Information Center, West Lafayette, IN, and Marlen Eve, National Resource Ecology Laboratory, Fort Collins, CO. February 2001.

TVA (1991 through 1992a, 1993 through 1994) Commercial Fertilizers. Tennessee Valley Authority, Muscle Shoals, AL.

USDA-ERS (1997) Cropping Practices Survey Data—1995.  Economic Research Service, United States Department of Agriculture.  Available online at <http://www.ers.usda.gov/data/archive/93018/>.

USDA-ERS (2011)  Agricultural Resource Management Survey (ARMS) Farm Financial and Crop Production Practices: Tailored Reports. Online at: http://ers.usda.gov/Data/ARMS/CropOverview.htm.

USDA-NRCS (2009) Summary Report: 2007 National Resources Inventory, Natural Resources Conservation Service, Washington, DC, and Center for Survey Statistics and Methodology, Iowa State University, Ames, Iowa, http://www.nrcs.usda.gov/technical/NRI/2007/2007_NRI_Summary.pdf.

Vogelman, J.E., S.M. Howard, L. Yang, C. R. Larson, B. K. Wylie, and J. N. Van Driel (2001) "Completion of the 1990's National Land Cover Data Set for the conterminous United States." Photogrammetric Engineering and Remote Sensing, 67:650-662.

Wisconsin Department of Natural Resources (1993) Wisconsin Greenhouse Gas Emissions: Estimates for 1990. Bureau of Air Management, Wisconsin Department of Natural Resources, Madison, WI.

# Field Burning of Agricultural Residues

Anderson, M. (2008 through 2012) Email correspondence. Monte Anderson, Oklahoma Farm Service Agency and ICF International. July 12, 2010.

Ashman (2008) Email communication. Janet Ashman, Hawaii Agriculture Research Center and Victoria Thompson, ICF International. Ms. Ashman cited an August 2004 report prepared for the U.S. Dept. of Energy by the Hawaiian Commercial & Sugar Co., "Closed-Loop Biomass Co-Firing--Pilot-Scale and Full-Scale Test Results."

Barnard, G., and L. Kristoferson (1985) *Agricultural Residues as Fuel in the Third World*. Earthscan Energy Information Programme and the Beijer Institute of the Royal Swedish Academy of Sciences. London, England.

Cantens, G. (2004 through 2005) Personal Communication. Janet Lewis, Assistant to Gaston Cantens, Vice President of Corporate Relations, Florida Crystals Company and ICF International.

Cibrowski, P. (1996) Personal Communication. Peter Cibrowski, Minnesota Pollution Control Agency and Heike Mainhardt, ICF Incorporated. July 29, 1996.

Deren, C. (2002) Personal communication. Dr. Chris Deren, Everglades Research and Education Centre at the University of Florida and Caren Mintz, ICF International. August 15, 2002.

EPA (1994) *International Anthropogenic Methane Emissions: Estimates for 1990, Report to Congress*. EPA 230-R-93-010. Office of Policy Planning and Evaluation, U.S. Environmental Protection Agency, Washington, DC.

EPA (1992) *Prescribed Burning Background Document and Technical Information Document for Prescribed Burning Best Available Control Measures*. Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency. Research Triangle Park, NC. EPA-450/2-92-003.

Gonzalez, R. (2007 through 2012) Email correspondence. Rene Gonzalez, Plant Manager, Sem-Chi Rice Company and ICF International.

Guethle, D. (2007-2010) Email correspondence. David Guethle, Agronomy Specialist, Missouri Cooperative Extension Service and Sarah Menassian, ICF International. July 20, 2009.

Huang, Y., W. Zhang, W. Sun, and X. Zheng (2007) "Net Primary Production of Chinese Croplands from 1950 to 1999." *Ecological Applications*, 17(3):692-701.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2000) *Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories*. Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, Montreal, IPCC-XVI/Doc. 10 (1.IV.2000). May 2000.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories*. Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency, Paris, France.

Jenkins, B.M., S.Q. Turn, and R.B. Williams (1992) "Atmospheric emissions from agricultural burning in California: determination of burn fractions, distribution factors, and crop specific contributions." *Agriculture, Ecosystems and Environment* 38:313-330.

Kinoshita, C.M. (1988) "Composition and processing of burned and unburned cane in Hawaii." *Intl. Sugar Jnl.* 90:1070, 34-37.

Kirstein, A. (2003 through 2004) Personal Communication. Arthur Kirstein, Coordinator, Agricultural Economic Development Program, Palm Beach County Cooperative Extension Service, Florida and ICF International.

Lachnicht, S.L., P.F. Hendrix, R.L. Potter, D.C. Coleman, and D.A. Crossley Jr. (2004) "Winter decomposition of transgenic cotton residue in conventional-till and no-till systems." *Applied Soil Ecology*, 27:135-142.

Lee, D. (2003 through 2007) Email correspondence. Danny Lee, OK Farm Service Agency and ICF International.

McCarty, J.L. (2010) Agricultural Residue Burning in the Contiguous United States by Crop Type and State. Geographic Information Systems (GIS) Data provided to the EPA Climate Change Division by George Pouliot, Atmospheric Modeling and Analysis Division, EPA. Dr. McCarty's research was supported by the NRI Air Quality Program of the Cooperative State Research, Education, and Extension Service, USDA, under Agreement No. 20063511216669 and the NASA Earth System Science Fellowship.

McCarty, J.L. (2009) *Seasonal and Interannual Variability of Emissions from Crop Residue Burning in the Contiguous United States.* Dissertation. University of Maryland, College Park.

Schueneman, T. (1999-2001) Personal Communication. Tom Schueneman, Agricultural Extension Agent, Palm Beach County, FL and ICF International. July 30, 2001.

Schueneman, T.J. and C.W. Deren (2002) "An Overview of the Florida Rice Industry." SS-AGR-77, Agronomy Department, Florida Cooperative Extension Service, Institute of Food and Agricultural Sciences, University of Florida. Revised November 2002.

Strehler, A., and W. Stützle (1987) "Biomass Residues." In Hall, D.O. and Overend, R.P. (eds.) *Biomass.* John Wiley and Sons, Ltd. Chichester, UK.

Turn, S.Q., B.M. Jenkins, J.C. Chow, L.C. Pritchett, D. Campbell, T. Cahill, and S.A. Whalen (1997) "Elemental characterization of particulate matter emitted from biomass burning: Wind tunnel derived source profiles for herbaceous and wood fuels." *Journal of Geophysical Research* 102(D3):3683-3699.

