# Settlements Remaining Settlements: Changes in Carbon Stocks in Urban Trees

deVries, R.E. (1987) A Preliminary Investigation of the Growth and Longevity of Trees in Central Park. M.S. thesis, Rutgers University, New Brunswick, NJ.

Dwyer, J.F., D.J. Nowak, M.H. Noble, and S.M. Sisinni (2000) Connecting People with Ecosystems in the 21st Century: An Assessment of Our Nation's Urban Forests. General Technical Report PNW-GTR-490, U.S. Department of Agriculture, Forest Service, Pacific Northwest Research Station, Portland, OR.

Fleming, L.E. (1988) Growth Estimation of Street Trees in Central New Jersey. M.S. thesis, Rutgers University, New Brunswick, NJ.

IPCC (2006) 2006 IPCC Guidelines for National Greenhouse Gas Inventories. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

Nowak, D.J. (2012) Phone conference regarding Changes in Carbon Stocks in Urban Trees estimation methodology. David Nowak, USDA and Nick Devonshire, ICF International. October 31, 2012.

Nowak, D.J., E.J. Greenfield, R.E. Hoehn, and E. Lapoint (2013, in review) Carbon Storage and Sequestration by Trees in Urban and Community Areas of the United States. USDA, Forest Service, Northeastern Research Station, Syracuse, NY.

Nowak, D.J., and E.J. Greenfield (2012) Tree and impervious cover in the United States. Journal of Landscape and Urban Planning (107) pp. 21-30.

Nowak, D.J. (2011) Phone conference regarding Changes in Carbon Stocks in Urban Trees estimation methodology. David Nowak, USDA, Jennifer Jenkins, EPA, and Mark Flugge and Nikhil Nadkarni, ICF International. January 4, 2011.

Nowak, D.J. (2007a) "New York City's Urban Forest." USDA Forest Service. Newtown Square, PA, February 2007.

Nowak, D.J. (2007b) Personal Communication. David Nowak, USDA Forest Service and Susan Asam, ICF International. September 25, 2007.

Nowak, D.J. (2007c) E-mail correspondence regarding revised sequestration values and standard errors for sequestration values. David Nowak, USDA Forest Service to Susan Asam, ICF International. October 31, 2007.

Nowak, D.J. (2002a) E-mail correspondence containing information on possible urban tree carbon and forest carbon overlap. David Nowak, USDA Forest Service to Barbara Braatz, ICF International. January 10, 2002.

Nowak, D.J. (2002b) E-mail correspondence regarding significant digits. David Nowak, USDA Forest Service to Barbara Braatz, ICF International. October 29, 2002.

Nowak, D.J. (1994) "Atmospheric Carbon Dioxide Reduction by Chicago's Urban Forest." In: Chicago's Urban Forest Ecosystem: Results of the Chicago Urban Forest Climate Project. E.G. McPherson, D.J. Nowak, and R.A. Rowntree (eds.). General Technical Report NE-186. U.S. Department of Agriculture Forest Service, Radnor, PA. pp. 83–94.

Nowak, D.J. (1986) "Silvics of an Urban Tree Species: Norway Maple (Acer platanoides L.)." M.S. thesis, College of Environmental Science and Forestry, State University of New York, Syracuse, NY.

Nowak, D.J. and D.E. Crane (2002) "Carbon Storage and Sequestration by Urban Trees in the United States." Environmental Pollution 116(3):381–389.

Nowak, D.J., D.E. Crane, J.C. Stevens, and M. Ibarra (2002) Brooklyn's Urban Forest. General Technical Report NE-290. U.S. Department of Agriculture Forest Service, Newtown Square, PA.

Nowak, D.J., M.H. Noble, S.M. Sisinni, and J.F. Dwyer (2001) "Assessing the U.S. Urban Forest Resource." Journal of Forestry 99(3):37–42.

Nowak, D.J., J.T. Walton, L.G. Kaya, and J.F. Dwyer (2005) "The Increasing Influence of Urban Environments on U.S. Forest Management." Journal of Forestry 103(8):377–382.

Smith, W.B. and S.R. Shifley (1984) Diameter Growth, Survival, and Volume Estimates for Trees in Indiana and Illinois. Research Paper NC-257. North Central Forest Experiment Station, U.S. Department of Agriculture Forest Service, St. Paul, MN.

US Census (2012) "A national 2010 urban area file containing a list of all urbanized areas and urban clusters (including Puerto Rico and the Island Areas) sorted by UACE code." US Census Bureau, Geography Division.

## Other: Changes in Yard Trimming and Food Scrap Carbon Stocks in Landfills

Barlaz, M.A. (2008) "Re: Corrections to Previously Published Carbon Storage Factors." Memorandum to Randall Freed, ICF International. February 28, 2008.

Barlaz, M.A. (2005) "Decomposition of Leaves in Simulated Landfill." Letter report to Randall Freed, ICF Consulting. June 29, 2005.

Barlaz, M.A. (1998) "Carbon Storage during Biodegradation of Municipal Solid Waste Components in Laboratory-Scale Landfills." *Global Biogeochemical Cycles* 12:373–380.

Eleazer, W.E., W.S. Odle, Y. Wang, and M.A. Barlaz (1997) "Biodegradability of Municipal Solid Waste Components in Laboratory-Scale Landfills." *Environmental Science Technology* 31:911–917.

EPA (2011) *Municipal Solid Waste Generation, Recycling, and Disposal in the United States: Tables and Figures for 2010*. U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, Washington, DC. Available online at <http://www.epa.gov/osw/nonhaz/municipal/msw99.htm>.

EPA (2006 through 2011) *Municipal Solid Waste in the United States: Facts and Figures*. U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, Washington, DC. Available online at <http://www.epa.gov/osw/nonhaz/municipal/msw99.htm>.

EPA (2005) *Municipal Solid Waste Generation, Recycling, and Disposal in the United States: Facts and Figures for 2003*. U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, Washington, DC. Available online at < http://www.epa.gov/osw/nonhaz/municipal/pubs/msw03rpt.pdf>.

EPA (2005a) *Municipal Solid Waste in the United States: 2003 Data Tables*. U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, Washington, DC. Available online at <http://www.epa.gov/osw/nonhaz/municipal/pubs/03data.pdf>.

EPA (2003) *Characterization of Municipal Solid Waste in the United States: 2001 Update*. (Draft.) U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, Washington, DC.

EPA (1999) *Characterization of Municipal Solid Waste in the United States: 1998 Update*. U.S. Environmental Protection Agency, Office of Solid Waste and Emergency Response, Washington, DC.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2003) *Good Practice Guidance for Land Use, Land-Use Change, and Forestry*. The Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, J. Penman et al. (eds.). Available online at <http://www.ipcc-nggip.iges.or.jp/public/gpglulucf/gpglulucf.htm>.

Oshins, C. and D. Block (2000) "Feedstock Composition at Composting Sites." *Biocycle* 41(9):31–34.

Schneider, S. (2007, 2008) E-mail correspondence. Shelly Schneider, Franklin Associates, A Division of ERG and Sarah Shapiro, ICF International.

Tchobanoglous, G., H. Theisen, and S.A. Vigil (1993) *Integrated Solid Waste Management, 1st edition.* McGraw-Hill, NY. Cited by Barlaz (1998).Barlaz, M.A. (2008) "Re: Corrections to Previously Published Carbon Storage Factors." Memorandum to Randall Freed, ICF International. February 28, 2008.

# Waste

## Landfills

40 CFR Part 60, Subpart Cc (2005) Emission Guidelines and Compliance Times for Municipal Solid Waste Landfills, 60.30c--60.36c, Code of Federal Regulations, Title 40.  Available online at <http://www.access.gpo.gov/nara/cfr/waisidx_05/40cfr60_05.html>.

40 CFR Part 60, Subpart WWW (2005) Standards of Performance for Municipal Solid Waste Landfills, 60.750--60.759, Code of Federal Regulations, Title 40.  Available online at <http://www.access.gpo.gov/nara/cfr/waisidx_05/40cfr60_05.html>.

Barlaz, M.A. (2006) "Forest Products Decomposition in Municipal Solid Waste Landfills." *Waste Management*, 26(4): 321-333.

Barlaz, M.A. (1998) "Carbon Storage During Biodegradation of Municipal Solid Waste Components in Laboratory-scale Landfills." *Global Biogeochemical Cycles*, 12(2): 373-380, June 1998.

BioCycle (2010)  "The State of Garbage in America" By L. Arsova, R. Van Haaren, N. Goldstein, S. Kaufman, and N. Themelis. *BioCycle*.  December 2010. Available online at <http://www.jgpress.com/archives/_free/002191.html>.

BioCycle (2008)  "The State of Garbage in America" By L. Arsova, R. Van Haaren, N. Goldstein, S. Kaufman, and N. Themelis. *BioCycle*.  December 2008. Available online at <http://www.jgpress.com/archives/_free/001782.html>.

BioCycle (2006)  "15th Annual BioCycle Nationwide Survey: The State of Garbage in America" By P. Simmons, N. Goldstein, S.  Kaufman, N. Goldstein, N. Themelis, and J. Thompson. *BioCycle*.  April 2006.

Bronstein, K., Coburn, J., and R. Schmeltz (2012) "Understanding the EPA's Inventory of U.S. Greenhouse Gas Emissions and Sinks and Mandatory GHG Reporting Program for Landfills: Methodologies, Uncertainties, Improvements and Deferrals." Prepared for the U.S. EPA International Emissions Inventory Conference, August 2012, Tampa, Florida.  Available online at < http://www.epa.gov/ttnchie1/conference/ei20/session3/kbronstein.pdf>.

Czepiel, P., B. Mosher, P. Crill, and R. Harriss (1996) "Quantifying the Effect of Oxidation on Landfill Methane Emissions." *Journal of Geophysical Research*, 101(D11):16721-16730.

EIA (2007)  Voluntary Greenhouse Gas Reports for EIA Form 1605B (Reporting Year 2006).  Available online at <ftp://ftp.eia.doe.gov/pub/oiaf/1605/cdrom/>.

EPA (2012) *Landfill Gas-to-Energy Project Database.* Landfill Methane and Outreach Program. July 2012.

EPA (2011) Municipal Solid Waste Generation, Recycling, and Disposal in the United States Tables and Figures for 2010. December 2011. Available online at < http://www.epa.gov/osw/nonhaz/municipal/pubs/2010_MSW_Tables_and_Figures_508.pdf>.

EPA (1998) *Compilation of Air Pollution Emission Factors, Publication AP-42*, Section 2.4 Municipal Solid Waste Landfills.  November 1998.

EPA (1993) *Anthropogenic Methane Emissions in the United States, Estimates for 1990: Report to Congress*, U.S. Environmental Protection Agency, Office of Air and Radiation. Washington, DC.  EPA/430-R-93-003. April 1993.

EPA (1988) *National Survey of Solid Waste (Municipal) Landfill Facilities*, U.S. Environmental Protection Agency. Washington, DC.  EPA/530-SW-88-011. September 1988.

ERG (2012)  Production Data Supplied by ERG for 1990-2011 for Pulp and Paper, Fruits and Vegetables, and Meat. October.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2003) *Good Practice Guidance for Land Use*, Land-Use Change and Forestry, The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, J. Penman, M. Gytarsky, T. Hiraishi, T. Krug, D. Kruger, R. Pipatti, L. Buendia, K. Miwa, T. Ngara, K. Tanabe, and F. Wagner (eds.). Hayama, Kanagawa, Japan.

Mancinelli, R. and C. McKay (1985) "Methane-Oxidizing Bacteria in Sanitary Landfills." *Proc. First Symposium on Biotechnical Advances in Processing Municipal Wastes for Fuels and Chemicals*, Minneapolis, MN, 437-450. August.

Peer, R., S. Thorneloe, and D. Epperson (1993) "A Comparison of Methods for Estimating Global Methane Emissions from Landfills." *Chemosphere*, 26(1-4):387-400.

RTI (2011) Updated Research on Methane Oxidation in Landfills. Memorandum to R. Schmeltz (EPA), January 14, 2011.

RTI (2004)  Documentation for Changes to the Methodology for the Inventory of Methane Emissions from Landfills.  Memorandum to E. Scheehle (EPA), August 26, 2004.

Solid Waste Association of North America (SWANA) (1998) *Comparison of Models for Predicting Landfill Methane Recovery*.  Publication No. GR-LG 0075. March 1998.

U.S. Census Bureau (2012)  Population Division. Table 1: Annual Estimates of the Resident Population for the United States, Regions, States, and Puerto Rico: April 1, 2010 to July 1, 2012 (NST-EST2012-01). December 2012. Available online at < http://www.census.gov/popest/data/national/totals/2012/index.html

U.S. Census Bureau (2009). Population Division. Table 1. Annual Estimates of the Resident Population for the United States, Regions, States, and Puerto Rico: April 1, 2000 to July 1, 2009 (NST-EST2009-01). December 2009. Available online at < http://www.census.gov/popest/data/historical/2000s/vintage_2009/index.html>.

Waste Business Journal (WBJ) (2010) Directory of Waste Processing & Disposal Sites 2010.

## Wastewater Treatment

Ahn et al. (2010) $N_2O$ Emissions from Activated Sludge Processes, 2008-2009: Results of a National Monitoring Survey in the United States. Environ. Sci. Technol. 44: 4505-4511.

Aguiar and Bartram (2008) Planned Revisions of the Industrial Wastewater Inventory Emission Estimates for the 1990-2007 Inventory. August 10, 2008.

Beecher et al. (2007) "A National Biosolids Regulation, Quality, End Use & Disposal Survey, Preliminary Report." Northeast Biosolids and Residuals Association, April 14, 2007.

Benyahia, F., M. Abdulkarim, A. Embaby, and M. Rao. (2006) Refinery Wastewater Treatment: A true Technological Challenge. Presented at the Seventh Annual U.A.E. University Research Conference.

CARB (2007) Attachments C TO F - Supplemental Materials Document for Staff Report: Initial Statement of Reasons for Rulemaking, Mandatory Reporting of Greenhouse Gas Emissions Pursuant to the California Global Warming Solutions Act of 2006 (Assembly Bill 32), Attachment E: Technical Attachment on Development of Emissions Reporting Requirements for Oil Refineries and Hydrogen Plants. California Environmental Protection Agency Air Resources Board, dated October 19, 2007, http://www.arb.ca.gov/regact/2007/ghg2007/suppisor.pdf.

Donovan (1996) *Siting an Ethanol Plant in the Northeast*.  C.T. Donovan Associates, Inc.  Report presented to Northeast Regional Biomass Program (NRBP).  (April).  Available online at <http://www.nrbp.org/pdfs/pub09.pdf>. Accessed October 2006.

EIA. (2012) Energy Information Administration. U.S. Refinery and Blender Net Production of Crude Oil and Petroleum Products (Thousand Barrels). Available online at: http://tonto.eia.doe.gov/dnav/pet/hist/mttrpus1a.htm. Accessed: October 2012.

EPA (1974) *Development Document for Effluent Limitations Guidelines and New Source Performance Standards for the Apple, Citrus, and Potato Processing Segment of the Canned and Preserved Fruits and Vegetables Point Source Category.* Office of Water, U.S. Environmental Protection Agency, Washington, DC, EPA-440/1-74-027-a. March 1974.

EPA (1975) *Development Document for Interim Final and Proposed Effluent Limitations Guidelines and New Source Performance Standards for the Fruits, Vegetables, and Specialties Segment of the Canned and Preserved Fruits and Vegetables Point Source Category.* United States Environmental Protection Agency, Office of Water. EPA-440/1-75-046. Washington DC, October 1975.

EPA (1992) *Clean Watersheds Needs Survey 1992 – Report to Congress.* Office of Wastewater Management, U.S. Environmental Protection Agency. Washington, DC.

EPA (1993) *Development Document for the Proposed Effluent Limitations Guidelines and Standards for the Pulp, Paper and Paperboard Point Source Category.* EPA-821-R-93-019. Office of Water, U.S. Environmental Protection Agency. Washington, DC. October 1993.

EPA (1996) *1996 Clean Water Needs Survey Report to Congress. Assessment of Needs for Publicly Owned Wastewater Treatment Facilities, Correction of Combined Sewer Overflows, and Management of Storm Water and Nonpoint Source Pollution in the United States.* Office of Wastewater Management, U.S. Environmental Protection Agency. Washington, DC. Available online at <http://www.epa.gov/owm/mtb/cwns/1996rtc/toc.htm>. Accessed July 2007.

EPA (1997a) *Estimates of Global Greenhouse Gas Emissions from Industrial and Domestic Wastewater Treatment.* EPA-600/R-97-091. Office of Policy, Planning, and Evaluation, U.S. Environmental Protection Agency. Washington, DC,. September 1997.

EPA (1997b) *Supplemental Technical Development Document for Effluent Guidelines and Standards (Subparts B & E).* EPA-821-R-97-011. Office of Water, U.S. Environmental Protection Agency. Washington, DC. October 1997.

EPA (1998) "AP-42 Compilation of Air Pollutant Emission Factors." Chapter 2.4, Table 2.4-3, page 2.4-13. Available online at <http://www.epa.gov/ttn/chief/ap42/ch02/final/c02s04.pdf>.

EPA (1999) *Biosolids Generation, Use and Disposal in the United States.* Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency. Washington, DC, EPA530-R-99-009. September 1999.

EPA (2000) *Clean Watersheds Needs Survey 2000 - Report to Congress.* Office of Wastewater Management, U.S. Environmental Protection Agency. Washington, DC. Available online at <http://www.epa.gov/owm/mtb/cwns/2000rtc/toc.htm>. Accessed July 2007.

EPA (2002) *Development Document for the Proposed Effluent Limitations Guidelines and Standards for the Meat and Poultry Products Industry Point Source Category (40 CFR 432).* EPA-821-B-01-007. Office of Water, U.S. Environmental Protection Agency. Washington, DC,. January 2002.

EPA (2004a) *Clean Watersheds Needs Survey 2004 – Report to Congress.* U.S. Environmental Protection Agency, Office of Wastewater Management. Washington, DC.

EPA (2008) *Municipal Nutrient Removal Technologies Reference Document: Volume 2 – Appendices.* U.S. Environmental Protection Agency, Office of Wastewater Management. Washington, DC.

ERG (2006) Memorandum: Assessment of Greenhouse Gas Emissions from Wastewater Treatment of U.S. Ethanol Production Wastewaters. Prepared for Melissa Weitz, EPA. 10 October 2006.

Great Lakes-Upper Mississippi River Board of State and Provincial Public Health and Environmental Managers. (2004) *Recommended Standards for Wastewater Facilities (Ten-State Standards).*

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories.* The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.

IPCC (2000) *Good Practice Guidance and Uncertainty Management in National Greenhouse Gas Inventories*, Intergovernmental Panel on Climate Change, National Greenhouse Gas Inventories Programme, Montreal, IPCC-XVI/Doc. 10 (1.IV.2000).  May.

Leverenz, H.L., G. Tchobanoglous, and J.L. Darby (2010) "Evaluation of Greenhouse Gas Emissions from Septic Systems". Water Environment Research Foundation, Alexandria, VA.

Lockwood-Post (2002) Lockwood-Post's Directory of Pulp, Paper and Allied Trades, Miller-Freeman Publications. San Francisco, CA.

Merrick (1998) Wastewater Treatment Options for the Biomass-to-Ethanol Process.  Report presented to National Renewable Energy Laboratory (NREL).  Merrick & Company.  Subcontract No. AXE-8-18020-01.  October 22, 1998.

Metcalf & Eddy, Inc.  (2003) *Wastewater Engineering:  Treatment, Disposal and Reuse*, 4th ed.  McGraw Hill Publishing.

Nemerow, N.L. and A. Dasgupta (1991)  Industrial and Hazardous Waste Treatment.  Van Nostrand Reinhold.  NY.  ISBN 0-442-31934-7.

NRBP (2001) Northeast Regional Biomass Program.  *An Ethanol Production Guidebook for Northeast States*.  Washington, D.C.  (May 3).  Available online at <http://www.nrbp.org/pdfs/pub26.pdf>.  Accessed October 2006.

Paper 360° (2007) "U.S. production rises slightly in December." March 2007.  Available online at < http://www.thefreelibrary.com/U.S.+production+rises+slightly+in+December.(The+Pulse)-a0161909243>.  Accessed June 2007.

Pulp and Paper (2006) "AF&PA projects more capacity losses this year, small gains in 2007-08." April 2006.

Pulp and Paper (2005) "U.S. paper/board production rises in 2004 to 91.47 million tons." April 2005.

Pulp and Paper (2003-2008) "Month in Statistics." January 2003-September 2008.

Renewable Fuels Association (2012) Historic U.S. Fuel Ethanol Production.  Available online at <http://www.ethanolrfa.org/pages/statistics>.  Accessed October 2012.

Ruocco (2006a)  Email correspondence. Dr. Joe Ruocco, Phoenix Bio-Systems to Sarah Holman, ERG.  "Capacity of Bio-Methanators (Dry Milling)." October 6, 2006.

Ruocco (2006b)  Email correspondence. Dr. Joe Ruocco, Phoenix Bio-Systems to Sarah Holman ,ERG.  "Capacity of Bio-Methanators (Wet Milling)." October 16, 2006.

Scheehle, E.A., and Doorn, M.R. (2001) "Improvements to the U.S. Wastewater Methane and Nitrous Oxide Emissions Estimate." July 2001.

Timm, C.M. (1985) Water use, conservation and wastewater treatment alternatives for oil refineries in New Mexico.  NMERDI-2-72-4628.

U.S. Census Bureau (2011) "American Housing Survey." Table 1A-4: Selected Equipment and Plumbing--All Housing Units.  From 1989, 1991, 1993, 1995, 1997, 1999, 2001, 2003, 2005, 2007, and 2009 reports. Available online at <http://www.census.gov/hhes/www/housing/ahs/nationaldata.html>. Accessed October 2012.

U.S. Census Bureau (2012) International Database.  Available online at <http://www.census.gov/ipc/www/idb/> and <http://www.census.gov/ipc/www/idbprint.html>.  Accessed October 2012.

USDA (2009) Economic Research Service. U.S. Food Supply: Nutrients and Other Food Components, Per Capita Per Day. Washington DC. Available online at <http://www.ers.usda.gov/Data/FoodConsumption/spreadsheets/ nutrients07.xls#Totals!a1>. Accessed October 2012.

USDA (2012) National Agricultural Statistics Service.  Washington, DC.  Available online at <http://www.nass.usda.gov/Publications/Ag_Statistics/index.asp> and <http://www.nass.usda.gov/Data_and_Statistics/Quick_Stats/>. Accessed October 2012.

USPoultry (2006) Email correspondence. John Starkey, USPOULTRY to D. Bartram, ERG. 30 August 2006.

White and Johnson (2003) White, P.J. and Johnson, L.A.  Editors.  Corn: Chemistry and Technology.  2nd ed.  AACC Monograph Series.  American Association of Cereal Chemists.  St. Paul, MN.

World Bank  (1999) *Pollution Prevention and Abatement Handbook 1998*, Toward Cleaner Production.  The International Bank for Reconstruction and Development, The World Bank, Washington, DC.  ISBN 0-8213-3638-X.

## Composting

EPA (2011) *Municipal Solid Waste in the United States: 2010 Facts and Figures*. Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency, Washington, DC. Available online at < http://www.epa.gov/osw/nonhaz/municipal/pubs/msw2009rpt.pdf>.

EPA (2010) *Municipal Solid Waste in the United States: 2009 Facts and Figures*. Office of Solid Waste and Emergency Response, U.S. Environmental Protection Agency, Washington, DC. Available online at <http://www.epa.gov/osw/nonhaz/municipal/pubs/msw07-rpt.pdf >.

Franklin Associates (1997)  Characterization of Municipal Solid Waste in the United States: 1996 Update. Prepared for U.S. Environmental Protection Agency, Municipal and Industrial Solid Waste Division, Office of Solid Waste. June 1997.  Available online at < http://www.epa.gov/osw/nonhaz/municipal/pubs/msw96rpt.pdf>.

IPCC (2006) *2006 IPCC Guidelines for National Greenhouse Gas Inventories*. Volume 5: Waste, Chapter 4: Biological Treatment of Solid Waste, Table 4.1. The National Greenhouse Gas Inventories Programme, The Intergovernmental Panel on Climate Change, H.S. Eggleston, L. Buendia, K. Miwa, T. Ngara, and K. Tanabe (eds.). Hayama, Kanagawa, Japan.  Available online at < http://www.ipcc-nggip.iges.or.jp/public/2006gl/pdf/5_Volume5/V5_4_Ch4_Bio_Treat.pdf>.

U.S. Census Bureau (2012) Population Estimates: City and Town Totals: Vintage 2011. Available online at < http://www.census.gov/popest/data/cities/totals/2011/index.html >.

Waste Business Journal (WBJ) (2010). Directory of Waste Processing & Disposal Sites 2010.

## Waste Sources of Indirect Greenhouse Gas Emissions

EPA (2010) "2009 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards.

EPA (2009)  "1970 - 2008 Average annual emissions, all criteria pollutants in MS Excel." *National Emissions Inventory (NEI) Air Pollutant Emissions Trends Data*. Office of Air Quality Planning and Standards. Available online at <http://www.epa.gov/ttn/chief/trends/index.html>.

EPA (2003) E-mail correspondence containing preliminary ambient air pollutant data. Office of Air Pollution and the Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency.  December 22, 2003.

EPA (1997) *Compilation of Air Pollutant Emission Factors, AP-42*. Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency. Research Triangle Park, NC. October 1997.

**AMIGOS BRAVOS ♦ AUDUBON NEW MEXICO ♦ BACK COUNTRY HORSEMEN OF NEW MEXICO ♦ CALIFORNIANS FOR WESTERN WILDERNESS ♦ CENTER FOR BIOLOGICAL DIVERSITY ♦ CHACO ALLIANCE ♦ CITIZENS FOR A HEALTHY COMMUNITY ♦ DAKOTA RESOURCE COUNCIL ♦ DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT ♦ EARTHWORKS ♦ ECOFLIGHT ♦ FORT BERTHOLD POWER ♦ GILA RESOURCES INFORMATION PROJECT ♦ GRAND CANYON TRUST ♦ GREAT OLD BROADS FOR WILDERNESS ♦ HIGH COUNTRY CONSERVATION ADVOCATES ♦ IDAHO ORGANIZATION OF RESOURCE COUNCILS ♦ LANDS COUNCIL ♦ LOS PADRES FOREST WATCH ♦ MONTANA ENVIRONMENTAL INFORMATION CENTER ♦ NEW MEXICO BACKCOUNTRY HUNTERS AND ANGLERS ♦ NEW MEXICO INTERFAITH POWER AND LIGHT ♦ NEW MEXICO SPORTSMEN ♦ NEW MEXICO WILDLIFE FEDERATION ♦ NEW MEXICO CHAPTER OF PHYSICIANS FOR SOCIAL RESPONSIBILITY ♦ NORTHERN PLAINS RESOURCE COUNCIL ♦ RIO GRANDE CHAPTER OF THE SIERRA CLUB ♦ SAN JUAN CITIZENS ALLIANCE ♦ SAN LUIS VALLEY ECOSYSTEM COUNCIL ♦ SANTA FE GREEN CHAMBER OF COMMERCE ♦ SECURING ECONOMIC AND ENERGY DEMOCRACY ♦ WESTERN ENVIRONMENTAL LAW CENTER ♦ WESTERN ORGANIZATION OF RESOURCE COUNCILS ♦ WILDEARTH GUARDIANS ♦ WILDERNESS WORKSHOP ♦ WYOMING OUTDOOR COUNCIL**

April 22, 2016

The Honorable Sally Jewell
Secretary
U.S. Department of the Interior
1849 C Street N.W.
Washington, DC 20240

   **Re:**   **Draft Methane Waste Prevention Rule Comments**
       **Submitted via Federal eRulemaking Portal**
       **Docket ID:** BLM-2016-0001-001
       **RIN:** 1004-AE14

Dear Secretary Jewell:

The thirty-seven undersigned organizations represent a broad and diverse cross section of ranchers, sportsmen, faith leaders, native peoples, and conservationists in the Western U.S. We appreciate the opportunity to comment on the U.S. Bureau of Land Management's ("BLM's") proposed rule to prevent methane pollution and waste from oil and gas exploration and production operations carried out on federal and tribal lands. As the fiduciary of 245 million acres of federal public lands and 700 million acres of federal oil and gas resources, the time is now to modernize BLM's outdated, 37-year old waste policies to prevent methane pollution and waste; boost royalties that support essential public services; and safeguard our climate, lands, water, wildlife, and the public's health.

While the proposed rule is a step in the right direction, it should be strengthened consistent with our urgent need to prevent methane pollution and waste. In the attached comments, we provide constructive suggestions to strengthen BLM's proposed methane waste rule consistent with an ethic of innovation and zero tolerance for methane waste. These comments are expressly designed to promote effective implementation and enforcement of the rule in the context of BLM's multi-phased planning and management framework.

If you have any questions, please do not hesitate to contact us.

Sincerely,

Erik Schlenker-Goodrich
Executive Director
Western Environmental Law Center
Taos, New Mexico

Scott Skokos
Regional Organizer
Western Organization of Resource Councils
Billings, Montana

Tom Singer, Ph.D
Senior Policy Advisor
Western Environmental Law Center
Santa Fe, New Mexico

Laura King
Attorney
Western Environmental Law Center
Helena, Montana

**On behalf of:**

Joseph Zupan
Executive Director
Amigos Bravos
Taos, New Mexico

Mike Painter
Executive Director
Californians for Western Wilderness
San Francisco, California

Julie Weinstein
Vice President & Executive Director
Audubon New Mexico
Santa Fe, New Mexico

Michael Saul
Senior Attorney, Public Lands
Center for Biological Diversity
Denver, Colorado

Oscar Simpson
Public Lands/Legislative Chair
Back Country Horsemen of New Mexico
Public Lands/Legislative Chair

Anson Wright
Coordinator
Chaco Alliance
Portland, Oregon

Wayne Urbonas
Executive Director
Citizens for a Healthy Community
Paonia, Colorado

Craig Scott
Chair
Dakota Resource Council
Bismarck, North Dakota

Carol J. Davis
Coordinator
Diné Citizens Against Ruining our
Environment
Winslow, Arizona

Bruce Baizel
Energy Program Director
Earthworks
Durango, Colorado

Bruce Gordon
President
EcoFlight
Aspen, Colorado

Joletta Bird Bear
Chair
Fort Berthold POWER
Mandaree, North Dakota

Allyson Siwik
Executive Director
Gila Resources Information Project
Silver City, New Mexico

Anne Mariah Tapp
Director, Energy Program
Grand Canyon Trust
Flagstaff, Arizona

Shelley Silbert
Executive Director
Great Old Broads for Wilderness
Durango, Colorado

Matt Reed
Public Lands Director
High Country Conservation Advocates
Crested Butte, Colorado

Julia Page
Chair
Idaho Organization of Resource Councils
Boise, Idaho

Jeff Kuyper
Executive Director
Los Padres Forest Watch
Santa Barbara, California

Laura Ackerman
Oil Policy Director
Lands Council
Spokane, Washington

Jim Jensen
Executive Director
Montana Environmental Information Center
Helena, Montana

Oscar Simpson
State Chair
New Mexico Backcountry Hunters & Anglers
Albuquerque, New Mexico

Joan Brown, osf
Executive Director
New Mexico Interfaith Power and light
Albuquerque, New Mexico

Oscar Simpson
State Chair
New Mexico Sportsmen
Albuquerque, New Mexico

Garrett VeneKlasen
Executive Director
New Mexico Wildlife Federation
Albuquerque, New Mexico

Robert M. Bernstein, MD, FACE
President
New Mexico Chapter of Physicians for Social
Responsibility
Santa Fe, New Mexico

Kate French
Chair
Northern Plains Resource Council
Bozeman, Montana

Terea Seamster
Chair, Northern New Mexico Group
Rio Grande Chapter of the Sierra Club
Santa Fe, New Mexico

Dan Olson
Executive Director
San Juan Citizens Alliance
Durango, Colorado

Christine Canaly
Executive Director
San Luis Valley Ecosystem Council
Alamosa, Colorado

Glenn Schiffbauer
Executive Director
Santa Fe Green Chamber of Commerce
Santa Fe, New Mexico

Debaura James
Securing Economic and Energy Democracy
Silver City, New Mexico

Linda Baker
Director
Upper Green River Alliance
Pinedale, Wyoming

Erik Schlenker-Goodrich
Executive Director
Western Environmental Law Center
Taos, New Mexico

Nancy Hartenhoff-Crooks
Chair
Western Organization of Resource Councils
Toronto, South Dakota

John Horning
Executive Director
WildEarth Guardians
Santa Fe, New Mexico

Peter Hart
Staff Attorney & Conservation Analyst
Wilderness Workshop

Amber Wilson
Environmental Quality Advocate
Wyoming Outdoor Council
Lander, Wyoming

# COMMENTS REGARDING THE U.S. BUREAU OF LAND MANAGEMENT'S DRAFT METHANE WASTE PREVENTION RULE

**Docket ID:** BLM-2016-0001-0001

**Submitted By:**

AMIGOS BRAVOS ♦ AUDUBON NEW MEXICO ♦ BACK COUNTRY HORSEMEN OF NEW MEXICO ♦ CALIFORNIANS FOR WESTERN WILDERNESS ♦ CENTER FOR BIOLOGICAL DIVERSITY ♦ CHACO ALLIANCE ♦ CITIZENS FOR A HEALTHY COMMUNITY ♦ DAKOTA RESOURCE COUNCIL ♦ DINÉ CITIZENS AGAINST RUINING OUR ENVIRONMENT ♦ EARTHWORKS ♦ ECOFLIGHT ♦ FORT BERTHOLD POWER ♦ GILA RESOURCE INFORMATION PROJECT ♦ GRAND CANYON TRUST ♦ GREAT OLD BROADS FOR WILDERNESS ♦ HIGH COUNTRY CONSERVATION ADVOCATES ♦ IDAHO ORGANIZATION OF RESOURCE COUNCILS ♦ LANDS COUNCIL ♦ LOS PADRES FOREST WATCH ♦ MONTANA ENVIRONMENTAL INFORMATION CENTER ♦ NEW MEXICO BACKCOUNTRY HUNTERS AND ANGLERS ♦ NEW MEXICO INTERFAITH POWER AND LIGHT ♦ NEW MEXICO SPORTSMEN ♦ NEW MEXICO WILDLIFE FEDERATION ♦ NEW MEXICO CHAPTER OF PHYSICIANS FOR SOCIAL RESPONSIBILITY ♦ NORTHERN PLAINS RESOURCE COUNCIL ♦ RIO GRANDE CHAPTER OF THE SIERRA CLUB ♦ SAN JUAN CITIZENS ALLIANCE ♦ SAN LUIS VALLEY ECOSYSTEM COUNCIL ♦ SANTA FE GREEN CHAMBER OF COMMERCE ♦ SECURING ECONOMIC AND ENERGY DEMOCRACY ♦ WESTERN ENVIRONMENTAL LAW CENTER ♦ WESTERN ORGANIZATION OF RESOURCE COUNCILS ♦ WILDEARTH GUARDIANS ♦ WILDERNESS WORKSHOP ♦ WYOMING OUTDOOR COUNCIL

**April 22, 2016**

# TABLE OF CONTENTS

I.   EXECUTIVE SUMMARY....................................................................................1

II.  CORE RECOMMENDATIONS .........................................................................2

    A.   BLM SHOULD STRUCTURE THE RULE AS A FLOOR, NOT A CEILING, FOR ACTION TO PREVENT METHANE POLLUTION AND WASTE ...................................................2

    B.   BLM'S RULE SHOULD BETTER REFLECT ITS EXPANSIVE RETAINED DUTIES AND AUTHORITIES TO PREVENT WASTE FROM OPERATIONS ON EXISTING LEASES......4

    C.   BLM SHOULD EXTEND WASTE PREVENTION AND MINIMIZATION MEASURES TO ALL OIL AND GAS WELLS ....................................................................................10

    D.   BLM SHOULD STRENGTHEN THE PROPOSED RULE BY MINIMIZING AND EVENTUALLY PHASING OUT FLARING ...................................................................12

        1.   The Proposed Rule Should Presumptively Prohibit All Flaring, Strengthen the Flaring Limit, Apply the Flaring Limit to Natural Gas Wells, Eliminate the Three-Year Phase-In Period, and Prohibit Flaring with a Ten-Year Phase-Out Period .....................................................................................12

        2.   BLM's Proposed Flaring Limits Would Condone the Waste of a Significant Percentage of Natural Gas Produced by a Typical Well with a Steep Decline Rate on a Lease, Unit, or CA.......................................................14

            a.   Overview ........................................................................................14

            b.   Calculations................................................................. 17

        3.   The Proposed Three-Year Phase-In Period Is Flawed and BLM Should Adopt a More Stringent Flaring Volume Limit ...........................................20

        4.   BLM Should Calculate Compliance with Flaring Volume Limits on a Well-by-Well Basis......................................................................................21

        5.   BLM Should Phase Out and Prohibit All Flaring within Ten Years of the Effective Date of the Final Rule................................................................22

    E.   BLM SHOULD IMPROVE THE BENEFIT-COST TEST FOR EXEMPTIONS AND ALTERNATIVE LIMITS TO ENSURE CONSISTENT AND ACCURATE CALCULATIONS AND TO ACCOUNT FOR PUBLIC BENEFITS ...........................................................23

F.   BLM SHOULD STRENGTHEN WASTE MINIMIZATION PLANNING REQUIREMENTS AND EXTEND THOSE REQUIREMENTS TO APPLICATIONS FOR PERMIT TO DRILL NATURAL GAS WELLS ........................................................................30

   1.   Overview.................................................................................30

   2.   BLM Should Ensure Enforcement of Waste Minimization Plans Through Conditions of Approval Attached to Approved APDs ..............................31

   3.   BLM Should Expand the Scope and Strengthen the Required Content of Waste Minimization Plans ......................................................... 33

   4.   Time Is of the Essence for Operators to Prepare Waste Minimization Plans.....................................................................................35

G.   BLM SHOULD PREVENT METHANE POLLUTION AND WASTE BY COMMMITING TO AN INTEGRATED APPROACH THAT LEVERAGES BLM's PLANNING AND MANAGEMENT FRAMEWORK ...............................................................37

H.   LDAR ....................................................................................41

I.   BLM SHOULD PROVIDE FOR PUBLIC INVOLVEMENT ...............................................41

J.   BLM'S RULE SHOULD FOSTER COORDINATION WITH STATES..............................42

K.   BLM SHOULD CONTINUE TO CUT METHANE WASTE ACROSS ALL LANDS WITHIN A FEDERALLY-APPROVED UNIT OR CA ....................................................43

L.   BLM SHOULD ELIMINATE OR AT LEAST IMPROVE THE STATE AND TRIBAL VARIANCE PROVISION ..............................................................43

III.   RECOMMENDED CHANGES AND BASIS FOR CHANGES TO THE PROPOSED RULE'S TEXT ..........................................................................48

A.   WASTE MINIMIZATION PLANS (43 C.F.R. § 3162.3-1) ..........................................48

   1.   Recommended Changes to Proposed Text ................................48

   2.   Basis for Recommended Changes............................................51

B.   DEFINITIONS (43 C.F.R. § 3179.3) ........................................................53

   1.   Recommended Changes to Proposed Text ................................53

2.      Basis for Recommended Changes...............................................................54

C.      FLARING (43 C.F.R. § 3179.6(a))................................................................56

1.      Recommended Changes to Proposed Text................................................56

2.      Basis for Recommended Changes...............................................................57

D.      FLARING LIMITS AND PHASE OUT (43 C.F.R. § 3179.6(b)) ....................58

1.      Recommended Changes to Proposed Text................................................58

2.      Basis for Recommended Changes...............................................................59

E.      ALTERNATIVE FLARING LIMITS (43 C.F.R. §§ 3179.7(a)-(c))..................59

1.      Recommended Changes to Proposed Text................................................59

2.      Basis for Recommended Changes...............................................................62

F.      TWO-YEAR EXEMPTION FROM FLARING LIMITS (43 C.F.R. § 3179.7(d)) .............63

1.      Recommended Changes to Proposed Text................................................63

2.      Basis for Recommended Changes...............................................................64

G.      RETAINED WASTE PREVENTION RIGHTS, DUTIES, AND AUTHORITIES (43 C.F.R. § 3179.10)...........................................................................................65

1.      Recommended Changes to Proposed Text................................................65

2.      Basis for Recommended Changes...............................................................66

H.      WELL DRILLING (43 C.F.R. § 3179.101) ...................................................67

1.      Recommended Changes to Proposed Text................................................67

2.      Basis for Recommended Changes...............................................................68

I.       WELL COMPLETIONS AND RELATED OPERATIONS (43 C.F.R. § 3179.102) ..........68

1.      Recommended Changes to Proposed Text................................................68

2.      Basis for Recommended Changes...............................................................69

J.     INITIAL PRODUCTION TESTING (43 C.F.R. § 3179.103) .......................................69

    1.     Recommended Changes to Proposed Text .................................................69

    2.     Basis for Recommended Changes .............................................................70

K.     SUBSEQUENT WELL TESTS (43 C.F.R. § 3179.104) .................................................70

    1.     Recommended Changes to Proposed Text .................................................70

    2.     Basis for Recommended Changes .............................................................70

L.     EMERGENCIES (43 C.F.R. § 3179.105) ....................................................................71

    1.     Recommended Changes to Proposed Text .................................................71

    2.     Basis for Recommended Changes .............................................................71

M.     PNEUMATIC CONTROLLERS (43 C.F.R. § 3179.201) ...............................................72

    1.     Recommended Changes to Proposed Text .................................................72

    2.     Basis for Recommended Changes .............................................................73

N.     PNEUMATIC CHEMICAL INJECTION PUMPS AND PNEUMATIC DIAPHRAGM
    PUMPS (43 C.F.R. § 3179.202) .................................................................................73

    1.     Recommended Changes to Proposed Text  ...............................................73

    2.     Basis for Recommended Changes .............................................................75

O.     CRUDE OIL AND CONDENSATE STORAGE VESSELS (43 C.F.R. § 3179.203) ...........75

    1.     Recommended Changes to Proposed Text .................................................75

    2.     Basis for Recommended Changes .............................................................76

P.     DOWNHOLE WELL MAINTENANCE AND LIQUIDS UNLOADING (43 C.F.R. §
    3179.204)................................................................................................................76

    1.     Recommended Changes to Proposed Text  ...............................................76

    2.     Basis for Recommended Changes .............................................................78

Q.      LEAK DETECTION AND REPAIR (43 C.F.R. §§ 3179.301-3179.305)........................78

    1.      Recommended Changes to Proposed Text  .................................................78

    2.      Basis for Recommended Changes................................................................79

R.      STATE AND TRIBAL VARIANCES (43 C.F.R. § 3179.401) ........................................81

    1.      Recommended Changes to Proposed Text................................................81

    2.      Basis for Recommended Changes................................................................82

APPENDIX A ....................................................................................................................83

# I.   EXECUTIVE SUMMARY

We appreciate BLM's proposed rule to modernize the agency's 37-year old waste prevention policies. The proposed rule is an important step in the right direction to prevent the waste of natural gas, boost royalties that support essential public services, and better safeguard our climate, lands, waters, wildlife, and the public's health. BLM's final rule should take an additional and urgently needed step forward to foster a robust ethic of innovation and zero tolerance towards methane pollution and waste from oil and gas operations on federal and tribal lands. To achieve this goal, we recommend that BLM:

- Design the rule as a floor, not a ceiling, for methane waste prevention action (Section II.A).

- Craft the rule to better reflect BLM's expansive, retained duties and authorities to prevent methane pollution and waste from operations on existing leases (Section II.B).

- Provide that BLM will take action to prevent waste from oil *and* natural gas development infrastructure (Section II.C).

- Presumptively prohibit all flaring, allowing limited flaring only from existing wells subject to a more stringent 600 Mcf per well per month limit that is phased out over a ten-year period after which flaring is prohibited absolutely (Section II.D).

- Improve the benefit-cost test for determining when operators may obtain exemptions from the rule's venting and flaring prohibitions or seek alternative limits (Section II.E).

- Strengthen waste minimization planning requirements and extend those requirements to encompass applications for permit to drill natural gas wells (Section II.F).

- Prevent methane pollution and waste by committing to an integrated approach that leverages BLM's multi-stage planning and management framework (Section II.G).

- Improve leak detection and repair requirements (Section II.H).

- Include measures providing for public transparency and accountability (Section II.I).

- Foster coordination with state and tribal regulatory agencies (Section II.J).

- Continue to impose the rule across all lands within a federally-approved unit or area subject to a communitization agreement (Section II.K).

- Eliminate or at least improve the state and tribal variance provision (Section II.L).

In Section II, we expand upon these core recommendations. In Section III, we provide specific recommended changes to the proposed rule's text and the basis for those changes.

## II.   CORE RECOMMENDATIONS

### A.   BLM SHOULD STRUCTURE THE RULE AS A FLOOR, NOT A CEILING, FOR ACTION TO PREVENT METHANE POLLUTION AND WASTE

BLM currently attempts to prevent waste in accord with Notice to Lessees and Operators of Onshore Federal and Indian Oil and Gas Leases (NTL–4A), 44 Fed. Reg. 76600 (December 27, 1979). As BLM is aware, NTL-4A is outdated and does not prevent methane pollution and waste. As the preamble to the proposed rule explains:

> BLM's existing requirements on venting and flaring are more than 3 decades old, do not reflect technological advances and current scientific understanding, have failed to deter rising losses of gas, fail in some respects to provide clear guidance to BLM staff and oil and gas operators, and do not address leaks from existing and new infrastructure.

81 Fed. Reg. 6616, 6627 (Feb. 8, 2016). In significant part, these deficiencies are a product of NTL-4A's focus on whether or not waste is royalty bearing, not robust and effective action to manage the publicly-owned oil and gas resource in the public interest. NTL-4A thus provides a brittle policy structure that has failed to foster prudent and reasonable development and ongoing innovation to, as a first order matter, conserve the oil and gas resource and thereby prevent waste as required by the Mineral Leasing Act ("MLA") and Federal Land Policy and Management Act ("FLPMA"). *See, e.g.*, 30 U.S.C. § 225; 43 U.S.C. §§ 1701(a), 1732(b). These laws provide BLM with expansive duties and authorities independent of the responsibilities held by other federal and state regulatory agencies. Indeed, these duties and authorities are even broader than those held by other agencies and compel BLM to subject development of the federal—i.e., publicly-owned—oil and gas resource to the strongest and highest standards. This is necessary to constrain and balance development of the oil and gas resource to protect public lands and resources, including "air and atmospheric" values, that are at grave risk from climate change. Oil and gas resources are, fundamentally, public trust resources that must be managed by BLM in the public interest. *See* 81 Fed. Reg. 6616, 6629 ("The MLA rests on the fundamental principal that the public should benefit from mineral production on public lands").

BLM should therefore learn from NTL-4A and further the agency's expansive duties and authorities to craft the methane rule as a floor, not a ceiling, for action that drives ever deeper cuts in methane pollution and waste through time, with an ultimate goal of zero tolerance for methane pollution and waste. This will improve the durability of the rule over time, foster prudent and reasonable operations as well as industry innovation, and secure the greatest possible methane pollution and waste reductions. In this context, we recommend that BLM strengthen the proposed rule to prohibit venting, limit and phase out flaring within 10 years, carry out robust leak detection and repair, and ensure effective front-end planning and management by both BLM and operators.

While operators may contend that preventing methane waste through new rules does not reflect current industry business models, that argument simply confirms that industry business models are outdated and in fact one of the factors contributing to methane pollution and waste For example, as the Government Accountability Office found in 2010:

> A number of other factors can also contribute to operators not adopting venting and flaring reduction technologies. Officials that we spoke with said that overcoming "institutional inertia"—a company's tendency to do business and carry out operations as it always has—is key to adopting these technologies. In a similar vein, industry and EPA officials told us that upper management support is critical for these types of efforts to go forward, and _many companies' management is focused on other efforts that are deemed more important than what are seen as incremental improvements in operations. For example, the operator may choose to invest its limited available capital in drilling a new well, which may have a larger return than investments in capturing vented or flared gas from an existing well, according to industry representatives_.[1]

Business models must therefore evolve to conform to the fundamental—and long-standing—objective of BLM's oil and gas rules: "to promote the orderly and efficient exploration, development and production of oil and gas." 43 C.F.R. § 3160.0–4. BLM rules already provide that both BLM and operators must ensure that oil and gas development "protects other natural resources and the environmental quality, protects life and property and results in the maximum ultimate recovery of oil and gas with minimum waste and with minimum adverse effect on the ultimate recovery of other mineral resources." 43 C.F.R. §§ 3161.2, 3162.1. The robust action to prevent methane pollution and waste that we recommend thus reflects precisely the sort of "reasonable precautions to prevent waste of oil or gas developed in the land" that the MLA mandates and contemplates. 30 U.S.C. § 225.

Unfortunately, while BLM's proposed methane waste rule is a step in the right direction, it is merely an incremental step that risks locking in, in particular over the long-term, unacceptable methane pollution and waste. The propose rule is premised on the notion that containment of methane gas from oil and gas operations is sufficient, with flaring relied upon far too heavily to dispose of that methane gas. Flared gas, put simply, is wasted gas. Moreover, the proposed rule fixates too heavily on associated gas from oil wells rather than adopting a comprehensive approach that addresses serious methane pollution and waste from oil _and_ natural gas wells. These deficiencies are exacerbated by the BLM's failure to link the proposed rule to the agency's foundational planning and management framework provided by the Federal Land Policy and Management Act ("FLPMA") and informed by compliance with the National Environmental Policy Act ("NEPA"). The rule, isolated from this planning and management framework, fails to take advantage of opportunities to control the timing, pace, and location of development to, as already noted above, foster orderly and efficient development and

---

[1] Government Accountability Office, _Federal Oil and Gas Leases: Opportunities Exist to Capture Vented and Flared_

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**                    Page 3 of 90
**Docket ID:** BLM-2016-0001

production of oil and gas in service of action to prevent methane pollution and waste. 43 C.F.R. § 3160.0–4

Our comments and recommendations are structured in this context and to further the basic and essential notion that BLM's methane pollution and waste rule should set a floor, not a ceiling, for action, and should drive modernization and innovation in service of eliminating, not simply reducing, methane pollution and waste.

## B.   BLM'S RULE SHOULD BETTER REFLECT ITS EXPANSIVE RETAINED DUTIES AND AUTHORITIES TO PREVENT WASTE FROM OPERATIONS ON EXISTING LEASES

As a primary matter, we are troubled that BLM's proposed rule reflects a cramped view of BLM's retained duties and authorities. This operates to limit the ability of the proposed rule, as structured, to prevent methane pollution and waste from oil and natural gas infrastructure on both existing and future leases, units, and lands subject to communitization agreements ("CAs"). We suspect that BLM's cramped view is a product of the considerable political weight that the oil and gas industry wields, not a reasoned and informed understanding of the BLM's duties and authorities in light of what is technically and economically feasible.

We recommend that BLM craft the final rule to properly reflect the agency's expansive retained duties and authorities in support of more robust action to cut methane pollution and waste from operations on both future and existing leases. To the degree that BLM's duties and authorities to act on waste must accommodate an operator's investment-backed expectations and development rights, we think the far better distinction is not between existing and future leases, but between existing and future oil and gas wells and associated infrastructure. BLM itself suggests this approach in the preamble to the proposed rule. *See* 81 Fed. Reg. 6616, 6644 ("Another alternative to the proposed approach to flaring would be to distinguish between new and existing wells….The BLM is…considering including a complete prohibition on routine flaring of associated gas from new development wells"). We believe this is a far better distinction. With existing wells and infrastructure, the operator has sought and received approval from BLM to construct and has in fact constructed a well and associated infrastructure. But, with regard to existing leases that have not yet been developed, and as we demonstrate below, BLM's duties and authorities to prevent methane waste are considerable and expressly limit the investment-backed expectations and development rights held by the operator of an existing, but undeveloped lease. Put differently, the operator has no investment-backed expectation or development right to waste oil and natural gas from new wells BLM has yet to approve.

Pursuant to the Mineral Leasing Act ("MLA"), BLM oversees oil and gas development on the public lands not only to ensure safe and fair development of the mineral resource, but to more fundamentally "safeguard[] … the public welfare." 30 U.S.C. § 187. Specific to methane waste, the MLA mandates that "[a]ll leases of lands containing oil or gas ... shall be subject to the

condition that the lessee will, in conducting his explorations and mining operations, use all reasonable precautions to prevent waste of oil or gas developed in the land...." 30 U.S.C. § 225; *see also* 30 U.S.C. § 187 ("Each lease shall contain...a provision...for the prevention of undue waste...."). BLM, consistent with this authority and responsibility, determines where, when, and under what terms and conditions oil and gas development should occur. Specifically, once an oil and gas lease is executed, BLM controls the timing, pace, and scale of development via 43 C.F.R. § 3101.1-2 and language in BLM's standard lease form.

Federal oil and gas leases thus do not convey absolute rights akin to a private fee simple interest. As the Supreme Court has explained, "Congress under the [MLA] has … subjected the lease to exacting restrictions and continuing supervision by the Secretary … In short, a mineral lease does not give the lessee anything approaching the full ownership of a fee patentee, nor does it convey an unencumbered estate in the minerals." *Boesche v. Udall*, 373 U.S. 472, 477-78 (1963); *see also Indep. Petroleum Assoc. v. DeWitt*, 279 F.3d 1036, 1039 (D.C. Cir. 2002) (finding that the MLA affords BLM "rather sweeping authority 'to prescribe necessary and proper rules and regulations and to do any and all things necessary to carry out and accomplish the purposes of [the leasing statutes].'") (quoting 30 U.S.C. § 189).  As the Supreme Court further explained, reflecting on the MLA's legislative history, "conservation through control was the dominant theme of the debates." *Boesche v. Udall*, 373 U.S. 472, 481 (1963) (citing H.R.Rep. No. 398, 66th Cong., 1st Sess. 12-13; H.R.Rep. No. 1138, 65th Cong., 3d Sess. 19 ("The legislation provided for herein...will [help] prevent waste and other lax methods....")).

Indeed, while the specific rights granted to a lessee depend on the terms of the particular lease, those rights are often very limited, amounting to no more than an "opportunity" to develop if the lease meets the requirements of federal law. As the Supreme Court explained, offshore oil and gas leases qualified by the need to obtain future Government approvals, as is the case with federal onshore oil and gas leases, "amounted primarily to an *opportunity* to try to obtain exploration and development rights in accordance with the procedures and under the standards specified in the cross-referenced statutes and regulations." *Mobil Oil Exploration and Producing Southeast, Inc. v. United States*, 530 U.S. 604, 621 (2000) (emphasis added). The scope of lease rights can be even more constrained. In *Conner v. Burford*, the Ninth Circuit described the right acquired by the lessee of a no-surface occupancy federal onshore oil and gas lease as a "right of first refusal": "What the lessee really acquires with an NSO lease is a right of first refusal, a priority right …." 836 F.2d 1521 (9th Cir. 1988).

Satisfying the requirements of federal law includes compliance with NEPA, in particular a site-specific hard look analysis of direct, indirect, and cumulative impacts and consideration of alternatives keyed to that hard look analysis regarding methane pollution and waste. A lessee's investment-backed expectations are, in effect, limited by the scope of NEPA analysis prepared to assess development of the lease. In *New Mexico ex rel. Richardson v. BLM*, the U.S. Court of Appeals for the Tenth Circuit, reconciling decades of case law regarding the point at which site-specific NEPA analysis was required, explained that, "[l]ooking to the standards set out by

regulation and by statute, assessment of all 'reasonably foreseeable' impacts must occur at the earliest practicable point, and must take place before an 'irretrievable commitment of resources' is made." 565 F.3d 683, 718 (10th Cir. 2009) (citations omitted).

Thus, where BLM's NEPA analysis (whether prepared before a lease is executed or, as is more typically the case, later, when BLM reviews a application for permit to drill) is site-specific and development is, on that basis, approved, then the lessee obtains defensible investment-backed expectations. But where the scope of NEPA analysis is not robust and, instead, is cursory or not site-specific, the lessee's rights remain, in effect, contingent on compliance with NEPA. This does not infringe on the lessee's rights because the lessee is on notice that any "right" to drill is subject to NEPA's mandate to take a hard look at site-specific impacts and to consider reasonable alternatives—i.e., relevant here, alternatives assessing "reasonable precautions" to prevent waste—prior to the point of commitment. 40 C.F.R. § 3101.1-2. As the standard lease form explicitly provides, "[r]ights granted [by an oil and gas lease] are subject to applicable laws," including NEPA. BLM Form 3100-11 (October 2008).

These principles are well-rooted in NEPA and NEPA's implementing rules, which provide sensible constraints mandating that environmental reviews be completed in advance of resource commitments and, indeed, that these reviews be leveraged to inform those commitments and compliance with other substantive, laws. In fact, NEPA provides that "the policies, regulations, and public laws of the United States shall be interpreted and administered in accordance with the policies set forth in this chapter," which include, *inter alia*, the responsibility to "fulfill the responsibilities of each generation as trustee of the environment for succeeding generations." 42 U.S.C. §§ 4331, 4332. NEPA's implementing rules specifically mandate that BLM must:

- "[T]o the fullest extent possible…Use all practicable means…to restore and enhance the quality of the human environment and avoid or minimize any possible adverse effects of their actions upon the quality of the human environment." 40 C.F.R § 1500.2(f).

- "[I]ntegrate the NEPA process with other planning at the earliest possible time to insure that planning and decision reflect environmental values, to avoid delays later in the process, and to head off potential conflicts." 40 C.F.R. § 1501.2.

- [N]ot commit resources prejudicing selection of alternatives before making a final decision (§ 1506.1)." 40 C.F.R. § 1502.2(f).

- Use NEPA analyses "as the means of assessing the environmental impact of proposed agency actions, rather than justifying decisions already made." 40 C.F.R. § 1502.2(g).

- Prepare NEPA analyses "early enough so that it can serve practically as an important contribution to the decisionmaking process and will not be used to rationalize or justify

decisions already made (§§ 1500.2(c), 1501.2, and 1502.2)." 40 C.F.R. § 1502.5.

▪ Take "no action concerning the proposal…which would: (1) Have an adverse environmental impact; or (2) Limit the choice of reasonable alternatives." 40 C.F.R. § 1506.1.

Recognition that leases are contingent on NEPA analysis avoids predetermined decisions to allow development based on flawed expectations held by a lessee to conduct operations in a manner that is neither prudent nor reasonable or results in unnecessary or undue methane pollution and waste. *See, e.g.*, *Davis v. Mineta*, 302 F.3d 1104, 1112 (10th Cir. 2002) (rejecting highway project decision where "defendants prejudged the NEPA issues"); *Metcalf v. Daley*, 214 F.3d 1135, 1142 (9th Cir. 2000) (rejecting action that agency had committed beforehand in writing to support because a NEPA analysis "must be taken objectively and in good faith, not as an exercise in form over substance, and not as a subterfuge designed to rationalize a decision already made"); *N. Cheyenne Tribe v. Hodel*, 851 F.2d 1152, 1157 (9th Cir. 1988) ("bureaucratic rationalization and bureaucratic momentum are real dangers, to be anticipated and avoided by [federal agencies]"); *Mont. Wilderness Assoc. v. Fry*, 408 F. Supp. 2d 1032, 1037 (D. Mont. 2006) ("[T]he public's interest in the NEPA process will be degraded if the process is reduced to a series of hurdles to be cleared en route to a predetermined result"); *Idaho ex rel. Kempthorne v. U.S. Forest Serv.*, 142 F. Supp. 2d 1248, 1261 (D. Idaho 2001); see also 43 U.S.C. 1732(b) (requiring that BLM "shall, by regulation or otherwise, take any action necessary to prevent unnecessary or undue degradation of the lands.").

Accordingly, the holder of federal mineral lease has, at most, an exclusive, but limited, right to develop any oil and gas that may be found on the leasehold. That grant of rights is "subject to" BLM's direct oversight of lease operations and BLM's retained duties and authorities to fulfill FLPMA's multiple use mandate through the protection of non-mineral multiple uses such as "air and atmospheric" values; to balance resource use and impacts with resource protection through resource management planning; and, "by regulation or otherwise," to "take any action necessary prevent unnecessary or undue degradation of the lands." 43 U.S.C. §§ 1701(a)(8), 1712, 1732(b). These retained duties and authorities are reflected in explicit reservations articulated in BLM's existing rule defining the scope of a lessee's rights:

> A lessee shall have the right to use so much of the leased lands as is necessary to explore for, drill for, mine, extract, remove and dispose of all the leased resource in a leasehold subject to: Stipulations attached to the lease; restrictions deriving from specific, nondiscretionary statutes; and such reasonable measures as may be required by the authorized officer to minimize adverse impacts to other resource values, land uses or users not addressed in the lease stipulations at the time operations are proposed. To the extent consistent with lease rights granted, such reasonable measures may include, but are not limited to, modification to siting or design of facilities, timing of operations, and specification of interim and final reclamation measures.

43 C.F.R. § 3101.1-2.

Similarly, the modern (1984 and following) standard lease form, currently Form 3100-11 (October 2008), enumerates the reserved rights that leases are "subject to": "Rights granted are subject to applicable laws, the terms, conditions, and attached stipulations of the lease, the Secretary of Interior's regulations and formal orders in effect as of lease issuance, and to regulations and formal orders hereafter promulgated when not inconsistent with lease rights granted or specific provisions of the lease."

Taken together, 43 C.F.R. § 3101.1-2 and Form 3100-11's standard language expressly subject a lessee's rights to: (1) stipulations in the specific lease; (2) specific, nondiscretionary statutes; (3) regulations and formal orders in effect at the date of lease issuance; and (4) subsequently issued regulations and orders that are not inconsistent with lease rights granted or specific provisions of the lease, and that deal with issues "not addressed in the lease stipulations at the time the operations are proposed."

Relevant here, the BLM's duty and authority, through this rulemaking, to impose modernized methane reduction requirements on not just future leases, but existing leases, in particular proposals for new development of those existing leases, is expressly and expansively authorized both by the provision that makes leases subject to "such reasonable measures as may be required by the authorized officer to minimize adverse impacts to other resource values, land uses or users not addressed in the lease stipulations at the time operations are proposed," 43 C.F.R. § 3101.1-2, and by the standard lease form language that makes leases subject to "formal orders hereafter promulgated when not inconsistent with lease rights granted or specific provisions of the lease," BLM Form 3100-11. This is consistent with Supreme Court precedent providing that "[e]ven with respect to vested property rights, a legislature generally has the power to impose new regulatory constraints on the way in which those rights are used, or to condition their continued retention on performance." *U.S. v. Locke*, 471 U.S. 84, 104 (1985).

Indeed, the very price of a federal oil and gas lease—often at rock bottom bid prices which start at $2.00 per acre and similarly low annual rental fees of $1.50 per acre that are far cheaper than oil and gas leases on state or private lands–reflects BLM's retained duties and authorities. As the Federal Circuit has explained, the price of a federal fossil fuel lease must be accounted for in assessing the scope of BLM's retained duties and authorities and whether or not there has been a taking of a lessee's property (or contractual) right:

> In this case, which involves a business engaged in a highly regulated industry, the plaintiff's reasonable investment-backed expectations are an especially important consideration in the takings calculus. A party in Rith's position necessarily understands that it can expect the regulatory regime to impose some restraints on its right to mine coal under a coal lease. *The leases*

> *themselves notified Rith of the uncertainty of obtaining permits to mine, and the* *low price that Rith paid for the leases may well reflect the widely understood* *risk that Rith would not be permitted to extract as much coal as it hoped from* *the leased properties.* The likelihood of regulatory restraint is especially high with regard to possible adverse environmental effects, such as potentially harmful runoff from the mining operations, which have long been regarded as proper subjects for the exercise of the state's police power.

*Rith Energy, Inc. v. United States*, 270 F.3d 1347, 1351 (Fed. Cir. 2001) (emphasis added).

Indeed, well operators have no reasonable expectation to vent or flare, in light of the long-recognized police power to control waste of natural gas. In a 1900 case, the Supreme Court upheld a state law prohibiting venting of natural gas for more than two days. *Ohio Oil Co. v. Indiana*, 177 U.S. 190 (1900). The Court was unmoved by the fact that the strict state law would cause the well operator to shut in a productive oil well, and rejected the operator's contention that "as the oil could not be taken at a profit by one who made no use of the gas, therefore he must be allowed to waste the gas into the atmosphere." *Id.* at 199, 211. Natural gas waste, the court found, was a proper subject for regulation, and waste regulation did not cause a taking even if it destroyed the economic viability of a well.

We provide this analysis because we anticipate that oil and gas industry interests will contend that BLM's proposed rule somehow conflicts with their investment backed expectations and drilling rights by changing how BLM prevents methane pollution and waste relative to the weak framework that has been in place since 1979 via NTL-4A. But, as we demonstrate above, BLM's duties and authorities are not constrained by the prior policy and practice provided by NTL-4A, even if oil and gas lessees have relied on such policy and practice in acquiring or investing in leases while mistakenly ignoring the plain language of the MLA; the typically limited scope of NEPA analyses prepared to justify lease sales; BLM's rules retaining duties and authorities to prevent waste, lease stipulations, in particular those in Form 3100-11; and courts' historic recognition of the appropriateness of methane waste regulation.

Moreover, the vehicle for a claim that investment-backed expectations have been frustrated—a takings claim—would likely fail at the outset. Takings law has limited application to claims against the government for violation of oil and gas leases; contract law applies instead. *See, e.g., Sun Oil Co. v. United States*, 572 F.2d 786, 818 (1978) (the takings theory "has limited application to the related rights of party litigants when those rights have been voluntarily created by contract. In such instances, interference with such contractual rights generally gives rise to a breach claim not a taking claim.").

In the contract context, the government has broad authority to change contracting expectations where public resources are concerned. The question, generally, is not whether the government can impose new burdens on a contracting party, but whether it must pay to do so.

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**                                    Page 9 of 90
**Docket ID:** BLM-2016-0001

*Mobil Oil Exploration*, 530 U.S. 604 (2000). Here, however, no such analysis is required, as BLM acts well within lease terms in imposing new requirements via regulations promulgated under the authority of existing applicable statutory frameworks. BLM form 3100-11 (standard onshore oil and gas lease makes rights subject to "regulations and formal orders hereafter promulgated when not inconsistent with lease rights granted or specific provisions of this lease"); *Mobil Oil Exploration*, 530 U.S. at 621 (2000) (in context of offshore oil and gas leases, lessees' rights are subject to regulations promulgated under the authority of existing applicable statutory frameworks, as contemplated by the leases); *Century Exploration New Orleans, LLC v. United States*, 745 F.3d 1168 (Fed. Cir. 2014) (applying *Mobil Oil* to find no contract breach). Importantly, onshore oil and gas leases provide even more expansive authority regarding future regulation than the offshore oil and gas leases at issue in *Mobil Oil* and *Century Exploration*.

BLM's retained duties and authorities to condition development of both existing and future leases, with a limited distinction made for existing wells and infrastructure, is reflected in our recommendations, in particular with regard to flaring limits and an operator's ability to secure an alternative flaring limit (Sections II.D, III.C, III.D, and III.E), waste minimization plans (Sections II.F and III.A), and our recommendation that BLM link, through explicit recognition of retained duties and authorities, the final methane waste rule with the agency's front-end planning and management framework (Sections II.G and III.G).

## C.    BLM SHOULD EXTEND WASTE PREVENTION AND MINIMIZATION MEASURES TO ALL OIL AND GAS WELLS

The proposed rule focuses heavily on the reduction of methane pollution and waste from oil wells through capture of associated gas. While we certainly agree that oil well operators must do a far better job of capturing and transporting to market natural gas produced in association with oil well operations, there is nonetheless significant waste of natural gas in from, perhaps ironically, natural gas exploration and production operations.

As Table 1 below shows, BLM's estimates of methane losses from venting and flaring includes significant waste from gas production, including 5 Bcf from flaring and 16.01 Bcf from venting of pneumatic controllers and pumps, storage vessels, liquids unloading, drilling and well completions, and leaks.

**Table 1:** *BLM Estimates of Venting, Flaring and Leaks*

| Source | Gas Production (Bcf) | Oil Production (Bcf) | Total (Bcf) | Percent |
|---|---|---|---|---|
| **Flaring** | 5 | 71 | 76 | |
| **Venting Sources:** | | | | |
| *Pneumatic controllers* | 4.29 | 1.08 | 5.4 | 34% |
| *Pneumatic pumps* | 2.29 | 0.16 | 2.5 | 16% |
| *Storage vessels* | 1.82 | 0.95 | 2.77 | 17% |
| *Liquids unloading* | 3.26 | 0.00 | 3.26 | 20% |
| *Drilling/completions* | 0.69 | 1.39 | 2.08 | 13% |
| **Venting Total** | | | 16.01 | 100% |
| **Leaks** | 3.94 | 0.41 | 4.35 | |
| **Other** | | | 1.64 | |
| | | | | |
| **Total methane lost from venting, flaring and leaks** | | | 98 | |

BLM's duty and authority to prevent waste is, importantly, expansive, addressing not just oil but also natural gas; "[a]ll leases of lands containing oil *or gas* ... shall be subject to the condition that the lessee will, in conducting his explorations and mining operations, use all reasonable precautions to prevent waste of oil or gas developed in the land...." 30 U.S.C. § 225 (emphasis added).

Accordingly, the draft rule should broadly extend waste prevention and minimization measures to natural gas wells and better account for natural gas in assessing revenues and reserves in determining economic feasibility. Specifically:

- Constraints on flaring should extend to and account for natural gas wells in three ways, as detailed in more depth in Section II.D, in particular Sections II.D.1 and II.D.4, and Section II.E, below:

- First, flaring limits proposed by 43 C.F.R. § 3179.6(b) should be clearly and explicitly extended to natural gas wells.

- Second, calculations to determine compliance with the flaring limits set forth in 43 C.F.R. § 3179.6(b) should not be limited, as the proposed rule is currently drafted, to oil wells but should be extended to include gas wells.

- Third, benefit-cost tests for exemptions, such as the provision for alternative flaring limits in 43 C.F.R. § 3179.7, hinge on a determination of whether the costs of compliance would cause the operator to "abandon significant recoverable oil reserves under the lease." The MLA's prohibition against waste is not, however, limited to oil and extends to natural gas. 30 U.S.C. § 225. BLM, in the final rule, should therefore explicitly acknowledge and account for natural gas reserves in considering a request for an alternative flaring limit.

- BLM should mandate that operators complete waste minimization plans for proposed natural gas, not just oil, wells pursuant to 43 C.F.R. § 3162.1-3, as we detail in more depth in Section II.F below.

### D. BLM SHOULD STRENGTHEN THE PROPOSED RULE BY MINIMIZING AND EVENTUALLY PHASING OUT FLARING

#### 1. The Proposed Rule Should Presumptively Prohibit Flaring, Strengthen the Flaring Limit, Apply the Flaring Limit to Natural Gas Wells, Eliminate the Three-Year Phase-In Period, and Prohibit Flaring with a Ten-Year Phase-Out Period

Section 3179.6(b) of the proposed rule details the flaring volume limit and the phasing in of the proposed flaring limit. These provisions reflect a fundamental flaw in the proposed rule: that physical containment and disposal of natural gas through flaring is acceptable to satisfy the MLA's prohibition against waste, a prohibition that instills duties on both the operator and BLM. 30 U.S.C. § 225. As proposed 43 C.F.R. § 3179.6 provides, "[t]he operator must flare rather than vent any gas that is not captured," with "captured" defined as the containment for transport to market or productive uses. *See* 43 C.F.R. § 3179.3.

Flaring *is* waste. As demonstrated by Table 1 above, gas wells are the dominant source of vented methane waste while oil wells are the dominant source of flared methane waste. BLM estimates that a total of 98 Bcf gas was vented, flared, or leaked on BLM-administered lands in 2013. *See* 81 Fed. Reg. 6616, 6660; BLM Regulatory Impact Analysis ("RIA") at p. 3. Of this total, 76 Bcf was flared, including 5 Bcf flared and 16.29 Bcf vented at gas wells and associated gas infrastructure and practices. According to the Fact Sheet issued along with Secretary Jewell's

announcement of the proposed rule, "[o]verall, the rule would reduce flaring by an estimated 41-60 percent and venting by roughly 44-46 percent (compared to 2013 rates)." At this rate, reductions in venting would amount to roughly 9 Bcf. If these reductions were flared rather than sold, enough gas to heat about 120,000 homes would continue to be wasted. The rule needs to tackle methane waste from both oil and natural gas wells and require the capture— inclusive of transport of natural gas to market—as a means of keeping it out of the atmosphere.

Unfortunately, flaring is expressly permitted in the proposed rule as a default option not only for associated gas but also for well drilling (43 C.F.R. § 3179.101), well completions (43 C.F.R. § 3179.102), production tests (43 C.F.R. § 3179.103), pneumatic controllers (43 C.F.R. § 3179.201), pneumatic pumps (43 C.F.R. § 3179.202), storage vessels (43 C.F.R. § 3179.203), and liquids unloading (43 C.F.R. § 3179.204). Further, the rule is not clear as to whether these non-associated gas volumes would be covered under the proposed limits. Each of these sources wastes a significant amount of gas, and the blanket approvals to flare contained in the rule for these sources should be eliminated and accounted for in determining compliance with limits prescribed for flaring by 43 C.F.R. § 3179.6(b) or 43 C.F.R. § 3179.7. Again, flaring does not reduce methane waste and should, to the degree possible, be prohibited.

Even setting these concerns aside, 43 C.F.R. § 3179.6 and 43 C.F.R. § 3179.7 as written provide far too much latitude for operators to flare; set a flaring limit that is insufficiently stringent; provide operators with an unnecessary three-year phase-in period to achieve compliance; allow operators of existing leases to obtain an alternative, less-stringent flaring limit; and even allow operators on existing leases to obtain a renewable 2-year exemption from flaring limits. Moreover, the flaring limits mandated by 43 C.F.R. § 3179.6(b) exclude natural gas wells by virtue of calculating compliance based only on development oils.

BLM should therefore presumptively prohibit flaring; provide only a limited exception for wells (i.e., wells approved before the effective date of the final methane waste rule); strengthen the flaring limits for these wells and clearly extend them to natural gas wells; and establish a 10-year timeline requiring operators phase-out flaring entirely and to thereby require these operators to capture and transport to market all gas released from all oil and gas sources. Our recommendations regarding flaring, coupled with our recommendations regarding waste minimization planning, shift the burden from the public and BLM to operators to justify flaring from existing wells, which is effective since operators "have greater capacity to anticipate and plan for capture infrastructure to be ready at the time they shift from exploration to development in a given field." 81 Fed. Fed. 6616, 6644. This, in turn, minimizes BLM administrative and oversight costs and inconsistencies between field offices.

Exceptions allowing flaring instead of capture should be provided only in limited circumstances when the operator demonstrates—and BLM agrees, after public review and comment—that the net costs of capture would result in the abandonment of reserves, accounting for public

benefits. In Sections II.D.2 thru II.D.5 below, we justify these recommendations. Specifically, we demonstrate:

- Using the Bakken as an example, the problematic implications of the 1800 Mcf flaring limit and the three-year phase-in period provided by 43 C.F.R. § 3179.6(b) relative to steep production decline rates common to all tight oil and shale gas wells (Section II.D.2).

- Why the phase-in provided by 43 C.F.R. § 3179.6(b) is not needed and why a more stringent flaring volume limit is reasonable (Section II.D.3).

- That compliance with permitted flaring limits should be calculated on a well-by-well basis that accounts for both oil and natural gas wells rather than on a lease, unit, or CA basis that only accounts for oil wells (Section II.D.4).

- Why, rather than a three-year phase-in to comply with the 1800 Mcf flaring limit provided by 43 C.F.R. § 3179.6(b), BLM should provide for a ten-year phase-out of all flaring (Section II.D.5).

## 2.    BLM's Proposed Flaring Limits Would Condone the Waste of a Significant Percentage of Natural Gas Produced by a Typical Well with a Steep Decline Rate on a Lease, Unit, or CA

### a.    Overview

The flaring limits proposed by 43 C.F.R. § 3179.6(b) have a serious, adverse, though unintended consequence: they allow oil and gas wells, such as those in the Bakken, to flare a significant proportion of their gas as oil and gas production declines and the well matures. This is a product of the proposed rule's failure to consider the decline curves of oil and gas wells while providing a 3-year phase-in of flaring limits after the effective date of the rule.

In formations like the Bakken, a steep production decline occurs as soon as oil and gas wells are drilled. On average, Bakken wells produce approximately 300 bbl/day in the first year of production, also known as peak production.[2] Peak production is then followed by steep production declines for the rest of the well's life. By the fourth year, the typical Bakken well's production typically declines to less than 75 bbl/day, with a shallower decline curve for the rest of the well's life.[3]

---

[2] Ron Patterson, *Bakken Decline Rates Worrying For Drillers*, OILPRICE.COM (Feb. 26, 2015), http://oilprice.com/Energy/Crude-Oil/Bakken-Decline-Rates-Worrying-For-Drillers.html.

[3] *Id.*

Importantly, steep production declines are not isolated to the Bakken. According to the Energy Information Administration (EIA):

> Horizontal wells drilled into tight formations tend to have very high initial production rates, but they also have steep initial decline rates. With steep decline rates, constant drilling and development of new wells is necessary to maintain or increase production levels.[4]

The EIA has found that tight oil production in the Permian, Eagle Ford, Bakken, and Niobrara basins falls roughly 60% to 75% in the first year of the life of a well.[5] Moreover, a 2014 study of seven major plays in the U.S. found that three-year tight oil well decline rates in the seven plays ranged from 60% to 91%.[6] The report found that one-year average shale gas well decline rates in the seven plays ranged from 23% to 49%, and 3-year average well decline rates were between 74% and 88%.[7] As BLM itself notes in the proposed rule's preamble:

> New wells (especially in shale formations) often start out producing a relatively large amount of oil and/or gas at relatively high pressures, which then declines rapidly over time.

81 Fed. Reg. 6616, 6638.

For new wells drilled in the Mancos Shale Formation in the San Juan Basin of New Mexico, the Farmington Field Office Reasonably Foreseeable Development Scenario has identified production declines from newly-drilled oil wells of approximately 80-90% in the first one hundred days of production. Gas wells show similar declines.[8]

Finally, the Regulatory Impact Analysis ("RIA") cites a 2015 report by Carbon Limits that found that for wells sampled in the Bakken Formation, oil and gas production peaks at the second

---

[4] Energy Information Agency, *Wells Drilled Since Start of 2014 Provided Nearly Half of Lower 48 Oil Production in 2015*, TODAY IN ENERGY (March 22, 2016), https://www.eia.gov/todayinenergy/detail.cfm?id=25472.

[5] Energy Information Agency, *Initial Production in Tight Oil Formations Continues to Rise*, TODAY IN ENERGY (February 9, 2016), https://www.eia.gov/todayinenergy/detail.cfm?id=24932#.

[6] J. David Hughes, *Drilling Deeper*, POST-CARBON INSTITUTE, 7 (October 2014), http://www.postcarbon.org/wp-content/uploads/2014/10/Drilling-Deeper_FULL.pdf.

[7] *Id*. at 11.

[8] Farmington Field Office, Reasonable Foreseeable Development (RFD) for Northern New Mexico, Final Report 2014, p. 11-14 http://www.blm.gov/style/medialib/blm/nm/field_offices/farmington/farmington_planning/ffo_planning_docs/rmpa_mancos.Par.52727.File.dat/SJB%20Mancos%20RFD%20final%20report-10.27.pdf.

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**   Page 15 of 90
**Docket ID:** BLM-2016-0001

month with a 64% decline from the peak at the 12th month; an 86% decline from the peak at the 24th month; and a 93% decline from the peak at the 36th month.[9]

As the BLM itself acknowledges (81 Fed. Reg. 6616, 6638), tight oil formations like the Bakken produce not just oil, but associated gas. Accordingly, to prevent waste, it is important to identify the amount of gas that will be produced and flared over time by using the ratio of the amount of associated gas produced to the amount of oil. Using the gas to oil ratio, or "GOR," informs how much the waste of a given well's production would be prevented by the flaring limit, inclusive of the three-year phase-in period proposed by 43 C.F.R. § 3179.6(b). In the Bakken formation, the GOR is approximately 1.1-1.2 gas to oil.[10] This means that each barrel of oil produced in the Bakken also produces 1.1-1.2 times more in natural gas equivalent. For purposes of our calculations below, we will use a GOR of 1.15 for Bakken wells.

To calculate approximate natural gas production, we multiply oil production by the GOR. The universal conversion for oil to gas is called Barrel of Oil Equivalent ("BOE"). For example, if a Bakken well produced 200 barrels of oil in a month, the approximate amount of natural gas produced is determined by the following calculation:

$$200 \text{ barrels/day} \times 1.15 \text{ (GOR)} = 230 \text{ Mcf of gas/day}$$

To illustrate the implications of the flaring limit and three-year phase-in period proposed by 43 C.F.R. § 3179.6(b) to a tight oil well that produces associated gas, it is necessary to assess the production decline curve of that well over time. We assume that gas production declines at roughly the same rate as oil. In this way, the interaction between the flaring limit, the three-year phase-in period for that limit, and the interaction of that limit and phase-in period with production volumes can be understood.

To do this, we evaluate the three-year phase-in of flaring limits proposed by 43 C.F.R. § 3179.6(b) (7200/3600/1800 Mcf/month) over the first four years of production from an average Bakken well to determine the percentage of gas flared during a given production year, depending on what year of the phase-in is in effect. The main reason we do this is because the three-year phase-in period will impact wells at various stages of productivity from peak production (i.e., first year) to mature wells (year three to end of life).

We note that the flaring limits proposed by 43 C.F.R. § 3179.6(b) are calculated by totaling flaring volumes from all oil wells on a lease, unit, or CA and then dividing that total by the total number of oil wells on that lease, unit, or CA. The calculations below reflect how the flaring

---

[9] Regulatory Impact Analysis at 52; Carbon Limits, *Improving Utilization of Associated Gas in U.S. Tight Oil Fields*, 56 (April 2015), http://www.catf.us/resources/publications/files/Flaring_Report.pdf.

[10] Rune Likvern, *Will the Bakken Red Queen Outrun the Growth in Water Cut?*, PEAK OIL BARREL (Dec. 12, 2014), http://peakoilbarrel.com/will-bakken-red-queen-outrun-growth-water-cut/.

limits interplay across a lease, unit, or CA. We recognize that some wells on a lease, unit, or CA may be in different stages in their life cycle and production decline, but, to show how the phase-in of limits affects the percentage of gas production flared, the calculations assume that wells on a lease, unit, or CA were drilled at the same time. So year one of the phase in would cover a leasehold with all of the wells in year one of production, and year two would cover a leasehold with all wells in year two of production and so on.

## b.    Calculations

**Production Year 1 (assumes production of 295 barrels oil/day):**

- Total natural gas production = 295 bbl/day x 1.15 GOR = 339.25 Mcf/day per well

- Volume and percentage of natural gas the operator is allowed to flare pursuant to 43 C.F.R. § 3179.6(b) by phase-in year:

  - **Year 1:**  Operator can flare 240 Mcf/day or 70.7% of produced gas on unit, lease, or CA.

  - **Year 2:** Operator can flare 120 Mcf/day or 35.4% of produced gas on unit, lease, or CA.

  - **Year 3:** Operator can flare 60 Mcf/day or 17.6% of produced gas on unit, lease, or CA.

**Production Year 2 (assumes production of 116 barrels oil/day):**

- Total natural gas production = 116 bbl/day x 1.15 GOR = 133.4 Mcf/day per well

- Volume and percentage of natural gas the operator is allowed to flare pursuant to 43 C.F.R. § 3179.6(b) by phase-in year:

  - **Year 1:**  Operator can flare 240 Mcf/day or more than 180% of produced gas on lease, unit, or CA.

  - **Year 2:** Operator can flare 120 Mcf/day or 90% of produced gas on unit, lease, or CA.

  - **Year 3:** Operator can flare 60 Mcf/day or 45% of produced gas on unit, lease, or CA.

**Production Year 3 (assumes production of 87.5 barrels oil/day):**

- Total natural gas production = 87.5 bbl/day x 1.15 GOR = 100.625 Mcf/day per well

- Volume and percentage of natural gas the operator is allowed to flare pursuant to 43 C.F.R. § 3179.6(b) by phase-in year:

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**            Page 17 of 90
**Docket ID:** BLM-2016-0001

- **Year 1:** Operator can flare 240 Mcf/day or more than 238% of produced gas on lease, unit, or CA.

- **Year 2:** Operator can flare 120 Mcf/day or more than 119% of produced gas on unit, lease, or CA.

- **Year 3:** Operator can flare 60 Mcf/day or 59.6% of produced gas on unit, lease, or CA.

<u>Production Year 4</u> **(assumes production of 71.8 barrels oil/day):**

- Total natural gas production = 71.8 bbl/day x 1.15 GOR = 82.57 Mcf/day per well

- Volume and percentage of natural gas the operator is allowed to flare pursuant to 43 C.F.R. § 3179.6(b) by phase-in year:

  - **Year 1:** Operator can flare 240 Mcf/day or more than 290% of produced gas on lease, unit, or CA.

  - **Year 2:** Operator can flare 120 Mcf/day or more than 145% of produced gas on unit, lease, or CA.

  - **Year 3:** Operator can flare 60 Mcf/day or 72.6% of produced gas on unit, lease, or CA.

These calculations are depicted in Figure 1 below. Figure 1 shows the percentage of gas flared from wells during each of the projected first four years of production over the course of the proposed rule's three-year phase-in period.

**Figure 1:** *Percentage of gas flared from a typical Bakken oil well depending on the well's production year and relative to each year of the three-year phase-in period.*



The percentage of gas flared—i.e., wasted—increases as the wells age and production declines. Regardless of the well's maturity—i.e., production year—the percentage of gas flared is highest in year 1 of the proposed rule's three-year phase-in period, where operators are allowed to flare 240 Mcf/day or 7200 Mcf/month; followed by year two, where operators are allowed to 120 Mcf/day or 3600 Mcf/month; and, finally, followed by year three, the final year of the phase-in period, where operators are allowed to 60 Mcf/day or 1800 Mcf/month.

The percentages of gas flared in year 1 and year 2 of the three-year phase-in period are very high, especially for wells that have matured beyond their first year of peak production. States like North Dakota are attempting to attack flaring via percentage goals. The ultimate goal of the North Dakota flaring policy is to get flaring down to 5 percent statewide by 2020.[11] Based on these calculations, compliance with BLM's proposed flaring volume limits would only satisfy the 5 percent goal set by North Dakota regulators if two conditions are met: (1) all wells on the lease, unit, or CA are in their first year of production; *and* (2) the lease, unit, or CA is subject to 60 Mcf/well/day limit provided for the final year of the three-year phase-in period (60 Mcf/day limit).

---

[11] Bakken/Three Forks Pool Field Rules to Restrict Oil Prod. to Reduce the Amount of Flared Gas, Order No. 24665, Case No. 22058 (N.D. Indus. Comm'n July 1, 2014) (hearing on a motion to consider amendments), *available at* https://www.dmr.nd.gov/oilgas/or24665.pdf.

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**                    Page 19 of 90
**Docket ID:** BLM-2016-0001

### 3.   The Proposed Three-Year Phase-In Period Is Flawed and BLM Should Adopt a More Stringent Flaring Volume Limit

Due to the high flaring percentages in years one and two of the phase-in, we are not convinced that BLM has provided a reasoned basis for the proposed three-year phase in period. If anything, the three-year phase-in period would condone flaring a large percentage of a well's associated gas production. A strong limit imposed on the first day the final rule is effective would ensure that operators take immediate action to control excessive flaring. There is precedent for such action. Wyoming, for example, did not phase in its flaring limit when it imposed flaring volume limits in 2013.[12] Wyoming has also taken action to make its flaring volume even more stringent, lowering the daily flaring volume limit to 20 Mcf/day.[13] We therefore recommend that BLM eliminate the three-year phase-in period proposed by 43 C.F.R. § 3179.6(b) and, in the final rule, adopt Wyoming's 20 Mcf/day flaring volume limit. Figure 2, below, depicts the positive impact of a 20-Mcf/day flaring limit relative to the percentage of gas flared from a typical Bakken well, taking into account production declines. Put simply, the 20-Mcf/day limit would constrain the total percentage of produced gas flared to between 6%-24%, a result that is significantly better than provided for by BLM's proposed rule.

**Figure 2:** *Percentage of gas flared from a typical Bakken well depending on the well's production year and subject to a flaring limit of 20 Mcf/day.*



---

[12] Benjamin Storrow, *Wyoming Passes New Flaring Rule Amid Praise and Criticism*, CASPER STAR-TRIBUNE, Feb. 9, 2016, *available at* http://trib.com/business/energy/wyoming-passes-new-flaring-rule-amid-praise-and-criticism/article_2ac33e2d-83cb-577b-9945-9ac76ef60669.html.

[13] *Id.*

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**
**Docket ID:** BLM-2016-0001

4. **BLM Should Calculate Compliance with Flaring Volume Limits on a Well-by-Well Basis**

The proposed rule seeks to provide operators with flexibility by virtue of calculating compliance with the proposed flaring limits in 43 C.F.R. § 3179.6(b) on the basis of total flared gas from all oil wells across an entire lease, unit, or CA. This method of calculation condones methane pollution and waste from individual wells that may prove cumulatively significant and unnecessary and thus undermines the proposed rule's intent and ability to conform to the MLA's mandate to prevent waste.

In accord with BLM's method of calculation, some wells on a lease, unit, or CA could flare 100% of produced gas, while other wells do not. For example, in year three of the phase-in period, BLM's proposed rule would allow the operator of a lease, unit, or CA with two wells to flare up to 3600 Mcf/month from one of the wells so long as it captures and transports to market all of the gas from the other well. This does not, contrary to BLM's rationale in the preamble of the proposed rule (*see* 81 Fed. Reg. 6616, 6639), provide the operator with flexibility but, rather, sanctions poor planning and excessive, unnecessary waste. We illustrate these concerns in Appendix A by reference to operations on the Buffalo Pad on the Fort Berthold Reservation in North Dakota.

The far better approach that we recommend would be to impose a flaring limit on a well-by-well basis. This incentivizes (and thus amplifies the efficacy of) waste minimization planning by the operator pursuant to 43 C.F.R. § 3162.3-1 to account for existing wells and to invest in capture infrastructure that encompasses for the entire unit, lease, or CA. It is in this way—by requiring a well-by-well flaring limit while requiring waste minimization planning across a lease, unit, or CA—that BLM can satisfy its duty to prevent waste while encouraging operators to identify effective economies of scale, which the agency, in its preamble, purports to optimize with the methane waste rule. *See* 81 Fed. Reg. 6616, 6639 (explaining that "[t]he economics of alternative on-site capture technologies improve as quantities of gas increase"). Such planning should involve, for example:

- Co-locating drilling infrastructure to maximize economies of scale, as recognized by BLM in Figure 2 on page 52 of the Regulatory Impact Assessment, which states that "well concentration improves economics";

- Reducing waste from existing infrastructure;

- Aligning oil and gas production with construction of gas capture infrastructure on the lease, unit, or CA so that oil production does not outpace gas capture and thereby waste the gas resource; and

- Synchronizing upstream production operations with midstream gas pipeline and processing capacity to ensure that gas is transported to market for sale and use by consumers, not vented or flared into the atmosphere where it does not provide a single Btu of energy and, instead, contributes to climate change and negatively impacts air quality and public health.

BLM itself acknowledges, in the preamble to the propose rule, that flaring is a product of poor planning, lack of investment in capture infrastructure, rates of drilling new wells that outpace the capacity of capture infrastructure, lack of coordination and cooperation between upstream producers and midstream pipeline and processing operations, and questionable business models that assume that flaring is a prudent and reasonable option for dealing with methane. *See* 81 Fed. Reg. 6616, 6637-6638. While operators may not want to waste natural gas, it is self-evident that they do and their intent to prevent waste does not match their actual operations, in part because BLM has, to date, not adequately exercised its oversight duties and authorities.

Operators should not be able to ignore and effectively write off methane pollution and waste from some wells on a lease, unit, or CA while planning capture for others and otherwise choosing to emphasize investment in new wells to the detriment of investment in optimization of existing wells and associated infrastructure—a choice that contributes to waste. For example, new high-pressure wells may push older lower-pressure wells gas from pipelines, leading to capture of the former and flaring of the latter. Limits should apply to *all* of an operator's wells, whether that well is the first or last in a particular lease, unit, or CA. Applying limits to each well creates incentives for development to proceed at a more measured pace and, as a consequence, helps prevent and at least truly minimizes the waste of the oil *and* natural gas resource. We therefore view a well-by-well calculation to determine compliance with flaring limits as an essential and critical recommended change to the proposed rule.

Our recommended changes to the proposed rule's text are provided below, in Section III.D, which should be read in the context of our recommendations pertaining to retained duties and rights in Section III.G.

### 5.     BLM Should Phase Out and Prohibit All Flaring within Ten Years of the Effective Date of the Final Rule

Consistent with our comments above, flaring, with the exception of emergency situations, should be phased out and thereby prohibited within 10 years of the effective date of the final rule. This will prevent methane pollution and waste while providing oil and gas operators with a reasonable period of time to plan, prepare, and retrofit their operations. We recommend that BLM structure this phase-out period in four 2.5-year blocks as depicted in Table 2, below.

**Table 2:** *Recommended structure of 10-year period to phase out all flaring*

| Phase | Timeframe | Flaring Volume Allowed |
|---|---|---|
| One | Rule is finalized to year 2.5 after rule is finalized | 20mcf/day or 600mcf/month |
| Two | Year 2.5- Year 5 | 15 mcf/day or 450 mcf/month |
| Three | Year 5-Year 7.5 | 10mcf/day or 300 mcf/month |
| Four | Year 7.5-Year 10 | 5 mcf/day or 150 mcf/mo |
| Flaring Phased Out | Year 10 | 0 mcf/day or 0 mcf/month; flaring phased out. |

Methodically phasing out flaring over a 10 year period provides operators with sufficient time to eliminate flaring, whether through more effective planning before new wells are drilled, investment in capture infrastructure, synchronization with midstream pipeline and processing companies (including new contracts), or otherwise.

BLM itself can facilitate a 10-year phase out through more effective front-end oil and gas planning and management by BLM, as we recommend in Section II.G below. Such planning and management provides a level playing field for all operators as they prepare waste minimization plans; basic oversight regarding the location and timing of new drilling; and a framework to secure necessary rights-of-way for pipeline infrastructure. For example, BLM could create maps and conduct at least an initial stage of environmental review to show, based on high, medium and low potential identified in Reasonably Foreseeable Development Scenarios, areas to avoid that have distant prospects for pipelines and processing capacity. By completing an initial stage of environmental review, BLM can guide development while better avoiding waste and other adverse impacts. Bottom line, a methodical ten-year phase-out period combined with more effective front-end planning and management can guide the siting and construction of gas capture infrastructure to render flaring unnecessary, thus optimizing efforts to prevent methane pollution and waste.

Specific recommended changes to the proposed rule's text in 43 C.F.R. 3179.6(b) are provided in Section III.D.1 below.

## E.    BLM SHOULD IMPROVE THE BENEFIT-COST TEST FOR EXEMPTIONS AND ALTERNATIVE LIMITS TO ENSURE CONSISTENT AND ACCURATE CALCULATIONS AND TO ACCOUNT FOR PUBLIC BENEFITS

The draft rule includes recurring language allowing exemptions from a waste prevention measure "if the operator demonstrates, and the BLM agrees, that [the measure] would impose such costs as to cause the operator to cease production and abandon significant recoverable oil reserves under the lease."[14] *See, e.g.*, 43 C.F.R. § 3179.7(a) (proposed). We find this language problematic.

To remedy this concern, the final rule should provide clear, standardized guidance to operators to ensure fair, consistent, and accurate calculations of costs and benefits. Such calculations should reflect BLM's expansive authority and mandate to manage federal oil and gas resources in trust for the public. These calculations are essential to ensure that any exemptions are granted sparingly in accordance with strict criteria and that operators will not be granted exemptions for shoddy, suspect, or self-serving calculations of compliance costs. We note that industry, including the fossil fuel industry, often inflates compliance costs and deflates compliance benefits.[15] Accordingly, BLM should take care to ensure that any benefit-cost calculations are defined by the rule rather than contrived by operators.

To achieve this, in Section III.B below, we recommend the addition of a definition for "economically infeasible" that identifies how revenues and costs should be used to determine if waste prevention measures, which involve either capture and delivery to a sales line or replacement of equipment, would meet the standard for an exemption. Importantly:

- Costs include the costs of capture infrastructure, or the costs of equipment replacement. The specific elements of capture infrastructure and replacement equipment are specified in the rule through proposed revisions to the definitions of "capture" and "capture infrastructure" in 43 C.F.R. 3179.3.

- Revenues should include the sale of oil and gas from all new and existing wells on the lease.

Public benefits should also be included on the revenue side of the equation. Research completed by the National Research Council has confirmed the fact that the negative impacts of the production and consumption of fossil fuels are not represented in the market price for those fossil fuels.[16] In other words, failing to internalize the externalities of fossil fuel

---

[14] There is one exception to this language: for liquids unloading the rule would provide an exemption from capture, and even from flaring, if "practices that maximize the recovery of gas for sale ... or flaring are technically infeasible or unduly costly." 43 C.F.R. § 3179.204(a) (proposed). This different language for exemption from capture during liquids unloading is confusing and unnecessary.

[15] *See, e.g.*, Ruth Greenspan Bell, *For EPA Regulations, Cost Predictions Are Overstated*, WORLD RESOURCES INSTITUTE (Nov. 17, 2010), http://www.wri.org/blog/2010/11/epa-regulations-cost-predictions-are-overstated.

[16] National Research Council, Hidden Costs of Energy (2010); *see also* Nicholas Z. Muller et al., Environmental Accounting for Pollution in the United States Economy 101 Am. Economic Review 1649 (2011) (cost of economic harm from coal vastly exceeds market value generated by coal); Ben Machol & Sarah Razk, Economic Value of U.S.

production and combustion—such as the impacts to climate change and human health—has resulted in a market failure that requires government intervention. Executive Order 12866 directs federal agencies to assess and quantify such costs and benefits of regulatory action, including the effects on factors such as the economy, environment, and public health and safety, among others. *See* Exec. Order No. 12866, 58 Fed. Reg. 51,735 (Sept. 30, 1993).[17] The Ninth Circuit has ruled that agencies must include the climate benefits of a significant regulatory action in federal cost-benefit analyses to comply with EO 12866:

> [T]he fact that climate change is largely a global phenomenon that includes actions that are outside of [the agency's] control ... does not release the agency from the duty of assessing the effects of its actions on global warming within the context of other actions that also affect global warming.

*Ctr. for Biological Diversity v. Nat'l Highway Traffic Safety Admin.*, 538 F.3d 1172, 1217 (9th Cir. 2008) (quotations and citations omitted); *see also Border Power Plant Working Grp. v. U.S. Dep't of Energy*, 260 F. Supp. 2d 997, 1028-29 (S.D. Cal. 2003) (finding agency failure to disclose project's indirect carbon dioxide emissions violates NEPA).

The RIA takes a close look at the monetized social costs of increased greenhouse gas emissions and also identifies non-monetized impacts from methane waste. However, the BLM does not incorporate the benefits of reducing these costs into the mechanics of the rule; i.e., in the evaluation of the economic feasibility of capture. This is a mistake, both as a legal and as a practical matter. As a legal matter, BLM must account for social costs in determining what is a reasonable precaution to prevent waste, as we detail in more depth below. And, as a practical matter, BLM can require operators to incorporate an analysis of social costs in an efficient and necessary way by monetizing the benefits to the public of reducing the methane emissions that would result in compliance with the rule and thereby compare a more complete picture of benefits of methane reductions to the public with the cost to the public of royalties foregone by abandonment of reserves that are otherwise economically recoverable.

In estimating the net benefits of the rule, the RIA recognizes both private and public costs and benefits of reducing methane waste. The monetized private costs considered include engineering compliance costs and equipment replacement costs. Public monetized costs include additional carbon dioxide emissions from flaring gas that would otherwise have been vented. On the benefits side, private benefits include revenues from the sale of captured gas,

---

Fossil Fuel Electricity Health Impacts 52 Env't Int'l 75 (2013) (fossil fuel generation costs nation $361-886 billion annually in externalized costs); Paul R. Epstein et al., *Full Cost Accounting for the Life Cycle of Coal* 1219 Ann. N.Y. Acad. Sci. 73 (2011) (life cycle of costs from coal causes $175 to 523 billion in damages in United States annually).

[17] *See also* Executive Order 13563, 76 Fed. Reg. 3821 (Jan. 18, 2011) (reaffirming the framework of EO 12866 and directing federal agencies to conduct regulatory actions based on the best available science).

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**                    Page 25 of 90
**Docket ID:** BLM-2016-0001

while public benefits include "the environmental benefits of reducing the amount of greenhouse gasses and other pollutants released into the atmosphere."[18]

The RIA also identifies non-monetized benefits of reducing methane waste. These include the health effects of co-pollutants released along with methane, the environmental benefits of productive use of gas downstream rather than combusting it upstream, and other non-monetized climate benefits. We note that the RIA did not, however, include more localized community impacts such as noise and light pollution and landscape impacts to ecological and community resources, including cultural resources, from fragmented development. While the RIA says that it "examines" these non-monetized costs and benefits, it does not explain how this was done or disclose the results of this examination. We strongly encourage BLM to account for these localized community impacts, whether in the rule or, at the very least, through field-level planning and management.

Regardless, the RIA estimates that the rule will, overall, deliver average net monetary benefits of $270-$354 million per year. Of that amount, the RIA estimates the monetized value of methane reductions due to the rule of $194 million per year in 2017-2019, $235 million per year in 2020-2024, and $276 million per year in 2025-2026 (assuming that EPA does not finalize Subpart OOOOa and at a 3% discount rate). These benefits from avoiding the impacts of climate change are roughly 2.5 times the private benefits realized under the rule.

To calculate the monetized benefits of avoiding climate impacts by reducing methane waste, the RIA uses estimates of "the quantity of methane reductions and monetizes the benefit of these reductions using estimates of the social cost of methane."[19] These monetary benefits are based on estimates of the social cost of carbon and methane that have been developed by the Interagency Working Group on Social Cost of Carbon and recent work on the social cost of methane.[20] The social cost of carbon has been widely used to provide a monetary value for future economic impacts of climate change, and to estimate the social cost of methane by adjusting carbon costs by the GWP of methane. Updated approaches to estimating the social cost of methane have provided more accurate estimates by use of methodologies that are more consistent with those used to estimate the social cost of carbon and by incorporating methane's higher effective radiative forcing.

The RIA identifies the pathway from emissions to monetary damages as:

---

[18] RIA p. 5.

[19] RIA p. 32.

[20] Technical Support Document: Technical Update of the Social Cost of Carbon for Regulatory Impact Analysis Under Executive Order 12866, Interagency Working Group on Social Cost of Carbon (2013); Marten *et al.*, Incremental $CH_4$ and $N_2O$ mitigation benefits consistent with the U.S. Government's $SC-CO_2$ estimates, Climate Policy,15:2, 272-298 (2015).

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**                    Page 26 of 90
**Docket ID:** BLM-2016-0001

**Emissions → Atmospheric Concentrations → Radiative Forcing → Climate Impacts → Environmental and Socio-Economic Impacts → Monetized Damages**

Damages are monetized using several integrated assessment models to capture these dynamics. Climate impacts quantified in these models include increased air and ocean temperatures, changes in precipitation patterns, melting and thawing of global glaciers and ice, increasingly severe weather events, such as hurricanes of greater intensity, and sea level rise, among other impacts. Socio-economic impacts include net changes in agricultural productivity and human health, property damage from increased flood risk, and changes in energy system costs, such as reduced costs for heating and increased costs for air conditioning.[21]

The monetary values calculated for an avoided marginal increase in methane emissions in a given year are $1300/metric ton in 2020 and $1500/metric ton values at a 3% discount rate in 2012 dollars. These are slightly higher than the social cost of carbon of $45/metric ton in 2020 and $49/metric ton in 2025 adjusted for methane's global warming potential. Given limitations in the models used to derive these estimates, such as the exclusion of catastrophic impacts and other unquantified damages, these are likely to underestimate the benefits of avoiding methane emissions.

Excluding the social cost of methane from the determination of economic feasibility operates to value the benefits to the public of avoiding climate impacts at zero. This is indefensible, and we thus recommend that these benefits be incorporated into the analysis required for operators to seek exemptions under the rule. They are easily monetized by multiplying the volume of methane that would be captured through compliance by the social cost of methane and adding this to the net revenues forecast by the operator. This figure can then be compared with the costs of compliance for the operator and the cost to the public from loss of royalty revenue from the abandonment of recoverable reserves to provide a more accurate comparison of the benefits and costs of compliance.

As manager of public oil and gas resources for the benefit of the public, the BLM should expand the net revenue-cost calculation beyond private revenues and costs to include benefits and costs to the public. We do note, importantly, that BLM's authority and responsibility to prevent methane waste—as provided by the MLA and reinforced by FLPMA—is not limited to action that is cost-effective (i.e., has net negative costs) for a particular oil and gas lessee or operator, in particular where cost-effectiveness is determined by valuing the benefits of methane reduction to the public at zero. The MLA instead mandates that "all reasonable precautions to prevent waste" are taken, not just those precautions that oil and gas lessees or operators deem cost effective. 30 U.S.C. § 225. BLM itself echoes this notion in its preamble for the proposed rule, which explains that:

---

[21] Regulatory Impact Analysis, p. 33

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**          Page 27 of 90
**Docket ID:** BLM-2016-0001

> *A focus on oil development rather than gas capture may be a rational decision for an individual operator, but it does not account for the broader impacts of venting and flaring, including the costs to the public of losing gas that would otherwise be available for productive use, the loss of royalties that would otherwise be paid to States, tribes, and the Federal Government on the lost gas, and the air pollution and other impacts of gas wasted through venting or flaring.* A single operator's focus on its own operations can also produce a skewed assessment of the returns on investment in capture infrastructure across an entire area, where shared infrastructure may lower costs relative to the returns from the sale of gas.
>
> *Thus, a decision to vent or flare that may make sense to the individual operator may constitute an avoidable loss of gas and unreasonable waste when considered from a broader perspective and across a entire field.*

81 Fed. Reg. 6616, 6638 (emphasis added).

FLPMA explicitly provides that BLM must manage the public lands not simply as a resource for exploitation, but for the broader public:

> in a manner that will protect the quality of scientific, scenic, historical, ecological, environmental, *air and atmospheric*, water resource, and archeological values; that, where appropriate, will preserve and protect certain public lands in their natural condition, that will provide food and habitat for fish and wildlife and domestic animals; and that will provide for outdoor recreation and human occupancy and use.

43 U.S.C. § 1701(a)(8) (emphasis added). To safeguard the public interest, BLM must also manage the oil and gas resource to "best meet the present and future needs of the American people" and ensure that management of the oil and gas resource "takes into account the long-term needs of future generations for…non-renewable resources, including….minerals." 43 U.S.C. § 1702(c). Furthering these objectives, Resource Management Plans ("RMPs") must, *inter alia*, specifically "use and observe the principles of multiple use and sustained yield," "consider present and potential uses of the public lands," and "weigh long-term benefits to the public against short-term benefits." 43 U.S.C. §§ 1712(c)(1), (5), (7). Inherent in this framework is identifying, in the words of Gifford Pinchot, who laid the philosophical basis for multiple use, "the greatest good for the greatest number in the long run."[22]

Additional support for the proposition that the public interest must be accounted for in quantifying costs and benefits of oil and gas development is found in NEPA. NEPA mandates

---

[22] Brian Black, *Gifford Pinchot*, THE ENCYCLOPEDIA OF EARTH (Aug. 22, 2008), http://www.eoearth.org/view/article/155241/.

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**          Page 28 of 90
**Docket ID:** BLM-2016-0001

that BLM take a hard look at the direct, indirect, and cumulative impacts of actions on the "human environment." 40 C.F.R. §§ 1502.16(a), (b); 1508.25(c). This hard look, in turn, informs BLMs consideration of alternatives, helping the agency "sharply defin[e] the issues and provid[e] a clear basis for choice among options by the decision maker and the public." 40 C.F.R. § 1502.14. NEPA analyses have shown that methane waste causes a variety of impacts—a loss of the oil and gas resource itself, climate impacts, public health impacts, impacts on water resources and wildlife, increased pressure to lease and drill additional lands to assuage demand for oil and gas, etc. And courts have expressly held that federal agencies must account for the costs of climate pollution through NEPA. *High Country Conservation Advocates v. U.S. Forest Service*, 52 F.Supp.3d 1174 (D.Colo. 2014).

At a minimum, we therefore recommend that BLM use the SCC as a proxy for the benefits of avoiding methane pollution and waste impacts on the revenue side of the equation and expand the consideration of exemptions beyond the private revenues and costs of the operator. If the BLM excludes this analysis, it risks a court determination that the rule, or as-applied decision to allow or approve the waste of methane through an exception or exemption from the methane waste rule's provisions, is arbitrary and capricious. 5 U.S.C. §§ 706(2)(A), (D).

For forecasting future revenues and costs, we provide guidance on the time period for the analysis, the source for oil and gas price forecasts[23], base case scenarios (which can be adjusted for market conditions at the lease), escalation of future costs[24], and a standard discount rate of the social cost of capital of 3% for calculating present values. Use of this discount rate is supported by BLM's Regulatory Impact Analysis on page 40 (with emphasis added):

> OMB Circular A-94 (Revised) "Guidelines and Discount Rates for Benefit-Cost Analysis of Federal Programs" provides guidance to Federal agencies when conducting analyses, including regulatory impacts analyses.
>
> Circular A-94 directs agencies to use a discount rate of 7% for baseline analyses. It states, "this rate approximates the marginal pretax rate of return on an average investment in the private sector in recent years." It also recommends that agencies show sensitivity of the discounted net present value and other outcomes using additional discount rates. *Literature suggests that there is a divergence between the private (considered by firms or industry) and social (considered by society) discount rates, with the private rates exceeding the social rates.* This difference is considered to result from a difference in risk premiums; meaning the cost of capital is higher as the risk increases. From society's perspective, the risk may be lower or there may be no-risk, in which case a lower discount rate would be appropriate. *It is common for regulatory impact analyses*

---

[23] EIA, Annual Energy Outlook 2015, *available at* http://www.eia.gov/forecasts/aeo/.

[24] Bureau of Labor Statistics Consumer Price Index, *available at* http://www.bls.gov/cpi/.

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**                    Page 29 of 90
**Docket ID:** BLM-2016-0001

*to analyze outcomes using a 3% discount rate, particularly for proposed regulations with expected environmental benefits.*

If the calculation results in net negative private and public costs, the operator is then required to demonstrate that these costs are sufficient to cause the operator to permanently cease production by shutting in the well(s) and permanently abandoning reserves. This demonstration also should show that the reserves cannot be produced by any other well(s) on the lease and that other economic alternatives to flaring, such as curtailment of production, are not available to the operator.

### F.   BLM SHOULD STRENGTHEN WASTE MINIMIZATION PLANNING REQUIREMENTS AND EXTEND THOSE REQUIREMENTS TO APPLICATIONS FOR PERMIT TO DRILL NATURAL GAS WELLS

#### 1.   Overview

We appreciate the proposed rule's requirement that operators submit waste minimization plans concurrent with applications for permit to drill. This requirement reflects the expansive nature of BLM's and operator's duty to prevent waste. 30 U.S.C. § 225 ("[a]ll leases of lands containing oil or gas ... shall be subject to the condition that the lessee will, in conducting his explorations and mining operations, use all reasonable precautions to prevent waste of oil or gas developed in the land...."); *see also* 30 U.S.C. § 187 ("Each lease shall contain...a provision...for the prevention of undue waste...."). BLM is also required "to promote the orderly and efficient exploration, development and production of oil and gas." 43 C.F.R. § 3160.0-4.

We have several recommendations to strengthen and improve the effectiveness of these plans which are detailed in Section II.F.2 and Section II.I below, with specific recommended changes to the text of the proposed rule at 43 C.F.R. § 3162.3-1 provided in Section III.A below. To summarize these recommendations:

- BLM should condition the approval of applications for permit to drill ("APDs") on compliance with waste minimization plans consistent with the agency's authority in 43 C.F.R. Subpart 3179 and, specifically, pursuant to the retained duties and authorities we have recommended for inclusion at 43 C.F.R. § 3179.10.

- Operators should prepare and submit waste minimization plans for proposed natural gas, not just oil, wells.

- The rule should require that waste minimization plans elaborate on operators' strategy to comply with 43 C.F.R. Subpart 3179 to control venting, flaring, and leaks. Waste minimization plans should, in particular, provide detailed actions and timetables regarding

capture infrastructure, equipment, and operating practices that demonstrate compliance with 43 C.F.R. subpart 3179.

▪ Waste minimization plans should account for and evaluate production, methane emissions, and opportunities to prevent waste from all existing, proposed, and reasonably foreseeable wells and associated infrastructure on the lease, unit, or CA. Fixating on proposed new wells to the exclusion of existing wells and capture infrastructure across a lease, unit, or CA does not promote economies of scale and obscures opportunities to maximize waste prevention.

▪ Waste minimization plans should be made available to the public and subject to public comment as part of BLM's review of APDs and compliance with NEPA.

To help illustrate the importance of these recommendations, Appendix A attached to these comments provides an analysis of certain oil and gas wells in North Dakota.

## 2.    BLM Should Ensure Enforcement of Waste Minimization Plans Through Conditions of Approval Attached to Approved APDs

BLM should bind operators to commitments made in waste minimization plans—and take action to prevent waste on the basis of the agency's independent review of those plans pursuant to, e.g., NEPA—through imposition of conditions of approval on APDs. We thus reject BLM's contention that making waste minimization plans enforceable "might create an unintended incentive for operators to understate the degree of capture they anticipate achieving, or to write a very general plan, with few specifics" and that "more can be achieved by requiring operators to develop a thorough and practical plan prior to submitting their Applications for Permits to Drill." 81 Fed. Reg. 6616, 6642. As an initial matter, it is revealing that BLM apparently does not trust operators to complete accurate waste prevention plans if those plans would then serve as a basis for BLM to change how operators conduct their drilling operations on federal and tribal lands. If this is the case, we fail to see how rendering these plans voluntarily remedies that concern.

More importantly, it is our strong view that a "thorough and practical plan" is a plan that is implemented and enforced, not a plan that does not inform BLM conditions of approval and is ignored or shelved by the operator once an APD is approved, leaving BLM and the public with little recourse. Based on our experience, this is a serious risk that undercuts BLM and the public's ability to hold operator's accountable for unnecessary and undue waste. Operators must, fundamentally, change their behavior to become part of the solution, and holding operators accountable to their commitments in waste minimization plans is essential to this shift. Accordingly, the proper check on BLM's concern that operator's might understate capture opportunities involves three elements. First, BLM should verify and assess the waste minimization plan through NEPA and, where necessary, deny an APD accompanied by an insufficient waste minimization plan to the operator. Second, BLM should provide the public

with the opportunity to review and submit comments on waste minimization plans through BLM's approval process for that APD. And, third, BLM should independently review waste minimization plans through NEPA and impose conditions of approval on APDs on the basis of that review.

Fundamentally, by making the waste minimization plan voluntary, BLM undercuts its own authority, duty, and discretion as well as the right of the public to voice their perspective regarding action to prevent methane pollution and waste. BLM, notably, provides no basis, whether by reference to scientific or technical literature or otherwise, demonstrating the efficacy of voluntary measures or the reasonableness of its position that rendering waste minimization plans voluntary would work. If anything, the oil and gas industry has demonstrated a deep reluctance to take advantage of voluntary methane reduction programs, such as the U.S. Environmental Protection Agency's Natural Gas STAR program. As our colleagues at the Environmental Defense Fund have shown, EPA's Natural Gas STAR Program "has achieved a meager one percent participation rate in the oil and gas industry."[25] For example, of the 475 natural gas producers in New Mexico, fewer than 10 have joined EPA's Natural Gas STAR Program.[26] Moreover, this problem is not isolated to smaller companies; EDF surveyed 65 of the largest oil and gas companies and found that none have publicly disclosed their methane emission reduction targets and less than a third report any methane emission at all.[27] This data shows that BLM cannot and should not rely on industry voluntarily developing and complying with waste minimization plans. While voluntary programs have their place, they are not a substitute, here, for waste minimization planning as a basis for enforceable conditions of approval attached to APDs.

As a component of BLM's retained duties and authorities to condition the approval of APDs contained in 43 C.F.R. § 3179.10, BLM should, where appropriate, limit production to minimize waste. Notably, BLM, in section 4 of the standard oil and gas lease form, Form 3100-11 (October 2008), expressly "reserves [the] right to specify rates of development and production in the public interest … if deemed necessary for proper development and operation of area, field, or pool embracing these leased lands." BLM's Regulatory Impact Analysis, on pp. 48-49, recognizes that operators may choose to reduce production to comply with flaring limits:

> We believe that if an operator expects to exceed the flaring limit for a development oil well, the operator might also curtail production from the well to reduce the amount of gas co-produced and flared until capture infrastructure

---

[25] http://blogs.edf.org/energyexchange/2016/01/28/fatal-flaws-in-epas-latest-voluntary-methane-program-highlight-need-for-concrete-rules/.

[26] http://methanefacts.org/files/2015/08/NM-Methane-Rule-Fact-sheet.pdf.

[27] *Supra* note 25.

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**                        Page 32 of 90
**Docket ID:** BLM-2016-0001

becomes available, uses alternative capture technologies, or until the well production declines to a level that would not exceed the flaring limit.

Any curtailed production is not lost. Rather, it is deferred from the present to the future. We expect any potential deferment to be temporary, with the amount and duration of the deferment depending on the operator's response, the individual characteristics of the well, and the readiness of the operator to deliver the gas to the market or bolster existing infrastructure to meet levels of production, among other factors. Any curtailment would slow the flaring of oil-well gas, a substantial portion of which would be conserved for potential delivery to the market.

Curtailing production to meet venting and flaring limits and otherwise minimize waste should not, however, be at the discretion of the operator. Rather, BLM, where appropriate, should impose production restrictions when waste minimization plans indicate that controls would not be in place to meet the requirements of the rule. This approach has been adopted by North Dakota:

Well payout and economics should not be used to determine production restrictions. Some spacing units are being developed where the operator is aware that the existing gas gathering infrastructure is insufficient to allow surplus gas to be processed through the gas gathering system. In instances where significant amounts of surplus gas are flared due to the insufficient collection system, production should be restricted unless significant amounts of surplus gas are captured for beneficial consumption, or utilized in a value-added process.[28]

### 3.    BLM Should Expand the Scope and Strengthen the Required Content of Waste Minimization Plans

In addition to ensuring enforcement of waste minimization plans, we recommend that BLM expand the scope and strengthen the required content of waste minimization plans in five ways.

First, operators should prepare and submit waste minimization plans for proposed natural gas, not just oil, wells, for the reasons explained in Section II.C above. Waste occurs from natural gas wells just as it occurs from oil wells and it is prudent and reasonable for operators to prepare plans that minimize waste from both. As proposed, the rule problematically limits waste minimization plans to oil wells. *See* 43 C.F.R. § 3162.3-1(j) (proposed). We find no valid basis for this limit and it should be remedied. Of note, the two states that have adopted gas capture planning, North Dakota and Wyoming, require such plans for gas wells. The North Dakota

---

[28] North Dakota Industrial Commission Order 24665 Policy/Guidance, *available at* https://www.dmr.nd.gov/oilgas/GuidancePolicyNorthDakotaIndustrialCommissionorder24665.pdf.

guidance requires Gas Capture Plans for all applications for a permit to drill, and the recent changes to WY's flaring rule adopting a gas capture planning requirement does not exclude gas wells from coverage. *See* Bakken/Three Forks Pool Field Rules to Restrict Oil Prod. to Reduce the Amount of Flared Gas, Order No. 24665, Case No. 22058 (N.D. Indus. Comm'n July 1, 2014); WY Rules and Regulations OIL GEN Ch. 3 section 39.

Second, waste minimization plans should better detail and substantiate operators' strategies to control methane venting, flaring and leaks. The current waste minimization planning requirements are too limited in scope to achieve the waste minimization provision's core purpose. Operators, through waste minimization plans, should demonstrate how they will comply with 43 C.F.R. Subpart 3179 through inclusion of detailed actions and milestones that implement the plan on the lease, unit, or CA. WMPs should also include specific information on the capture infrastructure to be put in place, the emissions reduction equipment to be deployed, and the operating practices to be adopted to minimize waste. Further, the strategy should address all of the methane waste prevention measures covered by the rule, not just prevention of venting and flaring of associated gas. These include the capture and sale of gas released from well drilling, well completions, production tests, storage tanks, and liquids unloading, and prevention of waste through installation of low-emissions pneumatic controllers and pumps and leak detection and repair. In particular, steep decline rates for gas wells carry implications for waste from liquids unloading. The need for liquids unloading increases as production and reservoir pressures decline. As part of a waste minimization plan strategy, operators should identify what practices they will use to maximize the recovery of gas for sale as the need for liquids unloading grows.

Third, waste minimization plans should inform and provide BLM with the information needed to guide the timing, pace, and location of new wells and to otherwise assess opportunities for additional action to prevent methane pollution and waste beyond what the rule specifically provides for. This includes an assessment of all existing, proposed, and reasonably foreseeable oil and gas wells on the lease, unit, or CA as well as critical information regarding midstream pipeline and processing facilities. In this context, waste minimization plans provide BLM with a strategic tool to guide future lease sales and APD approvals towards locations in established fields where enough certainty exists about production to stimulate investment in capture infrastructure. The Regulatory Impact Assessment, in Figure 2 on page 52, recognizes the importance of well location, stating that "well concentration improves economics."

Fourth and relatedly, BLM should expand the scope of the information included in the plan to improve coordination and communication between producers and midstream pipeline and gas processor operators. As proposed, the rule requires information for a proposed well or wells on a multi-well pad, but not for the operator's production from existing and planned wells on a lease, unit, or CA. As the Discussion of the Proposed Rule observes:

> The primary alternative to flaring associated gas from oil wells is to capture, transport, and process that gas for sale, using the same technologies that are used for natural gas production. The capture and sale of associated gas is viable where there is sufficient gas production to offset the costs of connecting to or expanding existing pipeline infrastructure.

81 Fed. Reg. 6616, 6619. It makes no sense to plan for one well or well pad at a time when opportunities to minimize waste are affected by the operator's other drilling plans.

Fifth, operators should provide the same information in a waste minimization plan that they must provide to secure an alternative flaring limit. This would include identifying information for proposed new wells and the leases where they would be located, and a location map showing the entire lease, unit, or CA and the surrounding lands to a distance and on a scale that shows the broader field in which existing and proposed new well(s) and existing and proposed new pipelines that could transport the gas from the existing or proposed new well(s) are or would be located.

Waste minimization planning is gaining traction in North Dakota and Wyoming, where this type of information is giving regulators a broader perspective as they begin to tackle ways to reduce venting and flaring, because it is sensible, prudent, and reasonable. At one recent hearing of the Wyoming Oil and Gas Conservation Commission, where an application to flare in excess of state limits was considered and denied, a Commissioner "questioned why the [oil] well had been drilled so far away from the area's gas collection system."[29] Waste minimization plans can provide tools to avoid such after-the-fact questions.

We believe that, with the recommendations we provide herein, waste minimization planning will ensure that operators are aware of and commit to investment in capture infrastructure and adopt operating practices to prevent waste from all of the methane emissions sources on their leaseholds before they commence drilling.

### 4.      Time Is of the Essence for Operators to Prepare Waste Minimization Plans

Time is of the essence to require waste minimization plans given BLM's projections of new oil and gas drilling. On page 73 of the Regulatory Impact Assessment, BLM estimates that the rule would cover 2,500 oil well completions in 2016, growing at 3% thereafter. While the timing and magnitude of new drilling will depend on new technologies and the market price of oil and gas,

---

[29] Greg Fladager, *Commission Signals Change in Flaring Approach*, CASPER STAR TRIBUNE (March 8, 2016), http://trib.com/business/energy/commission-signals-change-in-flaring-approach/article_63c44ad8-e991-522e-aa31-13c2d42de287.html

it is inevitable that public lands will see new drilling. Waste minimization plans provide an essential tool to prevent waste from this new drilling activity.

A look at reasonably foreseeable development scenarios for public lands around the Western U.S. illustrates the magnitude of potential future development and the immediate need for waste minimization planning. According to analysis by BLM field offices that manage oil and gas resources in several major Western basins, 63,176 new oil and gas wells are reasonably foreseeable over the next decade and a half. Table 3 below shows drilling forecasted for seven selected field offices in these basins:

**Table 3:** *New oil and gas wells forecasted for select BLM field offices.*

| Field Office | Number of Wells | Date of RFD | Forecast Period |
|---|---|---|---|
| Buffalo[30] | 21,957 | 2012 | 2028 |
| Casper[31] | 2800 | 2005 | 2020 |
| Miles City[32] | 1699 | 2015 | 2030 |
| CO River Valley[33] | 5768 | Undated | n/a |
| Uncompahgre[34] | 1271 | 2012 | 2030 |

[30] Buffalo Field Office Planning Area, Reasonable Foreseeable Development Scenario for Oil and Gas, Final Report, 2012, p. 73 and 76
http://www.blm.gov/style/medialib/blm/wy/programs/planning/rmps/buffalo/docs/rfd.Par.48552.File.dat/FinalBFORFD_2012.pdf.

[31] Casper Field Office, Reasonable Foreseeable Development Scenario for Oil and Gas, 2005, p. 41
http://www.blm.gov/style/medialib/blm/wy/programs/planning/rmps/casper/docs.Par.27322.File.dat/03_rfd.pdf.

[32] Miles City Field Office Proposed Resource Management Plan and Final Environmental Impact Statement, Minerals Appendix, 2015, p. MIN-90
http://www.blm.gov/style/medialib/blm/mt/field_offices/miles_city/rmp/prmp_feis.Par.58274.File.dat/66MinAppdx.pdf.

[33] Glenwood Springs Field Office (GSFO) Administrative Boundary Area, Reasonable Foreseeable Development: Oil and Gas, undated, p. 38
http://www.blm.gov/style/medialib/blm/co/field_offices/crvfo/crvfo_proposed_rmp.Par.98730.File.dat/34%20Appendix%20R%20RFDS%20Oil%20and%20Gas.pdf.

[34] Uncompahgre Field Office, Colorado, Reasonable Foreseeable Development Scenario for Oil and Gas for the Final Report, 2012, p. 61
http://www.blm.gov/style/medialib/blm/co/information/nepa/uncompahgre_field/13-22_bull_mountain.Par.0265.File.dat/UncompahgreRFD_Feb_2012.pdf.

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**     Page 36 of 90
**Docket ID:** BLM-2016-0001

| | | | |
|---|---|---|---|
| Vernal[35] | 25,721 | 2012 | n/a |
| Farmington[36] | 3960 | 2014 | n/a |
| **Total** | 63,176 | | |

Although many of these RFDs are relatively recent, future market conditions and advances in horizontal drilling and fracking technology create considerable uncertainty about the pace of future drilling. Nevertheless, RFDs provide the basis for BLM planning and management and predict tremendous growth in new drilling in the coming years. The reductions in drilling activity spurred by low oil and gas prices provide BLM with an opportunity to get ahead of the next wave of drilling by having an effective waste minimization planning process in place before market conditions change and new drilling accelerates.

Time is also of the essence to mandate waste minimization planning given dramatic shale oil and gas production declines, detailed in Section II.D.2.a. Since production drops off steeply once a well begins producing, the bulk of potential methane waste from new oil wells occurs early in the life of the well. Steep decline rates also drive additional drilling. Accordingly, waste minimization plans must be completed and ready for implementation to ensure compliance with 43 C.F.R. Subpart 3179 before drilling begins. Implementation of these plans later in the life of a well is too little too late.

These robust findings regarding steep decline rates for oil and gas wells provide strong support for waste minimization planning to ensure that gas reserves are not squandered by delaying action to prevent waste from the very beginning of a well's life.

## G.   BLM SHOULD PREVENT METHANE POLLUTION AND WASTE BY COMMMITING TO AN INTEGRATED APPROACH THAT LEVERAGES BLM's PLANNING AND MANAGEMENT FRAMEWORK

We very much appreciate BLM's inclusion of an operator-based requirement to submit waste minimization plans concurrent with applications for permit to drill. However, we are very disappointed that BLM has not included a necessary complement to that requirement: BLM planning and management to prevent methane waste and pollution.

As explained in the preamble to the proposed rule, BLM "does not intend to make any changes

---

[35] Greater Uinta Basin Oil and Gas Cumulative Impacts Technical Support Document, 2012, p. 10
http://www.blm.gov/style/medialib/blm/ut/vernal_fo.Par.57849.File.dat/GCW%20Cums%20TSD%2003-22-12%20final.pdf.

[36] *Supra* note 8 at p. 16.

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**          Page 37 of 90
**Docket ID:** BLM-2016-0001

to BLM land use planning regulations (43 CFR subparts 1601 and 1610) or to any BLM planning or NEPA guidance as part of this rulemaking" but nonetheless explained that:

> The BLM is considering the integrated approach suggested by the commenters. The BLM agrees that the land use planning and NEPA processes are important to sound oil and gas development on Federal land. Flaring sometimes results from development of oil wells in advance of gas capture infrastructure. In other cases, flaring occurs when existing gas capture and processing infrastructure is inadequate, or when operators find flaring easier or less costly than connecting to existing gas capture infrastructure. Part of the solution to flaring, therefore, is to align the timing of well development with that of capture and processing infrastructure development, and to create incentives for operators to capture rather than flare.
>
> The land use planning and NEPA review processes could be used to achieve these improvements….

81 Fed. Reg. 6616, 6662. We appreciate these statements but emphasize that our previous comments to BLM regarding this rulemaking focused on integration of planning and management with methane pollution and waste reduction and did not require changes to BLM's land use planning regulations or guidance. Instead, and more fundamentally, it is our position that BLM should—with this rulemaking—forge a clear, rational connection between the methane waste rule and the agency's planning and management framework, in particular relative to BLM's retained duties and authorities. In Section III.G below, we specifically recommend that BLM make this connection through changes to the proposed rule in 43 C.F.R. § 3179.10.  The fact that BLM does not intend to make changes to the land use planning regulations through this specific rulemaking is therefore a red herring.

Moreover, despite BLM's representation in the proposed rule's preamble that it "is considering the integrated approach" we have recommended—which implies that BLM would in fact consider changes to the land use planning regulations in 43 C.F.R. Subpart 1600—BLM's proposed rule to revise 43 C.F.R. Subpart 1600 contains no mention of action to reduce methane pollution and waste. *See* 81 Fed. Reg. 9674 (Feb. 25, 2016). Thus, at this stage, it is entirely unclear precisely how in fact BLM "is considering the integrated approach" we have recommended. It may be the case that BLM will provide that consideration in its soon-to-be released proposal to revise the Land Use Planning Handbook, H-1601-1. At this time, we caution BLM that segregating the agency's methane waste rulemaking from the agency's foundational planning and management framework is a mistake and does not foster the very "integrated approach" BLM, at least rhetorically, agrees is "important to sound oil and gas development on Federal land." 81 Fed. Reg. 6616, 6662.

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**            Page 38 of 90
**Docket ID:** BLM-2016-0001

This underscores the need for BLM, in this rulemaking, to link the final rule to the agency's planning and management framework. Linkage signals to operators and the public that BLM intends to take complementary, integrated action to reduce methane pollution and waste above and beyond the source-specific requirements contained in the proposed waste rule based on site-specific circumstances, conditions, and analysis. Linkage thus complements and helps shape waste minimization planning by operators, providing sideboards and guidance to improve the efficacy of waste minimization plans on leases, units, and CAs within a particular field office or planning area.

Specifically, we have recommended that BLM make use of its planning and management framework—RMPs, Master Leasing Plans ("MLPs"), lease stipulations, approval of unitization agreements, and approval of APDs—to reduce methane pollution and waste by controlling the timing, pace, and location of development to maximize economies of scale; reducing methane pollution and waste from existing drilling infrastructure; aligning oil and gas production with construction of gas capture infrastructure on the lease, unit, or CA so that oil production does not outpace gas capture; and synchronizing upstream production operations with midstream gas pipeline and processing capacity to ensure that gas is transported to market for sale and use by consumers. Such controls "promote the orderly and efficient exploration, development and production of oil and gas." 43 C.F.R. § 3160.0-4. We notably echo the scope of such controls in Section II.F and Section III.A regarding operator-prepared waste minimization plans.

BLM's planning and management framework is perhaps the singular most distinctive component of the agency's duties and authorities to prevent methane pollution and waste relative to other federal and state regulatory agencies, such as the U.S. Environmental Protection Agency. We are concerned that BLM, by not linking to its planning and management framework, undermines our collective ability to maximize methane pollution and waste and risks unnecessary or undue degradation of lands and the resources and values they provide. In this context, BLM expressly cites 43 U.S.C § 1732(b) as authority for its proposed rule (*see* 81 Fed. Reg. 6616, 6679), but the actual text of the proposed rule, at best, only weakly reflects the agency's this duty—i.e., to "take any action necessary to prevent unnecessary or undue degradation." Linkage of planning and management to the agency's efforts to prevent methane pollution and waste provides an important mechanism for BLM to comply with its duty to prevent unnecessary or undue degradation. This is particularly important because the emission or combustion of methane through oil and gas venting, flaring, and leaks is not merely a waste issue, but a pollution issue that impacts climate change, public health, and land, water, and air quality protection.

Controls on development that reduce methane can also reduce the footprint of oil and gas production infrastructure to better protect, e.g., the climate; ecological health and connectivity; water and air quality; public health; and wildlife. Thus, BLM can and should not only reduce the footprint of oil and gas development to prevent methane waste, but locate and constrain such development to avoid conflicts with other resources. This should, notably, extend beyond

public lands to avoid conflicts with private farms, ranches, and communities. Where conflicts cannot be remedied—and it bears emphasis that oil and gas development cannot always be managed to mitigate impacts within acceptable limits, e.g., in special, sensitive, or beloved lands that lack the resources or knowledge to do so—BLM should not authorize oil and gas leasing or development, period.

The fact that methane is both a pollution and a waste issue that impacts myriad resources underscores the importance of not only planning through FLPMA, but of taking a hard look at the impacts caused by methane pollution and waste from oil and gas development and considering reasonable alternatives, with public involvement, to address those impacts through NEPA. In part, NEPA—as well as inventories completed for RMPs—helps do this by refining our understanding of methane pollution and waste based on specific lands and operations. 43 U.S.C. § 1711(a); 40 C.F.R. §§ 1502.14, 1502.16, 1508.7, 1508.8, 1508.25. This helps remedy, as BLM explained in its proposed rule, problems associated with the fact that "there is no single definitive estimate on the volume of [methane] losses from Federal and Indian [oil and gas] leases." 81 Fed. Reg. 6616, 6630. In part, the lack of a definitive estimate reflects the fact that oil and gas development extends across landscape-scale regions and involves thousands of often individually minor but collectively significant sources—i.e., equipment and practices—of methane pollution and waste. Front-end planning and management carried out pursuant to FLPMA and NEPA can help address this complexity and to thereby protect public lands from unnecessary or undue degradation.

These ideas are pragmatic and supported by BLM's own experience. For example, BLM's proposed RMP/FEIS for the Colorado River Valley Field Office illustrates how front-end planning and management can facilitate both methane capture and marketing, as well as avoid and mitigate impacts to other resources:

> In areas of federal and mixed mineral ownership, an exploratory unit can be formed before a wildcat exploratory well is drilled. The boundary of the unit is based on geologic data and attempts to consolidate the interests in an entire structure or geologic play. The developers of the unit enter into an agreement to develop and operate as a single entity, regardless of separate lease ownerships. Costs and benefits are allocated according to agreed-upon terms. *Development in a unitized field can proceed more efficiently than in a field composed of individual leases because competition between lease operators and drainage considerations is not a primary concern. Unitization also can reduce surface use requirements because all wells are operated as though under a single lease, and operations can be planned for more efficiency. Duplication of field processing facilities is eliminated, and consolidation of facilities into more efficient systems is probable. Unitization can also involve wider spacing than usual, or spacing based on reservoir factor rather than a set rule, which could result in fewer wells and higher recovery efficiency. Through planning, access roads are usually*

*shorter and better organized, facilities are usually consolidated, and well efficiency is maximized to a degree not seen in individual lease operations.*[37]

## H.   BLM SHOULD STRENGTHEN LEAK DETECTION AND REPAIR PROVISIONS

We hereby adopt and incorporate by reference the comments submitted by Clean Air Task Force *et al*. regarding leak detection and repair. In Section III.Q below, we reflect these comments in our recommended changes to BLM's proposed rule text.

## I.   BLM SHOULD PROVIDE FOR PUBLIC INVOLVEMENT

Oil and gas development on public and tribal lands now receives more public scrutiny than perhaps ever before. In part, this reflects increased concerns that oil and gas operations on public lands are wasting significant and valuable energy resources, reducing the amount of energy available for use, losing royalties that should be paid to federal and state governments to support essential public services, and exacerbating climate change and public health impacts.

This interest is reflected in polling completed by Colorado in its annual Conservation in the West poll.[38] In 2016, 80% of western voters expressed strong support for reducing methane emissions from oil and gas development and, in general, increased safeguards for land and water as a condition of continued drilling.

We therefore recommend that BLM incorporate provisions to provide for public involvement in the decisions to address methane pollution and waste. We specifically recommend that BLM provide for public involvement in the following circumstances and manner, consistent with our other recommended changes to the proposed rule:

- Waste minimization plans should be available for public review and a minimum 30-calendar day public comment period in accord with BLM's review of an operator's application for permit to drill and accompanying NEPA analysis.

- Operator requests to flare, whether pursuant to the presumptive limit established by 43 C.F.R. § 3179.6(b) or a proposed alternative limit permitted by 43 C.F.R. § 3179.7, should be subject to public review and a minimum 30-calendar day public comment period.

---

[37] BLM, Colorado River Valley Field Office, Proposed RMP/FEIS, Appx. P at 9 and 10 (April 2014) (emphasis added).

[38] https://www.coloradocollege.edu/stateoftherockies/conservationinthewest/.

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**                    Page 41 of 90
**Docket ID:** BLM-2016-0001

- Operator requests for two-year renewable exemption from the flaring limit provided by 43 C.F.R. § 3179.7(d), to the degree this provision is retained in the final rule, should be subject to public review and a minimum 30-calendar day public comment period.

- State and tribal requests for a variance should be subject to public review and a minimum 45-calendar day public comment period.

These recommendations, and specific, recommended changes to the text of the proposed rule, are further detailed below in Sections III.C and III.R below.

## J.   BLM'S RULE SHOULD FOSTER COORDINATION WITH STATES AND TRIBES

BLM, to improve the effectiveness of the final rule's implementation and enforcement, should consider the inclusion of a formal and transparent process to foster coordination with state and tribal regulatory agencies. This rulemaking process provides the opportunity to identify and outline those processes. Alternatively, the BLM could execute Memoranda of Understanding (MOUs) with state oil and gas agencies shortly after publication of the rule.

Both BLM and states have the authority to regulate methane waste on federal lands. The law of preemption entitles BLM to override state regulations where they conflict with federal regulations. Nevertheless, there is a history of cooperation and comity between the federal government and states on oil and gas regulation, and we expect this to continue after finalization of the rule. In light of this, we encourage BLM to take the opportunity that the rule provides to clarify its relationship with state oil and gas conservation agencies, either in the rule itself or through MOUs with individual state oil and gas agencies.

The proposed rule includes two barebones provisions concerning the relationship between the BLM and the states, but otherwise the rule is silent regarding how BLM and the states will work together. First, the proposed rule includes a provision allowing states or tribes to obtain a variance from any requirement of the rule if the state or tribal provision is at least as stringent as, and consistent with, federal requirements. 43 C.F.R. § 3179.401. As discussed below, this provision must be revised to provide a more transparent, clearly-delineated, and stringent process for the coordination of state and federal rules. Second, the proposed rule provides that, if a BLM enforcement action under the rule adversely affects production of oil or gas from non-federal mineral interests, BLM will coordinate with state agencies "on a case-by-case basis." § 3179.11. These provisions provide little guidance regarding how the BLM can best coordinate with States to prevent waste in light of concurrent jurisdiction over oil and gas wells. The second provision, providing for coordination with state agencies, should be clarified to require the federal government to merely notify a state of an impact on production of non-federal units; the provision should not be construed as an opportunity for states to override the federal rule.

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**          Page 42 of 90
**Docket ID:** BLM-2016-0001

Some states' oil and gas conservation agencies regulate methane waste. Although this regulation is limited and differs state to state, coordination of the federal rule with state rules is important to provide clarity for operators of what is required, provide operators with straightforward processes that encourage compliance, and ensure enforcement of both state and federal requirements.

For example, North Dakota operators submitting an APD would be required to submit a waste minimization plan pursuant to the new federal rule, and a gas capture plan pursuant to state policy. (A new rule in Wyoming also requires operators to submit gas capture plans with applications to vent or flare over certain volume limits.) Some states use a different yardstick than the federal rule for measuring waste by imposing a time, rather than volume, limitation on flaring (North Dakota allows flaring for only one year), or by limiting the production of wells that flare gas (Montana). States also may impose different requirements for exemptions from venting or flaring. *Compare, e.g.*, proposed 43 C.F.R. § 3179.7 (alternative limits on venting and flaring) *with* N.D. Cent. Code Ann. § 38-08-06.4. The federal government should proactively address overlaps and discrepancies between state and federal rules to ensure that operators know how to comply with both sets of rules, and to clarify and ensure enforcement.

Some states (such as Colorado) have already developed MOUs that provide limited information about how responsibility for preventing oil and gas waste is shared between the state agency and the BLM. However, in the absence of specific guidance in the rule itself, we recommend that the BLM develop MOUs with the states that specifically address shared methane waste regulation in light of the new rule.

### K.    BLM SHOULD CONTINUE TO CUT METHANE WASTE ACROSS ALL LANDS WITHIN A FEDERALLY-APPROVED UNIT OR CA

We are pleased to see that the proposed rule applies to state or private tracts in a federally-approved unit or communitization agreement. 43 C.F.R. §§ 3178.2(a)(4), 3179.2(a)(4). This is sensible and in keeping with BLM's long-acknowledged authority to regulate waste produced by wells under federal unit or communization agreements. *See* Draft BLM Manual Section 3180 - Unitization (Exploratory) at .12R. It is a well-accepted principle in oil and gas law that a well owner must be prevented from wasting the common reservoir. *See* 38 Am. Jur. 2d Gas and Oil § 152. Whenever unit operations include and thereby affect Federal or Indian lands, BLM has the authority and duty to prevent waste from that unit. The application of the rule to federally-approved units, including state or private tracts within those units, is therefore appropriate and necessary.

### L.    BLM SHOULD ELIMINATE OR AT LEAST IMPROVE THE STATE AND TRIBAL VARIANCE PROVISION

The proposed rule includes a provision allowing states or tribes to obtain a variance from any requirement of the rule if the state or tribal provision is at least as stringent as, and consistent with, federal requirements. 43 C.F.R. § 3179.401. At the outset, we question whether a variance provision is appropriate in a standard intended to promote national uniformity, update the current national standard provided by NTL-4a, and remove the variability created by differing state requirements as applied to federally-managed public and tribal lands.

Even if appropriate, the provision as currently framed provides too much freedom to the states, too much discretion to the BLM, and too little public oversight. Because the variance provision threatens to undermine the efficacy of federal methane prevention action and undermine consistency between field offices, it should not be included in the final rule. To the degree BLM retains a variance mechanism, the final rule should include adequate criteria and boundaries to ensure that BLM satisfies its duty to prevent methane pollution and waste. Specifically, we recommend the following:

- State and tribal requests for a variance should be subject to public review and a minimum 45-calendar day public comment period, and BLM should eliminate the administrative review exemption for variances.

- BLM should (1) retain enforcement authority to enforce any state law approved under a variance, (2) retain the authority to revoke a variance if evidence reveals the variance is not being enforced, and (3) provide a mechanism for the public to play an active role in enforcement.

- The rule should require more specificity from state or tribal applicants in demonstrating why a variance is justified.

- BLM should require more specificity from state or tribal applicants in demonstrating how the state or tribal rule satisfies federal requirements.

- BLM should provide a written determination on each variance request that details how the BLM arrived at its decision, how relevant considerations were addressed, and—if the variance is granted—how the state or tribal requirement will satisfy the federal requirement and how the requirement will be enforced.

- The rule should mandate consideration of the specific factors that are "relevant" to the variance determination.

First, as discussed above, any variance provision should provide an opportunity for public participation in the variance application process and an opportunity to appeal the approval of a variance prior to any action being taken pursuant to the variance. Currently, BLM's proposed rule contains no opportunity for public participation and explicitly makes the provision not

subject to appeal. 43 C.F.R. § 3179.401(b) (proposed). Public oversight mechanisms serve as safeguards that deter and prevent mistakes and abuse. Here, they are necessary to ensure the integrity of the BLM rule and to prevent it from being riddled with inadequate state-by-state exceptions. State and tribal requests for a variance should therefore be subject to public review and a minimum 45-calendar day public comment period. Additionally, BLM should eliminate the administrative review exemption provided in the proposed rule for variances. *Id.* Variances should be appealable via 43 C.F.R. part 4, as other BLM decisions are.

Second, the BLM should: (1) retain enforcement authority over the matters within the scope of any variance; (2) retain the authority to revoke a variance if evidence reveals the variance is not being enforced; and (3) provide a mechanism for the public to play an active role in enforcement. Enforcement is key to the implementation of the rule, and states may lack the incentive or resources to properly enforce the rule. Even if a state rule is demonstrably equal to or better than BLM's rule on its face, the state rule will still fall short if the state does not have adequate enforcement mechanisms and capacity. In addition to retaining enforcement authority and the authority to revoke a variance that is not being enforced, BLM should create a formal process to invite complaints and information about violations from the public and should commit to investigate credible leads.

Third, the rule should require more specificity from state or tribal applicants in demonstrating why a variance is justified. A variance may be justified if the state or tribal rule reduces burdens on states or tribes while still reducing the same or more methane, for example by reducing the same or more methane for less cost or by accounting for specific conditions in a state or on tribal lands.

Fourth, the rule should spell out what showing the state or tribe is required to make regarding "how the State or tribal requirement would satisfy" the federal requirement. § 3179.401(a)(2)(iv). We contend that, at the very least, the State or tribal rules must demonstrably reduce at least an equivalent amount of methane pollution or waste as BLM's rules over the projected lifetime of the lease, unit, or CA. Depending on the particular provision of the federal rule from which the state or tribe is requesting a variance, this demonstration might involve consideration of the volume of venting reduced, the amount of flaring reduced, the frequency of inspections, the timeframe for repairing leaks, or what equipment, processes, and components are addressed by the state or tribal regulations.

Fifth, the rule should provide more specificity about the written grant or denial that BLM is required to make. Currently, the rule simply provides that the BLM must provide a written grant or denial of a variance request. The rule must detail what this document would involve to ensure that the letter and spirit of the BLM's duty to prevent methane waste and pollution will be observed and the public interest in conservation of the federal mineral resource protected. For example, the written decision should include a transparent explanation from the BLM of how it arrived at its decision, how relevant considerations were addressed, and—if the variance

is granted—how exactly the state or tribal requirement will satisfy the federal requirement and how the requirement will be enforced.

Sixth, the rule should mandate consideration of specific "relevant factors," including the following:

- Whether the federal provision at issue includes reporting requirements that would generate publically-available information (whether available online or via a Freedom of Information Act request), and, if so, whether replacement of the federal provision with a state provision would cause the information to be harder for the public to access or unavailable.

- Whether the federal provision at issue includes a public oversight mechanism, including an opportunity for judicial review, and, if so, whether replacement of the federal provision with a state provision would cause the public to have less or no opportunity for participation, oversight, or appeal.

- With respect to provisions involving agency discretion (e.g., discretion to grant an exemption based on consideration of factors), whether the state agency has the same level of experience and neutrality that the BLM has, or whether by contrast the agency is suffering from "capture," or industry influence or control.

- Whether there exist any loopholes or exceptions in the state and tribal regulations.

- Whether the state or tribal regulation imposes penalties for violations.

- Whether the state or tribe has a demonstrated track record of enforcement (although BLM should retain primary enforcement authority), and of cooperating with federal regulators.

We can place these considerations into context by considering whether the gas capture planning requirements of North Dakota and Wyoming would qualify for a variance from the federal waste minimization plan provision at 43 C.F.R. § 3162.3-1. The Wyoming Oil and Gas Conservation Commission recently adopted new rules requiring operators to submit gas capture plans with applications to vent or flare over certain volume limits. WY Rules and Regulations OIL GEN Ch. 3 section 39. Similarly, gas capture plans are required by North Dakota Industrial Commission Policy. *See* Bakken/Three Forks Pool Field Rules to Restrict Oil Prod. to Reduce the Amount of Flared Gas, Order No. 24665, Case No. 22058 (N.D. Indus. Comm'n July 1, 2014).

Neither the North Dakota nor the Wyoming gas capture plan requirement "meets or exceeds the requirements" of the federal waste minimization plan, as required by the variance provision at 43 C.F.R § 3179.401(b). Of particular note, neither state rule is keyed to the federal flaring limits in 43 C.F.R. § 3179.6(b). That is, neither state rule requires operators to "set forth a

strategy for how the operator will comply with" the federal limits, as the federal waste minimization plan would. Notably, North Dakota provides industry target goals to reduce flaring on a percentage basis, while the federal rule requires reductions on a volume basis. While there are benefits and drawbacks to each approach, a plan keyed to percentage reductions does not satisfy the requirements of a plan keyed to volume reductions.

North Dakota's informational requirements for gas capture plans generally do track the proposed informational requirements for federal waste minimization plans, requiring operators to provide most—but not all—of the information that the federal rule requires, although we emphasize that these federal requirements should be strengthened, as addressed elsewhere in these comments. However, North Dakota does not require operators to provide "[t]he expected production decline curve of both oil and gas from the proposed well" or "[t]he expected Btu value for gas production from the proposed well," as the federal rule does. 43 CFR § 3162.3-1(j)(5)(iii)-(iv). The Wyoming gas capture plan requirement does not track the federal waste minimization plan requirement well at all: the federal rule requires significantly more information than the state requirement.

We are concerned that, by exercising the discretion explicitly provided by the proposed variance provision, BLM might grant a variance to Wyoming or North Dakota, despite the discrepancies between those states' gas capture plan requirements and the federal waste minimization plan requirements. This is especially problematic given that questions have been raised about the consistency of North Dakota's enforcement of its methane waste rules, as we discuss in Appendix A attached to these comments. For example, North Dakota has curtailed a number of wells that exceed the state's flaring percentage targets, but has allowed others to continue flaring for years, including one for 7 years and 9 months, to date. More boundaries on the variance provision—including, for example, provisions for public oversight, a commitment by BLM to exercise joint enforcement, a provision requiring states to demonstrate why a variance is needed, a more specific test for showing that the state rule meets or exceeds the federal rule, and a requirement of a written justification by BLM, and consideration of specific relevant factors—would help ensure that the federal rule is not undermined by state-by-state exceptions.

## III.   RECOMMENDED CHANGES AND BASIS FOR CHANGES TO THE PROPOSED RULE'S TEXT

Each section below provides recommended changes to BLM's proposed text (subsection 1) and the basis for those proposed changes (subsection 2). These recommended changes and the basis for these recommended changes should be read in the context of our core recommendations detailed in Section II above.

Recommended language for inclusion in the final rule is identified in blue underline while language proposed for deletion in the final rule is identified in ~~red strikethrough~~.

### A.   WASTE MINIMIZATION PLANS (43 C.F.R. § 3162.3-1)

#### 1.   Recommended Changes to Proposed Text

We recommend BLM change the text of 43 C.F.R. 3162.3-1 regarding waste minimization plans as follows:

**§ 3162.3-1 Drilling Applications and plans.**

…

(j)      When submitting an Application for Permit to Drill an oil or gas well, the operator must concurrently ~~also~~ submit a waste minimization plan ~~to minimize waste of natural gas from that well. The waste minimization plan must accompany, but would not be part of the Application for Permit to Drill.~~ The waste minimization plan will be made available to the public, including for review concurrent with opportunities for public involvement provided by the BLM approval process for an application for permit to drill. The waste minimization plan must set forth a strategy for how the operator will comply with the requirements of 43 CFR subpart 3179 regarding control of waste from venting, flaring, and leaks for all existing, proposed, and reasonably foreseeable oil and gas wells on the lease, unit, or CA, and must explain how the operator plans to capture ~~associated~~ gas ~~upon~~ from all proposed new wells at the start of ~~oil~~ production, ~~or as soon thereafter as reasonably possible.~~ The strategy must provide detailed actions and timetables for operating practices and the use of existing or the construction of new capture infrastructure to minimize waste. The strategy must specifically address well drilling, well completions and production tests; pneumatic controllers and pumps; storage vessels; liquids unloading; associated gas production from oil wells; and leak detection and repair. BLM will ~~Failure to submit a complete and adequate waste minimization plan is grounds for~~ deny~~ing~~ or disapprov~~ing~~ an Application for Permit to Drill that is not accompanied by a waste minimization plan. BLM, upon review of a waste minimization

plan, may also condition the approval of an Application for Permit to Drill consistent with its authority in 43 CFR subpart 3179, including the retained duties and authorities set forth in 43 CFR § 3179.10. The waste minimization plan must include the following information:

(1)   The name, number, and location of each proposed new well(s), and the number of the lease, unit, or CA with which it is associated and, Tthe anticipated completion date of the proposed new well(s);

(2)   The anticipated gas production rates of the proposed new well(s), including:

   (i)   The anticipated date(s) of first production;

   (ii)   The expected oil and gas production rates and duration from the proposed well(s). If the proposed well is on a multi-well pad, the plan should include the total expected production for all wells being completed;

   (iii)   The expected production decline curve of both oil and gas from the proposed well(s) over their projected lifetime; and

   (iv)   The expected Btu value for gas production from the proposed well(s).

(3)   A location map showing the entire lease, unit, or CA and surrounding lands to a distance and on a scale that shows existing and reasonably foreseeable new well(s) and capture infrastructure that could transport the gas from these well(s). A gas pipeline system location map of sufficient detail, size, and scale as to show the field in which the proposed well will be located, and all existing gas pipelines within 20 miles of the well. The map should also contain:

   (i)   The name and location of the gas processing plant(s) closest to the proposed well(s), and of the intended destination processing plant, if different;

   (ii)   The location and name of the operator of each gas pipeline within 20 miles of the lease, unit, or CA where the proposed well(s) would be located;

   (iii)   The proposed route and tie-in point that connects or could connect the subject proposed new well(s) to an existing or reasonably foreseeable proposed gas pipeline;

(iv)    The name and location of other capture infrastructure, including compression;

(4)    Information on the existing or reasonably foreseeable capture infrastructure ~~gas pipeline~~ to which the operator plans to connect, including:

(i)    Maximum current <u>and reasonably foreseeable</u> daily capacity of the pipeline<u>, accounting for current and reasonably foreseeable compression</u>;

(ii)    Current <u>and reasonably foreseeable</u> throughput of the pipeline;

(iii)    Anticipated daily capacity of the pipeline at the anticipated date of first gas sales from the proposed well<u>(s)</u>;

(iv)    Anticipated throughput of the pipeline at the anticipated date of first gas sales from the proposed well<u>(s)</u>;

(v)    Certification that the operator has provided ~~one or more~~ midstream processing companies <u>with gas processing plant(s) closest or most accessible to the proposed well(s)</u> with information about the operator's production plans, including the anticipated completion dates and gas production rates of the proposed well or wells;

(vi)    <u>Certification that, for pipelines not owned by the operator but adjacent or proximate to the operator's lease, unit, or CA, the operator has provided the operators of those pipelines with information about the operator's production plans, including the anticipated completion dates and gas production rates of the proposed well(s);</u>

~~(vi)~~<u>(vii)</u> Any <u>reasonably foreseeable</u> plans ~~known to the operator~~ for expansion of ~~pipeline~~ <u>gas capture</u> capacity for the area that includes the proposed well<u>, with documentation that the operator has contacted the relevant pipeline or other regulatory agency regarding expansions</u>;

~~(5)    A description of anticipated production, including:~~

~~(i)    The anticipated date of first production;~~

~~(ii)    The expected oil and gas production rates and duration from the proposed well. If the proposed well is on a multi-well pad, the plan should include the total expected production for all wells being completed;~~

(iii) The expected production decline curve of both oil and gas from the proposed well; and

(iv) The expected Btu value for gas production from the proposed well.

(6)(5)   The volume and percentage of produced gas the operator is currently flaring or venting from wells in the same field and any wells within a 20-mile radius of that field; and

(7)(6)   An evaluation of opportunities for alternative on-site capture approaches, if pipeline transport is unavailable.

(7)   An evaluation of opportunities to capture gas from existing and reasonably foreseeable oil and gas wells and associated infrastructure on the lease, unit, or CA, accounting for expected production declines, by using existing capture infrastructure or by scaling and locating proposed new capture infrastructure to allow for capture of gas from existing and reasonably foreseeable oil and gas wells.

## 2.    Basis for Recommended Changes

In 43 C.F.R. § 3162.3-1(j), operators should be required to prepare waste minimization plans for not only proposed oil, but proposed natural gas, wells and infrastructure. Operators vent and flare from both, with, by BLM's estimates, 5 Bcf of natural gas flared 16.29 Bcf vented from natural gas infrastructure. It is prudent and reasonable for operators to plan capture infrastructure to prevent avoidable methane pollution and waste from oil and natural gas development. *See* 43 C.F.R. § 3179.4(a)(1) (proposed rule providing that gas is "unavoidably lost…where the operator has taken prudent and reasonable steps to avoid waste…."). Waste minimization plans are also just the sort of "reasonable precautions to prevent waste of oil or gas developed in the land" encompassed by 30 U.S.C. § 225. We further note that waste minimization plans also reflect "prudent and reasonable steps to avoid waste" that operators of both oil and natural gas wells should take. We substantiate the virtues of front-end planning, whether by the operator or BLM, in Sections II.D.4, II.F, and II.G above.

In 43 C.F.R. § 3162.3-1(j), we recommend that BLM provide operator-prepared waste minimization plans to the public for review and, in addition, comment, in particular where BLM has initiated a public involvement process, such as for the NEPA analysis prepared in conjunction with the agency's review of an APD. The public will have insight that neither the operator nor BLM has, in particular relative to the placement of capture infrastructure. In providing the public with waste minimization plans and the opportunity to provide comment on them, BLM also takes proactive steps to head off and ideally resolve avoidable otherwise conflicts that the construction and operation of capture infrastructure may cause with public

and private resources, such as wildlife habitat, water resources, farms, ranches, and non-federal public infrastructure, such as schools.

To shift away from well-by-well drilling approvals towards a more comprehensive, planned approach to oil and gas development, we recommend changes to 43 C.F.R. § 3162.3-1(j) requiring that operators account for all existing, proposed, and reasonably foreseeable oil and gas development. This reflects the core purpose of BLM's drilling regulations to "to promote the orderly and efficient exploration, development and production of oil and gas." 43 C.F.R. § 3160.0-4. When operators—and the BLM—do not plan for development and, instead, myopically fixate on a single well, operators and BLM fail to capitalize on efficiencies of scale for a particular lease, unit, or CA. For example, a waste minimization plan that considers existing wells on a lease, unit, or CA is in a better position to identify opportunities to cluster and scale capture infrastructure to prevent flaring both from a proposed well and existing wells. We thus recommend that BLM expressly require, in 43 C.F.R. § 3162.3-1(j)(7), that the waste minimization plan assess opportunities to prevent waste from existing oil and gas wells and associated infrastructure. Of course, by clustering and scaling capture infrastructure, such as pipeline and compression capacity, operators can also contemplate and thereby proactively prevent waste from reasonably foreseeable future wells.

Recommended changes to 43 C.F.R. §§ 3162.3-1(j)(1)-(5) restructure, consolidate, clarify, and amplify the proposed rule's mapping and information requirements for waste minimization plans. In significant part, our recommended changes further our recommendation that the final rule broaden the operator's lens to all existing, proposed, and reasonably foreseeable development on a lease, unit, or CA, in particular gas capture infrastructure. We specifically recommend that BLM:

- Build out the information requirement in 43 C.F.R. § 3162.3-1(j)(1) for the proposed new well(s) to improve clarity and ensure consideration of the broader lease, unit, or CA the well(s) are proposed for.

- Consolidate 43 C.F.R. § 3162.3-1(j)(5) into 43 C.F.R. § 3162.3-1(j)(2). We also note, specifically, that we provide analysis and calculations regarding a typical Bakken oil well demonstrating the fundamental importance of production decline curves to waste prevention in Section II.D.2. We thus strongly recommend that BLM retain the requirement for operators to assess production decline curves in waste minimization plans.

- Delineate the area for waste minimization planning in 43 C.F.R. § 3162.3-1(j)(3) on the basis of the entire lease, unit, or CA and "surrounding lands" rather than limiting that analysis to pipelines within specific 20-mile distance. We also recommend that BLM ensure information regarding all gas capture infrastructure, not just pipelines.

- Better account for not only pipelines, but all gas capture infrastructure, in 43 C.F.R. § 3162.3-1(j)(4) and better define the scope of the informational and certification requirements to do the same. We specifically recommend that BLM explicitly account for not only pipeline, but compression, capacity in 43 C.F.R. § 3162.3-1(j)(4)(i). In the Bakken, gas gathering systems are often in place but gas capture nonetheless does not occur because there is insufficient compression power to transport all contained gas to midstream processing facilities. This is a product of production declines in existing, mature wells with decreased well pressure relative to new wells such that the transport of physically contained gas from the existing, mature wells is pushed off the gathering line. More generally, we recommend that BLM ensure that operators are reaching out to and engaging with other pipeline and processing companies to further coordination and collaboration in the service of maximizing gas capture, including transport to market for sale.

## B.   DEFINITIONS (43 C.F.R. § 3179.3)

### 1.   Recommended Changes to Proposed Text

**§ 3179.3. Definitions and Acronyms.**

…

*Capture* means the physical containment of natural gas and transportation to a sales line, separation of natural gas liquids, power generation, conversion into compressed natural gas, ~~or productive use of natural gas~~ use as fuel on a lease, ~~and includes~~ reinjection into the subsurface reservoir, or use for gas-lift. ~~and royalty-free on-site uses pursuant to subpart 3178.~~

*Capture infrastructure* means ~~any~~ separators, dehydrators, green completion equipment, pipelines, compressors, and surface piping and manifold systems ~~facilities, or other equipment (including temporary or mobile equipment)~~ used to capture, ~~transport, or process~~ natural gas. ~~Capture infrastructure includes, but is not limited to, equipment that compresses or liquefies natural gas, removes natural gas liquids, or generates electricity from gas.~~

…

*Development oil well* or *development gas well* means a~~ny~~ well ~~drilled to produce~~ that is producing either oil or gas for sale, including any well that is connected to and providing oil or gas to a pipeline for sale. ~~, from an established field in which hydrocarbons have been discovered and are being produced at a profit or expected profit. For purposes of this subpart, the BLM will determine when a well is a development oil well or development gas well in the event of a disagreement between the BLM and the operator.~~ A development oil well or development gas well need not have been drilled with the intention to produce, nor have been drilled within an established unit or CA.

*Economically infeasible* means that total revenue less operating expenses, lease rentals and royalties from oil and gas sold from all the wells on the lease, unit, or CA and the monetary benefits based on the social cost of methane from avoiding the marginal increases in methane from non-compliance do not exceed the cost of compliance with a particular provision of 43 CFR subpart 3179 over the anticipated remaining period in which the operator will produce from the Federal or Indian lease, unit, or CA and compliance would thereby cause the operator to permanently cease production on the lease, unit, or CA by plugging and abandoning the well(s) and abandoning a significant amount of the lease, unit, or CA's recoverable oil and gas reserves and the cost of royalties foregone by the public from the abandonment of recoverable reserves.

…

*Significant amount of recoverable oil and gas reserves* means more than 20% of the proven reserves as defined by the Security and Exchange Commission (SEC).

## 2.    Basis for Recommended Changes

First, we recommend changes to BLM's definition of "capture" to specify allowed disposition of natural gas once it is physically contained.

Second, we recommend changes to BLM's definition of "capture infrastructure" to better specify what equipment is needed to capture, inclusive of transport to market for sale of natural gas.

Third, we recommend changes to BLM's definition of "development oil well" and "development gas well" to:

- Expressly contemplate that an "exploratory" well may become "developmental," a possibility recognized by the Interior Board of Land Appeals. *Southern Utah Wilderness Alliance et al.*, 108 IBLA 318, 325 n. 4 (1989). Under BLM's proposed definition, to qualify as a "development well," the well must be "drilled to produce." That suggests that a well may only qualify as a development well if, at the time of drilling, the intention of the operator was to produce from that well. BLM's definition in the proposed rule is too narrow, suggesting that a well drilled with the intention to explore cannot later become a "development well," even if it turns out to be productive.

- Expressly contemplate that "a proposed well might be justified as a 'development well' based on compelling geologic data from other producing wells, even where the producing wells are situated some distance from the proposed wellsite." *SUWA*, 108 IBLA at 325 n. 4. Under the currently proposed definition, to qualify as a "development well," the well must

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**                    Page 54 of 90
**Docket ID:** BLM-2016-0001

be drilled within an "established field." If "established field" means one that adheres to spacing regulations and field development requirements, then a well that is drilled at a distance from the proposed wellsite but that is justified as a development well based on geologic data could be excluded from the definition of "development well." BLM's definition in the proposed rule is thus, again, too narrow.

- Recognize that a development well is not always preceded by a producing well, and that, in some cases, seismic testing will already have "proven" a field. *SUWA*, 108 IBLA at 325 n. 4, 324-35. BLM's definition in the proposed rule is too narrow because it provides that, to qualify as a development well, the well must be drilled in a field where oil or gas is already "being produced."

Fourth, we recommend that BLM include a definition of "economically infeasible," which is used to determine when an operator can seek an exception from requirements, such as 43 C.F.R. 3179.6(a)'s presumptive mandate that an operator must capture all gas, inclusive of containment and transport to market for sale. This proposed definition reflects the need to provide more direction to operators on the calculation of revenues and public benefits. This calculation must include the benefits to the public of avoiding future damages from climate impacts as measured by the social costs of methane. In addition to weighing the private benefits of additional revenue with the private costs of abandoned reserves, the public benefits of avoided climate damage should be weighed against the loss to the public of royalty payments on abandoned reserves.

For this reason, we also recommend extending the time horizon for determining whether compliance is economically infeasible to encompass the projected lifetime of the lease, unit, or CA. This encourages operators to assess potential economies of scale across the lease, unit, or CA and aligns the calculation with BLM's duty to manage the oil and gas resource to "best meet the present and future needs of the American people" and ensure that management of the oil and gas resource "takes into account the long-term needs of future generations for…non-renewable resources, including….minerals." 43 U.S.C. § 1702(c); *see also* 43 U.S.C. §§ 1712(c)(1), (5), (7) (providing that RMPs must "use and observe the principles of multiple use and sustained yield," "consider present and potential uses of the public lands," and "weigh long-term benefits to the public against short-term benefits.").

The proposed definition also reflects the importance of calculating, for purposes of assessing the prospects that an operator will choose to plug and abandon a well, all recoverable oil and gas reserves, not just oil reserves. Fixated on oil wells, the proposed rule purports to assess the prospects of abandonment by only assessing abandonment of recoverable oil reserves. However, BLM's rules expressly define "[m]aximum ultimate economic recovery" as "the recovery of oil and gas from leased lands which a prudent operator could be expected to make from that field or reservoir given existing knowledge of reservoir and other pertinent facts and utilizing common industry practices for primary, secondary or tertiary recovery operations." 43

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**                  Page 55 of 90
**Docket ID:** BLM-2016-0001

C.F.R. § 3106.0-5. Both BLM and the operator are obliged to ensure "maximum ultimate recovery of oil and gas with minimum waste and with minimum adverse effect on the ultimate recovery of other mineral resources." 43 C.F.R. §§ 3161.2, 3162.1.

Thus, any determination of whether or not an exception should be provided on the basis that oil and gas resources would otherwise be abandoned needs to consider both oil *and* natural gas, even if the well is considered an oil, not natural gas, development well. For purposes of the MLA, the intent is to maximize, in the public interest, recovery of *both* oil and natural gas and to conserve both oil and natural gas. There may be instances where recovery of associated gas from an oil well is required by prudent and reasonable operations and to comply with the MLA and BLM's implementing rules, even if the operator would plug and abandon a development oil well with gas capture infrastructure sooner than a development oil well without that gas capture infrastructure. This would occur where the net benefit of capturing associated gas or leaving that associated gas in the ground, accounting for public benefits, exceeds the net benefit of maximizing the production of oil through flaring of the associated natural gas.

Fifth, we recommend that BLM provide a specific definition of "significant amount of recoverable oil and gas reserves" that references the Security and Exchange Commission's definition of proven reserves. *See* 17 C.F.R. § 210.4-10. We recommend the 20% threshold by reference to our understanding that operators typically require production of at least 80% of reserves to recoup their investment and therefore would not cease production prior to recovering this percentage without compliance costs causing them to operate at a loss.

## C.    FLARING (43 C.F.R. § 3179.6(a))

### 1.    Recommended Changes to Proposed Text

**§ 3179.6 When flaring or venting is prohibited.**

(a)    The operator must capture all natural gas from all wells. After providing the public with a minimum of 30 calendar days to provide comment, BLM may, however, approve flaring from a well approved before the effective date of this regulation in accord with § 3179.6(b) or, if appropriate, § 3179.7 where the operator submits to BLM a written request demonstrating, and the BLM agrees, that capture is technically or economically infeasible. BLM, in reviewing a flaring request, whether pursuant to § 3179.6(b) or § 3179.7, shall consider and account for the public costs and adverse impacts of flaring. The request must be made available to the public for its review for a minimum 30 calendar day comment period and certify that oil and gas reserves under the lease, unit, or CA cannot be recovered by any other well(s) on the lease, unit, or CA; that there is no other economic alternative to permanent well abandonment; that the operator will minimize the amount of flared gas to the lowest level technically and economically feasible; that the duration of any flaring will be limited to the shortest possible time

technically and economically feasible; and that, notwithstanding the limits established by the presumptive limit provided by § 3179.6(b) or, if appropriate, an alternative limit established by § 3179.6(c), a flare efficiency of at least 98% will be achieved. The operator must flare rather than vent any gas that is not captured except:

(1)     When flaring the gas is technically infeasible, such as when the gas is not readily combustible or the volumes are too small to flare;

(2)     Under emergency conditions when the loss of gas is uncontrollable or venting is necessary for safety, subject to § 3179.105, where an emergency is defined as an unforeseen problem that could cause or threaten immediate substantial adverse impact on public health and safety or the environment;

(3)     When § 3179.203 does not require the combustion or flaring of gas vapors from storage vessels; or

(4)     When the gas is vented through operation of a natural gas-activated pneumatic controller or pump that meets the requirements of §§ 3179.201 and 3179.202, respectively.

## 2.     Basis for Recommended Changes

We recommend that BLM structure 43 C.F.R. § 3179.6 to create a presumptive mandate to capture all natural gas—i.e., a presumptive prohibition against both venting *and* flaring from both oil *and* natural gas wells consistent with Sections II.C and II.D above, where we demonstrate that BLM should take much stronger action to prevent methane waste caused by flaring, rather than capturing, natural gas. We are candidly quite troubled that the proposed rule, while creating a presumptive prohibition *against* venting creates a presumptive allowance *for* flaring, even if constrained within prescribed limits.

Under our recommended changes, flaring would still be allowed, but only for wells approved before the effective date of BLM's final rule. This reflects our assessment in Section II.B that BLM's retained rights and authorities to prevent waste relative to existing leases are substantial and that BLM may prohibit flaring on existing leases and only provide an exception for flaring from existing wells on existing leases. Even for existing wells, flaring should only be permitted as an exception to the presumptive prohibition against flaring if the operator demonstrates to BLM's satisfaction that capturing natural gas is technically or economically infeasible. Separately, in Sections II.E, we have recommended that BLM adopt a more clearly defined test to gauge what is or is not economically infeasible and, in Section III.B, we recommend the inclusion of a specific definition for "economically infeasible." Here, we only emphasize that this test must be refined to ensure harmony with both BLM and operators' duties to conserve both

the oil and natural gas resource and to not elevate one resource, e.g., oil, over the other, e.g., natural gas.

Importantly, and reflecting of our comments in Section II.I, we recommend that BLM involve the public in considering an operator's request to flare. We specifically recommend a minimum 30-calendar day time period to allow the public to review and provide comment regarding an operator's request to flare or vent.

Subject to the presumptive prohibition against flaring, we retain, with modest recommended modifications to improve clarity and conformance with existing rules, provisions allowing venting, rather than flaring, in limited circumstances, such as emergencies.

When flaring is permitted, whether in accord with the base limit prescribed by 43 C.F.R. § 3179.6(b) or an alternative limit allowed pursuant to 43 C.F.R. § 3179.7, BLM should make sure that operators nonetheless endeavor to minimize waste and thereby not flare up to their flaring limit unless: (a) they cannot recover natural gas with other wells and capture infrastructure; (b) there is no economic alternative to permanent well abandonment; (c) the duration of flaring is limited to the shortest technically and economically feasible time period; and (d) flaring is carried out with a t least a 98% efficiency rate.

### D.     FLARING LIMITS AND PHASE OUT (43 C.F.R. § 3179.6(b))

#### 1.     Recommended Changes to Proposed Text

**§ 3179.6 When flaring or venting is prohibited.**

…

(b)     Subject to § 3179.6(a), and unless an alternative flaring limit is established pursuant to ~~Except as provided in~~ § 3179.7, an operator must not flare ~~or vent~~ gas from a well approved before the effective date of this regulation in excess of the following amounts, inclusive of gas flared from all sources ~~representing the total volume of gas flared or vented over a production month from all development oil wells on a lease, unit, or CA, divided by the number of development oil wells contributing production for at least 10 days during that month~~: (1) 600 ~~7,200~~ Mcf, for each month during the period from [EFFECTIVE DATE OF FINAL RULE] until [~~1 YEAR~~ 30 MONTHS AFTER EFFECTIVE DATE OF FINAL RULE]; (2) 450 ~~3,600~~ Mcf, for each month during the period from [30 MONTHS ~~1 YEAR~~ AFTER EFFECTIVE DATE OF FINAL RULE] until [60 MONTHS ~~2 YEARS~~ AFTER EFFECTIVE DATE OF FINAL RULE]; (3) 300 Mcf, for each month during the period from [60 MONTHS AFTER EFFECTIVE DATE OF THE FINAL RULE] until [90 MONTHS AFTER EFFECTIVE DATE OF THE FINAL RULE]; (4) 150 Mcf, for each month during the period from [90 MONTHS AFTER EFFECTIVE DATE OF THE FINAL RULE] until [120 MONTHS

AFTER EFFECTIVE DATE OF THE FINAL RULE]; and (5) ~~(3) 1,800~~ 0 Mcf, for each month thereafter. To meet these limits, BLM may require the curtailment or restriction of production on the lease, unit, or CA.

## 2.    Basis for Recommended Changes

We recommend, in accord with Section II.D, that BLM mandate far more stringent flaring limits. Our recommended limit for the first 30 months after the date of the rule is modeled on Wyoming's daily flaring volume limit of 20 Mcf/day. This constraint reduces the total percentage of produced gas flared to between 6%-24%, which improves significantly upon the reduction provided by BLM's proposed rule. We further recommend that BLM, also in accord with Section II.D, phase out flaring entirely within ten years (rather than phase in flaring limits).

Notably, we are concerned that BLM's proposed flaring limit is premised on the agency's inclusion of an arbitrary and capricious factor: the desire to balance flaring reductions "while minimizing the number of affected leases." 81 Fed. Reg. 6616, 6640. The MLA explicitly mandates "*[a]ll* leases of lands containing oil or gas ... shall be subject to the condition that the lessee will, in conducting his explorations and mining operations, use all reasonable precautions to prevent waste of oil or gas developed in the land...." 30 U.S.C. § 225 (emphasis added). Thus, "minimizing the number of affected leases" runs directly contrary to the MLA's mandate to reduce waste from *all* oil and gas leases.

Importantly, operators subject to this flaring limit must still: (a) endeavor to recover natural gas with other wells and capture infrastructure on the lease, unit, or CA; (b) demonstrate that flaring should be allowed because there is no economic alternative to permanent well abandonment; (c) constrain the duration of flaring to the shortest technically and economically feasible time period; and (d) flare gas with a 98% efficiency rate.

## E.    ALTERNATIVE FLARING LIMITS (43 C.F.R. §§ 3179.7(a)-(c))

### 1.    Recommended Changes to Proposed Text

**§ 3179.7 Alternative limits on ~~venting and~~ flaring.**

(a)    With respect to wells approved ~~leases issued~~ before the effective date of this regulation, the BLM may approve an alternative rate-based flaring limit ~~on venting and flaring from a lease, unit, or CA that is flaring at a rate~~ that exceeds the applicable limit under § 3179.6(b), if the ~~operator~~ written request submitted by the operator pursuant to § 3179.6(a) demonstrates, and the BLM agrees, that the applicable limit under § 3179.6(b) is not technically or economically feasible ~~would impose such costs as to cause the operator to cease production and abandon significant recoverable oil reserves under the lease~~.

(b)     A written request to establish an alternative flaring limit must include, in addition to the requirements provided by § 3179.6(a), To support such a demonstration, the operator must submit a Sundry Notice that include the following information:

    (1)     Information regarding the operator's wells under the lease, unit, or CA that produce Federal or Indian gas, including:

        (i)     The name, number, and location of each well, and the number of the lease, unit, or CA with which it is associated;

        (ii)    The depths and names of producing formations;

        (iii)   The gas production volume and rate for level of each of the operator's wells for the most recent production month for which information is available as well as the expected production decline curve of oil and gas over the remaining projected lifetime of these wells; and

        (iv)    The total volume and rate volumes of gas being vented and flared from each of the operator's wells for the most recent production month for which information is available;

    (2)     Map(s) showing:

        (i)     The entire lease, unit, or CA and the surrounding lands to a distance and on a scale that shows the field in which the well or wells are or will be located (if applicable), and all pipelines that could transport the gas from the well or wells;

        (ii)    All of the operator's producing oil and gas wells, which are producing from Federal or Indian leases (both on Federal or Indian leases and on other properties) within the map area;

        (iii)   Identification of all of the operator's wells within the lease, unit, or CA from which gas is flared or vented, and the location and distance of the nearest gas pipeline(s) to each such well, with an identification of those pipelines that are or could be available for connection and use; and

        (iv)    Identification of all of the operator's wells within the lease, unit, or CA from which gas is captured;

(3) Data that show existing and reasonably foreseeable pipeline capacity and the operator's ~~projections of the~~ cost ~~associated~~ estimate for new capture infrastructure on the lease, unit, or CA based on at least three competitive bids consistent with the requirements of § 3162.7 and using the Producer Price Index, published by the U.S. Department of Labor's Bureau of Labor Statistics, to estimate future costs. ~~with installation and operation of gas capture infrastructure and alternative methods of transportation that do not require pipelines,~~;

(4) The operator's projections of gas prices, gas production volumes, gas quality (i.e., heating value and H2S content), revenues derived from gas production, and royalty payments on gas production over the ~~next 15 years or the life of the operator's lease, unit, or CA, whichever is less~~ anticipated remaining period in which the operator will produce from the Federal or Indian lease, unit, or CA. Projections must be consistent with the operator's applicable surface use plan of operations and all reasonably foreseeable plans for new wells and capture infrastructure for the lease, unit, or CA and use pricing data from the Energy Information Administration in the U.S. Department of Energy; and

(5) The operator's projections of oil prices, oil production volumes, costs, revenues derived from oil production, and royalty payments from the operator's oil and gas operations within the lease, unit, or CA over the anticipated remaining period in which the operator will produce from the Federal or Indian lease, unit, or CA. Projections must be consistent with the operator's applicable surface use plan of operations and all reasonably foreseeable plans for new wells and capture infrastructure for the lease, unit, or CA and use pricing data from the Energy Information Administration in the U.S. Department of Energy. ~~lesser of:~~

~~(i)     The next 15 years; or~~

~~(ii)     The anticipated remaining period in which the operator will produce from the Federal or Indian lease, unit, or CA.~~

(6) The operator's projections of the time period wherein the alternative flaring limit is necessary and a plan to capture all gas and to thereby eliminate the need for the alternative flaring limit as soon as economically feasible and no later than [120 MONTHS AFTER EFFECTIVE DATE OF THE FINAL RULE].

(c) In establishing an alternative ~~volume limit on venting and~~ flaring limit under this section for wells approved before the effective date of this regulation, the BLM shall ~~will aim to~~ set the limit at the ~~lowest~~ most stringent level that the BLM determines, in accord with § 3179.6(a) and considering the information ~~identified~~ provided in paragraph (b) of this

section~~, will not cause the operator to cease production and abandon significant recoverable oil reserves under the lease~~. In no circumstances shall the alternative volume limit exceed the § 3179.6(b) limit by more than a factor of four or allow flaring to continue beyond [120 MONTHS AFTER EFFECTIVE DATE OF THE FINAL RULE].

## 2.    Basis for Recommended Changes

To flare at a rate higher than prescribed by 43 C.F.R. § 3179.7(b)(6) for an well approved before the effective date of the final rule, an operator would effectively go through the same process provided by 43 C.F.R. § 3179.6(a). In short, the operator would submit a written request that is made available to the public demonstrating that the capture of natural gas was technically and economically infeasible. However, to justify the alternative flaring limit, the operator would have to provide additional information specified in 43 C.F.R. § 3179.7(b)-(c). As provided by our recommendations for by 43 C.F.R. § 3179.7(c), BLM would be required to set (rather than merely "aim to set," which we find virtually meaningless) the alternative flaring limit at the most stringent level feasible and could not approve an alternative flaring limit more than four times greater than the limits, accounting for the 10-year phase out period, provided by 43 C.F.R. 3179.6(b).

We also recommend changes to the information and analysis an operator must provide to justify an alternative flaring limit, including:

- An extension, in 43 C.F.R. § 3179.7(b)(1), of the operator's analysis to an entire unit or CA, not just the specific lease where the wells are located.

- Replacement, in 43 C.F.R. § 3179.7(b)(1)(iii), of "production level," which we find overly vague, with "production volume and rate" and a similar change in 43 C.F.R. § 3179.7(b)(1)(iv) through replacement of "volumes" with "total volume and rate."

- The addition, in 43 C.F.R. § 3179.7(b)(1)(iii), of a requirement that the operator provide information regarding expected production decline curves, which, as we explain in Section II.D above, are essential to setting prudent and reasonable flaring limits.

- Avoiding, in 43 C.F.R. § 3179.7(b)(3), inaccurate or self-serving cost estimates by requiring the operator to submit three competitive bids it has received to construct capture infrastructure, with those bids consistent with existing provisions in 43 C.F.R. § 3162.7 and the U.S. Department of Labor's Bureau of Labor Statistics to ensure apples-to-apples evaluation by BLM.

- Improvements to the gas price, production volume, quality, revenue, and royalty information required by 43 C.F.R. § 3179.7(b)(4) by: (a) requiring that the information be provided for the anticipated remaining period of production rather than 15 years or the life

of the lease, which provides a better basis for assessing the need for an alternative flaring limit than the provisions BLM has proposed; (b) using pricing data from EIA; and (c) ensuring consistency between the operator's request for an alternative flaring limit and the operator's plan of operations.

- Improvements to oil price, production volume, cost, revenue, and royalty information required by 43 C.F.R. § 3179.7(b)(35) by: (a) requiring that the information be provided for the anticipated remaining period of production rather than 15 years or the life of the lease; (b) using pricing data from EIA; and (c) ensuring consistency between the operator's request for an alternative flaring limit and the operator's plan of operations.

- A requirement, in 43 C.F.R. § 3179.7(b)(6), to explain how long the alternative flaring limit is needed, with a hard ten-year limit on flaring.

Importantly, operators who secure an alternative flaring limit pursuant to 43 C.F.R. § 3179.7 must still: (a) endeavor to recover natural gas with other wells and capture infrastructure on the lease, unit, or CA; (b) demonstrate that flaring should be allowed because there is no economic alternative to permanent well abandonment; (c) constrain the duration of flaring to the shortest technically and economically feasible time period; and (d) flare gas with at least a 98% efficiency rate.

## F.    TWO-YEAR EXEMPTION FROM FLARING LIMITS (43 C.F.R. § 3179.7(d))

### 1.    Recommended Changes to Proposed Text

**§ 3179.7 Alternative limits on ~~venting and~~ flaring.**

…

~~(d)    Instead of an alternative limit under paragraph (a) of this section, a lease issued before the effective date of this regulation will receive a renewable, 2-year exemption from the applicable flaring limit specified in § 3179.6 if the authorizing officer verifies that all of the following terms and conditions are met:~~

~~(i)    The lease, unit, or CA is not connected to a gas pipeline;~~

~~(ii)    The closest point on the lease, unit, or CA is located more than 50 straight-line miles from the nearest gas processing plant;~~

~~(iii)    In the most recent production month, the lease, unit or CA flared or vented at an average rate that exceeds by at least 50 percent the applicable flaring limit specified in § 3179.6; and~~

~~(iv)    The operator submits to the BLM a Sundry Notice with an affidavit certifying that it meets the conditions in paragraphs (d)(i) through (iii) of this section.~~

## 2.    Basis for Recommended Changes

We recommend that BLM delete the proposed rule's provisions providing for a renewable, two-year exemption. BLM's proposed rule focuses on the containment of natural gas but fails to ensure that captured gas from existing leases and operations is transported to market for sale or otherwise beneficially used. Instead, BLM's proposed rule relies far too heavily on flaring, presumptively allowing flaring up the limits set by 43 C.F.R. § 3179.6(b). The proposed rule also provides operators with the opportunity to obtain an "alternative" (i.e., less stringent) flaring limit pursuant to 43 C.F.R. §§ 3179.7(a)-(c).

Above, we have recommended changes to the proposed rule to ensure that gas is presumptively contained and transported to market for sale, as well as a tighter, more effective limit that becomes more stringent over a ten-year time period. At the conclusion of that "phase-out" period, all flaring would be prohibited. This structure is sufficient to accommodate operator interests.

We notably reject BLM's premise for the exemption, that "[h]olders of these leases have, until now, had no notice of the proposed flaring limit." 81 Fed. Reg. 6616, 6620. As exhaustively explained in Section II.B above, lessees are expressly under notice that BLM may take action to prevent waste in accord with the plain language of the MLA; BLM's rules retaining duties and authorities to prevent waste, lease stipulations, in particular those in BLM's standard lease form (Form 3100-1); by virtue of the typically limited scope of NEPA analyses prepared to justify lease sales; and courts' historic recognition of the appropriateness of methane waste regulation. No specific notice of a specific flaring limit is required as a precondition of BLM's compliance with and exercise of duties and authorities to prevent waste. BLM's language in the preamble, and this basis for the 2-year exemption, should therefore be stricken.

Fundamentally, the renewable, 2-year exemption provided by 43 C.F.R. § 3179.7(d) is unnecessary; based on an incorrect understanding of what notice lessees must be provided; confusing relative to the existing provisions for alternative flaring limits provided by 43 C.F.R. §§ 3179.7(a)-(c) that we propose BLM, with modification, retain; and facilitates flaring waste. It should therefore be eliminated from the final rule. To the degree this provision is retained in the final rule, BLM should subject any request to obtain the exemption to public review and a minimum 30-calendar day public comment period, as noted in Section II.I above.

## G.      RETAINED WASTE PREVENTION RIGHTS, DUTIES, AND AUTHORITIES (43 C.F.R. § 3179.10)

### 1.      Recommended Changes to Proposed Text

**§ 3179.10 Other waste prevention measures.**

(a)      If production from ~~an oil~~ a well newly connected to a gas pipeline results, or is expected to result, in one or more producing wells operated by a different company already connected to the pipeline being forced off the line, the BLM ~~may~~ will ~~exercise existing authority to~~ limit the production level from the new well until the pressure of gas production from the new well stabilizes at levels that allow transportation of gas from all wells connected to the line. In no circumstance shall new wells added to an existing pipeline result in an increase in flared or vented gas volumes from existing wells already connected to existing pipelines.

(b)      If production from a well newly connected to a gas pipeline results, or is expected to result, in one or more of the operator's existing wells already connected to the pipeline being forced off the line, the operator may preferentially produce the new well. However, if the operator chooses to do so, the operator must limit the production level from the operator's existing wells connected to the same pipeline until the pressure of gas production from the existing wells stabilizes at levels that allow transportation of gas from all wells connected to the line. In no circumstance shall new wells added to an existing pipeline result in an increase in flared or vented gas volumes from existing wells already connected to existing pipelines and the operator may not, therefore, seek an alternative limit for those wells pursuant to § 3179.7.

(~~b~~c)      If adequate gas capture ~~capacity~~ infrastructure is not yet available on a given lease, unit, or CA, the BLM ~~may~~ will ~~exercise existing authority to~~ deny the APD, delay action on the APD for that lease, or approve the APD with conditions requiring ~~for~~ gas capture infrastructure to be in place and operational prior to producing any oil or gas authorized by the APD to ensure that gas, consistent with § 3179.6, is neither vented nor flared. ~~or limitations on production.~~ If the lease for which the APD is submitted is not yet producing, the BLM may direct or grant a lease suspension under 43 CFR 3103.4–4.

(d)      BLM retains the duty and authority to develop and require reasonable measures to prevent waste of oil and gas and to otherwise take action to prevent unnecessary or undue degradation in addition to or more stringent than those measures required by 43 CFR subpart 3179 through resource management plans, master leasing plans, lease stipulations, approvals of unit or communitization agreements, and approvals of

applications for permit to drill and in accord with environmental reviews completed
pursuant to the National Environmental Policy Act.

### 2.    Basis for Recommended Changes

Relative to our recommendations for 43 C.F.R. §§ 3179.10(a) and (b), we recommend that BLM
bifurcate its retained authority to limit production levels based on whether or not the operator
controls or does not control the gas capture infrastructure:

- Where the operator does not control the gas pipelines, 43 C.F.R. § 3179.10(a) provides that
  BLM must limit the operator's production from a proposed new well until the pressure of
  gas production from that well stabilizes to allow transport of gas from all wells and the
  operator is prohibited from adding wells to an existing pipeline such that flared or vented
  gas volumes of existing wells connected to that pipeline increase.

- Where the operator does control the gas pipelines, the operator may choose, on its own,
  how to produce from existing and new wells so long as it does not cause an increase in
  vented or flared methane emissions. In addition, the operator, if it chooses to preferentially
  produce from a new well, must in fact limit production from existing wells to ensure that
  vented and flared emissions do not increase, and cannot seek an alternative flaring limit.

For 43 C.F.R. § 3719.10(c) (renumbered from (b) to account for the above recommendations),
we recommend that the final rule use the term "infrastructure" rather than "capacity" to align
the provision with the definitions in 43 C.F.R. § 3179.3 and to include the descriptive term
"adequate" to better convey what is meant by the provision. We also recommend that BLM
better delineate the actions it may take when gas capture infrastructure is not available,
including to deny the APD or to condition approval of the APD on the actual construction of
infrastructure necessary to capture gas before production begins.

We also recommend that BLM delete the reference to "existing authority" in this section. We
find this language unnecessarily limiting and overly vague. The provision may also have the
unintended consequence of limiting BLM's future ability to prevent methane waste, delimiting
where the agency may, for example, limit production based on the authority existing as of the
effective date of the final rule. We find no basis for this limitation and, indeed, the MLA and
FLPMA are both structured to provide continuing oversight, including through modernization of
existing authority and, even, promulgation of new regulatory authority to advance statutory
duties and authorities to account for changing circumstances and conditions.

We also recommend that BLM include a new provision, 43 C.F.R. § 3179.10(d), to explicitly
convey that the agency retains the duty and authority to develop and require waste prevention
measures in accord with the agency's oil and gas planning and management framework and
obligation, pursuant to 43 U.S.C. § 1732(b), to prevent "unnecessary or undue degradation of

the land." These measures may be either: (1) in addition to the provisions provided by the methane waste rule; or (2) more stringent then the provisions provided by the methane waste rule, if justified by site-specific circumstances and conditions.

We substantiate the value of the planning and management framework in Section II.G above. As we explain in this section, BLM's compliance with its planning and management framework, such as NEPA reviews for APDs, may reveal that it is prudent and reasonable for operators to comply with additional waste reduction measures—such as clustering and phasing of oil and gas development to take advantage of economies of scale or to synchronize upstream production with midstream pipeline and processing capacity—or more stringent measures— such as, for existing wells where flaring is permitted, a more stringent flaring limit or tighter phase-out period for flaring. Regarding the inclusion of language pertaining to unnecessary or undue degradation, BLM expressly cites 43 U.S.C. § 1732(b) as authority for its proposed rule, including the rule's provisions for waste minimization plans in 43 C.F.R. § 3162.3-1 and the particular venting, flaring, and leak provisions in 43 C.F.R. subpart 3179. *See* 81 Fed. Reg. 6616, 6679. However, the rule, as structured, only weakly if at all reflects this authority and, indeed, mandatory *duty* to protect lands (and the resources, including oil and gas, they contain and provide).

This provision also ensures that BLM does not structure the proposed rule as a one-way street. Operators should not be able to secure exceptions or exemptions from the proposed rule while BLM is forbidden from taking additional or more stringent action based on site-specific circumstances and conditions to ensure that operators take all prudent and reasonable action to prevent methane waste or, more broadly, to ensure that BLM prevents unnecessary or undue degradation. To the degree that BLM does not retain such duties and authorities, the agency risks undermining the lawfulness of the rule but creating "a subtle, but nevertheless real, inertial presumption in favor of" weakened methane waste reduction action and imprudent and unreasonable waste. *Natl. Wildlife Federation v. Morton*, 393 F.Supp. 1286, 1292 (D.D.C. 1975).

## H.    WELL DRILLING (43 C.F.R. § 3179.101)

### 1.    Recommended Changes to Proposed Text

**§ 3179.101 Well drilling.**

(a)    Except as provided in § 3179.6(a) of this subpart, gas that reaches the surface as a normal part of drilling operations must be captured.

(1)    Captured and sold;

(2)    ~~Directed to a flare pit or flare stack equipped with an automatic igniter to combust any flammable gasses;~~

(3)    ~~Used in operations on the lease, unit, or CA; or~~

(4)    ~~Injected.~~

(b)    If gas is ~~lost~~ flared or vented to the atmosphere as a result of loss of well control, the BLM will make a determination of whether the loss of well control is due to operator negligence. Such gas is avoidably lost if the BLM determines that the loss of well control is due to operator negligence. The BLM will notify the operator in writing when it makes a determination that gas was lost due to operator negligence.

## 2.    Basis for Recommended Changes

Our recommended changes to this section further our intent to presumptively prohibit flaring from oil and gas operations on federal public or tribal lands as explained in Section II.D above. We also recommend, for 43 C.F.R. § 3179.101(b), that BLM, to improve clarity and precision, replace "lost" with "flared or vented to the atmosphere."

## I.    WELL COMPLETIONS AND RELATED OPERATIONS (43 C.F.R. § 3179.102)

### 1.    Recommended Changes to Proposed Text

**§ 3179.102 Well completion and related operations.**

(a)    Except as provided in § 3179.6~~(a)~~, gas that reaches the surface during well completion and post-completion, drilling fluid recovery, or fracturing or refracturing fluid recovery operations must be captured.~~:~~

(1)    ~~Captured and sold;~~

(2)    ~~Directed to a flare pit or flare stack equipped with an automatic igniter to combust any flammable gasses, subject to the volumetric limitations in § 3179.103(a)(3);~~

(3)    ~~Used in operations on the lease, unit, or CA; or~~

(4)    ~~Injected.~~

(b)    ~~In lieu of compliance with the requirements of paragraph (a) of this section, an operator may demonstrate to the BLM on a Sundry Notice that it is in compliance with the requirements for control of gas from well completions established under 40 CFR part 60 subpart OOOOa.~~

## 2.    Basis for Recommended Changes

Our recommended changes to this section regarding well completions and related operations further our intent to presumptively prohibit flaring from oil and gas operations on federal public or tribal lands as explained in Section II.D above. Our recommended changes to the definition of "capture" include green completion equipment which should be required to route gas released during completion to a sales line. Flaring would only be allowed in an emergency in accord with 43 C.F.R. § 3179.101.

## J.    INITIAL PRODUCTION TESTING (43 C.F.R. § 3179.103)

### 1.    Recommended Changes to Proposed Text

**§ 3179.103 Initial production testing.**

(a)    Gas flared during a <u>new oil or new gas</u> well's initial production test is royalty-free under §§ 3179.4(a)(1)(iii) and 3179.5(b) of this subpart until ~~one of the following occurs:~~

    ~~(1)~~    <u>T</u>~~t~~he operator determines that it has obtained adequate reservoir information for the well~~;~~ <u>or production begins.</u>

(b)~~(2)~~    <u>An initial production test may not exceed 72 hours.</u> ~~30 days have passed since the beginning of the production test, except as provided in paragraph (b) and paragraph (c) of this section.~~

    ~~(3)    The operator has flared 20 million cubic feet (MMcf) of gas, when volumes flared under this section are combined with volumes flared under § 3179.102(b); or~~

    ~~(4)    Production begins.~~

~~(b)    The BLM may extend the period specified in paragraph (a)(2) not to exceed an additional 60 days, based on testing delays caused by well or equipment problems or if there is a need for further testing to develop adequate reservoir information.~~

~~(c)    During the dewatering and initial evaluation of an exploratory coalbed methane well, the 30-day period specified in paragraph (a)(2) of this section is extended to 90 days.~~

~~The BLM may approve up to two extensions of this evaluation period, of up to 90 days each.~~

~~(d)     The operator must submit its request for a longer test period under paragraph (b) or (c) of this section using a Sundry Notice.~~

## 2.     Basis for Recommended Changes

Our recommended changes to this section further our intent to presumptively prohibit flaring from oil and gas operations on federal public or tribal lands as explained in Section II.D above. Our understanding is that production tests commonly last for 24 – 48 hours in which time an operator can obtain adequate information about the production characteristics of a well. An additional 24 hours would provide sufficient time to stabilize and clean up a well.

## K.     SUBSEQUENT WELL TESTS (43 C.F.R. § 3179.104)

### 1.     Recommended Changes to Proposed Text

**§ 3179.104 Subsequent well tests.**

Flaring is not allowed for any well tests subsequent to the initial well test, except for wells approved before [the effective date of the final rule] and only if permitted by BLM pursuant to § 3179.6 and § 3179.7. If approved by BLM, flaring will be limited to a maximum of 24 hours. Any gas flared from subsequent well tests must achieve a flare efficiency rate of at least 98% and the volume of gas flared shall count towards the flaring limit provided by § 3179.6(b) or, if applicable, an alternative flaring limit established pursuant to § 3179.7.

~~During well tests subsequent to the initial production test, the operator may flare gas for no more than 24 hours royalty free under §§ 3179.4(a)(1)(iv) and 3179.5(b) of this subpart, unless the BLM approves or requires a longer period. If the operator requests a longer period, it must submit a Sundry Notice.~~

## 2.     Basis for Recommended Changes

Our recommended changes to this section further our intent to presumptively prohibit flaring from oil and gas operations on federal public or tribal lands as explained in Section II.D above. We propose to that BLM set to a hard, 24-hour limit on flaring during subsequent well tests. Additionally, gas flared from subsequent well tests on wells approved before the effective date of the final methane waste rule would have to be justified consistent with 43 C.F.R. §§ 3179.6, 3179.7 and would count towards determining compliance with flaring limits, whether set by 43 C.F.R. § 3179.6 or 43 C.F.R. § 3179.7.

L.     EMERGENCIES (43 C.F.R. § 3179.105)

1.     Recommended Changes to Proposed Text

**§ 3179.105 Emergencies.**

(a)     An operator may flare or, if flaring is not feasible given the emergency, vent gas royalty-free under § 3179.6(a) of this subpart during a temporary, short-term, infrequent, and unavoidable emergency.

(b)     The operator may flare or vent gas royalty free for up to 24 hours per incident (unless the BLM extends the period), and for no more than ~~three emergencies~~ one emergency for a lease, unit, or CA within any 30-day period. If flaring is permitted from wells approved before [the effective date of the final rule], the volume gas flared or vented pursuant to this subsection shall count towards the flaring limits provided by § 3179.6(b) or, if applicable, alternative flaring limits established pursuant to § 3179.7.

(c)     Emergency is defined as an unforeseen problem that could cause or threaten immediate substantial adverse impact on public health and safety or the environment. The following do not constitute emergencies under this section:

(1)     More than 3 failures of the same equipment within any 365-day period;

(2)     The operator's failure to install appropriate equipment of a sufficient capacity to accommodate the volume of gas being produced;

(3)     Failure to limit production when the production rate exceeds the capacity of the related equipment, pipeline, or gas plant, or exceeds sales contract volumes of oil or gas;

(4)     Scheduled maintenance; ~~or~~

(5)     Operator negligence; or

(6)     Problems the operator should have foreseen.

(d)     The operator must estimate and report to the BLM on a Sundry Notice the volumes flared or vented beyond the timeframes specified in paragraph (b) of this section.

2.     Basis for Recommended Changes

In 43 C.F.R. § 3179.105(c), we recommend that royalty-free flaring be limited to a 24-hour period for one emergency only since, as the proposed rule states in (a) of this section, emergencies are temporary, short-term, infrequent, and unavoidable. We also recommend clarification of what constitutes an emergency, centered on risks to public health, safety, and the environment. Additionally, gas flared from wells approved before the effective date of the final methane rule would, where flaring is permitted, count towards determining compliance with flaring limits, whether set by 43 C.F.R. § 3179.6 or 43 C.F.R. § 3179.7.

## M.   PNEUMATIC CONTROLLERS (43 C.F.R. § 3179.201)

### 1.   Recommended Changes to Proposed Text

**§ 3179.201 Equipment requirements for pneumatic controllers.**

(a)   All new, modified, or reconstructed pneumatic controllers installed on or after October 15, 2013, must meet the requirements of 40 CFR 60.5360 through 60.5390. An existing A pneumatic controller installed before October 15, 2013 that uses natural gas produced from a Federal or Indian lease, or from a unit or CA that includes a Federal or Indian lease, is subject to this section if the pneumatic controller:

   (1)   Has a continuous bleed rate greater than 6 standard cubic feet (scf) per hour; and

   (2)   Is not subject to 40 CFR 60.5360 through 60.5390.

(b)   The operator must replace a pneumatic controller subject to this section with a pneumatic controller having a bleed rate of 6 scf per hour or less within the timeframes set forth in paragraph (c) of this section, unless:

   (1)   The operator notifies the BLM through a Sundry Notice that use of a pneumatic controller with a bleed rate greater than 6 scf per hour is required based on functional needs described in the Sundry Notice, that may include, but are not limited to, response time, safety, and positive actuation;

   (2)   The operator notifies the BLM through a Sundry Notice that the pneumatic controller exhaust is routed to a flare device; or

   (3)   Tthe operator notifies the BLM through a Sundry Notice and demonstrates, and the BLM agrees, based on the information identified in § 3179.7(b), that replacement of a pneumatic controller subject to paragraph (a)(1)(i) of this section would impose such costs as to cause the operator to cease production and abandon significant recoverable oil reserves under the lease submits to BLM

a written request demonstrating, and the BLM agrees, that pneumatic controller replacement is economically infeasible. If a pneumatic controller is not replaced, the operator must connect the controller to a fare device with a combustion efficiency rate of at least 98%. The volume of gas flared from a pneumatic controller shall count towards the presumptive flaring limit provided by § 3179.6(b) or, if applicable, an alternative flaring limit established pursuant to § 3179.7.

(c)     The operator must replace the pneumatic controller(s) installed before October 15, 2013, no later than 1 year after the effective date of this section as required under paragraph (b) of this section except that if the well or facility that the pneumatic controller serves has an estimated remaining productive life of 3 years or less from the effective date of this section, the operator must take the pneumatic controller permanently out of service at the end of that three-year period notify the BLM through a Sundry Notice and replace the pneumatic controller no later than 3 years from the effective date of this section.

(d)     The operator must ensure all pneumatic controllers are functioning within manufacturers' specifications and must immediately shut-down and repair or replace pneumatic controllers that are not operating within manufacturers' specifications.

## 2.     Basis for Recommended Changes

Our recommendations regarding pneumatic controllers further our intent to presumptively prohibit flaring from oil and gas operations on federal public or tribal lands as explained in Section II.D above. However, in 43 C.F.R. § 3179.201(b), we do provide operators with the opportunity, for wells approved before the effective date of the final methane waste rule, to seek an exception where replacement of pneumatic controllers is economically infeasible subject to the conditions that the controller would be connected to a flare device with a 98% efficiency rate and that the volume of flared gas would count towards determining compliance with flaring limits, whether set by 43 C.F.R. § 3179.6 or 43 C.F.R. § 3179.7.

## N.     PNEUMATIC CHEMICAL INJECTION PUMPS AND PNEUMATIC DIAPHRAGM PUMPS (43 C.F.R. § 3179.202)

### 1.     Recommended Changes to Proposed Text

**§ 3179.202 Requirements for pneumatic chemical injection pumps or pneumatic diaphragm pumps.**

(a)     A pneumatic chemical injection or pneumatic diaphragm pump is subject to this section if it:

(1)     Uses natural gas produced from a Federal or Indian lease, or from a unit or CA that includes a Federal or Indian lease; and

(2)     Is not subject to 40 CFR part 60, subpart OOOOa.

(b)     The operator must replace a pneumatic pump subject to this paragraph with a zero-emissions pump ~~or route the pump to a flare device~~ within the timeframes set forth in paragraph (d) of this section.

(c)     The requirement in paragraph (b) of this section does not apply if~~:~~ the operator submits to BLM a written request demonstrating, and the BLM agrees, that pneumatic pump replacement is not economically feasible. If a pneumatic pump is not replaced, the operator must connect the pump to a flare device with a combustion efficiency rate of at least 98%. The volume of gas flared from a pneumatic pump shall count towards the flaring limit provided by § 3179.6(b) or, if applicable, an alternative flaring limit established pursuant to § 3179.7.

~~(1)     The operator notifies the BLM through a Sundry Notice that:~~

~~(i)     Use of a pneumatic pump is required based on functional needs, described in the Sundry Notice; and~~

~~(ii)     There is no existing flare device on site or routing to such a device is technically infeasible; or~~

~~(2)     The operator submits a Sundry Notice to the BLM that:~~

~~(i)     Provides an economic analysis that demonstrates, and the BLM agrees, based on the information identified in § 3179.7(b), that installation of a zero-emissions pump(s) would impose such costs as to cause the operator to cease production and abandon significant recoverable oil reserves under the lease; and~~

~~(ii)     Demonstrates to the BLM that there is no existing flare device on site or routing to such a device is technically infeasible.~~

(d)     The operator must replace the pneumatic pump(s) ~~or connect to a flare device~~ no later than 1 year after the effective date of this section, or if an exception is approved by BLM under (c) of this section, connect to a flare device with a combustion efficiency rate of at least 98%, except that if the well or facility that the pneumatic pump serves has an estimated remaining productive life of 3 years or less from the effective date of this

section, the operator must take the pneumatic pump permanently out of service at the end of that three-year period notify the BLM through a Sundry Notice and replace the pneumatic pump no later than 3 years from the effective date of this section.

(e)     The operator must ensure all pneumatic pumps are functioning within manufacturers' specifications, and must immediately shut-down and repair or replace pneumatic pumps that are not operating within manufacturers' specifications.

## 2.     Basis for Recommended Changes

Our recommendations regarding pneumatic pumps further our intent to presumptively prohibit flaring from oil and gas operations on federal public or tribal lands as explained in Section II.D above. However, in 43 C.F.R. § 3179.202(c), we do provide operators with the opportunity, for wells approved before the effective date of the final methane waste rule, to seek an exception where replacement of pneumatic pumps is economically infeasible subject to the conditions that the controller would be connected to a flare device with a 98% efficiency rate and that the volume of flared gas would count towards determining compliance with flaring limits, whether set by 43 C.F.R. § 3179.6 or 43 C.F.R. § 3179.7.

## O.     CRUDE OIL AND CONDENSATE STORAGE VESSELS (43 C.F.R. § 3179.203)

### 1.     Recommended Changes to Proposed Text

**§ 3179.203 Crude oil and condensate storage vessels.**

(a)     A crude oil or condensate storage vessel is subject to this section if the vessel:

(1)     Contains production from a Federal or Indian lease, or from a unit or CA that includes a Federal or Indian lease;

(2)     Is not subject to 40 CFR part 60, subpart OOOO; and

(3)     Has a rate of total VOC emissions equal to or greater than 6 tons per year (tpy).

(b)     The operator must determine the rate of emissions from the storage vessel within 60 days after the effective date of this section, and within 30 days after before any new source of production is added to the tank after the effective date of this section.

(c)     No later than 6 months after the effective date of this section, the operator must route capture all tank vapor gas from a storage vessel that is subject to this section. The operator may, however, route the gas to a flare device combustion device or continuous

flare, or to a sales line unless if the operator submits to BLM a written request demonstrating, and the BLM agrees, that capture of all tank vapor gas from a storage vessel is not economically feasible. Any tank vapor gas from a storage vessel that is flared must be flared with a combustion efficiency of at least 98% and shall count towards the presumptive flaring limits provided by § 3179.6(b) or, if applicable, alternative flaring limits established pursuant to § 3179.7. an economic analysis to the BLM through a Sundry Notice that demonstrates, and the BLM agrees, based on the information identified in 3179.7(b), that compliance with this requirement would impose such costs as to cause the operator to cease production and abandon significant recoverable oil reserves under the lease.

(d)    If the rate of total uncontrolled gas release from a storage vessel declines to 4 tpy or less for any continuous 12 month period, the requirements of this section no longer apply.

## 2.    Basis for Recommended Changes

Our recommendations regarding storage vessels further our intent to presumptively prohibit flaring from oil and gas operations on federal public or tribal lands as explained in Section II.D above. However, in 43 C.F.R. § 3179.203(c), we do provide operators with the opportunity, for wells approved before the effective date of the final rule, to seek an exception where replacement of pneumatic controllers is economically infeasible subject to the conditions that the controller would be connected to a flare device with a 98% efficiency rate and that volumes of flared gas would count towards determining compliance with flaring limits, whether set by 43 C.F.R. § 3179.6 or 43 C.F.R. § 3179.7.

## P.    DOWNHOLE WELL MAINTENANCE AND LIQUIDS UNLOADING (43 C.F.R. § 3179.204)

### 1.    Recommended Changes to Proposed Text

§ 3179.204 Downhole well maintenance and liquids unloading.

(a)    Gas must be captured Dduring downhole well maintenance and liquids unloading operations on all wells, the operator must use practices that maximize the recovery of gas for sale and must flare gas not recovered except where such practices or flaring are technically infeasible or unduly costly. The operator may, however, route gas produced during downhole well maintenance and liquids unloading operations for wells approved before [the effective date of the final rule] to a flare device if the operator submits to BLM a written request supported by an affidavit demonstrating, and the BLM agrees, that capture of all gas from downhole well maintenance and liquids unloading is not technically or economically feasible. Any gas flared pursuant to this subsection shall

achieve a combustion efficiency rate of at least 98% and shall count towards the presumptive flaring limit provided by § 3179.6(b) or, if applicable, an alternative flaring limit established pursuant to § 3179.7. Before the operator purges a well for the first time after the effective date of this section, the operator must document that other methods are technically infeasible or unduly costly, and provide that information as part of the Sundry Notice required under paragraph (d) of this section.

(b)   For wells drilled after the effective date of this section, the operator may not conduct liquids unloading by well purging, except where the operator is returning a well to production following a well workover or following a shut-in for more than 30 days.

(eb)   For any liquids unloading by well purging approved by BLM, the operator must:

(1)   Be present on-site throughout the event to ensure that any venting to the atmosphere is limited to no more than the amount and duration approved by BLM what is practically necessary, unless the operator uses an automatic control system that relies on real-time pressure or flow, timers, or other well data to minimize limit venting to the amount and duration approved by BLM;

(2)   Record the cause, date, time, duration, and estimated volume of each venting event; and

(3)   Maintain the liquids unloading records for the period required under § 3162.4–1 of this title and make them available submit them annually to the BLM, upon request with an affidavit certifying that the BLM approved limit was not exceeded.

(d)   The operator must notify the BLM by Sundry Notice within 10 calendar days after the first liquids unloading event by well purging conducted after the effective date of this section. This requirement applies to each well the operator operates.

(e)   The operator must notify the BLM by Sundry Notice, within 14 calendar days, if:

(1) The cumulative duration of well purging events for a well exceeds 24 hours during any production month; or

(2) The estimated volume of gas vented in liquids unloading by well purging operations for a well exceeds 75 Mcf during any production month.

(f)(c)   For purposes of this section, ''well purging'' means blowing accumulated liquids out of a wellbore by gas pressure where the gas is vented to the atmosphere.

(g)(d)   Total estimated volumes vented as a result of downhole well maintenance and liquids unloading during the production month must be included in volumes reported to ONRR as vented.

## 2.   Basis for Recommended Changes

Our recommendations regarding downhole well maintenance and liquids unloading further our intent to presumptively prohibit flaring from oil and gas operations on federal public or tribal lands as explained in Section II.D above. However, in 43 C.F.R. § 3179.204(a), we do provide operators with the opportunity, for wells approved before the effective date of the final methane waste rule, to seek an exception where capturing gas during downhole maintenance and liquids unloading is economically infeasible subject to the conditions that the controller would be connected to a flare device with a 98% efficiency rate and that volumes of flared gas would count towards determining compliance with flaring limits, whether set by 43 C.F.R. § 3179.6 or 43 C.F.R. § 3179.7

## Q.   LEAK DETECTION AND REPAIR (43 C.F.R. §§ 3179.301-3179.305)

## 1.   Recommended Changes to Proposed Text

**§ 3179.301 Operator responsibility.**

…

(b)   The operator is responsible, as prescribed in §§ 3179.302 and 3179.303 of this subpart, to inspect for gas leaks on the following:

(1)   All equipment and equipment components at the wellhead;

(2)   All facilities that the operator operates including capture infrastructure; and

(3)   All compressors located on the lease, unit, or CA that the operator owns, leases, or operates.

…

**§ 3179.302 Approved instruments and methods.**

…

(b)      ~~If an operator operates 500 or more wells within the jurisdiction of a single BLM field office, the operator may only use one or more of the methods identified in paragraph (a)(1), (2), or (3) of this section to detect leaks.~~

**§ 3179.303 Leak detection inspection requirements for natural gas wellhead equipment, facilities, and compressors.**

(a)      Except as provided below or otherwise authorized in paragraph (b) of this section, the operator must inspect at least ~~semi-annually~~ quarterly for leaks the wellhead equipment, facilities, and compressors identified in § 3179.301 (b) of this subpart. For purposes of §§ 3179.301 through 3179.305, the term ''site'' means a discrete area containing wellhead equipment, facilities, and compressors, which is suitable for inspection in a single visit.

(b)      The BLM may approve an alternative leak detection device, program, or method under § 3179.302(a)(2) or 3179.302(a)(3) of this subpart, if the BLM finds that the alternative would meet or exceed the effectiveness for leak detection of the approach specified in §§ 3179.302(a)(1) and 3179.303(a) of this subpart. Before approving a request for a alternate leak detection device, program, or method, the BLM must provide the public with a minimum of 30 calendar days to review and provide comment on the request. The operator must submit its request for an alternative leak detection device, program, or method of this section through a Sundry Notice.

## 2.      Basis for Recommended Changes

Leaks are the second largest source of all vented methane emissions, estimated by the BLM at 4.35 Bcf and accounting for over 20% of vented gas. According to the RIA, LDAR delivers on average $104 million in annual benefits, almost 30% of total benefits and larger than the benefits of any of the other requirement in the proposed rule. Sources of leaks include connections between equipment, valves and controllers. The occurrence of leaks is not predictable, nor are they directly related to oil or gas production volumes. They can occur in any components or pieces of equipment at well sites and in capture infrastructure. Accordingly, we recommend adding "capture infrastructure" to the requirement for inspections in §3179(b)(2).

The most important leaks to detect, high-volume leaks also called super-emitters, occur randomly. Given this unpredictability, we recommend that LDAR requirements apply to all wells and capture infrastructure, including low producing wells which should not be excluded given their large numbers and the likelihood that they are older wells with aging equipment. The inability to predict where and when leaks will occur also justifies more frequent LDAR surveys.

We recommend that the language in §3179.303(a) be changed to require operators to conduct surveys at least quarterly.

Achieving the waste reduction potential of LDAR programs depends on the rigor of the inspection method. Therefore, we recommend deleting § 3179.302(b). We also recommend that requests by operators for approval of alternative methods of leak detection trigger a 45-day period for public review and comment period in § 3179.303(b).

### R.   STATE AND TRIBAL VARIANCES (43 C.F.R. § 3179.401)

### 1.   Recommended Changes to Proposed Text

**§ 3179.401 State or tribal requests for variances from the requirements of this subpart.**

(a)(1)   At the request of a State (for Federal land) or a tribe (for Indian lands), the BLM State Director may grant a variance from any individual provision of this subpart that would apply to all Federal leases, units, or CAs within a State or to all tribal leases, units, or CAs within that tribe's lands, or to specific fields or basins within the State or that tribe's lands, if the BLM finds that the variance would meet the criteria in paragraph (b) of this section.

(2)   A State or tribal variance request must:

(i)   Identify the provision(s) of this subpart from which the State or tribe is requesting the variance;

(ii)   Identify the State or tribal regulation(s) or rule(s) that would be applied in place of the provision(s) of this subpart;

(iii)   ~~Explain~~ Detail why the variance is ~~needed; and~~ justified, including on the basis of specific conditions in a state or tribe that make compliance with the federal rule burdensome, or on account of efficiencies or innovations achieved by a state or tribal rule that reduce burdens on state or tribal administrators while satisfying or exceeding the requirements of the federal rule;

(iv)   Demonstrate how the State or tribal requirement would satisfy or exceed the requirement of the particular provision from which the State or tribe is requesting the variance, including by showing that the state or tribal provision will reduce at least an equivalent amount of methane pollution or waste as this rule~~.~~;

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**
**Docket ID:** BLM-2016-0001

  (v) Demonstrate that replacement of the federal provision with the state or tribal provision would not limit the public's access to information available pursuant to federal law;

  (vi) Demonstrate that replacement of the federal provision with the state or tribal provision would not limit the public's appeal or judicial rights available pursuant to federal law;

  (v) Demonstrate the capacity of the State or tribe to enforce the state or tribal provision;

  (vi) Demonstrate that the state or tribal provision does not contain exceptions or exemptions that would undermine its effectiveness, and that no other provision of state law would undermine its effectiveness; and

  (vii) Demonstrate that the state or tribal regulation imposes penalties for violations that are equivalent to or exceed the penalties imposed by federal law.

(b) The BLM State Director, after considering all relevant factors including the required elements of the variance request provided by paragraph (a)(2) of this section, may approve the request for a variance, or approve it with one or more conditions, only if the BLM determines that the State or tribal regulation or rule meets or exceeds the requirements of the provision(s) from which the State or tribe is requesting the variance, and is consistent with the terms of the affected Federal or Indian leases and applicable statutes. Before approving a request for a variance, the BLM must provide the public with a minimum of 45 calendar days to review and provide comment on the request. The decision to grant or deny the variance will be in writing and must explain the basis for BLM's decision, including how the relevant factors in paragraph (a)(2) of this section were addressed is within the BLM's discretion. The decision on a variance request is not subject to administrative appeal under 43 CFR part 4.

(c) A variance from any particular requirement of this rule does not constitute a variance from provisions of other regulations, laws, or orders.

(d) The BLM reserves the right to rescind a variance or modify any condition of approval.

(e) BLM reserves the right to enforce a state or tribal provision approved for use in lieu of any individual provision of this subpart.

(f) BLM reserves the right to revoke a variance if evidence reveals that the variance is not

being adequately enforced.

(g)   Members of the public may file a complaint providing information about suspected violations. BLM will investigate all credible complaints filed by the public.

## 2.   Basis for Recommended Changes

As described above in Section II.L, if BLM chooses to provide a variance provision, it must be strengthened to provide more transparency, more stringent criteria for the granting of a variance, and more public involvement and appeal rights.

The changes above reflect our recommendations for:

- public review and a minimum 45-calendar day public comment period;

- the elimination of the administrative review exemption for variances;

- the BLM's retention of enforcement authority and of authority to withdraw a variance in the absence of enforcement;

- a provision providing an opportunity for the public to play an active role in enforcement;

- more specificity as to the showing needed to justify a variance;

- more stringency as to the showing that the state or tribal rule satisfies federal requirements;

- more specificity regarding the BLM's written determination on each variance request; and

- an enumeration of the specific factors that are "relevant" to the variance determination.

**************************

# APPENDIX A

### CASE EXAMPLES

I.   **OVERVIEW**

The case examples below underscore the importance of strong waste minimization plans, consistent enforcement of production curtailments when companies exceed flaring volume limits, corroborate why flaring volumes should be enforced on a well-by-well basis, and explain why North Dakota should not get a variance with regard to the BLM rule. Each case example is illustrative of chronic, persistent flaring in North Dakota despite the state's passage in 2014 of a flaring policy.

The first example examines the Buffalo Pad in Mandaree, North Dakota on the Fort Berthold Reservation. It highlights the need for strong waste minimization plans, why flaring volume limits need to be enforced well-by-well, and the why the BLM should retain the authority to curtail production if a company flares over the limit consistently. The second example involves the Mollet well located near Tioga, North Dakota. Case example two highlights why North Dakota should not get a variance with regard to the BLM rule.

II.  **CASE EXAMPLE 1: BUFFALO PAD IN MANDAREE, NORTH DAKOTA ON THE FORT BERTHOLD RESERVATION**

Oil and gas wells are flaring continuously on federal public and tribal lands. In order to illustrate this problem, we investigated a leasehold with development that we refer to as the Buffalo Pad on the Fort Berthold Indian Reservation. The Buffalo Pad has ten producing wells, five of which were drilled in February of 2013, and five of which were drilled in September 2013.[39] We highlight the Buffalo Pad because members of the Dakota Resource Council who live on Fort Berthold identified it as an example of well where flaring was taking place since the inception of drilling.

By searching through production data on the North Dakota Department of Mineral Resources website corresponding to the wells on the leasehold, we were able to ascertain what months wells on the leasehold were flaring and how much they were flaring. The owner of the Buffalo Pad began drilling for oil and gas on the Buffalo Pad in February 2013 when the first five wells were drilled. Subsequently five more wells were drilled in September 2013. There are 36 months of available production data for the Buffalo Pad for the period beginning February 2013 and ending February 2016. By searching through the production data for the Buffalo Pad, we discovered that, since the leasehold was first drilled in February 2013, that there was only a single month where all the wells on the leasehold were capturing 100 percent of their

---

[39] North Dakota Industrial Commission Well Numbers 23093-23102 Production History Data, also see figure 1

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**                    Page 83 of 90
**Docket ID:** BLM-2016-0001

associated gas, in November 2014, and as illustrated in Figure 1 below. Thus, flaring has occurred on at least one well on the leasehold for 35 of the 36 months in which the Buffalo Pad has been producing oil and gas. Again based on production data, we also found that flaring occurred continuously on at least one well on the Buffalo Pad for the first 21 months of its existence.[40]

This finding is alarming and highlights the need for waste minimizations plans that force companies to demonstrate how they are going to capture gas from the start of drilling operations. The Buffalo Pad also shows how providing flexibility to companies regarding how they can comply with flaring volume limits can have the unintended consequence of facilitating excessive flaring, despite the fact that other wells on the same leasehold are capturing the majority of associated gas. This underscores the importance of calculating compliance with flaring limits on a well-by-well basis, rather than on a lease, unit, or CA basis. Operations on the Buffalo Pad also show, however, that a company can comply with flaring limits provided by BLM's proposed rule, despite flaring gas on the leasehold for 35 of 36 months. Specifically, it is likely that the Buffalo Pad would have complied with BLM's proposed flaring volume limits presently set out by the draft rule during seven months (February 2013, July 2013, August 2013, September 2013, October 2013, November 2013, and November 2014). This is despite the fact that in three of those seven months (September 2013, October 2013, and November 2013) flaring was occurring at five out of ten wells on the leasehold.

The Buffalo Pad also further highlights the need for BLM to deny, defer, or condition the approval of APDs with production or other limitations, such as phased development, to prevent waste if capture infrastructure is not yet available for a given leasehold. In the case of the Buffalo Pad, it is clear that when the wells were drilled there was not sufficient infrastructure to capture associated gas, which operated to cause waste through flaring.

## II.   CASE EXAMPLE 2: MOLLET WELL IN THE EAST TIOGA FIELD OF NORTH DAKOTA

Our second case example is the Mollet well. We provide this example because a landowner and member of the Northwest Landowners Association in North Dakota testified in 2015 at a legislative hearing at the North Dakota Legislature about a well called the "Mollet Well" that had been flaring, apparently without interruption, for seven years.[41] Here, we corroborate the landowners' testimony to highlight why BLM should scrutinize state and tribal requests for a variance and ensure strong criteria to govern when a variance is appropriate.

The Mollet well, drilled in May 2008, is owned by Hess Corporation. Production data from the North Dakota Department of Mineral Resources reflected in Figure 2 below shows that the Mollet well has been almost flaring associated gas virtually nonstop since it was drilled in 2008, aside from a few months where it produced little oil and gas. The Mollet well, like the Buffalo

---

[40] North Dakota Industrial Commission Well Numbers 23093-23102 Production History Data, also see figure 1
[41] http://www.legis.nd.gov/files/resource/64-2015/library/sb2343.pdf?20160407171927

Pad, is in the established Tioga Field, less than 15 miles away from the Hess Corporation Tioga Gas Plant, as illustrated by Figure 3 below. The Mollet well has nonetheless been provided flaring exemptions on a yearly basis by the North Dakota Industrial Commission, allowing it to flare 100% of the associated gas produced by the well over its 7+ year lifetime, with no curtailment required by North Dakota regulators.

In April 2015, the Western Environmental Law Center and Western Organization of Resource Councils submitted an open record request to the North Dakota Industrial Commission ("NDIC") in order to obtain information on all of the wells that the NDIC has curtailed since the start of its "Flaring Policy," information we depict in Figure 4 below. The Mollet well was not on the list of wells that the NDIC curtailed. The fact that North Dakota regulators curtailed some wells but not the Mollet well suggests inconsistencies regarding North Dakota's enforcement of its flaring policy.

**FIGURE 1:** *Flaring on the Buffalo Pad*

**Key:**   Red = Flaring
Green = Not Flaring
Blank = well not drilled yet

| Production Month | NDIC #23093 | NDIC #23094 | NDIC #23095 | NDIC #23096 | NDIC #23097 | NDIC #23098 | NDIC #23099 | NDIC #23100 | NDIC #23101 | NDIC #23102 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2-2013 | | | | | | Red | Green | Green | Green | Green |
| 3-20 | | | | | | Red | Green | Green | Green | Green |
| 4-2013 | | | | | | Red | Green | Green | Green | Green |
| 5-2013 | | | | | | Red | Green | Green | Green | Green |
| 6-2013 | | | | | | Red | Green | Green | Green | Green |
| 7-2013 | | | | | | Red | Green | Green | Green | Green |
| 8-2013 | | | | | | Red | Green | Green | Green | Green |
| 9-2013 | Red | Red | Red | Red | Red | Red | Green | Green | Green | Green |
| 10-2013 | Red | Red | Red | Red | Red | Red | Green | Green | Green | Green |
| 11-2013 | Red | Red | Red | Red | Red | Red | Green | Green | Green | Green |
| 12-2013 | Red | Red | Red | Red | Red | Red | Red | Red | Red | Red |
| 1-2014 | Red | Red | Red | Red | Red | Red | Red | Red | Red | Red |
| 2-2014 | Red | Red | Red | Red | Red | Red | Red | Red | Red | Red |
| 3-2014 | Red | Red | Red | Red | Red | Red | Red | Red | Red | Red |
| 4-2014 | Red | Red | Red | Red | Red | Red | Red | Red | Red | Red |
| 5-2014 | Red | Red | Red | Red | Red | Red | Red | Red | Red | Red |
| 6-2014 | Red | Red | Red | Red | Red | Red | Red | Red | Red | Red |
| 7-2014 | Red | Red | Red | Red | Red | Red | Red | Red | Red | Red |
| 8-2014 | Red | Red | Red | Red | Red | Red | Red | Red | Red | Red |
| 9-2014 | Red | Red | Red | Red | Red | Red | Red | Red | Red | Red |

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**          Page 85 of 90
**Docket ID:** BLM-2016-0001

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10-2014 | | | | | | | | | | |
| 11-2014 | | | | | | | | | | |
| 12-2014 | | | | | | | | | | |
| 1-2015 | | | | | | | | | | |
| 2-2015 | | | | | | | | | | |
| 3-2015 | | | | | | | | | | |
| 4-2015 | | | | | | | | | | |
| 5-2015 | | | | | | | | | | |
| 6-2015 | | | | | | | | | | |
| 7-2015 | | | | | | | | | | |
| 8-2015 | | | | | | | | | | |
| 9-2015 | | | | | | | | | | |
| 10-2015 | | | | | | | | | | |
| 11-2015 | | | | | | | | | | |
| 12-2015 | | | | | | | | | | |
| 1-2016 | | | | | | | | | | |
| 2-2016 | | | | | | | | | | |

**FIGURE 2:** *Flaring from the Mollet Well*

**Key:**    Red = Flaring
Green = Not Flaring
Purple = No oil production
Blue = Oil production <10 Bbl
Blank = well not drilled yet

| Month of Production | Mollet Well (NDIC # 17074) |
|---|---|
| 2-16 | |
| 1-16 | |
| 12-15 | |
| 11-15 | |
| 10-15 | |
| 9-15 | |
| 8-15 | |
| 7-15 | |
| 6-15 | |
| 5-15 | |
| 4-15 | |
| 3-15 | |
| 2-15 | |
| 1-15 | |
| 12-14 | |
| 11-14 | |
| 10-14 | |
| 9-14 | |

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**            Page 86 of 90
**Docket ID:** BLM-2016-0001

| | |
|---|---|
| 8-14 | |
| 7-14 | |
| 6-14 | |
| 5-14 | |
| 4-14 | |
| 3-14 | |
| 2-14 | |
| 1-14 | |
| 12-13 | |
| 11-13 | |
| 10-13 | |
| 9-13 | |
| 8-13 | |
| 7-13 | |
| 6-13 | |
| 5-13 | |
| 4-13 | |
| 3-13 | |
| 2-13 | |
| 1-13 | |
| 12-12 | |
| 11-12 | |
| 10-12 | |
| 9-12 | |
| 8-12 | |
| 7-12 | |
| 6-12 | |
| 5-12 | |
| 4-12 | |
| 3-12 | |
| 2-12 | |
| 1-12 | |
| 12-11 | |
| 11-11 | |
| 10-11 | |
| 9-11 | |
| 8-11 | |
| 7-11 | |
| 6-11 | |
| 5-11 | |
| 4-11 | |
| 3-11 | |
| 2-11 | |
| 1-11 | |
| 12-10 | |
| 11-10 | |
| 10-10 | |
| 9-10 | |
| 8-10 | |
| 7-10 | |
| 6-10 | |
| 5-10 | |
| 4-10 | |
| 3-10 | |
| 2-10 | |
| 1-10 | |
| 12-09 | |
| 11-09 | |
| 10-09 | |

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**          Page 87 of 90
**Docket ID:** BLM-2016-0001

| 9-09  | |
|-------|---|
| 8-09  | |
| 7-09  | |
| 6-09  | |
| 5-09  | |
| 4-09  | |
| 3-09  | |
| 2-09  | |
| 1-09  | |
| 12-08 | |
| 11-08 | |
| 10-08 | |
| 9-08  | |
| 8-08  | |
| 7-08  | |
| 6-08  | |
| 5-08  | |

**FIGURE 3:** *Map showing the driving distance between an approximate location of Mollet well based on its location in the East Tioga Field to the Tioga Gas Plant owned by Hess. Driving distance is 13.3 miles.*



**FIGURE 4:** Wells curtailed by NDIC in 2015 due to wells flaring in excess of NDIC Order # 24665

| Company | North Dakota Well # | API # | Percent Flared Jan. 2015 |
|---|---|---|---|
| QEP | 20591 | 33-053-03529 | 80 |
| QEP | 21437 | 33-053-03748 | 91 |
| QEP | 24398 | 33-053-01990 | 43 |
| QEP | 24399 | 33-025-01991 | 100 |
| QEP | 24400 | 33-025-01992 | 44 |
| QEP | 24401 | 33-025-01993 | 41 |
| Abraxas Petro. Company | 23624 | 33-053-04338 | 49 |
| Abraxas Petro. Company | 25606 | 33-053-04989 | 61 |
| Abraxas Petro. Company | 25608 | 33-053-04991 | 49 |
| Emerald Oil Inc. | 25648 | 33-053-05002 | 30 |
| Emerald Oil Inc. | 26218 | 33-053-05209 | 43 |
| Emerald Oil Inc. | 26261 | 33-053-05232 | 90 |
| Emerald Oil Inc. | 26262 | 33-053-05233 | 64 |
| Emerald Oil Inc. | 26263 | 33-053-05234 | 47 |
| Emerald Oil Inc. | 26270 | 33-053-05238 | 100 |
| Emerald Oil Inc. | 26271 | 33-053-05239 | 100 |
| Emerald Oil Inc. | 26665 | 33-053-05361 | 100 |
| Emerald Oil Inc. | 26668 | 33-053-05364 | 100 |
| Emerald Oil Inc. | 26715 | 33-053-05378 | 100 |
| Emerald Oil Inc. | 26716 | 33-053-05379 | 100 |
| Emerald Oil Inc. | 26717 | 33-053-05380 | 100 |
| Emerald Oil Inc. | 27265 | 33-053-05554 | 100 |
| Emerald Oil Inc. | 27266 | 33-053-05555 | 100 |
| Emerald Oil Inc. | 27363 | 33-053-05574 | 100 |
| Emerald Oil Inc. | 27978 | 33-053-05774 | 41 |
| Emerald Oil Inc. | 27979 | 33-053-05775 | 95 |
| Emerald Oil Inc. | 28121 | 33-007-01833 | 100 |
| Emerald Oil Inc. | 28170 | 33-053-05830 | 100 |

**COMMENTS RE: BLM DRAFT METHANE WASTE RULE**
**Docket ID:** BLM-2016-0001

| Company | Number | API | Value |
|---|---|---|---|
| Emerald Oil Inc. | 28171 | 33-053-05831 | 100 |
| Enerplus Resources USA | 20783 | 33-053-03592 | 62 |
| Enerplus Resources USA | 24752 | 33-053-04716 | 47 |
| Enerplus Resources USA | 18809 | 33-025-01066 | 86 |
| Enerplus Resources USA | 25142 | 33-025-02085 | 41 |
| Oxy USA Inc. | 22543 | 33-025-01644 | 67 |
| | | 33-025-02172 | |
| Oxy USA Inc. | 25708 | | 84 |
| Oxy USA Inc. | 26099 | 33-025-02226 | 42 |
| Oxy USA Inc. | 26674 | 33-025-02308 | 79 |
| Oxy USA Inc. | 26746 | 33-025-02326 | 47 |
| Oxy USA Inc. | 27523 | 33-053-02446 | 82 |
| Oxy USA Inc. | 27524 | 33-025-02447 | 56 |
| Oxy USA Inc. | 27632 | 33-025-02461 | 92 |
| Oxy USA Inc. | 27633 | 33-025-03462 | 90 |



# U.S. Department of the Interior
# Bureau of Land Management



Updated 05-09-2011



# Air Resource BMPs

**Best Management Practices for Fluid Minerals**

# Protection of Air Resources

- This slide show identifies a range of typical Best Management Practices (BMP) for protecting air resources during oil and gas development and production operations.

- **This is a partial list.**  For additional Air Resource BMPs and more detailed technical and investment-payback information, please visit the websites listed in this presentation.

Nothing in this presentation is an endorsement of a particular company, product , or service.

2

# Using BMPs to Reduce Emissions

## What types of emissions can be reduced?

- <u>Hazardous Air Pollutants</u> (HAPs) – Can Cause Serious Health Problems
  - Benzene, Toluene, Xylene, Formaldehyde

- <u>Criteria Pollutants</u> – National Standards to Protect Health and Welfare
  - $PM_{10}$ (Dust), $PM_{2.5}$, Carbon Monoxide, Sulfur dioxide, Ozone, Nitrogen Oxides

- <u>Volatile Organic Compounds</u> (VOCs) – Contribute to Ozone Formation
  - Propane, Butane, Pentane, Hexanes, Octanes, etc.

- <u>Greenhouse Gases</u> (GHGs) – Contribute to Climate Change
  - Carbon dioxide ($CO_2$), Methane ($CH_4$), Nitrous Oxide ($N_2O$)   3

# Using BMPs to Reduce Emissions

## Where Do Emissions Come From?

- **<u>Combustion Emissions</u>**:  Include Criteria Pollutants, VOCs, GHGs, HAPs.
  - Come from:  Vehicle Tailpipe Exhaust Emissions, Dehydrators, Mobile and Stationary Engines, Flaring

- **<u>Fugitive Emissions</u>**: Include Criteria Pollutants, VOCs, HAPs, GHGs
  - Equipment Leaks, Evaporation Ponds and Pits, Condensate Tanks, Storage Tanks, Windblown Dust (from Truck and Construction Activity)

- **<u>Vented Emissions</u>**:  Include GHGs, VOCs, HAPs
  - Dehydrator Vents

4

# Part 1
# Air Resource BMPs
# **Transport**



Reducing trucking and service traffic can reduce associated dust and tailpipe emissions.

5

# Directional Drilling

Using directional drilling to drill multiple wells from a single well pad, rather than constructing an equal number of separate roads and well pads.

Sixteen Wells on this Well Pad





Benefits –
• Reduces road & pad construction-related dust and emissions.
• Reduces road network.
• Reduces truck traffic dust and emissions.

Efficiency Drilling Rig        6

# Centralized Water Storage and Delivery

Using centrally stored water that is piped to the well pads and fracturing facilities through a temporary, plastic, surface line.

Benefits –
Reduces Water Hauling Truck Trips and Decreases Associated Dust and Tailpipe Emissions


← Temporary Water Line


vs. Truck Transport

7

# Centralized Fracturing

Using centralized fracturing pads with hard-line frac pipes, some running over one mile, that can serve many well pads - representing hundreds of wells in all.

Benefits –
Reduces Water Hauling Truck Trips and Decreases Associated Dust and Tailpipe Emissions



8

# Off Site Centralization of Production and Use of Liquids Gathering Systems

Using Liquids Gathering Systems to collect and pipe produced fluids from each remote well location to a Centralized Production and Collection Facility situated more closely to a major county or State highway.

Benefits –
Centralization creates fewer emissions sources and makes it more efficient to control emissions.  Reduces Haul Truck Trips and Decreases Associated Dust and tailpipe emissions.



9

# Telemetry & Well Automation

Using telemetry to remotely monitor & control production.

Benefits –
Reduces Service Truck Traffic and Decreases Associated Dust and Tailpipe Emissions





# Fugitive Dust Control
## Reducing Fugitive Dust From Vehicle Traffic



Dust affects air quality and creates
a health and visibility safety hazard for drivers.



11

# Dust Control
## Suppression vs. Prevention



<u>Water</u> →
- Low Initial Cost
- Recurring Hourly Maintenance
- Increased Vehicle Emissions
- Lasts Hours



← <u>Chip-Seal</u> or <u>Asphalt</u>
- High or Very High Initial Cost
- Lasts Several or Many Years
- More Cost-effective for Roads with Higher Average Daily Traffic

12

# Dust Control



Dust Suppressants →
Such as:
Magnesium Chloride,
Calcium Chloride, Lignin
Sulfonate, Asphalt Emulsion

• Moderate Initial Cost
• Lasts About 1 Year
• Good For Low Traffic
  Roads

Check with local authorities
regarding allowable use.

# Dust Control - Example



Dust Suppressant – good reduction in dust

Dust trail still visible where there was no treatment

14

# Dust Reduction

Using Reduced Vehicle Speeds to Decrease Fugitive Dust on Roads with High Traffic and High Dust Potential.







15

# Vanpooling

Using vans and buses to shuttle employees to the worksite, thereby reducing the number of vehicle trips

Benefits –
Reduced tailpipe emissions and dust.



16

# Part 2
# Air Resource BMPs
# **Drilling Phase**



# Cleaner Diesel Power

Moving toward cleaner diesel engines,
Tier 2 → 3 → 4

(Tier 4 is cleaner than Tier 2.)

Tier 4 diesel engine standards are being phased in from 2011 through 2014 by manufacturers of new engines.



A Tier 2 diesel engine powers an electric motor to drill this well.

www.epa.gov/nonroad-diesel/regulations.htm

18

# Natural Gas Power

Natural gas powered engines are typically cleaner than diesel engines and are the approximate equivalent of Tier 4 diesel engines.



Natural gas fueled engines power electric motors to drill this well.



19

# Venting

- Releases methane, a greenhouse gas (GHG) that has 25 times more global warming potential than $CO_2$

  Intergovernmental Panel on Climate Change

  http://ipcc-wg1.ucar.edu/wg1/Report/AR4WG1_Print_Ch02.pdf   page 212

- Emits Volatile Organic Compounds (VOCs) which contribute to ozone formation

- Emits Hazardous Air Pollutants (HAPs) such as Benzene, Toluene, and Xylene in larger quantities than flaring

- Wastes valuable natural gas resources



# Flaring

- Reduces Methane GHG emissions, however…

- Combustion emissions include $NO_x$, CO, VOCs, and $PM_{2.5}$, which can pose visibility and health problems, and $CO_2$ (a less potent GHG).  NOx and VOCs contribute to ozone formation.

- Wastes valuable natural gas resources



Flaring natural gas is usually a better alternative than venting gas; however, potential fire hazards, impacts to visibility, and citizen concerns may preclude the use of flaring at certain sites.

More Information at www.epa.gov/gasstar/documents/installflares.pdf

21

# Well Completions –
# Reduced Emissions Completions

## A Best Management Practice

Using **"Green Completions"** where there is an existing sales line to recapture a significant portion of product that would have been vented or flared.

Benefits –
- Reduces Methane & VOC emissions
- Recovers product for sale





More information at  www.epa.gov/gasstar/documents/greencompletions.pdf

# Part 3
## Air Resource BMPs
## **Production Phase**



# Solar Power





Using chemical pumps and well monitoring telemetry powered by solar panels.

Benefits –
Reduces truck trips, engine emissions, and methane emissions from gas pneumatic pumps.



More information at  www.epa.gov/gasstar/documents/workshops/2008-tech-transfer/midland6.ppt#288,1,Solar Power Applications for Methane Emission Mitigation

24

# Electrical Power

Using electricity from the nation's power grid is typically cleaner than using onsite diesel or natural gas engines to power drill rigs, compressors, and pumping units.

However, overhead power lines may have wildlife or visual impacts.



←Electric Drive Pump

# Fugitive (Leaking) Emissions

- Releases methane, a greenhouse gas (GHG) that has 25 times more global warming potential than $CO_2$
- Can emit Volatile Organic Compounds (VOCs) which contribute to ozone formation
- Can emit Hazardous Air Pollutants (HAPs) such as Benzene, Toluene, and Xylene
- Wastes valuable natural gas resources





# Capturing VOCs

Using enclosed tanks instead of open pits to reduce fugitive VOC emissions.







27

# Vapor Recovery Units

Using vapor recovery units on oil, condensate, and produced water storage tanks reduces fugitive VOCs and recovers BTU-rich vapors for sale or use on site.



More information at www.epa.gov/gasstar/documents/ll_final_vap.pdf

28

# Vapor Recovery Economics

- Vapor recovery can capture up to 95% of hydrocarbon vapors from tanks

- Recovered vapors are more valuable than natural gas and have multiple uses. The table below illustrates several possible scenarios of peak capacity for VRU sizing

| Financial Analysis for a Conventional VRU Project | | | | | | |
|---|---|---|---|---|---|---|
| Peak Capacity (Mcf/day) | Installation & Capital Costs[1] ($) | O&M Costs ($/year) | Value of Gas[2] ($/year) | Annual Savings ($) | Simple Payback (months) | Internal Rate of Return |
| 25 | $35,738 | $7,367 | $77,106 | $69,739 | 10 | 121% |
| 50 | $46,073 | $8,419 | $154,213 | $145,794 | 6 | 204% |
| 100 | $55,524 | $10,103 | $308,425 | $298,322 | 4 | 352% |
| 200 | $74,425 | $11,787 | $616,850 | $605,063 | 3 | 537% |
| 500 | $103,959 | $16,839 | $1,542,125 | $1,525,286 | 2 | 974% |

1 – Unit cost plus estimated installation of 75% of unit cost
2 – $16.90 x ½ peak capacity x 365, Assumed price includes Btu enriched gas (1.289 MMBtu/Mcf)

Source: Natural Gas STAR Program/ IOGCC Workshop, Charleston, West Virginia, "Installing Vapor Recovery Units", February 2009  29

# Hatches, Seals, and Valves

Using and maintaining proper hatches, seals, and valves to minimize VOC emissions.



Thief Hatches and Vent sealing valves







30

# Optimize Glycol Circulation and Install Flash Tank Separator (FTS)

Methane emissions that result from glycol over-circulation in glycol dehydrators can be reduced by optimizing the circulation rate.  Methane that flashes from rich glycol in an energy exchange pump can be captured and recycled using an FTS.





More information at www.epa.gov/gasstar/documents/ll_flashtanks3.pdf     31

# Economics of Installing FTS and Optimizing Glycol Circulation

- FTS recovers about 90% of methane emissions
- FTS reduces VOCs by 10 to 90%

**Two Options for Minimizing Glycol Dehydrator Emissions**

| Option | Capital Costs | Annual O&M Costs | Emissions Savings | Payback Period[1] |
|---|---|---|---|---|
| Optimize Circulation Rate | Negligible | Negligible | 394 to 39,420 Mcf/year | Immediate |
| Install Flash Tank | $6,500 to $18,800 | Negligible | 710 to 10,643 Mcf/year | 4 to 11 months |

1 – Gas price of $7/Mcf

# NOx, SOx, CO, and $CO_2$ Controls for Compressor Engines

Using….

- Closed Loop Engine Control
- Controlled Engines
- Selective Catalytic Reduction
- System-Installed Power Supply (solar powered, battery powered)
- Ultra-Low Sulfur Diesel



33

# Selective Catalytic Reduction

Selective Catalytic Reduction works by injecting Diesel Exhaust Fluid (DEF) (water & urea) into exhaust. The DEF works with the heat of the exhaust and a catalytic converter to convert the NOx into nitrogen and water vapor.



*An installed SCR system.*



34

# Replacement of Wet Seals with Dry Seals in Centrifugal Compressors

Centrifugal wet seal compressor emissions from the seal oil degassing vent can be reduced by the replacement of wet seals with dry seals that emit less methane and have lower power requirements.



More information can be found at www.epa.gov/gasstar/documents/ll_wetseals.pdf

# Economics of Wet Seal Replacement

## Economics for 6 inch shaft  beam compressor

| Cost Category | Dry Seal ($) | Wet Seal ($) |
|---|---|---|
| Implementation Costs[1] | | |
| Seal costs (2 dry @ $10,000/shaft-inch, w/testing) | $120,000 | |
| Seal costs (2 wet @ $5,000/shaft-inch) | | $60,000 |
| Other costs (engineering, equipment installation) | $120,000 | $0 |
| Total Implementation Costs | $240,000 | $60,000 |
| Annual O&M | $10,000 | $73,000 |
| Annual Methane Emissions (@ $7/Mcf; 8,000 hr/yr) | | |
| 2 dry seals at a total of 6 scfm | $20,160 | |
| 2 wet seals at a total of 100 scfm | | $336,000 |
| Total Costs Over 5-Year Period | $390,800 | $2,105,000 |
| Total Dry Seal Savings Over 5 Years | | |
| Savings | $1,714,200 | |
| Methane Emissions Reductions (Mcf; at 45,120 Mcf/yr) | 225,600 | |

Source: Natural Gas STAR Program Workshop, Gillette and Rock Springs, Wyoming, "Methane Savings from Compressors", May 2006

36

# Reduce Emissions from Compressor Rod Packing Systems

Reciprocating compressor rod packing leaks some gas by design.

Emissions from rod packing can be reduced by the economic replacement of rod packing at frequent intervals as…



- Newly installed packing may leak 60 cubic feet/hr[1]
- Worn packing has been reported to leak up to 900 cubic feet/hour[1]



More Information at www.epa.gov/gasstar/documents/ll_rodpack.pdf

37

1 EPA Lessons Learned Reducing Methane Emissions from Compressor Rod Packing Systems, 2004.

# Economics of Rod Packing Replacement

Replace packing when expected leak reduction will pay back cost

– "leak reduction expected" is the difference between current leak rate and leak rate with new rings

**Rings Only**

Rings:        $1,620
Rod:          $0
Gas:          $7/Mcf
Operating:    8,000 hours/year

| Leak Reduction Expected (cf/hour) | Payback (year) |
|---|---|
| 32 | 1 |
| 17 | 2 |
| 12 | 3 |
| 9 | 4 |

**Rod and Rings**

Rings:        $1,620
Rod:          $9,450
Gas:          $7/Mcf
Operating:    8,000 hours/year

| Leak Reduction Expected (cf/hour) | Payback (year) |
|---|---|
| 217 | 1 |
| 114 | 2 |
| 79 | 3 |
| 62 | 4 |

Based on 10% interest rate
Mcf = thousand cubic feet

38

Source: Natural Gas STAR Program Technology Transfer Workshop, Midland, Texas, "Reciprocating Compressor Rod Packing", February 2009

# Pneumatic Devices for Emissions Control

As part of normal operations, pneumatic devices release natural gas into the atmosphere (liquid level controllers, pressure regulators, and valve controllers)



Low Bleed Pneumatic Controller

For Methane and VOC Reduction:

- Replace high-bleed devices with low-bleed
- Retrofit bleed reduction kits on high-bleed devices



More information at  www.epa.gov/gasstar/documents/ll_pneumatics.pdf

39

# Installing Plunger Lift Systems and Automated Systems in Gas Wells

Methane emissions from well blowdowns can be reduced by installing plunger lifts and smart automation systems which monitor well production parameters.





Source: Etopsi

More info at   www.epa.gov/gasstar/documents/ll_plungerlift.pdf
www.epa.gov/gasstar/documents/smart_automation.pdf

40

# EPA Natural Gas STAR Partner Experience
## – BP Example

- Pilot installations and testing in 2000
  - Installed plunger lifts with automated control systems on ~2,200 wells
  - ~US$15,000 per well Remote Terminal Unit (RTU) installment cost
  - US$50,000 -US$750,000 host system installment cost
- Achieved roughly 50% reduction in venting from 2000 to 2004
- In mid 2006, "smarter" automation was applied to wells
  - 1,412 Mcf reported annual savings per well
  - Total of US$6,2 million/year savings
- Emissions reduced from 4.0+ bcf/yr down to less than 0.8 bcf/yr

Source: BP Natural Gas STAR Workshop 2006, "Plunger Well Vent Reduction Project",
www.epa.gov/gasstar/documents/desaulniers.pdf

41

# Part 4
# Air Resource BMPs
# **Monitoring & Maintenance**



# **D**irected **I**nspection **& M**aintenance and Infrared Leak Detection (DI&M)

Fugitive gas leaks can be reduced by implementing a DI&M Program which identifies and cost effectively fixes fugitive gas leaks using



Infrared Leak Detection

- Leak Detection
  - Infrared Camera
  - Organic Vapor Analyzer
  - Soap Solution
  - Ultrasonic Leak Detectors
- Measurement
  - Calibrated Bagging
  - Rotameters
  - High Volume Sampler

More information can be found at
www.epa.gov/gasstar/documents/03_dim_in_gas_production_facilities.pdf

43

# EPA Natural Gas STAR Partner Experience
## – Chevron Corp.

- Scanned gas facility using GasfindIR™ Camera
  - 112 total leaks recorded (60 from gas plants)
- Quantified leaks using Hi-Flow Sampler®
- Estimated leak volume:
  <span style="color:red">100,000 Mcf/yr</span>
- Estimated annual revenue lost due to natural gas, propane and condensate losses:
  <span style="color:red">$2.1 million</span>



Source: Natural Gas STAR Workshop, Midland, Texas 2008, "Chevron Experience: Methane Emission Mitigation", www.epa.gov/gasstar/documents/workshops/2008-tech-transfer/midland2.ppt#288,9,DI&M Demonstration Study - IR Camera

44

# Air Quality Monitoring

## Using Monitoring for…

1. Monitoring current and modeling future air quality conditions.

2. Designing emission control strategies.

3. Reviewing monitoring data and adapting to findings:
   - Adjusting development rates, timing, and places of development.
   - Refining mitigation measures (BMPs).



45

# Part 5
# For More Information & BMPs

EPA  Natural Gas STAR Program
http://www.epa.gov/gasstar/tools/recommended.html

California Air Resources Board's Clearinghouse
http://www.arb.ca.gov/cc/non-co2-clearinghouse/non-co2-clearinghouse.htm

Four Corners Air Quality Group
http://www.nmenv.state.nm.us/aqb/4C/

# EXHIBIT 126

# Oil and Natural Gas Sector Hydraulically Fractured Oil Well Completions and Associated Gas during Ongoing Production

Report for Oil and Natural Gas Sector
Oil Well Completions and Associated Gas during Ongoing Production
Review Panel

April 2014

Prepared by

U.S. EPA Office of Air Quality Planning and Standards (OAQPS)

*This information is distributed solely for the purpose of pre-dissemination peer review under applicable information quality guidelines. It has not been formally disseminated by the EPA. It does not represent and should not be construed to represent any Agency determination or policy.*

# Table of Contents

PREFACE ............................................................................................................................ 1

1.0    INTRODUCTION ................................................................................................ 2

2.0    DEFINITION OF THE SOURCE ....................................................................... 3

   2.1    Oil Well Completions .................................................................................... 3

   2.2    Associated Gas ............................................................................................... 5

3.0    EMISSIONS DATA AND EMISSIONS ESTIMATES – HYDRAULICALLY FRACTURED
OIL WELL COMPLETIONS .......................................................................................... 5

   3.1    Summary of Major Studies and Sources of Emissions Data ........................... 7

   3.2    Fort Berthold Federal Implementation Plan (FIP) – Analysis by EC/R (U.S. EPA) 2012a) ........ 8

   3.3    ERG Inc. and EC/R Analyses of HPDI Data ............................................... 12

   3.4    Environmental Defense Fund and Stratus Consulting Analysis of Oil Well Completions (EDF,
2014)   15

   3.5    Measurements of Methane Emissions at Natural Gas Production Sites in the United States (UT
Study) (Allen et al., 2013) ........................................................................................... 17

   3.6    Methane Leaks from North American Natural Gas Systems (Brandt et. al, 2014a and 2014b) . 18

4.0    EMISSIONS DATA AND EMISSIONS ESTIMATES – ASSOCIATED GAS FROM
HYDRAULICALLY FRACTURED OIL WELLS .......................................................... 20

   4.1    Greenhouse Gas Reporting Program (U.S. EPA, 2013) ............................... 21

   4.2    FLARING UP: North Dakota Natural Gas Flaring More Than Doubles in Two Years (Flaring
Up) (CERES, 2013) ..................................................................................................... 22

5.0    AVAILABLE EMISSION MITIGATION TECHNIQUES ............................... 23

   5.1    Reduced Emission Completions (REC) ....................................................... 23

   5.1.1    Description ............................................................................................ 23

   5.1.2    Effectiveness ........................................................................................ 25

   5.2    Completion Combustion Devices ................................................................ 27

   5.2.1    Description ............................................................................................ 27

   5.2.2    Effectiveness ........................................................................................ 27

   5.3    Emerging Control Technologies for Control of Associated Gas ................... 30

   5.3.1    Natural Gas Liquids (NGL) Recovery ................................................... 30

   5.3.2    Natural Gas Reinjection ....................................................................... 35

6.0    SUMMARY ....................................................................................................... 43

7.0     CHARGE QUESTIONS FOR REVIEWERS ............................................................................... 45

8.0     REFERENCES ................................................................................................................. 48

Appendix A .................................................................................................................................. 1

## PREFACE

On March 28, 2014 the Obama Administration released a key element called for in the President's Climate Action Plan: a Strategy to Reduce Methane Emissions. The strategy summarizes the sources of methane emissions, commits to new steps to cut emissions of this potent greenhouse gas, and outlines the Administration's efforts to improve the measurement of these emissions. The strategy builds on progress to date and takes steps to further cut methane emissions from several sectors, including the oil and natural gas sector.

This technical white paper is one of those steps. The paper, along with four others, focuses on potentially significant sources of methane and volatile organic compounds (VOCs) in the oil and gas sector, covering emissions and mitigation techniques for both pollutants. The Agency is seeking input from independent experts, along with data and technical information from the public. The EPA will use these technical documents to solidify our understanding of these potentially significant sources, which will allow us to fully evaluate the range of options for cost-effectively cutting VOC and methane waste and emissions.

The white papers are available at:

www.epa.gov/airquality/oilandgas/whitepapers.html

## 1.0   INTRODUCTION

The oil and natural gas exploration and production industry in the U.S. is highly dynamic and growing rapidly. Consequently, the number of wells in service and the potential for greater air emissions from oil and natural gas sources is also growing. There were an estimated 504,000 producing gas wells in the U.S. in 2011 (U.S. EIA, 2012a), and an estimated 536,000 producing oil wells in the U.S. in 2011 (U.S. EIA, 2012b). It is anticipated that the number of gas and oil wells will continue to increase substantially in the future because of the continued and expanding use of horizontal drilling combined with hydraulic fracturing (referred to here as simply hydraulic fracturing) which allows for drilling in formerly inaccessible formations.

Due to the growth of this sector and the potential for increased air emissions, it is important that the U.S. Environmental Protection Agency (EPA) obtain a clear and accurate understanding of emerging data on air emissions and available mitigation options. This paper presents the Agency's understanding of air emissions and available control technologies from a potentially significant source of emissions in the oil and natural gas sector.

Oil and gas production from unconventional formations such as shale deposits or plays has grown rapidly over the last decade. Oil and natural gas production is projected to steadily increase over the next two decades. Specifically, natural gas development is expected to increase by 44% from 2011 through 2040 (U.S. EIA, 2013b) and crude oil and natural gas liquids (NGL) are projected to increase by approximately 25% through 2019 (U.S. EIA, 2013b). The projected growth of natural gas production is primarily led by the increased development of shale gas, tight gas, and coalbed methane resources utilizing new production technology and techniques such as horizontal drilling and hydraulic fracturing. According to the U.S. Energy Information Administration (EIA), over half of new oil wells drilled co-produce natural gas (U.S. EIA, 2013a). Based on this increased oil and gas development, and the fact that half of new oil wells co-produce natural gas, the potential exists for increased air emissions from these operations.

One of the activities identified as a potential source of emissions to the atmosphere during oil development is hydraulically fractured oil well completions. Completion operations

are conducted to either bring a new oil well into the production phase, or to maintain or increase the well's production capability. Although the term "recompletion" is sometimes used to refer to completions associated with refracturing of existing wells, this paper will use the term "completion" for both newly fractured wells and refractured wells. In addition, hydraulically fractured coproducing oil wells can generate emissions of associated gas during the production phase. These processes and emissions are described in detail in Section 2.

The purpose of this paper is to summarize the EPA's understanding of VOC and methane emissions from hydraulically fractured oil well completions and associated gas during ongoing production. It also presents the EPA's understanding of mitigation techniques (practices and equipment) available to reduce these emissions, including the efficacy and cost of the technologies and the prevalence of use in the industry.

## 2.0   DEFINITION OF THE SOURCE

### 2.1   Oil Well Completions

For the purposes of this paper, a well completion is defined to mean:

The process that allows for the flowback of petroleum or natural gas from newly drilled wells to expel drilling and reservoir fluids and tests the reservoir flow characteristics, which may vent produced hydrocarbons to the atmosphere via an open pit or tank.

Completion operations with hydraulic fracturing are conducted to either bring a new oil well into the production phase or to maintain or increase the well's production capability (sometimes referred to as a recompletion). Well completions with hydraulic fracturing include multiple steps after the well bore hole has reached the target depth. These steps include inserting and cementing-in well casing, perforating the casing at one or more producing horizons, and often hydraulically fracturing one or more zones in the reservoir to stimulate production. Surface components, including wellheads, pumps, dehydrators, separators, tanks, and are installed as necessary for production to begin.

For the purposes of this paper, hydraulic fracturing is defined to mean:

The process of directing pressurized fluids containing any combination of water, proppant, and any added chemicals to penetrate tight formations, such as shale or coal formations, that subsequently require high rate, extended flowback to expel fracture fluids and solids during completions.

Hydraulic fracturing is one technique for improving oil and gas production where the reservoir rock is fractured with very high pressure fluid, typically a water emulsion with a proppant (generally sand) that "props open" the fractures after fluid pressure is reduced.

Oil well completions with hydraulic fracturing can result in VOC and methane emissions, which occur when gas is vented to the atmosphere during flowback. The emissions are a result of the backflow[1] of the fracture fluids and reservoir gas at high volume and velocity necessary to lift excess proppant and fluids to the surface. This comingled fluid stream (containing produced oil, natural gas and water) flows from each drilled well to a respective vertical separator and heater/treater processing unit. Fluid may be heated to aid in separation of the oil and natural gas and produced water. Phase separation is the process of removing impurities from the hydrocarbon liquids and gas to meet sales delivery specifications for the oil and natural gas. Oil may go directly to a pipeline or be stored onsite for future transfer to a refinery. If infrastructure is present, produced gas can be metered to a sales pipeline. If infrastructure is not available, the produced gas is frequently sent to combustion devices for destruction (e.g., flares) or is vented to the atmosphere.

Recompletions are conducted to minimize the decline in production, to maintain production, or in some cases to increase production. When oil well recompletions using hydraulic fracturing are performed, the practice and sources of emissions are essentially the same as for new well completions involving hydraulic fracturing, except that surface gas collection

---

[1] Backflow is the phenomena created by pressure differences between zones in the borehole. If the wellbore pressure rises above the average pressure in any zone, backflow will occur (i.e., fluids will move back towards the borehole). In contrast, "flowback" is the term used in the industry to refer to the process of allowing fluids to flow from the well following a treatment, either in preparation for a subsequent phase of treatment or in preparation for cleanup and returning the well to production.( http://www.glossary.oilfield.slb.com/)

equipment may already be present at the wellhead after the initial fracture. However, the backflow velocity during refracturing will typically be too high for the normal wellhead equipment (separator, dehydrator, lease meter), while the production separator is not typically designed for separating sand.

## 2.2    Associated Gas

Associated gas is the term typically used for natural gas produced as a by-product of the production of crude oil. Industry publications typically refer to associated gas as gas that is co-produced with crude oil while the well is in the production phase and is vented directly to the atmosphere or is flared. One published definition for associated gas is "gaseous hydrocarbons occurring as a free-gas phase under original oil-reservoir conditions of temperature and pressure (also known as gas-cap gas)."[2] Therefore, associated gas can include gas that is produced during flowback associated with completion activities and gas that is emitted from equipment as part of normal operations, such as natural gas driven pneumatic controllers and storage vessels. However, in this paper, the term "associated gas emissions" refers to:

> Associated gas emissions from the production phase (i.e., excluding completion events and emissions from normal equipment operations) that could be captured and sold rather than being flared or vented to the atmosphere if the necessary pipeline and other infrastructure were available to take the gas to market.

## 3.0    EMISSIONS DATA AND EMISSIONS ESTIMATES – HYDRAULICALLY FRACTURED OIL WELL COMPLETIONS

For consistency in the review of the various data sources and studies and to better understand the data discussions presented below, this section presents an overview of the types of the emissions estimation processes and the data that have been used in a number of studies to estimate VOC and methane emissions from hydraulically fractured oil well completions and recompletions.

---

[2] McGraw-Hill Dictionary of Scientific & Technical Terms, 6E, Copyright © 2003 by the McGraw-Hill Companies, Inc.

1) For estimating source emissions:

- Gas produced during completions of oil wells. Estimated. This type of data would provide natural gas or methane production volumes for a completion. The data may be estimated using well characteristics (e.g., flow rate, casing diameter, and casing pressure) and established emission factors.

- Gas produced by the oil well annually/daily/monthly. Direct measure or estimated. This type of data would be similar to the gas produced during completions but would be related to ongoing production of associated gas from the well.

- Gas composition. This data is typically composition results from laboratory analysis of the raw gas stream to determine methane and other hydrocarbon volume or weight percent for use in converting natural gas or methane emissions estimates to VOC.

- Duration of completion cycle. Length of the completion process in days.

- Use of control technology. Flares, reduced emissions completions (RECs), other control technology or none. This information indicates whether a control device or practice is used and, if possible, the amount of produced gas captured and controlled.

2) For estimating nationwide emissions:

- Number of oil well completions conducted annually. This information requires identification of the number of oil wells conducting completions/recompletions annually.

- Number of oil wells co-producing natural gas. This involves identifying the population of oil wells using a definition of oil well based on some production criteria.

- Number of oil wells completions with emissions controls such as RECs or flaring.


There are several available data sources for the data elements described above. Because most of the available data were not collected specifically for the purpose of estimating emissions, each source has to be qualified to ensure that the data are being used appropriately. In characterizing the nationwide emissions, we analyzed several sources of data and qualify each source with respect to the different aspects of the emission estimation process. Therefore, in addition to describing the data source and any relevant results of analysis, this paper discusses the implications of the data and/or results of analysis of the data with respect to the quantity of data, quantity of emissions, scope of emissions estimates, geographic dispersion, and variability in data.

Lastly, methodologies used in the emission estimation process are described, such as a discussion of the methodology for deriving emission factors or for identifying national populations.

There is variation in the industry as to how oil wells and gas wells are defined. Some publications do not differentiate at all between them, while others use the amount of oil produced or a gas-to-oil ratio (GOR) threshold as a dividing line between a gas well and an oil well. This paper does not attempt to choose a specific definition of "oil well," but instead describes the definitions used in each study or data source. The intent of this section of the paper is to present the EPA's understanding of the available data and its usefulness in estimating VOC and methane emissions from this source.

## 3.1    Summary of Major Studies and Sources of Emissions Data

Given the potential for emissions from hydraulically fractured oil well completions, there have been several information collection efforts and studies conducted to estimate emissions and available emission control options. Studies have focused on completion emission estimates. Some of these studies are listed in Table 3-1, along with an indication of the type of information contained in the study (i.e., activity level, emissions data, and control options).

### Table 3-1. Summary of Major Sources of Information and Data on Oil Well Completions

| Name | Affiliation | Year of Report | Activity Factor | Uncontrolled/Controlled Emissions Data | Control Options Identified |
|---|---|---|---|---|---|
| Fort Berthold Federal Implementation Plan (U.S. EPA, 2012a) | U.S. Environmental Protection Agency | 2012 | Regional | Uncontrolled | X |
| ERG/ECR Contractor Analysis of HPDI® Data | U.S. Environmental Protection Agency | 2013 | Nationwide | Uncontrolled | X |
| Environmental Defense Fund Analysis of HPDI® Data (EDF, 2014) | Environmental Defense Fund | 2014 | Nationwide | Uncontrolled | - |

| Name | Affiliation | Year of Report | Activity Factor | Uncontrolled/Controlled Emissions Data | Control Options Identified |
|---|---|---|---|---|---|
| Measurements of Methane Emissions at Natural Gas Production Sites in the United States (Allen et al., 2013) | Multiple Affiliations, Academic and Private | 2013 | 26 Completion Events | Both | - |
| Methane Leaks from North American Natural Gas Systems (Brandt et. al, 2014a and 2014b) | Multiple Affiliations | 2013 | Regional | Uncontrolled | - |

Data for Petroleum and Natural Gas Systems collected under the EPA's Greenhouse Gas Reporting Program (GHGRP) or the EPA's Inventory of U.S. Greenhouse Emissions and Sinks (GHG Inventory), are not discussed in detail in this section. The GHGRP does not require reporting of vented emissions from hydraulically fractured oil well completions. The GHG Inventory estimates emissions from oil well completions, but does not distinguish between completions/recompletions of conventional wells and completions/recompletions of hydraulically fractured wells.

A more-detailed description of the data sources listed in Table 3-1 is presented in the following sections, including how the data may be used to estimate national VOC and methane emissions from oil well completion events.

## 3.2    Fort Berthold Federal Implementation Plan (FIP) – Analysis by EC/R (U.S. EPA 2012a)

On March 22, 2013, the EPA published (78 FR 17836) the FIP for existing, new and modified oil and natural gas production facilities on the Fort Berthold Indian Reservation (FBIR). In support of that effort, the EPA conducted an analysis of 154 applications for synthetic minor New Source Review (NSR) permits that indicated VOC emissions were the most prevalent of the pollutants emitted from the oil and natural gas production sources operating on the FBIR, which contain equipment that handles natural gas produced during well completions, phase separation during production, and temporary storage of crude oil (U.S. EPA, 2012).

The EPA FIP established federally enforceable requirements to control VOC emissions from oil and natural gas production activities that were previously unregulated or regulated less strictly. The FIP requires a 90%-98% reduction of VOC emissions from gas not sent to a sales line using pit flares, utility flares and enclosed combustors, all technologies which were found to be standard industry practice on the FBIR. The analysis included a large dataset of combustion control equipment cost information based on three well/control configuration scenarios.

The FBIR dataset includes:

- 533 production wells from five major operators
- Average controlled and uncontrolled VOC emissions from oil wells for wellhead gas, heater/treaters, and storage tanks
- Oil production data
- Number of sources; storage tanks, combustors, flares, and if a pipeline is present
- Current capital and annualized cost estimates for combustion and REC control options
- Gas composition data (for each permit application)
- Projected 2,000 new wells or 1,000 well pads per year between 2010 and 2029.

The data provided for the FBIR, although useful, has certain qualifying limitations. For instance, the FBIR data is primarily for wells producing from the Bakken and Three Forks formations, which limits it to a regional dataset. Also, the FBIR data showed high variability in oil well production rates and in product composition. This variability may not be representative of other formations. Also, according to the North Dakota Department of Health, the Bakken formation typically contains a high amount of lighter end VOC components which have the potential to produce increased volumes of flash emissions compared to typical oil production wells (U.S. EPA, 2012a). This may be somewhat unique to the Bakken formation and not be representative nationally.

Table 3-2 summarizes an analysis performed by EC/R of the FBIR data with respect to oil well completion emissions. The analysis estimated completion emissions by multiplying the average gas volume per day for each well by a 7 day flowback period. The analysis indicated that

the average uncontrolled emissions from a well completion event are 37 tons of VOC per completion event.

**Table 3-2. Summary of FBIR FIP Oil Well Completion Uncontrolled[3] Casing Gas and VOC Emissions**

| Data Element | Data from FBIR FIP | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Enerplus | EOG | QEP[c] | WPX[b] | WPX-2[b] | WPX-3[b] | XTO[d] | Marathon | PetroHunt | Average | Min | Max |
| VOC Molecular weight | 27.0 | 27.7 | NA | 28.1 | 29.6 | 31.7 | 24.5 | 28.5 | 25.8 | 27.8 | 24.5 | 31.7 |
| Natural Gas Molecular weight | 37.8 | 40.5 | NA | 43.7 | 45.9 | 51.0 | 32.9 | 41.4 | 34.3 | 41.0 | 32.9 | 51.0 |
| Gas Constant ($ft^3$/lbmol)[a] | 379 | 379 | NA | 379 | 379 | 379 | 379 | 379 | 379 | 379 | 379.0 | 379 |
| Average Oil Production (bpd) - per well | 1,181 | 255 | NA | 347 | 420 | 303 | 305 | 2,094 | 214 | 639.7 | 214 | 2,094 |
| Average Gas Volume (Mcf/day) - per well | 885 | 182 | NA | 250 | 292 | 210 | 305 | 491 | 197 | 351.5 | 182 | 885 |
| Average Gas Volume (Mcf/completion) | 6,197 | 1,272 | NA | 1,748 | 2,042 | 1,473 | 2,133 | 3,439 | 1,378 | 2,460 | 1,272 | 6,197 |
| Average Uncontrolled VOC Emissions (ton/completion) | 83 | 19 | NA | 28 | 37 | 31 | 23 | 53 | 16 | 37 | 16 | 83 |

NA = Not Reported, FBIR FIP = Fort Berthold Indian Reservation Federal Implementation Plan, EOG = EOG Resources, QEP = QEP Energy Co., WPX = WPX Energy, XTO = XTO Energy Inc.
a-Value used by North Dakota facilities represents 60°F and 1 atm. For subpart OOOO, this value is based on 68°F and 1 atm.
b-NOTE for WPX:
 i. They used three different molecular weights and percent. Therefore, each of these are represented in this table.
 ii. They only reported 10% of the VOC emissions because they flare 90% of the associated gas emissions. This table represents 100%.
c-The QEP molecular weight and VOC content data for casinghead gas were claimed as copyrighted and were not in the online docket.
d-XTO reported oil production and associated gas production as the same value. Therefore, did not include this gas to oil production ratio in the average.

---

[3] Uncontrolled emissions are the emissions that would occur if no emissions mitigation practices or technologies were used (*e.g.*, completion combustion devices or RECs).

### 3.3    ERG Inc. and EC/R Analyses of HPDI Data

ERG Inc. and EC/R (ERG/ECR) conducted an analysis of Calendar Year (CY) 2011 HPDI[4] data to estimate uncontrolled emissions from hydraulically fractured oil well completions for the EPA. For this analysis the following methodology was used:

ERG extracted HDPI oil well data for hydraulically fractured, unconventional oil wells completed in CY 2011. Because the HPDI database does not differentiate between gas and oil wells, the following criteria were used to identify the population of hydraulically fractured oil well completions:

- Identified wells completed in 2011 using HPDI data covering U.S. oil and natural gas wells. Summary of the data and the logic for dates used is included in the memo "Hydraulically Fractured Oil Well Completions" (ERG, 2013)
- Identified wells completed in 2011 that were hydraulically fractured using the Department of Energy EIA formation type crosswalk supplemented with state data for horizontal wells (ERG, 2013)
- Determined which wells were oil wells based on their average gas-to-liquids ratio (less than 12,500 scf/barrel were considered to be oil wells)
- Estimated the average daily gas flow from the cumulative natural gas production for each well during its first 12 months of production
- The resulting dataset provided 192 data points representing county level average daily natural gas production at a total of 5,754 oil well completions for CY 2011.

Emissions in the ERG/ECR analysis were calculated using both a 3-day and a 7-day flowback period. The volume of natural gas emissions (in Mcf) per completion event was calculated using the average daily flow multiplied by both a 7-day flowback period and a 3-day flowback period. The gas volume was converted to mass of VOC using the same VOC

---

[4] HPDI, LLC is a private organization specializing in oil and gas data and statistical analysis. The HPDI database is focused on historical oil and gas production data and drilling permit data. For certain states and regions, this data was supplemented by state drilling information. The 2011 data was the most current data available when the analysis was performed.

composition and conversion methodology used for gas wells in the subpart OOOO well completion evaluation. The composition values used were 46.732% by volume of methane in natural gas and 0.8374 pound VOC per pound of methane for oil wells (EC/R, 2011a).

The analysis of the 2011 HPDI data for oil well completions provided an average gas production of 262 Mcf per well per day. Based on this gas production, the average uncontrolled VOC emissions were 20 tons per completion event based on a 7-day flowback period and 6.4 tons of VOC per completion event based on a 3-day flowback period. The average uncontrolled methane emissions were 24 tons per completion event based on a 7-day flowback period and 7.7 tons of methane per completion event based on a 3-day flowback period. It was assumed that the emissions for an oil well recompletion event are the same as an oil well completion event.

To estimate nationwide uncontrolled emissions for hydraulically fractured oil well completions, the average methane and VOC emissions per event were multiplied by the total number of estimated oil well completions. For 2011, which was the most recent data available in HPDI, the estimated nationwide uncontrolled hydraulically fractured oil well completion VOC emissions are 116,230 tons per year (i.e., VOC emissions/completion of 20.2 tons/event times the total oil well completion events per year of 5,274) based on a 7-day flowback period and 36,825 tons per year (i.e., VOC emissions/completion of 6.4 tons/event times the total oil well completion events per year of 5,274) based on a 3-day flowback period. The estimated nationwide uncontrolled hydraulically fractured oil well completion methane emissions are 138,096 tons per year (i.e., methane emissions/completion of 24 tons/event times the total oil well completion events per year of 5,274) based on a 7-day flowback period and 44,306 tons per year (i.e., VOC emissions/completion of 7.7 tons/event times the total oil well completion events per year of 5,274) based on a 3-day flowback period. Table 3-3 presents the results of the emission estimate analysis for both the 7-day and 3-day completion duration periods.

**Table 3-3. Summary of Oil Well Completion Uncontrolled Emissions from 2011 HPDI Data**

|  | 7-day event | 3-day event |
|---|---|---|
| Total number of hydraulically fractured oil well completions in 2011 | 5,754 | 5,754 |
| Number of county well production averages (data points) | 195 | 195 |
| Natural Gas production per well, per day, weighted average (Mcf) | 262 | 262 |
| Methane emissions per completion/recompletion event, weighted average (tons) | 24 | 7.7 |
| VOC emissions per completion/recompletion event, weighted average (tons) | 20.2 | 6.4 |
| Uncontrolled Nationwide methane emissions, oil well completions (tpy) | 138,096 | 44,306 |
| Uncontrolled Nationwide VOC emissions, oil well completions (tpy) | 116,230 | 36,825 |

Note: This estimate does not include recompletion emissions.

As stated earlier, these estimates are for uncontrolled emissions, thus estimates assume no control technology applied. National-level data on the prevalence of the use of RECs or combustors for reduction of emissions from oil well completion or recompletion operations were unavailable for this analysis.

State level information for Colorado, Texas and Wyoming on oil well recompletion counts was used to determine a percentage of producing wells for which recompletions were reported. The state level data were obtained for Colorado, Texas and Wyoming for recent years (COGCC, 2012, Booz, 2008 and RRCTX, 2013). Based on the state level data, it was determined that the average percentage of producing well undergoing recompletion was 0.5%. This includes both conventional and hydraulically fractured oil wells (the data did not allow the different types of wells to be distinguished from each other). Table 3.4 presents a summary of this analysis.

**Table 3-4. Analysis of Texas, Wyoming and Colorado Recompletions Counts**

| State Data Source | Year | Total Number of Producing Wells | Total Number of Recompletions | Percent Recompletions to Total Producing Wells |
|---|---|---|---|---|
| Railroad Commission of Texas | 2012 | 168,864 | 685 | 0.4 |
| Wyoming Heritage Foundation | 2007 | 37,350 | 304 | 0.8 |
| State of Colorado Oil & Gas Conservation Commission | 2012 | 50,500 | 152 | 0.3 |
| Average Percent | | | | **0.5** |

While the state level recompletion data are recent, the percentage of producing oil wells that undergo recompletion in future years may increase due to more prevalent use of hydraulic fracturing on oil wells. However, no data have been obtained to quantify any potential increase in the oil well recompletion rate. This percentage was not used to estimate the number of recompletions of hydraulically fractured oil wells, because the data did not distinguish between conventional wells and hydraulically fractured wells.

## 3.4    Environmental Defense Fund and Stratus Consulting Analysis of Oil Well Completions[5] (EDF, 2014)

The Environmental Defense Fund (EDF) and Stratus Consulting (EDF/Stratus) conducted an analysis of HPDI data for oil wells to determine the cost effectiveness of the use of RECs and flares for control of oil well completion emissions within three major unconventional oil play formations, Bakken, Eagle Ford and Wattenberg. The oil well completion population was extracted using the DI Desktop for all oil wells with initial production in 2011 and 2012. Different filters were applied in each formation in order to identify the hydraulically fractured oil wells:

---

[5] This analysis is described in the EDF white paper "Co-Producing Wells as a Major Source of Methane Emissions: A Review of Recent Analyses" (http://blogs.edf.org/energyexchange/files/2014/03/EDF-Co-producing-Wells-Whitepaper.pdf). It is referred to in that paper as the "EDF/Stratus Analysis." The supplemental materials, including the data that was used in the analysis are available at https://www.dropbox.com/s/osrom4w6ewow4ua/EDF-Initial-Production-Cost-Effectiveness-Analysis.xlsx.

- Eagle Ford
    - o   Well Production Type: Oil
- Bakken
    - o   Well Production Type: Oil and Oil & Gas
- Wattenberg
    - o   Well Production Type: Oil

The resulting dataset included 3,694 oil wells for the Bakken formation, 1,797 oil wells for the Eagle Ford formation, and 3,967 oil wells for the Wattenberg formation. The assumptions EDF/Stratus made while conducting this analysis were:

- Well completions lasted an average of 7 to 10 days and the total gas production over that period was equal to 3 days of "Initial Gas Production" as reported in DI Desktop (i.e., 3 days of "Initial Gas Production" was equal to the uncontrolled natural gas emissions from the oil well completion).
- The natural gas content was 78.8% methane.

Table 3-5 summarizes the results of this analysis.

**Table 3-5. EDF Estimated Uncontrolled Methane Emissions
from Oil Well Completions Based on Analysis of HPDI® Oil Well Production Data**

| Formation | Wells (#) | Uncontrolled Completion Emissions (gas Mcf/event) | Uncontrolled Completion Emissions (MT CH$_4$/event) | Uncontrolled Completion Emissions (tons CH$_4$/event) |
|---|---|---|---|---|
| Wattenberg[a] | 3,967 | 624 | 9.5 | 10.5 |
| Bakken[b] | 3,694 | 1,183 | 18.0 | 19.8 |
| Eagle Ford[c] | 1,797 | 1,628 | 24.7 | 27.2 |

All results represent mean values.
a - Production data was downloaded for all oil wells in the Colorado Wattenberg formation with a first production date between 1/1/2010 and 3/1/2013.
b - Production data was downloaded for wells in the North Dakota Bakken formation with a completion date from 1/1/2010-12/31/2012. North Dakota does not distinguish between oil and gas wells. All wells with the type O&G were assumed to be oil wells.
c - Production data was downloaded for all oil wells in the Texas Eagle Ford formation with a completion date between 1/1/2010 and 2/23/2013.

The EDF/Stratus Analysis also provided an estimate of uncontrolled methane emissions from oil well completions of 247,000 MT (272,000 tons), however, the materials describing the analysis do not explain how this estimate was calculated.

## 3.5     Measurements of Methane Emissions at Natural Gas Production Sites in the United States (UT Study) (Allen et al., 2013)

The UT Study was primarily authored by University of Texas at Austin and was sponsored by the EDF and several companies in the oil and gas production industry. The study was conducted to gather methane emissions data at onshore natural gas well sites in the U.S. and compare the data to the EPA's Inventory of U.S. Greenhouse Gas Emissions and Sinks (GHG Inventory). The sources and operations that were tested included well completion flowbacks, well liquids unloading, pneumatic pumps and controllers and equipment leaks. The full study analysis included 190 onshore natural gas sites, which included 150 production sites, 26 well completion events, 9 well unloading and 4 well recompletions or workovers.

Six of the completion events in the UT Study were at co-producing wells (at least some oil was produced). The study reported the total oil produced, the total associated gas produced, the potential and actual methane emission, the completion duration, the type of emission control used, and the percent reduction from the control that was observed (Note: for two of the completion events, data was not gathered for the initial flow to the open tank). The data for these wells are summarized in Table 3-6.

**Table 3-6. Summary of Completion Emissions from Co-Producing Wells**

| Site ID | Oil Produced (bbl) | Gas Produced (Mcf) | GOR (scf/bbl) | Potential Methane Emissions[a] (Mcf) | Actual Methane Emissions[b] (Mcf) | % Reduction | Data Analyzed | Duration (hrs) | REC or Flare |
|---------|-------------------|--------------------|---------------|-------------------------------------|-----------------------------------|-------------|---------------|----------------|--------------|
| GC-1 | 1,594 | 6,449.9 | 4,046.36 | 5,005 | 106 | 97.9 | Yes | 75 | Flare |
| GC-2 | 1,323 | 5,645 | 4,266.82 | 4,205 | 91 | 97.8 | Yes | 76 | Flare |
| GC-3 | 2,395 | 26,363 | 11,007.52 | 21,500 | 264 | 98.8 | Yes | 28 | REC |
| GC-4 | 1,682 | 24,353 | 14,478.60 | 13,000 | 180 | 98.6 | Yes | 28 | REC |
| GC-6 | 448 | 13,755 | 30,703.13 | 12,150 | 247 | 98 | No[d] | 164 | Flare |
| GC-7 | 1,543 | 5,413 | 3,508.10 | 4,320 | 90 | 97.9 | No[d] | 108 | Flare |

a – Measured emissions before flare or REC.
b - Measured emissions after flare or REC.
c - Calculated from measured before and after control.
d -Data not used in developing average emissions factor in the UT Study because, in these flowbacks, the study team was unable to collect completion emissions data for the initial flow to the open tank.

Using the threshold of a GOR of 12,500 scf/barrel to distinguish oil wells from gas wells, wells GC-1, GC-2, GC-3, and GC-7 would be considered oil wells. The average uncontrolled methane emissions from those wells were 213 tons (10,237 Mcf) and the average controlled (actual) emissions were 3.2 tons (154 Mcf).[6] The average duration of the completion for these wells was 72 hours (3 days). It is also worth noting that well GC-3 was controlled using a REC and 98.8% of the potential methane emissions were mitigated, demonstrating that RECs can be used effectively to control emissions from hydraulically fractured oil wells.

## 3.6    Methane Leaks from North American Natural Gas Systems (Brandt et. al, 2014a and 2014b)

Novim, a non-profit group at the University of California, sponsored a meta-analysis of the existing studies on emissions from the production and distribution of natural gas. As part of this analysis, Novim estimated emissions from hydraulically fractured oil well completions based on data from HPDI®. Novim included wells that were drilled in 2010 or 2011 in the Eagle Ford,

---

[6] These averages do not include well GC-7, because, as noted above, data from this well was not used in the UT Study due to the inability to collect all the emissions data.

Bakken, and Permian formations (Brandt et. al., 2014a). Different filters were applied in each formation in order to identify the hydraulically fractured oil wells:

- Eagle Ford
  - Well Production Type: Oil
  - Drill Type: Horizontal
- Bakken
  - Well Production Type: Oil and Oil & Gas
  - Drill Type: Horizontal
- Permian
  - Well Production Type: Oil
  - Drill Type: All

Using this method of qualifying the well population, Novim concluded 2,969 hydraulically fractured oil wells were completed in 2011 in the three formations (Brandt et. al., 2014a). In order to estimate completion emissions, Novim used the O'Sullivan method[7] in which peak gas production (normally the production during the first month) is converted to a daily rate of production. The O'Sullivan method assumes that during flowback emissions increase linearly over the first nine days until the peak rate is reached. Table 3-7 summarizes the estimated uncontrolled methane emissions per completion calculated by the Novim study.

**Table 3-7. Summary of Uncontrolled Completion Emissions from Co-Producing Wells**

| Formation | Uncontrolled Methane Emissions (tonnes/event)[a] | Uncontrolled Methane Emissions (ton/event)[b] |
|---|---|---|
| Eagle Ford | 90.9 | 93 |
| Bakken | 31.1 | 31.9 |
| Permian | 31.2 | 31.9 |

a – 1 Mg = 1 metric tonne of methane
b – Converted to U.S. short tons. 1 tonne = 1.02311 tons (short/U.S.) of methane

---

[7] O'Sullivan, Francis and Sergey Paltsev, "Shale gas production: potential versus actual greenhouse gas emissions", Environmental Research Letters, United Kingdom. November 26, 2012.

The Novim Study assumes methane emissions from these formations are representative of total national methane emissions from hydraulically fractured oil well completions and estimates those emissions to be 0.12 Tg (120,000 tonnes or 122,773 tons) per year for 2011.

It should be noted that the methodology in this study, like the ERG/ECR Analysis and the EDF/Stratus Analysis, uses gas production from HPDI® to estimate completion emissions. However, Novim uses the O'Sullivan method in which the emissions increase linearly through the flowback period until a peak is reached, while the ERG/ECR Analysis and the EDF/Stratus Analysis assume emissions are constant through the flowback period.

## 4.0    EMISSIONS DATA AND EMISSIONS ESTIMATES – ASSOCIATED GAS FROM HYDRAULICALLY FRACTURED OIL WELLS

Given the potential for emissions of associated gas from oil production, available information sources have been reviewed as to their potential use for characterizing the VOC and methane emission from associated gas production at oil well sites. As was stated previously, the term "associated gas emissions" in this paper refers to emissions from gas that is vented during the production phase that could otherwise be captured and sold if the necessary pipeline infrastructure was available to take the gas to market.

One methodology for estimating emissions would be to use the GOR of the well, which is a common piece of well data in the industry. An emission factor based on average GOR could be developed, and then the emission factor could be used to estimate uncontrolled associated gas emissions by applying it to known oil production (assuming all gas produced at an oil well is included in uncontrolled associated gas emissions). However, research indicates that associated gas production from oil wells declines over the life of the well, similar to oil production, but the decline is typically at a different rate than the oil production (EERC, 2013). This phenomenon introduces another variable into the analysis.

A second approach would be to use gas production reported for the well for economic and regulatory reasons. Conceivably, gas production could be used to estimate uncontrolled

associated gas emissions. However, the EPA is not aware of a methodology that would allow the Agency to calculate the percentage of produced gas that could be captured if pipeline infrastructure were available. Some gas is emitted from equipment as part of normal operations, such as bleeding from pneumatic controllers. These emissions would not qualify as associated gas emissions as they have been defined in this paper.

The GHGRP does require reporting of "associated gas venting and flaring emissions." Additionally, the Ceres report contains data potentially useful for basic evaluation of VOC and methane associated gas emissions, but does not provide national estimates or per well estimates of emissions (Ceres, 2013). Both these sources are discussed in detail in the sections below.

The GHG Inventory does not include a category that specifically covers all associated gas emissions. Instead, these emissions are estimated in several categories in Petroleum Systems, and in Natural Gas Systems (emissions downstream of the gas-oil separator, and flaring).

## 4.1   Greenhouse Gas Reporting Program (U.S. EPA, 2013)

In October 2013, the EPA released 2012 greenhouse gas (GHG) data for Petroleum and Natural Gas Systems[8] collected under the GHGRP. The GHGRP, which was required by Congress in the FY2008 Consolidated Appropriations Act, requires facilities to report data from large emission sources across a range of industry sectors, as well as suppliers of certain GHGs and products that would emit GHGs if released or combusted.

When reviewing this data and comparing it to other datasets or published literature, it is important to understand the GHGRP reporting requirements and the impacts of these requirements on the reported data. The GHGRP covers a subset of national emissions from Petroleum and Natural Gas Systems; a facility[9] in the Petroleum and Natural Gas Systems source

---

[8] The implementing regulations of the Petroleum and Natural Gas Systems source category of the GHGRP are located at 40 CFR Part 98 Subpart W.

[9] In general, a "facility" for purposes of the GHGRP means all co-located emission sources that are commonly owned or operated. However, the GHGRP has developed a specialized facility definition for onshore production. For onshore production, the "facility" includes all emissions associated with wells owned or operated by a single company in a specific hydrocarbon producing basin (as defined by the geologic provinces published by the American Association of Petroleum Geologists).

category is required to submit annual reports if total emissions are 25,000 metric tons carbon dioxide equivalent ($CO_2e$) or more. Facilities use uniform methods prescribed by the EPA to calculate GHG emissions, such as direct measurement, engineering calculations, or emission factors derived from direct measurement. In some cases, facilities have a choice of calculation methods for an emission source.

Under the GHGRP, facilities report associated gas vented and flared emissions. Vented emissions are calculated based on GOR and the volume of oil produced and flared emissions using a continuous flow measurement device or engineering calculation. For 2012, 171 facilities reported associated gas vented and flared emissions to the GHGRP. Total reported methane emissions were 89,535 MT.

## 4.2   FLARING UP: North Dakota Natural Gas Flaring More Than Doubles in Two Years (Flaring Up) (CERES, 2013)

The Flaring Up report discusses the increase in North Dakota's oil and gas production from the Bakken formation between 2007 and mid-2013, the increased flaring of associated gas, and the potential value of NGL lost as a result of flaring. The report presents some associated gas production and flaring data that the authors derive from the gas production and flaring data reported by the North Dakota Industrial Commission (NDIC), Department of Mineral Resources. The Commission defines associated gas to be all natural gas and all other fluid hydrocarbons not defined as oil. Oil is defined by the Commission to be all crude petroleum oil and other hydrocarbons, regardless of gravity which are produced at the wellhead in liquid form and the liquid hydrocarbons known as distillate or condensate recovered or extracted from gas, other than gas produced in association with oil and commonly known as casinghead gas[10].

This Flaring Up report indicates that of the wells that are flaring the associated gas, approximately 55% are wells are not connected to a gas gathering system, while 45% are wells that are already connected. In addition, the report states that in May of 2013, 266,000 Mcf per day was flared, which represents nearly 30% of the gas produced (CERES, 2013). Percent flaring is currently reported by the NDIC while the connection data is tracked by the North Dakota

---

[10] North Dakota Century Code, Section I, Chapter 38-08 Control of Gas & Oil Resources, Section 38-08-02.

Pipeline Authority. The report concludes that the reason for the flaring of the associated gas is lack of pipeline infrastructure, lack of capacity and lack of compression infrastructure.

The data and information in this report is useful for discussion on the relative percentages of gas emissions being flared. The data, however, are specific to the Bakken, a formation that possesses unique characteristics both with regard to reservoir and formation characteristics, gas composition and the lack of infrastructure due to rapid development of the industry in the area.

## 5.0 AVAILABLE EMISSION MITIGATION TECHNIQUES

Two mitigation techniques were considered that have been proven in practice and in studies to reduce emissions from well completions and recompletions: REC and completion combustion. One of these techniques, REC, is an approach that not only reduces emissions but delivers natural gas product to the sales meter that would otherwise be vented. The second technique, completion combustion, destroys the organic compounds. Both of these techniques are discussed in the following sections, along with estimates of the efficacy at reducing emissions and costs for their application for a representative well. Combustion control for control of associated gas emissions (e.g., flaring) has been demonstrated as effective in the industry. However, flaring results in the destruction of a valuable resource and, as such, alternate uses for uncaptured/sold associated gas have been the subject of several studies with respect to new emerging technologies.

### 5.1 Reduced Emission Completions (REC)

5.1.1   Description

Reduced emissions completions are defined for the purposes of this paper as:

A well completion following fracturing or refracturing where gas flowback that is otherwise vented is captured, cleaned, and routed to the flow line or collection system, re-injected into the well or another well, used as an onsite fuel source, or used for other

useful purpose that a purchased fuel or raw material would serve, with no direct release to the atmosphere.

Reduced emission completions, also referred to as "green" completions, use specially designed equipment at the well site to capture and treat gas so it can be directed to the sales line. This process prevents some natural gas from venting and results in additional economic benefit from the sale of captured gas and, if present, gas condensate. It is the EPA's understanding that the additional equipment required to conduct a REC may include additional tankage, special gas-liquid-sand separator traps and a gas dehydrator. In many cases, portable equipment used for RECs operates in tandem with the permanent equipment that will remain after well drilling is completed (EC/R, 2010b). In other instances, permanent equipment is designed (e.g., oversized) to specifically accommodate initial flowback. Some limitations exist for performing RECs because technical barriers vary from well to well. Three main limitations include the following:

- Proximity of pipelines. For certain wells, no nearby sales line may exist. The lack of a nearby sales line incurs higher capital outlay risk for exploration and production companies and/or pipeline companies constructing lines in exploratory fields.

- Pressure of produced gas. Based on experience using RECs at gas wells, the EPA understands that during each stage of the completion process, the pressure of flowback fluids may not be sufficient to overcome the sales line backpressure.  In this case, combustion of flowback gas is one option, either for the duration of the flowback or until a point during flowback when the pressure increases to flow to the sales line.

- Inert gas concentration. Based on experience using RECs at gas wells, if the concentration of inert gas, such as nitrogen or carbon dioxide, in the flowback gas exceeds sales line concentration limits, venting or combustion of the flowback may be necessary for the duration of flowback or until the gas energy content increases to allow flow to the sales line. Further, since the energy content of the flowback gas may not be high enough to sustain a flame due to the presence of the inert gases, combustion of the flowback stream would require a continuous ignition source with its own separate fuel supply.

5.1.2    Effectiveness

Based on data available on RECs use at gas wells, the emission reductions from RECs can vary according to reservoir characteristics and other parameters including length of completion, number of fractured zones, pressure, gas composition, and fracturing technology/technique. Based on the results reported by four different Natural Gas STAR Partners who performed RECs primarily at natural gas wells, a representative control efficiency of 90% for RECs was estimated. The companies provided both recovered and total produced gas, allowing for the calculation of the percentage of the total gas which was recovered. This estimate was based on data for more than 12,000 well completions (ICF, 2011). Any amount of gas that cannot be recovered can be directed to a completion combustion device in order to achieve a minimum 95% reduction in emissions. Additionally, both wells that co-produced oil and gas and were controlled with a REC in the UT Austin study achieved greater than 98% reduction in methane emissions.

5.1.3    Cost

The discussion of cost in this section is based on the EPA's experience with RECs at gas wells. It is the EPA's understanding that the same equipment is used for RECs at gas wells and co-producing oil wells. All completions incur some costs to a company. Performing a REC will add to these costs. Equipment costs associated with RECs vary from well to well. High production rates may require larger equipment to perform the REC and will increase costs. If permanent equipment, such as a glycol dehydrator, is already installed or is planned to be in place at the well site as normal operations, costs may be reduced as this equipment can be used or resized rather than installing a portable dehydrator for temporary use during the completion. Some operators normally install equipment used in RECs, such as sand traps and three-phase separators, further reducing incremental REC costs.

The average cost of RECs was obtained from data shown in the Natural Gas STAR Lessons Learned document titled "Reduced Emissions Completions for Hydraulically Fractured Natural Gas Wells" (U.S. EPA, 2011a). The impacts calculations use the cost per day for gas

capture and the duration of gas capture along with a setup/takedown/transport cost and a flare cost to represent the total cost. The cost is then annualized across the time horizon under study.

Costs of performing a REC are projected to be between $700 and $6,500 per day (U.S. EPA, 2011a). This cost range is the incremental cost of performing a REC over a completion without a REC, where typically the gas is vented or combusted because there is an absence of REC equipment. These cost estimates are based on the state of the industry in 2006 (adjusted to 2008 U.S. dollars). [11] Cost data used in this analysis are qualified below:

- $700 per day (equivalent to $806 per day in 2008 dollars) represents completion and recompletion costs where key pieces of equipment, such as a dehydrator or three-phase separator, are already found onsite and are of suitable design and capacity for use during flowback.
- $6,500 per day (equivalent to $7,486 in 2008 dollars) represents situations where key pieces of equipment, such as a dehydrator or three-phase separator, are temporarily brought onsite and then relocated after the completion.

The average of the above data results in an average incremental cost for a REC of $4,146 per day (2008 dollars). [12] The total cost of the REC depends on the length of the flowback period, and thus the length of the completion process. For example, if the completion takes 7 days then the total cost would be $29,022, and if the completion takes 3 days then the total cost would be $12,438 versus an uncontrolled completion. These costs would be mitigated by the value of the captured gas. The extent of this cost mitigation would depend on the price of the gas and the quantity that was captured during the REC.

---

[11] The Chemical Engineering Cost Index was used to convert dollar years. For REC, the 2008 value equals 575.4 and the 2006 value equals 499.6.

[12] The average incremental cost for a REC was calculated by averaging $806 per day and $7,486 per day (2008 dollars). While the average estimated cost per day is presented here, it is likely that the cost that is paid by a well operator will be the low incremental cost if key pieces of equipment are already present onsite or the high incremental cost if this equipment is not present onsite, and not the average of these two estimates.

5.1.4    Prevalence of Use at Oil Wells

The UT Austin study found that some co-producing oil wells are conducting RECs. It is the EPA's understanding that in some cases RECs are currently used on co-producing oil wells if pipeline infrastructure is available.

## 5.2    Completion Combustion Devices

5.2.1    Description

Completion combustion is a high-temperature oxidation process used to burn combustible components, mostly hydrocarbons, found in gas streams (U.S. EPA, 1991). Completion combustion devices are used to control VOC in many industrial settings, since the completion combustion devices can normally handle fluctuations in concentration, flow rate, heating value, and inert species content (U.S. EPA, Flares). These devices can be as simple as a pipe with a basic ignition mechanism and discharge over a pit near the wellhead. However, the flow directed to a completion combustion device may or may not be combustible depending on the inert gas composition of flowback gas, which would require a continuous ignition source. Completion combustion devices provide a means of minimizing vented gas during a well completion and are generally preferable to venting, due to reduced air emissions.

5.2.2    Effectiveness

Completion combustion devices can be expected to achieve 95% emission reduction efficiency, on average, over the duration of the completion or recompletion. If the energy content of natural gas is low, then the combustion mechanism can be extinguished by the flowback gas. Therefore, it may be more reliable to install an igniter fueled by a consistent and continuous ignition source. This scenario would be especially true for energized fractures where the initial flowback concentration will be extremely high in inert gases. If a completion combustion device has a continuous ignition source with an independent external fuel supply, then it is assumed to achieve an average of 95% control over the entire flowback period (U.S. EPA, 2012b).

### 5.2.3   Cost

An analysis of costs provided by industry for enclosed combustors was conducted by the EPA for the FBIR FIP. In addition, the State of Colorado recently completed an analysis of industry provided combustor cost data and updated their cost estimates for enclosed combustors (CDPE, 2013). Table 5-1 summarizes the data provided from each of the sources with the average cost for an enclosed combustor across these sources being $18,092. It is assumed that the cost of a continuous ignition source is included in the combustion completion device cost estimations. Also noted in the table is the most recent combustor cost used for reconsideration of control options for storage vessels under subpart OOOO.

As with RECs, because completion combustion devices are purchased for these one-time events, annual costs were assumed to be equal to the capital costs. However, multiple completions can be controlled with the same completion combustion device, not only for the lifetime of the combustion device but within the same yearly time period. Costs were estimated as the total cost of the completion combustion device itself, which corresponds to the assumption that only one device will control one completion per year. This approach may overestimate the true cost of combustion devices per well completion or recompletion.

### 5.2.4   Prevalence of Use at Oil Wells

The UT Austin study found that some co-producing oil wells are using completion combustion devices to reduce emissions. It is the EPA's understanding that the most common approach to reducing emissions from hydraulically fractured oil well completions is the use of a completion combustion device.

**Table 5-1. Analysis of Industry Provided Enclosed Combustor Cost**

| Cost Parameter | Industry Provided Data | | | | | | EPA Estimate in Subpart OOOO | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | FBIR | | | | CDPHE | | | CDHPE |
| | EOG | XTO | Enerplus | QEP | | Average of quotes | Original Data Used | Adjusted Data Used[a] |
| Annualized Capital Cost | $5,268 | $6,727 | $6,116 | $6,763 | $3,569 | $6,281 | $3,546 | $4,746 |
| *Other Annual Costs* | | | | | | | | |
| Pilot Fuel | NR | NR | NR | NR | $636 | | $2,078 | $2,144 |
| Operating Labor (includes management) | NR | NR | NR | NR | $10,670 | | $10,670 | $11,012 |
| Maintenance | NR | NR | NR | NR | $2,206 | | $2,190 | $2,260 |
| Data Management | NR | NR | NR | NR | $1,000 | | $1,095 | $1,130 |
| Total Other Annual Costs (combustor)[c] | $1,500 | $23,250 | $6,289 | $8,500 | $14,512 | $10,810 | $16,033 | $16,546 |
| Other Annual Costs (continuous pilot)[c] | $1,000 | NR | NR | NR | included in combustor costs[b] | $1,000 | included in combustor costs[b] | included in combustor costs[c] |
| **Total Annual Costs** | **$7,768** | **$29,977** | **$12,405** | **$15,263** | **$18,081** | **$18,092** | **$19,580** | **$21,292** |

NR = Not reported, FBIR = Fort Berthold Indian Reservation, CDPHE = Colorado Department of Public Health and Environment, EOG = EOG Resources, XTO = XTO Energy Inc. , QEP = QEP Energy Co
Cost data in 2012 dollars
a - Cost data for 40 CFR part 60, subpart OOOO updated to reflect more current cost year and equipment life (industry comments indicated a 10-year equipment life as opposed to 15 years)
b - Data used for subpart OOOO included a cost for an auto ignition system, surveillance system, VRU system, and freight and installation
c - Quotes received for FBIR FIP did not specify what was included in other annual costs.

## 5.3    Emerging Control Technologies for Control of Associated Gas

Several types of alternative use technologies are being investigated both by industry and regulators for use of associated gas.

The most prominent alternative technologies being investigated to address associated gas are liquefaction of natural gas, NGL recovery, gas reinjection, and electricity generation.

According to the Schlumberger Oilfield Glossary, "liquefied natural gas refers to natural gas, mainly methane and ethane, which has been liquefied at cryogenic temperatures. This process occurs at an extremely low temperature and a pressure near the atmospheric pressure. When a gas pipeline is not available to transport gas to a marketplace, such as in a jungle or certain remote regions offshore, the gas may be chilled and converted to liquefied natural gas (a liquid) to transport and sell it. The term is commonly abbreviated as LNG." Research is being conducted on the economic and technical feasibility of liquefaction of natural gas as a means to realize the full potential of the U.S. natural gas resources, particularly with respect to the potential of U.S. exports of LNG. However, available information indicates that this technology is typically implemented on a macro scale, requiring installation of large facilities and transportation infrastructure. Because the EPA is unaware of existing studies or further information on liquefaction of gas at the wellhead, liquefaction of natural gas is not discussed further in this paper.

Cost information is summarized to the extent that this information is readily available. In many cases, available literature does not provide cost information as the economics of the technology are still being researched.

### 5.3.1    Natural Gas Liquids (NGL) Recovery

Natural gas liquids are defined as "components of natural gas that are liquid at surface in field facilities or in gas-processing plants. Natural gas liquids can be classified according to their vapor pressures as low (condensate), intermediate (natural gasoline) and high (liquefied petroleum gas) vapor pressure. Natural gas liquids include propane, butane, pentane, hexane and

heptane, but not methane and ethane, since these hydrocarbons need refrigeration to be liquefied. The term is commonly abbreviated as NGL."[13]

Associated gas from the Bakken formation has been termed "rich" gas, which is defined as naturally containing heavier hydrocarbons than a "lean" gas. Its liquid content adds important economic value to developments containing this type of fluid. Therefore, the value of the NGLs in the associated gas from the Bakken formation has been the subject of several studies, particularly with the concerns raised based by the rapid development of Bakken and increased flaring of associated gas. As would be expected, most of the recent studies related to NGL recovery are based on the Bakken formation.

One of these studies is the "End-Use Technology Study – An Assessment of Alternative Uses for Associated Gas" conducted by the Energy & Environmental Research Center (EERC) of the University of North Dakota (EERC, 2013). The study was conducted based on associated gas production in December 2011 and was published in 2012. This study provides an evaluation of alternative technologies and their associated costs and benefits. In particular, the study looks at NGL recovery, as a standalone operation for both recovery of salable NGLs and as a pretreatment of the associated gas for use in other local operations such as power generation.

To understand NGL recovery, the typical natural gas processing that occurs at or near the wellhead will be reviewed. Liquids and condensates (water and oil) are separated from the "wet" gas. The condensates are transported via truck or pipeline for further processing at a refinery or gas processing plant. The minimally processed wellhead natural gas is then transported to a gas-processing plant via pipeline. There, the gas is processed to remove more water, separate out NGL, and remove sulfur and carbon dioxide in preparation for release to the sales distribution system. Figure 5-1 summarizes generalized natural gas processing.

---

[13] From Schlumberger Oilfield Glossary available at
http://www.glossary.oilfield.slb.com/en/Terms.aspx?LookIn=term%20name&filter=natural+gas++liquids

## Figure 5-1. Generalized Natural Gas Processing Schematic



Source: U.S. EIA, 2006.

Because of the relatively high value of NGL products produced, recovery technologies have been developed both for large and small scale gas-processing applications. There are generally three approaches used in these technologies:

- Control of temperature and pressure to achieve condensation of NGLs
- Separation of heavier NGLs from lighter gas with pressurized membrane separation systems
- Physical/chemical adsorption/absorption

The typical NGL recovery technologies used are turboexpander with demethanizer, Joule-Thomson (JT) low pressure separation membranes, absorption (Refrigerated Lean Oil Separation, RLOS), adsorption using active carbon or molecular sieve, and Twister Supersonic Gas Low Temperature Separation Dew Pointing Process. For the purposes of this paper, the

specifics of these technologies are not discussed; rather, the focus will be on the overall outcome and potential costs for small scale implementation at the well head for addressing associated gas.

The EERC study included a case study for a small scale NGL Recovery process at a well head. The case study evaluated the potential for deploying small scale NGL recovery systems as an interim practice to flaring associated gas while gathering lines and infrastructure were being installed or upgraded. These systems would allow the most valuable hydrocarbon portion of the gas to be captured and marketed. The leaner gas resulting could be used onsite for power generation or transported as a compressed gas. Alternatively, the leaner gas could continue to be flared. Figure 5-2 depicts the NGL Removal system flow diagram.

**Figure 5-2. Natural Gas Liquids (NGL) Removal System Flow Diagram**



Source: **Figure 22,** EERC, 2013

According to the EERC study, 10 to 12 gallons of NGL/Mcf of associated gas is present in many producing Bakken wells. At an estimated NGL removal rate of 4 gallons/Mcf (from 1000 Mcf/day of rich gas), the daily production of NGLs would be approximately 4,000 gallons of NGLs per day (EERC, 2013). The study also states that at least at the current natural gas price, the NGLs make up a majority of the economic value of the rich gas. An evaluation of a simplified model on small-scale NGL recovery was developed based on a JT-based technology. The NGL removal system evaluation assumes the parameters shown in Table 5-2.

**Table 5-2. Assumptions for NGL Recovery Case (Table 9, EERC, 2013)**

| Parameter | Assumed Value |
|---|---|
| Rich Gas Flow Rate from the Wellhead, average | 300 Mcf/day |
| Rich Gas Flow Rate Processed, economic cutoff | 600 Mcf/day |
| Rich Gas Flow Rate, design flow | 1000 Mcf/day |
| Rich Gas Heat Content | 1400 Btu/ft$^3$ |
| Rich Gas Price (cost) at the Wellhead | $0.00/Mcf |
| Volume of NGLs Existing in Rich Gas | 10–12 gallons/Mcf |
| NGL Price, value | $1.00/gallon |
| Lean Gas Flow Rate from NGL Removal System | 85% of rich gas flow rate |
| Lean Gas Heat Content | 1210–1250 Btu/ft$^3$ |
| Lean Gas Price, value | $2.00/Mcf |

The EERC study estimated capital and annual costs for the NGL removal system. Operating and maintenance (O&M) costs were assumed to be 10% of the total capital cost. Revenue calculations were based on NGL sales only at $1/gallon and a recovery rate of 4 gallons/Mcf. In this scenario, it has been assumed that residue gas is flared (EERC, 2013). Table 5-3, derived from Table 10 of the study, summaries the cost for the small sale NGL recovery system.

**Table 5-3. Summary of NGL Removal System Costs (Table 10, EERC)**

| Description | Capital Cost | Annual O&M Cost |
|---|---|---|
| NGL Removal System,   300 Mcfd rich gas | $2,500,000 | $250,000 |
| NGL Removal System,   600 Mcfd rich gas | $2,500,000 | $250,000 |
| NGL Removal System,   1000 Mcfd rich gas | $2,500,000 | $250,000 |

Mcfd = One thousand standard cubic feet per day.

The EERC study concluded that the technical aspects of NGL recovery are fairly straight forward; however, the business aspects are much more complicated, particularly with respect to NGL product supply chain and contractual considerations. Further, the study concluded that NGL recovery would be most economical at wells flaring larger quantities of gas immediately after production begins. Other attributes that would be important for the economic feasibility of the NGL recovery system would be that the systems are mobile and easily mobilized, and that infrastructure with respect to truing of NGL production is available.

## 5.3.2   Natural Gas Reinjection

Schlumberger's Oilfield Glossary defines gas injection as "a reservoir maintenance or secondary recovery method that uses injected gas to supplement the pressure in an oil reservoir or field. In most cases, a field will incorporate a planned distribution of gas-injection wells to maintain reservoir pressure and effect an efficient sweep of recoverable liquids."[14]

The industry has employed production methods to increase production, which are termed enhanced oil recovery (EOR) or improved oil recovery (IOR) (Rigzone, 2014). These methods are generally considered to be tertiary methods employed after waterflooding or pressure maintenance. The practice involves injecting gas into the gas cap of the formation and boosting the depleted pressure in the formation with systematically placed injection wells throughout the field. The pressure maintenance methods maybe employed at the start of production or introduced after the production has started to lessen. The reinjection of natural gas is the use of associated gas at the same oilfield to accomplish the goals of gas injection as defined above. The increase in the pressure within the reservoir helps to induce the flow of crude oil. After the crude has been pumped out, the natural gas is once again recovered.

Natural gas injection is also referred to as cycling. Cycling is used to prevent condensate from separating from the dry gas in the reservoir due to a drop in reservoir pressure. The condensate liquids block the pores within the reservoir, making extraction practically impossible. The NGL are stripped from the gas on the surface after it has been produced, and the dry gas is

---

[14] Schlumberger Oilfield Glossary, available at
http://www.glossary.oilfield.slb.com/en/Terms.aspx?LookIn=term%20name&filter=gas+injection

then re-injected into the reservoirs through injection wells. Again, this helps to maintain pressure in the reservoir while also preventing the separation within the hydrocarbon (Rigzone, 2014). Figure 5-3 illustrates the relationship between the gas injection well and the production well.

**Figure 5-3. Gas Injection and Production Well**



Source: Rigzone, 2014

In the scenarios that were found in available literature, the dry gas is also used as fuel onsite for the generators that power the reinjection pumps. Therefore, the costs associated with the process are mainly initial capital costs. No published information was obtained on the capital and annual costs for these operations.

Figure 5-4 presents a fully implemented gas injection project scheme. In this scheme, associated gas from an oil well (or natural gas from a gas well) is processed through a gas cycling facility (GCF) where recoverable NGLs are separated from methane and the resulting methane is either used for onsite power generation or re-injected in to the formation.

**Figure 5-4. Gas Cycling Facility Project Flow**



The literature that was reviewed evaluated gas reinjection projects only from the perspective of an enhanced oil recovery opportunity and did not specifically discuss the quantity or percentage of associated gas emissions that were eliminated through the process. The EPA is not aware of literature that discusses the efficacy of mitigating associated gas emissions using the natural gas reinjection process. The efficacy would be highly dependent on many factors, which include the composition value of the gas and the availability of transmission infrastructure. Further, because the use of this process to reduce associated gas emissions in conjunction with oil recovery is an emerging technology, the prevalence of use in the industry and estimated cost to implement the process is unknown to the EPA.

5.5.3    Electricity Generation for Use Onsite

As discussed above, associated gas can be used for generation of electrical power to be used onsite. The EERC study stated that power generation technologies would need to be designed to match the variable wellhead gas flow rates and gas quality, and would need to be constructed for mobility. The EERC study discussed previously also looked at options for use of associated gas for power generation. The EERC study included an evaluation of several technologies fired by natural gas both for grid support (i.e., power generation for direct delivery onto the electric grid) and local power (i.e., power generation for local use with excess generation, if any, sent to the electrical grid). This study provides one of the most comprehensive and recent evaluations of the economics of use of associated gas for electric generation. Therefore, the case study results of this study are used to discuss the cost of this technology for this paper.

Although grid support is potentially a viable use for this gas, it is not considered to be an emissions reduction technology for the purposes of this paper. Grid support requires an infrastructure similar in scope as that needed to bring gas to market. The focus of this section of the paper is on the venting or flaring of associated gas due to the lack of infrastructure to bring it to market. It is unlikely that a well site that is lacking pipeline infrastructure would have access to the necessary infrastructure to provide grid support. Therefore, the focus here is on the use of the gas at the local level, either directly at the wellpad or in an immediate oilfield region to support local activities. The benefits of using associated gas to provide electricity for these activities are both reducing the quantity of gas vented and reducing the quantity of other types of fuel used (e.g., diesel).

The EERC study considered a local power project to be wellhead gas (with limited cleanup) being piped to an electrical generator that produces electricity which is first used to power local consumption (e.g., well pad, group of wells, or an oilfield) with any excess electricity put on the electrical grid for distribution by the local utility to its customers. These projects can range widely in scale, depending on the goal of the project (i.e., satisfy only local load, satisfy local load with minimal excess generation, or satisfy local load with significant

excess generation). The study evaluated two power generation scenarios: reciprocating engine and a microturbine.

The first step in using associated gas for electric generation is removal of NGLs from the rich gas. Removal of the NGLs significantly increases the performance of the genset and reduces the loss of resource (when flaring is necessary). According to the EERC study, removal of NGLs such as butane and some propane could be accomplished using a low temperature separation process. The study found that small, modular configurations of these types of systems are not widely available. The estimated capital cost for the NGL removal and storage system is $2,500,000. This capital cost includes the necessary compression to take the rich gas from the heater/treater at 35 psi up to 200 - 1000 psi delivered to the NGL removal system as well as the cost for four 400-bbl NGL storage tanks (EERC, 2013). The study authors considered NGL recovery a valuable first step; however, they also stated that it was not necessary in all circumstances.

The study made certain assumptions about the flow of associated gas from the wellhead and fuel consumption of the respective electrical generator for the case study. Table 5-4 summarizes the assumed wellhead gas flow for the case study. Figure 5-5 shows a block flow diagram of an example NGL removal system.

**Table 5-4. Summary of Wellhead Gas Flow and Product Volume Assumptions**

| Scenario | Rich Gas Flow, Mcf/day | NGLs Produced, gallons/day | Lean Gas Produced, Mcf/day |
|---|---|---|---|
| Reciprocating Engine | 600 | 2,400 | 510 |
| Microturbine | 600 | 2,400 | 510 |

**Source Table 33, EERC 2013**

**Figure 5-5. NGL Removal System Block Flow Diagram**



Source Figure 32, EERC 2013

For the case study, the authors targeted a power production scenario of 1 MW for the reciprocating engine and 200 kW for the microturbine. Both scenarios used the same NGL removal system prior to introduction of the rich gas to the generator. Figure 5-6 depicts the process flow diagram for the local power generation scenario.

**Figure 5-6. Process Flow Diagram, Local Power Generation Scenario**



Source: Figure 33, EERC, 2013

For the reciprocating engine scenario, vendor provided costs for a 250-kW natural gas fired reciprocating engine genset was $200,000. The study estimated the annual O&M cost was assumed to be 10% of the capital cost. The costs for this scenario are summarized in Table 5-5.

**Table 5-5. Total Cost Summary - Reciprocating Engine Scenario**

|  | Capital Cost | Annual Cost |
|---|---|---|
| NGL Removal and Storage System | $2,500,000 | $250,000 |
| Electrical Generator System | $200,000 | $20,000 |
| All Other Infrastructure | $500,000 | |
| **Total Capital Cost** | **$3,200,000** | **$270,000** |

Source Table 38, EERC 2013

For the microturbine scenario, the authors chose to analyze a four, 65 kW microturbine package rated to provide approximately 195 kW of power. This scenario also involved the removal of NGLs prior to delivery of gas to the microturbine and the use of generated electricity to satisfy local electrical demand, with the excess electricity delivered to the grid. The authors noted that the volume of gas generated from the wellhead(s) will determine the size of the system needed and that a range of generation scales should be considered for optimum performance. The process flow for this scenario is the same as shown above in Figure 5-6.

The NGL removal system is likely to be much larger in processing capacity than the electrical generation system. Generally, the NGL removal system will be most economical only at the higher-gas-producing wells. The microturbine package evaluated consumed less than 100 Mcf/day, which meant that excess gas would either need to be flared or the project must be designed to store the excess gas for sale to the pipeline. In the scenarios described here, the authors assumed that the excess lean gas is sold.

For the microturbine system analyzed, the vendors offered a factory protection plan (FPP) that covers all scheduled and unscheduled maintenance of the system as well as parts, including an overhaul or turbine replacement at 40,000 hours of operation. The FPP "locks in" the annual O&M cost of the system and, in both scenarios presented below, it is assumed that the FPP is purchased (EERC, 2013). Table 5-6 summarizes the capital and annual O&M costs for the microturbine system, as well as the NGL recovery system discussed above.

**Table 5-6. Total Cost Summary - Microturbine Scenario (Four 65-kW)**

|  | Capital Cost | Annual Cost |
|---|---|---|
| NGL Removal and Storage System | $2,500,000 | $250,000 |
| Electrical Generator System | $383,200 | $33,640 |
| All Other Infrastructure | $500,000 |  |
| **Total Capital Cost** | **$3,382,200** | **$283,640** |

Source: Table 41, EERC, 2013.

The study authors also evaluated revenue potential for electricity sent to the grid as an offset to the costs summarized above. Their analysis indicated that based on cost (discussed above) and their revenue assumptions, both scenarios provided a simple payback of 3 years or less. However, given the substantial upfront capital costs of these options, these options may not be preferable to building the necessary pipeline infrastructure to take the gas to market.

In addition to the electric generation potential for associated gas, the study also discussed the use of wellhead gas as a fuel for drilling operations. The authors indicated that the EERC is working with Continental Resources, ECO-AFS, Altronics, and Butler Caterpillar to conduct a detailed study and field demonstration of the GTI Bi-Fuel System. Within that task, the EERC conducted a series of tests at the EERC using a simulated Bakken gas designed to test the operational limits of fuel quality and diesel fuel replacement while monitoring engine performance and emissions. The authors indicated that the Bi-Fuel System is an aftermarket addition to the system allowing natural gas to the air intake, and the engine performance is unaltered from the diesel operation. This system, as the name implies, could be used on either fuel without requiring any alterations.

According to the study report, total installed capital cost for the Bi-Fuel System ranges from $200,000 to $300,000 (EERC, 2013). Other costs that would be incurred would be those for piping wellhead gas to the engine building. The study did not include those costs because they can be highly variable depending on the distance to the nearest gas source and gas lease terms.

The study reports that ECO-AFS had recently installed several Bi-Fuel Systems on rigs in the Williston Basin and that early data suggest that diesel fuel savings of approximately $1 to $1.5 million can be achieved annually. Under typical conditions, operators can expect to achieve diesel replacement of 40% - 60% at optimal engine loads of 40% - 50% (EERC, 2013).

The EERC study noted that there are a number of other potential natural gas uses related to oil production and operations that could take advantage of rich gas on a well site. Those would include:

- Heating of drilling fluids during winter months (replacing the diesel or propane fuel used currently)
- Providing power for hydraulic fracturing operations decreasing reliance on diesel fuel (i.e., by using Bi-fuel systems)
- Providing fuel for workover rigs (if the rig is equipped with a separate generator)

## 6.0    SUMMARY

As discussed in the previous sections, the EPA used the body of knowledge presented in this paper to summarize its understanding of emissions characterization and potential emissions mitigation techniques for oil well completions and associated gas. From that body of knowledge, the following statements summarize the EPA's understanding of the state of the industry with respect to these sources of emissions:

- Available estimates of uncontrolled emissions from hydraulically fractured oil well completions are presented below:

| Study | Average Uncontrolled VOC Emissions (Tons/Completion) | Average Uncontrolled Methane Emissions (Tons/Completion) |
|---|---|---|
| Fort Berthold Federal Implementation Plan | 37 | N/A |
| ERG/ECR Analysis of HPDI® Data (7 day flowback period) | 20.2 | 24 |
| ERG/ECR Analysis of HPDI® Data (3 day flowback period) | 6.4 | 7.7 |
| EDF/Stratus Analysis of HPDI® Data (Eagle Ford) | N/A | 27.2 |
| EDF/Stratus Analysis of HPDI® Data (Wattenberg) | N/A | 10.5 |
| EDF/Stratus Analysis of HPDI® Data (Bakken) | N/A | 19.8 |
| Measurements of Methane Emissions at Natural Gas Production Sites in the United States | N/A | 213 |
| Methane Leaks from North American Natural Gas Systems (Eagle Ford) | N/A | 90.9 |
| Methane Leaks from North American Natural Gas Systems (Bakken) | N/A | 31.1 |
| Methane Leaks from North American Natural Gas Systems (Permian) | N/A | 31.2 |

- Limited information is available on uncontrolled emissions from hydraulically fractured oil well recompletions, and controlled emission factors for hydraulically fractured oil well completions and recompletions.

- National level estimates of uncontrolled methane emissions from hydraulically fractured oil well completions range from 44,306 tons per year (ERG/ECR) to 247,000 tons per year (EDF/Stratus analysis).

- One study (ERG/ECR) estimated nationwide uncontrolled VOC emissions from hydraulically fractured oil well completion to be 116,230 tons per year assuming a 7-day flowback period and 36,825 tons per year assuming a 3-day flowback period.

- There is some data that shows (Allen et. al.) that RECs, in certain situations, can be an effective emissions control technique for oil well completions when gas is co-produced.

However, there may be a combination of well pressure and gas content below which RECs are not technically feasible at co-producing oil wells.

- Some oil well completions are controlled using RECs; however, national data on the number of completions that are controlled using a REC are not available. It is the EPA's understanding that most oil well completion emissions are controlled with combustion; however, data on an average percentage are not available. Likewise, data are not available on the percentage of oil wells nation-wide that vent completion emissions to the atmosphere.

- Other gas conserving technologies are being investigated for use in completions and for control of associated gas emissions. These include gas reinjection, NGL recovery and use of the gas for power generation for local use. Some studies have evaluated the economics of some of these technologies and determined, in some cases, they can result in net savings to the operator depending on the value of the recovered gas or liquids or the value of the power generated. However, some barriers exist with respect to technology availability and application of the technology to varying scales of oil well gas production. In addition, costs vary for implementing some of these technologies.

## 7.0   CHARGE QUESTIONS FOR REVIEWERS

1. Please comment on the national estimates and per well estimates of methane and VOC emissions from hydraulically fractured oil well completions presented in this paper. Are there factors that influence emissions from hydraulically fractured oil well completions that were not discussed in this paper?

2. Most available information on national and per well estimates of emissions is on uncontrolled emissions. What information is available for emissions, or what methods can be used to estimate net emissions from uncontrolled emissions data, at a national and/or at a per well level?

3. Are further sources of information available on VOC or methane emissions from hydraulically fractured oil well completions beyond those described in this paper?

4. Please comment on the various approaches to estimating completion emissions from hydraulically fractured oil wells in this paper.

   ▪ Is it appropriate to estimate average uncontrolled oil well completion emissions by using the annual average daily gas production during the first year and multiplying that value by the duration of the average flowback period?

   ▪ Is it appropriate to estimate average uncontrolled oil well completion emissions using "Initial Gas Production," as reported in DI Desktop, and multiplying by the flowback period?

   ▪ Is it appropriate to estimate average uncontrolled oil well completion emissions by increasing emissions linearly over the first nine days until the peak rate is reached (normally estimated using the production during the first month converted to a daily rate of production)?

   ▪ Is the use of a 3-day or 7-day flowback period for hydraulically fractured oil wells appropriate?

5. Please discuss other methodologies or data sources that you believe would be appropriate for estimating hydraulically fractured oil well completion emissions.

6. Please comment on the methodologies and data sources that you believe would be appropriate to estimate the rate of recompletions of hydraulically fractured oil wells. Can data on recompletions be used that does not differentiate between conventional oil wells and hydraulically fractured oil wells be reasonably used to estimate this rate? For example, in the GHG Inventory, a workover rate of 6.5% is applied to all oil wells to estimate the number of workovers in a given year, and in the ERG/ECR analysis above a rate of 0.5% is developed based on both wells with and without hydraulic fracturing. Would these rates apply to hydraulically fractured oil wells? For hydraulically fractured gas wells, the GHG Inventory uses a refracture rate of 1%. Would this rate be appropriate for hydraulically fractured oil wells?

7. Please comment on the feasibility of the use of RECs or completion combustion devices during hydraulically fractured oil well completion operations. Please be specific to the types of wells where these technologies or processes are feasible. Some characteristics that should be considered in your comments are well pressure, gas content of flowback, gas to oil ratio

(GOR) of the well, and access to infrastructure. If there are additional factors, please discuss those. For example, the Colorado Oil and Gas Conservation Commission requires RECs only on "oil and gas wells where reservoir pressure, formation productivity and wellbore conditions are likely to enable the well to be capable of naturally flowing hydrocarbon gas in flammable or greater concentrations at a stabilized rate in excess of five hundred (500) MCFD to the surface against an induced surface backpressure of five hundred (500) psig or sales line pressure, whichever is greater."[15]

8. Please comment on the costs for the use of RECs or completion combustion devices to control emissions from hydraulically fractured oil well completions.

9. Please comment on the emission reductions that RECs and completion combustion devices achieve when used to control emissions from hydraulically fractured oil well completions.

10. Please comment on the prevalence of the use of RECs or completion combustion devices during hydraulically fractured oil well completion and recompletion operations. Are you aware of any data sources that would enable estimating the prevalence of these technologies nationally?

11. Did the EPA correctly identify all the available technologies for reducing gas emissions from hydraulically fractured oil well completions or are there others?

12. Please comment on estimates of associated gas emissions in this paper, and on other available information that would enable estimation of associated gas emissions from hydraulically fractured oil wells at the national- and the well-level.

13. Please comment on availability of pipeline infrastructure in hydraulically fractured oil formations. Do all tight oil plays (e.g., the Permian Basin and the Denver-Julesberg Basin) have a similar lack of infrastructure that results in the flaring or venting of associated gas?

14. Did the EPA correctly identify all the available technologies for reducing associated gas emissions from hydraulically fractured oil wells or are there others? Please comment on the

---

[15] Colorado Department of Natural Resources: Oil and Gas Conservation Commission Rule 805.b(3)A. (http://cogcc.state.co.us/)

costs of these technologies when used for controlling associated gas emissions from hydraulically fractured oil wells. Please comment on the emissions reductions achieved when these technologies are used for controlling associated gas emissions from hydraulically fractured oil wells.

15. Are there ongoing or planned studies that will substantially improve the current understanding of VOC and methane emissions from hydraulically fractured oil well completions and associated gas and available options for increased product recovery and emission reductions?

## 8.0   REFERENCES

Booz Allen Hamilton, Wyoming Heritage Foundation. 2008. *Oil and Gas Economic Contribution Study.* August 2008. Available at http://www.westernenergyalliance.org/wp-content/uploads/2009/05/WYHF_O_G_Economic_Study_FINAL.pdf.

Brandt, A.R., et al. 2014a. *Methane Leaks from North American Natural Gas Systems.* Science 343, 733 (2014). February 14, 2014. Available at http://www.novim.org/images/pdf/ScienceMethane.02.14.14.pdf.

Brandt, A.R., et al. 2014b. *Supplementary Materials for Methane Leaks from North American Natural Gas Systems.* Science 343, 733 (2014). February 14, 2014. Available at http://www.novim.org/images/pdf/ScienceSupplement.02.14.14.pdf

Canadian Association of Petroleum Producers (CAAP). 2004. *A National Inventory of Greenhouse Gas (GHSP Criteria Air Contaminant (CAC) and Hydrogen Sulfide H$_2$S) Emission by the Upstream Oil and Gas Industry.* CAPP Pub. No. 2005-0013.

Ceres, 2013. *Flaring Up: North Dakota Natural Gas Flaring More Than Doubles in Two Years.* Salman, Ryan and Logan, Andrew. July 2013.

Colorado Department of Public Health and Environment (CDPE). 2013. APCD 2013 Rulemaking April Stakeholder Meeting, Presentation. April 25, 2013.

EC/R, Incorporated. 2010a. Memorandum to Bruce Moore from Denise Grubert. *American Petroleum Institute Meeting Minutes.* EC/R, Incorporated. July 2010.

EC/R, Incorporated. 2010b. Memorandum to Bruce Moore from Denise Grubert. *SHWEP Site Visit Report.* EC/R Incorporated. November 2010.

EC/R, Incorporated. 2011a. Memorandum to Bruce Moore from Heather Brown. *Composition of Natural Gas for Use in the Oil and Natural Gas Sector Rulemaking*. EC/R, Incorporated. June 29, 2011.

EC/R, Incorporated. 2011b. Memorandum to Bruce Moore from Denise Grubert. *American Petroleum Institute Meeting Minutes Attachment 1: Review of Federal Air Regulations for the Oil and Natural Gas Sector 40 CFR Part 60, Subparts KKK and LLL; 40 CFR Part 63 Subparts HH and HHH*. EC/R, Incorporated. February 2011.

Energy & Environmental Research Center (EERC). 2013. *End-Use Technology Study – An Assessment of Alternative Uses for Associated Gas*. EERC Center for Oil and Gas, University of North Dakota, Grand Forks, ND.

Environmental Defense Fund (EDF). 2014. *Co-Producing Wells as a Major Source of Methane Emissions: A Review of Recent Analyses, March, 2014*. Available at http://blogs.edf.org/energyexchange/files/2014/03/EDF-Co-producing-Wells-Whitepaper.pdf. Supplemental materials available at https://www.dropbox.com/s/osrom4w6ewow4ua/EDF-Initial-Production-Cost-Effectiveness-Analysis.xlsx.

Environmental Research Group, Inc. (ERG). 2013. *Hydraulically Fractured Oil Well Completions*. October 24, 2013 (available as Appendix A).

ICF, International (ICF). 2011. Memorandum to Bruce Moore from ICF Consulting. *Percent of Emissions Recovered by Reduced Emission Completions*. ICF Consulting. May 2011.

North Dakota Pipeline Authority (NDPA). 2013. North Dakota Natural Gas, *A Detailed Look At Natural Gas Gathering*. October 21, 2013.

Oil and Gas Journal (OGJ). 2012. *Restricting North Dakota gas-flaring would delay oil output, impose costs*. November 5, 2012. Available at http://www.ogj.com/articles/print/vol-110/issue-11/drilling-production/restricting-north-dakota-gas-flaring-would.html.

Proceeding of the National Academy of Sciences of the United States of America (PNAS). 2013. *Measurement of Methane Emissions at Natural Gas Production Sites in the United States*. August 19, 2013. Available at http://www.pnas.org/content/early/2013/09/10/1304880110.abstract.

Railroad Commission of Texas (RRCTX). 2013. *Oil Production and Well Counts (1935-2012), History of Texas Initial Crude Oil, Annual Production and Producing Wells*. Available at http://www.rrc.state.tx.us/data/production/oilwellcounts.php; and *Summary of Drilling, Completion and Plugging Reports Processed for 2012*. January 7, 2013. Available at http://www.rrc.state.tx.us/data/drilling/drillingsummary/2012/annual2012.pdf

Rigzone. 2014. *How Does Gas Injection Work?* Available from http://www.rigzone.com/training/insight.asp?insight_id=345&c_id=4. Accessed March 2014.

State of Colorado Oil & Gas Conservation Commission. (COGCC) 2012, Staff Report. November 15, 2012 available at www.colorado.gov/cogcc.

Swindell. 2012. *Eagle Ford Shale – An Early Look at Ultimate Recovery*. SPE 158207. SPE annual Technical Conference and Exhibition held in San Antonio, Texas, USA. Available at http://gswindell.com/sp158207.pdf.

U.S. Energy Information Administration (U.S. EIA). 2010. Annual U.S. Natural Gas Wellhead Price. Energy Information Administration. Natural Gas Navigator. Retrieved December 12, 2010. Available at http://www.eia.doe.gov/dnav/ng/hist/n9190us3a.htm.

U.S. Energy Information Administration (U.S. EIA). 2011. Annual Energy Outlook 2011 and an update on EIA activities. Available at http://www.eia.gov/pressroom/presentations/newell_02082011.pdf.

U.S. Energy Information Administration (U.S. EIA). 2012a. Total Energy Annual Energy Review. Table 6.4 Natural Gas Gross Withdrawals and Natural Gas Well Productivity, Selected Years, 1960 - 2011. (http://www.eia.gov/total energy/data/annual/pdf/sec6_11.pdf).

U.S. Energy Information Administration (U.S. EIA). 2012b. Total Energy Annual Energy Review. Table 5.2 Crude Oil Production and Crude Oil Well Productivity, Selected Years, 1954 - 2011. (http://www.eia.gov/total energy/data/annual/pdf/sec5_9.pdf).

U.S. Energy Information Administration (U.S. EIA). 2013a. *Drilling often results in both oil and natural gas production*. October, 2013. Available at http://www.eia.gov/todayinenergy/detail.cfm?id=13571.

U.S. Energy Information Administration (U.S. EIA). 2013b. Annual Energy Outlook 2013. Available at http://www.eia.gov/forecasts/aeo/pdf/0383%282013%29.pdf.

U.S. Environmental Protection Agency (U.S. EPA). *Air Pollution Control Technology Fact Sheet: FLARES*. Clean Air Technology Center.

U.S. Environmental Protection Agency (U.S. EPA). 1991. *AP 42, Fifth Edition, Volume I, Chapter 13.5 Industrial Flares*. EPA/Office of Air Quality Planning & Standards. 1991.

U.S. Environmental Protection Agency (U.S. EPA). 1996. *Methane Emissions from the Natural Gas Industry Volume 2: Technical Report, Final Report*. Gas Research Institute and U.S. Environmental Protection Agency. Washington, DC. June, 1996.

U.S. Environmental Protection Agency (U.S. EPA). 1999. *U. S. Methane Emissions 1990-2020: Inventories, Projections, and Opportunities for Reductions*. Washington, DC, 1999.

U.S. Environmental Protection Agency (U.S. EPA). 2004. Fact Sheet No. 703: Green Completions. Office of Air and Radiation: Natural Gas Star Program. Washington, DC. September 2004.

U.S. Environmental Protection Agency (U.S. EPA). 2011a. *Lessons Learned: Reduced Emissions Completions for Hydraulically Fractured Gas Wells. Office of Air and Radiation: Natural Gas Star Program*. Washington, DC. 2011. Available at http://epa.gov/gasstar/documents/reduced_emissions_completions.pdf.

U.S. Environmental Protection Agency (U.S. EPA). 2011b. *Oil and Natural Gas Sector: Standards of Performance for Crude Oil and Natural Gas Production, Transmission, and Distribution. Background Technical Support Document for Proposed Standards.* July 2011. EPA-453/R-11002.

U.S. Environmental Protection Agency (U.S. EPA). 2012a. *Technical Support Document, Federal Implementation Plan for Oil and Natural Gas Well Production Facilities; Fort Berthold Indian Reservation (Mandan, Hidatsa, and Arikara Nations), North Dakota.* Docket Number: EPA-R08-OAR-2012-0479.

U.S. Environmental Protection Agency (U.S. EPA). 2012b. *Oil and Natural Gas Sector: Standards of Performance for Crude Oil and Natural Gas Production, Transmission, and Distribution. Background Supplemental Technical Support Document for Proposed Standards.* April 2012.

U.S. Environmental Protection Agency. (U.S. EPA) 2013. *Petroleum and Natural Gas Systems: 2012 Data Summary. Greenhouse Gas Reporting Program.* October 2013. (http://www.epa.gov/ghgreporting/documents/pdf/2013/documents/SubpartW-2012-Data-Summary.pdf).

U.S. Environmental Protection Agency (U.S. EPA). 2014. *Inventory of Greenhouse Gas Emissions and Sinks: 1990-2012.* Washington, DC. April 2014. (http://www.epa.gov/climatechange/Downloads/ghgemissions/US-GHG-Inventory-2014-Chapter-3-Energy.pdf).

# Appendix A

**(ERG, 2013)**

**<u>Memorandum (Draft)</u>:**

Environmental Research Group, Inc.

Hydraulically Fractured Oil Well Completions.

October 24, 2013



**DRAFT MEMORANDUM**

---

**TO**:          David Hendricks, EC/R Incorporated

**FROM**:          Mike Pring, Eastern Research Group, Inc. (ERG)

                 Regi Oommen, ERG

**DATE**:          October 24, 2013

SUBJECT:          Hydraulically Fractured Oil Well Completions

Eastern Research Group, Inc. (ERG) is currently under contract with EC/R Incorporated to provide technical support under EC/R Work Assignment #1-11 with U.S. EPA. This memorandum describes ERG's findings relative to Task 2 of the support effort. Specifically, under this task ERG:

- Identified wells which were hydraulically fractured in 2011;

- Determined which of the hydraulically fractured wells completed in 2011 were oil wells;

- Estimated daily associated gas production from the hydraulically fractured oil wells; and

- Provided a summary of this information at the national and county level (in Excel spreadsheet format).

Wells Hydraulically Fractured in 2011

Starting with the most recent analysis and files delivered by ERG to the U.S. EPA Office of Compliance, ERG queried DI Desktop, a production database maintained by DrillingInfo, Inc.

covering U.S. oil and natural gas wells, to identify hydraulically fractured oil and gas well completions performed in 2011. This was accomplished using a two-step process:

- Identification of wells completed in 2011;
- Identification of wells completed using hydraulic fracturing.

Wells completed in 2011 were identified as those wells meeting one of the following criteria:

A - 2

- The DI Desktop data for the well indicated it was completed in 2011; or
- The DI Desktop data for the well indicated the well 1st produced in 2011.

While the DI Desktop database is fairly comprehensive in its geographic and temporal coverage of production data, completion date information can lag behind by a year or more afterwards and is not universally available for all areas of the country. Therefore, the list of wells with explicit well completion dates of 2011 was supplemented with those wells having a date (month) of 1st production of either gas or oil in 2011. This methodology is consistent with the methodology used to estimate well completions in the "Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990 – 2011 (April 12, 2013)".

Using this approach, 39,262 conventional and unconventional well completions were identified for 2011.

Once the population of wells completed in 2011 was identified, hydraulically fractured wells were identified as those wells meeting either of the following:

- Wells completed in a coalbed methane, tight, or shale formation as determined using the DOE EIA formation type crosswalk; or
- Wells identified in the DI Desktop database as horizontal wells.

The DOE EIA formation type crosswalk used in this analysis may be found in Attachment A. This methodology is consistent with the methodology used to identify the number of hydraulically fractured well completions in the "Inventory of U.S. Greenhouse Gas Emissions and Sinks: 1990 – 2011 (April 12, 2013)".

Using this approach, 15,979 hydraulically fractured (or unconventional) well completions were identified for 2011.

Oil Wells Hydraulically Fractured in 2011

Once the population of hydraulically fractured wells completed in 2011 was identified, each well was then classified as either an oil well or a gas well. Gas wells were defined as those wells with an average gas to liquids ratio greater than or equal to 12,500 standard cubic feet per barrel over the lifetime of the well, and oil wells were defined as those wells with an average gas to liquids ratio less than 12,500 standard cubic feet per barrel over the lifetime of the well. Note that the "liquids" quantity used in this analysis does not include produced water. This methodology is consistent with the gas-oil ratio methodology used in the 2012 Oil and Natural Gas Sector NSPS development.

Using this approach, 6,169 hydraulically fractured (or unconventional) oil well completions were identified for 2011.

A - 3

Daily Gas Production of Oil Wells Hydraulically Fractured in 2011

Once the population of hydraulically fractured oil wells completed in 2011 was identified, the average daily gas production for each well was calculated based on the cumulative gas production from each well during its first year of production.  This information was then averaged at the county-level, as well as at the national level.  Nationally, the average daily gas production at an oil well that was hydraulically fractured in 2011 was 152 MCF.

Summary Information

Table 1 below presents a state-level summary of the derived information on hydraulically fractured oil wells completed in 2011.  Attachment B contains the same information at the county and national level.

Table 1. Summary of Gas Production at Hydraulically Fractured (or unconventional) Oil Wells

| State | Number of Counties | Number of Unconventional Oil Well Completions | Average Associated Gas Production over the 1st year (MCF/Day) [a] |
|---|---|---|---|
| AR | 2 | 19 | 110.03 |
| CO | 12 | 1057 | 95.46 |
| FL | 1 | 1 | 5.81 |
| KS | 3 | 5 | 0.80 |
| LA | 17 | 24 | 111.87 |
| MI | 4 | 7 | 5.58 |
| MS | 1 | 1 | 0 |
| MT | 13 | 95 | 31.21 |
| ND | 14 | 1299 | 138.14 |
| NM | 6 | 337 | 114.89 |
| NY | 1 | 19 | 0 |
| OH | 32 | 214 | 4.43 |
| OK | 14 | 89 | 143.62 |
| PA | 5 | 7 | 78.38 |
| SD | 1 | 2 | 42.79 |
| TX | 88 | 2855 | 284.09 |
| WV | 5 | 11 | 173.15 |
| WY | 14 | 127 | 48.62 |

[a] Determined by taking the total production from the first 12 months of production and dividing by 365 days.

Observations

The analysis conducted under this task was performed in accordance with the procedures described above.  With respect to qualitative observations made while implementing these procedures, ERG notes the following:

- In some instances, the date (month) of 1st production only included oil production, with no corresponding gas production recorded for that month;
- In some instances, there were months within the 1st year of production where there was no production (of oil, gas, or both) recorded for the well;
- For 415 oil wells hydraulically fractured and completed in 2011, there was no gas production reported for the well during the 1st year of production.

The net effect of these situations is that the average daily gas production values may be skewed low, for example, due to a well being shut in for some period of time after initially being brought into production.

In the case of the 415 wells where there was no gas production reported for the well during the 1st year of production, summary data is presented in Attachment B excluding these records. This data is reflected in the summary sheets indicating "WITHOUT ZERO". The effect of this differentiation is easily seen in the "UNCONV_OIL_NATIONWIDE" sheet, which shows an average daily gas production of 152 (MCF/day) for all records, and an average daily gas production of 189 (MCF/day) when including only those records with some gas production.

**Attachment A: DOE EIA Formation Type Crosswalk**

**(Formation Crosswalk-Memo Counts 2012 08 28_From ECR.xlsx)**

**Attachment B: National and County-level Summary of Average Daily Gas Production from**

**Hydraulically Fractured Oil Well Completions in 2011**

**(Task 2 Summary.xlsx)**

UNCONVENTIONAL OIL COUNTY WITH ZERO

| FIPS_ CODE | STATE_ ABBR | COUNTY_NA ME | NUMBER_UNCONVENTIONAL_OIL_ WELL_COMPLETIONS | AVG_ASSOCIATED_GAS _MCF_PER_DAY |
|---|---|---|---|---|
| 05027 | AR | Columbia | 17 | 220.06 |
| 05139 | AR | Union | 2 | - |
| 08001 | CO | Adams | 8 | 75.81 |
| 08005 | CO | Arapahoe | 1 | 100.28 |
| 08013 | CO | Boulder | 4 | 173.39 |
| 08014 | CO | Broomfield | 12 | 194.15 |
| 08043 | CO | Fremont | 4 | 15.34 |
| 08057 | CO | Jackson | 1 | 281.19 |
| 08069 | CO | Larimer | 14 | 24.35 |
| 08077 | CO | Mesa | 1 | 0.43 |
| 08081 | CO | Moffat | 2 | 73.42 |
| 08087 | CO | Morgan | 1 | 14.65 |
| 08103 | CO | Rio Blanco | 3 | 62.57 |
| 08123 | CO | Weld | 1006 | 129.94 |
| 12087 | FL | Monroe | 1 | 5.81 |
| 20073 | KS | Greenwood | 1 | - |
| 20097 | KS | Kiowa | 1 | - |
| 20125 | KS | Montgomery | 3 | 2.40 |
| 22009 | LA | Avoyelles | 2 | 1.12 |

| FIPS_CODE | STATE_ABBR | COUNTY_NAME | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| 22011 | LA | Beauregard | 1 | 141.90 |
| 22015 | LA | Bossier | 1 | - |
| 22017 | LA | Caddo | 2 | 5.65 |
| 22019 | LA | Calcasieu | 1 | - |
| 22023 | LA | Cameron | 1 | 77.58 |
| 22027 | LA | Claiborne | 3 | 1.56 |
| 22037 | LA | East Feliciana | 1 | 23.45 |
| 22047 | LA | Iberville | 1 | 68.21 |
| 22075 | LA | Plaquemines | 1 | 44.28 |
| 22079 | LA | Rapides | 1 | 6.08 |
| 22091 | LA | St. Helena | 1 | 77.15 |
| 22097 | LA | St. Landry | 3 | 44.34 |
| 22101 | LA | St. Mary | 1 | 10.77 |
| 22111 | LA | Union | 1 | 5.58 |
| 22119 | LA | Webster | 1 | 1,382.30 |
| 22127 | LA | Winn | 2 | 11.78 |
| 26075 | MI | Jackson | 3 | 22.32 |
| 26091 | MI | Lenawee | 2 | - |
| 26141 | MI | Presque Isle | 1 | - |
| 26147 | MI | St. Clair | 1 | - |
| 28063 | MS | Jefferson | 1 | - |
| 30005 | MT | Blaine | 4 | - |

A - 8

| FIPS_CODE | STATE_ABBR | COUNTY_NAME | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| 30009 | MT | Carbon | 2 | 9.60 |
| 30021 | MT | Dawson | 1 | 29.33 |
| 30025 | MT | Fallon | 1 | 138.62 |
| 30035 | MT | Glacier | 9 | 29.37 |
| 30065 | MT | Musselshell | 1 | - |
| 30069 | MT | Petroleum | 4 | - |
| 30073 | MT | Pondera | 1 | - |
| 30083 | MT | Richland | 32 | 94.43 |
| 30085 | MT | Roosevelt | 27 | 102.11 |
| 30087 | MT | Rosebud | 2 | - |
| 30091 | MT | Sheridan | 10 | 2.30 |
| 30099 | MT | Teton | 1 | - |
| 35005 | NM | Chaves | 6 | 90.22 |
| 35015 | NM | Eddy | 206 | 317.14 |
| 35025 | NM | Lea | 121 | 160.97 |
| 35039 | NM | Rio Arriba | 2 | 57.02 |
| 35043 | NM | Sandoval | 1 | - |
| 35045 | NM | San Juan | 1 | 64.03 |
| 36009 | NY | Cattaraugus | 19 | - |
| 38007 | ND | Billings | 22 | 157.36 |
| 38009 | ND | Bottineau | 10 | 2.69 |
| 38011 | ND | Bowman | 4 | 84.54 |

| FIPS_CODE | STATE_ABBR | COUNTY_NAME | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| 38013 | ND | Burke | 42 | 83.17 |
| 38023 | ND | Divide | 74 | 144.13 |
| 38025 | ND | Dunn | 208 | 156.73 |
| 38033 | ND | Golden Valley | 3 | 131.73 |
| 38053 | ND | McKenzie | 297 | 355.17 |
| 38055 | ND | McLean | 11 | 102.95 |
| 38061 | ND | Mountrail | 329 | 176.74 |
| 38075 | ND | Renville | 2 | - |
| 38087 | ND | Slope | 1 | 140.16 |
| 38089 | ND | Stark | 28 | 184.08 |
| 38105 | ND | Williams | 268 | 214.53 |
| 39005 | OH | Ashland | 23 | - |
| 39007 | OH | Ashtabula | 1 | 20.94 |
| 39009 | OH | Athens | 3 | 2.47 |
| 39019 | OH | Carroll | 6 | 4.31 |
| 39029 | OH | Columbiana | 1 | 6.35 |
| 39031 | OH | Coshocton | 8 | 0.75 |
| 39035 | OH | Cuyahoga | 7 | 12.35 |
| 39055 | OH | Geauga | 7 | 4.13 |
| 39067 | OH | Harrison | 3 | 1.57 |
| 39073 | OH | Hocking | 2 | - |
| 39075 | OH | Holmes | 14 | 0.23 |

| FIPS_CODE | STATE_ABBR | COUNTY_NAME | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| 39081 | OH | Jefferson | 6 | - |
| 39083 | OH | Knox | 13 | 1.67 |
| 39089 | OH | Licking | 17 | - |
| 39093 | OH | Lorain | 1 | - |
| 39099 | OH | Mahoning | 3 | 4.72 |
| 39101 | OH | Marion | 1 | - |
| 39103 | OH | Medina | 12 | 0.72 |
| 39105 | OH | Meigs | 1 | 2.08 |
| 39111 | OH | Monroe | 13 | 1.05 |
| 39115 | OH | Morgan | 6 | 0.16 |
| 39119 | OH | Muskingum | 9 | 0.79 |
| 39121 | OH | Noble | 1 | - |
| 39127 | OH | Perry | 2 | 0.40 |
| 39133 | OH | Portage | 10 | 10.29 |
| 39151 | OH | Stark | 22 | 6.70 |
| 39153 | OH | Summit | 8 | 25.92 |
| 39155 | OH | Trumbull | 4 | 19.92 |
| 39157 | OH | Tuscarawas | 2 | 2.52 |
| 39167 | OH | Washington | 6 | 0.35 |
| 39169 | OH | Wayne | 1 | 0.47 |
| 39175 | OH | Wyandot | 1 | 10.79 |
| 40011 | OK | Blaine | 4 | 138.44 |

| FIPS_CODE | STATE_ABBR | COUNTY_NAME | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| 40015 | OK | Caddo | 2 | - |
| 40017 | OK | Canadian | 24 | 59.77 |
| 40029 | OK | Coal | 14 | - |
| 40039 | OK | Custer | 4 | 73.81 |
| 40043 | OK | Dewey | 5 | 25.28 |
| 40045 | OK | Ellis | 13 | 82.28 |
| 40051 | OK | Grady | 4 | - |
| 40069 | OK | Johnston | 1 | 273.04 |
| 40095 | OK | Marshall | 1 | 758.99 |
| 40125 | OK | Pottawatomie | 1 | - |
| 40129 | OK | Roger Mills | 4 | 60.26 |
| 40149 | OK | Washita | 11 | 25.78 |
| 40151 | OK | Woods | 1 | 513.08 |
| 42019 | PA | Butler | 1 | 3.00 |
| 42083 | PA | McKean | 1 | 2.85 |
| 42123 | PA | Warren | 1 | 1.17 |
| 42125 | PA | Washington | 2 | 322.21 |
| 42129 | PA | Westmoreland | 2 | 62.65 |
| 46063 | SD | Harding | 2 | 42.79 |
| 48003 | TX | Andrews | 18 | 27.20 |
| 48009 | TX | Archer | 4 | 7.96 |
| 48013 | TX | Atascosa | 70 | 119.71 |

| FIPS_CODE | STATE_ABBR | COUNTY_NAME | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| 48033 | TX | Borden | 1 | - |
| 48041 | TX | Brazos | 17 | 88.27 |
| 48051 | TX | Burleson | 15 | 25.89 |
| 48055 | TX | Caldwell | 29 | - |
| 48077 | TX | Clay | 3 | 75.75 |
| 48079 | TX | Cochran | 3 | 0.73 |
| 48097 | TX | Cooke | 99 | 297.95 |
| 48103 | TX | Crane | 19 | 110.50 |
| 48105 | TX | Crockett | 20 | 151.12 |
| 48109 | TX | Culberson | 1 | 2,500.75 |
| 48123 | TX | DeWitt | 145 | 1,332.05 |
| 48127 | TX | Dimmit | 322 | 379.76 |
| 48135 | TX | Ector | 15 | 12.91 |
| 48149 | TX | Fayette | 13 | 79.71 |
| 48151 | TX | Fisher | 2 | 1.68 |
| 48163 | TX | Frio | 72 | 105.01 |
| 48165 | TX | Gaines | 1 | 3.92 |
| 48169 | TX | Garza | 1 | - |
| 48173 | TX | Glasscock | 19 | 272.15 |
| 48177 | TX | Gonzales | 207 | 98.80 |
| 48181 | TX | Grayson | 4 | 367.12 |
| 48183 | TX | Gregg | 3 | 23.02 |

A - 13

| FIPS_CODE | STATE_ABBR | COUNTY_NAME | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| 48185 | TX | Grimes | 7 | 586.87 |
| 48187 | TX | Guadalupe | 2 | - |
| 48195 | TX | Hansford | 3 | 93.42 |
| 48197 | TX | Hardeman | 2 | 74.00 |
| 48201 | TX | Harris | 1 | 1.84 |
| 48203 | TX | Harrison | 2 | 13.53 |
| 48211 | TX | Hemphill | 15 | 390.47 |
| 48225 | TX | Houston | 1 | 127.46 |
| 48235 | TX | Irion | 87 | 112.45 |
| 48237 | TX | Jack | 22 | 122.06 |
| 48241 | TX | Jasper | 2 | 1,387.63 |
| 48255 | TX | Karnes | 309 | 388.35 |
| 48263 | TX | Kent | 1 | - |
| 48273 | TX | Kleberg | 2 | 33.10 |
| 48283 | TX | La Salle | 216 | 185.29 |
| 48285 | TX | Lavaca | 13 | 83.04 |
| 48287 | TX | Lee | 5 | 25.93 |
| 48289 | TX | Leon | 19 | 61.86 |
| 48295 | TX | Lipscomb | 84 | 403.67 |
| 48297 | TX | Live Oak | 89 | 731.54 |
| 48301 | TX | Loving | 28 | 276.40 |
| 48311 | TX | McMullen | 130 | 276.52 |

| FIPS_CODE | STATE_ABBR | COUNTY_NAME | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| 48313 | TX | Madison | 21 | 173.35 |
| 48317 | TX | Martin | 1 | 50.01 |
| 48323 | TX | Maverick | 23 | 110.15 |
| 48329 | TX | Midland | 1 | 12.33 |
| 48331 | TX | Milam | 3 | 34.19 |
| 48337 | TX | Montague | 119 | 362.22 |
| 48351 | TX | Newton | 2 | 2,539.85 |
| 48353 | TX | Nolan | 24 | 20.97 |
| 48355 | TX | Nueces | 3 | 1,746.66 |
| 48357 | TX | Ochiltree | 82 | 261.41 |
| 48363 | TX | Palo Pinto | 3 | 244.63 |
| 48365 | TX | Panola | 2 | 220.47 |
| 48367 | TX | Parker | 1 | 20.61 |
| 48371 | TX | Pecos | 8 | 42.56 |
| 48373 | TX | Polk | 4 | 1,394.01 |
| 48383 | TX | Reagan | 15 | 66.05 |
| 48389 | TX | Reeves | 39 | 184.15 |
| 48393 | TX | Roberts | 21 | 445.09 |
| 48395 | TX | Robertson | 15 | 22.76 |
| 48401 | TX | Rusk | 3 | 5.40 |
| 48405 | TX | San Augustine | 1 | 1,052.92 |
| 48413 | TX | Schleicher | 1 | 171.38 |

| FIPS_CODE | STATE_ABBR | COUNTY_NAME | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| 48415 | TX | Scurry | 5 | 84.33 |
| 48417 | TX | Shackelford | 1 | - |
| 48425 | TX | Somervell | 2 | 1.29 |
| 48429 | TX | Stephens | 2 | 27.98 |
| 48433 | TX | Stonewall | 18 | 0.61 |
| 48439 | TX | Tarrant | 1 | 60.16 |
| 48449 | TX | Titus | 1 | - |
| 48457 | TX | Tyler | 2 | 1,099.59 |
| 48459 | TX | Upshur | 1 | 49.13 |
| 48461 | TX | Upton | 12 | 3.26 |
| 48475 | TX | Ward | 73 | 375.79 |
| 48477 | TX | Washington | 1 | 276.18 |
| 48479 | TX | Webb | 44 | 874.17 |
| 48483 | TX | Wheeler | 60 | 965.66 |
| 48493 | TX | Wilson | 33 | 36.46 |
| 48495 | TX | Winkler | 7 | 137.90 |
| 48497 | TX | Wise | 3 | 342.57 |
| 48503 | TX | Young | 2 | - |
| 48507 | TX | Zavala | 52 | 26.70 |
| 54001 | WV | Barbour | 1 | 1.05 |
| 54051 | WV | Marshall | 1 | 782.02 |
| 54053 | WV | Mason | 1 | 1.40 |

A - 16

| FIPS_CODE | STATE_ABBR | COUNTY_NAME | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| 54085 | WV | Ritchie | 1 | - |
| 54103 | WV | Wetzel | 7 | 81.30 |
| 56003 | WY | Big Horn | 1 | 10.12 |
| 56005 | WY | Campbell | 29 | 282.44 |
| 56007 | WY | Carbon | 2 | 3.52 |
| 56009 | WY | Converse | 45 | 190.09 |
| 56013 | WY | Fremont | 3 | 2.17 |
| 56015 | WY | Goshen | 4 | 11.56 |
| 56017 | WY | Hot Springs | 1 | 0.11 |
| 56019 | WY | Johnson | 2 | 29.93 |
| 56021 | WY | Laramie | 22 | 56.63 |
| 56025 | WY | Natrona | 2 | 0.02 |
| 56027 | WY | Niobrara | 2 | 20.77 |
| 56029 | WY | Park | 3 | 5.60 |
| 56031 | WY | Platte | 2 | 8.15 |
| 56037 | WY | Sweetwater | 9 | 59.59 |

UNCONVENTONAL OIL COUTTY WITHOUT ZERO

| FIPS_CODE | STATE_ABBR | COUNTY_NAME | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| 05027 | AR | Columbia | 17 | 220.06 |
| 08001 | CO | Adams | 8 | 75.81 |
| 08005 | CO | Arapahoe | 1 | 100.28 |
| 08013 | CO | Boulder | 4 | 173.39 |
| 08014 | CO | Broomfield | 12 | 194.15 |
| 08043 | CO | Fremont | 4 | 15.34 |
| 08057 | CO | Jackson | 1 | 281.19 |
| 08069 | CO | Larimer | 14 | 24.35 |
| 08077 | CO | Mesa | 1 | 0.43 |
| 08081 | CO | Moffat | 2 | 73.42 |
| 08087 | CO | Morgan | 1 | 14.65 |
| 08103 | CO | Rio Blanco | 1 | 187.70 |
| 08123 | CO | Weld | 1000 | 130.72 |
| 12087 | FL | Monroe | 1 | 5.81 |
| 20125 | KS | Montgomery | 3 | 2.40 |
| 22009 | LA | Avoyelles | 1 | 2.24 |
| 22011 | LA | Beauregard | 1 | 141.90 |
| 22017 | LA | Caddo | 1 | 11.31 |
| 22023 | LA | Cameron | 1 | 77.58 |
| 22027 | LA | Claiborne | 1 | 4.67 |
| 22037 | LA | East Feliciana | 1 | 23.45 |
| 22047 | LA | Iberville | 1 | 68.21 |

| FIPS_CODE | STATE_ABBR | COUNTY_NAME | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| 22075 | LA | Plaquemines | 1 | 44.28 |
| 22079 | LA | Rapides | 1 | 6.08 |
| 22091 | LA | St. Helena | 1 | 77.15 |
| 22097 | LA | St. Landry | 2 | 66.51 |
| 22101 | LA | St. Mary | 1 | 10.77 |
| 22111 | LA | Union | 1 | 5.58 |
| 22119 | LA | Webster | 1 | 1,382.30 |
| 22127 | LA | Winn | 2 | 11.78 |
| 26075 | MI | Jackson | 2 | 33.48 |
| 30009 | MT | Carbon | 1 | 19.19 |
| 30021 | MT | Dawson | 1 | 29.33 |
| 30025 | MT | Fallon | 1 | 138.62 |
| 30035 | MT | Glacier | 7 | 37.76 |
| 30083 | MT | Richland | 30 | 100.73 |
| 30085 | MT | Roosevelt | 27 | 102.11 |
| 30091 | MT | Sheridan | 7 | 3.28 |
| 35005 | NM | Chaves | 5 | 108.26 |
| 35015 | NM | Eddy | 205 | 318.68 |
| 35025 | NM | Lea | 112 | 173.90 |
| 35039 | NM | Rio Arriba | 2 | 57.02 |
| 35045 | NM | San Juan | 1 | 64.03 |
| 38007 | ND | Billings | 22 | 157.36 |

| FIPS_CODE | STATE_ABBR | COUNTY_NAME | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| 38009 | ND | Bottineau | 5 | 5.38 |
| 38011 | ND | Bowman | 4 | 84.54 |
| 38013 | ND | Burke | 42 | 83.17 |
| 38023 | ND | Divide | 74 | 144.13 |
| 38025 | ND | Dunn | 208 | 156.73 |
| 38033 | ND | Golden Valley | 3 | 131.73 |
| 38053 | ND | McKenzie | 295 | 357.58 |
| 38055 | ND | McLean | 11 | 102.95 |
| 38061 | ND | Mountrail | 329 | 176.74 |
| 38087 | ND | Slope | 1 | 140.16 |
| 38089 | ND | Stark | 28 | 184.08 |
| 38105 | ND | Williams | 268 | 214.53 |
| 39007 | OH | Ashtabula | 1 | 20.94 |
| 39009 | OH | Athens | 2 | 3.70 |
| 39019 | OH | Carroll | 4 | 6.46 |
| 39029 | OH | Columbiana | 1 | 6.35 |
| 39031 | OH | Coshocton | 3 | 2.00 |
| 39035 | OH | Cuyahoga | 7 | 12.35 |
| 39055 | OH | Geauga | 7 | 4.13 |
| 39067 | OH | Harrison | 2 | 2.36 |
| 39075 | OH | Holmes | 4 | 0.82 |
| 39083 | OH | Knox | 8 | 2.71 |

A - 20

| FIPS_CODE | STATE_ABBR | COUNTY_NAME | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| 39099 | OH | Mahoning | 2 | 7.08 |
| 39103 | OH | Medina | 2 | 4.31 |
| 39105 | OH | Meigs | 1 | 2.08 |
| 39111 | OH | Monroe | 8 | 1.71 |
| 39115 | OH | Morgan | 3 | 0.32 |
| 39119 | OH | Muskingum | 4 | 1.78 |
| 39127 | OH | Perry | 1 | 0.79 |
| 39133 | OH | Portage | 9 | 11.43 |
| 39151 | OH | Stark | 17 | 8.67 |
| 39153 | OH | Summit | 7 | 29.62 |
| 39155 | OH | Trumbull | 4 | 19.92 |
| 39157 | OH | Tuscarawas | 1 | 5.04 |
| 39167 | OH | Washington | 2 | 1.04 |
| 39169 | OH | Wayne | 1 | 0.47 |
| 39175 | OH | Wyandot | 1 | 10.79 |
| 40011 | OK | Blaine | 4 | 138.44 |
| 40017 | OK | Canadian | 8 | 179.30 |
| 40039 | OK | Custer | 2 | 147.61 |
| 40043 | OK | Dewey | 2 | 63.20 |
| 40045 | OK | Ellis | 9 | 118.85 |
| 40069 | OK | Johnston | 1 | 273.04 |
| 40095 | OK | Marshall | 1 | 758.99 |

| FIPS_CODE | STATE_ABBR | COUNTY_NAME | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| 40129 | OK | Roger Mills | 3 | 80.35 |
| 40149 | OK | Washita | 1 | 283.55 |
| 40151 | OK | Woods | 1 | 513.08 |
| 42019 | PA | Butler | 1 | 3.00 |
| 42083 | PA | McKean | 1 | 2.85 |
| 42123 | PA | Warren | 1 | 1.17 |
| 42125 | PA | Washington | 2 | 322.21 |
| 42129 | PA | Westmoreland | 2 | 62.65 |
| 46063 | SD | Harding | 1 | 85.59 |
| 48003 | TX | Andrews | 16 | 30.60 |
| 48009 | TX | Archer | 1 | 31.86 |
| 48013 | TX | Atascosa | 69 | 121.44 |
| 48041 | TX | Brazos | 17 | 88.27 |
| 48051 | TX | Burleson | 6 | 64.72 |
| 48077 | TX | Clay | 3 | 75.75 |
| 48079 | TX | Cochran | 3 | 0.73 |
| 48097 | TX | Cooke | 99 | 297.95 |
| 48103 | TX | Crane | 19 | 110.50 |
| 48105 | TX | Crockett | 19 | 159.07 |
| 48109 | TX | Culberson | 1 | 2,500.75 |
| 48123 | TX | DeWitt | 143 | 1,350.68 |
| 48127 | TX | Dimmit | 317 | 385.75 |

| FIPS_CODE | STATE_ABBR | COUNTY_NAME | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| 48135 | TX | Ector | 15 | 12.91 |
| 48149 | TX | Fayette | 12 | 86.35 |
| 48151 | TX | Fisher | 2 | 1.68 |
| 48163 | TX | Frio | 58 | 130.36 |
| 48165 | TX | Gaines | 1 | 3.92 |
| 48173 | TX | Glasscock | 19 | 272.15 |
| 48177 | TX | Gonzales | 196 | 104.35 |
| 48181 | TX | Grayson | 3 | 489.50 |
| 48183 | TX | Gregg | 3 | 23.02 |
| 48185 | TX | Grimes | 7 | 586.87 |
| 48195 | TX | Hansford | 3 | 93.42 |
| 48197 | TX | Hardeman | 1 | 147.99 |
| 48201 | TX | Harris | 1 | 1.84 |
| 48203 | TX | Harrison | 1 | 27.06 |
| 48211 | TX | Hemphill | 15 | 390.47 |
| 48225 | TX | Houston | 1 | 127.46 |
| 48235 | TX | Irion | 87 | 112.45 |
| 48237 | TX | Jack | 22 | 122.06 |
| 48241 | TX | Jasper | 2 | 1,387.63 |
| 48255 | TX | Karnes | 303 | 396.04 |
| 48273 | TX | Kleberg | 2 | 33.10 |
| 48283 | TX | La Salle | 214 | 187.02 |

| FIPS_CO DE | STATE_A BBR | COUNTY_ NAME | NUMBER_UNCONVENTIONAL_OIL_ WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_ MCF_PER_DAY |
|---|---|---|---|---|
| 48285 | TX | Lavaca | 13 | 83.04 |
| 48287 | TX | Lee | 3 | 43.21 |
| 48289 | TX | Leon | 16 | 73.46 |
| 48295 | TX | Lipscomb | 82 | 413.52 |
| 48297 | TX | Live Oak | 89 | 731.54 |
| 48301 | TX | Loving | 26 | 297.66 |
| 48311 | TX | McMullen | 125 | 287.58 |
| 48313 | TX | Madison | 20 | 182.01 |
| 48317 | TX | Martin | 1 | 50.01 |
| 48323 | TX | Maverick | 18 | 140.75 |
| 48329 | TX | Midland | 1 | 12.33 |
| 48331 | TX | Milam | 2 | 51.29 |
| 48337 | TX | Montague | 115 | 374.82 |
| 48351 | TX | Newton | 2 | 2,539.85 |
| 48353 | TX | Nolan | 22 | 22.87 |
| 48355 | TX | Nueces | 3 | 1,746.66 |
| 48357 | TX | Ochiltree | 82 | 261.41 |
| 48363 | TX | Palo Pinto | 3 | 244.63 |
| 48365 | TX | Panola | 2 | 220.47 |
| 48367 | TX | Parker | 1 | 20.61 |
| 48371 | TX | Pecos | 8 | 42.56 |
| 48373 | TX | Polk | 4 | 1,394.01 |

| FIPS_CO DE | STATE_A BBR | COUNTY_ NAME | NUMBER_UNCONVENTIONAL_OIL_ WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_ MCF_PER_DAY |
|---|---|---|---|---|
| 48383 | TX | Reagan | 14 | 70.77 |
| 48389 | TX | Reeves | 37 | 194.11 |
| 48393 | TX | Roberts | 21 | 445.09 |
| 48395 | TX | Robertson | 12 | 28.45 |
| 48401 | TX | Rusk | 1 | 16.21 |
| 48405 | TX | San Augustine | 1 | 1,052.92 |
| 48413 | TX | Schleicher | 1 | 171.38 |
| 48415 | TX | Scurry | 5 | 84.33 |
| 48425 | TX | Somervell | 2 | 1.29 |
| 48429 | TX | Stephens | 2 | 27.98 |
| 48433 | TX | Stonewall | 15 | 0.74 |
| 48439 | TX | Tarrant | 1 | 60.16 |
| 48457 | TX | Tyler | 2 | 1,099.59 |
| 48459 | TX | Upshur | 1 | 49.13 |
| 48461 | TX | Upton | 12 | 3.26 |
| 48475 | TX | Ward | 73 | 375.79 |
| 48477 | TX | Washington | 1 | 276.18 |
| 48479 | TX | Webb | 44 | 874.17 |
| 48483 | TX | Wheeler | 59 | 982.03 |
| 48493 | TX | Wilson | 28 | 42.98 |
| 48495 | TX | Winkler | 7 | 137.90 |
| 48497 | TX | Wise | 3 | 342.57 |

A - 25

| FIPS_CODE | STATE_ABBR | COUNTY_NAME | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| 48507 | TX | Zavala | 45 | 30.86 |
| 54001 | WV | Barbour | 1 | 1.05 |
| 54051 | WV | Marshall | 1 | 782.02 |
| 54053 | WV | Mason | 1 | 1.40 |
| 54103 | WV | Wetzel | 7 | 81.30 |
| 56003 | WY | Big Horn | 1 | 10.12 |
| 56005 | WY | Campbell | 27 | 303.36 |
| 56007 | WY | Carbon | 1 | 7.03 |
| 56009 | WY | Converse | 45 | 190.09 |
| 56013 | WY | Fremont | 1 | 6.52 |
| 56015 | WY | Goshen | 4 | 11.56 |
| 56017 | WY | Hot Springs | 1 | 0.11 |
| 56019 | WY | Johnson | 2 | 29.93 |
| 56021 | WY | Laramie | 21 | 59.33 |
| 56025 | WY | Natrona | 1 | 0.03 |
| 56027 | WY | Niobrara | 1 | 41.54 |
| 56029 | WY | Park | 3 | 5.60 |
| 56031 | WY | Platte | 2 | 8.15 |
| 56037 | WY | Sweetwater | 8 | 67.04 |

A - 26

**UNCONVENTIONAL OIL NATIONWIDE**
**NATIONWIDE UNCONVENTIONAL OIL WELL COMPLETIONS (WITH ZERO)**

| GEOGRAPHIC | NUMBER_OF_STATES | NUMBER_OF_COUNTIES | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| NATIONWIDE | 18 | 233 | 6169 | 152.19 |

**NATIONWIDE UNCONVENTIONAL OIL WELL COMPLETIONS (WITHOUT ZERO)**

| GEOGRAPHIC | NUMBER_OF_STATES | NUMBER_OF_COUNTIES | NUMBER_UNCONVENTIONAL_OIL_WELL_COMPLETIONS | AVG_ASSOCIATED_GAS_MCF_PER_DAY |
|---|---|---|---|---|
| NATIONWIDE | 16 | 195 | 5754 | 189.35 |

# EXHIBIT 128

# Petroleum and Natural Gas Systems 2011 Data Summary



United States
Environmental Protection
Agency

**Greenhouse Gas Reporting Program**

## Introduction

In February 2013, the U.S. Environmental Protection Agency (EPA) released for the first time greenhouse gas (GHG) data for Petroleum and Natural Gas Systems[1] collected under the Greenhouse Gas Reporting Program (GHGRP). The GHGRP, which was required by Congress in the FY2008 Consolidated Appropriations Act, requires facilities to report data from large emission sources across a range of industry sectors, as well as suppliers of certain greenhouse gases, and products that would emit GHGs if released or combusted.

The data show 2011 GHG emissions from over 1,800 facilities conducting petroleum and natural gas system activities, such as production, processing, transmission, and distribution. In total, these facilities accounted for GHG emissions of 225 million metric tons of carbon dioxide equivalent ($CO_2$e).

The data represent a significant step forward in better understanding GHG emissions from Petroleum and Natural Gas Systems. EPA is working to improve the quality of data from this sector and expects that the GHGRP will be an important tool for the Agency and the public to analyze emissions, identify opportunities for improving the data, and understand emissions trends.

When reviewing this data and comparing it to other data sets or published literature, it is important to understand the GHGRP reporting requirements and the impacts of these requirements on the reported data. Facilities used uniform methods prescribed by the EPA to calculate GHG emissions, such as direct measurement, engineering calculations, or emission factors derived from direct measurement. In some cases, facilities had a choice of calculation methods for an emission source. In order to provide facilities with time to adjust to the requirements of the GHGRP, EPA made available the optional use of Best Available Monitoring Methods (BAMM) for unique or unusual circumstances. Where a facility used BAMM, it was required to follow emission calculations specified by the EPA, but was allowed to use alternative methods for determining inputs to calculate emissions.

Petroleum and Natural Gas Systems is one of the more complex source categories within the GHGRP because of the number of emission sources covered, technical complexity, and variability across facilities. It is expected that there can be differences in reported emissions from one facility to another. It is not uncommon for a handful of facilities to contribute the majority of the national reported emissions total for a specific emission source. As described in more detail below, there is a reporting threshold and the data does not cover certain emission sources, and therefore the data does not represent the entire universe of emissions from Petroleum and Natural Gas Systems. There is also variability in the methods used which could impact cross-segment, cross-source, or cross-facility comparisons. It is important to be aware of these limitations and differences when using this data, particularly when attempting to draw broad conclusions about emissions from this sector.

---

[1] The implementing regulations of the Petroleum and Natural Gas Systems source category of the GHGRP are located at 40 CFR Part 98 Subpart W.

# Petroleum and Natural Gas Systems in the GHG Reporting Program

The Petroleum and Natural Gas Systems source category of the GHGRP includes most of the largest emission sources from the petroleum and natural gas industry. The following eight segments comprise the Petroleum and Natural Gas Systems source category.

- Onshore Production: Emissions from onshore production of petroleum and natural gas associated with production wells and related equipment.
- Offshore Production: Production of petroleum and natural gas from offshore production platforms.
- Natural Gas Processing: Processing of field quality gas to produce pipeline quality natural gas.
- Natural Gas Transmission: Compressor stations used to transfer natural gas through transmission pipelines.
- Underground Natural Gas Storage: Facilities that store natural gas in underground formations.
- Natural Gas Distribution: Distribution systems that deliver natural gas to customers.
- LNG Import/Export: Liquified Natural Gas import and export terminals.
- LNG Storage: Liquified Natural Gas storage equipment.

Other segments of the petroleum and natural gas industry are covered by the GHGRP, but not included in the Petroleum and Natural Gas Systems source category, such as: Petroleum Refineries (Subpart Y), Petrochemical Production (Subpart X), Suppliers of Petroleum Products (Subpart MM), and Suppliers of Natural Gas and Natural Gas Liquids (Subpart NN).

The GHGRP also includes combustion sources that are associated with the petroleum and natural gas industry, but that do not report process emissions from any of the above source categories, such as certain facilities that have a North American Industry Classification System (NAICS) code beginning with 211 (the general NAICS for oil and gas extraction). These facilities are referred to as "Other Oil and Gas Combustion" in this document.

The GHGRP covers a subset of national emissions from Petroleum and Natural Gas Systems. Facilities in the Petroleum and Natural Gas Systems source category are required to submit annual reports if the facility total emissions exceed 25,000 metric tons $CO_2e$. In addition, the Petroleum and Natural Gas Systems source category does not currently include reporting of process emissions from the gathering and boosting segment. It also does not include reporting of vented emissions from hydraulic fracturing of oil wells. In addition, the GHGRP does not cover reporting of emissions from transmission lines between compressor stations. The petroleum and natural gas industry is growing and changing rapidly and that there may be other sources of emissions that are not currently covered. The Agency will continue to review regulatory requirements to ensure the reporting of high quality data.

EPA has a multi-step data verification process, including automatic checks during data-entry, statistical analyses on completed reports, and staff review of the reported data. Based on the results of the verification process, EPA follows up with facilities to resolve mistakes that may have occurred. Because this process is still ongoing, the data currently presented is preliminary. In addition, because of the nature of the petroleum and natural gas industry, there can be variation in emissions from facility to facility.

EPA is currently in the process of reviewing the GHGRP data to determine whether all facilities subject to the requirements submitted annual reports. As part of this process EPA will review applicable information to identify facilities that may have missed the reporting deadline and assist those facilities in submitting reports.

# Reported GHG Emissions from Petroleum and Natural Gas Systems

The following section provides information on reported GHG emissions by industry segment, by greenhouse gas, by combustion and process emissions, and by emission source. It also provides information on BAMM.

**Reported Emissions by Industry Segment**

GHG emissions from Petroleum and Natural Gas Systems activities were first required to be collected for the 2011 calendar year and the first annual reports were due to EPA in September 2012. EPA received reports from over 1,800 facilities[2] with Petroleum and Natural Gas Systems activities, with total reported GHG emissions of 225 Million Metric Tons (MMT) $CO_2e$.

The largest industry segment in terms of reported GHG emissions was onshore production, with a total of 94 MMT $CO_2e$, followed by natural gas processing, with reported emissions of 62 MMT $CO_2e$. The next largest segment was natural gas transmission, with reported emissions of 24 MMT $CO_2e$. Other oil and gas combustion accounted for 23 MMT $CO_2e$ and reported emissions from natural gas distribution totaled 14 MMT $CO_2e$. The remaining segments accounted for a total of less than 10 MMT $CO_2e$.

| Segment | Number of Facilities | Reported Emissions (Million Metric Tons $CO_2e$) |
|---|---|---|
| Onshore Production | 448 | 94 |
| Offshore Production | 99 | 6 |
| Natural Gas Processing | 372 | 62 |
| Natural Gas Transmission | 424 | 24 |
| Underground Natural Gas Storage | 44 | 1 |
| Natural Gas Distribution | 168 | 14 |
| LNG Import/Export | 7 | 1 |
| LNG Storage | 5 | < 1 |
| Other Oil and Gas Combustion | 331 | 23 |
| **Total** | **1,880** | **225** |

*Note: Total number of facilities is smaller than the sum of facilities from each segment because some facilities reported under multiple segments.*

**Reported Emissions by Greenhouse Gas**

For all segments combined, carbon dioxide ($CO_2$) emissions accounted for 142 MMT $CO_2e$ of reported emissions and methane ($CH_4$) emissions accounted for 82 MMT $CO_2e$ of reported emissions. Emissions from onshore production were primarily methane while emissions from natural gas transmission and natural gas processing were primarily carbon dioxide.

---

[2] In general, a "facility" for purposes of the GHGRP means all co-located emission sources that are commonly owned or operated. However, the GHGRP has developed specialized facility definitions for natural gas distribution and onshore production. For natural gas distribution, the "facility" is a local distribution company as regulated by a single state public utility commission. For onshore production, the "facility" includes all emissions associated with wells owned or operated by a single company in a specific hydrocarbon producing basin (as defined by the geologic provinces published by the American Association of Petroleum Geologists).



**Reported Combustion and Process Emissions**

Each segment of Petroleum and Natural Gas Systems has unique emission sources. Emissions may result from the combustion of fossil fuels or from process sources that result in the direct emission of GHGs. Reported process emissions in Petroleum and Natural Gas Systems totaled 117 MMT $CO_2e$ and reported combustion emissions totaled 108 MMT $CO_2e$. The majority of combustion emissions were reported by natural gas processing, natural gas transmission, onshore production, and other oil and gas combustion. The majority of process emissions were reported by onshore production, natural gas processing, and natural gas distribution.



Process emissions may be further classified as vented emissions, equipment leaks, and flaring. Vented emissions totaled 69 MMT $CO_2e$, equipment leaks totaled 27 MMT $CO_2e$, and flaring totaled 20 MMT $CO_2e$. Vented emissions in onshore production were primarily methane while vented emissions in natural gas processing were primarily carbon dioxide. Equipment leak emissions were primarily methane and flaring emissions were primarily carbon dioxide.



**Reported Process Emission Sources**

The Petroleum and Natural Gas Systems source category (Subpart W) specifies the methods that facilities must use to calculate emissions from applicable sources.

The top reported process emission source in Petroleum and Natural Gas Systems was pneumatic devices with reported emissions of 23 MMT $CO_2$e. Natural gas pneumatic devices are automated, continuous bleed flow control devices powered by pressurized natural gas and used for maintaining a process condition such as liquid level, pressure, delta-pressure and temperature. Emissions from natural gas pneumatic devices are calculated by applying a facility determined population count to a default emission factor.

Acid gas removal units were the top reported contributor to $CO_2$ emissions from non-combustion sources and the top reported source of process emissions in the natural gas processing segment. Acid gas removal units are process units that separate hydrogen sulfide, carbon dioxide or both hydrogen sulfide and carbon dioxide from sour natural gas using absorbents or membrane separators. The $CO_2$ emitted from acid gas removal units is a part of the gas stream that is produced at the wellhead. Natural gas processing creates pipeline quality natural gas and removal of $CO_2$ from the gas streams is a key step in this process.

Associated gas and miscellaneous flare stacks were the top reported sources of process emissions from flaring for Petroleum and Natural Gas Systems. Associated gas is natural gas that is produced out of petroleum wells, but due to proximity and pipeline limitations, may be vented or flared instead of being processed. The miscellaneous flare stacks category is a catch-all category intended to cover all flares not otherwise reported in the onshore production and natural gas processing segments. For example, flaring for gas well completions and workovers with hydraulic fracturing would be reported under the gas well completions and workovers with hydraulic fracturing emission source rather than the miscellaneous flare stacks emission source. The majority of emissions from miscellaneous flare stacks were from natural gas processing and onshore production.



Note: *Gas Well Compl. and Work. with HF is an abbreviation for Gas Well Completions and Workovers with Hydraulic Fracturing, and Distribution M-R Stations is an abbreviation for Distribution Metering-Regulating Stations.*

**Best Available Monitoring Methods (BAMM)**

In order to provide facilities with time to adjust to the requirements of the GHGRP, EPA made available the optional use of BAMM for unique or unusual circumstances. Where a facility used BAMM, it was required to follow emission calculations specified by the EPA, but was allowed to use alternative methods for determining inputs to calculate emissions. Inputs are the values used by reporters to calculate equation outputs. Examples of BAMM include monitoring methods used by the facility that do not meet the specifications of Subpart W, supplier data, engineering calculations, and other company records.

In 2011, facilities were allowed to use BAMM for the Petroleum and Natural Gas Systems source category and these facilities were required to specify in their GHG annual reports when BAMM was used for an emission source. In total 54% of facilities in the petroleum and natural gas source category reported using BAMM in 2011. The largest number of reporters in Petroleum and Natural Gas Systems was in the onshore production, natural gas processing, and natural gas transmission segments, and these three segments also represented the segments with the largest frequency of BAMM use. The onshore production segment had 74% of facilities reporting BAMM use, natural gas processing had 83% of facilities reporting BAMM use, and natural gas transmission had 70% of facilities reporting BAMM use. The remaining segments had a lower number of reporters and proportionally lower BAMM use. Facilities in the other oil and gas combustion category were not permitted to use BAMM for 2011. For purposes of this document, facilities are recorded as using BAMM if they indicated the use of BAMM for any piece of equipment from any emission source.

It is not immediately apparent how the use of BAMM affected emissions. While EPA will continue to analyze BAMM, this analysis is complicated by the fact that facilities may have used BAMM in different ways and for different parameters depending on their unique or unusual circumstances. Over time, EPA anticipates BAMM use will decline and the Agency may have additional information to conduct verification such as certain inputs to emissions equations (which are currently not reported).[3]



---

[3] For more information, see: http://www.epa.gov/ghgreporting/reporters/cbi/index.html

# Reported GHG Emissions by Industry Segment and Source

The following section provides information on reported GHG emissions organized by industry segment. For each segment, the top reported emission sources are presented, as well as additional information on emission sources for which stakeholders have expressed interest. Over time, we hope to provide additional information on other emission sources of interest to stakeholders.

**Onshore Production**

EPA received annual reports from 448 facilities in the onshore production segment, and 332 of these facilities reported using BAMM. Total reported emissions were 94 MMT $CO_2e$. The top reported emission sources for onshore production were generally consistent with the top reported emission sources for Petroleum and Natural Gas Systems. Pneumatic devices (23 MMT $CO_2e$) and combustion equipment (22.9 MMT $CO_2e$) were the top reported emission sources, followed by associated gas venting and flaring (10.0 MMT $CO_2e$), miscellaneous equipment leaks (8.4 MMT $CO_2e$), gas well completions and workovers with hydraulic fracturing (7.6 MMT $CO_2e$), and liquids unloading (6.5 MMT $CO_2e$).



The emissions data reported by onshore production facilities can be shown by basin. The basins with the top reported emissions were the Anadarko Basin with 10.7 MMT $CO_2e$ and the San Juan Basin with 9.6 MMT $CO_2e$.



*Emission Source in Detail: Gas Well Completions and Workovers with Hydraulic Fracturing*

The data reported to the GHGRP includes gas well completions and workovers with hydraulic fracturing. In the hydraulic fracturing process, a mixture of water, chemicals and a "proppant" (usually sand) is pumped into a well at high pressures to fracture rock and allow natural gas to escape. During a stage of well completion known as "flowback," fracturing fluids, water, and reservoir gas come to the surface at a high velocity and volume. Specialized equipment can be employed that separates natural gas from the backflow, known as a "Reduced Emission Completion" (REC) or "green completion".

The GHGRP provides facilities options for calculating emissions for gas well completions and workovers with hydraulic fracturing. Facilities may measure or estimate the backflow rate in order to report emissions using an engineering calculation. Alternatively, the backflow vent or flare volume may be measured directly.

EPA received information on gas well completions and workovers with hydraulic fracturing from 224 onshore production facilities. Of these facilities 144 reported using BAMM to calculate emissions. The total reported emissions for gas well completions and workovers with hydraulic fracturing were 7.6 MMT $CO_2$e. Reported $CO_2$ emissions were 1.4 MMT $CO_2$e and reported $CH_4$ emissions were 6.2 MMT $CO_2$e.

Emissions were reported by GHG for flaring and venting activities. Facilities were also required to report the total count of completions and workovers. In addition, reporters provided a count of the number of completions or workovers employing purposely designed equipment that separates natural gas from the backflow (RECs).

The table below shows reported activity data and emissions nationally for gas well completions and workovers with hydraulic fracturing. Data collected by the GHGRP also allows for county-level analysis of reported data. As noted earlier, when reviewing the data it is important to be aware of the GHGRP reporting requirements and the impacts of these requirements on the reported data. For example, the GHGRP covers a subset of national emissions and there is variability in the methods used in calculating emissions and use of BAMM.

**Reported Emissions from Gas Well Completions and Workovers with Hydraulic Fracturing**

| Activity | Total Number | Number of RECs | Venting $CO_2$ (MT $CO_2$e) | Venting $CH_4$ (MT $CO_2$e) | Flaring $CO_2$ (MT $CO_2$e) | Flaring $CH_4$ (MT $CO_2$e) | Total Reported Emissions (MT $CO_2$e) |
|---|---|---|---|---|---|---|---|
| Gas Well Completions with Hydraulic Fracturing | 9,811 | 4,296 | 23,854 | 5,186,272 | 1,250,742 | 532,893 | 6,994,497 |
| Gas Well Workovers with Hydraulic Fracturing | 1,868 | 539 | 1,641 | 439,555 | 127,004 | 2,503 | 570,783 |
| **Total** | **11,679** | **4,835** | **25,495** | **5,625,827** | **1,377,746** | **535,396** | **7,565,280** |

*Emission Source in Detail: Liquids Unloading*

In mature gas wells, the accumulation of fluids in the well can impede and sometimes halt gas production. Liquids unloading is the process by which liquids are removed from the well through venting, the use of plunger lift systems, or other remedial treatments. The liquids unloading source category covers emissions from facilities that have wells that are venting or using plunger lifts.

A total of 246 facilities reported emissions for well venting for liquids unloading in onshore production. Of these facilities 167 reported using BAMM to calculate emissions. Total reported emissions for liquids unloading were 6.5 MMT $CO_2$e. A total of 0.5 MMT $CO_2$e reported emissions were from carbon dioxide and 5.9 MMT $CO_2$e were from methane.

Facilities were given the option between three methods for calculating emissions from liquids unloading. The first calculation method involved using a representative well sample to calculate emissions for both wells with and without plunger lifts. The second and third calculation methods provided engineering equations for wells with plunger lifts and without plunger lifts. The following table shows total activity count and reported emissions for the different calculation methods.

**Reported Emissions from Liquids Unloading**

| Calculation Method | Number of Wells Venting During Liquids Unloading | Number of Wells Equipped With Plunger Lifts | $CO_2$ Emissions (MT $CO_2$e) | $CH_4$ Emissions (MT $CO_2$e) | Total Reported Emissions (MT $CO_2$e) |
|---|---|---|---|---|---|
| Method 1: Direct Measurement of Representative Well Sample | 8,800 | 7,173 | 65,615 | 2,602,058 | 2,667,673 |
| Method 2: Engineering Calculation for Wells without Plunger Lifts | 24,940 | 0 | 393,616 | 1,501,695 | 1,895,311 |
| Method 3: Engineering Calculation for Wells with Plunger Lifts | 35,555 | 35,555 | 57,906 | 1,849,656 | 1,907,562 |
| **Total** | **69,295** | **42,728** | **517,137** | **5,953,409** | **6,470,546** |

**Offshore Production**

EPA received annual reports from 99 facilities in the offshore production segment, and 15 of these facilities reported using BAMM. Total reported emissions were 6 MMT $CO_2$e. For offshore production, facilities calculate process emissions using requirements that were established by the Bureau of Ocean Energy Management (BOEM). In addition, the GHGRP collects data on combustion emissions. The full list of process emission sources is extensive, but can generally be categorized into vented emissions, flaring and equipment leaks. The top reported source of emissions for offshore production was from combustion (4.4 MMT $CO_2$e), followed by venting (1.0 MMT $CO_2$e), flaring (0.5 MMT $CO_2$e), and equipment leaks (0.4 MMT $CO_2$e).



## Natural Gas Processing

EPA received annual reports from 372 facilities in the natural gas processing segment, and 308 of these facilities reported using BAMM. Total reported emissions were 62 MMT $CO_2$e. The top reported emission sources were combustion equipment (35.7 MMT $CO_2$e), acid gas removal units (15.8 MMT $CO_2$e), and miscellaneous flare stacks (7.6 MMT $CO_2$e). Emissions from the three top reported sources were primarily in the form of $CO_2$. Emissions from compressors were the top reported source of methane emissions, but reported emissions from reciprocating compressors (1.0 MMT $CO_2$e) and centrifugal compressors (0.6 MMT $CO_2$e) were smaller than the three top reported sources from this segment.



## Natural Gas Transmission

EPA received annual reports from 424 facilities in the natural gas transmission segment, and 297 of these facilities reported using BAMM. Total reported emissions were 24 MMT $CO_2$e. Combustion emissions (20.0 MMT $CO_2$e) were larger than process emissions. Following combustion equipment, the top reported emission sources were reciprocating compressors (1.8 MMT $CO_2$e) and blowdown vent stacks (0.9 MMT $CO_2$e).



## Underground Natural Gas Storage

EPA received annual reports from 44 facilities in the underground natural gas storage segment, and 25 of these facilities reported using BAMM. Total reported emissions were 1 MMT $CO_2$e. Combustion equipment (1.0 MMT $CO_2$e) was the top reported source of emissions for underground natural gas storage, followed by reciprocating compressors (0.2 MMT $CO_2$e).



## Emission Source in Detail: Compressors

Compressors are used in the production, processing, transmission, and storage segments to keep pipelines at a high enough pressure so natural gas will continue flowing through the pipelines. The two primary types of compressors in use in the petroleum and natural gas industry are reciprocating compressors and centrifugal compressors.

Compressors are a large source of combustion emissions in Petroleum and Natural Gas Systems, and combustion emissions for Petroleum and Natural Gas Systems were presented earlier in this document.

Compressors can also be a source of process emissions. The primary source of process emissions from compressors are from leaks in rod packing (reciprocating compressors), emissions from wet or dry seals (centrifugal compressors), emissions from blowdown vents, and emissions from isolation valve leakage. The source of emissions may vary based on the mode of operation that the compressor is in. A compressor in operating mode may have different emissions from a compressor in a shutdown depressurized mode. Because the emissions are from seal leakage, even compressors of the same manufacture can have different emissions based on the quality of the compressor seals. Emissions can be mitigated through rigorous maintenance practices and leak surveys, routing emissions to a flare, or capturing emissions.

Total reported compressor emissions from all industry segments were 5 MMT $CO_2e$. Reported carbon dioxide emissions were 0.2 MMT $CO_2e$ and reported methane emissions were 4.8 MMT $CO_2e$. The calculation method varied by industry segment. Emissions from compressors in onshore production were calculated by using population counts multiplied by an emission factor and accounted for 1 MMT $CO_2e$ of reported emissions. Emissions from compressors in the other industry segment were calculated by the use of direct measurement.

The table below shows activity data and emissions for reciprocating compressors by industry segment (excluding onshore production which used population counts). EPA received data from 4,209 reciprocating compressors, including 1,992 reciprocating compressors in natural gas processing, 1,925 reciprocating compressors in natural gas transmission, and 268 reciprocating compressors in underground natural gas storage. Of these reciprocating compressors, 2,714 reported using BAMM to calculate emissions, including 1,402 in natural gas processing, 1,160 in natural gas transmission, and 143 in underground natural gas storage.

**Reported Process Emissions from Reciprocating Compressors**

| Industry Segment | Total Number of Reciprocating Compressors | Number of Reciprocating Compressors that used BAMM | CO₂ Emissions (MT CO₂e) | CH₄ Emissions (MT CO₂e) | Total Reported Process Emissions (MT CO₂e) |
|---|---|---|---|---|---|
| Natural Gas Processing | 1,992 | 1,402 | 55,768 | 959,727 | 1,015,740 |
| Natural Gas Transmission | 1,925 | 1,160 | 5,215 | 1,819,143 | 1,824,359 |
| Underground Natural Gas Storage | 268 | 143 | 1,506 | 213,839 | 215,344 |
| LNG Import/Export | 20 | 7 | 426 | 9,630 | 10,530 |
| LNG Storage | 4 | 2 | 1 | 1,164 | 1,164 |
| **Total** | **4,209** | **2,714** | **62,915** | **3,003,502** | **3,067,138** |

The table below shows activity data and emissions for centrifugal compressors by industry segment. For centrifugal compressors the number of compressors with wet seals is also shown. Overall emissions from centrifugal compressors were lower than those for reciprocating compressors, but the total number of reported compressors was lower as well. EPA received data from 1,088 centrifugal compressors, including 424 centrifugal compressors in natural gas processing, 622 centrifugal compressors in natural gas transmission, and 33 centrifugal compressors in underground natural gas storage. Of these centrifugal compressors, 638 reported using BAMM to calculate emissions, including 309 in natural gas processing, 291 in natural gas transmission, and 30 in underground natural gas storage.

**Reported Process Emissions from Centrifugal Compressors**

| Industry Segment | Total Number of Centrifugal Compressors | Number of Centrifugal Compressors that used BAMM | Number of Centrifugal Compressors with Wet Seals | $CO_2$ Emissions (MT $CO_2e$) | $CH_4$ Emissions (MT $CO_2e$) | Total Reported Process Emissions (MT $CO_2e$) |
|---|---|---|---|---|---|---|
| Natural Gas Processing | 424 | 309 | 319 | 21,213 | 614,524 | 635,850 |
| Natural Gas Transmission | 622 | 291 | 264 | 737 | 244,379 | 245,115 |
| Underground Natural Gas Storage | 33 | 30 | 26 | 64 | 48,486 | 48,550 |
| LNG Import/Export | 9 | 8 | 7 | 47 | 34,381 | 34,429 |
| **Total** | **1,088** | **638** | **529** | **22,061** | **941,771** | **963,944** |

## Natural Gas Distribution

EPA received annual reports from 168 facilities in the natural gas distribution segment, and 55 of these facilities reported using BAMM. Total reported emissions were 14 MMT $CO_2e$. For the natural gas distribution segment, combustion emissions (0.4 MMT $CO_2e$) were relatively lower compared to other industry segments. The primary sources of emission for natural gas distribution were distribution mains (8.3 MMT $CO_2e$) and distribution services (4.1 MMT $CO_2e$), which are caused by natural gas equipment leaks and calculated by multiplying population counts by default emission factors that are specific to pipe material.



## LNG Import/Export

EPA received emission reports from 7 LNG Import/Export terminals. Total reported emissions were 1 MMT $CO_2e$. The top reported source of emissions was combustion equipment (0.6 MMT $CO_2e$), followed by blowdown vent stacks (0.43 MMT $CO_2e$), centrifugal compressors (0.03 MMT $CO_2e$), and reciprocating compressors (0.01 MMT $CO_2e$).



## LNG Storage

LNG Storage had the fewest number of reporters of the industry segments that comprise Petroleum and Natural Gas Systems, with 5 facilities reporting. Total reported emissions from LNG Storage were 0.05 MMT $CO_2e$. Combustion equipment (0.03 MMT $CO_2e$) was the top reported source of emissions, followed by equipment leaks (0.02 MMT $CO_2e$).



## Additional Information

View and download GHGRP data: http://epa.gov/ghgreporting/ghgdata/index.html

Additional information about Petroleum and Natural Gas Systems in the GHGRP, including reporting requirements and calculation methods: http://www.epa.gov/ghgreporting/reporters/subpart/w.html.

Data shown in this document reflects the most recent resubmitted reports from facilities as of January 16, 2013.



Cornell University

Department of Ecology and Evolutionary Biology

## Assessment of the Greenhouse Gas Footprint of Natural Gas from Shale Formations Obtained by High-Volume, Slick-Water Hydraulic Fracturing

### Robert W. Howarth

David R. Atkinson Professor of Ecology & Environmental Biology, Cornell University

*(Revised January 26, 2011)*

Natural gas is widely advertised and promoted as a clean burning fuel that produces less greenhouse gas emissions than coal when burned. While it is true that less carbon dioxide is emitted from burning natural gas than from burning coal per unit of energy generated, the combustion emissions are only part of story and the comparison is quite misleading. With funding from the Park Foundation, my colleagues Renee Santoro, Tony Ingraffea, and I have assessed the likely footprint from natural gas in comparison to coal. We submitted a draft of our work to a peer-reviewed journal in November, and now have a revised manuscript under consideration by the journal. The revision is improved with input from reviewers and also uses new information from a November 2010 report from the EPA. The EPA report is the first significant update by the agency on natural gas emission factors since 1996, and concludes that emissions – particularly for shale gas – are larger than previously believed. Our research further supports this conclusion.

### A. 20-year time frame



### B. 100-year time frame



Top panel is 20-year time frame, and bottom panel is 100-year time frame. Estimates include direct emissions of $CO_2$ during combustion (blue bars), indirect emissions of $CO_2$ necessary to develop and use the energy source (red bars), and fugitive emissions of methane, converted to equivalent value of CO2 for global warming potential (pink bars).

A summary figure from our revised submission is shown here. The figure compares shale gas with two estimates of methane emissions to the atmosphere (low and high, two bars to the left), conventional natural gas with two estimates of methane emissions (high and low estimates, next two bars), coal from surface mines (3rd bar from right), coal from deep mines (2nd bar from right) and diesel oil. Please note this should be treated tentatively, as

further changes or refinements in response to reviewer comments are possible. We nonetheless post the update now due to the tremendous interest in the topic, and its importance in deciding the wisdom of viewing natural gas as a transitional fuel over the coming decades.

Natural gas is composed largely of methane, and 3.6% to 7.9% of the methane from shale-gas production escapes to the atmosphere in venting and leaks. This is 1.3- to 2.1-times greater methane emissions than from conventional gas. The higher emissions from shale gas occur at the time wells are hydraulically fractured -- as methane escapes from flow-back return fluids -- and during drill out following the fracturing. Methane is a powerful greenhouse gas, with a global warming potential that is far greater than that of carbon dioxide, particularly over time periods of a couple of decades following emission. Methane contributes substantially to the greenhouse gas footprint of shale gas on shorter time scales, dominating it on a 20-year time frame. The footprint for shale gas is greater than that for conventional gas or oil when viewed on any time frame, but particularly so over 20 years. Compared to coal, the footprint of shale gas is 1.2- to 2.1-fold greater on the 20-year time frame and is comparable when compared over 100-years.

We urge caution in viewing natural gas as good fuel choice for the future. Note that both the National Academy of Sciences and the Council of Scientific Society Presidents have urged great caution before proceeding with the development of diffuse natural gas from shale formations using unconventional technology. See:

National Research Council (2009). Hidden Costs of Energy: Unpriced Consequences of Energy Production and Use. National Academy of Sciences Press.

Letter to President Obama and senior administration officials, May 4, 2009, from the Council of Scientific Society Presidents.
http://www.eeb.cornell.edu/howarth/CCSP%20letter%20on%20energy%20&%20environment.pdf

EPA (2010). Greenhouse Gas Emissions Reporting from the Petroleum and Natural Gas Industry. Background Technical Support Document.
http://www.epa.gov/climatechange/emissions/downloads10/Subpart-W_TSD.pdf



# CLIMATE CHANGE 2007
## THE PHYSICAL SCIENCE BASIS

Working Group I Contribution to the Fourth Assessment
Report of the Intergovernmental Panel on Climate Change

WMO

UNEP

# Climate Change 2007
## The Physical Science Basis

---

The Intergovernmental Panel on Climate Change (IPCC) was set up jointly by the World Meteorological Organization and the United Nations Environment Programme to provide an authoritative international statement of scientific understanding of climate change. The IPCC's periodic assessments of the causes, impacts and possible response strategies to climate change are the most comprehensive and up-to-date reports available on the subject, and form the standard reference for all concerned with climate change in academia, government and industry worldwide. Through three working groups, many hundreds of international experts assess climate change in this Fourth Assessment Report. The Report consists of three main volumes under the umbrella title Climate Change 2007, all available from Cambridge University Press:

> *Climate Change 2007 - The Physical Science Basis*
> Contribution of Working Group I to the Fourth Assessment Report of the IPCC
> (ISBN 978 0521 88009-1 Hardback;  978 0521 70596-7 Paperback)
>
> *Climate Change 2007 - Impacts, Adaptation and Vulnerability*
> Contribution of Working Group II to the Fourth Assessment Report of the IPCC
> (978 0521 88010-7 Hardback; 978 0521 70597-4 Paperback)
>
> *Climate Change 2007 - Mitigation of Climate Change*
> Contribution of Working Group III to the Fourth Assessment Report of the IPCC
> (978 0521 88011-4 Hardback; 978 0521 70598-1 Paperback)

---

*Climate Change 2007 - The Physical Science Basis* is the most comprehensive and up-to-date scientific assessment of past, present and future climate change. The report provides:

• the most complete and quantitative assessment of how human activities are affecting the radiative energy balance in the atmosphere

• a more extensive assessment of changes observed throughout the climate system than ever before using the latest measurements covering the atmosphere, land surface, oceans, and snow, ice and frozen ground

• a detailed assessment of past climate change and its causes

• the first probabilistic assessment of climate model simulations and projections using detailed atmosphere-ocean coupled models from 18 modelling centres around the world

• a detailed assessment of climate change observations, modelling, and attribution for every continent

Simply put, this latest assessment of the IPCC will again form the standard scientific reference for all those concerned with climate change and its consequences, including students and researchers in environmental science, meteorology, climatology, biology, ecology and atmospheric chemistry, and policy makers in governments and industry worldwide.

## From reviews of the Third Assessment Report – Climate Change 2001:

'The detail is truly amazing … invaluable works of reference … no reference or science library should be without a set [of the IPCC volumes] … unreservedly recommended to all readers.'
*Journal of Meteorology*

'This well-edited set of three volumes will surely be the standard reference for nearly all arguments related with global warming and climate change in the next years. It should not be missing in the libraries of atmospheric and climate research institutes and those administrative and political institutions which have to deal with global change and sustainable development.'
*Meteorologische Zeitschrift*

'… likely to remain a vital reference work until further research renders the details outdated by the time of the next survey … another significant step forward in the understanding of the likely impacts of climate change on a global scale.'
*International Journal of Climatology*

'The IPCC has conducted what is arguably the largest, most comprehensive and transparent study ever undertaken by mankind … The result is a work of substance and authority, which only the foolish would deride.'
*Wind Engineering*

'… the weight of evidence presented, the authority that IPCC commands and the breadth of view can hardly fail to impress and earn respect. Each of the volumes is essentially a remarkable work of reference, containing a plethora of information and copious bibliographies. There can be few natural scientists who will not want to have at least one of these volumes to hand on their bookshelves, at least until further research renders the details outdated by the time of the next survey.'
*The Holocene*

'The subject is explored in great depth and should prove valuable to policy makers, researchers, analysts, and students.'
*American Meteorological Society*

## From reviews of the Second Assessment Report – Climate Change 1995:

' … essential reading for anyone interested in global environmental change, either past, present or future. … These volumes have a deservedly high reputation'
*Geological Magazine*

'… a tremendous achievement of coordinating the contributons of well over a thousand individuals to produce an authoritative, state-of-the-art review which will be of great value to decision-makers and the scientific community at large … an indispensable reference.'
*International Journal of Climatology*

'... a wealth of clear, well-organized information that is all in one place ... there is much to applaud.'
*Environment International*

# Climate Change 2007
## The Physical Science Basis

*Edited by*

**Susan Solomon**
Co-Chair,
IPCC Working Group I

**Dahe Qin**
Co-Chair,
IPCC Working Group I

**Martin Manning**
Head, Technical Support Unit
IPCC Working Group I

**Melinda Marquis**    **Kristen Averyt**    **Melinda M.B. Tignor**    **Henry LeRoy Miller, Jr.**
Technical Support Unit, IPCC Working Group I

**Zhenlin Chen**
China Meteorological Administration

Contribution of Working Group I
to the Fourth Assessment Report of the
Intergovernmental Panel on Climate Change

*Published for the Intergovernmental Panel on Climate Change*



CAMBRIDGE UNIVERSITY PRESS
Cambridge, New York, Melbourne, Madrid, Cape Town, Singapore, São Paolo, Delhi

Cambridge University Press
32 Avenue of the Americas, New York, NY 10013-2473, USA

www.cambridge.org
Information on this title: www.cambridge.org/9780521880091

© Intergovernmental Panel on Climate Change 2007

This publication is in copyright. Subject to statutory exception and to the provisions of relevant collective licensing agreements, no reproduction of any part may take place without the written permission of Cambridge University Press.

First published 2007

Printed in Canada by Friesens

A catalog record for this publication is available from the British Library.

ISBN 978-0-521-88009-1 hardback
ISBN 978-0-521-70596-7 paperback

Cambridge University Press has no responsibility for the persistence or accuracy of URLs for external or third-party Internet Web sites referred to in this publication and does not guarantee that any content on such Web sites is, or will remain, accurate or appropriate.

Please use the following reference to the whole report:

IPCC, 2007: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 996 pp.

Cover photo:

The Blue Marble western and eastern hemispheres. These images integrate land, ocean, sea ice and clouds into a visual representation of the earth's climate system. They are based on space-borne earth observation data from NASA's MODIS (MODerate resolution Imaging Spectroradiometer) sensor aboard the TERRA and AQUA satellites. These images are part of the Blue Marble dataset which is freely available at http://bluemarble.nasa.gov. They are further documented in Stöckli, R., Vermote, E., Saleous, N., Simmon, R., and Herring, D. (2006). True color earth data set includes seasonal dynamics. EOS, 87(5):49, 55.

# Foreword

Representing the first major global assessment of climate change science in six years, "Climate Change 2007 – The Physical Science Basis" has quickly captured the attention of both policymakers and the general public. The report confirms that our scientific understanding of the climate system and its sensitivity to greenhouse gas emissions is now richer and deeper than ever before. It also portrays a dynamic research sector that will provide ever greater insights into climate change over the coming years.

The rigor and credibility of this report owes much to the unique nature of the Intergovernmental Panel on Climate Change (IPCC). Established by the World Meteorological Organization and the United Nations Environment Programme in 1988, the IPCC is both an intergovernmental body and a network of the world's leading climate change scientists and experts.

The chapters forming the bulk of this report describe scientists' assessment of the state-of-knowledge in their respective fields. They were written by 152 coordinating lead authors and lead authors from over 30 countries and reviewed by over 600 experts. A large number of government reviewers also contributed review comments.

The Summary for Policymakers was approved by officials from 113 governments and represents their understanding – and their ownership – of the entire underlying report. It is this combination of expert and government review that constitutes the strength of the IPCC.

The IPCC does not conduct new research. Instead, its mandate is to make policy-relevant – as opposed to policy-prescriptive – assessments of the existing worldwide literature on the scientific, technical and socio-economic aspects of climate change. Its earlier assessment reports helped to inspire governments to adopt and implement the United Nations Framework Convention on Climate Change and the Kyoto Protocol. The current report will also be highly relevant as Governments consider their options for moving forward together to address the challenge of climate change.

Climate Change 2007 – the Physical Science Basis is the first volume of the IPCC's Fourth Assessment Report. The second volume considers climate change impacts, vulnerabilities and adaptation options, while the third volume assesses the opportunities for and the costs of mitigation. A fourth volume provides a synthesis of the IPCC's overall findings.

The Physical Science Basis was made possible by the commitment and voluntary labor of the world's leading climate scientists. We would like to express our gratitude to all the Coordinating Lead Authors, Lead Authors, Contributing Authors, Review Editors and Reviewers. We would also like to thank the staff of the Working Group I Technical Support Unit and the IPCC Secretariat for their dedication in coordinating the production of another successful IPCC report.

Many Governments have supported the participation of their resident scientists in the IPCC process and contributed to the IPCC Trust Fund, thus also assuring the participation of experts from developing countries and countries with economies in transition. The governments of Italy, China, New Zealand and Norway hosted drafting sessions, while the Government of France hosted the final plenary that approved and accepted the report. The Government of the United States of America funded the Working Group I Technical Support Unit.

Finally, we would like to thank Dr R.K. Pachauri, Chairman of the IPCC, for his sound direction and tireless and able guidance of the IPCC, and Dr. Susan Solomon and Prof. Dahe Qin, the Co-Chairs of Working Group I, for their skillful leadership of Working Group I through the production of this report.

M. Jarraud
Secretary General
World Meteorological Organization

A. Steiner
Executive Director
United Nations Environment Programme

# Preface

This Working Group I contribution to the IPCC's Fourth Assessment Report (AR4) provides a comprehensive assessment of the physical science of climate change and continues to broaden the view of that science, following on from previous Working Group I assessments. The results presented here are based on the extensive scientific literature that has become available since completion of the IPCC's Third Assessment Report, together with expanded data sets, new analyses, and more sophisticated climate modelling capabilities.

This report has been prepared in accordance with rules and procedures established by the IPCC and used for previous assessment reports. The report outline was agreed at the 21st Session of the Panel in November 2003 and the lead authors were accepted at the 31st Session of the IPCC Bureau in April 2004. Drafts prepared by the authors were subject to two rounds of review and revision during which over 30,000 written comments were submitted by over 650 individual experts as well as by governments and international organizations. Review Editors for each chapter have ensured that all substantive government and expert review comments received appropriate consideration. The Summary for Policymakers was approved line-by-line and the underlying chapters were then accepted at the 10th Session of IPCC Working Group I from 29 January to 1 February 2007.

## Scope of the Report

The Working Group I report focuses on those aspects of the current understanding of the physical science of climate change that are judged to be most relevant to policymakers. It does not attempt to review the evolution of scientific understanding or to cover all of climate science. Furthermore, this assessment is based on the relevant scientific literature available to the authors in mid-2006 and the reader should recognize that some topics covered here may be subject to further rapid development.

A feature of recent climate change research is the breadth of observations now available for different components of the climate system, including the atmosphere, oceans, and cryosphere. Additional observations and new analyses have broadened our understanding and enabled many uncertainties to be reduced. New information has also led to some new questions in areas such as unanticipated changes in ice sheets, their potential effect on sea level rise, and the implications of complex interactions between climate change and biogeochemistry.

In considering future projections of climate change, this report follows decisions made by the Panel during the AR4 scoping and approval process to use emission scenarios that have been previously assessed by the IPCC for consistency across the three Working Groups. However, the value of information from new climate models related to climate stabilization has also been recognized. In order to address both topics, climate modelling groups have conducted climate simulations that included idealized experiments in which atmospheric composition is held constant. Together with climate model ensemble simulations, including many model runs for the 20th and 21st centuries, this assessment has been able to consider far more simulations than any previous assessment of climate change.

The IPCC assessment of the effects of climate change and of options for responding to or avoiding such effects, are assessed by Working Groups II and III and so are not covered here. In particular, while this Working Group I report presents results for a range of emission scenarios consistent with previous reports, an updated assessment of the plausible range of future emissions can only be conducted by Working Group III.

## The Structure of this Report

This Working Group I assessment includes, for the first time, an introductory chapter, Chapter 1, which covers the ways in which climate change science has progressed, including an overview of the methods used in climate change science, the role of climate models and evolution in the treatment of uncertainties.

Chapters 2 and 7 cover the changes in atmospheric constituents (both gases and aerosols) that affect the radiative energy balance in the atmosphere and determine the Earth's climate. Chapter 2 presents a perspective based on observed change in the atmosphere and covers the central concept of radiative forcing. Chapter 7 complements this by considering the interactions between the biogeochemical cycles that affect atmospheric constituents and climate change, including aerosol/cloud interactions.

Chapters 3, 4 and 5 cover the extensive range of observations now available for the atmosphere and surface, for snow, ice and frozen ground, and for the oceans respectively. While observed changes in these components of the climate system are closely inter-related through physical processes, the separate chapters allow a more focused assessment of available data and their uncertainties, including remote sensing data from satellites. Chapter 5 includes observed changes in sea level, recognizing the strong interconnections between these and ocean heat content.

Chapter 6 presents a palaeoclimatic perspective and assesses the evidence for past climate change and the extent to which that is explained by our present scientific understanding. It includes a new assessment of reconstructed temperatures for the past 1300 years.

Chapter 8 covers the ways in which physical processes are simulated in climate models and the evaluation of models against observed climate, including its average state and variability. Chapter 9 covers the closely related issue of the extent to which observed climate change can be attributed to different causes, both natural and anthropogenic.

Chapter 10 covers the use of climate models for projections of global climate including their uncertainties. It shows results for different levels of future greenhouse gases, providing a probabilistic assessment of a range of physical climate system responses and the time scales and inertia associated with such responses. Chapter 11 covers regional climate change projections consistent with the global projections. It includes an assessment of model reliability at regional levels and the factors that can significantly influence regional scale climate change.

The Summary for Policymakers (SPM) and Technical Summary (TS) of this report follow a parallel structure and each includes cross references to the chapter and section where the material being summarized can be found in the underlying report. In this way these summary components of the report provide a road-map to the content of the entire report and the reader is encouraged to use the SPM and TS in that way.

An innovation in this report is the inclusion of 19 Frequently Asked Questions, in which the authors provide scientific answers to a range of general questions in a form that will be useful for a broad range of teaching purposes. Finally the report is accompanied by about 250 pages of supplementary material that was reviewed along with the chapter drafts and is made available on CDRom and in web-based versions of the report to provide an additional level of detail, such as results for individual climate models.

Some key policy-relevant questions and issues addressed in this report and the relevant chapters

| Question | Chapters |
|---|---|
| How has the science of climate change advanced since the IPCC began? | 1 |
| What is known about the natural and anthropogenic agents that contribute to climate change, and the underlying processes that are involved? | 2, 6, 7 |
| How has climate been observed to change during the period of instrumental measurements? | 3, 4, 5 |
| What is known of palaeoclimatic changes, before the instrumental era, over time scales of hundreds to millions of years, and the processes that caused them? | 6, 9 |
| How well do we understand human and natural contributions to recent climate change, and how well can we simulate changes in climate using models? | 8, 9 |
| How is climate projected to change in the future, globally and regionally? | 10, 11 |
| What is known about past and projected changes in sea level, including the role of changes in glaciers and ice sheets? | 4, 5, 6, 10 |
| Are extremes such as heavy precipitation, droughts, and heat waves changing and why, and how are they expected to change in the future? | 3, 5, 9, 10, 11 |

*Acknowledgments*

This assessment has benefited greatly from the very high degree of co-operation that exists within the international climate science community and its coordination by the World Meteorological Organization World Climate Research Program (WCRP) and the International Geosphere Biosphere Program (IGBP). In particular we wish to acknowledge the enormous commitment by the individuals and agencies of 14 climate modelling groups from around the world, as well as the archiving and distribution of an unprecedented amount (over 30 Terabytes) of climate model output by the Program for Climate Model Diagnosis and Intercomparison (PCMDI). This has enabled a more detailed comparison among current climate models and a more comprehensive assessment of the potential nature of long term climate change than ever before.

We must emphasise that this report has been entirely dependent on the expertise, hard work, and commitment to excellence shown throughout by our Coordinating Lead Authors and Lead Authors with important help by many Contributing Authors. In addition we would like to express our sincere appreciation of the work carried out by the expert reviewers and acknowledge the value of the very large number of constructive comments received. Our Review Editors have similarly played a critical role in assisting the authors to deal with these comments.

The Working Group I Bureau, Kansri Boonpragob, Filippo Giorgi, Bubu Jallow, Jean Jouzel, Maria Martelo and David Wratt have played the role of an editorial board in assisting with the selection of authors and with guiding the initial outline of the report. They have provided constructive support to the Working Group Co-Chairs throughout for which we are very grateful.

Our sincere thanks go to the hosts and organizers of the four lead author meetings that were necessary for the preparation of the report and we gratefully acknowledge the support received from governments and agencies in Italy, China, New Zealand and Norway. The final Working Group I approval session was made possible by Mr Marc Gillet through the generosity of the government of France and the session was greatly facilitated by Francis Hayes, the WMO Conference Officer.

It is a pleasure to acknowledge the tireless work of the staff of the Working Group I Technical Support Unit, Melinda Marquis, Kristen Averyt, Melinda Tignor, Roy Miller, Tahl Kestin and Scott Longmore, who were ably assisted by Zhenlin Chen, Barbara Keppler, MaryAnn Pykkonen, Kyle Terran, Lelani Arris, and Marilyn Anderson. Graphics support and layout by Michael Shibao and Paula Megenhardt is gratefully appreciated. We thank Reto Stockli for kindly providing images of the Earth from space for the cover of this report. Assistance in helping the Co-Chairs to organize and edit the Frequently Asked Questions by David Wratt, David Fahey, and Susan Joy Hassol is also appreciated. We should also like to thank Renate Christ, Secretary of the IPCC, and Secretariat staff Jian Liu, Rudie Bourgeois, Annie Courtin and Joelle Fernandez who provided logistical support for government liaison and travel of experts from developing countries and transitional economy countries.

Rajendra K. Pachauri

IPCC Chairman

Susan Solomon

IPCC WGI Co-Chair

Dahe Qin

IPCC WGI Co-Chair

Martin Manning

IPCC WGI TSU Head

# Contents

**Foreword** **v**

**Preface** **vii**

**Summary for Policymakers** **1**

**Technical Summary** **19**

**1** Historical Overview of Climate Change Science **93**

**2** Changes in Atmospheric Constituents and Radiative Forcing **129**

**3** Observations: Atmospheric Surface and Climate Change **235**

**4** Observations: Changes in Snow, Ice and Frozen Ground **337**

**5** Observations: Ocean Climate Change and Sea Level **385**

**6** Palaeoclimate **433**

**7** Coupling Between Changes in the Climate System and Biogeochemistry **499**

**8** Climate Models and their Evaluation **589**

**9** Understanding and Attributing Climate Change **663**

**10** Global Climate Projections **747**

**11** Regional Climate Projections **847**

**Annex I:** **Glossary** **941**

**Annex II:** **Contributors to the IPCC WGI Fourth Assessment Report** **955**

**Annex III:** **Reviewers of the IPCC WGI Fourth Assessment Report** **969**

**Annex IV:** **Acronyms** **981**

**Index** **989**

## A report of Working Group I of the Intergovernmental Panel on Climate Change

# Summary for Policymakers

**Drafting Authors:**

Richard B. Alley, Terje Berntsen, Nathaniel L. Bindoff, Zhenlin Chen, Amnat Chidthaisong, Pierre Friedlingstein, Jonathan M. Gregory, Gabriele C. Hegerl, Martin Heimann, Bruce Hewitson, Brian J. Hoskins, Fortunat Joos, Jean Jouzel, Vladimir Kattsov, Ulrike Lohmann, Martin Manning, Taroh Matsuno, Mario Molina, Neville Nicholls, Jonathan Overpeck, Dahe Qin, Graciela Raga, Venkatachalam Ramaswamy, Jiawen Ren, Matilde Rusticucci, Susan Solomon, Richard Somerville, Thomas F. Stocker, Peter A. Stott, Ronald J. Stouffer, Penny Whetton, Richard A. Wood, David Wratt

**Draft Contributing Authors:**

J. Arblaster, G. Brasseur, J.H. Christensen, K.L. Denman, D.W. Fahey, P. Forster, E. Jansen, P.D. Jones, R. Knutti, H. Le Treut, P. Lemke, G. Meehl, P. Mote, D.A. Randall, D.A. Stone, K.E. Trenberth, J. Willebrand, F. Zwiers

**This Summary for Policymakers should be cited as:**

IPCC, 2007: Summary for Policymakers. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M.Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Introduction

The Working Group I contribution to the IPCC Fourth Assessment Report describes progress in understanding of the human and natural drivers of climate change,[1] observed climate change, climate processes and attribution, and estimates of projected future climate change. It builds upon past IPCC assessments and incorporates new findings from the past six years of research. Scientific progress since the Third Assessment Report (TAR) is based upon large amounts of new and more comprehensive data, more sophisticated analyses of data, improvements in understanding of processes and their simulation in models and more extensive exploration of uncertainty ranges.

The basis for substantive paragraphs in this Summary for Policymakers can be found in the chapter sections specified in curly brackets.

# Human and Natural Drivers of Climate Change

*Changes in the atmospheric abundance of greenhouse gases and aerosols, in solar radiation and in land surface properties alter the energy balance of the climate system. These changes are expressed in terms of radiative forcing,[2] which is used to compare how a range of human and natural factors drive warming or cooling influences on global climate. Since the TAR, new observations and related modelling of greenhouse gases, solar activity, land surface properties and some aspects of aerosols have led to improvements in the quantitative estimates of radiative forcing.*

**Global atmospheric concentrations of carbon dioxide, methane and nitrous oxide have increased markedly as a result of human activities since 1750 and now far exceed pre-industrial values determined from ice cores spanning many thousands of years (see Figure SPM.1). The global increases in carbon dioxide concentration are due primarily to fossil fuel use and land use change, while those of methane and nitrous oxide are primarily due to agriculture. {2.3, 6.4, 7.3}**

- Carbon dioxide is the most important anthropogenic greenhouse gas (see Figure SPM.2). The global atmospheric concentration of carbon dioxide has increased from a pre-industrial value of about 280 ppm to 379 ppm[3] in 2005. The atmospheric concentration of carbon dioxide in 2005 exceeds by far the natural range over the last 650,000 years (180 to 300 ppm) as determined from ice cores. The annual carbon dioxide concentration growth rate was larger during the last 10 years (1995–2005 average: 1.9 ppm per year), than it has been since the beginning of continuous direct atmospheric measurements (1960–2005 average: 1.4 ppm per year) although there is year-to-year variability in growth rates. {2.3, 7.3}

- The primary source of the increased atmospheric concentration of carbon dioxide since the pre-industrial period results from fossil fuel use, with land-use change providing another significant but smaller contribution. Annual fossil carbon dioxide emissions[5] increased from an average of 6.4 [6.0 to 6.8][5] GtC (23.5 [22.0 to 25.0] $GtCO_2$) per year in the 1990s to 7.2 [6.9 to 7.5] GtC (26.4 [25.3 to 27.5] $GtCO_2$) per year in 2000–2005 (2004 and 2005 data are interim estimates). Carbon dioxide emissions associated with land-use change

---

[1] *Climate change* in IPCC usage refers to any change in climate over time, whether due to natural variability or as a result of human activity. This usage differs from that in the United Nations Framework Convention on Climate Change, where climate change refers to a change of climate that is attributed directly or indirectly to human activity that alters the composition of the global atmosphere and that is in addition to natural climate variability observed over comparable time periods.

[2] *Radiative forcing* is a measure of the influence that a factor has in altering the balance of incoming and outgoing energy in the Earth-atmosphere system and is an index of the importance of the factor as a potential climate change mechanism. Positive forcing tends to warm the surface while negative forcing tends to cool it. In this report, radiative forcing values are for 2005 relative to pre-industrial conditions defined at 1750 and are expressed in watts per square metre (W m$^{-2}$). See Glossary and Section 2.2 for further details.

[3] ppm (parts per million) or ppb (parts per billion, 1 billion = 1,000 million) is the ratio of the number of greenhouse gas molecules to the total number of molecules of dry air. For example, 300 ppm means 300 molecules of a greenhouse gas per million molecules of dry air.

[4] Fossil carbon dioxide emissions include those from the production, distribution and consumption of fossil fuels and as a by-product from cement production. An emission of 1 GtC corresponds to 3.67 $GtCO_2$.

[5] In general, uncertainty ranges for results given in this Summary for Policymakers are 90% uncertainty intervals unless stated otherwise, that is, there is an estimated 5% likelihood that the value could be above the range given in square brackets and 5% likelihood that the value could be below that range. Best estimates are given where available. Assessed uncertainty intervals are not always symmetric about the corresponding best estimate. Note that a number of uncertainty ranges in the Working Group I TAR corresponded to 2 standard deviations (95%), often using expert judgement.

## CHANGES IN GREENHOUSE GASES FROM ICE CORE AND MODERN DATA



are estimated to be 1.6 [0.5 to 2.7] GtC (5.9 [1.8 to 9.9] GtCO₂) per year over the 1990s, although these estimates have a large uncertainty. {7.3}

• The global atmospheric concentration of methane has increased from a pre-industrial value of about 715 ppb to 1732 ppb in the early 1990s, and was 1774 ppb in 2005. The atmospheric concentration of methane in 2005 exceeds by far the natural range of the last 650,000 years (320 to 790 ppb) as determined from ice cores. Growth rates have declined since the early 1990s, consistent with total emissions (sum of anthropogenic and natural sources) being nearly constant during this period. It is *very likely*[6] that the observed increase in methane concentration is due to anthropogenic activities, predominantly agriculture and fossil fuel use, but relative contributions from different source types are not well determined. {2.3, 7.4}

• The global atmospheric nitrous oxide concentration increased from a pre-industrial value of about 270 ppb to 319 ppb in 2005. The growth rate has been approximately constant since 1980. More than a third of all nitrous oxide emissions are anthropogenic and are primarily due to agriculture. {2.3, 7.4}

> **The understanding of anthropogenic warming and cooling influences on climate has improved since the TAR, leading to *very high confidence*[7] that the global average net effect of human activities since 1750 has been one of warming, with a radiative forcing of +1.6 [+0.6 to +2.4] W m⁻² (see Figure SPM.2). {2.3, 6.5, 2.9}**

• The combined radiative forcing due to increases in carbon dioxide, methane, and nitrous oxide is +2.30 [+2.07 to +2.53] W m⁻², and its rate of increase during the industrial era is *very likely* to have been unprecedented in more than 10,000 years (see Figures

**Figure SPM.1.** *Atmospheric concentrations of carbon dioxide, methane and nitrous oxide over the last 10,000 years (large panels) and since 1750 (inset panels). Measurements are shown from ice cores (symbols with different colours for different studies) and atmospheric samples (red lines). The corresponding radiative forcings are shown on the right hand axes of the large panels. {Figure 6.4}*

[6] In this Summary for Policymakers, the following terms have been used to indicate the assessed likelihood, using expert judgement, of an outcome or a result: *Virtually certain* > 99% probability of occurrence, *Extremely likely* > 95%, *Very likely* > 90%, *Likely* > 66%, *More likely than not* > 50%, *Unlikely* < 33%, *Very unlikely* < 10%, *Extremely unlikely* < 5% (see Box TS.1 for more details).

[7] In this Summary for Policymakers the following levels of confidence have been used to express expert judgements on the correctness of the underlying science: *very high confidence* represents at least a 9 out of 10 chance of being correct; *high confidence* represents about an 8 out of 10 chance of being correct (see Box TS.1)

3

SPM.1 and SPM.2). The carbon dioxide radiative forcing increased by 20% from 1995 to 2005, the largest change for any decade in at least the last 200 years. {2.3, 6.4}

• Anthropogenic contributions to aerosols (primarily sulphate, organic carbon, black carbon, nitrate and dust) together produce a cooling effect, with a total direct radiative forcing of –0.5 [–0.9 to –0.1] W m⁻² and an indirect cloud albedo forcing of –0.7 [–1.8 to –0.3] W m⁻². These forcings are now better understood than at the time of the TAR due to improved *in situ*, satellite and ground-based measurements and more

comprehensive modelling, but remain the dominant uncertainty in radiative forcing. Aerosols also influence cloud lifetime and precipitation. {2.4, 2.9, 7.5}

• Significant anthropogenic contributions to radiative forcing come from several other sources. Tropospheric ozone changes due to emissions of ozone-forming chemicals (nitrogen oxides, carbon monoxide, and hydrocarbons) contribute +0.35 [+0.25 to +0.65] W m⁻². The direct radiative forcing due to changes in halocarbons[8] is +0.34 [+0.31 to +0.37] W m⁻². Changes in surface albedo, due to land cover changes and deposition of black carbon aerosols on snow, exert



**Figure SPM.2.** *Global average radiative forcing (RF) estimates and ranges in 2005 for anthropogenic carbon dioxide (CO₂), methane (CH₄), nitrous oxide (N₂O) and other important agents and mechanisms, together with the typical geographical extent (spatial scale) of the forcing and the assessed level of scientific understanding (LOSU). The net anthropogenic radiative forcing and its range are also shown. These require summing asymmetric uncertainty estimates from the component terms, and cannot be obtained by simple addition. Additional forcing factors not included here are considered to have a very low LOSU. Volcanic aerosols contribute an additional natural forcing but are not included in this figure due to their episodic nature. The range for linear contrails does not include other possible effects of aviation on cloudiness. {2.9, Figure 2.20}*

---

[8] Halocarbon radiative forcing has been recently assessed in detail in *IPCC's Special Report on Safeguarding the Ozone Layer and the Global Climate System* (2005).

respective forcings of –0.2 [–0.4 to 0.0] and +0.1 [0.0 to +0.2] W m$^{-2}$. Additional terms smaller than ±0.1 W m$^{-2}$ are shown in Figure SPM.2. {2.3, 2.5, 7.2}

- Changes in solar irradiance since 1750 are estimated to cause a radiative forcing of +0.12 [+0.06 to +0.30] W m$^{-2}$, which is less than half the estimate given in the TAR. {2.7}

## Direct Observations of Recent Climate Change

*Since the TAR, progress in understanding how climate is changing in space and in time has been gained through improvements and extensions of numerous datasets and data analyses, broader geographical coverage, better understanding of uncertainties, and a wider variety of measurements. Increasingly comprehensive observations are available for glaciers and snow cover since the 1960s, and for sea level and ice sheets since about the past decade. However, data coverage remains limited in some regions.*

**Warming of the climate system is unequivocal, as is now evident from observations of increases in global average air and ocean temperatures, widespread melting of snow and ice, and rising global average sea level (see Figure SPM.3). {3.2, 4.2, 5.5}**

- Eleven of the last twelve years (1995–2006) rank among the 12 warmest years in the instrumental record of global surface temperature[9] (since 1850). The updated 100-year linear trend (1906 to 2005) of 0.74°C [0.56°C to 0.92°C] is therefore larger than the corresponding trend for 1901 to 2000 given in the TAR of 0.6°C [0.4°C to 0.8°C]. The linear warming trend over the last 50 years (0.13°C [0.10°C to 0.16°C] per decade) is nearly twice that for the last 100 years. The total temperature increase from 1850–1899 to 2001–2005 is 0.76°C [0.57°C to 0.95°C]. Urban heat island effects are real but local, and have a negligible influence (less than 0.006°C per decade over land and zero over the oceans) on these values. {3.2}

- New analyses of balloon-borne and satellite measurements of lower- and mid-tropospheric temperature show warming rates that are similar to those of the surface temperature record and are consistent within their respective uncertainties, largely reconciling a discrepancy noted in the TAR. {3.2, 3.4}

- The average atmospheric water vapour content has increased since at least the 1980s over land and ocean as well as in the upper troposphere. The increase is broadly consistent with the extra water vapour that warmer air can hold. {3.4}

- Observations since 1961 show that the average temperature of the global ocean has increased to depths of at least 3000 m and that the ocean has been absorbing more than 80% of the heat added to the climate system. Such warming causes seawater to expand, contributing to sea level rise (see Table SPM.1). {5.2, 5.5}

- Mountain glaciers and snow cover have declined on average in both hemispheres. Widespread decreases in glaciers and ice caps have contributed to sea level rise (ice caps do not include contributions from the Greenland and Antarctic Ice Sheets). (See Table SPM.1.) {4.6, 4.7, 4.8, 5.5}

- New data since the TAR now show that losses from the ice sheets of Greenland and Antarctica have *very likely* contributed to sea level rise over 1993 to 2003 (see Table SPM.1). Flow speed has increased for some Greenland and Antarctic outlet glaciers, which drain ice from the interior of the ice sheets. The corresponding increased ice sheet mass loss has often followed thinning, reduction or loss of ice shelves or loss of floating glacier tongues. Such dynamical ice loss is sufficient to explain most of the Antarctic net mass loss and approximately half of the Greenland net mass loss. The remainder of the ice loss from Greenland has occurred because losses due to melting have exceeded accumulation due to snowfall. {4.6, 4.8, 5.5}

- Global average sea level rose at an average rate of 1.8 [1.3 to 2.3] mm per year over 1961 to 2003. The rate was faster over 1993 to 2003: about 3.1 [2.4 to 3.8] mm per year. Whether the faster rate for 1993 to 2003 reflects decadal variability or an increase in the longer-term trend is unclear. There is *high confidence* that

---

[9] The average of near-surface air temperature over land and sea surface temperature.

### CHANGES IN TEMPERATURE, SEA LEVEL AND NORTHERN HEMISPHERE SNOW COVER



**Figure SPM.3.** *Observed changes in (a) global average surface temperature, (b) global average sea level from tide gauge (blue) and satellite (red) data and (c) Northern Hemisphere snow cover for March-April. All changes are relative to corresponding averages for the period 1961–1990. Smoothed curves represent decadal average values while circles show yearly values. The shaded areas are the uncertainty intervals estimated from a comprehensive analysis of known uncertainties (a and b) and from the time series (c). {FAQ 3.1, Figure 1, Figure 4.2, Figure 5.13}*

the rate of observed sea level rise increased from the 19th to the 20th century. The total 20th-century rise is estimated to be 0.17 [0.12 to 0.22] m. {5.5}

- For 1993 to 2003, the sum of the climate contributions is consistent within uncertainties with the total sea level rise that is directly observed (see Table SPM.1). These estimates are based on improved satellite and *in situ* data now available. For the period 1961 to 2003, the sum of climate contributions is estimated to be smaller than the observed sea level rise. The TAR reported a similar discrepancy for 1910 to 1990. {5.5}

> **At continental, regional and ocean basin scales, numerous long-term changes in climate have been observed. These include changes in arctic temperatures and ice, widespread changes in precipitation amounts, ocean salinity, wind patterns and aspects of extreme weather including droughts, heavy precipitation, heat waves and the intensity of tropical cyclones.[10] {3.2, 3.3, 3.4, 3.5, 3.6, 5.2}**

- Average arctic temperatures increased at almost twice the global average rate in the past 100 years. Arctic temperatures have high decadal variability, and a warm period was also observed from 1925 to 1945. {3.2}

- Satellite data since 1978 show that annual average arctic sea ice extent has shrunk by 2.7 [2.1 to 3.3]% per decade, with larger decreases in summer of 7.4 [5.0 to 9.8]% per decade. These values are consistent with those reported in the TAR. {4.4}

- Temperatures at the top of the permafrost layer have generally increased since the 1980s in the Arctic (by up to 3°C). The maximum area covered by seasonally frozen ground has decreased by about 7% in the Northern Hemisphere since 1900, with a decrease in spring of up to 15%. {4.7}

- Long-term trends from 1900 to 2005 have been observed in precipitation amount over many large regions.[11] Significantly increased precipitation has been observed in eastern parts of North and South America, northern Europe and northern and central Asia. Drying has been observed in the Sahel, the Mediterranean, southern Africa and parts of southern Asia. Precipitation is highly variable spatially and temporally, and data are limited in some regions. Long-term trends have not been observed for the other large regions assessed.[11] {3.3, 3.9}

- Changes in precipitation and evaporation over the oceans are suggested by freshening of mid- and high-latitude waters together with increased salinity in low-latitude waters. {5.2}

**Table SPM.1.** *Observed rate of sea level rise and estimated contributions from different sources.* {5.5, Table 5.3}

| Source of sea level rise | Rate of sea level rise (mm per year) | |
| --- | --- | --- |
| | 1961–2003 | 1993–2003 |
| Thermal expansion | 0.42 ± 0.12 | 1.6 ± 0.5 |
| Glaciers and ice caps | 0.50 ± 0.18 | 0.77 ± 0.22 |
| Greenland Ice Sheet | 0.05 ± 0.12 | 0.21 ± 0.07 |
| Antarctic Ice Sheet | 0.14 ± 0.41 | 0.21 ± 0.35 |
| Sum of individual climate contributions to sea level rise | 1.1 ± 0.5 | 2.8 ± 0.7 |
| Observed total sea level rise | 1.8 ± 0.5[a] | 3.1 ± 0.7[a] |
| Difference (Observed minus sum of estimated climate contributions) | 0.7 ± 0.7 | 0.3 ± 1.0 |

Table note:
[a] Data prior to 1993 are from tide gauges and after 1993 are from satellite altimetry.

[10] Tropical cyclones include hurricanes and typhoons.

[11] The assessed regions are those considered in the regional projections chapter of the TAR and in Chapter 11 of this report.

- Mid-latitude westerly winds have strengthened in both hemispheres since the 1960s. {3.5}

- More intense and longer droughts have been observed over wider areas since the 1970s, particularly in the tropics and subtropics. Increased drying linked with higher temperatures and decreased precipitation has contributed to changes in drought. Changes in sea surface temperatures, wind patterns and decreased snowpack and snow cover have also been linked to droughts. {3.3}

- The frequency of heavy precipitation events has increased over most land areas, consistent with warming and observed increases of atmospheric water vapour. {3.8, 3.9}

- Widespread changes in extreme temperatures have been observed over the last 50 years. Cold days, cold nights and frost have become less frequent, while hot days, hot nights and heat waves have become more frequent (see Table SPM.2). {3.8}

**Table SPM.2.** *Recent trends, assessment of human influence on the trend and projections for extreme weather events for which there is an observed late-20th century trend. {Tables 3.7, 3.8, 9.4; Sections 3.8, 5.5, 9.7, 11.2–11.9}*

| Phenomenon[a] and direction of trend | Likelihood that trend occurred in late 20th century (typically post 1960) | Likelihood of a human contribution to observed trend[b] | Likelihood of future trends based on projections for 21st century using SRES scenarios |
|---|---|---|---|
| Warmer and fewer cold days and nights over most land areas | *Very likely[c]* | *Likely[d]* | *Virtually certain[d]* |
| Warmer and more frequent hot days and nights over most land areas | *Very likely[e]* | *Likely (nights)[d]* | *Virtually certain[d]* |
| Warm spells/heat waves. Frequency increases over most land areas | *Likely* | *More likely than not[f]* | *Very likely* |
| Heavy precipitation events. Frequency (or proportion of total rainfall from heavy falls) increases over most areas | *Likely* | *More likely than not[f]* | *Very likely* |
| Area affected by droughts increases | *Likely* in many regions since 1970s | *More likely than not* | *Likely* |
| Intense tropical cyclone activity increases | *Likely* in some regions since 1970 | *More likely than not[f]* | *Likely* |
| Increased incidence of extreme high sea level (excludes tsunamis)[g] | *Likely* | *More likely than not[f,h]* | *Likely[i]* |

Table notes:
a  See Table 3.7 for further details regarding definitions.
b  See Table TS.4, Box TS.5 and Table 9.4.
c  Decreased frequency of cold days and nights (coldest 10%).
d  Warming of the most extreme days and nights each year.
e  Increased frequency of hot days and nights (hottest 10%).
f  Magnitude of anthropogenic contributions not assessed. Attribution for these phenomena based on expert judgement rather than formal attribution studies.
g  Extreme high sea level depends on average sea level and on regional weather systems. It is defined here as the highest 1% of hourly values of observed sea level at a station for a given reference period.
h  Changes in observed extreme high sea level closely follow the changes in average sea level. {5.5} It is *very likely* that anthropogenic activity contributed to a rise in average sea level. {9.5}
i  In all scenarios, the projected global average sea level at 2100 is higher than in the reference period. {10.6} The effect of changes in regional weather systems on sea level extremes has not been assessed.

- There is observational evidence for an increase in intense tropical cyclone activity in the North Atlantic since about 1970, correlated with increases of tropical sea surface temperatures. There are also suggestions of increased intense tropical cyclone activity in some other regions where concerns over data quality are greater. Multi-decadal variability and the quality of the tropical cyclone records prior to routine satellite observations in about 1970 complicate the detection of long-term trends in tropical cyclone activity. There is no clear trend in the annual numbers of tropical cyclones. {3.8}

> **Some aspects of climate have not been observed to change. {3.2, 3.8, 4.4, 5.3}**

- A decrease in diurnal temperature range (DTR) was reported in the TAR, but the data available then extended only from 1950 to 1993. Updated observations reveal that DTR has not changed from 1979 to 2004 as both day- and night-time temperature have risen at about the same rate. The trends are highly variable from one region to another. {3.2}

- Antarctic sea ice extent continues to show interannual variability and localised changes but no statistically significant average trends, consistent with the lack of warming reflected in atmospheric temperatures averaged across the region. {3.2, 4.4}

- There is insufficient evidence to determine whether trends exist in the meridional overturning circulation (MOC) of the global ocean or in small-scale phenomena such as tornadoes, hail, lightning and dust-storms. {3.8, 5.3}

## A Palaeoclimatic Perspective

*Palaeoclimatic studies use changes in climatically sensitive indicators to infer past changes in global climate on time scales ranging from decades to millions of years. Such proxy data (e.g., tree ring width) may be influenced by both local temperature and other factors such as precipitation, and are often representative of particular seasons rather than full years. Studies since the TAR draw increased confidence from additional data showing coherent behaviour across multiple indicators in different parts of the world. However, uncertainties generally increase with time into the past due to increasingly limited spatial coverage.*

> **Palaeoclimatic information supports the interpretation that the warmth of the last half century is unusual in at least the previous 1,300 years. The last time the polar regions were significantly warmer than present for an extended period (about 125,000 years ago), reductions in polar ice volume led to 4 to 6 m of sea level rise. {6.4, 6.6}**

- Average Northern Hemisphere temperatures during the second half of the 20th century were *very likely* higher than during any other 50-year period in the last 500 years and *likely* the highest in at least the past 1,300 years. Some recent studies indicate greater variability in Northern Hemisphere temperatures than suggested in the TAR, particularly finding that cooler periods existed in the 12th to 14th, 17th and 19th centuries. Warmer periods prior to the 20th century are within the uncertainty range given in the TAR. {6.6}

- Global average sea level in the last interglacial period (about 125,000 years ago) was *likely* 4 to 6 m higher than during the 20th century, mainly due to the retreat of polar ice. Ice core data indicate that average polar temperatures at that time were 3°C to 5°C higher than present, because of differences in the Earth's orbit. The Greenland Ice Sheet and other arctic ice fields *likely* contributed no more than 4 m of the observed sea level rise. There may also have been a contribution from Antarctica. {6.4}

## Understanding and Attributing Climate Change

*This assessment considers longer and improved records, an expanded range of observations and improvements in the simulation of many aspects of climate and its variability based on studies since the TAR. It also considers the results of new attribution studies that have evaluated whether observed changes are quantitatively consistent with the expected response to external forcings and inconsistent with alternative physically plausible explanations.*

**Most of the observed increase in global average temperatures since the mid-20th century is *very likely* due to the observed increase in anthropogenic greenhouse gas concentrations.[12] This is an advance since the TAR's conclusion that "most of the observed warming over the last 50 years is *likely* to have been due to the increase in greenhouse gas concentrations". Discernible human influences now extend to other aspects of climate, including ocean warming, continental-average temperatures, temperature extremes and wind patterns (see Figure SPM.4 and Table SPM.2). {9.4, 9.5}**

- It is *likely* that increases in greenhouse gas concentrations alone would have caused more warming than observed because volcanic and anthropogenic aerosols have offset some warming that would otherwise have taken place. {2.9, 7.5, 9.4}

- The observed widespread warming of the atmosphere and ocean, together with ice mass loss, support the conclusion that it is *extremely unlikely* that global climate change of the past 50 years can be explained without external forcing, and *very likely* that it is not due to known natural causes alone. {4.8, 5.2, 9.4, 9.5, 9.7}

- Warming of the climate system has been detected in changes of surface and atmospheric temperatures in the upper several hundred metres of the ocean, and in contributions to sea level rise. Attribution studies have established anthropogenic contributions to all of these changes. The observed pattern of tropospheric warming and stratospheric cooling is *very likely* due to the combined influences of greenhouse gas increases and stratospheric ozone depletion. {3.2, 3.4, 9.4, 9.5}

- It is *likely* that there has been significant anthropogenic warming over the past 50 years averaged over each continent except Antarctica (see Figure SPM.4). The observed patterns of warming, including greater warming over land than over the ocean, and their changes over time, are only simulated by models that include anthropogenic forcing. The ability of coupled climate models to simulate the observed temperature evolution on each of six continents provides stronger evidence of human influence on climate than was available in the TAR. {3.2, 9.4}

- Difficulties remain in reliably simulating and attributing observed temperature changes at smaller scales. On these scales, natural climate variability is relatively larger, making it harder to distinguish changes expected due to external forcings. Uncertainties in local forcings and feedbacks also make it difficult to estimate the contribution of greenhouse gas increases to observed small-scale temperature changes. {8.3, 9.4}

- Anthropogenic forcing is *likely* to have contributed to changes in wind patterns,[13] affecting extra-tropical storm tracks and temperature patterns in both hemispheres. However, the observed changes in the Northern Hemisphere circulation are larger than simulated in response to 20th-century forcing change. {3.5, 3.6, 9.5, 10.3}

- Temperatures of the most extreme hot nights, cold nights and cold days are *likely* to have increased due to anthropogenic forcing. It is *more likely than not* that anthropogenic forcing has increased the risk of heat waves (see Table SPM.2). {9.4}

---

[12] Consideration of remaining uncertainty is based on current methodologies.

[13] In particular, the Southern and Northern Annular Modes and related changes in the North Atlantic Oscillation. {3.6, 9.5, Box TS.2}

GLOBAL AND CONTINENTAL TEMPERATURE CHANGE



Figure SPM.4. *Comparison of observed continental- and global-scale changes in surface temperature with results simulated by climate models using natural and anthropogenic forcings. Decadal averages of observations are shown for the period 1906 to 2005 (black line) plotted against the centre of the decade and relative to the corresponding average for 1901–1950. Lines are dashed where spatial coverage is less than 50%. Blue shaded bands show the 5–95% range for 19 simulations from five climate models using only the natural forcings due to solar activity and volcanoes. Red shaded bands show the 5–95% range for 58 simulations from 14 climate models using both natural and anthropogenic forcings. {FAQ 9.2, Figure 1}*

Analysis of climate models together with constraints from observations enables an assessed *likely* range to be given for climate sensitivity for the first time and provides increased confidence in the understanding of the climate system response to radiative forcing. {6.6, 8.6, 9.6, Box 10.2}

- The equilibrium climate sensitivity is a measure of the climate system response to sustained radiative forcing. It is not a projection but is defined as the global average surface warming following a doubling of carbon dioxide concentrations. It is *likely* to be in the range 2°C to 4.5°C with a best estimate of about 3°C, and is *very unlikely* to be less than 1.5°C. Values substantially higher than 4.5°C cannot be excluded, but agreement of models with observations is not as good for those values. Water vapour changes represent the largest feedback affecting climate sensitivity and are now better understood than in the TAR. Cloud feedbacks remain the largest source of uncertainty. {8.6, 9.6, Box 10.2}

- It is *very unlikely* that climate changes of at least the seven centuries prior to 1950 were due to variability generated within the climate system alone. A significant fraction of the reconstructed Northern Hemisphere inter-decadal temperature variability over those centuries is *very likely* attributable to volcanic eruptions and changes in solar irradiance, and it is *likely* that anthropogenic forcing contributed to the early 20th-century warming evident in these records. {2.7, 2.8, 6.6, 9.3}

## Projections of Future Changes in Climate

*A major advance of this assessment of climate change projections compared with the TAR is the large number of simulations available from a broader range of models. Taken together with additional information from observations, these provide a quantitative basis for estimating likelihoods for many aspects of future climate change. Model simulations cover a range of possible futures including idealised emission or concentration assumptions. These include SRES[14] illustrative marker scenarios for the 2000 to 2100 period and model experiments with greenhouse gases and aerosol concentrations held constant after year 2000 or 2100.*

For the next two decades, a warming of about 0.2°C per decade is projected for a range of SRES emission scenarios. Even if the concentrations of all greenhouse gases and aerosols had been kept constant at year 2000 levels, a further warming of about 0.1°C per decade would be expected. {10.3, 10.7}

- Since IPCC's first report in 1990, assessed projections have suggested global average temperature increases between about 0.15°C and 0.3°C per decade for 1990 to 2005. This can now be compared with observed values of about 0.2°C per decade, strengthening confidence in near-term projections. {1.2, 3.2}

- Model experiments show that even if all radiative forcing agents were held constant at year 2000 levels, a further warming trend would occur in the next two decades at a rate of about 0.1°C per decade, due mainly to the slow response of the oceans. About twice as much warming (0.2°C per decade) would be expected if emissions are within the range of the SRES scenarios. Best-estimate projections from models indicate that decadal average warming over each inhabited continent by 2030 is insensitive to the choice among SRES scenarios and is *very likely* to be at least twice as large as the corresponding model-estimated natural variability during the 20th century. {9.4, 10.3, 10.5, 11.2–11.7, Figure TS-29}

---

[14] SRES refers to the *IPCC Special Report on Emission Scenarios* (2000). The SRES scenario families and illustrative cases, which did not include additional climate initiatives, are summarised in a box at the end of this Summary for Policymakers. Approximate carbon dioxide equivalent concentrations corresponding to the computed radiative forcing due to anthropogenic greenhouse gases and aerosols in 2100 (see p. 823 of the TAR) for the SRES B1, A1T, B2, A1B, A2 and A1FI illustrative marker scenarios are about 600, 700, 800, 850, 1250 and 1,550 ppm respectively. Scenarios B1, A1B and A2 have been the focus of model intercomparison studies and many of those results are assessed in this report.

> **Continued greenhouse gas emissions at or above current rates would cause further warming and induce many changes in the global climate system during the 21st century that would *very likely* be larger than those observed during the 20th century. {10.3}**

- Advances in climate change modelling now enable best estimates and *likely* assessed uncertainty ranges to be given for projected warming for different emission scenarios. Results for different emission scenarios are provided explicitly in this report to avoid loss of this policy-relevant information. Projected global average surface warmings for the end of the 21st century (2090–2099) relative to 1980–1999 are shown in Table SPM.3. These illustrate the differences between lower and higher SRES emission scenarios, and the projected warming uncertainty associated with these scenarios. {10.5}

- Best estimates and *likely* ranges for global average surface air warming for six SRES emissions marker scenarios are given in this assessment and are shown in Table SPM.3. For example, the best estimate for the low scenario (B1) is 1.8°C (*likely* range is 1.1°C to 2.9°C), and the best estimate for the high scenario

(A1FI) is 4.0°C (*likely* range is 2.4°C to 6.4°C). Although these projections are broadly consistent with the span quoted in the TAR (1.4°C to 5.8°C), they are not directly comparable (see Figure SPM.5). The Fourth Assessment Report is more advanced as it provides best estimates and an assessed likelihood range for each of the marker scenarios. The new assessment of the *likely* ranges now relies on a larger number of climate models of increasing complexity and realism, as well as new information regarding the nature of feedbacks from the carbon cycle and constraints on climate response from observations. {10.5}

- Warming tends to reduce land and ocean uptake of atmospheric carbon dioxide, increasing the fraction of anthropogenic emissions that remains in the atmosphere. For the A2 scenario, for example, the climate-carbon cycle feedback increases the corresponding global average warming at 2100 by more than 1°C. Assessed upper ranges for temperature projections are larger than in the TAR (see Table SPM.3) mainly because the broader range of models now available suggests stronger climate-carbon cycle feedbacks. {7.3, 10.5}

- Model-based projections of global average sea level rise at the end of the 21st century (2090–2099) are shown in Table SPM.3. For each scenario, the midpoint of the range in Table SPM.3 is within 10% of the

**Table SPM.3.** *Projected global average surface warming and sea level rise at the end of the 21st century.* {10.5, 10.6, Table 10.7}

| Case | Temperature Change (°C at 2090-2099 relative to 1980-1999)[a] | | Sea Level Rise (m at 2090-2099 relative to 1980-1999) |
|---|---|---|---|
| | Best estimate | *Likely* range | Model-based range excluding future rapid dynamical changes in ice flow |
| Constant Year 2000 concentrations[b] | 0.6 | 0.3 – 0.9 | NA |
| B1 scenario | 1.8 | 1.1 – 2.9 | 0.18 – 0.38 |
| A1T scenario | 2.4 | 1.4 – 3.8 | 0.20 – 0.45 |
| B2 scenario | 2.4 | 1.4 – 3.8 | 0.20 – 0.43 |
| A1B scenario | 2.8 | 1.7 – 4.4 | 0.21 – 0.48 |
| A2 scenario | 3.4 | 2.0 – 5.4 | 0.23 – 0.51 |
| A1FI scenario | 4.0 | 2.4 – 6.4 | 0.26 – 0.59 |

Table notes:
[a] These estimates are assessed from a hierarchy of models that encompass a simple climate model, several Earth System Models of Intermediate Complexity and a large number of Atmosphere-Ocean General Circulation Models (AOGCMs).
[b] Year 2000 constant composition is derived from AOGCMs only.



**MULTI-MODEL AVERAGES AND ASSESSED RANGES FOR SURFACE WARMING**

**Figure SPM.5.** *Solid lines are multi-model global averages of surface warming (relative to 1980–1999) for the scenarios A2, A1B and B1, shown as continuations of the 20th century simulations. Shading denotes the ±1 standard deviation range of individual model annual averages. The orange line is for the experiment where concentrations were held constant at year 2000 values. The grey bars at right indicate the best estimate (solid line within each bar) and the **likely** range assessed for the six SRES marker scenarios. The assessment of the best estimate and **likely** ranges in the grey bars includes the AOGCMs in the left part of the figure, as well as results from a hierarchy of independent models and observational constraints.  {Figures 10.4 and 10.29}*

TAR model average for 2090–2099. The ranges are narrower than in the TAR mainly because of improved information about some uncertainties in the projected contributions.[15] {10.6}

- Models used to date do not include uncertainties in climate-carbon cycle feedback nor do they include the full effects of changes in ice sheet flow, because a basis in published literature is lacking. The projections include a contribution due to increased ice flow from Greenland and Antarctica at the rates observed for 1993 to 2003, but these flow rates could increase or decrease in the future. For example, if this contribution were to grow linearly with global average temperature change,

the upper ranges of sea level rise for SRES scenarios shown in Table SPM.3 would increase by 0.1 to 0.2 m. Larger values cannot be excluded, but understanding of these effects is too limited to assess their likelihood or provide a best estimate or an upper bound for sea level rise. {10.6}

- Increasing atmospheric carbon dioxide concentrations lead to increasing acidification of the ocean. Projections based on SRES scenarios give reductions in average global surface ocean pH[16] of between 0.14 and 0.35 units over the 21st century, adding to the present decrease of 0.1 units since pre-industrial times. {5.4, Box 7.3, 10.4}

---

[15] TAR projections were made for 2100, whereas projections in this report are for 2090–2099. The TAR would have had similar ranges to those in Table SPM.3 if it had treated the uncertainties in the same way.

[16] Decreases in pH correspond to increases in acidity of a solution. See Glossary for further details.

> **There is now higher confidence in projected patterns of warming and other regional-scale features, including changes in wind patterns, precipitation and some aspects of extremes and of ice. {8.2, 8.3, 8.4, 8.5, 9.4, 9.5, 10.3, 11.1}**

- Projected warming in the 21st century shows scenario-independent geographical patterns similar to those observed over the past several decades. Warming is expected to be greatest over land and at most high northern latitudes, and least over the Southern Ocean and parts of the North Atlantic Ocean (see Figure SPM.6). {10.3}

- Snow cover is projected to contract. Widespread increases in thaw depth are projected over most permafrost regions. {10.3, 10.6}

- Sea ice is projected to shrink in both the Arctic and Antarctic under all SRES scenarios. In some projections, arctic late-summer sea ice disappears almost entirely by the latter part of the 21st century. {10.3}

- It is *very likely* that hot extremes, heat waves and heavy precipitation events will continue to become more frequent. {10.3}

- Based on a range of models, it is *likely* that future tropical cyclones (typhoons and hurricanes) will become more intense, with larger peak wind speeds and more heavy precipitation associated with ongoing increases of tropical sea surface temperatures. There is less confidence in projections of a global decrease in numbers of tropical cyclones. The apparent increase in the proportion of very intense storms since 1970 in some regions is much larger than simulated by current models for that period. {9.5, 10.3, 3.8}

## PROJECTIONS OF SURFACE TEMPERATURES



**Figure SPM.6.** *Projected surface temperature changes for the early and late 21st century relative to the period 1980–1999. The central and right panels show the AOGCM multi-model average projections for the B1 (top), A1B (middle) and A2 (bottom) SRES scenarios averaged over the decades 2020–2029 (centre) and 2090–2099 (right). The left panels show corresponding uncertainties as the relative probabilities of estimated global average warming from several different AOGCM and Earth System Model of Intermediate Complexity studies for the same periods. Some studies present results only for a subset of the SRES scenarios, or for various model versions. Therefore the difference in the number of curves shown in the left-hand panels is due only to differences in the availability of results. {Figures 10.8 and 10.28}*

**PROJECTED PATTERNS OF PRECIPITATION CHANGES**



**Figure SPM.7.** *Relative changes in precipitation (in percent) for the period 2090–2099, relative to 1980–1999. Values are multi-model averages based on the SRES A1B scenario for December to February (left) and June to August (right). White areas are where less than 66% of the models agree in the sign of the change and stippled areas are where more than 90% of the models agree in the sign of the change. {Figure 10.9}*

- Extratropical storm tracks are projected to move poleward, with consequent changes in wind, precipitation and temperature patterns, continuing the broad pattern of observed trends over the last half-century. {3.6, 10.3}

- Since the TAR, there is an improving understanding of projected patterns of precipitation. Increases in the amount of precipitation are *very likely* in high latitudes, while decreases are *likely* in most subtropical land regions (by as much as about 20% in the A1B scenario in 2100, see Figure SPM.7), continuing observed patterns in recent trends. {3.3, 8.3, 9.5, 10.3, 11.2 to 11.9}

- Based on current model simulations, it is *very likely* that the meridional overturning circulation (MOC) of the Atlantic Ocean will slow down during the 21st century. The multi-model average reduction by 2100 is 25% (range from zero to about 50%) for SRES emission scenario A1B. Temperatures in the Atlantic region are projected to increase despite such changes due to the much larger warming associated with projected increases in greenhouse gases. It is *very unlikely* that the MOC will undergo a large abrupt transition during the 21st century. Longer-term changes in the MOC cannot be assessed with confidence. {10.3, 10.7}

**Anthropogenic warming and sea level rise would continue for centuries due to the time scales associated with climate processes and feedbacks, even if greenhouse gas concentrations were to be stabilised. {10.4, 10.5, 10.7}**

- Climate-carbon cycle coupling is expected to add carbon dioxide to the atmosphere as the climate system warms, but the magnitude of this feedback is uncertain. This increases the uncertainty in the trajectory of carbon dioxide emissions required to achieve a particular stabilisation level of atmospheric carbon dioxide concentration. Based on current understanding of climate-carbon cycle feedback, model studies suggest that to stabilise at 450 ppm carbon dioxide could require that cumulative emissions over the 21st century be reduced from an average of approximately 670 [630 to 710] GtC (2460 [2310 to 2600] $GtCO_2$) to approximately 490 [375 to 600] GtC (1800 [1370 to 2200] $GtCO_2$). Similarly, to stabilise at 1000 ppm, this feedback could require that cumulative emissions be reduced from a model average of approximately 1415 [1340 to 1490] GtC (5190 [4910 to 5460] $GtCO_2$) to approximately 1100 [980 to 1250] GtC (4030 [3590 to 4580] $GtCO_2$). {7.3, 10.4}

- If radiative forcing were to be stabilised in 2100 at B1 or A1B levels[14] a further increase in global average temperature of about 0.5°C would still be expected, mostly by 2200. {10.7}

- If radiative forcing were to be stabilised in 2100 at A1B levels[14], thermal expansion alone would lead to 0.3 to 0.8 m of sea level rise by 2300 (relative to 1980–1999). Thermal expansion would continue for many centuries, due to the time required to transport heat into the deep ocean. {10.7}

- Contraction of the Greenland Ice Sheet is projected to continue to contribute to sea level rise after 2100. Current models suggest that ice mass losses increase with temperature more rapidly than gains due to precipitation and that the surface mass balance becomes negative at a global average warming (relative to pre-industrial values) in excess of 1.9°C to 4.6°C. If a negative surface mass balance were sustained for millennia, that would lead to virtually complete elimination of the Greenland Ice Sheet and a resulting contribution to sea level rise of about 7 m. The corresponding future temperatures in Greenland are comparable to those inferred for the last interglacial period 125,000 years ago, when palaeoclimatic information suggests reductions of polar land ice extent and 4 to 6 m of sea level rise. {6.4, 10.7}

- Dynamical processes related to ice flow not included in current models but suggested by recent observations could increase the vulnerability of the ice sheets to warming, increasing future sea level rise. Understanding of these processes is limited and there is no consensus on their magnitude. {4.6, 10.7}

- Current global model studies project that the Antarctic Ice Sheet will remain too cold for widespread surface melting and is expected to gain in mass due to increased snowfall. However, net loss of ice mass could occur if dynamical ice discharge dominates the ice sheet mass balance. {10.7}

- Both past and future anthropogenic carbon dioxide emissions will continue to contribute to warming and sea level rise for more than a millennium, due to the time scales required for removal of this gas from the atmosphere. {7.3, 10.3}

### THE EMISSION SCENARIOS OF THE IPCC SPECIAL REPORT ON EMISSION SCENARIOS (SRES)[17]

**A1.** The A1 storyline and scenario family describes a future world of very rapid economic growth, global population that peaks in mid-century and declines thereafter, and the rapid introduction of new and more efficient technologies. Major underlying themes are convergence among regions, capacity building and increased cultural and social interactions, with a substantial reduction in regional differences in per capita income. The A1 scenario family develops into three groups that describe alternative directions of technological change in the energy system. The three A1 groups are distinguished by their technological emphasis: fossil-intensive (A1FI), non-fossil energy sources (A1T) or a balance across all sources (A1B) (where balanced is defined as not relying too heavily on one particular energy source, on the assumption that similar improvement rates apply to all energy supply and end use technologies).

**A2.** The A2 storyline and scenario family describes a very heterogeneous world. The underlying theme is self-reliance and preservation of local identities. Fertility patterns across regions converge very slowly, which results in continuously increasing population. Economic development is primarily regionally oriented and per capita economic growth and technological change more fragmented and slower than other storylines.

**B1.** The B1 storyline and scenario family describes a convergent world with the same global population, that peaks in mid-century and declines thereafter, as in the A1 storyline, but with rapid change in economic structures toward a service and information economy, with reductions in material intensity and the introduction of clean and resource-efficient technologies. The emphasis is on global solutions to economic, social and environmental sustainability, including improved equity, but without additional climate initiatives.

**B2.** The B2 storyline and scenario family describes a world in which the emphasis is on local solutions to economic, social and environmental sustainability. It is a world with continuously increasing global population, at a rate lower than A2, intermediate levels of economic development, and less rapid and more diverse technological change than in the B1 and A1 storylines. While the scenario is also oriented towards environmental protection and social equity, it focuses on local and regional levels.

An illustrative scenario was chosen for each of the six scenario groups A1B, A1FI, A1T, A2, B1 and B2. All should be considered equally sound.

The SRES scenarios do not include additional climate initiatives, which means that no scenarios are included that explicitly assume implementation of the United Nations Framework Convention on Climate Change or the emissions targets of the Kyoto Protocol.

[17] Emission scenarios are not assessed in this Working Group I Report of the IPCC. This box summarising the SRES scenarios is taken from the TAR and has been subject to prior line-by-line approval by the Panel.

# A report accepted by Working Group I of the Intergovernmental Panel on Climate Change but not approved in detail

"Acceptance" of IPCC Reports at a Session of the Working Group or Panel signifies that the material has not been subject to line-by-line discussion and agreement, but nevertheless presents a comprehensive, objective and balanced view of the subject matter.

# Technical Summary

**Coordinating Lead Authors:**

Susan Solomon (USA), Dahe Qin (China), Martin Manning (USA, New Zealand)

**Lead Authors:**

Richard B. Alley (USA), Terje Berntsen (Norway), Nathaniel L. Bindoff (Australia), Zhenlin Chen (China), Amnat Chidthaisong (Thailand), Jonathan M. Gregory (UK), Gabriele C. Hegerl (USA, Germany), Martin Heimann (Germany, Switzerland), Bruce Hewitson (South Africa), Brian J. Hoskins (UK), Fortunat Joos (Switzerland), Jean Jouzel (France), Vladimir Kattsov (Russia), Ulrike Lohmann (Switzerland), Taroh Matsuno (Japan), Mario Molina (USA, Mexico), Neville Nicholls (Australia), Jonathan Overpeck (USA), Graciela Raga (Mexico, Argentina), Venkatachalam Ramaswamy (USA), Jiawen Ren (China), Matilde Rusticucci (Argentina), Richard Somerville (USA), Thomas F. Stocker (Switzerland), Ronald J. Stouffer (USA), Penny Whetton (Australia), Richard A. Wood (UK), David Wratt (New Zealand)

**Contributing Authors:**

J. Arblaster (USA, Australia), G. Brasseur (USA, Germany), J.H. Christensen (Denmark), K.L. Denman (Canada), D.W. Fahey (USA), P. Forster (UK), J. Haywood (UK), E. Jansen (Norway), P.D. Jones (UK), R. Knutti (Switzerland), H. Le Treut (France), P. Lemke (Germany), G. Meehl (USA), D. Randall (USA), D.A. Stone (UK, Canada), K.E. Trenberth (USA), J. Willebrand (Germany), F. Zwiers (Canada)

**Review Editors:**

Kansri Boonpragob (Thailand), Filippo Giorgi (Italy), Bubu Pateh Jallow (The Gambia)

**This Technical Summary should be cited as:**

Solomon, S., D. Qin, M. Manning, R.B. Alley, T. Berntsen, N.L. Bindoff, Z. Chen, A. Chidthaisong, J.M. Gregory, G.C. Hegerl, M. Heimann, B. Hewitson, B.J. Hoskins, F. Joos, J. Jouzel, V. Kattsov, U. Lohmann, T. Matsuno, M. Molina, N. Nicholls, J. Overpeck, G. Raga, V. Ramaswamy, J. Ren, M. Rusticucci, R. Somerville, T.F. Stocker, P. Whetton, R.A. Wood and D. Wratt, 2007: Technical Summary. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Table of Contents

**TS.1    Introduction** ................................................. 21

**TS.2    Changes in Human and Natural Drivers of Climate** ........................... 21

Box TS.1: Treatment of Uncertainties in the Working Group I Assessment .............. 22

TS.2.1    Greenhouse Gases ................................... 23

TS.2.2    Aerosols ................................................. 29

TS.2.3    Aviation Contrails and Cirrus, Land Use and Other Effects .............................. 30

TS.2.4    Radiative Forcing Due to Solar Activity and Volcanic Eruptions .............. 30

TS.2.5    Net Global Radiative Forcing, Global Warming Potentials and Patterns of Forcing ................................. 31

TS 2.6    Surface Forcing and the Hydrologic Cycle ....................................... 35

**TS.3    Observations of Changes in Climate** ................................................. 35

TS.3.1    Atmospheric Changes: Instrumental Record ................................. 35

Box TS.2: Patterns (Modes) of Climate Variability ............................................. 39

TS.3.2    Changes in the Cryosphere: Instrumental Record ................................. 43

Box TS.3: Ice Sheet Dynamics and Stability .............. 44

TS.3.3    Changes in the Ocean: Instrumental Record ................................. 47

Box TS.4: Sea Level ................................................. 51

TS.3.4    Consistency Among Observations ........... 51

Box TS.5: Extreme Weather Events .......................... 53

TS.3.5    A Palaeoclimatic Perspective .................. 54

Box TS.6: Orbital Forcing ......................................... 56

**TS.4    Understanding and Attributing Climate Change** ........................... 58

TS.4.1    Advances in Attribution of Changes in Global-Scale Temperature in the Instrumental Period: Atmosphere, Ocean and Ice ................................. 58

Box TS.7: Evaluation of Atmosphere-Ocean General Circulation Models ....................... 59

TS.4.2    Attribution of Spatial and Temporal Changes in Temperature .......................... 62

TS.4.3    Attribution of Changes in Circulation, Precipitation and Other Climate Variables .............................. 64

TS.4.4    Palaeoclimate Studies of Attribution ................................................. 64

TS.4.5    Climate Response to Radiative Forcing ................................................. 64

**TS.5    Projections of Future Changes in Climate** ................................................. 66

Box TS.8: Hierarchy of Global Climate Models ........... 67

TS.5.1    Understanding Near-Term Climate Change ....................................... 68

Box TS.9: Committed Climate Change ..................... 68

TS.5.2    Large-Scale Projections for the 21st Century ............................................. 69

TS.5.3    Regional-Scale Projections ...................... 74

Box TS.10: Regional Downscaling ............................ 74

TS.5.4    Coupling Between Climate Change and Changes in Biogeochemical Cycles .................................................... 77

TS.5.5    Implications of Climate Processes and their Time Scales for Long-Term Projections .......................................... 79

**TS.6    Robust Findings and Key Uncertainties** ................................................. 81

TS.6.1    Changes in Human and Natural Drivers of Climate ..................................... 81

TS.6.2    Observations of Changes in Climate ........ 82

TS.6.3    Understanding and Attributing Climate Change ....................................... 86

TS.6.4    Projections of Future Changes in Climate ................................................. 87

## TS.1   Introduction

In the six years since the IPCC's Third Assessment Report (TAR), significant progress has been made in understanding past and recent climate change and in projecting future changes. These advances have arisen from large amounts of new data, more sophisticated analyses of data, improvements in the understanding and simulation of physical processes in climate models and more extensive exploration of uncertainty ranges in model results. The increased confidence in climate science provided by these developments is evident in this Working Group I contribution to the IPCC's Fourth Assessment Report.

While this report provides new and important policy-relevant information on the scientific understanding of climate change, the complexity of the climate system and the multiple interactions that determine its behaviour impose limitations on our ability to understand fully the future course of Earth's global climate. There is still an incomplete physical understanding of many components of the climate system and their role in climate change. Key uncertainties include aspects of the roles played by clouds, the cryosphere, the oceans, land use and couplings between climate and biogeochemical cycles. The areas of science covered in this report continue to undergo rapid progress and it should be recognised that the present assessment reflects scientific understanding based on the peer-reviewed literature available in mid-2006.

The key findings of the IPCC Working Group I assessment are presented in the Summary for Policymakers. This Technical Summary provides a more detailed overview of the scientific basis for those findings and provides a road map to the chapters of the underlying report. It focuses on key findings, highlighting what is new since the TAR. The structure of the Technical Summary is as follows:

• Section 2: an overview of current scientific understanding of the natural and anthropogenic drivers of changes in climate;
• Section 3: an overview of observed changes in the climate system (including the atmosphere, oceans and cryosphere) and their relationships to physical processes;
• Section 4: an overview of explanations of observed climate changes based on climate models and physical understanding, the extent to which climate change can be attributed to specific causes and a new evaluation of climate sensitivity to greenhouse gas increases;
• Section 5: an overview of projections for both near- and far-term climate changes including the time scales of responses to changes in forcing, and probabilistic information about future climate change; and
• Section 6: a summary of the most robust findings and the key uncertainties in current understanding of physical climate change science.

Each paragraph in the Technical Summary reporting substantive results is followed by a reference in curly brackets to the corresponding chapter section(s) of the underlying report where the detailed assessment of the scientific literature and additional information can be found.

## TS.2   Changes in Human and Natural Drivers of Climate

The Earth's global mean climate is determined by incoming energy from the Sun and by the properties of the Earth and its atmosphere, namely the reflection, absorption and emission of energy within the atmosphere and at the surface. Although changes in received solar energy (e.g., caused by variations in the Earth's orbit around the Sun) inevitably affect the Earth's energy budget, the properties of the atmosphere and surface are also important and these may be affected by climate feedbacks. The importance of climate feedbacks is evident in the nature of past climate changes as recorded in ice cores up to 650,000 years old.

Changes have occurred in several aspects of the atmosphere and surface that alter the global energy budget of the Earth and can therefore cause the climate to change. Among these are increases in greenhouse gas concentrations that act primarily to increase the atmospheric absorption of outgoing radiation, and increases in aerosols (microscopic airborne particles or droplets) that act to reflect and absorb incoming solar radiation and change cloud radiative properties. Such changes cause a radiative forcing of the climate system.[1] Forcing agents can differ considerably from one another in terms of the magnitudes of forcing, as well as spatial and temporal features. Positive and negative radiative forcings contribute to increases and decreases, respectively, in

---

[1] 'Radiative forcing' is a measure of the influence a factor has in altering the balance of incoming and outgoing energy in the Earth-atmosphere system and is an index of the importance of the factor as a potential climate change mechanism. Positive forcing tends to warm the surface while negative forcing tends to cool it. In this report, radiative forcing values are for changes relative to a pre-industrial background at 1750, are expressed in Watts per square metre (W m$^{-2}$) and, unless otherwise noted, refer to a global and annual average value. See Glossary for further details.

## Box TS.1: Treatment of Uncertainties in the Working Group I Assessment

The importance of consistent and transparent treatment of uncertainties is clearly recognised by the IPCC in preparing its assessments of climate change. The increasing attention given to formal treatments of uncertainty in previous assessments is addressed in Section 1.6. To promote consistency in the general treatment of uncertainty across all three Working Groups, authors of the Fourth Assessment Report have been asked to follow a brief set of guidance notes on determining and describing uncertainties in the context of an assessment.[2] This box summarises the way that Working Group I has applied those guidelines and covers some aspects of the treatment of uncertainty specific to material assessed here.

Uncertainties can be classified in several different ways according to their origin. Two primary types are 'value uncertainties' and 'structural uncertainties'. Value uncertainties arise from the incomplete determination of particular values or results, for example, when data are inaccurate or not fully representative of the phenomenon of interest. Structural uncertainties arise from an incomplete understanding of the processes that control particular values or results, for example, when the conceptual framework or model used for analysis does not include all the relevant processes or relationships. Value uncertainties are generally estimated using statistical techniques and expressed probabilistically. Structural uncertainties are generally described by giving the authors' collective judgment of their confidence in the correctness of a result. In both cases, estimating uncertainties is intrinsically about describing the limits to knowledge and for this reason involves expert judgment about the state of that knowledge. A different type of uncertainty arises in systems that are either chaotic or not fully deterministic in nature and this also limits our ability to project all aspects of climate change.

The scientific literature assessed here uses a variety of other generic ways of categorising uncertainties. Uncertainties associated with 'random errors' have the characteristic of decreasing as additional measurements are accumulated, whereas those associated with 'systematic errors' do not. In dealing with climate records, considerable attention has been given to the identification of systematic errors or unintended biases arising from data sampling issues and methods of analysing and combining data. Specialised statistical methods based on quantitative analysis have been developed for the detection and attribution of climate change and for producing probabilistic projections of future climate parameters. These are summarised in the relevant chapters.

The uncertainty guidance provided for the Fourth Assessment Report draws, for the first time, a careful distinction between levels of confidence in scientific understanding and the likelihoods of specific results. This allows authors to express high confidence that an event is extremely unlikely (e.g., rolling a dice twice and getting a six both times), as well as high confidence that an event is about as likely as not (e.g., a tossed coin coming up heads). Confidence and likelihood as used here are distinct concepts but are often linked in practice.

The standard terms used to define levels of confidence in this report are as given in the IPCC Uncertainty Guidance Note, namely:

| Confidence Terminology | Degree of confidence in being correct |
|---|---|
| Very high confidence | At least 9 out of 10 chance |
| High confidence | About 8 out of 10 chance |
| Medium confidence | About 5 out of 10 chance |
| Low confidence | About 2 out of 10 chance |
| Very low confidence | Less than 1 out of 10 chance |

Note that 'low confidence' and 'very low confidence' are only used for areas of major concern and where a risk-based perspective is justified.

Chapter 2 of this report uses a related term 'level of scientific understanding' when describing uncertainties in different contributions to radiative forcing. This terminology is used for consistency with the Third Assessment Report, and the basis on which the authors have determined particular levels of scientific understanding uses a combination of approaches consistent with the uncertainty guidance note as explained in detail in Section 2.9.2 and Table 2.11.

*(continued)*

---

[2]  The IPCC Uncertainty Guidance Note is included in Supplementary Material for this report.

The standard terms used in this report to define the likelihood of an outcome or result where this can be estimated probabilistically are:

| Likelihood Terminology | Likelihood of the occurrence/ outcome |
|---|---|
| *Virtually certain* | > 99% probability |
| *Extremely likely* | > 95% probability |
| *Very likely* | > 90% probability |
| *Likely* | > 66% probability |
| *More likely than not* | > 50% probability |
| *About as likely as not* | 33 to 66% probability |
| *Unlikely* | < 33% probability |
| *Very unlikely* | < 10% probability |
| *Extremely unlikely* | < 5% probability |
| *Exceptionally unlikely* | < 1% probability |

The terms 'extremely likely', 'extremely unlikely' and 'more likely than not' as defined above have been added to those given in the IPCC Uncertainty Guidance Note in order to provide a more specific assessment of aspects including attribution and radiative forcing.

Unless noted otherwise, values given in this report are assessed best estimates and their uncertainty ranges are 90% confidence intervals (i.e., there is an estimated 5% likelihood of the value being below the lower end of the range or above the upper end of the range). Note that in some cases the nature of the constraints on a value, or other information available, may indicate an asymmetric distribution of the uncertainty range around a best estimate. In such cases, the uncertainty range is given in square brackets following the best estimate.

global average surface temperature. This section updates the understanding of estimated anthropogenic and natural radiative forcings.

The overall response of global climate to radiative forcing is complex due to a number of positive and negative feedbacks that can have a strong influence on the climate system (see e.g., Sections 4.5 and 5.4). Although water vapour is a strong greenhouse gas, its concentration in the atmosphere changes in response to changes in surface climate and this must be treated as a feedback effect and not as a radiative forcing. This section also summarises changes in the surface energy budget and its links to the hydrological cycle. Insights into the effects of agents such as aerosols on precipitation are also noted.

## TS.2.1   Greenhouse Gases

The dominant factor in the radiative forcing of climate in the industrial era is the increasing concentration of various greenhouse gases in the atmosphere. Several of the major greenhouse gases occur naturally but increases in their atmospheric concentrations over the last 250 years are due largely to human activities. Other greenhouse gases are entirely the result of human activities. The contribution of each greenhouse gas to radiative forcing over a particular period of time is determined by the change in its concentration in the atmosphere over that period and the effectiveness of the gas in perturbing the radiative balance. Current atmospheric concentrations of the different greenhouse gases considered in this report vary by more than eight orders of magnitude (factor of $10^8$), and their radiative efficiencies vary by more than four orders of magnitude (factor of $10^4$), reflecting the enormous diversity in their properties and origins.

The current concentration of a greenhouse gas in the atmosphere is the net result of the history of its past emissions and removals from the atmosphere. The gases and aerosols considered here are emitted to the atmosphere by human activities or are formed from precursor species emitted to the atmosphere. These emissions are offset by chemical and physical removal processes. With the important exception of carbon dioxide ($CO_2$), it is generally the case that these processes remove a specific fraction of the amount of a gas in the atmosphere each year and the inverse of this removal rate gives the mean lifetime for that gas. In some cases, the removal rate may vary with gas concentration or other atmospheric properties (e.g., temperature or background chemical conditions).

Long-lived greenhouse gases (LLGHGs), for example, $CO_2$, methane ($CH_4$) and nitrous oxide ($N_2O$), are

chemically stable and persist in the atmosphere over time scales of a decade to centuries or longer, so that their emission has a long-term influence on climate. Because these gases are long lived, they become well mixed throughout the atmosphere much faster than they are removed and their global concentrations can be accurately estimated from data at a few locations. Carbon dioxide does not have a specific lifetime because it is continuously cycled between the atmosphere, oceans and land biosphere and its net removal from the atmosphere involves a range of processes with different time scales.

Short-lived gases (e.g., sulphur dioxide and carbon monoxide) are chemically reactive and generally removed by natural oxidation processes in the atmosphere, by removal at the surface or by washout in precipitation; their concentrations are hence highly variable. Ozone is a significant greenhouse gas that is formed and destroyed by chemical reactions involving other species in the atmosphere. In the troposphere, the human influence on ozone occurs primarily through changes in precursor gases that lead to its formation, whereas in the stratosphere, the human influence has been primarily through changes in ozone removal rates caused by chlorofluorocarbons (CFCs) and other ozone-depleting substances.

### TS.2.1.1    Changes in Atmospheric Carbon Dioxide, Methane and Nitrous Oxide

**Current concentrations of atmospheric $CO_2$ and $CH_4$ far exceed pre-industrial values found in polar ice core records of atmospheric composition dating back 650,000 years. Multiple lines of evidence confirm that the post-industrial rise in these gases does not stem from natural mechanisms (see Figure TS.1 and Figure TS.2). {2.3, 6.3–6.5, FAQ 7.1}**

**The total radiative forcing of the Earth's climate due to increases in the concentrations of the LLGHGs $CO_2$, $CH_4$ and $N_2O$, and *very likely* the rate of increase in the total forcing due to these gases over the period since 1750, are unprecedented in more than 10,000 years (Figure TS.2).** It is *very likely* that the sustained rate of increase in the combined radiative forcing from these greenhouse gases of about +1 W m$^{-2}$ over the past four decades is at least six times faster than at any time during the two millennia before the Industrial Era, the period for which ice core data have the required temporal resolution. The radiative forcing due to these LLGHGs has the highest level of confidence of any forcing agent. {2.3, 6.4}

## GLACIAL-INTERGLACIAL ICE CORE DATA



**Figure TS.1.** *Variations of deuterium (δD) in antarctic ice, which is a proxy for local temperature, and the atmospheric concentrations of the greenhouse gases carbon dioxide ($CO_2$), methane ($CH_4$), and nitrous oxide ($N_2O$) in air trapped within the ice cores and from recent atmospheric measurements. Data cover 650,000 years and the shaded bands indicate current and previous interglacial warm periods. {Adapted from Figure 6.3}*





**Figure TS.2.** *The concentrations and radiative forcing by (a) carbon dioxide ($CO_2$), (b) methane ($CH_4$), (c) nitrous oxide ($N_2O$) and (d) the rate of change in their combined radiative forcing over the last 20,000 years reconstructed from antarctic and Greenland ice and firn data (symbols) and direct atmospheric measurements (panels a,b,c, red lines). The grey bars show the reconstructed ranges of natural variability for the past 650,000 years. The rate of change in radiative forcing (panel d, black line) has been computed from spline fits to the concentration data. The width of the age spread in the ice data varies from about 20 years for sites with a high accumulation of snow such as Law Dome, Antarctica, to about 200 years for low-accumulation sites such as Dome C, Antarctica. The arrow shows the peak in the rate of change in radiative forcing that would result if the anthropogenic signals of $CO_2$, $CH_4$, and $N_2O$ had been smoothed corresponding to conditions at the low-accumulation Dome C site. The negative rate of change in forcing around 1600 shown in the higher-resolution inset in panel d results from a $CO_2$ decrease of about 10 ppm in the Law Dome record. {Figure 6.4}*

The concentration of atmospheric $CO_2$ has increased from a pre-industrial value of about 280 ppm to 379 ppm in 2005. Atmospheric $CO_2$ concentration increased by only 20 ppm over the 8000 years prior to industrialisation; multi-decadal to centennial-scale variations were less than 10 ppm and *likely* due mostly to natural processes. However, since 1750, the $CO_2$ concentration has risen by nearly 100 ppm. The annual $CO_2$ growth rate was larger during the last 10 years (1995–2005 average: 1.9 ppm yr$^{-1}$) than it has been since continuous direct atmospheric measurements began (1960–2005 average: 1.4 ppm yr$^{-1}$). {2.3, 6.4, 6.5}

Increases in atmospheric $CO_2$ since pre-industrial times are responsible for a radiative forcing of +1.66 ± 0.17 W m$^{-2}$; a contribution which dominates all other radiative forcing agents considered in this report. For the decade from 1995 to 2005, the growth rate of $CO_2$

in the atmosphere led to a 20% increase in its radiative forcing. {2.3, 6.4, 6.5}

Emissions of $CO_2$ from fossil fuel use and from the effects of land use change on plant and soil carbon are the primary sources of increased atmospheric $CO_2$. Since 1750, it is estimated that about 2/3rds of anthropogenic $CO_2$ emissions have come from fossil fuel burning and about 1/3rd from land use change. About 45% of this $CO_2$ has remained in the atmosphere, while about 30% has been taken up by the oceans and the remainder has been taken up by the terrestrial biosphere. About half of a $CO_2$ pulse to the atmosphere is removed over a time scale of 30 years; a further 30% is removed within a few centuries; and the remaining 20% will typically stay in the atmosphere for many thousands of years. {7.3}

In recent decades, emissions of $CO_2$ have continued to increase (see Figure TS.3). Global annual fossil

$CO_2$ emissions[3] increased from an average of 6.4 ± 0.4 GtC $yr^{-1}$ in the 1990s to 7.2 ± 0.3 GtC $yr^{-1}$ in the period 2000 to 2005. Estimated $CO_2$ emissions associated with land use change, averaged over the 1990s, were[4] 0.5 to 2.7 GtC $yr^{-1}$, with a central estimate of 1.6 Gt $yr^{-1}$. Table TS.1 shows the estimated budgets of $CO_2$ in recent decades. {2.3, 6.4, 7.3, FAQ 7.1}

**Since the 1980s, natural processes of $CO_2$ uptake by the terrestrial biosphere (i.e., the residual land sink in Table TS.1) and by the oceans have removed about 50% of anthropogenic emissions (i.e., fossil $CO_2$ emissions and land use change flux in Table TS.1). These removal processes are influenced by the atmospheric $CO_2$ concentration and by changes in climate.** Uptake by the oceans and the terrestrial biosphere have been similar in magnitude but the terrestrial biosphere uptake is more variable and was higher in the 1990s than in the 1980s by about 1 GtC $yr^{-1}$. Observations demonstrate that dissolved $CO_2$ concentrations in the surface ocean ($pCO_2$) have been increasing nearly everywhere, roughly following the atmospheric $CO_2$ increase but with large regional and temporal variability. {5.4, 7.3}

**Carbon uptake and storage in the terrestrial biosphere arise from the net difference between uptake due to vegetation growth, changes in reforestation and sequestration, and emissions due to heterotrophic respiration, harvest, deforestation, fire, damage by pollution and other disturbance factors affecting biomass and soils.** Increases and decreases in fire frequency in different regions have affected net carbon uptake, and in boreal regions, emissions due to fires appear to have increased over recent decades. Estimates of net $CO_2$ surface fluxes from inverse studies using networks of atmospheric data demonstrate significant land uptake in the mid-latitudes of the Northern Hemisphere (NH) and near-zero land-atmosphere fluxes in the tropics, implying that tropical deforestation is approximately balanced by regrowth. {7.3}

**Short-term (interannual) variations observed in the atmospheric $CO_2$ growth rate are primarily controlled by changes in the flux of $CO_2$ between the atmosphere and the terrestrial biosphere, with a smaller but significant fraction due to variability in ocean fluxes (see Figure TS.3).** Variability in the terrestrial biosphere flux is driven by climatic fluctuations, which affect the uptake of $CO_2$ by plant growth and the return of $CO_2$ to the atmosphere by the decay of organic material through heterotrophic respiration and fires. El Niño-Southern Oscillation (ENSO) events are a major source of interannual variability in atmospheric $CO_2$ growth rate, due to their effects on fluxes through land and sea surface temperatures, precipitation and the incidence of fires. {7.3}

**The direct effects of increasing atmospheric $CO_2$ on large-scale terrestrial carbon uptake cannot be quantified reliably at present.** Plant growth can be stimulated by increased atmospheric $CO_2$ concentrations and by nutrient deposition (fertilization effects). However, most experiments and studies show that such responses appear to be relatively short lived and strongly coupled

**Table TS.1.** *Global carbon budget. By convention, positive values are $CO_2$ fluxes (GtC $yr^{-1}$) into the atmosphere and negative values represent uptake from the atmosphere (i.e., 'CO₂ sinks'). Fossil $CO_2$ emissions for 2004 and 2005 are based on interim estimates. Due to the limited number of available studies, for the net land-to-atmosphere flux and its components, uncertainty ranges are given as 65% confidence intervals and do not include interannual variability (see Section 7.3). NA indicates that data are not available.*

|  | 1980s | 1990s | 2000–2005 |
|---|---|---|---|
| Atmospheric increase | 3.3 ± 0.1 | 3.2 ± 0.1 | 4.1 ± 0.1 |
| Fossil carbon dioxide emissions | 5.4 ± 0.3 | 6.4 ± 0.4 | 7.2 ± 0.3 |
| Net ocean-to-atmosphere flux | −1.8 ± 0.8 | −2.2 ± 0.4 | −2.2 ± 0.5 |
| Net land-to-atmosphere flux | −0.3 ± 0.9 | −1.0 ± 0.6 | −0.9 ± 0.6 |
| *Partitioned as follows* | | | |
| Land use change flux | 1.4 (0.4 to 2.3) | 1.6 (0.5 to 2.7) | NA |
| Residual land sink | −1.7 (−3.4 to 0.2) | −2.6 (−4.3 to −0.9) | NA |

---

[3] Fossil $CO_2$ emissions include those from the production, distribution and consumption of fossil fuels and from cement production. Emission of 1 GtC corresponds to 3.67 GtCO₂.

[4] As explained in Section 7.3, uncertainty ranges for land use change emissions, and hence for the full carbon cycle budget, can only be given as 65% confidence intervals.

### CO₂ EMISSIONS AND INCREASES



**Figure TS.3.** *Annual changes in global mean $CO_2$ concentration (grey bars) and their five-year means from two different measurement networks (red and lower black stepped lines). The five-year means smooth out short-term perturbations associated with strong ENSO events in 1972, 1982, 1987 and 1997. Uncertainties in the five-year means are indicated by the difference between the red and lower black lines and are of order 0.15 ppm. The upper stepped line shows the annual increases that would occur if all fossil fuel emissions stayed in the atmosphere and there were no other emissions. {Figure 7.4}*

to other effects such as availability of water and nutrients. Likewise, experiments and studies of the effects of climate (temperature and moisture) on heterotrophic respiration of litter and soils are equivocal. Note that the effect of climate change on carbon uptake is addressed separately in section TS.5.4. {7.3}

**The $CH_4$ abundance in 2005 of about 1774 ppb is more than double its pre-industrial value.** Atmospheric $CH_4$ concentrations varied slowly between 580 and 730 ppb over the last 10,000 years, but increased by about 1000 ppb in the last two centuries, representing the fastest changes in this gas over at least the last 80,000 years. In the late 1970s and early 1980s, $CH_4$ growth rates displayed maxima above 1% $yr^{-1}$, but since the early 1990s have decreased significantly and were close to zero for the six-year period from 1999 to 2005. Increases in $CH_4$ abundance occur when emissions exceed removals. The recent decline in growth rates implies that emissions now approximately match removals, which are due primarily to oxidation by the hydroxyl radical (OH). Since the TAR, new studies using two independent tracers (methyl chloroform and $^{14}CO$) suggest no significant long-term change in the global abundance of OH. Thus,

the slowdown in the atmospheric $CH_4$ growth rate since about 1993 is *likely* due to the atmosphere approaching an equilibrium during a period of near-constant total emissions. {2.3, 7.4, FAQ 7.1}

**Increases in atmospheric $CH_4$ concentrations since pre-industrial times have contributed a radiative forcing of $+0.48 \pm 0.05$ W $m^{-2}$.** Among greenhouse gases, this forcing remains second only to that of $CO_2$ in magnitude. {2.3}

**Current atmospheric $CH_4$ levels are due to continuing anthropogenic emissions of $CH_4$, which are greater than natural emissions.** Total $CH_4$ emissions can be well determined from observed concentrations and independent estimates of removal rates. Emissions from individual sources of $CH_4$ are not as well quantified as the total emissions but are mostly biogenic and include emissions from wetlands, ruminant animals, rice agriculture and biomass burning, with smaller contributions from industrial sources including fossil fuel-related emissions. This knowledge of $CH_4$ sources, combined with the small natural range of $CH_4$ concentrations over the past 650,000 years (Figure TS.1) and their dramatic increase since 1750 (Figure TS.2), make it *very likely* that the observed long-term changes in $CH_4$ are due to anthropogenic activity. {2.3, 6.4, 7.4}

**In addition to its slowdown over the last 15 years, the growth rate of atmospheric $CH_4$ has shown high interannual variability, which is not yet fully explained.** The largest contributions to interannual variability during the 1996 to 2001 period appear to be variations in emissions from wetlands and biomass burning. Several studies indicate that wetland $CH_4$ emissions are highly sensitive to temperature and are also affected by hydrological changes. Available model estimates all indicate increases in wetland emissions due to future climate change but vary widely in the magnitude of such a positive feedback effect. {7.4}

**The $N_2O$ concentration in 2005 was 319 ppb, about 18% higher than its pre-industrial value. Nitrous oxide increased approximately linearly by about 0.8 ppb $yr^{-1}$ over the past few decades.** Ice core data show that the atmospheric concentration of $N_2O$ varied by less than about 10 ppb for 11,500 years before the onset of the industrial period. {2.3, 6.4, 6.5}

**The increase in $N_2O$ since the pre-industrial era now contributes a radiative forcing of $+0.16 \pm 0.02$ W $m^{-2}$ and is due primarily to human activities, particularly agriculture and associated land use change.** Current estimates are that about 40% of total $N_2O$ emissions are anthropogenic but individual source estimates remain subject to significant uncertainties. {2.3, 7.4}

*TS.2.1.3    Changes in Atmospheric Halocarbons, Stratospheric Ozone, Tropospheric Ozone and Other Gases*

**CFCs and hydrochlorofluorocarbons (HCFCs) are greenhouse gases that are purely anthropogenic in origin and used in a wide variety of applications. Emissions of these gases have decreased due to their phase-out under the Montreal Protocol, and the atmospheric concentrations of CFC-11 and CFC-113 are now decreasing due to natural removal processes.** Observations in polar firn cores since the TAR have now extended the available time series information for some of these greenhouse gases. Ice core and *in situ* data confirm that industrial sources are the cause of observed atmospheric increases in CFCs and HCFCs. {2.3}

**The Montreal Protocol gases contributed +0.32 ± 0.03 W m⁻² to direct radiative forcing in 2005, with CFC-12 continuing to be the third most important long-lived radiative forcing agent.** These gases as a group contribute about 12% of the total forcing due to LLGHGs. {2.3}

**The concentrations of industrial fluorinated gases covered by the Kyoto Protocol (hydrofluorocarbons (HFCs), perfluorocarbons (PFCs), sulphur hexafluoride (SF₆)) are relatively small but are increasing rapidly.** Their total radiative forcing in 2005 was +0.017 W m⁻². {2.3}

**Tropospheric ozone is a short-lived greenhouse gas produced by chemical reactions of precursor species in the atmosphere and with large spatial and temporal variability. Improved measurements and modelling have advanced the understanding of chemical precursors that lead to the formation of tropospheric ozone, mainly carbon monoxide, nitrogen oxides (including sources and possible long-term trends in lightning) and formaldehyde.** Overall, current models are successful in describing the principal features of the present global tropospheric ozone distribution on the basis of underlying processes. New satellite and *in situ* measurements provide important global constraints for these models; however, there is less confidence in their ability to reproduce the changes in ozone associated with large changes in emissions or climate, and in the simulation of observed long-term trends in ozone concentrations over the 20th century. {7.4}

**Tropospheric ozone radiative forcing is estimated to be +0.35 [+0.25 to +0.65] W m⁻² with a *medium* level of scientific understanding.** The best estimate of this radiative forcing has not changed since the TAR. Observations show that trends in tropospheric ozone during the last few decades vary in sign and magnitude at many locations, but there are indications of significant upward trends at low latitudes. Model studies of the radiative forcing due to the increase in tropospheric ozone since pre-industrial times have increased in complexity and comprehensiveness compared with models used in the TAR. {2.3, 7.4}

**Changes in tropospheric ozone are linked to air quality and climate change.** A number of studies have shown that summer daytime ozone concentrations correlate strongly with temperature. This correlation appears to reflect contributions from temperature-dependent biogenic volatile organic carbon emissions, thermal decomposition of peroxyacetylnitrate, which acts as a reservoir for nitrogen oxides (NOₓ), and association of high temperatures with regional stagnation. Anomalously hot and stagnant conditions during the summer of 1988 were responsible for the highest surface-level ozone year on record in the north-eastern USA. The summer heat wave in Europe in 2003 was also associated with exceptionally high local ozone at the surface. {Box 7.4}

**The radiative forcing due to the destruction of stratospheric ozone is caused by the Montreal Protocol gases and is re-evaluated to be –0.05 ± 0.10 W m⁻², weaker than in the TAR, with a medium level of scientific understanding.** The trend of greater and greater depletion of global stratospheric ozone observed during the 1980s and 1990s is no longer occurring; however, global stratospheric ozone is still about 4% below pre-1980 values and it is not yet clear whether ozone recovery has begun. In addition to the chemical destruction of ozone, dynamical changes may have contributed to NH mid-latitude ozone reduction. {2.3}

**Direct emission of water vapour by human activities makes a negligible contribution to radiative forcing. However, as global mean temperatures increase, tropospheric water vapour concentrations increase and this represents a key feedback but not a forcing of climate change.** Direct emission of water to the atmosphere by anthropogenic activities, mainly irrigation, is a possible forcing factor but corresponds to less than 1% of the natural sources of atmospheric water vapour. The direct injection of water vapour into the atmosphere from fossil fuel combustion is significantly lower than that from agricultural activity. {2.5}

**Based on chemical transport model studies, the radiative forcing from increases in stratospheric water vapour due to oxidation of CH₄ is estimated to be +0.07 ± 0.05 W m⁻².** The level of scientific understanding is low because the contribution of CH₄ to the corresponding vertical structure of the water vapour change near the tropopause is uncertain. Other potential human causes of stratospheric water vapour increases that could contribute to radiative forcing are poorly understood. {2.3}

## TS.2.2    Aerosols

**Direct aerosol radiative forcing is now considerably better quantified than previously and represents a major advance in understanding since the time of the TAR, when several components had a very low level of scientific understanding. A total direct aerosol radiative forcing combined across all aerosol types can now be given for the first time as $-0.5 \pm 0.4$ W m$^{-2}$, with a medium-low level of scientific understanding.** Atmospheric models have improved and many now represent all aerosol components of significance. Aerosols vary considerably in their properties that affect the extent to which they absorb and scatter radiation, and thus different types may have a net cooling or warming effect. Industrial aerosol consisting mainly of a mixture of sulphates, organic and black carbon, nitrates and industrial dust is clearly discernible over many continental regions of the NH. Improved *in situ*, satellite and surface-based measurements (see Figure TS.4) have enabled verification of global aerosol model simulations. These improvements allow quantification of the total direct aerosol radiative forcing for the first time, representing an important advance since the TAR. The direct radiative forcing for individual species remains less certain and is estimated from models to be $-0.4 \pm 0.2$ W m$^{-2}$ for sulphate, $-0.05 \pm 0.05$ W m$^{-2}$ for fossil fuel organic carbon, $+0.2 \pm 0.15$ W m$^{-2}$ for fossil fuel black carbon, $+0.03 \pm 0.12$ W m$^{-2}$ for biomass burning, $-0.1 \pm 0.1$ W m$^{-2}$ for nitrate and $-0.1 \pm 0.2$ W m$^{-2}$ for mineral dust. Two recent emission inventory studies support data from ice cores and suggest that global anthropogenic sulphate emissions decreased over the 1980 to 2000 period and that the geographic distribution of sulphate forcing has also changed. {2.4, 6.6}

**Significant changes in the estimates of the direct radiative forcing due to biomass-burning, nitrate and mineral dust aerosols have occurred since the TAR.** For biomass-burning aerosol, the estimated direct radiative forcing is now revised from being negative to near zero due to the estimate being strongly influenced by the occurrence of these aerosols over clouds. For the first time, the radiative forcing due to nitrate aerosol is given. For mineral dust, the range in the direct radiative forcing is reduced due to a reduction in the estimate of its anthropogenic fraction. {2.4}

### TOTAL AEROSOL OPTICAL DEPTH



**Figure TS.4.** *(Top) The total aerosol optical depth (due to natural plus anthropogenic aerosols) at a mid-visible wavelength determined by satellite measurements for January to March 2001 and (bottom) August to October 2001, illustrating seasonal changes in industrial and biomass-burning aerosols. Data are from satellite measurements, complemented by two different kinds of ground-based measurements at locations shown in the two panels (see Section 2.4.2 for details). {Figure 2.11}*

**Anthropogenic aerosols effects on water clouds cause an indirect cloud albedo effect (referred to as the first indirect effect in the TAR), which has a best estimate for the first time of –0.7 [–0.3 to –1.8] W m⁻².** The number of global model estimates of the albedo effect for liquid water clouds has increased substantially since the TAR, and the estimates have been evaluated in a more rigorous way. The estimate for this radiative forcing comes from multiple model studies incorporating more aerosol species and describing aerosol-cloud interaction processes in greater detail. Model studies including more aerosol species or constrained by satellite observations tend to yield a relatively weaker cloud albedo effect. Despite the advances and progress since the TAR and the reduction in the spread of the estimate of the forcing, there remain large uncertainties in both measurements and modelling of processes, leading to a low level of scientific understanding, which is an elevation from the very low rank in the TAR. {2.4, 7.5, 9.2}

**Other effects of aerosol include a cloud lifetime effect, a semi-direct effect and aerosol-ice cloud interactions. These are considered to be part of the climate response rather than radiative forcings. {2.4, 7.5}**

### TS.2.3 Aviation Contrails and Cirrus, Land Use and Other Effects

**Persistent linear contrails from global aviation contribute a small radiative forcing of +0.01 [+0.003 to +0.03] W m⁻², with a low level of scientific understanding.** This best estimate is smaller than the estimate in the TAR. This difference results from new observations of contrail cover and reduced estimates of contrail optical depth. No best estimates are available for the net forcing from spreading contrails. Their effects on cirrus cloudiness and the global effect of aviation aerosol on background cloudiness remain unknown. {2.6}

**Human-induced changes in land cover have increased the global surface albedo, leading to a radiative forcing of –0.2 ± 0.2 W m⁻², the same as in the TAR, with a medium-low level of scientific understanding. Black carbon aerosols deposited on snow reduce the surface albedo and are estimated to yield an associated radiative forcing of +0.1 ± 0.1 W m⁻², with a low level of scientific understanding.** Since the TAR, a number of estimates of the forcing from land use changes have been made, using better techniques, exclusion of feedbacks in the evaluation and improved incorporation of large-scale observations. Uncertainties in the estimate include mapping and characterisation of present-day vegetation and historical state, parametrization of surface radiation processes and biases in models'

climate variables. The presence of soot particles in snow leads to a decrease in the albedo of snow and a positive forcing, and could affect snowmelt. Uncertainties are large regarding the manner in which soot is incorporated in snow and the resulting optical properties. {2.5}

**The impacts of land use change on climate are expected to be locally significant in some regions, but are small at the global scale in comparison with greenhouse gas warming.** Changes in the land surface (vegetation, soils, water) resulting from human activities can significantly affect local climate through shifts in radiation, cloudiness, surface roughness and surface temperatures. Changes in vegetation cover can also have a substantial effect on surface energy and water balance at the regional scale. These effects involve non-radiative processes (implying that they cannot be quantified by a radiative forcing) and have a very low level of scientific understanding. {2.5, 7.2, 9.3, Box 11.4}

**The release of heat from anthropogenic energy production can be significant over urban areas but is not significant globally. {2.5}**

### TS.2.4 Radiative Forcing Due to Solar Activity and Volcanic Eruptions

**Continuous monitoring of total solar irradiance now covers the last 28 years. The data show a well-established 11-year cycle in irradiance that varies by 0.08% from solar cycle minima to maxima, with no significant long-term trend.** New data have more accurately quantified changes in solar spectral fluxes over a broad range of wavelengths in association with changing solar activity. Improved calibrations using high-quality overlapping measurements have also contributed to a better understanding. Current understanding of solar physics and the known sources of irradiance variability suggest comparable irradiance levels during the past two solar cycles, including at solar minima. The primary known cause of contemporary irradiance variability is the presence on the Sun's disk of sunspots (compact, dark features where radiation is locally depleted) and faculae (extended bright features where radiation is locally enhanced). {2.7}

**The estimated direct radiative forcing due to changes in the solar output since 1750 is +0.12 [+0.06 to +0.3] W m⁻², which is less than half of the estimate given in the TAR, with a low level of scientific understanding.** The reduced radiative forcing estimate comes from a re-evaluation of the long-term change in solar irradiance since 1610 (the Maunder Minimum) based upon: a new reconstruction using a model of solar magnetic flux variations that does not invoke geomagnetic,

cosmogenic or stellar proxies; improved understanding of recent solar variations and their relationship to physical processes; and re-evaluation of the variations of Sun-like stars. While this leads to an elevation in the level of scientific understanding from very low in the TAR to low in this assessment, uncertainties remain large because of the lack of direct observations and incomplete understanding of solar variability mechanisms over long time scales. {2.7, 6.6}

**Empirical associations have been reported between solar-modulated cosmic ray ionization of the atmosphere and global average low-level cloud cover but evidence for a systematic indirect solar effect remains ambiguous.** It has been suggested that galactic cosmic rays with sufficient energy to reach the troposphere could alter the population of cloud condensation nuclei and hence microphysical cloud properties (droplet number and concentration), inducing changes in cloud processes analogous to the indirect cloud albedo effect of tropospheric aerosols and thus causing an indirect solar forcing of climate. Studies have probed various correlations with clouds in particular regions or using limited cloud types or limited time periods; however, the cosmic ray time series does not appear to correspond to global total cloud cover after 1991 or to global low-level cloud cover after 1994. Together with the lack of a proven physical mechanism and the plausibility of other causal factors affecting changes in cloud cover, this makes the association between galactic cosmic ray-induced changes in aerosol and cloud formation controversial. {2.7}

**Explosive volcanic eruptions greatly increase the concentration of stratospheric sulphate aerosols. A single eruption can thereby cool global mean climate for a few years.** Volcanic aerosols perturb both the stratosphere and surface/troposphere radiative energy budgets and climate in an episodic manner, and many past events are evident in ice core observations of sulphate as well as temperature records. There have been no explosive volcanic events since the 1991 Mt. Pinatubo eruption capable of injecting significant material to the stratosphere. However, the potential exists for volcanic eruptions much larger than the 1991 Mt. Pinatubo eruption, which could produce larger radiative forcing and longer-term cooling of the climate system. {2.7, 6.4, 6.6, 9.2}

## TS.2.5 Net Global Radiative Forcing, Global Warming Potentials and Patterns of Forcing

**The understanding of anthropogenic warming and cooling influences on climate has improved since the TAR, leading to *very high confidence* that the effect of human activities since 1750 has been a net positive forcing of +1.6 [+0.6 to +2.4] W m$^{-2}$.** Improved understanding and better quantification of the forcing mechanisms since the TAR make it possible to derive a combined net anthropogenic radiative forcing for the first time. Combining the component values for each forcing agent and their uncertainties yields the probability distribution of the combined anthropogenic radiative forcing estimate shown in Figure TS.5; the most likely value is about an order of magnitude larger than the estimated radiative forcing from changes in solar irradiance. Since the range in the estimate is +0.6 to +2.4 W m$^{-2}$, there is very high confidence in the net positive radiative forcing of the climate system due to human activity. The LLGHGs together contribute +2.63 ± 0.26 W m$^{-2}$, which is the dominant radiative forcing term and has the highest level of scientific understanding. In contrast, the total direct aerosol, cloud albedo and surface albedo effects that contribute negative forcings are less well understood and have larger uncertainties. The range in the net estimate is increased by the negative forcing terms, which have larger uncertainties than the positive terms. The nature of the uncertainty in the estimated cloud albedo effect introduces a noticeable asymmetry in the distribution. Uncertainties in the distribution include structural aspects (e.g., representation of extremes in the component values, absence of any weighting of the radiative forcing mechanisms, possibility of unaccounted for but as yet unquantified radiative forcings) and statistical aspects (e.g., assumptions about the types of distributions describing component uncertainties). {2.7, 2.9}

**The Global Warming Potential (GWP) is a useful metric for comparing the potential climate impact of the emissions of different LLGHGs (see Table TS.2).** Global Warming Potentials compare the integrated radiative forcing over a specified period (e.g., 100 years) from a unit mass pulse emission and are a way of comparing the potential climate change associated with emissions of different greenhouse gases. There are well-documented shortcomings of the GWP concept, particularly in using it to assess the impact of short-lived species. {2.10}

**For the magnitude and range of realistic forcings considered, evidence suggests an approximately linear relationship between global mean radiative forcing and global mean surface temperature response. The spatial patterns of radiative forcing vary between different forcing agents. However, the spatial signature of the climate response is not generally expected to match that of the forcing.** Spatial patterns of climate response

Technical Summary





**Figure TS.5.** *(a) Global mean radiative forcings (RF) and their 90% confidence intervals in 2005 for various agents and mechanisms. Columns on the right-hand side specify best estimates and confidence intervals (RF values); typical geographical extent of the forcing (Spatial scale); and level of scientific understanding (LOSU) indicating the scientific confidence level as explained in Section 2.9. Errors for $CH_4$, $N_2O$ and halocarbons have been combined. The net anthropogenic radiative forcing and its range are also shown. Best estimates and uncertainty ranges can not be obtained by direct addition of individual terms due to the asymmetric uncertainty ranges for some factors; the values given here were obtained from a Monte Carlo technique as discussed in Section 2.9. Additional forcing factors not included here are considered to have a very low LOSU. Volcanic aerosols contribute an additional form of natural forcing but are not included due to their episodic nature. The range for linear contrails does not include other possible effects of aviation on cloudiness. (b) Probability distribution of the global mean combined radiative forcing from all anthropogenic agents shown in (a). The distribution is calculated by combining the best estimates and uncertainties of each component. The spread in the distribution is increased significantly by the negative forcing terms, which have larger uncertainties than the positive terms. {2.9.1, 2.9.2; Figure 2.20}*

Table TS.2. *Lifetimes, radiative efficiencies and direct (except for $CH_4$) global warming potentials (GWP) relative to $CO_2$. {Table 2.14}*

| Industrial Designation or Common Name (years) | Chemical Formula | Lifetime (years) | Radiative Efficiency (W m$^{-2}$ ppb$^{-1}$) | Global Warming Potential for Given Time Horizon | | | |
|---|---|---|---|---|---|---|---|
| | | | | SAR‡ (100-yr) | 20-yr | 100-yr | 500-yr |
| Carbon dioxide | $CO_2$ | See below[a] | [b]1.4x10$^{-5}$ | 1 | 1 | 1 | 1 |
| Methane[c] | $CH_4$ | 12[c] | 3.7x10$^{-4}$ | 21 | 72 | 25 | 7.6 |
| Nitrous oxide | $N_2O$ | 114 | 3.03x10$^{-3}$ | 310 | 289 | 298 | 153 |
| *Substances controlled by the Montreal Protocol* | | | | | | | |
| CFC-11 | $CCl_3F$ | 45 | 0.25 | 3,800 | 6,730 | 4,750 | 1,620 |
| CFC-12 | $CCl_2F_2$ | 100 | 0.32 | 8,100 | 11,000 | 10,900 | 5,200 |
| CFC-13 | $CClF_3$ | 640 | 0.25 | | 10,800 | 14,400 | 16,400 |
| CFC-113 | $CCl_2FCClF_2$ | 85 | 0.3 | 4,800 | 6,540 | 6,130 | 2,700 |
| CFC-114 | $CClF_2CClF_2$ | 300 | 0.31 | | 8,040 | 10,000 | 8,730 |
| CFC-115 | $CClF_2CF_3$ | 1,700 | 0.18 | | 5,310 | 7,370 | 9,990 |
| Halon-1301 | $CBrF_3$ | 65 | 0.32 | 5,400 | 8,480 | 7,140 | 2,760 |
| Halon-1211 | $CBrClF_2$ | 16 | 0.3 | | 4,750 | 1,890 | 575 |
| Halon-2402 | $CBrF_2CBrF_2$ | 20 | 0.33 | | 3,680 | 1,640 | 503 |
| Carbon tetrachloride | $CCl_4$ | 26 | 0.13 | 1,400 | 2,700 | 1,400 | 435 |
| Methyl bromide | $CH_3Br$ | 0.7 | 0.01 | | 17 | 5 | 1 |
| Methyl chloroform | $CH_3CCl_3$ | 5 | 0.06 | | 506 | 146 | 45 |
| HCFC-22 | $CHClF_2$ | 12 | 0.2 | 1,500 | 5,160 | 1,810 | 549 |
| HCFC-123 | $CHCl_2CF_3$ | 1.3 | 0.14 | 90 | 273 | 77 | 24 |
| HCFC-124 | $CHClFCF_3$ | 5.8 | 0.22 | 470 | 2,070 | 609 | 185 |
| HCFC-141b | $CH_3CCl_2F$ | 9.3 | 0.14 | | 2,250 | 725 | 220 |
| HCFC-142b | $CH_3CClF_2$ | 17.9 | 0.2 | 1,800 | 5,490 | 2,310 | 705 |
| HCFC-225ca | $CHCl_2CF_2CF_3$ | 1.9 | 0.2 | | 429 | 122 | 37 |
| HCFC-225cb | $CHClFCF_2CClF_2$ | 5.8 | 0.32 | | 2,030 | 595 | 181 |
| *Hydrofluorocarbons* | | | | | | | |
| HFC-23 | $CHF_3$ | 270 | 0.19 | 11,700 | 12,000 | 14,800 | 12,200 |
| HFC-32 | $CH_2F_2$ | 4.9 | 0.11 | 650 | 2,330 | 675 | 205 |
| HFC-125 | $CHF_2CF_3$ | 29 | 0.23 | 2,800 | 6,350 | 3,500 | 1,100 |
| HFC-134a | $CH_2FCF_3$ | 14 | 0.16 | 1,300 | 3,830 | 1,430 | 435 |
| HFC-143a | $CH_3CF_3$ | 52 | 0.13 | 3,800 | 5,890 | 4,470 | 1,590 |
| HFC-152a | $CH_3CHF_2$ | 1.4 | 0.09 | 140 | 437 | 124 | 38 |
| HFC-227ea | $CF_3CHFCF_3$ | 34.2 | 0.26 | 2,900 | 5,310 | 3,220 | 1,040 |
| HFC-236fa | $CF_3CH_2CF_3$ | 240 | 0.28 | 6,300 | 8,100 | 9,810 | 7,660 |
| HFC-245fa | $CHF_2CH_2CF_3$ | 7.6 | 0.28 | | 3,380 | 1030 | 314 |
| HFC-365mfc | $CH_3CF_2CH_2CF_3$ | 8.6 | 0.21 | | 2,520 | 794 | 241 |
| HFC-43-10mee | $CF_3CHFCHFCF_2CF_3$ | 15.9 | 0.4 | 1,300 | 4,140 | 1,640 | 500 |
| *Perfluorinated compounds* | | | | | | | |
| Sulphur hexafluoride | $SF_6$ | 3,200 | 0.52 | 23,900 | 16,300 | 22,800 | 32,600 |
| Nitrogen trifluoride | $NF_3$ | 740 | 0.21 | | 12,300 | 17,200 | 20,700 |
| PFC-14 | $CF_4$ | 50,000 | 0.10 | 6,500 | 5,210 | 7,390 | 11,200 |
| PFC-116 | $C_2F_6$ | 10,000 | 0.26 | 9,200 | 8,630 | 12,200 | 18,200 |

*Technical Summary*

*Table TS.2 (continued)*

| Industrial Designation or Common Name | Chemical Formula | Lifetime (years) | Radiative Efficiency (W m$^{-2}$ ppb$^{-1}$) | Global Warming Potential for Given Time Horizon | | | |
|---|---|---|---|---|---|---|---|
| | | | | SAR[‡] (100-yr) | 20-yr | 100-yr | 500-yr |
| **Perfluorinated compounds** *(continued)* | | | | | | | |
| PFC-218 | $C_3F_8$ | 2,600 | 0.26 | 7,000 | 6,310 | 8,830 | 12,500 |
| PFC-318 | c-$C_4F_8$ | 3,200 | 0.32 | 8,700 | 7,310 | 10,300 | 14,700 |
| PFC-3-1-10 | $C_4F_{10}$ | 2,600 | 0.33 | 7,000 | 6,330 | 8,860 | 12,500 |
| PFC-4-1-12 | $C_5F_{12}$ | 4,100 | 0.41 | | 6,510 | 9,160 | 13,300 |
| PFC-5-1-14 | $C_6F_{14}$ | 3,200 | 0.49 | 7,400 | 6,600 | 9,300 | 13,300 |
| PFC-9-1-18 | $C_{10}F_{18}$ | >1,000[d] | 0.56 | | >5,500 | >7,500 | >9,500 |
| trifluoromethyl sulphur pentafluoride | $SF_5CF_3$ | 800 | 0.57 | | 13,200 | 17,700 | 21,200 |
| **Fluorinated ethers** | | | | | | | |
| HFE-125 | $CHF_2OCF_3$ | 136 | 0.44 | | 13,800 | 14,900 | 8,490 |
| HFE-134 | $CHF_2OCHF_2$ | 26 | 0.45 | | 12,200 | 6,320 | 1,960 |
| HFE-143a | $CH_3OCF_3$ | 4.3 | 0.27 | | 2,630 | 756 | 230 |
| HCFE-235da2 | $CHF_2OCHClCF_3$ | 2.6 | 0.38 | | 1,230 | 350 | 106 |
| HFE-245cb2 | $CH_3OCF_2CHF_2$ | 5.1 | 0.32 | | 2,440 | 708 | 215 |
| HFE-245fa2 | $CHF_2OCH_2CF_3$ | 4.9 | 0.31 | | 2,280 | 659 | 200 |
| HFE-254cb2 | $CH_3OCF_2CHF_2$ | 2.6 | 0.28 | | 1,260 | 359 | 109 |
| HFE-347mcc3 | $CH_3OCF_2CF_2CF_3$ | 5.2 | 0.34 | | 1,980 | 575 | 175 |
| HFE-347pcf2 | $CHF_2CF_2OCH_2CF_3$ | 7.1 | 0.25 | | 1,900 | 580 | 175 |
| HFE-356pcc3 | $CH_3OCF_2CF_2CHF_2$ | 0.33 | 0.93 | | 386 | 110 | 33 |
| HFE-449sl (HFE-7100) | $C_4F_9OCH_3$ | 3.8 | 0.31 | | 1,040 | 297 | 90 |
| HFE-569sf2 (HFE-7200) | $C_4F_9OC_2H_5$ | 0.77 | 0.3 | | 207 | 59 | 18 |
| HFE-43-10pccc124 (H-Galden 1040x) | $CHF_2OCF_2OC_2F_4OCHF_2$ | 6.3 | 1.37 | | 6,320 | 1,870 | 569 |
| HFE-236ca12 (HG-10) | $CHF_2OCF_2OCHF_2$ | 12.1 | 0.66 | | 8,000 | 2,800 | 860 |
| HFE-338pcc13 (HG-01) | $CHF_2OCF_2CF_2OCHF_2$ | 6.2 | 0.87 | | 5,100 | 1,500 | 460 |
| **Perfluoropolyethers** | | | | | | | |
| PFPMIE | $CF_3OCF(CF_3)CF_2OCF_2OCF_3$ | 800 | 0.65 | | 7,620 | 10,300 | 12,400 |
| **Hydrocarbons and other compounds – Direct Effects** | | | | | | | |
| Dimethylether | $CH_3OCH_3$ | 0.015 | 0.02 | | 1 | 1 | <<1 |
| Methylene chloride | $CH_2Cl_2$ | 0.38 | 0.03 | | 31 | 8.7 | 2.7 |
| Methyl chloride | $CH_3Cl$ | 1.0 | 0.01 | | 45 | 13 | 4 |

Notes:

[‡] SAR refers to the IPCC Second Assessment Report (1995) used for reporting under the UNFCCC.

[a] The $CO_2$ response function used in this report is based on the revised version of the Bern Carbon cycle model used in Chapter 10 of this report (Bern2.5CC; Joos et al. 2001) using a background $CO_2$ concentration value of 378 ppm. The decay of a pulse of $CO_2$ with time t is given by

$$a_0 + \sum_{i=1}^{3} a_i \cdot e^{-t/\tau_i}$$

where $a_0 = 0.217$, $a_1 = 0.259$, $a_2 = 0.338$, $a_3 = 0.186$, $\tau_1 = 172.9$ years, $\tau_2 = 18.51$ years, and $\tau_3 = 1.186$ years, for t < 1,000 years.

[b] The radiative efficiency of $CO_2$ is calculated using the IPCC (1990) simplified expression as revised in the TAR, with an updated background concentration value of 378 ppm and a perturbation of +1 ppm (see Section 2.10.2).

[c] The perturbation lifetime for $CH_4$ is 12 years as in the TAR (see also Section 7.4). The GWP for $CH_4$ includes indirect effects from enhancements of ozone and stratospheric water vapour (see Section 2.10).

[d] The assumed lifetime of 1000 years is a lower limit.

are largely controlled by climate processes and feedbacks. For example, sea ice-albedo feedbacks tend to enhance the high-latitude response. Spatial patterns of response are also affected by differences in thermal inertia between land and sea areas. {2.8, 9.2}

**The pattern of response to a radiative forcing can be altered substantially if its structure is favourable for affecting a particular aspect of the atmospheric structure or circulation.** Modelling studies and data comparisons suggest that mid- to high-latitude circulation patterns are *likely* to be affected by some forcings such as volcanic eruptions, which have been linked to changes in the Northern Annular Mode (NAM) and North Atlantic Oscillation (NAO) (see Section 3.1 and Box TS.2). Simulations also suggest that absorbing aerosols, particularly black carbon, can reduce the solar radiation reaching the surface and can warm the atmosphere at regional scales, affecting the vertical temperature profile and the large-scale atmospheric circulation. {2.8, 7.5, 9.2}

**The spatial patterns of radiative forcings for ozone, aerosol direct effects, aerosol-cloud interactions and land use have considerable uncertainties. This is in contrast to the relatively high confidence in the spatial pattern of radiative forcing for the LLGHGs.** The net positive radiative forcing in the Southern Hemisphere (SH) *very likely* exceeds that in the NH because of smaller aerosol concentrations in the SH. {2.9}

## TS 2.6    Surface Forcing and the Hydrologic Cycle

**Observations and models indicate that changes in the radiative flux at the Earth's surface affect the surface heat and moisture budgets, thereby involving the hydrologic cycle. Recent studies indicate that some forcing agents can influence the hydrologic cycle differently than others through their interactions with clouds. In particular, changes in aerosols may have affected precipitation and other aspects of the hydrologic cycle more strongly than other anthropogenic forcing agents.** Energy deposited at the surface directly affects evaporation and sensible heat transfer. The instantaneous radiative flux change at the surface (hereafter called 'surface forcing') is a useful diagnostic tool for understanding changes in the heat and moisture surface budgets and the accompanying climate change. However, unlike radiative forcing, it cannot be used to quantitatively compare the effects of different agents on the equilibrium global mean surface temperature change. Net radiative forcing and surface forcing have different equator-to-pole gradients in the NH, and are different between the NH and SH. {2.9, 7.2, 7.5, 9.5}

## TS.3    Observations of Changes in Climate

This assessment evaluates changes in the Earth's climate system, considering not only the atmosphere, but also the ocean and the cryosphere, as well as phenomena such as atmospheric circulation changes, in order to increase understanding of trends, variability and processes of climate change at global and regional scales. Observational records employing direct methods are of variable length as described below, with global temperature estimates now beginning as early as 1850. Observations of extremes of weather and climate are discussed, and observed changes in extremes are described. The consistency of observed changes among different climate variables that allows an increasingly comprehensive picture to be drawn is also described. Finally, palaeoclimatic information that generally employs indirect proxies to infer information about climate change over longer time scales (up to millions of years) is also assessed.

### TS.3.1    Atmospheric Changes: Instrumental Record

This assessment includes analysis of global and hemispheric means, changes over land and ocean and distributions of trends in latitude, longitude and altitude. Since the TAR, improvements in observations and their calibration, more detailed analysis of methods and extended time series allow more in-depth analyses of changes including atmospheric temperature, precipitation, humidity, wind and circulation. Extremes of climate are a key expression of climate variability, and this assessment includes new data that permit improved insights into the changes in many types of extreme events including heat waves, droughts, heavy precipitation and tropical cyclones (including hurricanes and typhoons). {3.2–3.4, 3.8}

Furthermore, advances have occurred since the TAR in understanding how a number of seasonal and long-term anomalies can be described by patterns of climate variability. These patterns arise from internal interactions and from the differential effects on the atmosphere of land and ocean, mountains and large changes in heating. Their response is often felt in regions far removed from their physical source through atmospheric teleconnections associated with large-scale waves in the atmosphere. Understanding temperature and precipitation anomalies associated with the dominant patterns of climate variability is essential to understanding many regional climate anomalies and why these may differ from those at the global scale. Changes in storm tracks, the jet streams,

regions of preferred blocking anticyclones and changes in monsoons can also occur in conjunction with these preferred patterns of variability. {3.5–3.7}

### TS.3.1.1   Global Average Temperatures

**2005 and 1998 were the warmest two years in the instrumental global surface air temperature record since 1850.** Surface temperatures in 1998 were enhanced by the major 1997–1998 El Niño but no such strong anomaly was present in 2005. Eleven of the last 12 years (1995 to 2006) – the exception being 1996 – rank among the 12 warmest years on record since 1850. {3.2}

**The global average surface temperature has increased, especially since about 1950.** The updated 100-year trend (1906–2005) of 0.74°C ± 0.18°C is larger than the 100-year warming trend at the time of the TAR (1901–2000) of 0.6°C ± 0.2°C due to additional warm years. The total temperature increase from 1850-1899 to 2001-2005 is 0.76°C ± 0.19°C. The rate of warming averaged over the last 50 years (0.13°C ± 0.03°C per decade) is nearly twice that for the last 100 years. Three different global estimates all show consistent warming trends. There is also consistency between the data sets in their separate land and ocean domains, and between sea surface temperature (SST) and nighttime marine air temperature (see Figure TS.6). {3.2}

**Recent studies confirm that effects of urbanisation and land use change on the global temperature record are negligible (less than 0.006°C per decade over land and zero over the ocean) as far as hemispheric- and continental-scale averages are concerned.** All observations are subject to data quality and consistency checks to correct for potential biases. The real but local effects of urban areas are accounted for in the land temperature data sets used. Urbanisation and land use effects are not relevant to the widespread oceanic warming that has been observed. Increasing evidence suggests that urban heat island effects also affect precipitation, cloud and diurnal temperature range (DTR). {3.2}

**The global average DTR has stopped decreasing.** A decrease in DTR of approximately 0.1°C per decade was reported in the TAR for the period 1950 to 1993. Updated observations reveal that DTR has not changed from 1979 to 2004 as both day- and night time temperature have risen at about the same rate. The trends are highly variable from one region to another. {3.2}

**New analyses of radiosonde and satellite measurements of lower- and mid-tropospheric temperature show warming rates that are generally consistent with each other and with those in the surface temperature record within their respective uncertainties for the periods 1958 to 2005 and 1979 to 2005. This largely resolves a discrepancy noted in the TAR (see Figure TS.7).** The radiosonde record is markedly less spatially complete than the surface record and increasing evidence suggests that a number of radiosonde data sets are unreliable, especially in the tropics. Disparities remain among different tropospheric temperature trends estimated from satellite Microwave Sounding Unit (MSU) and advanced MSU measurements since 1979, and all likely still contain residual errors. However, trend estimates have been substantially improved and data set differences reduced since the TAR, through adjustments for changing satellites, orbit decay and drift in local crossing time (diurnal cycle effects). It appears that the satellite tropospheric temperature record is broadly consistent with surface temperature trends provided that the stratospheric influence on MSU channel 2 is accounted for. The range across different data sets of global surface warming since 1979 is 0.16°C to 0.18°C per decade, compared to 0.12°C to 0.19°C per decade for MSU-derived estimates of tropospheric temperatures. It is likely that there is increased warming with altitude from the surface through much of the troposphere in the tropics, pronounced cooling in the stratosphere, and a trend towards a higher tropopause. {3.4}

**Stratospheric temperature estimates from adjusted radiosondes, satellites and reanalyses are all in qualitative agreement, with a cooling of between 0.3°C and 0.6°C per decade since 1979 (see Figure TS.7).** Longer radiosonde records (back to 1958) also indicate stratospheric cooling but are subject to substantial instrumental uncertainties. The rate of cooling increased after 1979 but has slowed in the last decade. It is *likely* that radiosonde records overestimate stratospheric cooling, owing to changes in sondes not yet taken into account. The trends are not monotonic, because of stratospheric warming episodes that follow major volcanic eruptions. {3.4}



**Figure TS.6.** *(Top) Patterns of linear global temperature trends over the period 1979 to 2005 estimated at the surface (left), and for the troposphere from satellite records (right). Grey indicates areas with incomplete data. (Bottom) Annual global mean temperatures (black dots) with linear fits to the data. The left hand axis shows temperature anomalies relative to the 1961 to 1990 average and the right hand axis shows estimated actual temperatures, both in °C. Linear trends are shown for the last 25 (yellow), 50 (orange), 100 (purple) and 150 years (red). The smooth blue curve shows decadal variations (see Appendix 3.A), with the decadal 90% error range shown as a pale blue band about that line. The total temperature increase from the period 1850 to 1899 to the period 2001 to 2005 is 0.76°C ± 0.19°C. {FAQ 3.1, Figure 1.}*

### TS.3.1.2   *Spatial Distribution of Changes in Temperature, Circulation and Related Variables*

Surface temperatures over land regions have warmed at a faster rate than over the oceans in both hemispheres. Longer records now available show significantly faster rates of warming over land than ocean in the past two decades (about 0.27°C vs. 0.13°C per decade). {3.2}

The warming in the last 30 years is widespread over the globe, and is greatest at higher northern latitudes. The greatest warming has occurred in the NH winter (DJF) and spring (MAM). Average arctic temperatures have been increasing at almost twice the rate of the rest of the world in the past 100 years. However, arctic temperatures are highly variable. A slightly longer arctic warm period, almost as warm as the present, was observed from 1925 to 1945, but its geographical distribution appears to have been different from the recent warming since its extent was not global. {3.2}

**There is evidence for long-term changes in the large-scale atmospheric circulation, such as a poleward shift and strengthening of the westerly winds.** Regional climate trends can be very different from the global average, reflecting changes in the circulations and interactions of the atmosphere and ocean and the other components of the climate system. Stronger mid-latitude westerly wind maxima have occurred in both hemispheres in most seasons from at least 1979 to the late 1990s, and poleward displacements of corresponding Atlantic and southern polar front jet streams have been documented. The westerlies in the NH increased from the 1960s to the 1990s but have since returned to values close to the long-term average. The increased strength of the westerlies in the NH changes the flow from oceans to continents, and is a major factor in the observed winter changes in storm tracks and related patterns of precipitation and temperature trends at mid- and high-latitudes. Analyses of wind and significant wave height support reanalysis-based evidence for changes in NH extratropical storms from the start of the reanalysis record in the late 1970s until the late 1990s. These changes are accompanied by a tendency towards stronger winter polar vortices throughout the troposphere and lower stratosphere. {3.2, 3.5}

**Many regional climate changes can be described in terms of preferred patterns of climate variability and therefore as changes in the occurrence of indices that characterise the strength and phase of these patterns.** The importance, over all time scales, of fluctuations in the westerlies and storm tracks in the North Atlantic has often been noted, and these fluctuations are described by the NAO (see Box TS.2 for an explanation of this and other preferred patterns). The characteristics of fluctuations in the zonally averaged westerlies in the two hemispheres have more recently been described by their respective 'annular modes', the Northern and Southern Annular Modes (NAM and SAM). The observed changes can be expressed as a shift of the circulation towards the structure associated with one sign of these preferred patterns. The increased mid-latitude westerlies in the North Atlantic can be largely viewed as reflecting either NAO or NAM changes; multi-decadal variability is also evident in the Atlantic, both in the atmosphere and the ocean. In the SH, changes in circulation related to an increase in the



**Figure TS.7.** *Observed surface (D) and upper air temperatures for the lower troposphere (C), mid- to upper troposphere (B) and lower stratosphere (A), shown as monthly mean anomalies relative to the period 1979 to 1997 smoothed with a seven-month running mean filter. Dashed lines indicate the times of major volcanic eruptions. {Figure 3.17}*

SAM from the 1960s to the present are associated with strong warming over the Antarctic Peninsula and, to a lesser extent, cooling over parts of continental Antarctica. Changes have also been observed in ocean-atmosphere interactions in the Pacific. The ENSO is the dominant mode of global-scale variability on interannual time scales although there have been times when it is less apparent. The 1976–1977 climate shift, related to the phase change in the Pacific Decadal Oscillation (PDO) towards more El Niño events and changes in the evolution of ENSO, has affected many areas, including most tropical monsoons. For instance, over North America, ENSO and Pacific-

## Box TS.2: Patterns (Modes) of Climate Variability

Analysis of atmospheric and climatic variability has shown that a significant component of it can be described in terms of fluctuations in the amplitude and sign of indices of a relatively small number of preferred patterns of variability. Some of the best known of these are:

- El Niño-Southern Oscillation (ENSO), a coupled fluctuation in the atmosphere and the equatorial Pacific Ocean, with preferred time scales of two to about seven years. ENSO is often measured by the difference in surface pressure anomalies between Tahiti and Darwin and the SSTs in the central and eastern equatorial Pacific. ENSO has global teleconnections.

- North Atlantic Oscillation (NAO), a measure of the strength of the Icelandic Low and the Azores High, and of the westerly winds between them, mainly in winter. The NAO has associated fluctuations in the storm track, temperature and precipitation from the North Atlantic into Eurasia (see Box TS.2, Figure 1).

- Northern Annular Mode (NAM), a winter fluctuation in the amplitude of a pattern characterised by low surface pressure in the Arctic and strong mid-latitude westerlies. The NAM has links with the northern polar vortex and hence the stratosphere.

- Southern Annular Mode (SAM), the fluctuation of a pattern with low antarctic surface pressure and strong mid-latitude westerlies, analogous to the NAM, but present year round.

- Pacific-North American (PNA) pattern, an atmospheric large-scale wave pattern featuring a sequence of tropospheric high- and low-pressure anomalies stretching from the subtropical west Pacific to the east coast of North America.

- Pacific Decadal Oscillation (PDO), a measure of the SSTs in the North Pacific that has a very strong correlation with the North Pacific Index (NPI) measure of the depth of the Aleutian Low. However, it has a signature throughout much of the Pacific.

### POSITIVE PHASE OF NAO AND NAM



**Box TS.2, Figure 1.** *A schematic of the changes associated with the positive phase of the NAO and NAM. The changes in pressure and winds are shown, along with precipitation changes. Warm colours indicate areas that are warmer than normal and blue indicates areas that are cooler than normal.*

The extent to which all these preferred patterns of variability can be considered to be true modes of the climate system is a topic of active research. However, there is evidence that their existence can lead to larger-amplitude regional responses to forcing than would otherwise be expected. In particular, a number of the observed 20th-century climate changes can be viewed in terms of changes in these patterns. It is therefore important to test the ability of climate models to simulate them (see Section TS.4, Box TS.7) and to consider the extent to which observed changes related to these patterns are linked to internal variability or to anthropogenic climate change. {3.6, 8.4}

North American (PNA) teleconnection-related changes appear to have led to contrasting changes across the continent, as the western part has warmed more than the eastern part, while the latter has become cloudier and wetter. There is substantial low-frequency atmospheric variability in the Pacific sector over the 20th century, with extended periods of weakened (1900–1924; 1947–1976) as well as strengthened (1925–1946; 1977–2003) circulation. {3.2, 3.5, 3.6}

**Changes in extremes of temperature are consistent with warming.** Observations show widespread reductions in the number of frost days in mid-latitude regions, increases in the number of warm extremes (warmest 10% of days or nights) and a reduction in the number of daily cold extremes (coldest 10% of days or nights) (see Box TS.5). The most marked changes are for cold nights, which have declined over the 1951 to 2003 period for all regions where data are available (76% of the land). {3.8}

**Heat waves have increased in duration beginning in the latter half of the 20th century.** The record-breaking heat wave over western and central Europe in the summer of 2003 is an example of an exceptional recent extreme. That summer (JJA) was the warmest since comparable instrumental records began around 1780 (1.4°C above the previous warmest in 1807). Spring drying of the land surface over Europe was an important factor in the occurrence of the extreme 2003 temperatures. Evidence suggests that heat waves have also increased in frequency and duration in other locations. The very strong correlation between observed dryness and high temperatures over land in the tropics during summer highlights the important role moisture plays in moderating climate. {3.8, 3.9}

**There is insufficient evidence to determine whether trends exist in such events as tornadoes, hail, lightning and dust storms which occur at small spatial scales.** {3.8}

### TS.3.1.3    Changes in the Water Cycle: Water Vapour, Clouds, Precipitation and Tropical Storms

**Tropospheric water vapour is increasing (Figure TS.8).** Surface specific humidity has generally increased since 1976 in close association with higher temperatures over both land and ocean. Total column water vapour has increased over the global oceans by 1.2 ± 0.3% per decade (95% confidence limits) from 1988 to 2004. The observed regional changes are consistent in pattern and amount with the changes in SST and the assumption of a near-constant relative humidity increase in water vapour mixing ratio. The additional atmospheric water vapour implies increased moisture availability for precipitation. {3.4}



**ATMOSPHERIC WATER VAPOUR**

Figure TS.8. (a) Linear trends in precipitable water (total column water vapour) over the period 1988 to 2004 (% per decade) and (b) the monthly time series of anomalies, relative to the period shown, over the global ocean with linear trend. (c) The global mean (80°N to 80°S) radiative signature of upper-tropospheric moistening is given by monthly time series of combinations of satellite brightness temperature anomalies (°C), relative to the period 1982 to 2004, with the dashed line showing the linear trend of the key brightness temperature in °C per decade. {3.4, Figures 3.20 and 3.21}

**Upper-tropospheric water vapour is also increasing.** Due to instrumental limitations, it is difficult to assess long-term changes in water vapour in the upper troposphere, where it is of radiative importance. However, the available data now show evidence for global increases in upper-tropospheric specific humidity over the past two decades (Figure TS.8). These observations are consistent with the observed increase in temperatures and represent an important advance since the TAR. {3.4}

**Cloud changes are dominated by ENSO.** Widespread (but not ubiquitous) decreases in continental DTR have coincided with increases in cloud amounts. Surface and satellite observations disagree on changes in total and low-level cloud changes over the ocean. However, radiation

changes at the top of the atmosphere from the 1980s to 1990s (possibly related in part to the ENSO phenomenon) appear to be associated with reductions in tropical upper-level cloud cover, and are consistent with changes in the energy budget and in observed ocean heat content. {3.4}

**'Global dimming' is not global in extent and it has not continued after 1990.** Reported decreases in solar radiation at the Earth's surface from 1970 to 1990 have an urban bias. Further, there have been increases since about 1990. An increasing aerosol load due to human activities decreases regional air quality and the amount of solar radiation reaching the Earth's surface. In some areas, such as Eastern Europe, recent observations of a reversal in the sign of this effect link changes in solar radiation to concurrent air quality improvements. {3.4}

**Long-term trends in precipitation amounts from 1900 to 2005 have been observed in many large regions (Figure TS.9).** Significantly increased precipitation has been observed in the eastern parts of North and South America, northern Europe and northern and central Asia. Drying has been observed in the Sahel, the Mediterranean, southern Africa and parts of southern Asia. Precipitation is highly variable spatially and temporally, and robust long-term trends have not been established for other large regions.[5] {3.3}

**Substantial increases in heavy precipitation events have been observed.** It is *likely* that there have been increases in the number of heavy precipitation events (e.g., above the 95th percentile) in many land regions since about 1950, even in those regions where there has been a reduction in total precipitation amount. Increases have also been reported for rarer precipitation events (1 in 50 year return period), but only a few regions have sufficient data to assess such trends reliably (see Figure TS.10). {3.8}

**There is observational evidence for an increase of intense tropical cyclone activity in the North Atlantic since about 1970, correlated with increases in tropical SSTs. There are also suggestions of increased intense tropical cyclone activity in some other regions where concerns over data quality are greater.** Multi-decadal variability and the quality of the tropical cyclone records prior to routine satellite observations in about 1970 complicate the detection of long-term trends in tropical cyclone activity and there is no clear trend in the annual numbers of tropical cyclones. Estimates of the potential destructiveness of tropical cyclones suggest a substantial upward trend since the mid-1970s, with a trend towards longer lifetimes and greater intensity. Trends are also apparent in SST, a critical variable known to influence

**GLOBAL MEAN PRECIPITATION**







**Figure TS.9.** *(Top) Distribution of linear trends of annual land precipitation amounts over the period 1901 to 2005 (% per century) and (middle) 1979 to 2005 (% per decade). Areas in grey have insufficient data to produce reliable trends. The percentage is based on the 1961 to 1990 period. (Bottom) Time series of annual global land precipitation anomalies with respect to the 1961 to 1990 base period for 1900 to 2005. The smooth curves show decadal variations (see Appendix 3.A) for different data sets. {3.3, Figures 3.12 and 3.13}*

---

[5] The assessed regions are those considered in the regional projections chapter of the TAR and in Chapter 11 of this report.

### ANNUAL PRECIPITATION TRENDS



**Figure TS.10.** *(Top) Observed trends (% per decade) over the period 1951 to 2003 in the contribution to total annual precipitation from very wet days (i.e., corresponding to the 95th percentile and above). White land areas have insufficient data for trend determination. (Bottom) Anomalies (%) of the global (regions with data shown in top panel) annual time series of very wet days (with respect to 1961–1990) defined as the percentage change from the base period average (22.5%). The smooth orange curve shows decadal variations (see Appendix 3.A). {Figure 3.39}*

### ANNUAL SEA-SURFACE TEMPERATURE ANOMALIES



**Figure TS.11.** *Tropical Atlantic (10°N–20°N) sea surface temperature annual anomalies (°C) in the region of Atlantic hurricane formation, relative to the 1961 to 1990 mean. {Figure 3.33}*

tropical cyclone development (see Figure TS.11). Variations in the total numbers of tropical cyclones result from ENSO and decadal variability, which also lead to a redistribution of tropical storm numbers and tracks. The numbers of hurricanes in the North Atlantic have been above normal (based on 1981–2000) in nine of the years from 1995 to 2005. {3.8}

**More intense and longer droughts have been observed over wider areas, particularly in the tropics and subtropics since the 1970s.** While there are many different measures of drought, many studies use precipitation changes together with temperature.[6] Increased drying due to higher temperatures and decreased land precipitation have contributed to these changes. {3.3}

### TS.3.2    Changes in the Cryosphere: Instrumental Record

Currently, ice permanently covers 10% of the land surface, with only a tiny fraction occurring outside Antarctica and Greenland. Ice also covers approximately 7% of the oceans in the annual mean. In midwinter, snow covers approximately 49% of the land surface in the NH. An important property of snow and ice is its high surface albedo. Because up to 90% of the incident solar radiation is reflected by snow and ice surfaces, while only about 10% is reflected by the open ocean or forested lands, changes in snow and ice cover are important feedback mechanisms in climate change. In addition, snow and ice are effective insulators. Seasonally frozen ground is more extensive than snow cover, and its presence is important for energy and moisture fluxes. Therefore, frozen surfaces play important roles in energy and climate processes. {4.1}

The cryosphere stores about 75% of the world's freshwater. At a regional scale, variations in mountain snowpack, glaciers and small ice caps play a crucial role in freshwater availability. Since the change from ice to liquid water occurs at specific temperatures, ice is a component of the climate system that could be subject to abrupt change following sufficient warming. Observations and analyses of changes in ice have expanded and improved since the TAR, including shrinkage of mountain glacier volume, decreases in snow cover, changes in permafrost and frozen ground, reductions in arctic sea ice extent, coastal thinning of the Greenland Ice Sheet exceeding inland thickening from increased snowfall, and reductions in seasonally frozen ground and river and lake ice cover.

These allow an improved understanding of how the cryosphere is changing, including its contributions to recent changes in sea level. The periods from 1961 to the present and from 1993 to the present are a focus of this report, due to the availability of directly measured glacier mass balance data and altimetry observations of the ice sheets, respectively. {4.1}

**Snow cover has decreased in most regions, especially in spring.** Northern Hemisphere snow cover observed by satellite over the 1966 to 2005 period decreased in every month except November and December, with a stepwise drop of 5% in the annual mean in the late 1980s (see Figure TS.12). In the SH, the few long records or proxies mostly show either decreases or no changes in the past 40 years or more. Northern Hemisphere April snow cover extent is strongly correlated with 40°N to 60°N April temperature, reflecting the feedback between snow and temperature. {4.2}

**Decreases in snowpack have been documented in several regions worldwide based upon annual time series of mountain snow water equivalent and snow depth.** Mountain snow can be sensitive to small changes in temperature, particularly in temperate climatic zones where the transition from rain to snow is generally closely associated with the altitude of the freezing level. Declines in mountain snowpack in western North America and in the Swiss Alps are largest at lower, warmer elevations. Mountain snow water equivalent has declined since 1950 at 75% of the stations monitored in western North America. Mountain snow depth has also declined in the Alps and in southeastern Australia. Direct observations of snow depth are too limited to determine changes in the Andes, but temperature measurements suggest that the altitude where snow occurs (above the snow line) has probably risen in mountainous regions of South America. {4.2}

**Permafrost and seasonally frozen ground in most regions display large changes in recent decades.** Changes in permafrost conditions can affect river runoff, water supply, carbon exchange and landscape stability, and can cause damage to infrastructure. Temperature increases at the top of the permafrost layer of up to 3°C since the 1980s have been reported. Permafrost warming has also been observed with variable magnitude in the Canadian Arctic, Siberia, the Tibetan Plateau and Europe. The permafrost base is thawing at a rate ranging from 0.04 m yr$^{-1}$ in Alaska to 0.02 m yr$^{-1}$ on the Tibetan Plateau. {4.7}

**The maximum area covered by seasonally frozen ground decreased by about 7% in the NH over the**

---

[6]  Precipitation and temperature are combined in the Palmer Drought Severity Index (PDSI), considered in this report as one measure of drought. The PDSI does not include variables such as wind speed, solar radiation, cloudiness and water vapour but is a superior measure to precipitation alone.

## Box TS.3: Ice Sheet Dynamics and Stability

Ice sheets are thick, broad masses of ice formed mainly from compaction of snow. They spread under their own weight, transferring mass towards their margins where it is lost primarily by runoff of surface melt water or by calving of icebergs into marginal seas or lakes. Ice sheets flow by deformation within the ice or melt water-lubricated sliding over materials beneath. Rapid basal motion requires that the basal temperature be raised to the melting point by heat from the Earth's interior, delivered by melt water transport, or from the 'friction' of ice motion. Sliding velocities under a given gravitational stress can differ by several orders of magnitude, depending on the presence or absence of deformable sediment, the roughness of the substrate and the supply and distribution of water. Basal conditions are generally poorly characterised, introducing important uncertainties to the understanding of ice sheet stability. {4.6}

Ice flow is often channelled into fast-moving ice streams (that flow between slower-moving ice walls) or outlet glaciers (with rock walls). Enhanced flow in ice streams arises either from higher gravitational stress linked to thicker ice in bedrock troughs, or from increased basal lubrication. {4.6}

Ice discharged across the coast often remains attached to the ice sheet to become a floating ice shelf. An ice shelf moves forward, spreading and thinning under its own weight, and fed by snowfall on its surface and ice input from the ice sheet. Friction at ice shelf sides and over local shoals slows the flow of the ice shelf and thus the discharge from the ice sheet. An ice shelf loses mass by calving icebergs from the front and by basal melting into the ocean cavity beneath. Studies suggest an ocean warming of 1°C could increase ice shelf basal melt by 10 m yr$^{-1}$, but inadequate knowledge of the largely inaccessible ice shelf cavities restricts the accuracy of such estimates. {4.6}

The palaeo-record of previous ice ages indicates that ice sheets shrink in response to warming and grow in response to cooling, and that shrinkage can be far faster than growth. The volumes of the Greenland and Antarctic Ice Sheets are equivalent to approximately 7 m and 57 m of sea level rise, respectively. Palaeoclimatic data indicate that substantial melting of one or both ice sheets has likely occurred in the past. However, ice core data show that neither ice sheet was completely removed during warm periods of at least the past million years. Ice sheets can respond to environmental forcing over very long time scales, implying that commitments to future changes may result from current warming. For example, a surface warming may take more than 10,000 years to penetrate to the bed and change temperatures there. Ice velocity over most of an ice sheet changes slowly in response to changes in the ice sheet shape or surface temperature, but large velocity changes may occur rapidly in ice streams and outlet glaciers in response to changing basal conditions, penetration of surface melt water to the bed or changes in the ice shelves into which they flow. {4.6, 6.4}

Models currently configured for long integrations remain most reliable in their treatment of surface accumulation and ablation, as for the TAR, but do not include full treatments of ice dynamics; thus, analyses of past changes or future projections using such models may underestimate ice flow contributions to sea level rise, but the magnitude of such an effect is unknown. {8.2}

latter half of the 20th century, with a decrease in spring of up to 15%. Its maximum depth has decreased by about 0.3 m in Eurasia since the mid-20th century. In addition, maximum seasonal thaw depth increased by about 0.2 m in the Russian Arctic from 1956 to 1990. {4.7}

On average, the general trend in NH river and lake ice over the past 150 years indicates that the freeze-up date has become later at an average rate of 5.8 ± 1.9 days per century, while the breakup date has occurred earlier, at a rate of 6.5 ± 1.4 days per century. However, considerable spatial variability has also been observed, with some regions showing trends of opposite sign. {4.3}

Annual average arctic sea ice extent has shrunk by about 2.7 ± 0.6% per decade since 1978 based upon satellite observations (see Figure TS.13). The decline in summer extent is larger than in winter extent, with the summer minimum declining at a rate of about 7.4 ± 2.4% per decade. Other data indicate that the summer decline began around 1970. Similar observations in the Antarctic

reveal larger interannual variability but no consistent trends during the period of satellite observations. In contrast to changes in continental ice such as ice sheets and glaciers, changes in sea ice do not directly contribute to sea level change (because this ice is already floating), but can contribute to salinity changes through input of freshwater. {4.4}

During the 20th century, glaciers and ice caps have experienced widespread mass losses and have contributed to sea level rise. Mass loss of glaciers and ice caps (excluding those around the ice sheets of Greenland and Antarctica) is estimated to be 0.50 ± 0.18 mm yr$^{-1}$ in sea level equivalent (SLE) between 1961 and 2003, and 0.77 ± 0.22 mm yr$^{-1}$ SLE between 1991 and 2003. The late 20th-century glacier wastage *likely* has been a response to post-1970 warming. {4.5}

Recent observations show evidence for rapid changes in ice flow in some regions, contributing to sea level rise and suggesting that the dynamics of ice

**motion may be a key factor in future responses of ice shelves, coastal glaciers and ice sheets to climate change.** Thinning or loss of ice shelves in some near-coastal regions of Greenland, the Antarctic Peninsula and West Antarctica has been associated with accelerated flow of nearby glaciers and ice streams, suggesting that ice shelves (including short ice shelves of kilometres or tens of kilometres in length) could play a larger role in stabilising or restraining ice motion than previously thought. Both oceanic and atmospheric temperatures appear to contribute to the observed changes. Large summer warming in the Antarctic Peninsula region *very likely* played a role in the subsequent rapid breakup of the Larsen B Ice Shelf in 2002 by increasing summer melt water, which drained into crevasses and wedged them open. Models do not accurately capture all of the physical processes that appear to be involved in observed iceberg calving (as in the breakup of Larsen B). {4.6}

### CHANGES IN SNOW COVER





### CHANGES IN SEA ICE EXTENT







**Figure TS.12.** *(Top) Northern Hemisphere March-April snow-covered area from a station-derived snow cover index (prior to 1972) and from satellite data (during and after 1972). The smooth curve shows decadal variations (see Appendix 3.A) with the 5 to 95% data range shaded in yellow. (Bottom) Differences in the distribution of March-April snow cover between earlier (1967–1987) and later (1988–2004) portions of the satellite era (expressed in percent coverage). Tan colours show areas where snow cover has declined. Red curves show the 0°C and 5°C isotherms averaged for March-April 1967 to 2004, from the Climatic Research Unit (CRU) gridded land surface temperature version 2 (CRUTEM2v) data. The greatest decline generally tracks the 0°C and 5°C isotherms, reflecting the strong feedback between snow and temperature. {Figures 4.2, 4.3}*

**Figure TS.13.** *(a) Arctic minimum sea ice extent; (b) arctic sea ice extent anomalies; and (c) antarctic sea ice extent anomalies all for the period 1979 to 2005. Symbols indicate annual values while the smooth blue curves show decadal variations (see Appendix 3.A). The dashed lines indicate the linear trends. (a) Results show a linear trend of −60 ± 20 x $10^3$ $km^2$ $yr^{-1}$, or approximately -7.4% per decade. (b) The linear trend is −33 ± 7.4 x $10^3$ $km^2$ $yr^{-1}$ (equivalent to approximately −2.7% per decade) and is significant at the 95% confidence level. (c) Antarctic results show a small positive trend of 5.6 ± 9.2 x $10^3$ $km^2$ $yr^{-1}$, which is not statistically significant. {Figures 4.8 and 4.9}*

The Greenland and Antarctic Ice Sheets taken together have *very likely* contributed to the sea level rise of the past decade. It is *very likely* that the Greenland Ice Sheet shrunk from 1993 to 2003, with thickening in central regions more than offset by increased melting in coastal regions. Whether the ice sheets have been growing or shrinking over time scales of longer than a decade is not well established from observations. Lack of agreement between techniques and the small number of estimates preclude assignment of best estimates or statistically rigorous error bounds for changes in ice sheet mass balances. However, acceleration of outlet glaciers drains ice from the interior and has been observed in both ice sheets (see Figure TS.14). Assessment of the data and techniques suggests a mass balance for the Greenland Ice Sheet of –50 to –100 Gt yr⁻¹ (shrinkage contributing to raising global sea level by 0.14 to

0.28 mm yr⁻¹) during 1993 to 2003, with even larger losses in 2005. There are greater uncertainties for earlier time periods and for Antarctica. The estimated range in mass balance for the Greenland Ice Sheet over the period 1961 to 2003 is between growth of 25 Gt yr⁻¹ and shrinkage by 60 Gt yr⁻¹ (–0.07 to +0.17 mm yr⁻¹ SLE). Assessment of all the data yields an estimate for the overall Antarctic Ice Sheet mass balance ranging from growth of 100 Gt yr⁻¹ to shrinkage of 200 Gt yr⁻¹ (–0.27 to +0.56 mm yr⁻¹ SLE) from 1961 to 2003, and from +50 to –200 Gt yr⁻¹ (–0.14 to +0.55 mm yr⁻¹ SLE) from 1993 to 2003. The recent changes in ice flow are *likely* to be sufficient to explain much or all of the estimated antarctic mass imbalance, with recent changes in ice flow, snowfall and melt water runoff sufficient to explain the mass imbalance of Greenland. {4.6, 4.8}

### RATES OF OBSERVED SURFACE ELEVATION CHANGE



**Figure TS.14.** Rates of observed recent surface elevation change for Greenland (left; 1989–2005) and Antarctica (right; 1992–2005). Red hues indicate a rising surface and blue hues a falling surface, which typically indicate an increase or loss in ice mass at a site, although changes over time in bedrock elevation and in near-surface density can be important. For Greenland, the rapidly thinning outlet glaciers Jakobshavn (J), Kangerdlugssuaq (K), Helheim (H) and areas along the southeast coast (SE) are shown, together with their estimated mass balance vs. time (with K and H combined, in Gt yr⁻¹, with negative values indicating loss of mass from the ice sheet to the ocean). For Antarctica, ice shelves estimated to be thickening or thinning by more than 30 cm yr⁻¹ are shown by point-down purple triangles (thinning) and point-up red triangles (thickening) plotted just seaward of the relevant ice shelves. {Figures 4.17 and 4.19}

## TS.3.3   Changes in the Ocean: Instrumental Record

The ocean plays an important role in climate and climate change. The ocean is influenced by mass, energy and momentum exchanges with the atmosphere. Its heat capacity is about 1000 times larger than that of the atmosphere and the ocean's net heat uptake is therefore many times greater than that of the atmosphere (see Figure TS.15). Global observations of the heat taken up by the ocean can now be shown to be a definitive test of changes in the global energy budget. Changes in the amount of energy taken up by the upper layers of the ocean also play a crucial role for climate variations on seasonal to interannual time scales, such as El Niño. Changes in the transport of heat and SSTs have important effects upon many regional climates worldwide. Life in the sea is dependent on the biogeochemical status of the ocean and is affected by changes in its physical state and circulation. Changes in ocean biogeochemistry can also feed back into the climate system, for example, through changes in uptake or release of radiatively active gases such as $CO_2$. {5.1, 7.3}

### ENERGY CONTENT IN THE CLIMATE SYSTEM



Energy Content Change ($10^{22}$ J)

**Figure TS.15.** *Energy content changes in different components of the Earth system for two periods (1961–2003 and 1993–2003). Blue bars are for 1961 to 2003; burgundy bars are for 1993 to 2003. Positive energy content change means an increase in stored energy (i.e., heat content in oceans, latent heat from reduced ice or sea ice volumes, heat content in the continents excluding latent heat from permafrost changes, and latent and sensible heat and potential and kinetic energy in the atmosphere). All error estimates are 90% confidence intervals. No estimate of confidence is available for the continental heat gain. Some of the results have been scaled from published results for the two respective periods.* {Figure 5.4}

Global mean sea level variations are driven in part by changes in density, through thermal expansion or contraction of the ocean's volume. Local changes in sea level also have a density-related component due to temperature and salinity changes. In addition, exchange of water between oceans and other reservoirs (e.g., ice sheets, mountain glaciers, land water reservoirs and the atmosphere) can change the ocean's mass and hence contribute to changes in sea level. Sea level change is not geographically uniform because processes such as ocean circulation changes are not uniform across the globe (see Box TS.4). {5.5}

Oceanic variables can be useful for climate change detection, in particular temperature and salinity changes below the surface mixed layer where the variability is smaller and signal-to-noise ratio is higher. Observations analysed since the TAR have provided new evidence for changes in global ocean heat content and salinity, sea level, thermal expansion contributions to sea level rise, water mass evolution and biogeochemical cycles. {5.5}

### TS.3.3.1   Changes in Ocean Heat Content and Circulation

**The world ocean has warmed since 1955, accounting over this period for more than 80% of the changes in the energy content of the Earth's climate system.** A total of 7.9 million vertical profiles of ocean temperature allows construction of improved global time series (see Figure TS.16). Analyses of the global oceanic heat budget have been replicated by several independent analysts and are robust to the method used. Data coverage limitations require averaging over decades for the deep ocean and observed decadal variability in the global heat content is not fully understood. However, inadequacies in the distribution of data (particularly coverage in the Southern Ocean and South Pacific) could contribute to the apparent decadal variations in heat content. During the period 1961 to 2003, the 0 to 3000 m ocean layer has taken up about $14.1 \times 10^{22}$ J, equivalent to an average heating rate of 0.2 W m$^{-2}$ (per unit area of the Earth's surface). During 1993 to 2003, the corresponding rate of warming in the shallower 0 to 700 m ocean layer was higher, about 0.5 ± 0.18 W m$^{-2}$. Relative to 1961 to 2003, the period 1993 to 2003 had high rates of warming but in 2004 and 2005 there has been some cooling compared to 2003. {5.1–5.3}

**Warming is widespread over the upper 700 m of the global ocean.** The Atlantic has warmed south of 45°N. The warming is penetrating deeper in the Atlantic Ocean Basin than in the Pacific, Indian and Southern Oceans, due to the

### GLOBAL OCEAN HEAT CONTENT (0 - 700 m)



**Figure TS.16.** *Time series of global ocean heat content ($10^{22}$ J) for the 0 to 700 m layer. The three coloured lines are independent analyses of the oceanographic data. The black and red curves denote the deviation from their 1961 to 1990 average and the shorter green curve denotes the deviation from the average of the black curve for the period 1993 to 2003. The 90% uncertainty range for the black curve is indicated by the grey shading and for the other two curves by the error bars. {Figure 5.1}*

deep overturning circulation cell that occurs in the North Atlantic. The SH deep overturning circulation shows little evidence of change based on available data. However, the upper layers of the Southern Ocean contribute strongly to the overall warming. At least two seas at subtropical latitudes (Mediterranean and Japan/East China Sea) are warming. While the global trend is one of warming, significant decadal variations have been observed in the global time series, and there are large regions where the oceans are cooling. Parts of the North Atlantic, North Pacific and equatorial Pacific have cooled over the last 50 years. The changes in the Pacific Ocean show ENSO-like spatial patterns linked in part to the PDO. {5.2, 5.3}

**Parts of the Atlantic meridional overturning circulation exhibit considerable decadal variability, but data do not support a coherent trend in the overturning circulation. {5.3}**

### TS.3.3.2   Changes in Ocean Biogeochemistry and Salinity

**The uptake of anthropogenic carbon since 1750 has led to the ocean becoming more acidic, with an average decrease in surface pH of 0.1 units.**[7] Uptake of $CO_2$ by the ocean changes its chemical equilibrium. Dissolved

$CO_2$ forms a weak acid, so as dissolved $CO_2$ increases, pH decreases (i.e., the ocean becomes more acidic). The overall pH change is computed from estimates of anthropogenic carbon uptake and simple ocean models. Direct observations of pH at available stations for the last 20 years also show trends of decreasing pH, at a rate of about 0.02 pH units per decade. Decreasing ocean pH decreases the depth below which calcium carbonate dissolves and increases the volume of the ocean that is undersaturated with respect to the minerals aragonite (a meta-stable form of calcium carbonate) and calcite, which are used by marine organisms to build their shells. Decreasing surface ocean pH and rising surface temperatures also act to reduce the ocean buffer capacity for $CO_2$ and the rate at which the ocean can take up excess atmospheric $CO_2$. {5.4, 7.3}

**The oxygen concentration of the ventilated thermocline (about 100 to 1000 m) decreased in most ocean basins between 1970 and 1995. These changes may reflect a reduced rate of ventilation linked to upper-level warming and/or changes in biological activity. {5.4}**

**There is now widespread evidence for changes in ocean salinity at gyre and basin scales in the past half century (see Figure TS.17) with the near-surface waters in the more evaporative regions increasing in salinity in almost all ocean basins. These changes in salinity imply changes in the hydrological cycle over the oceans.** In the high-latitude regions in both hemispheres, the surface waters show an overall freshening consistent with these regions having greater precipitation, although higher runoff, ice melting, advection and changes in the meridional overturning circulation may also contribute. The subtropical latitudes in both hemispheres are characterised by an increase in salinity in the upper 500 m. The patterns are consistent with a change in the Earth's hydrological cycle, in particular with changes in precipitation and inferred larger water transport in the atmosphere from low latitudes to high latitudes and from the Atlantic to the Pacific. {5.2}

### TS.3.3.3   Changes in Sea Level

**Over the 1961 to 2003 period, the average rate of global mean sea level rise is estimated from tide gauge data to be $1.8 \pm 0.5$ mm $yr^{-1}$ (see Figure TS.18).** For the purpose of examining the sea level budget, best estimates and 5 to 95% confidence intervals are provided for all land ice contributions. The average

---

[7]  Acidity is a measure of the concentration of $H^+$ ions and is reported in pH units, where pH = $-\log(H^+)$. A pH decrease of 1 unit means a 10-fold increase in the concentration of $H^+$, or acidity.

### LINEAR TRENDS OF ZONALLY AVERAGED SALINITY (1955 - 1998)



**Figure TS.17.** *Linear trends (1955–1998) of zonally averaged salinity (Practical Salinity Scale) for the World Ocean. The contour interval is 0.01 per decade and dashed contours are ±0.005 per decade. The dark, solid line is the zero contour. Red shading indicates values equal to or greater than 0.005 per decade and blue shading indicates values equal to or less than –0.005 per decade. {Figure 5.5}*

thermal expansion contribution to sea level rise for this period was 0.42 ± 0.12 mm yr$^{-1}$, with significant decadal variations, while the contribution from glaciers, ice caps and ice sheets is estimated to have been 0.7 ± 0.5 mm yr$^{-1}$ (see Table TS.3). The sum of these estimated climate-related contributions for about the past four decades thus amounts to 1.1 ± 0.5 mm yr$^{-1}$, which is less than the best estimate from the tide gauge observations (similar to the discrepancy noted in the TAR). Therefore, the sea level budget for 1961 to 2003 has not been closed satisfactorily. {4.8, 5.5}

**The global average rate of sea level rise measured by TOPEX/Poseidon satellite altimetry during 1993 to 2003 is 3.1 ± 0.7 mm yr$^{-1}$.** This observed rate for the recent period is close to the estimated total of 2.8 ± 0.7 mm yr$^{-1}$ for the climate-related contributions due to thermal expansion (1.6 ± 0.5 mm yr$^{-1}$) and changes in land ice (1.2 ± 0.4 mm yr$^{-1}$). Hence, the understanding of the budget has improved significantly for this recent period, with the climate contributions constituting the main factors in the sea level budget (which is closed to within known errors). Whether the faster rate for 1993 to 2003 compared to 1961 to 2003 reflects decadal variability or an increase in the longer-term trend is unclear. The

tide gauge record indicates that faster rates similar to that observed in 1993 to 2003 have occurred in other decades since 1950. {5.5, 9.5}

There is *high confidence* that the rate of sea level rise accelerated between the mid-19th and the mid-20th centuries based upon tide gauge and geological data. A recent reconstruction of sea level change back to 1870 using the best available tide records provides high confidence that the rate of sea level rise accelerated over the period 1870 to 2000. Geological observations indicate that during the previous 2000 years, sea level change was small, with average rates in the range 0.0 to 0.2 mm yr$^{-1}$. The use of proxy sea level data from archaeological sources is well established in the Mediterranean and indicates that oscillations in sea level from about AD 1 to AD 1900 did not exceed ±0.25 m. The available evidence indicates that the onset of modern sea level rise started between the mid-19th and mid-20th centuries. {5.5}

**Precise satellite measurements since 1993 now provide unambiguous evidence of regional variability of sea level change. In some regions, rates of rise during this period are up to several times the global mean,**

### GLOBAL MEAN SEA LEVEL



**Figure TS.18.** *Annual averages of the global mean sea level based on reconstructed sea level fields since 1870 (red), tide gauge measurements since 1950 (blue) and satellite altimetry since 1992 (black). Units are in mm relative to the average for 1961 to 1990. Error bars are 90% confidence intervals. {Figure 5.13}*

Technical Summary

**Table TS.3.** *Contributions to sea level rise based upon observations (left columns) compared to models used in this assessment (right columns; see Section 9.5 and Appendix 10.A for details). Values are presented for 1993 to 2003 and for the last four decades, including observed totals. {Adapted from Tables 5.3 and 9.2}*

| | Sea Level Rise (mm yr$^{-1}$) | | | |
| --- | --- | --- | --- | --- |
| | 1961–2003 | | 1993–2003 | |
| Sources of Sea Level Rise | Observed | Modelled | Observed | Modelled |
| Thermal expansion | 0.42 ± 0.12 | 0.5 ± 0.2 | 1.6 ± 0.5 | 1.5 ± 0.7 |
| Glaciers and ice caps | 0.50 ± 0.18 | 0.5 ± 0.2 | 0.77 ± 0.22 | 0.7 ± 0.3 |
| Greenland Ice Sheet | 0.05 ± 0.12[a] | | 0.21 ± 0.07[a] | |
| Antarctic Ice Sheet | 0.14 ± 0.41[a] | | 0.21 ± 0.35[a] | |
| Sum of individual climate contributions to sea level rise | 1.1 ± 0.5 | 1.2 ± 0.5 | 2.8 ± 0.7 | 2.6 ± 0.8 |
| Observed total sea level rise | 1.8 ± 0.5 (tide gauges) | | 3.1 ± 0.7 (satellite altimeter) | |
| Difference (Observed total minus the sum of observed climate contributions) | 0.7 ± 0.7 | | 0.3 ± 1.0 | |

Notes:
[a] prescribed based upon observations (see Section 9.5)

**while in other regions sea level is falling.** The largest sea level rise since 1992 has taken place in the western Pacific and eastern Indian Oceans (see Figure TS.19). Nearly all of the Atlantic Ocean shows sea level rise during the past decade, while sea level in the eastern Pacific and western Indian Oceans has been falling. These temporal and spatial variations in regional sea level rise are influenced in part by patterns of coupled ocean-atmosphere variability, including ENSO and the NAO. The pattern of observed sea level change since 1992 is similar to the thermal expansion computed from ocean temperature changes, but different from the thermal expansion pattern of the last 50 years, indicating the importance of regional decadal variability. {5.5}

**Observations suggest increases in extreme high water at a broad range of sites worldwide since 1975.** Longer records are limited in space and under-sampled in time, so a global analysis over the entire 20th century is not feasible. In many locations, the secular changes in extremes were similar to those in mean sea level. At others, changes in atmospheric conditions such as storminess were more important in determining long-term trends. Interannual variability in high water extremes was positively correlated with regional mean sea level, as well as to indices of regional climate such as ENSO in the Pacific and NAO in the Atlantic. {5.5}



**SEA LEVEL CHANGE PATTERNS**

**Figure TS.19.** *(Top) Monthly mean sea level (mm) curve for 1950 to 2000 at Kwajalein (8°44'N, 167°44'E). The observed sea level (from tide gauge measurements) is in blue, the reconstructed sea level in red and the satellite altimetry record in green. Annual and semiannual signals have been removed from each time series and the tide gauge data have been smoothed. (Bottom) Geographic distribution of short-term linear trends in mean sea level for 1993 to 2003 (mm yr$^{-1}$) based on TOPEX/Poseidon satellite altimetry. {Figures 5.15 and 5.18}*

## Box TS.4: Sea Level

The level of the sea at the shoreline is determined by many factors that operate over a great range of temporal scales: hours to days (tides and weather), years to millennia (climate), and longer. The land itself can rise and fall and such regional land movements need to be accounted for when using tide gauge measurements for evaluating the effect of oceanic climate change on coastal sea level. Coastal tide gauges indicate that global average sea level rose during the 20th century. Since the early 1990s, sea level has also been observed continuously by satellites with near-global coverage. Satellite and tide gauge data agree at a wide range of spatial scales and show that global average sea level has continued to rise during this period. Sea level changes show geographical variation because of several factors, including the distributions of changes in ocean temperature, salinity, winds and ocean circulation. Regional sea level is affected by climate variability on shorter time scales, for instance associated with El Niño and the NAO, leading to regional interannual variations which can be much greater or weaker than the global trend.

Based on ocean temperature observations, the thermal expansion of seawater as it warms has contributed substantially to sea level rise in recent decades. Climate models are consistent with the ocean observations and indicate that thermal expansion is expected to continue to contribute to sea level rise over the next 100 years. Since deep ocean temperatures change only slowly, thermal expansion would continue for many centuries even if atmospheric concentrations of greenhouse gases were stabilised.

Global average sea level also rises or falls when water is transferred from land to ocean or vice versa. Some human activities can contribute to sea level change, especially by the extraction of groundwater and construction of reservoirs. However, the major land store of freshwater is the water frozen in glaciers, ice caps and ice sheets. Sea level was more than 100 m lower during the glacial periods because of the ice sheets covering large parts of the NH continents. The present-day retreat of glaciers and ice caps is making a substantial contribution to sea level rise. This is expected to continue during the next 100 years. Their contribution should decrease in subsequent centuries as this store of freshwater diminishes.

The Greenland and Antarctic Ice Sheets contain much more ice and could make large contributions over many centuries. In recent years the Greenland Ice Sheet has experienced greater melting, which is projected to increase further. In a warmer climate, models suggest that the ice sheets could accumulate more snowfall, tending to lower sea level. However, in recent years any such tendency has probably been outweighed by accelerated ice flow and greater discharge observed in some marginal areas of the ice sheets. The processes of accelerated ice flow are not yet completely understood but could result in overall net sea level rise from ice sheets in the future.

The greatest climate- and weather-related impacts of sea level are due to extremes on time scales of days and hours, associated with tropical cyclones and mid-latitude storms. Low atmospheric pressure and high winds produce large local sea level excursions called 'storm surges', which are especially serious when they coincide with high tide. Changes in the frequency of occurrence of these extreme sea levels are affected both by changes in mean sea level and in the meteorological phenomena causing the extremes. {5.5}

### TS.3.4   Consistency Among Observations

In this section, variability and trends within and across different climate variables including the atmosphere, cryosphere and oceans are examined for consistency based upon conceptual understanding of physical relationships between the variables. For example, increases in temperature will enhance the moisture-holding capacity of the atmosphere. Changes in temperature and/or precipitation should be consistent with those evident in glaciers. Consistency between independent observations using different techniques and variables provides a key test of understanding, and hence enhances confidence. {3.9}

**Changes in the atmosphere, cryosphere and ocean show unequivocally that the world is warming. {3.2, 3.9, 4.2, 4.4–4.8, 5.2, 5.5}**

**Both land surface air temperatures and SSTs show warming. In both hemispheres, land regions have warmed at a faster rate than the oceans in the past few decades, consistent with the much greater thermal inertia of the oceans. {3.2}**

**The warming of the climate is consistent with observed increases in the number of daily warm extremes, reductions in the number of daily cold extremes and reductions in the number of frost days at mid-latitudes. {3.2, 3.8}**

**Surface air temperature trends since 1979 are now consistent with those at higher altitudes.** It is *likely* that there is slightly greater warming in the troposphere than at the surface, and a higher tropopause, consistent with expectations from basic physical processes and observed increases in greenhouse gases together with depletion of stratospheric ozone. {3.4, 9.4}

**Changes in temperature are broadly consistent with the observed nearly worldwide shrinkage of the cryosphere.** There have been widespread reductions in mountain glacier mass and extent. Changes in climate consistent with warming are also indicated by decreases in snow cover, snow depth, arctic sea ice extent, permafrost thickness and temperature, the extent of seasonally frozen ground and the length of the freeze season of river and lake ice. {3.2, 3.9, 4.2–4.5, 4.7}

**Observations of sea level rise since 1993 are consistent with observed changes in ocean heat content and the cryosphere.** Sea level rose by $3.1 \pm 0.7$ mm yr$^{-1}$ from 1993 to 2003, the period of availability of global altimetry measurements. During this time, a near balance was observed between observed total sea level rise and contributions from glacier, ice cap and ice sheet retreat together with increases in ocean heat content and associated ocean expansion. This balance gives increased

**Table TS.4.** *Recent trends, assessment of human influence on trends, and projections of extreme weather and climate events for which there is evidence of an observed late 20th-century trend. An asterisk in the column headed 'D' indicates that formal detection and attribution studies were used, along with expert judgement, to assess the likelihood of a discernible human influence. Where this is not available, assessments of likelihood of human influence are based on attribution results for changes in the mean of a variable or changes in physically related variables and/or on the qualitative similarity of observed and simulated changes, combined with expert judgement. {3.8, 5.5, 9.7, 11.2–11.9; Tables 3.7, 3.8, 9.4}*

| Phenomenon[a] and direction of trend | Likelihood that trend occurred in late 20th century (typically post-1960) | Likelihood of a human contribution to observed trend | D | Likelihood of future trend based on projections for 21st century using SRES[b] scenarios |
|---|---|---|---|---|
| **Warmer and fewer cold days and nights over most land areas** | *Very likely*[c] | *Likely*[e] | * | *Virtually certain*[e] |
| **Warmer and more frequent hot days and nights over most land areas** | *Very likely*[d] | *Likely* (nights)[e] | * | *Virtually certain*[e] |
| **Warm spells / heat waves. Frequency increases over most land areas** | *Likely* | *More likely than not* | | *Very likely* |
| **Heavy precipitation events. Frequency (or proportion of total rainfall from heavy falls) increases over most areas** | *Likely* | *More likely than not* | | *Very likely* |
| **Area affected by droughts increases** | *Likely* in many regions since 1970s | *More likely than not* | * | *Likely* |
| **Intense tropical cyclone activity increases** | *Likely* in some regions since 1970 | *More likely than not* | | *Likely* |
| **Increased incidence of extreme high sea level (excludes tsunamis)[f]** | *Likely* | *More likely than not*[g] | | *Likely*[h] |

Notes:
[a] See Table 3.7 for further details regarding definitions.
[b] SRES refers to the IPCC Special Report on Emission Scenarios. The SRES scenario families and illustrative cases are summarised in a box at the end of the Summary for Policymakers.
[c] Decreased frequency of cold days and nights (coldest 10%)
[d] Increased frequency of hot days and nights (hottest 10%)
[e] Warming of the most extreme days/nights each year
[f] Extreme high sea level depends on average sea level and on regional weather systems. It is defined here as the highest 1% of hourly values of observed sea level at a station for a given reference period.
[g] Changes in observed extreme high sea level closely follow the changes in average sea level {5.5.2.6}. It is *very likely* that anthropogenic activity contributed to a rise in average sea level. {9.5.2}
[h] In all scenarios, the projected global average sea level at 2100 is higher than in the reference period {10.6}. The effect of changes in regional weather systems on sea level extremes has not been assessed.

confidence that the observed sea level rise is a strong indicator of warming. However, the sea level budget is not balanced for the longer period 1961 to 2003. {5.5, 3.9}

**Observations are consistent with physical understanding regarding the expected linkage between water vapour and temperature, and with intensification of precipitation events in a warmer world.** Column and upper-tropospheric water vapour have increased, providing important support for the

hypothesis of simple physical models that specific humidity increases in a warming world and represents an important positive feedback to climate change. Consistent with rising amounts of water vapour in the atmosphere, there are widespread increases in the numbers of heavy precipitation events and increased likelihood of flooding events in many land regions, even those where there has been a reduction in total precipitation. Observations of changes in ocean salinity independently support the view

---

### Box TS.5: Extreme Weather Events

People affected by an extreme weather event (e.g., the extremely hot summer in Europe in 2003, or the heavy rainfall in Mumbai, India in July 2005) often ask whether human influences on the climate are responsible for the event. A wide range of extreme weather events is expected in most regions even with an unchanging climate, so it is difficult to attribute any individual event to a change in the climate. In most regions, instrumental records of variability typically extend only over about 150 years, so there is limited information to characterise how extreme rare climatic events could be. Further, several factors usually need to combine to produce an extreme event, so linking a particular extreme event to a single, specific cause is problematic. In some cases, it may be possible to estimate the anthropogenic contribution to such changes in the probability of occurrence of extremes.

However, simple statistical reasoning indicates that substantial changes in the frequency of extreme events (and in the maximum feasible extreme, e.g., the maximum possible 24-hour rainfall at a specific location) can result from a relatively small shift of the distribution of a weather or climate variable.

Extremes are the infrequent events at the high and low end of the range of values of a particular variable. The probability of occurrence of values in this range is called a probability distribution function (PDF) that for some variables is shaped similarly to a 'Normal' or 'Gaussian' curve (the familiar 'bell' curve).  Box TS.5, Figure 1 shows a schematic of a such a PDF and illustrates the effect a small shift (corresponding to a small change in the average or centre of the distribution) can have on the frequency of extremes at either end of the distribution. An increase in the frequency of one extreme (e.g., the number of hot days) will often be accompanied by a decline in the opposite extreme (in this case the number of cold days such as frosts). Changes in the variability or shape of the distribution can complicate this simple picture.



**Box TS.5, Figure 1.** *Schematic showing the effect on extreme temperatures when the mean temperature increases, for a normal temperature distribution.*

The IPCC Second Assessment Report noted that data and analyses of extremes related to climate change were sparse. By the time of the TAR, improved monitoring and data for changes in extremes was available, and climate models were being analysed to provide projections of extremes. Since the TAR, the observational basis of analyses of extremes has increased substantially, so that some extremes have now been examined over most land areas (e.g., daily temperature and rainfall extremes). More models have been used in the simulation and projection of extremes, and multiple integrations of models with different starting conditions (ensembles) now provide more robust information about PDFs and extremes. Since the TAR, some climate change detection and attribution studies focussed on changes in the global statistics of extremes have become available (Table TS.4). For some extremes (e.g., tropical cyclone intensity), there are still data concerns and/or inadequate models. Some assessments still rely on simple reasoning about how extremes might be expected to change with global warming (e.g., warming could be expected to lead to more heat waves). Others rely on qualitative similarity between observed and simulated changes. The assessed likelihood of anthropogenic contributions to trends is lower for variables where the assessment is based on indirect evidence.

that the Earth's hydrologic cycle has changed, in a manner consistent with observations showing greater precipitation and river runoff outside the tropics and subtropics, and increased transfer of freshwater from the ocean to the atmosphere at lower latitudes. {3.3, 3.4, 3.9, 5.2}

**Although precipitation has increased in many areas of the globe, the area under drought has also increased. Drought duration and intensity has also increased.** While regional droughts have occurred in the past, the widespread spatial extent of current droughts is broadly consistent with expected changes in the hydrologic cycle under warming. Water vapour increases with increasing global temperature, due to increased evaporation where surface moisture is available, and this tends to increase precipitation. However, increased continental temperatures are expected to lead to greater evaporation and drying, which is particularly important in dry regions where surface moisture is limited. Changes in snowpack, snow cover and in atmospheric circulation patterns and storm tracks can also reduce available seasonal moisture, and contribute to droughts. Changes in SSTs and associated changes in the atmospheric circulation and precipitation have contributed to changes in drought, particularly at low latitudes. The result is that drought has become more common, especially in the tropics and subtropics, since the 1970s. In Australia and Europe, direct links to global warming have been inferred through the extremes in high temperatures and heat waves accompanying recent droughts. {3.3, 3.8, 9.5}

## TS.3.5    A Palaeoclimatic Perspective

Palaeoclimatic studies make use of measurements of past change derived from borehole temperatures, ocean sediment pore-water change and glacier extent changes, as well as proxy measurements involving the changes in chemical, physical and biological parameters that reflect past changes in the environment where the proxy grew or existed. Palaeoclimatic studies rely on multiple proxies so that results can be cross-verified and uncertainties better understood. It is now well accepted and verified that many biological organisms (e.g., trees, corals, plankton, animals) alter their growth and/or population dynamics in response to changing climate, and that these climate-induced changes are well recorded in past growth in living and dead (fossil) specimens or assemblages of organisms. Networks of tree ring width and tree ring density chronologies are used to infer past temperature changes based on calibration with temporally overlapping instrumental data. While these methods are heavily used, there are concerns regarding the distributions of available

measurements, how well these sample the globe, and such issues as the degree to which the methods have spatial and seasonal biases or apparent divergence in the relationship with recent climate change. {6.2}

**It is *very likely* that average NH temperatures during the second half of the 20th century were warmer than any other 50-year period in the last 500 years and *likely* the warmest in at least the past 1300 years. The data supporting these conclusions are most extensive over summer extratropical land areas (particularly for the longer time period; see Figure TS.20).** These conclusions are based upon proxy data such as the width and density of a tree ring, the isotopic composition of various elements in ice or the chemical composition of a growth band in corals, requiring analysis to derive temperature information and associated uncertainties. Among the key uncertainties are that temperature and precipitation are difficult to separate in some cases, or are representative of particular seasons rather than full years. There are now improved and expanded data since the TAR, including, for example, measurements at a larger number of sites, improved analysis of borehole temperature data and more extensive analyses of glaciers, corals and sediments. However, palaeoclimatic data are more limited than the instrumental record since 1850 in both space and time, so that statistical methods are employed to construct global averages, and these are subject to uncertainties as well. Current data are too limited to allow a similar evaluation of the SH temperatures prior to the period of instrumental data. {6.6, 6.7}

**Some post-TAR studies indicate greater multi-centennial NH variability than was shown in the TAR, due to the particular proxies used and the specific statistical methods of processing and/or scaling them to represent past temperatures.** The additional variability implies cooler conditions, predominantly during the 12th to 14th, the 17th and the 19th centuries; these are *likely* linked to natural forcings due to volcanic eruptions and/or solar activity. For example, reconstructions suggest decreased solar activity and increased volcanic activity in the 17th century as compared to current conditions. One reconstruction suggests slightly warmer conditions in the 11th century than those indicated in the TAR, but within the uncertainties quoted in the TAR. {6.6}

**The ice core $CO_2$ record over the past millennium provides an additional constraint on natural climate variability.** The amplitudes of the pre-industrial, decadal-scale NH temperature changes from the proxy-based reconstructions (<1°C) are broadly consistent with the ice core $CO_2$ record and understanding of the strength



**Figure TS.20.** *(Top) Records of Northern Hemisphere temperature variation during the last 1300 years with 12 reconstructions using multiple climate proxy records shown in colour and instrumental records shown in black. (Middle and Bottom) Locations of temperature-sensitive proxy records with data back to AD 1000 and AD 1500 (tree rings: brown triangles; boreholes: black circles; ice core/ice boreholes: blue stars; other records including low-resolution records: purple squares). Data sources are given in Table 6.1, Figure 6.10 and are discussed in Chapter 6. {Figures 6.10 and 6.11}*

55

## Box TS.6: Orbital Forcing

It is well known from astronomical calculations that periodic changes in characteristics of the Earth's orbit around the Sun control the seasonal and latitudinal distribution of incoming solar radiation at the top of the atmosphere (hereafter called 'insolation'). Past and future changes in insolation can be calculated over several millions of years with a high degree of confidence. {6.4}

Precession refers to changes in the time of the year when the Earth is closest to the Sun, with quasi-periodicities of about 19,000 and 23,000 years. As a result, changes in the position and duration of the seasons on the orbit strongly modulate the latitudinal and seasonal distribution of insolation. Seasonal changes in insolation are much larger than annual mean changes and can reach 60 W m$^{-2}$ (Box TS.6, Figure 1).

The obliquity (tilt) of the Earth's axis varies between about 22° and 24.5° with two neighbouring quasi-periodicities of around 41,000 years. Changes in obliquity modulate seasonal contrasts as well as annual mean insolation changes with opposite effects at low vs. high latitudes (and therefore no effect on global average insolation) {6.4}.

The eccentricity of the Earth's orbit around the Sun has longer quasi-periodicities at 400,000 years and around 100,000 years. Changes in eccentricity alone have limited impacts on insolation, due to the resulting very small changes in the distance between the Sun and the Earth. However, changes in eccentricity interact with seasonal effects induced by obliquity and precession of the equinoxes. During periods of low eccentricity, such as about 400,000 years ago and during the next 100,000 years, seasonal insolation changes induced by precession are not as large as during periods of larger eccentricity (Box TS.6, Figure 1). {6.4}



**Box TS.6, Figure 1.** *Schematic of the Earth's orbital changes (Milankovitch cycles) that drive the ice age cycles. 'T' denotes changes in the tilt (or obliquity) of the Earth's axis, 'E' denotes changes in the eccentricity of the orbit and 'P' denotes precession, that is, changes in the direction of the axis tilt at a given point of the orbit. {FAQ 6.1, Figure 1}*

The Milankovitch, or 'orbital' theory of the ice ages is now well developed. Ice ages are generally triggered by minima in high-latitude NH summer insolation, enabling winter snowfall to persist through the year and therefore accumulate to build NH glacial ice sheets. Similarly, times with especially intense high-latitude NH summer insolation, determined by orbital changes, are thought to trigger rapid deglaciations, associated climate change and sea level rise. These orbital forcings determine the pacing of climatic changes, while the large responses appear to be determined by strong feedback processes that amplify the orbital forcing. Over multi-millennial time scales, orbital forcing also exerts a major influence on key climate systems such as the Earth's major monsoons, global ocean circulation and the greenhouse gas content of the atmosphere. {6.4}

Available evidence indicates that the current warming will not be mitigated by a natural cooling trend towards glacial conditions. Understanding of the Earth's response to orbital forcing indicates that the Earth would not naturally enter another ice age for at least 30,000 years. {6.4, FAQ 6.1}

of the carbon cycle-climate feedback. Atmospheric $CO_2$ and temperature in Antarctica co-varied over the past 650,000 years. Available data suggest that $CO_2$ acts as an amplifying feedback. {6.4, 6.6}

**Changes in glaciers are evident in Holocene data, but these changes were caused by different processes than the late 20th-century retreat.** Glaciers of several mountain regions in the NH retreated in response to orbitally forced regional warmth between 11,000 and 5000 years ago, and were smaller than at the end of the 20th century (or even absent) at times prior to 5000 years ago. The current near-global retreat of mountain glaciers cannot be due to the same causes, because decreased summer insolation during the past few thousand years in the NH should be favourable to the growth of glaciers. {6.5}

**Palaeoclimatic data provide evidence for changes in many regional climates.** The strength and frequency of ENSO events have varied in past climates. There is evidence that the strength of the Asian monsoon, and hence precipitation amount, can change abruptly. The palaeoclimatic records of northern and eastern Africa and of North America indicate that droughts lasting decades to centuries are a recurrent feature of climate in these regions, so that recent droughts in North America and northern Africa are not unprecedented. Individual decadal-resolution palaeoclimatic data sets support the existence of regional quasi-periodic climate variability, but it is *unlikely* that these regional signals were coherent at the global scale. {6.5, 6.6}

**Strong evidence from ocean sediment data and from modelling links abrupt climate changes during the last glacial period and glacial-interglacial transition to changes in the Atlantic Ocean circulation.** Current understanding suggests that the ocean circulation can become unstable and change rapidly when critical thresholds are crossed. These events have affected temperature by up to $16°C$ in Greenland and have influenced tropical rainfall patterns. They were probably associated with a redistribution of heat between the NH and SH rather than with large changes in global mean temperature. Such events have not been observed during the past 8000 years. {6.4}



Figure TS.21. *Summer surface air temperature change relative to the present over the Arctic (left) and ice thickness and extent for Greenland and western arctic glaciers (right) for the last interglacial, approximately 125,000 years ago, from a multi-model and multi-proxy synthesis. (Left) A multi-model simulation of summer warming during the last interglacial is overlain by proxy estimates of maximum summer warming from terrestrial (circles) and marine (diamonds) sites. (Right) Extents and thicknesses of the Greenland Ice Sheet and western Canadian and Iceland glaciers at their minimum extent during the last interglacial, shown as a multi-model average from three ice models. Ice core observations indicate ice during the last interglacial at sites (white dots): Renland (R), North Greenland Ice Core Project (N), Summit (S, GRIP and GISP2) and possibly Camp Century (C), but no ice at sites (black dots): Devon (De) and Agassiz (A).Evidence for LIG ice at Dye-3 (D, grey dot) is equivocal. {Figure 6.6}*

**Confidence in the understanding of past climate change and changes in orbital forcing is strengthened by the improved ability of current models to simulate past climate conditions.** The Last Glacial Maximum (LGM; the last 'ice age' about 21,000 years ago) and the mid-Holocene (6000 years ago) were different from the current climate not because of random variability, but because of altered seasonal and global forcing linked to known differences in the Earth's orbit (see Box TS.6). Biogeochemical and biogeophysical feedbacks amplified the response to orbital forcings. Comparisons between simulated and reconstructed conditions in the LGM demonstrate that models capture the broad features of inferred changes in the temperature and precipitation patterns. For the mid-Holocene, coupled climate models are able to simulate mid-latitude warming and enhanced monsoons, with little change in global mean temperature (<0.4°C), consistent with our understanding of orbital forcing. {6.2, 6.4, 6.5, 9.3}

**Global average sea level was likely between 4 and 6 m higher during the last interglacial period, about 125,000 years ago, than during the 20th century, mainly due to the retreat of polar ice (Figure TS.21).** Ice core data suggest that the Greenland Summit region was ice-covered during this period, but reductions in the ice sheet extent are indicated in parts of southern Greenland. Ice core data also indicate that average polar temperatures at that time were 3°C to 5°C warmer than the 20th century because of differences in the Earth's orbit. The Greenland Ice Sheet and other arctic ice fields likely contributed no more than 4 m of the observed sea level rise, implying that there may also have been a contribution from Antarctica. {6.4}

## TS.4  Understanding and Attributing Climate Change

Attribution evaluates whether observed changes are consistent with quantitative responses to different forcings obtained in well-tested models, and are not consistent with alternative physically plausible explanations. The first IPCC Assessment Report (FAR) contained little observational evidence of a detectable anthropogenic influence on climate. Six years later, the IPCC Second Assessment Report (SAR) concluded that the balance of evidence suggested a discernible human influence on the climate of the 20th century. The TAR concluded that 'most of the observed warming over the last 50 years

is likely to have been due to the increase in greenhouse gas concentrations'. Confidence in the assessment of the human contributions to recent climate change has increased considerably since the TAR, in part because of stronger signals obtained from longer records, and an expanded and improved range of observations allowing attribution of warming to be more fully addressed jointly with other changes in the climate system. Some apparent inconsistencies in the observational record (e.g., in the vertical profile of temperature changes) have been largely resolved. There have been improvements in the simulation of many aspects of present mean climate and its variability on seasonal to inter-decadal time scales, although uncertainties remain (see Box TS.7). Models now employ more detailed representations of processes related to aerosol and other forcings. Simulations of 20th-century climate change have used many more models and much more complete anthropogenic and natural forcings than were available for the TAR. Available multi-model ensembles increase confidence in attribution results by providing an improved representation of model uncertainty. An anthropogenic signal has now more clearly emerged in formal attribution studies of aspects of the climate system beyond global-scale atmospheric temperature, including changes in global ocean heat content, continental-scale temperature trends, temperature extremes, circulation and arctic sea ice extent. {9.1}

### TS.4.1  Advances in Attribution of Changes in Global-Scale Temperature in the Instrumental Period: Atmosphere, Ocean and Ice

**Anthropogenic warming of the climate system is widespread and can be detected in temperature observations taken at the surface, in the free atmosphere and in the oceans.** {3.2, 3.4, 9.4}

**Evidence of the effect of external influences, both anthropogenic and natural, on the climate system has continued to accumulate since the TAR.** Model and data improvements, ensemble simulations and improved representations of aerosol and greenhouse gas forcing along with other influences lead to greater confidence that most current models reproduce large-scale forced variability of the atmosphere on decadal and inter-decadal time scales quite well. These advances confirm that past climate variations at large spatial scales have been strongly influenced by external forcings. However, uncertainties still exist in the magnitude and temporal evolution of estimated contributions from individual forcings other than well-mixed greenhouse gases, due, for

## Box TS.7:  Evaluation of Atmosphere-Ocean General Circulation Models

Atmosphere-ocean general circulation models (AOGCMs) are the primary tool used for understanding and attribution of past climate variations, and for future projections. Since there are no historical perturbations to radiative forcing that are fully analogous to the human-induced perturbations expected over the 21st century, confidence in the models must be built from a number of indirect methods, described below. In each of these areas there have been substantial advances since the TAR, increasing overall confidence in models. {8.1}

Enhanced scrutiny and analysis of model behaviour has been facilitated by internationally coordinated efforts to collect and disseminate output from model experiments performed under common conditions. This has encouraged a more comprehensive and open evaluation of models, encompassing a diversity of perspectives. {8.1}

*Projections for different scales and different periods using global climate models.* Climate models project the climate for several decades or longer into the future. Since the details of individual weather systems are not being tracked and forecast, the initial atmospheric conditions are much less important than for weather forecast models. For climate projections, the forcings are of much greater importance. These forcings include the amount of solar energy reaching the Earth, the amount of particulate matter from volcanic eruptions in the atmosphere, and the concentrations of anthropogenic gases and particles in the atmosphere. As the area of interest moves from global to regional to local, or the time scale of interest shortens, the amplitude of variability linked to weather increases relative to the signal of long-term climate change. This makes detection of the climate change signal more difficult at smaller scales. Conditions in the oceans are important as well, especially for interannual and decadal time scales. {FAQ 1.2, 9.4, 11.1}

*Model formulation.* The formulation of AOGCMs has developed through improved spatial resolution and improvements to numerical schemes and parametrizations (e.g., sea ice, atmospheric boundary layer, ocean mixing). More processes have been included in many models, including a number of key processes important for forcing (e.g., aerosols are now modelled interactively in many models). Most models now maintain a stable climate without use of flux adjustments, although some long-term trends remain in AOGCM control integrations, for example, due to slow processes in the ocean. {8.2, 8.3}

*Simulation of present climate.* As a result of improvements in model formulation, there have been improvements in the simulation of many aspects of present mean climate. Simulations of precipitation, sea level pressure and surface temperature have each improved overall, but deficiencies remain, notably in tropical precipitation. While significant deficiencies remain in the simulation of clouds (and corresponding feedbacks affecting climate sensitivity), some models have demonstrated improvements in the simulation of certain cloud regimes (notably marine stratocumulus). Simulation of extreme events (especially extreme temperature) has improved, but models generally simulate too little precipitation in the most extreme events. Simulation of extratropical cyclones has improved. Some models used for projections of tropical cyclone changes can simulate successfully the observed frequency and distribution of tropical cyclones. Improved simulations have been achieved for ocean water mass structure, the meridional overturning circulation and ocean heat transport. However most models show some biases in their simulation of the Southern Ocean, leading to some uncertainty in modelled ocean heat uptake when climate changes. {8.3, 8.5, 8.6}

*Simulation of modes of climate variability.* Models simulate dominant modes of extratropical climate variability that resemble the observed ones (NAM/SAM, PNA, PDO) but they still have problems in representing aspects of them. Some models can now simulate important aspects of ENSO, while simulation of the Madden-Julian Oscillation remains generally unsatisfactory. {8.4}

*Simulation of past climate variations.* Advances have been made in the simulation of past climate variations. Independently of any attribution of those changes, the ability of climate models to provide a physically self-consistent explanation of observed climate variations on various time scales builds confidence that the models are capturing many key processes for the evolution of 21st-century climate. Recent advances include success in modelling observed changes in a wider range of climate variables over the 20th century (e.g., continental-scale surface temperatures and extremes, sea ice extent, ocean heat content trends and land precipitation). There has also been progress in the ability to model many of the general features of past, very different climate states such as the mid-Holocene and the LGM using identical or related models to those used for studying current climate. Information on factors treated as boundary conditions in palaeoclimate calculations include the different states of ice sheets in those periods. The broad predictions of earlier climate models, of increasing global temperatures in response to increasing greenhouse gases, have been borne out by subsequent observations. This strengthens confidence in near-term climate projections and understanding of related climate change commitments. {6.4, 6.5, 8.1, 9.3–9.5}                                                                *(continued)*

*Weather and seasonal prediction using climate models.* A few climate models have been tested for (and shown) capability in initial value prediction, on time scales from weather forecasting (a few days) to seasonal climate variations, when initialised with appropriate observations. While the predictive capability of models in this mode of operation does not necessarily imply that they will show the correct response to changes in climate forcing agents such as greenhouse gases, it does increase confidence that they are adequately representing some key processes and teleconnections in the climate system. {8.4}

*Measures of model projection accuracy.* The possibility of developing model capability measures ('metrics'), based on the above evaluation methods, that can be used to narrow uncertainty by providing quantitative constraints on model climate projections, has been explored for the first time using model ensembles. While these methods show promise, a proven set of measures has yet to be established. {8.1, 9.6, 10.5}

example, to uncertainties in model responses to forcing. Some potentially important forcings such as black carbon aerosols have not yet been considered in most formal detection and attribution studies. Uncertainties remain in estimates of natural internal climate variability. For example, there are discrepancies between estimates of ocean heat content variability from models and observations, although poor sampling of parts of the world ocean may explain this discrepancy. In addition, internal variability is difficult to estimate from available observational records since these are influenced by external forcing, and because records are not long enough in the case of instrumental data, or precise enough in the case of proxy reconstructions, to provide complete descriptions of variability on decadal and longer time scales (see Figure TS.22 and Box TS.7). {8.2–8.4, 8.6, 9.2–9.4}

It is *extremely unlikely (<5%) that the global pattern of warming observed during the past half century can be explained without external forcing.* These changes took place over a time period when non-anthropogenic forcing factors (i.e., the sum of solar and volcanic forcing) would be *likely* to have produced cooling, not warming (see Figure TS.23). Attribution studies show that it is *very likely* that these natural forcing factors alone cannot account for the observed warming (see Figure TS.23). There is also increased confidence that natural internal variability cannot account for the observed changes, due in part to improved studies demonstrating that the warming occurred in both oceans and atmosphere, together with observed ice mass losses. {2.9, 3.2, 5.2, 9.4, 9.5, 9.7}

It is *very likely* that anthropogenic greenhouse gas increases caused most of the observed increase in global average temperatures since the mid-20th century. Without the cooling effect of atmospheric aerosols, it is *likely* that greenhouse gases alone would have caused a greater global mean temperature rise than that observed during the last 50 years. A key

factor in identifying the aerosol fingerprint, and therefore the amount of cooling counteracting greenhouse warming, is the temperature change through time (see Figure TS.23), as well as the hemispheric warming contrast. The conclusion that greenhouse gas forcing has been dominant takes into account observational and forcing uncertainties, and is robust to the use of different climate models, different methods for estimating the responses to external forcing and different analysis techniques. It also allows for possible amplification of the response to solar forcing. {2.9, 6.6, 9.1, 9.2, 9.4}

**Widespread warming has been detected in ocean temperatures.** Formal attribution studies now suggest that it is *likely* that anthropogenic forcing has contributed to the observed warming of the upper several hundred metres of the global ocean during the latter half of the 20th century. {5.2, 9.5}

**Anthropogenic forcing has *likely* contributed to recent decreases in arctic sea ice extent.** Changes in arctic sea ice are expected given the observed enhanced arctic warming. Attribution studies and improvements in the modelled representation of sea ice and ocean heat transport strengthen the confidence in this conclusion. {3.3, 4.4, 8.2, 8.3, 9.5}

It is *very likely* that the response to anthropogenic forcing contributed to sea level rise during the latter half of the 20th century, but decadal variability in sea level rise remains poorly understood. Modelled estimates of the contribution to sea level rise from thermal expansion are in good agreement with estimates based on observations during 1961 to 2003, although the budget for sea level rise over that interval is not closed. The observed increase in the rate of loss of mass from glaciers and ice caps is proportional to the global average temperature rise, as expected qualitatively from physical considerations (see Table TS.3). The greater rate of sea level rise in 1993 to 2003 than in 1961 to 2003 may be linked to increasing anthropogenic forcing, which has



**Figure TS.22.** *Comparison of observed continental- and global-scale changes in surface temperature with results simulated by climate models using natural and anthropogenic forcings. Decadal averages of observations are shown for the period 1906 to 2005 (black line) plotted against the centre of the decade and relative to the corresponding average for 1901 to 1950. Lines are dashed where spatial coverage is less than 50%. Blue shaded bands show the 5% to 95% range for 19 simulations from 5 climate models using only the natural forcings due to solar activity and volcanoes. Red shaded bands show the 5% to 95% range for 58 simulations from 14 climate models using both natural and anthropogenic forcings. Data sources and models used are described in Section 9.4, FAQ 9.2, Table 8.1 and the supplementary information for Chapter 9. {FAQ 9.2, Figure 1}*

*likely* contributed to the observed warming of the upper ocean and widespread glacier retreat. On the other hand, the tide gauge record of global mean sea level suggests that similarly large rates may have occurred in previous 10-year periods since 1950, implying that natural internal variability could also be a factor in the high rates for 1993 to 2003 period. Observed decadal variability in the tide gauge record is larger than can be explained by variability in observationally based estimates of thermal expansion and land ice changes. Further, the observed decadal variability in thermal expansion is larger than simulated by models for the 20th century. Thus, the physical causes of the variability seen in the tide gauge record are uncertain. These unresolved issues relating to sea level change and its decadal variability during 1961 to 2003 make it unclear how much of the higher rate of sea level rise in 1993 to 2003 is due to natural internal variability and how much to anthropogenic climate change. {5.5, 9.5}

61

### TS.4.2   Attribution of Spatial and Temporal Changes in Temperature

**The observed pattern of tropospheric warming and stratospheric cooling is *very likely* due to the influence of anthropogenic forcing, particularly that due to greenhouse gas increases and stratospheric ozone depletion.** New analyses since the TAR show that this pattern corresponds to an increase in the height of the tropopause that is *likely* due largely to greenhouse gas and stratospheric ozone changes. Significant uncertainty remains in the estimation of tropospheric temperature trends, particularly from the radiosonde record. {3.2, 3.4, 9.4}

**It is *likely* that there has been a substantial anthropogenic contribution to surface temperature increases averaged over every continent except Antarctica since the middle of the 20th century.** Antarctica has insufficient observational coverage to make an assessment. Anthropogenic warming has also been identified in some sub-continental land areas. The ability of coupled climate models to simulate the temperature evolution on each of six continents provides stronger evidence of human influence on the global climate than was available in the TAR. No coupled global climate model that has used natural forcing only has reproduced the observed global mean warming trend, or the continental mean warming trends in individual

### GLOBAL MEAN SURFACE TEMPERATURE ANOMALIES





**Figure TS.23.** *(a) Global mean surface temperature anomalies relative to the period 1901 to 1950, as observed (black line) and as obtained from simulations with both anthropogenic and natural forcings. The thick red curve shows the multi-model ensemble mean and the thin yellow curves show the individual simulations. Vertical grey lines indicate the timing of major volcanic events. (b) As in (a), except that the simulated global mean temperature anomalies are for natural forcings only. The thick blue curve shows the multi-model ensemble mean and the thin lighter blue curves show individual simulations. Each simulation was sampled so that coverage corresponds to that of the observations. {Figure 9.5}*

©IPCC 2007 WG1-AR4

continents (except Antarctica) over the second half of the 20th century. {9.4}

**Difficulties remain in attributing temperature changes at smaller than continental scales and over time scales of less than 50 years.** Attribution results at these scales have, with limited exceptions, not been established. Averaging over smaller regions reduces the natural variability less than does averaging over large regions, making it more difficult to distinguish between changes expected from external forcing and variability. In addition, temperature changes associated with some modes of variability are poorly simulated by models in some regions and seasons. Furthermore, the small-scale details of external forcing and the response simulated by models are less credible than large-scale features. {8.3, 9.4}

**Surface temperature extremes have** *likely* **been affected by anthropogenic forcing.** Many indicators of extremes, including the annual numbers and most extreme values of warm and cold days and nights, as well as numbers of frost days, show changes that are consistent with warming. Anthropogenic influence has been detected in some of these indices, and there is evidence that anthropogenic forcing may have substantially increased the risk of extremely warm summer conditions regionally, such as the 2003 European heat wave. {9.4}



**Figure TS.24.** *December through February sea level pressure trends based on decadal means for the period 1955 to 2005. (Top) Trends estimated from an observational data set and displayed in regions where there is observational coverage. (Bottom) Mean trends simulated in response to natural and anthropogenic forcing changes in eight coupled models. The model-simulated trends are displayed only where observationally based trends are displayed. Streamlines, which are not masked, indicate the direction of the trends in the geostrophic wind derived from the trends in sea level pressure, and the shading of the streamlines indicates the magnitude of the change, with darker streamlines corresponding to larger changes in geostrophic wind. Data sources and models are described in Chapter 9 and its supplementary material, and Table 8.1 provides model details. {Figure 9.16}*

63

### TS.4.3    Attribution of Changes in Circulation, Precipitation and Other Climate Variables

**Trends in the Northern and Southern Annular Modes over recent decades, which correspond to sea level pressure reductions over the poles and related changes in atmospheric circulation, are** *likely* **related in part to human activity (see Figure TS.24)**. Models reproduce the sign of the NAM trend, but the simulated response is smaller than observed. Models including both greenhouse gas and stratospheric ozone changes simulate a realistic trend in the SAM, leading to a detectable human influence on global sea level pressure that is also consistent with the observed cooling trend in surface climate over parts of Antarctica. These changes in hemispheric circulation and their attribution to human activity imply that anthropogenic effects have *likely* contributed to changes in mid- and high-latitude patterns of circulation and temperature, as well as changes in winds and storm tracks. However, quantitative effects are uncertain because simulated responses to 20th century forcing change for the NH agree only qualitatively and not quantitatively with observations of these variables. {3.6, 9.5, 10.3}

**There is some evidence of the impact of external influences on the hydrological cycle.** The observed large-scale pattern of changes in land precipitation over the 20th century is qualitatively consistent with simulations, suggestive of a human influence. An observed global trend towards increases in drought in the second half of the 20th century has been reproduced with a model by taking anthropogenic and natural forcing into account. A number of studies have now demonstrated that changes in land use, due for example to overgrazing and conversion of woodland to agriculture, are *unlikely* to have been the primary cause of Sahelian and Australian droughts. Comparisons between observations and models suggest that changes in monsoons, storm intensities and Sahelian rainfall are related at least in part to changes in observed SSTs. Changes in global SSTs are expected to be affected by anthropogenic forcing, but an association of regional SST changes with forcing has not been established. Changes in rainfall depend not just upon SSTs but also upon changes in the spatial and temporal SST patterns and regional changes in atmospheric circulation, making attribution to human influences difficult. {3.3, 9.5, 10.3, 11.2}

### TS.4.4    Palaeoclimate Studies of Attribution

**It is** *very likely* **that climate changes of at least the seven centuries prior to 1950 were not due to unforced variability alone.** Detection and attribution studies indicate that a substantial fraction of pre-industrial NH inter-decadal temperature variability contained in reconstructions for those centuries is *very likely* attributable to natural external forcing. Such forcing includes episodic cooling due to known volcanic eruptions, a number of which were larger than those of the 20th century (based on evidence such as ice cores), and long-term variations in solar irradiance, such as reduced radiation during the Maunder Minimum. Further, it is *likely* that anthropogenic forcing contributed to the early 20th-century warming evident in these records. Uncertainties are unlikely to lead to a spurious agreement between temperature reconstructions and forcing reconstructions as they are derived from independent proxies. Insufficient data are available to make a similar SH evaluation. {6.6, 9.3}

### TS.4.5    Climate Response to Radiative Forcing

**Specification of a** *likely* **range and a most** *likely* **value for equilibrium climate sensitivity[8] in this report represents significant progress in quantifying the climate system response to radiative forcing since the TAR and an advance in challenges to understanding that have persisted for over 30 years.** A range for equilibrium climate sensitivity – the equilibrium global average warming expected if $CO_2$ concentrations were to be sustained at double their pre-industrial values (about 550 ppm) – was given in the TAR as between 1.5°C and 4.5°C. It has not been possible previously to provide a best estimate or to estimate the probability that climate sensitivity might fall outside that quoted range. Several approaches are used in this assessment to constrain climate sensitivity, including the use of AOGCMs, examination of the transient evolution of temperature (surface, upper air and ocean) over the last 150 years and examination of the rapid response of the global climate system to changes in the forcing caused by volcanic eruptions (see Figure TS.25). These are complemented by estimates based upon palaeoclimate studies such as reconstructions of the NH temperature record of the past millennium and the LGM. Large ensembles of climate model simulations have shown that the ability of models to simulate present climate has value in constraining climate sensitivity. {8.1, 8.6, 9.6, Box 10.2}

---

[8]  See the Glossary for a detailed definition of climate sensitivity.

Analysis of models together with constraints from observations suggest that the equilibrium climate sensitivity is *likely* to be in the range 2°C to 4.5°C, with a best estimate value of about 3°C. It is *very unlikely* to be less than 1.5°C. Values substantially higher than 4.5°C cannot be excluded, but agreement with observations is not as good for those values. Probability density functions derived from different information and approaches generally tend to have a long tail towards high values exceeding 4.5°C. Analysis of climate and forcing evolution over previous centuries and model ensemble studies do not rule out climate sensitivity being as high as 6°C or more. One factor in this is the possibility of small net radiative forcing over the 20th century if aerosol indirect cooling effects were at the upper end of their uncertainty range, thus cancelling most of the positive forcing due to greenhouse gases. However, there is no well-established way of estimating a single probability distribution function from individual results taking account of the different assumptions in each study. The lack of strong constraints limiting high climate sensitivities prevents the specification of a 95th percentile bound or a very likely range for climate sensitivity. {Box 10.2}

There is now increased confidence in the understanding of key climate processes that are important to climate sensitivity due to improved analyses and comparisons of models to one another and to observations. Water vapour changes dominate the feedbacks affecting climate sensitivity and are now better understood. New observational and modelling evidence strongly favours a combined water vapour-lapse rate[9] feedback of around the strength found in General Circulation Models (GCMs), that is, approximately 1 W m$^{-2}$ per degree global temperature increase, corresponding to about a 50% amplification of global mean warming. Such GCMs have demonstrated an ability to simulate seasonal to inter-decadal humidity variations in the upper troposphere over land and ocean, and have successfully simulated the observed surface temperature and humidity changes associated with volcanic eruptions. Cloud feedbacks (particularly from low clouds) remain the largest source of uncertainty. Cryospheric feedbacks such as changes in snow cover have been shown to contribute less to the spread in model estimates of climate sensitivity than cloud or water vapour feedbacks, but they



**Figure TS.25.** *Cumulative distributions of climate sensitivity derived from observed 20th-century warming (red), model climatology (blue), proxy evidence (cyan) and from climate sensitivities of AOGCMs (green). Horizontal lines and arrows mark the boundaries of the likelihood estimates defined in the IPCC Fourth Assessment Uncertainty Guidance Note (see Box TS.1). {Box 10.2, Figures 1 and 2}*

---

[9]  The rate at which air temperature decreases with altitude.

can be important for regional climate responses at mid- and high latitudes. A new model intercomparison suggests that differences in radiative transfer formulations also contribute to the range. {3.4, 8.6, 9.3, 9.4, 9.6, 10.2, Box 10.2}

**Improved quantification of climate sensitivity allows estimation of best estimate equilibrium temperatures and ranges that could be expected if concentrations of $CO_2$ were to be stabilised at various levels based on global energy balance considerations (see Table TS.5).** As in the estimate of climate sensitivity, a very likely upper bound cannot be established. Limitations to the concept of radiative forcing and climate sensitivity should be noted. Only a few AOGCMs have been run to equilibrium under elevated $CO_2$ concentrations, and some results show that climate feedbacks may change over long time scales, resulting in substantial deviations from estimates of warming based on equilibrium climate sensitivity inferred from mixed layer ocean models and past climate change. {10.7}

**Agreement among models for projected transient climate change has also improved since the TAR. The range of transient climate responses (defined as the global average surface air temperature averaged over a 20-year period centred at the time of $CO_2$ doubling in a 1% yr$^{-1}$ increase experiment) among models is smaller than the range in the equilibrium climate sensitivity. This parameter is now better constrained by multi-model ensembles and comparisons with observations; it is _very likely_ to be greater than 1°C and _very unlikely_ to be greater than 3°C.** The transient climate response

is related to sensitivity in a nonlinear way such that high sensitivities are not immediately manifested in the short-term response. Transient climate response is strongly affected by the rate of ocean heat uptake. Although the ocean models have improved, systematic model biases and limited ocean temperature data to evaluate transient ocean heat uptake affect the accuracy of current estimates. {8.3, 8.6, 9.4, 9.6, 10.5}

## TS.5   Projections of Future Changes in Climate

Since the TAR, there have been many important advances in the science of climate change projections. An unprecedented effort has been initiated to make new model results available for prompt scrutiny by researchers outside of the modelling centres. A set of coordinated, standard experiments was performed by 14 AOGCM modelling groups from 10 countries using 23 models. The resulting multi-model database of outputs, analysed by hundreds of researchers worldwide, forms the basis for much of this assessment of model results. Many advances have come from the use of multi-member ensembles from single models (e.g., to test the sensitivity of response to initial conditions) and from multi-model ensembles. These two different types of ensembles allow more robust studies of the range of model results and more quantitative model evaluation against observations, and provide new information on simulated statistical variability. {8.1, 8.3, 9.4, 9.5, 10.1}

A number of methods for providing probabilistic climate change projections, both for global means and geographical depictions, have emerged since the TAR and are a focus of this report. These include methods based on results of AOGCM ensembles without formal application of observational constraints as well as methods based on detection algorithms and on large model ensembles that provide projections consistent with observations of climate change and their uncertainties. Some methods now explicitly account for key uncertainty sources such as climate feedbacks, ocean heat uptake, radiative forcing and the carbon cycle. Short-term projections are similarly constrained by observations of recent trends. Some studies have probed additional probabilistic issues, such as the likelihood of future changes in extremes such as heat waves that could occur due to human influences. Advances have also occurred since the TAR through broader ranges

**Table TS.5.** _Best estimate, likely ranges and very likely lower bounds of global mean equilibrium surface temperature increase (°C) over pre-industrial temperatures for different levels of $CO_2$-equivalent radiative forcing, as derived from the climate sensitivity._

| Equilibrium $CO_2$-eq (ppm) | Temperature Increase (°C) | | |
|---|---|---|---|
| | Best Estimate | _Very Likely_ Above | _Likely_ in the Range |
| 350 | 1.0 | 0.5 | 0.6–1.4 |
| 450 | 2.1 | 1.0 | 1.4–3.1 |
| 550 | 2.9 | 1.5 | 1.9–4.4 |
| 650 | 3.6 | 1.8 | 2.4–5.5 |
| 750 | 4.3 | 2.1 | 2.8–6.4 |
| 1000 | 5.5 | 2.8 | 3.7–8.3 |

of studies of committed climate change and of carbon-climate feedbacks. {8.6, 9.6, 10.1, 10.3, 10.5}

These advances in the science of climate change modelling provide a probabilistic basis for distinguishing projections of climate change for different SRES marker scenarios. This is in contrast to the TAR where ranges for different marker scenarios could not be given in probabilistic terms. As a result, this assessment identifies and quantifies the difference in character between uncertainties that arise in climate modelling and those that arise from a lack of prior knowledge of decisions that will affect greenhouse gas emissions. A loss of policy-relevant information would result from combining probabilistic projections. For these reasons, projections for different emission scenarios are not combined in this report.

Model simulations used here consider the response of the physical climate system to a range of possible future conditions through use of idealised emissions or concentration assumptions. These include experiments with greenhouse gases and aerosols held constant at year 2000 levels, $CO_2$ doubling and quadrupling experiments, SRES marker scenarios for the 2000 to 2100 period, and experiments with greenhouse gases and aerosols held constant after 2100, providing new information on the physical aspects of long-term climate change and stabilisation. The SRES scenarios did not include climate initiatives. This Working Group 1 assessment does not evaluate the plausibility or likelihood of any specific emission scenario. {10.1, 10.3}

A new multi-model data set using Earth System Models of Intermediate Complexity (EMICs) complements AOGCM experiments to extend the time horizon for several more centuries in the future. This provides a more comprehensive range of model responses in this assessment as well as new information on climate change over long time scales when greenhouse gas and aerosol concentrations are held constant. Some AOGCMs and EMICs contain prognostic carbon cycle components, which permit estimation of the likely effects and associated uncertainties of carbon cycle feedbacks. {10.1}

---

### Box TS.8: Hierarchy of Global Climate Models

Estimates of change in global mean temperature and sea level rise due to thermal expansion can be made using Simple Climate Models (SCMs) that represent the ocean-atmosphere system as a set of global or hemispheric boxes, and predict global surface temperature using an energy balance equation, a prescribed value of climate sensitivity and a basic representation of ocean heat uptake. Such models can also be coupled to simplified models of biogeochemical cycles and allow rapid estimation of the climate response to a wide range of emission scenarios. {8.8, 10.5}

Earth System Models of Intermediate Complexity (EMICs) include some dynamics of the atmospheric and oceanic circulations, or parametrizations thereof, and often include representations of biogeochemical cycles, but they commonly have reduced spatial resolution. These models can be used to investigate continental-scale climate change and long-term, large-scale effects of coupling between Earth system components using large ensembles of model runs or runs over many centuries. For both SCMs and EMICs it is computationally feasible to sample parameter spaces thoroughly, taking account of parameter uncertainties derived from tuning to more comprehensive climate models, matching observations and use of expert judgment. Thus, both types of model are well suited to the generation of probabilistic projections of future climate and allow a comparison of the 'response uncertainty' arising from uncertainty in climate model parameters with the 'scenario range' arising from the range of emission scenarios being considered. Earth System Models of Intermediate Complexity have been evaluated in greater depth than previously and intercomparison exercises have demonstrated that they are useful for studying questions involving long time scales or requiring large ensembles of simulations. {8.8, 10.5, 10.7}

The most comprehensive climate models are the AOGCMs. They include dynamical components describing atmospheric, oceanic and land surface processes, as well as sea ice and other components. Much progress has been made since the TAR (see Box TS.7), and there are over 20 models from different centres available for climate simulations. Although the large-scale dynamics of these models are comprehensive, parametrizations are still used to represent unresolved physical processes such as the formation of clouds and precipitation, ocean mixing due to wave processes and the formation of water masses, etc. Uncertainty in parametrizations is the primary reason why climate projections differ between different AOGCMs. While the resolution of AOGCMs is rapidly improving, it is often insufficient to capture the fine-scale structure of climatic variables in many regions. In such cases, the output from AOGCMs can be used to drive limited-area (or regional climate) models that combine the comprehensiveness of process representations comparable to AOGCMs with much higher spatial resolution. {8.2}

## TS.5.1    Understanding Near-Term Climate Change

**Knowledge of the climate system together with model simulations confirm that past changes in greenhouse gas concentrations will lead to a committed warming (see Box TS.9 for a definition) and future climate change.** New model results for experiments in which concentrations of all forcing agents were held constant provide better estimates of the committed changes in atmospheric variables that would follow because of the long response time of the climate system, particularly the oceans. {10.3, 10.7}

**Previous IPCC projections of future climate changes can now be compared to recent observations, increasing confidence in short-term projections and the underlying physical understanding of committed climate change over a few decades.** Projections for 1990 to 2005 carried out for the FAR and the SAR suggested global mean temperature increases of about 0.3°C and 0.15°C per decade, respectively.[10] The difference between the two was due primarily to the inclusion of aerosol cooling effects in the SAR, whereas there was no quantitative basis for doing so in the FAR. Projections given in the TAR were similar to those of the SAR. These results are comparable to observed values of about 0.2°C per decade, as shown in Figure TS.26, providing broad confidence in such short-term projections. Some of this warming is the committed effect of changes in the concentrations of greenhouse gases prior to the times of those earlier assessments. {1.2, 3.2}

**Committed climate change (see Box TS.9) due to atmospheric composition in the year 2000 corresponds to a warming trend of about 0.1°C per decade over the next two decades, in the absence of large changes in volcanic or solar forcing. About twice as much warming (0.2°C per decade) would be expected if emissions were to fall within the range of the SRES marker scenarios.** This result is insensitive to the choice among the SRES marker scenarios, none of which considered climate initiatives. By 2050, the range of expected warming shows limited sensitivity to the choice among SRES scenarios (1.3°C to 1.7°C relative to 1980–1999) with about a quarter being due to the committed climate change if all radiative forcing agents were stabilised today. {10.3, 10.5, 10.7}

**Sea level is expected to continue to rise over the next several decades.** During 2000 to 2020 under the SRES A1B scenario in the ensemble of AOGCMs, the rate of thermal expansion is projected to be $1.3 \pm 0.7$ mm yr$^{-1}$, and is not significantly different under the A2 or B1 scenarios. These projected rates are within the uncertainty of the observed contribution of thermal expansion for 1993 to 2003 of $1.6 \pm 0.6$ mm yr$^{-1}$. The ratio of committed thermal expansion, caused by constant atmospheric composition at year 2000 values, to total thermal expansion (that is the ratio of expansion occurring after year 2000 to that occurring before and after) is larger than the corresponding ratio for global average surface temperature. {10.6, 10.7}

---

### Box TS.9: Committed Climate Change

If the concentrations of greenhouse gases and aerosols were held fixed after a period of change, the climate system would continue to respond due to the thermal inertia of the oceans and ice sheets and their long time scales for adjustment. 'Committed warming' is defined here as the further change in global mean temperature after atmospheric composition, and hence radiative forcing, is held constant. Committed change also involves other aspects of the climate system, in particular sea level. Note that holding concentrations of radiatively active species constant would imply that ongoing emissions match natural removal rates, which for most species would be equivalent to a large reduction in emissions, although the corresponding model experiments are not intended to be considered as emission scenarios. {FAQ 10.3}

The troposphere adjusts to changes in its boundary conditions over time scales shorter than a month or so. The upper ocean responds over time scales of several years to decades, and the deep ocean and ice sheet response time scales are from centuries to millennia. When the radiative forcing changes, internal properties of the atmosphere tend to adjust quickly. However, because the atmosphere is strongly coupled to the oceanic mixed layer, which in turn is coupled to the deeper oceanic layer, it takes a very long time for the atmospheric variables to come to an equilibrium. During the long periods where the surface climate is changing very slowly, one can consider that the atmosphere is in a quasi-equilibrium state, and most energy is being absorbed by the ocean, so that ocean heat uptake is a key measure of climate change. {10.7}

---

[10] See IPCC First Assessment Report, Policymakers Summary, and Second Assessment Report, Technical Summary, Figure 18.





**Figure TS.26.** *Model projections of global mean warming compared to observed warming. Observed temperature anomalies, as in Figure TS.6, are shown as annual (black dots) and decadal average values (black line). Projected trends and their ranges from the IPCC First (FAR) and Second (SAR) Assessment Reports are shown as green and magenta solid lines and shaded areas, and the projected range from the TAR is shown by vertical blue bars. These projections were adjusted to start at the observed decadal average value in 1990. Multi-model mean projections from this report for the SRES B1, A1B and A2 scenarios, as in Figure TS.32, are shown for the period 2000 to 2025 as blue, green and red curves with uncertainty ranges indicated against the right-hand axis. The orange curve shows model projections of warming if greenhouse gas and aerosol concentrations were held constant from the year 2000 – that is, the committed warming. {Figures 1.1 and 10.4}*

### TS.5.2   Large-Scale Projections for the 21st Century

This section covers advances in understanding global-scale climate projections and the processes that will influence their large-scale patterns in the 21st century. More specific discussion of regional-scale changes follows in TS.5.3.

**Projected global average surface warming for the end of the 21st century (2090–2099) is scenario-dependent and the actual warming will be significantly affected by the actual emissions that occur. Warmings compared to 1980 to 1999 for six SRES scenarios[11] and for constant year 2000 concentrations, given as best estimates and corresponding *likely* ranges,** are shown in Table TS.6. These results are based on AOGCMs, observational constraints and other methods to quantify the range of model response (see Figure TS.27). The combination of multiple lines of evidence allows likelihoods to be assigned to the resulting ranges, representing an important advance since the TAR. {10.5}

**Assessed uncertainty ranges are larger than those given in the TAR because they consider a more complete range of models and climate-carbon cycle feedbacks.** Warming tends to reduce land and ocean uptake of atmospheric $CO_2$, increasing the fraction of anthropogenic emissions that remains in the atmosphere. For the A2 scenario for example, the $CO_2$ feedback increases the corresponding global average warming in 2100 by more than 1°C. {7.3, 10.5}

---

[11]   Approximate $CO_2$ equivalent concentrations corresponding to the computed radiative forcing due to anthropogenic greenhouse gases and aerosols in 2100 (see p. 823 of the TAR) for the SRES B1, A1T, B2, A1B, A2 and A1FI illustrative marker scenarios are about 600, 700, 800, 850, 1,250 and 1,550 ppm respectively. Constant emission at year 2000 levels would lead to a concentration for $CO_2$ alone of about 520 ppm by 2100.

**Table TS.6.** *Projected global average surface warming and sea level rise at the end of the 21st century. {10.5, 10.6, Table 10.7}*

| Case | Temperature Change (°C at 2090-2099 relative to 1980-1999) [a] | | Sea Level Rise (m at 2090-2099 relative to 1980-1999) |
|---|---|---|---|
| | Best estimate | *Likely* range | Model-based range excluding future rapid dynamical changes in ice flow |
| Constant Year 2000 concentrations [b] | 0.6 | 0.3 – 0.9 | NA |
| B1 scenario | 1.8 | 1.1 – 2.9 | 0.18 – 0.38 |
| A1T scenario | 2.4 | 1.4 – 3.8 | 0.20 – 0.45 |
| B2 scenario | 2.4 | 1.4 – 3.8 | 0.20 – 0.43 |
| A1B scenario | 2.8 | 1.7 – 4.4 | 0.21 – 0.48 |
| A2 scenario | 3.4 | 2.0 – 5.4 | 0.23 – 0.51 |
| A1FI scenario | 4.0 | 2.4 – 6.4 | 0.26 – 0.59 |

Notes:
[a] These estimates are assessed from a hierarchy of models that encompass a simple climate model, several Earth Models of Intermediate Complexity (EMICs), and a large number of Atmosphere-Ocean Global Circulation Models (AOGCMs).
[b] Year 2000 constant composition is derived from AOGCMs only.

**Projected global-average sea level rise at the end of the 21st century (2090 to 2099), relative to 1980 to 1999 for the six SRES marker scenarios, given as 5% to 95% ranges based on the spread of model results, are shown in Table TS.6.** Thermal expansion contributes 70 to 75% to the best estimate for each scenario. An improvement since the TAR is the use of AOGCMs to evaluate ocean heat uptake and thermal expansion. This has also reduced the projections as compared to the simple model used in the TAR. In all the SRES marker scenarios except B1, the average rate of sea level rise during the 21st century *very likely* exceeds the 1961–2003 average rate (1.8 ± 0.5 mm yr[-1]). For an average model, the scenario spread in sea level rise is only 0.02 m by the middle of the century, but by the end of the century it is 0.15 m. These ranges do not include uncertainties in carbon-cycle feedbacks or ice flow processes because a basis in published literature is lacking. {10.6, 10.7}

**For each scenario, the midpoint of the range given here is within 10% of the TAR model average for 2090–2099, noting that the TAR projections were given for 2100, whereas projections in this report are for 2090–2099.** The uncertainty in these projections is less than in the TAR for several reasons: uncertainty in land ice models is assumed independent of uncertainty in temperature and expansion projections; improved observations of recent mass loss from glaciers provide a better observational constraint; and the present report gives uncertainties as 5% to 95% ranges, equivalent to ±1.65 standard deviations, whereas the TAR gave

uncertainty ranges of ±2 standard deviations. The TAR would have had similar ranges for sea level projections to those in this report if it had treated the uncertainties in the same way. {10.6, 10.7}

**Changes in the cryosphere will continue to affect sea level rise during the 21st century.** Glaciers, ice caps and the Greenland Ice Sheet are projected to lose mass in the 21st century because increased melting will exceed increased snowfall. Current models suggest that the Antarctic Ice Sheet will remain too cold for widespread melting and may gain mass in future through increased snowfall, acting to reduce sea level rise. However, changes in ice dynamics could increase the contributions of both Greenland and Antarctica to 21st-century sea level rise. Recent observations of some Greenland outlet glaciers give strong evidence for enhanced flow when ice shelves are removed. The observations in west-central Greenland of seasonal variation in ice flow rate and of a correlation with summer temperature variation suggest that surface melt water may join a sub-glacially routed drainage system lubricating the ice flow. By both of these mechanisms, greater surface melting during the 21st century could cause acceleration of ice flow and discharge and increase the sea level contribution. In some parts of West Antarctica, large accelerations of ice flow have recently occurred, which may have been caused by thinning of ice shelves due to ocean warming. Although this has not been formally attributed to anthropogenic climate change due to greenhouse gases, it suggests that future warming could cause faster mass loss and greater



**PROJECTED WARMING IN 2090–2099**

Figure TS.27. *(Top) Projected global mean temperature change in 2090 to 2099 relative to 1980 to 1999 for the six SRES marker scenarios based on results from different and independent models. The multi-model AOGCM mean and the range of the mean minus 40% to the mean plus 60% are shown as black horizontal solid lines and grey bars, respectively. Carbon cycle uncertainties are estimated for scenario A2 based on Coupled Carbon Cycle Climate Model Intercomparison Project (C4MIP) models (dark blue crosses), and for all marker scenarios using an EMIC (pale blue symbols). Other symbols represent individual studies (see Figure 10.29 for details of specific models). (Bottom) Projected global average sea level rise and its components in 2090 to 2099 (relative to 1980–1999) for the six SRES marker scenarios. The uncertainties denote 5 to 95% ranges, based on the spread of model results, and not including carbon cycle uncertainties. The contributions are derived by scaling AOGCM results and estimating land ice changes from temperature changes (see Appendix 10.A for details). Individual contributions are added to give the total sea level rise, which does not include the contribution shown for ice sheet dynamical imbalance, for which the current level of understanding prevents a best estimate from being given. {Figures 10.29 and 10.33}*

sea level rise. Quantitative projections of this effect cannot be made with confidence. If recently observed increases in ice discharge rates from the Greenland and Antarctic Ice Sheets were to increase linearly with global average temperature change, that would add 0.1 to 0.2 m to the upper bound of sea level rise. Understanding of these effects is too limited to assess their likelihood or to give a best estimate. {4.6, 10.6}

**Many of the global and regional patterns of temperature and precipitation seen in the TAR projections remain in the new generation of models and across ensemble results (see Figure TS.28).** Confidence

in the robustness of these patterns is increased by the fact that they have remained largely unchanged while overall model simulations have improved (Box TS.7). This adds to confidence that these patterns reflect basic physical constraints on the climate system as it warms. {8.3–8.5, 10.3, 11.2–11.9}

**The projected 21st-century temperature change is positive everywhere. It is greatest over land and at most high latitudes in the NH during winter, and increases going from the coasts into the continental interiors. In otherwise geographically similar areas, warming is typically larger in arid than in moist regions. {10.3, 11.2–11.9}**

71

In contrast, warming is least over the southern oceans and parts of the North Atlantic Ocean. **Temperatures are projected to increase, including over the North Atlantic and Europe, despite a projected slowdown of the meridional overturning circulation (MOC) in most models, due to the much larger influence of the increase in greenhouse gases.** The projected pattern of zonal mean temperature change in the atmosphere displays a maximum warming in the upper tropical troposphere and cooling in the stratosphere. Further zonal mean warming in the ocean is expected to occur first near the surface and in the northern mid-latitudes, with the warming gradually reaching the ocean interior, most evident at high latitudes where vertical mixing is greatest. The projected pattern of change is very similar among the late-century cases irrespective of the scenario. Zonally averaged fields normalised by the mean warming are very similar for the scenarios examined (see Figure TS.28). {10.3}

It is *very likely* **that the Atlantic MOC will slow down over the course of the 21st century. The multi-model average reduction by 2100 is 25% (range from zero to about 50%) for SRES emission scenario A1B.** Temperatures in the Atlantic region are projected to increase despite such changes due to the much larger warming associated with projected increases of greenhouse gases. The projected reduction of the Atlantic MOC is due to the combined effects of an increase in high latitude temperatures and precipitation, which reduce the density of the surface waters in the North Atlantic. This could lead to a significant reduction in Labrador Sea Water formation. Very few AOGCM studies have included the impact of additional freshwater from melting of the Greenland Ice Sheet, but those that have do not suggest that this will lead to a complete MOC shutdown. Taken together, it is *very likely* that the MOC will reduce, but very *unlikely* that the MOC will undergo a large abrupt transition during the course of the 21st century. Longer-term changes in the MOC cannot be assessed with confidence. {8.7, 10.3}

## PROJECTIONS OF SURFACE TEMPERATURES



**Figure TS.28.** *Projected surface temperature changes for the early and late 21st century relative to the period 1980 to 1999. The central and right panels show the AOGCM multi-model average projections (°C) for the B1 (top), A1B (middle) and A2 (bottom) SRES scenarios averaged over the decades 2020 to 2029 (centre) and 2090 to 2099 (right). The left panel shows corresponding uncertainties as the relative probabilities of estimated global average warming from several different AOGCM and EMIC studies for the same periods. Some studies present results only for a subset of the SRES scenarios, or for various model versions. Therefore the difference in the number of curves, shown in the left-hand panels, is due only to differences in the availability of results. {Adapted from Figures 10.8 and 10.28}*

**Models indicate that sea level rise during the 21st century will not be geographically uniform.** Under scenario A1B for 2070 to 2099, AOGCMs give a median spatial standard deviation of 0.08 m, which is about 25% of the central estimate of the global average sea level rise. The geographic patterns of future sea level change arise mainly from changes in the distribution of heat and salinity in the ocean and consequent changes in ocean circulation. Projected patterns display more similarity across models than those analysed in the TAR. Common features are a smaller than average sea level rise in the Southern Ocean, larger than average sea level rise in the Arctic and a narrow band of pronounced sea level rise stretching across the southern Atlantic and Indian Oceans. {10.6}

**Projections of changes in extremes such as the frequency of heat waves are better quantified than in the TAR, due to improved models and a better assessment of model spread based on multi-model ensembles.** The TAR concluded that there was a risk of increased temperature extremes, with more extreme heat episodes in a future climate. This result has been confirmed and expanded in more recent studies. Future increases in temperature extremes are projected to follow increases in mean temperature over most of the world except where surface properties (e.g., snow cover or soil moisture) change. A multi-model analysis, based on simulations of 14 models for three scenarios, investigated changes in extreme seasonal (DJF and JJA) temperatures where 'extreme' is defined as lying above the 95th percentile of the simulated temperature distribution for the 20th century. By the end of the 21st century, the projected probability of extreme warm seasons rises above 90% in many tropical areas, and reaches around 40% elsewhere. Several recent studies have addressed possible future changes in heat waves, and found that, in a future climate, heat waves are expected to be more intense, longer lasting and more frequent. Based on an eight-member multi-model ensemble, heat waves are simulated to have been increasing for the latter part of the 20th century, and are projected to increase globally and over most regions. {8.5, 10.3}

**For a future warmer climate, models project a 50 to 100% decline in the frequency of cold air outbreaks relative to the present in NH winters in most areas.** Results from a nine-member multi-model ensemble show simulated decreases in frost days for the 20th century continuing into the 21st century globally and in most regions. Growing season length is related to frost days and is projected to increase in future climates. {10.3, FAQ 10.1}

**Snow cover is projected to decrease. Widespread increases in thaw depth are projected to occur over most permafrost regions. {10.3}**

**Under several different scenarios (SRES A1B, A2 and B1), large parts of the Arctic Ocean are expected to no longer have year-round ice cover by the end of the 21st century.** Arctic sea ice responds sensitively to warming. While projected changes in winter sea ice extent are moderate, late-summer sea ice is projected to disappear almost completely towards the end of the 21st century under the A2 scenario in some models. The reduction is accelerated by a number of positive feedbacks in the climate system. The ice-albedo feedback allows open water to receive more heat from the Sun during summer, the insulating effect of sea ice is reduced and the increase in ocean heat transport to the Arctic further reduces ice cover. Model simulations indicate that the late-summer sea ice cover decreases substantially and generally evolves over the same time scale as global warming. Antarctic sea ice extent is also projected to decrease in the 21st century. {8.6, 10.3, Box 10.1}

**Sea level pressure is projected to increase over the subtropics and mid-latitudes, and decrease over high latitudes associated with an expansion of the Hadley Circulation and annular mode changes (NAM/NAO and SAM, see Box TS.2).** A positive trend in the NAM/NAO as well as the SAM index is projected by many models. The magnitude of the projected increase is generally greater for the SAM, and there is considerable spread among the models. As a result of these changes, storm tracks are projected to move poleward, with consequent changes in wind, precipitation and temperature patterns outside the tropics, continuing the broad pattern of observed trends over the last half century. Some studies suggest fewer storms in mid-latitude regions. There are also indications of changes in extreme wave height associated with changing storm tracks and circulation. {3.6, 10.3}

**In most models, the central and eastern equatorial Pacific SSTs warm more than those in the western equatorial Pacific, with a corresponding mean eastward shift in precipitation.** ENSO interannual variability is projected to continue in all models, although changes differ from model to model. Large inter-model differences in projected changes in El Niño amplitude, and the inherent centennial time-scale variability of El Niño in the models, preclude a definitive projection of trends in ENSO variability. {10.3}

**Recent studies with improved global models, ranging in resolution from about 100 to 20 km, suggest future changes in the number and intensity of future tropical cyclones (typhoons and hurricanes).**

A synthesis of the model results to date indicates, for a warmer future climate, increased peak wind intensities and increased mean and peak precipitation intensities in future tropical cyclones, with the possibility of a decrease in the number of relatively weak hurricanes, and increased numbers of intense hurricanes. However, the total number of tropical cyclones globally is projected to decrease. The apparent observed increase in the proportion of very intense hurricanes since 1970 in some regions is in the same direction but much larger than predicted by theoretical models. {10.3, 8.5, 3.8}

**Since the TAR, there is an improving understanding of projected patterns of precipitation.** Increases in the amount of precipitation are *very likely* at high latitudes while decreases are *likely* in most subtropical land regions (by as much as about 20% in the A1B scenario in 2100). Poleward of 50°, mean precipitation is projected to increase due to the increase in water vapour in the atmosphere and the resulting increase in vapour transport from lower latitudes. Moving equatorward, there is a transition to mostly decreasing precipitation in the subtropics (20°–40° latitude). Due to increased water vapour transport out of the subtropics and a poleward expansion of the subtropical high-pressure systems, the drying tendency is especially pronounced at the higher-latitude margins of the subtropics (see Figure TS.30). {8.3, 10.3, 11.2–11.9}

**Models suggest that changes in mean precipitation amount, even where robust, will rise above natural variability more slowly than the temperature signal.** {10.3, 11.1}

**Available research indicates a tendency for an increase in heavy daily rainfall events in many regions, including some in which the mean rainfall is projected to decrease.** In the latter cases, the rainfall decrease is often attributable to a reduction in the number of rain days rather than the intensity of rain when it occurs. {11.2–11.9}

### TS.5.3   Regional-Scale Projections

**For each of the continental regions, the projected warming over 2000 to 2050 resulting from the SRES emissions scenarios is greater than the global average and greater than the observed warming over the past century.** The warming projected for the next few decades of the 21st century, when averaged over the continents individually, would substantially exceed estimated 20th-century natural forced and unforced variability in all cases except Antarctica (Figure TS.29). Model best-estimate projections indicate that decadal average warming over each continent except Antarctica by 2030 is *very likely* to be at least twice as large as the corresponding model-estimated natural variability during the 20th century. The simulated warming over this period is not very sensitive to the choice of scenarios across the SRES set as is illustrated in Figure TS.32. Over longer time scales, the choice of scenario is more important, as shown in Figure TS.28. The projected warming in the SRES scenarios over 2000 to 2050 also exceeds estimates of natural variability when averaged over most sub-continental regions. {11.1}

---

### Box TS.10. Regional Downscaling

*Simulation of regional climates has improved in AOGCMs and, as a consequence, in nested regional climate models and in empirical downscaling techniques.* Both dynamic and empirical downscaling methodologies show improving skill in simulating local features in present-day climates when the observed state of the atmosphere at scales resolved by current AOGCMs is used as input. The availability of downscaling and other regionally focused studies remains uneven geographically, causing unevenness in the assessments that can be provided, particularly for extreme weather events. Downscaling studies demonstrate that local precipitation changes can vary significantly from those expected from the large-scale hydrological response pattern, particularly in areas of complex topography. {11.10}

*There remain a number of important sources of uncertainty limiting the ability to project regional climate change.* While hydrological responses are relatively robust in certain core subpolar and subtropical regions, there is uncertainty in the precise location of these boundaries between increasing and decreasing precipitation. There are some important climate processes that have a significant effect on regional climate, but for which the climate change response is still poorly known. These include ENSO, the NAO, blocking, the thermohaline circulation and changes in tropical cyclone distribution. For those regions that have strong topographical controls on their climatic patterns, there is often insufficient climate change information at the fine spatial resolution of the topography. In some regions there has been only very limited research on extreme weather events. Further, the projected climate change signal becomes comparable to larger internal variability at smaller spatial and temporal scales, making it more difficult to utilise recent trends to evaluate model performance. {Box 11.1, 11.2–11.9}

**CONTINENTAL SURFACE TEMPERATURE ANOMALIES:**
**OBSERVATIONS AND PROJECTIONS**



| | |
|---|---|
| models using natural forcing only | projected changes (A1B scenario) |
| models using both anthropogenic and natural forcings | range of anomalies with natural forcing only in 20th century simulations |
| | observations |

**Figure TS.29.** *Decadal mean continental surface temperature anomalies (°C) in observations and simulations for the period 1906 to 2005 and in projections for 2001 to 2050. Anomalies are calculated from the 1901 to 1950 average. The black lines represent the observations and the red and blue bands show simulated average temperature anomalies as in Figure TS.22 for the 20th century (i.e., red includes anthropogenic and natural forcings and blue includes only natural forcings). The yellow shading represents the 5th to 95th percentile range of projected changes according to the SRES A1B emissions scenario. The green bar denotes the 5th to 95th percentile range of decadal mean anomalies from the 20th-century simulations with only natural forcings (i.e., a measure of the natural decadal variability). For the observed part of these graphs, the decadal averages are centred on calendar decade boundaries (i.e., the last point is at 2000 for 1996 to 2005), whereas for the future period they are centred on calendar decade mid-points (i.e., the first point is at 2005 for 2001 to 2010). To construct the ranges, all simulations from the set of models involved were considered independent realisations of the possible evolution of the climate given the forcings applied. This involved 58 simulations from 14 models for the red curve, 19 simulations from 5 models (a subset of the 14) for the blue curve and green bar and 47 simulations from 18 models for the yellow curve. {FAQ 9.2.1, Figure 1 and Box 11.1, Figure 1}*

In the NH a robust pattern of increased subpolar and decreased subtropical precipitation dominates the projected precipitation pattern for the 21st century over North America and Europe, while subtropical drying is less evident over Asia (see Figure TS.30). Nearly all models project increased precipitation over most of northern North America and decreased precipitation over Central America, with much of the continental USA and northern Mexico in a more uncertain transition zone that moves north and south following the seasons. Decreased precipitation is confidently projected for southern Europe and Mediterranean Africa, with a transition to increased precipitation in northern Europe. In both continents, summer drying is extensive due both to the poleward movement of this transition zone in summer and to increased evaporation. Subpolar increases in precipitation are projected over much of northern Asia but with the subtropical drying spreading from the Mediterranean displaced by distinctive monsoonal signatures as one moves from central Asia eastward. {11.2–11.5}



**Figure TS.30.** *Spatial patterns of observed (top row) and multi-model mean (middle row) seasonal mean precipitation rate (mm day⁻¹) for the period 1979 to 1993 and the multi-model mean for changes by the period 2090 to 2099 relative to 1980 to 1999 (% change) based on the SRES A1B scenario (bottom row). December to February means are in the left column, June to August means in the right column. In the bottom panel, changes are plotted only where more than 66% of the models agree on the sign of the change. The stippling indicates areas where more than 90% of the models agree on the sign of the change. {Based on same datasets as shown in Figures 8.5 and 10.9}*

In the SH, there are few land areas in the zone of projected subpolar moistening during the 21st century, with the subtropical drying more prominent (see Figure TS.30). The South Island of New Zealand and Tierra del Fuego fall within the subpolar precipitation increase zone, with southernmost Africa, the southern Andes in South America and southern Australia experiencing the drying tendency typical of the subtropics. {11.2, 11.6, 11.7}

Projections of precipitation over tropical land regions are more uncertain than those at higher latitudes, but, despite significant inadequacies in modelling tropical convection and atmosphere-ocean interactions, and the added uncertainty associated with tropical cyclones, some robust features emerge in models. Rainfall in the summer monsoon season of South and Southeast Asia increases in most models, as does rainfall in East Africa. The sign of the precipitation response is considered less certain over both the Amazon and the African Sahel. These are regions in which there is added uncertainty due to potential vegetation-climate links, and there is less robustness across models even when vegetation feedbacks are not included. {8.3, 11.2, 11.4, 11.6}

**TS.5.4    Coupling Between Climate Change and Changes in Biogeochemical Cycles**

**All models that treat the coupling of the carbon cycle to climate change indicate a positive feedback effect with warming acting to suppress land and ocean uptake of $CO_2$, leading to larger atmospheric $CO_2$ increases and greater climate change for a given emissions scenario, but the strength of this feedback effect varies markedly among models.** Since the TAR, several new projections based on fully coupled carbon cycle-climate models have been performed and compared. For the SRES A2 scenario, and based on a range of model results, the projected increase in atmospheric $CO_2$ concentration over the 21st century is *likely* between 10 and 25% higher than projections without this feedback, adding more than 1°C to projected mean warming by 2100 for higher emission SRES scenarios. Correspondingly, the reduced $CO_2$ uptake caused by this effect reduces the $CO_2$ emissions that are consistent with a target stabilisation level. However, there are still significant uncertainties due, for example, to limitations in the understanding of the dynamics of land ecosystems and soils. {7.3, 10.4}

**Increasing atmospheric $CO_2$ concentrations lead directly to increasing acidification of the surface ocean. Projections based on SRES scenarios give reductions in pH of between 0.14 and 0.35 units in the 21st century (depending on scenario), extending the present decrease of 0.1 units from pre-industrial times.** Ocean acidification would lead to dissolution of shallow-water carbonate sediments. Southern Ocean surface waters are projected to exhibit undersaturation with regard to calcium carbonate ($CaCO_3$) for $CO_2$ concentrations higher than 600 ppm, a level exceeded during the second half of the 21st century in most of the SRES scenarios. Low-latitude regions and the deep ocean will be affected as well. These changes could affect marine organisms that form their exoskeletons out of $CaCO_3$, but the net effect on the biological cycling of carbon in the oceans is not well understood. {Box 7.3, 10.4}

**Committed climate change due to past emissions varies considerably for different forcing agents because of differing lifetimes in the Earth's atmosphere (see Box TS.9).** The committed climate change due to past emissions takes account of both (i) the time lags in the responses of the climate system to changes in radiative forcing; and (ii) the time scales over which different forcing agents persist in the atmosphere after their emission because of their differing lifetimes.

Typically the committed climate change due to past emissions includes an initial period of further increase in temperature, for the reasons discussed above, followed by a long-term decrease as radiative forcing decreases. Some greenhouse gases have relatively short atmospheric lifetimes (decades or less), such as $CH_4$ and carbon monoxide, while others such as $N_2O$ have lifetimes of the order of a century, and some have lifetimes of millennia, such as $SF_6$ and PFCs. Atmospheric concentrations of $CO_2$ do not decay with a single well-defined lifetime if emissions are stopped. Removal of $CO_2$ emitted to the atmosphere occurs over multiple time scales, but some $CO_2$ will stay in the atmosphere for many thousands of years, so that emissions lead to a very long commitment to climate change. The slow long-term buffering of the ocean, including $CaCO_3$-sediment feedback, requires 30,000 to 35,000 years for atmospheric $CO_2$ concentrations to reach equilibrium. Using coupled carbon cycle components, EMICs show that the committed climate change due to past $CO_2$ emissions persists for more than 1000 years, so that even over these very long time scales, temperature and sea level do not return to pre-industrial values. An indication of the long time scales of committed climate change is obtained by prescribing anthropogenic $CO_2$ emissions following a path towards stabilisation at 750 ppm, but arbitrarily setting emissions to zero at year 2100. In this test case, it takes about 100 to 400 years in the different models for the atmospheric $CO_2$ concentration to drop from the maximum (ranges between 650 to 700 ppm) to below the level of two times the pre-industrial $CO_2$ concentration (about 560 ppm), owing to a continuous but slow transfer of carbon from the atmosphere and terrestrial reservoirs to the ocean (see Figure TS.31). {7.3, 10.7}

**Future concentrations of many non-$CO_2$ greenhouse gases and their precursors are expected to be coupled to future climate change. Insufficient understanding of the causes of recent variations in the $CH_4$ growth rate suggests large uncertainties in future projections for this gas in particular.** Emissions of $CH_4$ from wetlands are *likely* to increase in a warmer and wetter climate and to decrease in a warmer and drier climate. Observations also suggest increases in $CH_4$ released from northern peatlands that are experiencing permafrost melt, although the large-scale magnitude of this effect is not well quantified. Changes in temperature, humidity and clouds could also affect biogenic emissions of ozone precursors, such as volatile organic compounds. Climate change is also expected to affect tropospheric ozone through changes in chemistry and transport. Climate change could induce changes in OH through changes in humidity, and could alter stratospheric ozone concentrations and hence solar ultraviolet radiation in the troposphere. {7.4, 4.7}

## CLIMATE CHANGE COMMITMENT



**Figure TS.31.** *Calculation of climate change commitment due to past emissions for five different EMICs and an idealised scenario where emissions follow a pathway leading to stabilisation of atmospheric CO₂ at 750 ppm, but before reaching this target, emissions are reduced to zero instantly at year 2100. (Left) CO₂ emissions and atmospheric CO₂ concentrations; (centre) surface warming and sea level rise due to thermal expansion; (right) change in total terrestrial and oceanic carbon inventory since the pre-industrial era. {Figure 10.35}*

**Future emissions of many aerosols and their precursors are expected to be affected by climate change.** Estimates of future changes in dust emissions under several climate and land use scenarios suggest that the effects of climate change are more important in controlling future dust emissions than changes in land use. Results from one study suggest that meteorology and climate have a greater influence on future Asian dust emissions and associated Asian dust storm occurrences than desertification. The biogenic emission of volatile organic compounds, a significant source of secondary organic aerosols, is known to be highly sensitive to (and increase with) temperature. However, aerosol yields decrease with temperature and the effects of changing precipitation and physiological adaptation are uncertain. Thus, change in biogenic secondary organic aerosol production in a warmer climate could be considerably lower than the response of biogenic volatile organic carbon emissions. Climate change may affect fluxes from the ocean of dimethyl sulphide (which is a precursor for

some sulphate aerosols) and sea salt aerosols, however, the effects on temperature and precipitation remain very uncertain. {7.5}

**While the warming effect of CO₂ represents a commitment over many centuries, aerosols are removed from the atmosphere over time scales of only a few days, so that the negative radiative forcing due to aerosols could change rapidly in response to any changes in emissions of aerosols or aerosol precursors.** Because sulphate aerosols are *very likely* exerting a substantial negative radiative forcing at present, future net forcing is very sensitive to changes in sulphate emissions. One study suggests that the hypothetical removal from the atmosphere of the entire current burden of anthropogenic sulphate aerosol particles would produce a rapid increase in global mean temperature of about 0.8°C within a decade or two. Changes in aerosols are also likely to influence precipitation. Thus, the effect of environmental strategies aimed at mitigating climate change requires consideration of changes in both greenhouse gas and aerosol emissions.

Changes in aerosol emissions may result from measures implemented to improve air quality which may therefore have consequences for climate change. {Box 7.4, 7.6, 10.7}

**Climate change would modify a number of chemical and physical processes that control air quality and the net effects are *likely* to vary from one region to another.** Climate change can affect air quality by modifying the rates at which pollutants are dispersed, the rate at which aerosols and soluble species are removed from the atmosphere, the general chemical environment for pollutant generation and the strength of emissions from the biosphere, fires and dust. Climate change is also expected to decrease the global ozone background. Overall, the net effect of climate change on air quality is highly uncertain. {Box 7.4}

### TS.5.5    Implications of Climate Processes and their Time Scales for Long-Term Projections

**The commitments to climate change after stabilisation of radiative forcing are expected to be about 0.5 to 0.6°C, mostly within the following century.** The multi-model average when stabilising concentrations of greenhouse gases and aerosols at year 2000 values after a 20th-century climate simulation, and running an additional 100 years, is about 0.6°C of warming (relative to 1980–1999) at year 2100 (see Figure TS.32). If the B1 or A1B scenarios were to characterise 21st-century emissions followed by stabilisation at those levels, the additional warming after stabilisation is similar, about 0.5°C, mostly in the subsequent hundred years. {10.3, 10.7}

**The magnitude of the positive feedback between climate change and the carbon cycle is uncertain. This leads to uncertainty in the trajectory of $CO_2$ emissions required to achieve a particular stabilization level of atmospheric $CO_2$ concentration.** Based upon current understanding of climate-carbon cycle feedback, model studies suggest that, in order to stabilise $CO_2$ at 450 ppm, cumulative emissions in the 21st century could be reduced from a model average of approximately 670 [630 to 710] GtC to approximately 490 [375 to 600] GtC. Similarly, to stabilise $CO_2$ at 1000 ppm, the cumulative emissions could be reduced by this feedback from a model average of



**Figure TS.32.** *Multi-model means of surface warming (compared to the 1980–1999 base period) for the SRES scenarios A2 (red), A1B (green) and B1 (blue), shown as continuations of the 20th-century simulation. The latter two scenarios are continued beyond the year 2100 with forcing kept constant (committed climate change as it is defined in Box TS.9). An additional experiment, in which the forcing is kept at the year 2000 level is also shown (orange). Linear trends from the corresponding control runs have been removed from these time series. Lines show the multi-model means, shading denotes the ±1 standard deviation range. Discontinuities between different periods have no physical meaning and are caused by the fact that the number of models that have run a given scenario is different for each period and scenario (numbers indicated in figure). For the same reason, uncertainty across scenarios should not be interpreted from this figure (see Section 10.5 for uncertainty estimates). {Figure 10.4}*

approximately 1415 [1340 to 1490] GtC to approximately 1100 [980 to 1250] GtC. {7.3, 10.4}

**If radiative forcing were to be stabilised in 2100 at A1B concentrations, thermal expansion alone would lead to 0.3 to 0.8 m of sea level rise by 2300 (relative to 1980–1999) and would continue at decreasing rates for many centuries, due to slow processes that mix heat into the deep ocean. {10.7}**

**Contraction of the Greenland Ice Sheet is projected to continue to contribute to sea level rise after 2100.** For stabilisation at A1B concentrations in 2100, a rate of 0.03 to 0.21 m per century due to thermal expansion is projected. If a global average warming of 1.9°C to 4.6°C relative to pre-industrial temperatures were maintained for millennia, the Greenland Ice Sheet would largely be eliminated except for remnant glaciers in the mountains. This would raise sea level by about 7 m and could be irreversible. These temperatures are comparable to those inferred for the last interglacial period 125,000 years ago, when palaeoclimatic information suggests reductions of polar ice extent and 4 to 6 m of sea level rise. {6.4, 10.7}

**Dynamical processes not included in current models but suggested by recent observations could increase the vulnerability of the ice sheets to warming, increasing future sea level rise.** Understanding of these processes is limited and there is no consensus on their likely magnitude. {4.6, 10.7}

**Current global model studies project that the Antarctic Ice Sheet will remain too cold for widespread surface melting and will gain in mass due to increased snowfall. However, net loss of ice mass could occur if dynamical ice discharge dominates the ice sheet mass balance. {10.7}**

**While no models run for this assessment suggest an abrupt MOC shutdown during the 21st century, some models of reduced complexity suggest MOC shutdown as a possible long-term response to sufficiently strong warming.** However, the likelihood of this occurring cannot be evaluated with confidence. The few available simulations with models of different complexity rather suggest a centennial-scale slowdown. Recovery of the MOC is *likely* if the radiative forcing is stabilised but would take several centuries. Systematic model comparison studies have helped establish some key processes that are responsible for variations between models in the response of the ocean to climate change (especially ocean heat uptake). {8.7, FAQ 10.2, 10.3}

## TS.6    Robust Findings and Key Uncertainties

### TS.6.1    Changes in Human and Natural Drivers of Climate

*Robust Findings:*

Current atmospheric concentrations of $CO_2$ and $CH_4$, and their associated positive radiative forcing, far exceed those determined from ice core measurements spanning the last 650,000 years. {6.4}

Fossil fuel use, agriculture and land use have been the dominant cause of increases in greenhouse gases over the last 250 years. {2.3, 7.3, 7.4}

Annual emissions of $CO_2$ from fossil fuel burning, cement production and gas flaring increased from a mean of 6.4 ± 0.4 GtC yr$^{-1}$ in the 1990s to 7.2 ± 0.3 GtC yr$^{-1}$ for 2000 to 2005. {7.3}

The sustained rate of increase in radiative forcing from $CO_2$, $CH_4$ and $N_2O$ over the past 40 years is larger than at any time during at least the past 2000 years. {6.4}

Natural processes of $CO_2$ uptake by the oceans and terrestrial biosphere remove about 50 to 60% of anthropogenic emissions (i.e., fossil $CO_2$ emissions and land use change flux). Uptake by the oceans and the terrestrial biosphere are similar in magnitude over recent decades but that by the terrestrial biosphere is more variable. {7.3}

It is *virtually certain* that anthropogenic aerosols produce a net negative radiative forcing (cooling influence) with a greater magnitude in the NH than in the SH. {2.9, 9.2}

From new estimates of the combined anthropogenic forcing due to greenhouse gases, aerosols and land surface changes, it is *extremely likely* that human activities have exerted a substantial net warming influence on climate since 1750. {2.9}

Solar irradiance contributions to global average radiative forcing are considerably smaller than the contribution of increases in greenhouse gases over the industrial period. {2.5, 2.7}

*Key Uncertainties:*

The full range of processes leading to modification of cloud properties by aerosols is not well understood and the magnitudes of associated indirect radiative effects are poorly determined. {2.4, 7.5}

The causes of, and radiative forcing due to stratospheric water vapour changes are not well quantified. {2.3}

The geographical distribution and time evolution of the radiative forcing due to changes in aerosols during the 20th century are not well characterised. {2.4}

The causes of recent changes in the growth rate of atmospheric $CH_4$ are not well understood. {7.4}

The roles of different factors increasing tropospheric ozone concentrations since pre-industrial times are not well characterised. {2.3}

Land surface properties and land-atmosphere interactions that lead to radiative forcing are not well quantified. {2.5}

Knowledge of the contribution of past solar changes to radiative forcing on the time scale of centuries is not based upon direct measurements and is hence strongly dependent upon physical understanding. {2.7}

## TS.6.2    Observations of Changes in Climate

### TS.6.2.1    *Atmosphere and Surface*

*Robust Findings:*

Global mean surface temperatures continue to rise. Eleven of the last 12 years rank among the 12 warmest years on record since 1850. {3.2}

Rates of surface warming increased in the mid-1970s and the global land surface has been warming at about double the rate of ocean surface warming since then. {3.2}

Changes in surface temperature extremes are consistent with warming of the climate. {3.8}

Estimates of mid- and lower-tropospheric temperature trends have substantially improved. Lower-tropospheric temperatures have slightly greater warming rates than the surface from 1958 to 2005. {3.4}

Long-term trends from 1900 to 2005 have been observed in precipitation amount in many large regions. {3.3}

Increases have occurred in the number of heavy precipitation events. {3.8}

Droughts have become more common, especially in the tropics and subtropics, since the 1970s. {3.3}

Tropospheric water vapour has increased, at least since the 1980s. {3.4}

*Key Uncertainties:*

Radiosonde records are much less complete spatially than surface records and evidence suggests a number of radiosonde records are unreliable, especially in the tropics. It is likely that all records of tropospheric temperature trends still contain residual errors. {3.4}

While changes in large-scale atmospheric circulation are apparent, the quality of analyses is best only after 1979, making analysis of, and discrimination between, change and variability difficult. {3.5, 3.6}

Surface and satellite observations disagree on total and low-level cloud changes over the ocean. {3.4}

Multi-decadal changes in DTR are not well understood, in part because of limited observations of changes in cloudiness and aerosols. {3.2}

Difficulties in the measurement of precipitation remain an area of concern in quantifying trends in global and regional precipitation. {3.3}

Records of soil moisture and streamflow are often very short, and are available for only a few regions, which impedes complete analyses of changes in droughts. {3.3}

The availability of observational data restricts the types of extremes that can be analysed. The rarer the event, the more difficult it is to identify long-term changes because there are fewer cases available. {3.8}

Information on hurricane frequency and intensity is limited prior to the satellite era. There are questions about the interpretation of the satellite record. {3.8}

There is insufficient evidence to determine whether trends exist in tornadoes, hail, lightning and dust storms at small spatial scales. {3.8}

### TS.6.2.2   Snow, Ice and Frozen Ground

#### Robust Findings:

The amount of ice on the Earth is decreasing. There has been widespread retreat of mountain glaciers since the end of the 19th century. The rate of mass loss from glaciers and the Greenland Ice Sheet is increasing. {4.5, 4.6}

The extent of NH snow cover has declined. Seasonal river and lake ice duration has decreased over the past 150 years. {4.2, 4.3}

Since 1978, annual mean arctic sea ice extent has been declining and summer minimum arctic ice extent has decreased. {4.4}

Ice thinning occurred in the Antarctic Peninsula and Amundsen shelf ice during the 1990s. Tributary glaciers have accelerated and complete breakup of the Larsen B Ice Shelf occurred in 2002. {4.6}

Temperature at the top of the permafrost layer has increased by up to 3°C since the 1980s in the Arctic. The maximum extent of seasonally frozen ground has decreased by about 7% in the NH since 1900, and its maximum depth has decreased by about 0.3 m in Eurasia since the mid-20th century. {4.7}

#### Key Uncertainties:

There is no global compilation of *in situ* snow data prior to 1960. Well-calibrated snow water equivalent data are not available for the satellite era. {4.2}

There are insufficient data to draw any conclusions about trends in the thickness of antarctic sea ice. {4.4}

Uncertainties in estimates of glacier mass loss arise from limited global inventory data, incomplete area-volume relationships and imbalance in geographic coverage. {4.5}

Mass balance estimates for ice shelves and ice sheets, especially for Antarctica, are limited by calibration and validation of changes detected by satellite altimetry and gravity measurements. {4.6}

Limited knowledge of basal processes and of ice shelf dynamics leads to large uncertainties in the understanding of ice flow processes and ice sheet stability. {4.6}

### TS.6.2.3   Oceans and Sea Level

#### Robust Findings:

The global temperature (or heat content) of the oceans has increased since 1955. {5.2}

Large-scale regionally coherent trends in salinity have been observed over recent decades with freshening in subpolar regions and increased salinity in the shallower parts of the tropics and subtropics. These trends are consistent with changes in precipitation and inferred larger water transport in the atmosphere from low latitudes to high latitudes and from the Atlantic to the Pacific. {5.2}

Global average sea level rose during the 20th century. There is high confidence that the rate of sea level rise increased between the mid-19th and mid-20th centuries. During 1993 to 2003, sea level rose more rapidly than during 1961 to 2003. {5.5}

Thermal expansion of the ocean and loss of mass from glaciers and ice caps made substantial contributions to the observed sea level rise. {5.5}

The observed rate of sea level rise from 1993 to 2003 is consistent with the sum of observed contributions from thermal expansion and loss of land ice. {5.5}

The rate of sea level change over recent decades has not been geographically uniform. {5.5}

As a result of uptake of anthropogenic $CO_2$ since 1750, the acidity of the surface ocean has increased. {5.4, 7.3}

#### Key Uncertainties:

Limitations in ocean sampling imply that decadal variability in global heat content, salinity and sea level changes can only be evaluated with moderate confidence. {5.2, 5.5}

There is low confidence in observations of trends in the MOC. {Box 5.1}

Global average sea level rise from 1961 to 2003 appears to be larger than can be explained by thermal expansion and land ice melting. {5.5}

### TS.6.2.4   Palaeoclimate

**Robust Findings:**

During the last interglacial, about 125,000 years ago, global sea level was *likely* 4 to 6 m higher than present, due primarily to retreat of polar ice. {6.4}

A number of past abrupt climate changes were *very likely* linked to changes in Atlantic Ocean circulation and affected the climate broadly across the NH. {6.4}

It is *very unlikely* that the Earth would naturally enter another ice age for at least 30,000 years. {6.4}

Biogeochemical and biogeophysical feedbacks have amplified climatic changes in the past. {6.4}

It is *very likely* that average NH temperatures during the second half of the 20th century were warmer than any other 50-year period in the last 500 years and *likely* that this was also the warmest 50-year period in the past 1300 years. {6.6}

Palaeoclimate records indicate with high confidence that droughts lasting decades or longer were a recurrent feature of climate in several regions over the last 2000 years. {6.6}

**Key Uncertainties:**

Mechanisms of onset and evolution of past abrupt climate change and associated climate thresholds are not well understood. This limits confidence in the ability of climate models to simulate realistic abrupt change. {6.4}

The degree to which ice sheets retreated in the past, the rates of such change and the processes involved are not well known. {6.4}

Knowledge of climate variability over more than the last few hundred years in the SH and tropics is limited by the lack of palaeoclimatic records. {6.6}

Differing amplitudes and variability observed in available millennial-length NH temperature reconstructions, as well as the relation of these differences to choice of proxy data and statistical calibration methods, still need to be reconciled. {6.6}

The lack of extensive networks of proxy data for temperature in the last 20 years limits understanding of how such proxies respond to rapid global warming and of the influence of other environmental changes. {6.6}

### TS.6.3    Understanding and Attributing Climate Change

*Robust Findings:*

Greenhouse gas forcing has *very likely* caused most of the observed global warming over the last 50 years. Greenhouse gas forcing alone during the past half century would *likely* have resulted in greater than the observed warming if there had not been an offsetting cooling effect from aerosol and other forcings. {9.4}

It is *extremely unlikely* (<5%) that the global pattern of warming during the past half century can be explained without external forcing, and *very unlikely* that it is due to known natural external causes alone. The warming occurred in both the ocean and the atmosphere and took place at a time when natural external forcing factors would *likely* have produced cooling. {9.4, 9.7}

It is *likely* that anthropogenic forcing has contributed to the general warming observed in the upper several hundred metres of the ocean during the latter half of the 20th century. Anthropogenic forcing, resulting in thermal expansion from ocean warming and glacier mass loss, has *very likely* contributed to sea level rise during the latter half of the 20th century. {9.5}

A substantial fraction of the reconstructed NH inter-decadal temperature variability of the past seven centuries is *very likely* attributable to natural external forcing (volcanic eruptions and solar variability). {9.3}

*Key Uncertainties:*

Confidence in attributing some climate change phenomena to anthropogenic influences is currently limited by uncertainties in radiative forcing, as well as uncertainties in feedbacks and in observations. {9.4, 9.5}

Attribution at scales smaller than continental and over time scales of less than 50 years is limited by larger climate variability on smaller scales, by uncertainties in the small-scale details of external forcing and the response simulated by models, as well as uncertainties in simulation of internal variability on small scales, including in relation to modes of variability. {9.4}

There is less confidence in understanding of forced changes in precipitation and surface pressure than there is of temperature. {9.5}

The range of attribution statements is limited by the absence of formal detection and attribution studies, or their very limited number, for some phenomena (e.g., some types of extreme events). {9.5}

Incomplete global data sets for extremes analysis and model uncertainties still restrict the regions and types of detection studies of extremes that can be performed. {9.4, 9.5}

Despite improved understanding, uncertainties in model-simulated internal climate variability limit some aspects of attribution studies. For example, there are apparent discrepancies between estimates of ocean heat content variability from models and observations. {5.2, 9.5}

Lack of studies quantifying the contributions of anthropogenic forcing to ocean heat content increase or glacier melting together with the open part of the sea level budget for 1961 to 2003 are among the uncertainties in quantifying the anthropogenic contribution to sea level rise. {9.5}

## TS.6.4    Projections of Future Changes in Climate

### TS.6.4.1    Model Evaluation

*Robust Findings:*

Climate models are based on well-established physical principles and have been demonstrated to reproduce observed features of recent climate and past climate changes. There is considerable confidence that AOGCMs provide credible quantitative estimates of future climate change, particularly at continental scales and above. Confidence in these estimates is higher for some climate variables (e.g., temperature) than for others (e.g., precipitation). {FAQ 8.1}

Confidence in models has increased due to:
• improvements in the simulation of many aspects of present climate, including important modes of climate variability and extreme hot and cold spells;
• improved model resolution, computational methods and parametrizations and inclusion of additional processes;
• more comprehensive diagnostic tests, including tests of model ability to forecast on time scales from days to a year when initialised with observed conditions; and
• enhanced scrutiny of models and expanded diagnostic analysis of model behaviour facilitated by internationally coordinated efforts to collect and disseminate output from model experiments performed under common conditions. {8.4}

*Key Uncertainties:*

A proven set of model metrics comparing simulations with observations, that might be used to narrow the range of plausible climate projections, has yet to be developed. {8.2}

Most models continue to have difficulty controlling climate drift, particularly in the deep ocean. This drift must be accounted for when assessing change in many oceanic variables. {8.2}

Models differ considerably in their estimates of the strength of different feedbacks in the climate system. {8.6}

Problems remain in the simulation of some modes of variability, notably the Madden-Julian Oscillation, recurrent atmospheric blocking and extreme precipitation. {8.4}

Systematic biases have been found in most models' simulations of the Southern Ocean that are linked to uncertainty in transient climate response. {8.3}

Climate models remain limited by the spatial resolution that can be achieved with present computer resources, by the need for more extensive ensemble runs and by the need to include some additional processes. {8.1–8.5}

### TS.6.4.2   Equilibrium and Transient Climate Sensitivity

*Robust Findings:*

Equilibrium climate sensitivity is *likely* to be in the range 2°C to 4.5°C with a most likely value of about 3°C, based upon multiple observational and modelling constraints. It is *very unlikely* to be less than 1.5°C. {8.6, 9.6, Box 10.2}

The transient climate response is better constrained than the equilibrium climate sensitivity. It is *very likely* larger than 1°C and *very unlikely* greater than 3°C. {10.5}

There is a good understanding of the origin of differences in equilibrium climate sensitivity found in different models. Cloud feedbacks are the primary source of inter-model differences in equilibrium climate sensitivity, with low cloud being the largest contributor. {8.6}

New observational and modelling evidence strongly supports a combined water vapour-lapse rate feedback of a strength comparable to that found in AOGCMs. {8.6}

### Key Uncertainties:

Large uncertainties remain about how clouds might respond to global climate change. {8.6}

### TS.6.4.3   *Global Projections*

*Robust Findings:*

Even if concentrations of radiative forcing agents were to be stabilised, further committed warming and related climate changes would be expected to occur, largely because of time lags associated with processes in the oceans. {10.7}

Near-term warming projections are little affected by different scenario assumptions or different model sensitivities, and are consistent with that observed for the past few decades. The multi-model mean warming, averaged over 2011 to 2030 relative to 1980 to 1999 for all AOGCMs considered here, lies in a narrow range of 0.64°C to 0.69°C for the three different SRES emission scenarios B1, A1B and A2. {10.3}

Geographic patterns of projected warming show the greatest temperature increases at high northern latitudes and over land, with less warming over the southern oceans and North Atlantic. {10.3}

Changes in precipitation show robust large-scale patterns: precipitation generally increases in the tropical precipitation maxima, decreases in the subtropics and increases at high latitudes as a consequence of a general intensification of the global hydrological cycle. {10.3}

As the climate warms, snow cover and sea ice extent decrease; glaciers and ice caps lose mass and contribute to sea level rise. Sea ice extent decreases in the 21st century in both the Arctic and Antarctic. Snow cover reduction is accelerated in the Arctic by positive feedbacks and widespread increases in thaw depth occur over much of the permafrost regions. {10.3}

Based on current simulations, it is *very likely* that the Atlantic Ocean MOC will slow down by 2100. However, it is *very unlikely* that the MOC will undergo a large abrupt transition during the course of the 21st century. {10.3}

Heat waves become more frequent and longer lasting in a future warmer climate. Decreases in frost days are projected to occur almost everywhere in the mid- and high latitudes, with an increase in growing season length. There is a tendency for summer drying of the mid-continental areas during summer, indicating a greater risk of droughts in those regions. {10.3, FAQ 10.1}

Future warming would tend to reduce the capacity of the Earth system (land and ocean) to absorb anthropogenic $CO_2$. As a result, an increasingly large fraction of anthropogenic $CO_2$ would stay in the atmosphere under a warmer climate. This feedback requires reductions in the cumulative emissions consistent with stabilisation at a given atmospheric $CO_2$ level compared to the hypothetical case of no such feedback. The higher the stabilisation scenario, the larger the amount of climate change and the larger the required reductions. {7.3, 10.4}

*Key Uncertainties:*

The likelihood of a large abrupt change in the MOC beyond the end of the 21st century cannot yet be assessed reliably. For low and medium emission scenarios with atmospheric greenhouse gas concentrations stabilised beyond 2100, the MOC recovers from initial weakening within one to several centuries. A permanent reduction in the MOC cannot be excluded if the forcing is strong and long enough. {10.7}

The model projections for extremes of precipitation show larger ranges in amplitude and geographical locations than for temperature. {10.3, 11.1}

The response of some major modes of climate variability such as ENSO still differs from model to model, which may be associated with differences in the spatial and temporal representation of present-day conditions. {10.3}

The robustness of many model responses of tropical cyclones to climate change is still limited by the resolution of typical climate models. {10.3}

Changes in key processes that drive some global and regional climate changes are poorly known (e.g., ENSO, NAO, blocking, MOC, land surface feedbacks, tropical cyclone distribution). {11.2–11.9}

The magnitude of future carbon cycle feedbacks is still poorly determined. {7.3, 10.4}

### TS.6.4.4   Sea Level

#### Robust Findings:

Sea level will continue to rise in the 21st century because of thermal expansion and loss of land ice. Sea level rise was not geographically uniform in the past and will not be in the future. {10.6}

Projected warming due to emission of greenhouse gases during the 21st century will continue to contribute to sea level rise for many centuries. {10.7}

Sea level rise due to thermal expansion and loss of mass from ice sheets would continue for centuries or millennia even if radiative forcing were to be stabilised. {10.7}

#### Key Uncertainties:

Models do not yet exist that address key processes that could contribute to large rapid dynamical changes in the Antarctic and Greenland Ice Sheets that could increase the discharge of ice into the ocean. {10.6}

The sensitivity of ice sheet surface mass balance (melting and precipitation) to global climate change is not well constrained by observations and has a large spread in models. There is consequently a large uncertainty in the magnitude of global warming that, if sustained, would lead to the elimination of the Greenland Ice Sheet. {10.7}

### TS.6.4.5   Regional Projections

#### Robust Findings:

Temperatures averaged over all habitable continents and over many sub-continental land regions will *very likely* rise at greater than the global average rate in the next 50 years and by an amount substantially in excess of natural variability. {10.3, 11.2–11.9}

Precipitation is *likely* to increase in most subpolar and polar regions. The increase is considered especially robust, and *very likely* to occur, in annual precipitation in most of northern Europe, Canada, the northeast USA and the Arctic, and in winter precipitation in northern Asia and the Tibetan Plateau. {11.2–11.9}

Precipitation is *likely* to decrease in many subtropical regions, especially at the poleward margins of the subtropics. The decrease is considered especially robust, and *very likely* to occur, in annual precipitation in European and African regions bordering the Mediterranean and in winter rainfall in south-western Australia. {11.2–11.9}

Extremes of daily precipitation are *likely* to increase in many regions. The increase is considered as *very likely* in northern Europe, south Asia, East Asia, Australia and New Zealand – this list in part reflecting uneven geographic coverage in existing published research. {11.2–11.9}

#### Key Uncertainties:

In some regions there has been only very limited study of key aspects of regional climate change, particularly with regard to extreme events. {11.2–11.9}

Atmosphere-Ocean General Circulation Models show no consistency in simulated regional precipitation change in some key regions (e.g., northern South America, northern Australia and the Sahel). {10.3, 11.2–11.9}

In many regions where fine spatial scales in climate are generated by topography, there is insufficient information on how climate change will be expressed at these scales. {11.2–11.9}

# 1

# Historical Overview of Climate Change Science

## Coordinating Lead Authors:

Hervé Le Treut (France), Richard Somerville (USA)

## Lead Authors:

Ulrich Cubasch (Germany), Yihui Ding (China), Cecilie Mauritzen (Norway), Abdalah Mokssit (Morocco), Thomas Peterson (USA), Michael Prather (USA)

## Contributing Authors:

M. Allen (UK), I. Auer (Austria), J. Biercamp (Germany), C. Covey (USA), J.R. Fleming (USA), R. García-Herrera (Spain), P. Gleckler (USA), J. Haigh (UK), G.C. Hegerl (USA, Germany), K. Isaksen (Norway), J. Jones (Germany, UK), J. Luterbacher (Switzerland), M. MacCracken (USA), J.E. Penner (USA), C. Pfister (Switzerland), E. Roeckner (Germany), B. Santer (USA), F. Schott (Germany), F. Sirocko (Germany), A. Staniforth (UK), T.F. Stocker (Switzerland), R.J. Stouffer (USA), K.E. Taylor (USA), K.E. Trenberth (USA), A. Weisheimer (ECMWF, Germany), M. Widmann (Germany, UK)

## Review Editors:

Alphonsus Baede (Netherlands), David Griggs (UK)

## This chapter should be cited as:

Le Treut, H., R. Somerville, U. Cubasch, Y. Ding, C. Mauritzen, A. Mokssit, T. Peterson and M. Prather, 2007: Historical Overview of Climate Change. In: *Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change* [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M. Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Table of Contents

Executive Summary .......................................... 95

1.1   Overview of the Chapter ........................... 95

1.2   The Nature of Earth Science .......................... 95

1.3   Examples of Progress in Detecting and
      Attributing Recent Climate Change ............ 100

      1.3.1   The Human Fingerprint on Greenhouse
              Gases ........................................ 100

      1.3.2   Global Surface Temperature ................ 100

      1.3.3   Detection and Attribution .................. 102

1.4   Examples of Progress in Understanding
      Climate Processes ............................. 103

      1.4.1   The Earth's Greenhouse Effect ............ 103

      1.4.2   Past Climate Observations, Astronomical
              Theory and Abrupt Climate Changes ....... 106

      1.4.3   Solar Variability and the Total Solar
              Irradiance ................................. 107

      1.4.4   Biogeochemistry and Radiative Forcing .... 108

      1.4.5   Cryospheric Topics ....................... 110

      1.4.6   Ocean and Coupled Ocean-Atmosphere
              Dynamics .................................. 111

1.5   Examples of Progress in Modelling the
      Climate .......................................... 112

      1.5.1   Model Evolution and Model Hierarchies .... 112

      1.5.2   Model Clouds and Climate Sensitivity ..... 114

      1.5.3   Coupled Models: Evolution, Use,
              Assessment ................................ 117

1.6   The IPCC Assessments of Climate Change
      and Uncertainties ............................... 118

      Box 1.1: Treatment of Uncertainties in the Working
               Group I Assessment ...................... 120

1.7   Summary ......................................... 121

Frequently Asked Questions

      FAQ 1.1: *What Factors Determine Earth's Climate?* ............... 96

      FAQ 1.2: *What is the Relationship between Climate Change
               and Weather?* ........................................... 104

      FAQ 1.3: *What is the Greenhouse Effect?* ............................ 115

References ............................................. 122

## Executive Summary

Awareness and a partial understanding of most of the interactive processes in the Earth system that govern climate and climate change predate the IPCC, often by many decades. A deeper understanding and quantification of these processes and their incorporation in climate models have progressed rapidly since the IPCC First Assessment Report in 1990.

As climate science and the Earth's climate have continued to evolve over recent decades, increasing evidence of anthropogenic influences on climate change has been found. Correspondingly, the IPCC has made increasingly more definitive statements about human impacts on climate.

Debate has stimulated a wide variety of climate change research. The results of this research have refined but not significantly redirected the main scientific conclusions from the sequence of IPCC assessments.

## 1.1   Overview of the Chapter

To better understand the science assessed in this Fourth Assessment Report (AR4), it is helpful to review the long historical perspective that has led to the current state of climate change knowledge. This chapter starts by describing the fundamental nature of earth science. It then describes the history of climate change science using a wide-ranging subset of examples, and ends with a history of the IPCC.

The concept of this chapter is new. There is no counterpart in previous IPCC assessment reports for an introductory chapter providing historical context for the remainder of the report. Here, a restricted set of topics has been selected to illustrate key accomplishments and challenges in climate change science. The topics have been chosen for their significance to the IPCC task of assessing information relevant for understanding the risks of human-induced climate change, and also to illustrate the complex and uneven pace of scientific progress.

In this chapter, the time frame under consideration stops with the publication of the Third Assessment Report (TAR; IPCC, 2001a). Developments subsequent to the TAR are described in the other chapters of this report, and we refer to these chapters throughout this first chapter.

## 1.2   The Nature of Earth Science

Science may be stimulated by argument and debate, but it generally advances through formulating hypotheses clearly and testing them objectively. This testing is the key to science. In fact, one philosopher of science insisted that to be genuinely scientific, a statement must be susceptible to testing that could potentially show it to be false (Popper, 1934). In practice, contemporary scientists usually submit their research findings to the scrutiny of their peers, which includes disclosing the methods that they use, so their results can be checked through replication by other scientists. The insights and research results of individual scientists, even scientists of unquestioned genius, are thus confirmed or rejected in the peer-reviewed literature by the combined efforts of many other scientists. It is not the belief or opinion of the scientists that is important, but rather the results of this testing. Indeed, when Albert Einstein was informed of the publication of a book entitled *100 Authors Against Einstein*, he is said to have remarked, 'If I were wrong, then one would have been enough!' (Hawking, 1988); however, that one opposing scientist would have needed proof in the form of testable results.

Thus science is inherently self-correcting; incorrect or incomplete scientific concepts ultimately do not survive repeated testing against observations of nature. Scientific theories are ways of explaining phenomena and providing insights that can be evaluated by comparison with physical reality. Each successful prediction adds to the weight of evidence supporting the theory, and any unsuccessful prediction demonstrates that the underlying theory is imperfect and requires improvement or abandonment. Sometimes, only certain kinds of questions tend to be asked about a scientific phenomenon until contradictions build to a point where a sudden change of paradigm takes place (Kuhn, 1996). At that point, an entire field can be rapidly reconstructed under the new paradigm.

Despite occasional major paradigm shifts, the majority of scientific insights, even unexpected insights, tend to emerge incrementally as a result of repeated attempts to test hypotheses as thoroughly as possible. Therefore, because almost every new advance is based on the research and understanding that has gone before, science is cumulative, with useful features retained and non-useful features abandoned. Active research scientists, throughout their careers, typically spend large fractions of their working time studying in depth what other scientists have done. Superficial or amateurish acquaintance with the current state of a scientific research topic is an obstacle to a scientist's progress. Working scientists know that a day in the library can save a year in the laboratory. Even Sir Isaac Newton (1675) wrote that if he had 'seen further it is by standing on the shoulders of giants'. Intellectual honesty and professional ethics call for scientists to acknowledge the work of predecessors and colleagues.

The attributes of science briefly described here can be used in assessing competing assertions about climate change. Can the statement under consideration, in principle, be proven false? Has it been rigorously tested? Did it appear in the peer-reviewed literature? Did it build on the existing research record where appropriate? If the answer to any of these questions is no, then less credence should be given to the assertion until it is tested and independently verified. The IPCC assesses the scientific literature to create a report based on the best available science (Section 1.6). It must be acknowledged, however, that the IPCC also contributes to science by identifying the key uncertainties and by stimulating and coordinating targeted research to answer important climate change questions.

## Frequently Asked Question 1.1
# What Factors Determine Earth's Climate?

*The climate system is a complex, interactive system consisting of the atmosphere, land surface, snow and ice, oceans and other bodies of water, and living things. The atmospheric component of the climate system most obviously characterises climate; climate is often defined as 'average weather'. Climate is usually described in terms of the mean and variability of temperature, precipitation and wind over a period of time, ranging from months to millions of years (the classical period is 30 years). The climate system evolves in time under the influence of its own internal dynamics and due to changes in external factors that affect climate (called 'forcings'). External forcings include natural phenomena such as volcanic eruptions and solar variations, as well as human-induced changes in atmospheric composition. Solar radiation powers the climate system. There are three fundamental ways to change the radiation balance of the Earth: 1) by changing the incoming solar radiation (e.g., by changes in Earth's orbit or in the Sun itself); 2) by changing the fraction of solar radiation that is reflected (called*

*'albedo'; e.g., by changes in cloud cover, atmospheric particles or vegetation); and 3) by altering the longwave radiation from Earth back towards space (e.g., by changing greenhouse gas concentrations). Climate, in turn, responds directly to such changes, as well as indirectly, through a variety of feedback mechanisms.*

The amount of energy reaching the top of Earth's atmosphere each second on a surface area of one square metre facing the Sun during daytime is about 1,370 Watts, and the amount of energy per square metre per second averaged over the entire planet is one-quarter of this (see Figure 1). About 30% of the sunlight that reaches the top of the atmosphere is reflected back to space. Roughly two-thirds of this reflectivity is due to clouds and small particles in the atmosphere known as 'aerosols'. Light-coloured areas of Earth's surface – mainly snow, ice and deserts – reflect the remaining one-third of the sunlight. The most dramatic change in aerosol-produced reflectivity comes when major volcanic eruptions eject material very high into the atmosphere. Rain typically

*(continued)*



**FAQ 1.1, Figure 1.** *Estimate of the Earth's annual and global mean energy balance. Over the long term, the amount of incoming solar radiation absorbed by the Earth and atmosphere is balanced by the Earth and atmosphere releasing the same amount of outgoing longwave radiation. About half of the incoming solar radiation is absorbed by the Earth's surface. This energy is transferred to the atmosphere by warming the air in contact with the surface (thermals), by evapotranspiration and by longwave radiation that is absorbed by clouds and greenhouse gases. The atmosphere in turn radiates longwave energy back to Earth as well as out to space. Source: Kiehl and Trenberth (1997).*

clears aerosols out of the atmosphere in a week or two, but when material from a violent volcanic eruption is projected far above the highest cloud, these aerosols typically influence the climate for about a year or two before falling into the troposphere and being carried to the surface by precipitation. Major volcanic eruptions can thus cause a drop in mean global surface temperature of about half a degree celsius that can last for months or even years. Some man-made aerosols also significantly reflect sunlight.

The energy that is not reflected back to space is absorbed by the Earth's surface and atmosphere. This amount is approximately 240 Watts per square metre (W m$^{-2}$). To balance the incoming energy, the Earth itself must radiate, on average, the same amount of energy back to space. The Earth does this by emitting outgoing longwave radiation. Everything on Earth emits longwave radiation continuously. That is the heat energy one feels radiating out from a fire; the warmer an object, the more heat energy it radiates. To emit 240 W m$^{-2}$, a surface would have to have a temperature of around −19°C. This is much colder than the conditions that actually exist at the Earth's surface (the global mean surface temperature is about 14°C). Instead, the necessary −19°C is found at an altitude about 5 km above the surface.

The reason the Earth's surface is this warm is the presence of greenhouse gases, which act as a partial blanket for the longwave radiation coming from the surface. This blanketing is known as the natural greenhouse effect. The most important greenhouse gases are water vapour and carbon dioxide. The two most abundant constituents of the atmosphere – nitrogen and oxygen – have no such effect. Clouds, on the other hand, do exert a blanketing effect similar to that of the greenhouse gases; however, this effect is offset by their reflectivity, such that on average, clouds tend to have a cooling effect on climate (although locally one can feel the warming effect: cloudy nights tend to remain warmer than clear nights because the clouds radiate longwave energy back down to the surface). Human activities intensify the blanketing effect through the release of greenhouse gases. For instance, the amount of carbon dioxide in the atmosphere has increased by about 35% in the industrial era, and this increase is known to be due to human activities, primarily the combustion of fossil fuels and removal of forests. Thus, humankind has dramatically altered the chemical composition of the global atmosphere with substantial implications for climate.

Because the Earth is a sphere, more solar energy arrives for a given surface area in the tropics than at higher latitudes, where sunlight strikes the atmosphere at a lower angle. Energy is transported from the equatorial areas to higher latitudes via atmospheric and oceanic circulations, including storm systems. Energy is also required to evaporate water from the sea or land surface, and this energy, called latent heat, is released when water vapour condenses in clouds (see Figure 1). Atmospheric circulation is primarily driven by the release of this latent heat. Atmospheric circulation in turn drives much of the ocean circulation through the action of winds on the surface waters of the ocean, and through changes in the ocean's surface temperature and salinity through precipitation and evaporation.

Due to the rotation of the Earth, the atmospheric circulation patterns tend to be more east-west than north-south. Embedded in the mid-latitude westerly winds are large-scale weather systems that act to transport heat toward the poles. These weather systems are the familiar migrating low- and high-pressure systems and their associated cold and warm fronts. Because of land-ocean temperature contrasts and obstacles such as mountain ranges and ice sheets, the circulation system's planetary-scale atmospheric waves tend to be geographically anchored by continents and mountains although their amplitude can change with time. Because of the wave patterns, a particularly cold winter over North America may be associated with a particularly warm winter elsewhere in the hemisphere. Changes in various aspects of the climate system, such as the size of ice sheets, the type and distribution of vegetation or the temperature of the atmosphere or ocean will influence the large-scale circulation features of the atmosphere and oceans.

There are many feedback mechanisms in the climate system that can either amplify ('positive feedback') or diminish ('negative feedback') the effects of a change in climate forcing. For example, as rising concentrations of greenhouse gases warm Earth's climate, snow and ice begin to melt. This melting reveals darker land and water surfaces that were beneath the snow and ice, and these darker surfaces absorb more of the Sun's heat, causing more warming, which causes more melting, and so on, in a self-reinforcing cycle. This feedback loop, known as the 'ice-albedo feedback', amplifies the initial warming caused by rising levels of greenhouse gases. Detecting, understanding and accurately quantifying climate feedbacks have been the focus of a great deal of research by scientists unravelling the complexities of Earth's climate.

A characteristic of Earth sciences is that Earth scientists are unable to perform controlled experiments on the planet as a whole and then observe the results. In this sense, Earth science is similar to the disciplines of astronomy and cosmology that cannot conduct experiments on galaxies or the cosmos. This is an important consideration, because it is precisely such whole-Earth, system-scale experiments, incorporating the full complexity of interacting processes and feedbacks, that might ideally be required to fully verify or falsify climate change hypotheses (Schellnhuber et al., 2004). Nevertheless, countless empirical tests of numerous different hypotheses have built up a massive body of Earth science knowledge. This repeated testing has refined the understanding of numerous aspects of the climate system, from deep oceanic circulation to stratospheric chemistry. Sometimes a combination of observations and models can be used to test planetary-scale hypotheses. For example, the global cooling and drying of the atmosphere observed after the eruption of Mt. Pinatubo (Section 8.6) provided key tests of particular aspects of global climate models (Hansen et al., 1992).

Another example is provided by past IPCC projections of future climate change compared to current observations. Figure 1.1 reveals that the model projections of global average temperature from the First Assessment Report (FAR; IPCC, 1990) were higher than those from the Second Assessment Report (SAR; IPCC, 1996). Subsequent observations (Section 3.2) showed that the evolution of the actual climate system fell midway between the FAR and the SAR 'best estimate' projections and were within or near the upper range of projections from the TAR (IPCC, 2001a).

Not all theories or early results are verified by later analysis. In the mid-1970s, several articles about possible global cooling appeared in the popular press, primarily motivated by analyses indicating that Northern Hemisphere (NH) temperatures had decreased during the previous three decades (e.g., Gwynne, 1975). In the peer-reviewed literature, a paper by Bryson and Dittberner (1976) reported that increases in carbon dioxide ($CO_2$) should be associated with a decrease in global temperatures. When challenged by Woronko (1977), Bryson and Dittberner (1977) explained that the cooling projected by their model was due to aerosols (small particles in the atmosphere) produced by the same combustion that caused the increase in $CO_2$. However, because aerosols remain in the atmosphere only a short time compared to $CO_2$, the results were not applicable for long-term climate projections. This example of a prediction of global cooling is a classic illustration of the self-correcting nature of Earth science. The scientists involved were reputable researchers who followed the accepted paradigm of publishing in scientific journals, submitting their methods and results to the scrutiny of their peers (although the peer-review did not catch this problem), and responding to legitimate criticism.

A recurring theme throughout this chapter is that climate science in recent decades has been characterised by the



**Figure 1.1.** *Yearly global average surface temperature (Brohan et al., 2006), relative to the mean 1961 to 1990 values, and as projected in the FAR (IPCC, 1990), SAR (IPCC, 1996) and TAR (IPCC, 2001a). The 'best estimate' model projections from the FAR and SAR are in solid lines with their range of estimated projections shown by the shaded areas. The TAR did not have 'best estimate' model projections but rather a range of projections. Annual mean observations (Section 3.2) are depicted by black circles and the thick black line shows decadal variations obtained by smoothing the time series using a 13-point filter.*

increasing rate of advancement of research in the field and by the notable evolution of scientific methodology and tools, including the models and observations that support and enable the research. During the last four decades, the rate at which scientists have added to the body of knowledge of atmospheric and oceanic processes has accelerated dramatically. As scientists incrementally increase the totality of knowledge, they publish their results in peer-reviewed journals. Between 1965 and 1995, the number of articles published per year in atmospheric science journals tripled (Geerts, 1999). Focusing more narrowly, Stanhill (2001) found that the climate change science literature grew approximately exponentially with a doubling time of 11 years for the period 1951 to 1997. Furthermore, 95% of all the climate change science literature since 1834 was published after 1951. Because science is cumulative, this represents considerable growth in the knowledge of climate processes and in the complexity of climate research. An important example of this is the additional physics incorporated in climate models over the last several decades, as illustrated in Figure 1.2. As a result of the cumulative nature of science, climate science today is an interdisciplinary synthesis of countless tested and proven physical processes and principles painstakingly compiled and verified over several centuries of detailed laboratory measurements, observational experiments and theoretical analyses; and is now far more wide-ranging and physically comprehensive than was the case only a few decades ago.








**Figure 1.2.** *The complexity of climate models has increased over the last few decades. The additional physics incorporated in the models are shown pictorially by the different features of the modelled world.*

## 1.3   Examples of Progress in Detecting and Attributing Recent Climate Change

### 1.3.1   The Human Fingerprint on Greenhouse Gases

The high-accuracy measurements of atmospheric $CO_2$ concentration, initiated by Charles David Keeling in 1958, constitute the master time series documenting the changing composition of the atmosphere (Keeling, 1961, 1998). These data have iconic status in climate change science as evidence of the effect of human activities on the chemical composition of the global atmosphere (see FAQ 7.1). Keeling's measurements on Mauna Loa in Hawaii provide a true measure of the global carbon cycle, an effectively continuous record of the burning of fossil fuel. They also maintain an accuracy and precision that allow scientists to separate fossil fuel emissions from those due to the natural annual cycle of the biosphere, demonstrating a long-term change in the seasonal exchange of $CO_2$ between the atmosphere, biosphere and ocean. Later observations of parallel trends in the atmospheric abundances of the $^{13}CO_2$ isotope (Francey and Farquhar, 1982) and molecular oxygen ($O_2$) (Keeling and Shertz, 1992; Bender et al., 1996) uniquely identified this rise in $CO_2$ with fossil fuel burning (Sections 2.3, 7.1 and 7.3).

To place the increase in $CO_2$ abundance since the late 1950s in perspective, and to compare the magnitude of the anthropogenic increase with natural cycles in the past, a longer-term record of $CO_2$ and other natural greenhouse gases is needed. These data came from analysis of the composition of air enclosed in bubbles in ice cores from Greenland and Antarctica. The initial measurements demonstrated that $CO_2$ abundances were significantly lower during the last ice age than over the last 10 kyr of the Holocene (Delmas et al., 1980; Berner et al., 1980; Neftel et al., 1982). From 10 kyr before present up to the year 1750, $CO_2$ abundances stayed within the range 280 ± 20 ppm (Indermühle et al., 1999). During the industrial era, $CO_2$ abundance rose roughly exponentially to 367 ppm in 1999 (Neftel et al., 1985; Etheridge et al., 1996; IPCC, 2001a) and to 379 ppm in 2005 (Section 2.3.1; see also Section 6.4).

Direct atmospheric measurements since 1970 (Steele et al., 1996) have also detected the increasing atmospheric abundances of two other major greenhouse gases, methane ($CH_4$) and nitrous oxide ($N_2O$). Methane abundances were initially increasing at a rate of about 1% $yr^{-1}$ (Graedel and McRae, 1980; Fraser et al., 1981; Blake et al., 1982) but then slowed to an average increase of 0.4% $yr^{-1}$ over the 1990s (Dlugokencky et al., 1998) with the possible stabilisation of $CH_4$ abundance (Section 2.3.2). The increase in $N_2O$ abundance is smaller, about 0.25% $yr^{-1}$, and more difficult to detect (Weiss, 1981; Khalil and Rasmussen, 1988). To go back in time, measurements were made from firn air trapped in snowpack dating back over 200 years, and these data show an accelerating rise in both $CH_4$ and $N_2O$ into the 20th century (Machida et al., 1995; Battle et al., 1996). When ice core measurements extended the $CH_4$ abundance back 1 kyr, they showed a stable, relatively constant abundance of 700 ppb until the 19th century when a steady increase brought $CH_4$ abundances to 1,745 ppb in 1998 (IPCC, 2001a) and 1,774 ppb in 2005 (Section 2.3.2). This peak abundance is much higher than the range of 400 to 700 ppb seen over the last half-million years of glacial-interglacial cycles, and the increase can be readily explained by anthropogenic emissions. For $N_2O$ the results are similar: the relative increase over the industrial era is smaller (15%), yet the 1998 abundance of 314 ppb (IPCC, 2001a), rising to 319 ppb in 2005 (Section 2.3.3), is also well above the 180-to-260 ppb range of glacial-interglacial cycles (Flückiger et al., 1999; see Sections 2.3, 6.2, 6.3, 6.4, 7.1 and 7.4).

Several synthetic halocarbons (chlorofluorocarbons (CFCs), hydrofluorocarbons, perfluorocarbons, halons and sulphur hexafluoride (GWPs; Section 2.10). The chemical industry has been producing these gases and they have been leaking into the atmosphere since about 1930. Lovelock (1971) first measured CFC-11 ($CFCl_3$) in the atmosphere, noting that it could serve as an artificial tracer, with its north-south gradient reflecting the latitudinal distribution of anthropogenic emissions. Atmospheric abundances of all the synthetic halocarbons were increasing until the 1990s, when the abundance of halocarbons phased out under the Montreal Protocol began to fall (Montzka et al., 1999; Prinn et al., 2000). In the case of synthetic halocarbons (except perfluoromethane), ice core research has shown that these compounds did not exist in ancient air (Langenfelds et al., 1996) and thus confirms their industrial human origin (see Sections 2.3 and 7.1).

At the time of the TAR scientists could say that the abundances of all the well-mixed greenhouse gases during the 1990s were greater than at any time during the last half-million years (Petit et al, 1999), and this record now extends back nearly one million years (Section 6.3). Given this daunting picture of increasing greenhouse gas abundances in the atmosphere, it is noteworthy that, for simpler challenges but still on a hemispheric or even global scale, humans have shown the ability to undo what they have done. Sulphate pollution in Greenland was reversed in the 1980s with the control of acid rain in North America and Europe (IPCC, 2001b), and CFC abundances are declining globally because of their phase-out undertaken to protect the ozone layer.

### 1.3.2   Global Surface Temperature

Shortly after the invention of the thermometer in the early 1600s, efforts began to quantify and record the weather. The first meteorological network was formed in northern Italy in 1653 (Kington, 1988) and reports of temperature observations were published in the earliest scientific journals (e.g., Wallis and Beale, 1669). By the latter part of the 19th century, systematic observations of the weather were being made in almost all inhabited areas of the world. Formal international coordination of meteorological observations from ships commenced in 1853 (Quetelet, 1854).

Inspired by the paper *Suggestions on a Uniform System of Meteorological Observations* (Buys-Ballot, 1872), the International Meteorological Organization (IMO) was formed in 1873. Its successor, the World Meteorological Organization (WMO), still works to promote and exchange standardised meteorological observations. Yet even with uniform observations, there are still four major obstacles to turning instrumental observations into accurate global time series: (1) access to the data in usable form; (2) quality control to remove or edit erroneous data points; (3) homogeneity assessments and adjustments where necessary to ensure the fidelity of the data; and (4) area-averaging in the presence of substantial gaps.

Köppen (1873, 1880, 1881) was the first scientist to overcome most of these obstacles in his quest to study the effect of changes in sunspots (Section 2.7). Much of his data came from Dove (1852), but wherever possible he used data directly from the original source, because Dove often lacked information about the observing methods. Köppen considered examination of the annual mean temperature to be an adequate technique for quality control of far distant stations. Using data from more than 100 stations, Köppen averaged annual observations into several major latitude belts and then area-averaged these into a near-global time series shown in Figure 1.3.

Callendar (1938) produced the next global temperature time series expressly to investigate the influence of $CO_2$ on temperature (Section 2.3). Callendar examined about 200 station records. Only a small portion of them were deemed defective, based on quality concerns determined by comparing differences with neighbouring stations or on homogeneity concerns based on station changes documented in the recorded metadata. After further removing two arctic stations because he had no compensating stations from the antarctic region, he created a global average using data from 147 stations.

Most of Callendar's data came from World Weather Records (WWR; Clayton, 1927). Initiated by a resolution at the 1923 IMO Conference, WWR was a monumental international undertaking producing a 1,196-page volume of monthly temperature, precipitation and pressure data from hundreds of stations around the world, some with data starting in the early 1800s. In the early 1960s, J. Wolbach had these data digitised (National Climatic Data Center, 2002). The WWR project continues today under the auspices of the WMO with the digital publication of decadal updates to the climate records for thousands of stations worldwide (National Climatic Data Center, 2005).



**Figure 1.3.** *Published records of surface temperature change over large regions. Köppen (1881) tropics and temperate latitudes using land air temperature. Callendar (1938) global using land stations. Willett (1950) global using land stations. Callendar (1961) 60°N to 60°S using land stations. Mitchell (1963) global using land stations. Budyko (1969) Northern Hemisphere using land stations and ship reports. Jones et al. (1986a,b) global using land stations. Hansen and Lebedeff (1987) global using land stations. Brohan et al. (2006) global using land air temperature and sea surface temperature data is the longest of the currently updated global temperature time series (Section 3.2). All time series were smoothed using a 13-point filter. The Brohan et al. (2006) time series are anomalies from the 1961 to 1990 mean (°C). Each of the other time series was originally presented as anomalies from the mean temperature of a specific and differing base period. To make them comparable, the other time series have been adjusted to have the mean of their last 30 years identical to that same period in the Brohan et al. (2006) anomaly time series.*

Willett (1950) also used WWR as the main source of data for 129 stations that he used to create a global temperature time series going back to 1845. While the resolution that initiated WWR called for the publication of long and homogeneous records, Willett took this mandate one step further by carefully selecting a subset of stations with as continuous and homogeneous a record as possible from the most recent update of WWR, which included data through 1940. To avoid over-weighting certain areas such as Europe, only one record, the best available, was included from each 10° latitude and longitude square. Station monthly data were averaged into five-year periods and then converted to anomalies with respect to the five-year period 1935 to 1939. Each station's anomaly was given equal weight to create the global time series.

Callendar in turn created a new near-global temperature time series in 1961 and cited Willett (1950) as a guide for some of his improvements. Callendar (1961) evaluated 600 stations with about three-quarters of them passing his quality checks. Unbeknownst to Callendar, a former student of Willett, Mitchell (1963), in work first presented in 1961, had created his own updated global temperature time series using slightly fewer than 200 stations and averaging the data into latitude bands. Landsberg and Mitchell (1961) compared Callendar's results with Mitchell's and stated that there was generally good agreement except in the data-sparse regions of the Southern Hemisphere.

Meanwhile, research in Russia was proceeding on a very different method to produce large-scale time series. Budyko (1969) used smoothed, hand-drawn maps of monthly temperature anomalies as a starting point. While restricted to analysis of the NH, this map-based approach not only allowed the inclusion of an increasing number of stations over time (e.g., 246 in 1881, 753 in 1913, 976 in 1940 and about 2,000 in 1960) but also the utilisation of data over the oceans (Robock, 1982).

Increasing the number of stations utilised has been a continuing theme over the last several decades with considerable effort being spent digitising historical station data as well as addressing the continuing problem of acquiring up-to-date data, as there can be a long lag between making an observation and the data getting into global data sets. During the 1970s and 1980s, several teams produced global temperature time series. Advances especially worth noting during this period include the extended spatial interpolation and station averaging technique of Hansen and Lebedeff (1987) and the Jones et al. (1986a,b) painstaking assessment of homogeneity and adjustments to account for discontinuities in the record of each of the thousands of stations in a global data set. Since then, global and national data sets have been rigorously adjusted for homogeneity using a variety of statistical and metadata-based approaches (Peterson et al., 1998).

One recurring homogeneity concern is potential urban heat island contamination in global temperature time series. This concern has been addressed in two ways. The first is by adjusting the temperature of urban stations to account for assessed urban heat island effects (e.g., Karl et al., 1988; Hansen et al., 2001). The second is by performing analyses that, like Callendar (1938), indicate that the bias induced by urban heat islands in the global temperature time series is either minor or non-existent (Jones et al., 1990; Peterson et al., 1999).

As the importance of ocean data became increasingly recognised, a major effort was initiated to seek out, digitise and quality-control historical archives of ocean data. This work has since grown into the International Comprehensive Ocean-Atmosphere Data Set (ICOADS; Worley et al., 2005), which has coordinated the acquisition, digitisation and synthesis of data ranging from transmissions by Japanese merchant ships to the logbooks of South African whaling boats. The amount of sea surface temperature (SST) and related data acquired continues to grow.

As fundamental as the basic data work of ICOADS was, there have been two other major advances in SST data. The first was adjusting the early observations to make them comparable to current observations (Section 3.2). Prior to 1940, the majority of SST observations were made from ships by hauling a bucket on deck filled with surface water and placing a thermometer in it. This ancient method eventually gave way to thermometers placed in engine cooling water inlets, which are typically located several metres below the ocean surface. Folland and Parker (1995) developed an adjustment model that accounted for heat loss from the buckets and that varied with bucket size and type, exposure to solar radiation, ambient wind speed and ship speed. They verified their results using time series of night marine air temperature. This adjusted the early bucket observations upwards by a few tenths of a degree celsius.

Most of the ship observations are taken in narrow shipping lanes, so the second advance has been increasing global coverage in a variety of ways. Direct improvement of coverage has been achieved by the internationally coordinated placement of drifting and moored buoys. The buoys began to be numerous enough to make significant contributions to SST analyses in the mid-1980s (McPhaden et al., 1998) and have subsequently increased to more than 1,000 buoys transmitting data at any one time. Since 1982, satellite data, anchored to *in situ* observations, have contributed to near-global coverage (Reynolds and Smith, 1994). In addition, several different approaches have been used to interpolate and combine land and ocean observations into the current global temperature time series (Section 3.2). To place the current instrumental observations into a longer historical context requires the use of proxy data (Section 6.2).

Figure 1.3 depicts several historical 'global' temperature time series, together with the longest of the current global temperature time series, that of Brohan et al. (2006; Section 3.2). While the data and the analysis techniques have changed over time, all the time series show a high degree of consistency since 1900. The differences caused by using alternate data sources and interpolation techniques increase when the data are sparser. This phenomenon is especially illustrated by the pre-1880 values of Willett's (1950) time series. Willett noted that his data coverage remained fairly constant after 1885 but dropped off dramatically before that time to only 11 stations before 1850. The high degree of agreement between the time series resulting from these many different analyses increases the confidence that the changes they are indicating are real.

Despite the fact that many recent observations are automatic, the vast majority of data that go into global surface temperature calculations – over 400 million individual readings of thermometers at land stations and over 140 million individual *in situ* SST observations – have depended on the dedication of tens of thousands of individuals for well over a century. Climate science owes a great debt to the work of these individual weather observers as well as to international organisations such as the IMO, WMO and the Global Climate Observing System, which encourage the taking and sharing of high-quality meteorological observations. While modern researchers and their institutions put a great deal of time and effort into acquiring and adjusting the data to account for all known problems and biases, century-scale global temperature time series would not have been possible without the conscientious work of individuals and organisations worldwide dedicated to quantifying and documenting their local environment (Section 3.2).

### 1.3.3   Detection and Attribution

Using knowledge of past climates to qualify the nature of ongoing changes has become a concern of growing importance during the last decades, as reflected in the successive IPCC reports. While linked together at a technical level, detection and attribution have separate objectives. Detection of climate

change is the process of demonstrating that climate has changed in some defined statistical sense, without providing a reason for that change. Attribution of causes of climate change is the process of establishing the most likely causes for the detected change with some defined level of confidence. Using traditional approaches, unequivocal attribution would require controlled experimentation with our climate system. However, with no spare Earth with which to experiment, attribution of anthropogenic climate change must be pursued by: (a) detecting that the climate has changed (as defined above); (b) demonstrating that the detected change is consistent with computer model simulations of the climate change 'signal' that is calculated to occur in response to anthropogenic forcing; and (c) demonstrating that the detected change is not consistent with alternative, physically plausible explanations of recent climate change that exclude important anthropogenic forcings.

Both detection and attribution rely on observational data and model output. In spite of the efforts described in Section 1.3.2, estimates of century-scale natural climate fluctuations remain difficult to obtain directly from observations due to the relatively short length of most observational records and a lack of understanding of the full range and effects of the various and ongoing external influences. Model simulations with no changes in external forcing (e.g., no increases in atmospheric $CO_2$ concentration) provide valuable information on the natural internal variability of the climate system on time scales of years to centuries. Attribution, on the other hand, requires output from model runs that incorporate historical estimates of changes in key anthropogenic and natural forcings, such as well-mixed greenhouse gases, volcanic aerosols and solar irradiance. These simulations can be performed with changes in a single forcing only (which helps to isolate the climate effect of that forcing), or with simultaneous changes in a whole suite of forcings.

In the early years of detection and attribution research, the focus was on a single time series – the estimated global-mean changes in the Earth's surface temperature. While it was not possible to detect anthropogenic warming in 1980, Madden and Ramanathan (1980) and Hansen et al. (1981) predicted it would be evident at least within the next two decades. A decade later, Wigley and Raper (1990) used a simple energy-balance climate model to show that the observed change in global-mean surface temperature from 1867 to 1982 could not be explained by natural internal variability. This finding was later confirmed using variability estimates from more complex coupled ocean-atmosphere general circulation models (e.g., Stouffer et al., 1994).

As the science of climate change progressed, detection and attribution research ventured into more sophisticated statistical analyses that examined complex patterns of climate change. Climate change patterns or 'fingerprints' were no longer limited to a single variable (temperature) or to the Earth's surface. More recent detection and attribution work has made use of precipitation and global pressure patterns, and analysis of vertical profiles of temperature change in the ocean and atmosphere. Studies with multiple variables make it easier to address attribution issues. While two different climate forcings may yield similar changes in global mean temperature, it is highly unlikely that they will produce exactly the same 'fingerprint' (i.e., climate changes that are identical as a function of latitude, longitude, height, season and history over the 20th century).

Such model-predicted fingerprints of anthropogenic climate change are clearly statistically identifiable in observed data. The common conclusion of a wide range of fingerprint studies conducted over the past 15 years is that observed climate changes cannot be explained by natural factors alone (Santer et al., 1995, 1996a,b,c; Hegerl et al., 1996, 1997, 2000; Hasselmann, 1997; Barnett et al., 1999; Tett et al., 1999; Stott et al., 2000). A substantial anthropogenic influence is required in order to best explain the observed changes. The evidence from this body of work strengthens the scientific case for a discernible human influence on global climate.

## 1.4   Examples of Progress in Understanding Climate Processes

### 1.4.1   The Earth's Greenhouse Effect

The realisation that Earth's climate might be sensitive to the atmospheric concentrations of gases that create a greenhouse effect is more than a century old. Fleming (1998) and Weart (2003) provided an overview of the emerging science. In terms of the energy balance of the climate system, Edme Mariotte noted in 1681 that although the Sun's light and heat easily pass through glass and other transparent materials, heat from other sources (*chaleur de feu*) does not. The ability to generate an artificial warming of the Earth's surface was demonstrated in simple greenhouse experiments such as Horace Benedict de Saussure's experiments in the 1760s using a 'heliothermometer' (panes of glass covering a thermometer in a darkened box) to provide an early analogy to the greenhouse effect. It was a conceptual leap to recognise that the air itself could also trap thermal radiation. In 1824, Joseph Fourier, citing Saussure, argued 'the temperature [of the Earth] can be augmented by the interposition of the atmosphere, because heat in the state of light finds less resistance in penetrating the air, than in repassing into the air when converted into non-luminous heat'. In 1836, Pouillit followed up on Fourier's ideas and argued 'the atmospheric stratum…exercises a greater absorption upon the terrestrial than on the solar rays'. There was still no understanding of exactly what substance in the atmosphere was responsible for this absorption.

In 1859, John Tyndall (1861) identified through laboratory experiments the absorption of thermal radiation by complex molecules (as opposed to the primary bimolecular atmospheric constituents $O_2$ and molecular nitrogen). He noted that changes in the amount of any of the radiatively active constituents of the atmosphere such as water ($H_2O$) or $CO_2$ could have produced 'all the mutations of climate which the researches of geologists

**Frequently Asked Question 1.2**

# What is the Relationship between Climate Change and Weather?

*Climate is generally defined as average weather, and as such, climate change and weather are intertwined. Observations can show that there have been changes in weather, and it is the statistics of changes in weather over time that identify climate change. While weather and climate are closely related, there are important differences. A common confusion between weather and climate arises when scientists are asked how they can predict climate 50 years from now when they cannot predict the weather a few weeks from now. The chaotic nature of weather makes it unpredictable beyond a few days. Projecting changes in climate (i.e., long-term average weather) due to changes in atmospheric composition or other factors is a very different and much more manageable issue. As an analogy, while it is impossible to predict the age at which any particular man will die, we can say with high confidence that the average age of death for men in industrialised countries is about 75. Another common confusion of these issues is thinking*

*that a cold winter or a cooling spot on the globe is evidence against global warming. There are always extremes of hot and cold, although their frequency and intensity change as climate changes. But when weather is averaged over space and time, the fact that the globe is warming emerges clearly from the data.*

Meteorologists put a great deal of effort into observing, understanding and predicting the day-to-day evolution of weather systems. Using physics-based concepts that govern how the atmosphere moves, warms, cools, rains, snows, and evaporates water, meteorologists are typically able to predict the weather successfully several days into the future. A major limiting factor to the predictability of weather beyond several days is a fundamental dynamical property of the atmosphere. In the 1960s, meteorologist Edward Lorenz discovered that very slight differences in initial conditions can produce very different forecast results.

*(continued)*



**FAQ 1.2, Figure 1.** *Schematic view of the components of the climate system, their processes and interactions.*

This is the so-called butterfly effect: a butterfly flapping its wings (or some other small phenomenon) in one place can, in principle, alter the subsequent weather pattern in a distant place. At the core of this effect is chaos theory, which deals with how small changes in certain variables can cause apparent randomness in complex systems.

Nevertheless, chaos theory does not imply a total lack of order. For example, slightly different conditions early in its history might alter the day a storm system would arrive or the exact path it would take, but the average temperature and precipitation (that is, climate) would still be about the same for that region and that period of time. Because a significant problem facing weather forecasting is knowing all the conditions at the start of the forecast period, it can be useful to think of climate as dealing with the background conditions for weather. More precisely, climate can be viewed as concerning the status of the entire Earth system, including the atmosphere, land, oceans, snow, ice and living things (see Figure 1) that serve as the global background conditions that determine weather patterns. An example of this would be an El Niño affecting the weather in coastal Peru. The El Niño sets limits on the probable evolution of weather patterns that random effects can produce. A La Niña would set different limits.

Another example is found in the familiar contrast between summer and winter. The march of the seasons is due to changes in the geographical patterns of energy absorbed and radiated away by the Earth system. Likewise, projections of future climate are shaped by fundamental changes in heat energy in the Earth system, in particular the increasing intensity of the greenhouse effect that traps heat near Earth's surface, determined by the amount of carbon dioxide and other greenhouse gases in the atmosphere. Projecting changes in climate due to changes in greenhouse gases 50 years from now is a very different and much more easily solved problem than forecasting weather patterns just weeks from now. To put it another way, long-term variations brought about by changes in the composition of the atmosphere are much more predictable than individual weather events. As an example, while we cannot predict the outcome of a single coin toss or roll of the dice, we can predict the statistical behaviour of a large number of such trials.

While many factors continue to influence climate, scientists have determined that human activities have become a dominant force, and are responsible for most of the warming observed over the past 50 years. Human-caused climate change has resulted primarily from changes in the amounts of greenhouse gases in the atmosphere, but also from changes in small particles (aerosols), as well as from changes in land use, for example. As climate changes, the probabilities of certain types of weather events are affected. For example, as Earth's average temperature has increased, some weather phenomena have become more frequent and intense (e.g., heat waves and heavy downpours), while others have become less frequent and intense (e.g., extreme cold events).

reveal'. In 1895, Svante Arrhenius (1896) followed with a climate prediction based on greenhouse gases, suggesting that a 40% increase or decrease in the atmospheric abundance of the trace gas $CO_2$ might trigger the glacial advances and retreats. One hundred years later, it would be found that $CO_2$ did indeed vary by this amount between glacial and interglacial periods. However, it now appears that the initial climatic change preceded the change in $CO_2$ but was enhanced by it (Section 6.4).

G. S. Callendar (1938) solved a set of equations linking greenhouse gases and climate change. He found that a doubling of atmospheric $CO_2$ concentration resulted in an increase in the mean global temperature of 2°C, with considerably more warming at the poles, and linked increasing fossil fuel combustion with a rise in $CO_2$ and its greenhouse effects: 'As man is now changing the composition of the atmosphere at a rate which must be very exceptional on the geological time scale, it is natural to seek for the probable effects of such a change. From the best laboratory observations it appears that the principal result of increasing atmospheric carbon dioxide... would be a gradual increase in the mean temperature of the colder regions of the Earth.' In 1947, Ahlmann reported a 1.3°C warming in the North Atlantic sector of the Arctic since the 19th century and mistakenly believed this climate variation could be explained entirely by greenhouse gas warming. Similar model predictions were echoed by Plass in 1956 (see Fleming, 1998): 'If at the end of this century, measurements show that the carbon dioxide content of the atmosphere has risen appreciably and at the same time the temperature has continued to rise throughout the world, it will be firmly established that carbon dioxide is an important factor in causing climatic change' (see Chapter 9).

In trying to understand the carbon cycle, and specifically how fossil fuel emissions would change atmospheric $CO_2$, the interdisciplinary field of carbon cycle science began. One of the first problems addressed was the atmosphere-ocean exchange of $CO_2$. Revelle and Suess (1957) explained why part of the emitted $CO_2$ was observed to accumulate in the atmosphere rather than being completely absorbed by the oceans. While $CO_2$ can be mixed rapidly into the upper layers of the ocean, the time to mix with the deep ocean is many centuries. By the time of the TAR, the interaction of climate change with the oceanic circulation and biogeochemistry was projected to reduce the fraction of anthropogenic $CO_2$ emissions taken up by the oceans in the future, leaving a greater fraction in the atmosphere (Sections 7.1, 7.3 and 10.4).

In the 1950s, the greenhouse gases of concern remained $CO_2$ and $H_2O$, the same two identified by Tyndall a century earlier. It was not until the 1970s that other greenhouse gases – $CH_4$, $N_2O$ and CFCs – were widely recognised as

important anthropogenic greenhouse gases (Ramanathan, 1975; Wang et al., 1976; Section 2.3). By the 1970s, the importance of aerosol-cloud effects in reflecting sunlight was known (Twomey, 1977), and atmospheric aerosols (suspended small particles) were being proposed as climate-forcing constituents. Charlson and others (summarised in Charlson et al., 1990) built a consensus that sulphate aerosols were, by themselves, cooling the Earth's surface by directly reflecting sunlight. Moreover, the increases in sulphate aerosols were anthropogenic and linked with the main source of $CO_2$, burning of fossil fuels (Section 2.4). Thus, the current picture of the atmospheric constituents driving climate change contains a much more diverse mix of greenhouse agents.

### 1.4.2  Past Climate Observations, Astronomical Theory and Abrupt Climate Changes

Throughout the 19th and 20th centuries, a wide range of geomorphology and palaeontology studies has provided new insight into the Earth's past climates, covering periods of hundreds of millions of years. The Palaeozoic Era, beginning 600 Ma, displayed evidence of both warmer and colder climatic conditions than the present; the Tertiary Period (65 to 2.6 Ma) was generally warmer; and the Quaternary Period (2.6 Ma to the present – the ice ages) showed oscillations between glacial and interglacial conditions. Louis Agassiz (1837) developed the hypothesis that Europe had experienced past glacial ages, and there has since been a growing awareness that long-term climate observations can advance the understanding of the physical mechanisms affecting climate change. The scientific study of one such mechanism – modifications in the geographical and temporal patterns of solar energy reaching the Earth's surface due to changes in the Earth's orbital parameters – has a long history. The pioneering contributions of Milankovitch (1941) to this astronomical theory of climate change are widely known, and the historical review of Imbrie and Imbrie (1979) calls attention to much earlier contributions, such as those of James Croll, originating in 1864.

The pace of palaeoclimatic research has accelerated over recent decades. Quantitative and well-dated records of climate fluctuations over the last 100 kyr have brought a more comprehensive view of how climate changes occur, as well as the means to test elements of the astronomical theory. By the 1950s, studies of deep-sea cores suggested that the ocean temperatures may have been different during glacial times (Emiliani, 1955). Ewing and Donn (1956) proposed that changes in ocean circulation actually could initiate an ice age. In the 1960s, the works of Emiliani (1969) and Shackleton (1967) showed the potential of isotopic measurements in deep-sea sediments to help explain Quaternary changes. In the 1970s, it became possible to analyse a deep-sea core time series of more than 700 kyr, thereby using the last reversal of the Earth's magnetic field to establish a dated chronology. This deep-sea observational record clearly showed the same periodicities found in the astronomical forcing, immediately providing strong support to Milankovitch's theory (Hays et al., 1976).

Ice cores provide key information about past climates, including surface temperatures and atmospheric chemical composition. The bubbles sealed in the ice are the only available samples of these past atmospheres. The first deep ice cores from Vostok in Antarctica (Barnola et al., 1987; Jouzel et al., 1987, 1993) provided additional evidence of the role of astronomical forcing. They also revealed a highly correlated evolution of temperature changes and atmospheric composition, which was subsequently confirmed over the past 400 kyr (Petit et al., 1999) and now extends to almost 1 Myr. This discovery drove research to understand the causal links between greenhouse gases and climate change. The same data that confirmed the astronomical theory also revealed its limits: a linear response of the climate system to astronomical forcing could not explain entirely the observed fluctuations of rapid ice-age terminations preceded by longer cycles of glaciations.

The importance of other sources of climate variability was heightened by the discovery of abrupt climate changes. In this context, 'abrupt' designates regional events of large amplitude, typically a few degrees celsius, which occurred within several decades – much shorter than the thousand-year time scales that characterise changes in astronomical forcing. Abrupt temperature changes were first revealed by the analysis of deep ice cores from Greenland (Dansgaard et al., 1984). Oeschger et al. (1984) recognised that the abrupt changes during the termination of the last ice age correlated with cooling in Gerzensee (Switzerland) and suggested that regime shifts in the Atlantic Ocean circulation were causing these widespread changes. The synthesis of palaeoclimatic observations by Broecker and Denton (1989) invigorated the community over the next decade. By the end of the 1990s, it became clear that the abrupt climate changes during the last ice age, particularly in the North Atlantic regions as found in the Greenland ice cores, were numerous (Dansgaard et al., 1993), indeed abrupt (Alley et al., 1993) and of large amplitude (Severinghaus and Brook, 1999). They are now referred to as Dansgaard-Oeschger events. A similar variability is seen in the North Atlantic Ocean, with north-south oscillations of the polar front (Bond et al., 1992) and associated changes in ocean temperature and salinity (Cortijo et al., 1999). With no obvious external forcing, these changes are thought to be manifestations of the internal variability of the climate system.

The importance of internal variability and processes was reinforced in the early 1990s with analysis of records with high temporal resolution. New ice cores (Greenland Ice Core Project, Johnsen et al., 1992; Greenland Ice Sheet Project 2, Grootes et al., 1993), new ocean cores from regions with high sedimentation rates, as well as lacustrine sediments and cave stalagmites produced additional evidence for unforced climate changes, and revealed a large number of abrupt changes in many regions throughout the last glacial cycle. Long sediment cores from the deep ocean were used to reconstruct the thermohaline circulation connecting deep and surface waters (Bond et al., 1992; Broecker, 1997) and to demonstrate the participation of the ocean in these abrupt climate changes during glacial periods.

By the end of the 1990s, palaeoclimate proxies for a range of climate observations had expanded greatly. The analysis of deep corals provided indicators for nutrient content and mass exchange from the surface to deep water (Adkins et al., 1998), showing abrupt variations characterised by synchronous changes in surface and deep-water properties (Shackleton et al., 2000). Precise measurements of the $CH_4$ abundances (a global quantity) in polar ice cores showed that they changed in concert with the Dansgaard-Oeschger events and thus allowed for synchronisation of the dating across ice cores (Blunier et al., 1998). The characteristics of the antarctic temperature variations and their relation to the Dansgaard-Oeschger events in Greenland were consistent with the simple concept of a bipolar seesaw caused by changes in the thermohaline circulation of the Atlantic Ocean (Stocker, 1998). This work underlined the role of the ocean in transmitting the signals of abrupt climate change.

Abrupt changes are often regional, for example, severe droughts lasting for many years have changed civilizations, and have occurred during the last 10 kyr of stable warm climate (deMenocal, 2001). This result has altered the notion of a stable climate during warm epochs, as previously suggested by the polar ice cores. The emerging picture of an unstable ocean-atmosphere system has opened the debate of whether human interference through greenhouse gases and aerosols could trigger such events (Broecker, 1997).

Palaeoclimate reconstructions cited in the FAR were based on various data, including pollen records, insect and animal remains, oxygen isotopes and other geological data from lake varves, loess, ocean sediments, ice cores and glacier termini. These records provided estimates of climate variability on time scales up to millions of years. A climate proxy is a local quantitative record (e.g., thickness and chemical properties of tree rings, pollen of different species) that is interpreted as a climate variable (e.g., temperature or rainfall) using a transfer function that is based on physical principles and recently observed correlations between the two records. The combination of instrumental and proxy data began in the 1960s with the investigation of the influence of climate on the proxy data, including tree rings (Fritts, 1962), corals (Weber and Woodhead, 1972; Dunbar and Wellington, 1981) and ice cores (Dansgaard et al., 1984; Jouzel et al., 1987). Phenological and historical data (e.g., blossoming dates, harvest dates, grain prices, ships' logs, newspapers, weather diaries, ancient manuscripts) are also a valuable source of climatic reconstruction for the period before instrumental records became available. Such documentary data also need calibration against instrumental data to extend and reconstruct the instrumental record (Lamb, 1969; Zhu, 1973; van den Dool, 1978; Brazdil, 1992; Pfister, 1992). With the development of multi-proxy reconstructions, the climate data were extended not only from local to global, but also from instrumental data to patterns of climate variability (Wanner et al., 1995; Mann et al., 1998; Luterbacher et al., 1999). Most of these reconstructions were at single sites and only loose efforts had been made to consolidate records. Mann et al. (1998) made a notable advance in the use of proxy data by

ensuring that the dating of different records lined up. Thus, the true spatial patterns of temperature variability and change could be derived, and estimates of NH average surface temperatures were obtained.

The Working Group I (WGI) WGI FAR noted that past climates could provide analogues. Fifteen years of research since that assessment has identified a range of variations and instabilities in the climate system that occurred during the last 2 Myr of glacial-interglacial cycles and in the super-warm period of 50 Ma. These past climates do not appear to be analogues of the immediate future, yet they do reveal a wide range of climate processes that need to be understood when projecting 21st-century climate change (see Chapter 6).

### 1.4.3   Solar Variability and the Total Solar Irradiance

Measurement of the absolute value of total solar irradiance (TSI) is difficult from the Earth's surface because of the need to correct for the influence of the atmosphere. Langley (1884) attempted to minimise the atmospheric effects by taking measurements from high on Mt. Whitney in California, and to estimate the correction for atmospheric effects by taking measurements at several times of day, for example, with the solar radiation having passed through different atmospheric pathlengths. Between 1902 and 1957, Charles Abbot and a number of other scientists around the globe made thousands of measurements of TSI from mountain sites. Values ranged from 1,322 to 1,465 W $m^{-2}$, which encompasses the current estimate of 1,365 W $m^{-2}$. Foukal et al. (1977) deduced from Abbot's daily observations that higher values of TSI were associated with more solar faculae (e.g., Abbot, 1910).

In 1978, the Nimbus-7 satellite was launched with a cavity radiometer and provided evidence of variations in TSI (Hickey et al., 1980). Additional observations were made with an active cavity radiometer on the Solar Maximum Mission, launched in 1980 (Willson et al., 1980). Both of these missions showed that the passage of sunspots and faculae across the Sun's disk influenced TSI. At the maximum of the 11-year solar activity cycle, the TSI is larger by about 0.1% than at the minimum. The observation that TSI is highest when sunspots are at their maximum is the opposite of Langley's (1876) hypothesis.

As early as 1910, Abbot believed that he had detected a downward trend in TSI that coincided with a general cooling of climate. The solar cycle variation in irradiance corresponds to an 11-year cycle in radiative forcing which varies by about 0.2 W $m^{-2}$. There is increasingly reliable evidence of its influence on atmospheric temperatures and circulations, particularly in the higher atmosphere (Reid, 1991; Brasseur, 1993; Balachandran and Rind, 1995; Haigh, 1996; Labitzke and van Loon, 1997; van Loon and Labitzke, 2000). Calculations with three-dimensional models (Wetherald and Manabe, 1975; Cubasch et al., 1997; Lean and Rind, 1998; Tett et al., 1999; Cubasch and Voss, 2000) suggest that the changes in the solar radiation could cause surface temperature changes of the order of a few tenths of a degree celsius.

For the time before satellite measurements became available, the solar radiation variations can be inferred from cosmogenic isotopes ($^{10}$Be, $^{14}$C) and from the sunspot number. Naked-eye observations of sunspots date back to ancient times, but it was only after the invention of the telescope in 1607 that it became possible to routinely monitor the number, size and position of these 'stains' on the surface of the Sun. Throughout the 17th and 18th centuries, numerous observers noted the variable concentrations and ephemeral nature of sunspots, but very few sightings were reported between 1672 and 1699 (for an overview see Hoyt et al., 1994). This period of low solar activity, now known as the Maunder Minimum, occurred during the climate period now commonly referred to as the Little Ice Age (Eddy, 1976). There is no exact agreement as to which dates mark the beginning and end of the Little Ice Age, but from about 1350 to about 1850 is one reasonable estimate.

During the latter part of the 18th century, Wilhelm Herschel (1801) noted the presence not only of sunspots but of bright patches, now referred to as faculae, and of granulations on the solar surface. He believed that when these indicators of activity were more numerous, solar emissions of light and heat were greater and could affect the weather on Earth. Heinrich Schwabe (1844) published his discovery of a '10-year cycle' in sunspot numbers. Samuel Langley (1876) compared the brightness of sunspots with that of the surrounding photosphere. He concluded that they would block the emission of radiation and estimated that at sunspot cycle maximum the Sun would be about 0.1% less bright than at the minimum of the cycle, and that the Earth would be 0.1°C to 0.3°C cooler.

These satellite data have been used in combination with the historically recorded sunspot number, records of cosmogenic isotopes, and the characteristics of other Sun-like stars to estimate the solar radiation over the last 1,000 years (Eddy, 1976; Hoyt and Schatten, 1993, 1997; Lean et al., 1995; Lean, 1997). These data sets indicated quasi-periodic changes in solar radiation of 0.24 to 0.30% on the centennial time scale. These values have recently been re-assessed (see, e.g., Chapter 2).

The TAR states that the changes in solar irradiance are not the major cause of the temperature changes in the second half of the 20th century unless those changes can induce unknown large feedbacks in the climate system. The effects of galactic cosmic rays on the atmosphere (via cloud nucleation) and those due to shifts in the solar spectrum towards the ultraviolet (UV) range, at times of high solar activity, are largely unknown. The latter may produce changes in tropospheric circulation via changes in static stability resulting from the interaction of the increased UV radiation with stratospheric ozone. More research to investigate the effects of solar behaviour on climate is needed before the magnitude of solar effects on climate can be stated with certainty.

### 1.4.4    Biogeochemistry and Radiative Forcing

The modern scientific understanding of the complex and interconnected roles of greenhouse gases and aerosols in climate change has undergone rapid evolution over the last two decades. While the concepts were recognised and outlined in the 1970s (see Sections 1.3.1 and 1.4.1), the publication of generally accepted quantitative results coincides with, and was driven in part by, the questions asked by the IPCC beginning in 1988. Thus, it is instructive to view the evolution of this topic as it has been treated in the successive IPCC reports.

The WGI FAR codified the key physical and biogeochemical processes in the Earth system that relate a changing climate to atmospheric composition, chemistry, the carbon cycle and natural ecosystems. The science of the time, as summarised in the FAR, made a clear case for anthropogenic interference with the climate system. In terms of greenhouse agents, the main conclusions from the WGI FAR Policymakers Summary are still valid today: (1) 'emissions resulting from human activities are substantially increasing the atmospheric concentrations of the greenhouse gases: $CO_2$, $CH_4$, CFCs, $N_2O$'; (2) 'some gases are potentially more effective (at greenhouse warming)'; (3) feedbacks between the carbon cycle, ecosystems and atmospheric greenhouse gases in a warmer world will affect $CO_2$ abundances; and (4) GWPs provide a metric for comparing the climatic impact of different greenhouse gases, one that integrates both the radiative influence and biogeochemical cycles. The climatic importance of tropospheric ozone, sulphate aerosols and atmospheric chemical feedbacks were proposed by scientists at the time and noted in the assessment. For example, early global chemical modelling results argued that global tropospheric ozone, a greenhouse gas, was controlled by emissions of the highly reactive gases nitrogen oxides ($NO_x$), carbon monoxide (CO) and non-methane hydrocarbons (NMHC, also known as volatile organic compounds, VOC). In terms of sulphate aerosols, both the direct radiative effects and the indirect effects on clouds were acknowledged, but the importance of carbonaceous aerosols from fossil fuel and biomass combustion was not recognised (Chapters 2, 7 and 10).

The concept of radiative forcing (RF) as the radiative imbalance (W m$^{-2}$) in the climate system at the top of the atmosphere caused by the addition of a greenhouse gas (or other change) was established at the time and summarised in Chapter 2 of the WGI FAR. Agents of RF included the direct greenhouse gases, solar radiation, aerosols and the Earth's surface albedo. What was new and only briefly mentioned was that 'many gases produce indirect effects on the global radiative forcing'. The innovative global modelling work of Derwent (1990) showed that emissions of the reactive but non-greenhouse gases – $NO_x$, CO and NMHCs – altered atmospheric chemistry and thus changed the abundance of other greenhouse gases. Indirect GWPs for $NO_x$, CO and VOCs were proposed. The projected chemical feedbacks were limited to short-lived increases in tropospheric ozone. By 1990, it was clear that the RF from tropospheric ozone had increased over the 20th century and stratospheric ozone had decreased since 1980 (e.g., Lacis et al., 1990), but the associated RFs were not evaluated in the assessments. Neither was the effect of anthropogenic sulphate aerosols, except to note in the FAR that 'it is conceivable that this radiative forcing has been of a comparable magnitude, but of opposite sign, to the greenhouse forcing earlier in the

century'. Reflecting in general the community's concerns about this relatively new measure of climate forcing, RF bar charts appear only in the underlying FAR chapters, but not in the FAR Summary. Only the long-lived greenhouse gases are shown, although sulphate aerosols direct effect in the future is noted with a question mark (i.e., dependent on future emissions) (Chapters 2, 7 and 10).

The cases for more complex chemical and aerosol effects were becoming clear, but the scientific community was unable at the time to reach general agreement on the existence, scale and magnitude of these indirect effects. Nevertheless, these early discoveries drove the research agendas in the early 1990s. The widespread development and application of global chemistry-transport models had just begun with international workshops (Pyle et al., 1996; Jacob et al., 1997; Rasch, 2000). In the Supplementary Report (IPCC, 1992) to the FAR, the indirect chemical effects of CO, $NO_x$ and VOC were reaffirmed, and the feedback effect of $CH_4$ on the tropospheric hydroxyl radical (OH) was noted, but the indirect RF values from the FAR were retracted and denoted in a table with '+', '0' or '−'. Aerosol-climate interactions still focused on sulphates, and the assessment of their direct RF for the NH (i.e., a cooling) was now somewhat quantitative as compared to the FAR. Stratospheric ozone depletion was noted as causing a significant and negative RF, but not quantified. Ecosystems research at this time is identifying the responses to climate change and $CO_2$ increases, as well as altered $CH_4$ and $N_2O$ fluxes from natural systems; however, in terms of a community assessment it remained qualitative.

By 1994, with work on SAR progressing, the Special Report on Radiative Forcing (IPCC, 1995) reported significant breakthroughs in a set of chapters limited to assessment of the carbon cycle, atmospheric chemistry, aerosols and RF. The carbon budget for the 1980s was analysed not only from bottom-up emissions estimates, but also from a top-down approach including carbon isotopes. A first carbon cycle assessment was performed through an international model and analysis workshop examining terrestrial and oceanic uptake to better quantify the relationship between $CO_2$ emissions and the resulting increase in atmospheric abundance. Similarly, expanded analyses of the global budgets of trace gases and aerosols from both natural and anthropogenic sources highlighted the rapid expansion of biogeochemical research. The first RF bar chart appears, comparing all the major components of RF change from the pre-industrial period to the present. Anthropogenic soot aerosol, with a positive RF, was not in the 1995 Special Report but was added to the SAR. In terms of atmospheric chemistry, the first open-invitation modelling study for the IPCC recruited 21 atmospheric chemistry models to participate in a controlled study of photochemistry and chemical feedbacks. These studies (e.g., Olson et al., 1997) demonstrated a robust consensus about some indirect effects, such as the $CH_4$ impact on atmospheric chemistry, but great uncertainty about others, such as the prediction of tropospheric ozone changes. The model studies plus the theory of chemical feedbacks in the $CH_4$-CO-OH system (Prather, 1994) firmly established that the atmospheric lifetime of a perturbation

(and hence climate impact and GWP) of $CH_4$ emissions was about 50% greater than reported in the FAR. There was still no consensus on quantifying the past or future changes in tropospheric ozone or OH (the primary sink for $CH_4$) (Chapters 2, 7 and 10).

In the early 1990s, research on aerosols as climate forcing agents expanded. Based on new research, the range of climate-relevant aerosols was extended for the first time beyond sulphates to include nitrates, organics, soot, mineral dust and sea salt. Quantitative estimates of sulphate aerosol indirect effects on cloud properties and hence RF were sufficiently well established to be included in assessments, and carbonaceous aerosols from biomass burning were recognised as being comparable in importance to sulphate (Penner et al., 1992). Ranges are given in the special report (IPCC, 1995) for direct sulphate RF (−0.25 to −0.9 W $m^{-2}$) and biomass-burning aerosols (−0.05 to −0.6 W $m^{-2}$). The aerosol indirect RF was estimated to be about equal to the direct RF, but with larger uncertainty. The injection of stratospheric aerosols from the eruption of Mt. Pinatubo was noted as the first modern test of a known radiative forcing, and indeed one climate model accurately predicted the temperature response (Hansen et al., 1992). In the one-year interval between the special report and the SAR, the scientific understanding of aerosols grew. The direct anthropogenic aerosol forcing (from sulphate, fossil-fuel soot and biomass-burning aerosols) was reduced to −0.5 W $m^{-2}$. The RF bar chart was now broken into aerosol components (sulphate, fossil-fuel soot and biomass burning aerosols) with a separate range for indirect effects (Chapters 2 and 7; Sections 8.2 and 9.2).

Throughout the 1990s, there were concerted research programs in the USA and EU to evaluate the global environmental impacts of aviation. Several national assessments culminated in the IPCC Special Report on Aviation and the Global Atmosphere (IPCC, 1999), which assessed the impacts on climate and global air quality. An open invitation for atmospheric model participation resulted in community participation and a consensus on many of the environmental impacts of aviation (e.g., the increase in tropospheric ozone and decrease in $CH_4$ due to $NO_x$ emissions were quantified). The direct RF of sulphate and soot aerosols was likewise quantified along with that of contrails, but the impact on cirrus clouds that are sometimes generated downwind of contrails was not. The assessment re-affirmed that RF was a first-order metric for the global mean surface temperature response, but noted that it was inadequate for regional climate change, especially in view of the largely regional forcing from aerosols and tropospheric ozone (Sections 2.6, 2.8 and 10.2).

By the end of the 1990s, research on atmospheric composition and climate forcing had made many important advances. The TAR was able to provide a more quantitative evaluation in some areas. For example, a large, open-invitation modelling workshop was held for both aerosols (11 global models) and tropospheric ozone-OH chemistry (14 global models). This workshop brought together as collaborating authors most of the international scientific community involved in developing and testing global models of atmospheric composition. In terms of atmospheric chemistry, a strong consensus was reached for the first time

that science could predict the changes in tropospheric ozone in response to scenarios for $CH_4$ and the indirect greenhouse gases (CO, $NO_x$, VOC) and that a quantitative GWP for CO could be reported. Further, combining these models with observational analysis, an estimate of the change in tropospheric ozone since the pre-industrial era – with uncertainties – was reported. The aerosol workshop made similar advances in evaluating the impact of different aerosol types. There were many different representations of uncertainty (e.g., a range in models versus an expert judgment) in the TAR, and the consensus RF bar chart did not generate a total RF or uncertainties for use in the subsequent IPCC Synthesis Report (IPCC, 2001b) (Chapters 2 and 7; Section 9.2).

### 1.4.5    Cryospheric Topics

The cryosphere, which includes the ice sheets of Greenland and Antarctica, continental (including tropical) glaciers, snow, sea ice, river and lake ice, permafrost and seasonally frozen ground, is an important component of the climate system. The cryosphere derives its importance to the climate system from a variety of effects, including its high reflectivity (albedo) for solar radiation, its low thermal conductivity, its large thermal inertia, its potential for affecting ocean circulation (through exchange of freshwater and heat) and atmospheric circulation (through topographic changes), its large potential for affecting sea level (through growth and melt of land ice), and its potential for affecting greenhouse gases (through changes in permafrost) (Chapter 4).

Studies of the cryospheric albedo feedback have a long history. The albedo is the fraction of solar energy reflected back to space. Over snow and ice, the albedo (about 0.7 to 0.9) is large compared to that over the oceans (<0.1). In a warming climate, it is anticipated that the cryosphere would shrink, the Earth's overall albedo would decrease and more solar energy would be absorbed to warm the Earth still further. This powerful feedback loop was recognised in the 19th century by Croll (1890) and was first introduced in climate models by Budyko (1969) and Sellers (1969). But although the principle of the albedo feedback is simple, a quantitative understanding of the effect is still far from complete. For instance, it is not clear whether this mechanism is the main reason for the high-latitude amplification of the warming signal.

The potential cryospheric impact on ocean circulation and sea level are of particular importance. There may be 'large-scale discontinuities' (IPCC, 2001a) resulting from both the shutdown of the large-scale meridional circulation of the world oceans (see Section 1.4.6) and the disintegration of large continental ice sheets. Mercer (1968, 1978) proposed that atmospheric warming could cause the ice shelves of western Antarctica to disintegrate and that as a consequence the entire West Antarctic Ice Sheet (10% of the antarctic ice volume) would lose its land connection and come afloat, causing a sea level rise of about five metres.

The importance of permafrost-climate feedbacks came to be realised widely only in the 1990s, starting with the works of

Kvenvolden (1988, 1993), MacDonald (1990) and Harriss et al. (1993). As permafrost thaws due to a warmer climate, $CO_2$ and $CH_4$ trapped in permafrost are released to the atmosphere. Since $CO_2$ and $CH_4$ are greenhouse gases, atmospheric temperature is likely to increase in turn, resulting in a feedback loop with more permafrost thawing. The permafrost and seasonally thawed soil layers at high latitudes contain a significant amount (about one-quarter) of the global total amount of soil carbon. Because global warming signals are amplified in high-latitude regions, the potential for permafrost thawing and consequent greenhouse gas releases is thus large.

*In situ* monitoring of the cryosphere has a long tradition. For instance, it is important for fisheries and agriculture. Seagoing communities have documented sea ice extent for centuries. Records of thaw and freeze dates for lake and river ice start with Lake Suwa in Japan in 1444, and extensive records of snowfall in China were made during the Qing Dynasty (1644–1912). Records of glacial length go back to the mid-1500s. Internationally coordinated, long-term glacier observations started in 1894 with the establishment of the International Glacier Commission in Zurich, Switzerland. The longest time series of a glacial mass balance was started in 1946 at the Storglaciären in northern Sweden, followed by Storbreen in Norway (begun in 1949). Today a global network of mass balance monitoring for some 60 glaciers is coordinated through the World Glacier Monitoring Service. Systematic measurements of permafrost (thermal state and active layer) began in earnest around 1950 and were coordinated under the Global Terrestrial Network for Permafrost.

The main climate variables of the cryosphere (extent, albedo, topography and mass) are in principle observable from space, given proper calibration and validation through *in situ* observing efforts. Indeed, satellite data are required in order to have full global coverage. The polar-orbiting Nimbus 5 satellite, launched in 1972, yielded the earliest all-weather, all-season imagery of global sea ice, using microwave instruments (Parkinson et al., 1987), and enabled a major advance in the scientific understanding of the dynamics of the cryosphere. Launched in 1978, the Television Infrared Observation Satellite (TIROS-N) yielded the first monitoring from space of snow on land surfaces (Dozier et al., 1981). The number of cryospheric elements now routinely monitored from space is growing, and current satellites are now addressing one of the more challenging elements, variability of ice volume.

Climate modelling results have pointed to high-latitude regions as areas of particular importance and ecological vulnerability to global climate change. It might seem logical to expect that the cryosphere overall would shrink in a warming climate or expand in a cooling climate. However, potential changes in precipitation, for instance due to an altered hydrological cycle, may counter this effect both regionally and globally. By the time of the TAR, several climate models incorporated physically based treatments of ice dynamics, although the land ice processes were only rudimentary. Improving representation of the cryosphere in climate models is still an area of intense research and continuing progress (Chapter 8).

### 1.4.6   Ocean and Coupled Ocean-Atmosphere Dynamics

Developments in the understanding of the oceanic and atmospheric circulations, as well as their interactions, constitute a striking example of the continuous interplay among theory, observations and, more recently, model simulations. The atmosphere and ocean surface circulations were observed and analysed globally as early as the 16th and 17th centuries, in close association with the development of worldwide trade based on sailing. These efforts led to a number of important conceptual and theoretical works. For example, Edmund Halley first published a description of the tropical atmospheric cells in 1686, and George Hadley proposed a theory linking the existence of the trade winds with those cells in 1735. These early studies helped to forge concepts that are still useful in analysing and understanding both the atmospheric general circulation itself and model simulations (Lorenz, 1967; Holton, 1992).

A comprehensive description of these circulations was delayed by the lack of necessary observations in the higher atmosphere or deeper ocean. The balloon record of Gay-Lussac, who reached an altitude of 7,016 m in 1804, remained unbroken for more than 50 years. The stratosphere was independently discovered near the turn of the 20th century by Aßmann (1902) and Teisserenc de Bort (1902), and the first manned balloon flight into the stratosphere was made in 1901 (Berson and Süring, 1901). Even though it was recognised over 200 years ago (Rumford, 1800; see also Warren, 1981) that the oceans' cold subsurface waters must originate at high latitudes, it was not appreciated until the 20th century that the strength of the deep circulation might vary over time, or that the ocean's Meridional Overturning Circulation (MOC; often loosely referred to as the 'thermohaline circulation', see the Glossary for more information) may be very important for Earth's climate.

By the 1950s, studies of deep-sea cores suggested that the deep ocean temperatures had varied in the distant past. Technology also evolved to enable measurements that could confirm that the deep ocean is not only not static, but in fact quite dynamic (Swallow and Stommel's 1960 subsurface float experiment Aries, referred to by Crease, 1962). By the late 1970s, current meters could monitor deep currents for substantial amounts of time, and the first ocean observing satellite (SeaSat) revealed that significant information about subsurface ocean variability is imprinted on the sea surface. At the same time, the first estimates of the strength of the meridional transport of heat and mass were made (Oort and Vonder Haar, 1976; Wunsch, 1978), using a combination of models and data. Since then the technological developments have accelerated, but monitoring the MOC directly remains a substantial challenge (see Chapter 5), and routine observations of the subsurface ocean remain scarce compared to that of the atmosphere.

In parallel with the technological developments yielding new insights through observations, theoretical and numerical explorations of multiple (stable or unstable) equilibria began. Chamberlain (1906) suggested that deep ocean currents could reverse in direction, and might affect climate. The idea did not gain momentum until fifty years later, when Stommel (1961) presented a mechanism, based on the opposing effects that temperature and salinity have on density, by which ocean circulation can fluctuate between states. Numerical climate models incorporating models of the ocean circulation were developed during this period, including the pioneering work of Bryan (1969) and Manabe and Bryan (1969). The idea that the ocean circulation could change radically, and might perhaps even feel the attraction of different equilibrium states, gained further support through the simulations of coupled climate models (Bryan and Spelman, 1985; Bryan, 1986; Manabe and Stouffer, 1988). Model simulations using a hierarchy of models showed that the ocean circulation system appeared to be particularly vulnerable to changes in the freshwater balance, either by direct addition of freshwater or by changes in the hydrological cycle. A strong case emerged for the hypothesis that rapid changes in the Atlantic meridional circulation were responsible for the abrupt Dansgaard-Oeschger climate change events.

Although scientists now better appreciate the strength and variability of the global-scale ocean circulation, its roles in climate are still hotly debated. Is it a passive recipient of atmospheric forcing and so merely a diagnostic consequence of climate change, or is it an active contributor? Observational evidence for the latter proposition was presented by Sutton and Allen (1997), who noticed SST anomalies propagating along the Gulf Stream/North Atlantic Current system for years, and therefore implicated internal oceanic time scales. Is a radical change in the MOC likely in the near future? Brewer et al. (1983) and Lazier (1995) showed that the water masses of the North Atlantic were indeed changing (some becoming significantly fresher) in the modern observational record, a phenomenon that at least raises the possibility that ocean conditions may be approaching the point where the circulation might shift into Stommel's other stable regime. Recent developments in the ocean's various roles in climate can be found in Chapters 5, 6, 9 and 10.

Studying the interactions between atmosphere and ocean circulations was also facilitated through continuous interactions between observations, theories and simulations, as is dramatically illustrated by the century-long history of the advances in understanding the El Niño-Southern Oscillation (ENSO) phenomenon. This coupled air-sea phenomenon originates in the Pacific but affects climate globally, and has raised concern since at least the 19th century. Sir Gilbert Walker (1928) describes how H. H. Hildebrandsson (1897) noted large-scale relationships between interannual trends in pressure data from a worldwide network of 68 weather stations, and how Lockyer and Lockyer (1902) confirmed Hildebrandsson's discovery of an apparent 'seesaw' in pressure between South America and the Indonesian region. Walker named this seesaw pattern the 'Southern Oscillation' and related it to occurrences of drought and heavy rains in India, Australia, Indonesia and Africa. He also proposed that there must be a certain level of predictive skill in that system.

El Niño is the name given to the rather unusual oceanic conditions involving anomalously warm waters occurring in

the eastern tropical Pacific off the coast of Peru every few years. The 1957–1958 International Geophysical Year coincided with a large El Niño, allowing a remarkable set of observations of the phenomenon. A decade later, a mechanism was presented that connected Walker's observations to El Niño (Bjerknes, 1969). This mechanism involved the interaction, through the SST field, between the east-west atmospheric circulation of which Walker's Southern Oscillation was an indicator (Bjerknes appropriately referred to this as the 'Walker Circulation') and variability in the pool of equatorial warm water of the Pacific Ocean. Observations made in the 1970s (e.g., Wyrtki, 1975) showed that prior to ENSO warm phases, the sea level in the western Pacific often rises significantly. By the mid-1980s, after an unusually disruptive El Niño struck in 1982 and 1983, an observing system (the Tropical Ocean Global Atmosphere (TOGA) array; see McPhaden et al., 1998) had been put in place to monitor ENSO. The resulting data confirmed the idea that the phenomenon was inherently one involving coupled atmosphere-ocean interactions and yielded much-needed detailed observational insights. By 1986, the first experimental ENSO forecasts were made (Cane et al., 1986; Zebiak and Cane, 1987).

The mechanisms and predictive skill of ENSO are still under discussion. In particular, it is not clear how ENSO changes with, and perhaps interacts with, a changing climate. The TAR states '...increasing evidence suggests the ENSO plays a fundamental role in global climate and its interannual variability, and increased credibility in both regional and global climate projections will be gained once realistic ENSOs and their changes are simulated'.

Just as the phenomenon of El Niño has been familiar to the people of tropical South America for centuries, a spatial pattern affecting climate variability in the North Atlantic has similarly been known by the people of Northern Europe for a long time. The Danish missionary Hans Egede made the following well-known diary entry in the mid-18th century: 'In Greenland, all winters are severe, yet they are not alike. The Danes have noticed that when the winter in Denmark was severe, as we perceive it, the winter in Greenland in its manner was mild, and conversely' (van Loon and Rogers, 1978).

Teisserenc de Bort, Hann, Exner, Defant and Walker all contributed to the discovery of the underlying dynamic structure. Walker, in his studies in the Indian Ocean, actually studied global maps of sea level pressure correlations, and named not only the Southern Oscillation, but also a Northern Oscillation, which he subsequently divided into a North Pacific and a North Atlantic Oscillation (Walker, 1924). However, it was Exner (1913, 1924) who made the first correlation maps showing the spatial structure in the NH, where the North Atlantic Oscillation (NAO) pattern stands out clearly as a north-south oscillation in atmospheric mass with centres of action near Iceland and Portugal.

The NAO significantly affects weather and climate, ecosystems and human activities of the North Atlantic sector. But what is the underlying mechanism? The recognition that the NAO is associated with variability and latitudinal shifts in the westerly flow of the jet stream originates with the works of Willett, Namias, Lorenz, Rossby and others in the 1930s, 1940s and 1950s (reviewed by Stephenson et al., 2003). Because atmospheric planetary waves are hemispheric in nature, changes in one region are often connected with changes in other regions, a phenomenon dubbed 'teleconnection' (Wallace and Gutzler, 1981).

The NAO may be partly described as a high-frequency stochastic process internal to the atmosphere. This understanding is evidenced by numerous atmosphere-only model simulations. It is also considered an expression of one of Earth's 'annular modes' (See Chapter 3). It is, however, the low-frequency variability of this phenomenon (Hurrell, 1995) that fuels continued investigations by climate scientists. The long time scales are the indication of potential predictive skill in the NAO. The mechanisms responsible for the correspondingly long 'memory' are still debated, although they are likely to have a local or remote oceanic origin. Bjerknes (1964) recognised the connection between the NAO index (which he referred to as the 'zonal index') and sea surface conditions. He speculated that ocean heat advection could play a role on longer time scales. The circulation of the Atlantic Ocean is radically different from that of the Indian and Pacific Oceans, in that the MOC is strongest in the Atlantic with warm water flowing northwards, even south of the equator, and cold water returning at depth. It would therefore not be surprising if the oceanic contributions to the NAO and to the Southern Oscillation were different.

Earth's climate is characterised by many modes of variability, involving both the atmosphere and ocean, and also the cryosphere and biosphere. Understanding the physical processes involved in producing low-frequency variability is crucial for improving scientists' ability to accurately predict climate change and for allowing the separation of anthropogenic and natural variability, thereby improving the ability to detect and attribute anthropogenic climate change. One central question for climate scientists, addressed in particular in Chapter 9, is to determine how human activities influence the dynamic nature of Earth's climate, and to identify what would have happened without any human influence at all.

## 1.5 Examples of Progress in Modelling the Climate

### 1.5.1 Model Evolution and Model Hierarchies

Climate scenarios rely upon the use of numerical models. The continuous evolution of these models over recent decades has been enabled by a considerable increase in computational capacity, with supercomputer speeds increasing by roughly a factor of a million in the three decades from the 1970s to the present. This computational progress has permitted a corresponding increase in model complexity (by including more and more components and processes, as depicted in Figure 1.2), in the length of the simulations, and in spatial resolution,

as shown in Figure 1.4. The models used to evaluate future climate changes have therefore evolved over time. Most of the pioneering work on $CO_2$-induced climate change was based on atmospheric general circulation models coupled to simple 'slab' ocean models (i.e., models omitting ocean dynamics), from the early work of Manabe and Wetherald (1975) to the review of Schlesinger and Mitchell (1987). At the same time the physical content of the models has become more comprehensive (see in Section 1.5.2 the example of clouds). Similarly, most of the results presented in the FAR were from atmospheric models, rather than from models of the coupled climate system, and were used to analyse changes in the equilibrium climate resulting from a doubling of the atmospheric $CO_2$ concentration. Current climate projections can investigate time-dependent scenarios of climate evolution and can make use of much more complex coupled ocean-atmosphere models, sometimes even including interactive chemical or biochemical components.

A parallel evolution toward increased complexity and resolution has occurred in the domain of numerical weather prediction, and has resulted in a large and verifiable improvement in operational weather forecast quality. This example alone shows that present models are more realistic than were those of a decade ago. There is also, however, a continuing awareness that models do not provide a perfect simulation of reality, because resolving all important spatial or time scales remains far beyond current capabilities, and also because the behaviour of such a complex nonlinear system may in general be chaotic.

It has been known since the work of Lorenz (1963) that even simple models may display intricate behaviour because of their nonlinearities. The inherent nonlinear behaviour of the climate system appears in climate simulations at all time scales (Ghil, 1989). In fact, the study of nonlinear dynamical systems has become important for a wide range of scientific disciplines, and the corresponding mathematical developments are essential to interdisciplinary studies. Simple models of ocean-atmosphere interactions, climate-biosphere interactions or climate-economy interactions may exhibit a similar behaviour, characterised by partial unpredictability, bifurcations and transition to chaos.

In addition, many of the key processes that control climate sensitivity or abrupt climate changes (e.g., clouds, vegetation, oceanic convection) depend on very small spatial scales. They cannot be represented in full detail in the context of global models, and scientific understanding of them is still notably incomplete. Consequently, there is a continuing need to assist in the use and interpretation of complex models through models that are either conceptually simpler, or limited to a number of processes or to a specific region, therefore enabling a deeper understanding of the processes at work or a more relevant comparison with observations. With the development of computer capacities, simpler models have not disappeared; on the contrary, a stronger emphasis has been given to the concept of a 'hierarchy of models' as the only way to provide a linkage between theoretical understanding and the complexity of realistic models (Held, 2005).

The list of these 'simpler' models is very long. Simplicity may lie in the reduced number of equations (e.g., a single



**Figure 1.4.** *Geographic resolution characteristic of the generations of climate models used in the IPCC Assessment Reports: FAR (IPCC, 1990), SAR (IPCC, 1996), TAR (IPCC, 2001a), and AR4 (2007). The figures above show how successive generations of these global models increasingly resolved northern Europe. These illustrations are representative of the most detailed horizontal resolution used for short-term climate simulations. The century-long simulations cited in IPCC Assessment Reports after the FAR were typically run with the previous generation's resolution. Vertical resolution in both atmosphere and ocean models is not shown, but it has increased comparably with the horizontal resolution, beginning typically with a single-layer slab ocean and ten atmospheric layers in the FAR and progressing to about thirty levels in both atmosphere and ocean.*

113

equation for the global surface temperature); in the reduced dimensionality of the problem (one-dimension vertical, one-dimension latitudinal, two-dimension); or in the restriction to a few processes (e.g., a mid-latitude quasi-geostrophic atmosphere with or without the inclusion of moist processes). The notion of model hierarchy is also linked to the idea of scale: global circulation models are complemented by regional models that exhibit a higher resolution over a given area, or process oriented models, such as cloud resolving models or large eddy simulations. Earth Models of Intermediate Complexity are used to investigate long time scales, such as those corresponding to glacial to interglacial oscillations (Berger et al., 1998). This distinction between models according to scale is evolving quickly, driven by the increase in computer capacities. For example, global models explicitly resolving the dynamics of convective clouds may soon become computationally feasible.

Many important scientific debates in recent years have had their origin in the use of conceptually simple models. The study of idealised atmospheric representations of the tropical climate, for example by Pierrehumbert (1995) who introduced a separate representation of the areas with ascending and subsiding circulation in the tropics, has significantly improved the understanding of the feedbacks that control climate. Simple linearized models of the atmospheric circulation have been used to investigate potential new feedback effects. Ocean box models have played an important role in improving the understanding of the possible slowing down of the Atlantic thermohaline circulation (Birchfield et al., 1990), as emphasized in the TAR. Simple models have also played a central role in the interpretation of IPCC scenarios: the investigation of climate scenarios presented in the SAR or the TAR has been extended to larger ensembles of cases using idealised models.

### 1.5.2   Model Clouds and Climate Sensitivity

The modelling of cloud processes and feedbacks provides a striking example of the irregular pace of progress in climate science. Representation of clouds may constitute the area in which atmospheric models have been modified most continuously to take into account increasingly complex physical processes. At the time of the TAR clouds remained a major source of uncertainty in the simulation of climate changes (as they still are at present: e.g., Sections 2.4, 2.6, 3.4.3, 7.5, 8.2, 8.4.11, 8.6.2.2, 8.6.3.2, 9.2.1.2, 9.4.1.8, 10.2.1.2, 10.3.2.2, 10.5.4.3, 11.8.1.3, 11.8.2.2).

In the early 1980s, most models were still using prescribed cloud amounts, as functions of location and altitude, and prescribed cloud radiative properties, to compute atmospheric radiation. The cloud amounts were very often derived from the zonally averaged climatology of London (1957). Succeeding generations of models have used relative humidity or other simple predictors to diagnose cloudiness (Slingo, 1987), thus providing a foundation of increased realism for the models, but at the same time possibly causing inconsistencies in the representation of the multiple roles of clouds as bodies interacting with radiation, generating precipitation and

influencing small-scale convective or turbulent circulations. Following the pioneering studies of Sundqvist (1978), an explicit representation of clouds was progressively introduced into climate models, beginning in the late 1980s. Models first used simplified representations of cloud microphysics, following, for example, Kessler (1969), but more recent generations of models generally incorporate a much more comprehensive and detailed representation of clouds, based on consistent physical principles. Comparisons of model results with observational data presented in the TAR have shown that, based on zonal averages, the representation of clouds in most climate models was also more realistic in 2000 than had been the case only a few years before.

In spite of this undeniable progress, the amplitude and even the sign of cloud feedbacks was noted in the TAR as highly uncertain, and this uncertainty was cited as one of the key factors explaining the spread in model simulations of future climate for a given emission scenario. This cannot be regarded as a surprise: that the sensitivity of the Earth's climate to changing atmospheric greenhouse gas concentrations must depend strongly on cloud feedbacks can be illustrated on the simplest theoretical grounds, using data that have been available for a long time. Satellite measurements have indeed provided meaningful estimates of Earth's radiation budget since the early 1970s (Vonder Haar and Suomi, 1971). Clouds, which cover about 60% of the Earth's surface, are responsible for up to two-thirds of the planetary albedo, which is about 30%. An albedo decrease of only 1%, bringing the Earth's albedo from 30% to 29%, would cause an increase in the black-body radiative equilibrium temperature of about 1°C, a highly significant value, roughly equivalent to the direct radiative effect of a doubling of the atmospheric $CO_2$ concentration. Simultaneously, clouds make an important contribution to the planetary greenhouse effect. In addition, changes in cloud cover constitute only one of the many parameters that affect cloud radiative interactions: cloud optical thickness, cloud height and cloud microphysical properties can also be modified by atmospheric temperature changes, which adds to the complexity of feedbacks, as evidenced, for example, through satellite observations analysed by Tselioudis and Rossow (1994).

The importance of simulated cloud feedbacks was revealed by the analysis of model results (Manabe and Wetherald, 1975; Hansen et al, 1984), and the first extensive model intercomparisons (Cess et al., 1989) also showed a substantial model discrepancy. The strong effect of cloud processes on climate model sensitivities to greenhouse gases was emphasized further through a now-classic set of General Circulation Model (GCM) experiments, carried out by Senior and Mitchell (1993). They produced global average surface temperature changes (due to doubled atmospheric $CO_2$ concentration) ranging from 1.9°C to 5.4°C, simply by altering the way that cloud radiative properties were treated in the model. It is somewhat unsettling that the results of a complex climate model can be so drastically altered by substituting one reasonable cloud parametrization for another, thereby approximately replicating the overall inter-model range of sensitivities. Other GCM groups have also

**Frequently Asked Question 1.3**
# What is the Greenhouse Effect?

*The Sun powers Earth's climate, radiating energy at very short wavelengths, predominately in the visible or near-visible (e.g., ultraviolet) part of the spectrum. Roughly one-third of the solar energy that reaches the top of Earth's atmosphere is reflected directly back to space. The remaining two-thirds is absorbed by the surface and, to a lesser extent, by the atmosphere. To balance the absorbed incoming energy, the Earth must, on average, radiate the same amount of energy back to space. Because the Earth is much colder than the Sun, it radiates at much longer wavelengths, primarily in the infrared part of the spectrum (see Figure 1). Much of this thermal radiation emitted by the land and ocean is absorbed by the atmosphere, including clouds, and reradiated back to Earth. This is called the greenhouse effect. The glass walls in a greenhouse reduce airflow and increase the temperature of the air inside. Analogously, but through a different physical process, the Earth's greenhouse effect warms the surface of the planet. Without the natural greenhouse effect, the average temperature at Earth's surface would be below the freezing point of water. Thus,*

*Earth's natural greenhouse effect makes life as we know it possible. However, human activities, primarily the burning of fossil fuels and clearing of forests, have greatly intensified the natural greenhouse effect, causing global warming.*

The two most abundant gases in the atmosphere, nitrogen (comprising 78% of the dry atmosphere) and oxygen (comprising 21%), exert almost no greenhouse effect. Instead, the greenhouse effect comes from molecules that are more complex and much less common. Water vapour is the most important greenhouse gas, and carbon dioxide ($CO_2$) is the second-most important one. Methane, nitrous oxide, ozone and several other gases present in the atmosphere in small amounts also contribute to the greenhouse effect. In the humid equatorial regions, where there is so much water vapour in the air that the greenhouse effect is very large, adding a small additional amount of $CO_2$ or water vapour has only a small direct impact on downward infrared radiation. However, in the cold, dry polar regions, the effect of a small increase in $CO_2$ or

*(continued)*



**FAQ 1.3, Figure 1.** *An idealised model of the natural greenhouse effect. See text for explanation.*

water vapour is much greater. The same is true for the cold, dry upper atmosphere where a small increase in water vapour has a greater influence on the greenhouse effect than the same change in water vapour would have near the surface.

Several components of the climate system, notably the oceans and living things, affect atmospheric concentrations of greenhouse gases. A prime example of this is plants taking $CO_2$ out of the atmosphere and converting it (and water) into carbohydrates via photosynthesis. In the industrial era, human activities have added greenhouse gases to the atmosphere, primarily through the burning of fossil fuels and clearing of forests.

Adding more of a greenhouse gas, such as $CO_2$, to the atmosphere intensifies the greenhouse effect, thus warming Earth's climate. The amount of warming depends on various feedback mechanisms. For example, as the atmosphere warms due to rising levels of greenhouse gases, its concentration of water vapour increases, further intensifying the greenhouse effect. This in turn causes more warming, which causes an additional increase in water vapour, in a self-reinforcing cycle. This water vapour feedback may be strong enough to approximately double the increase in the greenhouse effect due to the added $CO_2$ alone.

Additional important feedback mechanisms involve clouds. Clouds are effective at absorbing infrared radiation and therefore exert a large greenhouse effect, thus warming the Earth. Clouds are also effective at reflecting away incoming solar radiation, thus cooling the Earth. A change in almost any aspect of clouds, such as their type, location, water content, cloud altitude, particle size and shape, or lifetimes, affects the degree to which clouds warm or cool the Earth. Some changes amplify warming while others diminish it. Much research is in progress to better understand how clouds change in response to climate warming, and how these changes affect climate through various feedback mechanisms.

---

consistently obtained widely varying results by trying other techniques of incorporating cloud microphysical processes and their radiative interactions (e.g., Roeckner et al., 1987; Le Treut and Li, 1991), which differed from the approach of Senior and Mitchell (1993) through the treatment of partial cloudiness or mixed-phase properties. The model intercomparisons presented in the TAR showed no clear resolution of this unsatisfactory situation.

The scientific community realised long ago that using adequate data to constrain models was the only way to solve this problem. Using climate changes in the distant past to constrain the amplitude of cloud feedback has definite limitations (Ramstein et al., 1998). The study of cloud changes at decadal, interannual or seasonal time scales therefore remains a necessary path to constrain models. A long history of cloud observations now runs parallel to that of model development. Operational ground-based measurements, carried out for the purpose of weather prediction, constitute a valuable source of information that has been gathered and analysed by Warren et al. (1986, 1988). The International Satellite Cloud Climatology Project (ISCCP; Rossow and Schiffer, 1991) has developed an analysis of cloud cover and cloud properties using the measurements of operational meteorological satellites over a period of more than two decades. These data have been complemented by other satellite remote sensing data sets, such as those associated with the Nimbus-7 Temperature Humidity Infrared Radiometer (THIR) instrument (Stowe et al., 1988), with high-resolution spectrometers such as the High Resolution Infrared Radiation Sounder (HIRS) (Susskind et al., 1987), and with microwave absorption, as used by the Special Sensor Microwave/Imager (SSM/I). Chapter 8 provides an update of this ongoing observational effort.

A parallel effort has been carried out to develop a wider range of ground-based measurements, not only to provide an adequate reference for satellite observations, but also to make possible a detailed and empirically based analysis of the entire range of space and time scales involved in cloud processes. The longest-lasting and most comprehensive effort has been the Atmospheric Radiation Measurement (ARM) Program in the USA, which has established elaborately instrumented observational sites to monitor the full complexity of cloud systems on a long-term basis (Ackerman and Stokes, 2003). Shorter field campaigns dedicated to the observation of specific phenomena have also been established, such as the TOGA Coupled Ocean-Atmosphere Response Experiment (COARE) for convective systems (Webster and Lukas, 1992), or the Atlantic Stratocumulus Transition Experiment (ASTEX) for stratocumulus (Albrecht et al., 1995).

Observational data have clearly helped the development of models. The ISCCP data have greatly aided the development of cloud representations in climate models since the mid-1980s (e.g., Le Treut and Li, 1988; Del Genio et al., 1996). However, existing data have not yet brought about any reduction in the existing range of simulated cloud feedbacks. More recently, new theoretical tools have been developed to aid in validating parametrizations in a mode that emphasizes the role of cloud processes participating in climatic feedbacks. One such approach has been to focus on comprehensively observed episodes of cloudiness for which the large-scale forcing is observationally known, using single-column models (Randall et al., 1996; Somerville, 2000) and higher-resolution cloud-resolving models to evaluate GCM parametrizations. Another approach is to make use of the more global and continuous satellite data, on a statistical basis, through an investigation of the correlation between climate forcing and cloud parameters (Bony et al., 1997), in such a way as to provide a test of feedbacks between different climate variables. Chapter 8 assesses recent progress in this area.

### 1.5.3    Coupled Models: Evolution, Use, Assessment

The first National Academy of Sciences of the USA report on global warming (Charney et al., 1979), on the basis of two models simulating the impact of doubled atmospheric $CO_2$ concentrations, spoke of a range of global mean equilibrium surface temperature increase of between 1.5°C and 4.5°C, a range that has remained part of conventional wisdom at least as recently as the TAR. These climate projections, as well as those treated later in the comparison of three models by Schlesinger and Mitchell (1987) and most of those presented in the FAR, were the results of atmospheric models coupled with simple 'slab' ocean models (i.e., models omitting all changes in ocean dynamics).

The first attempts at coupling atmospheric and oceanic models were carried out during the late 1960s and early 1970s (Manabe and Bryan, 1969; Bryan et al., 1975; Manabe et al., 1975). Replacing 'slab' ocean models by fully coupled ocean-atmosphere models may arguably have constituted one of the most significant leaps forward in climate modelling during the last 20 years (Trenberth, 1993), although both the atmospheric and oceanic components themselves have undergone highly significant improvements. This advance has led to significant modifications in the patterns of simulated climate change, particularly in oceanic regions. It has also opened up the possibility of exploring transient climate scenarios, and it constitutes a step toward the development of comprehensive 'Earth-system models' that include explicit representations of chemical and biogeochemical cycles.

Throughout their short history, coupled models have faced difficulties that have considerably impeded their development, including: (i) the initial state of the ocean is not precisely known; (ii) a surface flux imbalance (in either energy, momentum or fresh water) much smaller than the observational accuracy is enough to cause a drifting of coupled GCM simulations into unrealistic states; and (iii) there is no direct stabilising feedback that can compensate for any errors in the simulated salinity. The strong emphasis placed on the realism of the simulated base state provided a rationale for introducing 'flux adjustments' or 'flux corrections' (Manabe and Stouffer, 1988; Sausen et al., 1988) in early simulations. These were essentially empirical corrections that could not be justified on physical principles, and that consisted of arbitrary additions of surface fluxes of heat and salinity in order to prevent the drift of the simulated climate away from a realistic state. The National Center for Atmospheric Research model may have been the first to realise non-flux-corrected coupled simulations systematically, and it was able to achieve simulations of climate change into the 21st century, in spite of a persistent drift that still affected many of its early simulations. Both the FAR and the SAR pointed out the apparent need for flux adjustments as a problematic feature of climate modelling (Cubasch et al., 1990; Gates et al., 1996).

By the time of the TAR, however, the situation had evolved, and about half the coupled GCMs assessed in the TAR did not employ flux adjustments. That report noted that 'some non-flux-adjusted models are now able to maintain stable climatologies of comparable quality to flux-adjusted models' (McAvaney et al., 2001). Since that time, evolution away from flux correction (or flux adjustment) has continued at some modelling centres, although a number of state-of-the-art models continue to rely on it. The design of the coupled model simulations is also strongly linked with the methods chosen for model initialisation. In flux-adjusted models, the initial ocean state is necessarily the result of preliminary and typically thousand-year-long simulations to bring the ocean model into equilibrium. Non-flux-adjusted models often employ a simpler procedure based on ocean observations, such as those compiled by Levitus et al. (1994), although some spin-up phase is even then necessary. One argument brought forward is that non-adjusted models made use of *ad hoc* tuning of radiative parameters (i.e., an implicit flux adjustment).

This considerable advance in model design has not diminished the existence of a range of model results. This is not a surprise, however, because it is known that climate predictions are intrinsically affected by uncertainty (Lorenz, 1963). Two distinct kinds of prediction problems were defined by Lorenz (1975). The first kind was defined as the prediction of the actual properties of the climate system in response to a given initial state. Predictions of the first kind are initial-value problems and, because of the nonlinearity and instability of the governing equations, such systems are not predictable indefinitely into the future. Predictions of the second kind deal with the determination of the response of the climate system to changes in the external forcings. These predictions are not concerned directly with the chronological evolution of the climate state, but rather with the long-term average of the statistical properties of climate. Originally, it was thought that predictions of the second kind do not at all depend on initial conditions. Instead, they are intended to determine how the statistical properties of the climate system (e.g., the average annual global mean temperature, or the expected number of winter storms or hurricanes, or the average monsoon rainfall) change as some external forcing parameter, for example $CO_2$ content, is altered. Estimates of future climate scenarios as a function of the concentration of atmospheric greenhouse gases are typical examples of predictions of the second kind. However, ensemble simulations show that the projections tend to form clusters around a number of attractors as a function of their initial state (see Chapter 10).

Uncertainties in climate predictions (of the second kind) arise mainly from model uncertainties and errors. To assess and disentangle these effects, the scientific community has organised a series of systematic comparisons of the different existing models, and it has worked to achieve an increase in the number and range of simulations being carried out in order to more fully explore the factors affecting the accuracy of simulations.

An early example of systematic comparison of models is provided by Cess et al. (1989), who compared results of documented differences among model simulations in their

representation of cloud feedback to show how the consequent effects on atmospheric radiation resulted in different model response to doubling of the $CO_2$ concentration. A number of ambitious and comprehensive 'model intercomparison projects' (MIPs) were set up in the 1990s under the auspices of the World Climate Research Programme to undertake controlled conditions for model evaluation. One of the first was the Atmospheric Model Intercomparison Project (AMIP), which studied atmospheric GCMs. The development of coupled models induced the development of the Coupled Model Intercomparison Project (CMIP), which studied coupled ocean-atmosphere GCMs and their response to idealised forcings, such as a 1% yearly increase in the atmospheric $CO_2$ concentration. It proved important in carrying out the various MIPs to standardise the model forcing parameters and the model output so that file formats, variable names, units, etc., are easily recognised by data users. The fact that the model results were stored separately and independently of the modelling centres, and that the analysis of the model output was performed mainly by research groups independent of the modellers, has added confidence in the results. Summary diagnostic products such as the Taylor (2001) diagram were developed for MIPs.

The establishment of the AMIP and CMIP projects opened a new era for climate modelling, setting standards of quality control, providing organisational continuity and ensuring that results are generally reproducible. Results from AMIP have provided a number of insights into climate model behaviour (Gates et al., 1999) and quantified improved agreement between simulated and observed atmospheric properties as new versions of models are developed. In general, results of the MIPs suggest that the most problematic areas of coupled model simulations involve cloud-radiation processes, the cryosphere, the deep ocean and ocean-atmosphere interactions.

Comparing different models is not sufficient, however. Using multiple simulations from a single model (the so-called Monte Carlo, or ensemble, approach) has proved a necessary and complementary approach to assess the stochastic nature of the climate system. The first ensemble climate change simulations with global GCMs used a set of different initial and boundary conditions (Cubasch et al., 1994; Barnett, 1995). Computational constraints limited early ensembles to a relatively small number of samples (fewer than 10). These ensemble simulations clearly indicated that even with a single model a large spread in the climate projections can be obtained.

Intercomparison of existing models and ensemble model studies (i.e., those involving many integrations of the same model) are still undergoing rapid development. Running ensembles was essentially impossible until recent advances in computer power occurred, as these systematic comprehensive climate model studies are exceptionally demanding on computer resources. Their progress has marked the evolution from the FAR to the TAR, and is likely to continue in the years to come.

## 1.6 The IPCC Assessments of Climate Change and Uncertainties

The WMO and the United Nations Environment Programme (UNEP) established the IPCC in 1988 with the assigned role of assessing the scientific, technical and socioeconomic information relevant for understanding the risk of human-induced climate change. The original 1988 mandate for the IPCC was extensive: '(a) Identification of uncertainties and gaps in our present knowledge with regard to climate changes and its potential impacts, and preparation of a plan of action over the short-term in filling these gaps; (b) Identification of information needed to evaluate policy implications of climate change and response strategies; (c) Review of current and planned national/international policies related to the greenhouse gas issue; (d) Scientific and environmental assessments of all aspects of the greenhouse gas issue and the transfer of these assessments and other relevant information to governments and intergovernmental organisations to be taken into account in their policies on social and economic development and environmental programs.' The IPCC is open to all members of UNEP and WMO. It does not directly support new research or monitor climate-related data. However, the IPCC process of synthesis and assessment has often inspired scientific research leading to new findings.

The IPCC has three Working Groups and a Task Force. Working Group I (WGI) assesses the scientific aspects of the climate system and climate change, while Working Groups II (WGII) and III (WGIII) assess the vulnerability and adaptation of socioeconomic and natural systems to climate change, and the mitigation options for limiting greenhouse gas emissions, respectively. The Task Force is responsible for the IPCC National Greenhouse Gas Inventories Programme. This brief history focuses on WGI and how it has described uncertainty in the quantities presented (See Box 1.1).

A main activity of the IPCC is to provide on a regular basis an assessment of the state of knowledge on climate change, and this volume is the fourth such Assessment Report of WGI. The IPCC also prepares Special Reports and Technical Papers on topics for which independent scientific information and advice is deemed necessary, and it supports the United Nations Framework Convention on Climate Change (UNFCCC) through its work on methodologies for National Greenhouse Gas Inventories. The FAR played an important role in the discussions of the Intergovernmental Negotiating Committee for the UNFCCC. The UNFCCC was adopted in 1992 and entered into force in 1994. It provides the overall policy framework and legal basis for addressing the climate change issue.

The WGI FAR was completed under the leadership of Bert Bolin (IPCC Chair) and John Houghton (WGI Chair) in a plenary at Windsor, UK in May 1990. In a mere 365 pages with eight colour plates, it made a persuasive, but not quantitative, case for anthropogenic interference with the climate system. Most conclusions from the FAR were non-quantitative and

remain valid today (see also Section 1.4.4). For example, in terms of the greenhouse gases, 'emissions resulting from human activities are substantially increasing the atmospheric concentrations of the greenhouse gases: $CO_2$, $CH_4$, CFCs, $N_2O$' (see Chapters 2 and 3; Section 7.1). On the other hand, the FAR did not foresee the phase-out of CFCs, missed the importance of biomass-burning aerosols and dust to climate and stated that unequivocal detection of the enhanced greenhouse effect was more than a decade away. The latter two areas highlight the advance of climate science and in particular the merging of models and observations in the new field of detection and attribution (see Section 9.1).

The Policymakers Summary of the WGI FAR gave a broad overview of climate change science and its Executive Summary separated key findings into areas of varying levels of confidence ranging from 'certainty' to providing an expert 'judgment'. Much of the summary is not quantitative (e.g., the radiative forcing bar charts do not appear in the summary). Similarly, scientific uncertainty is hardly mentioned; when ranges are given, as in the projected temperature increases of 0.2°C to 0.5°C per decade, no probability or likelihood is assigned to explain the range (see Chapter 10). In discussion of the climate sensitivity to doubled atmospheric $CO_2$ concentration, the combined subjective and objective criteria are explained: the range of model results was 1.9°C to 5.2°C; most were close to 4.0°C; but the newer model results were lower; and hence the best estimate was 2.5°C with a range of 1.5°C to 4.5°C. The likelihood of the value being within this range was not defined. However, the importance of identifying those areas where climate scientists had high confidence was recognised in the Policymakers Summary.

The Supplementary Report (IPCC, 1992) re-evaluated the RF values of the FAR and included the new IPCC scenarios for future emissions, designated IS92a–f. It also included updated chapters on climate observations and modelling (see Chapters 3, 4, 5, 6 and 8). The treatment of scientific uncertainty remained as in the FAR. For example, the calculated increase in global mean surface temperature since the 19th century was given as 0.45°C ± 0.15°C, with no quantitative likelihood for this range (see Section 3.2).

The SAR, under Bert Bolin (IPCC Chair) and John Houghton and Gylvan Meira Filho (WGI Co-chairs), was planned with and coupled to a preliminary Special Report (IPCC, 1995) that contained intensive chapters on the carbon cycle, atmospheric chemistry, aerosols and radiative forcing. The WGI SAR culminated in the government plenary in Madrid in November 1995. The most cited finding from that plenary, on attribution of climate change, has been consistently reaffirmed by subsequent research: 'The balance of evidence suggests a discernible human influence on global climate' (see Chapter 9). The SAR provided key input to the negotiations that led to the adoption in 1997 of the Kyoto Protocol to the UNFCCC.

Uncertainty in the WGI SAR was defined in a number of ways. The carbon cycle budgets used symmetric plus/minus ranges explicitly defined as 90% confidence intervals, whereas the RF bar chart reported a 'mid-range' bar along with a plus/minus range that was estimated largely on the spread of published values. The likelihood, or confidence interval, of the spread of published results was not given. These uncertainties were additionally modified by a declaration that the confidence of the RF being within the specified range was indicated by a stated confidence level that ranged from 'high' (greenhouse gases) to 'very low' (aerosols). Due to the difficulty in approving such a long draft in plenary, the Summary for Policy Makers (SPM) became a short document with no figures and few numbers. The use of scientific uncertainty in the SPM was thus limited and similar to the FAR: a range in the mean surface temperature increase since 1900 was given as 0.3°C to 0.6°C with no explanation as to likelihood of this range. While the underlying report showed projected future warming for a range of different climate models, the Technical Summary focused on a central estimate.

The IPCC Special Report on Aviation and the Global Atmosphere (IPCC, 1999) was a major interim assessment involving both WGI and WGIII and the Scientific Assessment Panel to the Montreal Protocol on Substances that Deplete the Ozone Layer. It assessed the impacts of civil aviation in terms of climate change and global air quality as well as looking at the effect of technology options for the future fleet. It was the first complete assessment of an industrial sub-sector. The summary related aviation's role relative to all human influence on the climate system: 'The best estimate of the radiative forcing in 1992 by aircraft is 0.05 W $m^{-2}$ or about 3.5% of the total radiative forcing by all anthropogenic activities.' The authors took a uniform approach to assigning and propagating uncertainty in these RF values based on mixed objective and subjective criteria. In addition to a best value, a two-thirds likelihood (67% confidence) interval is given. This interval is similar to a one-sigma (i.e., one standard deviation) normal error distribution, but it was explicitly noted that the probability distribution outside this interval was not evaluated and might not have a normal distribution. A bar chart with 'whiskers' (two-thirds likelihood range) showing the components and total (without cirrus effects) RF for aviation in 1992 appeared in the SPM (see Sections 2.6 and 10.2).

The TAR, under Robert Watson (IPCC Chair) and John Houghton and Ding YiHui (WGI Co-chairs), was approved at the government plenary in Shanghai in January 2001. The predominant summary statements from the TAR WGI strengthened the SAR's attribution statement: 'An increasing body of observations gives a collective picture of a warming world and other changes in the climate system', and 'There is new and stronger evidence that most of the warming observed over the last 50 years is attributable to human activities.' The TAR Synthesis Report (IPCC, 2001b) combined the assessment reports from the three Working Groups. By combining data on global (WGI) and regional (WGII) climate change, the Synthesis Report was able to strengthen the conclusion regarding human influence: 'The Earth's climate system has demonstrably changed on both global and regional scales since the pre-industrial era, with some of these changes attributable to human activities' (see Chapter 9).

## Box 1.1: Treatment of Uncertainties in the Working Group I Assessment

The importance of consistent and transparent treatment of uncertainties is clearly recognised by the IPCC in preparing its assessments of climate change. The increasing attention given to formal treatments of uncertainty in previous assessments is addressed in Section 1.6. To promote consistency in the general treatment of uncertainty across all three Working Groups, authors of the Fourth Assessment Report have been asked to follow a brief set of guidance notes on determining and describing uncertainties in the context of an assessment .[1] This box summarises the way that Working Group I has applied those guidelines and covers some aspects of the treatment of uncertainty specific to material assessed here.

Uncertainties can be classified in several different ways according to their origin. Two primary types are 'value uncertainties' and 'structural uncertainties'. Value uncertainties arise from the incomplete determination of particular values or results, for example, when data are inaccurate or not fully representative of the phenomenon of interest. Structural uncertainties arise from an incomplete understanding of the processes that control particular values or results, for example, when the conceptual framework or model used for analysis does not include all the relevant processes or relationships. Value uncertainties are generally estimated using statistical techniques and expressed probabilistically. Structural uncertainties are generally described by giving the authors' collective judgment of their confidence in the correctness of a result. In both cases, estimating uncertainties is intrinsically about describing the limits to knowledge and for this reason involves expert judgment about the state of that knowledge. A different type of uncertainty arises in systems that are either chaotic or not fully deterministic in nature and this also limits our ability to project all aspects of climate change.

The scientific literature assessed here uses a variety of other generic ways of categorising uncertainties. Uncertainties associated with 'random errors' have the characteristic of decreasing as additional measurements are accumulated, whereas those associated with 'systematic errors' do not. In dealing with climate records, considerable attention has been given to the identification of systematic errors or unintended biases arising from data sampling issues and methods of analysing and combining data. Specialised statistical methods based on quantitative analysis have been developed for the detection and attribution of climate change and for producing probabilistic projections of future climate parameters. These are summarised in the relevant chapters.

The uncertainty guidance provided for the Fourth Assessment Report draws, for the first time, a careful distinction between levels of confidence in scientific understanding and the likelihoods of specific results. This allows authors to express high confidence that an event is extremely unlikely (e.g., rolling a dice twice and getting a six both times), as well as high confidence that an event is about as likely as not (e.g., a tossed coin coming up heads). Confidence and likelihood as used here are distinct concepts but are often linked in practice.

The standard terms used to define levels of confidence in this report are as given in the IPCC Uncertainty Guidance Note, namely:

| Confidence Terminology | Degree of confidence in being correct |
| --- | --- |
| Very high confidence | At least 9 out of 10 chance |
| High confidence | About 8 out of 10 chance |
| Medium confidence | About 5 out of 10 chance |
| Low confidence | About 2 out of 10 chance |
| Very low confidence | Less than 1 out of 10 chance |

Note that 'low confidence' and 'very low confidence' are only used for areas of major concern and where a risk-based perspective is justified.

Chapter 2 of this report uses a related term 'level of scientific understanding' when describing uncertainties in different contributions to radiative forcing. This terminology is used for consistency with the Third Assessment Report, and the basis on which the authors have determined particular levels of scientific understanding uses a combination of approaches consistent with the uncertainty guidance note as explained in detail in Section 2.9.2 and Table 2.11.

---

[1]  See Supplementary Material for this report

The standard terms used in this report to define the likelihood of an outcome or result where this can be estimated probabilistically are:

| Likelihood Terminology | Likelihood of the occurrence/ outcome |
| --- | --- |
| Virtually certain | > 99% probability |
| Extremely likely | > 95% probability |
| Very likely | > 90% probability |
| Likely | > 66% probability |
| More likely than not | > 50% probability |
| About as likely as not | 33 to 66% probability |
| Unlikely | < 33% probability |
| Very unlikely | < 10% probability |
| Extremely unlikely | < 5% probability |
| Exceptionally unlikely | < 1% probability |

The terms 'extremely likely', 'extremely unlikely' and 'more likely than not' as defined above have been added to those given in the IPCC Uncertainty Guidance Note in order to provide a more specific assessment of aspects including attribution and radiative forcing.

Unless noted otherwise, values given in this report are assessed best estimates and their uncertainty ranges are 90% confidence intervals (i.e., there is an estimated 5% likelihood of the value being below the lower end of the range or above the upper end of the range). Note that in some cases the nature of the constraints on a value, or other information available, may indicate an asymmetric distribution of the uncertainty range around a best estimate.

In an effort to promote consistency, a guidance paper on uncertainty (Moss and Schneider, 2000) was distributed to all Working Group authors during the drafting of the TAR. The WGI TAR made some effort at consistency, noting in the SPM that when ranges were given they generally denoted 95% confidence intervals, although the carbon budget uncertainties were specified as ±1 standard deviation (68% likelihood). The range of 1.5°C to 4.5°C for climate sensitivity to atmospheric $CO_2$ doubling was reiterated but with no confidence assigned; however, it was clear that the level of scientific understanding had increased since that same range was first given in the Charney et al. (1979) report. The RF bar chart noted that the RF components could not be summed (except for the long-lived greenhouse gases) and that the 'whiskers' on the RF bars each meant something different (e.g., some were the range of models, some were uncertainties). Another failure in dealing with uncertainty was the projection of 21st-century warming: it was reported as a range covering (i) six Special Report on Emission Scenarios (SRES) emissions scenarios and (ii) nine atmosphere-ocean climate models using two grey envelopes without estimates of likelihood levels. The full range (i.e., scenario plus climate model range) of 1.4°C to 5.8°C is a much-cited finding of the WGI TAR but the lack of discussion of associated likelihood in the report makes the interpretation and useful application of this result difficult.

## 1.7   Summary

As this chapter shows, the history of the centuries-long effort to document and understand climate change is often complex, marked by successes and failures, and has followed a very uneven pace. Testing scientific findings and openly discussing the test results have been the key to the remarkable progress that is now accelerating in all domains, in spite of inherent limitations to predictive capacity. Climate change science is now contributing to the foundation of a new interdisciplinary approach to understanding our environment. Consequently, much published research and many notable scientific advances have occurred since the TAR, including advances in the understanding and treatment of uncertainty. Key aspects of recent climate change research are assessed in Chapters 2 through 11 of this report.

# References

Abbot, C.G., 1910: The solar constant of radiation. *Smithsonian Institution Annual Report*, p. 319.

Ackerman, T., and G. Stokes, 2003: The Atmospheric Radiation Measurement Program. *Phys. Today*, **56**, 38–44.

Adkins, J.F., et al., 1998: Deep-sea coral evidence for rapid change in ventilation of the deep North Atlantic 15,400 years ago. *Science*, **280**, 725–728.

Agassiz, L., 1837: Discours d'ouverture sur l'ancienne extension des glaciers. *Société Helvétique des Sciences Naturelles*, Neufchâtel.

Albrecht, B.A., et al., 1995: The Atlantic Stratocumulus Transition Experiment – ASTEX. *Bull. Am. Meteorol. Soc.*, **76**, 889–904.

Alley, R.B., et al., 1993: Abrupt increase in Greenland snow accumulation at the end of the Younger Dryas event. *Nature*, **362**, 527–529.

Arrhenius, S., 1896: On the influence of carbonic acid in the air upon the temperature on the ground, *Philos. Mag.*, **41**, 237–276.

Aßmann, R., 1902: Über die Existenz eines wärmeren Luftstromes in der Höhe von 10 bis 15 km. *Sitzungsbericht der Königlich-Preußischen Akademie der Wissenschaften zu Berlin, Sitzung der physikalisch-mathematischen Klasse vom 1. Mai 1902*, **XXIV**, 1–10.

Balachandran, N.K., and D. Rind, 1995: Modeling the effects of UV-variability and the QBO on the troposphere-stratosphere system. Part I: The middle atmosphere. *J. Clim.*, **8**, 2058–2079.

Barnett, T.P., 1995: Monte Carlo climate forecasting. *J. Clim.*, **8**, 1005–1022.

Barnett, T.P., et al., 1999: Detection and attribution of recent climate change: A status report. *Bull. Am. Meteorol. Soc.*, **80**, 2631–2660.

Barnola, J.-M., D. Raynaud, Y.S. Korotkevich, and C. Lorius, 1987: Vostok ice core provides 160,000-year record of atmospheric $CO_2$. *Nature*, **329**, 408–414.

Battle, M., et al., 1996: Atmospheric gas concentrations over the past century measured in air from firn at South Pole. *Nature*, **383**, 231–235.

Bender, M., et al., 1996: Variability in the O-2/N-2 ratio of southern hemisphere air, 1991-1994: Implications for the carbon cycle. *Global Biogeochem. Cycles*, **1**, 9–21.

Berger, A., M.F. Loutre, and H. Gallée, 1998: Sensitivity of the LLN climate model to the astronomical and $CO_2$ forcings over the last 200 kyr. *Clim. Dyn.*, **14**, 615–629.

Berner, W., H. Oeschger, and B. Stauffer, 1980: Information on the $CO_2$ cycle from ice core studies. *Radiocarbon*, **22**, 227–235.

Berson, A., and R. Süring, 1901: Ein ballonaufstieg bis 10 500m. *Illustrierte Aeronautische Mitteilungen*, Heft 4, 117–119.

Birchfield, G.E., H. Wang, and M. Wyant, 1990: A bimodal climate response controlled by water vapor transport in a coupled ocean-atmosphere box model. *Paleoceanography*, **5**, 383–395.

Bjerknes, J., 1964: Atlantic air-sea interaction. *Adv. Geophys.*, **10**, 1–82.

Bjerknes, J., 1969: Atmospheric teleconnections from the equatorial Pacific. *Mon. Weather Rev.*, **97**, 163–172.

Blake, D.R., et al., 1982: Global increase in atmospheric methane concentrations between 1978 and 1980. *Geophys. Res. Lett.*, **9**, 477–480.

Blunier, T., et al., 1998: Asynchrony of Antarctic and Greenland climate change during the last glacial period. *Nature*, **394**, 739–743.

Bond, G., et al., 1992: Evidence for massive discharges of icebergs into the glacial Northern Atlantic. *Nature*, **360**, 245–249.

Bony, S., K.-M. Lau, and Y.C. Sud, 1997: Sea surface temperature and large-scale circulation influences on tropical greenhouse effect and cloud radiative forcing. *J. Clim.*, **10**, 2055–2077.

Brasseur, G., 1993: The response of the middle atmosphere to long term and short term solar variability: A two dimensional model. *J. Geophys. Res.*, **28**, 23079–23090.

Brazdil, R., 1992: Reconstructions of past climate from historical sources in the Czech lands. In: *Climatic Variations and Forcing Mechanisms of the Last 2000 Years* [Jones, P.D., R.S. Bradley, and J. Jouzel (eds.)]. Springer Verlag, Berlin and Heidelberg, 649 pp.

Brewer, P.G., et al., 1983: A climatic freshening of the deep North Atlantic (north of 50° N) over the past 20 years. *Science*, **222**, 1237–1239.

Broecker, W.S., 1997: Thermohaline circulation, the Achilles heel of our climate system: will man-made $CO_2$ upset the current balance? *Science*, **278**, 1582–1588.

Broecker, W.S., and G.H. Denton, 1989: The role of ocean-atmosphere reorganizations in glacial cycles. *Geochim. Cosmochim. Acta*, **53**, 2465–2501.

Brohan P., et al., 2006: Uncertainty estimates in regional and global observed temperature changes: A new data set from 1850. *J. Geophys. Res.*, **111**, D12106, doi:10.1029/2005JD006548.

Bryan, F., 1986: High-latitude salinity effects and interhemispheric thermohaline circulations. *Nature*, **323**, 301–304.

Bryan, K., 1969: A numerical method for the study of the circulation of the world ocean. *J. Comput. Phys.*, **4**, 347–376.

Bryan, K., and M.J. Spelman, 1985: The ocean's response to a $CO_2$-induced warming. *J. Geophys. Res.*, **90**, 679–688.

Bryan, K., S. Manabe, and R.C. Pacanowski, 1975: A global ocean-atmosphere climate model. Part II. The oceanic circulation. *J. Phys. Oceanogr.*, **5**, 30–46.

Bryson, R.A., and G.J. Dittberner, 1976: A non-equilibrium model of hemispheric mean surface temperature. *J. Atmos. Sci.*, **33**, 2094–2106.

Bryson, R.A., and G.J. Dittberner, 1977: Reply. *J. Atmos. Sci.*, **34**, 1821–1824.

Budyko, M.I., 1969: The effect of solar radiation variations on the climate of the Earth. *Tellus*, **21**, 611–619.

Buys Ballot, C.H.D., 1872: *Suggestions on a Uniform System of Meteorological Observations*. Publication No. 37, Royal Netherlands Meteorological Institute, Utrecht, 56 pp.

Callendar, G.S., 1938: The artificial production of carbon dioxide and its influence on temperature. *Q. J. R. Meteorol. Soc.*, **64**, 223–237.

Callendar, G.S., 1961: Temperature fluctuations and trends over the Earth. *Q. J. R. Meteorol. Soc.*, **87**, 1–12.

Cane, M.A., S.C. Dolan, and S.E. Zebiak, 1986: Experimental forecasts of the El Niño. *Nature*, **321**, 827–832.

Cess, R.D., et al., 1989: Interpretation of cloud-climate feedback as produced by 14 atmospheric general circulation models. *Science*, **245**, 513–516.

Chamberlain, T.C., 1906: On a possible reversal of deep-sea circulation and its influence on geologic climates. *J. Geol.*, **14**, 371–372.

Charlson, R.J., J. Langner, and H. Rodhe, 1990: Sulfur, aerosol, and climate. *Nature*, **22**, 348.

Charney, J.G., et al., 1979: *Carbon Dioxide and Climate: A Scientific Assessment*. National Academy of Sciences, Washington, DC, 22 pp.

Clayton, H.H., 1927: *World Weather Records*. Smithsonian Miscellaneous Collection, Volume 79, Washington, DC, 1196 pp.

Cortijo, E., et al., 1999: Changes in meridional temperature and salinity gradients in the North Atlantic Ocean (30 degrees-72 degrees N) during the last interglacial period. *Paleoceanography*, **14**, 23–33.

Crease, J., 1962: Velocity measurements in the deep water of the western North Atlantic. *J. Geophys. Res.*, **67**, 3173–3176.

Croll, J., 1890: *Climate and Time in Their Geological Relations: A Theory of Secular Changes of the Earth's Climate*, 2nd ed. Appleton, New York, 577 pp.

Cubasch, U., and R. Voss, 2000: The influence of total solar irradiance on climate. *Space Sci. Rev.*, **94**, 185–198.

Cubasch, U., et al., 1990: Processes and modelling. In: *Climate Change: The IPCC Scientific Assessment* [Houghton, J.T., G.J. Jenkins, and J.J. Ephraums (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp 69–91.

Cubasch, U., et al., 1994: Monte Carlo climate change forecasts with a global coupled ocean-atmosphere model. *Clim. Dyn.*, **10**, 1–19.

Cubasch, U., et al., 1997: Simulation with an O-AGCM of the influence of variations of the solar constant on the global climate. *Clim. Dyn.*, **13**, 757–767.

Dansgaard, W., et al., 1984: North Atlantic climatic oscillations revealed by deep Greenland ice cores. In: *Climate Processes and Climate Sensitivity* [Hansen, J.E., and T. Takahashi (eds.)]. American Geophysical Union, Washington, DC, pp. 288–298.

Dansgaard, W., et al., 1993: Evidence for general instability of past climate from a 250-kyr ice-core record. *Nature*, **364**, 218–220.

Del Genio, A.D., M.-S. Yao, W. Kovari, and K.K.-W. Lo, 1996: A prognostic cloud water parameterization for global climate models. *J. Clim.*, **9**, 270–304, doi:10.1175/1520-0442.

Delmas, R.J., J.M. Ascencio, and M. Legrand, 1980: Polar ice evidence that atmospheric $CO_2$ 20,000 yr BP was 50% of present. *Nature*, **284**, 155–157.

deMenocal, P.B., 2001: Cultural responses during the late Holocene. *Science*, **292**, 667–673.

Derwent, R., 1990: *Trace Gases and Their Relative Contribution to the Greenhouse Effect*. Report AERE- R13716, Atomic Energy Research Establishment, Harwell, Oxon, UK. 95 pp.

Dlugokencky, E.J., K.A. Masarie, P.M. Lang, and P.P. Tans, 1998: Continuing decline in the growth rate of the atmospheric methane burden. *Nature*, **393**, 447–450.

Dove, H.W., 1852: Über die geographische Verbreitung gleichartiger Witterungserscheinungen (Über die nichtperiodischen Änderungen der Temperaturverteilung auf der Oberfläche der Erde). *Abh. Akad. Wiss. Berlin*, V Teil, **42**, 3–4.

Dozier, J., S.R. Schneider, and D.F. McGinnis Jr., 1981: Effect of grain size and snowpack water equivalence on visible and near-infrared satellite observations of snow. *Water Resour. Res.*, **17**, 1213–1221.

Dunbar, R.B., and G.M. Wellington, 1981: Stable isotopes in a branching coral monitor seasonal temperature variation. *Nature*, **298**, 453–455.

Eddy, J.A., 1976: The Maunder Minimum. *Science*, **192**, 1189–1202

Emiliani, C., 1955: Pleistocene temperatures. *J. Geol.*, **63**, 538–578.

Emiliani, C., 1969: Interglacials, high sea levels and the control of Greenland ice by the precession of the equinoxes. *Science*, **166**, 1503–1504.

Etheridge, D.M., et al., 1996: Natural and anthropogenic changes in atmospheric $CO_2$ over the last 1000 years from air in Antarctic ice and firn. *J. Geophys. Res.*, **101**, 4115–4128.

Ewing, M., and W.L. Donn, 1956: A theory of ice ages. *Science*, **123**, 1061–1065.

Exner, F.M., 1913: Übermonatliche Witterungsanomalien auf der nördlichen Erdhälfte im Winter. *Sitzungsberichte d. Kaiserl, Akad. der Wissenschaften*, **122**, 1165–1241.

Exner, F.M., 1924: Monatliche Luftdruck- und Temperaturanomalien auf der Erde. *Sitzungsberichte d. Kaiserl, Akad. der Wissenschaften*, **133**, 307–408.

Fleming, J.R., 1998: *Historical Perspectives on Climate Change*. Oxford University Press, New York, 208pp.

Flückiger, J., et al., 1999: Variations in atmospheric $N_2O$ concentration during abrupt climatic changes. *Science*, **285**, 227–230.

Folland, C.K., and D.E. Parker, 1995: Correction of instrumental biases in historical sea surface temperature data. *Q. J. R. Meteorol. Soc.*, **121**, 319–367.

Foukal, P.V., P.E. Mack, and J.E. Vernazza, 1977: The effect of sunspots and faculae on the solar constant. *Astrophys. J.*, **215**, 952-959.

Francey, R.J., and G.D. Farquhar, 1982: An explanation of C-13/C-12 variations in tree rings. *Nature*, **297**, 28–31.

Fraser, P.J., M.A.K. Khalil, R.A. Rasmussen, and A.J. Crawford, 1981: Trends of atmospheric methane in the southern hemisphere. *Geophys. Res. Lett.*, **8**, 1063–1066.

Fritts, H.C., 1962: An approach to dendroclimatology: screening by means of multiple regression techniques. *J. Geophys. Res.*, **67**, 1413–1420.

Gates, W.L., et al., 1996: Climate models – evaluation. In: *Climate 1995: The Science of Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 229–284.

Gates, W.L., et al., 1999: An overview of the results of the Atmospheric Model Intercomparison Project (AMIP I). *Bull. Am. Meteorol. Soc.*, **80**, 29–55.

Geerts, B., 1999: Trends in atmospheric science journals. *Bull. Am. Meteorol. Soc.*, **80**, 639–652.

Grootes, P.M., et al., 1993: Comparison of oxygen isotope records from the GISP2 and GRIP Greenland ice cores. *Nature*, **366**, 552–554.

Ghil, M., 1989: Deceptively-simple models of climatic change. In: *Climate and Geo-Sciences* [Berger, A., J.-C. Duplessy, and S.H. Schneider (eds.)]. D. Reidel, Dordrecht, Netherlands and Hingham, MA, pp. 211–240.

Graedel, T.E., and J.E. McRae, 1980: On the possible increase of atmospheric methane and carbon monoxide concentrations during the last decade. *Geophys. Res. Lett.*, **7**, 977–979.

Gwynne, P., 1975: The cooling world. *Newsweek*, April 28, 64.

Haigh, J., 1996: The impact of solar variability on climate. *Science*, **272**, 981–985.

Hansen, J., and S. Lebedeff, 1987: Global trends of measured surface air temperature. *J. Geophys. Res.*, **92**, 13345–13372.

Hansen, J., A. Lacis, R. Ruedy, and M. Sato, 1992: Potential climate impact of Mount-Pinatubo eruption. *Geophys. Res. Lett.*, **19**, 215–218.

Hansen, J., et al., 1981: Climate impact of increasing atmospheric carbon dioxide. *Science*, **213**, 957–966.

Hansen, J., et al., 1984: Climate sensitivity: Analysis of feedback mechanisms. In: *Climate Processes and Climate Sensitivity* [Hansen, J.E., and T. Takahashi (eds.)]. Geophysical Monograph 29, American Geophysical Union, Washington, DC, pp. 130–163.

Hansen, J., et al., 2001: A closer look at United States and global surface temperature change. *J. Geophys. Res.*, **106**, 23947–23963.

Harriss, R., K. Bartlett, S. Frolking, and P. Crill, 1993: Methane emissions from northern high-latitude wetlands. In: *Biogeochemistry of Global Change* [Oremland, R.S. (ed.)]. Chapman & Hall, New York, pp. 449–486.

Hasselmann, K., 1997: Multi-pattern fingerprint method for detection and attribution of climate change. *Clim. Dyn.*, **13**, 601–612.

Hawking, S., 1988: *A Brief History of Time*. Bantam Press, New York, 224 pp.

Hays, J.D., J. Imbrie, and N.J. Shackleton, 1976: Variations in the Earth's orbit: Pace-maker of the ice ages. *Science*, **194**, 1121–1132.

Hegerl, G.C., et al., 1996: Detecting greenhouse-gas-induced climate change with an optimal fingerprint method. *J. Clim.*, **9**, 2281–2306.

Hegerl, G.C., et al., 1997: Multi-fingerprint detection and attribution of greenhouse-gas- and aerosol-forced climate change. *Clim. Dyn.*, **13**, 613–634.

Hegerl, G.C., et al., 2000: Optimal detection and attribution of climate change: Sensitivity of results to climate model differences. *Clim. Dyn.*, **16**, 737–754.

Held, I.M., 2005: The gap between simulation and understanding in climate modelling. *Bull. Am. Meteorol. Soc.*, **86**, 1609–1614.

Herschel, W., 1801: Observations tending to investigate the nature of the sun, in order to find the causes or symptoms of its variable emission of light and heat. *Philos. Trans. R. Soc. London*, **91**, 265-318.

Hickey, J.R., et al., 1980: Initial solar irradiance determinations from Nimbus 7 cavity radiometer measurements. *Science*, **208**, 281–283.

Hildebrandsson, H.H., 1897: Quelques recherches sur les centres d'action de l'atmosphère. *Svenska Vet. Akad. Handlingar*, 36 pp.

Holton, J.R., 1992: *An Introduction to Dynamic Meteorology*, 3rd ed. Volume 48 of International Geophysics Series. Academic Press, San Diego, 511 pp.

Hoyt, D.V., and K.H. Schatten, 1993: A discussion of plausible solar irradiance variations 1700-1992. *J. Geophys. Res.*, **98**, 18895–18906

Hoyt, D.V., and K.H. Schatten, 1997: *The Role of the Sun in Climate Change*. Oxford University Press, Oxford, 279 pp.

Hoyt, D.V., K.H. Schatten, and E. Nesmes-Ribes, 1994: The hundredth year of Rudolf Wolf's death: Do we have the correct reconstruction of solar activity? *Geophys. Res. Lett.*, **21**, 2067–2070.

Hurrell, J.W., 1995: Decadal trends in the North Atlantic Oscillation: Regional temperatures and precipitation. *Science*, **269**, 676–679.

Imbrie, J., and K.P. Imbrie, 1979: *Ice Ages: Solving the Mystery*. Harvard University Press, Cambridge, 224pp.

Indermühle, A., et al., 1999: Holocene carbon-cycle dynamics based on $CO_2$ trapped in ice at Taylor Dome, Antarctica. *Nature*, **398**, 121–126.

IPCC, 1990: *Climate Change: The IPCC Scientific Assessment* [Houghton, J.T., G.J. Jenkins, and J.J. Ephraums (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 365 pp.

IPCC, 1992: *Climate Change 1992: The Supplementary Report to the IPCC Scientific Assessment* [Houghton, J.T., B.A. Callander, and S.K. Varney (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 200 pp.

IPCC, 1995: *Climate Change 1994: Radiative Forcing of Climate Change and an Evaluation of the IPCC IS92 Emission Scenarios* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 339 pp.

IPCC, 1996: *Climate Change 1995: The Science of Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 572 pp.

IPCC, 1999: *Special Report on Aviation and the Global Atmosphere* [Penner, J.E., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 373 pp.

IPCC, 2001a: *Climate Change 2001: The Scientific Basis. Contribution of Working Group I to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 881 pp.

IPCC, 2001b: *Climate Change 2001: Synthesis Report. A contribution of Working Groups I, II, and III to the Third Assessment Report of the Intergovernmental Panel on Climate Change* [Watson, R.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, 398 pp.

Jacob, D.J., et al., 1997: Evaluation and intercomparison of global atmospheric transport models using $^{222}Rn$ and other short-lived tracers. *J. Geophys. Res.*, **102**, 5953–5970.

Johnsen, S.J., et al., 1992: Irregular glacial interstadials recorded in a new Greenland ice core. *Nature*, **359**, 311–313.

Jones, P.D., S.C.B. Raper, and T.M.L. Wigley, 1986a: Southern Hemisphere surface air temperature variations: 1851-1984. *J. Appl. Meteorol.*, **25**, 1213–1230.

Jones, P.D., et al., 1986b: Northern Hemisphere surface air temperature variations: 1851-1984. *J. Clim. Appl. Meteorol.*, **25**, 161–179.

Jones, P.D., et al., 1990: Assessment of urbanization effects in time series of surface air temperature over land. *Nature*, **347**, 169–172.

Jouzel, J., et al., 1987: Vostok ice core: a continuous isotope temperature record over the last climatic cycle (160,000 years). *Nature*, **329**, 402–408.

Jouzel, J., et al., 1993: Extending the Vostok ice-core record of palaeoclimate to the penultimate glacial period. *Nature*, **364**, 407–412.

Karl, T.R., H.F. Diaz, and G. Kukla, 1988: Urbanization: Its detection and effect in the United States climate record. *J. Clim.*, **1**, 1099–1123.

Keeling, C.D., 1961: The concentration and isotopic abundances of carbon dioxide in rural and marine air. *Geochim. Cosmochim. Acta*, **24**, 277–298.

Keeling, C.D., 1998: Rewards and penalties of monitoring the Earth. *Annu. Rev. Energy Environ.*, **23**, 25–82.

Keeling, R.F., and S.R. Shertz, 1992: Seasonal and interannual variations in atmospheric oxygen and implications for the global carbon-cycle. *Nature*, **358**, 723–727.

Kessler, E., 1969: *On the Distribution and Continuity of Water Substance in Atmospheric Circulation*. Meteorological Monograph Series, Vol. 10, No. 32, American Meteorological Society, Boston, MA, 84 pp.

Khalil, M.A.K., and R.A. Rasmussen, 1988: Nitrous oxide: Trends and global mass balance over the last 3000 years. *Ann. Glaciol.*, **10**, 73–79.

Kiehl, J., and K. Trenberth, 1997: Earth's annual global mean energy budget. *Bull. Am. Meteorol. Soc.*, **78**, 197–206.

Kington, J., 1988: *The Weather of the 1780s over Europe*. Cambridge University Press, Cambridge, UK, 164 pp.

Köppen, W., 1873: Über mehrjährige Perioden der Witterung, insbesondere über die 11-jährige Periode der Temperatur. *Zeitschrift der Österreichischen Gesellschaft für Meteorologie*, **Bd VIII**, 241–248 and 257–267.

Köppen, W., 1880: Kleinere Mittheilungen (Conferenz des permanenten internationalen Meteorologen-Comité's). *Zeitschrift der Österreichischen Gesellschaft für Meteorologie*, **Bd XV**, 278–283.

Köppen, W., 1881: Über mehrjährige Perioden der Witterung – III. Mehrjährige Änderungen der Temperatur 1841 bis 1875 in den Tropen der nördlichen und südlichen gemässigten Zone, an den Jahresmitteln. untersucht. *Zeitschrift der Österreichischen Gesellschaft für Meteorologie*, **Bd XVI**, 141–150.

Kuhn, T.S., 1996: *The Structure of Scientific Revolutions*, 3rd edition. University of Chicago Press, Chicago, 226 pp.

Kvenvolden, K.A., 1988: Methane hydrate – a major reservoir of carbon in the shallow geosphere? *Chem. Geol.*, **71**, 41–51.

Kvenvolden, K.A., 1993: Gas hydrates – geological perspective and global change. *Rev. Geophys.*, **31**, 173–187.

Labitzke, K., and H. van Loon, 1997: The signal of the 11-year sunspot cycle in the upper troposphere-lower stratosphere. *Space Sci. Rev.*, **80**, 393–410.

Lacis, A.A., D.J. Wuebbles, and J.A. Logan, 1990: Radiative forcing of climate by changes in the vertical distribution of ozone. *J. Geophys. Res.*, **95**, 9971–9981.

Lamb, H.H., 1969: The new look of climatology. *Nature*, **223**, 1209–1215.

Landsberg, H.E., and J.M. Mitchell Jr., 1961: Temperature fluctuations and trends over the Earth. *Q. J. R. Meteorol. Soc.*, **87**, 435–436.

Langenfelds, R.L., et al., 1996: The Cape Grim Air Archive: The first seventeen years. In: *Baseline Atmospheric Program Australia, 1994-95* [Francey, R.J., A.L. Dick, and N. Derek (eds.)]. Bureau of Meteorology and CSIRO Division of Atmospheric Research, Melbourne, Australia, pp. 53–70.

Langley, S.P., 1876: Measurement of the direct effect of sun-spots on terrestrial climates. *Mon. Not. R. Astron. Soc.*, **37**, 5–11.

Langley, S.P., 1884: *Researches on the Solar Heat and its Absorption by the Earth's Atmosphere. A Report of the Mount Whitney Expedition.* Signal Service Professional Paper 15, Washington, DC.

Lazier, J.R.N., 1995: The salinity decrease in the Labrador Sea over the past thirty years. In: *Natural Climate Variability on Decade-to-Century Time Scales* [Martinson, D.G., et al. (eds.)]. National Academy Press, Washington, DC, pp. 295–302.

Le Treut, H., and Z.-X. Li, 1988: Using meteosat data to validate a prognostic cloud generation scheme. *Atmos. Res.*, **21**, 273–292.

Le Treut, H., and Z.-X. Li, 1991: Sensitivity of an atmospheric general circulation model to prescribed SST changes: feedback effects associated with the simulation of cloud optical properties. *Clim. Dyn.*, **5**, 175–187.

Lean, J., 1997: The sun's variable radiation and its relevance to Earth. *Annu. Rev. Astron. Astrophys.*, **35**, 33–67.

Lean, J., and D. Rind, 1998: Climate forcing by changing solar radiation. *J. Clim.*, **11**, 3069–3093.

Lean, J., J. Beer, and R. Bradley, 1995: Reconstruction of solar irradiance since 1610: Implications for climate change. *Geophys. Res. Lett.*, **22**, 3195–3198.

Levitus, S., J. Antonov, and T. Boyer, 1994: Interannual variability of temperature at a depth of 125 m in the North Atlantic Ocean. *Science*, **266**, 96–99.

Lockyer, N., and W.J.S. Lockyer, 1902: On some phenomena which suggest a short period of solar and meteorological changes. *Proc. R. Soc. London*, **70**, 500–504.

London, J., 1957: *A Study of Atmospheric Heat Balance*. Final Report, Contract AF 19(122)-165, AFCRC-TR57-287, College of Engineering, New York University, New York, NY. 99 pp.

Lorenz, E.N., 1963: Deterministic nonperiodic flow. *J. Atmos. Sci.*, **20**, 130–141.

Lorenz, E.N., 1967: *On the Nature and Theory of the General Circulation of the Atmosphere*. Publication No. 218, World Meteorological Association, Geneva, 161 pp.

Lorenz, E.N., 1975: The physical bases of climate and climate modelling. In: *Climate Predictability*. GARP Publication Series 16, World Meteorological Association, Geneva, pp. 132–136.

Lovelock, J.E., 1971: Atmospheric fluorine compounds as indicators of air movements. *Nature*, **230**, 379–381.

Luterbacher, J., et al., 1999: Reconstruction of monthly NAO and EU indices back to AD 1675. *Geophys. Res. Lett.*, **26**, 2745–2748.

MacDonald, G.J., 1990: Role of methane clathrates in past and future climates. *Clim. Change*, **16**, 247–281.

Machida, T., et al., 1995: Increase in the atmospheric nitrous oxide concentration during the last 250 years. *Geophys. Res. Lett.*, **22**, 2921–2924.

Madden, R.A., and V. Ramanathan, 1980: Detecting climate change due to increasing carbon dioxide. *Science*, **209**, 763–768.

Manabe, S., and K. Bryan, 1969: Climate calculations with a combined ocean-atmosphere model. *J. Atmos. Sci.*, **26**, 786–789.

Manabe, S., and R.T. Wetherald, 1975: The effects of doubling the $CO_2$ concentration on the climate of a general circulation model. *J. Atmos. Sci.*, **32**, 3–15.

Manabe, S., and R.J. Stouffer, 1988: Two stable equilibria of a coupled ocean-atmosphere model. *J. Clim.*, **1**, 841–866.

Manabe, S., K. Bryan, and M.J. Spelman, 1975: A global ocean-atmosphere climate model. Part I. The atmospheric circulation. *J. Phys. Oceanogr.*, **5**, 3–29.

Mann, M.E., R.S. Bradley, and M.K. Hughes, 1998: Global-scale temperature patterns and climate forcing over the past six centuries. *Nature*, **392**, 779–787.

McAvaney, B.J., et al., 2001: Model evaluation. In: *Climate Change 2001: The Scientific Basis* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 471–521.

McPhaden, M.J., et al., 1998: The Tropical Ocean – Global Atmosphere (TOGA) observing system: a decade of progress. *J. Geophys. Res.*, **103**(C7), 14169–14240.

Mercer, J.H., 1968: Antarctic ice and Sangamon sea level. *Int. Assoc. Sci. Hydrol. Symp.*, **79**, 217–225.

Mercer, J.H., 1978: West Antarctic ice sheet and $CO_2$ greenhouse effect: a threat of disaster. *Nature*, **271**, 321–325.

Milankovitch, M., 1941: *Kanon der Erdbestrahlungen und seine Anwendung auf das Eiszeitenproblem*. Belgrade. English translation by Pantic, N., 1998: *Canon of Insolation and the Ice Age Problem*. Alven Global, 636 pp.

Mitchell, J.M. Jr., 1963: On the world-wide pattern of secular temperature change. In: *Changes of Climate. Proceedings of the Rome Symposium Organized by UNESCO and the World Meteorological Organization, 1961.* Arid Zone Research Series No. 20, UNESCO, Paris, pp. 161–181.

Montzka, S. A., et al., 1999: Present and future trends in the atmospheric burden of ozone-depleting halogens. *Nature*, **398**, 690–694.

Moss, R., and S. Schneider, 2000: Uncertainties. In: *Guidance Papers on the Cross Cutting Issues of the Third Assessment Report of the IPCC* [Pachauri, R., T. Taniguchi, and K. Tanaka (eds.)]. Intergovernmental Panel on Climate Change, Geneva, pp. 33-51.

National Climatic Data Center, 2002: *Data Documentation for Data Set 9645 World Weather Records – NCAR Surface (World Monthly Surface Station Climatology)*. U.S. Department of Commerce, NOAA, National Climatic Data Center, Asheville, NC, 17 pp.

National Climatic Data Center, 2005: *World Meteorological Organization, World Weather Records, 1991-2000, Volumes I-VI*. U.S. Department of Commerce, NOAA, National Climatic Data Center, Asheville, NC, CD-ROM format.

Neftel, A., E. Moor, H. Oeschger, and B. Stauffer, 1985: Evidence from polar ice cores for the increase in atmospheric $CO_2$ in the past 2 centuries. *Nature*, **315**, 45–47.

Neftel, A., et al., 1982: Ice core sample measurements give atmospheric $CO_2$ content during the past 40,000 Yr. *Nature*, **295**, 220–223.

Newton, I., 1675: Letter to Robert Hooke, February 5, 1675. In: Andrews, R., 1993: *The Columbia Dictionary of Quotations*. Columbia University Press, New York, 1090 pp.

Oeschger, H., et al., 1984: Late glacial climate history from ice cores. In: *Climate Processes and Climate Sensitivity* [Hansen, J.E., and T. Takahashi (eds.)]. American Geophysical Union, Washington, DC, pp. 299–306.

Olson, J., et al., 1997: Results from the Intergovernmental Panel on Climatic Change Photochemical Model Intercomparison (PhotoComp). *J. Geophys. Res.*, **102**(D5), 5979–5991.

Oort, A.H., and T.H. Vonder Haar, 1976: On the observed annual cycle in the ocean-atmosphere heat balance over the Northern Hemisphere. *J. Phys. Oceanogr.*, **6**, 781–800.

Parkinson, C.L., et al., 1987: *Arctic Sea Ice, 1973-1976: Satellite Passive-Microwave Observations*. NASA SP-489, National Aeronautics and Space Administration, Washington, DC, 296 pp.

Penner, J., R. Dickinson, and C. O'Neill, 1992: Effects of aerosol from biomass burning on the global radiation budget. *Science*, **256**, 1432–1434.

Peterson, T.C., et al., 1998: Homogeneity adjustments of in situ atmospheric climate data: A review. *Int. J. Climatol.*, **18**, 1493–1517.

Peterson, T.C., et al., 1999: Global rural temperature trends. *Geophys. Res. Lett.*, **26**, 329–332.

Petit, J.R., et al., 1999: Climate and atmospheric history of the past 420,000 years from the Vostok ice core, Antarctica. *Nature*, **399**, 429–436.

Pfister, C., 1992: Monthly temperature and precipitation in central Europe 1525-1979: quantifying documentary evidence on weather and its effects. In: *Climatic Variations and Forcing Mechanisms of the Last 2000 Years*. [Jones, P.D., R.S. Bradley, and J. Jouzel (eds.)]. Springer Verlag, Berlin and Heidelberg, 649 pp.

Pierrehumbert, R.T., 1995: Thermostats, radiator fins, and the local runaway greenhouse. *J. Atmos. Sci.*, **52**, 1784–1806.

Popper, K.R., 1934: *The Logic of Scientific Discovery*. English edition: Routledge, London (1992), 544 pp.

Prather, M., 1994: Lifetimes and eigenstates in atmospheric chemistry. *Geophys. Res. Lett.*, **21**, 801–804.

Prinn, R.G., et al., 2000: A history of chemically and radiatively important gases in air deduced from ALE/GAGE/AGAGE. *J. Geophys. Res.*, **105**, 17751–17792.

Pyle, J., et al., 1996: *Global Tracer Transport Models: Report of a Scientific Symposium, Bermuda, 10-13 Dec. 1990*. WCRP CAS/JSC Report No. 24 (World Meteorological Organization, TD-No.770, Geneva, Switzerland), 186 pp.

Quetelet, A., 1854: Rapport de la Conférence, tenue à Bruxelles, sur l'invitation du gouvernement des Etats-Unis d'Amérique, à l'effet de s'entendre sur un système uniform d'observations météorologiques à la mer. *Annuaire de l'Observatoire Royal de Belgique*, **21**, 155–167.

Ramanathan, V., 1975: Greenhouse effect due to chlorofluorocarbons: Climatic implications. *Science*, **190**, 50–52.

Ramstein, G., et al., 1998: Cloud processes associated with past and future climate changes, *Clim. Dyn.*, **14**, 233–247.

Randall, D.A., K.-M. Xu, R.C.J. Somerville, and S. Iacobellis, 1996: Single-column models and cloud ensemble models as links between observations and climate models. *J. Clim.*, **9**, 1683–1697.

Rasch, P.J., 2000: A comparison of scavenging and deposition processes in global models: results from the WCRP Cambridge Workshop of 1995. *Tellus*, **52B**, 1025–1056.

Reid, G.C., 1991: Solar irradiance variations and the global sea surface temperature record. *J. Geophys. Res.*, **96**, 2835–2844.

Revelle, R., and H.E. Suess, 1957: Carbon dioxide exchange between atmosphere and ocean and the question of an increase of atmospheric $CO_2$ during the past decades. *Tellus*, **9**, 18–27.

Reynolds, R.W., and T.M. Smith, 1994: Improved global sea surface temperature analyses using optimum interpolation. *J. Clim.*, **7**, 929–948.

Robock, A., 1982: The Russian surface temperature data set. *J. Appl. Meteorol.*, **21**, 1781–1785.

Roeckner, E., U. Schlese, J. Biercamp, and P. Loewe, 1987: Cloud optical depth feedbacks and climate modelling. *Nature*, **329**, 138–140.

Rossow, W.B., and R.A. Schiffer, 1991: ISCCP cloud data products. *Bull. Am. Meteorol. Soc.*, **72**, 2–20.

Rumford, B., Count, 1800: Essay VII. The propagation of heat in fluids. In: *Essays, Political, Economical, and Philosophical, A New Edition*. T. Cadell, Jr., and W. Davies. London, pp. 197–386. Also in: *Collected Works of Count Rumford, 1, The Nature of Heat* [Brown, S.C. (ed.)]. Harvard University Press, Cambridge, MA (1968), pp. 117–285.

Santer, B.D., J.S. Boyle, and D.E. Parker, 1996a: Human effect on global climate? Reply. *Nature*, **384**, 524.

Santer, B.D., T.M.L. Wigley, T.P. Barnett, and E. Anyamba, 1996b: Detection of climate change, and attribution of causes. In: *Climate Change 1995: The Science of Climate Change* [Houghton, J.T., et al. (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA, pp. 407–443.

Santer, B.D., et al., 1995: Towards the detection and attribution of an anthropogenic effect on climate. *Clim. Dyn.*, **12**, 77–100.

Santer, B.D., et al., 1996c: A search for human influences on the thermal structure of the atmosphere. *Nature*, **382**, 39–46.

Sausen, R., K. Barthel, and K. Hasselmann, 1988: Coupled ocean-atmosphere models with flux correction. *Clim. Dyn.*, **2**, 145–163.

Schellnhuber, H.J., et al. (eds.), 2004: *Earth System Analysis for Sustainability*. MIT Press, Cambridge, MA, 352 pp.

Schlesinger, M.E., and J.F.B. Mitchell, 1987: Climate model simulations of the equilibrium climatic response to increased carbon-dioxide. *Rev. Geophys.*, **25**, 760–798.

Schwabe, S.H., 1844: Sonnen-Beobachtungen im Jahre 1843. *Astronomische Nachrichten*, **21**, 233.

Sellers, W.D., 1969: A climate model based on the energy balance of the Earth-atmosphere system. *J. Appl. Meteorol.*, **8**, 392–400.

Senior, C.A., and J.F.B. Mitchell, 1993: Carbon dioxide and climate: the impact of cloud parameterization. *J. Clim.*, **6**, 393–418.

Severinghaus, J.P., and E.J. Brook, 1999: Abrupt climate change at the end of the last glacial period inferred from trapped air in polar ice. *Science*, **286**, 930–934.

Shackleton, N., 1967: Oxygen isotope analyses and Pleistocene temperatures reassessed. *Nature*, **215**, 15–17.

Shackleton, N.J., M.A. Hall, and E. Vincent, 2000: Phase relationships between millennial-scale events 64,000–24,000 years ago. *Paleoceanography*, **15**, 565–569.

Slingo, J., 1987: The development and verification of a cloud prediction scheme for the ECMWF model. *Q. J. R. Meteorol. Soc.*, **113**, 899–927.

Somerville, R.C.J., 2000: Using single-column models to improve cloud-radiation parameterizations. In: *General Circulation Model Development: Past, Present and Future* [Randall, D.A. (ed.)]. Academic Press, San Diego and London, pp. 641–657.

Stanhill, G., 2001: The growth of climate change science: A scientometric study. *Clim. Change*, **48**, 515–524.

Steele, L.P., et al., 1996: Atmospheric methane, carbon dioxide, carbon monoxide, hydrogen, and nitrous oxide from Cape Grim air samples analysed by gas chromatography. In: *Baseline Atmospheric Program Australia, 1994-95* [Francey, R.J., A.L. Dick, and N. Derek (eds.)]. Bureau of Meteorology and CSIRO Division of Atmospheric Research, Melbourne, Australia, pp. 107–110.

Stephenson, D.B., H. Wanner, S. Brönnimann, and J. Luterbacher, 2003: The history of scientific research on the North Atlantic Oscillation. In: *The North Atlantic Oscillation: Climatic Significance and Environmental Impact* [Hurrell, J.W., et al. (eds.)]. Geophysical Monograph 134, American Geophysical Union, Washington, DC, doi:10.1029/134GM02.

Stocker, T.F., 1998: The seesaw effect. *Science*, **282**, 61–62.

Stommel, H., 1961: Thermohaline convection with two stable regimes of flow. *Tellus*, **13**, 224–230.

Stott, P.A., et al., 2000: External control of 20th century temperature by natural and anthropogenic forcings. *Science*, **290**, 2133–2137.

Stouffer, R.J., S. Manabe, and K.Y. Vinnikov, 1994: Model assessment of the role of natural variability in recent global warming. *Nature*, **367**, 634–636.

Stowe, L., et al., 1988: Nimbus-7 global cloud climatology. Part I: Algorithms and validation. *J. Clim.*, **1**, 445–470.

Sundqvist, H., 1978: A parametrization scheme for non-convective condensation including prediction of cloud water content. *Q. J. R. Meteorol. Soc.*, **104**, 677–690.

Susskind, J., D. Reuter, and M.T. Chahine, 1987: Clouds fields retrieved from HIRS/MSU data. *J. Geophys. Res.*, **92**, 4035–4050.

Sutton, R., and M. Allen, 1997: Decadal predictability of North Atlantic sea surface temperature and climate. *Nature*, **388**, 563–567.

Taylor, K.E., 2001: Summarizing multiple aspects of model performance in a single diagram. *J. Geophys. Res.*, **106**, 7183–7192.

Teisserenc de Bort, L.P., 1902: Variations de la température de l'air libre dans la zona comprise entre 8km et 13km d'altitude. *Comptes Rendus de l'Acad. Sci. Paris*, **134**, 987–989.

Tett, S.F.B., et al., 1999: Causes of twentieth century temperature change. *Nature*, **399**, 569–572.

Trenberth, K. (ed.), 1993: *Climate System Modeling*. Cambridge University Press, Cambridge, UK, 818 pp.

Tselioudis, G., and W.B. Rossow, 1994: Global, multiyear variations of optical thickness with temperature in low and cirrus clouds. *Geophys. Res. Lett.*, **21**, 2211–2214, doi:10.1029/94GL02004.

Twomey, S., 1977: Influence of pollution on shortwave albedo of clouds. *J. Atmos. Sci.*, **34**, 1149–1152.

Tyndall, J., 1861: On the absorption and radiation of heat by gases and vapours, and on the physical connection, *Philos. Mag.*, **22**, 277–302.

Van den Dool, H.M., H.J Krijnen, and C.J.E. Schuurmans, 1978: Average winter temperatures at de Bilt (the Netherlands): 1634-1977. *Clim. Change*, **1**, 319–330.

Van Loon, H., and J. C. Rogers, 1978: The seesaw in winter temperatures between Greenland and northern Europe. Part 1: General descriptions. *Mon. Weather Rev.*, **106**, 296–310.

Van Loon, H., and K. Labitzke, 2000: The influence of the 11-year solar cycle on the stratosphere below 30 km: A review. *Space Sci. Rev.*, **94**, 259–278.

Vonder Haar, T.H., and V.E. Suomi, 1971: Measurements of the Earth's radiation budget from satellites during a five-year period. Part 1: Extended time and space means. *J. Atmos. Sci.*, **28**, 305–314.

Walker, G.T., 1924: Correlation in seasonal variation of weather. *IX Mem. Ind. Met. Dept.*, **25**, 275–332.

Walker, G.T., 1928: World weather: III. *Mem. Roy. Meteorol. Soc.*, **2**, 97–106.

Wallace, J.M., and D.S. Gutzler, 1981: Teleconnections in the geopotential height field during the Northern Hemisphere winter. *Mon. Weather Rev.*, **109**, 784–812.

Wallis, I., and I. Beale, 1669: Some observations concerning the baroscope and thermoscope, made and communicated by Doctor I. Wallis at Oxford, and Dr. I Beale at Yeovil in Somerset, deliver'd here according to the several dates, when they were imparted. Dr. Beale in those letters of his dated Decemb.18. Decemb. 29. 1669. and Januar. 3. 1670. *Philosophical Transactions (1665-1678)*, **4**, 1113–1120.

Wang, W.C., et al., 1976: Greenhouse effects due to man-made perturbations of trace gases. *Science*, **194**, 685–690.

Wanner, H., et al., 1995: Wintertime European circulation patterns during the late maunder minimum cooling period (1675-1704). *Theor. Appl. Climatol.*, **51**, 167–175.

Warren, B.A., 1981: Deep circulation of the World Ocean. In: *Evolution of Physical Oceanography* [Warren, B.A., and C. Wunsch (eds.)]. MIT Press, Cambridge, MA, pp. 6–41.

Warren, S.G., et al., 1986: *Global Distribution of Total Cloud Cover and Cloud Type Amounts Over Land*. DOE/ER/60085-H1, NCAR/TN-273 + STR, National Center for Atmospheric Research, Boulder, CO.

Warren, S.G., et al., 1988: *Global Distribution of Total Cloud Cover and Cloud Type Amounts Over the Ocean*. DOE/ER-0406, NCAR/FN-317 + STR, National Center for Atmospheric Research, Boulder, CO.

Weart, S., 2003: *The Discovery of Global Warming*. Harvard University Press, Cambridge, MA, 240 pp.

Weber, J.N., and P.M.J. Woodhead, 1972: Temperature dependence of oxygen-18 concentration in reef coral carbonates. *J. Geophys. Res.*, **77**, 463–473.

Webster, P.J., and R. Lukas, 1992: TOGA-COARE: The coupled ocean-atmosphere response experiment. *Bull. Am. Meteorol. Soc.*, **73**, 1377–1416.

Weiss, R.F., 1981: The temporal and spatial distribution of tropospheric nitrous oxide. *J. Geophys. Res.*, **86**, 7185–7195.

Wetherald, R.T., and S. Manabe, 1975: The effects of changing solar constant on the climate of a general circulation model. *J. Atmos. Sci.*, **32**, 2044–2059.

Wigley, T.M.L., and S.C.B. Raper, 1990: Natural variability of the climate system and detection of the greenhouse effect. *Nature*, **344**, 324–327.

Willett, H.C., 1950: Temperature trends of the past century. In: *Centenary Proceedings of the Royal Meteorological Society*. Royal Meteorological Society, London. pp. 195–206.

Willson, R.C., C.H. Duncan, and J. Geist, 1980: Direct measurements of solar luminosity variation. *Science*, **207**, 177–179.

Worley, S.J., et al., 2005: ICOADS release 2.1 data and products. *Int. J. Climatol.*, **25**, 823–842.

Woronko, S.F., 1977: Comments on "a non-equilibrium model of hemispheric mean surface temperature". *J. Atmos. Sci.*, **34**, 1820–1821.

Wunsch, C., 1978: The North Atlantic general circulation west of 50°W determined by inverse methods. *Rev. Geophys. Space Phys.*, **16**, 583–620.

Wyrtki, K., 1975: El Niño – the dynamic response of the equatorial Pacific Ocean to atmospheric forcing. *J. Phys. Oceanogr.*, **5**, 572–584.

Zebiak, S.E., and M.A. Cane, 1987: A model El Nino-Southern Oscillation. *Mon. Weather Rev.*, **115**, 2262–2278.

Zhu, K., 1973: A preliminary study on the climate changes since the last 5000 years in China. *Science in China*, **2**, 168–189.

# 2

# Changes in Atmospheric Constituents and in Radiative Forcing

## Coordinating Lead Authors:

Piers Forster (UK), Venkatachalam Ramaswamy (USA)

## Lead Authors:

Paulo Artaxo (Brazil), Terje Berntsen (Norway), Richard Betts (UK), David W. Fahey (USA), James Haywood (UK), Judith Lean (USA), David C. Lowe (New Zealand), Gunnar Myhre (Norway), John Nganga (Kenya), Ronald Prinn (USA, New Zealand), Graciela Raga (Mexico, Argentina), Michael Schulz (France, Germany), Robert Van Dorland (Netherlands)

## Contributing Authors:

G. Bodeker (New Zealand), O. Boucher (UK, France), W.D. Collins (USA), T.J. Conway (USA), E. Dlugokencky (USA), J.W. Elkins (USA), D. Etheridge (Australia), P. Foukal (USA), P. Fraser (Australia), M. Geller (USA), F. Joos (Switzerland), C.D. Keeling (USA), R. Keeling (USA), S. Kinne (Germany), K. Lassey (New Zealand), U. Lohmann (Switzerland), A.C. Manning (UK, New Zealand), S. Montzka (USA), D. Oram (UK), K. O'Shaughnessy (New Zealand), S. Piper (USA), G.-K. Plattner (Switzerland), M. Ponater (Germany), N. Ramankutty (USA, India), G. Reid (USA), D. Rind (USA), K. Rosenlof (USA), R. Sausen (Germany), D. Schwarzkopf (USA), S.K. Solanki (Germany, Switzerland), G. Stenchikov (USA), N. Stuber (UK, Germany), T. Takemura (Japan), C. Textor (France, Germany), R. Wang (USA), R. Weiss (USA), T. Whorf (USA)

## Review Editors:

Teruyuki Nakajima (Japan), Veerabhadran Ramanathan (USA)

## This chapter should be cited as:

Forster, P., V. Ramaswamy, P. Artaxo, T. Berntsen, R. Betts, D.W. Fahey, J. Haywood, J. Lean, D.C. Lowe, G. Myhre, J. Nganga, R. Prinn, G. Raga, M. Schulz and R. Van Dorland, 2007: Changes in Atmospheric Constituents and in Radiative Forcing. In: Climate Change 2007: The Physical Science Basis. Contribution of Working Group I to the Fourth Assessment Report of the Intergovernmental Panel on Climate Change [Solomon, S., D. Qin, M. Manning, Z. Chen, M. Marquis, K.B. Averyt, M.Tignor and H.L. Miller (eds.)]. Cambridge University Press, Cambridge, United Kingdom and New York, NY, USA.

# Table of Contents

**Executive Summary** ..................................................... 131

**2.1   Introduction and Scope** ................................ 133

**2.2   Concept of Radiative Forcing** ...................... 133

**2.3   Chemically and Radiatively
        Important Gases** ....................................... 137

2.3.1   Atmospheric Carbon Dioxide .............................. 137

2.3.2   Atmospheric Methane ........................................ 140

2.3.3   Other Kyoto Protocol Gases............................... 143

2.3.4   Montreal Protocol Gases.................................... 145

2.3.5   Trends in the Hydroxyl Free Radical................... 147

2.3.6   Ozone ............................................................... 149

2.3.7   Stratospheric Water Vapour ............................... 152

2.3.8   Observations of Long-Lived Greenhouse
        Gas Radiative Effects ......................................... 153

**2.4   Aerosols** .................................................... 153

2.4.1   Introduction and Summary of the Third
        Assessment Report ............................................ 153

2.4.2   Developments Related to Aerosol
        Observations ..................................................... 154

2.4.3   Advances in Modelling the Aerosol
        Direct Effect ..................................................... 159

2.4.4   Estimates of Aerosol Direct Radiative Forcing .... 160

2.4.5   Aerosol Influence on Clouds
        (Cloud Albedo Effect)......................................... 171

**2.5   Anthropogenic Changes in Surface Albedo
        and the Surface Energy Budget** ................. 180

2.5.1   Introduction ...................................................... 180

2.5.2   Changes in Land Cover Since 1750.................... 182

2.5.3   Radiative Forcing by Anthropogenic Surface
        Albedo Change: Land Use .................................. 182

2.5.4   Radiative Forcing by Anthropogenic Surface
        Albedo Change: Black Carbon in Snow
        and Ice .............................................................. 184

2.5.5   Other Effects of Anthropogenic Changes
        in Land Cover .................................................... 185

2.5.6   Tropospheric Water Vapour from
        Anthropogenic Sources...................................... 185

2.5.7   Anthropogenic Heat Release............................... 185

2.5.8   Effects of Carbon Dioxide Changes on Climate
        via Plant Physiology: 'Physiological Forcing' ...... 185

**2.6   Contrails and Aircraft-Induced
        Cloudiness** ................................................ 186

2.6.1   Introduction ...................................................... 186

2.6.2   Radiative Forcing Estimates for Persistent
        Line-Shaped Contrails........................................ 186

2.6.3   Radiative Forcing Estimates for
        Aviation-Induced Cloudiness............................... 187

2.6.4   Aviation Aerosols.............................................. 188

**2.7   Natural Forcings**....................................... 188

2.7.1   Solar Variability ............................................... 188

2.7.2   Explosive Volcanic Activity ............................... 193

**2.8   Utility of Radiative Forcing** ......................... 195

2.8.1   Vertical Forcing Patterns and Surface
        Energy Balance Changes .................................... 196

2.8.2   Spatial Patterns of Radiative Forcing................. 196

2.8.3   Alternative Methods of Calculating
        Radiative Forcing............................................... 196

2.8.4   Linearity of the Forcing-Response
        Relationship....................................................... 197

2.8.5   Efficacy and Effective Radiative Forcing ............ 197

2.8.6   Efficacy and the Forcing-Response
        Relationship....................................................... 199

**2.9   Synthesis** ................................................. 199

2.9.1   Uncertainties in Radiative Forcing...................... 199

2.9.2   Global Mean Radiative Forcing .......................... 200

2.9.3   Global Mean Radiative Forcing by
        Emission Precursor............................................. 205

2.9.4   Future Climate Impact of Current Emissions....... 206

2.9.5   Time Evolution of Radiative Forcing and
        Surface Forcing ................................................. 208

2.9.6   Spatial Patterns of Radiative Forcing and
        Surface Forcing ................................................. 209

**2.10 Global Warming Potentials and Other
        Metrics for Comparing Different
        Emissions** ................................................. 210

2.10.1  Definition of an Emission Metric and the
        Global Warming Potential .................................. 210

2.10.2  Direct Global Warming Potentials...................... 211

2.10.3  Indirect GWPs .................................................. 214

2.10.4  New Alternative Metrics for Assessing
        Emissions.......................................................... 215

**Frequently Asked Question**

FAQ 2.1: *How Do Human Activities Contribute to Climate
Change and How Do They Compare With
Natural Influences?*.......................................... 135

**References**.......................................................... 217

## Executive Summary

Radiative forcing (RF)[1] is a concept used for quantitative comparisons of the strength of different human and natural agents in causing climate change. Climate model studies since the Working Group 1 Third Assessment Report (TAR; IPCC, 2001) give *medium* confidence that the equilibrium global mean temperature response to a given RF is approximately the same (to within 25%) for most drivers of climate change.

For the first time, the combined RF for all anthropogenic agents is derived. Estimates are also made for the first time of the separate RF components associated with the emissions of each agent.

The combined anthropogenic RF is estimated to be +1.6 [–1.0, +0.8][2] W m$^{-2}$, indicating that, since 1750, it is *extremely likely*[3] that humans have exerted a substantial warming influence on climate. This RF estimate is *likely* to be at least five times greater than that due to solar irradiance changes. For the period 1950 to 2005, it is *exceptionally unlikely* that the combined natural RF (solar irradiance plus volcanic aerosol) has had a warming influence comparable to that of the combined anthropogenic RF.

Increasing concentrations of the long-lived greenhouse gases (carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$), halocarbons and sulphur hexafluoride ($SF_6$); hereinafter LLGHGs) have led to a combined RF of +2.63 [±0.26] W m$^{-2}$. Their RF has a *high* level of scientific understanding.[4] The 9% increase in this RF since the TAR is the result of concentration changes since 1998.

— The global mean concentration of $CO_2$ in 2005 was 379 ppm, leading to an RF of +1.66 [±0.17] W m$^{-2}$. Past emissions of fossil fuels and cement production have *likely* contributed about three-quarters of the current RF, with the remainder caused by land use changes. For the 1995 to 2005 decade, the growth rate of $CO_2$ in the atmosphere was 1.9 ppm yr$^{-1}$ and the $CO_2$ RF increased by 20%: this is the largest change observed or inferred for any decade in at least the last 200 years. From 1999 to 2005, global emissions from fossil fuel and cement production increased at a rate of roughly 3% yr$^{-1}$.

— The global mean concentration of $CH_4$ in 2005 was 1,774 ppb, contributing an RF of +0.48 [±0.05] W m$^{-2}$. Over the past two decades, $CH_4$ growth rates in the atmosphere have generally decreased. The cause of this is not well understood. However,

this decrease and the negligible long-term change in its main sink (the hydroxyl radical OH) imply that total $CH_4$ emissions are not increasing.

— The Montreal Protocol gases (chlorofluorocarbons (CFCs), hydrochlorofluorocarbons (HCFCs), and chlorocarbons) as a group contributed +0.32 [±0.03] W m$^{-2}$ to the RF in 2005. Their RF peaked in 2003 and is now beginning to decline.

— Nitrous oxide continues to rise approximately linearly (0.26% yr$^{-1}$) and reached a concentration of 319 ppb in 2005, contributing an RF of +0.16 [±0.02] W m$^{-2}$. Recent studies reinforce the large role of emissions from tropical regions in influencing the observed spatial concentration gradients.

— Concentrations of many of the fluorine-containing Kyoto Protocol gases (hydrofluorocarbons (HFCs), perfluorocarbons, $SF_6$) have increased by large factors (between 4.3 and 1.3) between 1998 and 2005. Their total RF in 2005 was +0.017 [±0.002] W m$^{-2}$ and is rapidly increasing by roughly 10% yr$^{-1}$.

— The reactive gas, OH, is a key chemical species that influences the lifetimes and thus RF values of $CH_4$, HFCs, HCFCs and ozone; it also plays an important role in the formation of sulphate, nitrate and some aerosol species. Estimates of the global average OH concentration have shown no detectable net change between 1979 and 2004.

Based on newer and better chemical transport models than were available for the TAR, the RF from increases in tropospheric ozone is estimated to be +0.35 [–0.1, +0.3] W m$^{-2}$, with a *medium* level of scientific understanding. There are indications of significant upward trends at low latitudes.

The trend of greater and greater depletion of global stratospheric ozone observed during the 1980s and 1990s is no longer occurring; however, it is not yet clear whether these recent changes are indicative of ozone recovery. The RF is largely due to the destruction of stratospheric ozone by the Montreal Protocol gases and it is re-evaluated to be –0.05 [±0.10] W m$^{-2}$, with a *medium* level of scientific understanding.

Based on chemical transport model studies, the RF from the increase in stratospheric water vapour due to oxidation of $CH_4$ is estimated to be +0.07 [± 0.05] W m$^{-2}$, with a *low* level of scientific understanding. Other potential human causes of water vapour increase that could contribute an RF are poorly understood.

The total direct aerosol RF as derived from models and observations is estimated to be –0.5 [±0.4] W m$^{-2}$, with a

---

[1] The RF represents the stratospherically adjusted radiative flux change evaluated at the tropopause, as defined in the TAR. Positive RFs lead to a global mean surface warming and negative RFs to a global mean surface cooling. Radiative forcing, however, is not designed as an indicator of the detailed aspects of climate response. Unless otherwise mentioned, RF here refers to global mean RF. Radiative forcings are calculated in various ways depending on the agent: from changes in emissions and/or changes in concentrations, and from observations and other knowledge of climate change drivers. In this report, the RF value for each agent is reported as the difference in RF, unless otherwise mentioned, between the present day (approximately 2005) and the beginning of the industrial era (approximately 1750), and is given in units of W m$^{-2}$.

[2] 90% confidence ranges are given in square brackets. Where the 90% confidence range is asymmetric about a best estimate, it is given in the form A [–X, +Y] where the lower limit of the range is (A – X) and the upper limit is (A + Y).

[3] The use of '*extremely likely*' is an example of the calibrated language used in this document, it represents a 95% confidence level or higher; '*likely*' (66%) is another example (See Box TS.1).

[4] Estimates of RF are accompanied by both an uncertainty range (value uncertainty) and a level of scientific understanding (structural uncertainty). The value uncertainties represent the 5 to 95% (90%) confidence range, and are based on available published studies; the level of scientific understanding is a subjective measure of structural uncertainty and represents how well understood the underlying processes are. Climate change agents with a *high* level of scientific understanding are expected to have an RF that falls within their respective uncertainty ranges (See Section 2.9.1 and Box TS.1 for more information).

*medium-low* level of scientific understanding. The RF due to the cloud albedo effect (also referred to as first indirect or Twomey effect), in the context of liquid water clouds, is estimated to be −0.7 [−1.1, +0.4] W m$^{-2}$, with a *low* level of scientific understanding.

— Atmospheric models have improved and many now represent all aerosol components of significance. Improved *in situ*, satellite and surface-based measurements have enabled verification of global aerosol models. The best estimate and uncertainty range of the total direct aerosol RF are based on a combination of modelling studies and observations.

— The direct RF of the individual aerosol species is less certain than the total direct aerosol RF. The estimates are: sulphate, −0.4 [±0.2] W m$^{-2}$; fossil fuel organic carbon, −0.05 [±0.05] W m$^{-2}$; fossil fuel black carbon, +0.2 [±0.15] W m$^{-2}$; biomass burning, +0.03 [±0.12] W m$^{-2}$; nitrate, −0.1 [±0.1] W m$^{-2}$; and mineral dust, −0.1 [±0.2] W m$^{-2}$. For biomass burning, the estimate is strongly influenced by aerosol overlying clouds. For the first time best estimates are given for nitrate and mineral dust aerosols.

— Incorporation of more aerosol species and improved treatment of aerosol-cloud interactions allow a best estimate of the cloud albedo effect. However, the uncertainty remains large. Model studies including more aerosol species or constrained by satellite observations tend to yield a relatively weaker RF. Other aspects of aerosol-cloud interactions (e.g., cloud lifetime, semi-direct effect) are not considered to be an RF (see Chapter 7).

Land cover changes, largely due to net deforestation, have increased the surface albedo giving an RF of −0.2 [±0.2] W m$^{-2}$, with a *medium-low* level of scientific understanding. Black carbon aerosol deposited on snow has reduced the surface albedo, producing an associated RF of +0.1 [±0.1] W m$^{-2}$, with a *low* level of scientific understanding. Other surface property changes can affect climate through processes that cannot be quantified by RF; these have a *very low* level of scientific understanding.

Persistent linear contrails from aviation contribute an RF of +0.01 [−0.007, +0.02] W m$^{-2}$, with a *low* level of scientific understanding; the best estimate is smaller than in the TAR. No best estimates are available for the net forcing from spreading contrails and their effects on cirrus cloudiness.

The direct RF due to increases in solar irradiance since 1750 is estimated to be +0.12 [−0.06, +0.18] W m$^{-2}$, with a *low* level of scientific understanding. This RF is less than half of the TAR estimate.

— The smaller RF is due to a re-evaluation of the long-term change in solar irradiance, namely a smaller increase from the Maunder Minimum to the present. However, uncertainties in the RF remain large. The total solar irradiance, monitored from space for the last three decades, reveals a well-established cycle of 0.08% (cycle minimum to maximum) with no significant trend at cycle minima.

— Changes (order of a few percent) in globally averaged column ozone forced by the solar ultraviolet irradiance 11-year cycle are now better understood, but ozone profile changes are less certain. Empirical associations between solar-modulated cosmic ray ionization of the atmosphere and globally averaged low-level cloud cover remain ambiguous.

The global stratospheric aerosol concentrations in 2005 were at their lowest values since satellite measurements began in about 1980. This can be attributed to the absence of significant explosive volcanic eruptions since Mt. Pinatubo in 1991. Aerosols from such episodic volcanic events exert a transitory negative RF; however, there is limited knowledge of the RF associated with eruptions prior to Mt. Pinatubo.

The spatial patterns of RFs for non-LLGHGs (ozone, aerosol direct and cloud albedo effects, and land use changes) have considerable uncertainties, in contrast to the relatively high confidence in that of the LLGHGs. The Southern Hemisphere net positive RF *very likely* exceeds that in Northern Hemisphere because of smaller aerosol contributions in the Southern Hemisphere. The RF spatial pattern is not indicative of the pattern of climate response.

The total global mean surface forcing[5] is *very likely* negative. By reducing the shortwave radiative flux at the surface, increases in stratospheric and tropospheric aerosols are principally responsible for the negative surface forcing. This is in contrast to LLGHG increases, which are the principal contributors to the total positive anthropogenic RF.

---

[5] Surface forcing is the instantaneous radiative flux change at the surface; it is a useful diagnostic tool for understanding changes in the heat and moisture surface budgets. However, unlike RF, it cannot be used for quantitative comparisons of the effects of different agents on the equilibrium global mean surface temperature change.

## 2.1   Introduction and Scope

This chapter updates information taken from Chapters 3 to 6 of the IPCC Working Group I Third Assessment Report (TAR; IPCC, 2001). It concerns itself with trends in forcing agents and their precursors since 1750, and estimates their contribution to the radiative forcing (RF) of the climate system. Discussion of the understanding of atmospheric composition changes is limited to explaining the trends in forcing agents and their precursors. Areas where significant developments have occurred since the TAR are highlighted. The chapter draws on various assessments since the TAR, in particular the 2002 World Meteorological Organization (WMO)-United Nations Environment Programme (UNEP) Scientific Assessment of Ozone Depletion (WMO, 2003) and the IPCC-Technology and Economic Assessment Panel (TEAP) special report on Safeguarding the Ozone Layer and the Global Climate System (IPCC/TEAP, 2005).

The chapter assesses anthropogenic greenhouse gas changes, aerosol changes and their impact on clouds, aviation-induced contrails and cirrus changes, surface albedo changes and natural solar and volcanic mechanisms. The chapter reassesses the 'radiative forcing' concept (Sections 2.2 and 2.8), presents spatial and temporal patterns of RF, and examines the radiative energy budget changes at the surface.

For the long-lived greenhouse gases (carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$), chlorofluoro-carbons (CFCs), hydrochlorofluorocarbons (HCFCs), hydrofluorocarbons (HFCs), perfluorocarbons (PFCs) and sulphur hexafluoride ($SF_6$), hereinafter collectively referred to as the LLGHGs; Section 2.3), the chapter makes use of new global measurement capabilities and combines long-term measurements from various networks to update trends through 2005. Compared to other RF agents, these trends are considerably better quantified; because of this, the chapter does not devote as much space to them as previous assessments (although the processes involved and the related budgets are further discussed in Sections 7.3 and 7.4). Nevertheless, LLGHGs remain the largest and most important driver of climate change, and evaluation of their trends is one of the fundamental tasks of both this chapter and this assessment.

The chapter considers only 'forward calculation' methods of estimating RF. These rely on observations and/or modelling of the relevant forcing agent. Since the TAR, several studies have attempted to constrain aspects of RF using 'inverse calculation' methods. In particular, attempts have been made to constrain the aerosol RF using knowledge of the temporal and/or spatial evolution of several aspects of climate. These include temperatures over the last 100 years, other RFs, climate response and ocean heat uptake. These methods depend on an understanding of – and sufficiently small uncertainties in – other aspects of climate change and are consequently discussed in the detection and attribution chapter (see Section 9.2).

Other discussions of atmospheric composition changes and their associated feedbacks are presented in Chapter 7. Radiative forcing and atmospheric composition changes before 1750 are discussed in Chapter 6. Future RF scenarios that were presented in Ramaswamy et al. (2001) are not updated in this report; however, they are briefly discussed in Chapter 10.

## 2.2   Concept of Radiative Forcing

The definition of RF from the TAR and earlier IPCC assessment reports is retained. Ramaswamy et al. (2001) define it as 'the change in net (down minus up) irradiance (solar plus longwave; in W m$^{-2}$) at the tropopause after allowing for stratospheric temperatures to readjust to radiative equilibrium, but with surface and tropospheric temperatures and state held fixed at the unperturbed values'. Radiative forcing is used to assess and compare the anthropogenic and natural drivers of climate change. The concept arose from early studies of the climate response to changes in solar insolation and $CO_2$, using simple radiative-convective models. However, it has proven to be particularly applicable for the assessment of the climate impact of LLGHGs (Ramaswamy et al., 2001). Radiative forcing can be related through a linear relationship to the global mean equilibrium temperature change at the surface ($\Delta T_s$): $\Delta T_s = \lambda RF$, where $\lambda$ is the climate sensitivity parameter (e.g., Ramaswamy et al., 2001). This equation, developed from these early climate studies, represents a linear view of global mean climate change between two equilibrium climate states. Radiative forcing is a simple measure for both quantifying and ranking the many different influences on climate change; it provides a limited measure of climate change as it does not attempt to represent the overall climate response. However, as climate sensitivity and other aspects of the climate response to external forcings remain inadequately quantified, it has the advantage of being more readily calculable and comparable than estimates of the climate response. Figure 2.1 shows how the RF concept fits within a general understanding of climate change comprised of 'forcing' and 'response'. This chapter also uses the term 'surface forcing' to refer to the instantaneous perturbation of the surface radiative balance by a forcing agent. Surface forcing has quite different properties than RF and should not be used to compare forcing agents (see Section 2.8.1). Nevertheless, it is a useful diagnostic, particularly for aerosols (see Sections 2.4 and 2.9).

Since the TAR a number of studies have investigated the relationship between RF and climate response, assessing the limitations of the RF concept; related to this there has been considerable debate whether some climate change drivers are better considered as a 'forcing' or a 'response' (Hansen et al., 2005; Jacob et al., 2005; Section 2.8). Emissions of forcing agents, such as LLGHGs, aerosols and aerosol precursors, ozone precursors and ozone-depleting substances, are the more fundamental drivers of climate change and these emissions can be used in state-of-the-art climate models to interactively evolve forcing agent fields along with their associated climate change. In such models, some 'response' is necessary to evaluate the

RF. This 'response' is most significant for aerosol-related cloud changes, where the tropospheric state needs to change significantly in order to create a radiative perturbation of the climate system (Jacob et al., 2005).

Over the palaeoclimate time scales that are discussed in Chapter 6, long-term changes in forcing agents arise due to so-called 'boundary condition' changes to the Earth's climate system (such as changes in orbital parameters, ice sheets and continents). For the purposes of this chapter, these 'boundary conditions' are assumed to be invariant and forcing agent changes are considered to be external to the climate system. The natural RFs considered are solar changes and volcanoes; the other RF agents are all attributed to humans. For the LLGHGs it is appropriate to assume that forcing agent concentrations have not been significantly altered by biogeochemical responses (see Sections 7.3 and 7.4), and RF is typically calculated in off-line radiative transfer schemes, using observed changes in concentration (i.e., humans are considered solely responsible for their increase). For the other climate change drivers, RF is often estimated using general circulation model (GCM) data employing a variety of methodologies (Ramaswamy et al., 2001; Stuber et al., 2001b; Tett et al., 2002; Shine et al., 2003; Hansen et al., 2005; Section 2.8.3). Often, alternative RF calculation methodologies that do not directly follow the TAR definition of a stratospheric-adjusted RF are used; the most important ones are illustrated in Figure 2.2. For most aerosol constituents (see Section 2.4), stratospheric adjustment has little effect on the RF, and the instantaneous RF at either the top of the atmosphere or the tropopause can be substituted. For the climate change drivers discussed in Sections 7.5 and 2.5, that are not initially radiative in nature, an RF-like quantity can be evaluated by



**Figure 2.1.** *Diagram illustrating how RF is linked to other aspects of climate change assessed by the IPCC. Human activities and natural processes cause direct and indirect changes in climate change drivers. In general, these changes result in specific RF changes, either positive or negative, and cause some non-initial radiative effects, such as changes in evaporation. Radiative forcing and non-initial radiative effects lead to climate perturbations and responses as discussed in Chapters 6, 7 and 8. Attribution of climate change to natural and anthropogenic factors is discussed in Chapter 9. The coupling among biogeochemical processes leads to feedbacks from climate change to its drivers (Chapter 7). An example of this is the change in wetland emissions of $CH_4$ that may occur in a warmer climate. The potential approaches to mitigating climate change by altering human activities (dashed lines) are topics addressed by IPCC's Working Group III.*

allowing the tropospheric state to change: this is the zero-surface-temperature-change RF in Figure 2.2 (see Shine et al., 2003; Hansen et al., 2005; Section 2.8.3). Other water vapour and cloud changes are considered climate feedbacks and are evaluated in Section 8.6.

Climate change agents that require changes in the tropospheric state (temperature and/or water vapour amounts) prior to causing a radiative perturbation are aerosol-cloud lifetime effects, aerosol semi-direct effects and some surface



**Figure 2.2.** *Schematic comparing RF calculation methodologies. Radiative forcing, defined as the net flux imbalance at the tropopause, is shown by an arrow. The horizontal lines represent the surface (lower line) and tropopause (upper line). The unperturbed temperature profile is shown as the blue line and the perturbed temperature profile as the orange line. From left to right: Instantaneous RF: atmospheric temperatures are fixed everywhere; stratospheric-adjusted RF: allows stratospheric temperatures to adjust; zero-surface-temperature-change RF: allows atmospheric temperatures to adjust everywhere with surface temperatures fixed; and equilibrium climate response: allows the atmospheric and surface temperatures to adjust to reach equilibrium (no tropopause flux imbalance), giving a surface temperature change ($\Delta T_s$).*

Frequently Asked Question 2.1

# Frequently Asked Question 2.1
## How do Human Activities Contribute to Climate Change and How do They Compare with Natural Influences?

*Human activities contribute to climate change by causing changes in Earth's atmosphere in the amounts of greenhouse gases, aerosols (small particles), and cloudiness. The largest known contribution comes from the burning of fossil fuels, which releases carbon dioxide gas to the atmosphere. Greenhouse gases and aerosols affect climate by altering incoming solar radiation and outgoing infrared (thermal) radiation that are part of Earth's energy balance. Changing the atmospheric abundance or properties of these gases and particles can lead to a warming or cooling of the climate system. Since the start of the industrial era (about 1750), the overall effect of human activities on climate has been a warming influence. The human impact on climate during this era greatly exceeds that due to known changes in natural processes, such as solar changes and volcanic eruptions.*

### Greenhouse Gases

Human activities result in emissions of four principal greenhouse gases: carbon dioxide ($CO_2$), methane ($CH_4$), nitrous oxide ($N_2O$) and the halocarbons (a group of gases containing fluorine, chlorine and bromine). These gases accumulate in the atmosphere, causing concentrations to increase with time. Significant increases in all of these gases have occurred in the industrial era (see Figure 1). All of these increases are attributable to human activities.

- Carbon dioxide has increased from fossil fuel use in transportation, building heating and cooling and the manufacture of cement and other goods. Deforestation releases $CO_2$ and reduces its uptake by plants. Carbon dioxide is also released in natural processes such as the decay of plant matter.

- Methane has increased as a result of human activities related to agriculture, natural gas distribution and landfills. Methane is also released from natural processes that occur, for example, in wetlands. Methane concentrations are not currently increasing in the atmosphere because growth rates decreased over the last two decades.

- Nitrous oxide is also emitted by human activities such as fertilizer use and fossil fuel burning. Natural processes in soils and the oceans also release $N_2O$.

- Halocarbon gas concentrations have increased primarily due to human activities. Natural processes are also a small source. Principal halocarbons include the chlorofluorocarbons (e.g., CFC-11 and CFC-12), which were used extensively as refrigeration agents and in other industrial processes before their presence in the atmosphere was found to cause stratospheric ozone depletion. The abundance of chlorofluorocarbon gases is decreasing as a result of international regulations designed to protect the ozone layer.



**FAQ 2.1, Figure 1.** *Atmospheric concentrations of important long-lived greenhouse gases over the last 2,000 years. Increases since about 1750 are attributed to human activities in the industrial era. Concentration units are parts per million (ppm) or parts per billion (ppb), indicating the number of molecules of the greenhouse gas per million or billion air molecules, respectively, in an atmospheric sample. (Data combined and simplified from Chapters 6 and 2 of this report.)*

- Ozone is a greenhouse gas that is continually produced and destroyed in the atmosphere by chemical reactions. In the troposphere, human activities have increased ozone through the release of gases such as carbon monoxide, hydrocarbons and nitrogen oxide, which chemically react to produce ozone. As mentioned above, halocarbons released by human activities destroy ozone in the stratosphere and have caused the ozone hole over Antarctica.

- Water vapour is the most abundant and important greenhouse gas in the atmosphere. However, human activities have only a small direct influence on the amount of atmospheric water vapour. Indirectly, humans have the potential to affect water vapour substantially by changing climate. For example, a warmer atmosphere contains more water vapour. Human activities also influence water vapour through $CH_4$ emissions, because $CH_4$ undergoes chemical destruction in the stratosphere, producing a small amount of water vapour.

- Aerosols are small particles present in the atmosphere with widely varying size, concentration and chemical composition. Some aerosols are emitted directly into the atmosphere while others are formed from emitted compounds. Aerosols contain both naturally occurring compounds and those emitted as a result of human activities. Fossil fuel and biomass burning have increased aerosols containing sulphur compounds, organic compounds and black carbon (soot). Human activities such as

*(continued)*

surface mining and industrial processes have increased dust in the atmosphere. Natural aerosols include mineral dust released from the surface, sea salt aerosols, biogenic emissions from the land and oceans and sulphate and dust aerosols produced by volcanic eruptions.

**Radiative Forcing of Factors Affected by Human Activities**

The contributions to radiative forcing from some of the factors influenced by human activities are shown in Figure 2. The values reflect the total forcing relative to the start of the industrial era (about 1750). The forcings for all greenhouse gas increases, which are the best understood of those due to human activities, are positive because each gas absorbs outgoing infrared radiation in the atmosphere. Among the greenhouse gases, $CO_2$ increases have caused the largest forcing over this period. Tropospheric ozone increases have also contributed to warming, while stratospheric ozone decreases have contributed to cooling.

Aerosol particles influence radiative forcing directly through reflection and absorption of solar and infrared radiation in the atmosphere. Some aerosols cause a positive forcing while others cause a negative forcing. The direct radiative forcing summed over all aerosol types is negative. Aerosols also cause a negative radiative forcing indirectly through the changes they cause in cloud properties.

Human activities since the industrial era have altered the nature of land cover over the globe, principally through changes in

*(continued)*



FAQ 2.1, Figure 2. *Summary of the principal components of the radiative forcing of climate change. All these radiative forcings result from one or more factors that affect climate and are associated with human activities or natural processes as discussed in the text. The values represent the forcings in 2005 relative to the start of the industrial era (about 1750). Human activities cause significant changes in long-lived gases, ozone, water vapour, surface albedo, aerosols and contrails. The only increase in natural forcing of any significance between 1750 and 2005 occurred in solar irradiance. Positive forcings lead to warming of climate and negative forcings lead to a cooling. The thin black line attached to each coloured bar represents the range of uncertainty for the respective value. (Figure adapted from Figure 2.20 of this report.)*

## FAQ 2.1, Box 1:  What is Radiative Forcing?

What is radiative forcing? The influence of a factor that can cause climate change, such as a greenhouse gas, is often evaluated in terms of its radiative forcing. Radiative forcing is a measure of how the energy balance of the Earth-atmosphere system is influenced when factors that affect climate are altered. The word radiative arises because these factors change the balance between incoming solar radiation and outgoing infrared radiation within the Earth's atmosphere. This radiative balance controls the Earth's surface temperature. The term forcing is used to indicate that Earth's radiative balance is being pushed away from its normal state.

Radiative forcing is usually quantified as the 'rate of energy change per unit area of the globe as measured at the top of the atmosphere', and is expressed in units of 'Watts per square metre' (see Figure 2). When radiative forcing from a factor or group of factors is evaluated as positive, the energy of the Earth-atmosphere system will ultimately increase, leading to a warming of the system. In contrast, for a negative radiative forcing, the energy will ultimately decrease, leading to a cooling of the system. Important challenges for climate scientists are to identify all the factors that affect climate and the mechanisms by which they exert a forcing, to quantify the radiative forcing of each factor and to evaluate the total radiative forcing from the group of factors.

croplands, pastures and forests. They have also modified the reflective properties of ice and snow. Overall, it is likely that more solar radiation is now being reflected from Earth's surface as a result of human activities. This change results in a negative forcing.

Aircraft produce persistent linear trails of condensation ('contrails') in regions that have suitably low temperatures and high humidity. Contrails are a form of cirrus cloud that reflect solar radiation and absorb infrared radiation. Linear contrails from global aircraft operations have increased Earth's cloudiness and are estimated to cause a small positive radiative forcing.

**Radiative Forcing from Natural Changes**

Natural forcings arise due to solar changes and explosive volcanic eruptions. Solar output has increased gradually in the industrial era, causing a small positive radiative forcing (see Figure 2). This is in addition to the cyclic changes in solar radiation that follow an 11-year cycle. Solar energy directly heats the climate system and can also affect the atmospheric abundance of some greenhouse gases, such as stratospheric ozone. Explosive volcanic eruptions can create a short-lived (2 to 3 years) negative forcing through the temporary increases that occur in sulphate aerosol in the stratosphere. The stratosphere is currently free of volcanic aerosol, since the last major eruption was in 1991 (Mt. Pinatubo).

The differences in radiative forcing estimates between the present day and the start of the industrial era for solar irradiance changes and volcanoes are both very small compared to the differences in radiative forcing estimated to have resulted from human activities. As a result, in today's atmosphere, the radiative forcing from human activities is much more important for current and future climate change than the estimated radiative forcing from changes in natural processes.

change effects. They need to be accounted for when evaluating the overall effect of humans on climate and their radiative effects as discussed in Sections 7.2 and 7.5. However, in both this chapter and the Fourth Assessment Report they are not considered to be RFs, although the RF definition could be altered to accommodate them. Reasons for this are twofold and concern the need to be simple and pragmatic. Firstly, many GCMs have some representation of these effects inherent in their climate response and evaluation of variation in climate sensitivity between mechanisms already accounts for them (see 'efficacy', Section 2.8.5). Secondly, the evaluation of these tropospheric state changes rely on some of the most uncertain aspects of a climate model's response (e.g., the hydrologic cycle); their radiative effects are very climate-model dependent and such a dependence is what the RF concept was designed to avoid. In practice these effects can also be excluded on practical grounds – they are simply too uncertain to be adequately quantified (see Sections 7.5, 2.4.5 and 2.5.6).

The RF relationship to transient climate change is not straightforward. To evaluate the overall climate response associated with a forcing agent, its temporal evolution and its spatial and vertical structure need to be taken into account. Further, RF alone cannot be used to assess the potential climate change associated with emissions, as it does not take into account the different atmospheric lifetimes of the forcing agents. Global Warming Potentials (GWPs) are one way to assess these emissions. They compare the integrated RF over a specified period (e.g., 100 years) from a unit mass pulse emission relative to $CO_2$ (see Section 2.10).

## 2.3   Chemically and Radiatively Important Gases

### 2.3.1   Atmospheric Carbon Dioxide

This section discusses the instrumental measurements of $CO_2$, documenting recent changes in atmospheric mixing ratios needed for the RF calculations presented later in the section. In addition, it provides data for the pre-industrial levels of $CO_2$ required as the accepted reference level for the RF calculations. For dates before about 1950 indirect measurements are relied upon. For these periods, levels of atmospheric $CO_2$ are usually determined from analyses of air bubbles trapped in polar ice cores. These time periods are primarily considered in Chapter 6.

A wide range of direct and indirect measurements confirm that the atmospheric mixing ratio of $CO_2$ has increased globally by about 100 ppm (36%) over the last 250 years, from a range of 275 to 285 ppm in the pre-industrial era (AD 1000–1750) to 379 ppm in 2005 (see FAQ 2.1, Figure 1). During this period, the absolute growth rate of $CO_2$ in the atmosphere increased substantially: the first 50 ppm increase above the pre-industrial value was reached in the 1970s after more than 200 years, whereas the second 50 ppm was achieved in about 30 years. In the 10 years from 1995 to 2005 atmospheric $CO_2$ increased by about 19 ppm; the highest average growth rate recorded for any decade since direct atmospheric $CO_2$ measurements began in the 1950s. The average rate of increase in $CO_2$ determined by these direct instrumental measurements over the period 1960 to 2005 is 1.4 ppm yr$^{-1}$.

High-precision measurements of atmospheric $CO_2$ are essential to the understanding of the carbon cycle budgets discussed in Section 7.3. The first *in situ* continuous measurements of atmospheric $CO_2$ made by a high-precision non-dispersive infrared gas analyser were implemented by C.D. Keeling from the Scripps Institution of Oceanography (SIO) (see Section 1.3). These began in 1958 at Mauna Loa, Hawaii, located at 19°N (Keeling et al., 1995). The data documented for the first time that not only was $CO_2$ increasing in the atmosphere, but also that it was modulated by cycles caused by seasonal changes in photosynthesis in the terrestrial biosphere. These measurements were followed by continuous *in situ* analysis programmes at other sites in both hemispheres (Conway et al., 1994; Nakazawa et al., 1997; Langenfelds et al., 2002). In Figure 2.3, atmospheric $CO_2$ mixing ratio data at Mauna Loa in the Northern Hemisphere (NH) are shown with contemporaneous measurements at Baring Head, New Zealand in the Southern Hemisphere (SH; Manning et al., 1997; Keeling and Whorf, 2005). These two stations provide the longest continuous records of atmospheric $CO_2$ in the NH and SH, respectively. Remote sites such as Mauna Loa, Baring Head, Cape Grim (Tasmania) and the South Pole were chosen because air sampled at such locations shows little short-term variation caused by local sources and sinks of $CO_2$ and provided the first data from which the global increase of atmospheric $CO_2$ was documented. Because $CO_2$ is a LLGHG and well mixed in the atmosphere, measurements made at such sites provide an integrated picture of large parts of the Earth including continents and city point sources. Note that this also applies to the other LLGHGs reported in Section 2.3.

In the 1980s and 1990s, it was recognised that greater coverage of $CO_2$ measurements over continental areas was required to provide the basis for estimating sources and sinks of atmospheric $CO_2$ over land as well as ocean regions. Because continuous $CO_2$ analysers are relatively expensive to maintain and require meticulous on-site calibration, these records are now widely supplemented by air sample flask programmes, where air is collected in glass and metal containers at a large number of continental and marine sites. After collection, the filled flasks are sent to central well-calibrated laboratories for analysis. The most extensive network of international air sampling sites is operated by the National Oceanic and Atmospheric Administration's Global Monitoring Division (NOAA/GMD; formerly NOAA/Climate Monitoring and Diagnostics Laboratory (CMDL)) in the USA. This organisation collates measurements of atmospheric $CO_2$ from six continuous analyser locations as well as weekly flask air samples from a global network of almost 50 surface sites. Many international laboratories make atmospheric $CO_2$ observations and worldwide databases of their measurements are maintained by the Carbon Dioxide Information Analysis Center (CDIAC) and by the World Data Centre for Greenhouse Gases (WDCGG) in the WMO Global Atmosphere Watch (GAW) programme.[6]

The increases in global atmospheric $CO_2$ since the industrial revolution are mainly due to $CO_2$ emissions from the combustion of fossil fuels, gas flaring and cement production. Other sources include emissions due to land use changes such as deforestation (Houghton, 2003) and biomass burning (Andreae and Merlet, 2001; van der Werf, 2004). After entering the atmosphere, $CO_2$ exchanges rapidly with the short-lived components of the terrestrial biosphere and surface ocean, and is then redistributed on time scales of hundreds of years among all active carbon reservoirs including the long-lived terrestrial biosphere and



**Figure 2.3.** *Recent $CO_2$ concentrations and emissions. (a) $CO_2$ concentrations (monthly averages) measured by continuous analysers over the period 1970 to 2005 from Mauna Loa, Hawaii (19°N, black; Keeling and Whorf, 2005) and Baring Head, New Zealand (41°S, blue; following techniques by Manning et al., 1997). Due to the larger amount of terrestrial biosphere in the NH, seasonal cycles in $CO_2$ are larger there than in the SH. In the lower right of the panel, atmospheric oxygen ($O_2$) measurements from flask samples are shown from Alert, Canada (82°N, pink) and Cape Grim, Australia (41°S, cyan) (Manning and Keeling, 2006). The $O_2$ concentration is measured as 'per meg' deviations in the $O_2/N_2$ ratio from an arbitrary reference, analogous to the 'per mil' typically used in stable isotope work, but where the ratio is multiplied by $10^6$ instead of $10^3$ because much smaller changes are measured. (b) Annual global $CO_2$ emissions from fossil fuel burning and cement manufacture in GtC yr$^{-1}$ (black) through 2005, using data from the CDIAC website (Marland et al, 2006) to 2003. Emissions data for 2004 and 2005 are extrapolated from CDIAC using data from the BP Statistical Review of World Energy (BP, 2006). Land use emissions are not shown; these are estimated to be between 0.5 and 2.7 GtC yr$^{-1}$ for the 1990s (Table 7.2). Annual averages of the $^{13}C/^{12}C$ ratio measured in atmospheric $CO_2$ at Mauna Loa from 1981 to 2002 (red) are also shown (Keeling et al, 2005). The isotope data are expressed as $\delta^{13}C(CO_2)$ ‰ (per mil) deviation from a calibration standard. Note that this scale is inverted to improve clarity.*

---

[6]  CDIAC, http://cdiac.esd.ornl.gov/; WDCGG, http://gaw.kishou.go.jp/wdcgg.html.

deep ocean. The processes governing the movement of carbon between the active carbon reservoirs, climate carbon cycle feedbacks and their importance in determining the levels of $CO_2$ remaining in the atmosphere, are presented in Section 7.3, where carbon cycle budgets are discussed.

The increase in $CO_2$ mixing ratios continues to yield the largest sustained RF of any forcing agent. The RF of $CO_2$ is a function of the change in $CO_2$ in the atmosphere over the time period under consideration. Hence, a key question is 'How is the $CO_2$ released from fossil fuel combustion, cement production and land cover change distributed amongst the atmosphere, oceans and terrestrial biosphere?'. This partitioning has been investigated using a variety of techniques. Among the most powerful of these are measurements of the carbon isotopes in $CO_2$ as well as high-precision measurements of atmospheric oxygen ($O_2$) content. The carbon contained in $CO_2$ has two naturally occurring stable isotopes denoted $^{12}C$ and $^{13}C$. The first of these, $^{12}C$, is the most abundant isotope at about 99%, followed by $^{13}C$ at about 1%. Emissions of $CO_2$ from coal, gas and oil combustion and land clearing have $^{13}C/^{12}C$ isotopic ratios that are less than those in atmospheric $CO_2$, and each carries a signature related to its source. Thus, as shown in Prentice et al. (2001), when $CO_2$ from fossil fuel combustion enters the atmosphere, the $^{13}C/^{12}C$ isotopic ratio in atmospheric $CO_2$ decreases at a predictable rate consistent with emissions of $CO_2$ from fossil origin. Note that changes in the $^{13}C/^{12}C$ ratio of atmospheric $CO_2$ are also caused by other sources and sinks, but the changing isotopic signal due to $CO_2$ from fossil fuel combustion can be resolved from the other components (Francey et al., 1995). These changes can easily be measured using modern isotope ratio mass spectrometry, which has the capability of measuring $^{13}C/^{12}C$ in atmospheric $CO_2$ to better than 1 part in $10^5$ (Ferretti et al., 2000). Data presented in Figure 2.3 for the $^{13}C/^{12}C$ ratio of atmospheric $CO_2$ at Mauna Loa show a decreasing ratio, consistent with trends in both fossil fuel $CO_2$ emissions and atmospheric $CO_2$ mixing ratios (Andres et al., 2000; Keeling et al., 2005).

Atmospheric $O_2$ measurements provide a powerful and independent method of determining the partitioning of $CO_2$ between the oceans and land (Keeling et al., 1996). Atmospheric $O_2$ and $CO_2$ changes are inversely coupled during plant respiration and photosynthesis. In addition, during the process of combustion $O_2$ is removed from the atmosphere, producing a signal that decreases as atmospheric $CO_2$ increases on a molar basis (Figure 2.3). Measuring changes in atmospheric $O_2$ is technically challenging because of the difficulty of resolving changes at the part-per-million level in a background mixing ratio of roughly 209,000 ppm. These difficulties were first overcome by Keeling and Shertz (1992), who used an interferometric technique to show that it is possible to track both seasonal cycles and the decline of $O_2$ in the atmosphere at the part-per-million level (Figure 2.3). Recent work by Manning and Keeling (2006) indicates that atmospheric $O_2$ is decreasing at a faster rate than $CO_2$ is increasing, which demonstrates the importance of the oceanic carbon sink. Measurements of

both the $^{13}C/^{12}C$ ratio in atmospheric $CO_2$ and atmospheric $O_2$ levels are valuable tools used to determine the distribution of fossil-fuel derived $CO_2$ among the active carbon reservoirs, as discussed in Section 7.3. In Figure 2.3, recent measurements in both hemispheres are shown to emphasize the strong linkages between atmospheric $CO_2$ increases, $O_2$ decreases, fossil fuel consumption and the $^{13}C/^{12}C$ ratio of atmospheric $CO_2$.

From 1990 to 1999, a period reported in Prentice et al. (2001), the emission rate due to fossil fuel burning and cement production increased irregularly from 6.1 to 6.5 GtC yr$^{-1}$ or about 0.7% yr$^{-1}$. From 1999 to 2005 however, the emission rate rose systematically from 6.5 to 7.8 GtC yr$^{-1}$ (BP, 2006; Marland et al., 2006) or about 3.0% yr$^{-1}$, representing a period of higher emissions and growth in emissions than those considered in the TAR (see Figure 2.3). Carbon dioxide emissions due to global annual fossil fuel combustion and cement manufacture combined have increased by 70% over the last 30 years (Marland et al., 2006). The relationship between increases in atmospheric $CO_2$ mixing ratios and emissions has been tracked using a scaling factor known as the apparent 'airborne fraction', defined as the ratio of the annual increase in atmospheric $CO_2$ to the $CO_2$ emissions from annual fossil fuel and cement manufacture combined (Keeling et al., 1995). On decadal scales, this fraction has averaged about 60% since the 1950s. Assuming emissions of 7 GtC yr$^{-1}$ and an airborne fraction remaining at about 60%, Hansen and Sato (2004) predicted that the underlying long-term global atmospheric $CO_2$ growth rate will be about 1.9 ppm yr$^{-1}$, a value consistent with observations over the 1995 to 2005 decade.

Carbon dioxide emissions due to land use changes during the 1990s are estimated as 0.5 to 2.7 GtC yr$^{-1}$ (Section 7.3, Table 7.2), contributing 6% to 39% of the $CO_2$ growth rate (Brovkin et al., 2004). Prentice et al. (2001) cited an inventory-based estimate that land use change resulted in net emissions of 121 GtC between 1850 and 1990, after Houghton (1999, 2000). The estimate for this period was revised upwards to 134 GtC by Houghton (2003), mostly due to an increase in estimated emissions prior to 1960. Houghton (2003) also extended the inventory emissions estimate to 2000, giving cumulative emissions of 156 GtC since 1850. In carbon cycle simulations by Brovkin et al. (2004) and Matthews et al. (2004), land use change emissions contributed 12 to 35 ppm of the total $CO_2$ rise from 1850 to 2000 (Section 2.5.3, Table 2.8). Historical changes in land cover are discussed in Section 2.5.2, and the $CO_2$ budget over the 1980s and 1990s is discussed further in Section 7.3.

In 2005, the global mean average $CO_2$ mixing ratio for the SIO network of 9 sites was 378.75 ± 0.13 ppm and for the NOAA/GMD network of 40 sites was 378.76 ± 0.05 ppm, yielding a global average of almost 379 ppm. For both networks, only sites in the remote marine boundary layer are used and high-altitude locations are not included. For example, the Mauna Loa site is excluded due to an 'altitude effect' of about 0.5 ppm. In addition, the 2005 values are still pending final reference gas calibrations used to measure the samples.

New measurements of $CO_2$ from Antarctic ice and firn (MacFarling Meure et al., 2006) update and extend those from Etheridge et al. (1996) to AD 0. The $CO_2$ mixing ratio in 1750 was 277 ± 1.2 ppm.[7] This record shows variations between 272 and 284 ppm before 1800 and also that $CO_2$ mixing ratios dropped by 5 to 10 ppm between 1600 and 1800 (see Section 6.3). The RF calculations usually take 1750 as the pre-industrial index (e.g., the TAR and this report). Therefore, using 1750 may slightly overestimate the RF, as the changes in the mixing ratios of $CO_2$, $CH_4$ and $N_2O$ after the end of this naturally cooler period may not be solely attributable to anthropogenic emissions. Using 1860 as an alternative start date for the RF calculations would reduce the LLGHG RF by roughly 10%. For the RF calculation, the data from Law Dome ice cap in the Antarctic are used because they show the highest age resolution (approximately 10 years) of any ice core record in existence. In addition, the high-precision data from the cores are connected to direct observational records of atmospheric $CO_2$ from Cape Grim, Tasmania.

The simple formulae for RF of the LLGHG quoted in Ramaswamy et al. (2001) are still valid. These formulae are based on global RF calculations where clouds, stratospheric adjustment and solar absorption are included, and give an RF of +3.7 W m$^{-2}$ for a doubling in the $CO_2$ mixing ratio. (The formula used for the $CO_2$ RF calculation in this chapter is the IPCC (1990) expression as revised in the TAR. Note that for $CO_2$, RF increases logarithmically with mixing ratio.) Collins et al. (2006) performed a comparison of five detailed line-by-line models and 20 GCM radiation schemes. The spread of line-by-line model results were consistent with the ±10% uncertainty estimate for the LLGHG RFs adopted in Ramaswamy et al. (2001) and a similar ±10% for the 90% confidence interval is adopted in this report. However, it is also important to note that these relatively small uncertainties are not always achievable when incorporating the LLGHG forcings into GCMs. For example, both Collins et al. (2006) and Forster and Taylor (2006) found that GCM radiation schemes could have inaccuracies of around 20% in their total LLGHG RF (see also Sections 2.3.2 and 10.2).

Using the global average value of 379 ppm for atmospheric $CO_2$ in 2005 gives an RF of 1.66 ± 0.17 W m$^{-2}$; a contribution that dominates that of all other forcing agents considered in this chapter. This is an increase of 13 to 14% over the value reported for 1998 in Ramaswamy et al. (2001). This change is solely due to increases in atmospheric $CO_2$ and is also much larger than the RF changes due to other agents. In the decade 1995 to 2005, the RF due to $CO_2$ increased by about 0.28 W m$^{-2}$ (20%), an increase greater than that calculated for any decade since at least 1800 (see Section 6.6 and FAQ 2.1, Figure 1).

Table 2.1 summarises the present-day mixing ratios and RF for the LLGHGs, and indicates changes since 1998. The RF from $CO_2$ and that from the other LLGHGs have a high level of scientific understanding (Section 2.9, Table 2.11). Note that

the uncertainty in RF is almost entirely due to radiative transfer assumptions and not mixing ratio estimates, therefore trends in RF can be more accurately determined than the absolute RF. From Section 2.5.3, Table 2.8, the contribution from land use change to the present $CO_2$ RF is likely to be about 0.4 W m$^{-2}$ (since 1850). This implies that fossil fuel and cement production have likely contributed about three-quarters of the current RF.

### 2.3.2    Atmospheric Methane

This section describes the current global measurement programmes for atmospheric $CH_4$, which provide the data required for the understanding of its budget and for the calculation of its RF. In addition, this section provides data for the pre-industrial levels of $CH_4$ required as the accepted reference level for these calculations. Detailed analyses of $CH_4$ budgets and its biogeochemistry are presented in Section 7.4.

Methane has the second-largest RF of the LLGHGs after $CO_2$ (Ramaswamy et al., 2001). Over the last 650 kyr, ice core records indicate that the abundance of $CH_4$ in the Earth's atmosphere has varied from lows of about 400 ppb during glacial periods to highs of about 700 ppb during interglacials (Spahni et al., 2005) with a single measurement from the Vostok core reaching about 770 ppb (see Figure 6.3).

In 2005, the global average abundance of $CH_4$ measured at the network of 40 surface air flask sampling sites operated by NOAA/GMD in both hemispheres was 1,774.62 ± 1.22 ppb.[8] This is the most geographically extensive network of sites operated by any laboratory and it is important to note that the calibration scale it uses has changed since the TAR (Dlugokencky et al., 2005). The new scale (known as NOAA04) increases all previously reported $CH_4$ mixing ratios from NOAA/GMD by about 1%, bringing them into much closer agreement with the Advanced Global Atmospheric Gases Experiment (AGAGE) network. This scale will be used by laboratories participating in the WMO's GAW programme as a 'common reference'. Atmospheric $CH_4$ is also monitored at five sites in the NH and SH by the AGAGE network. This group uses automated systems to make 36 $CH_4$ measurements per day at each site, and the mean for 2005 was 1,774.03 ± 1.68 ppb with calibration and methods described by Cunnold et al. (2002). For the NOAA/GMD network, the 90% confidence interval is calculated with a Monte Carlo technique, which only accounts for the uncertainty due to the distribution of sampling sites. For both networks, only sites in the remote marine boundary layer are used and continental sites are not included. Global databases of atmospheric $CH_4$ measurements for these and other $CH_4$ measurement programmes (e.g., Japanese, European and Australian) are maintained by the CDIAC and by the WDCGG in the GAW programme.

Present atmospheric levels of $CH_4$ are unprecedented in at least the last 650 kyr (Spahni et al., 2005). Direct atmospheric

---

[7]    For consistency with the TAR, the pre-industrial value of 278 ppm is retained in the $CO_2$ RF calculation.

[8]    The 90% confidence range quoted is from the normal standard deviation error for trace gas measurements assuming a normal distribution (i.e., multiplying by a factor of 1.645).

**Table 2.1.** *Present-day concentrations and RF for the measured LLGHGs. The changes since 1998 (the time of the TAR estimates) are also shown.*

| Species[a] | Concentrations[b] and their changes[c] | | Radiative Forcing[d] | |
|---|---|---|---|---|
| | 2005 | Change since 1998 | 2005 (W m$^{-2}$) | Change since 1998 (%) |
| $CO_2$ | 379 ± 0.65 ppm | +13 ppm | 1.66 | +13 |
| $CH_4$ | 1,774 ± 1.8 ppb | +11 ppb | 0.48 | - |
| $N_2O$ | 319 ± 0.12 ppb | +5 ppb | 0.16 | +11 |
| | ppt | ppt | | |
| CFC-11 | 251 ± 0.36 | −13 | 0.063 | −5 |
| CFC-12 | 538 ± 0.18 | +4 | 0.17 | +1 |
| CFC-113 | 79 ± 0.064 | −4 | 0.024 | −5 |
| HCFC-22 | 169 ± 1.0 | +38 | 0.033 | +29 |
| HCFC-141b | 18 ± 0.068 | +9 | 0.0025 | +93 |
| HCFC-142b | 15 ± 0.13 | +6 | 0.0031 | +57 |
| $CH_3CCl_3$ | 19 ± 0.47 | −47 | 0.0011 | −72 |
| $CCl_4$ | 93 ± 0.17 | −7 | 0.012 | −7 |
| HFC-125 | 3.7 ± 0.10[e] | +2.6[f] | 0.0009 | +234 |
| HFC-134a | 35 ± 0.73 | +27 | 0.0055 | +349 |
| HFC-152a | 3.9 ± 0.11[e] | +2.4[f] | 0.0004 | +151 |
| HFC-23 | 18 ± 0.12[g,h] | +4 | 0.0033 | +29 |
| $SF_6$ | 5.6 ± 0.038[i] | +1.5 | 0.0029 | +36 |
| $CF_4$ (PFC-14) | 74 ± 1.6[i] | - | 0.0034 | - |
| $C_2F_6$ (PFC-116) | 2.9 ± 0.025[g,h] | +0.5 | 0.0008 | +22 |
| CFCs Total[k] | | | 0.268 | −1 |
| HCFCs Total | | | 0.039 | +33 |
| Montreal Gases | | | 0.320 | −1 |
| Other Kyoto Gases (HFCs + PFCs + $SF_6$) | | | 0.017 | +69 |
| Halocarbons | | | 0.337 | +1 |
| Total LLGHGs | | | 2.63 | +9 |

Notes:

[a] See Table 2.14 for common names of gases and the radiative efficiencies used to calculate RF.

[b] Mixing ratio errors are 90% confidence ranges of combined 2005 data, including intra-annual standard deviation, measurement and global averaging uncertainty. Standard deviations were multiplied by 1.645 to obtain estimates of the 90% confidence range; this assumes normal distributions. Data for $CO_2$ are combined measurements from the NOAA Earth System Research Laboratory (ESRL) and SIO networks (see Section 2.3.1); $CH_4$ measurements are combined data from the ESRL and Advanced Global Atmospheric Gases Experiment (AGAGE) networks (see Section 2.3.2); halocarbon measurements are the average of ESRL and AGAGE networks. University of East Anglia (UEA) and Pennsylvania State University (PSU) measurements were also used (see Section 2.3.3).

[c] Pre-industrial values are zero except for $CO_2$ (278 ppm), $CH_4$ (715 ppb; 700 ppb was used in the TAR), $N_2O$ (270 ppb) and $CF_4$ (40 ppt).

[d] 90% confidence ranges for RF are not shown but are approximately 10%. This confidence range is almost entirely due to radiative transfer assumptions, therefore trends remain valid when quoted to higher accuracies. Higher precision data are used for totals and affect rounding of the values. Percent changes are calculated relative to 1998.

[e] Data available from AGAGE network only.

[f] Data for 1998 not available; values from 1999 are used.

[g] Data from UEA only.

[h] Data from 2003 are used due to lack of available data for 2004 and 2005.

[i] Data from ESRL only.

[j] 1997 data from PSU (Khalil et al., 2003, not updated) are used.

[k] CFC total includes a small 0.009 W m$^{-2}$ RF from CFC-13, CFC-114, CFC-115 and the halons, as measurements of these were not updated.

measurements of the gas made at a wide variety of sites in both hemispheres over the last 25 years show that, although the abundance of $CH_4$ has increased by about 30% during that time, its growth rate has decreased substantially from highs of greater than 1% yr$^{-1}$ in the late 1 70s and early 1980s (Blake and Rowland, 1988) to lows of close to zero towards the end of the 1990s (Dlugokencky et al., 1998; Simpson et al., 2002). The slowdown in the growth rate began in the 1980s, decreasing from 14 ppb yr$^{-1}$ (about 1% yr$^{-1}$) in 1984 to close to zero during 1999 to 2005, for the network of surface sites maintained by NOAA/GMD (Dlugokencky et al., 2003). Measurements by Lowe et al. (2004) for sites in the SH and Cunnold et al. (2002) for the network of GAGE/AGAGE sites show similar features. A key feature of the global growth rate of $CH_4$ is its current interannual variability, with growth rates ranging from a high of 14 ppb yr$^{-1}$ in 1998 to less than zero in 2001, 2004 and 2005. (Figure 2.4)

The reasons for the decrease in the atmospheric $CH_4$ growth rate and the implications for future changes in its atmospheric burden are not understood (Prather et al., 2001) but are clearly related to changes in the imbalance between $CH_4$ sources and sinks. Most $CH_4$ is removed from the atmosphere by reaction with the hydroxyl free radical (OH), which is produced photochemically in the atmosphere. The role of OH in controlling atmospheric $CH_4$ levels is discussed in Section 2.3.5. Other minor sinks include reaction with free chlorine (Platt et al., 2004; Allan et al., 2005), destruction in the stratosphere and soil sinks (Born et al., 1990).

The total global $CH_4$ source is relatively well known but the strength of each source component and their trends are not. As detailed in Section 7.4, the sources are mostly biogenic and include wetlands, rice agriculture, biomass burning and ruminant animals. Methane is also emitted by various industrial sources including fossil fuel mining and distribution. Prather et al. (2001) documented a large range in 'bottom-up' estimates for the global source of $CH_4$. New source estimates published since then are documented in Table 7.6. However, as reported by Bergamaschi et al. (2005), national inventories based on 'bottom-up' studies can grossly underestimate emissions and 'top-down' measurement-based assessments of reported emissions will be required for verification. Keppler et al. (2006) reported the discovery of emissions of $CH_4$ from living vegetation and estimated that this contributed 10 to 30% of the global $CH_4$ source. This work extrapolates limited measurements to a global source and has not yet been confirmed by other laboratories, but lends some support to space-borne observations of $CH_4$ plumes above tropical rainforests reported by Frankenberg et al. (2005). That such a potentially large source of $CH_4$ could have been missed highlights the large uncertainties involved in current 'bottom-up' estimates of components of the global source (see Section 7.4).

Several wide-ranging hypotheses have been put forward to explain the reduction in the $CH_4$ growth rate and its variability. For example, Hansen et al. (2000) considered that economic incentives have led to a reduction in anthropogenic $CH_4$ emissions. The negligible long-term change in its main



**Figure 2.4.** *Recent $CH_4$ concentrations and trends. (a) Time series of global $CH_4$ abundance mole fraction (in ppb) derived from surface sites operated by NOAA/GMD (blue lines) and AGAGE (red lines). The thinner lines show the $CH_4$ global averages and the thicker lines are the de-seasonalized global average trends from both networks. (b) Annual growth rate (ppb yr$^{-1}$) in global atmospheric $CH_4$ abundance from 1984 through the end of 2005 (NOAA/GMD, blue), and from 1988 to the end of 2005 (AGAGE, red). To derive the growth rates and their uncertainties for each month, a linear least squares method that takes account of the autocorrelation of residuals is used. This follows the methods of Wang et al. (2002) and is applied to the de-seasonalized global mean mole fractions from (a) for values six months before and after the current month. The vertical lines indicate ±2 standard deviation uncertainties (95% confidence interval), and 1 standard deviation uncertainties are between 0.1 and 1.4 ppb yr$^{-1}$ for both AGAGE and NOAA/GMD. Note that the differences between AGAGE and NOAA/GMD calibration scales are determined through occasional intercomparisons.*

sink (OH; see Section 2.3.5 and Figure 2.8) implies that $CH_4$ emissions are not increasing. Similarly, Dlugokencky et al. (1998) and Francey et al. (1999) suggested that the slowdown in the growth rate reflects a stabilisation of $CH_4$ emissions, given that the observations are consistent with stable emissions and lifetime since 1982.

Relatively large anomalies occurred in the growth rate during 1991 and 1998, with peak values reaching 15 and 14 ppb yr$^{-1}$, respectively (about 1% yr$^{-1}$). The anomaly in 1991 was followed by a dramatic drop in the growth rate in 1992 and has been linked with the Mt. Pinatubo volcanic eruption in June 1991, which injected large amounts of ash and (sulphur dioxide) $SO_2$ into the lower stratosphere of the tropics with subsequent impacts on tropical photochemistry and the removal of $CH_4$ by atmospheric OH (Bekki et al., 1994; Dlugokencky et al., 1996). Lelieveld et al. (1998) and Walter et al. (2001a,b) proposed that lower temperatures and lower precipitation in the aftermath of the Mt. Pinatubo eruption could have suppressed $CH_4$ emissions from wetlands. At this time, and in parallel with the growth rate anomaly in the $CH_4$ mixing ratio, an anomaly was observed in the $^{13}C/^{12}C$ ratio of $CH_4$ at surface sites in the SH. This was attributed to a decrease in emissions from an isotopically heavy source such as biomass burning (Lowe et al., 1997; Mak et al., 2000), although these data were not confirmed by lower frequency measurements from the same period made by Francey et al. (1999).

For the relatively large increase in the $CH_4$ growth rate reported for 1998, Dlugokencky et al. (2001) suggested that wetland and boreal biomass burning sources might have contributed to the anomaly, noting that 1998 was the warmest year globally since surface instrumental temperature records began. Using an inverse method, Chen and Prinn (2006) attributed the same event primarily to increased wetland and rice region emissions and secondarily to biomass burning. The same conclusion was reached by Morimoto et al. (2006), who used carbon isotopic measurements of $CH_4$ to constrain the relative contributions of biomass burning (one-third) and wetlands (two-thirds) to the increase.

Based on ice core measurements of $CH_4$ (Etheridge et al., 1998), the pre-industrial global value for $CH_4$ from 1700 to 1800 was $715 \pm 4$ ppb (it was also $715 \pm 4$ ppb in 1750), thus providing the reference level for the RF calculation. This takes into account the inter-polar difference in $CH_4$ as measured from Greenland and Antarctic ice cores.

The RF due to changes in $CH_4$ mixing ratio is calculated with the simplified yet still valid expression for $CH_4$ given in Ramaswamy et al. (2001). The change in the $CH_4$ mixing ratio from 715 ppb in 1750 to 1,774 ppb (the average mixing ratio from the AGAGE and GMD networks) in 2005 gives an RF of $+0.48 \pm 0.05$ W m$^{-2}$, ranking $CH_4$ as the second highest RF of the LLGHGs after $CO_2$ (Table 2.1). The uncertainty range in mixing ratios for the present day represents intra-annual variability, which is not included in the pre-industrial uncertainty estimate derived solely from ice core sampling precision. The estimate for the RF due to $CH_4$ is the same as in Ramaswamy et al. (2001) despite the small increase in its mixing ratio. The spectral absorption by $CH_4$ is overlapped to some extent by $N_2O$ lines (taken into account in the simplified expression). Taking the overlapping lines into account using current $N_2O$ mixing ratios instead of pre-industrial mixing ratios (as in Ramaswamy et al., 2001) reduces the current RF due to $CH_4$ by 1%.

Collins et al. (2006) confirmed that line-by-line models agree extremely well for the calculation of clear-sky instantaneous RF from $CH_4$ and $N_2O$ when the same atmospheric background profile is used. However, GCM radiation schemes were found to be in poor agreement with the line-by-line models, and errors of over 50% were possible for $CH_4$, $N_2O$ and the CFCs. In addition, a small effect from the absorption of solar radiation was found with the line-by-line models, which the GCMs did not include (Section 10.2).

### 2.3.3   Other Kyoto Protocol Gases

At the time of the TAR, $N_2O$ had the fourth largest RF among the LLGHGs behind $CO_2$, $CH_4$ and CFC-12. The TAR quoted an atmospheric $N_2O$ abundance of 314 ppb in 1998, an increase of 44 ppb from its pre-industrial level of around $270 \pm 7$ ppb, which gave an RF of $+0.15 \pm 0.02$ W m$^{-2}$. This RF is affected by atmospheric $CH_4$ levels due to overlapping absorptions. As $N_2O$ is also the major source of ozone-depleting nitric oxide (NO) and nitrogen dioxide ($NO_2$) in the stratosphere, it is routinely reviewed in the ozone assessments; the most recent assessment (Montzka et al., 2003) recommended an atmospheric lifetime of 114 years for $N_2O$. The TAR pointed out large uncertainties in the major soil, agricultural, combustion and oceanic sources of $N_2O$. Given these emission uncertainties, its observed rate of increase of 0.2 to 0.3% yr$^{-1}$ was not inconsistent with its better-quantified major sinks (principally stratospheric destruction). The primary driver for the industrial era increase of $N_2O$ was concluded to be enhanced microbial production in expanding and fertilized agricultural lands.

Ice core data for $N_2O$ have been reported extending back 2,000 years and more before present (MacFarling Meure et al., 2006; Section 6.6). These data, as for $CO_2$ and $CH_4$, show relatively little changes in mixing ratios over the first 1,800 years of this record, and then exhibit a relatively rapid rise (see FAQ 2.1, Figure 1). Since 1998, atmospheric $N_2O$ levels have steadily risen to $319 \pm 0.12$ ppb in 2005, and levels have been increasing approximately linearly (at around 0.26% yr$^{-1}$) for the past few decades (Figure 2.5). A change in the $N_2O$ mixing ratio



**Figure 2.5.** *Hemispheric monthly mean $N_2O$ mole fractions (ppb) (crosses for the NH and triangles for the SH). Observations (in situ) of $N_2O$ from the Atmospheric Lifetime Experiment (ALE) and GAGE (through the mid-1990s) and AGAGE (since the mid-1990s) networks (Prinn et al., 2000, 2005b) are shown with monthly standard deviations. Data from NOAA/GMD are shown without these standard deviations (Thompson et al., 2004). The general decrease in the variability of the measurements over time is due mainly to improved instrumental precision. The real signal emerges only in the last decade.*

from 270 ppb in 1750 to 319 ppb in 2005 results in an RF of $+0.16 \pm 0.02$ W m$^{-2}$, calculated using the simplified expression given in Ramaswamy et al. (2001). The RF has increased by 11% since the time of the TAR (Table 2.1). As CFC-12 levels slowly decline (see Section 2.3.4), N$_2$O should, with its current trend, take over third place in the LLGHG RF ranking.

Since the TAR, understanding of regional N$_2$O fluxes has improved. The results of various studies that quantified the global N$_2$O emissions from coastal upwelling areas, continental shelves, estuaries and rivers suggest that these coastal areas contribute 0.3 to 6.6 TgN yr$^{-1}$ of N$_2$O or 7 to 61% of the total oceanic emissions (Bange et al., 1996; Nevison et al., 2004b; Kroeze et al., 2005; see also Section 7.4). Using inverse methods and AGAGE Ireland measurements, Manning et al. (2003) estimated EU N$_2$O emissions of $0.9 \pm 0.1$ TgN yr$^{-1}$ that agree well with the United Nations Framework Convention on Climate Change (UNFCCC) N$_2$O inventory ($0.8 \pm 0.1$ TgN yr$^{-1}$). Melillo et al. (2001) provided evidence from Brazilian land use sequences that the conversion of tropical forest to pasture leads to an initial increase but a later decline in emissions of N$_2$O relative to the original forest. They also deduced that Brazilian forest soils alone contribute about 10% of total global N$_2$O production. Estimates of N$_2$O sources and sinks using observations and inverse methods had earlier implied that a large fraction of global N$_2$O emissions in 1978 to 1988 were tropical: specifically 20 to 29% from 0° to 30°S and 32 to 39% from 0° to 30°N compared to 11 to 15% from 30°S to 90°S and 22 to 34% from 30°N to 90°N (Prinn et al., 1990). These estimates were uncertain due to their significant sensitivity to assumed troposphere-stratosphere exchange rates that strongly influence inter-hemispheric gradients. Hirsch et al. (2006) used inverse modelling to estimate significantly lower emissions from 30°S to 90°S (0 to 4%) and higher emissions from 0° to 30°N (50 to 64%) than Prinn et al. (1990) during 1998 to 2001, with 26 to 36% from the oceans. The stratosphere is also proposed to play an important role in the seasonal cycles of N$_2$O (Nevison et al., 2004a). For example, its well-defined seasonal cycle in the SH has been interpreted as resulting from the net effect of seasonal oceanic outgassing of microbially produced N$_2$O, stratospheric intrusion of low-N$_2$O air and other processes (Nevison et al., 2005). Nevison et al. also estimated a Southern Ocean (30°S–90°S) N$_2$O source of 0.9 TgN yr$^{-1}$, or about 5% of the global total. The complex seasonal cycle in the NH is more difficult to reconcile with seasonal variations in the northern latitude soil sources and stratospheric intrusions (Prinn et al., 2000; T. Liao et al., 2004). The destruction of N$_2$O in the stratosphere causes enrichment of its heavier isotopomers and isotopologues, providing a potential method to differentiate stratospheric and surface flux influences on tropospheric N$_2$O (Morgan et al., 2004).

Human-made PFCs, HFCs and SF$_6$ are very effective absorbers of infrared radiation, so that even small amounts of these gases contribute significantly to the RF of the climate system. The observations and global cycles of the major HFCs, PFCs and SF$_6$ were reviewed in Velders et al. (2005), and this section only provides a brief review and an update for these species. Table 2.1 shows the present mixing ratio and recent trends in the halocarbons and their RFs. Absorption spectra of most halocarbons reviewed here and in the following section are characterised by strongly overlapping spectral lines that are not resolved at tropospheric pressures and temperatures, and there is some uncertainty in cross section measurements. Apart from the uncertainties stemming from the cross sections themselves, differences in the radiative flux calculations can arise from the spectral resolution used, tropopause heights, vertical, spatial and seasonal distributions of the gases, cloud cover and how stratospheric temperature adjustments are performed. IPCC/TEAP (2005) concluded that the discrepancy in the RF calculation for different halocarbons, associated with uncertainties in the radiative transfer calculation and the cross sections, can reach 40%. Studies reviewed in IPCC/TEAP (2005) for the more abundant HFCs show that an agreement better than 12% can be reached for these when the calculation conditions are better constrained (see Section 2.10.2).

The HFCs of industrial importance have lifetimes in the range 1.4 to 270 years. The HFCs with the largest observed mole fractions in 1998 (as reported in the TAR) were, in descending order, HFC-23, HFC-134a and HFC-152a. In 2005, the observed mixing ratios of the major HFCs in the atmosphere were 35 ppt for HFC-134a, 17.5 ppt for HFC-23 (2003 value), 3.7 ppt for HFC-125 and 3.9 ppt for HFC-152a (Table 2.1). Within the uncertainties in calibration and emissions estimates, the observed mixing ratios of the HFCs in the atmosphere can be explained by the anthropogenic emissions. Measurements are available from GMD (Thompson et al., 2004) and AGAGE (Prinn et al., 2000; O'Doherty et al., 2004; Prinn et al., 2005b) networks as well as from University of East Anglia (UEA) studies in Tasmania (updated from Oram et al., 1998; Oram, 1999). These data, summarised in Figure 2.6, show a continuation of positive HFC trends and increasing latitudinal gradients (larger trends in the NH) due to their predominantly NH sources. The air conditioning refrigerant HFC-134a is increasing at a rapid rate in response to growing emissions arising from its role as a replacement for some CFC refrigerants. With a lifetime of about 14 years, its current trends are determined primarily by its emissions and secondarily by its atmospheric destruction. Emissions of HFC-134a estimated from atmospheric measurements are in approximate agreement with industry estimates (Huang and Prinn, 2002; O'Doherty et al., 2004). IPCC/TEAP (2005) reported that global HFC-134a emissions started rapidly increasing in the early 1990s, and that in Europe, sharp increases in emissions are noted for HFC-134a from 1995 to 1998 and for HFC-152a from 1996 to 2000, with some levelling off through 2003. The concentration of the foam blower HFC-152a, with a lifetime of only about 1.5 years, is rising approximately exponentially, with the effects of increasing emissions only partly offset by its rapid atmospheric destruction. Hydrofluorocarbon-23 has a very long atmospheric lifetime (approximately 270 years) and is mainly produced as a by-product of HCFC-22 production. Its concentrations are rising approximately linearly, driven by these emissions, with its destruction being only a minor factor in its budget. There are

also smaller but rising concentrations of HFC-125 and HFC-143a, which are both refrigerants.

The PFCs, mainly $CF_4$ (PFC-14) and $C_2F_6$ (PFC-116), and $SF_6$ have very large radiative efficiencies and lifetimes in the range 1,000 to 50,000 years (see Section 2.10, Table 2.14), and make an essentially permanent contribution to RF. The $SF_6$ and $C_2F_6$ concentrations and RFs have increased by over 20% since the TAR (Table 2.1 and Figure 2.6), but $CF_4$ concentrations have not been updated since 1997. Both anthropogenic and natural sources of $CF_4$ are important to explain its observed atmospheric abundance. These PFCs are produced as by-products of traditional aluminium production, among other activities. The $CF_4$ concentrations have been increasing linearly since about 1960 and $CF_4$ has a natural source that accounts for about one-half of its current atmospheric content (Harnisch et al., 1996). Sulphur hexafluoride ($SF_6$) is produced for use as an electrical insulating fluid in power distribution equipment and also deliberately released as an essentially inert tracer to study atmospheric and oceanic transport processes. Its concentration was 4.2 ppt in 1998 (TAR) and has continued to increase linearly over the past decade, implying that emissions are approximately constant. Its very long lifetime ensures that its emissions accumulate essentially unabated in the atmosphere.



**Figure 2.6.** *Temporal evolution of the global average dry-air mole fractions (ppt) of the major halogen-containing LLGHGs. These are derived mainly using monthly mean measurements from the AGAGE and NOAA/GMD networks. For clarity, the two network values are averaged with equal weight when both are available. While differences exist, these network measurements agree reasonably well with each other (except for $CCl_4$ (differences of 2 – 4% between networks) and HCFC-142b (differences of 3 – 6% between networks)), and with other measurements where available (see text for references for each gas).*

### 2.3.4   Montreal Protocol Gases

The Montreal Protocol on Substances that Deplete the Ozone Layer regulates many radiatively powerful greenhouse gases for the primary purpose of lowering stratospheric chlorine and bromine concentrations. These gases include the CFCs, HCFCs, chlorocarbons, bromocarbons and halons. Observations and global cycles of these gases were reviewed in detail in Chapter 1 of the 2002 Scientific Assessment of Ozone Depletion (WMO, 2003) and in IPCC/TEAP (2005). The discussion here focuses on developments since these reviews and on those gases that contribute most to RF rather than to halogen loading. Using observed 2005 concentrations, the Montreal Protocol gases have contributed 12% (0.320 W m$^{-2}$) to the direct RF of all LLGHGs and 95% to the halocarbon RF (Table 2.1). This contribution is dominated by the CFCs. The effect of the Montreal Protocol on these gases has been substantial. IPCC/TEAP (2005) concluded that the combined $CO_2$-equivalent emissions of CFCs, HCFCs and HFCs decreased from a peak of about 7.5 GtCO$_2$-eq yr$^{-1}$ in the late 1980s to about 2.5 GtCO$_2$-eq yr$^{-1}$ by the year 2000, corresponding to about 10% of that year's $CO_2$ emissions due to global fossil fuel burning.

Measurements of the CFCs and HCFCs, summarised in Figure 2.6, are available from the AGAGE network (Prinn et al., 2000, 2005b) and the GMD network (Montzka et al., 1999 updated; Thompson et al., 2004). Certain flask measurements are also available from the University of California at Irvine (UCI; Blake et al., 2001 updated) and UEA (Oram et al., 1998; Oram, 1999 updated). Two of the major CFCs (CFC-11 and CFC-113) have both been decreasing in the atmosphere since the mid-1990s. While their emissions have decreased very substantially in response to the Montreal Protocol, their long lifetimes of around 45 and 85 years, respectively, mean that their sinks can reduce their levels by only about 2% and 1% yr$^{-1}$, respectively. Nevertheless, the effect of the Montreal Protocol has been to substantially reduce the growth of the halocarbon RF, which increased rapidly from 1950 until about 1990. The other major CFC (CFC-12), which is the third most important LLGHG, is finally reaching a plateau in its atmospheric levels (emissions equal loss) and may have peaked in 2003. Its 100-year lifetime means that it can decrease by only about 1% yr$^{-1}$ even when emissions are zero. The levelling off for CFC-12 and approximately linear downward trends for CFC-11 and CFC-113 continue. Latitudinal gradients of all three are very small and decreasing as expected. The combined CFC and HCFC RF has been slowly declining since 2003. Note that the 1998 concentrations of CFC-11 and CFC-12 were overestimated in Table 6.1 of the TAR. This means that the total halocarbon RF quoted for 2005 in Table 2.1 (0.337 W m$^{-2}$) is slightly smaller than the 0.34 W m$^{-2}$ quoted in the TAR, even though the measurements indicate a small 1% rise in the total halocarbon RF since the time of the TAR (Table 2.1).

The major solvent, methyl chloroform ($CH_3CCl_3$), is of special importance regarding RFs, not because of its small RF (see Table 2.1 and Figure 2.6), but because this gas is widely

used to estimate concentrations of OH, which is the major sink species for $CH_4$, HFCs, and HCFCs and a major production mechanism for sulphate, nitrate and some organic aerosols as discussed in Section 2.3.5. The global atmospheric methyl chloroform concentration rose steadily from 1978 to reach a maximum in 1992 (Prinn et al., 2001; Montzka et al., 2003). Since then, concentrations have decreased rapidly, driven by a relatively short lifetime of 4.9 years and phase-out under the Montreal Protocol, to levels in 2003 less than 20% of the levels when AGAGE measurements peaked in 1992 (Prinn et al., 2005a). Emissions of methyl chloroform determined from industry data (McCulloch and Midgley, 2001) may be too small in recent years. The 2000 to 2003 emissions from Europe estimated using surface observations (Reimann et al., 2005) show that 1.2 to 2.3 Gg yr$^{-1}$ need to be added over this 4-year period to the above industry estimates for Europe. Estimates of European emissions in 2000 exceeding 20 Gg (Krol et al., 2003) are not supported by analyses of the above extensive surface data (Reimann et al., 2005). From multi-year measurements, Li et al. (2005) estimated 2001 to 2002 emissions from the USA of 2.2 Gg yr$^{-1}$ (or about half of those estimated from more temporally but less geographically limited measurements by Millet and Goldstein, 2004), and suggested that 1996 to 1998 US emissions may be underestimated by an average of about 9.0 Gg yr$^{-1}$ over this 3-year period. East Asian emissions deduced from aircraft data in 2001 are about 1.7 Gg above industry data (Palmer et al., 2003; see also Yokouchi et al., 2005) while recent Australian and Russian emissions are negligible (Prinn et al., 2001; Hurst et al., 2004).

Carbon tetrachloride ($CCl_4$) is the second most rapidly decreasing atmospheric chlorocarbon after methyl chloroform. Levels peaked in early 1990 and decreased approximately linearly since then (Figure 2.7).



**Figure 2.7.** *Annual rates of change in the global atmospheric masses of each of the major LLGHGs expressed in common units of GtC yr$^{-1}$. These rates are computed from their actual annual mass changes in Gt yr$^{-1}$ (as derived from their observed global and annual average mole fractions presented in Figures 2.3 to 2.6 and discussed in Sections 2.3.1 to 2.3.4) by multiplying them by their GWPs for 100-year time horizons and then dividing by the ratio of the $CO_2$ to carbon (C) masses (44/12). These rates are positive or negative whenever the mole fractions are increasing or decreasing, respectively. Use of these common units provides an approximate way to intercompare the fluxes of LLGHGs, using the same approach employed to intercompare the values of LLGHG emissions under the Kyoto Protocol (see, e.g., Prinn, 2004). Note that the negative indirect RF of CFCs and HCFCs due to stratospheric ozone depletion is not included. The oscillations in the $CF_4$ curve may result partly from truncation in reported mole fractions.*

Its major use was as a feedstock for CFC manufacturing. Unlike methyl chloroform, a significant inter-hemispheric $CCl_4$ gradient still exists in 2005 in spite of its moderately long lifetime of 20 to 30 years, resulting from a persistence of significant NH emissions.

HCFCs of industrial importance have lifetimes in the range of 1.3 to 20 years. Global and regional emissions of the CFCs and HCFCs have been derived from observed concentrations and can be used to check emission inventory estimates. Montzka et al. (2003) and IPCC/TEAP (2005) concluded that global emissions of HCFC-22 rose steadily over the period 1975 to 2000, while those of HCFC-141b and HCFC-142b

started increasing quickly in the early 1990s and then began to decrease after 2000.

To provide a direct comparison of the effects on global warming due to the annual changes in each of the non-$CO_2$ greenhouse gases (discussed in Sections 2.3.2, 2.3.3 and 2.3.4) relative to $CO_2$, Figure 2.7 shows these annual changes in atmospheric mass multiplied by the GWP (100-year horizon) for each gas (e.g., Prim, 2004). By expressing them in this way, the observed changes in all non-$CO_2$ gases in GtC equivalents and the significant roles of $CH_4$, $N_2O$ and many halocarbons are very evident. This highlights the importance of considering the full suite of greenhouse gases for RF calculations.

## 2.3.5   Trends in the Hydroxyl Free Radical

The hydroxyl free radical (OH) is the major oxidizing chemical in the atmosphere, destroying about 3.7 Gt of trace gases, including $CH_4$ and all HFCs and HCFCs, each year (Ehhalt, 1999). It therefore has a very significant role in limiting the LLGHG RF. IPCC/TEAP (2005) concluded that the OH concentration might change in the 21st century by –18 to +5% depending on the emission scenario. The large-scale concentrations and long-term trends in OH can be inferred indirectly using global measurements of trace gases for which emissions are well known and the primary sink is OH. The best trace gas used to date for this purpose is methyl chloroform; long-term measurements of this gas are reviewed in Section 2.3.4. Other gases that are useful OH indicators include $^{14}CO$, which is produced primarily by cosmic rays (Lowe and Allan, 2002). While the accuracy of the $^{14}CO$ cosmic ray and other $^{14}CO$ source estimates and the frequency and spatial coverage of its measurements do not match those for methyl chloroform, the $^{14}CO$ lifetime (2 months) is much shorter than that of methyl chloroform (4.9 years). As a result, $^{14}CO$ provides estimates of average concentrations of OH that are more regional, and is capable of resolving shorter time scales than those estimated from methyl chloroform. The $^{14}CO$ source variability is better defined than its absolute magnitude so it is better for inferring relative rather than absolute trends. Another useful gas is the industrial chemical HCFC-22. It yields OH concentrations similar to those derived from methyl chloroform, but with less accuracy due to greater uncertainties in emissions and less extensive measurements (Miller et al., 1998). The industrial gases HFC-134a, HCFC-141b and HCFC-142b are potentially useful OH estimators, but the accuracy of their emission estimates needs improvement (Huang and Prinn, 2002; O'Doherty et al., 2004).

Indirect measurements of OH using methyl chloroform have established that the globally averaged average OH concentration in the troposphere is roughly $10^6$ radicals per cubic centimetre (Prinn et al., 2001; Krol and Lelieveld, 2003). A similar average concentration is derived using $^{14}CO$ (Quay et al., 2000), although the spatial weighting here is different. Note that methods to infer global or hemispheric average OH concentrations may be insensitive to compensating regional OH changes such as OH increases over continents and decreases over oceans (Lelieveld et al., 2002). In addition, the quoted absolute OH concentrations (but not their relative trends) depend on the choice of weighting (e.g., Lawrence et al., 2001). While the global average OH concentration appears fairly well defined by these indirect methods, the temporal trends in OH are more difficult to discern since they require long-term measurements, optimal inverse methods and very accurate calibrations, model transports and methyl chloroform emissions data. From AGAGE methyl chloroform measurements, Prinn et al. (2001) inferred that global OH levels grew between 1979 and 1989, but then declined between 1989 and 2000, and also exhibited significant interannual variations. They concluded that these decadal global variations were driven principally by NH OH, with

SH OH decreasing from 1979 to 1989 and staying essentially constant after that. Using the same AGAGE data and identical methyl chloroform emissions, a three-dimensional model analysis (Krol and Lelieveld, 2003) supported qualitatively (but not quantitatively) the earlier result (Prinn et al., 2001) that OH concentrations increased in the 1980s and declined in the 1990s. Prinn et al. (2001) also estimated the emissions required to provide a zero trend in OH. These required methyl chloroform emissions differed substantially from industry estimates by McCulloch and Midgley (2001) particularly for 1996 to 2000. However, Krol and Lelieveld (2003) argued that the combination of possible underestimated recent emissions, especially the >20 Gg European emissions deduced by Krol et al. (2003), and the recent decreasing effectiveness of the stratosphere as a sink for tropospheric methyl chloroform, may be sufficient to yield a zero deduced OH trend. As discussed in Section 2.3.4, estimates of European emissions by Reimann et al. (2005) are an order of magnitude less than those of Krol et al. (2003). In addition, Prinn et al. (2005a) extended the OH estimates through 2004 and showed that the Prim et al. (2001) decadal and interannual OH estimates remain valid even after accounting for the additional recent methyl chloroform emissions discussed in Section 2.3.4. They also reconfirmed the OH maximum around 1989 and a larger OH minimum around 1998, with OH concentrations then recovering so that in 2003 they were comparable to those in 1979. They noted that the 1997 to 1999 OH minimum coincides with, and is likely caused by, major global wildfires and an intense El Niño at that time. The 1997 Indonesian fires alone have been estimated to have lowered global late-1997 OH levels by 6% due to carbon monoxide (CO) enhancements (Duncan et al., 2003).

Methyl chloroform is also destroyed in the stratosphere. Because its stratospheric loss frequency is less than that in the troposphere, the stratosphere becomes a less effective sink for tropospheric methyl chloroform over time (Krol and Lelieveld, 2003), and even becomes a small source to the troposphere beginning in 1999 in the reference case in the Prinn et al. (2001, 2005a) model. Loss to the ocean has usually been considered irreversible, and its rates and uncertainties have been obtained from observations (Yvon-Lewis and Butler, 2002). However, Wennberg et al. (2004) recently proposed that the polar oceans may have effectively stored methyl chloroform during the pre-1992 years when its atmospheric levels were rising, but began re-emitting it in subsequent years, thus reducing the overall oceanic sink. Prinn et al. (2005a) tried both approaches and found that their inferred interannual and decadal OH variations were present using either formulation, but inferred OH was lower in the pre-1992 years and higher after that using the Wennberg et al. (2004) formulation.

More recently, Bousquet et al. (2005) used an inverse method with a three-dimensional model and methyl chloroform measurements and concluded that substantial year-to-year variations occurred in global average OH concentrations between 1980 and 2000. This conclusion was previously reached by Prinn et al. (2001), but subsequently challenged by Krol and Lelieveld (2003) who argued that these variations

were caused by model shortcomings and that models need, in particular, to include observationally-based, interannually varying meteorology to provide accurate annual OH estimates. Neither the two-dimensional Prinn et al. (2001) nor the three-dimensional Krol et al. (2003) inversion models used interannually varying circulation. However, the Bousquet et al. (2005) analysis, which uses observationally based meteorology and estimates OH on monthly time scales, yields interannual OH variations that agree very well with the Prinn et al. (2001) and equivalent Krol and Lelieveld (2003) estimates (see Figure 2.8). However, when Bousquet et al. (2005) estimated both OH concentrations and methyl chloroform emissions (constrained by their uncertainties as reported by McCulloch and Midgley, 2001), the OH variations were reduced by 65% (dashed line in Figure 2.8). The error bars on the Prinn et al. (2001, 2005a)

OH estimates, which account for these emission uncertainties using Monte Carlo ensembles of inversions, also easily allow such a reduction in OH variability (thin vertical bars in Figure 2.8). This implies that these interannual OH variations are real, but only their phasing and not their amplitude, is well defined. Bousquet et al. (2005) also deduced that OH in the SH shows a zero to small negative trend, in qualitative agreement with Prinn et al. (2001). Short-term variations in OH were also recently deduced by Manning et al. (2005) using 13 years of $^{14}CO$ measurements in New Zealand and Antarctica. They found no significant long-term trend between 1989 and 2003 in SH OH but provided evidence for recurring multi-month OH variations of around 10%. They also deduced even larger (20%) OH decreases in 1991 and 1997, perhaps triggered by the 1991 Mt. Pinatubo eruption and the 1997 Indonesian fires. The similarity



**Figure 2.8.** Estimates used to evaluate trends in weighted global average OH concentrations. (A) and (B): comparison of 1980 to 1999 OH anomalies (relative to their long-term means) inferred by Bousquet et al. (2005), Prinn et al. (2001) and Krol et al. (2003) from AGAGE methyl chloroform observations, and by Bousquet et al. (2005) when methyl chloroform emissions as well as OH are inferred; error bars for Bousquet et al. (2005) refer to 1 standard deviation inversion errors while yellow areas refer to the envelope of their 18 OH inversions. (C) OH concentrations for 1979 to 2003 inferred by Prinn et al. (2005a) (utilising industry emissions corrected using recent methyl chloroform observations), showing the recovery of 2003 OH levels to 1979 levels; also shown are results assuming uncorrected emissions and estimates of recent oceanic re-emissions. Error bars in Prinn et al. (2001, 2005a) are 1 standard deviation and include inversion, model, emission and calibration errors from large Monte Carlo ensembles (see Section 2.3.5 for details and references).

of many of these results to those from methyl chloroform discussed above is very important, given the independence of the two approaches.

RF calculations of the LLGHGs are calculated from observed trends in the LLGHG concentrations and therefore OH concentrations do not directly affect them. Nevertheless OH trends are needed to quantify LLGHG budgets (Section 7.4) and for understanding future trends in the LLGHGs and tropospheric ozone.

## 2.3.6    Ozone

In the TAR, separate estimates for RF due to changes in tropospheric and stratospheric ozone were given. Stratospheric ozone RF was derived from observations of ozone change from roughly 1979 to 1998. Tropospheric ozone RF was based on chemical model results employing changes in precursor hydrocarbons, CO and nitrogen oxides ($NO_x$). Over the satellite era (since approximately 1980), stratospheric ozone trends have been primarily caused by the Montreal Protocol gases, and in Ramaswamy et al. (2001) the stratospheric ozone RF was implicitly attributed to these gases. Studies since then have investigated a number of possible causes of ozone change in the stratosphere and troposphere and the attribution of ozone trends to a given precursor is less clear. Nevertheless, stratospheric ozone and tropospheric ozone RFs are still treated separately in this report. However, the RFs are more associated with the vertical location of the ozone change than they are with the agent(s) responsible for the change.

### 2.3.6.1    Stratospheric Ozone

The TAR reported that ozone depletion in the stratosphere had caused a negative RF of −0.15 W m$^{-2}$ as a best estimate over the period since 1750. A number of recent reports have assessed changes in stratospheric ozone and the research into its causes, including Chapters 3 and 4 of the 2002 Scientific Assessment of Ozone Depletion (WMO, 2003) and Chapter 1 of IPCC/TEAP (2005). This section summarises the material from these reports and updates the key results using more recent research.

Global ozone amounts decreased between the late 1970s and early 1990s, with the lowest values occurring during 1992 to 1993 (roughly 6% below the 1964 to 1980 average), and slightly increasing values thereafter. Global ozone for the period 2000 to 2003 was approximately 4% below the 1964 to 1980 average values. Whether or not recently observed changes in ozone trends (Newchurch et al., 2003; Weatherhead and Andersen, 2006) are already indicative of recovery of the global ozone layer is not yet clear and requires more detailed attribution of the drivers of the changes (Steinbrecht et al., 2004a (see also comment and reply: Cunnold et al., 2004 and Steinbrecht et al., 2004b); Hadjinicolaou et al., 2005; Krizan and Lastovicka, 2005; Weatherhead and Andersen, 2006). The largest ozone changes since 1980 have occurred during the late winter and spring over Antarctica where average total column ozone in September and October is about 40 to 50% below pre-

1980 values (WMO, 2003). Ozone decreases over the Arctic have been less severe than have those over the Antarctic, due to higher temperature in the lower stratosphere and thus fewer polar stratospheric clouds to cause the chemical destruction. Arctic stratospheric ozone levels are more variable due to interannual variability in chemical loss and transport.

The temporally and seasonally non-uniform nature of stratospheric ozone trends has important implications for the resulting RF. Global ozone decreases result primarily from changes in the lower stratospheric extratropics. Total column ozone changes over the mid-latitudes of the SH are significantly larger than over the mid-latitudes of the NH. Averaged over the period 2000 to 2003, SH values are 6% below pre-1980 values, while NH values are 3% lower. There is also significant seasonality in the NH ozone changes, with 4% decreases in winter to spring and 2% decreases in summer, while long-term SH changes are roughly 6% year round (WMO, 2003). Southern Hemisphere mid-latitude ozone shows significant decreases during the mid-1980s and essentially no response to the effects of the Mt. Pinatubo volcanic eruption in June 1991; both of these features remain unexplained. Pyle et al. (2005) and Chipperfield et al. (2003) assessed several studies that show that a substantial fraction (roughly 30%) of NH mid-latitude ozone trends are not directly attributable to anthropogenic chemistry, but are related to dynamical effects, such as tropopause height changes. These dynamical effects are likely to have contributed a larger fraction of the ozone RF in the NH mid-latitudes. The only study to assess this found that 50% of the RF related to stratospheric ozone changes between 20°N to 60°N over the period 1970 to 1997 is attributable to dynamics (Forster and Tourpali, 2001). These dynamical changes may well have an anthropogenic origin and could even be partly caused by stratospheric ozone changes themselves through lower stratospheric temperature changes (Chipperfield et al., 2003; Santer et al., 2004), but are not directly related to chemical ozone loss.

At the time of writing, no study has utilised ozone trend observations after 1998 to update the RF values presented in Ramaswamy et al. (2001). However, Hansen et al. (2005) repeated the RF calculation based on the same trend data set employed by studies assessed in Ramaswamy et al. (2001) and found an RF of roughly −0.06 W m$^{-2}$. A considerably stronger RF of −0.2 ± 0.1 W m$^{-2}$ previously estimated by the same group affected the Ramaswamy et al. (2001) assessment. The two other studies assessed in Ramaswamy et al. (2001), using similar trend data sets, found RFs of −0.01 W m$^{-2}$ and −0.10 W m$^{-2}$. Using the three estimates gives a revision of the observationally based RF for 1979 to 1998 to about −0.05 ± 0.05 W m$^{-2}$.

Gauss et al. (2006) compared results from six chemical transport models that included changes in ozone precursors to simulate both the increase in the ozone in the troposphere and the ozone reduction in the stratosphere over the industrial era. The 1850 to 2000 annually averaged global mean stratospheric ozone column reduction for these models ranged between 14 and 29 Dobson units (DU). The overall pattern of the ozone changes from the models were similar but the magnitude of the ozone

changes differed. The models showed a reduction in the ozone at high latitudes, ranging from around 20 to 40% in the SH and smaller changes in the NH. All models have a maximum ozone reduction around 15 km at high latitudes in the SH. Differences between the models were also found in the tropics, with some models simulating about a 10% increase in the lower stratosphere and other models simulating decreases. These differences were especially related to the altitude where the ozone trend switched from an increase in the troposphere to a decrease in the stratosphere, which ranged from close to the tropopause to around 27 km. Several studies have shown that ozone changes in the tropical lower stratosphere are very important for the magnitude and sign of the ozone RF (Ramaswamy et al., 2001). The resulting stratospheric ozone RF ranged between –0.12 and +0.07 W m$^{-2}$. Note that the models with either a small negative or a positive RF also had a small increase in tropical lower stratospheric ozone, resulting from increases in tropospheric ozone precursors; most of this increase would have occurred before the time of stratospheric ozone destruction by the Montreal Protocol gases. These RF calculations also did not include any negative RF that may have resulted from stratospheric water vapour increases. It has been suggested (Shindell and Faluvegi, 2002) that stratospheric ozone during 1957 to 1975 was lower by about 7 DU relative to the first half of the 20th century as a result of possible stratospheric water vapour increases; however, these long-term increases in stratospheric water vapour are uncertain (see Sections 2.3.7 and 3.4).

The stratospheric ozone RF is assessed to be –0.05 ± 0.10 W m$^{-2}$ between pre-industrial times and 2005. The best estimate is from the observationally based 1979 to 1998 RF of –0.05 ± 0.05 W m$^{-2}$, with the uncertainty range increased to take into account ozone change prior to 1979, using the model results of Gauss et al. (2006) as a guide. Note that this estimate takes into account causes of stratospheric ozone change in addition to those due to the Montreal Protocol gases. The level of scientific understanding is medium, unchanged from the TAR (see Section 2.9, Table 2.11).

### 2.3.6.2   Tropospheric Ozone

The TAR identified large regional differences in observed trends in tropospheric ozone from ozonesondes and surface observations. The TAR estimate of RF from tropospheric ozone was +0.35 ± 0.15 W m$^{-2}$. Due limited spatial and temporal coverage of observations of tropospheric ozone, the RF estimate is based on model simulations. In the TAR, the models considered only changes in the tropospheric photochemical system, driven by estimated emission changes (NO$_x$, CO, non-methane volatile organic compounds (NMVOCs), and CH$_4$) since pre-industrial times. Since the TAR, there have been major improvements in models. The new generation models include several Chemical Transport Models (CTMs) that couple stratospheric and tropospheric chemistry, as well as GCMs with on-line chemistry (both tropospheric and stratospheric). While the TAR simulations did not consider changes in ozone within the troposphere caused by reduced influx of ozone from

the stratosphere (due to ozone depletion in the stratosphere), the new models include this process (Gauss et al., 2006). This advancement in modelling capabilities and the need to be consistent with how the RF due to changes in stratospheric ozone is derived (based on observed ozone changes) have led to a change in the definition of RF due to tropospheric ozone compared with that in the TAR. Changes in tropospheric ozone due to changes in transport of ozone across the tropopause, which are in turn caused by changes in stratospheric ozone, are now included.

Trends in anthropogenic emissions of ozone precursors for the period 1990 to 2000 have been compiled by the Emission Database for Global Atmospheric Research (EDGAR) consortium (Olivier and Berdowski, 2001 updated). For specific regions, there is significant variability over the period due to variations in the emissions from open biomass burning sources. For all components (NO$_x$, CO and volatile organic compounds (VOCs)) industrialised regions like the USA and Organisation for Economic Co-operation and Development (OECD) Europe show reductions in emissions, while regions dominated by developing countries show significant growth in emissions. Recently, the tropospheric burdens of CO and NO$_2$ were estimated from satellite observations (Edwards et al., 2004; Richter et al., 2005), providing much needed data for model evaluation and very valuable constraints for emission estimates.

Assessment of long-term trends in tropospheric ozone is difficult due to the scarcity of representative observing sites with long records. The long-term tropospheric ozone trends vary both in terms of sign and magnitude and in the possible causes for the change (Oltmans et al., 2006). Trends in tropospheric ozone at northern middle and high latitudes have been estimated based on ozonesonde data by WMO (2003), Naja et al. (2003), Naja and Akimoto (2004), Tarasick et al. (2005) and Oltmans et al. (2006). Over Europe, ozone in the free troposphere increased from the early 20th century until the late 1980s; since then the trend has levelled off or been slightly negative. Naja and Akimoto (2004) analysed 33 years of ozonesonde data from Japanese stations, and showed an increase in ozone in the lower troposphere (750–550 hPa) between the periods 1970 to 1985 and 1986 to 2002 of 12 to 15% at Sapporo and Tsukuba (43°N and 36°N) and 35% at Kagoshima (32°N). Trajectory analysis indicates that the more southerly station, Kagoshima, is significantly more influenced by air originating over China, while Sapporo and Tsukuba are more influenced by air from Eurasia. At Naha (26°N) a positive trend (5% per decade) is found between 700 and 300 hPa (1990–2004), while between the surface and 700 hPa a slightly negative trend is observed (Oltmans et al., 2006). Ozonesondes from Canadian stations show negative trends in tropospheric ozone between 1980 and 1990, and a rebound with positive trends during 1991 to 2001 (Tarasick et al., 2005). Analysis of stratosphere-troposphere exchange processes indicates that the rebound during the 1990s may be partly a result of small changes in atmospheric circulation.

Trends are also derived from surface observations. Jaffe et al. (2003) derived a positive trend of 1.4% yr$^{-1}$ between 1988

and 2003 using measurements from Lassen Volcanic Park in California (1,750 m above sea level), consistent with the trend derived by comparing two aircraft campaigns (Parrish et al., 2004). However, a number of other sites show insignificant changes over the USA over the last 15 years (Oltmans et al., 2006). Over Europe and North America, observations from Whiteface Mountain, Wallops Island, Hohenpeisenberg, Zugspitze and Mace Head (flow from the European sector) show small trends or reductions during summer, while there is an increase during winter (Oltmans et al., 2006). These observations are consistent with reduced $NO_x$ emissions (Jonson et al., 2005). North Atlantic stations (Mace Head, Izana and Bermuda) indicate increased ozone (Oltmans et al., 2006). Over the North Atlantic (40°N–60°N) measurements from ships (Lelieveld et al., 2004) show insignificant trends in ozone, however, at Mace Head a positive trend of $0.49 \pm 0.19$ ppb yr$^{-1}$ for the period 1987 to 2003 is found, with the largest contribution from air coming from the Atlantic sector (Simmonds et al., 2004).

In the tropics, very few long-term ozonesonde measurements are available. At Irene in South Africa (26°S), Diab et al. (2004) found an increase between the 1990 to 1994 and 1998 to 2002 periods of about 10 ppb close to the surface (except in summer) and in the upper troposphere during winter. Thompson et al. (2001) found no significant trend during 1979 to 1992, based on Total Ozone Mapping Spectrometer (TOMS) satellite data. More recent observations (1994 to 2003, *in situ* data from the Measurement of Ozone by Airbus In-service Aircraft (MOZAIC) program) show significant trends in free-tropospheric ozone (7.7 to 11.3 km altitude) in the tropics: $1.12 \pm 0.05$ ppb yr$^{-1}$ and $1.03 \pm 0.08$ ppb yr$^{-1}$ in the NH tropics and SH tropics, respectively (Bortz and Prather, 2006). Ozonesonde measurements over the southwest Pacific indicate an increased frequency of near-zero ozone in the upper troposphere, suggesting a link to an increased frequency of deep convection there since the 1980s (Solomon et al., 2005).

At southern mid-latitudes, surface observations from Cape Point, Cape Grim, the Atlantic Ocean (from ship) and from sondes at Lauder (850–700 hPa) show positive trends in ozone concentrations, in particular during the biomass burning season in the SH (Oltmans et al., 2006). However, the trend is not accompanied by a similar trend in CO, as expected if biomass burning had increased. The increase is largest at Cape Point, reaching 20% per decade (in September). At Lauder, the increase is confined to the lower troposphere.

Changes in tropospheric ozone and the corresponding RF have been estimated in a number of recent model studies (Hauglustaine

and Brasseur, 2001; Mickley et al., 2001; Shindell et al., 2003a; Mickley et al., 2004; Wong et al., 2004; Liao and Seinfeld, 2005; Shindell et al., 2005). In addition, a multi-model experiment including 10 global models was organised through the Atmospheric Composition Change: an European Network (ACCENT; Gauss et al., 2006). Four of the ten ACCENT models have detailed stratospheric chemistry. The adjusted RF for all models was calculated by the same radiative transfer model. The normalised adjusted RF for the ACCENT models was $+0.032 \pm 0.006$ W m$^{-2}$ DU$^{-1}$, which is significantly lower than the TAR estimate of $+0.042$ W m$^{-2}$ DU$^{-1}$.



**Figure 2.9.** *Calculated RF due to tropospheric ozone change since pre-industrial time based on CTM and GCM model simulations published since the TAR. Estimates with GCMs including the effect of climate change since 1750 are given by orange bars (Adjusted RF, CC). Studies denoted with an (\*) give only the instantaneous RF in the original publications. Stratospheric-adjusted RFs for these are estimated by reducing the instantaneous RF (indicated by the dashed bars) by 20%. The instantaneous RF from Mickley et al. (2001) is reported as an adjusted RF in Gauss et al. (2006). ACCENT models include ULAQ: University of L'Aquila; DLR_E39C: Deutsches Zentrum für Luft- und Raumfahrt European Centre Hamburg Model; NCAR_MACCM: National Center for Atmospheric Research Middle Atmosphere Community Climate Model; CHASER: Chemical Atmospheric GCM for Study of Atmospheric Environment and Radiative Forcing; STOCHEM_HadGEM1: United Kingdom Meteorological Office global atmospheric chemistry model /Hadley Centre Global Environmental Model 1; UM_CAM: United Kingdom Meteorological Office Unified Model GCM with Cambridge University chemistry; STOCHEM_HadAM3: United Kingdom Meteorological Office global atmospheric chemistry model/ Hadley Centre Atmospheric Model; LMDzT-INCA: Laboratoire de Météorologie Dynamique GCM-INteraction with Chemistry and Aerosols; UIO_CTM2: University of Oslo CTM; FRSGC_UCI: Frontier Research System for Global Change/University of California at Irvine CTM.*

The simulated RFs for tropospheric ozone increases since 1750 are shown in Figure 2.9. Most of the calculations used the same set of assumptions about pre-industrial emissions (zero anthropogenic emissions and biomass burning sources reduced by 90%). Emissions of $NO_x$ from soils and biogenic hydrocarbons were generally assumed to be natural and were thus not changed (see, e.g., Section 7.4). In one study (Hauglustaine and Brasseur, 2001), pre-industrial $NO_x$ emissions from soils were reduced based on changes in the use of fertilizers. Six of the ACCENT models also made coupled climate-chemistry simulations including climate change since pre-industrial times. The difference between the RFs in the coupled climate-chemistry and the chemistry-only simulations, which indicate the possible climate feedback to tropospheric ozone, was positive in all models but generally small (Figure 2.9).

A general feature of the models is their inability to reproduce the low ozone concentrations indicated by the very uncertain semi-quantitative observations (e.g., Pavelin et al., 1999) during the late 19th century. Mickley et al. (2001) tuned their model by reducing pre-industrial lightning and soil sources of $NO_x$ and increasing natural NMVOC emissions to obtain close agreement with the observations. The ozone RF then increased by 50 to 80% compared to their standard calculations. However, there are still several aspects of the early observations that the tuned model did not capture.

The best estimate for the RF of tropospheric ozone increases is +0.35 W $m^{-2}$, taken as the median of the RF values in Figure 2.9 (adjusted and non-climate change values only, i.e., the red bars). The best estimate is unchanged from the TAR. The uncertainties in the estimated RF by tropospheric ozone originate from two factors: the models used (CTM/GCM model formulation, radiative transfer models), and the potential overestimation of pre-industrial ozone levels in the models. The 5 to 95% confidence interval, assumed to be represented by the range of the results in Figure 2.9, is +0.25 to +0.65 W $m^{-2}$. A medium level of scientific understanding is adopted, also unchanged from the TAR (see Section 2.9, Table 2.11).

## 2.3.7   Stratospheric Water Vapour

The TAR noted that several studies had indicated long-term increases in stratospheric water vapour and acknowledged that these trends would contribute a significant radiative impact. However, it only considered the stratospheric water vapour increase expected from $CH_4$ increases as an RF, and this was estimated to contribute 2 to 5% of the total $CH_4$ RF (about +0.02 W $m^{-2}$).

Section 3.4 discusses the evidence for stratospheric water vapour trends and presents the current understanding of their possible causes. There are now 14 years of global stratospheric water vapour measurements from Halogen Occultation Experiment (HALOE) and continued balloon-based measurements (since 1980) at Boulder, Colorado. There is some evidence of a sustained long-term increase in stratospheric water vapour of around 0.05 ppm $yr^{-1}$ from 1980 until roughly

2000, since then water vapour concentrations in the lower stratosphere have been decreasing (see Section 3.4 for details and references). As well as $CH_4$ increases, several other indirect forcing mechanisms have been proposed, including: a) volcanic eruptions (Considine et al., 2001; Joshi and Shine, 2003); b) biomass burning aerosol (Sherwood, 2002); c) tropospheric ($SO_2$; Notholt et al., 2005) and d) changes in $CH_4$ oxidation rates from changes in stratospheric chlorine, ozone and OH (Rockmann et al., 2004). These are mechanisms that can be linked to an external forcing agent. Other proposed mechanisms are more associated with climate feedbacks and are related to changes in tropopanse temperatures or circulation (Stuber et al., 2001a; Fueglistaler et al., 2004). From these studies, there is little quantification of the stratospheric water vapour change attributable to different causes. It is also likely that different mechanisms are affecting water vapour trends at different altitudes.

Since the TAR, several further calculations of the radiative balance change due to changes in stratospheric water vapour have been performed (Forster and Shine, 1999; Oinas et al., 2001; Shindell, 2001; Smith et al., 2001; Forster and Shine, 2002). Smith et al. (2001) estimated a +0.12 to +0.2 W $m^{-2}$ per decade range for the RF from the change in stratospheric water vapour, using HALOE satellite data. Shindell (2001) estimated an RF of about +0.2 W $m^{-2}$ in a period of two decades, using a GCM to estimate the increase in water vapour in the stratosphere from oxidation of $CH_4$ and including climate feedback changes associated with an increase in greenhouse gases. Forster and Shine (2002) used a constant 0.05 ppm $yr^{-1}$ trend in water vapour at pressures of 100 to 10 hPa and estimated the RF to be +0.29 W $m^{-2}$ for 1980 to 2000. GCM radiation codes can have a factor of two uncertainty in their modelling of this RF (Oinas et al., 2001). For the purposes of this chapter, the above RF estimates are not readily attributable to forcing agent(s) and uncertainty as to the causes of the observed change precludes all but the component due to $CH_4$ increases being considered a forcing. Two related CTM studies have calculated the RF associated with increases in $CH_4$ since pre-industrial times (Hansen and Sato, 2001; Hansen et al., 2005), but no dynamical feedbacks were included in those estimates. Hansen et al. (2005) estimated an RF of +0.07 ± 0.01 W $m^{-2}$ for the stratospheric water vapour changes over 1750 to 2000, which is at least a factor of three larger than the TAR value. The RF from direct injection of water vapour by aircraft is believed to be an order of magnitude smaller than this, at about +0.002 W $m^{-2}$ (IPCC, 1999). There has been little trend in $CH_4$ concentration since 2000 (see Section 2.3.2); therefore the best estimate of the stratospheric water vapour RF from $CH_4$ oxidation (+0.07 W $m^{-2}$) is based on the Hansen et al. (2005) calculation. The 90% confidence range is estimated as ±0.05 W $m^{-2}$, from the range of the RF studies that included other effects. There is a low level of scientific understanding in this estimate, as there is only a partial understanding of the vertical profile of $CH_4$-induced stratospheric water vapour change (Section 2.9, Table 2.11). Other human causes of stratospheric water vapour change are unquantified and have a very low level of scientific understanding.

### 2.3.8 Observations of Long-Lived Greenhouse Gas Radiative Effects

Observations of the clear-sky radiation emerging at the top of the atmosphere and at the surface have been conducted. Such observations, by their nature, do not measure RF as defined here. Instead, they yield a perspective on the influence of various species on the transfer of radiation in the atmosphere. Most importantly, the conditions involved with these observations involve varying thermal and moisture profiles in the atmosphere such that they do not conform to the conditions underlying the RF definition (see Section 2.2). There is a more comprehensive discussion of observations of the Earth's radiative balance in Section 3.4.

Harries et al. (2001) analysed spectra of the outgoing longwave radiation as measured by two satellites in 1970 and 1997 over the tropical Pacific Ocean. The reduced brightness temperature observed in the spectral regions of many of the greenhouse gases is experimental evidence for an increase in the Earth's greenhouse effect. In particular, the spectral signatures were large for $CO_2$ and $CH_4$. The halocarbons, with their large change between 1970 and 1997, also had an impact on the brightness temperature. Philipona et al. (2004) found an increase in the measured longwave downward radiation at the surface over the period from 1995 to 2002 at eight stations over the central Alps. A significant increase in the clear-sky longwave downward flux was found to be due to an enhanced greenhouse effect after combining the measurements with model calculations to estimate the contribution from increases in temperature and humidity. While both types of observations attest to the radiative influences of the gases, they should not be interpreted as having a direct linkage to the value of RFs in Section 2.3.

## 2.4   Aerosols

### 2.4.1 Introduction and Summary of the Third Assessment Report

The TAR categorised aerosol RFs into direct and indirect effects. The direct effect is the mechanism by which aerosols scatter and absorb shortwave and longwave radiation, thereby altering the radiative balance of the Earth-atmosphere system. Sulphate, fossil fuel organic carbon, fossil fuel black carbon, biomass burning and mineral dust aerosols were all identified as having a significant anthropogenic component and exerting a significant direct RF. Key parameters for determining the direct RF are the aerosol optical properties (the single scattering albedo, $\omega_o$, specific extinction coefficient, $k_e$ and the scattering phase function), which vary as a function of wavelength and relative humidity, and the atmospheric loading and geographic distribution of the aerosols in the horizontal and vertical, which vary as a function of time (e.g., Haywood

and Boucher, 2000; Penner et al., 2001; Ramaswamy et al., 2001). Scattering aerosols exert a net negative direct RF, while partially absorbing aerosols may exert a negative top-of-the-atmosphere (TOA) direct RF over dark surfaces such as oceans or dark forest surfaces, and a positive TOA RF over bright surfaces such as desert, snow and ice, or if the aerosol is above cloud (e.g., Chylek and Wong, 1995; Haywood and Shine, 1995). Both positive and negative TOA direct RF mechanisms reduce the shortwave irradiance at the surface. The longwave direct RF is only substantial if the aerosol particles are large and occur in considerable concentrations at higher altitudes (e.g., Tegen et al., 1996). The direct RF due to tropospheric aerosols is most frequently derived at TOA rather than at the tropopause because shortwave radiative transfer calculations have shown a negligible difference between the two (e.g., Haywood and Shine, 1997; Section 2.2). The surface forcing will be approximately the same as the direct RF at the TOA for scattering aerosols, but for partially absorbing aerosols the surface forcing may be many times stronger than the TOA direct RF (e.g., Ramanathan et al., 2001b and references therein).

The indirect effect is the mechanism by which aerosols modify the microphysical and hence the radiative properties, amount and lifetime of clouds (Figure 2.10). Key parameters for determining the indirect effect are the effectiveness of an aerosol particle to act as a cloud condensation nucleus, which is a function of the size, chemical composition, mixing state and ambient environment (e.g., Penner et al., 2001). The microphysically induced effect on the cloud droplet number concentration and hence the cloud droplet size, with the liquid water content held fixed has been called the 'first indirect effect' (e.g., Ramaswamy et al., 2001), the 'cloud albedo effect' (e.g., Lohmann and Feichter, 2005), or the 'Twomey effect' (e.g., Twomey, 1977). The microphysically induced effect on the liquid water content, cloud height, and lifetime of clouds has been called the 'second indirect effect' (e.g., Ramaswamy et al., 2001), the 'cloud lifetime effect' (e.g., Lohmann and Feichter, 2005) or the 'Albrecht effect' (e.g., Albrecht, 1989). The TAR split the indirect effect into the first indirect effect, and the second indirect effect. Throughout this report, these effects are denoted as 'cloud albedo effect' and 'cloud lifetime effect', respectively, as these terms are more descriptive of the microphysical processes that occur. The cloud albedo effect was considered in the TAR to be an RF because global model calculations could be performed to describe the influence of increased aerosol concentration on the cloud optical properties while holding the liquid water content of the cloud fixed (i.e., in an entirely diagnostic manner where feedback mechanisms do not occur). The TAR considered the cloud albedo effect to be a key uncertainty in the RF of climate but did not assign a best estimate of the RF, and showed a range of RF between 0 and $-2$ W m$^{-2}$ in the context of liquid water clouds. The other indirect effects were not considered to be RFs because, in suppressing drizzle, increasing the cloud height or the cloud lifetime in atmospheric models (Figure 2.10), the hydrological cycle is invariably altered (i.e., feedbacks occur; see Section



**Figure 2.10.** *Schematic diagram showing the various radiative mechanisms associated with cloud effects that have been identified as significant in relation to aerosols (modified from Haywood and Boucher, 2000). The small black dots represent aerosol particles; the larger open circles cloud droplets. Straight lines represent the incident and reflected solar radiation, and wavy lines represent terrestrial radiation. The filled white circles indicate cloud droplet number concentration (CDNC). The unperturbed cloud contains larger cloud drops as only natural aerosols are available as cloud condensation nuclei, while the perturbed cloud contains a greater number of smaller cloud drops as both natural and anthropogenic aerosols are available as cloud condensation nuclei (CCN). The vertical grey dashes represent rainfall, and LWC refers to the liquid water content.*

7.5). The TAR also discussed the impact of anthropogenic aerosols on the formation and modification of the physical and radiative properties of ice clouds (Penner et al., 2001), although quantification of an RF from this mechanism was not considered appropriate given the host of uncertainties and unknowns surrounding ice cloud nucleation and physics.

The TAR did not include any assessment of the semi-direct effect (e.g., Hansen et al., 1997; Ackerman et al., 2000a; Jacobson, 2002; Menon et al., 2003; Cook and Highwood, 2004; Johnson et al., 2004), which is the mechanism by which absorption of shortwave radiation by tropospheric aerosols leads to heating of the troposphere that in turn changes the relative humidity and the stability of the troposphere and thereby influences cloud formation and lifetime. In this report, the semi-direct effect is not strictly considered an RF because of modifications to the hydrological cycle, as discussed in Section 7.5 (see also Sections 2.2, 2.8 and 2.4.5).

Since the TAR, there have been substantial developments in observations and modelling of tropospheric aerosols; these are discussed in turn in the following sections.

### 2.4.2    Developments Related to Aerosol Observations

Surface-based measurements of aerosol properties such as size distribution, chemical composition, scattering and absorption continue to be performed at a number of sites, either at long-term monitoring sites, or specifically as part of intensive field campaigns. These *in situ* measurements provide essential validation for global models, for example, by constraining aerosol concentrations at the surface and by providing high-

quality information about chemical composition and local trends. In addition, they provide key information about variability on various time scales. Comparisons of *in situ* measurements against those from global atmospheric models are complicated by differences in meteorological conditions and because *in situ* measurements are representative of conditions mostly at or near the surface while the direct and indirect RFs depend on the aerosol vertical profile. For example, the spatial resolution of global model grid boxes is typically a few degrees of latitude and longitude and the time steps for the atmospheric dynamics and radiation calculations may be minutes to hours depending on the process to be studied; this poses limitations when comparing with observations conducted over smaller spatial extent and shorter time duration.

Combinations of satellite and surface-based observations provide near-global retrievals of aerosol properties. These are discussed in this subsection; the emissions estimates, trends and *in situ* measurements of the physical and optical properties are discussed with respect to their influence on RF in Section 2.4.4. Further detailed discussions of the recent satellite observations of aerosol properties and a satellite-measurement based assessment of the aerosol direct RF are given by Yu et al. (2006).

#### 2.4.2.1    *Satellite Retrievals*

Satellite retrievals of aerosol optical depth in cloud-free regions have improved via new generation sensors (Kaufman et al., 2002) and an expanded global validation program (Holben et al., 2001). Advanced aerosol retrieval products such as aerosol fine-mode fraction and effective particle radius have been

developed and offer potential for improving estimates of the aerosol direct radiative effect. Additionally, efforts have been made to determine the anthropogenic component of aerosol and associated direct RF, as discussed by Kaufman et al. (2002) and implemented by Bellouin et al. (2005) and Chung et al. (2005). However, validation programs for these advanced products have yet to be developed and initial assessments indicate some systematic errors (Levy et al., 2003; Anderson et al., 2005a; Chu et al., 2005), suggesting that the routine differentiation between natural and anthropogenic aerosols from satellite retrievals remains very challenging.

*2.4.2.1.1    Satellite retrievals of aerosol optical depth*

Figure 2.11 shows an example of aerosol optical depth $\tau_{aer}$ (mid-visible wavelength) retrieved over both land and ocean, together with geographical positions of aerosol instrumentation.

Table 2.2 provides a summary of aerosol data currently available from satellite instrumentation, together with acronyms for the instruments. $\tau_{aer}$ from the Moderate Resolution Imaging Spectrometer (MODIS) instrument for the January to March 2001 average (Figure 2.11, top panel) clearly differs from that for the August to October 2001 average (Figure 2.11, bottom panel) (Kaufman et al., 1997; Tanré et al., 1997). Seasonal variability in $\tau_{aer}$ can be seen; biomass burning aerosol is most strongly evident over the Gulf of Guinea in Figure 2.11 (top panel) but shifts to southern Africa in Figure 2.11 (bottom panel). Likewise, the biomass burning in South America is most evident in Figure 2.11 (bottom panel). In Figure 2.11 (top panel), transport of mineral dust from Africa to South America is discernible while in Figure 2.11 (bottom panel) mineral dust is transported over the West Indies and Central America. Industrial aerosol, which consists of a mixture of sulphates, organic and black carbon,



**Figure 2.11.** *Aerosol optical depth, $\tau_{aer}$, at 0.55 µm (colour bar) as determined by the MODIS instrument for the January to March 2001 mean (top panel) and for the August to October 2001 mean (bottom panel). The top panel also shows the location of AERONET sites (white squares) that have been operated (not necessary continuously) since 1996. The bottom panel also shows the location of different aerosol lidar networks (red: EARLINET, orange: ADNET, black: MPLNET).*

**Table 2.2.** *Periods of operation, spectral bands and products available from various different satellite sensors that have been used to retrieve aerosol properties.*

| Satellite Instrument | Period of Operation | Spectral Bands | Products[a] | Comment and Reference |
|---|---|---|---|---|
| AVHRR (Advanced Very High Resolution Radiometer) α | 1979 to present | 5 bands (0.63, 0.87, 3.7, 10.5 and 11.5 μm) | $\tau_{aer}$, α | 1-channel retrieval gives $\tau_{\lambda=0.63}$ over ocean (Husar et al., 1997; Ignatov and Stowe, 2002) 2-channel using 0.63 μm and 0.86 μm gives $\tau_{\lambda=0.55}$ and α over ocean assuming mono-modal aerosol size distribution (Mishchenko et al., 1999) 2-channel using 0.63 μm and 0.86 μm gives $\tau_{\lambda=0.55}$ and α over dark forests and lake surfaces (Soufflet et al., 1997) 2-channel using 0.64 μm and 0.83 μm gives $\tau_{\lambda=0.55}$ and α over ocean assuming a bimodal aerosol size distribution (Higurashi and Nakajima, 1999; Higurashi et al., 2000) |
| TOMS[b] (Total Ozone Mapping Spectrometer) | 1979 to present | 0.33 μm, 0.36 μm | Aerosol Index, $\tau_{aer}$ | Aerosol index to $\tau_{aer}$ conversion sensitive to the altitude of the 8 mono-modal aerosol models used in the retrieval (Torres et al., 2002). |
| POLDER (Polarization and Directionality of the Earth's Reflectances) | Nov 1996 to June 1997; Apr 2003 to Oct 2003; Jan 2005 to present | 8 bands (0.44 to 0.91 μm) | $\tau_{aer}$, α, DRE | Multiple view angles and polarization capabilities. 0.67 μm and 0.86 μm radiances used with 12 mono-modal aerosol models over ocean (Goloub et al., 1999; Deuzé et al., 2000). Polarization allows fine particle retrieval over land (Herman et al., 1997; Goloub and Arino, 2000). DRE determined over ocean (Boucher and Tanré, 2000; Bellouin et al., 2003). |
| OCTS (Ocean Colour and Temperature Scanner) | Nov 1996 to Jun 1997; Apr 2003 to Oct 2003 | 9 bands (0.41 to 0.86 μm) and 3.9 μm | $\tau_{aer}$, α | 0.67 μm and 0.86 μm retrieval gives $\tau_{\lambda=0.50}$ and α over ocean. Bi-modal aerosol size distribution assumed (Nakajima and Higurashi, 1998; Higurashi et al., 2000). |
| MODIS (Moderate Resolution Imaging Spectrometer) | 2000 to present | 12 bands (0.41 to 2.1 μm) | $\tau_{aer}$, α, DRE | Retrievals developed over ocean surfaces using bi-modal size distributions (Tanré et al., 1997; Remer et al., 2002). Retrievals developed over land except bright surfaces (Kaufman et al., 1997; Chu et al., 2002). Optical depth speciation and DRE determined over ocean and land (e.g., Bellouin et al., 2005; Kaufman et al., 2005a). |
| MISR (Multi-angle Imaging Spectro-Radiometer) | 2000 to present | 4 bands (0.47 to 0.86 μm) | $\tau_{aer}$, α | 9 different viewing angles. Five climatological mixing groups composed of four component particles are used in the retrieval algorithm (Kahn et al., 2001; Kahn et al., 2005). Retrievals over bright surfaces are possible (Martonchik et al., 2004). |
| CERES (Clouds and the Earth's Radiant Energy System) | 1998 to present | | DRE | DRE determined by a regression of, for example, Visible Infrared Scanner (VIRS; AVHRR-like) $\tau_{aer}$ against upwelling irradiance (Loeb and Kato, 2002). |
| GLAS (Geoscience Laser Altimeter System) | 2003 to present | Active lidar (0.53, 1.06 μm) | Aerosol vertical profile | Lidar footprint roughly 70 m at 170 m intervals. 8-day repeat orbiting cycle (Spinhirne et al., 2005). |
| ATSR-2/AATSR (Along Track Scanning Radiometer/Advanced ATSR) | 1996 to present | 4 bands (0.56 to 1.65 μm) | $\tau_{aer}$, α | Nadir and 52° forward viewing geometry. 40 aerosol climatological mixtures containing up to six aerosol species are used in the retrievals (Veefkind et al., 1998; Holzer-Popp et al., 2002). |
| SeaWiFS (Sea-Viewing Wide Field-of-View Sensor) | 1997 to present | 0.765 and 0.865 μm (ocean) 0.41 to 0.67 μm (land) | $\tau_{aer}$, α | 2-channel using 0.765 μm and 0.856 μm gives $\tau_{\lambda=0.856}$ and α over ocean. Bi-modal aerosol size distribution assumed (M. Wang et al., 2005). Retrievals over land and ocean using six visible channels from 0.41 to 0.67μm (von Hoyningen-Huene, 2003; Lee et al., 2004) also developed. |

Notes:   [a]   DRE is the direct radiative effect and includes both natural and anthropogenic sources (see Table 2.3). The Angstrom exponent, α, is the wavelength dependence of $\tau_{aer}$ and is defined by α = $-\ln(\tau_{aer,1}/\tau_{aer,2}) / \ln(\lambda_1 / \lambda_2)$ where $\lambda_1$ = wavelength 1 and $\lambda_2$ = wavelength 2.

[b]   TOMS followed up by the Ozone Monitoring Instrument (OMI) on the Earth Observing System (EOS) Aura satellite, launched July 2004.

nitrates and industrial dust, is evident over many continental regions of the NH. Sea salt aerosol is visible in oceanic regions where the wind speed is high (e.g., south of 45°S). The MODIS aerosol algorithm is currently unable to make routine retrievals over highly reflective surfaces such as deserts, snow cover, ice and areas affected by ocean glint, or over high-latitude regions when the solar insolation is insufficient.

Early retrievals for estimating $\tau_{aer}$ include the Advanced Very High Resolution Radiometer (AVHRR) single channel retrieval (e.g., Husar et al., 1997; Ignatov and Stowe, 2002), and the ultraviolet-based retrieval from the TOMS (e.g., Torres et al., 2002). A dual channel AVHRR retrieval has also been developed (e.g., Mishchenko et al., 1999; Geogdzhayev et al., 2002). Retrievals by the AVHRR are generally only performed over ocean surfaces where the surface reflectance characteristics are relatively well known, although retrievals are also possible over dark land surfaces such as boreal forests and lakes (Soufflet et al., 1997). The TOMS retrieval is essentially independent of surface reflectance thereby allowing retrievals over both land and ocean (Torres et al., 2002), but is sensitive to the altitude of the aerosol, and has a relatively low spatial resolution. While these retrievals use only a limited number of spectral bands and lack sophistication compared to those from dedicated satellite instruments, they have the advantage of offering continuous long-term data sets (e.g., Geogdzhayev et al., 2002).

Early retrievals have been superseded by those from dedicated aerosol instruments (e.g., Kaufman et al., 2002). Polarization and Directionality of the Earth's Reflectance (POLDER) uses a combination of spectral channels (0.44–0.91 μm) with several viewing angles, and measures polarization of radiation. Aerosol optical depth and Ångström exponent (α) over ocean (Deuzé et al., 2000), $\tau_{aer}$ over land (Deuzé et al., 2001) and the direct radiative effect of aerosols (Boucher and Tanré, 2000; Bellouin et al., 2003) have all been developed. Algorithms for aerosol retrievals using MODIS have been developed and validated over both ocean (Tanré et al., 1997) and land surfaces (Kaufman et al., 1997). The uncertainty in these retrievals of $\tau_{aer}$ is necessarily higher over land (Chu et al., 2002) than over oceans (Remer et al., 2002) owing to uncertainties in land surface reflectance characteristics, but can be minimised by careful selection of the viewing geometry (Chýlek et al., 2003). In addition, new algorithms have been developed for discriminating between sea salt, dust or biomass burning and industrial pollution over oceans (Bellouin et al., 2003, 2005; Kaufman et al., 2005a) that allow for a more comprehensive comparison against aerosol models. Multi-angle Imaging Spectro-Radiometer (MISR) retrievals have been developed using multiple viewing capability to determine aerosol parameters over ocean (Kahn et al., 2001) and land surfaces, including highly reflective surfaces such as deserts (Martonchik et al., 2004). Five typical aerosol climatologies, each containing four aerosol components, are used in the retrievals, and the optimum radiance signature is determined for nine viewing geometries and two different radiances. The results have been validated against those from the Aerosol RObotic NETwork (AERONET; see Section 2.4.3). Along Track Scanning Radiometer (ATSR) and ATSR-2 retrievals (Veefkind et al., 1998; Holzer-Popp et al., 2002) use a relatively wide spectral range (0.56–1.65 μm), and two viewing directions and aerosol climatologies from the Optical Parameters of Aerosols and Clouds (OPAC) database (Hess et al., 1998) to make $\tau_{aer}$ retrievals over both ocean and land (Robles-Gonzalez et al., 2000). The Ocean Colour and Temperature Scanner (OCTS) retrieval has a basis similar to the dual wavelength retrieval from AVHRR and uses wavelengths over the range 0.41 to 0.86 μm to derive $\tau_{aer}$ and α over oceans (e.g., Higurashi et al., 2000) using a bi-modal aerosol size distribution. The Sea-Viewing Wide Field-of-View Sensor (SeaWiFs) uses 0.765 μm and 0.856 μm radiances to provide $\tau_{\lambda=0.856}$ and α over ocean using a bi-modal aerosol size distribution (M. Wang et al., 2005). Further SeaWiFs aerosol products have been developed over both land and ocean using six and eight visible channels, respectively (e.g., von Hoyningen-Heune et al., 2003; Lee et al., 2004).

Despite the increased sophistication and realism of the aerosol retrieval algorithms, discrepancies exist between retrievals of $\tau_{aer}$ even over ocean regions (e.g., Penner et al., 2002; Myhre et al., 2004a, 2005b; Jeong et al., 2005; Kinne et al., 2006). These discrepancies are due to different assumptions in the cloud clearing algorithms, aerosol models, different wavelengths and viewing geometries used in the retrievals, different parametrizations of ocean surface reflectance, etc. Comparisons of these satellite aerosol retrievals with the surface AERONET observations provide an opportunity to objectively evaluate as well as improve the accuracy of these satellite retrievals. Myhre et al. (2005b) showed that dedicated instruments using multi-channel and multi-view algorithms perform better when compared against AERONET than the simple algorithms that they have replaced, and Zhao et al. (2005) showed that retrievals based on dynamic aerosol models perform better than those based on globally fixed aerosol models. While some systematic biases in specific satellite products exist (e.g., Jeong et al., 2005; Remer et al., 2005), these can be corrected for (e.g., Bellouin et al., 2005; Kaufman et al., 2005b), which then enables an assessment of the direct radiative effect and the direct RF from an observational perspective, as detailed below.

### 2.4.2.1.2   Satellite retrievals of direct radiative effect

The solar direct radiative effect (DRE) is the sum of the direct effects due to anthropogenic and natural aerosol species while the direct RF only considers the anthropogenic components. Satellite estimates of the global clear-sky DRE over oceans have advanced since the TAR, owing to the development of dedicated aerosol instruments and algorithms, as summarised by Yu et al. (2006) (see Table 2.3). Table 2.3 suggests a reasonable agreement of the global mean, diurnally averaged clear-sky DRE from various studies, with a mean of –5.4 W m$^{-2}$ and a standard deviation of 0.9 W m$^{-2}$. The clear-sky DRE is converted to an all-sky DRE by Loeb and Manalo-Smith (2005) who estimated an all-sky DRE over oceans of –1.6 to –2.0 W m$^{-2}$ but assumed no aerosol contribution to the DRE from

cloudy regions; such an assumption is not valid for optically thin clouds or if partially absorbing aerosols exist above the clouds (see Section 2.4.4.4).

Furthermore, use of a combination of sensors on the same satellite offers the possibility of concurrently deriving $\tau_{aer}$ and the DRE (e.g., Zhang and Christopher, 2003; Zhang et al., 2005), which enables estimation of the DRE efficiency, that is, the DRE divided by $\tau_{aer}$ (W m$^{-2}$ $\tau_{aer}^{-1}$). Because the DRE efficiency removes the dependence on the geographic distribution of $\tau_{aer}$ it is a useful parameter for comparison of models against observations (e.g., Anderson et al., 2005b); however, the DRE efficiency thus derived is not a linear function of $\tau_{aer}$ at high $\tau_{aer}$ such as those associated with intense mineral dust, biomass burning or pollution events.

*2.4.2.1.3.   Satellite retrievals of direct radiative forcing*

Kaufman et al. (2005a) estimated the anthropogenic-only component of the aerosol fine-mode fraction from the MODIS product to deduce a clear sky RF over ocean of –1.4 W m$^{-2}$. Christopher et al. (2006) used a combination of the MODIS fine-mode fraction and Clouds and the Earth's Radiant Energy System (CERES) broadband TOA fluxes and estimated an

identical value of –1.4 ± 0.9 W m$^{-2}$. Bellouin et al. (2005) used a combination of MODIS $\tau_{aer}$ and fine-mode fraction together with data from AeroCom (see Section 2.4.3) to determine an all-sky RF of aerosols over both land and ocean of –0.8 ± 0.2 W m$^{-2}$, but this does not include the contribution to the RF and associated uncertainty from cloudy skies. Chung et al. (2005) performed a similar satellite/AERONET/model analysis, but included the contribution from cloudy areas to deduce an RF of –0.35 W m$^{-2}$ or –0.50 W m$^{-2}$ depending upon whether the anthropogenic fraction is determined from a model or from the MODIS fine-mode fraction and suggest an overall uncertainty range of –0.1 to –0.6 W m$^{-2}$. Yu et al. (2006) used several measurements to estimate a direct RF of –0.5 ± 0.33 W m$^{-2}$. These estimates of the RF are compared to those obtained from modelling studies in Section 2.4.4.7.

### 2.4.2.2   Surface-Based Retrievals

A significant advancement since the TAR is the continued deployment and development of surface based remote sensing sun-photometer sites such as AERONET (Holben et al., 1998), and the establishment of networks of aerosol lidar systems such

**Table 2.3.** *The direct aerosol radiative effect (DRE) estimated from satellite remote sensing studies (adapted and updated from Yu et al., 2006).*

| Reference | Instrument[a] | Data Analysed | Brief Description | Clear Sky DRE (W m$^{-2}$) ocean |
|---|---|---|---|---|
| Bellouin et al. (2005) | MODIS; TOMS; SSM/I | 2002 | MODIS fine and total $\tau_{aer}$ with TOMS Aerosol Index and SSM/I to discriminate dust from sea salt. | –6.8 |
| Loeb and Manalo-Smith (2005) | CERES; MODIS | Mar 2000 to Dec 2003 | CERES radiances/irradiances and angular distribution models and aerosol properties from either MODIS or from NOAA-NESDIS[b] algorithm used to estimate the direct radiative effect. | –3.8 (NESDIS) to –5.5 (MODIS) |
| Remer and Kaufman (2006) | MODIS | Aug 2001 to Dec 2003 | Best-prescribed aerosol model fitted to MODIS data. $\tau_{aer}$ from fine-mode fraction. | –5.7 ± 0.4 |
| Zhang et al. (2005); Christopher and Zhang (2004) | CERES; MODIS | Nov 2000 to Aug 2001 | MODIS aerosol properties, CERES radiances/irradiances and angular distribution models used to estimate the direct radiative effect. | –5.3 ± 1.7 |
| Bellouin et al. (2003) | POLDER | Nov 1996 to Jun 1997 | Best-prescribed aerosol model fitted to POLDER data. | –5.2 |
| Loeb and Kato (2002) | CERES; VIRS | Jan 1998 to Aug 1998; Mar 2000. | $\tau_{aer}$ from VIRS regressed against the TOA CERES irradiance (35°N to 35°S) | –4.6 ± 1.0 |
| Chou et al. (2002) | SeaWiFS | 1998 | Radiative transfer calculations with SeaWiFS $\tau_{aer}$ and prescribed optical properties | –5.4 |
| Boucher and Tanré (2000) | POLDER | Nov 1996 to Jun 1997 | Best-prescribed aerosol model fitted to POLDER data | –5 to –6 |
| Haywood et al. (1999) | ERBE | Jul 1987 to Dec 1988 | DRE diagnosed from GCM-ERBE TOA irradiances | –6.7 |
| **Mean (standard deviation)** | | | | **–5.4 (0.9)** |

Notes:
[a] SSM/I: Special Sensor Microwave/Imager; VIRS: Visible Infrared Scanner; ERBE: Earth Radiation Budget Experiment.
[b] NESDIS: National Environmental Satellite, Data and Information Service.

as the European Aerosol Research Lidar Network (EARLINET, Matthias et al., 2004), the Asian Dust Network (ADNET, Murayama et al., 2001), and the Micro-Pulse Lidar Network (MPLNET, Welton et al., 2001).

The distribution of AERONET sites is also shown in Figure 2.11 (top panel). Currently there are approximately 150 sites operating at any one time, many of which are permanent to enable determination of climatological and interannual column-averaged monthly and seasonal means. In addition to measurements of $\tau_{aer}$ as a function of wavelength, new algorithms have been developed that measure sky radiance as a function of scattering angle (Nakajima et al., 1996; Dubovik and King, 2000). From these measurements, the column-averaged size distribution and, if the $\tau_{aer}$ is high enough ($\tau_{aer} > 0.5$), the aerosol single scattering albedo, $\omega_0$, and refractive indices may be determined at particular wavelengths (Dubovik et al., 2000), allowing partitioning between scattering and absorption. While these inversion products have not been comprehensively validated, a number of studies show encouraging agreement for both the derived size distribution and $\omega_0$ when compared against *in situ* measurements by instrumented aircraft for different aerosol species (e.g., Dubovik et al., 2002; Haywood et al., 2003a; Reid et al., 2003; Osborne et al., 2004). A climatology of the aerosol DRE based on the AERONET aerosols has also been derived (Zhou et al., 2005).

The MPLNET Lidar network currently consists of 11 lidars worldwide; 9 are co-located with AERONET sites and provide complementary vertical distributions of aerosol backscatter and extinction. Additional temporary MPLNET sites have supported major aerosol field campaigns (e.g., Campbell et al., 2003). The European-wide lidar network EARLINET currently has 15 aerosol lidars making routine retrievals of vertical profiles of aerosol extinction (Mathias et al., 2004), and ADNET is a network of 12 lidars making routine measurements in Asia that have been used to assess the vertical profiles of Asian dust and pollution events (e.g., Husar et al., 2001; Murayama et al., 2001).

### 2.4.3  Advances in Modelling the Aerosol Direct Effect

Since the TAR, more complete aerosol modules in a larger number of global atmospheric models now provide estimates of the direct RF. Several models have resolutions better than 2° by 2° in the horizontal and more than 20 to 30 vertical levels; this represents a considerable enhancement over the models used in the TAR. Such models now include the most important anthropogenic and natural species. Tables 2.4, 2.5 and 2.6 summarise studies published since the TAR. Some of the more complex models now account explicitly for the dynamics of the aerosol size distribution throughout the aerosol atmospheric lifetime and also parametrize the internal/external mixing of the various aerosol components in a more physically realistic way than in the TAR (e.g., Adams and Seinfeld, 2002; Easter et al., 2004; Stier et al., 2005). Because the most important aerosol species are now included, a comparison of key model output parameters, such as the total $\tau_{aer}$, against satellite retrievals

and surface-based sun photometer and lidar observations is possible (see Sections 2.4.2 and 2.4.4). Progress with respect to modelling the indirect effects due to aerosol-cloud interactions is detailed in Section 2.4.5 and Section 7.5. Several studies have explored the sensitivity of aerosol direct RF to current parametrization uncertainties. These are assessed in the following sections.

Major progress since the TAR has been made in the documentation of the diversity of current aerosol model simulations. Sixteen groups have participated in the Global Aerosol Model Intercomparison (AeroCom) initiative (Kinne et al., 2006). Extensive model outputs are available via a dedicated website (Schulz et al., 2004). Three model experiments (named A, B, and PRE) were analysed. Experiment A models simulate the years 1996, 1997, 2000 and 2001, or a five-year mean encompassing these years. The model emissions and parametrizations are those determined by each research group, but the models are driven by observed meteorological fields to allow detailed comparisons with observations, including those from MODIS, MISR and the AERONET sun photometer network. Experiment B models use prescribed AeroCom aerosol emissions for the year 2000, and experiment PRE models use prescribed aerosol emissions for the year 1750 (Dentener et al., 2006; Schulz et al., 2006). The model diagnostics included information on emission and deposition fluxes, vertical distribution and sizes, thus enabling a better understanding of the differences in lifetimes of the various aerosol components in the models.

This paragraph discusses AeroCom results from Textor et al. (2006). The model comparison study found a wide range in several of the diagnostic parameters; these, in turn, indicate which aerosol parametrizations are poorly constrained and/or understood. For example, coarse aerosol fractions are responsible for a large range in the natural aerosol emission fluxes (dust: ±49% and sea salt: ±200%, where uncertainty is 1 standard deviation of inter-model range), and consequently in the dry deposition fluxes. The complex dependence of the source strength on wind speed adds to the problem of computing natural aerosol emissions. Dust emissions for the same time period can vary by a factor of two or more depending on details of the dust parametrization (Luo et al., 2003; Timmreck and Schulz, 2004; Balkanski et al., 2004; Zender, 2004), and even depend on the reanalysis meteorological data set used (Luo et al., 2003). With respect to anthropogenic and natural emissions of other aerosol components, modelling groups tended to make use of similar best guess information, for example, recently revised emissions information available via the Global Emissions Inventory Activity (GEIA). The vertical aerosol distribution was shown to vary considerably, which is a consequence of important differences in removal and vertical mixing parametrizations. The inter-model range for the fraction of sulphate mass below 2.5 km to that of total sulphate is 45 ± 23%. Since humidification takes place mainly in the boundary layer, this source of inter-model variability increases the range of modelled direct RF. Additionally, differences in the parametrization of the wet deposition/vertical mixing process

become more pronounced above 5 km altitude. Some models have a tendency to accumulate insoluble aerosol mass (dust and carbonaceous aerosols) at higher altitudes, while others have much more efficient wet removal schemes. Tropospheric residence times, defined here as the ratio of burden over sinks established for an equilibrated one-year simulation, vary by 20 to 30% for the fine-mode aerosol species. These variations are of interest, since they express the linearity of modelled emissions to aerosol burden and eventually to RF.

Considerable progress has been made in the systematic evaluation of global model results (see references in Tables 2.4 to 2.6). The simulated global $\tau_{aer}$ at a wavelength of 0.55 μm in models ranges from 0.11 to 0.14. The values compare favourably to those obtained by remote sensing from the ground (AERONET, about 0.135) and space (satellite composite, about 0.15) (Kinne et al., 2003, 2006), but significant differences exist in regional and temporal distributions. Modelled absorption optical thickness has been suggested to be underestimated by a factor of two to four when compared to observations (Sato et al., 2003) and DRE efficiencies have been shown to be lower in models both for the global average and regionally (Yu et al., 2006) (see Section 2.4.4.7). A merging of modelled and observed fields of aerosol parameters through assimilation methods of different degrees of complexity has also been performed since the TAR (e.g., Yu et al., 2003; Chung et al., 2005). Model results are constrained to obtain present-day aerosol fields consistent with observations. Collins et al. (2001) showed that assimilation of satellite-derived fields of $\tau_{aer}$ can reduce the model bias down to 10% with respect to daily mean $\tau_{aer}$ measured with a sun photometer at the Indian Ocean Experiment (INDOEX) station Kaashidhoo. Liu et al. (2005) demonstrated similar efficient reduction of errors in $\tau_{aer}$. The magnitude of the global dust cycle has been suggested to range between 1,500 and 2,600 Tg yr$^{-1}$ by minimising the bias between model and multiple dust observations (Cakmur et al., 2006). Bates et al. (2006) focused on three regions downwind of major urban/population centres and performed radiative transfer calculations constrained by intensive and extensive observational parameters to derive 24-hour average clear-sky DRE of $-3.3 \pm 0.47$, $-14 \pm 2.6$ and $-6.4 \pm 2.1$ W m$^{-2}$ for the north Indian Ocean, the northwest Pacific and the northwest Atlantic, respectively. By constraining aerosol models with these observations, the uncertainty associated with the DRE was reduced by approximately a factor of two.

### 2.4.4   Estimates of Aerosol Direct Radiative Forcing

Unless otherwise stated, this section discusses the TOA direct RF of different aerosol types as a global annual mean quantity inclusive of the effects of clouds. Where possible, statistics from model results are used to assess the uncertainty in the RF. Recently published results and those grouped within AeroCom are assessed. Because the AeroCom results assessed here are based on prescribed emissions, the uncertainty in these results is lowered by having estimates of the uncertainties in the emissions. The quoted uncertainties therefore include the

structural uncertainty (i.e., differences associated with the model formulation and structure) associated with the RF, but do not include the full range of parametric uncertainty (i.e., differences associated with the choice of key model parameters), as the model results are essentially best estimates constrained by observations of emissions, wet and dry deposition, size distributions, optical parameters, hygroscopicity, etc. (Pan et al., 1997). The uncertainties are reported as the 5 to 95% confidence interval to allow the uncertainty in the RF of each species of aerosol to be quantitatively intercompared.

#### 2.4.4.1   Sulphate Aerosol

Atmospheric sulphate aerosol may be considered as consisting of sulphuric acid particles that are partly or totally neutralized by ammonia and that are present as liquid droplets or partly crystallized. Sulphate is formed by aqueous phase reactions within cloud droplets, oxidation of $SO_2$ via gaseous phase reactions with OH, and by condensational growth onto pre-existing particles (e.g., Penner et al., 2001). Emission estimates are summarised by Haywood and Boucher (2000). The main source of sulphate aerosol is via $SO_2$ emissions from fossil fuel burning (about 72%), with a small contribution from biomass burning (about 2%), while natural sources are from dimethyl sulphide emissions by marine phytoplankton (about 19%) and by $SO_2$ emissions from volcanoes (about 7%). Estimates of global $SO_2$ emissions range from 66.8 to 92.4 TgS yr$^{-1}$ for anthropogenic emissions in the 1990s and from 91.7 to 125.5 TgS yr$^{-1}$ for total emissions. Emissions of $SO_2$ from 25 countries in Europe were reduced from approximately 18 TgS yr$^{-1}$ in 1980 to 4 TgS yr$^{-1}$ in 2002 (Vestreng et al., 2004). In the USA, the emissions were reduced from about 12 to 8 TgS yr$^{-1}$ in the period 1980 to 2000 (EPA, 2003). However, over the same period $SO_2$ emissions have been increasing significantly from Asia, which is estimated to currently emit 17 TgS yr$^{-1}$ (Streets et al., 2003), and from developing countries in other regions (e.g., Lefohn et al., 1999; Van Aardenne et al., 2001; Boucher and Pham, 2002). The most recent study (Stern, 2005) suggests a decrease in global anthropogenic emissions from approximately 73 to 54 TgS yr$^{-1}$ over the period 1980 to 2000, with NH emission falling from 64 to 43 TgS yr$^{-1}$ and SH emissions increasing from 9 to 11 TgS yr$^{-1}$. Smith et al. (2004) suggested a more modest decrease in global emissions, by some 10 TgS yr$^{-1}$ over the same period. The regional shift in the emissions of $SO_2$ from the USA, Europe, Russia, Northern Atlantic Ocean and parts of Africa to Southeast Asia and the Indian and Pacific Ocean areas will lead to subsequent shifts in the pattern of the RF (e.g., Boucher and Pham, 2002; Smith et al., 2004; Pham et al., 2005). The recently used emission scenarios take into account effective injection heights and their regional and seasonal variability (e.g., Dentener et al., 2006).

The optical parameters of sulphate aerosol have been well documented (see Penner et al., 2001 and references therein). Sulphate is essentially an entirely scattering aerosol across the solar spectrum ($\omega_0 = 1$) but with a small degree of absorption in the near-infrared spectrum. Theoretical and experimental

data are available on the relative humidity dependence of the specific extinction coefficient, $f_{RH}$ (e.g., Tang et al., 1995). Measurement campaigns concentrating on industrial pollution, such as the Tropospheric Aerosol Radiative Forcing Experiment (TARFOX; Russell et al., 1999), the Aerosol Characterization Experiment (ACE-2; Raes et al., 2000), INDOEX (Ramanathan et al., 2001b), the Mediterranean Intensive Oxidants Study (MINOS, 2001 campaign), ACE-Asia (2001), Atmospheric Particulate Environment Change Studies (APEX, from 2000 to 2003), the New England Air Quality Study (NEAQS, in 2003) and the Chesapeake Lighthouse and Aircraft Measurements for Satellites (CLAMS; Smith et al., 2005), continue to show that sulphate contributes a significant fraction of the sub-micron aerosol mass, anthropogenic $\tau_{aer}$ and RF (e.g., Hegg et al., 1997; Russell and Heintzenberg, 2000; Ramanathan et al., 2001b; Magi et al., 2005; Quinn and Bates, 2005). However, sulphate is invariably internally and externally mixed to varying degrees with other compounds such as biomass burning aerosol (e.g., Formenti et al., 2003), fossil fuel black carbon (e.g., Russell and Heintzenberg, 2000), organic carbon (Novakov et al., 1997; Brock et al., 2004), mineral dust (e.g., Huebert et al., 2003) and nitrate aerosol (e.g., Schaap et al., 2004). This results in a composite aerosol state in terms of effective refractive indices, size distributions, physical state, morphology, hygroscopicity and optical properties.

The TAR reported an RF due to sulphate aerosol of –0.40 W m$^{-2}$ with an uncertainty of a factor of two, based on global modelling studies that were available at that time. Results from model studies since the TAR are summarised in Table 2.4. For models A to L, the RF ranges from approximately –0.21 W m$^{-2}$ (Takemura et al., 2005) to –0.96 W m$^{-2}$ (Adams et al., 2001) with a mean of –0.46 W m$^{-2}$ and a standard deviation of 0.20 W m$^{-2}$. The range in the RF per unit $\tau_{aer}$ is substantial due to differing representations of aerosol mixing state, optical properties, cloud, surface reflectance, hygroscopic growth, sub-grid scale effects, radiative transfer codes, etc. (Ramaswamy et al., 2001). Myhre et al. (2004b) performed several sensitivity studies and found that the uncertainty was particularly linked to the hygroscopic growth and that differences in the model relative humidity fields could cause differences of up to 60% in the RF. The RFs from the models M to U participating in the AeroCom project are slightly weaker than those obtained from the other studies, with a mean of approximately –0.35 W m$^{-2}$ and a standard deviation of 0.15 W m$^{-2}$; the standard deviation is reduced for the AeroCom models owing to constraints on aerosol emissions, based on updated emission inventories (see Table 2.4). Including the uncertainty in the emissions reported in Haywood and Boucher (2000) increases the standard deviation to 0.2 W m$^{-2}$. As sulphate aerosol is almost entirely scattering, the surface forcing will be similar or marginally stronger than the RF diagnosed at the TOA. The uncertainty in the RF estimate relative to the mean value remains relatively large compared to the situation for LLGHGs.

The mean and median of the sulphate direct RF from grouping all these studies together are identical at –0.41 W m$^{-2}$. Disregarding the strongest and weakest direct RF estimates to approximate the 90% confidence interval leads to an estimate of –0.4 ± 0.2 W m$^{-2}$.

### 2.4.4.2   Organic Carbon Aerosol from Fossil Fuels

Organic aerosols are a complex mixture of chemical compounds containing carbon-carbon bonds produced from fossil fuel and biofuel burning and natural biogenic emissions. Organic aerosols are emitted as primary aerosol particles or formed as secondary aerosol particles from condensation of organic gases considered semi-volatile or having low volatility. Hundreds of different atmospheric organic compounds have been detected in the atmosphere (e.g., Hamilton et al., 2004; Murphy, 2005), which makes definitive modelling of the direct and indirect effects extremely challenging (McFiggans et al., 2006). Emissions of primary organic carbon from fossil fuel burning have been estimated to be 10 to 30 TgC yr$^{-1}$ (Liousse et al., 1996; Cooke et al., 1999; Scholes and Andreae, 2000). More recently, Bond et al. (2004) provided a detailed analysis of primary organic carbon emissions from fossil fuels, biofuels and open burning, and suggested that contained burning (approximately the sum of fossil fuel and biofuel) emissions are in the range of 5 to 17 TgC yr$^{-1}$, with fossil fuel contributing only 2.4 TgC yr$^{-1}$. Ito and Penner (2005) estimated global fossil fuel particulate organic matter (POM, which is the sum of the organic carbon and the other associated chemical elements) emissions of around 2.2 Tg(POM) yr$^{-1}$, and global biofuel emissions of around 7.5 Tg(POM) yr$^{-1}$. Ito and Penner (2005) estimated that emissions of fossil and biofuel organic carbon increased by a factor of three over the period 1870 to 2000. Subsequent to emission, the hygroscopic, chemical and optical properties of organic carbon particles continue to change because of chemical processing by gas-phase oxidants such as ozone, OH, and the nitrate radical (NO$_3$) (e.g., Kanakidou et al., 2005). Atmospheric concentrations of organic aerosol are frequently similar to those of industrial sulphate aerosol. Novakov et al. (1997) and Hegg et al. (1997) measured organic carbon in pollution off the East Coast of the USA during the TARFOX campaign, and found organic carbon primarily from fossil fuel burning contributed up to 40% of the total submicron aerosol mass and was frequently the most significant contributor to $\tau_{aer}$. During INDOEX, which studied the industrial plume over the Indian Ocean, Ramanathan et al. (2001b) found that organic carbon was the second largest contributor to $\tau_{aer}$ after sulphate aerosol.

Observational evidence suggests that some organic aerosol compounds from fossil fuels are relatively weakly absorbing but do absorb solar radiation at some ultraviolet and visible wavelengths (e.g., Bond et al., 1999; Jacobson, 1999; Bond, 2001) although organic aerosol from high-temperature combustion such as fossil fuel burning (Dubovik et al., 1998; Kirchstetter et al., 2004) appears less absorbing than from low-temperature combustion such as open biomass burning. Observations suggest that a considerable fraction of organic carbon is soluble to some degree, while at low relative humidity more water is often associated with the organic fraction than

**Table 2.4.** The direct radiative forcing for sulphate aerosol derived from models published since the TAR and from the AeroCom simulations where different models used identical emissions. Load and aerosol optical depth ($\tau_{aer}$) refer to the anthropogenic sulphate; $\tau_{aer\ ant}$ is the fraction of anthropogenic sulphate to total sulphate $\tau_{aer}$ for present day, NRFM is the normalised RF by mass, and NRF is the normalised RF per unit $\tau_{aer}$.

| No | Model[a] | LOAD (mg($SO_4$) m$^{-2}$) | $\tau_{aer}$ (0.55 µm) | $\tau_{aer\ ant}$ (%) | RF (W m$^{-2}$) | NRFM (W g$^{-1}$) | NRF (W m$^{-2}$ $\tau_{aer}$$^{-1}$) | Reference |
|---|---|---|---|---|---|---|---|---|
| | **Published since IPCC, 2001** | | | | | | | |
| A | CCM3 | 2.23 | | | –0.56 | –251 | | (Kiehl et al., 2000) |
| B | GEOSCHEM | 1.53 | 0.018 | | –0.33 | –216 | –18 | (Martin et al., 2004) |
| C | GISS | 3.30 | 0.022 | | –0.65 | –206 | –32 | (Koch, 2001) |
| D | GISS | 3.27 | | | –0.96 | –293 | | (Adams et al., 2001) |
| E | GISS | 2.12 | | | –0.57 | –269 | | (Liao and Seinfeld, 2005) |
| F | SPRINTARS | 1.55 | 0.015 | 72 | –0.21 | –135 | –8 | (Takemura et al., 2005) |
| G | LMD | 2.76 | | | –0.42 | –152 | | (Boucher and Pham., 2002) |
| H | LOA | 3.03 | 0.030 | | –0.41 | –135 | –14 | (Reddy et al., 2005b) |
| I | GATORG | 3.06 | | | –0.32 | –105 | | (Jacobson, 2001a) |
| J | PNNL | 5.50 | 0.042 | | –0.44 | –80 | –10 | (Ghan et al., 2001) |
| K | UIO_CTM | 1.79 | 0.019 | | –0.37 | –207 | –19 | (Myhre et al., 2004b) |
| L | UIO_GCM | 2.28 | | | –0.29 | –127 | | (Kirkevag and Iversen, 2002) |
| | **AeroCom: identical emissions used for year 1750 and 2000** | | | | | | | |
| M | UMI | 2.64 | 0.020 | 58 | –0.58 | –220 | –28 | (Liu and Penner, 2002) |
| N | UIO_CTM | 1.70 | 0.019 | 57 | –0.35 | –208 | –19 | (Myhre et al., 2003) |
| O | LOA | 3.64 | 0.035 | 64 | –0.49 | –136 | –14 | (Reddy and Boucher, 2004) |
| P | LSCE | 3.01 | 0.023 | 59 | –0.42 | –138 | –18 | (Schulz et al., 2006) |
| Q | ECHAM5-HAM | 2.47 | 0.016 | 60 | –0.46 | –186 | –29 | (Stier et al., 2005) |
| R | GISS | 1.34 | 0.006 | 41 | –0.19 | –139 | –31 | (Koch, 2001) |
| S | UIO_GCM | 1.72 | 0.012 | 59 | –0.25 | –145 | –21 | (Iversen and Seland, 2002; Kirkevag and Iversen, 2002) |
| T | SPRINTARS | 1.19 | 0.013 | 59 | –0.16 | –137 | –13 | (Takemura et al., 2005) |
| U | ULAQ | 1.62 | 0.020 | 42 | –0.22 | –136 | –11 | (Pitari et al., 2002) |
| | Average A to L | 2.80 | 0.024 | | –0.46 | –176 | –17 | |
| | Average M to U | 2.15 | 0.018 | 55 | –0.35 | –161 | –20 | |
| | Minimum A to U | 1.19 | 0.006 | 41 | –0.96 | –293 | –32 | |
| | Maximum A to U | 5.50 | 0.042 | 72 | –0.16 | –72 | –8 | |
| | Std. dev. A to L | 1.18 | 0.010 | | 0.20 | 75 | 9 | |
| | Std. dev. M to U | 0.83 | 0.008 | 8 | 0.15 | 34 | 7 | |

Notes:

[a] CCM3: Community Climate Model; GEOSCHEM: Goddard Earth Observing System-Chemistry; GISS: Goddard Institute for Space Studies; SPRINTARS: Spectral Radiation-Transport Model for Aerosol Species; LMD: Laboratoire de Météorologie Dynamique; LOA: Laboratoire d'Optique Atmospherique; GATORG: Gas, Aerosol, Transport, Radiation, and General circulation model; PNNL: Pacific Northwest National Laboratory; UIO_CTM: University of Oslo CTM; UIO_GCM: University of Oslo GCM; UMI: University of Michigan; LSCE: Laboratoire des Sciences du Climat et de l'Environnement; ECHAM5-HAM: European Centre Hamburg with Hamburg Aerosol Module; ULAQ: University of L'Aquila.

with inorganic material. At higher relative humidities, the hygroscopicity of organic carbon is considerably less than that of sulphate aerosol (Kotchenruther and Hobbs, 1998; Kotchenruther et al., 1999).

Based on observations and fundamental chemical kinetic principles, attempts have been made to formulate organic carbon composition by functional group analysis in some main classes of organic chemical species (e.g., Decesari et al., 2000, 2001; Maria et al., 2002; Ming and Russell, 2002), capturing

some general characteristics in terms of refractive indices, hygroscopicity and cloud activation properties. This facilitates improved parametrizations in global models (e.g., Fuzzi et al., 2001; Kanakidou et al., 2005; Ming et al., 2005a).

Organic carbon aerosol from fossil fuel sources is invariably internally and externally mixed to some degree with other combustion products such as sulphate and black carbon (e.g., Novakov et al., 1997; Ramanathan et al., 2001b). Theoretically, coatings of essentially non-absorbing components such

as organic carbon or sulphate on strongly absorbing core components such as black carbon can increase the absorption of the composite aerosol (e.g., Fuller et al., 1999; Jacobson, 2001a; Stier et al., 2006a), with results backed up by laboratory studies (e.g., Schnaiter et al., 2003). However, coatings of organic carbon aerosol on hygroscopic aerosol such as sulphate may lead to suppression of the rate of water uptake during cloud activation (Xiong et al., 1998; Chuang, 2003).

Current global models generally treat organic carbon using one or two tracers (e.g., water-insoluble tracer, water-soluble tracer) and highly parametrized schemes have been developed to represent the direct RF. Secondary organic carbon is highly simplified in the global models and in many cases treated as an additional source similar to primary organic carbon. Considerable uncertainties still exist in representing the refractive indices and the water of hydration associated with the particles because the aerosol properties will invariably differ depending on the combustion process, chemical processing in the atmosphere, mixing with the ambient aerosol, etc. (e.g., McFiggans et al., 2006).

The TAR reported an RF of organic carbon aerosols from fossil fuel burning of $-0.10$ W m$^{-2}$ with a factor of three uncertainty. Many of the modelling studies performed since the TAR have investigated the RF of organic carbon aerosols from both fossil fuel and biomass burning aerosols, and the combined RF of both components. These studies are summarised in Table 2.5. The RF from total organic carbon (POM) from both biomass burning and fossil fuel emissions from recently published models A to K and AeroCom models (L to T) is $-0.24$ W m$^{-2}$ with a standard deviation of 0.08 W m$^{-2}$ and $-0.16$ W m$^{-2}$ with a standard deviation of 0.10 W m$^{-2}$, respectively. Where the RF due to organic carbon from fossil fuels is not explicitly accounted for in the studies, an approximate scaling based on the source apportionment of 0.25:0.75 is applied for fossil fuel organic carbon:biomass burning organic carbon (Bond et al., 2004). The mean RF of the fossil fuel component of organic carbon from those studies other than in AeroCom is $-0.06$ W m$^{-2}$, while those from AeroCom produce an RF of $-0.03$ W m$^{-2}$ with a range of $-0.01$ W m$^{-2}$ to $-0.06$ W m$^{-2}$ and a standard deviation of around 0.02 W m$^{-2}$. Note that these RF estimates, to a large degree, only take into account primary emitted organic carbon. These studies all use optical properties for organic carbon that are either entirely scattering or only weakly absorbing and hence the surface forcing is only slightly stronger than that at the TOA.

The mean and median for the direct RF of fossil fuel organic carbon from grouping all these studies together are identical at $-0.05$ W m$^{-2}$ with a standard deviation of 0.03 W m$^{-2}$. The standard deviation is multiplied by 1.645 to approximate the 90% confidence interval.[9] This leads to a direct RF estimate of $-0.05 \pm 0.05$ W m$^{-2}$.

### 2.4.4.3    Black Carbon Aerosol from Fossil Fuels

Black carbon (BC) is a primary aerosol emitted directly at the source from incomplete combustion processes such as fossil fuel and biomass burning and therefore much atmospheric BC is of anthropogenic origin. Global, present-day fossil fuel emission estimates range from 5.8 to 8.0 TgC yr$^{-1}$ (Haywood and Boucher, 2000 and references therein). Bond et al. (2004) estimated the total current global emission of BC to be approximately 8 TgC yr$^{-1}$, with contributions of 4.6 TgC yr$^{-1}$ from fossil fuel and biofuel combustion and 3.3 TgC yr$^{-1}$ from open biomass burning, and estimated an uncertainty of about a factor of two. Ito and Penner (2005) suggested fossil fuel BC emissions for 2000 of around 2.8 TgC yr$^{-1}$. The trends in emission of fossil fuel BC have been investigated in industrial areas by Novakov et al. (2003) and Ito and Penner (2005). Novakov et al. (2003) reported that significant decreases were recorded in the UK, Germany, the former Soviet Union and the USA over the period 1950 to 2000, while significant increases were reported in India and China. Globally, Novakov et al. (2003) suggested that emissions of fossil fuel BC increased by a factor of three between 1950 and 1990 (2.2 to 6.7 TgC yr$^{-1}$) owing to the rapid expansion of the USA, European and Asian economies (e.g., Streets et al., 2001, 2003), and have since fallen to around 5.6 TgC yr$^{-1}$ owing to further emission controls. Ito and Penner (2005) determined a similar trend in emissions over the period 1950 to 2000 of approximately a factor of three, but the absolute emissions are smaller than in Novakov et al. (2003) by approximately a factor of 1.7.

Black carbon aerosol strongly absorbs solar radiation. Electron microscope images of BC particles show that they are emitted as complex chain structures (e.g., Posfai et al., 2003), which tend to collapse as the particles age, thereby modifying the optical properties (e.g., Abel et al., 2003). The Indian Ocean Experiment (Ramanathan et al., 2001b and references therein) focussed on emissions of aerosol from the Indian sub-continent, and showed the importance of absorption by aerosol in the atmospheric column. These observations showed that the local surface forcing ($-23$ W m$^{-2}$) was significantly stronger than the local RF at the TOA ($-7$ W m$^{-2}$). Additionally, the presence of BC in the atmosphere above highly reflective surfaces such as snow and ice, or clouds, may cause a significant positive RF (Ramaswamy et al., 2001). The vertical profile is therefore important, as BC aerosols or mixtures of aerosols containing a relatively large fraction of BC will exert a positive RF when located above clouds. Both microphysical (e.g., hydrophilic-to-hydrophobic nature of emissions into the atmosphere, aging of the aerosols, wet deposition) and meteorological aspects govern the horizontal and vertical distribution patterns of BC aerosols, and the residence time of these aerosols is thus sensitive to these factors (Cooke et al., 2002; Stier et al., 2006b).

The TAR assessed the RF due to fossil fuel BC as being $+0.2$ W m$^{-2}$ with an uncertainty of a factor of two. Those models since the TAR that explicitly model and separate out the RF

---

[9] 1.645 is the factor relating the standard deviation to the 90% confidence interval for a normal distribution.