USDA (2012) Quick Stats: U.S. & All States Data; Crops; Production and Area Harvested; 1990 - 2011. National Agricultural Statistics Service, U.S. Department of Agriculture. Washington, DC. U.S. Department of Agriculture, National Agricultural Statistics Service. Washington, D.C., Available online at <http://quickstats.nass.usda.gov/>.

Walker, T. (2008) Email correspondence. Tim Walker, Assistant Research Professor, Mississippi State University Delta Branch Exp. Station and Sarah Menassian, ICF International. July 25, 2008.

# Land Use, Land-Use Change, and Forestry

IPCC (2003) *Good Practice Guidance for Land Use, Land-Use Change, and Forestry.* The Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, J. Penman, et al., eds. August 13, 2004. Available online at <http://www.ipcc-nggip.iges.or.jp/public/gpglulucf/gpglulucf.htm>.

## Representation of the U.S. Land Base

Alaska Department of Natural Resources (2006) Alaska Infrastructure 1:63,360. Available online at <http://dnr.alaska.gov/SpatialUtility/SUC?cmd=extract&layerid=75>

Alaska Interagency Fire Management Council (1998) Alaska Interagency Wildland Fire Management Plan. Available online at <http://agdc.usgs.gov/data/blm/fire/index.html>

ESRI (2008) ESRI Data & Maps. Redlands, CA: Environmental Systems Research Institute. [CD-ROM]

Fry, J., Xian, G., Jin, S., Dewitz, J., Homer, C., Yang, L., Barnes, C., Herold, N., and J. Wickham. (2011) Completion of the 2006 National Land Cover Database for the Conterminous United States, *PE&RS,* Vol. 77(9):858-864.

Homer, C., J. Dewitz, J. Fry, M. Coan, N. Hossain, C. Larson, N. Herold, A. McKerrow, J.N. VanDriel and J. Wickham. 2007. Completion of the 2001 National Land Cover Database for the Conterminous United States, Photogrammetric Engineering and Remote Sensing, Vol. 73, No. 4, pp 337-341.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

U.S. Department of Interior (2005) *Federal Lands of the United States*. National Atlas of the United States, U.S. Department of the Interior, Washington DC. Available online at <http://nationalatlas.gov/atlasftp.html?openChapters=chpbound#chpbound>.

Nusser, S.M. and J.J. Goebel (1997) "The national resources inventory: a long-term multi-resource monitoring programme." *Environmental and Ecological Statistics* 4:181-204.

Smith, W.B., P.D. Miles, C.H. Perry, and S.A. Pugh (2009) *Forest Resources of the United States, 2007*. Gen. Tech. Rep. WO-78. U.S. Department of Agriculture Forest Service, Washington, DC.

U.S. Census Bureau (2010) Topologically Integrated Geographic Encoding and Referencing (TIGER) system shapefiles. U.S. Census Bureau, Washington, DC. Available online at <http://www.census.gov/geo/www/tiger>.

U.S. Department of Agriculture (2011) County Data - Livestock, 1990-2011. US Department of Agriculture, National Agriculture Statistics Service, Washington, DC.

# Forest Land Remaining Forest Land: Changes in Forest Carbon Stocks

AF&PA. (2006a and earlier) Statistical roundup. (Monthly). Washington, DC: American Forest & Paper Association.

AF&PA. (2006b and earlier) Statistics of paper, paperboard and wood pulp. Washington, DC: American Forest & Paper Association.

Amichev, B. Y. and J. M. Galbraith (2004) "A Revised Methodology for Estimation of Forest Soil Carbon from Spatial Soils and Forest Inventory Data Sets." *Environmental Management* 33(Suppl. 1):S74-S86.

Barlaz, M.A. (1998) "Carbon storage during biodegradation of municipal solid waste components in laboratory-scale landfills." *Global Biogeochemical Cycles* 12 (2):373-380.

Bechtold, W.A.; Patterson, P.L. (2005) The enhanced forest inventory and analysis program—national sampling design and estimation procedures. Gen. Tech. Rep. SRS-80. Asheville, NC: US Department of Agriculture Forest Service, Southern Research Station. 85 p.

Birdsey, R.A., and L.S. Heath (1995) "Carbon Changes in U.S. Forests." In *Productivity of America's Forests and Climate Change*. Gen. Tech. Rep. RM-271. Rocky Mountain Forest and Range Experiment Station, Forest Service, U.S. Department of Agriculture. Fort Collins, CO, 56-70.

Birdsey, R. (1996) "Carbon Storage for Major Forest Types and Regions in the Conterminous United States." In R.N. Sampson and D. Hair, (eds); *Forest and Global Change, Volume 2: Forest Management Opportunities for Mitigating Carbon Emissions*. American Forests. Washington, DC, 1-26 and 261-379 (appendices 262 and 263).

Birdsey, R., and L. S. Heath (2001) "Forest Inventory Data, Models, and Assumptions for Monitoring Carbon Flux." In *Soil Carbon Sequestration and the Greenhouse Effect*. Soil Science Society of America. Madison, WI, 125-135.

Birdsey, R. A., and G. M. Lewis (2003) "Current and Historical Trends in Use, Management, and Disturbance of U.S. Forestlands." In J. M. Kimble, L. S. Heath, R. A. Birdsey, and R. Lal, editors. *The Potential of U.S. Forest Soils to Sequester Carbon and Mitigate the Greenhouse Effect*. CRC Press, New York, 15-34.

Domke, G.M., J.E. Smith, and C.W. Woodall. (2011) Accounting for density reduction and structural loss in standing dead trees: Implications for forest biomass and carbon stock estimates in the United States. *Carbon Balance and Management*. 6:14.

Domke, G.M., Woodall, C.W., Walters, B.F., Smith, J.E. In preparation. From models to measurements: comparing down dead wood carbon stock estimates in the U.S. forest inventory. Intended outlet: Forest Ecology and Management.

Eleazer, W.E., W.S. Odle, III, Y.S. Wang, and M.A. Barlaz (1997) "Biodegradability of municipal solid waste components in laboratory-scale landfills." *Env. Sci. Tech.* 31(3):911-917.

EPA (2012) *Inventory of U. S. Greenhouse Gas Emissions and Sinks: 1990–2010*. EPA, Office of Atmospheric Programs. Washington, DC.

EPA (2006) *Municipal solid waste in the United States: 2005 Facts and figures*. Office of Solid Waste, U.S. Environmental Protection Agency. Washington, DC. (5306P) EPA530-R-06-011. Available online at <http://www.epa.gov/msw/msw99.htm>.

Frayer, W.E., and G.M. Furnival (1999) "Forest Survey Sampling Designs: A History." *Journal of Forestry* 97(12): 4-10.

Freed, R. (2004) Open-dump and Landfill timeline spreadsheet (unpublished). ICF International. Washington, DC.

Hair. D. and A.H. Ulrich (1963) The Demand and price situation for forest products – 1963. U.S. Department of Agriculture Forest Service, Misc Publication No. 953. Washington, DC.

Hair, D. (1958) "Historical forestry statistics of the United States." Statistical Bull. 228. U.S. Department of Agriculture Forest Service, Washington, DC.

Harmon, M.E., C.W. Woodall, B. Fasth, J. Sexton, M. Yatkov. (2011) Differences between standing and downed dead tree wood density reduction factors: A comparison across decay classes and tree species. Res. Paper. NRS-15. Newtown Square, PA: U.S. Department of Agriculture, Forest Service, Northern Research Station. 40 p.

Heath, L.S., J.E., Smith, and R.A. Birdsey (2003) Carbon Trends in U. S. Forestlands: A Context for the Role of Soils in Forest Carbon Sequestration. In J. M. Kimble, L. S. Heath, R. A. Birdsey, and R. Lal, editors. *The Potential of U. S. Forest Soils to Sequester Carbon and Mitigate the Greenhouse Effect*. Lewis Publishers (CRC Press). Boca Raton, FL, 35-45.

Heath, L. S., and J.E. Smith (2000) "Soil Carbon Accounting and Assumptions for Forestry and Forest-related Land Use Change." In *The Impact of Climate Change on America's Forests*. Joyce, L.A., and Birdsey, R.A. Gen. Tech. Rep. RMRS-59. Rocky Mountain Research Station, Forest Service, U.S. Department of Agriculture. Fort Collins, CO, 89-101.

Heath, L. S., J. E. Smith, C. W. Woodall, D. L. Azuma, and K. L. Waddell (2011) Carbon stocks on forestlands of the United States, with emphasis on USDA Forest Service ownership. *Ecosphere* 2(1), article 6, 21 p.

Howard, James L. (2003) *U.S. timber production, trade, consumption, and price statistics 1965 to 2002*. Res. Pap. FPL-RP-615. Madison, WI: USDA, Forest Service, Forest Products Laboratory. Available online at <http://www.fpl.fs.fed.us/documnts/fplrp/fplrp615/fplrp615.pdf>.

Howard, James L. (2007) *U.S. timber production, trade, consumption, and price statistics 1965 to 2005*. Res. Pap. FPL-RP-637. Madison, WI: USDA, Forest Service, Forest Products Laboratory.

Howard, James L. (Forthcoming) *U.S. timber production, trade, consumption, and price statistics 1965 to 2011*. Res. Pap. FPL-RP. Madison, WI: USDA, Forest Service, Forest Products Laboratory.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2003) *Good Practice Guidance for Land Use, Land-Use Change, and Forestry*. The Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, J. Penman, et al., eds. August 13, 2004. Available online at <http://www.ipcc-nggip.iges.or.jp/public/gpglulucf/gpglulucf.htm>.

IPCC/UNEP/OECD/IEA (1997) *Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories*. Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency. Paris, France.

Jenkins, J.C., D.C. Chojnacky, L.S. Heath, and R.A. Birdsey (2003) "National-scale biomass estimators for United States tree species." *Forest Science* 49(1):12-35.

Johnson, D. W., and P. S. Curtis (2001) "Effects of Forest Management on Soil C and N Storage: Meta Analysis." *Forest Ecology and Management* 140:227-238.

Melosi, M. (2000) *The Sanitary City*. Johns Hopkins University Press. Baltimore, MD.

Melosi, M. (1981) *Garbage in The Cities: Refuse Reform and the Environment: 1880-1980*. Texas A&M Press.

Micales, J.A. and K.E. Skog (1997) "The decomposition of forest products in landfills." *International Biodeterioration & Biodegradation*. 39(2-3):145-158.

National Association of State Foresters (2007a)  State Forestry Statistics 1998 Report.  Available online at <http://www.stateforesters.org/statistics/FY98_Statistics/Resource%20Base.htm>.  March 2008.

National Association of State Foresters (2007b)  State Forestry Statistics 2002 Report.  Available online at <http://www.stateforesters.org/statistics/FY02_Statistics/2002%20Stat%20Resource%20Base.pdf>.  March 2008.

National Association of State Foresters (2007c)  State Forestry Statistics 2004 Report.  Available online at <http://www.stateforesters.org/statistics/FY04_Statistics/FY2004Statistics.pdf>.  March 2008.

Perry, C.H., C.W. Woodall, and M. Schoenberger (2005) Inventorying trees in agricultural landscapes: towards an accounting of "working trees". In: "Moving Agroforestry into the Mainstream." *Proc. 9th N. Am. Agroforestry Conf.*, Brooks, K.N. and Ffolliott, P.F. (eds). 12-15 June 2005, Rochester, MN [CD-ROM]. Dept. of Forest Resources, Univ. Minnesota, St. Paul, MN, 12 p. Available online at <http://cinram.umn.edu/afta2005/>. (verified 23 Sept 2006).

Phillips, D.L., S.L. Brown, P.E. Schroeder, and R.A. Birdsey (2000) "Toward Error Analysis of Large-Scale Forest Carbon Budgets." *Global Ecology and Biogeography* 9:305-313.

Skog, K.E., and G.A. Nicholson (1998) "Carbon Cycling Through Wood Products: The Role of Wood and Paper Products in Carbon Sequestration." *Forest Products Journal* 48:75-83.

Skog, K.E., K. Pingoud, and J.E. Smith (2004) "A method countries can use to estimate changes in carbon stored in harvested wood products and the uncertainty of such estimates." *Environmental Management* 33(Suppl. 1):S65-S73.

Skog, K.E. (2008) "Sequestration of carbon in harvested wood products for the United States." *Forest Products Journal* 58:56-72.

Smith, J.E., and L.S. Heath (2002) "A model of forest floor carbon mass for United States forest types." Res. Paper NE-722. USDA Forest Service, Northeastern Research Station, Newtown Square, PA.

Smith, J.E., and L.S.Heath (2010) "Exploring the assumed invariance of implied emission factors for forest biomass in greenhouse gas inventories."  *Environmental Science & Policy* 13:55-62.

Smith, J. E., L. S. Heath, and J. C. Jenkins (2003) *Forest Volume-to-Biomass Models and Estimates of Mass for Live and Standing Dead Trees of U.S. Forests.* General Technical Report NE-298, USDA Forest Service, Northeastern Research Station, Newtown Square, PA.

Smith, J. E., L. S. Heath, and P. B. Woodbury (2004) "How to estimate forest carbon for large areas from inventory data." *Journal of Forestry* 102:25-31.

Smith, W. B., P. D. Miles, C. H. Perry, and S. A. Pugh (2009) *Forest Resources of the United States, 2007*. General Technical Report WO-78, U.S. Department of Agriculture Forest Service, Washington Office.

Smith, J.E., L.S. Heath, and M.C. Nichols (2010)  U.S. Forest Carbon Calculation Tool User's Guide: Forestland Carbon Stocks and Net Annual Stock Change.  General Technical Report NRS-13 revised, U.S. Department of Agriculture Forest Service, Northern Research Station,  34p.

Steer, Henry B. (1948) *Lumber production in the United States*. Misc. Pub. 669, U.S. Department of Agriculture Forest Service. Washington, DC.

Ulrich, Alice (1985) *U.S. Timber Production, Trade, Consumption, and Price Statistics 1950-1985*. Misc. Pub. 1453, U.S. Department of Agriculture Forest Service. Washington, DC.

Ulrich, A.H. (1989) *U.S. Timber Production, Trade, Consumption, and Price Statistics, 1950-1987*. USDA Miscellaneous Publication No. 1471, U.S. Department of Agriculture Forest Service. Washington, DC, 77.

USDC Bureau of Census (1976) *Historical Statistics of the United States, Colonial Times to 1970, Vol. 1*. Washington, DC.

USDA Forest Service (2012a) Forest Inventory and Analysis National Program: Program Features. U.S. Department of Agriculture Forest Service. Washington, DC. Available online at < http://fia.fs.fed.us/program-features/>. Accessed 19 October 2012.

USDA Forest Service. (2012b) Forest Inventory and Analysis National Program: FIA Data Mart. U.S. Department of Agriculture Forest Service. Washington, DC. Available online at <http://apps.fs.fed.us/fiadb-downloads/datamart.html>. Accessed 19 October 2012.

USDA Forest Service (2012c) Forest Inventory and Analysis National Program, FIA library: Field Guides, Methods and Procedures. U.S. Department of Agriculture Forest Service. Washington, DC. Available online at <http://www.fia.fs.fed.us/library/field-guides-methods-proc/>. Accessed 19 October 2012.

USDA Forest Service (2012d) Forest Inventory and Analysis National Program, FIA library: Database Documentation. U.S. Department of Agriculture, Forest Service, Washington Office.  Available online at < http://fia.fs.fed.us/library/database-documentation/ >. Accessed 19 October 2012.

USDA Forest Service (2008) Forest Inventory and Analysis National Program, FIA library: Database Documentation. U.S. Department of Agriculture, Forest Service, Washington Office.  Available online at < http://www.fia.fs.fed.us/library/database-documentation/ >. Accessed 15 December 2009.

USDA Forest Service (1992) "1984-1990 Wildfire Statistics." Prepared by State and Private Forestry Fire and Aviation Management Staff. Facsimile from Helene Cleveland, USDA Forest Service, to ICF International. January 30, 2008.

USDA (1991) *State Soil Geographic (STATSG0) Data Base Data use information*. Miscellaneous Publication Number 1492, National Soil Survey Center, Natural Resources Conservation Service, U.S. Department of Agriculture, Fort Worth, TX.

Waddell, K., and B. Hiserote. (2005) The PNW-FIA Integrated Database User Guide: A database of forest inventory information for California, Oregon, and Washington. Forest Inventory and Analysis Program, Pacific Northwest Research Station, Portland, Oregon, USA.Woodall, C.W., Amacher, M.C., Bechtold, W.A., Coulston, J.W., Jovan, S., Perry, C.H., Randolph, K.C., Schulz, B.K., Smith, G.C., Tkacz, B, and Will-Wolf, S. (2011) "Status and future of the forest health indicators program of the USA" *Environmental Monitoring and Assessment*, 177:419-436.

Woodall, C.W., and V.J. Monleon (2008) Sampling protocol, estimation, and analysis procedures for the down woody materials indicator of the FIA program. Gen. Tech. Rep. NRS-22. Newtown Square, PA: U.S. Department of Agriculture, Forest Service, Northern Research Station. 68 p.

Woodall, C.W., B.L. Conkling, M.C. Amacher, J.W. Coulston, S. Jovan, C.H. Perry, B. Schulz, G.C. Smith, S. Will Wolf. (2010).. The Forest Inventory and Analysis Database Version 4.0: Database Description and Users Manual for Phase 3. Gen. Tech. Rep. NRS-61. Newtown Square, PA: U.S. Department of Agriculture, Forest Service, Northern Research Station. 180 p.

Woodall, C.W., Walters, B.F., Oswalt, S.N., Domke, G.M., Toney, C., Gray, A.N.  In Review.  Biomass and carbon attributes of downed woody materials in forests of the United States.  Forest Ecology and Management.

Woodall, C.W., L.S. Heath, G.M. Domke, and M.C. Nichols. (2011a)  Methods and equations for estimating aboveground volume, biomass, and carbon for trees in the U.S. forest inventory, 2010.  Gen. Tech. Rep.  NRS-88. Newtown Square, PA: U.S. Department of Agriculture, Forest Service, Northern Research Station.  30 p.

Woodall, C.W., Domke, G.M., MacFarlane, D.W., Oswalt, C.M. (In Press) Comparing Field- and Model-Based Standing Dead Tree Carbon Stock Estimates Across Forests of the United States. *Forestry*.

Woodall, C.W., Amacher, M.C., Bechtold, W.A., Coulston, J.W., Jovan, s., Perry, C.H., Randolph, K.C., Schulz, B.K., Smith, G.C., Tkacz, B., Will-Wolf, S. (2011b)  Status and future of the forest health indicators program of the United States. *Environmental Monitoring and Assessment*.  177: 419-436.

Woodbury, P.B., Heath, L.S., and Smith, J.E. (2006) "Land Use Change Effects on Forest Carbon Cycling Throughout the Southern United States." *Journal of Environmental Quality*, 35:1348-1363.

Woodbury, P.B., L.S. Heath, and J.E. Smith (2007) Effects of land use change on soil carbon cycling in the conterminous United States from 1900 to 2050, *Global Biogeochem. Cycles*, 21, GB3006, doi:10.1029/2007GB002950.

Woudenberg, S.W.; Conkling, B.L.; O'Connell, B.M.; LaPoint, E.B.; Turner, J.A.; Waddell, K.L. (2010) The Forest Inventory and Analysis Database: Database description and users manual version 4.0 for Phase 2. Gen. Tech. Rep. RMRS-GTR- 245. Fort Collins, CO: U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station. 339.

## Forest Land Remaining Forest Land: Non-CO2 Emissions from Forest Fires

Alaska Department of Natural Resources (2008) Division of Forestry. "Fire Statistics." Available online at <http://forestry.alaska.gov/firestats/>. October 2008.

Alaska Interagency Coordination Center (AICC) (2012) "2011 Fire Season Statistics." Available online at <http://fire.ak.blm.gov/content/aicc/stats/2011.pdf>.

Heath, L. (2008) Phone communication between Kim Klunich, EPA, and Linda Heath, USDA Forest Service. November 24, 2008.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2003) *Good Practice Guidance for Land Use, Land-Use Change, and Forestry*. The Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, J. Penman, et al., eds. August 13, 2004. Available online at <http://www.ipcc-nggip.iges.or.jp/public/gpglulucf/gpglulucf.htm>.

National Association of State Foresters (1998) State Forestry Statistics 1998 Report. Available online at <http://www.stateforesters.org/files/1998ResourceBase.pdf >. October 2008.

National Association of State Foresters (2002) State Forestry Statistics 2002 Report. Available online at <http://www.stateforesters.org/files/2002_20Stat_20Resource_20Base.pdf >. October 2008.

National Association of State Foresters (2004) State Forestry Statistics 2004 Report. Available online at <http://www.stateforesters.org/files/FY2004Statistics.pdf >. October 2008.

National Association of State Foresters (2008) State Forestry Statistics 2006 Report. Available online at <http://www.stateforesters.org/files/2006%20State%20Forestry%20Statistics-Web-Final.pdf>. February 2009.

National Association of State Foresters (2011) State Forestry Statistics Spreadsheet. Available online at <http://www.stateforesters.org/publication-type/stats>. November 2011.

National Interagency Fire Center (2012) "Fire Information—Wildland Fire Statistics. Prescribed Fires (1998-2011) and Wildland Fires and Acres (1960-2011)." Available online at <http://www.nifc.gov/fireInfo/fireInfo_statistics.html >. November 2012.

Smith, J. (2009) E-mail correspondence between Jean Kim, ICF, and Jim Smith, USDA Forest Service, January 30, 2009.

Smith, J. (2008a) E-mail correspondence between Jean Kim, ICF, and Jim Smith, USDA Forest Service, December 3, 2008.

Smith, J. (2008b) E-mail correspondence between Jean Kim, ICF, and Jim Smith, USDA Forest Service, December 8, 2008.

Smith, J. (2008c) E-mail correspondence between Jean Kim, ICF, and Jim Smith, USDA Forest Service, December 16, 2008.

USDA Forest Service (2010a) Forest Inventory and Analysis National Program: User Information. U.S. Department of Agriculture Forest Service. Washington, DC. Available online at <http://fia.fs.fed.us/tools-data/docs/default.asp>. Accessed 07 October 2010.

USDA Forest Service. (2010b) Forest Inventory and Analysis National Program: FIA Data Mart. U.S. Department of Agriculture Forest Service. Washington, DC. Available online at <http://199.128.173.17/fiadb4-downloads/datamart.html>. Accessed 07 October 2010.

USDA Forest Service. (2010c) Forest Inventory and Analysis National Program, FIA library: Field Guides, Methods and Procedures. U.S. Department of Agriculture Forest Service. Washington, DC. Available online at <http://www.fia.fs.fed.us/library/field-guides-methods-proc/>. Accessed 07 October 2010.

USDA Forest Service (2010d) Forest Inventory and Analysis National Program, FIA library: Database Documentation. U.S. Department of Agriculture Forest Service, Washington Office. Available online at <http://fia.fs.fed.us/library/database-documentation/>. Accessed 07 October 2010.

USDA Forest Service (1992) "1984-1990 Wildfire Statistics." Prepared by State and Private Forestry Fire and Aviation Management Staff. Facsimile from Helene Cleveland, USDA Forest Service, to ICF International. January 30, 2008.

# Forest Land Remaining Forest Land: $N_2O$ Fluxes from Soils

Albaugh, T.J., Allen, H.L., Fox, T.R. (2007) Historical Patterns of Forest Fertilization in the Southeastern United States from 1969 to 2004. Southern Journal of Applied Forestry, 31, 129-137(9).

Binkley, D. (2004) Email correspondence regarding the 95% CI for area estimates of southern pine plantations receiving N fertilizer (±20%) and the rate applied for areas receiving N fertilizer (100 to 200 pounds/acre). Dan Binkley, Department of Forest, Rangeland, and Watershed Stewardship, Colorado State University and Stephen Del Grosso, Natural Resource Ecology Laboratory, Colorado State University. September 19, 2004.

Binkley, D., R. Carter, and H.L. Allen (1995) Nitrogen Fertilization Practices in Forestry. In: *Nitrogen Fertilization in the Environment*, P.E. Bacon (ed.), Marcel Decker, Inc., New York.

Briggs, D. (2007) *Management Practices on Pacific Northwest West-Side Industrial Forest Lands, 1991-2005: With Projections to 2010.* Stand Management Cooperative, SMC Working Paper Number 6, College of Forest Resources, University of Washington, Seattle.

Fox, T.R., H. L.Allen, T.J. Albaugh, R. Rubilar, and C.A. Carlson (2007) Tree Nutrition and Forest Fertilization of Pine Plantations in the Southern United States. Southern Journal of Applied Forestry. 31, 5-11.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

USDA Forest Service (2001) *U.S. Forest Facts and Historical Trends*. FS-696. U.S. Department of Agriculture Forest Service, Washington, DC. Available online at <http://www.fia.fs.fed.us/library/ForestFactsMetric.pdf>.

# Cropland Remaining Cropland, Land Converted to Cropland, Grassland Remaining Grassland, and Land Converted to Grassland: Changes in Agricultural Soil Carbon Stocks

Armentano, T.V. and J.T.A. Verhoeven (1990) "Biogeochemical Cycles: Global," in B.C. Patten, et al. (eds.); Wetlands and Shallow Continental Water Bodies. SPB Academic Publishing. The Hague, the Netherlands, Vol. I, 281-311.

Brady, N.C. and R.R. Weil (1999) The Nature and Properties of Soils. Prentice Hall. Upper Saddle River, NJ, 881.

CTIC (2004) 2004 Crop Residue Management Survey. Conservation Technology Information Center. Available online at <http://www.ctic.purdue.edu/CRM/>.

Daly, C., R.P. Neilson, and D.L. Phillips (1994) "A Statistical-Topographic Model for Mapping Climatological Precipitation Over Mountainous Terrain." Journal of Applied Meteorology 33:140-158.

Del Grosso, S.J., W.J. Parton, A.R. Mosier, M.D. Hartman, J. Brenner, D.S. Ojima, and D.S. Schimel (2001) "Simulated Interaction of Carbon Dynamics and Nitrogen Trace Gas Fluxes Using the DAYCENT Model." In Schaffer, M., L. Ma, S. Hansen, (eds.); Modeling Carbon and Nitrogen Dynamics for Soil Management.  CRC Press. Boca Raton, Florida. 303-332.

Del Grosso, S.J., S.M. Ogle, W.J. Parton. (2011). Soil organic matter cycling and greenhouse gas accounting methodologies, Chapter 1, pp 3-13 DOI: 10.1021/bk-2011-1072.ch001. In: L. Guo, A. Gunasekara, L. McConnell (Eds.) Understanding Greenhouse Gas Emissions from Agricultural Management, American Chemical Society, Washington, DC.

Edmonds, L., R. L. Kellogg, B. Kintzer, L. Knight, C. Lander, J. Lemunyon, D. Meyer, D.C. Moffitt, and J. Schaefer (2003) "Costs associated with development and implementation of Comprehensive Nutrient Management Plans."  Part 1—Nutrient management, land treatment, manure and wastewater handling and storage, and recordkeeping. Natural Resources Conservation Service, U.S. Department of Agriculture.  Available online at <http://www.nrcs.usda.gov/technical/land/pubs/cnmp1.html>.

EPA (1999) Biosolids Generation, Use and Disposal in the United States. Office of Solid Waste, U.S. Environmental Protection Agency. Available online at <http://biosolids.policy.net/relatives/18941.PDF>.

Euliss, N., and R. Gleason (2002) Personal communication regarding wetland restoration factor estimates and restoration activity data. Ned Euliss and Robert Gleason of the U.S. Geological Survey, Jamestown, ND, to Stephen Ogle of the National Resource Ecology Laboratory, Fort Collins, CO. August 2002.

Gurung, R.B., F.J. Breidt, A. Dutin, and S.M. Ogle (2009) Predicting Enhanced Vegetation Index (EVI) for ecosystem modeling applications. Remote Sensing of Environment 113:2186-2193.

IPCC (2006) 2006 IPCC Guidelines for National Greenhouse Gas Inventories. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2003) Good Practice Guidance for Land Use, Land-Use Change, and Forestry.  The Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, J. Penman, et al., eds.  August 13, 2004. Available online at <http://www.ipcc-nggip.iges.or.jp/public/gpglulucf/gpglulucf.htm>.

IPCC/UNEP/OECD/IEA (1997) Revised 1996 IPCC Guidelines for National Greenhouse Gas Inventories. Intergovernmental Panel on Climate Change, United Nations Environment Programme, Organization for Economic Co-Operation and Development, International Energy Agency, Paris, France.

Kellogg, R.L., C.H. Lander, D.C. Moffitt, and N. Gollehon (2000) Manure Nutrients Relative to the Capacity of Cropland and Pastureland to Assimilate Nutrients: Spatial and Temporal Trends for the United States. U.S. Department of Agriculture, Washington, DC. Publication number nps00-0579.

McGill, W.B., and C.V. Cole (1981) Comparative aspects of cycling of organic C, N, S and P through soil organic matter. Geoderma 26:267-286.

Mesinger, F., G. DiMego, E. Kalnay, K. Mitchell, P. C. Shafran, W. Ebisuzaki, D. Jovic, J. Woollen, E. Rogers, E. H. Berbery, M. B. Ek, Y. Fan, R. Grumbine, W. Higgins, H. Li, Y. Lin, G. Manikin, D. Parrish, and W. Shi (2006) North American regional reanalysis. Bulletin of the American Meteorological Society 87:343-360.

Metherell, A.K., L.A. Harding, C.V. Cole, and W.J. Parton (1993) "CENTURY Soil Organic Matter Model Environment." Agroecosystem version 4.0. Technical documentation, GPSR Tech. Report No. 4, USDA/ARS, Ft. Collins, CO.

NASS (2004) Agricultural Chemical Usage: 2003 Field Crops Summary. Report AgCh1(04)a. National Agricultural Statistics Service, U.S. Department of Agriculture, Washington, DC. Available online at <Hhttp://usda.mannlib.cornell.edu/reports/nassr/other/pcu-bb/agcs0504.pdfH>.

NASS (1999) Agricultural Chemical Usage: 1998 Field Crops Summary. Report AgCH1(99). National Agricultural Statistics Service, U.S. Department of Agriculture, Washington, DC. Available online at <http://usda.mannlib.cornell.edu/reports/nassr/other/pcu-bb/agch0599.pdf>.

NASS (1992) Agricultural Chemical Usage: 1991 Field Crops Summary. Report AgCh1(92). National Agricultural Statistics Service, U.S. Department of Agriculture, Washington, DC. Available online at <Hhttp://usda.mannlib.cornell.edu/reports/nassr/other/pcu-bb/agch0392.txtH>.

NEBRA (2007) A National Biosolids Regulation, Quality, End Use & Disposal Survey.  North East Biosolids and Residuals Association, July 21, 2007

NRCS (1999) Soil Taxonomy: A basic system of soil classification for making and interpreting soil surveys, 2nd Edition.  Agricultural Handbook Number 436, Natural Resources Conservation Service, U.S. Department of Agriculture, Washington, DC.

NRCS (1997) "National Soil Survey Laboratory Characterization Data," Digital Data, Natural Resources Conservation Service, U.S. Department of Agriculture. Lincoln, NE.

NRCS (1981) Land Resource Regions and Major Land Resource Areas of the United States, USDA Agriculture Handbook 296, United States Department of Agriculture, Natural Resources Conservation Service, National Soil Survey Center, Lincoln, NE, pp. 156.

Nusser, S.M., J.J. Goebel  (1997)  The national resources inventory: a long term monitoring programme. Environmental and Ecological Statistics, 4, 181-204.

Ogle, S.M., F.J. Breidt, M. Easter, S. Williams, K. Killian, and K. Paustian (2010) "Scale and uncertainty in modeled soil organic carbon stock changes for US croplands using a process-based model." Global Change Biology 16:810-822.

Ogle, S.M., F.J. Breidt, M. Easter, S. Williams and K. Paustian. (2007) "Empirically-Based Uncertainty Associated with Modeling Carbon Sequestration Rates in Soils."  Ecological Modeling 205:453-463.

Ogle, S.M., F.J. Breidt, and K. Paustian. (2006) "Bias and variance in model results due to spatial scaling of measurements for parameterization in regional assessments."  Global Change Biology 12:516-523.

Ogle, S.M., M.D. Eve, F.J. Breidt, and K. Paustian (2003) "Uncertainty in estimating land use and management impacts on soil organic carbon storage for U.S. agroecosystems between 1982 and 1997."  Global Change Biology 9:1521-1542.

Parton, W.J., D.S. Schimel, C.V. Cole, D.S. Ojima (1987) "Analysis of factors controlling soil organic matter levels in Great Plains grasslands."  Soil Science Society of America Journal 51:1173-1179.

Parton, W.J., J.W.B. Stewart, C.V. Cole. (1988) "Dynamics of C, N, P, and S in grassland soils: a model." Biogeochemistry 5:109-131.

Parton, W.J., D.S. Ojima, C.V. Cole, and D.S. Schimel (1994) "A General Model for Soil Organic Matter Dynamics: Sensitivity to litter chemistry, texture and management," in Quantitative Modeling of Soil Forming Processes. Special Publication 39, Soil Science Society of America, Madison, WI, 147-167.

Potter, C. S., J.T. Randerson, C.B. Fields, P.A. Matson, P.M. Vitousek, H.A. Mooney, and S.A. Klooster. (1993) "Terrestrial ecosystem production: a process model based on global satellite and surface data." Global Biogeochemical Cycles 7:811-841.

Potter, C., S. Klooster, A. Huete, and V. Genovese (2007) Terrestrial carbon sinks for the United States predicted from MODIS satellite data and ecosystem modeling. Earth Interactions 11, Article No. 13, DOI 10.1175/EI228.1.

Towery, D. (2001) Personal Communication. Dan Towery regarding adjustments to the CTIC (1998) tillage data to reflect long-term trends, Conservation Technology Information Center, West Lafayette, IN, and Marlen Eve, National Resource Ecology Laboratory, Fort Collins, CO. February 2001.

Spencer, S., S.M. Ogle, F.J. Breidt, J. Goebel, and K. Paustian. 2011.  Designing a national soil carbon monitoring network to support climate change policy: a case example for US agricultural lands. Greenhouse Gas Management & Measurement 1: 167-178.

USDA-ERS (1997) Cropping Practices Survey Data—1995.  Economic Research Service, United States Department of Agriculture.  Available online at <http://www.ers.usda.gov/data/archive/93018/>.

USDA-ERS (2011)  Agricultural Resource Management Survey (ARMS) Farm Financial and Crop Production Practices: Tailored Reports. Online at:< http://ers.usda.gov/Data/ARMS/CropOverview.htm>.

USDA-FSA (2012)  Conservation Reserve Program Summary and Enrollment Statistics FY 2011. U.S. Department of Agriculture, Farm Service Agency, Washington, DC, Available online at <http://www.fsa.usda.gov/Internet/FSA_File/10rpt.pdf>.

USDA-NRCS (2009) Summary Report: 2007 National Resources Inventory, Natural Resources Conservation Service, Washington, DC, and Center for Survey Statistics and Methodology, Iowa State University, Ames, Iowa, <http://www.nrcs.usda.gov/technical/NRI/2007/2007_NRI_Summary.pdf>.

## Peatlands Remaining Peatlands:  $CO_2$ and $N_2O$ Emissions from Peatlands Remaining Peatlands

Apodaca, L. (2008) E-mail correspondence. Lori Apodaca, Peat Commodity Specialist, USGS and Emily Rowan, ICF International. October and November.

Apodaca, L. (2011) Email correspondence. Lori Apodaca, Peat Commodity Specialist, USGS and Emily Rowan, ICF International. November.

Cleary, J., N. Roulet and T.R. Moore (2005) "Greenhouse gas emissions from Canadian peat extraction, 1990-2000: A life-cycle analysis." *Ambio* 34:456–461.

Division of Geological & Geophysical Surveys (DGGS), Alaska Department of Natural Resources (1997–2011) *Alaska's Mineral Industry Report (1997–2010)*.  Alaska Department of Natural Resources, Fairbanks, AK. Available online at <http://www.dggs.dnr.state.ak.us/pubs/pubs?reqtype=minerals>.

Harbo, L.A. (2012) Oral communication: L.A. Harbo, Mineral Specialist, Alaska Office of Economic Development. September 5.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*.  The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Szumigala, D.J. (2008) Phone conversation. Dr. David Szumigala, Division of Geological and Geophysical Surveys, Alaska Department of Natural Resources and Emily Rowan, ICF International. October 17th, 2008.

Szumigala, D.J., R.A. Hughes and L.A. Harbo (2010) *Alaska's Mineral Industry 2009: A Summary*.  Division of Geological & Geophysical Surveys, Alaska Department of Natural Resources, Fairbanks, AK.  Available online at <http://www.dggs.alaska.gov/webpubs/dggs/ic/text/ic060.PDF>.

Szumigala, D.J. (2011) Phone conversation. Dr. David Szumigala, Division of Geological and Geophysical Surveys, Alaska Department of Natural Resources and Emily Rowan, ICF International. January 18th, 2011.

United States Geological Survey (USGS) (1996–2012) *Mineral Commodity Summaries: Peat (1996–2011)*.  United States Geological Survey, Reston, VA.  Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/peat/index.html#myb>.

United States Geological Survey (USGS) (1991–2012) *Minerals Yearbook: Peat (1994–2011)*.  United States Geological Survey, Reston, VA.  Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/peat/index.html#myb>.

United States Geological Survey (USGS) (2012a) *Mineral Commodity Summaries 2012: Peat*.  United States Geological Survey, Reston, VA.  Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/peat/>.

United States Geological Survey (USGS) (2012b) *2010 Minerals Yearbook: Peat [Advance Release]*.  United States Geological Survey, Reston, VA.  Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/peat/index.html#myb>.

# Liming and Urea

AAPFCO (1995 through 2000a, 2002 through 2007) Commercial Fertilizers.  Association of American Plant Food Control Officials. University of Kentucky. Lexington, KY.

AAPFCO (2000b) *1999-2000 Commercial Fertilizers Data, ASCII files.* Available from David Terry, Secretary, AAPFCO.

AAPFCO (2008 through 2011b) Commercial Fertilizers.  Association of American Plant Food Control Officials. University of Missouri. Columbia, MO.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Itle, Cortney (2009) Email correspondence. Cortney Itle, ERG and Tom Wirth, U.S. Environmental Protection Agency on the amount of urea used in aircraft deicing. January 7, 2009.

Tepordei, Valentin V. (2003b)  Personal communication. Valentin Tepordei, U.S. Geological Survey and ICF Consulting, August 18, 2003.

Tepordei, V.V. (1997 through 2006) "Crushed Stone," In *Minerals Yearbook*.  U.S. Department of the Interior/U.S. Geological Survey. Washington, DC.  Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>.

Tepordei, V.V. (1996) "Crushed Stone," In *Minerals Yearbook 1994*.  U.S. Department of the Interior/Bureau of Mines, Washington, DC. Available online at http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>.  Accessed August 2000.

Tepordei, V.V. (1995) "Crushed Stone," In *Minerals Yearbook 1993*.  U.S. Department of the Interior/Bureau of Mines, Washington, DC. pp. 1107–1147.

Tepordei, V. V. (1994) "Crushed Stone," In *Minerals Yearbook 1992*.  U.S. Department of the Interior/Bureau of Mines, Washington, DC. pp. 1279-1303.

Tepordei, V.V. (1993) "Crushed Stone," In *Minerals Yearbook 1991*.  U.S. Department of the Interior/Bureau of Mines, Washington, DC. pp. 1469-1511.

Terry, D. (2007) Email correspondence. David Terry, Fertilizer Regulatory program, University of Kentucky and David Berv, ICF International.  September 7, 2007.

TVA (1992b) Fertilizer Summary Data 1992.  Tennessee Valley Authority, Muscle Shoals, AL.

TVA (1991 through 1994) *Commercial Fertilizers*.  Tennessee Valley Authority, Muscle Shoals, AL.

U.S. EPA. (2000) Preliminary Data Summary: Airport Deicing Operations (Revised). EPA-821-R-00-016. August 2000.

USGS (2012) *Mineral Industry Surveys: Crushed Stone and Sand and Gravel in the First Quarter of 2012*, U.S. Geological Survey, Reston, VA. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>.

USGS (2011) *Mineral Industry Surveys: Crushed Stone and Sand and Gravel in the First Quarter of 2011*, U.S. Geological Survey, Reston, VA. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>.

USGS (2010) *Mineral Industry Surveys: Crushed Stone and Sand and Gravel in the First Quarter of 2010*, U.S. Geological Survey, Reston, VA. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>.

USGS (2009) *Mineral Industry Surveys: Crushed Stone and Sand and Gravel in the First Quarter of 2009*, U.S. Geological Survey, Reston, VA. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>.

USGS (2008) *Mineral Industry Surveys: Crushed Stone and Sand and Gravel in the First Quarter of 2008*, U.S. Geological Survey, Reston, VA. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>.

USGS (2007) *Mineral Industry Surveys: Crushed Stone and Sand and Gravel in the First Quarter of 2007*. U.S. Geological Survey, Reston, VA. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>.

West, T.O., and A.C. McBride (2005) "The contribution of agricultural lime to carbon dioxide emissions in the United States: dissolution, transport, and net emissions," *Agricultural Ecosystems & Environment* 108:145-154.

West, Tristram O. (2008) Email correspondence. Tristram West, Environmental Sciences Division, Oak Ridge National Laboratory, U.S. Department of Energy and Nikhil Nadkarni, ICF International on suitability of liming emission factor for the entire United States. June 9, 2008.

Willett, Jason C. (2011b) "Crushed Stone," In Minerals Yearbook 2010. U.S. Department of the Interior/U.S. Geological Survey, Washington, D.C. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>. Accessed September 2012.

Willett, Jason C. (2010) "Crushed Stone," In Minerals Yearbook 2008. U.S. Department of the Interior/U.S. Geological Survey, Washington, D.C. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>. Accessed August 2010.

Willett, J.C. (2011a) "Crushed Stone," In Minerals Yearbook 2009. U.S. Department of the Interior/U.S. Geological Survey, Washington, DC. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>. Accessed August 2011.

Willett, J.C. (2009) "Crushed Stone," In *Minerals Yearbook 2007*. U.S. Department of the Interior/U.S. Geological Survey, Washington, DC. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>. Accessed August 2009.

Willett, J.C. (2007a) "Crushed Stone," In *Minerals Yearbook 2005*. U.S. Department of the Interior/U.S. Geological Survey, Washington, DC. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>. Accessed August 2007.

Willett, J.C. (2007b) "Crushed Stone," In *Minerals Yearbook 2006*. U.S. Department of the Interior/U.S. Geological Survey, Washington, DC. Available online at <http://minerals.usgs.gov/minerals/pubs/commodity/stone_crushed/index.html#mis>. Accessed August 2008.

## Settlements Remaining Settlements: N$_2$O Fluxes from Soils

Albaugh, T.J., Allen, H.L., Fox, T.R. (2007) *Historical Patterns of Forest Fertilization in the Southeastern United States from 1969 to 2004*. Southern Journal of Applied Forestry, 31, 129-137(9)

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Ruddy B.C., D.L. Lorenz, and D.K. Mueller (2006) *County-level estimates of nutrient inputs to the land surface of the conterminous United States, 1982-2001*. Scientific Investigations Report 2006-5012. U.S. Department of the Interior.